ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

ZACHARY GRENDI
(203) 489-1233
zgrendi@zeklaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2018

WWW.ZEKLAW.COM

August 9, 2018

Hon. Judge John. G. Koeltl
United States District Judge
S.D.N.Y.
500 Pearl St.
New York, NY 10007-1312
Hannah_Waite@nysd.uscourts.gov
Donnie_Fletcher@nysd.uscourts.gov

*The Clerk is directed to unseal this case and all documents filed to date. So ordered.*
*JGK*
*U.S.D.J.*
*8/9/18*

Re: *Eastern Profit Corporation Limited v. Strategic Vision US LLC,*
Civil Action No. 18-CV-2185
Parties' Response to the Court's August 7, 2018 Letter

Dear Judge Koeltl,

The parties to this action hereby inform the Court that neither party has any objection to the unsealing of this case and that neither party wishes to redact any documents which have previously (as of August 10, 2018) been filed with the Court under seal.

In response to the Court's Scheduling Order dated August 7, 2018, the parties do not believe that reference to a Magistrate Judge for purposes of settlement would be useful and the parties do not consent to a trial before a Magistrate Judge

Respectfully submitted,

Zachary Grendi, Esq.
Zeichner Ellman & Krause LLP
1211 Ave of the Americas
New York, NY 10036
Telephone: (203)489-1233
Facsimile: (203)862-9889
*Counsel for Eastern Profit Corporation Limited*

ZEICHNER ELLMAN & KRAUSE LLP

August 9, 2018
Page 2

*[signature]*

David J. McNamara, Esq.
Heather Kidera, Esq.
Phillips Lytle LLP
340 Madison Avenue, 17th Floor
New York, New York 10173
Telephone No.: (212) 759-4888
*Counsel for Strategic Vision US LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __8/7/2018__

EASTERN PROFIT CORP. LTD.,

            Plaintiff,

    - against -

STRATEGIC VISION USA, LLC,

            Defendant.

18-cv-2185 (JGK)

UNDER SEAL

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to send a letter to the Court by August 10, 2018 setting forth a proposal for the unsealing of the case and any proposed redactions. If there are to be redactions, the parties should identify what redactions they propose and explain the compelling reason for the redactions. The parties should also submit redacted copies to be filed publicly.

SO ORDERED.

Dated:    New York, New York
             August 7, 2018

                                      John G. Koeltl
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Eastern Profit Corp._
                    Plaintiff(s),

- against -

_Strategic Vision U.S._
                    Defendant(s).

18 Civ. 2185 (JGK)

**CIVIL SCHEDULING ORDER**

**JOHN G. KOELTL, District Judge:**

Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in this matter on 8/7/18, the Court hereby orders that:

**Pleadings and Parties:** Except for good cause shown:
1. No additional parties may be joined or cause of action asserted after 8/24/18.
2. No additional defenses may be asserted after 9/7/18.

**Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by 12/28/18. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, <u>all</u> counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

**Dispositive Motions:*** Dispositive motions, if any, are to be completed by 1/18/19. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

**Pretrial Order/Motions in Limine:*** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by 2/1/19. In jury cases, parties shall submit requests to charge and voir dire requests. In non-jury cases, parties shall also submit

---

* Note: In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to **three (3) weeks** from the decision on the motion. The **ready trial date** shall be adjourned to a date **four (4) weeks** after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

At any time **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after**. Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.

proposed findings of fact and conclusions of law. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

    **Trial:*** The parties shall be ready for trial on  48  hours notice on or after  2/15/19 . The estimated trial time is  4  days, and this a jury  ✓ /non-jury ____ trial.

**Other:**

____ The case is referred to the Magistrate Judge for purposes of settlement (see attached Reference Order).

✓ The parties will notify the Court by  5/7/18  whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

**SO ORDERED.**

**Dated: New York, New York**
      8/7/18

                                          JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE