```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED:  8/7/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORP. LTD.,

                Plaintiff,

    - against -

STRATEGIC VISION USA, LLC,

                Defendant.

18-cv-2185 (JGK)

UNDER SEAL

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to send a letter to the Court by August 10, 2018 setting forth a proposal for the unsealing of the case and any proposed redactions. If there are to be redactions, the parties should identify what redactions they propose and explain the compelling reason for the redactions. The parties should also submit redacted copies to be filed publicly.

SO ORDERED.

Dated:    New York, New York
           August 7, 2018

                                  John G. Koeltl
                              United States District Judge