JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**18 CV 2185**

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED | Civil Action No. ____-CV-_____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| STRATEGIC VISION US LLC, | |
| Defendant. | |

## [~~PROPOSED~~] ORDER ALLOWING PLAINTIFF TO FILE COMPLAINT UNDER SEAL

The Court has considered Plaintiff Eastern Profit Corporation Limited's ("Plaintiff") request to file its complaint and accompanying case-initiating documents in the above-captioned matter under seal, because the contract upon which this action is brought contains a confidentiality clause prohibiting either party from disclosing to any third party the existence of the contract, any work relating to the contract, and the participants in formulating, supervising, or executing the contract's provisions. The Court finds that Plaintiff's request should be GRANTED *but only until the judge to be assigned this action has an opportunity to review this application.*

**IT IS HEREBY ORDERED** that Plaintiff be allowed to file its complaint and accompanying case-initiating documents in the above-captioned case under seal, *subject to review by the judge who is assigned to this action.*

Dated: March 12, 2018, 2018

_____
Honorable Judge Presiding
Judge Sidney Stein, Part 1