UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>STRATEGIC VISION US LLC,<br><br>    Defendant. | Civil Action No. ____-CV-_____ |

**CORPORATE DISCLOSURE STATEMENT OF
<u>EASTERN PROFIT CORPORATION LIMITED</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff Eastern Profit Corporation Limited ("Eastern") discloses that it is has no parent corporation and that no publicly traded corporation owns 10% or more of Eastern.

EASTERN PROFIT CORPORATION LIMITED,
By its attorneys,

_____
Peter A. Sullivan
Shrutih V. Ramlochan Tewarie (*pro hac vice application to be submitted*)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
psullivan@foleyhoag.com
stewarie@foleyhoag.com
Telephone: (646) 927-5500
Facsimile: (646) 927-5599

Dated: March 12, 2018