UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

          Plaintiff,

v.

STRATEGIC VISION US LLC,

          Defendant.

Civil Action No. 18 CV 2185

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

       Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant Strategic Vision US LLC submits this disclosure statement identifying any parent corporation and any publicly held corporation that owns 10 percent or more of its stock.

      1.    Defendant Strategic Visions US LLC is a closely held limited liability company that does not have a corporate parent and no publicly held corporation holds a membership interest.

Dated:  New York, New York
           April 3, 2018

PHILLIPS LYTLE LLP

By _/s/ Heather Kidera_
    David J. McNamara
    Heather H. Kidera
Attorneys for Defendant
*Strategic Vision US LLC*
340 Madison Avenue, 17th Floor
New York, New York 10173
Telephone No.: (212) 759-4888
dmcnamara@phillipslytle.com
hkidera@phillipslytle.com

TO:    FOLEY HOAG LLP
         Peter A. Sullivan, Esq.
         Attorneys for Plaintiff
         *Eastern Profit Corporation Limited*
         1540 Broadway, 23rd Floor
         New York, New York 10036

Telephone No. (646) 927-5500
psullivan@foleyhoag.com

Doc #05-493968