UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

        Plaintiff,

vs.

STRATEGIC VISION US, LLC,

        Defendant.

**DEMAND FOR
JURY TRIAL**

Case No. 18-cv-2185

---

        PLEASE TAKE NOTICE, that defendant demands a trial by jury of all of the issues in this action.

Dated:  New York, New York
       April 3, 2018

PHILLIPS LYTLE LLP

By _Heathr Kidera_
      David J. McNamara
      Heather H. Kidera
Attorneys for Defendant
*Strategic Vision US LLC*
340 Madison Avenue, 17th Floor
New York, New York 10173
Telephone No.: (212) 759-4888
dmcnamara@phillipslytle.com
hkidera@phillipslytle.com

TO:    FOLEY HOAG LLP
       Peter A. Sullivan, Esq.
       Attorneys for Plaintiff
       *Eastern Profit Corporation Limited*
       1540 Broadway, 23rd Floor
       New York, New York  10036
       Telephone No. (646) 927-5500
       psullivan@foleyhoag.com

Doc #01-3112513