UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

        Plaintiff,

    v.                                    Civil Action No. 18 CV 2185

STRATEGIC VISION US LLC,        **NOTICE OF MOTION**

        Defendant.

---

        **PLEASE TAKE NOTICE** that on such date and time as counsel may be heard, Defendant Strategic Vision US LLC ("Defendant"), by and through undersigned counsel, shall move before the Honorable John G. Koeltl pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure for an order unsealing this action;

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), Plaintiff shall have until April 20, 2018 to serve opposition papers; and

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), Defendant shall have until April 30, 2018 to serve reply papers.

Dated:  New York, New York        PHILLIPS LYTLE LLP
             April 3, 2018
                                              By _/s/ Heather Kidera_
                                                 David J. McNamara
                                                 Heather H. Kidera
                                             Attorneys for Defendant
                                             _Strategic Vision US LLC_
                                             340 Madison Avenue, 17th Floor
                                             New York, New York 10173
                                             Telephone No.: (212) 759-4888
                                             dmcnamara@phillipslytle.com
                                             hkidera@phillipslytle.com

```
```
---

- 2 -

TO:   FOLEY HOAG LLP
      Peter A. Sullivan, Esq.
      Attorneys for Plaintiff
      *Eastern Profit Corporation Limited*
      1540 Broadway, 23rd Floor
      New York, New York 10036
      Telephone No. (646) 927-5500
      psullivan@foleyhoag.com

Doc #05-493962