UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, | Civil Action No. 18-cv-2185 |
| Plaintiff, | |
| v. | |
| STRATEGIC VISION US LLC, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

---

I, Heather H. Kidera, do herby certify under penalty of perjury that,

1. I am over the age of eighteen years and I am not a party to this action. I am employed by the law firm of Phillips Lytle LLP, 340 Madison Avenue, 17th Floor, New York, New York 10173, attorneys for Defendant.

2. On the 3rd day of April, 2018, I caused to be served Defendant's Answer and Counterclaims with exhibits, Demand for Jury Trial, Rule 7.1 Corporate Disclosure Statement, Notice of Motion to Unseal, Memorandum of Law in Support of its Motion to Unseal, and Declaration of Heather H. Kidera with exhibits, all dated April 3, 2018, by first class mail, postage prepaid, on the following:

>    Peter Sullivan, Esq.
>    Foley Hoag LLP
>    1540 Broadway, 23rd Floor
>    New York, New York 10036

DATED:   New York, New York
         April 3, 2018

_Heather Kim_
Heather H. Kidera

Doc #05-494197.1