UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

        Plaintiff,

    v.                                     Civil Action No. 18 CV 2185

STRATEGIC VISION US LLC,        **NOTICE OF APPEARANCE**

        Defendant.

---

        PLEASE TAKE NOTICE that David J. McNamara, Esq., of Phillips Lytle LLP, hereby appears in this action as counsel for defendant, Strategic Vision US LLC.

Dated:  New York, New York  
         April 3, 2018

PHILLIPS LYTLE LLP

By: _____
    David J. McNamara
Attorneys for Defendant
*Strategic Vision US LLC*
340 Madison Avenue, 17th Floor
New York, New York 10173
Telephone No.: (212) 759-4888
dmcnamara@phillipslytle.com

Doc #05-493970.1