UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

           Plaintiff,

   v.

STRATEGIC VISION US LLC,

           Defendant.

---

Civil Action No. 18 CV 2185

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Heather H. Kidera, Esq., of Phillips Lytle LLP, hereby appears in this action as counsel for defendant, Strategic Vision US LLC.

Dated: New York, New York
       April 4, 2018

PHILLIPS LYTLE LLP

By _/s/ Heather Kidera_
    Heather H. Kidera
Attorneys for Defendant
*Strategic Vision US LLC*
340 Madison Avenue, 17th Floor
New York, New York 10173
Telephone No.: (212) 759-4888
hkidera@phillipslytle.com

Doc #05-493969