UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

        Plaintiff,

    v.

STRATEGIC VISION US, LLC,

        Defendant.

Civil Action No. 18-cv-2185

**CERTIFICATE OF SERVICE**

---

I, Kevin Antoniotti, do hereby certify under penalty of perjury that,

1.     I am over the age of eighteen years and I am not a party to this action. I am employed by the law firm of Phillips Lytle LLP, 340 Madison Avenue, 17th Floor, New York, New York 10173, attorneys for Strategic Vision US, LLC.

2.     On the 5th day of April, 2018, I caused to be served copies of Notice of Appearance for Heather H. Kidera, dated April 4, 2018, and Notice of Appearance for David J. McNamara, dated April 3, 2018, by first class mail, postage prepaid, on the following:

> Peter Sullivan, Esq.
> Foley Hoag LLP
> 1540 Broadway, 23rd Floor
> New York, New York 10036

DATED:    New York, New York
           April 5, 2018

                       *Kevin Antoniotti*
                       Kevin Antoniotti