

1540 Broadway
23rd Floor
New York, NY 10036

646.927.5500 main
646.927.5599 fax

Hon. Judge John. G. Koeltl
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *Eastern Profit Corporation Limited v. Strategic Vision US LLC*, Civil Action No. 18-CV-2185
             <u>Plaintiff's Consented-To Motion for Extension of Time to Answer Counter-Claim</u>

Dear Judge Koeltl,

      Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Your Honor's Individual Rule 1(E), Plaintiff Eastern Profit Corporation Limited ("Eastern Profit") respectfully moves for an Order extending its deadline to answer to the counter-claim filed by Defendant Strategic Vision US LLC ("Strategic Vision") by one week, from April 27, 2018 to May 4, 2018.

      Since being served with Defendant's counter-claim, Eastern Profit and its counsel have worked diligently to prepare Eastern Profit's answer. However, a short extension is needed for counsel to confer with Eastern Profit in order to confirm certain information.

      Defendant consents to this request. Eastern Profit has not made any previous request for an extension of this deadline.

      For the foregoing reasons, Plaintiff Eastern Profit respectfully requests that the Court extend the deadline for it to answer Defendant's counter-claim by one week, to May 4, 2018.

Respectfully submitted this 27th day of April, 2018.

EASTERN PROFIT CORPORATION LIMITED,

By its attorneys,

_____
Peter A. Sullivan, Esq.
Shrutih V. Ramlochan-Tewarie, Esq. (*pro hac vice application to be submitted*)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
psullivan@foleyhoag.com
stewarie@foleyhoag.com
Telephone: (646) 927-5500
Facsimile: (646) 927-5599

Dated: April 27, 2018

Copy to counsel on record for defendant via e-mail and U.S. mail.