UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EASTERN PROFIT CORPORATION
LIMITED,

        Plaintiff,

vs.

STRATEGIC VISION US LLC,

        Defendant.
---------------------------------------------------------------X

Docket No.: 18 cv 2185

SUBSTITUTION OF COUNSEL

IT IS HEREBY CONSENTED that COHEN & HOWARD LLP be substituted as attorney of record for Plaintiff EASTERN PROFIT CORPORATION LIMITED, in the above-captioned action in place and stead of FOLEY HOAG LLP as of the date hereof.

Dated: May 30, 2018
       New York, NY

Respectfully,

_/s/ Peter A. Sullivan_

Peter A. Sullivan, Esq.
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
psullivan@foleyhoag.com
646-927-5500 tel
646-927-5599 fax

*Outgoing Attorneys for Plaintiff*
*EASTERN PROFIT CORPORATION LIMITED*

Respectfully,

_/s/ Aaron A. Mitchell_

Aaron A. Mitchell, Esq.
COHEN & HOWARD LLP
766 Shrewsbury Avenue, Suite 200
Tinton Falls, NJ 07724
amitchell@cohenandhoward.com
732-747-5202 tel
732-747-5259 fax

*Incoming Attorneys for Plaintiff*
*EASTERN PROFIT CORPORATION LIMITED*

Acknowledged and Consented hereto,

_/s/ Chunguang Han_

Chunguang Han,
Member Eastern Profit Corporation Limited

-1-

So Ordered:

_____
Honorable John G. Koeltl, U.S.D.J.