

# Phillips Lytle LLP

<u>Via Fax to (212) 805-7912</u>

July 17, 2018

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re: Eastern Profit Corporation Limited v. Strategic Vision US, LLC,
Civil Action No. 18-cv-2185

Dear Judge Koeltl:

We represent defendant, Strategic Vision US, LLC, in the above-referenced matter, which was placed under seal pursuant to the March 12, 2018 Order of the Honorable Sidney Stein.

Currently, there is a conference scheduled for July 30, 2018. Due to scheduling conflicts, we are unable to attend the conference on July 30 and are requesting an adjournment, to which plaintiff's counsel has agreed. Counsel for both plaintiff and defendant are available on August 2nd or 7th for the adjourned conference. This is defendant's first request to reschedule the conference.

Respectfully,

Phillips Lytle LLP

By _Hector K___

Heather H. Kidera
Doc #05-497317.1

cc: David J. McNamara, Esq.
Aaron A. Mitchell, Esq.
(by Email)

*Under Seal*
*Adjourned to Tuesday, August 7, 2018, at 4:30pm.*
*SO ORDERED.*

*7/18/18* — USDJ

HEATHER H. KIDERA
DIRECT 212 508 0479 HKIDERA@PHILLIPSLYTLE.COM

ATTORNEYS AT LAW

340 MADISON AVENUE 17TH FLOOR NEW YORK, NY 10173-1922 PHONE 212 759 4888 FAX 212 308 9079
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION | PHILLIPSLYTLE.COM