Zachary Grendi, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich CT 06830
203-489-1233

*Attorneys for Plaintiff*
  EASTERN PROFIT CORPORATION LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>                              Plaintiff,<br><br>            - against -<br><br>STRATEGIC VISION US, LLC,<br><br>                              Defendant. | Case No. 18-cv-2185 |

## NOTICE OF APPEARANCE

TAKE NOTICE that the undersigned attorney hereby appears for Eastern Profit Corporation Limited in the above captioned case, and requests that all notices be given to, and served upon, the undersigned at the office and telephone number set forth below.

                                  EASTER PROFIT CORPORATION LIMITED

                                  By its attorneys,

BY: _____
                                  Zachary Grendi
                                  Zeichner Ellman & Krause LLP
                                  35 Mason Street
                                  Greenwich, CT 06830
                                  (203) 622-0900
                                  zgrendi@zeklaw.com

Dated:   July 25, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this July 25, 2018, I have caused the within Notice of Appearance to be filed with the Court as sealed record. A copy of the within Notice of Appearance was served upon the counsel for the Defendant via email at dmcnamara@phillipslytle.com and hkidera@phillipslytle.com and at the following address via regular mail:

David J. McNamara
Heather H. Kidera
Phillips Lytle LLP
340 Madison Avenue, 17th Floor
New York, NY 10173

Zachary Grendi, Esq.