

**Phillips Lytle** LLP

<u>Via ECF</u>  September 6, 2018

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re: Eastern Profit Corporation Limited v. Strategic Vision US, LLC,
Civil Action No. 18-cv-2185

Dear Judge Koeltl:

We represent defendant, Strategic Vision US, LLC ("Strategic Vision"), in the above-referenced matter. On August 24, 2018, in accordance with Your Honor's Individual Practices, we filed a letter requesting a pre-motion conference on Strategic Vision's proposed motion for leave to file an amended answer and counterclaims, which would add Guo Wengui as a counterclaim defendant (Dkt. No. 43). Nearly two weeks have elapsed and Plaintiff has not responded to our letter.

In light of Plaintiff's lack of opposition, we respectfully request that the Court waive the pre-motion conference requirement or, alternatively, schedule a conference to discuss Strategic Vision's proposed motion.

Respectfully,

Phillips Lytle LLP

By /s/ *Heather H. Kidera*

Heather H. Kidera

cc: Counsel of Record (via ECF)

Doc #05-498976

HEATHER H. KIDERA
DIRECT 212 508 0479 HKIDERA@PHILLIPSLYTLE.COM

ATTORNEYS AT LAW

340 MADISON AVENUE  17TH FLOOR  NEW YORK, NY 10173-1922  PHONE 212 759 4888  FAX 212 308 9079

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER  |  WASHINGTON, DC  |  CANADA: WATERLOO REGION  |  PHILLIPSLYTLE.COM