UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

*Plaintiff-Counterclaim Defendant*,

vs.

STRATEGIC VISION US, LLC,

*Defendant-Counterclaim Plaintiff*,

vs.

GUO WENGUI a/k/a Miles Kwok,

*Counterclaim Defendant*.

Civil Action No. 18-cv-2185

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned, a member of the law firm of Hodgson Russ LLP, hereby appears in the above-captioned case on behalf of, and as counsel to, counterclaim defendant Guo Wengui a/k/a Miles Kwok, and requests that all notices be given to, and served upon, the undersigned at the address set forth below.

Dated: New York, New York
October 3, 2018

HODGSON RUSS LLP

By: *Jillian Searles*
Jillian M. Searles
605 Third Avenue, Suite 2300
New York, NY 10158
(212) 751-4300
jsearles@hodgsonruss.com
*Attorneys for Guo Wengui a/k/a Miles Kwok*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, a true and correct copy of the foregoing was served by electronic submission to the Clerk's Office using the CM/ECF System for filing, and a Notice of Electronic Filing was transmitted to all counsel of record including the following CM/ECF participants:

>David J. McNamara, Esq.
>Heather H. Kidera, Esq.
>PHILIPS LYTLE LLP
>340 Madison Avenue, 17th Floor
>New York, NY 10173
>dmcnamara@phillipslytle.com
>hkidera@phillipslytle.com

*Attorneys for Strategic Vision US, LLC*

>Zachary Grendi, Esq.
>ZEICHNER ELLMAN & KRAUSE LLP
>35 Mason Street
>Greenwich, CT 06830
>zgrendi@zeklaw.com

*Attorneys for Eastern Profit Corporation Limited*

_____
Jillian M. Searles