UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

    *Plaintiff-Counterclaim Defendant,*

vs.

STRATEGIC VISION US, LLC,

    *Defendant-Counterclaim Plaintiff,*

vs.

GUO WENGUI a/k/a Miles Kwok,

    *Counterclaim Defendant.*

Civil Action No. 18-cv-2185

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that the undersigned, a member of the law firm of Hodgson Russ LLP, hereby appears in the above-captioned case on behalf of, and as counsel to, counterclaim defendant Guo Wengui a/k/a Miles Kwok, and requests that all notices be given to, and served upon, the undersigned at the address set forth below.

Dated:  New York, New York
        October 9, 2018

                                HODGSON RUSS LLP

                                By: _____
                                      Erin N. Teske
                                605 Third Avenue, Suite 2300
                                New York, NY  10158
                                (212) 751-4300
                                eteske@hodgsonruss.com

                                *Attorneys for Guo Wengui a/k/a Miles Kwok*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, a true and correct copy of the foregoing was served by electronic submission to the Clerk's Office using the CM/ECF System for filing, and a Notice of Electronic Filing was transmitted to all counsel of record including the following CM/ECF participants:

David J. McNamara, Esq.
Heather H. Kidera, Esq.
PHILIPS LYTLE LLP
340 Madison Avenue, 17th Floor
New York, NY 10173
dmcnamara@phillipslytle.com
hkidera@phillipslytle.com

*Attorneys for Strategic Vision US, LLC*

Zachary Grendi, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich, CT 06830
zgrendi@zeklaw.com

*Attorneys for Eastern Profit Corporation Limited*

Erin N. Teske