UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EASTERN PROFIT CORPORATION LIMITED,
                              Plaintiff,

                -against-

STRATEGIC VISION US, LLC, et al.
                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/29/18

18 civ 2185 (JGK)

## ORDER

A pre-motion conference will be held on **Monday, November 5, 2018, at 11:00am.**

**SO ORDERED.**

*[signature]*
**JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 29, 2018