UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EASTERN PROFIT CORPORATION LIMITED,

        Plaintiff,

- against -

STRATEGIC VISION US LLC,

        Defendant.

STRATEGIC VISION US LLC,

        Counter Claimant,

- against -

GUO WENGUI,

        Counter Defendant.
───────────────────────────────

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-6-18

18-cv-2185 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

If counsel for the counter claimant decides to file an amended counterclaim, counsel must do so by **November 16, 2018**. If there is an amended counterclaim, the counterclaim defendant must answer or move to dismiss the amended counterclaim by **November 30, 2018**. If there is no amended counterclaim, the counterclaim defendant must file any motion to dismiss the counterclaims by **November 30, 2018**.

If the counterclaim defendant moves to dismiss the counterclaims or amended counterclaims, the counter claimant

should respond by **December 14, 2018.** The counterclaim defendant may then reply by **January 4, 2019.**

    **SO ORDERED.**

**Dated:**    **New York, New York**
           **November 5, 2018**

                                                _/s/ John G. Koeltl_
                                                John G. Koeltl
                                        **United States District Judge**