UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

        Plaintiff-Counterclaim Defendant,

vs.

STRATEGIC VISION US, LLC,

        Defendant-Counterclaim Plaintiff,

vs.

GUO WENGUI a/k/a Miles Kwok,

        Counterclaim Defendant.

**AMENDED CIVIL SCHEDULING ORDER**

Case No. 18-cv-2185

---

**JOHN G. KOELTL, District Judge:**

The Court hereby orders that:

1. **Discovery:** All discovery shall be completed by February 28, 2019. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

2. **Dispositive Motions:**[*] Dispositive motions, if any, are to be filed by March 28, 2019.

3. **Pretrial Order/Motions in Limine:*** A joint pre-trial order, together with any motions in limine or motions to bifurcate, shall be submitted by April 12, 2019. The parties shall also submit requests to charge and voir dire requests.

4.   **Trial:**\* The parties shall be ready for trial on 48 hours' notice on or after April 30, 2019.

**SO ORDERED.**

Dated: New York, New York
_____, 2018

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

---

\* **Note:** In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to **three (3) weeks** from the decision on the motion. The **ready trial date** shall be adjourned to a date **four (4) weeks** after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

At any time **after the ready for trial date,** counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after.** Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.