UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

    *Plaintiff-Counterclaim Defendant*,

vs.

STRATEGIC VISION US, LLC,

    *Defendant-Counterclaim Plaintiff*

GUO WENGUI a/k/a MILES KWOK,

    *Counterclaim Defendant.*

Case No. 18-cv-2185 (JGK)

---

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Counterclaim Defendant's Motion to Dismiss, dated November 29, 2018, and upon all the pleadings and proceedings herein, Counterclaim Defendant Guo Wengui, by and through his attorneys at Hodgson Russ LLP, will move this Court, before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14A, New York, NY 10007, on a date and time as the Court may direct, for entry of an Order: (1) granting Counterclaim Defendant's motion to dismiss; (2) dismissing Defendant-Counterclaim Plaintiff's Amended Answer with Counterclaims as against Counterclaim Defendant, pursuant to Federal Rules of Civil Procedure 12(b)(6); and (3) granting such other or further relief as may be just.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, filed November 6, 2018, (Doc. No. 58), Defendant-Counterclaim Plaintiff must serve and file its

opposition by December 14, 2018. Counterclaim Defendant must serve any reply by January 4, 2019.

Dated: New York, New York
November 29, 2018

HODGSON RUSS LLP

By: _____
Jillian M. Searles
Erin N. Teske
605 Third Avenue, Suite 2300
New York, New York 10158
(212) 751-4300
jsearles@hodgsonruss.com
eteske@hodgsonruss.com

*Attorneys for Counterclaim Defendant Guo Wengui*

2