

## Phillips Lytle LLP

<u>Via ECF</u>                                                                 January 7, 2019

Honorable John G. Koeltl
United States District Court
Southern District of New York
50 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re:   Eastern Profit Corporation Limited v. Strategic Vision US, LLC,
        Civil Action No. 18-cv-2185

Dear Judge Koeltl:

We represent defendant-counterclaim plaintiff, Strategic Vision US, LLC ("Strategic Vision"), in the above-referenced matter. We respectfully request an adjournment of the Local Rule 37.2 conference scheduled for January 9, 2019 at 10:30 a.m. due to unanticipated scheduling conflicts. We are available to appear on January 21 or 22, 2019, or during the week of February 4. We contacted counsel for plaintiff-counterclaim defendant Eastern Profit Corporation Limited to request their consent to our request, and they advised that they do not consent.

We respectfully request an adjournment of the January 9 conference.

Respectfully submitted,

Phillips Lytle LLP

By */s/ Heather H. Kidera*

Heather H. Kidera

cc:  Counsel of Record (by ECF)
Doc #05-520145

ATTORNEYS AT LAW

340 MADISON AVENUE 17TH FLOOR NEW YORK, NY 10173-1922   PHONE 212 759 4888   FAX 212 308 9079
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION |
PHILLIPSLYTLE.COM