

# Phillips Lytle LLP

**Via ECF**  January 7, 2019

Honorable John G. Koeltl
United States District Court
Southern District of New York
50 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re: Eastern Profit Corporation Limited v. Strategic Vision US, LLC,
Civil Action No. 18-cv-2185

Dear Judge Koeltl:

We represent defendant-counterclaim plaintiff, Strategic Vision US, LLC ("Strategic Vision"), in the above-referenced matter. We respectfully request an adjournment of the Local Rule 37.2 conference scheduled for January 9, 2019 at 10:30 a.m. due to unanticipated scheduling conflicts. We are available to appear on January 21 or 22, 2019, or during the week of February 4. We contacted counsel for plaintiff-counterclaim defendant Eastern Profit Corporation Limited to request their consent to our request, and they advised that they do not consent.

We respectfully request an adjournment of the January 9 conference.

Respectfully submitted,

Phillips Lytle LLP

By /s/ Heather H. Kidera

Heather H. Kidera

cc: Counsel of Record (by ECF)
Doc #05-520145

*Handwritten:* Conference adjourned to 1/28/19. So ordered. 1/8/19. /s/ John G. Koeltl, U.S.D.J.

*Stamp:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 1-8-19

ATTORNEYS AT LAW

340 MADISON AVENUE 17TH FLOOR NEW YORK, NY 10173-1922  PHONE 212 759 4888  FAX 212 308 9079
NEW YORK: ALBANY  BUFFALO  CHAUTAUQUA  GARDEN CITY  NEW YORK  ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION |
PHILLIPSLYTLE.COM