UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EASTERN PROFIT CORPORATION LIMITED,

        Plaintiff-Counterclaim Defendant,

vs.

STRATEGIC VISION US, LLC,

        Defendant-Counterclaim Plaintiff,

vs.

GUO WENGUI a/k/a Miles Kwok,

        Counterclaim Defendant.
_____

**NOTICE OF APPEARANCE**

Case No. 18-cv-2185

PLEASE TAKE NOTICE that Joseph B. Schmit, of Phillips Lytle LLP, hereby appears in this action as counsel for defendant-counterclaim plaintiff, Strategic Vision US, LLC.

DATED:    New York, New York
                January 31, 2019

                                            PHILLIPS LYTLE LLP

                                            By   /s/Joseph B. Schmit
                                                    Joseph B. Schmit
                                            Attorneys for Defendant-Counterclaim Plaintiff
                                            *Strategic Vision US, LLC*
                                            340 Madison Avenue, 17th Floor
                                            New York, New York  10173
                                            Telephone No. (212) 759-4888
                                            jschmit@phillipslytle.com