AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | | |
|---|---|---|---|
| EASTERN PROFIT CORPORATION LIMITED | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:18-cv-02185-JGK |
| STRATEGIC VISION US, LLC | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STRATEGIC VISION US, LLC

Date:   03/20/2019

*Attorney's signature*

James J. McGuire, Bar No. 2106664
*Printed name and bar number*

Barton LLP
711 Third Avenue, 14th Floor
New York, NY 10017

*Address*

jmcguire@bartonesq.com
*E-mail address*

(212) 687-6262
*Telephone number*

(212) 687-3667
*FAX number*