≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

EASTERN PROFIT CORPORATION LIMITED
                Plaintiff (s),
V.
STRATEGIC VISION US, LLC
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-cv-02185-JGK

Notice is hereby given that, subject to approval by the court, __STRATEGIC VISION US, LLC__ substitutes
                                                                                         (Party (s) Name)

__James J. McGuire__, State Bar No. __2106664__ as counsel of record in
(Name of New Attorney)

place of __David J. McNamara, Heather H. Kidera, and Joseph B. Schmit of Phillips Lytle LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           Barton LLP
    Address:              711 Third Avenue, 14th Floor
    Telephone:         (212) 687-6262         Facsimile (212) 687-3667
    E-Mail (Optional):   jmcguire@bartonesq.com

I consent to the above substitution.
Date: March 19, 2019

*Strategic Vision US, LLC*
*[signature]*
(Signature of Party (s))

I consent to being substituted.
Date: March 19, 2019

*Phillips Lytle LLP*
*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 20, 2019

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]