AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| EASTERN PROFIT CORPORATION LIMITED | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.   1:18-cv-02185-JGK |
| STRATEGIC VISION US, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STRATEGIC VISION US, LLC

Date: 03/20/2019

*Attorney's signature*

Mark A. Berube, Bar No. 2880896
*Printed name and bar number*

Barton LLP
711 Third Avenue, 14th Floor
New York, NY 10017

*Address*

mberube@bartonesq.com
*E-mail address*

(212) 687-6262
*Telephone number*

(212) 687-3667
*FAX number*