AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

EASTERN PROFIT CORPORATION LIMITED

Plaintiff(s),

V.

STRATEGIC VISION US, LLC

Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   1:18-cv-02185-JGK

Notice is hereby given that, subject to approval by the court,   STRATEGIC VISION US, LLC   substitutes
(Party (s) Name)

Mark A. Berube   , State Bar No.   2880896   as counsel of record in
(Name of New Attorney)

place of   David J. McNamara, Heather H. Kidera, and Joseph B. Schmit of Phillips Lytle LLP   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barton LLP |
| Address: | 711 Third Avenue, 14th Floor |
| Telephone: | (212) 687-6262           Facsimile   (212) 687-3667 |
| E-Mail (Optional): | mberube@bartonesq.com |

I consent to the above substitution.

Date:   March 19, 2019

Strategic Vision US, LLC
_____
(Signature of Party (s))

I consent to being substituted.

Date:   March 19, 2019

Phillips Lytle LLP
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   MARCH 19, 2019

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]