%AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

EASTERN PROFIT CORPORATION LIMITED
                    Plaintiff(s),

V.

STRATEGIC VISION US, LLC
                    Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:18-cv-02185-JGK

Notice is hereby given that, subject to approval by the court, **STRATEGIC VISION US, LLC** substitutes
(Party (s) Name)

**Mark A. Berube**, State Bar No. **2880896** as counsel of record in
(Name of New Attorney)

place of **David J. McNamara, Heather H. Kidera, and Joseph B. Schmit of Phillips Lytle LLP**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Barton LLP |
| Address: | 711 Third Avenue, 14th Floor |
| Telephone: | (212) 687-6262 | Facsimile | (212) 687-3667 |
| E-Mail (Optional): | mberube@bartonesq.com |

I consent to the above substitution.
Date: March 19, 2019
(Signature of Party (s)) — Strategic Vision US, LLC / French Wallop

I consent to being substituted.
Date: March 19, 2019
(Signature of Former Attorney (s)) — Phillips Lytle LLP

I consent to the above substitution.
Date: MARCH 19, 2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/28/19
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]