♦AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

EASTERN PROFIT CORPORATION LIMITED

Plaintiff(s),

V.

STRATEGIC VISION US, LLC

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-cv-02185-JGK

Notice is hereby given that, subject to approval by the court, __STRATEGIC VISION US, LLC__ substitutes
(Party (s) Name)

__James J McGuire__, State Bar No __2106664__ as counsel of record in
(Name of New Attorney)

place of __David J. McNamara, Heather H. Kidera, and Joseph B Schmit of Phillips Lytle LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Barton LLP
Address: 711 Third Avenue, 14th Floor
Telephone: (212) 687-6262    Facsimile (212) 687-3667
E-Mail (Optional): jmcguire@bartonesq.com

I consent to the above substitution.
Date: March 19, 2019

[Signature: Strategic Vision US, LLC / French C. Wallop]
(Signature of Party (s))

I consent to being substituted.
Date: March 19, 2019

[Signature: Phillips Lytle LLP]
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 20, 2019

[Signature of New Attorney]

The substitution of attorney is hereby approved and so ORDERED.
Date: 3/28/19

[Signature]
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/29/19