UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>STRATEGIC VISION US, LLC,<br><br>　　　Defendant-Counterclaim Plaintiff,<br><br>v.<br><br>GUO WENGUI, a/k/a MILES KWOK,<br><br>　　　　　　　Counterclaim Defendant. | Case No. 18-CV-2185 (JGK) |

## AMENDED SCHEDULING ORDER

**JOHN G. KOELTL**, District Judge:

　　The Court in the above-captioned action hereby orders that:

　　1. Discovery: All discovery shall be completed by July 15, 2019. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

　　2. Dispositive Motions*: Dispositive motions, if any, are to be filed by August 14, 2019.

　　3. Pretrial Order/Motions in Limine*: A Joint Pretrial Order, together with any motions in limine or to bifurcate, shall be submitted by August 27, 2019. The parties shall also submit Requests to Charge and Voir Dire papers by that date.

   4.  Trial*: The parties shall be ready for trial on 48 hours' notice on or after September 16, 2019.

   **SO ORDERED.**

Dated: New York, New York
   April ___, 2019

                     **JOHN G. KOELTL**
                 **UNITED STATES DISTRICT JUDGE**

\* **Note**: In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, and Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to three **(3) weeks** from the decision on the motion. The **ready trial date** shall be adjourned to a date four **(4) weeks** after the decision on the dispositive motion. The Deputy Clerk will schedule the Pretrial Conference, if any.

   At any time **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including but not limited to other trials and vacations, that would prevent a trial at a particular time. Such notice must come **before** the Court notifies counsel of an **actual trial date, not after**. Counsel should notify the Court and all other counsel in writing at the earliest possible time of any particular scheduling problems involving out of town witnesses or other exigencies.