UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

    *Plaintiff-Counterclaim Defendant*,

vs.

STRATEGIC VISION US, LLC,
    *Defendant-Counterclaim Plaintiff*,

GUO WENGUI a/k/a MILES KWOK,

    *Counterclaim Defendant.*

**STIPULATION**

Case No. 18-cv-2185 (JGK)

The parties to this action, by their undersigned attorneys, hereby stipulate and consent, within the meaning of Rule 15(a) of the Federal Rules of Civil Procedure, that Plaintiff Eastern Profit Corporation Limited may file an Amended Answer to Defendant Strategic Vision's Counterclaims in this action in the form attached as Exhibit 1 and an Amended Complaint in this action in the form attached as Exhibit 2.

Dated: APRIL 10, 2019

EASTERN PROFIT
CORPORATION LIMITED

By its attorneys,

_____
Zachary B. Grendi
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich, CT 06830
zgrendi@zeklaw.com
Telephone: (203) 489-1233
*Counsel for Eastern Profit Corporation Limited*

Dated: April 10, 2019

STRATEGIC VISION US, LLC

By its attorneys,

_____
James McGuire, Esq.
Barton LLP
711 3rd Avenue, 14th Floor
New York, NY 10017
jmcguire@bartonesq.com
Telephone: 212-687-6262
*Counsel for Strategic Vision US LLC*

Dated: April 10, 2019

GUO WENGUI

By his attorneys,

_____
Erin N. Teske
Hodgson Russ LLP
605 3rd Ave #2300
New York, NY 10158
Tel: 646.218.7517
ETeske@hodgsonruss.com
*Counsel for Guo Wengui*


So Ordered:

_____
U.S.D.J