Bryan D. Leinbach, Esq.
Zachary Grendi, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Plaintiff and Counterclaim Defendant
*Eastern Profit Corporation Limited*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

       *Plaintiff-Counterclaim Defendant*,

  vs.

                                                Case No. 18-cv-2185 (JGK)

                                              **NOTICE OF APPEARANCE**

STRATEGIC VISION US, LLC,
        *Defendant-Counterclaim Plaintiff*,

GUO WENGUI a/k/a MILES KWOK,

       *Counterclaim Defendant*.

---

To the Clerk of this Court and all parties of record:

      ENTER my appearance as counsel in this case for plaintiff and counterclaim defendant

Eastern Profit Corporation Limited. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         April 15, 2019

                    ZEICHNER ELLMAN & KRAUSE LLP

                    By:

                      Bryan D. Leinbach, Esq.
                      Attorneys for Eastern Profit Corporation
                      Limited
                      1211 Avenue of the Americas
                      New York, New York 10036
                      (212) 223-0400