```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

EASTERN PROFIT CORPORATION LIMITED,

                Plaintiff,

    - against -

STRATEGIC VISION US LLC,

                Defendant.      18-cv-2185 (JGK)

STRATEGIC VISION US LLC,      Order

    Counter Claimant,

    - against -

GUO WENGUI,

    Third-Party Defendant,

    - and -

EASTERN PROFIT CORPORATION LIMITED,

    Counterclaim Defendant.

───────────────────────────────────

JOHN G. KOELTL, District Judge:

    For the reasons explained at today's hearing, Guo Wengui's motion to dismiss the third-party claims against him is **granted.** The claims are **dismissed without prejudice.** The Clerk is directed to close docket numbers 65 and 92.

    The plaintiff has filed a second amended complaint. That complaint is deemed filed. The defendant must answer or move to dismiss the second amended complaint by **June 14, 2019.** If the

2

defendant moves to dismiss, the plaintiff may respond by **July 8, 2019**. The defendant may reply by **July 19, 2019**.

SO ORDERED.

Dated:   New York, New York
         May 13, 2019

_____
John G. Koeltl
**United States District Judge**