UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

    Plaintiff,

-against-

STRATEGIC VISION US, LLC,

    Defendant-Counterclaim Plaintiff.

Case No. 18-CV-2185 (JGK)

[PROPOSED] ORDER TO SHOW CAUSE AS TO BARTON LLP'S MOTION TO WITHDRAW AS COUNSEL TO DEFENDANT-COUNTERCLAIM PLAINTIFF

    **UPON** the annexed Declaration of James J. McGuire, Esq. and accompanying Memorandum of Law, both dated June 11, 2019, and all proceedings herein, and upon due deliberation and sufficient cause shown,

    **IT IS ORDERED** that plaintiff Eastern Profit Corporation Limited ("Eastern") and defendant-counterclaim plaintiff Strategic Vision US, LLC ("Strategic") show cause before Honorable John G. Koeltl, in Courtroom 14A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at _____ on _____, 2019, or as soon thereafter as counsel may be heard, as to why an Order should not be entered herein, as follows:

    a) Permitting Barton LLP to withdraw as counsel to Strategic; and

    b) Granting such other and further relief as the Court may deem just and proper.

    **IT IS FURTHER ORDERED** that, pending the hearing upon this Order to Show Cause, this action is stayed.

    Copies of this Order, together with the paper annexed hereto, shall be served by overnight courier services (*e.g.*, Federal Express, UPS, DHL, etc.) upon defendant-counterclaim plaintiff

Strategic at Strategic Vision US, LLC, c/o French Wallop, CEO, 1557 22nd Street North, Arlington, Virginia 22209 and by e-filing and email on counsel to plaintiff, Zachary B. Grendi, Esq., at zgrendi@zeklaw.com, on or before _____, 2019. Answering papers, if any, by plaintiff shall be served by email upon jmcguire@bartonesq.com and mberube@bartonesq.com and by e-filing and by defendant-counterclaim plaintiff Strategic by overnight courier services (*e.g.*, Federal Express, UPS, DHL, etc.) upon James J. McGuire, Esq. and Mark A. Berube, Esq. at Barton LLP, 711 Third Avenue, 14th Floor, New York, New York 10017 on or before _____, 2019, and reply papers, if any, shall be served upon plaintiff by email and e-filing and upon defendant-counterclaim plaintiff Strategic by overnight courier services (*e.g.*, Federal Express, UPS, DHL, etc.) at Strategic Vision US, LLC, c/o French Wallop, CEO, 1557 22nd Street North, Arlington, Virginia 22209 on or before _____, 2019.

Dated: New York, New York
       June _____, 2019

SO ORDERED:

_____
**John G. Koeltl, U.S.D.J.**

2