UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

    Plaintiff,

    -against-

STRATEGIC VISION US, LLC,

    Defendant-Counterclaim Plaintiff.

Case No. 18-CV-2185 (JGK)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing **Proposed Order to Show Cause, Memorandum of Law in Support, and Declaration of James J. McGuire** were served by email on June 11, 2019 and by Federal express on June 12, 2019 to:

Strategic Vision US, LLC,
c/o French Wallop, CEO
1557 22nd Street North
Arlington, Virginia 22209

Dated: New York, New York
       June 12, 2019

_____
Mark Berube