UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION
LIMITED,

      Plaintiff,

      -against-

STRATEGIC VISION US, LLC,

      Defendant-Counterclaim Plaintiff.

Case No. 18-CV-2185 (JGK)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019 true and correct conformed copies of the foregoing **Signed Order to Show Cause, Memorandum of Law in Support, and Declaration of James J. McGuire** were served as indicated below:

**Mail Service**: Overnight Federal Express, addressed to:

> Strategic Vision US, LLC,
> c/o French Wallop, CEO
> 1557 22nd Street North
> Arlington, Virginia 22209

**E-mail Service**: via e-mail to the following:

> Strategic Vision US, LLC
> c/o French Wallop, CEO
> [email omitted]

> Zachary B. Grendi, Esq.
> ZEICHNER ELLMAN & KRAUSE LLP
> Counsel for Plaintiff
> zgrendi@zeklaw.com

Dated: New York, New York
      June 14, 2019

_____
Mark Berube