AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Eastern Profit Corporation Limited<br>*Plaintiff*<br>v.<br>Strategic Vision US, LLC<br>*Defendant* | ) ) ) ) ) )  Case No. 18-cv-2185 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Strategic Vision US, LLC

Date: 06/26/2019

*Attorney's signature*

Edward D. Greim  Bar No. 4240172
*Printed name and bar number*
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105

*Address*

edgreim@gravesgarrett.com
*E-mail address*

(816) 256-3181
*Telephone number*

(816) 256-5958
*FAX number*