%AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

| Eastern Profit Corporation Limited | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Strategic Vision US, LLC | CASE NUMBER: 1:18-cv-02185-JGK |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Strategic Vision US, LLC__ substitutes
(Party (s) Name)

__Edward D. Greim__, State Bar No. __4240172__ as counsel of record in
(Name of New Attorney)

place of __James J. McGuire, Mark A. Berube, and Barton LLP__.
(Name of Attorney (s) Withdrawing Appearance)

**This stipulation of substitution of counsel expressly incorporates the text in Exhibit A.**

Contact information for new counsel is as follows:

| Firm Name: | Graves Garrett LLC |
| Address: | 1100 Main Street, Suite 2700, Kansas City, MO 64105 |
| Telephone: | (816) 256-4144    Facsimile (816) 256-5958 |
| E-Mail (Optional): | edgreim@gravesgarrett.com |

I consent to the above substitution.

Date: 6.26.2019

Strategic Vision US, LLC

_____
(Signature of Party (s))

I consent to being substituted.

Date: 6/26/19

BARTON LLP
By J. J. McG
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6-26-19

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Eastern Profit Corporation Limited,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **Strategic Vision US, LLC** | ) |
| | ) Case No. 1:18-cv-02185 |
| **Defendant.** | ) |
| | ) |

## **EXHIBIT A**

Nothing herein constitutes or amounts to a waiver or limitation of the rights of any party as of the date of the stipulation, including but not limited to any retaining and/or charging liens presently held by Barton LLP related to Strategic Vision US, LLC and/or its related individuals and/or entities, as well as Barton LLP's rights, if any, to recover its outstanding fees, disbursements and costs from Strategic Vision US, LLC and/or its related individuals and/or entities, in connection with Barton LLP's prior work in this action and related matters.