⍟AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Eastern Profit Corporation Limited
                  Plaintiff(s),
V.
Strategic Vision US, LLC
                  Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-cv-02185-JGK

Notice is hereby given that, subject to approval by the court, **Strategic Vision US, LLC** substitutes
(Party (s) Name)

**Edward D. Greim** . State Bar No **4240172** as counsel of record in
(Name of New Attorney)

place of **James J. McGuire, Mark A. Berube, and Barton LLP**
(Name of Attorney (s) Withdrawing Appearance)

**This stipulation of substitution of counsel expressly incorporates the text in Exhibit A.**

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Graves Garrett LLC |
| Address: | 1100 Main Street, Suite 2700, Kansas City, MO 64105 |
| Telephone: | (816) 256-4144   Facsimile (816) 256-5958 |
| E-Mail (Optional): | edgreim@gravesgarrett.com |

I consent to the above substitution.
Date  6.26.2019

I consent to being substituted
Date:  6/26/19

I consent to the above substitution.
Date  6-26-19

Strategic Vision US, LLC
_____
(Signature of Party (s))

BARTON LLP
by _____
(Signature of Former Attorney (s))

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date  6/27/19                                   _____
                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-28-19

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Eastern Profit Corporation Limited,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **Strategic Vision US, LLC** | ) |
| | ) Case No. 1:18-cv-02185 |
| **Defendant.** | ) |
| | ) |

## EXHIBIT A

Nothing herein constitutes or amounts to a waiver or limitation of the rights of any party as of the date of the stipulation, including but not limited to any retaining and/or charging liens presently held by Barton LLP related to Strategic Vision US, LLC and/or its related individuals and/or entities, as well as Barton LLP's rights, if any, to recover its outstanding fees, disbursements and costs from Strategic Vision US, LLC and/or its related individuals and/or entities, in connection with Barton LLP's prior work in this action and related matters.