**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7-1-19

**EASTERN PROFIT CORPORATION LIMITED,**

**PLAINTIFF,**

**- AGAINST -**

**STRATEGIC VISION US LLC,**

**DEFENDANT.**

**18-CV-2185 (JGK)**

**REVISED SCHEDULING ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The defendant may answer or move to dismiss the plaintiff's second amended complaint by **July 19, 2019**. Except for good cause shown, all discovery shall be completed by **September 27, 2019**. Dispositive motions, if any, are to be submitted by **October 18, 2019**. The joint pretrial order, together with any motions in limine, motions to bifurcate, requests to charge, and voir dire shall be submitted by **November 8, 2019**, or, if a dispositive motion is filed, **three weeks** after the Court decides the dispositive motion. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk. The parties shall be ready for trial on 48 hours' notice starting **two weeks** after the parties file the joint pretrial order.

**SO ORDERED.**

**Dated:** **New York, New York**
**June 28, 2019**

John G. Koeltl
**United States District Judge**