IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**EASTERN PROFIT CORPORATION LIMITED,**

    **Plaintiff/Counterclaim Defendant,**

                                                Case No. 18-cv-2185

    v.

**STRATEGIC VISION US, LLC,**

    **Defendant/Counterclaim Plaintiff.**

-------------------------------------------------------------------------------------------------------------------

**NOTICE OF DEFENDANT/COUNTERCLAIMANT'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant/Counterclaimant's Motion for Leave to File Under Seal, dated August 6, 2018, and upon all the pleadings and proceedings herein, Defendant/Counterclaimant Strategic Vision US, LLC, by and through its attorneys at Graves Garrett LLP, will move this Court, before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14A, New York, NY 10007, on a date and time as the Court may direct, for entry of an Order allowing the filing under seal of two letter motions and granting such other or further relief as may be just.

Dated: August 6, 2019

        Respectfully submitted,

        GRAVES GARRETT LLC

        *s/ Edward D. Greim*
        Edward D. Greim, #4240172
        1100 Main Street, Suite 2700
        Kansas City, MO 64105
        Telephone: (816) 256-3181
        Fax: (816) 256-5958
        edgreim@gravesgarrett.com
        ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF

## **CERTIFICATE OF SERVICE**

This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, August 6, 2019, to all counsel of record.

        *s/ Edward D. Greim*
        Attorneys for Defendant/Counterclaim Plaintiff