UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

    *Plaintiff-Counterclaim Defendant*,

vs.

STRATEGIC VISION US, LLC,

    *Defendant-Counterclaim Plaintiff*,

Civil Action No. 18-cv-2185

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that the undersigned, a member of the law firm of Hodgson Russ LLP, hereby appears in the above-captioned case on behalf of, and as counsel to, Guo Wengui a/k/a Miles Kwok, and requests that all notices be given to, and served upon, the undersigned at the address set forth below.

Dated:  New York, New York
         August 14, 2019

                                              HODGSON RUSS LLP

                                              By: _____
                                                     Mark A. Harmon
                                                     605 Third Avenue, Suite 2300
                                                     New York, NY  10158
                                                     (212) 751-4300
                                                     mharmon@hodgsonruss.com
                                                     *Attorneys for Guo Wengui a/k/a Miles Kwok*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, a true and correct copy of the foregoing was served by electronic submission to the Clerk's Office using the CM/ECF System for filing, to all counsel of record.

_____
Mark A. Harmon

086828.00008 Litigation 15161140v1