IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,  )<br>)<br>Plaintiff/Counterclaim Defendant,  )<br>)<br>v.  )<br>)<br>STRATEGIC VISION US, LLC,  )<br>)<br>Defendant/Counterclaim Plaintiff.  )<br>) | Case No. 18-cv-2185 (JGK)-DCF |

### DEFENDANT'S MOTON TO RECALL COURT FILING AT ECF 131

Defendant/Counterclaimant Strategic Vision, LLC ("Strategic Vision") respectfully seeks leave of Court to recall its submission on August 15, 2019 at ECF 131 because, through inadvertence, it did not redact four limited portions of the submission that paraphrase or, in one instance, quote from deposition testimony designated as confidential under the Stipulated Protective Order Governing Designation and Disclosure of Confidential Information, ECF 40.

Approximately an hour after discovering that the portions were not redacted, Strategic Vision filed a redacted version of ECF 131, which was designated as ECF 132. ECF 132 is identical to ECF 131 except for the redaction of the four indicated portions. Strategic Vision now seeks the Court's directive to the ECF administrator to recall ECF 131.

WHEREFORE, Defendant/Counterclaimant seeks the Court's permission and directive to have ECF 131 recalled from the official docket in this case.

1

Dated August 15, 2019

                                                    Respectfully submitted,

                                                    GRAVES GARRETT LLC

                                                    *s/ Edward D. Greim*
                                                    Edward D. Greim, #4240172
                                                    1100 Main Street, Suite 2700
                                                    Kansas City, MO 64105
                                                    Telephone: (816) 256-3181
                                                    Fax: (816) 256-5958
                                                    edgreim@gravesgarrett.com
                                                    ATTORNEYS FOR
                                                    DEFENDANT/COUNTERCLAIM PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, the foregoing was served via the Court's Electronic Case Filing System to all counsel of record, including:

Zachary Grendi
Zeichner Ellman & Krause LLP
35 Mason Street
Greenwich, CT 06830
zgrendi@zeklaw.com

                                                    *s/ Edward D. Greim*
                                                    Attorneys for Defendant/Counterclaim Plaintiff