IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

    Plaintiff/Counterclaim Defendant,

    v.

STRATEGIC VISION US, LLC,

    Defendant/Counterclaim Plaintiff.

Case No. 18-cv-2185

---

## AFFIDAVIT

Jennifer Donnelli, being duly sworn and pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, states the following.

    a)    I have never been convicted of a felony;

    b)    I have never been censured, suspended, disbarred or denied admission or readmission by any Court; and

    c)    There are no disciplinary proceedings presently against me.

Dated: August 19, 2019

Respectfully submitted,

GRAVES GARRETT LLC

*/s/ Jennifer Donnelli*

Jennifer Donnelli
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
jdonnelli@gravesgarrett.com
ATTORNEYS FOR
DEFENDANT/COUNTERCLAIM
PLAINTIFF

Subscribed and affirmed before me this 19th day of August, 2019.

_____Nichole Kruger_____
Notary Public

My commission expires: 3/8/2021



NICHOLE KRUGER
My Commission Expires
March 8, 2021
Jackson County
Commission #13759308

## CERTIFICATE OF SERVICE

This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, August 19, 2019, to all counsel of record.

s/ Jennifer Donnelli
Attorneys for Defendant/Counterclaim Plaintiff