## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**EASTERN PROFIT CORPORATION LIMITED,**

   **Plaintiff/Counterclaim Defendant,**

                                                                            **Case No. 18-cv-2185**

   **v.**

**STRATEGIC VISION US, LLC,**

   **Defendant/Counterclaim Plaintiff.**

-------------------------------------------------------------------------------------------------------

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Jennifer Donnelli, for admission to practice Pro Hac Vice in the above-captioned action, is granted.

Applicant has declared that she is a member in good standing of the bars of the States of Missouri and Kansas; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jennifer Donnelli |
| Firm Name: | Graves Garrett LLC |
| Address: | 1100 Main Street, Suite 2700, Kansas City, MO 64105 |
| Telephone/Fax: | (816) 256-3181/(816) 256-5958 |

Having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant/Counterclaim Plaintiff Strategic Vision US, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Jennifer Donnelli is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  August _____, 2019

_____
United States District/Magistrate Judge