

Edward D. Greim
Direct Dial: (816) 256-4144
edgreim@gravesgarrett.com

August 20, 2019

<u>VIA ECF</u>
Hon. Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
Courtroom 17A
500 Pearl Street
New York, New York 10007

    Re:  August 21, 2019 Discovery Conference:  Eastern Profit Corp. Ltd. ("Eastern Profit") v. Strategic Vision US, LLC ("Strategic Vision"), 18-cv-2185 (JGK)-DCF

Dear Judge Freeman:

    This letter contains a table setting out the parties' various filings on the three letter-motions by Strategic Vision scheduled to be taken up tomorrow, August 21, 2019.

| Strategic Vision's Motion to Compel a Third Eastern Profit 30(b)(6) Deposition on Noticed Topics | Strategic Vision's Motion to Compel Testimony from Guo Wengui | Strategic Vision's Motion to Compel Maistrello and Golden Spring to Comply with Rule 45 Document and Deposition Subpoenas |
|---|---|---|
| Strategic Vision's Opening Letter-Motion (See ECF 126, Submitted to Judge Koeltl's Chambers on August 7, 2019) | Strategic Vision's Opening Letter-Motion (See ECF 12-126, Submitted to Judge Koeltl's Chambers on August 7, 2019 | Strategic Vision's Opening Letter-Motion (ECF 132) |
| Eastern Profit's Response (ECF 129 ) | Eastern Profit's Response (ECF 135) | Eastern Profit's Response (ECF 136) |
| Strategic Vision's Reply to Eastern Profit's Response (ECF 134) | Strategic Vision's Reply to Eastern Profit's Response (ECF 138) | Strategic Vision's Reply to Eastern Profit's Response (ECF 139) |



      Two of the letter-motions were submitted via delivery to Judge Koeltl's Chambers on or around August 7th under the guidelines of the protective order. Thank you for your assistance.

      Respectfully submitted,

      Edward D. Greim

cc: Counsel of record via ECF