

## William Je · 3rd

Chairman, Equity Capital Markets, Greater China, Macquarie Capital Securities Ltd.

Macquarie Capital Securities Ltd.

Hong Kong · 471 connections



Work at Macquarie Group

See suggested jobs

Ad

## Experience



**Chairman, Equity Capital Markets, Greater China**

Macquarie Capital Securities Ltd.

May 2005 - Present · 14 yrs 3 mos



## Managing Director / Joint Venture Partner
China Merchant Securities (Hong Kong) Ltd.
Jan 2003 - Jan 2005 • 2 yrs



## Executive Director, Asia;  Head of China
Credit Agricole Indosuez
Jan 2001 - Jan 2002 • 1 yr



## Director, Head of Business Development (Greater China)
Dresdner Kleinwort Wasserstein
Jan 1998 - Jan 2001 • 3 yrs



## Vice President
NatWest Markets
Jan 1995 - Jan 1998 • 3 yrs