ZEICHNER ELLMAN & KRAUSE LLP

ONE LANDMARK SQUARE
STAMFORD, CONNECTICUT 06901
TEL: (203) 622-0900

DIRECT DIAL
(203) 489-1233
zgrendi@zeklaw.com

WWW.ZEKLAW.COM

September 5, 2019

**VIA ECF**

Hon. Debra Freeman
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re: Eastern Profit Corporation Limited v. Strategic Vision US LLC, No. 18-cv-2185 (JGK) (DCF)

Dear Judge Freeman:

       We are counsel for Eastern Profit Corporation Limited ("Eastern"). We write in response to Strategic Vision US, LLC's ("Strategic Vision") letter dated September 3, 2019. Dkt. No. 149. During our August 21, 2019 teleconference in this matter, your Honor directed Strategic Vision to "go back to the drawing board" on the questions it wanted to ask and repeatedly admonished Strategic Vision concerning the overbroad scope of discovery sought by it. Dkt. No. 145, 11, 45, 58, 90, 98, 106. Moreover, your Honor urged the parties to work together and communicate to see what could ***be agreed to before*** Strategic Vision commenced additional motion practice. *Id*. at 108-109.

       Strategic Vision did not meet or confer with Eastern in advance of filing its September 3, 2019 letter. Upon receipt and review of Strategic Vision's September 3, 2019 letter, Eastern's counsel contacted Strategic Vision's counsel to set up a meet and confer to comply with your Honor's directive. The parties have agreed to meet and confer and are scheduled to do so with due haste.

       Upon conclusion of this meet and confer process, Eastern will file additional correspondence clarifying the then present scope of the dispute and its position on the items still in controversy.

                                                                  Respectfully submitted,

                                                          _____/s/_Zachary Grendi_____
                                                                Zachary B. Grendi