AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Eastern Profit Corporation Limited
　　　　　　　　　　Plaintiff (s),
V.
Strategic Vision US LLC
　　　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-2185-JGK-DCF

Notice is hereby given that, subject to approval by the court, Eastern Profit Corporation Limited substitutes
(Party (s) Name)

Francis Lawall , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of Zachary B. Grendi and Bryan D. Leinbach of Zeichner Ellman & Krause LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　Pepper Hamilton LLP
　Address:　　　　3000 Two Logan Square, 18th and Arch Street, Philadelphia PA 19103-2799
　Telephone:　　　(215) 981-4520　　　　　　　Facsimile (215) 689-4630
　E-Mail (Optional): lawallf@pepperlaw.com

I consent to the above substitution.
Date: 9/26/2019
　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 9/26/19
　　　　　　　　　　　　　　　ZACHARY GRENDI
　　　　　　　　　　　　　　　Bryan D. Leinbach
　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/26/19
　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]