

Edward D. Greim
Direct Dial: (816) 256-4144
edgreim@gravesgarrett.com

September 27, 2019

<u>VIA ECF</u>
Hon. Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
Courtroom 17A
500 Pearl Street
New York, New York 10007

Re:   Eastern Profit Corp. Ltd. v. Strategic Vision US, LLC, 18-cv-2185 (JGK)-DCF
      Withdrawal of September 25 Letter Motion Related to Bill Gertz Subpoena

Dear Judge Freeman:

On behalf of Defendant/Counterclaimant Strategic Vision US, LLC ("Strategic Vision"), we write to withdraw Dkt. No. 157, the letter motion filed on September 25, 2019 related to our motion to compel nonparty Bill Gertz to comply with our subpoena, pursuant to Fed. R. Civ. P. 45.

Today, pursuant to Rule 45(d)(2)(B)(i), we filed the Motion to Compel in the District of Columbia district court, which is "the district where compliance is required." Contemporaneous with our filing of the motion to compel in that miscellaneous action, we filed an unopposed Motion to Transfer pursuant to Rule 45(f), to move the Motion to Compel back to this Court. Under Rule 45(f), "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances…"

Gertz consented to the filing of the Motion to Transfer and we believe exceptional circumstances exist warranting transfer of venue back to this court. Accordingly, we have asked the District of Columbia district court to exercise its discretion under Rule 45(f) to send the matter back to this Court.

We will keep the Court apprised of the status of the Motion to Transfer and Motion to Compel.

Respectfully submitted,

Edward D. Greim

cc: Counsel of record via ECF