# Attachment 1
*(redacted)*