# Attachment 2

Exhibit 5
郭文贵 816 效忠信英文版

A Proposal for a Thorough and Comprehensive Solution regarding
the Matters Involving Pangu Bldg Investment and other Concerning Guo Wengui

The Honorable Leader(s):

Greetings!

Thank you very much for your hospitality to meet members of my family and staff yesterday. They relayed your advice and instructions to me after they got home. In order to ensure there is no misunderstanding, I respond in writing:

I understand and accept all your directives and requirements leading to settling the matter. I sincerely pray that you and other leaders understand my situation. As I mentioned when I previously met with Party Secretary Liu Yanping* in the United States, the current disastrous state of affairs was brought about by the Task Force, who do not comprehend my actual situation but have taken action against me while being misled by half-truths and false reports.

Let me state the truth humbly and responsibly as follows:

1) Within the next two months kindly withdraw all criminal charges against me, defreeze my bank accounts and other assets, and lift the restrictions on international travel that have been applied to my employees and members of my family. Within two months after that, please come up with a decision regarding any penalties that are to be imposed on me. I hope that you and the organization will understand that the reason for this time-frame is that I am under pressure as a result of losing twelve million a day and having to worry about my family's safety. I want to solve all these problems, and four months is the most I can wait. I am not trying to bargain with you the leader and the Organization; I am not daring to bargain.

In order to carry out your instruction better, I pray that you clarify what Wengui are not allowed to speak out and what Wengui are not permitted to do. Please also provide me with detailed instruction with particular reference to public statements I may make to the media. To avoid any misunderstanding, please give me detailed instructions, in writing.

2) The key condition for me to desist from revealing information is that you take my name off the Red Notice, permit me to resume the operation of my business in Hong Kong, and drop the legal action that is being taken against me overseas. Dear Respectful Leader, I do have secrecy of hardship that cannot be disclosed. That I can



safely live in the United States is based upon conditions, that my safety is strictly protected is based upon agreement(s). Pursuant to the local law and agreement(s), I am not allowed to disclose too much. (Therefore—added) My current situation can be summed up in 8 Chinese characters: **I am now doing things not out of my own volition and talking things that I do not really mean.** The situation has no longer been within the ability of my control. The whole situation is relating to several **stakeholders in the country of my current residence. My public exposures of information before was done under coercion, my choice to perform publicity was not voluntary...** I believe that You and the Organization are fully aware of what is going on under these circumstances. That is what I need to report to you about actual cause and its background for what has been on going for most recent 7 months.

This is the main reason *why my family and I have received top class special protection* and have been able to survive. *As soon as I commit stop revealing information in two months, such (protection-added) agreement will definitely be rescinded and consequently security protection guaranteed for my safety will be discontinued. I will then have to try to leave this country* (the United States—added).

I therefore plan to leave for the U.K. after you take my name off the Interpol's Red Notice. **Once in Britain, I'll be able to make decision of my own, and I will then committed not to reveal further information. You and I will have more convenient ways to communicate with each other when I am there in UK.** Therefore, the fact I have asked again and again to have my Red Notice removed is not because I am stubborn or unwilling *to cooperate with you*, still less is it some kind of extortion. It is rather the basic condition indispensable for me to stop revealing information, which is not my goal.

I am now feeling **terribly struggling emotionally because you don't understand my complicated and constrained situation under which I do thing not out of own volition and talk what I mean to talk** yet you are trying to capture and destroy me that the situation has become so awkward and dangerous. **Yet I still kept faith in you and in the organization so I** *did not cross the red line* **when I was forced to give out for interviews.** It will eventually become clear that this was not easy and I have to pay an extremely high price for it.

Moreover, through my connections with Interpol I have been told, "If China sends us a letter, the list issue will be resolved. In fact everything depends on the Chinese side." I do not want such a thing to **become an issue to be exploited by someone one to spin out of control.** Therefore I beg you the leader to grant me first a condition of security, an environment where I can survive, so that I will have a chance to fulfill the requirements given to me from the Organization completely.

3) It is consistent with our nation's interest, and the best way to avoid further complications, should Ms. Qu Guojiao be allowed to return to Hong Kong to resume her work. This also is something I require in order to cease to expose information. To bring Qu Guojiao into China to freeze several Hong Kong accounts were serious legal incidents. I sincerely pray to you to straighten this out for me as quickly as possible. The situation is not at present under my control: the relevant corroborating

parties will take legal action in Hong Kong to protect their rights and interests. They are planning a series of press conferences supported by legal and financial communities. I have tried to calm them down, but the situation is beyond my control. If Qu Guojiao can return to Hong Kong and the relevant accounts are unfrozen, I will pledge to stop those people from action and persuade them to refrain from further action. In that case, I can guarantee there will be no more disclosures in the media.

