**Erin N. Teske**
Direct Dial: 646-218-7517
eteske@hodgsonruss.com

October 8, 2019

**VIA ECF**

Hon. Debra Freeman
United States District Court
Southern District of New York
500 Pearl St., Courtroom 17A
New York, New York 10007

    Re: *Eastern Profit Corp. v. Strategic Vision US LLC*,
       1:18-cv-2185-JGK ("Action")

Dear Judge Freeman:

  On behalf of non-parties Guo Wengui ("Guo"), Golden Spring (New York) ("GSNY"), and Karin Maistrello ("Maistrello"), I write in response to a letter dated October 4, 2019 ("Letter"), submitted on behalf of defendant Strategic Vision US, LLC ("Strategic") concerning Strategic's request for dates for the depositions of Guo and GSNY and for documents from Maistrello. Strategic's requests are moot.

  On Monday, October 7, 2019, we provided the emails requested by Strategic Vision in Maistrello's possession – emails between William Je and Maistrello and attachments thereto – which concern her resignation as a director of ACA Capital Group Limited. At the same time, we provided a date for Guo's continued deposition, if necessary, which Strategic's counsel has accepted. The parties have also agreed on a date for the deposition of GSNY both individually and as a representative of Plaintiff.

  Had Strategic's counsel made any effort to meet and confer on these issues in advance of submitting its Letter, I would have informed him that I intended to provide, and I did ultimately provide, on Monday the information he was requesting.

  For the reasons stated above, we respectfully request that Strategic's Letter requests be denied as moot and that Strategic be directed to meet and confer concerning discovery issues in advance of submitting issues to the Court.

            Respectfully submitted,

            /s/ *Erin Teske*_____

            Erin N. Teske

086828.00008 Litigation 15261141v1