IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,  :
            Plaintiff/Counterclaim Defendant        :    Case No. 18-cv-2185

v.  :

STRATEGIC VISION US, LLC,  :
            Defendant/Counterclaim Plaintiff.  :

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Joanna J. Cline hereby moves this Court for an Order for admission *pro hac vice* to appear as counsel for Plaintiff/Counterclaim Defendant Eastern Profit Corporation Limited in the above-captioned action.

I am a member in good standing of the Bars of the States of Delaware and New Jersey and the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Affidavit pursuant to Local Rule 1.3.

Dated: October 8, 2019        Respectfully submitted,

                      */s/ Joanna J. Cline*
                      Joanna J. Cline
                      PEPPER HAMILTON LLP
                      1313 North Market Street, Suite 5100
                      Wilmington, DE  19801
                      Telephone: 302.777.6542
                      Facsimile: 302.421.8390
                      Email: clinej@pepperlaw.com

                      Attorney for Plaintiff/Counterclaim Defendant
                      EASTERN PROFIT CORPORATION LIMITED

## CERTIFICATE OF SERVICE

This certifies that on October 8 2019, the foregoing was filed using CM / ECF which will send electronic notification of such filing to all counsel of record.

/s/ Joanna J. Cline
Attorney for Plaintiff/Counterclaim Defendant