IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

    Plaintiff/Counterclaim Defendant

v.

STRATEGIC VISION US, LLC,

    Defendant/Counterclaim Plaintiff.

Case No. 18-cv-2185

## AFFIDAVIT

Joanna J. Cline, being duly sworn and pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, states the following:

1. I have never been convicted of a felony;

2. I have never ben censured, suspended, disbarred or denied admission or readmission by any Court; and

3. There are no disciplinary proceedings presently against me.

Dated: October 8, 2019

Respectfully submitted,

_____
Joanna J. Cline
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19801
Telephone: 302.777.6542
Facsimile: 302.421.8390
Email: clinej@pepperlaw.com

Attorney for Plaintiff/Counterclaim Defendant
EASTERN PROFIT CORPORATION LIMITED

Subscribed and affirmed before me this __8__ day of __October__, 2019

_____
Notary Public
DAVID A. SMITH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires November 7, 2022

My commission expires: _____

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Chief Deputy Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Joanna J. Cline** was admitted to practice as an attorney in the Courts of this State on **December 11, 2013** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 2nd day of October, 2019.

Lisa A. Dolph
Clerk of the Supreme Court



# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JOANNA JENNIFER CLINE** *(No.* **031131998** *) was constituted and appointed an Attorney at Law of New Jersey on* **February 24, 1999** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **7TH** *day of* **October** *, 20* **19**.

Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joanna J. Cline, Esq.*

**DATE OF ADMISSION**

*March 8, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated: October 4, 2019**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

This certifies that on October 8, 2019, the foregoing was filed using CM / ECF which will send electronic notification of such filing to all counsel of record.

/s/ *Joanna J. Cline*
Attorney for Plaintiff/Counterclaim Defendant