IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, | : |
| Plaintiff/Counterclaim Defendant | : Case No. 18-cv-2185 |
| v. | : |
| STRATEGIC VISION US, LLC, | : |
| Defendant/Counterclaim Plaintiff. | : |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Joanna J. Cline for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the States of Delaware and New Jersey and the Commonwealth of Pennsylvania; and that her contact information is as follows:

Applicant's Name: Joanna J. Cline

Firm Name: Pepper Hamilton LLP

Address: 1313 North Market Street, Suite 5100, Wilmington, DE 19801

Telephone / Fax: 302.777.6542 / 302.421.8390

Having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff / Counterclaim Defendant Eastern Profit Corporation Limited in the above-entitled action;

**IT IS HEREBY ORDERED** that Joanna J. Cline is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October ___, 2019

_____
United States District / Magistrate Judge