IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED, :
:
    Plaintiff/Counterclaim Defendant       :    Case No. 18-cv-2185
:
    v.                                         :
:
STRATEGIC VISION US, LLC, :
:
    Defendant/Counterclaim Plaintiff. :

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Christopher B. Chuff hereby moves this Court for an Order for admission *pro hac vice* to appear as counsel for Plaintiff/Counterclaim Defendant Eastern Profit Corporation Limited in the above-captioned action.

I am a member in good standing of the Bars of the State of Delaware and the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Affidavit pursuant to Local Rule 1.3.

Dated: October 8, 2019        Respectfully submitted,

                                                        */s/ Christopher B. Chuff*
                                                        Christopher B. Chuff
                                                        PEPPER HAMILTON LLP
                                                        1313 North Market Street, Suite 5100
                                                        Wilmington, DE  19801
                                                        Telephone:  302.777.6547
                                                        Facsimile:  302.421.8390
                                                        Email:  chuffc@pepperlaw.com

                                                        Attorney for Plaintiff/Counterclaim Defendant
                                                        EASTERN PROFIT CORPORATION LIMITED