IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

    Plaintiff/Counterclaim Defendant

    v.

STRATEGIC VISION US, LLC,

    Defendant/Counterclaim Plaintiff.

Case No. 18-cv-2185

## AFFIDAVIT

Christopher B. Chuff, being duly sworn and pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, states the following:

1. I have never been convicted of a felony;

2. I have never ben censured, suspended, disbarred or denied admission or readmission by any Court; and

3. There are no disciplinary proceedings presently against me.

Dated: October 8, 2019

Respectfully submitted,

*/s/ Christopher B. Chuff*
Christopher B. Chuff
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19801
Telephone: 302.777.6547
Facsimile: 302.421.8390
Email: chuffc@pepperlaw.com

Attorney for Plaintiff/Counterclaim Defendant
EASTERN PROFIT CORPORATION LIMITED

Subscribed and affirmed before me this 8th day of Oct, 2019.

_____
Notary Public

My commission expires: 4/7/21

*[Notary Seal: PAULA SUBDA, MY COMMISSION EXPIRES APRIL 7, 2021, NOTARY PUBLIC, STATE OF DELAWARE]*

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Chief Deputy Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Christopher B. Chuff** was admitted to practice as an attorney in the Courts of this State on **December 12, 2012** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 2nd day of October, 2019.



Lisa A. Dolph
Clerk of the Supreme Court





## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Christopher Brian Chuff, Esq.*

**DATE OF ADMISSION**

*May 2, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 4, 2019

Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

This certifies that on October 8, 2019, the foregoing was filed using CM / ECF which will send electronic notification of such filing to all counsel of record.

*/s/Christopher B. Chuff*
Attorney for Plaintiff/Counterclaim Defendant
