IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED, :
:
    Plaintiff/Counterclaim Defendant      :    Case No. 18-cv-2185
:
    v. :
:
STRATEGIC VISION US, LLC, :
:
    Defendant/Counterclaim Plaintiff.      :

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Christopher B. Chuff for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the State of Delaware and the Commonwealth of Pennsylvania; and that his contact information is as follows:

    Applicant's Name: Christopher B. Chuff

    Firm Name: Pepper Hamilton LLP

    Address: 1313 North Market Street, Suite 5100, Wilmington, DE 19801

    Telephone / Fax: 302.777.6547 / 302.421.8390

Having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff / Counterclaim Defendant Eastern Profit Corporation Limited in the above-entitled action;

**IT IS HEREBY ORDERED** that Christopher B. Chuff is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October __, 2019

_____
United States District / Magistrate Judge