IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**EASTERN PROFIT CORPORATION LIMITED,**

    **Plaintiff/Counterclaim Defendant,**

                                                Case No. 18-cv-2185

    **v.**

**STRATEGIC VISION US, LLC,**

    **Defendant/Counterclaim Plaintiff.**

------------------------------------------------------------------------------------------------------------------

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lucinda Housley Luetkemeyer hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant/Counterclaim Plaintiff Strategic Vision US, LLC in the above-captioned action.

I am in good standing of the bars of the States of Missouri and Kansas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Affidavit pursuant to Local Rule 1.3.

Dated: October 11, 2019                              Respectfully submitted,

                                                                            GRAVES GARRETT LLC

                                                                            *s/ Lucinda H. Luetkemeyer*
                                                                            Lucinda H. Luetkemeyer
                                                                            1100 Main Street, Suite 2700
                                                                            Kansas City, MO 64105
                                                                            Telephone: (816) 256-3181
                                                                            Fax: (816) 256-5958
                                                                            lluetkemeyer@gravesgarrett.com
                                                                            ATTORNEY FOR
                                                                            DEFENDANT/COUNTERCLAIM
                                                                            PLAINTIFF

**CERTIFICATE OF SERVICE**

This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, October 11, 2019, to all counsel of record.

*s/ Lucinda H. Luetkemeyer*
Attorney for Defendant/Counterclaim Plaintiff