IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

    Plaintiff/Counterclaim Defendant,

    v.

STRATEGIC VISION US, LLC,

    Defendant/Counterclaim Plaintiff.

Case No. 18-cv-2185

-----

## AFFIDAVIT

Lucinda Housley Luetkemeyer, being duly sworn and pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, states the following.

    a)    I have never been convicted of a felony;

    b)    I have never been censured, suspended, disbarred or denied admission or readmission by any Court; and

    c)    There are no disciplinary proceedings presently against me.

Dated: October 9, 2019

    Respectfully submitted,

    GRAVES GARRETT LLC

    */s/ Lucinda H. Luetkemeyer*
    Lucinda H. Luetkemeyer
    1100 Main Street, Suite 2700
    Kansas City, MO 64105
    Telephone: (816) 256-3181
    Fax: (816) 256-5958
    lluetkemeyer@gravesgarrett.com
    ATTORNEY FOR
    DEFENDANT/COUNTERCLAIM
    PLAINTIFF

Subscribed and affirmed before me this 9 day of October, 2019.

Notary Public

My commission expires: 3/29/2021



REBEKAH BADELL
My Commission Expires
March 29, 2021
Platte County
Commission #17050857

## CERTIFICATE OF SERVICE

This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, October 9, 2019, to all counsel of record.

s/ Lucinda H. Luetkemeyer
Attorney for Defendant/Counterclaim Plaintiff