# EX. A

Re: Resignation

**Karin Maistrello**
William Je
Friday, July 26, 2019 at 3:38 PM

Show Details

Director resignation...
90.6 KB

Download All    Preview All

Hi William,

Please find the attached singed letter.

Let me know if you need anything else.

Karin

**From:** William Je <william18@runbox.com>
**Date:** Friday, July 26, 2019 at 3:35 PM
**To:** Karin Maistrello <karinm@gsnyus.com>
**Subject:** Resignation

As requested, please see attached a sample resignation letter.

Thanks

W