# EX. B

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1  the defense that you're trying to raise    12:12 | 1      Q.   Tell me what you remember Mr. Je saying   12:16 |
| 2  here. | 2  to you about the offer. |
| 3          MR. GREIM:  And, your Honor, just | 3      A.   We didn't speak much.  He just told me |
| 4  to be clear, we're going to ask about her | 4  that he was interested in some business in the US, |
| 5  resignation as well, the thing that makes | 5  and he asked whether I wanted to join. |
| 6  ACA not reachable. | 6      Q.   What did he say the business was? |
| 7          MS. TESKE:  And I have no | 7      A.   Fund investment. |
| 8  objection to this. | 8      Q.   Now did you have a background in fund |
| 9          MR. GREIM:  Okay. | 9  investment? |
| 10          THE COURT:  All right, good. | 10      A.   I do not. |
| 11          MR. GREIM:  All right. | 11      Q.   Did you have any questions for Mr. Je |
| 12          THE COURT:  Carry on, then. | 12  about what this role would entail? |
| 13          MR. GREIM:  Thank you. | 13      A.   No. |
| 14          MS. TESKE:  Thank you. | 14      Q.   Why not? |
| 15          MR. GRENDI:  Thank you, your    12:13 | 15      A.   I trusted his judgment.    12:16 |
| 16  Honor. | 16      Q.   Why did you trust his judgment? |
| 17          THE COURT:  You're welcome. | 17          MS. TESKE:  Object to the form. |
| 18          (Whereupon, the teleconference | 18          You can answer.  You can answer. |
| 19  with the Hon. Debra Freeman concludes.) | 19      A.   I trust him, therefore, I trust his |
| 20          THE VIDEOGRAPHER:  We are back on | 20  judgment. |
| 21  the record at 12:13 p.m. | 21      Q.   Okay.  I guess let me rephrase it. |
| 22          (Whereupon, the record is read as | 22          What is it about him that made you |
| 23  follows: | 23  trust his judgement. |
| 24          "Question:  How is it that you came to | 24          MS. TESKE:  Object to the form. |
| 25  meet Mrs. Wang?") | 25          You can answer. |
| Page 26 | Page 28 |

| | |
|---|---|
| 1      A.   I met her for the first time at a job    12:14 | 1      A.   He was introduced to me by someone I   12:17 |
| 2  interview and that's how we met. | 2  trust and that's how it works for me, the person who |
| 3      Q.   Now, you said you met William Je | 3  introduced us trusted him and I got to trust him. |
| 4  several times before becoming a director. | 4      Q.   So did you tell him yes on the spot? |
| 5      A.   That's correct. | 5      A.   I did. |
| 6      Q.   Did you understand when you were | 6      Q.   Did you ask him what your duties would |
| 7  meeting him what his role was with ACA? | 7  be? |
| 8      A.   We never spoke about ACA before. | 8      A.   Briefly. |
| 9      Q.   But I presume that you did speak about | 9      Q.   What did he say? |
| 10  ACA when he offered you a directorship; is that | 10      A.   Again, he was interested in some |
| 11  right? | 11  business in the US and was asking if I could help |
| 12      A.   Briefly. | 12  find some investors. |
| 13      Q.   And was that discussion in person or | 13      Q.   Okay. |
| 14  over the phone? | 14      A.   Some -- |
| 15      A.   In person.    12:15 | 15      Q.   Go ahead.    12:17 |
| 16      Q.   Where did that happen? | 16      A.   I'm sorry.  Some projects to invest in. |
| 17      A.   That happened at our office. | 17      Q.   So if I understand correctly, he told |
| 18      Q.   I'm sorry.  Who's office? | 18  you that your duties would be finding projects for |
| 19      A.   Golden Spring New York's office. | 19  ACA to invest in? |
| 20      Q.   Your testimony again is that it was | 20          MS. TESKE:  Object to the form. |
| 21  several months -- well, actually let me ask you. | 21          You can answer. |
| 22          When -- how long before January 1st, | 22      A.   Yes. |
| 23  2019 did that discussion happen? | 23      Q.   Did he say -- did he tell you what |
| 24          MR. GRENDI:  Object to the form. | 24  sorts of projects ACA invested in? |
| 25      A.   Probably a month before. | 25      A.   No, he did not. |
| Page 27 | Page 29 |

