# EX. C

  

網上查冊中心 **CR**
ICRIS
Cyber Search Centre

| Search▼ | Product▼ | Shopping▼ | About e-Search▼ | Logout |

Welcome!                                    System Clock: 23-AUG-2019 04:50:57 GMT +0800

Director Particulars Search

Your Search: CR No.: = 2188692, Director Type = Natural Person
English Name: maistrello(Surname), karin(Other Names)

Director Particulars - Natural Person Director

| | |
|---|---|
| CR No.: | 2188692 |
| Company Name: | ACA CAPITAL GROUP LIMITED<br>阿中資本集團有限公司 |
| Surname (English): | MAISTRELLO |
| Other Names (English): | KARIN |
| Chinese Name: | - |
| Previous Name: | - |
| Alias: | - |
| Residential Address: | 343 FAIRMOUNT AVE APT 43, JERSEY CITY, NJ 07306-4822, UNITED STATES |
| HKID No.: | - |
| Passport No. / China ID No.: | YA2403159 |
| Passport Issuing Country: | 意大利 ITALY |
| Date of Appointment: | 01-JAN-2019 |
| Remarks: | - |

⊙ Go to perform All Directorships Search

Please select the Order Type

Order certified report
(Director Particulars)            HK$141.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top
ICRIS_Ver_1_0_6_Build_06_08
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.

*Maistrello Karin*
EXHIBIT
DATE
Kathleen T. Kelity, CSR