EX. D

| | |
|---|---|
| **From:** | Teske, Erin |
| **To:** | Greim, Edward D. |
| **Cc:** | Harmon, Mark; Searles, Jillian; Badell, Rebekah |
| **Subject:** | RE: Eastern/Strategic: Deposition transcript |
| **Date:** | Monday, October 07, 2019 2:14:44 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | img-X07144431-0001.pdf |

Eddie,

Attached are documents Bates stamped KM0001-KM0004. This will complete Ms. Maistrello's production of documents.

Mr. Kwok is available for his continued deposition, if the Court so directs, on October 29th. We will get back to you soon concerning a date for GSNY.

**Erin N. Teske**
Hodgson Russ LLP
Tel: 646.218.7517
Fax: 646.218.7690


**From:** Greim, Edward D. <EDGreim@gravesgarrett.com>
**Sent:** Wednesday, October 2, 2019 9:14 AM
**To:** Teske, Erin <ETeske@hodgsonruss.com>
**Cc:** Harmon, Mark <MHarmon@hodgsonruss.com>; Searles, Jillian <JSearles@hodgsonruss.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Eastern/Strategic: Deposition transcript

Erin, we'll get it to you in just a bit. This reminds me: please send me the Maistrello documents, per the court's order. Email is fine and even preferable; please just attach the native files rather than converting to PDF.

Eddie

**From:** Teske, Erin <ETeske@hodgsonruss.com>
**Sent:** Wednesday, October 02, 2019 8:01 AM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>
**Cc:** Harmon, Mark <MHarmon@hodgsonruss.com>; Searles, Jillian <JSearles@hodgsonruss.com>
**Subject:** Eastern/Strategic: Deposition transcript

Hi Eddie,

Please send me a copy of the Maistrello deposition transcript when you get a minute.

## Resignation



**William Jia <william18@runbox.com>**
Karin Maistrello
Friday, July 26, 2019 at 3:35 PM

Show Details

📎 Director resignation... ‹

⬇ Download All    👁 Preview All

← You replied to this message on 7/26/19, 3:38 PM.    [Show Reply]

As requested, please see attached a sample resignation letter.

Thanks

W

To: The Board of Directors of

ACA Capital Group Limioted (the "Company")

Dear Sirs,

**RESIGNATION AS DIRECTOR**

I, Karin Maistrello, of 17 Gifford Avenue, Apt. 5F, Jersey City, NJ 07304 hereby tender my unconditional and irrevocable resignation from the office of director of the Company with effect from the date signed below.

I confirm that I have no claim of any kind of right of action outstanding against the Company or any of its subsidiaries or any of its officers or employees with respect to the termination of my office whatsoever whether in respect of fees, remuneration or compensation for the loss of office. To the extent that any such claim exists or may exist, I hereby irrevocably and unconditionally waive each and every such claim in full and release the Company, it's subsidiaries and its officers and employees from any liability in respect of it.

Yours Sincerely,

---

Karin Maistrello

Date: 26 July, 2019

KM0002

# Re: Resignation

**Karin Maistrello**
William Je
Friday, July 26, 2019 at 3:38 PM

Show Details


Director resignation...
90.6 KB

Download All     Preview All

Hi William,

Please find the attached singed letter.

Let me know if you need anything else.

Karin

**From:** William Je <william18@runbox.com>
**Date:** Friday, July 26, 2019 at 3:35 PM
**To:** Karin Maistrello <karinm@gsnyus.com>
**Subject:** Resignation

As requested, please see attached a sample resignation letter.

Thanks

W

To: The Board of Directors of

ACA Capital Group Limioted (the "Company")

Dear Sirs,

**RESIGNATION AS DIRECTOR**

I, Karin Maistrello, of 17 Gifford Avenue, Apt. 5F, Jersey City, NJ 07304 hereby tender my unconditional and irrevocable resignation from the office of director of the Company with effect from the date signed below.

I confirm that I have no claim of any kind of right of action outstanding against the Company or any of its subsidiaries or any of its officers or employees with respect to the termination of my office whatsoever whether in respect of fees, remuneration or compensation for the loss of office. To the extent that any such claim exists or may exist, I hereby irrevocably and unconditionally waive each and every such claim in full and release the Company, it's subsidiaries and its officers and employees from any liability in respect of it.

Yours Sincerely,

_Maistrello_

Karin Maistrello

Date: 26 July, 2019

KM0004