# EX. H

Atkinson-Baker, Inc.
www.depo.com

### Page 42

```
 1  discussion with Mr. Je?                              12:32
 2      A.   We didn't have any discussion. I met
 3  him. We said hi, we'd greet, how are you, that was
 4  it.
 5      Q.   So there was no discussion about ACA.
 6      A.   Not at all.
 7      Q.   Okay. Let's go forward from there.
 8  When was the next time that you met Mr. Je in person?
 9      A.   Again, I -- I don't remember.
10      Q.   Was there a next time?
11      A.   I probably met him a couple of times in
12  2019, but I do not remember when.
13      Q.   Okay. When you met him, any of the
14  times that you met him, did you discuss Eastern
15  Profit?                                              12:33
16      A.   No.
17      Q.   Did you discuss this case?
18      A.   No.
19      Q.   Did you discuss Strategic Vision?
20      A.   No.
21      Q.   What did you discuss with him, if you
22  can remember?
23           MS. TESKE:  Object to the form.
24           You can answer.
25      A.   We -- again, we did not discuss
```

### Page 43

```
 1  anything. We just greeted each other, how are you,  12:33
 2  and that was it.
 3      Q.   Okay. So far we've been talking about
 4  in-person discussions. Before we move on, can you
 5  remember any other in-person discussions that you had
 6  with William Je in 2019?
 7           MS. TESKE:  Object to the form.
 8      A.   No.
 9           MS. TESKE:  You can answer.
10      Q.   Okay. Now we'll move to emails or
11  other written communications or texts, okay?
12      A.   Mm-hmm.
13      Q.   Have you had any emails or texts or
14  other written communications with William Je in 2019?
15      A.   Yes.                                        12:34
16      Q.   When?
17      A.   One email on July 26th when I sent my
18  resignation letter.
19      Q.   Did he respond to that email?
20      A.   Yes, he did.
21      Q.   What was his response?
22      A.   He accepted the document.
23      Q.   Did you bring a copy of that with you
24  here today?
25      A.   Yes.
```

### Page 44

```
 1      Q.   Can I please see it?                        12:35
 2      A.   Absolutely.
 3           MS. TESKE:  Can we take a short
 4  break, go off the record.
 5           MR. GREIM:  Sure.
 6           THE VIDEOGRAPHER:  We are off the
 7  record, 12:34 p.m.
 8           (Whereupon, a recess is taken.)
 9           (Whereupon, Maistrello Exhibit 1,
10  resignation email, is marked for
11  identification, as of this date.)
12           (Whereupon, Maistrello Exhibit 2, PDF
13  attachment to Maistrello Exhibit 1, is marked
14  for identification, as of this date.)
15           THE VIDEOGRAPHER:  We are back on         12:38
16  the record, 12:37 p.m.
17  BY MR. GREIM:
18      Q.   Okay. Ms. Maistrello, what I've marked
19  here are the documents you gave me, Plaintiff
20  Exhibit 1 and Plaintiff Exhibit -- I'm sorry,
21  Maistrello Exhibit 1 and Maistrello Exhibit 2.
22           Is Exhibit 1 the email by which you
23  testify you forwarded your resignation to William Je?
24      A.   Yes, it is.
25      Q.   And is Exhibit 2 the PDF attachment to
```

### Page 45

```
 1  Exhibit 1.                                           12:39
 2      A.   It is.
 3      Q.   Do you have a copy of them in front of
 4  you still --
 5      A.   Yes.
 6      Q.   -- or you gave me your only copy?
 7      A.   I do.
 8      Q.   Oh, you do.
 9           Now, is it your testimony that Mr. Je
10  responded and said that he accepted it?
11      A.   Yes.
12      Q.   Okay. Did you bring that email with
13  you?
14      A.   I did not.
15      Q.   Okay. When did he -- I'd ask you to      12:39
16  produce that afterwards.
17      A.   Mm-hmm.
18      Q.   When did he send that to you?
19      A.   I believe right afterwards.
20      Q.   Did you understand that he was
21  expecting your email?
22      A.   Yes.
23      Q.   How did you understand that he was
24  expecting your email?
25      A.   Before this email, I wrote an email
```

