

Edward D. Greim
Direct Dial: (816) 256-4144
edgreim@gravesgarrett.com

October 21, 2019

**VIA ECF**
Hon. Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
Courtroom 17A
500 Pearl Street
New York, New York 10007

> **Re:** Eastern Profit Corp. Ltd. v. Strategic Vision US, LLC, Case No. 18-cv-2185 (JGK)-DCF
> Golden Spring Subpoena

Dear Judge Freeman:

In advance of our conference tomorrow, October 22, 2019, and on behalf of Defendant/Counterclaimant Strategic Vision US, LLC, we write to provide a list of the submissions that have been made on the discovery issues currently before the Court.  Tomorrow's conference concerns <u>party</u> discovery, but we have also included the submissions regarding <u>non-party</u> witnesses.  Thank you for your assistance with these matters.

| Witness(es) | Court File Reference | Status |
|---|---|---|
| Plaintiff Eastern Profit Corp. Ltd.'s Fed. R. Civ. P. 30(b)(6) Corporate Representative | ECF 149, 126, 129, 134, 141 | This deposition is scheduled for Oct. 30th.  New counsel for Eastern Profit and Strategic Vision's counsel have engaged in several conferences and exchanged other substantial communications about the topics appropriate for this deposition.  On the Oct. 22 call, Strategic Vision will advise of the remaining topics in dispute but the most recent submission to the Court is ECF 149 by Strategic Vision. |
| Karin Maistrello & Golden Spring (New York) Limited | ECF 177 | Maistrello, a fact witness deposed in July, has disobeyed a Court order issued September 18th to produce documentary evidence, causing her to be in contempt under Rule 45(g).  ECF 177 seeks relief in several forms to address Maistrello's contempt, including relief for the failure of the discovery agent for Eastern Profit (Golden Spring (New York) Limited) to fulfill its evidence preservation responsibilities under Fed. R. Civ. P. 37(e).  ECF 177 was filed on October 16, 2019.  Neither |



| | | |
|---|---|---|
| | | Maistrello nor Golden Spring has responded to ECF 177, and the issues raised therein are outstanding and ready for decision by the Court. |
| Karin Maistrello | ECF 166, 168, 175 | Maistrello has "addressed" Strategic Vision's ECF 166 letter motion to enforce the Court's Sept. 18th order directing her to produce relevant materials by advising, for the first time, that the subject materials no longer exist or may have never existed, despite Maistrello's testimony that the materials existed. The outstanding issue here is Strategic Vision's request for its legal fees involved in enforcing the Sept. 18th order. The issue is fully briefed. |
| Golden Spring's Fed. R. Civ. P. 30(b)(6) Corporate Representative | ECF 164, 156, 158, 132, 136, 139 | Regarding this Oct. 30th deposition, Strategic Vision seeks to compel testimony from Golden Spring, an entity that—among other things—serves as Eastern Profit's discovery agent in this case. The issues are fully briefed. On September 18th, the Court ordered that a date be provided by Golden Spring for its Rule 45 deposition. It is now scheduled for Oct. 30th. |
| Guo Wengui | ECF 165, 126, 135, 138, 144, 148, 150, 152, 153, 154, 155, 159 | Regarding this Oct. 29th deposition, Strategic Vision seeks guidance on the scope of questioning to fact witness Guo and to compel the witness to produce the documents requested by the Rule 45 subpoena; the issues are fully briefed. On September 18th, the Court ordered that a date be provided by Guo for his continued deposition, and it is now scheduled for Oct. 29th. |

Respectfully submitted,

Edward D. Greim
Attorneys for Defendant/Counterclaimant