IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, | )<br>)<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>) Case No. 18-cv-2185 (JGK) |
| v. | )<br>) |
| STRATEGIC VISION US, LLC, | )<br>) |
| Defendant/Counterclaim Plaintiff. | )<br>)<br>) |

### NOTICE OF FILING

PLEASE TAKE NOTICE of the attached exhibits A, B, and C, affidavits of service regarding the Federal Rules of Civil Procedure Rule 45 subpoenas directed to non-parties Steven K. Bannon and Sasha Gong.

Dated November 19, 2019

Respectfully submitted,

GRAVES GARRETT LLC

*s/ Edward D. Greim*
Edward D. Greim, #4240172
Jennifer Donnelli (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
jdonnelli@gravesgarrett.com
ATTORNEYS FOR
DEFENDANT/COUNTERCLAIM PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, November 19, 2019, to all counsel of record.

*s/ Edward D. Greim*
Attorney for Defendant/Counterclaim Plaintiff
