
# Exhibit C

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of New York

**Eastern Profit Corporation Limited**

    Plaintiff(s),

vs.

**Strategic Vision US, LLC**

    Defendant(s).

Attorney: Edward Greim

Graves Garrett
1100 Main Street, 2700
Kansas City MO 64105



\*248705\*

**Case Number: 1:18-cv-02185-JGK**

Legal documents received by Same Day Process Service, Inc. on **11/14/2019** at **4:00 PM** to be served upon **Sasha Gong at 1557 22nd St., North, Arlington, VA 22209**

I, **Maximiliano Torres**, swear and affirm that on **November 15, 2019** at **3:17 PM**, I did the following:

**Personally** Served **Sasha Gong** the person listed as the intended recipient of the legal document with this **Subpoena to Testify at a Deposition in a Civil Action; Witness Check for $60.65** at **1557 22nd St., North, Arlington, VA 22209**.

**Description of Person Accepting Service:**
Sex: Female Age: 40-50 Height: 5ft0in-5ft4in Weight: Over 200 lbs Skin Color: Asian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Maximiliano Torres**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:248705

District of Columbia: SS
Subscribed and Sworn to before me this 15 day of November 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024