# Exhibit B

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:18-CV-02185-JGK

Date Filed: _____

Plaintiff/Petitioner:
**EASTERN PROFIT CORPORATION, LIMITED**
vs.
Defendant/Respondent:
**STRATEGIC VISION US, LLC**

Received by HPS Process Service & Investigations to be served on **ACA Capital Group Limited, c/o Karin Maistrello, Director, 17 Gifford Avenue, Apartment 5F, Jersey City, NJ 07304.** I, **ALDO BAISFIRO**, do hereby affirm that on the **27** day of **July**, 20**19** at **10:45 A**m., executed service by delivering a true copy of the Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Notice of Subpoena to Non-Party for Deposition Testimony and Production of Documents; and $48.74 Witness/Mileage Fee in accordance with state statutes in the manner marked below:

(✓) REGISTERED AGENT SERVICE: By serving __**KARIN MAIstreLLo**__
as __**REGISTERED Agent**__ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as_____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

() NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

_____

_____

_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER #  **NJ PPS**
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2019014381

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 88A  (Rev.  12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  1:18-cv-02185-JGK

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  ACA Capitol Group Ltd
on *(date)*  7/26/19  .

☑ I served the subpoena by delivering a copy to the named individual as follows:  Karen
Maistrello  Registered  Agent  for ACA Capitol Group
Ltd _____  on *(date)*  7/27/19 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$       51.70       .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                      *Server's signature*

                         ALDO   BALSEIRO   Process Server
                                      *Printed name and title*

                         PO Bx 8152 NB NJ 07047
                                      *Server's address*

Additional information regarding attempted service, etc.: