# Exhibit C

存案 Filed

# 周年申報表
# Annual Return

**公司註冊處**
Companies Registry

Amended

表格 Form **NAR1**

CR's annotation: This is the amended Form NAR1 for 2019 for the incorrect one filed on 21/01/2019.

公司編號 Company Number
**2188692**

註 Note

**1** 公司名稱 Company Name

**ACA Capital Group Limited**
阿 中 資 本 集 團 有 限 公 司

**2** 商業名稱(如有的話) Business Name (If any)

**N. A.**

**3** 公司類別 Type of Company

請在適用的空格內加上 ✓ 號   Please tick the relevant box

[✓] 私人公司 Private company    [ ] 公眾公司 Public company    [ ] 擔保有限公司 Company limited by guarantee

**4** 本申報表的結算日期
Date to which this Return is Made Up

| 06 | 01 | 2019 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(如屬私人公司,本申報表應列載截至公司成立為法團的周年日期的資料。
如屬公眾公司,申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。
如屬擔保有限公司,申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。

For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.
For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.
For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)

**5** 隨本表格交付的財務報表所涵蓋的會計期
Period Covered by Financial Statements Delivered with this Form
(私人公司無需填報此項   A private company need not complete this section)

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**6** 註冊辦事處地址 Address of Registered Office

Room 1605,
Hua Qin International Building,
340 Queen's Road Central, Hong Kong.

提交人資料 Presentor's Reference
姓名 Name:     Well Honest Consultants Limited
地址 Address:  Room 1605-6,
              Hua Qin International Building,
              340 Queen's Road Central,
              Hong Kong.

電話 Tel:   2815 5338    傳真 Fax:  2545 9298
電郵 Email:  Nil
檔號 Reference:  1/SEC/A-059

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

請勿填息本欄 For Official Use

[CR]
收件日期 RECEIVED
2 4 JAN 2019
文件管理組
Document Management Section



22101301104
AD                2188692
24/01/2019

044

表格 Form **NAR1**

公司編號 Company Number: **2188692**

### 7  電郵地址 Email Address

Nil

### 8  按揭及押記 Mortgages and Charges

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

Nil

### 9  無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項  Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up: **N. A.**

### 10  股本 Share Capital
*(無股本的公司無需填報此項  Company not having a share capital need not complete this section)*

| | | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | |
| --- | --- | --- | --- | --- |
| 股份的類別<br>(如普通股／優先股等)<br>Class of Shares<br>(e.g. Ordinary/<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作已繳的總款額<br>Total Amount Paid up or Regarded as Paid up |
| Ordinary | HKD | 10,000,000 | 10,000,000 | 10,000,000 |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 10,000,000 | 10,000,000 | 10,000,000 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: **2188692**

**11 公司秘書 Company Secretary**

**A. 公司秘書 (自然人) Company Secretary (Natural Person)**
(如超過一名公司秘書屬自然人，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a natural person)

| Field | Value |
|---|---|
| 中文姓名 Name in Chinese | |
| 英文姓名 Name in English — 姓氏 Surname | |
| 名字 Other Names | |
| 前用姓名 Previous Names — 中文 Chinese | |
| 英文 English | |
| 別名 Alias — 中文 Chinese | |
| 英文 English | |
| ⑬ 香港通訊地址 Hong Kong Correspondence Address | |
| 地區 Region | 香港／HONG KONG |
| ⑭ 電郵地址 Email Address | |

⑮ 身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number: ( )
(b) 護照 Passport — 簽發國家 Issuing Country:
號碼 Number:

**B. 公司秘書 (法人團體) Company Secretary (Body Corporate)**
(如超過一名公司秘書屬法人團體，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a body corporate)

| Field | Value |
|---|---|
| ⑯ 中文名稱 Name in Chinese | 安 誠 顧 問 有 限 公 司 |
| ⑯ 英文名稱 Name in English | **Well Honest Consultants Limited** |
| ⑰ 香港地址 Hong Kong Address | Room 1605-6, Hua Qin International Building, 340 Queen's Road Central, |
| 地區 Region | 香港／HONG KONG |
| ⑭ 電郵地址 Email Address | Nil |
| 公司編號 Company Number | 451152 |

