# Exhibit E

**CR**
公司註冊處
Companies Registry

公司秘書及董事辭職通知書
**Notice of Resignation of
Company Secretary and Director**

表格 Form **ND4**

公司編號 Company Number
**2188692**

註 Note

**1** 公司名稱 Company Name

**ACA Capital Group Limited
阿 中 資 本 集 團 有 限 公 司**

**2** 公司秘書／董事的辭職 Resignation of Company Secretary／Director

**A.** 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**6** 身分 Capacity
☐ 公司秘書 Company Secretary
☑ 董事 Director
☐ 候補董事 Alternate Director

代替 Alternate to

公司秘書／董事的詳情（自然人）Particulars of Company Secretary／Director (Natural Person)

中文姓名 Name in Chinese

英文姓名 Name in English — 姓氏 Surname
名字 Other Names

**7** 身分證明 Identification
香港身分證號碼 Hong Kong Identity Card Number
護照號碼 Passport Number

或 **OR**

**8** 公司秘書／董事的詳情（法人團體）Particulars of ~~Company Secretary~~／Director (Body Corporate)

中文及英文名稱 Chinese and English Names

**Aureate Excel Limited**

**B.** 辭職詳情 Details of Resignation

辭職日期 Date of Resignation: **13** 日 DD  **12** 月 MM  **2018** 年 YYYY

**9** 上述董事或候補董事在辭職日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of resignation?

☐ 是 Yes
☑ 否 No

**3** 提交人資料 Presentor's Reference
姓名 Name: Well Honest Consultants Limited
地址 Address: Room 1605-6,
Hua Qin International Building,
340 Queen's Road Central,
Hong Kong.
電話 Tel: 2815 5338   傳真 Fax: 2549 9298
電郵 Email: Nil
檔號 Reference: 1/SEC/A-059

請勿填寫本欄 For Official Use

CR 收件日期 RECEIVED 14 DEC 2018 文件管理組 Document Management Section

23700463567
ND4                2188692
14/12/2018                        0035

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

| 表格<br>Form | **ND4** | | 公司編號 Company Number |
|---|---|---|---|
| | | | **2188692** |

**③ 3 辭職通知 Notice of Resignation**

請在適用的空格內加上 ✓ 號  Please tick the relevant box

**⑧**

[✓] 按照上述公司的章程細則或本人與該公司訂立的協議的規定,本人須向該公司發出辭職通知;本人亦已按照該規定發出辭職通知。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company and I have given notice of resignation in accordance with the requirement.

[ ] 按照上述公司的章程細則或本人與該公司訂立的協議的規定,本人須向該公司發出辭職通知。本人並未按照該規定發出通知,但已將辭職通知的印本送交該公司;或將該通知的電子版發送予該公司;或將該通知留在該公司的註冊辦事處。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company. I have not given notice of resignation in accordance with the requirement but I have sent the notice of resignation to the Company in hard copy form or in electronic form, or have left it at the registered office of the Company.

[ ] 按照上述公司的章程細則或本人與該公司訂立的任何協議,本人不須向該公司發出辭職通知。
I am not required by the articles of the above-named Company or by any agreement with the Company to give notice of resignation to the Company.

...nd on behalf of
AUREATE EXCEL LIMITED
*Authorised Signature(s)*

**⑤** 簽署 Signed :

姓名 Name :     Aureate Excel Limited          日期 Date :    13 December 2018
辭職的公司秘書／董事 *                              日 DD  /  月 MM  /  年 YYYY
Resigning Company ~~Secretary~~／Director *

\* 請刪去不適用者 Delete whichever does not apply