# Exhibit A



Edward D. Greim
Direct Dial: (816) 256-4144
edgreim@gravesgarrett.com

November 20, 2019

**Via Electronic Mail**
Robin Breazier
LinkedIn Corporation
Law Enforcement Response Analyst
rbreazier@linkedin.com

      Re:    **Notice of Modification—Subpoena to LinkedIn Corporation, in the Matter**
              *Eastern Profit Corporation Limited v. Strategic Vision US LLC,*
              **Case No. 1:18-cv-02185-JGK-DCF (S.D.N.Y.)**

Dear Ms. Breazier:

      We are in receipt of your email dated November 20, 2019 advising us of LinkedIn's response to our November 7 subpoena for registration and other information related to ten member accounts. Your email indicated that LinkedIn had received correspondence from counsel for a LinkedIn member associated with the account https://www.linkedin.com/in/karin-maistrello-ba567aaa/, and that LinkedIn accordingly would defer its response to the Subpoena regarding that member until there is a "clearer understanding of the challenge and/or resulting court order."

      This letter serves as our notice of withdrawal of our request for the information sought in the Subpoena to LinkedIn for records related to Member https://www.linkedin.com/in/karin-maistrello-ba567aaa/. We will notify counsel for the member of the same.

      We appreciate LinkedIn's partial response containing responsive information related to other accounts listed in the Subpoena, which we received today. With respect to the objections raised to our remaining requests, we continue to review the objections and arguments LinkedIn asserts in the November 20 correspondence containing the partial production, and will be in touch to meet and confer on the same.

      If you have any questions regarding this withdrawal, please contact me or my colleague Lucinda Luetkemeyer at LLuetkemeyer@GravesGarrett.com.

                                                        Sincerely,

                                                         Edward D. Greim