USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EASTERN PROFIT CORP. LTD.,
                      Plaintiff,

                18 civ 2185 (JGK)

        -against-

STRATEGIC VISION US. LLC,
                      Defendant.
-------------------------------------------------------------X

## ORDER

A pre-motion conference is scheduled for **Tuesday, December 3, 2019, at 3:00pm.**

**SO ORDERED.**

                                               **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        November 21, 2019