

公司註冊處
Companies Registry

更改公司秘書及董事通知書(委任／停任)
**Notice of Change of Company Secretary and Director (Appointment／Cessation)**

表格 Form **ND2A**

公司編號 Company Number: 2188692

註 Note

**1 公司名稱 Company Name**

ACA CAPITAL GROUP LIMITED
阿中資本集團有限公司

**2 公司秘書／董事的停任 Cessation to Act as Company Secretary／Director**
(如超過一名公司秘書／董事停任，請用續頁A 填報 Use Continuation Sheet A if more than 1 company secretary／director ceased to act)

**A. 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry**
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

❼ 身分 Capacity: ☐ 公司秘書 Company Secretary  ☒ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to: 

公司秘書／董事的詳情 (自然人) Particulars of Company Secretary／Director (Natural Person)

中文姓名 Name in Chinese: 

英文姓名 Name in English:
姓氏 Surname: Maistrello
名字 Other Names: Karin

❽ 身分證明 Identification:
香港身分證號碼 Hong Kong Identity Card Number: ( )
護照號碼 Passport Number: YA2403159

或 OR

❾ 公司秘書／董事的詳情 (法人團體) Particulars of Company Secretary／Director (Body Corporate)
中文及英文名稱 Chinese and English Names:

**B. 停任詳情 Details of Cessation**

停任原因 Reason for Cessation:
☒ 辭職／其他 Resignation／Others
☐ 去世 Deceased

❿ 停任日期 Date of Cessation: 26 / 7 / 2019 (DD/MM/YYYY)

⓫ 上述董事或候補董事在停任日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of cessation?
☐ 是 Yes  ☒ 否 No

❹ 提交人資料 Presenter's Reference
姓名 Name: Celestial Tide Limited
地址 Address: 1605-6, Hua Qin International Building, 340 Queen's Road, Central, Hong Kong
電話 Tel: 2123 6611    傳真 Fax: 2123 6689
電郵 Email:
檔號 Reference: 280719

請勿填寫本欄 For Official Use

[CR] 收件日期 RECEIVED 2 2 AUG 2019 文件管理組 Document Management Section

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

**CR**
公司註冊處
Companies Registry

更改公司秘書及董事通知書(委任／停任)
**Notice of Change of Company Secretary and Director (Appointment／Cessation)**

表格 Form **ND2A**

公司編號 Company Number
2188692

註 Note

1  公司名稱 Company Name

ACA CAPITAL GROUP LIMITED
阿中資本集團有限公司

2  公司秘書／董事的停任 Cessation to Act as Company Secretary／Director
(如超過一名公司秘書／董事停任，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary／director ceased to act)

A. 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

❼ 身分 Capacity: ☐ 公司秘書 Company Secretary  ☒ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to: 

公司秘書／董事的詳情 (自然人) Particulars of Company Secretary／Director (Natural Person)

中文姓名 Name in Chinese: 

英文姓名 Name in English:
姓氏 Surname: Maistrello
名字 Other Names: Karin

❽ 身分證明 Identification:
香港身分證號碼 Hong Kong Identity Card Number: ( )
護照號碼 Passport Number: YA2403159

**或 OR**

❾ 公司秘書／董事的詳情 (法人團體) Particulars of Company Secretary／Director (Body Corporate)
中文及英文名稱 Chinese and English Names:

B. 停任詳情 Details of Cessation

停任原因 Reason for Cessation:  ☒ 辭職／其他 Resignation／Others   ☐ 去世 Deceased

❿ 停任日期 Date of Cessation: 26 日 DD  7 月 MM  2019 年 YYYY

⓫ 上述董事或候補董事在停任日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of cessation?
☐ 是 Yes   ☒ 否 No

❹ 提交人資料 Presentor's Reference
姓名 Name: Celestial Tide Limited
地址 Address: 1605-6, Hua Qin International Building, 340 Queen's Road, Central, Hong Kong

