IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> STRATEGIC VISION US, LLC, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 18-cv-2185 (JGK) |

### NOTICE TO TAKE DEPOSITION OF STEVE BANNON

PLEASE TAKE NOTICE that the deposition of Steve Bannon will be taken by Graves Garrett LLC, counsel for Defendant/Counterclaimant, at AdvantEdge Business Centers, 2101 L Street NW, Suite 800, Washington, DC 20037, on Thursday, December 5, 2019,[1] commencing at 9:00 a.m. and continuing until completed, before a person authorized by law to administer oaths and recorded by video and stenographic means. The court reporter and videographer will be supplied by Atkinson-Baker court reporters.

---

[1] A date identified by Mr. Bannon's counsel in a telephone discussion with counsel for Defendant/Counterclaimant on November 21, 2019.

1

Dated November 22, 2019

          Respectfully submitted,

          GRAVES GARRETT LLC

          *s/ Edward D. Greim*
          Edward D. Greim, #4240172
          Lucinda H. Luetkemeyer (*pro hac vice*)
          Jennifer Donnelli (*pro hac vice*)
          1100 Main Street, Suite 2700
          Kansas City, MO 64105
          Telephone: (816) 256-3181
          Fax: (816) 256-5958
          edgreim@gravesgarrett.com
          lluetkemeyer@gravesgarrett.com
          jdonnelli@gravesgarrett.com
          ATTORNEYS FOR
          DEFENDANT/COUNTERCLAIM PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, the foregoing was emailed to the following parties:

| | |
|---|---|
| Francis Lawall | |
| Joanna J. Cline | Allison McGuire |
| Christopher B. Chuff | allisonmcguire@quinnemanuel.com |
| Pepper Hamilton LLP | Alex Spiro |
| 1313 North Market Street, Ste 5100 | alexspiro@quinnemanuel.com |
| Wilmington, DE 19801 | Quinn Emanuel Urquhart & Sullivan, LLP |
| lawallf@pepperlaw.com | 1300 I Street, NW, Suite 900 |
| clinej@pepperlaw.com | Washington, D.C. 20005 |
| chuffc@pepperlaw.com | |

          *s/ Edward D. Greim*
          Attorney for Defendant/Counterclaim
          Plaintiff