# Exhibit B

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-2185 (JGK)                                                                 Date Filed: _____

Plaintiff/Petitioner:
**EASTERN PROFIT CORPORATION LIMITED**
vs.
Defendant/Respondent:
**STRATEGIC VISION US, LLC**

Received by HPS Process Service & Investigations to be served on **Stephen K. Bannon, 210 A Street Northeast, Washington, DC 20002.** I, Mark A. Russell, Jr., do hereby affirm that on the 4th day of October, 2019 at 3:21 p.m., executed service by delivering a true copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and $44.03 Witness Fee Check in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to _____, as _____, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

(X) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES _____BRANCH  ( ) NO

COMMENTS: On each occasion, I received no answer at the door. The date and time of my attempts were as follows: 9/25/19 at 4:24 PM, 9/26/19 at 10:53 AM, and 10/04/19 at 3:21 PM.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2019018728

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c