# Exhibit C

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

**INVOICE**



Invoice #HAT-2019018728
10/18/2019

Bekah Badell
GRAVES GARRETT, LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105

Case Number: Southern 18-CV-2185 (JGK)

Plaintiff/Petitioner:
**EASTERN PROFIT CORPORATION LIMITED**

Defendant/Respondent:
**STRATEGIC VISION US, LLC**

Non-Served: 10/18/2019
To be served on: Stephen K. Bannon

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 165.00 | 165.00 |
| Witness Fee Check | 1.00 | 44.03 | 44.03 |
| Fee for Advancement of Witness Fee Check | 1.00 | 10.00 | 10.00 |
| Witness Fee Check Not Used | 1.00 | -44.03 | -44.03 |

TOTAL CHARGED: $175.00

BALANCE DUE: $175.00

HPS has locations across the Midwest ready to handle all your process service and investigation needs! Simply go to: www.hpsprocess.com and place your order or email for a quote.

Did you know HPS: DISCOUNTS BULK WORK, ISSUES WITNESS FEE CHECKS, OFFERS DIFFICULT TO FIND LOCATE SERVICES. All of this and much more is available to you. Please visit our web site for additional information. Thank you!!

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c