# Exhibit D

# INVOICE

Attn: Mr. Edward Greim, Esq.
Partner
Graves Garrett, LLC
1100 Main Street
Kansas City, MO 64105

Date: 11/2/2019

Project Title: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC - Subpoena
Project Description: Service of S. Bannon
P.O. Number: 2019.10.14
Invoice Number: 001
Terms: 30 Days

| Description | Hrs. | Unit Price | Cost | Mileage | Unit Price | Cost |
|---|---|---|---|---|---|---|
| Surveillance 10.12.2019 | 1 | $ 125.00 | $ 125.00 | 25 | $ 0.58 | $ 14.50 |
| Surveillance / Service Attempt 10.13.2019 | 1 | $ 125.00 | $ 125.00 | 20 | $ 0.58 | $ 11.60 |
| Surveillance / Service Attempt 10.14.2019 | 1.5 | $ 125.00 | $ 187.50 | 30 | $ 0.58 | $ 17.40 |
| Surveillance / Service Attempt 10.19.2019 | 1.5 | $ 125.00 | $ 187.50 | 15 | $ 0.58 | $ 8.70 |
| Service Attempt 10.25.2019 | 2 | $ 125.00 | $ 250.00 | 25 | $ 0.58 | $ 14.50 |
| Phone call with Jennifer Donnelli & NYC Gala Research / Ticketing 11.1.2019 | 1 | $ 125.00 | $ 125.00 | 0 | $ 0.58 | $ 0.00 |
| Travel to NYC & Surveillance / Service Attempt 11.7.2019 | 16 | $ 125.00 | $2,000.00 | 0 | $ 0.58 | $ 0.00 |
| Return Travel 11.8.2019 | 5.5 | $ 125.00 | $ 687.50 | 0 | $ 0.58 | $ 0.00 |
| CREDIT - Gala Ticket Prepaid - Check No. 011143 11.1.2019 | 1 | $ (300.00) | $ (300.00) | 0 | $ 0.58 | $ 0.00 |
| | | Subtotal | $3,387.50 | | Subtotal | $ 66.70 |
| **Reimbursables (See Itemized, Page 2)** | | | $ 1,363.41 | | | |
| | | Total | $ 4,750.91 | | TOTAL | $4,817.61 |

## SERVICE OF S. BANNON - REIMBURSABLES

| Description | Qty. | Unit Price | Cost |
|---|---|---|---|
| Certified Check for Witness Fee 10.12.2019 | 1 | $ 43.94 | $ 43.94 |
| Amtrak WAS-NYP / NYP-WAS 11.4.2019 | 1 | $ 281.00 | $ 281.00 |
| Lowe's Regency NYC Room Fee 11.6.2019 | 1 | $ 612.52 | $ 612.52 |
| Uber Fare 11.7.2019 | 1 | $ 21.89 | $ 21.89 |
| NYC Taxi 11.7.2019 | 1 | $ 29.16 | $ 29.16 |
| NYC Taxi 11.7.2019 | 1 | $ 10.56 | $ 10.56 |
| NYC Taxi 11.7.2019 | 1 | $ 12.96 | $ 12.96 |
| Meals & In Room (x2) - Lowe's 11.7.2019 | 1 | $ 285.91 | $ 285.91 |
| NYC Taxi 11.8.2019 | 1 | $ 17.15 | $ 17.15 |
| Amtrak Change Fee 11.8.2019 | 1 | $ 31.00 | $ 31.00 |
| Uber Fare 11.8.2019 | 1 | $ 17.32 | $ 17.32 |
|  | 0 | $ 0.00 | $ 0.00 |
|  |  |  | $ 0.00 |
|  |  | Subtotal | $ 1,363.41 |
|  |  |  |  |
|  |  | Total | $ 1,363.41 |