# Exhibit E



**GRAVES GARRETT, LLC**                                                                011143
1100 MAIN ST SUITE

                                          Service of S. Bannon          11/1/2019

                                                                                      300.00

TNE - Graves Garrett    Service of S. Bannon                                          300.00

**Receipt 1 (left)**

```
NO SIGNTURE REQUIRED

CREDIT SALE

HACK #      :    05247707
MEDALLION   :        6A57
11/07/19 13:54-14:04
TRIP #      :        3181
RATE #      :           1
STAND. CITY RATE
Miles R1    :        0.80
FARE R1     :       $7.50
STATE SRCHG:        $0.50
IMP.SRCHG.  :       $0.30
CGN. SRCH.  :       $2.50
TIPS        :       $2.16
GRAND TOTAL:       $12.96
VISA              ***0302
AUTHOR.     :      007043
MID:      ***********009
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000031010
APPL. NAME:
VISA DEBIT
ATC:                01EF
AC:
0A3E3A9FAF8918A8
REC/INV#:           3181
TID:      ***********551


Contact TLC DIAL 3-1-1
```

**Receipt 2 (second from left)**

```
TID:    ************054

PIN VERIFIED
NO SIGNTURE REQUIRED

Contact TLC DIAL 3-1-1


CREDIT SALE

HACK #      :    05488995
MEDALLION   :        6F66
11/07/19 13:33-13:39
TRIP #      :        1208
RATE #      :           1
STAND. CITY RATE
Miles R1    :        0.63
FARE R1     :       $5.50
STATE SRCHG:        $0.50
IMP.SRCHG.  :       $0.30
CGN SRCH.   :       $2.50
TIPS        :       $1.76
GRAND TOTAL:       $10.56
CARDNUMBER  :        0302
AUTHOR.     :      007109
MID:      ***********520
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000031010
APPL. NAME:
VISA DEBIT
ATC:                01EE
AC:
E573628C32C978C6
REC/INV#:           1208
TID:      ***********894


Contact TLC DIAL 3-1-1
```

**Receipt 3 (third from left)**

```
CREDIT SALE

HACK #      :    00429463
MEDALLION   :        8Y54
11/07/19 12:18-12:54
TRIP #      :           1
RATE #      :
STAND. CITY RATE    2.14
Miles R1    :      $21.00
FARE R1     :       $0.50
STATE SRCHG:        $0.30
IMP.SRCHG.  :       $2.50
CGN SRCH.   :       $4.86
TIPS        :      $29.16
GRAND TOTAL:        0302
CARDNUMBER  :      007875
AUTHOR.     :
MID:      ***********098
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000031010
APPL. NAME:
VISA DEBIT          01ED
ATC:
AC:
392AC24241A13D0D    1867
REC/INV#:     *********
TID:
```

**Receipt 4 (right)**

```
--ORIGINAL--
MED#          3G33
DRIVER: 5527600
CUSTOMER COPY
11/08/19 TR 8401
START  END MILES
08:17 08:32  1.9
Regular Fare
RATE 1:$    11.00
EXTRA: $     0.00
CNGSCH:$     2.50
STSRCH:$     0.50
IMSRCH:$     0.30
TIP:   $     2.85
TOTAL: $    17.15

CARD TYPE:  VISA
XXXXXXXXXX0302
AUTH:008003

-----------------
-BANK REQD INFO-
APP:Visa Debit
ARC:3030
IAD:
71007ef76c475d3d
3030
CVM:5e0000
AID:
a0000000031010
DF:
a0000000031010
ARCQ:
DIAL 3-1-1
```

 Gmail

## Travel Confirmation - Nov 7 - Itinerary # 7492663410549

**Chase Travel Powered by Expedia** <chasetravelbyexpedia@link.expediamail.com>      Thu, Nov 7, 2019 at 5:59 AM
Reply-To: chasetravelbyexpedia@link.expediamail.com
████████████████████



You're ready to go!We're pleased to confirm the following details and transaction information for your upcoming hotel stay. Please confirm your hotel dates are correct. Most changes can be accommodated online from My Trips or by contacting a Chase Travel Specialist at 1-888-511-5326

## Loews Regency New York Hotel, New York

Nov 7, 2019 - Nov 8, 2019

See live updates to your itinerary, anywhere and anytime.

> See your itinerary

## Hotel overview

**Loews Regency New York Hotel**

540 Park Avenue, New York, NY,
10065 United States of America

Map and directions



**Reservation dates**
Nov 7, 2019 - Nov 8, 2019

**Itinerary #**
7492663410549

---

## Check-in and Check-out

**Check-in time**
4 PM

**Check-out time**
11 AM

**Check-in policies**
Check-in time starts at 4 PM
Minimum check-in age is 21
If a late check-in is planned, contact this property directly for their late check-in policy.

