# Exhibit F

Case 1:18-cv-02185-LJL Document 212-6 Filed 12/06/19 Page 2 of 7

eventbrite  × Search for eve...  Browse Events  Create Event  Help ⌄  ⋮  Sign In

This event has ended.

**NOV**
**07**

# Steve Bannon, Erik Prince , & Tony Shaffer @ NY Young Republican Club Gala

by New York Young Republican Club   [ Follow ]

$300

| Steve Bannon, Eri… | Sales Ended | Details |
| Thu, November 7, 2019,… | | |

🗓 **Date And Time**
Thu, November 7, 2019
7:00 PM – 10:00 PM EST
Add to Calendar

📍 **Location**
The Yale Club of New York City
50 Vanderbilt Avenue
New York, NY 10017
View Map

📄 **Program includes an awards ceremony, a State of the Club address, full open bar, and a three-course meal.**

**About this Event**

Join us for our 107th Annual Gala with **Steve Bannon, Erik Prince & Tony Shaffer.**

**Black Tie Preferred. Cocktail Attire Accepted.**

**Stephen K. Bannon** was CEO of Donald Trump's 2016 presidential campaign. At the White House, he served as Chief Strategist and Senior Counselor to the President. He is also a founder of Citizens of the American Republic. He is Chairman for the Rule of Law Society and Co-Founder of the Committee on the Present Danger: China. He also co-founded The Movement in Europe, South America, and Asia, which supports populist nationalist ideas and activism across the globe. He serves as Advisory Board Chairman for We Build the Wall. He is an award winning documentary filmmaker and the former Executive Chairman of Breitbart News. A Goldman Sachs M&A banker.. He was a Surface Warfare Officer serving aboard the USS Paul F. Foster (DD-964) in the western Pacific, Arabian Sea and Persian Gulf. He served at the Pentagon as a Special Assistant to the Chief of Naval Operations.

**Erik Prince** is a businessman, former Navy SEAL and founder of Private Military Services company Blackwater. He is currently Managing Partner of Frontier Resource Group a natural resources investment fund.

**Retired Lieutenant Colonel Anthony "Tony" Shaffer** is the President of the London Center for Policy Research, a New York Times bestselling author and a CIA-trained intelligence operations officer with 35 years of experience in global and national security. In his think-tank work, Tony advises senior members of the White House, the Intelligence Community and the Pentagon, along with key members of Congress. He also works with National Geographic as an Advising Producer and Co-Executive Producer of the series Chain of Command. In 2017, Tony became the Homeland Security Advisor to the Stafford County Sheriff's Department in Virginia, and he works as its member of the NYPD Counterterrorism Bureau's expanded task force.

Past speakers in attendance include **Ann Coulter, Jack Posobiec, Buck Sexton, Chadwick Moore, Raheem Kassam, Matt Tyrmand, and Rob Smith.**

**Date:** Thursday November 7th

**Doors Open:** 6:45 PM

**Reception Start:** 7:00 PM

**Program Start:** 8:00 PM

**Location:** The Yale Club of New York City

*(Grand Ballroom)*

**Price:** *(Early Bird Prices End October 21st)*

**Members:**

$175 ***(Early Bird, Enter your registered email address as the promotional code to unlock member tickets)***

$195 *(Regular)*

$250 (*Wait List*)

**Non-members:**

$200 *(Early Bird)*

$225 *(Regular)*

$300 (*Wait List*)



Tags

United States Events   New York Events   Things To Do In New York, NY

New York Networking   New York Government Networking

Date And Time

Thu, November 7, 2019
7:00 PM – 10:00 PM EST
Add to Calendar

Location

The Yale Club of New York City
50 Vanderbilt Avenue
New York, NY 10017
View Map



[New York Young Republican Club](#)

Organizer of Steve Bannon, Erik Prince , & Tony Shaffer @ NY Young Republican Club Gala

Established in 1911, legacy from 1856. The New York Young Republican Club is the oldest Young Republican club in the United States. The Club is affiliated with and officially recognized by the New York State Young Republicans and the Young Republican National Federation, as well as the county, state, and national Republican committees.

Follow    Contact



Case 1:18-cv-02185-LJL Document 212-6 Filed 12/06/19 Page 6 of 7

# Steve Bannon, Erik Prince , & Tony Shaffer @ NY Young Republican Club Gala

at

## The Yale Club of New York City

50 Vanderbilt Avenue, New York, NY 10017



---

### Use Eventbrite

How it Works

Pricing

Event Blog

### Plan Events

Online Registration

Sell Event Tickets

Event Management Software

### Find Events

Browse New York Events

Get the Eventbrite App

### Connect With Us

Report This Event

Help Center

Terms

Privacy

Community Guidelines



12/5/2019 Steve Bannon, Erik Prince, & Tony Shaffer @ NY Young Republican Club Gala Tickets, Thu, Nov 7, 2019 at 7:00 PM | Eventbrite

Case 1:18-cv-02185-LJL Document 212-6 Filed 12/06/19 Page 7 of 7

© 2019 Eventbrite