# Exhibit H

**Same Day Process Service, Inc.**  **Statement Date**
**1413 K St., NW, 7th Floor**  **12/04/2019**
**Washington, DC 20005**
**Ph: 844-737-8331**
**Fx: 202-658-7925**
**Email at: billing@samedayprocess.com**  **Tax I.D. Number**
 **141937022**

Graves Garrett
1100 Main Street, 2700
Kansas City, MO 64105

(816)256-4581

jdonnelli@gravesgarrett.com

## STATEMENT (01/01/1990 to 12/04/2019)

---

INVOICE#: **118235**  Date Invoiced: **11/14/2019**  Amount: $37.50

CASE: Eastern Profit Corporation Limited v. Strategic Vision US LLC

Our Job#: 248696  Servee: Stephen K. Bannon
Your Ref: Jennifer Donnelli  Date Completed: 11/14/2019 at 10:45 - Manner: Personal Service
Ref: Jennifer Donnelli

| **Item:** | Additional Document Service at Same Address | $37.50 |
| **BALANCE:** | | **$37.50** |

---

INVOICE#: **118234**  Date Invoiced: **11/14/2019**  Amount: $75.00

CASE: Eastern Profit Corporation Limited v. Strategic Vision US LLC

Our Job#: 248695  Servee: Stephen K. Bannon
Your Ref: Jennifer Donnelli  Date Completed: 11/14/2019 at 10:45 - Manner: Personal Service
Ref: Jennifer Donnelli

| **Item:** | Process Serving Fee (within 495 Beltway) | $75.00 |
| **Item:** | Rush Residence Service (Complimentary) | $0.00 |
| **BALANCE:** | | **$75.00** |

---

CURRENT:  **$112.50**