# Exhibit I

| | |
|---|---|
| **From:** | Allison McGuire |
| **To:** | Greim, Edward D. |
| **Cc:** | Alex Spiro; Donnelli, Jennifer; Badell, Rebekah |
| **Subject:** | RE: Eastern Profit Corporation Limited v. Strategic Vision US LLC |
| **Date:** | Thursday, November 21, 2019 4:50:16 PM |

Eddie,

Thanks for your accommodation. We are happy to discuss the conditions for a potential deposition of Mr. Bannon on December 5. To date, however, you have not clearly articulated any basis for why Mr. Bannon—a non-party—is relevant to this proceeding or what information he possesses that cannot be gained through party discovery. Please explain your basis for wanting to depose Mr. Bannon so we can better understand the nature of your request and the scope of your subpoena. Once we have that information, we will be in a better position to determine the appropriateness of a deposition on December 5.

Best,
Allison

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Thursday, November 21, 2019 4:55 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** Re: Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

Ms. McGuire, you stated none of this on our call, nor did you raise any timing issues on our first call back on Monday. I asked you to call me back this afternoon and I gave you my exact schedule to the minute. I also offered to get on a call with the court. Instead, you waited past the time I told you I would be driving to the airport, and sent an email instead. Further, you never said you had inadequate prep time or stated the witness was actually unavailable, and public statements by him show that he is. We will treat this as a last minute no-show. We also confirm the December 5 date you proposed on our last call as a backup in case you were unable to reach your client. We trust that extra time satisfies your represented need to prep him. Please produce him at 9am at the same place noted in the subpoena.

Eddie

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Thursday, November 21, 2019, 3:01 PM
**To:** Greim, Edward D.
**Cc:** Alex Spiro

**Subject:** RE: Eastern Profit Corporation Limited v. Strategic Vision US LLC

Mr. Greim –

As discussed on our call this afternoon, you did not provide us with reasonable notice to prepare Mr. Bannon, a nonparty to this proceeding, for a deposition. As I stated, Mr. Bannon will not appear tomorrow. In addition you've failed to adhere to SDNY Local Civil Rule 26.4(a), which requires counsel to "cooperate with each other, consistent with the interests of their clients, in all phases of the discovery process and to be courteous in their dealings with each other, including in matters relating to scheduling and timing of various discovery procedures." Please feel free to contact with me any questions or concerns.

Best,
Allison

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Monday, November 18, 2019 3:23 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>
**Subject:** Re: Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

Allison, I am traveling and will try you now.

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Monday, November 18, 2019 12:14:44 PM
**To:** edgreim@gravesgarrett.com <edgreim@gravesgarrett.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>
**Subject:** Eastern Profit Corporation Limited v. Strategic Vision US LLC

Mr. Greim –

We understand that you've issued a deposition subpoena to Steve Bannon on behalf of Strategic Vision in the above referenced case. Please let us know when you have a moment to discuss.

Thanks,
Allison

**allison mcguire** | associate
quinn emanuel urquhart & sullivan, llp
1300 I Street, NW, Suite 900 Washington, D.C. 20005
Main: 202.538.8000 | Direct: 202.538.8272 | Cell: 419.564.9659

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.