UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>*Plaintiff-Counterclaim Defendant*,<br><br>v.<br><br>STRATEGIC VISION US, LLC,<br><br>*Defendant-Counterclaim Plaintiff*. | Case No. 18-cv-2185 (JGK)-DCF |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Allison L. McGuire hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for non-party Stephen K. Bannon in the above-captioned action.  I am in good standing of the bars of the State of New York and District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the Affidavit pursuant to Local Rule 1.3.

Dated: December 11, 2019         Respectfully submitted,

By:  */s/ Allison L. McGuire*
Allison L. McGuire (NY Bar # 5486394)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, Suite 900
Washington, DC  20005
Telephone:  202-538-8000
Facsimile:  202-538-8100
allisonmcguire@quinnemanuel.com

*Counsel for Non-Party Stephen K. Bannon*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, a true and correct copy of the foregoing was served to all counsel of record by electronic submission to the Clerk's Office using the CM/ECF System for filing.

*/s/ Allison L. McGuire*
Allison L. McGuire
