UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

EASTERN PROFIT CORPORATION LIMITED,

*Plaintiff-Counterclaim Defendant*,

v.

STRATEGIC VISION US, LLC,

*Defendant-Counterclaim Plaintiff.*

Case No. 18-cv-2185 (JGK)-DCF

## AFFIDAVIT

Allison L. McGuire, being duly sworn and pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, states the following:

a) I have never been convicted of a felony;

b) I have never been censured, suspected, disbarred, or denied admission or readmission by any Court; and

c) There are no disciplinary proceedings presently against me.

Dated: December 11, 2019

Respectfully submitted,

By: *[signature]*
Allison L. McGuire (NY Bar # 5486394)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100
allisonmcguire@quinnemanuel.com

*Counsel for Non-Party Stephen K. Bannon*

Subscribed and affirmed before me this 11th day of December 2019,

_____
Notary Public

My commission expires: 8/31/20

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, a true and correct copy of the foregoing was served to all counsel of record by electronic submission to the Clerk's Office using the CM/ECF System for filing.

/s/ Allison L. McGuire
Allison L. McGuire