UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>*Plaintiff-Counterclaim Defendant*,<br><br>v.<br><br>STRATEGIC VISION US, LLC,<br><br>*Defendant-Counterclaim Plaintiff*. | Case No. 18-cv-2185 (JGK)-DCF |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Allison L. McGuire, for admission to practice *pro hac vice* in the above-captioned action, is granted.

Applicant has declared that she is a member in good standing of the bars of the State of New York and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Allison L. McGuire |
| Firm Name: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 1300 I St. NW, Suite 900<br>Washington, DC  20005 |
| Telephone: | (202) 538-8000 |
| Fax: | (202) 538-8100 |

Having requested admission *pro hac vice* to appear for all purposes as counsel for non-party Stephen K. Bannon in the above entitled action;

**IT IS HEREBY ORDERED** that Allison L. McGuire is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  December \_\_\_\_, 2019

_____

United States District/Magistrate Judge