# Exhibit A

```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK

In re:                                    :
                                              Docket #18cv2185
 EASTERN PROFIT CORPORATION               : 1:18-cv-02185-JGK-DCF
 LIMITED,
                      Plaintiff,          :

  - against -                             :

 STRATEGIC VISION US, LLC, et al.,        :
                                              New York, New York
                      Defendants.         : December 2, 2019

------------------------------------: TELEPHONE CONFERENCE


                         PROCEEDINGS BEFORE
                  THE HONORABLE DEBRA C. FREEMAN,
            UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:            PEPPER HAMILTON LLP
                          BY:  JOANNA CLINE, ESQ.
                               CHRISTOPHER CHUFF, ESQ.
                          1313 Market Street, Suite 5100
                          Wilmington, Delaware 19899


For Defendant -           GRAVES GARRETT, LLC
Strategic Vision          BY:  EDWARD GREIM, ESQ.
US, LLC:                       JENNIFER DONNELLI, ESQ.
                          1100 Main Street, Suite 2700
                          Kansas City, Missouri 64105


For Counter Defendant -   HODGSON RUSS LLP
Guo Wengui:               BY:  ERIN TESKE, ESQ.
                               MARK HARMON
                          605 Third Avenue, 23rd Floor
                          New York, New York 10518



Transcription Service: Carole Ludwig, *Transcription Services*
                       141 East Third Street #3E
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

squawking about, from his counsel I've had no motion to quash a subpoena, I don't know what's going on with discussions with his counsel, you are not representing him, Ms. Teske, I gather, and so that seems to be something I cannot address today and have no reason to address because I haven't had any appropriate motion practice in front of me should it be needed.

MR. GREIM:  Your Honor, the only thing that we seek from you, and it's actually pretty limited, because there's really two pieces. One is, is it even okay to do it on December 5th. The other thing is, I suppose he could still file a motion to quash, but he'd probably file that down in District of DC and then he would raise, you know, whatever substantive issues he has with the subpoena. But I thought that what we might need from you is an okay that December 5th is not too late to take it. You're obviously not ruling on whether, on any grounds to quash that he might raise.

THE COURT:  Well that's outside the discovery period?

MR. GREIM:  Correct, December 5th is outside the discovery period, that period ended on Friday.  He was noticed to appear the previous Friday which I'm

```
 1                                                            8
 2   losing track of the dates, November 22nd.
 3             THE COURT:   Well how much notice did you give
 4   him?
 5             MR. GREIM:   We got word, another one of my
 6   trips to the airport we got word that he was not going
 7   to appear the following day, and so we're treating it
 8   as a no show, there's no motion to quash filed.
 9             THE COURT:   How much notice did you give him?
10             MR. GREIM:   He was ultimately served the
11   previous Thursday, so November the 14th.  We've been
12   trying to serve him for a month before that. And so
13   what I told --
14             THE COURT:   I'm sorry, you served him on the
15   14th with a return date for the deposition on the, on
16   what date?
17             MR. GREIM:   November 22nd, Friday, Your Honor.
18             THE COURT:   Well that's, you know, eight days
19   notice, generally, you know, reasonable notice is
20   going to be at least ten for --
21             MR. GREIM:   Sure, Your Honor, and I'd agree,
22   I'd like to have had more notice, what we discussed
23   with counsel was let's get on the phone with the
24   Court, if you want to push it until after the
25   discovery deadline, let's get on the phone and at
```

```
                                                           9
 2  least get approval to do that.  And rather than doing
 3  that, they emailed and said he would not be appearing,
 4  they wanted more time to prep him and so because they
 5  earlier mentioned December 5th as an available date,
 6  you renoticed it for that date. I'd also tell you that
 7  we spoke with his counsel that preceding week, both on
 8  Monday and then on Thursday.
 9          THE COURT:  Well I'm not going to rule on this
10  based on your representations as to what opposing
11  counsel said. So if, and if there is a motion that's
12  in a different district then I shouldn't be ruling on
13  it in any event. And I'm not going to extend the
14  discovery deadline just based on, you know, what you
15  tell me were your efforts and why it couldn't have
16  been done sooner within the discovery period.
17          So, you know, I'm not going to do what you're
18  asking me to do right now, I'm not going to say
19  discovery is extended to and through December 5th, but
20  that's without prejudice for you to renew that
21  application with, you know, counsel for Mr. Bannon so
22  that I can hear what both sides have to say about the
23  diligent efforts that were made to obtain his
24  testimony before the discovery period and how you were
25  thwarted in your efforts to do so.  And I'm not
```

```
 1                                                           78
 2
 3                       C E R T I F I C A T E
 4
 5          I, Carole Ludwig, certify that the foregoing
 6  transcript of proceedings in the United States District
 7  Court, Southern District of New York, Eastern Profit
 8  Corporation Limited versus Strategic Vision US, LLC, et al.,
 9  Docket #18cv2185, was prepared using PC-based transcription
10  software and is a true and accurate record of the
11  proceedings.
12
13
14  Signature_____ Carole Ludwig _____
15                  Carole Ludwig
16  Date:   December 6, 2019
17
18
19
20
21
22
23
24
25
```