**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

EASTERN PROFIT CORPORATION LIMITED,

*Plaintiff-Counterclaim Defendant*,

v.

STRATEGIC VISION US, LLC,

*Defendant-Counterclaim Plaintiff*.

Case No. 18-cv-2185 (JGK)-DCF

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Alex Spiro of Quinn Emanuel Urquhart & Sullivan, LLP, respectfully enters his appearance on behalf of non-party Stephen K. Bannon in the above captioned action and requests that all notices be given to and served upon the undersigned counsel at the address set forth below.

Dated: December 11, 2019

Respectfully submitted,

By:  */s/ Alex Spiro*

Alex Spiro (NY Bar # 4656542)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile:  212-849-7100
alexspiro@quinnemanuel.com

*Counsel for Non-Party Stephen K. Bannon*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 11, 2019, a true and correct copy of the foregoing was served to all counsel of record by electronic submission to the Clerk's Office using the CM/ECF System for filing.


*/s/ Alex Spiro*
Alex Spiro