IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>STRATEGIC VISION US, LLC,<br><br>Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)  Case No. 18-cv-2185 (JGK)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ADDITIONAL SUBMISSION

PLEASE TAKE NOTICE that, in connection with its submission at ECF 212 and pursuant to the Court's order on December 13, 2019, Defendant/Counterclaimant Strategic Vision US, LLC hereby submits the attached Ex. A, a Subpoena dated October 11, 2019 for a deposition of the indicated non-party on November 1, 2019.

Dated December 13, 2019

                 Respectfully submitted,

                 GRAVES GARRETT LLC

                 *s/ Edward D. Greim*
                 Edward D. Greim, #4240172
                 Lucinda H. Luetkemeyer (*pro hac vice*)
                 Jennifer Donnelli (*pro hac vice*)
                 1100 Main Street, Suite 2700
                 Kansas City, MO 64105
                 Telephone: (816) 256-3181
                 Fax: (816) 256-5958
                 edgreim@gravesgarrett.com
                 lluetkemeyer@gravesgarrett.com
                 jdonnelli@gravesgarrett.com
                 ATTORNEYS FOR
                 DEFENDANT/COUNTERCLAIM PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2019, the foregoing was emailed to the following parties:

Francis Lawall
Joanna J. Cline
Christopher B. Chuff
Pepper Hamilton LLP
1313 North Market Street
Suite 5100
Wilmington, DE 19801
lawalf@pepperlaw.com
clinej@pepperlaw.com
chuffc@pepperlaw.com

Allison L. McGuire
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW
Suite 900
Washington, DC 2005
allisonmcguire@quinnemanuel.com

Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison, Ave.
22nd Floor
New York, NY 10010
alexspiro@quinnemanuel.com

                    *s/ Edward D. Greim*
                    Attorney for Defendant/Counterclaim Plaintiff