# Exhibit C

# Donnelli, Jennifer

| | |
|---|---|
| **From:** | Allison McGuire <allisonmcguire@quinnemanuel.com> |
| **Sent:** | Thursday, December 19, 2019 3:21 PM |
| **To:** | Greim, Edward D.; Badell, Rebekah; Alex Spiro |
| **Cc:** | Donnelli, Jennifer; Luetkemeyer, Lucinda |
| **Subject:** | RE: United States District Court for the District of Columbia Filing |

Eddie - Just to clarify, is it your position that Mr. Bannon has been properly served with your purported filings and that the time for him to respond to your motions that have yet to be filed and yet to be acknowledged by the clerk's office has already started to run?  If that is your position, can you please provide me with a citation to the rule, case, or statute which supports that most unusual interpretation?

Thanks,
Allison

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Thursday, December 19, 2019 4:06 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Badell, Rebekah <RBadell@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>
**Subject:** RE: United States District Court for the District of Columbia Filing

**[EXTERNAL EMAIL]**

Allison, thank you. As you know, we requested expedited briefing with responses due on specific calendar days, the first of which is next Thursday the 26th. Even if it takes the clerk's office time to process a miscellaneous action (which must be filed in paper, not on ECF, even though all of us will eventually get an ECF notice of the filing, so that ECF can be used from that point forward), our motion asks for a specific schedule and we've gotten you a true and correct copy of our filings. Thank you for acknowledging receipt of those filings, even though we recognize you're arguing that you have not been "served" for purposes of running the time under the local rules for a response.

Eddie

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Thursday, December 19, 2019 1:16 PM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>
**Subject:** RE: United States District Court for the District of Columbia Filing

Eddie – You emailed us copies of pleadings and motions that had not been filed.  We, therefore, have *not* been served with any operative documents that would trigger a responsive pleading or motion.  Once you have actually filed your materials and those materials have been accepted by the clerk's office as evidenced by time and date stamps, we will be happy to accept service of those documents.

Best,
Allison

1

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Thursday, December 19, 2019 1:56 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Badell, Rebekah <RBadell@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>
**Subject:** RE: United States District Court for the District of Columbia Filing

**[EXTERNAL EMAIL]**

Allison, you were served yesterday, but the file stamp will be for today. You cannot file a miscellaneous action electronically, so the best we could do was to overnight it for filing today.

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Thursday, December 19, 2019 12:41 PM
**To:** Badell, Rebekah <RBadell@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Greim, Edward D. <EDGreim@gravesgarrett.com>
**Subject:** RE: United States District Court for the District of Columbia Filing

Thanks, Bekah.  Can you clarify whether these documents filed with the court yesterday?  If so, will you please send us copies of the versions stamped by the court?

Thanks,
Allison

**From:** Badell, Rebekah [mailto:RBadell@gravesgarrett.com]
**Sent:** Thursday, December 19, 2019 1:27 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Greim, Edward D. <EDGreim@gravesgarrett.com>
**Subject:** RE: United States District Court for the District of Columbia Filing

**[EXTERNAL EMAIL]**

Allison,

Once I receive the case number and filed versions I will send them. The clerk informed me that this type of case is not done electronically, so the package was sent via FedEx.

Thanks,
Bekah

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Thursday, December 19, 2019 12:06 PM
**To:** Badell, Rebekah <RBadell@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Greim, Edward D. <EDGreim@gravesgarrett.com>
**Subject:** RE: United States District Court for the District of Columbia Filing

Bekah,

Will you please send us the time stamped versions?

2

Thanks,
Allison

**allison mcguire** | associate
**quinn emanuel urquhart & sullivan, llp**
1300 I Street, NW, Suite 900 Washington, D.C. 20005
Main: 202.538.8000 | Direct: 202.538.8272 | Cell: 419.564.9659

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Badell, Rebekah [mailto:RBadell@gravesgarrett.com]
**Sent:** Wednesday, December 18, 2019 6:58 PM
**To:** Alex Spiro <alexspiro@quinnemanuel.com>; Allison McGuire <allisonmcguire@quinnemanuel.com>
**Cc:** Greim, Edward D. <EDGreim@gravesgarrett.com>
**Subject:** United States District Court for the District of Columbia Filing

**[EXTERNAL EMAIL]**

Counsel,

Attached please find copies of the Motion to Compel and related pleadings that were sent via FedEx. Please let me know if you have issues accessing the attached.

Thank you,

Bekah

Rebekah Badell



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 285-3047
Fax: (816) 256-5958
RBadell@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in

Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Rebekah Badell



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 285-3047
Fax: (816) 256-5958
RBadell@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim

1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863

EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.