# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>*Plaintiff-Counterclaim Defendant,*<br><br>v.<br><br>STRATEGIC VISION US, LLC,<br><br>*Defendant-Counterclaim Plaintiff.* | Case No. 18-cv-2185 (JGK)-DCF |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Allison L. McGuire, for admission to practice *pro hac vice* in the above-captioned action, is granted.

Applicant has declared that she is a member in good standing of the bars of the State of New York and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Allison L. McGuire |
| Firm Name: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 1300 I St. NW, Suite 900<br>Washington, DC 20005 |
| Telephone: | (202) 538-8000 |
| Fax: | (202) 538-8100 |

Having requested admission *pro hac vice* to appear for all purposes as counsel for non-party Stephen K. Bannon in the above entitled action;

**IT IS HEREBY ORDERED** that Allison L. McGuire is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-23-19

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 22, 2019

_____
United States District/Magistrate Judge