# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, *Plaintiff/Counterclaim Defendant*, v. STRATEGIC VISION US, LLC, *Defendant/Counterclaim Plaintiff*, v. GUO WENGUI a/k/a Miles Kwok, *Counterclaim Defendant*. | Case No. 1:18-cv-2185-JGK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Jeffrey S. Gavenman of the law firm Schulman Bhattacharya, LLC hereby enters his appearance on behalf of non-party Kin Ming "William" Je in this action and requests that all notices be served upon him.

Dated: December 23, 2019            Respectfully submitted,

**SCHULMAN BHATTACHARYA, LLC**

By:     /s/ Jeffrey S. Gavenman
        Jeffrey S. Gavenman

        Jeffrey S. Gavenman (JG3738)
        Schulman Bhattacharya, LLC
        7500 Old Georgetown Road, Suite 901
        Bethesda, Maryland 20814
        Telephone: (240) 356-8550
        Email: jgavenman@schulmanbh.com

        *Counsel for Non-Party Kin Ming "William" Je*