IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>*Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>STRATEGIC VISION US, LLC,<br><br>*Defendant/Counterclaim Plaintiff*,<br><br>v.<br><br>GUO WENGUI a/k/a Miles Kwok,<br><br>*Counterclaim Defendant*. | Case No. 1:18-cv-2185-JGK |

**NOTICE OF MOTION TO QUASH**

PLEASE TAKE NOTICE THAT, upon this motion and the accompanying memorandum of law in support, Kin Ming "William" Je ("Mr. Je"), by and through counsel, will move this Court before the Honorable John G. Koeltl, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 45, quashing the subpoena served by Defendant/Counterclaim Plaintiff Strategic Vision US, LLC ("Strategic") on Google, LLC.

Dated: December 23, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**SCHULMAN BHATTACHARYA, LLC**

　　　　　　　　　　　　　　　By:　　/s/ Jeffrey S. Gavenman
　　　　　　　　　　　　　　　　　　Jeffrey S. Gavenman

　　　　　　　　　　　　　　　　　　Jeffrey S. Gavenman (JG3738)
　　　　　　　　　　　　　　　　　　Schulman Bhattacharya, LLC
　　　　　　　　　　　　　　　　　　7500 Old Georgetown Road, Suite 901
　　　　　　　　　　　　　　　　　　Bethesda, Maryland 20814
　　　　　　　　　　　　　　　　　　Telephone: (240) 356-8550
　　　　　　　　　　　　　　　　　　Email: jgavenman@schulmanbh.com

　　　　　　　　　　　　　　　　　　*Counsel for Non-Party Kin Ming "William" Je*