# Exhibit D

| | |
|---|---|
| **From:** | compliancemgr@godaddy.com |
| **To:** | Luetkemeyer, Lucinda |
| **Cc:** | Teske, Erin; Harmon, Mark; Greim, Edward D.; Donnelli, Jennifer |
| **Subject:** | RE: Urgent: Motion to quash subpoena |
| **Date:** | Friday, December 20, 2019 5:20:30 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Thank you for your email and clarification.  Unless we receive a copy of a filed motion to quash by 4pm (MST) on 23 December 2019, we will send our production out that evening.

Regards,

**K. Groff**
Admin-Legal II

**GoDaddy**

480.624.2546 (F)
compliancemgr@godaddy.com

---

**From:** Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>
**Sent:** Friday, December 20, 2019 4:11 PM
**To:** compliancemgr <compliancemgr@godaddy.com>
**Cc:** Teske, Erin <ETeske@hodgsonruss.com>; Harmon, Mark <MHarmon@hodgsonruss.com>; Greim, Edward D. <EDGreim@gravesgarrett.com>; Donnelli, Jennifer <JDonnelli@gravesgarrett.com>
**Subject:** RE: Urgent: Motion to quash subpoena

> Notice: This email is from an external sender.

RE: Civil Action No. 1:18-cv-02185-JGK.

Mr. Groff,

No motion to quash these two GoDaddy subpoenas has been filed with the Court. No order quashing the subpoenas has been entered.

Instead, during a phone conference set for a different purpose on November 8, objecting counsel raised the issue of three *different* subpoenas before the Judge, who said (of those) that she was "not sure that these matters are fully submitted as motions to quash," but gave objecting counsel permission to notify those three subpoena recipients —"AT&T and T-Mobile and Google" "that the court has asked that they withhold production" until a ruling. No objections have ever been raised in writing or otherwise

with the Court related to these GoDaddy subpoenas.

Please advise if you have any questions. Counsel for the party that sent you an objection yesterday is copied here.

Thank you,

Lucinda Luetkemeyer

---

**From:** Teske, Erin <ETeske@hodgsonruss.com>
**Sent:** Friday, December 20, 2019 9:46 AM
**To:** compliancemgr@godaddy.com
**Cc:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Harmon, Mark <MHarmon@hodgsonruss.com>
**Subject:** RE: Urgent: Motion to quash subpoena

Dear Mr. Groff,

In connection with a motion addressed to other subpoenas seeking personal information, Judge Freeman has been clear that outstanding subpoenas served by Strategic seeking such information in connection with the action *Eastern Profit Corporation Limited v. Strategic Vision* in the Southern District of New York, Civil Action No. 1:18-cv-02185-JGK are to be held in abeyance pending further notice from the Court. Thus, I request that GoDaddy withhold production of any documents responsive to the Subpoena until further notice of the Court.

I am copying counsel for Strategic on this email.

Erin N. Teske
Hodgson Russ LLP
Tel: 646.218.7517
Fax: 646.218.7690

---

**From:** compliancemgr@godaddy.com <compliancemgr@godaddy.com>
**Sent:** Thursday, December 19, 2019 6:27 PM
**To:** Teske, Erin <ETeske@hodgsonruss.com>
**Subject:** RE: Urgent: Motion to quash subpoena

Thank you for your email. Please reply to this email with a copy of the Motion to Quash and any decision by 4pm (MST) tomorrow 20 December 2019.

Regards,

K. Groff
Admin-Legal II

# GoDaddy

480.624.2546 (F)
compliancemgr@godaddy.com

---

**From:** Teske, Erin <ETeske@hodgsonruss.com>
**Sent:** Thursday, December 19, 2019 10:35 AM
**To:** compliancemgr <compliancemgr@godaddy.com>
**Subject:** Urgent: Motion to quash subpoena

> Notice: This email is from an external sender.

Dear Subpoena Compliance Department:

I am writing in connection with a subpoena served upon GoDaddy by Strategic Vision US, LLC ("Strategic") in connection with the action, *Eastern Profit Corporation Limited v. Strategic Vision* in the Southern District of New York, Civil Action No. 1:18-cv-02185-JGK.

My firm represents one of the non-parties whose information may be produced in response to the subpoena. We have filed a request to quash the subpoena via letter to Judge Freeman in accordance with her rules, and **Judge Freeman has directed that the subpoena be held in abeyance** until further notice.

We respectfully request that you do not provide Strategic with the requested information until Judge Freeman has determined whether any aspect of the subpoena is proper.

I ask that you please confirm receipt of this email and let me know whether I need to direct this request to any other department, as time is of the essence.

Kind regards,

**Erin N. Teske**
Hodgson Russ LLP

Tel:  646.218.7517
Fax:  646.218.7690



website | vCard | bio | email

605 Third Ave., Suite 2300 | New York, NY 10158
Tel: 212.751.4300 | map



*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

Edward Greim

1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

Lucinda Luetkemeyer

1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 285-3057
Fax: (816) 256-5958
LLuetkemeyer@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,

marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).