# Exhibit E

Atkinson-Baker, Inc.
www.depo.com

1                    Guo Wengui

2   account?

3          A.   August 2018.

4          Q.   What other social media accounts, if

5   any, do you have?                                      06:45

6          A.   I have an account with Guo Media.

7          Q.   Who owns Guo Media?

8          A.   I don't know.

9          Q.   Do you have any control over Guo Media?

10         A.   No.                                         06:45

11         Q.   Do you know who does?

12         A.   I don't know.

13         Q.   Is it anyone else in your family?

14         A.   I don't know.

15         Q.   Do you frequently post videos of           06:46

16  yourself on Guo Media?

17             MR. HARMON:  Object to the form of the

18  question.

19         A.   Sometimes I post my videos; and, also,

20  other people post my videos as well.                   06:46

21  BY MR. GREIM:

22         Q.   Sometimes other people will post things

23  that they see on your YouTube or your Guo Media

24  accounts on their own accounts, won't they?

25             MR. HARMON:  Object to the form of the       06:46