# Exhibit A

**Atkinson-Baker, Inc.**
www.depo.com

## Page 2

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                            - - -
 4   EASTERN PROFIT CORPORATION,     )
     LIMITED,                        )
 5                                   )
         Plaintiff/Counterclaim Defendant, )
 6                                   )
         v.                          ) Case No.
 7                                   ) 18-cv-2185
     STRATEGIC VISION US, LLC,       ) (JGK)
 8                                   )
         Defendant/Counterclaim Plaintiff. )
 9   ------------------------------------
10
11
12      Video deposition of LIANCHAO HAN, taken on behalf
13   of Defendant/Counterclaim Plaintiff, at the law
14   offices of Foley & Lardner, LLP, 3000 K Street, N.W.,
15   Suite 600, Washington, D.C., commencing at 9:18 a.m.,
16   Wednesday, August 28, 2019, before Catherine B.
17   Crump, a Notary Public in and for the District of
18   Columbia.
```

## Page 3

```
        A P P E A R A N C E S:
FOR DEFENDANT/COUNTERCLAIM PLAINTIFF:
GRAVES, GARRETT, LLC
  BY:  EDWARD D. GREIM, ESQ.
  1100 Main Street, Suite 2700
  Kansas City, Missouri  64105
  (816) 256-3181
  edgreim@gravesgarrett.com

ALSO PRESENT:

FRENCH WALLOP
MICHAEL WALLER
FOR PLAINTIFF/COUNTERCLAIM DEFENDANT:
ZEICHNER, ELLMAN & KRAUSE, LLP
  BY:  ZACHARY GRENDI, ESQ.
  1 Landmark Square
  Fourth Floor
  Stamford, Connecticut  06901
  zgrendi@zeklaw.com

ALSO PRESENT:

DANIEL PODHASKIE
YVETTE WANG
FOR THE WITNESS:
SCHULMAN, BHATTACHARYA
  BY:  JEFFREY S. GAVENMAN, ESQ.
  The Clark Building
  7500 Old Georgetown Road
  Suite 901
  Bethesda, Maryland  20814
  (240) 356-8553
  jgavenman@schulmanbh.com

VIDEOGRAPHER:  Steven Jones
```

## Page 4

```
                    I N D E X
WITNESS: Lianchao Han
EXAMINATION                         PAGE
  By Mr. Greim:                     7, 285
  By Mr. Grendi:                    261
EXHIBITS
NO.         DESCRIPTION             PAGE
1 - August 28, 2019 Letter from Jeffrey
                                    14
2 - "Dissident Reveals Secret Chinese
    Intelligence Plans Targeting U.S."    55
3 - You Tube Video Translation, April 29, 2017   74
4 - "China's Pursuit of Fugitive Businessman
    Guo Wengui Kicks Off Manhattan Caper Worthy
    of Spy Thriller"                88
5 - Certified Translation: "A Proposal for a
    Thorough and Comprehensive Solution
    Regarding the Matters Involving Pangu
    Bldg Investment and Other Concerning
    Guo Wengui"                     99
6 - You Tube Video Translation,
    January 18, 2018
```

## Page 5

```
EXHIBIT NO.                         PAGE
7  - Thumb Drive                    130
8  - Proposal: "Vision"             130
9  - "Three-Year Timeline"          134
10 - Text Messages                  140
11 - Research Agreement             222
12 - "Chinese Tycoon Holed Up in Manhattan
     Hotel Is Accused of Spying for Beijing"   257

[Han Exhibit Nos. 10 and 11 are designated
confidential.]

