# Exhibit C

| | |
|---|---|
| **From:** | Luetkemeyer, Lucinda |
| **To:** | Luetkemeyer, Lucinda |
| **Subject:** | FW: FW: Request for Call Today-Google Ref No. 3164222) |
| **Date:** | Thursday, January 02, 2020 2:27:00 PM |

**From:** google-legal-support@google.com [mailto:google-legal-support@google.com]
**Sent:** Thursday, January 02, 2020 2:18 PM
**To:** Luetkemeyer, Lucinda
**Subject:** Re: FW: Request for Call Today-Google Ref No. 3164222)

Dear Ms. Luetkemeyer,

Thank you for taking the time to speak with us on the phone earlier today to discuss your subpoena (Internal Ref. No. 3164222).  As we discussed, Google does not interpret your subpoena as requesting content of communications.  As such, Google does not intend to produce the content of communications in response to your subpoena.  Pending adjudication of the Motion To Quash, Google would be willing to produce Basic Subscriber Information in response to the aforementioned subpoena.

Regards,

Madeline Byers
Google Legal Investigations Support