```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-13-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTERN PROFIT CORPORATION LIMITED,

                Plaintiff,        18cv2185 (JGK)

     - against -           ORDER

STRATEGIC VISION US LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

The pre-motion conference scheduled for **January 14, 2020** is adjourned pending the resolution of matters related to discovery by the Magistrate Judge. The request for a conference to discuss any dispositive motions may be renewed at the conclusion of matters before the Magistrate Judge.

SO ORDERED.

Dated:    New York, New York
          January 10, 2020

                                      John G. Koeltl
                              United States District Judge