## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**EASTERN PROFIT CORPORATION LIMITED,**

    **Plaintiff/Counterclaim Defendant,**

                                                Case No. 18-cv-2185

    **v.**

**STRATEGIC VISION US, LLC,**

    **Defendant/Counterclaim Plaintiff.**

## CERTIFICATE OF SERVICE

In accordance with the Court's January 13, 2020 order at Dkt. 243, this certifies that Defendant/Counterclaim Plaintiff served questions to counsel for Stephen K. Bannon via electronic mail to Mr. Bannon's counsel on January 14, 2020.

Dated January 14, 2020                        Respectfully submitted,

                                                        GRAVES GARRETT LLC

                                                        */s/ Edward D. Greim*
                                                        Edward D. Greim, D.D.C. Bar #MO008
                                                        Lucinda H. Luetkemeyer (*pro hac vice*)
                                                        1100 Main Street, Suite 2700
                                                        Kansas City, MO 64105
                                                        Telephone: (816) 256-3181
                                                        Fax: (816) 256-5958
                                                        edgreim@gravesgarrett.com
                                                        lluetkemeyer@gravesgarrett.com
                                                        ATTORNEYS FOR
                                                        DEFENDANT/COUNTERCLAIMANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 14, 2020, the foregoing was served via electronic mail to all counsel of record, including counsel for Stephen K. Bannon:

Alexander Benjamin Spiro
Quinn Emanuel Urquhart & Sullivan (NYC)
51 Madison Avenue
New York, NY 10010
212-849-7000
Fax: 212-849-7100
alexspiro@quinnemanuel.com

Allison L McGuire
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20001
202-538-8272
allisonmcguire@quinnemanuel.com

                                    */s/ Edward D. Greim*
                                Attorney for Defendant/Counterclaimant