

1313 N. Market Street
Suite 5100
Wilmington, DE   19899-1709
302.777.6500
Fax 302.421.8390

Joanna J. Cline
direct dial:  302.777.6542
clinej@pepperlaw.com

February 5, 2020

BY CM/ECF

Judge John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*,
>        C.A. No. 18-cv-2185 (JGK)

Dear Judge Koeltl:

We write to request a rescheduling of the pre-motion conference currently set for Thursday, February 20, 2020.  Counsel for Eastern Profit has pre-paid travel arrangements that day to participate in a CLE conference.

We have conferred with counsel for Strategic Vision and are authorized to represent that they do not object to our request to reschedule.  There has been one prior request for an adjournment of this conference, which counsel for Strategic Vision requested and the Court granted.  The Court also *sua sponte* adjourned the conference to allow for all discovery disputes pending before Magistrate Freeman to be resolved.

Both parties are available on the following days, should any of these be convenient for the Court:  February 14, 17, 24, 25, 27, or 28.  If the court requires additional information, we are available at the Court's convenience.

Respectfully submitted,

*/s/ Joanna J. Cline*

Joanna J. Cline

cc:      All Counsel of Record (By CM/ECF)

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh | Detroit |
|---|---|---|---|---|---|---|
| Berwyn | Harrisburg | Orange County | Princeton | Rochester | Silicon Valley | Wilmington |

www.pepperlaw.com

#56885990 v1