# Exhibit A

```
############## * Google Confidential and Proprietary * ##############


User name:RLRPG RLRPG
External Id:7uiiuayHKz0SC3EbXdr6iA
URL:http://www.youtube.com/channel/UC7uiiuayHKz0SC3EbXdr6iA
E-mail:REDACTED@gmail.com (confirmed)
Creation Date:September 18, 2017 at 5:20 PM UTC
Creation IP: REDACTED
First Name:RLRPG
Last Name:RLRPG


No user IP logs data.


############## * Google Confidential and Proprietary * ##############
```

CONFIDENTIAL_SVUS019215

```
############## * Google Confidential and Proprietary * ##############


User name:RLRPG RLRPG
External Id:p2Hjw3UG6sW9bs12EoiApA
URL:http://www.youtube.com/channel/UCp2Hjw3UG6sW9bs12EoiApA
E-mail:REDACTED@gmail.com (confirmed)
Creation Date:July 17, 2017 at 9:04 AM UTC
Creation IP REDACTED
First Name:RLRPG
Last Name:RLRPG


No user IP logs data.



############## * Google Confidential and Proprietary * ##############
```

CONFIDENTIAL_SVUS019218