# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC VISION US, LLC<br><br>Defendant. | Case No. 18-CV-2185 (LJL) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Eastern Profit Corporation Limited ("Eastern") respectfully moves for summary judgment in its favor and against Defendant Strategic Vision US, LLC ("Strategic") on the following claims and counterclaims:

- Count III of Eastern's Second Amended Complaint (Dkt. No. 93 ¶¶ 46-107);

- Count IV of Eastern's Second Amended Complaint (Dkt. No. 93 ¶¶ 108-113);

- Count I of Strategic's Counterlclaims (Dkt. No. 127 ¶¶ 89-104); and

- Count II of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 105-116).

The grounds for this motion are set forth in Eastern's Memorandum of Law in Support of its Motion for Summary Judgment, which has been filed contemporaneously herewith.

Dated:  March 16, 2020

Respectfully submitted,

/s/ Francis J. Lawall
Francis J. Lawall (NY Bar ID No. FL1234)
PEPPER HAMILTON LLP

OF COUNSEL:

Joanna J. Cline (*Pro Hac Vice*)
Christopher B. Chuff (*Pro Hac Vice*)
PEPPER HAMILTON LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4000
215.981.4750 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of March, 2020, a true and correct copy of the foregoing *Plaintiff's Motion for Summary Judgment* was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Dated: March 16, 2020

Respectfully submitted,

OF COUNSEL:

Joanna J. Cline (Admitted *Pro Hac Vice*)
Christopher B. Chuff (Admitted *Pro Hac Vice*)
PEPPER HAMILTON LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)

*/s/ Francis J. Lawall*
Francis J. Lawall (NY Bar ID No. FL1234)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4000
215.981.4750 (facsimile)