UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>     Plaintiff,<br><br>v.<br><br>STRATEGIC VISION US, LLC,<br><br>     Defendant. | Case No. 18-CV-2185 (LJL) |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**IT IS HEREBY ORDERED**, this ___ day of _____, 20__, upon consideration of Plaintiff Eastern Profit Corporation Limited's ("Eastern") Motion for Summary Judgment (the "Motion") and Strategic Vision US, LLC's ("Strategic") opposition thereto, that:

1. Eastern's Motion is hereby **GRANTED**;

2. **JUDGMENT** is hereby entered in Eastern's favor and against Strategic on Count III of Eastern's Second Amended Complaint (Dkt. No. 93 ¶¶ 46-107), Count IV of Eastern's Second Amended Complaint (Dkt. No. 93 ¶¶ 108-113), Count I of Strategic's Counterlclaims (Dkt. No. 127 ¶¶ 89-104); and Count II of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 105-116);

3. Strategic's Counterclaims are hereby **DISMISSED**; and

4. Eastern is hereby **AWARDED** damages in the amount of $1 million, plus pre- and post-judgment interest.

                  _____
                  The Honorable Judge Lewis J. Liman