# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EASTERN PROFIT CORPORATION LIMITED,**<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>**STRATEGIC VISION US, LLC,**<br><br>Defendant/Counterclaim Plaintiff. | Case No. 18-cv-2185 |

## DEFENDANT STRATEGIC VISION'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Strategic Vision US, LLC ("Strategic Vision") respectfully moves this Court for an Order granting summary judgment in its favor and against Plaintiff Eastern Profit Corporation ("Eastern") on the following claims:

- Count I (Breach of Contract) of Eastern's Second Amended Complaint (Dkt. No. 93),

- Count II (Fraudulent Misrepresentation) of Eastern's Second Amended Complaint (Dkt. No. 93), and

- Count IV (Unjust Enrichment) of Eastern's Second Amended Complaint (Dkt. No. 93).

The grounds for this motion are set forth in Strategic's Memorandum of Law in Support of its Motion for Summary Judgment, contemporaneously filed herewith.

Dated March 16, 2020

               Respectfully submitted,

               GRAVES GARRETT LLC

               *s/ Edward D. Greim*
               Edward D. Greim, #4240172
               1100 Main Street, Suite 2700
               Kansas City, MO 64105
               Telephone: (816) 256-3181
               Fax: (816) 256-5958
               edgreim@gravesgarrett.com
               ATTORNEYS FOR
               DEFENDANT/COUNTERCLAIM PLAINTIFF

## **CERTIFICATE OF SERVICE**

   This certifies that, on March 16, 2020, the foregoing was served on all counsel of record via the Court's Electronic Case Filing System.

               *s/ Edward D. Greim*
               Attorneys for Defendant/Counterclaim Plaintiff