IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>STRATEGIC VISION US, LLC,<br><br>　　Defendant/Counterclaim Plaintiff. | Case No. 18-cv-2185 |

**[PROPOSED] ORDER GRANTING DEFENDANT STRATEGIC VISION'S
MOTION FOR SUMMARY JUDGMENT**

**IT IS HEREBY ORDERED**, this ___ day of ____, 2020, upon consideration of Defendant Strategic Vision's ("Strategic") Motion for Summary Judgment (the "Motion") and EaternProfit Corporation's ("Eastern") opposition thereto, that:

　　1.　　Strategic's Motion is hereby **GRANTED**; and

　　2.　　**JUDGMENT** is hereby entered in Strategic's favor and against Eastern on Count I of Eastern's Second Amended Complaint (Dkt. No. 93), Count II of Eastern's Second Amended Complaint (Dkt. No. 93), and Count IV of Eastern's Second Amended Complaint (Dkt. No. 93).

_____
THE HONORABLE JUDGE LEWIS J. LIMAN