# EXHIBIT O

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   ----------------------------------------x

 4   Eastern Profit CORPORATION LIMITED,

 5                  Plaintiff,

 6       -against-              Case No. 18-cv-2185(JGK)

 7   Strategic Vision US, LLC,

 8                  Defendant.

 9   ----------------------------------------x

10                              August 2, 2019

11                              9:51 a.m.

12

13      Deposition of GUO WENGUI, held at the offices of Hodgson

14   Russ, 605 Third Avenue, Suite 2300, New York, New York,

15   pursuant to Notice, before Renate Reid, Registered Professional

16   Reporter and Notary Public of the State of New York.
```

Page 1

**Guo Wengui**
**August 2, 2019**

Atkinson-Baker, Inc.
www.depo.com

```
 1   APPEARANCES:
 2
 3   ZEICHNER ELLMAN & KRAUSE LLP
     Attorneys for Plaintiff
 4       One Landmark Square, Suite 420
         Stamford, CT  06901
 5   BY:  ZACHARY GRENDI, Esq.
          zgrendi@zeklaw.com
 6
 7
 8   GRAVES GARRETT LLC
     Attorneys for Defendant/Counterclaim Plaintiff
 9       1100 Main Street, Suite 2700
         Kansas City, MO  64105
10   BY:  EDWARD D. GREIM, Esq.
          Telephone:  (816) 256-3181
11        edgreim@gravesgarrett.com
12
13
14   HODGSON RUSS LLP
     Attorneys for Witness
         605 Third Avenue, Suite 2300
15       New York, NY  10158
     BY:  MARK A. HARMON, Esq.
16        mharmon@hodgsonruss.com
          ERIN TESKE, ESQ.
17        eteske@hodgsonruss.com
18
19
     ALSO PRESENT:
20      Yvette Wang
        Daniel Podhaskie
21      French Wallop
        Michael Waller
22      Jianhang Mai - Mandarin Interpreter
        Una Wilkinson - Check Interpreter
23      Joe Delvecchio - Videographer
24
25
                                                    Page 2
```

```
 1                    I N D E X
 2   WITNESS: Guo Wengui
 3   EXAMINATION BY:                        PAGE
 4   Mr. Greim                                5
 5      DEFENDANT EXHIBIT                   PAGE
 6      1, notice of deposition              12
 7      2, Document Bates-labeled pages     164
 8   Eastern 276 to 277
 9      3, 7-page document with Arabic      220
10   numbers 1 through 9 in the middle of
11   first page
12      4, 5-page article                   224
13
14      PREVIOUSLY MARKED EXHIBIT
15      12, document indexed SVUS000171      52
16   through SVUS000259
17      2, Research Agreement dated 12/29/17  161
18
19      REQUEST
20      REQ                                  71
21
22   DIRECTION NOT TO ANSWER: 8, 9, 10, 11, 25, 26, 27, 32, 33,
23   35, 36, 37, 41, 60, 61, 62, 64, 70, 71, 110, 115, 121, 168,
24   185, 186, 187, 188, 193, 194, 223, 224
25
                                                    Page 3
```

```
 1                    Guo Wengui
 2       VIDEOGRAPHER:  Good morning.  I am Thomas
 3   Delvecchio, your videographer, and I represent
 4   Atkinson-Baker, Inc., in Glendale, California.  I
 5   am not financially interested in this action, nor    09:51
 6   am I a relative or employee of any attorney or any
 7   other parties.
 8       Today's date is Friday, August 2, 2019.
 9   The time is approximately 9:51 a.m.
10       This deposition is taking place at           09:51
11   Hodgson Russ, 605 Third Avenue, New York, New
12   York.  The case number is 18-cv-2185(JGK),
13   entitled "Eastern Profit Corporation Limited,
14   Plaintiff/Counterclaim Defendant, versus Strategic
15   Vision USA, LLC, Defendant/Counterclaim Plaintiff.  09:52
16       The deponent today is Guo Wengui --
17   excuse me -- Mr. Guo Wengui.  This deposition is
18   being taken on behalf of Defendant's counsel.
19   Your court reporter today is Renate Reid, from
20   Atkinson-Baker, Inc.                            09:52
21       Will counsel please introduce themselves.
22   After counsel present have introduced themselves,
23   then the witness gets sworn in by the court
24   reporter.
25       MR. GREIM:  Taking the deposition for     09:53
                                                    Page 4
```

