IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> STRATEGIC VISION US, LLC, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 18-cv-2185 |

### DEFENDANT STRATEGIC VISION'S
### CROSS-MOTION FOR SUMMARY JUDGMENT AGAINST
### PLAINTIFF EASTERN PROFIT ON ITS COUNT III

Pursuant to Federal Rule of Civil Procedure 56, Defendant Strategic Vision US, LLC ("Strategic Vision") respectfully moves this Court for an Order granting summary judgment in its favor and against Plaintiff Eastern Profit Corporation ("Eastern") on the following claims:

- Count III (Declaratory Judgment) of Eastern's Second Amended Complaint (Dkt. No. 93, ¶¶ 46-107).

The instant motion also argues that restitution of a deposit paid on behalf of Eastern is not an available remedy, as Strategic Vision also argued in its Motion for Summary Judgment of March 16, 2020 (Dkt. Nos. 264-268). In that prior motion, pursuant to the schedule ordered by this Court (Dkt. No. 259), Defendant Strategic Vision moved for summary judgment on Counts I (Breach of Contract); II (Fraud); and Count IV (Unjust Enrichment) of Eastern's Second Amended Complaint (Dkt. No. 93).

The grounds for this motion are set forth in Strategic's Consolidated Memorandum of Law in Opposition to Eastern Profit's Motion for Summary Judgment and In Support of its Motion for Summary Judgment, contemporaneously filed herewith.

Dated April 6, 2020

                                                       Respectfully submitted,

                                                       GRAVES GARRETT LLC

                                                       *s/ Edward D. Greim*
                                                       Edward D. Greim, #4240172
                                                       1100 Main Street, Suite 2700
                                                       Kansas City, MO 64105
                                                       Telephone: (816) 256-3181
                                                       Fax: (816) 256-5958
                                                       edgreim@gravesgarrett.com
                                                       ATTORNEYS FOR
                                                       DEFENDANT/COUNTERCLAIM PLAINTIFF

## CERTIFICATE OF SERVICE

      This certifies that, on April 6, 2020, the foregoing was served on all counsel of record via the Court's Electronic Case Filing System.

                                                       *s/ Edward D. Greim*
                                                       Attorneys for Defendant/Counterclaim Plaintiff