# Exhibit AA

**Atkinson-Baker, Inc.**
**www.depo.com**

```
1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3    ----------------------------------------x

4    Eastern Profit CORPORATION LIMITED,

5                         Plaintiff,

6         -against-              Case No. 18-cv-2185(JGK)

7    Strategic Vision US, LLC,

8                         Defendant.

9    ----------------------------------------x

10                            August 2, 2019

11                            9:51 a.m.

12

13       Deposition of GUO WENGUI, held at the offices of Hodgson

14   Russ, 605 Third Avenue, Suite 2300, New York, New York,

15   pursuant to Notice, before Renate Reid, Registered Professional

16   Reporter and Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25
```

Page 1

**Guo Wengui**
**August 2, 2019**

Guo Wengui

question is either "yes" or "no," because the
communications with counsel are privileged.
      A.  No.
BY MR. GREIM:                                    10:10
      Q.  Have you begun to gather any video or
audio recordings of communications or meetings
that were held at your apartment?
           MR. HARMON:  Object to the form of the
question.                                        10:10
      A.  Do I have to answer this question?
      MR. HARMON:  Yes.
BY MR. GREIM:
      Q.  Yes.
      A.  No.                                    10:11
      Q.  Have you been asked to gather any video
or audio recordings of communications or meetings
at your apartment regarding this case?
           MR. HARMON:  Again, the answer to the
question is "yes" or "no," because communications  10:11
between counsel will be privileged.
      A.  So your question is, has my counsel
asked me to gather any audio and video recordings
about communications and meetings at my apartment
regarding this case, right?                      10:12

Page 14

Guo Wengui

BY MR. GREIM:
      Q.  Correct.
      A.  I can only answer "yes" or "no," right?
           MR. HARMON:  Yes, you can only say    10:12
"yes" or "no."
      A.  Yes.
BY MR. GREIM:
      Q.  Have you begun to gather the audio and
video recordings I mentioned in my last question?  10:13
           MR. HARMON:  Object to the form of the
question.
      A.  Yes.
BY MR. GREIM:
      Q.  Is your -- strike that.               10:14
           What is the approximate volume of audio
and video recordings that you possess regarding
the allegations in this case?
           MR. HARMON:  Object to the form of the
question.                                        10:14
      A.  I don't know.  I can't give an accurate
answer to this question.
BY MR. GREIM:
      Q.  How many hours of recordings do you
have regarding -- let me -- let me strike that.  10:14

Page 15

Guo Wengui

      Approximately how many hours of
recordings do you believe you have, to produce
regarding this case?
           MR. HARMON:  Object to the form of the  10:15
question.
      A.  I don't know how to answer this
question.
BY MR. GREIM:
      Q.  What -- what about the question       10:15
confuses you?
           MR. HARMON:  Object to the form of the
question.
      A.  I don't understand the questions,
because -- I don't understand the logic of the  10:15
questions, because I'm here for deposition.  So
you keep asking me about the amount of recordings.
           CHECK INTERPRETER:  But you did not ask
me whether I have or not, about this recording.
      A.  So it's like, during the movies, you  10:16
know, you already make the assumptions that I
already -- you already made the assumptions that
I'm already in possession of those recordings.
           INTERPRETER:  Sorry about that, sir.
First time we meet.                              10:16

Page 16

Guo Wengui

BY MR. GREIM:
      Q.  Do you have any recordings of video --
I'm sorry.
           Do you have any video or audio recordings  10:17
of communications or meetings between yourself or
Yvette Wang or Lianchao Han and either French
Wallop or Mike Waller?
      A.  No.  How come you did not ask this
question first?                                  10:17
      Q.  Have you ever had audio or video
recordings of communications between yourself,
Yvette Wang, Lianchao Han and either French Wallop
or Mike Waller?
      A.  No, I don't have it personally.  Never  10:18
have it personally.  So I would like to emphasize,
personally, I do not have those recordings.
However, I live in a hotel.  In public spaces, the
hotel has set up cameras, so I can only emphasize
that, personally, I don't have personal possession  10:18
of those recordings.  And, also, I would like to
emphasize, I live -- I stay at a hotel, Sherry
Hotel.
      Q.  Mr. Guo, do you have microphones or
cameras installed in your apartment?             10:19

Page 17

5 (Pages 14 to 17)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1    A. Yes, many.
2    **Q. Who installed them?**
3    A. Security companies and the hotel
4    management company. And, also, some of them came
5    with the purchase of this apartment,          10:19
6    pre-installed.
7    **Q. What security company installed**
8    **microphones and cameras in your apartment?**
9    A. I can't recall the name of that
10   company.                                       10:20
11   **Q. Is it T&M Security?**
12   A. Yes.
13   **Q. Do you have access to the recordings**
14   **that are made by the microphones or cameras?**
15                                                  10:20
16   MR. HARMON: Object to the form of the
17   question.
18   A. No. Personally, no.
19   BY MR. GREIM:
20   **Q. So is it your testimony that**           10:21
21   **microphones and cameras installed in your**
22   **apartment are able to record conversations in your**
23   **apartment, but you're not able to access the**
24   **recordings?**
25   MR. HARMON: Object to the form of the          10:21

Page 18

Guo Wengui

1    question.
2    A. Personally, I'm not tech-savvy, so I
3    don't know how to gain those information, because
4    I do not have the technical background to access
5    that information.                              10:22
6
7    CHECK INTERPRETER: Nor speaking
8    English.
9    A. Nor do I speak English.
10   BY MR. GREIM:                                  10:22
11   **Q. Mr. Guo, who does have access to the**
12   **recordings that are made by these microphones and**
13   **cameras?**
14   MR. HARMON: Object to the form of the
15   question.                                      10:22
16   A. What do you mean, "access"? Authority,
17   access? I think this is too technical. I mean,
18   you have to -- you have to ask the question in
19   plain language.
20   BY MR. GREIM:                                  10:23
21   **Q. Who has authority to retrieve the**
22   **recordings from the microphones and cameras?**
23   MR. HARMON: Object to the form of the
24   question.
25   A. I don't know. I never -- I never       10:23

Page 19

Guo Wengui

1    figure out that question. I don't know.
2    BY MR. GREIM:
3    **Q. Can Yvette Wang access the recordings?**
4                                                   10:23
5    MR. HARMON: Object to the form of the
6    question.
7    A. I don't know.
8    BY MR. GREIM:
9    **Q. Can -- can Golden Spring access the**
10   **recordings?**                                10:24
11   MR. HARMON: Object to the form of the
12   question.
13   A. I don't know.
14   BY MR. GREIM:
15   **Q. Can Eastern Profit access the**           10:24
16   **recordings?**
17   MR. HARMON: Object to the form of the
18   question.
19   A. No. I don't know.
20   BY MR. GREIM:                                  10:24
21   **Q. Isn't it true that some of these**
22   **recordings have appeared on the Internet?**
23   MR. HARMON: Object to the form of the
24   question.
25   A. I don't know.                               10:24

Page 20

Guo Wengui

1    BY MR. GREIM:
2    **Q. Does T&M Security have access to the**
3    **recordings?**
4    MR. HARMON: Object to the form of the          10:24
5    question.
6    A. I don't know.
7    BY MR. GREIM:
8    **Q. Did they have access to the recordings?**
9    A. I don't know.                               10:25
10   **Q. Is T&M Security -- do they still --**
11   **does T&M Security still work for you?**
12   MR. HARMON: Object to the form of the
13   question.
14   A. No, not anymore.                            10:25
15   BY MR. GREIM:
16   **Q. Where are the recordings stored?**
17   MR. HARMON: Object to the form of the
18   question.
19   A. I don't know.                               10:25
20   BY MR. GREIM:
21   **Q. Have you ever viewed or listened to any**
22   **recording that has been made in your apartment**
23   **from the microphones or the cameras?**
24   A. You mean, from when?                        10:26

Page 21

6 (Pages 18 to 21)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1
2    **Q. In the last four years.**
3    A. You mean ever listen or view?  I can't
4    recall.  I can't recall.
5    **Q. Have the cameras and microphones ever**  10:26
6    **been active?**
7    A. I don't know.
8    **Q. So do you believe that the**
9    **Sherry-Netherland is recording your actions and**
10   **discussions in your apartment?**  10:27
11      MR. HARMON:  Object to the form of the
12   question.
13    A. I don't know.
14   BY MR. GREIM:
15    **Q. Do you currently -- strike that.**  10:27
16    **Have you retained a security company to**
17    **take the place of T&M Security?**
18    A. No.
19    **Q. I want to be sure that this part of**
20   **your testimony is clear.**  10:28
21      MR. HARMON:  Wait.  There's no question
22   yet.
23      MR. GREIM:  Go ahead.  Translate what
24   he said.
25    A. That's your way of asking questions.  10:28

Page 22

---

Guo Wengui

1    the judge.
2
3   BY MR. GREIM:
4    **Q. Okay.  I am seeking your understanding.**
5    A. So you can just ask me questions  10:31
6   directly, because we're not -- you don't need to
7   know much about me, you know, because we're not
8   dating.
9    **Q. Is it your belief that you do not have**
10   **the authority to access recordings made in your**  10:31
11   **apartment?**
12      MR. HARMON:  Object to the form of the
13   question.
14    A. I don't know, because this question, I
15   need to refer to my -- refer this question to my  10:32
16   counsel.
17   BY MR. GREIM:
18    **Q. Have you tried to determine whether you**
19   **have authority to access recordings made in your**
20   **apartment?**  10:32
21      MR. HARMON:  Object to the form.
22    A. No.
23   BY MR. GREIM:
24    **Q. Now I'm going to ask about physical**
25   **access.**  10:32

Page 24

---

Guo Wengui

1
2    I'm just doing my job.
3      CHECK INTERPRETER:  I'm only here to
4   answer questions.
5   BY MR. GREIM:  10:29
6    **Q. So I'm now going to ask you a question**
7   **that will distinguish between the authority to**
8   **access recordings and the physical ability to**
9   **access recordings.**
10   **Is it your testimony today that you do**  10:29
11   **not have the legal authority to access recordings,**
12   **video or audio recordings, made in your apartment?**
13      MR. HARMON:  Object to the form of the
14   question.
15    A. So it depends on, you know, the legal  10:30
16   system here in the U.S.  You are not the judge, so
17   you cannot decide whether --
18   BY MR. GREIM:
19    **Q. I -- I --**
20      MR. HARMON:  Go ahead.  Get a  10:30
21   translation, unless you secretly understand
22   Chinese.
23    A. So you are the legal counsel for the
24   defendant, and you cannot dictate who has access
25   and who does not have access.  Everything is up to  10:31

Page 23

---

Guo Wengui

1
2    **Have you tried to physically access**
3    **recordings of conversations in your apartment in**
4    **the last four years?**
5      MR. HARMON:  Object to the form of the  10:33
6   question.
7    A. No.
8   BY MR. GREIM:
9    **Q. Do you know whether any intelligence**
10   **service has installed cameras or microphones in**  10:33
11   **your apartment?**
12    A. I don't know.
13    **Q. Have you claimed that an intelligence**
14   **service has installed cameras or microphones in**
15   **your apartment?  (DIR)**  10:33
16      MR. HARMON:  Direct the witness not to
17   answer.
18    Next question, please.
19   BY MR. GREIM:
20    **Q. Do you refuse to answer that question?**  10:34
21    A. Yes, I refuse.
22    **Q. Have you made that statement to French**
23   **Wallop or Michael -- Michael Waller?  (DIR)**
24      MR. HARMON:  Direct the witness --
25   direct the witness not to answer.  10:34

Page 25

---

7 (Pages 22 to 25)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

BY MR. GREIM:

Q. The witness is nodding your head.
By that, do you mean that you will not answer?                                                10:34

A. I do not answer this question.

Q. Are you aware whether your conversations in May of 2017 with agents of the Chinese Communist Party and the People's Republic of China were recorded and placed on the Internet?   10:35 (DIR)

MR. HARMON:  Direct the witness not to answer the question.

A. I don't want to answer this question.

BY MR. GREIM:                                                                                 10:36

Q. Have you had any conversations with members of the Chinese Communist Party or the People's Republic of China -- I'm sorry.  Let me strike that and start again.

Have you had any conversations with   10:36 members of the Chinese Communist Party or officials of the People's Republic of China regarding the research efforts for which Strategic Vision was hired?  (DIR)

MR. HARMON:  Direct the witness not to    10:36

Page 26

Guo Wengui

answer.

A. I refuse to answer this question.

BY MR. GREIM:

Q. Have you had conversations with Yvette   10:37 Wang regarding the research efforts for which Strategic Vision was hired?

MR. HARMON:  Object to the form of the question.

A. I refuse to answer this question.         10:37

MR. HARMON:  Okay.  So -- so once again, please advise the witness that when I object to the form, it's not a direction for him not to answer.  When I intend to direct him not to answer, I will do so directly.            10:37

A. Of course, I had discussions with Yvette.

BY MR. GREIM:

Q. Is Yvette Wang a member of the Chinese Communist Party?  (DIR)                             10:38

MR. HARMON:  Object to -- I'm sorry. Direct the witness not to answer.

A. I refuse to answer this question.

BY MR. GREIM:

Q. Do you know the answer to that           10:38

Page 27

Guo Wengui

question?

A. I refuse to answer the question.

MR. HARMON:  Again, when -- when I intend to direct him not to answer --          10:38

THE WITNESS:  I understand.

MR. HARMON:  Okay.

BY MR. GREIM:

Q. So are you refusing to answer the question, even though counsel has not directed you   10:38 not to answer?

MR. HARMON:  The answer would be "yes" or "no"; not whether she is or isn't, but whether you know.

A. I know her identity.                       10:39

BY MR. GREIM:

Q. My question was not whether you know her identity.

My question was whether you know whether she is a member of the Chinese Communist Party.   10:39

MR. HARMON:  "Yes" or "no."

A. I know.

BY MR. GREIM:

Q. And just to be clear, is that a "yes"   10:40 to my question?

Page 28

Guo Wengui

MR. HARMON:  Which question?

MR. GREIM:  He answered "I know" to my question.  You asked him to say "yes" or "no."  He said "I know."  I'm going to make sure it's clear   10:40 in the transcript that his answer is "yes."

MR. HARMON:  I just want to be clear.
So the -- the question is, Do you know whether or not Yvette is a member of the Communist   10:40 Party?  Yes or no.

A. I know.  I know.

INTERPRETER:  He said, "I know."
He said I'm doing a good job, he said.

BY MR. GREIM:

Q. Have you discussed with French Wallop   10:40 or Mike Waller Yvette Wang's membership in the Communist Party?

MR. HARMON:  Object to the form of the question.

Do you mean whether or not she's a        10:41 member? because the way you phrased the question assumes that she is.

MR. GREIM:  I -- I do mean whether or not.  I meant the subject of --

MR. HARMON:  Thank you.                       10:41

Page 29

8 (Pages 26 to 29)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1   MR. GREIM:  -- not the fact of.
2
3   Let's go back.  Let's go back.
4   BY MR. GREIM:
5       **Q.  Have you discussed with French Waller**     10:41
6   **or Mike Waller -- French Wallop or Mike Waller**
7   **whether Yvette Wang is a member of the Chinese**
8   **Communist Party?**
9       A.  I told them, Yvette Wang is a Communist
10  party who got persecuted, who got threatened by     10:42
11  the Chinese Communist Party.  They might kill her.
12      MR. HARMON:  What was the end of that?
13      CHECK INTERPRETER:  And they know
14  where -- they know clearly.
15      A.  They know clearly.  I told them.     10:42
16  BY MR. GREIM:
17      **Q.  I'm sorry to ask you this again, but I**
18  **think I have to.**
19      **Did you tell Mr. Waller and Ms. Wallop**
20  **that Yvette Wang was a member of the Communist**     10:42
21  **Party?**
22      A.  I told them she's a Communist Party
23  member who got persecuted by the Chinese Communist
24  Party, who got threatened by the party.
25      CHECK INTERPRETER:  And that --     10:43

Page 30

Guo Wengui

1
2       A.  And they -- and she's part of us,
3   trying to overthrow the party.
4   BY MR. GREIM:
5       **Q.  And did you tell them in 2018 that, at**     10:43
6   **that time, Yvette Wang was still a member of the**
7   **Communist Party?**
8       A.  No.  I never said that.  It was -- it
9   was a lie.  Super liar.  Super liar.
10      **Q.  When you told them that she's a**     10:44
11  **Communist Party member, was that the truth?**
12      MR. HARMON:  Object to the form of the
13  question.
14      A.  So I'm going to tell you one more time.
15  When I told them about Yvette Wang, I told them     10:45
16  that Wang was a party member who got robbed, who
17  got robbed of everything, whose family got
18  kidnapped, whose goal is to overthrow the Chinese
19  Communist Party.
20  BY MR. GREIM:     10:45
21      **Q.  When did you make those statements?**
22      A.  I mentioned that during our first and
23  second meeting, even the third meeting.
24      **Q.  Did you tell French Wallop and Mike**
25  **Waller that you shared those goals?**     10:45

Page 31

**Guo Wengui**

1
2       A.  Yes.  Our goal is the same.
3       CHECK INTERPRETER:  Overthrow the
4   Chinese Communist Party.
5       A.  To overthrow the Chinese Communist     10:46
6   Party.
7   BY MR. GREIM:
8       **Q.  Was that a true statement?**
9       A.  I always tell the truth.  So there's no
10  reason for me to spend money, to spend my energy     10:46
11  just telling lies to those two persons.
12      **Q.  Well, are you a dissident?**
13      MR. HARMON:  Object to the form of the
14  question.
15      A.  I'm a person who is dedicated to     10:46
16  overthrow the Chinese party.  Of course, I'm a
17  dissident.
18  BY MR. GREIM:
19      **Q.  Do you want to eliminate one-party rule**
20  **in China?  (DIR)**     10:47
21      MR. HARMON:  Direct the witness not to
22  answer.
23  BY MR. GREIM:
24      **Q.  Respectfully --**
25      MR. GRENDI:  What did he -- what did he     10:47