4) In order to maintain our nation's international image a further necessary condition for my desisting from revealing information is for you to withdraw all overseas legal action against me, halt the online rumors, and stop the Overseas Chinese Associations from protesting against me. Make the relevant personnel who've been dispatched to harass me stop doing so. Can we have responsible and realistic solution based on the conditions under which I'm living as well as the objective facts? I hope you and the relevant leaders will not misunderstand: I have had to do things against my will. I am doing the best I can under difficult circumstances to **safeguard our nation's interests and image**. I can ask my partners in the Middle East such as Mr. Khaldoon Al Mubarak and the Briton Mr. Tony Blair, or other interested parties, to vouch for my commitments. If necessary, you can lay down clear stipulations with deadlines and I will make sure they are met.

5) With humility and sincerity, I greatly valued the opportunity that was given me by **Deputy Secretary Sun Lijun\*\* and Secretary Meng Jianzhu\*\*\*** and other leaders. I will put our national interest first and I am willing to devote my life to protecting our nation's interests, to defend Chairman Xi Jinping's Vlalue as our nation's Core Faith and make ultimate dedication of myself to safeguard Chairman Xi Jinping!

Even in such a realistic situation, I will take full responsibility for the sake of our nation, our society and for the case itself. I hope you can read my mind. I pray that you issue to me clear cut and standardized advice as for what I should do the next step. Any new miscommunication should be avoided. I pray that you and related leaders trust me: even if under such a difficult circumstances, if needed, Wengui will still continue making contributions to Chinese nation. I will continue not to cross the red line. At the same time, I earnestly hope you will judge of my personal character, my integrity and my truthfulness in the cases currently open to the investigative process.

6) A few small suggestions from the bottom of Wengui's Heart:

a) Give Wengui an opportunity to chant for our nation (Communist China—added) in advocating our nation's legal system solely for propagandizing Chairman Xi Jinping's call for the Rule of Law in China!

b) Can you consider **to convert Wengui's influence and resources** momentarily into **best serving Chairman Xi Jinping's China Dream**!

c) Let the cases against me be disposed of in a way that serves as a model for settling economic disputes in the courts!

d) **Give me more space and expanded opportunity to propagandize to international community and encourage me to advocate Chairman Xi Jinping's**

great achievements in anti-corruption campaign using my own style of propaganda to be presented on international stage!

e) Let me soon return to China without fear, demonstrating Chairman Xi Jinping's new ways in leading our country!

f) Let the **investigators change their attitudes toward me: instead of aiming to arrest and destroy me, they can *make best use of me* — I'll be completely obey orders given to me at their disposal** — so that **to serve Chairman Xi Jinping's agenda and that of our nation!**

g) *Assign me tasks to accomplish in furtherance of our national interests initiative and engage in Chairman Xi Jinping's global strategy*, so that I can *redeem myself by my good service, demonstrating my patriotism and loyalty to Chairman Xi Jinping!*

These seven suggestions are only that — suggestions — not conditions for negotiation. Again, I sincerely thank you. You may rest assured that I will actively cooperate with you that I have promised to you.

Respectfully,

s/Guo Wengui
August 26, 2017
(signed on the bottom of each of 5 pages, emphasis added.)

Translated from the Chinese text of this letter shown by Mingjing TV during an interview with Mr. Guo on 8/31/2017: youtube.com/wat..eature=youtu.be [images of this correspondence commence at the 3:12 mark]

Certificate of Translation:

I hereby certify that I am thoroughly conversant in both Chinese and English languages. I further certify that translated the foregoing documents from Chinese into English and my translation is complete and accurate to the best of knowledge and belief.

| s/Chuangchuang Chen | 02/20/2019 |
|---|---|
| Chuangchuang Chen, Translator: | Date: |

Translator's Notes:

*Mr. Liu Yanping is the Deputy Minister of China's State Security Ministry, and the Secretary of CCP's Disciplinary Committee of that Ministry.

**Mr. Sun Lijun is the Deputy Miniter of China's Ministry of Public Security

***Mr. Meng Jianzhu was then bureau member of Chinese Communist Party's Politburo and Secretary of CCP's Central Disciplinary Committee