8 (Pages 26 to 29)

Karin Maistrello
August 23, 2019

Atkinson-Baker, Inc.
www.depo.com

Q.   So, like, for example, construction projects, renovation projects, did he give you any kind of detail what he meant by projects?   12:18

A.   Again, no, he did not.

Q.   Is ACA a hedge fund?

A.   I do not know.

Q.   Did Mr. Je tell you who you would be reporting to, if anyone, as a director?

A.   No, he didn't.

Q.   Did he tell you who else was involved with the company?

A.   No, he did not.

Q.   Did he tell you if there were any other directors?

A.   No, he did not.   12:19

Q.   Did he tell you whether he was a director?

A.   No, he did not.

Q.   Did you have any concerns about working for ACA?

A.   No.

MS. TESKE:  Object to the form.

You can answer.

A.   No.

Q.   When was the first time you heard of

Page 30

ACA?   12:19

A.   When he asked me to become director.

Q.   Did you do any research to learn more about what ACA was?

A.   I did not.

Q.   At any time after your discussion with Mr. Je, did you do any research to determine what ACA was?

A.   No, I did not.

Q.   Did you understand what jurisdiction ACA was registered in?

MS. TESKE:  Object to the form of the question.

You can answer.

A.   I don't answer it -- I'm sorry.  I didn't understand the question.   12:20

Q.   Did Mr. Je tell you where ACA was registered?

A.   No.

Q.   Did he tell you what country or state had jurisdiction over ACA and its directors?

MS. TESKE:  Object to the form --

MR. GRENDI:  Object to the form.

MS. TESKE:  -- of the question.

A.   No.

Page 31

Q.   Did he refer you to any attorney to advise you on that question?   12:20

A.   No.

Q.   Okay.  Let's talk about your time with ACA.  First of all, as director, did you have an office somewhere?

A.   No, I did not.

Q.   Did ACA have an office in the United States anywhere?

A.   I do not know.

Q.   Between the time of your appointment and the time that you are saying that you resigned, did you do any work as a director of ACA?

A.   No, I didn't.

Q.   Did you find any projects for Mr. Je?   12:21

A.   No, I didn't.

Q.   Did you try to find projects for Mr. Je?

A.   No, I didn't.

Q.   Did Mr. Je ever ask you why you were not finding projects?

A.   No.

Q.   Did you ever talk to Mr. Je about your role with ACA after that conversation?

MR. GRENDI:  Object to the form.

Page 32

MS. TESKE:  Object to the form.   12:22

You can answer.

A.   No.

Q.   Let's be clear.  There was an objection.  I'm going to make sure that this is clear for the record.

So is it your testimony that after the in-person meeting where Mr. Je offered the directorship to you, you never spoke with Mr. Je again about your work as an ACA director?

A.   That's correct.

Q.   Okay.  I'm going to broaden the question now.

After the discussion with Mr. Je where he made the offer to you, did you ever discuss your   12:22 work as an ACA director with any other person?

A.   No, I didn't.

Q.   Did you ever discuss it with Yvette Wang?

A.   I did not.

Q.   Were you ever paid for your work as a director?

A.   No.

Q.   Did you sign any document appointing you as a director?

Page 33

9 (Pages 30 to 33)