Atkinson-Baker, Inc.
www.depo.com

```
 1  saying that I would like to resign, so he was        12:39
 2  definitely expecting it.
 3      Q.   When did you write that email?
 4      A.   On the same day, so July 26th.
 5      Q.   Okay. At what time?
 6      A.   I don't remember.
 7      Q.   Do you have a copy of that email still?
 8      A.   I do.
 9      Q.   I would like to ask that you produce
10  that.
11           And I'll say it on the record now,
12  we'll talk about it because this is really something
13  for me and your counsel, but I would like, if I
14  could, to have the electronic version of the emails
15  and responses.                                       12:40
16           MS. TESKE: Follow up with me, if
17       you could. I'm taking notes, but just in
18       case, just follow up with me in an email
19       after.
20           MR. GREIM: Very good.
21      Q.   So when you told Mr. Je, you would like
22  to resign in the prior email that we don't have with
23  us here today, what was his response?
24           MS. TESKE: Object to the form.
25           But you can answer.
                                              Page 46
```

```
 1      A.   Okay.                                       12:41
 2      Q.   Is that literally what the email said?
 3      A.   I don't remember literally, but that
 4  was definitely the meaning.
 5      Q.   Did he tell you that a new director
 6  would need to be appointed to fill your place?
 7      A.   No.
 8           MS. TESKE: Object to the form.
 9      Q.   Do you know whether a new director
10  needs to be appointed to take your place?
11      A.   No, I don't.
12      Q.   Are you aware of any other directors or
13  officers of ACA who are in the United States?
14      A.   No, I'm not.
15      Q.   How often does Mr. Je come to the           12:41
16  United States?
17           MS. TESKE: Object to the form.
18           Answer if you know.
19      A.   I don't know.
20      Q.   Your testimony is that you've met him
21  in person several times, though, in 2019?
22      A.   Yes.
23           MS. TESKE: Object to the form,
24       but go ahead.
25      Q.   I notice that the name William is
                                              Page 47
```

```
 1  highlighted in plaintiff Exhibit 1. Do you see that? 12:42
 2      A.   I do.
 3      Q.   Why is that?
 4      A.   'Cause when I did the search in my
 5  email everything that comes with that "William" gets
 6  highlighted.
 7      Q.   When you did that search, how many
 8  emails with William Je did you find in your inbox?
 9           MS. TESKE: Object to the form.
10      A.   I don't know.
11      Q.   One or two or more than that?
12           MS. TESKE: Object to the form.
13      A.   I really don't know.
14      Q.   Were they all listed together there
15  when you ran your search?                            12:42
16           MS. TESKE: Object to the form.
17      A.   By typing William, all the emails with
18  "William" come up but not necessarily this William.
19      Q.   Who drafted the resignation letter?
20      A.   William did.
21      Q.   Did he send this to you by email?
22      A.   He did.
23      Q.   Is that your signature? And I'm
24  directing you now to Exhibit 2. Is that your
25  signature on the line?
                                              Page 48
```

```
 1      A.   Yes, it is.                                 12:43
 2      Q.   Did you review this document before you
 3  signed it?
 4      A.   Yes, I did.
 5      Q.   Did you make any changes to it?
 6      A.   I did not.
 7      Q.   Do you know whether Mr. Je took any
 8  steps, any further steps to make your resignation
 9  effective?
10           MS. TESKE: Object to the form.
11           You can answer.
12      A.   I don't know.
13      Q.   Do you know whether he filed this with
14  the requisite authorities in Hong Kong?
15           MS. TESKE: Object to the form.             12:44
16           You can answer.
17      A.   I don't know.
18      Q.   Did -- have you asked Mr. Je if he has
19  taken any steps with your resignation letter?
20      A.   I have not.
21      Q.   Do you know whether under either Hong
22  Kong law or the bylaws and formation documents of the
23  company you have effectively resigned --
24           MS. TESKE: Object.
25      Q.   -- from ACA?
                                              Page 49
```

13 (Pages 46 to 49)

Karin Maistrello
August 23, 2019