第三頁 Page 3

0046

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: **2188692**

## 12 董事 Directors

### A. 董事（自然人）Director (Natural Person)

(如超過一名董事屬自然人，請用續頁 B 填報  Use Continuation Sheet B if more than 1 director is a natural person)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**18** 身分 Capacity: ☑ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to: [blank]

| 中文姓名 Name in Chinese | Nil |
|---|---|
| 英文姓名 Name in English — 姓氏 Surname | Maistrello |
| 名字 Other Names | Karin |
| 前用姓名 Previous Names — 中文 Chinese | N. A. |
| 英文 English | N. A. |
| 別名 Alias — 中文 Chinese | N. A. |
| 英文 English | N. A. |

**19** 住址 Residential Address:
343 Fairmount Ave Apt 43,
Jersey City,
NJ 07306-4822,
國家／地區 Country／Region: U S A

**20** 電郵地址 Email Address: Nil

**21** 身分證明 Identification

(a) 香港身分證號碼 Hong Kong Identity Card Number: [blank] ( )

(b) 護照 Passport — 簽發國家 Issuing Country: Italy
號碼 Number: YA2403159

第四頁 Page 4

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0047

表格 Form **NAR1**　　　　公司編號 Company Number: **2188692**

**12 董事 Directors** (續上頁 cont'd)

**B. 董事（法人團體）Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報　Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號　Please tick the relevant box(es)

**1 身分 Capacity:** ✓ 董事 Director　☐ 候補董事 Alternate Director　代替 Alternate to: 

中文名稱 Name in Chinese: **Nil**

英文名稱 Name in English: **Celestial Tide Limited**

地址 Address:
- Vistra Corporate Services Centre,
- Wickhams Cay II,
- Road Town, Tortola, VG1110,

國家／地區 Country／Region: British Virgin Islands

電郵地址 Email Address: **Nil**

公司編號 Company Number (只適用於在香港註冊的法人團體) (Only applicable to body corporate registered in Hong Kong): **N. A.**

請在適用的空格內加上 ✓ 號　Please tick the relevant box(es)

**2 身分 Capacity:** ☐ 董事 Director　☐ 候補董事 Alternate Director　代替 Alternate to: 

中文名稱 Name in Chinese: 

英文名稱 Name in English: 

地址 Address: 

國家／地區 Country／Region: 

電郵地址 Email Address: 

公司編號 Company Number (只適用於在香港註冊的法人團體) (Only applicable to body corporate registered in Hong Kong):

| 表格 Form | **NAR1** | 公司編號 Company Number |
|---|---|---|
| | | **2188692** |

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名 Name in Chinese | | |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |
| ⑲ 住址 Residential Address | | |
| | 國家／地區 Country／Region | |
| ⑳ 電郵地址 Email Address | | |

㉑ 身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number  [ ][ ][ ][ ][ ][ ][ ][ ] ( )
(b) 護照 Passport — 簽發國家 Issuing Country
— 號碼 Number

表格 Form **NAR1**  公司編號 Company Number: **2188692**

### 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital
*(有股本的公司必須填報此項 Company having a share capital must complete this section)*

請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

### 14 公司紀錄 Company Records
*(如空位不足，請用續頁 D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
|  |  |

### 15 陳述書 Statement
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

提示 Advisory Note
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | Nil | Nil | Nil | Nil |

For and on behalf of
安誠顧問有限公司
WELL HONEST CONSULTANTS LIMITED

簽署 Signed: *[signature]* Authorized Signature(s)

姓名 Name: Well Honest Consultants Limited
董事 Director / 公司秘書 Company Secretary *

日期 Date: 21 January 2019  日 DD / 月 MM / 年 YYYY

*請刪去不適用者  Delete whichever does not apply

第七頁 Page 7

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

| 表格 Form **NAR1** | 附表一 Schedule 1 |
|---|---|
| | (非上市公司適用) |
| | FOR NON-LISTED COMPANY |

本申報表的結算日期
Date to which this Return is Made Up

| 06 | 01 | 2019 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 Company Number: **2188692**

㉖ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares: **Ordinary**

此類別股份的已發行總數 Total Number of Issued Shares in this Class: **10,000,000**

| 姓名／名稱<br>Name | 地址<br>Address | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | | 數目 Number | 日期 Date | |
| **Je Kin Ming**<br>**余 建 明** | **Flat 16, 18th Floor,**<br>**Celestial Heights,**<br>**80 Sheung Shing Street,**<br>**Ho Man Tin,**<br>**Kowloon.** | - | **10,000,000** | **20 March 2018** | **Transferred to Celestial Tide Limited** |
| **Celestial Tide Limited** | **Vista Corporate Services Centre,**<br>**Wickhams Cay II,**<br>**Road Town,**<br>**Tortola VG1110,**<br>**British Virgin Islands.** | **10,000,000** | | | |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

0051

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)