請勿填寫本欄 For Official Use

電話 Tel: 2123 6611   傳真 Fax: 2123 6689
電郵 Email:
檔號 Reference: 280719

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

表格 Form **ND2A**

公司編號 Company Number: 2188692

**3  委任公司秘書／董事（自然人）Appointment of Company Secretary／Director (Natural Person)**

*(如委任超過一名自然人為公司秘書／董事，請用續頁 B 填報 Use Continuation Sheet B if more than 1 natural person is appointed as company secretary／director)*

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**⑫ 身分 Capacity:** 公司秘書 Company Secretary [ ]　董事 Director [X]　候補董事 Alternate Director [ ]

代替 Alternate to: 

中文姓名 Name in Chinese: 陈巧玲

英文姓名 Name in English:
- 姓氏 Surname: CHEN
- 名字 Other Names: QIAOLING

前用姓名 Previous Names:
- 中文 Chinese:
- 英文 English:

別名 Alias:
- 中文 Chinese:
- 英文 English:

**⑬ 地址 Address:** ROOM 203, Unit 2, BLOCK 16, 19 CHANG GANG ROAD, XINGNING DISTRICT, NANNING, GUANGXI PROVINCE

國家／地區 Country／Region: P.R. CHINA

**⑭ 電郵地址 Email Address:**

**⑮ 身分證明 Identification:**
(a) 香港身分證號碼 Hong Kong Identity Card Number: 
(b) 護照 Passport
- 簽發國家 Issuing Country: P.R. CHINA
- 號碼 Number: G39746068

委任日期 Date of Appointment: 26 / 7 / 2019 (DD/MM/YYYY)

**⑯** 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？ Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?　是 Yes [ ]　否 No [X]

**⑰ 提示 Advisory Note:** 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。 All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

**⑰ 出任董事職位同意書 Consent to Act as Director** *請刪去不適用者 Delete whichever does not apply*

本人同意擔任公司的董事／~~候補董事~~*，並確認本人已年滿 18 歲。
I consent to act as director／alternate director* of this company and confirm that I have attained the age of 18 years.

簽署 Signed: 陈巧玲

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)　　第二頁 Page 2

表格 **Form ND2A**

公司編號 Company Number: 2188692

**4  委任公司秘書／董事（法人團體）Appointment of Company Secretary/Director (Body Corporate)**
(如委任超過一個法人團體為公司秘書／董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 body corporate is appointed as company secretary/director)
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

⑱ 身分 Capacity: ☐ 公司秘書 Company Secretary   ☐ 董事 Director   ☐ 候補董事 Alternate Director

代替 Alternate to: 

⑲ 中文名稱 Name in Chinese:

⑲ 英文名稱 Name in English:

⑳ 地址 Address:

國家／地區 Country/Region:

㉑ 電郵地址 Email Address:

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

委任日期 Date of Appointment: 日 DD / 月 MM / 年 YYYY

㉒ 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?   ☐ 是 Yes   ☐ 否 No

㉓ 提示 Advisory Note: 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

㉓ 出任董事職位同意書 Consent to Act as Director
本人謹代表上述公司確認，上述公司同意擔任公司的董事／候補董事*。
I, acting on behalf of the above named company, confirm that the above company consents to act as director/alternate director* of this company.

簽署 Signed: _____
董事(法人團體)的董事／公司秘書／獲授權人士*
Director/Company Secretary/Authorized Person of the Director (Body Corporate)*

本通知書包括下列續頁 This Notice includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | | | |

㉔ **5  確認(適用的話) Confirmation (if applicable)**
名列本通知書內的每一名獲委任為公司秘書的自然人通常居於香港。
Each natural person appointed as company secretary and named in this Notice ordinarily resides in Hong Kong.

⑥ 簽署 Signed: *For and on behalf of Celestial Tide Ltd*
姓名 Name: _William_   日期 Date: 26/7/18
董事 Director/~~公司秘書 Company Secretary~~*   日 DD / 月 MM / 年 YYYY
*請刪去不適用者 Delete whichever does not apply

第三頁 Page 3

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)