---

## Room

**Guests**
Reserved for ███████████
2 adults

**Room**
Superior Room, 1 King Bed

**Room requests**
1 King Bed
Non-smoking room

---

## Price Summary

**Price breakdown**
Room price: $612.52
1 night: $529.00

Taxes: $83.52

40,834 PTS redeemed: -$612.52

**Total due today: 40,834 PTS and $0.00**
**Trip Total: $612.52**

Unless specified otherwise, rates are quoted in US dollars.

## Additional hotel fees

The below fees and deposits only apply if they are not included in your selected room rate.

The price shown DOES NOT include any applicable property service fees, charges for optional incidentals (such as minibar snacks or telephone calls), resort fees, or regulatory surcharges. The property will assess these fees, charges, and surcharges upon check-out.

## Rules and restrictions

**Cancellations and changes**
We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. Loews Regency New York Hotel charges the following cancellation and change fees.

When a reservation is changed and/or rebooked, the original room rate may no longer apply and the current room rate may be higher. The cardholder is responsible for paying the current room rate.

If you cancel within the permissible timeframe, refunds are issued in the form of your original payment and my take up to 5-7 days to process.

The room/unit type and rate selected are non-refundable. Should you change or cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

**Pricing and Payment**

**Hotel fees**
The price shown DOES NOT include any applicable property service fees, charges for optional incidentals (such as minibar snacks or telephone calls), resort fees, or regulatory surcharges. The property will assess these fees, charges, and surcharges upon check-out.

# NEW YORK

LOEWS

| | | | Room Number: | 0307 |
|---|---|---|---|---|
| | | | Arrival Date: | 11-07-19 |
| ███████████ | | | Departure Date: | 11-08-19 |
| Arlington VA 22209 | | | Confirmation Number: | 24022456 |
| United States | | | Page No: | 1 of 1 |

Guest Name:

INFORMATION INVOICE
A/R No:
Folio No: 563939

11-11-19

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 11-07-19 | Regency Bar | CHECK# 1334 | 85.86 | |
| 11-07-19 | MiniBar | Room# 0307 : CHECK# 54091 Domaine Chandon Spar | 71.94 | |
| 11-07-19 | MiniBar | Room# 0307 : CHECK# 54140 Logo Matanzas Creek | 50.36 | |
| 11-07-19 | In Room Dining | CHECK# 155611 | 60.48 | |
| 11-08-19 | MiniBar | Room# 0307 : CHECK# 54188 Fiji 1L Bottled Wate | 17.27 | |
| 11-08-19 | Visa | XXXXXXXXXXXX0302          XX/XX | | 285.91 |
| | | Total | 285.91 | 285.91 |
| | | Balance | 0.00 | |

540 Park Avenue
New York, NY 10065

**T** 212.759.4100
**F** 212.826.5674
loewshotels.com



LOEWS
REGENCY HOTEL

 Gmail

███████████████████████████████

## Thanks for tipping! We've updated your Thursday morning trip receipt

**Uber Receipts** <uber.us@uber.com>                                    Thu, Nov 7, 2019 at 7:37 AM

██████████████████

Uber                                                                    Total: $21.89
                                                                        Thu, Nov 07, 2019

# Thanks for tipping,

████████████

Thanks for tipping! We've updated
your Thursday morning trip
receipt



# Total                                              # $21.89

| | |
|---|---|
| Trip Fare | $16.09 |
| Subtotal | $16.09 |
| Tolls, Surcharges, and Fees ❓ | $2.80 |
| Tip | $3.00 |

Amount Charged

| | | | |
|---|---|---|---|
| **VISA** | •••• 0302 | Switch | $18.89 |
| **VISA** | •••• 0302 | Switch | $3.00 |

Receipt ID # 7910a06e-eb51-4477-8836-d4cc3de6f33a

# You rode with Likyelesh





Has passed Uber Multi-Step Safety Screen

4.79★ Rating

Likyelesh is known for:
Great Conversation

How was your ride?

Rate Or Tip

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX        8.76 mi | 24 min

■ 07:10am

1722 Preston Rd, Alexandria,
VA

↓ 07:35am

40 Massachusetts Ave NE,
Washington, DC

 Gmail

**[Personal/Fidelity] Your Friday afternoon trip with Uber**

**Uber Receipts** <uber.us@uber.com>                    Fri, Nov 8, 2019 at 1:45 PM

Uber

Total: $17.32
Fri, Nov 08, 2019

# Thanks for riding,

We hope you enjoyed your ride this afternoon.



## Total                                                  $17.32

| | |
|---|---|
| Trip Fare | $13.55 |
| Subtotal | $13.55 |
| Tolls, Surcharges, and Fees ❓ | $3.77 |

Amount Charged

VISA  •••• 0302  Switch                                   $17.32