WANG EXHIBIT NO.                    PAGE
5  - Text Messages                  196
12 - Financial Forensic Research and
     Tracking Research              170

[Wang Exhibit No. 12 is designated confidential.]
```

2 (Pages 2 to 5)

## Page 22

1  information about the Clark Hill matter?  What was         09:38
2  your involvement?                                           09:38
3       A.   I was helping Miles for his asylum case.          09:38
4       Q.   So then you had interaction with the              09:38
5  Clark Hill lawyers?                                         09:38
6       A.   Correct.                                          09:38
7       Q.   How do you know that Chinese hackers did          09:38
8  hack the Clark Hill law firm?                               09:38
9       A.   Clark Hill told me.                               09:38
10      Q.   Do you believe them?                              09:38
11      A.   Of course.                                        09:38
12      Q.   Okay.  Let me ask about -- you mentioned          09:38
13 a couple of different conversations with Mr. Guo            09:39
14 about this case.                                            09:39
15      A.   Yes.                                              09:39
16      Q.   We talked about the longer conversation           09:39
17 and then you said you met with him a few more times         09:39
18 in the office.                                              09:39
19      A.   Yes.                                              09:39
20      Q.   Now, whose office was that?                       09:39
21      A.   Miles' office.                                    09:39
22      Q.   Where is that office?                             09:39

## Page 23

1       A.   I think at -- what is that?  62 -- 64             09:39
2  Street of New York.                                         09:39
3       Q.   64th Street on the upper east side?               09:39
4       A.   Yeah.                                             09:39
5       Q.   Are those also the Golden Spring                  09:39
6  offices?                                                    09:39
7       A.   That, I don't know.                               09:39
8       Q.   When did those meetings occur, to the             09:39
9  best of your recollection?                                  09:39
10      A.   That's hard to know.  I think maybe two           09:39
11 months ago, there was one, or three months ago and          09:39
12 then early -- I have been there maybe three, four           09:40
13 times.                                                      09:40
14      Q.   Does Mr. Guo ask for your advice about            09:40
15 this case?                                                  09:40
16      A.   No.                                               09:40
17      Q.   What did you discuss with him about the           09:40
18 case?  Let's start with the earliest meeting that you       09:40
19 can remember.                                               09:40
20      A.   I think at the beginning, I strongly              09:40
21 advised when he mentioned he's going to sue French          09:40
22 and Mike, I opposed the idea.  I also got his               09:40

## Page 24

1  colleagues that agree with me, we try to persuade him       09:40
2  not to pursue it, and that was the earliest                 09:40
3  discussion.  Of course, he won't listen to me and I         09:40
4  tried a few more times this, and then I don't think         09:41
5  he was -- you know, there's no way he agreed with me.       09:41
6  So that was that.                                           09:41
7            Then, later, I think we discussed.  He didn't     09:41
8  discuss specifically about the case at all.  He kept        09:41
9  saying French and Mike are frauds, cheated him, which       09:41
10 we always have a different view on that.  I disagree        09:41
11 with him on that.  So we argued back and forth.  So         09:41
12 that pretty much was our main conversation about the        09:41
13 case, whether they're cheating him or not.                  09:41
14      Q.   Why do you disagree?                              09:41
15      A.   Because I think everybody comes in with           09:41
16 a good intention at the beginning.                          09:42
17      Q.   Who are the colleagues of Mr. Guo's that          09:42
18 agreed with your position early on?                         09:42
19           MR. GAVENMAN:  Objection to form.                 09:42
20           Go ahead.                                         09:42
21           THE WITNESS:  At the meeting was his --           09:42
22 Victor Cedar and William Yu.  Williams, he's a              09:42

## Page 25

1  manager, I think.                                           09:42