```
 1                    Guo Wengui
 2   the Defendant/Counterclaim Plaintiff, Strategic
 3   Vision US, LLC, Eddie Greim, Graves Garrett LLC.
 4       MR. GRENDI:  For Plaintiff/Counterclaim
 5   Defendant, Eastern Profit Corporation Limited,    09:53
 6   Zachary Grendi, of Zeichner Ellman & Krause.
 7       MR. HARMON:  Mark A. Harmon, Hodgson
 8   Russ LLP, for the nonparty witness.
 9       G U O   W E N G U I, called as a
10   witness, having been first duly sworn by the      09:53
11   Notary Public, was examined and testified as
12   follows:
13   EXAMINATION BY
14   MR. GREIM:
15       Q.  Mr. Guo, good morning.  Just a couple    09:54
16   of initial questions.
17           Before we began today, as we were
18   gathering around the table, I heard you speaking a
19   little English.
20           Is it fair to say you understand some    09:54
21   English but are not fluent in English?
22       A.  I can understand a little bit of
23   English.
24       Q.  Can you read English in Roman
25   lettering?                                        09:55
                                                    Page 5
```

2 (Pages 2 to 5)

**Atkinson-Baker, Inc.**
www.depo.com

Guo Wengui

question.
A. No.
BY MR. GREIM:
Q. Was it important to you, before entering -- strike that.
Was it important to you that Strategic Vision be licensed as investigators?
MR. GRENDI: Object to the form.
A. So the first time -- the first time we met, they already told us they have all the investigative licenses and all the legal licenses. They told me that. And they also boasted about their European teams. And then the gentleman boasted about his experience with the CIA, the so-called Black Water Company. They told me they are fully licensed firm with years and years of experience. They mention that they were helping to get Trump elected and helping the Republican Party, and then they also boasted about helping forces in Russia that were going against Putin. And they told me that, you know, they had all the licenses necessary. They had all the resources and all the teams in place to help do the investigation.

Page 150

Guo Wengui

Of course, without licenses, why would I have partnered up with them? Why would I have worked with them? I would not even have paid attention to them.
BY MR. GREIM:
Q. Did you check to ensure that they were in fact licensed?
MR. GRENDI: Object to the form.
A. I did not do any check.
BY MR. GREIM:
Q. Now, at that time, you employed T&M Security, didn't you?
MR. HARMON: Object to the form of the question.
A. I don't remember. I can't be sure.
BY MR. GREIM:
Q. And they are licensed private investigators, are they not?
A. I don't know.
Q. Have you ever checked to see whether they were licensed?
A. I did not. No, I did not check.
Q. Did you check with your contacts at the CIA and FBI about Strategic Vision?

Page 151

Guo Wengui

MR. HARMON: Object to the form of the question.
A. This lady told me that she could connect me with anybody within CIA. Also -- the gentleman also made that claim, and I did not have all that resources to connect to anybody at CIA. So they mentioned that they could connect me to anybody within CIA. Back then, I did not have any contacts with CIA.
BY MR. GREIM:
Q. Wait a minute.
When did you begin to have contacts with the CIA and FBI?
MR. HARMON: Object to the form of the question.
A. I do not have contact with CIA. I did not have contact with CIA. I was waiting on these two individuals to connect me to CIA.
BY MR. GREIM:
Q. And you eventually did make contact with the FBI and CIA, correct?
MR. HARMON: Object to the form of the question.
A. No.

Page 152

Guo Wengui

BY MR. GREIM:
Q. Haven't you publicly stated recently that you've had hundreds of contacts with the FBI and CIA?
MR. GRENDI: Objection to the form.
A. I don't recall that.
BY MR. GREIM:
Q. Okay. Let's go back.
Did you have T&M Security do an investigation into Strategic Vision before the contract negotiation?
MR. GRENDI: Objection to the form.
A. No.
BY MR. GREIM:
Q. Did you have them do an investigation into Strategic Vision while it was performing the contract?
A. No.
Q. Did you have anyone do an investigation into Strategic Vision before beginning contract negotiations?
MR. HARMON: Object to the form of the question.
MR. GRENDI: Objection to form.

Page 153

39 (Pages 150 to 153)

**Guo Wengui**
**August 2, 2019**