Page 32

Guo Wengui

1
2   say?
3       INTERPRETER:  Sorry.
4       A.  I'm not going to answer this question.
5   BY MR. GREIM:     10:47
6       **Q.  Do you want to undermine the current**
7   **leadership of the People's Republic of China?**
8       A.  I'm not just trying to undermine the
9   government; I'm trying to eliminate the current
10  government, to -- I'm trying to eliminate the     10:47
11  party, Chinese Communist Party, to bring rule of
12  law and freedom to China.
13      **Q.  Does that include eliminating Chairman**
14  **Xi Jinping?  (DIR)**
15      MR. HARMON:  Direct the witness not to     10:48
16  answer.
17      A.  I want to answer this question.
18      Of course, including him.  I would like
19  to emphasize one more time, anybody who's done
20  harm to the Chinese people, including people from     10:48
21  Xinjiang (phonetic), we're going to bring them
22  down; we're going to eliminate them, including
23  Xi Jinping.
24      CHECK INTERPRETER:  The witness
25  actually said that we need to bring them to be     10:49

Page 33

9 (Pages 30 to 33)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  tried by the rule of law.
2  MR. GRENDI:  Do we have to go off the
3  record here?  Do we need to go off the record here
4  regarding translation? because it seems to me
5  there's a recurring theme here where the          10:49
6  translator is missing something and we're getting
7  a correction here.  And he's not contesting it.
8  MR. GREIM:  I disagree.  I don't think
9  we have a problem.  We've only had a few
10  corrections, and we're fixing it as we go.          10:49
11  MR. HARMON:  Lord knows, Zach, that
12  I -- I hate to agree with Eddie; in fact, I
13  don't think there's a problem until we run into a
14  situation where our private translator corrects an
15  error and the official translator disagrees with    10:49
16  her.  So as long as -- as you pointed out, Zach,
17  as long as the correction is made and not
18  contested, then I think we all agree that the
19  corrected testimony is the testimony that was
20  given.                                              10:49
21  Is that fair to say?
22  MR. GRENDI:  I'm fine with that.  I'm
23  just noting my concern for the record.
24  MR. HARMON:  Okay.  Is that fair to    10:50

Page 34

Guo Wengui

1  say, Eddie?
2  MR. GREIM:  Yes.
3  MR. HARMON:  Okay.  Thanks.
4  MR. GREIM:  Does -- does our          10:50
5  interpreter agree with the check interpreter's
6  statement that the witness actually said, "We need
7  to bring them to be tried by the rule of law"?
8  INTERPRETER:  Yes, I agree.
9  BY MR. GREIM:                                       10:51
10  Q.  Mr. Guo -- Mr. Guo, how do you intend
11  to accomplish the goal that you just described to
12  us?  (DIR)
13  MR. HARMON:  Direct the witness not to
14  answer.                                             10:51
15  A.  I'm not answering this question.
16  BY MR. GREIM:
17  Q.  Was your work with Strategic Vision
18  intended to accomplish the goal that you just
19  described to us?                                    10:52
20  A.  Yes.
21  Q.  Is that what you told French Wallop and
22  Mike Waller?
23  A.  Yes.
24  Q.  When did you tell them that?          10:52

Page 35

Guo Wengui

1  A.  Between -- I don't recall the exact
2  dates, but it's probably between November 2017 and
3  February 2018, when we signed the contract.
4  Q.  Have you engaged anyone other than    10:53
5  Strategic Vision to accomplish the goal that you
6  described to us?  (DIR)
7  MR. HARMON:  Direct the witness not to
8  answer.
9  A.  I refuse to answer this question.    10:53
10  BY MR. GREIM:
11  Q.  After your contract with Strategic
12  Vision was terminated, did you engage any other
13  entity to provide the services that you sought
14  from Strategic Vision?  (DIR)                       10:53
15  MR. GRENDI:  Object to the form of the
16  question.
17  MR. HARMON:  Object to the form of the
18  question and direct the witness not to answer.
19  A.  I refuse to answer.                   10:54
20  MR. GREIM:  Videographer, can you catch
21  the witness in a standing position?  All right.
22  BY MR. GREIM:
23  Q.  Okay.  During the time that Strategic
24  Vision was working on its project for you, did you  10:55

Page 36

Guo Wengui

1  engage any other entity to perform the same
2  services?  (DIR)
3  MR. GRENDI:  Object to the form of the
4  question --                                          10:55
5  MR. HARMON:  Object to the form of the
6  question and direct the witness not to answer.
7  A.  I refuse to answer.
8  MR. GREIM:  Counsel, is the basis for
9  the objection that -- the argument is that it's     10:56
10  irrelevant to the case?
11  MR. HARMON:  That's part of it.  He is
12  not a party to this action, so I -- I view efforts
13  to obtain information about what he personally did
14  outside of the relationship with Strategic Vision,  10:56
15  Ms. Wallop, and Mr. Waller to be for the purpose
16  of harassment, and direct him not to answer any of
17  those questions.
18  MR. GREIM:  Our position is, that could
19  be a merits argument, but that is an improper       10:56
20  basis to instruct the witness not to answer.  And
21  I -- I'll make a record of these questions, and
22  we'll bring it to the judge.
23  MR. HARMON:  I think that's what the
24  judge invited us to do.                             10:56

Page 37

10 (Pages 34 to 37)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

BY MR. GREIM:

Q.  Let me ask you this question:  Where did you obtain the 15 names that you or Mrs. Wang gave to Strategic Vision to research?    10:57

A.  First of all, I need to tell you, I did not provide even one name.

Q.  Do you know who provided the 15 names to French Waller and Mike Wallop -- French Wallop and Mike Waller?    10:57

A.  Yvette.

Q.  Did you tell French Wallop and Mike Waller that you had paid over $200 million for those names?

INTERPRETER:  You would pay, right?    10:58
Not pay, but you would pay?

MR. GREIM:  You had paid.

INTERPRETER:  You had paid.

CHECK INTERPRETER:  Counsel, did you say 200 million?    10:58

INTERPRETER:  200 million.

A.  It's a big lie.  Never.  It's a big, super lie.

BY MR. GREIM:

Q.  Do you know how the 15 names were    10:58

Page 38

Guo Wengui

obtained?

A.  No.

Q.  Who chose the 15 names?

A.  I don't know.    10:58

Q.  Do you know whether Yvette Wang chose the 15 names?

A.  I don't know.

Q.  What did you intend to do with the research that Strategic Vision was going to    10:59
provide?

MR. HARMON:  Object to the form of the question.

MR. GRENDI:  Object to form.

A.  The simple reason is, we want to    10:59
eliminate the Chinese Communist Party.  We try to overthrow the Chinese Communist Party, to bring rule of law to China, to let the West know the scenes committed by the Chinese Communist Party.

BY MR. GREIM:    11:00

Q.  My question was more specific.  What did you intend to do with the research that Strategic Vision uncovered regarding the 15 names?

MR. GRENDI:  Object to the form.    11:00

Page 39

Guo Wengui

MR. HARMON:  Object to the form of the question.

A.  So we're going to send these reports to the U.S. courts so that people who got persecuted    11:01
would know the truth.

BY MR. GREIM:

Q.  Mr. Guo, is -- do you know where Eastern Profit obtained the 15 names?

A.  No, I don't.    11:02

Q.  Did you approve the use -- strike that.  Did you approve the 15 names before they were provided to Strategic Vision?

MR. GRENDI:  Object to the form.

A.  No.    11:02

BY MR. GREIM:

Q.  Did you review the results of Strategic Vision's research?

A.  They never produced a report.  All    11:02
lies, zero.  So all I got was a USB drive with Facebook posts and rumors gathered from the Internet.  It's all lies.  So I don't consider whatever they gather from Facebook can constitute as report.  So, as a result, I never received a    11:03
report.  Very low, very despicable liars.

Page 40

Guo Wengui

Q.  Did you receive information on the same 15 individuals from anyone else in 2018?  (DIR)

MR. HARMON:  Direct the witness not to answer.    11:04

A.  I refuse to answer this question.

BY MR. GREIM:

Q.  Did Eastern Profit receive information regarding the 15 individuals from any other source in 2018?    11:04

A.  I don't know.

Q.  Did Eastern Profit receive any information on the 15 individuals in 2017?

A.  I don't know.

Q.  Why did you expect to receive useful    11:05
results regarding these 15 individuals?

MR. HARMON:  Object to the form of the question.

MR. GRENDI:  Object to the form of the    11:05
question.

INTERPRETER:  Can you say that again, the question?

BY MR. GREIM:

Q.  Why did you expect to receive useful    11:05
results with respect to these 15 individuals?

Page 41

11 (Pages 38 to 41)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1    INTERPRETER:  So let me translate this
2  question.
3        A.  So those two individuals claimed that
4  they used to work for CIA, Pentagon, and FBI; and      11:06
5  then they had, like, a lot of experience over the
6  past many, many years.  And they also boasted that
7  they have a 24-hour working team based in the
8  Middle East and Europe.  And the lady claimed that
9  she is so good at doing her job, and the gentleman    11:07
10  also claimed that he is very good at doing the
11  job.  And they gave me a very, you know,
12  convincing lying pitch about, you know, their
13  ability.  And, also, not to mention, you know, Han
14  Lianchao, my contact, my liaison at the time --      11:07
15  these two individuals even showed my liaison, Han
16  Lianchao, on their computers, you know, that, oh,
17  we have discovered money laundering evidence that
18  amounted to tens of -- of billions of dollars and
19  hundreds of billions of dollars.  And, also, Wang    11:07
20  Qishan's daughter had a, you know, deposit -- lot
21  of deposits with China Centric --
22        CHECK INTERPRETER:  CITIC Bank.
23        A.  Citibank, in China.
24        CHECK INTERPRETER:  CITIC.      11:07
25

Page 42

Guo Wengui

1        A.  CITIC.
2        INTERPRETER:  CITIC, C-I-T-I-C.
3        A.  CITIC Bank, in China.  So it was a very
4  convincing pitch.      11:07
5        CHECK INTERPRETER:  And also, the
6  witness also mentioned that if you don't sign the
7  contract, you will not be able to obtain those
8  information.
9        INTERPRETER:  I did not hear that part.      11:08
10        CHECK INTERPRETER:  (Speaking Chinese
11  to witness.)
12        A.  So, yes, they prodded me to sign
13  agreement as soon as possible so that they can
14  give me the information about the goddaughter of    11:08
15  Wang Qishan, her deposit in China CITIC, billions
16  and billions of dollars.  And, also, my liaison --
17  Han Lianchao, even made a personal loan guarantee
18  in order to sign the contract.
19        So I'm not finished yet.      11:09
20        I remember one night, late at night, this
21  lady make emergency call, made a very urgent call
22  to Han Lianchao asking Han Lianchao to come over
23  to her apartment to show her something on the
24  computer screen that says, you know, the      11:09
25

Page 43

Guo Wengui

1  goddaughter of Wang Qishan had billions and
2  hundreds of billions of deposits in China CITIC.
3  And because of that, you know, Han Lianchao even
4  gave a personal guarantee that, okay, I actually      11:10
5  saw this information with my own eyes.  However,
6  we did not even -- we did not sign a contract even
7  after that.
8        And later on, Mr. Han Lianchao got
9  summoned -- got asked by this lady again to come      11:10
10  to apartment, also late at night, to look at the
11  information again, to be given another pitch
12  showing that, you know, tens of billions of
13  dollars and hundreds of billions of dollars of
14  deposits, you know, information in that regard.      11:10
15  And we did not sign a contract.
16        And so, with all those movements and
17  activities, we were prodded to sign a contract as
18  soon as possible.  They say that once we sign the
19  contract, they will be able to release that      11:10
20  information to us.  So, apparently, we got
21  tricked, and we got tricked.  And Han Lianchao, as
22  a liaison in the middle, also got tricked.
23  BY MR. GREIM:
24        Q.  Here is my question:  What is it --      11:11
25

Page 44

Guo Wengui

1  start again.
2        What was it about the 15 names that led
3  you to believe that Strategic Vision's research
4  would be useful to you in your goal of eliminating      11:11
5  the Chinese Communist Party?
6        MR. HARMON:  Object to the form of the
7  question.
8        MR. GRENDI:  Object to form.
9        A.  So the reason being, some of these      11:11
10  names -- first of all, I don't know -- so I don't
11  know all the names, but I do know -- I did know
12  some of the names among the 15 names.  Some names
13  included, for example, the goddaughter of Wang
14  Qishan, about -- you know, about her putting aside      11:13
15  tens of billions of dollars and hundreds of
16  billions of dollars in bank accounts.  If we are
17  able to disclose that information to the public,
18  that would be great.  And, also, they boasted that
19  they had information, secret informations, about,      11:14
20  you know, a police -- Chinese police department
21  intelligence head, intelligence head, about his
22  corruption information.
23        So back then, we felt like, if -- with
24  possession of those information, we are able to      11:14
25

Page 45

12 (Pages 42 to 45)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1             Guo Wengui
2  release those information to the U.S. government
3  to help save millions of peoples who got falsely
4  persecuted in China, even hundreds of millions of
5  people who got persecuted in China.  And because    11:14
6  of this lying pitch, we lost a wonderful
7  opportunity to rescue all these millions and tens
8  of millions of people who got thrown into jail for
9  no reason.
10       So, essentially, these two people, these    11:14
11 two individuals, took advantage of our sense of
12 urgency to rescue millions, tens of millions of
13 people, from the prison, and they used those
14 people as bait to try to get us into sign the
15 contracts.  And those two people -- those two    11:14
16 individuals are really despicable and very low.
17       CHECK INTERPRETER:  The check
18 interpreter wanted to raise one question with the
19 actual interpreter to see whether he can agree to
20 that.  I don't believe that the witness said, "I    11:15
21 know some of the names amongst those 15 names."  I
22 think that he said, I don't know those 15 names,
23 but I know the names of just Wang Qishan
24 goddaughter, Wang Qishan head of the intelligence.
25 So if I -- those are the people that -- you know,    11:15

Page 46

1             Guo Wengui
2  something like that.  I don't think that he said,
3  actually, I know the names among the 15 names.
4  Did you hear that?
5        INTERPRETER:  I think I heard that.    11:15
6  And -- so what's the procedure?
7        MR. GREIM:  Why don't we do this:  Let
8  me just ask the witness that as a separate
9  question, and we'll get an answer.  And we'll ask
10 only that question and ask for -- just for an    11:15
11 answer to that part, so that -- and it's hard to
12 translate, you know, paragraphs and paragraphs at
13 a time.
14 BY MR. GREIM:
15     Q.  So here's my question.    11:16
16       MR. HARMON:  Translate that first, and
17 then ask the question.
18       MR. GREIM:  Okay.
19       VIDEOGRAPHER:  Counsel --
20       MR. GREIM:  Okay.  Let's --    11:16
21       VIDEOGRAPHER:  -- you have two minutes.
22       MR. GREIM:  Let's do that.  Let's
23 translate it and get an answer.
24 BY MR. GREIM:
25     Q.  So here's my question:  Did you know    11:16

Page 47

1            **Guo Wengui**
2  **some of the 15 names before they were given to**
3  **Strategic Vision?**
4      A.  Yes.
5        MR. GREIM:  I also want to be clear    11:17
6  about something in the translation just now.  A
7  comment by the witness was -- in the transcript
8  appears as "lying pitch," referring to someone.
9  BY MR. GREIM:
10     **Q.  Was that actually "lying bitch"?**    11:17
11     A.  No.
12       INTERPRETER:  No, he did not use that.
13     A.  I'm not as despicable as the other
14 party.  I did not use "bitch."  "Pitch," I said.
15       VIDEOGRAPHER:  The time is    11:18
16 approximately 11:17 a.m., Friday, August 2, 2019.
17 This is the end of media number 1 of the
18 videotaped deposition of Mr. Guo Wengui.  We are
19 off the record.
20       (Recess taken.)    11:18
21       VIDEOGRAPHER:  The time is
22 approximately 11:36 a.m., Friday, August 2, 2019.
23 This is media number 2 of the videotaped
24 deposition of Mr. Guo Wengui.  We are back on the
25 record.    11:37

Page 48

1            Guo Wengui
2  CONTINUED EXAMINATION
3  BY MR. GREIM:
4      **Q.  Mr. Guo, I want to follow up on a few**
5  **questions from before our break.**    11:37
6      **I believe I heard you say that Lianchao**
7  **Han had extended a personal loan guarantee; is**
8  **that correct?**
9        MR. HARMON:  Object to the form of the
10 question.    11:37
11       MR. GRENDI:  Object to the form of the
12 question.
13     A.  I think the lawyer is trying to bait
14 me.
15       CHECK INTERPRETER:  No.  I think he    11:38
16 said "cited me wrongly."
17     A.  Cite me wrongly.
18     What I said was, Mr. Han Lianchao told me
19 that, "I saw the information with my own eyes, and
20 I can personally guarantee that they have the    11:38
21 ability to perform the job."
22     So no money was involved.
23 BY MR. GREIM:
24     **Q.  And does all of the information you**
25 **have about Ms. Wallop's interaction with Lianchao**    11:38