Karin Maistrello
August 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1  A.  No.  12:23 | 1  Q.  Now, when you say you remember being  12:25 |
| 2  Q.  Well, do you know that you actually | 2  appointed on January 1, why do you remember that it |
| 3  were appointed as a director? | 3  was on that day -- |
| 4  MS. TESKE:  Object to the form of | 4  MS. TESKE:  Objection. |
| 5  the question. | 5  Q.  That you were appointed? |
| 6  You can answer. | 6  MS. TESKE:  Object to the form of |
| 7  A.  Yes. | 7  the question. |
| 8  Q.  How you do know? | 8  You can answer the question. |
| 9  A.  I might have answered wrongly the | 9  A.  I remember the date, that's all. |
| 10  previous question.  Can you rephrase the previous | 10  Q.  Well, did something happen on |
| 11  question, please, or reread it? | 11  January 1, 2019 that sticks in your memory? |
| 12  Q.  That's okay.  I'll rephrase it. | 12  A.  It's -- |
| 13  Did you ever -- I'll just ask you a new | 13  MS. TESKE:  Object to the form of |
| 14  question, how about that? | 14  the question. |
| 15  Did you ever sign anything accepting an  12:24 | 15  You can answer the question.  12:26 |
| 16  appointment as a director? | 16  A.  It's the first day of the year, so |
| 17  A.  Yes, I did. | 17  that's why I remember it, probably. |
| 18  Q.  When did you do that? | 18  Q.  Did someone tell you that that was |
| 19  A.  I don't remember. | 19  going to be the effective date of your appointment? |
| 20  Q.  Did you keep a copy of that document? | 20  A.  I don't remember. |
| 21  A.  I did not. | 21  Q.  Did the form that you signed say that |
| 22  Q.  Do you know whether the thing that you | 22  was the effective date of your appointment? |
| 23  signed was filed with any authority? | 23  A.  Yes. |
| 24  MS. TESKE:  Object to the form of | 24  Q.  When's the last time that you saw that |
| 25  the question. | 25  form that you signed? |
| Page 34 | Page 36 |

| | |
|---|---|
| 1  You can answer if you understand.  12:24 | 1  A.  I don't remember.  12:26 |
| 2  A.  I don't. | 2  Q.  Did you review it before your testimony |
| 3  Q.  Let me ask you, then, what's your basis | 3  today? |
| 4  for believing that you were actually appointed as a | 4  A.  No, I did not. |
| 5  director of ACA? | 5  Q.  Okay.  Other than William Je, did you |
| 6  A.  I don't really understand the question. | 6  ever speak with anyone else at ACA? |
| 7  Q.  So you're testifying today, you've | 7  A.  No, I didn't. |
| 8  testified already that you were appointed on | 8  Q.  Were you aware that ACA had a corporate |
| 9  January 1, 2019, as a director of ACA, correct? | 9  secretary? |
| 10  A.  That's correct. | 10  MS. TESKE:  Object to the form. |
| 11  Q.  So why do you believe that you were | 11  You can answer. |
| 12  actually appointed on January 1 or on any other day | 12  A.  No. |
| 13  as a director of ACA? | 13  Q.  Did you ever receive a request in |
| 14  MS. TESKE:  Object to the form. | 14  writing from anyone to do something as a director of |
| 15  You can answer.  12:25 | 15  ACA?  12:27 |
| 16  A.  Because I signed something. | 16  A.  No. |
| 17  Q.  Why do you believe the date was | 17  Q.  Did you ever receive a request verbally |
| 18  January 1 of 2019? | 18  from anyone to do something as a director of ACA? |
| 19  A.  Because I remember it. | 19  A.  No. |
| 20  Q.  You remember signing a document on | 20  Q.  Have you ever notarized documents in |
| 21  January 1, 2019? | 21  your capacity as a director of ACA? |
| 22  A.  Not signing the document on January 1 | 22  MS. TESKE:  Object to the form. |
| 23  but being appointed on January 1. | 23  MR. GRENDI:  Object to the form. |
| 24  Q.  Okay.  When did you sign the document? | 24  MS. TESKE:  You can answer. |
| 25  A.  I don't remember. | 25  A.  I don't remember. |
| Page 35 | Page 37 |

10 (Pages 34 to 37)