2  BY MR. GREIM:                                               09:42
3       Q.   Is this William Je, J-E?                          09:42
4       A.   J-E?  I think Yu.  Right?  No.                    09:42
5            I don't remember his last name, but he was --     09:42
6  he was -- I remember he was at the meeting.  He also        09:43
7  agreed with me not to pursue this case, because we --       09:43
8  yeah.  I predict what's going to happen exactly like        09:43
9  what's happening right now.                                 09:43
10           MR. GRENDI:  I'm sorry.  What was the name of     09:43
11 the first individual?                                       09:43
12           THE WITNESS:  Victor.                             09:43
13           MR. GRENDI:  Sorry.  I was asking the court       09:43
14 reporter.  I apologize.                                     09:43
15           MR. GREIM:  That's okay.  I was going to ask      09:43
16 anyway.                                                     09:43
17           MR. GRENDI:  Okay.  Fair enough.                  09:43
18 BY MR. GREIM:                                               09:43
19      Q.   Victor, what was his last name?                   09:43
20      A.   Cedar.  Cedar.  Correct?                          09:43
21      Q.   Was he at Foley, Hogue?                           09:43
22      A.   No.  He is a solo practitioner.                   09:43

## Page 26

1  Q.  Could you spell his last name?
2  A.  C-E-D-A-R.  I could be wrong.  I always
3  just call his first name.
4  Q.  What did you understand that William's
5  position was with Mr. Guo?
6  A.  I think he manages his financial assets.
7  Q.  Do you know if he is the director of a
8  company called ACA?
9  A.  That, I didn't know.
10 Q.  Have you heard of that company, ACA or
11 ACA Capital Group Limited?
12 A.  I'm not sure, but one time, I think -- I
13 don't know which one.  There's a trust fund or
14 something that French tried to buy real estate for
15 Miles that needed a letter of credit.  I think that
16 company provided it.  I don't know which company
17 provided it.
18 I don't remember that, but I think -- yeah.
19 Maybe that.
20 Q.  This William Yu --
21 A.  Yeah.
22 Q.  -- where does he live?

## Page 27

1  A.  I don't know.  He seems to travel back
2  and forth, Hong Kong, London, and New York.
3  Q.  Does he have a role with McQuary Capital
4  Group?  Does that sound familiar?
5  A.  I don't remember.  Is that Australian?
6  Q.  It is.
7  A.  Then he used to be involved before Miles
8  hired him.
9  Q.  When the last time you saw William?
10 A.  Well, that may be a year ago or -- I
11 don't remember.  Maybe eight months ago.
12 Q.  I want to go back now.  I just want to
13 make sure we cover this.  Is there anything else that
14 you discussed with Mr. Guo in these meetings in his
15 office --
16 A.  Yeah.
17 Q.  -- about the case that we haven't
18 covered yet?
19 A.  There may be something, but I don't
20 remember, but mainly, I remember the major picture,
21 big picture, thing is just this.
22 Q.  Did you tell Mr. Guo that Strategic

## Page 28

1  Vision would likely counterclaim against him?
2  A.  Yes.  Not specifically counterclaim.  I
3  have to take that back.  I think they will create
4  difficult situation that will jeopardize your
5  political asylum.  It's not worth it.
6  Q.  Did you ever speak with Yvette Wang, who
7  is sitting here at the table, about the lawsuit?
8  A.  No.
9  Q.  Do you know what role she plays for Mr.
10 Guo?
11      MR. GRENDI:  Object to the form.
12      THE WITNESS:  Roughly.
13 BY MR. GREIM:
14 Q.  What is that?
15 A.  She's been his longtime assistant.  He
16 managed -- she managed the office and she was
17 originally excluded from this discussion, this
18 project with Mike and French, and later, she was the
19 one who signed the contract, finished the
20 negotiation, signed the contract with them, managed
21 the project until, in the end, Miles asked -- took
22 her out, put me back in.

## Page 29

1  That's all I know.  I don't know specifically
2  what she does, but that's just based on my
3  observation.
4  Q.  Well, have you heard of an entity called
5  Golden Spring New York or Golden Spring Hong Kong?
6  A.  I heard about it, yeah.
7      MR. GRENDI:  Object to the form.
8  BY MR. GREIM:
9  Q.  Do you know whether Ms. Wang has a role
10 with either of the Golden Spring entities?
11     MR. GRENDI:  Objection to the form.
12     THE WITNESS:  I didn't.
13 BY MR. GREIM:
14 Q.  Why was it that Ms. Wang -- well, let me
15 back up.
16 Why do you say Ms. Wang was originally
17 excluded from the discussion?
18 A.  I didn't know.  I think, later -- I
19 forgot if he said in the meeting or he said to French
20 and Mike later, but the reason was Miles didn't trust
21 her and she has many relatives that is within the
22 system.