Page 49

13 (Pages 46 to 49)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

---

**Page 50**

1    Guo Wengui
2  Han come from Mr. Han's statements to you?
3       A. I need to listen to the question one
4  more time. I did not hear it clearly.
5       MR. GREIM: I think I will just ask the      11:39
6  translator to just repeat it.
7       MR. HARMON: I think you'd probably be
8  better off rephrasing it. It's a difficult
9  question to follow. If you can.
10      MR. GREIM: Okay.      11:39
11      MR. HARMON: Thank you.
12 BY MR. GREIM:
13      Q. You testified earlier about several
14 interactions between Ms. Wallop and Mr. Lianchao
15 Han.      11:39
16      Do you recall that testimony?
17      A. Yes.
18      Q. And does the information you conveyed
19 to us come to you from Mr. Lianchao Han?
20      A. Yes.      11:40
21      Q. In a meeting in your apartment, did you
22 show French Wallop and Mike Waller the 15 names on
23 paper?
24      A. No.
25      Q. Did you explain to French Wallop and      11:41

---

**Page 51**

1    Guo Wengui
2  Mike Waller the color coding on the paper
3  printouts of the 15 names?
4       MR. HARMON: Object to the form of the
5  question.      11:41
6       A. No.
7  BY MR. GREIM:
8       Q. Have you ever seen a paper printout of
9  the 15 names?
10      A. No.      11:41
11      Q. Were you ever present for a discussion
12 with French Wallop and Mike Waller about the
13 15 names?
14      A. So you mean my discussion with Frank
15 and Mike, or discussion with whom?      11:42
16      Q. With anyone when French Wallop and Mike
17 Waller were present?
18      A. So this question is too broad, too
19 general. I cannot answer this question.
20      Q. Have you ever discussed the 15 names in      11:42
21 the presence of French Wallop and Mike Waller?
22      A. No. Let me clarify one last time.
23      I only discussed maybe one or two names,
24 never all 15 names. So, please, do not set any
25 trap for me. So I don't want all this fake      11:43

---

**Page 52**

1    Guo Wengui
2  information to be disclosed to CNN or Wall Street
3  Journal to try to confuse the public.
4       Q. Were you present when the 15 names --
5  let me strike that.      11:43
6       Were you present when Yvette Wang
7  discussed the 15 names with French Wallop or Mike
8  Waller?
9       MR. HARMON: Object to the form of the
10 question.      11:43
11      A. No.
12 BY MR. GREIM:
13      Q. I'm handing you an exhibit which we
14 marked as Exhibit 12 in the deposition of Yvette
15 Wang and Eastern Profit.      11:45
16      (Exhibit 12, document indexed
17      SVUS000171 through SVUS000259, previously
18      marked for identification.)
19      MR. HARMON: Do you have a copy of that
20 for me?      11:45
21      MR. GREIM: I'm sorry (handing).
22      A. So all these 15 names here
23 (indicating)?
24      MR. HARMON: No question.
25 BY MR. GREIM:      11:45

---

**Page 53**

1    Guo Wengui
2       Q. I haven't asked you a question yet,
3  sir.
4       You'll see that it's numbered from 1 to
5  89, and the Bates number is --      11:45
6       MR. HARMON: When you say 1 to 89, I
7  don't know --
8       MR. GREIM: Oh. Okay.
9  BY MR. GREIM:
10      Q. And you'll see the Bates number is --      11:46
11 we'll call it an index number -- begins with
12 SVUS000171 and ends with 259.
13      A. What does the index mean?
14      Q. That is a number that, in a lawsuit,
15 lawyers put on a document so that we can keep      11:47
16 track of them in the lawsuit.
17      Have you seen this document before, sir?
18      A. No.
19      Q. Have you seen a document similar to
20 this?      11:47
21      A. I don't understand the standard for
22 "similar."
23      Q. Of similar length, involving the
24 15 names.
25      A. I can't answer this question regarding      11:47

---

14 (Pages 50 to 53)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

"similar."  In a legal sense, there is only "yes"
or "no."
   Q.  Mr. Guo, did you hold in your hands a
document similar to Wang Exhibit 12 and toss it on
the table in your apartment in front of Mr. Waller
and Ms. Wallop?
      MR. HARMON:  Object to the form of the
question.
      MR. GRENDI:  Object to the form of the
question.
   A.  I think you're telling a fiction.
Never happened.
BY MR. GREIM:
   Q.  Have you seen a color version of this
document?
   A.  No.
   Q.  Who compiled this document?
   A.  I don't know.
   Q.  Please look at the picture on page 2.
Have you seen this picture before?
   A.  Yes.  It's all over the Internet.  Yes,
I've seen it many times.  The source is not us.
The source is somebody else, the source of this
picture.  It's all over the Internet, all over the

Page 54

Guo Wengui

   A.  I don't know.
   Q.  And you are certain you have never seen
this document before?
   A.  You mean, this -- I haven't reviewed
each page, so I can tell you -- I cannot tell you
for sure.  You did not give me the time -- enough
time to go through each page, so -- there are
89 pages in here.  I haven't had a chance to
review each page of them, so I cannot give you a
yes-or-no answer.  That would be irresponsible.
   Q.  Very well.  I will ask you to take a
look at this on a break, and we'll come back and
ask you the question later.
      MR. HARMON:  I would like a
clarification before we do that.
      Are you asking whether -- are you asking
now, or are you -- will you be asking later,
whether there are any pages of this that he has
seen, or whether he has seen the entire document
together?
      MR. GREIM:  I think the question was
clear, that I'm asking about whether he has seen
this together --
      MR. HARMON:  Together.

Page 56

Guo Wengui

world.  This picture -- so this picture was
released in 2017.  It's been all over the
Internet, all over the world.  It's about some
public figures, public individuals, and some
public figures.  Just like Western public figures
and public pictures, you can see it anywhere.
   Q.  What do you mean by "puppet"?
      MR. HARMON:  Public.
      MR. GREIM:  Public.
BY MR. GREIM:
   Q.  Have you posted this on the Internet?
   A.  This is part of public information.
It's just as if somebody is using public
information to try to cheat us.
   Q.  Is this document, Wang Exhibit 12, the
material Eastern Profit gave to Strategic Vision
so that Strategic Vision could start its research?
      INTERPRETER:  Sorry.  Can you say that
again, the question?
BY MR. GREIM:
   Q.  Is this document, Wang Exhibit 12, the
information that Eastern Profit gave to Strategic
Vision so that Strategic Vision could start its
research?

Page 55

Guo Wengui

      MR. GREIM:  -- as an 89-page document,
you know, with sections numbered 1 through 15,
with names, followed by information with each
name.
      MR. HARMON:  Maybe -- maybe we can
clarify that, because, clearly, he's saying he's
seen the second page on the Internet.
      MR. GREIM:  Well, I think -- I think
the witness's testimony --
BY MR. GREIM:
   Q.  Go ahead.
   A.  I've never seen this document as a
whole before.
   Q.  And you were never present when this
document was given to French Wallop and -- I'm
sorry.
      You were never present when this document
was shown in paper form to French Wallop and Mike
Waller?
      MR. HARMON:  Object to the form of the
question.
   A.  The question is very strange, because I
don't even know when this pack of documents were
given to them, so it's hard for me to tell you

Page 57

15 (Pages 54 to 57)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| Guo Wengui | Guo Wengui |

Guo Wengui

2  whether I was present or not, because I do not
3  even know where this pack of documents were given,
4  were provided.
5  BY MR. GREIM:                          11:55
6      Q.  Mr. Guo, when did you first meet Bill
7  Gertz?
8      A.  I cannot recall exactly; maybe 2017.
9      Q.  How did you first meet him?
10     A.  He wanted to do an interview with me,    11:55
11 and he sought me out through a friend of mine.
12     Q.  Who was that friend?
13     A.  Sasha Gong, from VOA, Voice of America.
14     Q.  Did Mr. Gertz write an article after
15 the interview?                           11:56
16     A.  Yes.
17     Q.  How long after the interview did the
18 article appear?
19     A.  I can't recall.
20     Q.  Was it many months or just a few days   11:56
21 or weeks?
22     A.  I can't recall.  I don't know.
23     Q.  When did you first meet Lianchao Han?
24     A.  It was around August or September 2017.
25         MR. GREIM:  From this point forward, we  11:57

Page 58

Guo Wengui

2  will call him Lianchao Han, L-i-a-n-c-h-a-o H-a-n.
3  BY MR. GREIM:
4      Q.  How did you meet Lianchao Han?
5      A.  A partner at a organization called      11:57
6  Civic Power, also an organization that's -- with
7  the goal to overthrow the Chinese Communist Party.
8  So I was introduced to Mr. Han by this partner
9  from this civic organization.
10         CHECK INTERPRETER:  The witness said    11:58
11 "citizen"?
12         INTERPRETER:  "Civic."  "Civic Power."
13 Citizen or civic; I think it's the same sort of
14 thing.
15         MR. GREIM:  I don't think this is       11:58
16 something we need to resolve.
17         CHECK INTERPRETER:  No.
18         MR. HARMON:  Another point of
19 agreement.
20 BY MR. GREIM:                            11:58
21     Q.  I would like to hear again the name of
22 the person who introduced you, however.
23         Could you please restate that.
24     A.  Yang Chen Lee.
25     Q.  When did you first meet Yang Chen Lee?  11:59

Page 59

Guo Wengui

2      A.  May 2017.
3      Q.  Who is Yang Chen Lee?
4      A.  Founder of civil -- Civic Power, an
5  organization with the goal to overthrow the        11:59
6  Chinese Communist Party.
7      Q.  Do you find that organization -- (DIR)
8          MR. HARMON:  Don't answer the question.
9      A.  I refuse to answer that question.
10 BY MR. GREIM:                           11:59
11     Q.  How many meetings did you have with
12 Mr. Gertz before his first article appeared?
13     A.  I can't recall.
14     Q.  Was it more than one?
15     A.  I don't recall.  I can't recall.        12:00
16     Q.  Has Gertz received any payment from you
17 in the last two years? (DIR)
18         MR. HARMON:  Don't answer -- direct the
19 witness not to.
20     A.  I refuse to answer this question.        12:00
21 BY MR. GREIM:
22     Q.  Did Gertz introduce you to Strategic
23 Vision?
24     A.  Yes.
25     Q.  Did he receive any payment for          12:00

Page 60

Guo Wengui

2  introducing you to Strategic Vision?
3      A.  No.
4      Q.  Has Mr. Gertz been appointed to serve
5  on any organization of which you're a member?     12:01
6  (DIR)
7          MR. HARMON:  Direct the witness not to
8  answer.
9      A.  I refuse to answer this question.
10 BY MR. GREIM:                           12:01
11     Q.  Do you know the answer to the question?
12         MR. HARMON:  Just "yes" or "no."
13     A.  Yes.
14 BY MR. GREIM:
15     Q.  Do you know the answer to the question  12:01
16 about whether Mr. Gertz has received any payment
17 from you or any organization you control?
18         MR. HARMON:  Object to the form of the
19 question.  The witness may answer "yes" or "no."
20     A.  No.                                12:02
21 BY MR. GREIM:
22     Q.  I'm sorry.  You don't know whether --
23 you don't know the answer to whether Mr. Gertz has
24 received payment -- I'll break this apart.
25         You don't know the answer to the question 12:02

Page 61

16 (Pages 58 to 61)

**Atkinson-Baker, Inc.**
**www.depo.com**

**Guo Wengui**

1
2  of whether Mr. Gertz has received any payment from
3  you?
4        MR. HARMON:  That's not what he said.
5  So you can ask him, yes or no, does he know          12:02
6  whether he gave a payment to Mr. Gertz.
7        MR. GREIM:  That's what I just did.
8  That's what I just said.
9        MR. HARMON:  No.  I'm sorry.  I don't
10  think that's what the question was.  That's why      12:03
11  I -- that's why I stepped in.
12  BY MR. GREIM:
13      Q.  Mr. Guo, do you know the answer to the
14  question of Mr. -- of whether Mr. Gertz has
15  received any payment from you?                        12:03
16      A.  Yes, I know the answer.
17      Q.  And do you know the answer to the
18  question of whether Mr. Gertz has received payment
19  from any entity which you control?
20        MR. HARMON:  Object to the form of that         12:03
21  question.
22      A.  Yes, I know the answer.
23  BY MR. GREIM:
24      Q.  Are you and Mr. Gertz both members of
25  any of the same organizations?  (DIR)                 12:04

Page 62

**Guo Wengui**

1
2        MR. HARMON:  Direct the witness not to
3  answer.
4      A.  I refuse to answer this question.
5  BY MR. GREIM:                                         12:04
6      Q.  Are you worried that Mr. Gertz is a
7  witness in this case?
8        MR. HARMON:  Object to the form of the
9  question.
10      A.  The two liars, they don't care about         12:05
11  harming friends; they don't care about harming
12  good people.  For me, I only worry about truth,
13  the truth coming out.
14        MR. GREIM:  I move to strike that as
15  nonresponsive.                                        12:05
16  BY MR. GREIM:
17      Q.  My question is, are you aware that
18  Mr. Gertz is a witness in this case?
19        MR. HARMON:  Object to the form of the
20  question.                                             12:05
21      A.  Yes.
22  BY MR. GREIM:
23      Q.  Is Mr. Gertz advising you on this case?
24      A.  No.
25      Q.  Have you discussed this case with          12:05

Page 63

**Guo Wengui**

1
2  Mr. Gertz?
3      A.  No.  It doesn't worth my time to talk
4  about this, to discuss this.
5      Q.  When did you last talk to Mr. Gertz?         12:06
6      A.  One week ago.
7      Q.  When did you last talk to Mr. Gertz
8  about Strategic Vision, French Wallop, or Mike
9  Waller?
10      A.  Long time ago.  So Gertz asked me to         12:06
11  forget about these two individuals, because Gertz
12  told me that it's all lies and it's not worth my
13  time.  And he apologized to me profusely.
14      Q.  When was that conversation?
15      A.  I forgot -- I forget.                         12:07
16      Q.  Has it been days or weeks ago, or has
17  it been months ago?
18      A.  Months ago.
19      Q.  What is the book that you are helping
20  Mr. Gertz to write?  (DIR)                            12:07
21        MR. HARMON:  What is the what?
22        MR. GREIM:  Book.
23        MR. HARMON:  Object to the form of the
24  question and direct the witness not to answer.
25      A.  I refuse to answer.                          12:08

Page 64

Guo Wengui

1
2  BY MR. GREIM:
3      Q.  Do you know the answer to that
4  question?
5      A.  No, I don't know the answer.                  12:08
6      Q.  Are you working on any projects with
7  Mr. Gertz?
8        MR. HARMON:  Just "yes" or "no."
9      A.  No.
10  BY MR. GREIM:                                         12:08
11      Q.  When is the last time you spoke with
12  Lianchao Han about this case?
13      A.  Yesterday.
14      Q.  What did you discuss?
15      A.  I texted Lianchao to ask him, do you          12:09
16  remember what time I met these two liars, because
17  I could not recall the time.
18      Q.  What was his response?
19      A.  He texted me back with a rough time
20  frame about when the meeting was.                     12:09
21      Q.  What was that rough time frame?
22      A.  The end of 2017, between the end of
23  2017 and February 2018.
24      Q.  Why did you decide to text Mr. Han with
25  that question yesterday?                              12:10

Page 65

17 (Pages 62 to 65)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

2    A.  Because today is my deposition, so I
3    wanted to figure out the timing, the time for the
4    meeting.

5    **Q.  What else did you do to prepare for**    12:10
6    **your deposition today?**

7    A.  No, nothing else.

8    **Q.  Did you confer with Yvette Wang in**
9    **preparation for your deposition today?**

10    A.  No.    12:11

11    **Q.  Have you read the transcript of Yvette**
12    **Wang's deposition?**

13    A.  No.

14    **Q.  Have you read the transcript of**
15    **Ms. Wallop's or Mr. Waller's depositions?**    12:11

16    A.  No.  I did not have time, and I did not
17    want to ruin my mood by reading the transcripts.

18    **Q.  Have you posted images or transcript**
19    **sections from Ms. Wallop's or Mr. Waller's**
20    **depositions on the Internet?**    12:12

21    A.  No.

22    **Q.  Has someone else done this at your**
23    **direction?**

24    A.  No.

25    **Q.  You testified earlier -- well, let me**    12:12

Page 66

---

Guo Wengui

2    is, Mr. Han drafted the contract, the agreement.

3    BY MR. GREIM:

4    **Q.  How do you know that?**

5    A.  Mr. Han was cheated to buy drinks, to    12:16
6    buy dinners for these two liars; and after all the
7    entertainment, he went back to his hotel room and
8    drafted the agreement.

9    **Q.  Was -- is it your belief that Mr. Han**
10    **was intoxicated when he drafted the agreement?**    12:16

11    A.  No.

12    **Q.  Are you aware of the law firm of Foley**
13    **Hoag -- I'm sorry.  I'll start again.**

14    **Are you aware of the law firm of Foley**
15    **Hoag providing advice from the drafting of the**    12:17
16    **agreement?**

17    MR. HARMON:  Object to the form of the
18    question.

19    A.  I can't recall.

20    BY MR. GREIM:    12:17

21    **Q.  Has Foley Hoag served as your counsel**
22    **in the last two years?**

23    A.  No.

24    **Q.  Have you paid Foley Hoag in the last**
25    **two years?**    12:17

Page 68

---

Guo Wengui

2    **just ask you:  Did Lianchao Han help to introduce**
3    **you to Strategic Vision?**

4    A.  Han got involved after Mr. Gertz made
5    the introduction.    12:13

6    **Q.  When did he get involved?**

7    A.  I can't recall, precisely.

8    **Q.  How long after Gertz's introduction did**
9    **Mr. Han become involved?**

10    A.  So what I remember was, Han was helping    12:14
11    with translation during the first meeting between
12    me and Mr. Gertz and the two liars.