Karin Maistrello
August 23, 2019

Atkinson-Baker, Inc.
www.depo.com

**Page 38**

```
1      Q.    Is it possible that you did?          12:28
2            MS. TESKE:  Object to the form.
3            You can answer.
4      A.    I really don't remember.
5      Q.    And I ask that because I understand you
6  are a notary, correct?
7      A.    That's correct.
8      Q.    I've seen documents that -- well, we've
9  all seen documents that you've notarized, right?
10     A.    That's correct.
11     Q.    And so, my question is, did you do any
12 of that notarization as one of your duties as a
13 director of ACA?
14     A.    Again, I don't remember.
15     Q.    Did you ever review any sort of a    12:28
16 booklet or a guide about what your duties and
17 responsibilities would be as a director of ACA?
18     A.    No, I did not.
19     Q.    Did you ever acquaint yourself with the
20 Hong Kong law that controls your duties and
21 responsibilities as a director of ACA?
22           MS. TESKE:  Object to the form.
23           MR. GRENDI:  Object to the form.
24           MS. TESKE:  You can answer.
25     A.    I did not.
```

**Page 39**

```
1      Q.    Did you know that Hong Kong law applied  12:29
2  to your duties and responsibilities as a director of
3  ACA?
4            MS. TESKE:  Object to the form.
5            MR. GRENDI:  Object to the form.
6            MS. TESKE:  You can answer it.
7      A.    I did not.
8      Q.    Have you ever seen any corporate
9  records of ACA other than the document you remember
10 signing appointing you as director?
11     A.    I have not.
12     Q.    Have you ever seen a financial
13 statement of ACA?
14     A.    I have not.
15     Q.    Do you know whether you have a right to  12:30
16 vote or that you had a right to vote as a director of
17 ACA?
18           MS. TESKE:  Object to the form.
19           MR. GRENDI:  Object to the form.
20     A.    I don't know.
21     Q.    Did you ever cast a vote as a director
22 of ACA?
23     A.    I did not.
24     Q.    When was the last time you spoke with
25 William Je?
```

**Page 40**

```
1            MS. TESKE:  Object to the form.      12:30
2            You can answer.
3      A.    I don't remember.
4      Q.    Was it in the last month?
5      A.    I really don't remember.
6      Q.    Well, we know you spoke with him about
7  a month before January 1, 2019, correct?
8      A.    Yes.
9      Q.    Did you ever speak with him after that
10 time?
11     A.    When you say speak, you mean over the
12 phone or face-to-face?
13     Q.    Let's start with over the phone.  Have
14 you spoken with William Je over the phone since the
15 meeting in which he gave you an offer?            12:31
16     A.    No, I have not.
17     Q.    Did you speak with him in person since
18 the meeting where he gave you the offer?
19     A.    I did.
20     Q.    When was that?
21     A.    I don't remember.
22     Q.    Was it after you had become a director?
23     A.    Yes.
24     Q.    How long after you became a director?
25     A.    I don't remember.
```

**Page 41**

```
1      Q.    I'm going to try to narrow this down a   12:31
2  little bit.  This is normal in a deposition, people
3  don't remember time, and we'll try a little bit to
4  jog your memory, but we'll do our best.
5            So was the last time you spoke with William Je
6  this.  Was the next time you spoke with William Je
7  when it was cold weather outside?  Do you remember
8  being cold?
9            MS. TESKE:  Object to the form.
10     A.    I don't remember.
11           MS. TESKE:  Sorry.  You can
12 answer.
13     Q.    Where was the meeting?  You said you
14 spoke with him in person.  Where did you speak with
15 him in person?                                   12:32
16     A.    It might have been at our office.
17     Q.    And this is at the Golden Spring
18 office?
19     A.    Correct.
20     Q.    Okay.  You said it might have been.  If
21 it wasn't there, where would it have been?
22           MS. TESKE:  Object to the form of
23 the question.
24     A.    It was -- it was there, yes.
25     Q.    So what do you remember about that
```

11 (Pages 38 to 41)