13    **Q.  And whenever you say "the two liars,"**
14    **are you referring to Ms. Wallop and Mr. Waller?**

15    A.  I don't even know their real names.  I    12:14
16    can't even recall their real names.  All I recall
17    was, they sat across from me on the other side of
18    the desk.

19    **Q.  So is it your testimony, then, that**
20    **Lianchao Han's first involvement with this**    12:14
21    **contract was his attendance at a meeting between**
22    **you and French Wallop and Mike Waller?**

23    MR. GRENDI:  Object to the form.

24    A.  I cannot be a hundred percent certain,
25    but I think so.  But what I can be certain about    12:15

Page 67

---

Guo Wengui

2    A.  No.

3    **Q.  When did you first see a draft of the**
4    **contract?**

5    MR. HARMON:  Object to the form of the    12:18
6    question.

7    A.  I cannot recall.

8    BY MR. GREIM:

9    **Q.  When did you first discuss a draft of**
10    **the contract with Mr. Han?**    12:18

11    MR. HARMON:  Object to the form of the
12    question.

13    MR. GRENDI:  Object to the form of the
14    question.

15    A.  I don't know.    12:18

16    BY MR. GREIM:

17    **Q.  Did you discuss a draft of the contract**
18    **with Mr. Han?**

19    A.  I don't remember, because I don't
20    understand English, so I don't know how you can    12:19
21    make the assumption that I can discuss.

22    **Q.  Did Mr. Han ever translate a draft of**
23    **the contract for you?**

24    A.  No.

25    **Q.  Did Yvette Wang ever translate a draft**    12:19

Page 69

---

18 (Pages 66 to 69)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| Page 70 | Page 72 |
|---|---|

**Page 70**

Guo Wengui

2  of the contract for you?
3      A. I can't recall.
4      Q. Did Mr. Han ever discuss the terms of
5  the contract with you before it was signed?   12:20
6      A. I cannot recall.
7      Q. Did Ms. Wang ever discuss the terms of
8  the contract with you before it was signed?
9      A. No.
10     Q. Did Mr. Han receive any payment from   12:20
11  you for his services with respect to the contract?
12         MR. GRENDI:  Object to the form.
13     A. Mr. Han?  No.
14  BY MR. GREIM:
15     Q. Are you paying Mr. Lianchao Han right   12:21
16  now?  (DIR)
17         MR. HARMON:  Direct the witness not to
18  answer.
19     A. I refuse to answer.
20         MR. GREIM:  What was the comment he   12:21
21  made before he refused?
22         INTERPRETER:  He said, "No."
23  BY MR. GREIM:
24     Q. Does Lianchao Han serve on any boards
25  or commissions with you?   12:21

Page 70

**Page 71**

Guo Wengui

2      A. No.
3      Q. Have you ever given anything of value
4  to Lianchao Han?  (DIR)
5         MR. HARMON:  Direct the witness not to   12:22
6  answer.
7      A. I refuse to answer.
8  BY MR. GREIM:
9      Q. Have you ever given anything of value
10  to Bill Gertz?  (DIR)   12:22
11         MR. HARMON:  Direct the witness not to
12  answer.
13     A. I refuse to answer.
14         MR. GREIM:  I would like to ask for the
15  production of Mr. Guo's text exchanges with   12:23
16  Lianchao Han about this litigation or about the
17  contract.
18         MR. HARMON:  We'll deal with that --
19  give us a list at the end of the deposition of
20  what it is that you want Mr. Guo to search for,   12:23
21  and we'll deal with it after the deposition.
22         MR. GREIM:  Very good.  Thank you.
23  (REQ)
24  BY MR. GREIM:
25     Q. In 2017, did you tell Lianchao Han or   12:24

Page 71

**Page 72**

Guo Wengui

2  Bill Gertz that you were looking for a company to
3  do research?
4      A. I don't remember.  I can't recall.
5      Q. Are there any documents that would help   12:24
6  you remember?
7      A. I don't know.
8      Q. When did you decide that you wanted to
9  engage in the type of research that Strategic
10  Vision did in this case?   12:25
11         MR. GRENDI:  Object to the form of the
12  question.
13         MR. HARMON:  Object to the form of the
14  question.
15     A. I don't remember.   12:25
16  BY MR. GREIM:
17     Q. Did there come a time in 2017 when you
18  decided that you needed a company to do the kind
19  of research that Strategic Vision did?
20         MR. GRENDI:  Object to the form of the   12:25
21  question.
22         MR. HARMON:  Same.
23     A. No.
24  BY MR. GREIM:
25     Q. Do you object to the disclosure of the   12:26

Page 72

**Page 73**

Guo Wengui

2  15 names that were provided to Strategic Vision?
3         MR. HARMON:  Object to the form of the
4  question.
5      A. No.  I didn't know, because I didn't   12:26
6  even know all 15 names, what those names were, so
7  I don't know.  I didn't know.
8  BY MR. GREIM:
9      Q. My question is, do you object today to
10  making the 15 names that were given to Strategic   12:26
11  Vision public?
12         MR. GRENDI:  Object to the form of the
13  question.
14     A. I cannot say yes or no, because I don't
15  even know what those names are, what those   12:27
16  15 names are.
17  BY MR. GREIM:
18     Q. I'll ask you to take a look at Wang
19  Exhibit 12.
20     A. What page?   12:27
21     Q. Let's start with page 1.
22        You see there are a total of ten pages
23  pertaining to Anita Yiu Suen?
24     A. Um-hum.
25     Q. Let me ask you now, since we've leafed   12:28

Page 73

19 (Pages 70 to 73)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  Guo Wengui
2  through them, do you believe you have seen any of
3  these pages, other than the second page, before?
4        MR. HARMON:  You mean the first ten
5  pages of the exhibit, right?                    12:28
6        MR. GREIM:  Correct.
7        A.  It's all over the Internet.  This is,
8  like, public information.
9  BY MR. GREIM:
10       Q.  In what way could research regarding    12:29
11  Anita Yiu Suen be helpful --
12       MR. GRENDI:  Object to the form.
13  BY MR. GREIM:
14       Q.  -- in achieving the goal you identified
15  earlier today?                                 12:29
16       MR. GRENDI:  Same objection.
17       CHECK INTERPRETER:  (Speaking Chinese
18  to Interpreter.)
19       INTERPRETER:  I don't think that's the
20  question.                                      12:30
21       CHECK INTERPRETER:  No?
22       INTERPRETER:  So your question is, in
23  what way -- in what way could research -- what
24  kind of -- what kind of research outcome would
25  help you achieve your goal, right?             12:30

Page 74

1  Guo Wengui
2  A.  I don't know.
3  BY MR. GREIM:
4        Q.  Let's turn to page 11.  Page 11 says,
5  "2.  Qing Yao."                                12:32
6        A.  Yao Qing.
7        Q.  All right.  Yao Qing.  And I have the
8  same question for Yao Qing.
9        Could financial forensic research and
10  tracking research regarding Yao Qing assist you in  12:32
11  accomplishing the mission that you identified
12  earlier today?
13       MR. GRENDI:  Object to the form of the
14  question.
15       MR. HARMON:  Object to the form.        12:32
16       A.  I don't know.
17  BY MR. GREIM:
18       Q.  Did you know at one time and you have
19  forgotten, or you simply never knew?
20       MR. HARMON:  Object to the form of the   12:33
21  question.
22       MR. GRENDI:  Object to the form of the
23  question.
24       A.  So I'm not quite sure I follow this
25  question.                                      12:33

Page 76

1  Guo Wengui
2  CHECK INTERPRETER:  Or, like, how is it
3  that getting the information of Suen Yiu helpful
4  to the goals of the mission?  Is that right?  Is
5  that your question?                            12:30
6        MR. GREIM:  Correct.  Yeah.
7        I'll do a better job with the question,
8  because I believe this is on me and not on anybody
9  else.  So let me do this again.  Okay.
10  BY MR. GREIM:                                  12:30
11       Q.  In what way could research regarding
12  Anita Yiu Suen assist you in accomplishing the
13  mission you identified earlier today?
14       MR. GRENDI:  Objection to the form.
15       A.  I cannot answer the question.  I don't  12:30
16  know how to answer your question.
17  BY MR. GREIM:
18       Q.  Well, could financial forensic research
19  and tracking research regarding Anita Yiu Suen
20  assist you in the mission you identified earlier  12:31
21  today?
22       MR. HARMON:  Object to the form of the
23  question.
24       MR. GRENDI:  Object to the form of the
25  question.                                      12:31

Page 75

1  Guo Wengui
2  BY MR. GREIM:
3        Q.  So my question is, was there a time
4  when you believed that research regarding Yao Qing
5  could assist you?                              12:33
6        MR. GRENDI:  Object to the form of the
7  question.
8        A.  I cannot recall -- I mean, I cannot
9  tell you, no, what I thought, what I think back in
10  the days.  I don't know how to answer that     12:33
11  question.
12  BY MR. GREIM:
13       Q.  So before Strategic Vision was asked to
14  look into Yao Qing, did you make some decision
15  that that research would be helpful?           12:34
16       MR. GRENDI:  Object to the form of the
17  question.
18       MR. HARMON:  Object to the form of the
19  question.
20       A.  No.                                   12:34
21  BY MR. GREIM:
22       Q.  Who did?
23       MR. HARMON:  Object to the form of the
24  question.
25       MR. GRENDI:  Object to the form of the   12:34

Page 77

20 (Pages 74 to 77)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

2  question.
3  A. I don't know.
4  BY MR. GREIM:
5  Q. Where did the information on the flash    12:35
6  drives that Yvette Wang gave to French Wallop come
7  from?
8        MR. HARMON: Object to the form of the
9  question.
10        MR. GRENDI: Object to the form of the    12:35
11  question.
12        INTERPRETER: Where did information on
13  the flash drive come from?
14        CHECK INTERPRETER: That Yvette gave
15  to --    12:35
16        A. I don't know.
17  BY MR. GREIM:
18  Q. If you look at pages 11 through 14 of
19  Exhibit 12, can you tell me whether you have seen
20  these pages before?    12:36
21  A. It's everywhere. It's all over the
22  place. Yes, I've seen it very often. Information
23  like this has been routinely broadcast by China
24  Central television, because you can see the most
25  powerful people from China on TV every day, the    12:36

Page 78

Guo Wengui

2  wealthiest and most powerful people on TV every
3  day.
4  Q. Why was Strategic Vision hired?
5        MR. GRENDI: Object to the form of the    12:36
6  question.
7        A. I don't know. It's not me who hired
8  them.
9  BY MR. GREIM:
10  Q. Who participated in -- I'm sorry.    12:37
11  A. I would not have hired a lying company
12  like this.
13  Q. Who made the decision to hire Strategic
14  Vision?
15        INTERPRETER: So he's saying that I    12:37
16  suggest Dong Ling (phonetic) hired the company.
17  So I would like to clarify what Dong Ling is.
18        Do you know the English name of that
19  company?
20        CHECK INTERPRETER: Is it Eastern    12:37
21  something?
22        INTERPRETER: Is it Eastern Profit?
23  A. Eastern Profit.
24  BY MR. GREIM:
25  Q. Who on behalf of Eastern Profit made    12:38

Page 79

Guo Wengui

2  the decision to hire Strategic Vision?
3  A. I don't know. I don't know who made
4  decision.
5  Q. Who at Eastern Profit, or on behalf of    12:38
6  Eastern Profit, was involved in the decision to
7  hire Strategic Vision?
8  A. I don't know.
9  Q. Was Yvette Wang involved in the
10  decision about whether to hire Strategic Vision?    12:38
11  A. I don't think she had the authority to
12  make that decision.
13  Q. Why not?
14        MR. HARMON: Why doesn't he think that,
15  or why didn't she?    12:39
16        MR. GREIM: Why doesn't he think that?
17  A. It's feeling. It's just my personal
18  feeling, gut feeling. There's no reason.
19  BY MR. GREIM:
20  Q. What is it about Yvette Wang that makes    12:39
21  you believe she did not have the authority?
22        MR. HARMON: Object to the form of the
23  question.
24        MR. GRENDI: Object to the form of the    12:39
25  question.

Page 80

Guo Wengui

2  A. She's too young, and she's very pretty,
3  so I don't think she will be -- she will have that
4  kind of power to make a decision like that.
5  BY MR. GREIM:    12:40
6  Q. What is it about her looks or her
7  attractiveness that impacts her ability to make
8  that decision?
9        MR. HARMON: Object to the form of the
10  question.    12:40
11  A. I don't know. It's just a natural
12  feeling of mine.
13  BY MR. GREIM:
14  Q. Have you ever heard the name Han Chin
15  Guong (phonetic)?    12:40
16  A. Yes.
17  Q. Is he the person who is involved in
18  choosing Strategic Vision for the contract?
19        MR. HARMON: Object to the form of the
20  question.    12:41
21        MR. GRENDI: Object to the form of the
22  question.
23  A. I don't know.
24        CHECK INTERPRETER: Counsel, your
25  question was, was he the person who made the    12:41

Page 81

21 (Pages 78 to 81)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1  decision?
2          INTERPRETER:  Involved.
3          MR. GREIM:  Involved.
4          CHECK INTERPRETER:  Okay.          12:41
5  BY MR. GREIM:
6      Q.  How old is Ms. Wang, by the way?
7      A.  Ms. Wang, right?  Ms. Wang.  I don't
8  know.  I honestly don't know.
9      Q.  Does she work for you?          12:41
10     A.  No.
11     Q.  Who does she work for?
12     A.  We used to work together.  We once
13 worked together.
14     Q.  What do you mean by that?          12:42
15     A.  We worked in the same company, but she
16 did not work for me.
17     Q.  What company was that?
18     A.  Beijing Pangu (phonetic) hire Nu Yer
19 Chin Chen (phonetic).          12:42
20     Q.  Where does she work now?
21     A.  She's doing a lot of work.  She's
22 currently doing a lot of work to overthrow the
23 Chinese government and to rescue herself from the
24 Communist Party.          12:42

Page 82

Guo Wengui

1      Q.  For whom does she work now?
2      A.  I don't know.
3      Q.  When did you last see her before today?
4      A.  I saw her yesterday.          12:43
5      Q.  Do you see her every day?
6      A.  No.
7      Q.  How often do you see her?
8      A.  I can't describe.  I can't describe.  I
9  mean -- sometimes not once for a few months,          12:43
10 sometimes a few times per week.
11     Q.  Where did you see her yesterday?
12     A.  At a fund company.
13     Q.  What company was that?
14     A.  It's a company located in New York.          12:43
15     Q.  What is the name of the company, sir?
16     A.  This company has many names, so I don't
17 know exactly what the name is.  I know one of the
18 names is Rule of Law Fund.
19     Q.  Does she work there?          12:44
20     A.  Well, I don't know.
21     Q.  Does she work for a company called
22 Golden Spring New York Limited?
23     A.  Limited, I don't know.  I'm not quite
24 sure.          12:44

Page 83

Guo Wengui

1      Q.  Have you ever heard of Golden Spring
2  New York Limited?
3      A.  Yes, I've heard of it.
4      Q.  What is it?          12:45
5      A.  It's a family fund company in New York.
6      Q.  What do you mean by "family fund
7  company"?
8      A.  I don't know.
9      Q.  Well, does it do work for a particular          12:45
10 family?
11     A.  Now, I don't know.
12     Q.  Did it at one time?
13     A.  At one time, yes.
14     Q.  What family?          12:45
15     A.  Once, I was one of the families that
16 they worked for, once.
17     Q.  The Guo family?
18     A.  Yes, the Guo family.  Yes.
19     Q.  Did it work for other families at that          12:46
20 same time?
21     A.  I don't know.
22     Q.  When is the last time you had contact
23 with any officer or employee of Golden Spring New
24 York Limited?          12:46

Page 84

Guo Wengui

1          MR. HARMON:  Object to the form of the
2  question.
3      A.  I don't remember.
4  BY MR. GREIM:          12:46
5      Q.  Can you identify the person sitting
6  four people down at the table, wearing a nice blue
7  suit and a tie?
8      A.  I call him a young guy, a young pal.  I
9  think I vaguely know his name, but -- his name,          12:47
10 the English name.
11     Q.  What is his English name?
12     A.  I don't know.
13     Q.  Is he your attorney?
14     A.  No.          12:47
15         MR. HARMON:  Object to the form of the
16 question.
17 BY MR. GREIM:
18     Q.  Do you know why he's here?
19     A.  I don't know.          12:47
20     Q.  Is he general counsel for Golden Spring
21 Limited New York -- I'm sorry.  Let me just ask it
22 again.
23         Is he general counsel for Golden Spring
24 New York Limited?          12:47

Page 85

22 (Pages 82 to 85)

**Atkinson-Baker, Inc.**
**www.depo.com**

---

Guo Wengui

```
 1                    Guo Wengui
 2        A.  I don't know.
 3        Q.  Well, when is the last time you spoke
 4   with him?
 5            INTERPRETER:  You mean this gentleman    12:48
 6   (indicating)?
 7            MR. GREIM:  Yes.
 8        A.  One hour ago.
 9   BY MR. GREIM:
10        Q.  Did he give you legal advice?           12:48
11            MR. HARMON:  Object to the form of the
12   question.
13        A.  No.
14   BY MR. GREIM:
15        Q.  Did you ask for legal advice?           12:48
16            MR. HARMON:  An hour ago?  Or ever?
17   BY MR. GREIM:
18        Q.  An hour ago.
19        A.  No.
20        Q.  Mr. Guo, is he or is he not your        12:48
21   attorney?
22            MR. HARMON:  Object to the form of the
23   question.
24        A.  He's not my attorney.
25            MR. GREIM:  Well, that being the case,  12:49
```