Karin Maistrello
August 23, 2019

| | |
|---|---|
| 1  discussion with Mr. Je?                          12:32<br>2       A.   We didn't have any discussion.  I met<br>3  him.  We said hi, we'd greet, how are you, that was<br>4  it.<br>5       Q.   So there was no discussion about ACA.<br>6       A.   Not at all.<br>7       Q.   Okay.  Let's go forward from there.<br>8  When was the next time that you met Mr. Je in person?<br>9       A.   Again, I -- I don't remember.<br>10      Q.   Was there a next time?<br>11      A.   I probably met him a couple of times in<br>12 2019, but I do not remember when.<br>13      Q.   Okay.  When you met him, any of the<br>14 times that you met him, did you discuss Eastern<br>15 Profit?                                            12:33<br>16      A.   No.<br>17      Q.   Did you discuss this case?<br>18      A.   No.<br>19      Q.   Did you discuss Strategic Vision?<br>20      A.   No.<br>21      Q.   What did you discuss with him, if you<br>22 can remember?<br>23           MS. TESKE:  Object to the form.<br>24           You can answer.<br>25      A.   We -- again, we did not discuss<br><br>Page 42 | 1       Q.   Can I please see it?                    12:33<br>2       A.   Absolutely.<br>3            MS. TESKE:  Can we take a short<br>4  break, go off the record.<br>5            MR. GREIM:  Sure.<br>6            THE VIDEOGRAPHER:  We are off the<br>7  record, 12:34 p.m.<br>8            (Whereupon, a recess is taken.)<br>9            (Whereupon, Maistrello Exhibit 1,<br>10 resignation email, is marked for<br>11 identification, as of this date.)<br>12           (Whereupon, Maistrello Exhibit 2, PDF<br>13 attachment to Maistrello Exhibit 1, is marked<br>14 for identification, as of this date.)<br>15           THE VIDEOGRAPHER:  We are back on    12:38<br>16 the record, 12:37 p.m.<br>17 BY MR. GREIM:<br>18      Q.   Okay.  Ms. Maistrello, what I've marked<br>19 here are the documents you gave me, Plaintiff<br>20 Exhibit 1 and Plaintiff Exhibit -- I'm sorry,<br>21 Maistrello Exhibit 1 and Maistrello Exhibit 2.<br>22           Is Exhibit 1 the email by which you<br>23 testify you forwarded your resignation to William Je?<br>24      A.   Yes, it is.<br>25      Q.   And is Exhibit 2 the PDF attachment to<br><br>Page 44 |
| 1  anything.  We just greeted each other, how are you,  12:33<br>2  and that was it.<br>3       Q.   Okay.  So far we've been talking about<br>4  in-person discussions.  Before we move on, can you<br>5  remember any other in-person discussions that you had<br>6  with William Je in 2019?<br>7            MS. TESKE:  Object to the form.<br>8       A.   No.<br>9            MS. TESKE:  You can answer.<br>10      Q.   Okay.  Now we'll move to emails or<br>11 other written communications or texts, okay?<br>12      A.   Mm-hmm.<br>13      Q.   Have you had any emails or texts or<br>14 other written communications with William Je in 2019?<br>15      A.   Yes.                                     12:34<br>16      Q.   When?<br>17      A.   One email on July 26th when I sent my<br>18 resignation letter.<br>19      Q.   Did he respond to that email?<br>20      A.   Yes, he did.<br>21      Q.   What was his response?<br>22      A.   He accepted the document.<br>23      Q.   Did you bring a copy of that with you<br>24 here today?<br>25      A.   Yes.<br><br>Page 43 | 1  Exhibit 1.                                       12:39<br>2       A.   It is.<br>3       Q.   Do you have a copy of them in front of<br>4  you still --<br>5       A.   Yes.<br>6       Q.   -- or you gave me your only copy?<br>7       A.   I do.<br>8       Q.   Oh, you do.<br>9            Now, is it your testimony that Mr. Je<br>10 responded and said that he accepted it?<br>11      A.   Yes.<br>12      Q.   Okay.  Did you bring that email with<br>13 you?<br>14      A.   I did not.<br>15      Q.   Okay.  When did he -- I'd ask you to   12:39<br>16 produce that afterwards.<br>17      A.   Mm-hmm.<br>18      Q.   When did he send that to you?<br>19      A.   I believe right afterwards.<br>20      Q.   Did you understand that he was<br>21 expecting your email?<br>22      A.   Yes.<br>23      Q.   How did you understand that he was<br>24 expecting your email?<br>25      A.   Before this email, I wrote an email<br><br>Page 45 |