Page 86

---

Guo Wengui

```
 1                    Guo Wengui
 2   Mr. Guo.  You asked, is he your attorney?  And you
 3   may think -- you may think that that's a subtle
 4   difference or no difference at all, but I don't.
 5   And -- so I suggest that we finish up the last      12:50
 6   15 minutes, or 10 minutes, whatever we have left
 7   of this tape, and we can deal with it later.  But
 8   let's make use of our time.
 9            MR. GREIM:  Well, I will ask that
10   question.                                           12:50
11   BY MR. GREIM:
12        Q.  Did you understand what your attorney
13   said just now?
14            MR. HARMON:  You want it to be
15   translated?  Then we should have everything I said  12:50
16   translated for the witness.
17            MR. GREIM:  Let me do this.  We
18   won't -- I won't do it that way, because
19   otherwise -- I don't think he -- let me -- I'll
20   pose a question.                                    12:50
21            MR. HARMON:  No.  We've had this
22   discussion on the record.  I want the witness to
23   know exactly what was said on the record before we
24   continue.
25            INTERPRETER:  I will try my best to       12:50
```

Page 88

---

Guo Wengui

```
 1                    Guo Wengui
 2   I don't think that he can be here.  He's not
 3   representing anyone at this -- in this proceeding.
 4            MR. HARMON:  So we've been -- we've
 5   been at this now for two hours, two and a half      12:49
 6   hours, two hours and 40 minutes, and now you're
 7   getting to a question of who is here and why they
 8   are here?  Let's finish up this session, and then
 9   we'll deal with those questions.
10            MR. GREIM:  Well, I --                    12:49
11            MR. HARMON:  You're asking him to
12   leave?
13            MR. GREIM:  I --
14            MR. HARMON:  Are you asking him to
15   leave?                                              12:49
16            MR. GREIM:  I'm going to ask him to
17   leave if he's not actually representing someone
18   here.  It's an important point.  I believed that,
19   when we started, he represented Mr. Guo.  Mr. Guo
20   has now sworn under oath he does not.               12:49
21            MR. HARMON:  He did not say that.  He
22   said he's not his attorney, because that's the
23   question you asked -- Is he your attorney? -- that
24   was the question you asked.  You didn't ask
25   whether or not he provides legal advice to          12:49
```

Page 87

---

Guo Wengui

```
 1                    Guo Wengui
 2   recall it.  I did not write it down, but I recall
 3   most of it.
 4            (Interpreter interprets colloquy.)
 5   BY MR. GREIM:                                       12:50
 6        Q.  Does this gentleman that we've been
 7   speaking about, with the blue suit and nice tie,
 8   provide you legal advice?
 9        A.  I need it now.  I need it now.
10        Q.  Let me rephrase.  I don't think I         12:52
11   understand your answer.
12            Does this gentleman in the blue suit
13   provide you legal advice?
14            MR. GRENDI:  Object to the form.
15        A.  So you mean does he provide -- so I'm     12:53
16   saying "does," meaning, are you talking about two
17   hours ago, one hour ago, or at this moment?
18   BY MR. GREIM:
19        Q.  How about has he ever?
20        A.  So I think your statement is highly       12:53
21   irresponsible.  I cannot answer this question.
22   There is no way for me to answer this question,
23   because this is not relevant to my deposition
24   today.  So I don't know how to answer this
25   question.  I think the reason I'm here today, the  12:53
```

Page 89

---

23 (Pages 86 to 89)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1  
2  reason I'm here today -- I feel like a lot of time
3  is wasted, and I think you're playing a game
4  regarding, you know, legality.  And I think a lot
5  of time is wasted, and I don't understand the      12:54
6  relevance.  Almost all the questions you ask are
7  vague or ambiguous.  I don't think you hold the
8  legal system in high regard.  I don't think you
9  are respecting the legal system.  I think you have
10 been abusing me and trying to find faults with me,  12:54
11 trying to look for troubles regarding me and --
12     Q.  Did you ask this gentleman in the blue
13 suit to be here today?
14     A.  No.
15     Q.  Has Yvette Wang ever been employed by      12:55
16 Golden Spring New York Limited?
17     A.  I don't know.
18     MR. GRENDI:  Eddie, can we do a
19 two-minute break?
20     MR. HARMON:  You have four minutes left      12:55
21 on your tape.
22     MR. GRENDI:  It's fine.  Go ahead.
23 BY MR. GREIM:
24     Q.  When did you last talk to Yvette Wang
25 about this case?      12:56

Page 90

Guo Wengui

1  
2     A.  I really don't remember.  I don't even
3  recall I have ever talked to her about this case.
4     Q.  Mr. Guo, do you pay -- make any kind of
5  a payment or provide funds to Golden Spring New      12:57
6  York Limited?
7     A.  You mean me, personally?
8     Q.  Yes.
9     A.  No.
10     Q.  Does any entity that you control make      12:57
11 any payments to Golden Spring New York Limited?
12     A.  No.
13     Q.  Did any members of your family make
14 payments to Golden Spring New York Limited?
15     MR. HARMON:  Object to the form of the      12:57
16 question.
17     MR. GRENDI:  Object to the form of the
18 question.
19     A.  I don't know.  I don't know.
20     MR. GREIM:  Let's go ahead and take our      12:58
21 break.
22     VIDEOGRAPHER:  The time is
23 approximately 12:57 p.m., Friday, August 2, 2019.
24 This is the end of media number 2 of the
25 videotaped deposition of Mr. Guo Wengui.  We're      12:58

Page 91

Guo Wengui

1  
2  off the record.  Thank you.
3  
4     (Luncheon recess taken at 12:57 p.m.)
5        12:58
6     A F T E R N O O N   S E S S I O N
7     VIDEOGRAPHER:  Good afternoon.  The
8  time is approximately 1:55 p.m., Friday, August 2,
9  2019.  This is media number 3 of the videotaped
10 deposition of Mr. Guo Wengui.  We're back on the      01:56
11 record.
12 CONTINUED EXAMINATION
13 BY MR. GREIM:
14     Q.  Mr. Guo, could you please pull in front
15 of you Wang Exhibit 12.      01:56
16     A.  This is number 12?
17     Q.  Yes.
18     Do you know William Wu, or a William Yu,
19 in London?
20     A.  I know William Yu.      01:56
21     Q.  Who is he?
22     A.  Used to be a friend of mine and also a
23 partner of mine.
24     Q.  A partner in what, sir?
25     A.  Not partner, but we cooperated.  We had      01:57

Page 92

Guo Wengui

1  
2  some cooperation in the past.
3     CHECK INTERPRETER:  We worked together.
4  We worked together.
5     A.  We worked together.      01:57
6  BY MR. GREIM:
7     Q.  In what did you work together?
8     A.  Anti-Chinese Communist Party.
9     Q.  Was this -- was this as part of an
10 organization, or did you just work alongside each      01:57
11 other?
12     A.  No.  It was cooperation.  It was
13 working together on a personal level.
14     Q.  So you did not both work for the same
15 entity?      01:58
16     A.  I don't remember.
17     Q.  Well, when is the last time you talked
18 to him?
19     A.  A few weeks ago.
20     Q.  Did you talk about this case?      01:58
21     A.  No.
22     Q.  If you could, turn to page 15 on
23 Exhibit 12.
24     What name do you see there, sir?
25     A.  In Chinese, Guan Jun.      01:59

Page 93

24 (Pages 90 to 93)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1
2    **Q. And do you see that the next three**
3    **pages are all about Guan Jun?**
4        A. So you want me to go through the three
5    pages?                                      01:59
6    **Q. Yes.**
7        A. So 16 -- page 16 and 17, only two
8    pages.
9        **Q. Okay. What about page 18? Does that**
10   **have to do with Guan Jun?**              01:59
11       A. I don't know. I don't know. Page 18,
12   I don't know.
13       **Q. By the way, Mr. Guo, I noticed you**
14   **outside of our conference room during the break;**
15   **and I just wanted to ask you, did you have a**   02:00
16   **chance to look through this exhibit during our**
17   **lunch break?**
18       A. No.
19       **Q. Let me ask you, then, have you seen**
20   **pages 15 through 18 before?**            02:00
21       A. Yes. It's everywhere on the Internet.
22       **Q. Do you have any objection to those**
23   **pages being publicly disclosed in this case?**
24       MR. HARMON: Object to the form of the
25   question.                                  02:00

Page 94

Guo Wengui

1
2    CHECK INTERPRETER: (Speaking Chinese.)
3        A. So I don't understand the question.
4    Can you say it one more time?
5    BY MR. GREIM:                              02:01
6        **Q. Do you have any objection to those**
7    **pages being publicly disclosed in this case?**
8        MR. HARMON: Objection to the question.
9        A. No objection. No objection.
10   BY MR. GREIM:                             02:01
11       **Q. Did you play any role, sir, in the**
12   **selection of Guan Jun for Strategic Vision's**
13   **research?**
14       A. I don't remember.
15   BY MR. GREIM:                             02:02
16       **Q. Is it possible that you did?**
17       MR. HARMON: Object to the form of the
18   question.
19       A. I can't answer a question about
20   possibility, likelihood. I don't know.    02:02
21   BY MR. GREIM:
22       **Q. Did you play any role in the selection**
23   **of any of the 15 names that were given to**
24   **Strategic Vision for research?**
25       A. What do you mean by "role"? What do  02:03

Page 95

Guo Wengui

1
2    you mean by "role"?
3        **Q. Did you help to recommend any of the**
4    **names for Strategic Vision to research?**
5        A. I don't remember.                   02:03
6        **Q. If Ms. Wang testified that you did,**
7    **would you disagree with her?**
8        MR. HARMON: Object to the form of the
9    question.
10       A. I don't answer a hypothetical question.  02:04
11   I do not answer any "if" question.
12   BY MR. GREIM:
13       **Q. Well, "if" questions can be answered in**
14   **a case. And so I want you -- I want to -- I'm**
15   **going to reask you and see what your answer is.**  02:04
16       **If Ms. Wang testified that the names --**
17   **the 15 names came from you, would you disagree**
18   **with that?**
19       MR. GRENDI: Object to the form.
20       MR. HARMON: So I object to the form of   02:04
21   the question. And I would -- I would ask you,
22   Mr. Greim, please not to give my client advice or
23   directions about the law.
24       The question was asked. I object to the
25   form. He should answer the question, if he can.  02:04

Page 96

Guo Wengui

1
2        A. There is no way for me to answer this
3    question.
4    BY MR. GREIM:
5        **Q. Did you give these names to Mrs. Wang?**  02:05
6        A. Let me tell you, because I don't even
7    know what those 15 names are, so I cannot answer
8    you "yes" or "no," because I really don't know
9    what those 15 names are, you know, what names
10   you're referring to regarding Ms. Wang. So I   02:06
11   can't give you a yes-or-no answer, because I don't
12   know the names.
13       **Q. Of the four names we've seen so far,**
14   **did you give any of these to Mrs. Wang?**
15       A. All those four names, I recommended --   02:06
16   I make a recommendation on those all four names.
17   I said that we should, you know, do some research
18   on those four names.
19       **Q. Who did you tell this to?**
20       A. I told Ms. Wang. I suggested her put   02:06
21   all these names into her list.
22       **Q. Are you referring to all 15 names or**
23   **just the first four?**
24       MR. GRENDI: Objection to the form.
25       A. Let me emphasize. I don't know all   02:07

Page 97

25 (Pages 94 to 97)

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
1                    Guo Wengui
2   15 names, what all those 15 names are.  All I can
3   answer is based on the four names that we already
4   discussed.
5   BY MR. GREIM:                              02:07
6       Q.  Okay.  Then, we will go through each of
7   the names.
8       A.  Okay.
9       Q.  Please look at page -- pages 19 through
10  25.                                        02:07
11      A.  Where's 19?  19 to 25.  These two like
12  1 and 7.  So it looks like a 7.  19 to 25, that's
13  why I repeat it.
14          So you want to go through it one by one,
15  page by page?                              02:08
16      Q.  What name do you see on page 19, sir?
17      A.  Fu Weihua.
18      Q.  And is it apparent to you that pages 19
19  through 25 all pertain to Fu Weihua?
20      A.  I'm only looking at page 19 right now.   02:09
21  I cannot answer a question -- do you allow me to
22  read through 19 and 25?
23      Q.  Yes.
24          MR. HARMON:  While the witness is doing
25  that, several of the questions and answers leading  02:09
```

Page 98

```
1                    Guo Wengui
2   BY MR. GREIM:
3       Q.  Who assembled pages 19 through 25?
4       A.  I don't know.
5       Q.  Do you have any objection to making      02:11
6   public in this case pages 19 through 25?
7       A.  I don't know.  I can't answer this
8   question.
9       Q.  If you need to review the pages, please
10  do, to answer it.                          02:11
11      A.  I have no objection to the name of Fu
12  Weihua; however, the remaining information, I
13  don't know.
14      Q.  Please take a second to look at those
15  other pages and tell me if you have an objection.  02:11
16      A.  (Witness reviews document.)  Regarding
17  the name, regarding the content, the following
18  information, I have no objection.
19      Q.  Please turn to page 26.
20          Whose name do you see there?           02:12
21      A.  Meng Haijing.
22      Q.  Do you know who that is?
23      A.  Yes.
24      Q.  Who is it?
25      A.  So she's the daughter of -- she's the    02:13
```

Page 100

```
1                    Guo Wengui
2   up to these questions on page 19 of the exhibit
3   said four individuals, but we've only been through
4   three.
5          MR. GREIM:  Because at that point, we    02:09
6   were on page 19.
7          MR. HARMON:  I'm not -- I'm just saying
8   that we had only been through three people, even
9   though the questions and answers had to do with
10  four.                                      02:09
11         MR. GREIM:  It included this page, this
12  number four.  Now we're moving into --
13         MR. HARMON:  I'm not sure that that's
14  so, but I just want it to be clear for the record.
15  It will say what it says.                   02:09
16      A.  I know this person.  I make the
17  recommendation of this person.
18  BY MR. GREIM:
19      Q.  Thank you.
20          Now, the pending question is, do pages 19  02:10
21  through 25 appear to relate to Weihua Fu?
22         MR. GRENDI:  Object to the form.
23      A.  I don't remember all those following
24  pages, but I made the recommendation about Fu
25  Weihua.                                    02:10
```

Page 99

```
1                    Guo Wengui
2   daughter of a -- of intelligence head in China and
3   also the secretary of China's political and legal
4   commission.
5       Q.  If you could, you'll see that the next   02:13
6   section starts on page 39.  So I want to now ask
7   you about pages 26 to 38.
8       A.  Thirty-eight.  Page 38.
9       Q.  My -- my question will be, do you know
10  who compiled these pages?                   02:14
11      A.  It's all over the Internet.
12      Q.  Have you seen these pages before?
13      A.  I've seen content, this content, many,
14  many times.
15      Q.  Do you have any objection to public      02:14
16  disclosure of these pages in this litigation?
17      A.  I don't have any suggestion.  I neither
18  object nor endorse the disclosure of this
19  information.
20      Q.  Did you recommend the name of Meng       02:15
21  Haijing to Yvette Wang?
22         MR. GRENDI:  Object to the form.
23          Go ahead.
24      A.  I did not provide any names.  All I did
25  was to make the recommendation regarding who we    02:15
```

Page 101

26 (Pages 98 to 101)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1  should research on.  However, all this
2  information, so far, information that we have
3  covered so far, is easily available online.
4  BY MR. GREIM:                                           02:16
5      Q.  My question -- and I understand, sir.
6  My question is whether you made the
7  recommendation for this name.
8          MR. GRENDI:  Objection.
9      A.  This one, I don't remember.                     02:16
10  BY MR. GREIM:
11     Q.  Is it possible that you did, though,
12  and you just can't remember?
13         MR. HARMON:  Object to the form of the
14  question.                                              02:16
15     A.  I don't answer any question that's
16  uncertain or regarding possibility.
17         CHECK INTERPRETER:  Or "if."
18  BY MR. GREIM:
19     Q.  Can you say definitively that you did    02:17
20  not make this recommendation?
21     A.  I don't remember.
22     Q.  Please turn to page 39.  And I'm now
23  going to ask you about pages 39 to 41.  Page 39
24  has number 6.                                          02:17

Page 102

Guo Wengui

1          And what name, sir, do you see there?
2      A.  Sun Lijun.
3      Q.  Who is that person?
4      A.  So she's the number 2 head of the        02:18
5  intelligence agency in China.  She did a lot of --
6  she persecuted a lot of innocent people in Tibet
7  and in Xinjiang (phonetic).  And also, a lot of my
8  family members were arrested by him.  And also,
9  currently, he's in Hong Kong to persecute          02:18
10  additional people, and he's also pursuing me in
11  the U.S.  He's currently the vice minister of
12  China's public safety.
13     Q.  What do you mean when you say he is
14  pursuing you in the U.S.?                           02:18
15     A.  New York Times actually wrote an
16  article about him being in the U.S.
17     Q.  I see.
18         So are you saying that he came to the
19  U.S. to pursue you?                                 02:19
20     A.  Yes.
21     Q.  When?
22     A.  2017.
23     Q.  Did you recommend this name to Yvette
24  Wang?                                               02:19

Page 103

Guo Wengui

1      A.  A hundred percent, I made that
2  recommendation.
3      Q.  And did you expect that research into
4  this person would aide you in the objective that   02:19
5  you testified to earlier today?
6          MR. GRENDI:  Object to the form.
7          MR. HARMON:  Object to the form of the
8  question.
9      A.  Yes.                                       02:20
10  BY MR. GREIM:
11     Q.  And would you have any objection to the
12  public disclosure in this litigation of pages 39
13  through 41?
14     A.  I'm currently only on page 39.  I        02:20
15  haven't reviewed the other pages yet.
16     Q.  Please review the other pages.
17     A.  Thank you.  Thank you for allowing me.
18  (Witness reviews document.)
19     Q.  Now I will repeat my question.           02:21
20         Do you have any objection to the public
21  disclosure in this litigation of pages 39 through
22  41?
23     A.  I object 100 percent.  If you
24  include -- if you disclose this information to the  02:21

Page 104

Guo Wengui

1  public, hundreds of millions of people will get
2  killed because of this, including -- you know, the
3  family members of Wong Yen Ping have been killed,
4  and a lot of other investigators who are engaged   02:22
5  in investigating matters in this regard will get
6  killed.  So if they get killed, the blood will be
7  on you, including me personally, including my
8  family members in the U.S., and also family
9  members of Wong Yen Ping and Wong Yen Ping          02:22
10  herself.  All of us will be under threat.
11     Q.  What other investigators are
12  investigating number 6, Sun Lijun?
13     A.  I don't know.  But it's just -- I
14  assume that -- I mean, I assume that a lot of      02:22
15  people are also engaged in trying to figure out
16  his dealings.  Those people, they will be
17  threatened as well.
18         So that's why I'm saying your clients,
19  you know, they've been using, you know, this name  02:23
20  as a bait, use this name as a bait, keep telling
21  me, can we publicly disclose this name, publicly
22  disclose this information?  If we do that, a lot
23  of people in the U.S. will get harmed and a lot of
24  people in China will get killed.  And your clients  02:23

Page 105

27 (Pages 102 to 105)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1
2  keep using this name as bargaining chip in this
3  process, about, you know, disclosing this name and
4  relevant information.
5      Q.  I'm sorry.                              02:24
6          Have my clients been in contact with you
7  about the disclosure of name number 6?
8      A.  You are the third lawyer on this case
9  representing them.  The previous two lawyers who
10 got fired -- the previous two lawyers reached out   02:24
11 to me, reached out to my camp about disclosing
12 this name.
13         CHECK INTERPRETER:  Releasing --
14 releasing the name.
15     A.  Releasing the name.                      02:24
16 BY MR. GREIM:
17     Q.  Well, what -- have you taken any
18 measures to ensure that Eastern Profit does not
19 disclose this name?
20         MR. GRENDI:  Objection to the form.      02:25
21     A.  No.
22 BY MR. GREIM:
23     Q.  Why not?
24     A.  So it's their business.  Why would I do
25 this?  It's their business.                        02:25

Page 106

Guo Wengui

1
2      Q.  What is their business?
3      A.  I do not refer to anything specific.
4      Q.  Do you know what the business of
5  Eastern Profit is?                                 02:25
6      A.  I don't know.
7      Q.  Were you at all concerned that this
8  information was given to Eastern Profit?
9      A.  Of course, I worry.  Of course, I was
10 worried, you know.  We got cheated, and then,      02:26
11 after we gave over the information, they colluded
12 with the Chinese Communist Party and threatened us
13 by saying that we're going to release this
14 information.  And the release of this information
15 would cause millions of people die -- I mean       02:26
16 harmed.
17     Q.  My question was with respect to Eastern
18 Profit.
19         Did you understand that?
20     A.  I know.  I don't know what it's all       02:27
21 about.
22         You're talking about a research company,
23 right?
24     Q.  Mr. Guo, my question was, were you at
25 all concerned that this information was given to   02:27

Page 107

Guo Wengui

1
2  Eastern Profit?
3          MR. GRENDI:  Object to the form.
4          You can answer.
5      A.  Sorry.  I made a mistake.                02:27
6          Of course, I was not worried.
7  BY MR. GREIM:
8      Q.  Why not?
9      A.  Because all their families were
10 persecuted in China and framed by the Chinese      02:28
11 Communist Party.  If they release that
12 information, the family members will get killed.
13 Of course, they did not have the incentive to
14 release the information.
15     Q.  Which families are you referring to?     02:28
16     A.  Yen Ping, Yvette.
17     Q.  What does Yvette have to do with
18 Eastern Profit?
19     A.  I don't know.
20     Q.  Well, then, how could you be sure that   02:28
21 Yvette's personal concerns would protect you when
22 you gave the information to Eastern Profit?
23         MR. HARMON:  Object to the form of the
24 question.
25         MR. GRENDI:  Objection to the form.      02:28

Page 108

Guo Wengui

1
2      A.  I have faith in her.  I cannot
3  speculate.
4  BY MR. GREIM:
5      Q.  On what basis do you have faith in her? 02:29
6      A.  Because her family members were
7  persecuted, persecuted and framed, and also
8  herself was persecuted and framed.
9      Q.  Even if that is true, Mr. Guo, how can
10 her own personal concerns affect Eastern Profit?   02:29
11         MR. GRENDI:  Object to the form.
12         MR. HARMON:  Object to the form of the
13 question.
14     A.  I don't know.
15 BY MR. GREIM:                                      02:29
16     Q.  Does Ms. Wang have any control over
17 Eastern Profit?
18     A.  I don't know.
19     Q.  Are you aware of any families that have
20 control over Eastern Profit?                       02:30
21         INTERPRETER:  You mean her family?
22 BY MR. GREIM:
23     Q.  Are you aware of any families that have
24 any control over Eastern Profit?
25     A.  I don't know.                             02:30

Page 109

28 (Pages 106 to 109)

Guo Wengui

Q.  **Do you know the identity of any officer**
**or director of Eastern Profit?**
A.  I don't know.
Q.  **What's your daughter's name?  (DIR)**  02:30
MR. HARMON:  Direct the witness not to
answer.
A.  I refuse to answer.
BY MR. GREIM:
Q.  **Is your daughter a director -- in fact,**  02:30
**is your daughter the sole director of Eastern**
**Profit?**
A.  If you can guarantee that if we -- if I
release this information and then she won't get
killed, she won't get persecuted by the Chinese  02:31
Communist Party, then I can tell you information.
But can you guarantee that.
CHECK INTERPRETER:  And all that.  So
information today, if I tell you whatever, it's
not going to be leaked.  02:31
A.  And also, the two clients, would they
use this information as a way to threaten me?
BY MR. GREIM:
Q.  **Mr. Guo, are you aware that this**
**information is available in public archives in**  02:31

Page 110

Guo Wengui

**Hong Kong?**
A.  That, I don't know.
Q.  **I'm going to ask you to answer the**
**question.**  02:32
**Is your daughter, or is she not, a**
**director of Eastern Profit?**
MR. HARMON:  Are you going to provide
the guarantees that Mr. Guo has asked for?
MR. GREIM:  I'm not making any promises  02:32
about leaks to the Communist Party.  There is a
protective order that covers this case, which
governs us.  It would protect this information
like everything else.  The witness cannot -- I'll
leave it at that.  02:32
MR. HARMON:  So if he answers the
question, then you agree that the information is
subject to the confidentiality order and that
nobody associated with this case will release the
information.  02:32
Is that what you're saying.
MR. GREIM:  I would ask you to make the
designation within the first 21 days after the
transcript is finalized, for the protective order.
We will then consider whether this information is  02:32

Page 111

Guo Wengui

confidential or whether it is otherwise public.
And we'll talk with you at that time.  And if we
disagree, we will take it to the judge.  But there
is not a super protective order above and beyond  02:33
the protective order that all the parties have
entered into.
MR. HARMON:  I understand what you
said.  And in light of that, I'm going to say that
the witness has provided you the only answer  02:33
you're going to get on these questions today until
his assurances can be met.
MR. GREIM:  All right.  So are you
instructing the witness not to answer the
question?  02:33
MR. HARMON:  I think you've gotten the
only answer from the witness that you're going to
get.  He's answered the question.  He's answered
the question by asking you to assure that the
information will be -- not be leaked, that it will  02:33
be subject to the confidentiality order and
maintained as confidential.  And if you can't
provide that assurance, then we should move on to
the next question.
MR. GREIM:  That is not what the  02:33

Page 112

Guo Wengui

witness has asked me.  The protective order
governs this deposition.  We are going to comply
with the protective order.  I'm not going to make
promises that go beyond the protective order.  02:33
MR. HARMON:  I understand what you
said.  And what you said is that you leave open
for yourself the right to seek to disseminate the
information.  That is anathema to the witness.
He's made that clear.  So he's not going to  02:34
provide any further answers on this.  Let's move
on.
INTERPRETER:  So should I at least
summarize?
MR. GREIM:  Go ahead.  Summarize so the  02:34
witness can hear all this.
INTERPRETER:  (Interpreter summarizes
colloquy.)
BY MR. GREIM:
Q.  **Is Han Chunguang a director of Eastern**  02:35
**Profit?**
A.  Probably, but I can't be sure.
Q.  **Why do you say "probably"?**
A.  So he's independent of me.  He's
independent.  Why would I know?  Why would I know?  02:35

Page 113

29 (Pages 110 to 113)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
 1                  Guo Wengui
 2      Q.  Well, I'm asking you why you said
 3  "probably."
 4      A.  It's a feeling.  It's just a personal
 5  feeling.                                    02:36
 6      Q.  Is that based on any public records,
 7  sir?
 8      A.  I don't know.
 9      Q.  When did you last talk to Han
10  Chunguang?                                  02:36
11      A.  This morning.
12      Q.  Where did you see him?
13      MR. HARMON:  I'm sorry.  He didn't say
14  he saw him.  He said he spoke to him.
15      MR. GREIM:  Let's see if he -- let's    02:36
16  see if we can avoid it.
17  BY MR. GREIM:
18      Q.  Did you see him in person?
19      A.  Yes.
20      Q.  Where did you see him?              02:36
21      A.  On his way to the company, we saw each
22  other.
23      Q.  What company?
24      A.  Downstairs, on my apartment.
25      Q.  What company is downstairs of your  02:37
```

Page 114

```
 1                  Guo Wengui
 2  apartment?
 3      A.  Yes, downstairs of my apartment.
 4      Q.  Okay.  And what company is downstairs
 5  of your apartment?                          02:37
 6      MR. HARMON:  Objection to the form of
 7  the question.
 8      A.  I made a mistake.  I correct myself.
 9  It's not company.  It's my apartment.
10  BY MR. GREIM:                               02:37
11      Q.  Why would Mr. Chunguang be going to
12  your apartment?
13      A.  Let me repeat.  Downstairs of my
14  apartment building.  It's not my home.  It's not
15  my apartment.  It's a hotel.  It's a public lobby.  02:37
16      Q.  Does he work in your apartment
17  building?
18      A.  No.
19      Q.  Has he ever been to your apartment?
20      A.  Yes.                                02:38
21      Q.  How often?
22      A.  Very frequent.
23      Q.  What does he do for you? (DIR)
24      MR. HARMON:  Direct the witness not to
25  answer.                                     02:38
```

Page 115

```
 1                  Guo Wengui
 2      A.  I refuse to answer.
 3      MR. GREIM:  On what basis can he not
 4  answer this questions?  I'm very curious.
 5      MR. HARMON:  What has this got to do     02:38
 6  with this case?  What possible motive do you have
 7  for seeking this information?  Don't answer my
 8  questions.  You'll have your opportunity to
 9  explain that to the court, because I cannot fathom
10  it, and I'm not permitting the deposition to go    02:38
11  into the personal activities of my client.  It's
12  got nothing to do with what's going on here.  And
13  you've already -- you and your clients have
14  already gone public with what your true motive
15  here is in asking these questions.          02:39
16      So I'm putting a line beyond which I will
17  not let the witness answer.  The judge has made it
18  clear that, at some point, if you think that I'm
19  overreaching, we can have a meet and confer and
20  bring the matter to the attention of the court,    02:39
21  and either the judge or the magistrate will
22  resolve whether or not Mr. Guo has to answer these
23  questions.  But for today, this is my line.  So
24  let's try and use the rest of our time fruitfully.
25  BY MR. GREIM:                               02:40
```

Page 116

```
 1                  Guo Wengui
 2      Q.  Who pays Han Chunguang?
 3      MR. GRENDI:  Object to the form.
 4      MR. HARMON:  Object to the form of the
 5  question.                                   02:40
 6      A.  I don't know.
 7  BY MR. GREIM:
 8      Q.  Did you ever talk to him about Eastern
 9  Profit?
10      A.  No.                                 02:40
11      Q.  Has Eastern Profit's counsel ever
12  interviewed you for purposes of this case?
13      A.  No.
14      Q.  Has Eastern Profit's counsel ever asked
15  you questions for the purpose of this case?  02:41
16      MR. HARMON:  Just "yes" or "no."
17      A.  No.
18  BY MR. GREIM:
19      Q.  Can you name any -- other than your
20  daughter, which we're reserving, and       02:42
21  Mr. Chunguang, can you name any other officers or
22  directors of Eastern Profit?
23      MR. GRENDI:  Objection to the form.
24      MR. HARMON:  Object to the form of the
25  question.                                   02:42
```

Page 117

30 (Pages 114 to 117)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1    Guo Wengui
2        A. I don't know.
3    BY MR. GREIM:
4        Q. Do you know when Eastern Profit was
5    formed?                                    02:42
6        A. I don't know.
7        Q. Do you know where it's incorporated?
8        A. No, I don't.
9        Q. Can you name anyone who acts on behalf
10   of Eastern Profit?                         02:42
11           MR. HARMON: Object to the form of the
12   question.
13       A. I don't know.  No, I don't.
14   BY MR. GREIM:
15       Q. Have you ever acted on behalf of      02:43
16   Eastern Profit?
17       A. I don't remember.
18       Q. Can you say definitively that you have
19   not?
20       A. I don't remember.                     02:43
21       Q. Have you ever spoken to an officer or
22   director of Eastern Profit?
23       A. I don't remember.  I can't be sure.  I
24   don't know.
25       Q. Did you understand Yvette Wang to be an 02:44

Page 118

1    Guo Wengui
2    officer or a director of Eastern Profit?
3        A. No.
4        Q. Did you understand her to be someone
5    who is working on behalf of Eastern Profit?  02:44
6        A. No.
7           CHECK INTERPRETER: I don't know.
8        A. No, I don't know.
9    BY MR. GREIM:
10       Q. Would it surprise you to learn that    02:44
11   Yvette Wang has acted on behalf of Eastern Profit?
12           MR. HARMON: Object to the form of the
13   question.
14       A. I cannot tell you anything regarding
15   things that have or have not happened.       02:44
16   BY MR. GREIM:
17       Q. I want to go back and ask you a few
18   questions relating to your daughter in Eastern
19   Profit.
20       Is your daughter in the United States?    02:45
21       A. I cannot -- unless you can sign a
22   letter of guarantee, I cannot tell you anything
23   related to my daughter or my family members.  All
24   these questions you ask regarding my daughter and
25   my family members are questions that the Chinese 02:46

Page 119

1    Guo Wengui
2    Communist Party are after.  They're asking the
3    same questions.  And people like Sun Lijun, things
4    like this, he will want to know.  So if you keep
5    me asking questions about my daughter or my family 02:46
6    members, I just need to call 911, call the police.
7        Q. Have you spoken with your daughter
8    about Eastern Profit?
9        A. (No response.)
10          CHECK INTERPRETER: Oh, and then, also, 02:46
11   the witness said that Sun Lijun has arrested my
12   daughter twice, put her in prison twice.
13   BY MR. GREIM:
14       Q. I'm sorry.  I want to understand that.
15       Who has put your daughter in prison       02:47
16   twice?
17       A. Sun Lijun.
18       Q. Okay.  There's a question where I did
19   not see a response.
20       My question was, have you spoken with     02:47
21   your daughter about Eastern Profit?
22          MR. HARMON: His answer was no.
23       A. No.
24   BY MR. GREIM:
25       Q. Do you know anyone your daughter has   02:47

Page 120

1    Guo Wengui
2    spoken with about Eastern Profit?
3        A. That, I don't know.
4        Q. Have Yvette -- has Yvette Wang spoken
5    to your daughter about Eastern Profit?        02:48
6        A. No.
7        Q. How can you be certain?
8        A. No.  I mean I don't know.
9        Q. Is your daughter also seeking asylum?
10   (DIR)                                         12:00
11          MR. HARMON: Don't answer the question.
12   BY MR. GREIM:
13       Q. Are you going to abide by your
14   counsel's instruction?
15       A. Yes.  I refuse to answer this question. 02:48
16       Q. Is Yvette Wang seeking asylum?
17       A. I refuse to answer this question.
18       Q. Does Eastern Profit have any
19   shareholders?
20       A. I don't know.                          02:49
21       Q. Does it have any investors?
22       A. I don't know.
23       Q. Do you know who knows the answer to
24   those questions?
25       A. I don't know.                          02:49

Page 121

31 (Pages 118 to 121)

Guo Wengui
August 2, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  twitters of the two clients.
2     **Q.  Okay.  Let's now turn to -- by the way,**
3  **have you seen pages 42 through 44 before today?**
4     A.  It's public information.  It's          02:59
5  everywhere.
6     **Q.  If that is true, sir, how can any harm**
7  **come from disclosing those pages?**
8        MR. HARMON:  Object to the form of the
9  question.                                      02:59
10    A.  You ask a good question.  So,
11 precisely, currently, in Xinjiang, we know that.
12 We know a lot of people I know in Xinjiang, bad
13 things are happening.  However, if we have a
14 specific person getting in front of the line,   03:00
15 telling that, okay, me, certain people, certain
16 person, are accusing the Chinese government of
17 doing certain things --
18       CHECK INTERPRETER:  No.  Chinese
19 Communist Party.                                03:00
20    A.  -- that person --
21       CHECK INTERPRETER:  Chinese Communist
22 Party.
23    A.  -- Chinese Communist Party, that person
24 will get killed right away.                     03:00

Page 126

Guo Wengui

1     It's the same story here.  We all know --
2  people around the world know what kind of evil
3  deeds the Chinese Communist Party is doing;
4  however, if I come out there as an individual and 03:00
5  make this statement as an individual, on a
6  personal level, then I myself will get killed.
7  Anybody who dares to make that personal statement
8  will get killed.  That's why your clients are very
9  evil, in the sense that they are threatening to   03:01
10 release those two -- relevant information, to get
11 us killed.
12 BY MR. GREIM:
13    **Q.  Do you know -- do you know why Eastern**
14 **Profit wanted to investigate person number 7, Tian** 03:01
15 **Ding?**
16    A.  No, I don't know.
17    **Q.  Did you have any concern, when you**
18 **provided this recommendation to Yvette Wang, that**
19 **Eastern Profit would use the investigation results** 03:01
20 **for purposes that were at odds with yours?**
21       MR. GRENDI:  Objection to the form.
22    A.  I was not worried.
23 BY MR. GREIM:
24    **Q.  Why not?**                             03:02

Page 127

Guo Wengui

1       MR. HARMON:  Asked and answered.
2  Do it again.
3     A.  Because Ms. Wang and her family members
4  are victims.  They are being threatened.
5  BY MR. GREIM:                                   03:02
6     **Q.  But how could you be sure that Eastern**
7  **Profit would follow Ms. Wang's advice?**
8        MR. GRENDI:  Objection to the form.
9        MR. HARMON:  Join.                        03:03
10    A.  I could not be sure.
11 BY MR. GREIM:
12    **Q.  And your testimony today is that you**
13 **have no idea who controls Eastern Profit?**
14    A.  You're right.                            03:03
15    **Q.  Was it important to you to know who was**
16 **paying Yvette Wang before you gave her this**
17 **recommendation?**
18       MR. HARMON:  Object to the form of the
19 question.                                       03:03
20       MR. GRENDI:  Object to the form.
21    A.  What do you mean by pay?  Pay money?
22 BY MR. GREIM:
23    **Q.  Yes.**
24       MR. HARMON:  Object to the form of the    03:04

Page 128

Guo Wengui

1  question.
2        INTERPRETER:  I'll repeat the question.
3  Was it important to know who was paying Ms. Wang
4  before you make the recommendation?  That's the  03:04
5  question, right?
6        MR. GREIM:  Correct.
7        CHECK INTERPRETER:  He said that he
8  doesn't understand the question.
9        INTERPRETER:  He doesn't understand the   03:04
10 question.
11 BY MR. GREIM:
12    **Q.  You recommended person number 7 to**
13 **Yvette Wang, correct?**
14    A.  Yes.                                     03:05
15    **Q.  Did you know what she was going to do**
16 **with the information?**
17    A.  I didn't know.
18    **Q.  Did you know she was going to share it**
19 **with Eastern Profit?**                         03:05
20       MR. HARMON:  Object to the form of the
21 question.
22       MR. GRENDI:  Objection to the form.
23    A.  I didn't know.
24 BY MR. GREIM:                                   03:05

Page 129

33 (Pages 126 to 129)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

---

Guo Wengui

1  
2  Q. Did you know that she was working with
3  Eastern Profit?
4  A. I didn't know.
5  CHECK INTERPRETER: Counsel, are you                03:05
6  asking does the witness know, or are you asking
7  whether he knows?
8  MR. GREIM: He is the witness.
9  CHECK INTERPRETER: Yes. So you're
10  asking, does he know whether he knows, or if he      03:05
11  knows? You're asking --
12  MR. GREIM: I don't think I understand
13  your question. I think my question was clear. I
14  think I got an answer.
15  CHECK INTERPRETER: Yes, because I feel               03:06
16  like that -- never mind.
17  MR. HARMON: Let's move on.
18  BY MR. GREIM:
19  Q. At the time you gave this information
20  to Yvette Wang, did you know who her employer was?   03:06
21  MR. HARMON: Object to the form of the
22  question.
23  A. I did not know.
24  BY MR. GREIM:
25  Q. Did you -- at the time you gave this              03:06

Page 130

---

Guo Wengui

1  
2  information to Yvette Wang, did you know whether
3  she was receiving a salary or any kind of payment
4  from any other person?
5  MR. HARMON: Object to the form of the                03:06
6  question.
7  MR. GRENDI: Object to the form.
8  A. I did not know.
9  BY MR. GREIM:
10  Q. Let's turn to person number 8, on                 03:07
11  page 45. And, sir, you'll see that pages 45, 46,
12  48, and 49 follow, and page 47 is missing.
13  A. I did not notice.
14  Q. And -- well, if you look right before
15  page 45, you'll see that page 47 is before it.       03:07
16  A. Oh, okay.
17  Q. And you'll see -- well, I just want to
18  draw that to your attention before we go into
19  these. I just noticed it myself.
20  Now, my question is, what name is next to            03:08
21  number 8?
22  A. Tian Yuanan.
23  Q. Who is that?
24  A. He was the other secretary of Mr. Wang
25  Qishan. He's actually the son of the current         03:08

Page 131

---

Guo Wengui

1  
2  president of Chinese Commerce Bank -- Bank of --
3  Commerce Bank.
4  Q. Is he any relation to person number 7,
5  Tian Ding?                                           03:09
6  A. I don't know. They're probably
7  friends. I don't know.
8  Q. Did you recommend number 8 to Mrs. --
9  I'm sorry -- Ms. Wang?
10  A. I did make the recommendation.                    03:09
11  Q. Why?
12  A. To investigate Wang Qishan and his
13  father, and he himself, you know, the kind of
14  wealth that they have stolen from the Chinese
15  people.                                              03:09
16  Q. Is -- do you have any objection to the
17  disclosure of pages 45 through 49, as well as
18  page 47, in this case?
19  A. I object 100 percent.
20  Q. Why?                                              03:10
21  A. Same reason. If Wang Qishan finds out
22  about this, my family members, family members of
23  Ms. Wang, get killed.
24  Q. Does Ms. Wang have two family members
25  who are police in Hong Kong?                         03:11

Page 132

---

Guo Wengui

1  
2  MR. HARMON: Object to the form of the
3  question.
4  A. I don't know. If you know that
5  information, I will be interested to know if they    03:11
6  have two family members of police in Hong Kong.
7  This is the first time I've heard of it. I think
8  you're just following the clients by spreading
9  rumors.
10  BY MR. GREIM:                                        03:11
11  Q. How about in Mainland China?
12  MR. HARMON: Is that a question?
13  A. I don't know.
14  MR. HARMON: Is that a question?
15  MR. GREIM: It was, and he answered.                  03:11
16  MR. HARMON: As long as you both
17  understood what the question is.
18  BY MR. GREIM:
19  Q. Okay. Can you please turn to page 50
20  now. And if you could look at pages 50 to 53,        03:12
21  we'll treat those together.
22  Who is the person listed as number 9?
23  A. Zhou Lei.
24  Q. Who is that person?
25  A. I don't know.                                     03:12

Page 133

---

34 (Pages 130 to 133)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1
2  **Wang, did anyone else ever attend a meeting**
3  **between you and Strategic Vision?**
4      A. I don't remember very clearly.
5      Q. **Did Han Chunguang ever attend a meeting**    04:19
6  **between you and Strategic Vision about the**
7  **research?**
8      A. Of course not.
9      Q. **Why are you laughing, sir?**
10     A. Because I feel happy. I'm very happy.    04:19
11     Q. **Is there something funny about Han**
12  **Chunguang attending a meeting to discuss the**
13  **research?**
14     A. No. No, no. I think it's in your
15  head.    04:19
16     Q. **Okay. Do you recall asking that**
17  **Strategic Vision do research on a test case before**
18  **the contract was entered into?**
19     A. Yes. This, I remember.
20     Q. **Why was that important?**    04:20
21        MR. HARMON: Object to the form of the
22  question.
23     A. I did not ask for the test
24  investigation. They offered to investigate two
25  individuals for us as a test. Yeah, exactly.    04:20

Page 158

Guo Wengui

1
2      A. I think it was all deception. They
3  made us really eager to try to get our hands on
4  that information.
5  BY MR. GREIM:    04:22
6      Q. **Other than yourself, who was deceived?**
7        MR. GRENDI: Objection to the form.
8      A. In retrospect, Eastern Profit was
9  deceived. Many other people, also, billions of
10  people in China, also got deceived.    04:23
11  BY MR. GREIM:
12     Q. **How do you know Eastern Profit was**
13  **deceived?**
14     A. Because Eastern Profit is suing
15  Strategic Vision.    04:23
16     Q. **Who at Eastern Profit was deceived?**
17        MR. GRENDI: Objection to the form.
18     A. I don't know.
19  BY MR. GREIM:
20     Q. **Can you name any individual, an**    04:23
21  **officer, director, or agent of Eastern Profit, who**
22  **was deceived by Strategic Vision?**
23     A. No.
24     Q. **Was Chunguang Han deceived?**    04:24
25        MR. GRENDI: Object to the form.

Page 160

Guo Wengui

1
2  Why -- what happened later, you know, they told me
3  that, oh, we found -- we located information that
4  showed Wang Yao (phonetic) -- you know, Sun Yao
5  (phonetic), the goddaughter of Wang Qishan, of    04:21
6  hiding -- of laundering tens of billions of
7  dollars or hundreds of billions of dollars in the
8  banking system. They release that information to
9  encourage us, to prod us into signing contract.
10     So now that, in retrospect, this lady    04:21
11  called Mr. Han in the middle of the night to come
12  over to her apartment to look at the screen of the
13  personal laptop. And on the laptop it shows that,
14  you know, the goddaughter of Wang Qishan, you
15  know, evidence regarding her laundering a lot of    04:22
16  money in China civic bank. And Han saw that
17  information and then told me that we should hurry
18  up and sign contract because they found something
19  juicy.
20  BY MR. GREIM:    04:22
21     Q. **And did that help convince you to have**
22  **the contract signed?**
23        MR. GRENDI: Object to the form.
24        MR. HARMON: Object to the form of the
25  question.

Page 159

Guo Wengui

1
2      A. I don't know.
3  BY MR. GREIM:
4      Q. **I'm going to show you what we marked as**
5  **Exhibit 2 in the Wang deposition.**    04:24
6        (Exhibit 2, Research Agreement dated
7  12/29/17, previously marked for
8  identification.)
9      A. I don't understand English. I can't
10  read.    04:24
11     Q. **I understand. I'm going to -- I**
12  **understand this document is written in English.**
13  **I'll simply ask you to look at page 5 of the**
14  **contract.**
15     **Do you see Chinese characters signed in**    04:25
16  **the bottom right?**
17     A. It's hard to tell. It's hard for me to
18  tell. I can't tell whether they're Chinese
19  characters or not. I can't tell. Your two
20  translators read Chinese. Maybe you can tell. It    04:25
21  could look like Japanese to me.
22     Q. **Does it look just like a scribble to**
23  **you? You can't tell if it's a signature?**
24     A. It's not clear to me.
25        MR. GREIM: Well, I'll ask -- I'm going    04:26

Page 161

41 (Pages 158 to 161)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1     Guo Wengui
2         A. No.
3         Q. Was the real estate to be for
4     Mrs. Wang?
5             INTERPRETER:  Sorry.  Say that again.    05:04
6     BY MR. GREIM:
7         Q. Was the real estate to be for
8     Mrs. Wang?
9         A. I don't know.  I don't know.
10            INTERPRETER:  Could be imagination, he    05:04
11    said.
12    BY MR. GREIM:
13        Q. Do you recall Strategic Vision asking
14    for a $1 million deposit in advance of the
15    contract?                                         05:05
16        A. I don't remember.
17        Q. Do you recall Strategic Vision
18    receiving a $1 million deposit in advance of the
19    contract?
20        A. Yes, I know.  I'm aware.                   05:05
21        Q. Do you know how Eastern Profit came up
22    with the money to pay the million-dollar deposit?
23        A. I don't know.
24        Q. Did you order a release of $1 million
25    to pay the deposit to Strategic Vision?           05:05

Page 182

1     Guo Wengui
2         A. No.
3         Q. Did you order a release of $1 million
4     from ACA to pay Strategic Vision?
5             MR. GRENDI:  Object to the form.          05:06
6         A. No, I did not order.
7     BY MR. GREIM:
8         Q. Have you ever heard of --
9             MR. GREIM:  You know, let's go ahead
10    and take our break now.                           05:06
11            VIDEOGRAPHER:  The time is
12    approximately 5:06 p.m., Friday, August 2, 2019.
13    This is the end of media number 4 of the
14    videotaped deposition of Mr. Guo Wengui.  We are
15    off the record.                                   05:06
16            (Recess taken.)
17            VIDEOGRAPHER:  The time is
18    approximately 5:26 p.m., Friday, August 2, 2019.
19    This is media number 5 of the videotaped
20    deposition of Mr. Guo Wengui.  We're back on the  05:26
21    record.
22    CONTINUED EXAMINATION
23    BY MR. GREIM:
24        Q. Mr. Guo, have you heard of an entity
25    called ACA Capital Group Limited?                 05:27

Page 183

1     Guo Wengui
2             INTERPRETER:  He wants me to repeat the
3     name of the company.  (Interpreter repeats.)
4             MR. GREIM:  Capital Group.
5         A. I cannot be 100 percent sure, because     05:27
6     there are so many ACA -- companies with the name
7     of ACA.
8     BY MR. GREIM:
9         Q. Well, do you know who wired the million
10    dollars under this contract to Strategic Vision?  05:27
11        A. All I know is there's a company called
12    ACA Management Company.  So I'm not sure it's
13    actually the same with the one you referred to
14    here.
15        Q. What do you know about ACA Management     05:28
16    Company?
17        A. So just a person you mentioned earlier,
18    William Zhi (phonetic).  He's actually an officer
19    of this company, but I know it because we are
20    doing the same cause, which is to overthrow the   05:28
21    Chinese Communist Party.
22        Q. Is William Zhi (phonetic) a longtime
23    friend of yours?
24        A. Probably long time, but exactly how
25    long, I cannot be sure.                           05:29

Page 184

1     Guo Wengui
2         Q. Is he a -- okay.  Are you familiar --
3     strike that.
4             Is Mr. Zhi (phonetic) a director of ACA
5     Capital Group Limited?                            05:29
6         A. I don't know.
7         Q. Is Karin Maistrello a director of ACA
8     Capital Group Limited?
9         A. I don't know.
10        Q. Have you ever owned or controlled any     05:30
11    entity with "ACA" in the name?
12            MR. HARMON:  Object to the form of the
13    question.
14        A. No.
15    BY MR. GREIM:                                     05:30
16        Q. Have you ever owned or controlled, even
17    if indirectly, an entity with "ACA" in the name?
18            MR. HARMON:  Object to the form of the
19    question.
20            MR. GRENDI:  Object to the form of the    05:30
21    question.
22        A. I don't remember.
23    BY MR. GREIM:
24        Q. Didn't you invest in Haitong Securities
25    through an ACA entity?  (DIR)                      05:31

Page 185

47 (Pages 182 to 185)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1                  Guo Wengui
2  work on your behalf?
3        A.  I don't know.
4        Q.  Well, now I'm going to go back, and I'm
5  going to -- you say you don't know.  I'm going to        05:46
6  ask you again.
7        Did it wire the million dollars to
8  Williams and Connolly in September of 2017 to work
9  on your asylum case?  (DIR)
10        MR. HARMON:  Direct the witness not to        05:47
11  answer.
12        A.  I refuse to answer this question.
13        MR. GREIM:  You are blocking my ability
14  to show that Mr. Guo actually exercises control
15  over ACA and uses its funds for his own personal        05:47
16  purposes.
17        MR. HARMON:  There's no question
18  pending.
19        INTERPRETER:  Are you a judge?  I mean,
20  can you make that decision?        05:47
21        A.  This is completely in the style of the
22  Chinese Communist Party; resort to threat and
23  similar to the clients.
24  BY MR. GREIM:
25        Q.  Did there come a time when Eastern        05:48

Page 194

Guo Wengui

1                  Guo Wengui
2  Profit attempted to reverse the million-dollar
3  wire to Strategic Vision?
4        A.  I don't remember.
5        Q.  Who made the decision to seek the        05:49
6  return of the million dollars wired to Strategic
7  Vision?
8        MR. HARMON:  Object to the form of the
9  question.
10        A.  I don't know.        05:49
11  BY MR. GREIM:
12        Q.  Had you agreed with Strategic Vision
13  that the million-dollar deposit would be routed
14  through companies so that the Chinese could not
15  trace the payment to Strategic Vision?        05:49
16        MR. GRENDI:  Objection to the form.
17        A.  I don't know.
18  BY MR. GREIM:
19        Q.  Did there come some point when you told
20  Strategic Vision that Eastern Profit would be the        05:49
21  party contracting with it?
22        A.  I don't know.
23        Q.  Is Han Chunguang your cook?
24        A.  No.
25        Q.  What services does he provide to you?        05:50

Page 195

Guo Wengui

1                  Guo Wengui
2        A.  He's not providing any services to me.
3        Q.  Why does he come to your building?
4        A.  I don't know.
5        Q.  Have you ever given him any direction?        05:50
6        MR. HARMON:  Object to the form of the
7  question.
8        MR. GRENDI:  Object to the form.
9        A.  No.
10  BY MR. GREIM:        05:51
11        Q.  Who is his employer?
12        A.  I don't know.
13        Q.  Do you know who assigns him work?
14        MR. HARMON:  Object to the form of the
15  question.        05:51
16        MR. GRENDI:  Object to the form.
17        A.  I don't know.
18  BY MR. GREIM:
19        Q.  Have you ever seen him performing any
20  kind of work in your building?        05:51
21        A.  I don't know what you mean by
22  "services."  What are the standards of service?
23  What do you mean by service?  I don't understand.
24        Q.  Does he come to your building for
25  leisure and entertainment, or does he come to        05:51

Page 196

Guo Wengui

1                  Guo Wengui
2  perform some sort of service?
3        MR. HARMON:  Object to the form of the
4  question.
5        A.  No.        05:52
6  BY MR. GREIM:
7        Q.  So, earlier, you testified that you see
8  Han Chunguang frequently, and you said that he
9  comes to your building frequently.  And I'm asking
10  why he comes there.        05:52
11        MR. HARMON:  Object to the form of the
12  question, mischaracterization of private -- of
13  prior testimony.  He's answered the question now.
14  He doesn't know why he comes there; I think that's
15  what he said.  If you ask that question without        05:52
16  the predicate, I'll allow Mr. Guo to answer it
17  again.
18        A.  So I will answer your question one more
19  time.  I stay at a hotel, and it's open to the
20  public.  Anybody can come to there, including        05:53
21  your two clients and their friends and the
22  assassins who tried to kill me.  They often visit
23  the hotel.  Do you think they are my friends?  Do
24  you think they were there to serve me?
25  BY MR. GREIM:        05:53

Page 197

50 (Pages 194 to 197)

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1
2           A.  Based on the kind of news that they
3    released on the media.
4           Q.  I'm sorry.
5              That who released on the media?          06:07
6           A.  Your clients.
7           Q.  Have you conferred with Eastern Profit
8    about whether it repaid the million dollars?
9              MR. GRENDI:  Objection.
10          A.  I don't remember.                       06:08
11   BY MR. GREIM:
12          Q.  What did you expect Strategic Vision's
13   reports under the contract to include?
14          A.  So it's pretty much, you know, what
15   your clients told me initially -- to identify, to   06:08
16   provide evidence in terms of what kind of crimes
17   that they committed in the U.S., including money
18   laundering; also, to identify the spies embedded
19   in the U.S. so that we can rescue the Chinese
20   people and to -- to rescue the Chinese people.     06:09
21             CHECK INTERPRETER:  And to show them
22   the truth.
23          A.  And to show them the truth.
24   BY MR. GREIM:
25          Q.  What did you expect Strategic Vision's   06:09

Page 206

Guo Wengui

1
2    weekly report to include?
3           A.  Including corruption of the Chinese
4    Communist Party, their overseas spy network, their
5    money-laundering evidence, as well as evidence     06:09
6    regarding them stealing money from the Chinese
7    people.
8           Q.  Did you expect Strategic Vision to
9    provide you raw data only or analysis of the data?
10             MR. GRENDI:  Object to the form.         06:10
11          A.  Raw data, only raw data.
12   BY MR. GREIM:
13          Q.  Why?
14          A.  Because we could use the raw data as
15   evidence when we bring it to the court, a U.S.     06:10
16   court.
17          Q.  Who is going to bring the evidence to a
18   U.S. court?
19          A.  Of course, people like us, who share
20   the same goal of overthrowing the Chinese          06:10
21   Communist Party in the U.S. We, as a group.
22          Q.  Well, what -- did you discuss this plan
23   with other people?
24          A.  I don't remember.
25          Q.  Well, were you planning on sharing the   06:11

Page 207

Guo Wengui

1
2    research with anyone else?
3           A.  The U.S. government and the people of
4    China.
5           Q.  How did you plan to share the           06:11
6    information with the people of China?
7           A.  To release them to the media; to
8    release the information to the media.
9           Q.  How did you intend to get the
10   information to the U.S. government?                 06:11
11          A.  Based on the legal procedures of the
12   U.S.
13          Q.  Do you plan to file a lawsuit with the
14   information?
15          A.  To answer your question, the plan is to  06:12
16   file a lawsuit.
17          Q.  Who are you going to sue?
18          A.  Whoever commits a crime and we have the
19   evidence.
20          Q.  At some point, did you ask Yvette Wang   06:14
21   to tell Strategic Vision that it needed to give
22   you research before January 26, 2018, because you
23   had special plans for that day?
24          A.  I don't remember.
25          Q.  Do you remember what plans -- special    06:15

Page 208

Guo Wengui

1
2    plans you had for January 26, 2018?
3           A.  I don't remember.
4           Q.  Do you remember having a meeting in
5    your apartment with Yvette Wang, French Wallop,    06:15
6    and Mike Waller on or about January 26th to
7    discuss Strategic Vision's performance?
8           A.  I don't remember.
9           Q.  Would you have recorded that meeting?
10             MR. HARMON:  Object to the form of the    06:16
11   question.
12          A.  I don't remember.
13   BY MR. GREIM:
14          Q.  Do you remember giving Michael Waller a
15   hug at the end of the meeting?                     06:16
16          A.  If I did, I regret it big time.  But I
17   don't recall.
18          Q.  Do you remember telling him, we have to
19   trust one another?
20          A.  He's a good storyteller, fiction.       06:16
21          Q.  So you deny that you told that to
22   Mr. Waller?
23          A.  I don't remember.
24          Q.  Do you recall Strategic Vision
25   explaining that it would not be immediately        06:16

Page 209

53 (Pages 206 to 209)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

2  **possible to extract raw data from the private**
3  **accounts of the 15 subjects?**
4       A.  They never said anything like that.
5  It's baloney.  Because it seems to me that          06:17
6  whenever they talked to me, they presented
7  themselves as very good at everything.  Everything
8  is so easy.  They can get their hands on any
9  information.  So because they told -- because they
10  always told Han Lianchao -- Lianchao Han that      06:18
11  they've been doing this work for a long, long
12  time.  Give us something more challenging.
13      **Q.  Did Strategic Vision explain to you**
14  **that forced entry into a server would be detected**
15  **and likely provoke defensive measures, defeating** 06:18
16  **the purpose of the work?**
17       A.  This is pure fiction.  This is pure
18  fiction.  Whenever we talked about the research, I
19  always emphasized the legality.  Our measures must
20  be legal.  We don't want to do anything illegal.   06:19
21  So we never talked about forcing entry into
22  servers.  And every time they told me, they keep
23  saying that -- don't worry.  We know what's legal,
24  what is legal, and we'll only use legal measures.
25  You don't need to tell us what to do, and we've    06:19

Page 210

Guo Wengui

2      been doing this for a long time.  We know what's
3  legal, what we can do.
4       **Q.  Did you ever report those statements**
5  **from Strategic Vision to anyone at Eastern Profit?** 06:19
6       A.  No.
7       **Q.  Was anyone from Eastern Profit present**
8  **when Strategic Vision made those statements?**
9       A.  No.
10      **Q.  By the beginning of February 2018, had**  06:20
11  **you approved Strategic Vision using a second**
12  **research team?**
13      MR. GRENDI:  Object to the form.
14       A.  I didn't have the authority to approve
15  anything; but, no.  So the question is absurd.     06:20
16  BY MR. GREIM:
17      **Q.  Okay.  Did you learn that Strategic**
18  **Vision had begun to use a second team based in**
19  **Texas?**
20       A.  It's all fiction.  It's like a movie;     06:21
21  it's completely fiction.  They don't even have one
22  single employee, so they've given us baloney.
23      **Q.  Did you receive reports from Liancho on**
24  **Strategic Vision's performance?**
25       A.  No.                                        06:21

Page 211

Guo Wengui

2      **Q.  Did you learn that, after Strategic**
3  **Vision hired the Texas team, that many of the 15**
4  **initial subjects were listed as "record protected"**
5  **in government databases?**                          06:22
6      MR. HARMON:  Object to the form of the
7  question.
8      MR. GRENDI:  Objection to the form.
9       A.  It's completely fiction.  It's
10  completely fiction.  This is the first time I've    06:22
11  ever heard of a Texas team, and I've never heard
12  of it before.  It's scary, kind of storytelling,
13  kind of fiction.
14  BY MR. GREIM:
15      **Q.  Did Lianchao tell you that Strategic**     06:23
16  **Vision was asking for different names to research**
17  **that were not record-protected?**
18      MR. HARMON:  Can you read the question
19  back, please.
20      (Record was read back.)                         06:23
21       A.  Never.  Never.  It's all fiction.  It's
22  all fabrication, or fiction.  I'm shocked.
23  BY MR. GREIM:
24      **Q.  Have you ever personally met with a**
25  **team of Texas investigators?**                     06:24

Page 212

Guo Wengui

2       A.  No.  No.  This is the first time I've
3  ever heard of a Texas team.  I feel like I'm an
4  actor in a movie right now.  I feel like this is
5  not a very serious legal matter anymore.           06:24
6      **Q.  Were you ultimately dissatisfied with**
7  **the work that Strategic Vision delivered?**
8       A.  Let me reemphasize, they never provided
9  me with any report, work report.  So it's not a
10  matter of whether I'm satisfied with the report or  06:25
11  not.  It's just pure deception.
12      **Q.  Well, let me ask you this:  Are you**
13  **aware that Mike Waller provided a thumb drive to**
14  **Yvette Wang in Penn Station with data?**
15      MR. HARMON:  Object to the form of the
16  question.
17       A.  So all I know is that Wang told me that
18  all these alleged evidence regarding me suing --
19  money laundering was nonexistent.  All the
20  information was gathered from social media, from    06:26
21  the Internet, from Facebook.  And then she told me
22  that we've been cheated and there's nothing we can
23  do other than to file a lawsuit.
24  BY MR. GREIM:
25      **Q.  Did you agree with Yvette Wang that a**    06:26

Page 213

54 (Pages 210 to 213)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  lawsuit should be filed?

2      A.  I completely agree with her.

3      Q.  Did either you or Yvette check with Han
4  Chunguang to obtain his approval before filing the      06:27
5  lawsuit?

6          MR. HARMON:  Object to the form of the
7  question.

8          MR. GRENDI:  Object to the form of the
9  question.                                              06:27

10     A.  No, I did not.  I did not.

11 BY MR. GREIM:

12     Q.  Do you know whether Yvette Wang did?

13     A.  That, I don't know.

14     Q.  Did either you or Yvette Wang check      06:27
15 with your daughter for approval before filing the

16 lawsuit?

17     A.  I don't know.

18     Q.  Well, do you know whether you checked
19 with your daughter before -- for approval before      06:28
20 the lawsuit was filed?

21     A.  I did not file a lawsuit, and I never
22 discussed this matter with my daughter.

23     Q.  Do you know what person, who is either
24 an officer, director, employee, or agent of      06:28

Guo Wengui

1  Eastern Profit, approved the filing of this

2  lawsuit?

3          MR. GRENDI:  Objection to the form.

4      A.  No, I don't know.      06:28

5  BY MR. GREIM:

6      Q.  Can you tell me what person, regardless
7  of their role or status, approved the filing of

8  this lawsuit?

9      A.  I don't know.      06:29

10     Q.  What person made the decision to
11 terminate the contract?

12     A.  I don't know.

13     Q.  Was it Yvette Wang?

14     A.  I don't know.      06:29

15     Q.  Did you discuss the termination of the
16 contract with Yvette Wang?

17     A.  No.

18     Q.  If I remember, a few moments ago, you
19 said that you discussed the filing of the lawsuit      06:30
20 with Yvette Wang.

21         MR. HARMON:  Object to the form of the
22 question.

23         MR. GRENDI:  Objection.

24     A.  I think the attorney is fabricating      06:30

Guo Wengui

1  what I said.  So what I stated earlier was that,

2  you know, Wang asked me whether we should file a

3  lawsuit, and I told her I completely agree that we

4  should file a lawsuit.  So it's not discussion;      06:31

5  it's just agreed.

6  BY MR. GREIM:

7      Q.  Was anyone else present for that
8  discussion?

9      A.  No.      06:31

10     Q.  Do you know -- did anyone inform
11 Lianchao Han about the lawsuit before it was

12 filed?

13     A.  I don't know.

14     Q.  Did Golden Spring New York Limited have      06:31
15 a role in deciding to file this lawsuit?

16     A.  I don't know.

17     Q.  Before hiring Strategic Vision --
18 strike that.

19         Before you began your discussions with      06:33
20 Strategic Vision, did you have any experience in

21 hiring companies to investigate subjects?

22     A.  I don't know what you mean by
23 "experience," so it's hard for me to answer this

24 question.      06:33

Guo Wengui

1      Q.  Had you done it before?

2      A.  No, never dealt with a company such as
3  Strategic Vision.  Never.

4      Q.  Had you dealt with investigators before      06:34
5  hiring -- before Strategic Vision was hired?

6          CHECK INTERPRETER:  (Speaking Chinese.)

7          INTERPRETER:  Investigator,
8  investigation company?

9  BY MR. GREIM:      06:34

10     Q.  Individuals or a company, either one.

11     A.  You mean, me personally?

12     Q.  We'll start with you personally.

13     A.  No.

14     Q.  How about any company that you      06:34
15 controlled or owned?

16     A.  No.

17         MR. GREIM:  Let me suggest this:  Let's
18 take -- let's take about a two-minute break.

19 Let's all walk outside for a minute to cool off,      06:35
20 and then I'll come in and do my final questions,

21 okay?

22         VIDEOGRAPHER:  The time is
23 approximately 6:35 p.m.  We're off the record.

24         (Recess taken.)      06:35

55 (Pages 214 to 217)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | Guo Wengui |
| 2 | but, you know, for the solemn nature of -- you are |
| 3 | being irresponsible.  After seven hours of |
| 4 | questioning; and then, all of a sudden, you threw |
| 5 | out this piece of translation, which has not yet 07:01 |
| 6 | been verified. |
| 7 | CHECK INTERPRETER:  I heard, you know, |
| 8 | a response, many times I have not been |
| 9 | interviewed. |
| 10 | BY MR. GREIM: 07:01 |
| 11 | **Q.  Has Eastern Profit --** |
| 12 | MR. HARMON:  I thought you get one more |
| 13 | question. |
| 14 | MR. GREIM:  Yeah, I know.  Actually, |
| 15 | this is for the last question. 07:01 |
| 16 | BY MR. GREIM: |
| 17 | **Q.  Has Eastern Profit ever asked you to be** |
| 18 | **its witness?** |
| 19 | A.  I'm not going to answer your question, |
| 20 | this question, because, earlier, you told me that 07:02 |
| 21 | the previous question was already the last |
| 22 | question.  And I respect you as a lawyer; I |
| 23 | respect the dignity of the legal profession.  And |
| 24 | as a witness, I take this matter very seriously. |
| 25 | And I hope that you will honor your statement.  We 07:02 |

Page 230

| | |
|---|---|
| 1 | A C K N O W L E D G E M E N T |
| 2 | |
| 3 | I, GUO WENGUI, do hereby acknowledge I have |
| 4 | read and examined the foregoing pages of testimony, |
| 5 | and the same is a true, correct and complete |
| 6 | transcription of the testimony given by me, and any |
| 7 | changes or corrections, if any, appear in the |
| 8 | attached errata sheet signed by me. |
| 9 | |
| 10 | |
| 11 | |
| 12 | _____   _____ |
| 13 | Date        GUO WENGUI |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 232

| | |
|---|---|
| 1 | Guo Wengui |
| 2 | all heard that the previous question was the last |
| 3 | question, and I'm not going to answer your |
| 4 | question.  And you -- |
| 5 | **Q.  Well, thank you.** 07:02 |
| 6 | MR. GREIM:  We intend to hold this |
| 7 | deposition open.  I understand we're going to have |
| 8 | an objection, probably, from the other parties. |
| 9 | But we believe that Eastern Profit has not |
| 10 | properly given us 30(b)(6) witnesses that can tell 07:02 |
| 11 | us anything about the entity, and we have many |
| 12 | more questions of Mr. Guo that he was blocked from |
| 13 | answering.  And so we'll hold it open for those |
| 14 | purposes. |
| 15 | MR. HARMON:  Thank you for your time. 07:04 |
| 16 | VIDEOGRAPHER:  The time is |
| 17 | approximately 7:03 p.m., Friday, August 2, 2019. |
| 18 | This is the end of media number 5 and completes |
| 19 | the videotaped deposition of Mr. Guo Wengui. |
| 20 | We're off the record. 07:04 |
| 21 | |
| 22 | (Time noted: 7:03 p.m.) |
| 23 | |
| 24 | |
| 25 | |

Page 231

| | |
|---|---|
| 1 | CERTIFICATE OF NOTARY PUBLIC |
| 2 | I, RENATE REID, the officer before whom the |
| 3 | foregoing deposition was taken, do hereby certify |
| 4 | that the witness, GUO WENGUI, whose testimony appears |
| 5 | in the foregoing deposition, was duly sworn by me; |
| 6 | that the testimony of said witness was taken by me in |
| 7 | stenotype and thereafter reduced to typewriting under |
| 8 | my direction; that said deposition is a true record |
| 9 | of the testimony given by said witness; |
| 10 | That I am neither counsel for, related to, |
| 11 | nor employed by and of the parties to the action in |
| 12 | which this deposition was taken; and, further, that I |
| 13 | am not a relative or employee of any counsel or |
| 14 | attorney employed by the parties hereto, nor |
| 15 | financially or otherwise interested in the outcome of |
| 16 | this action. The witness will sign. |
| 17 | IN WITNESS WHEREOF, I have hereunto set |
| 18 | my hand this 15th day of August, 2019. |
| 19 | |
| 20 | |
| 21 | |
| 22 | RENATE REID |
| 23 | Notary Public in and for |
| 24 | The State of New York |
| 25 | |

Page 233

59 (Pages 230 to 233)

**Guo Wengui**
**August 2, 2019**