# Exhibit CC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
EASTERN PROFIT CORPORATION LIMITED,

      Plaintiff-Counterclaim Defendant,

            - against -

STRATEGIC VISION US, LLC,

       Defendant-Counterclaim Plaintiff,

            - against -

GUO WENGUI a/k/a MILES KWOK,

           Counterclaim Defendant.
-----------------------------------------x

               340 Madison Avenue
               New York, New York

               January 31, 2019
               9:40 a.m.

        EXAMINATION BEFORE TRIAL of YVETTE

WANG, a 30(b)(6) Witness on behalf of EASTERN

PROFIT CORPORATION LIMITED, the

Plaintiff-Counterclaim Defendant herein, taken

by the Defendant-Counterclaim Plaintiff,

pursuant to Court Order, held at the

above-mentioned time and place, before Michelle

Lemberger, a Notary Public of the State of New

York.

Page 6

```
 1              Yvette Wang
 2  little bit of a miscommunication.  We do have
 3  a Mandarin interpreter in the room, but my
 4  understanding is you don't need an
 5  interpreter?
 6      A.  Thank you.
 7      Q.  Is that correct?
 8      A.  I will try my best, it's correct.
 9      Q.  Okay.  If during the morning there
10  comes a time, because for whatever set of
11  reasons you want to change your mind, just
12  let me know.  Okay?
13      A.  Sure, thank you.
14          MR. GRENDI:  Just before we get
15      into it, I just want to put an
16      objection on the record.  I think
17      just for clarity and consistency down
18      the road because I don't want to be
19      interrupting you all the time, but to
20      the extent that you're asking
21      questions that are part of the topics
22      encompassed in the 30(b)(6)
23      attachment, obviously the witness
24      will be answering for the
25      corporation.  To the extent there are
```

Page 7

```
 1              Yvette Wang
 2      questions being asked outside of
 3      that, the witness will not be
 4      answering for the corporation, will
 5      be answering based on her own
 6      knowledge.  And I may pop in with
 7      that every now and then.
 8  BY MR. SCHMIT:
 9      Q.  Ms. Wang, I'm going to ask you from
10  time to time how you know the answer and just
11  let me know if you've been educated and
12  provided the answer or if it is from your
13  personal knowledge; is that okay?
14      A.  Okay.
15          MR. SCHMIT:  Let's have this
16      marked as Exhibit 1.  If at any time
17      you need a break, just let us know,
18      okay.
19          THE WITNESS:  Sure, thank you.
20          (Whereupon, at this time, the
21      reporter marked the above-mentioned
22      notice of deposition as Wang Exhibit
23      1 for identification.)
24  BY MR. SCHMIT:
25      Q.  Ms. Wang, I'm going to hand you
```

Page 8

```
 1              Yvette Wang
 2  what's been marked for your deposition as
 3  Exhibit 1.
 4      A.  Thank you.
 5      Q.  It is Strategic Vision's notice of
 6  30(b)(6) deposition to plaintiff.
 7          Do you have that in front of you?
 8      A.  Yes.
 9      Q.  Have you seen it before?
10      A.  Yes, I did.
11      Q.  If you can turn to the last page,
12  those are the list of topics that have been
13  identified.
14          Do you see that?
15      A.  Yes.
16      Q.  Have you reviewed those topics
17  before?
18      A.  Yes.
19      Q.  Are there any topics there that
20  you're not prepared to testify concerning
21  today?
22      A.  No.  All of them, I'm ready to
23  answer the question.
24      Q.  Eastern Profit Corporation Limited,
25  are you familiar with that entity?
```

Page 9

```
 1              Yvette Wang
 2      A.  Not too much.
 3      Q.  To what extent are you familiar with
 4  that entity?
 5      A.  No.
 6      Q.  You said not too much?
 7      A.  Yes.
 8      Q.  How are you, if at all, affiliated
 9  with Eastern Profit Corporation Limited?
10      A.  I was told this is another party,
11  but I don't know this company at all before
12  this project.
13      Q.  You referred to you were told this
14  is another party.  What do you mean by that?
15      A.  Miles, that is the person who
16  involved in this project as well, and he told
17  me this is another party of the contract.
18      Q.  Miles, who are you referring to?
19      A.  Miles Kwok.
20      Q.  Is he known by any other names?
21      A.  Kwok Ho Wan, I think.
22      Q.  Could you spell that?
23      A.  K-W-O-K, H-O, W-A-N.
24      Q.  How about Guo?
25      A.  Yes.
```

Page 10

Yvette Wang

2  Q. How do you spell that?
3  A. G-U-O.
4  Q. And is that his first name often?
5  A. Last name, family name.
6  Q. So sometimes people refer to him as
7  Mr. Guo?
8  A. Yes.
9  Q. If I say Mr. Guo, you'll know who
10 I'm referring to?
11 A. Yes.
12 Q. If I say Eastern Profit, will you
13 know that I'm referring to Eastern Profit
14 Corporation Limited?
15 A. Yes.
16 Q. So is it Mr. Guo who introduced you
17 to Eastern Profit?
18 A. Yes.
19 Q. When did that happen?
20 A. In December 2017.  No, the contract
21 was signed 2018, right before this contract
22 was signed.
23 Q. I'll represent to you the contract
24 was signed on January 6, 2018; does that
25 sound about right?

Page 11

Yvette Wang

2  A. 2018.  That's right, December 2017.
3  Q. So shortly before January you would
4  have been introduced to Eastern Profit?
5  A. Yes.
6  Q. What did Mr. Guo tell you about
7  Eastern Profit when he introduced you to that
8  company?
9  A. He told me this is another party of
10 this contract, and then he gave me the name.
11 And that's it.
12 Q. When you say "another party of the
13 contract," what are you referring to?
14 A. Another party.  The client of this
15 contract.
16     MR. SCHMIT:  Just so the record
17     is clear, could I have this marked as
18     Exhibit 2?
19     (Whereupon, at this time, the
20     reporter marked the above-mentioned
21     research agreement as Wang Exhibit 2
22     for identification.)
23 BY MR. SCHMIT:
24 Q. I'm going to hand you what's been
25 marked as Exhibit 2.

Page 12

Yvette Wang

2  Do you recognize that document?
3  A. Yes.
4  Q. What is it?
5  A. It's the contract signed between
6  Eastern Profit and Strategic Vision.
7  Q. And in your answers up until now,
8  you've been saying the other party to the
9  contract.  You're referring to the contract
10 that I just marked as Exhibit 2?
11 A. Correct.
12     MR. GRENDI:  Objection to the
13     form.
14     You can answer.
15 Q. When Mr. Guo introduced you to
16 Eastern Profit, did he hand you the contract?
17 A. I don't understand what you mean,
18 hand me the contract?
19 Q. How did he say -- what did he say
20 when you first heard the words Eastern Profit
21 or first heard of the entity?
22 A. I remember that happened before I
23 went to Virginia to discuss about this
24 contract.  By then I was request to negotiate
25 this contract.  Then I ask who is the client.

Page 13

Yvette Wang

2  Then I had that, this name.
3  Q. So you were negotiating the contract
4  on behalf of Mr. Guo initially?
5     MR. GRENDI:  Objection of the
6     form.
7     You can answer.
8  A. I will listen to my lawyer.
9     MR. GRENDI:  I said you can
10    answer.
11 Q. No, no, you can answer.  Unless he
12 tells you not to answer, you have to answer.
13 Objections are just for the record.
14 A. Okay.  Correct.
15 Q. And then at some point Mr. Guo said,
16 The actual entity that's going to enter the
17 contract is Eastern Profit, right?
18 A. Correct.
19 Q. So initially, when you were
20 negotiating in Virginia, you were speaking on
21 behalf of Mr. Guo; is that a fair statement?
22     MR. GRENDI:  Objection, you can
23     answer.
24     MS. TESKE:  Objection.
25 A. Correct.

Page 14

Yvette Wang

2     Q.  And then at some point prior to
3  execution, he said the party we're going to
4  put in the contract is Eastern Profit, right?
5          MR. GRENDI:  Objection.
6          You can answer.
7     A.  I don't remember that.
8     Q.  So what did he finally tell you when
9  he introduced you to Eastern Profit?
10    A.  Because I am a project manager.  I
11 have to have enough information for a
12 project.  So I request the necessary
13 information to finish this contract.  Then he
14 gave me this name.
15    Q.  What information did you request of
16 Mr. Guo in order to finish this project?
17    A.  At least who is the client or who is
18 the vendor.
19    Q.  So when you asked him who the client
20 or the vendor was, he said Eastern Profit; is
21 that fair?
22    A.  Correct.
23    Q.  What did he tell you about Eastern
24 Profit at that time?
25    A.  I don't remember.

Page 15

Yvette Wang

2     Q.  Did you ask anything?
3     A.  No.
4     Q.  Up until that point, had you ever
5  heard of Eastern Profit before?
6     A.  I don't remember I heard about that.
7     Q.  Sitting here today, you think that
8  may have been the first time you ever heard
9  of Eastern Profit?
10    A.  You mean by then?
11         MR. GRENDI:  Objection to the
12      form.
13         You can answer, go ahead.
14    A.  You mean by this time, December
15 2017?
16    Q.  Yes.
17    A.  Yes.
18    Q.  So as far as you can recall, that's
19 the first time you ever heard of Eastern
20 Profit?
21    A.  Correct.
22    Q.  Did Mr. Guo tell you anything about
23 Eastern Profit?
24    A.  I don't remember.
25    Q.  What does Eastern Profit do?

Page 16

Yvette Wang

2          MR. GRENDI:  I'll just remind
3      everyone of the objection as to the
4      topics that the witness has been
5      prepared to testify about, and this
6      outside the topics.  But you can go
7      ahead and answer.
8          MR. SCHMIT:  This is well
9      within the topics, but you stated
10     your objection.
11    Q.  What does Eastern Profit do?
12    A.  I do not know.
13    Q.  Does Eastern Profit have a board of
14 directors?
15    A.  I don't know.
16    Q.  Are you employed by Eastern Profit?
17    A.  No, I'm not.
18    Q.  Are you an officer or director of
19 Eastern Profit?
20    A.  I am not.
21    Q.  Have you ever met anybody or spoken
22 on the phone with anybody who is employed by
23 Eastern Profit?
24    A.  No, I didn't.
25    Q.  Have you ever met anybody or spoken

Page 17

Yvette Wang

2  on the phone with anybody that you understood
3  to be an officer or director of Eastern
4  Profit?
5     A.  No, I didn't.
6     Q.  Since you executed the contract on
7  behalf of Eastern Profit, has anybody told
8  you anything about what Eastern Profit does?
9     A.  You mean business?
10    Q.  Anything.  However you want to
11 characterize it.
12    A.  If I recall a little bit, I'm not
13 sure, Mr. Guo said Eastern Profit is a kind
14 of, like, investment company.  But I didn't
15 ask further what is that.
16    Q.  Do you know where Eastern Profit is
17 based?
18    A.  Hong Kong.
19    Q.  Does it have an office there?
20    A.  I don't know.
21    Q.  Again, do you know if there are any
22 employees in Hong Kong?
23    A.  Eastern Profit employee?
24    Q.  Yes.
25    A.  No, I didn't.

Page 18

Yvette Wang

1
2      Q.   You don't know whether there are or
3  aren't?
4      A.   What is your question, I don't
5  understand?
6      Q.   In Hong Kong, are there any, just to
7  be clear, are there any employees of Eastern
8  Profit in Hong Kong?
9      A.   I didn't request, I didn't research.
10     Q.   When he said it was an investment
11 company, did you ask what type of
12 investments?
13     A.   No, I didn't.
14     Q.   Who are you employed by, Ms. Wang?
15     A.   Golden Spring New York Limited.
16     Q.   What is that company?
17     A.   Family office.
18     Q.   Family office for who?
19     A.   For clients.
20     Q.   I just want to make sure, what's
21 your definition of a family office?
22     A.   Family office, my definition?
23     Q.   Yes.
24     A.   Work for projects come from family
25 and the family's partner, friends,

Page 19

Yvette Wang

1
2  associates.
3      Q.   When you say "family," who are you
4  referring to?
5          MR. GRENDI:  Objection.  Again,
6      I just want to restate my earlier
7      general objection.
8          You can answer.
9          MR. SCHMIT:  What's your
10     earlier general objection?
11         MR. GRENDI:  Outside the scope
12     of the list of items in the
13     attachment to 30(b)(6).
14         MR. SCHMIT:  Golden Spring,
15     just so it is clear, verified the
16     interrogatories in this case.
17         MR. GRENDI:  I understand that.
18     Q.   You can answer.
19         MR. GRENDI:  You can answer.
20     Q.   Whose family?
21     A.   A family come from Mainland of China
22 and Hong Kong.
23     Q.   And what is the name of the family?
24     A.   I cannot disclose that.
25     Q.   Is it Mr. Guo's family?

Page 20

Yvette Wang

1
2      A.   I cannot disclosure that.
3      Q.   Does Mr. Guo review directions at
4  Golden Spring?
5      A.   Sorry?
6      Q.   Does Mr. Guo tell you what to do
7  when you're working on behalf of Golden
8  Spring?
9      A.   No.
10     Q.   Who does?
11     A.   China Golden Spring Group, Hong Kong
12 Limited.
13     Q.   Where are they located?
14     A.   Hong Kong.
15     Q.   Who speaks on behalf of that entity?
16         MR. GRENDI:  Objection, again.
17     We're really getting far afield of
18     what this deposition is supposed to
19     be about.
20         MR. SCHMIT:  You know, I don't
21     think we're getting far afield at
22     all.  But to be perfectly honest, we
23     have a 30(b)(6) witness brought in on
24     behalf of the plaintiff in this case
25     that apparently doesn't know anything

Page 21

Yvette Wang

1
2  about the plaintiff.  And this
3  company that I'm asking about now,
4  verified as attorney in fact the
5  interrogatories on behalf of the
6  plaintiff.
7          MR. GRENDI:  Right.  They're
8      obviously the attorney in fact
9      relationship is disclosed.  So that's
10     clear.  If you want to have a
11     discussion, I think, off the record,
12     maybe we can discuss the problems
13     that you're having here.  But I
14     really want to get this deposition on
15     track as to what this contract was
16     about and how it was negotiated.
17         MR. SCHMIT:  We're getting
18     there, we're getting there.  We are.
19     I just want to make sure we
20     understand who all the entities are.
21 BY MR. SCHMIT:
22     Q.   Are there other employees for Golden
23 Springs New York LTD in New York?
24     A.   Sorry, what is your question?
25     Q.   You work for this entity, Golden

Page 22

Yvette Wang

1     Springs, correct?
2     A.  Yes.
3     Q.  Are there other employees?
4         MR. GRENDI:  Objection.  You
5     can answer.
6     A.  In New York?
7     Q.  In New York.
8     A.  I don't answer this.  But because,
9     you know, I try to save everyone's time, so,
10    yes, they do have employees here.
11    Q.  Where is it?  Is there an office?
12    A.  Yes.
13    Q.  Where is the office located?
14    A.  800 Fifth Avenue.
15    Q.  How many employees are there for
16    this entity?
17    A.  12 now, I think, 12.
18    Q.  Does Mr. Guo work for this entity?
19    A.  No.
20    Q.  Why did Golden Springs verify the
21    interrogatories in this case?
22        MR. GRENDI:  Objection.
23        You can answer.
24    A.  I don't understand your question.

Page 23

Yvette Wang

1     Q.  Why did --
2         MR. SCHMIT:  Let's have this
3     marked as Exhibit 3.
4         (Whereupon, at this time, the
5     reporter marked the above-mentioned
6     responses and objections to
7     interrogatories as Wang Exhibit 3 for
8     identification.)
9  BY MR. SCHMIT:
10    Q.  I'm handing you what's been marked
11    for your deposition as Exhibit 3.
12    A.  Thank you.
13    Q.  Do you recognize that document?
14    A.  Yes.
15    Q.  Turn to the second to last page.  Do
16    you see that, the verification?
17    A.  Yes.
18    Q.  Is that your signature there?
19    A.  Yes.
20    Q.  And it says, Yvette Wang, President,
21    do you see that?
22    A.  Yes.
23    Q.  And then up above it says Golden
24    Spring New York LTD.  I assume your title is

Page 24

Yvette Wang

1     president with Golden Spring LTD, right?
2     A.  You're right.
3     Q.  Why did you verify the
4     interrogatories in this fashion?
5         MR. GRENDI:  I'm just going to
6     object to the form, and -- well,
7     if -- go ahead and answer if you can.
8     A.  Because I was project manager of
9     this contract (indicating).
10    Q.  And does Golden Spring LTD have any
11    contractual relationships with Eastern
12    Profit?
13    A.  No.
14        MR. GRENDI:  Objection.  I
15    mean, I think that needs to be
16    clarified and I think there's a
17    document that will clarify that.
18        Can we go off the record
19    briefly?
20        MR. SCHMIT:  Yes, sure, why
21    not?
22        MR. GRENDI:  Do you want to
23    step outside?
24        MR. SCHMIT:  You want to talk

Page 25

Yvette Wang

1     with me?
2         MR. GRENDI:  With you, yes.
3         (Whereupon, a brief recess was
4     taken.)
5         MR. GRENDI:  Just in the
6     interest of clarifying the record, as
7     I think there is just an error there,
8     there is a relationship between
9     Golden Spring and Eastern Profit
10    Corporation, there's a limited power
11    of attorney.  That document, we're
12    happy to produce that to clarify this
13    issue.  But I think the answer that
14    there's no relationship between
15    Eastern Profit and Golden Spring was,
16    obviously, just kind of a mistake
17    made by a witness that's not an
18    attorney.
19        So we will produce that
20    document shortly.  I don't have it on
21    me.
22 BY MR. SCHMIT:
23    Q.  Ms. Wang, have you seen this power
24    of attorney document?

Page 26

```
 1                Yvette Wang
 2       A.  Yes.
 3       Q.  Do you recall who signed it on
 4  behalf of Eastern Profit?
 5       A.  I don't remember that.  It's a long
 6  time ago.  If you have it -- I don't
 7  remember.
 8            MR. GRENDI:  I believe the
 9       document will clarify that.
10            MR. SCHMIT:  Can you help, for
11       the record, and say who executed it?
12            MR. GRENDI:  I know him as
13       Hank.  His full name is -- it's in
14       the interrogatory responses.  Let me
15       see, I want to make sure I get it
16       right for the record.  C-H-U-N-G,
17       U-A-N-G, H-A-N.  That's my
18       recollection.
19  BY MR. SCHMIT:
20       Q.  If you can turn to Exhibit 3, second
21  page, do you see the second interrogatory,
22  number 2?
23       A.  Yes.
24       Q.  It says identify the principals of
25  Eastern.
```

Page 27

```
 1                Yvette Wang
 2       Do you see that?
 3       A.  Yes.
 4       Q.  And then that's Mr. Han, your
 5  attorney just spelled into the record, right?
 6            MR. GRENDI:  Objection, but,
 7       yes, go ahead.
 8       A.  Yes.
 9       Q.  Is that the only principal of
10  Eastern that you're aware of?
11       A.  From here, yes.
12       Q.  Are you aware of any other
13  principals of Eastern Profit?
14       A.  No.
15       Q.  Have you ever met Mr. Han?
16       A.  We met before.
17       Q.  Where does he reside?
18       A.  Sorry?
19       Q.  Where does he live?  Where does he
20  reside?
21       A.  I don't know.
22       Q.  Where did you meet him?
23       A.  New York.
24       Q.  Do you know if he resides in the
25  States, the United States?
```

Page 28

```
 1                Yvette Wang
 2       A.  I didn't ask.
 3       Q.  Did he explain to you what his
 4  relationship with Eastern Profit was?
 5       A.  He didn't explain.
 6       Q.  Do you have any idea why he would
 7  execute a power of attorney for Eastern
 8  Profit?
 9       A.  Because we provide service, Golden
10  Spring.
11       Q.  Service to who?
12       A.  Service to the client.
13       Q.  Who is the client?
14       A.  Eastern Profit.
15       Q.  Does Eastern Profit provide Golden
16  Spring with any compensation?
17       A.  Not now, not yet.
18       Q.  When you say "not now," will they at
19  some time in the future or have they at some
20  time in the past?
21            MR. GRENDI:  Objection of form.
22            You can answer.
23       A.  No.
24       Q.  And what did you mean by not now?
25            MR. GRENDI:  Objection.
```

Page 29

```
 1                Yvette Wang
 2       You can answer.
 3       Q.  You can answer.
 4       A.  Oh.
 5            MR. GRENDI:  You can answer,
 6       I'm sorry.
 7       Q.  Yes.  He's just making an objection
 8  for the record.  It's for him and I to work
 9  out later, if necessary.
10       A.  Okay.  Because Golden Spring didn't
11  sign any contract with Eastern.  So I don't
12  know there is any payment or any, like,
13  payment, yeah.
14       Q.  Does Eastern Profit have a bank
15  account anywhere?
16       A.  I don't know.
17       Q.  Why did Eastern Profit enter into
18  this contract?
19       A.  I don't know.
20       Q.  But Mr. Guo told you Eastern Profit
21  was going to be the client that should be put
22  in the contract, right?
23       A.  Correct.  Mr. Guo said he is the
24  advisor and consultant to Eastern.  So that's
25  why he communicated and told me Eastern
```

Page 30

Yvette Wang

1    should be in this contract.
2        Q.  Did he say what he was advising or
3    consulting Eastern Profit on?
4        A.  He didn't say that clearly, but I
5    remember he mentioned about, like, strategy
6    or some investments, something like that.
7        Q.  Tell me, when did he give this
8    explanation?
9        A.  I don't remember that clearly.
10   Should be in December or January, right
11   before or after this contract signed.
12       Q.  What was the purpose of the
13   contract?
14       A.  Investigation service.
15       Q.  Investigation of what?
16       A.  Information.
17       Q.  What kind of information?
18       A.  Let me review the contract again.
19           (Witness peruses document.)
20       Q.  You can't answer that question
21   without looking at the contract?
22       A.  I can.
23       Q.  I mean, you're welcome to look at
24   it, but what was being investigated pursuant

Page 31

Yvette Wang

1    to the contract?
2        A.  Financial, forensic, historical
3    research, current tracking research, social
4    media research.
5        Q.  Of what?
6        A.  Of what?  I don't understand your
7    question.
8        Q.  I mean, those are general areas, but
9    what's being researched?  Buildings, people,
10   plants, animals?  What's being researched?
11       A.  People.
12       Q.  How were the people identified that
13   were going to be researched?
14           MR. GRENDI:  Objection.  I just
15       want to hop in here.  We may be,
16       obviously, designating portions of
17       this deposition confidential.  I just
18       want to put that on the record,
19       something I should have said at the
20       outset, and obviously applies
21       retroactively to the beginning.
22           Go ahead and answer.
23       A.  The people they are Strategic Vision
24   called them fish, F-I-S-H.

Page 32

Yvette Wang

1        Q.  You use that term as well, correct?
2        A.  Yes.  That is Strategic Vision
3    request me to use.
4        Q.  What did you understand fish to
5    mean?
6        A.  Target people, human beings.
7        Q.  But Strategic Vision wasn't
8    identifying anybody to be researched, that
9    was Eastern Profit, right?
10       A.  Correct.
11       Q.  So who was Eastern Profit
12   identifying to be researched and why?
13       A.  Some individual who are highly
14   corrupted, Chinese people.
15       Q.  Corrupted in whose view?
16           MR. GRENDI:  Objection.
17           You can answer.
18       A.  I don't understand your question.
19       Q.  What do you mean by corrupted?
20       A.  Corrupted, they are Chinese high
21   level official, or some of them they are high
22   level and some of them are official,
23   government official, and their family.  They
24   are suspected to have huge illegal criminal

Page 33

Yvette Wang

1    assets in other country, which they steal
2    from Chinese government and Chinese people.
3        Q.  And when you say "other country,"
4    what are you referring to?
5        A.  Other country means outside of the
6    Mainland of China.
7        Q.  And these people, were they -- are
8    they members of the Communist party?
9        A.  Some of them, they are.
10       Q.  And who identified these people?
11           MR. GRENDI:  Objection.
12           You can answer.
13       A.  Mr. Guo.
14       Q.  And from where did Mr. Guo get his
15   information?
16       A.  I don't know.
17       Q.  You never asked?
18       A.  No.
19       Q.  Did he ever say why certain
20   individuals were being identified?
21       A.  I didn't ask.  But if you want, you
22   can follow his social media.  He talks a lot
23   in there.
24       Q.  About what he's doing and why he's

Page 34

Yvette Wang

1
2    doing it?
3        A.  Yes.
4        Q.  What is your understanding, though,
5    of what he is doing and why he's researching
6    these people?
7            MR. GRENDI:  Objection.
8            You can answer.
9        A.  I don't understand.  What is your
10   question?
11       Q.  Well, what is your understanding?
12       A.  My understanding?
13       Q.  Of why he's investigating these
14   people.
15       A.  Oh, okay.  He needs the information
16   about these people to whistle blow and
17   disclosure their crime.  So Chinese
18   government, and even other countries'
19   authorities, they can take action to this
20   corrupted criminal, Chinese official.
21       Q.  So your understanding was the
22   research would be reported back to China?
23       A.  I don't know that.
24       Q.  How was he going to do what you just
25   said?

Page 35

Yvette Wang

1
2        A.  What is your question?
3        Q.  How was Mr. Guo going to help report
4    or whistle blow on these individuals?
5            MR. GRENDI:  Objection.
6            You can answer.
7        A.  I didn't ask.  And I don't know.
8    But from what he has done on his media, his
9    social media, and he probably, I mean,
10   explained to the public, I don't know, this
11   is all my guess.
12           MS. TESKE:  Can I add my
13       objection to that question?  Thank
14       you.
15       Q.  Who besides you assisted on this
16   project for Mr. Guo?
17           MS. TESKE:  Objection.
18           MR. GRENDI:  Objection.  You
19       can answer.
20       A.  I heard there's a gentleman called
21   Mr. Han Lianchao, H-A-N, L-I-A-N-C-H-A-O.
22       Q.  Did you work with anybody else on
23   this project other than Mr. Guo?
24           MR. GRENDI:  Objection.  You
25       can answer.

Page 36

Yvette Wang

1
2        A.  No.
3        Q.  Was anybody else from Golden Springs
4    involved in this project?
5            MR. GRENDI:  Objection.  You
6        can answer.
7        A.  No.
8        Q.  How did Eastern Profit identify
9    these individuals?
10       A.  I don't know.
11       Q.  You never asked?
12       A.  No.
13       Q.  Mr. Guo never said, This is where we
14   got this list of corrupt people?
15       A.  No.
16       Q.  Is Mr. Guo a member of the Communist
17   Party?
18       A.  No.
19           MR. GRENDI:  Objection.  You
20       can answer.
21           MS. TESKE:  Objection.
22       A.  No.  I'm allowed to answer that.
23       Q.  Are you a member of the Communist
24   Party?
25       A.  I was before.

Page 37

Yvette Wang

1
2        Q.  When did your affiliation with the
3    Communist Party end?
4            MR. GRENDI:  Objection.  You
5        can answer.
6        A.  Five years ago, about.  Five or six,
7    yes.
8        Q.  Do you know why Mr. Guo cares if
9    these individuals are committing crimes
10   against the Chinese government?
11           MR. GRENDI:  Objection.  You
12       can answer.
13       A.  It's a big question, but I love to
14   answer.  And if you follow all the media,
15   including New York Times, Washington Post,
16   Wall Street Journal, all of this, big media
17   internationally, and his own social media,
18   you will have the answer.
19       Q.  How about you provide me with your
20   answer?
21       A.  Because he spoke out on behalf of a
22   Chinese outrage, common people, about the
23   corruption of Chinese certain high official.
24   There's no rule of law and democracy in
25   Mainland of China.  And Chinese outrage

Page 38

1                    Yvette Wang
2    people, they deserve, and they urgently,
3    hungrily need that.
4            So he believed what he has been
5    doing until now, since two years ago, is for
6    justice and for rule of law, democracy of
7    China.
8    Q.  You keep saying certain high
9    official.  Is there a particular individual
10   you're referring to?
11           MR. GRENDI:  Objection.  I just
12       want to again --
13   A.  I would love to answer.
14   Q.  You could answer.
15           MR. GRENDI:  I wasn't going to
16       say that you can't.  Do we want to
17       put the names of individuals that are
18       going to be potentially more targets
19       of this research contract on the
20       record?
21           MR. SCHMIT:  Well, I just want
22       to make sure.
23   Q.  You're saying one high official, you
24   keep saying, in your answer.  Are you
25   referring -- how about a yes or no?  Are you

Page 39

1                    Yvette Wang
2    referring to a particular individual?
3            MR. GRENDI:  Objection to the
4        form.
5            You can answer.
6    A.  From New York Times and Washington
7    Post, Wall Street Journal reported about Mr.
8    Guo, I know he whistle blow a lot about
9    Chinese vice president, somehow, yes.  If you
10   read article, you can have answer.
11   Q.  But is that who you were referring
12   to?
13   A.  I don't understand your question.
14   Q.  In your answer, you keep saying
15   singular, high official.
16   A.  Singular?
17   Q.  I just want to make sure.
18   A.  Maybe my English too broken.  I
19   didn't say singular.  What do you mean
20   singular?
21   Q.  As in one person as opposed to many,
22   as opposed to plural?
23   A.  Many, many, yes.
24   Q.  So when you say "high official,"
25   you're referring to the people being

Page 40

1                    Yvette Wang
2    identified to be investigated, right?
3    A.  Yes.
4            MR. GRENDI:  Objection.  You
5        can answer.
6    Q.  The entity ACA Capital Group
7    Limited, are you familiar with that?
8    A.  I heard this name.
9    Q.  How did you hear this name?
10   A.  From this project.
11   Q.  In what context did the name come
12   up?
13   A.  I don't have that.
14   Q.  Well, how did you hear about it in
15   connection with this project?
16   A.  After that one million was wired to
17   Strategic Vision without contract signed, I
18   heard ACA trying to fix this mistake.  And
19   then this name came to me.
20   Q.  Prior to them wiring a million
21   dollars to Strategic Vision, you had never
22   heard of ACA Capital?
23   A.  No, I didn't.
24   Q.  Do you know why they wired a million
25   dollars to Strategic Vision?

Page 41

1                    Yvette Wang
2    A.  I don't know, but with this contract
3    that's supposed to be the deposit to this
4    contract.
5    Q.  But why did ACA Capital Limited send
6    the money?
7            MR. GRENDI:  Objection, you can
8        answer.
9    Q.  As opposed to, say, Eastern Profit?
10           MR. GRENDI:  Objection.  You
11       can answer.
12           MR. SCHMIT:  What is the
13       objection on that one?  I'm being
14       pretty liberal about not getting into
15       this debate, but there have been a
16       lot of objections that are
17       questionable, to say the least.
18           MR. GRENDI:  There is a lack of
19       clarity in the form.
20           MR. SCHMIT:  There is?  What is
21       it?  I'd like to meet it.
22           MR. GRENDI:  I mean, I think
23       you're indicating that -- well, you
24       know what --
25           MR. SCHMIT:  I asked why?

Page 42

Yvette Wang

1                    Yvette Wang
2         MR. GRENDI:  I mean, what, as
3    to --
4         MR. SCHMIT:  It's kind of a
5    standard question.
6         MR. GRENDI:  You want me to
7    explain why your question is a little
8    bit incomplete?  I don't want to --
9         MR. SCHMIT:  No, if there's a
10   form and I can clarify it somehow for
11   you or the witness, I'd like to do
12   so.
13        MR. GRENDI:  Well, I'll allow
14   it to go forward, but I just think
15   it's not necessarily an accurate
16   reflection of what's going on here.
17   But go ahead.
18        MR. SCHMIT:  Can you read the
19   question for the witness?
20   (Whereupon, at this time, the requested
21   portion was read by the reporter.)
22   A.  Why?  Right?
23   Q.  Yes.
24   A.  From my understanding, that was the
25   deposit to this research equipment.  Before

Page 43

1                    Yvette Wang
2    the research equipment was officially signed,
3    and that was a kind of mistake, shouldn't
4    happen.  Because there was even not a
5    contract at all by then.
6    Q.  You mean a contract hasn't been
7    executed at all by then?
8    A.  Signed, executed, correct.
9    Q.  Right.  Because the wire from ACA
10   Capital came a few days before January 6th,
11   right?
12   A.  January 6th, correct.
13   Q.  Which is the day the contract was
14   actually executed, right?
15   A.  You are right.
16   Q.  But I'm going to go back to my
17   question.
18        Why did ACA Capital Limited send
19   money that you're saying is pursuant to a
20   contract that ACA Capital Limited never
21   signed, ever?
22   A.  So you are asking why, right?
23   Q.  Why.
24   A.  I heard there is a loan between
25   Eastern Profit and ACA.

Page 44

1                    Yvette Wang
2    Q.  A loan?
3    A.  Yes.
4    Q.  Who told you about this loan?
5    A.  Both Mr. Guo.  And if I remember
6    correctly, Mr. Han.
7    Q.  What is the loan?
8    A.  I don't know.
9    Q.  But Eastern Profit had loaned money
10   to ACA Capital?
11   A.  Borrow money from ACA Capital.
12   Q.  How much did they borrow?
13   A.  I don't know.
14   Q.  Was the idea that Eastern Profit was
15   going to have to pay this million dollars
16   back to ACA Capital?
17   A.  They called this is a loan,
18   officially there should be a payback, in my
19   understanding.
20   Q.  In other words, at some point ACA
21   Capital is going to want that million dollars
22   back from Eastern Profit?
23   A.  You are right.
24   Q.  Why did ACA Capital agree to provide
25   the funds to Eastern Profit?

Page 45

1                    Yvette Wang
2    A.  There was a loan.
3    Q.  But why did they agree to enter into
4    the loan for this contract?
5    A.  I don't know.
6    Q.  You don't know why they didn't?
7    A.  No.
8    Q.  Is there documentation to support
9    this loan?
10   A.  I requested there should be some
11   documents.
12   Q.  Have you ever seen the documents
13   supporting this loan?
14   A.  I didn't see that.
15   Q.  You did not see it?
16   A.  No.
17        MR. SCHMIT:  Obviously, if
18    there's any documents supporting this
19    loan, we'd ask that they be produced.
20        MR. GRENDI:  Request noted.
21   Q.  What is ACA Capital Limited?
22   A.  I heard it's a fund management
23   company, assets management company, something
24   like that.
25   Q.  Where is it located?

Page 46

Yvette Wang

1          Yvette Wang
2     A.  I heard it's located in Hong Kong.
3     Q.  Have you ever spoken with anybody
4  from ACA Capital Limited?
5     A.  No.
6     Q.  Does Golden Springs do business with
7  ACA Capital Limited?
8          MR. GRENDI:  Objection.  You
9     can answer.
10    A.  No.
11    Q.  Is Mr. Guo affiliated with ACA
12 Capital Limited at all?
13    A.  I don't know.
14    Q.  Has there been any communications
15 with ACA Capital Limited since this lawsuit
16 began?
17    A.  You mean the communication between
18 who and who?
19    Q.  Eastern Profit and ACA Capital
20 Limited.
21    A.  I don't know.
22    Q.  Nobody has informed you of any?
23    A.  No.
24    Q.  You don't know if ACA Capital has
25 inquired about where the million dollars is

Page 47

Yvette Wang

1  or anything along those lines?
2     A.  They didn't tell me, but I heard
3  from Mr. Guo that there was a loan, and they
4  are asking the money back.  But, obviously,
5  that conversation might happen in Hong Kong,
6  which I was not involved.
7     Q.  But Mr. Guo informed you that they
8  are probably asking for the money back?
9     A.  Correct.
10    Q.  Do you know what the terms of the
11 loan were?
12    A.  I don't know.
13    Q.  Are they asking for the money back
14 because the term -- the contract was
15 terminated?
16    A.  Obviously --
17         MR. GRENDI:  Objection of form.
18         You can answer.
19    A.  Obviously, correct.  Because this
20 contract produced nothing.
21    Q.  By the way, is that why ACA Capital
22 Limited is asking for the money back, do you
23 know that?
24         MR. GRENDI:  Objection to the

Page 48

Yvette Wang

1  form.
2          You can answer.
3     A.  I don't know.
4     Q.  Does Golden Springs work for any --
5  do any work for any clients unaffiliated with
6  Mr. Guo?
7     A.  I don't understand your question.
8  What is your question?
9     Q.  Are there any clients other than
10 companies that Mr. Guo brings to Golden
11 Springs that Golden Springs does work for?
12         MR. GRENDI:  Objection.  I just
13    want to clarify, which Golden Spring?
14         MR. SCHMIT:  New York Golden
15    Spring, that the witness is an
16    employee of.
17    A.  So you're asking Golden Spring's
18 clients?
19    Q.  Yes.
20    A.  I cannot disclosure that.  But you
21 ask, is there any clients of Golden Spring
22 who was or were introduced by Mr. Guo?
23    Q.  No, that were not.  I mean, are all
24 the clients brought to your Golden Spring by

Page 49

Yvette Wang

1  Mr. Guo?
2     A.  Oh, is there any --
3          MR. GRENDI:  Objection.
4     A.  Is there any other client, right?
5  Brought by Mr. Guo to Golden Spring,
6  introduced, you mean, right?
7     Q.  Why don't you answer that question,
8  we'll start there.
9          MR. GRENDI:  Objection.
10    Q.  Just a yes or no.
11         MR. GRENDI:  I don't understand
12    this question.
13         MR. SCHMIT:  She's asking me --
14    she's got a question in mind.  She
15    can answer it and we will get beyond
16    it.
17    A.  Sorry, I don't mean to be rude, but
18 I need to know the question.
19    Q.  Okay.  Your company, Golden Springs
20 does work for clients, right?
21    A.  Correct.
22    Q.  You've referred to Golden Springs as
23 a family office, correct?
24    A.  Correct.

Page 50

Yvette Wang

1
2     Q.  Are any of Golden Springs' clients
3  from a source other than Mr. Guo?
4          MR. GRENDI:  Objection.  This
5      has no relevance to this.
6          MR. SCHMIT:  It does.  They
7      signed the interrogatories and we're
8      not getting much information on
9      anything else.  I have to try to work
10     through these issues and find out
11     what's going on here.
12         MR. GRENDI:  You're asking
13     about clients other than the parties
14     that are involved in this action.
15         MR. SCHMIT:  I haven't asked
16     for the identification.
17     Q.  I want to know, is Golden Springs
18  Mr. Guo's family office?
19     A.  No.
20     Q.  Then are there other clients for
21  Golden Springs that are introduced by
22  individuals or come from sources other than
23  Mr. Guo?
24     A.  Yes, we do have.
25     Q.  Now, the family that you work for is

Page 51

Yvette Wang

1
2  located in Mainland China?
3     A.  And Hong Kong.
4     Q.  And it is a single family?
5     A.  Not only one family.
6          MR. SCHMIT:  Can I get this
7      marked as Exhibit 4?
8          (Whereupon, at this time, the
9      reporter marked the above-mentioned
10     research agreement as Wang Exhibit 4
11     for identification.)
12  BY MR. SCHMIT:
13     Q.  I'm going to hand you what's been
14  marked as Exhibit 4.  It's entitled research
15  agreement, January 1, 2018.  And it's Eastern
16  1 through Eastern 4.
17     Do you have that in front of you?
18     A.  Yes.
19     Q.  Have you ever seen this document
20  before?
21     A.  Yes.
22     Q.  Who produced -- I mean, not --
23  Eastern indicates you guys produced it in
24  this litigation.  But do you know who drafted
25  or generated this document?

Page 52

Yvette Wang

1
2     A.  I heard this was drafted by
3  Strategic Vision.
4     Q.  Now, you heard that; who did you
5  hear that from?
6     A.  Mr. Guo.
7     Q.  Did Mr. Guo hand it to you and say,
8  This is a draft prepared by Strategic Vision?
9     A.  Yes.
10     Q.  What did he say about it, anything
11  in particular?
12     A.  He said he wants me to review and to
13  finish this contract.
14     Q.  And did you do that?
15     A.  Yes.
16     Q.  During the review process, did you
17  have conversations with Mr. Guo?
18     A.  I did.
19     Q.  Generally speaking, what were the
20  tenure of these conversations as you drafted
21  the -- as you filled in and finished the
22  contract?
23     A.  Sorry, can I ask you, what is your
24  question?
25     Q.  Just tell me about the conversations

Page 53

Yvette Wang

1
2  you had with Mr. Guo as you filled in and
3  finished the contract.
4     A.  He asked me to review the contract,
5  and he mentioned about, like, the deposit,
6  like price and he explained his request to
7  me, asking me to check whether that is
8  already included in the contract.
9     Q.  Whether the deposit and price were
10  included?
11     A.  The terms, including the deposit,
12  payment, whether they are correct, whether
13  they are included in the contract.
14     Q.  Now, how would you know whether they
15  were correct or not?  Did he tell you what
16  they should be?
17     A.  Yes.
18     Q.  And did you conclude they were
19  correct or were they included in the
20  contract?
21     A.  I reviewed and something was not the
22  same with what he told me.  So I explained to
23  him and he asked me to finish the review and
24  try to revise it.
25     Q.  And what was that issue?

Page 54

Yvette Wang

1    A.  I don't remember that clearly.  It's
2  about Strategic Vision called a waterline.
3  Mr. Guo, he doesn't like that.  And in his
4  understanding, that should not be a
5  waterline, which is defined by Strategic
6  Vision.
7    Q.  And what was your understanding of
8  what was meant by waterline?
9    A.  Strategic Vision, Ms. Wallop told me
10  and that is a waterline in the tank which can
11  keep the project and team, her team, working
12  and produce the reports.  By short term,
13  waterline means money.  And Strategic Vision,
14  I mean, Ms. Wallop requested a certain amount
15  of money paid, which maintain her team and
16  her research.
17    But the argument is, Mr. Guo, he
18  would like to keep, we call it a la carte.
19  Like, I need how many reports, I pay how many
20  reports.  If I don't need that amount of
21  reports, and we should not go the waterline.
22  The waterline is a, if I may describe it as a
23  lock-in price or lock-in money, which no
24  matter how many reports the client request,


Page 55

Yvette Wang

1  and we have to pay that, which in Mr. Guo,
2  his understanding, is not fair and not
3  practical.
4    Q.  Now, the waterline, is this a
5  reference -- does this have anything to do
6  with the million dollar deposit?
7    A.  No.  One million dollar deposit has
8  nothing to do with waterline.  Waterline is
9  Ms. Wallop and Strategic Vision requested the
10  client of this contract to pay $750,000 per
11  month, no matter how many reports the client
12  requested or Strategic Vision provided.  That
13  money must be paid.
14    And the explanation and the reason
15  Ms. Wallop explained to me many, many times,
16  hours, said that waterline permit her to keep
17  her team in our country or other district to
18  investigate.  And that is her common
19  standard, in her business, and in her called
20  this, industry, which in my understanding is
21  her investigation industry and the business.
22    And she repeatedly told me that is
23  already very nice and reasonable waterline to
24  Miles Guo, and that is mandatory to this

Page 56

Yvette Wang

1  project.  So we spent hours, hours, hours to
2  negotiate about this waterline.
3    Q.  And the negotiations, what did they
4  lead to?  What was the final agreement in
5  your view?
6    A.  We had, I remember, we had totally
7  three meetings.  And by the end, compromised.
8    Q.  How did you compromise?  Is it
9  reflected in the final agreement?
10    A.  Correct.
11    Q.  Why don't you pull out the final
12  agreement and show me where that compromise
13  is reflected?  It's Exhibit 2.
14    A.  So you want me to explain what is
15  compromise?
16    Q.  Well, I asked you whether the
17  compromise -- you said there was a
18  compromise.  And I asked you if it was in the
19  final agreement.  I believe you said yes?
20    A.  Yes, I said that.
21    Q.  Now you've got the final agreement
22  in front of you and I would like you to point
23  out where it is reflected.
24    (Witness peruses document.)

Page 57

Yvette Wang

1    A.  Yes, it's on page 4.  If you see
2  second paragraph, it is agreed by both
3  parties that for the first three months of
4  this agreement, January, February and March
5  2018, that the payment of 750,000 U.S.
6  dollars will be wired per our instruction to
7  our U.S. bank account.  And after that there
8  is a recap term.  What is the recap?  Oh,
9  yes.  It is also agreed by both parties that
10  after the March reports and the payments are
11  made, that all involved parties will meet to
12  recap the accounting.
13    Q.  What does that mean in your view?
14  What is your understanding of that term?
15    A.  That means in the very beginning,
16  Strategic Vision, I mean, Mrs. Wallop
17  requested $750,000 per month for 12 months.
18  And, obviously, the client, I mean, Mr. Guo,
19  they don't like that, and they didn't agree.
20    Q.  They did or did not agree?
21    A.  They did not.  So the compromise
22  here is that recap.  Finally, Mrs. Wallop
23  advised or stressed it for the first three
24  months, please pay 750,000 per month.  And

Page 58

Yvette Wang

1     after the first three months, by the end of
2     March, let's recap.  See, so you guys still
3     pay me 750,000 or there's a lower or higher,
4     she called, waterline.
5        Q.  So the agreement for the first three
6     months it was going to be 750,000 for
7     January, 750,000 for February and 750,000 for
8     March, right?
9        A.  Correct.
10           MR. GRENDI:  Objection.  You
11        can answer.
12        A.  Waterline.
13        Q.  Were those amounts ever paid?
14        A.  No.
15        Q.  That was 750,000 per month, not
16     total, right?
17        A.  Correct.
18        Q.  How about the -- what is your
19     understanding of the fourth paragraph down?
20     The pricing for 30-year units or deliverables
21     per year remains a constant $9 million per
22     year or 750,000 per month for 12 months?
23        A.  You are pointing the correct point.
24     This is Mrs. Wallop called waterline, which

Page 59

Yvette Wang

1     she is able to maintain her investigation
2     team waterlined.  And she said that is
3     mandatory.  That is if you want this project,
4     you have to pay minimum to keep waterline.
5        Q.  In other words, that in part
6     encompassed what it was going to cost
7     Strategic Vision to keep teams out in the
8     field and available in order to do the work
9     for Eastern Profit, right?
10        A.  Based on her explanation, she said,
11     yes, that is professional and that is a
12     mandatory request.
13        Q.  And that ended up in the final
14     contract?
15        A.  Correct.
16        Q.  Whose initials are on the bottom
17     right corner of Exhibit 2?  There seem to be
18     initials on each page.  Whose are those?
19        A.  That is mine.
20        Q.  So is F.C.W., Ms. Wallop's?
21        A.  Yes.
22        Q.  And then the other initial is yours?
23        A.  Correct.
24        Q.  And then on page 5, production

Page 60

Yvette Wang

1     number Eastern 9, that is your signature
2     there, right, on the right-hand side?
3        A.  Correct.
4        Q.  So that was one issue, the waterline
5     we will call it, that Mr. Guo raised with
6     you.
7           Did he raise any other issues when
8     he saw the draft or the incomplete draft?
9        A.  She asked me to check about the
10     deliverable of reports.  In my understanding,
11     when she asked me to check, he was already
12     told by Strategic Vision, I mean Mrs. Wallop,
13     how many reports, how frequency the reports
14     will be provided.
15           So Mr. Guo asked me, because he
16     doesn't read English at all.  So he ask me to
17     check whether that reports deliverable
18     schedule is included in here as his
19     understanding.
20        Q.  Was it?
21        A.  Yes.  Close, almost.
22        Q.  Did you make or request any changes
23     based on what Mr. Guo said?
24        A.  I didn't.

Page 61

Yvette Wang

1        Q.  Was a translation of this document
2     ever provided to Mr. Guo?
3        A.  I orally translated for him.
4        Q.  And he speaks Mandarin?
5        A.  Correct.
6        Q.  So you read line by line and got his
7     okay to the final agreement, right?
8        A.  Correct.
9        Q.  Okay.  What other issues?  There is
10     deliverables, waterline; any other issues
11     that Mr. Guo raised with you?
12           MR. GRENDI:  Objection of form.
13           You can answer.
14        A.  No.  That is the main two parts.
15     Yes.
16        Q.  What about the deposit?  Did he
17     raise any issues with respect to the deposit?
18        A.  Oh, you reminded me.  Because I
19     remember clearly when I went through this
20     draft with Mr. Guo, I pointed out, I said
21     that one million deposit in advance is a lot.
22     Because I am a project manager, so I feel I
23     should remind him, this is a huge amount of
24     money to pay as a deposit.

Page 62

Yvette Wang

1        And I remember Mr. Guo said,
2   Mrs. Wallop and Mike, they are respectful
3   people.  And I trust them.  They are
4   reliable.  And before they even ask three
5   million as a deposit in this contract, now
6   they reduced by one million, and let's just
7   keep that.  I remember that conversation.
8        Q.  So ultimately you agreed to the
9   million dollar deposit, correct?
10       A.  That's right.  As a project manager,
11  you know, I pointed out my concern, if he
12  insisted then I just let it go.
13       Q.  Did you guys ever discuss any
14  mechanism by which you might be able to get
15  that million dollar deposit back if something
16  wasn't done or things didn't work out under
17  the contract?
18       A.  You mean when I was discussing with
19  Mr. Guo?
20       Q.  Or that you heard of or had been
21  educated about.
22       A.  No, I don't remember that clearly.
23       Q.  Do you remember it at all?
24       A.  No.
25

Page 63

Yvette Wang

1        Q.  Now, ultimately, you're saying ACA
2   Capital Limited made the million dollar
3   deposit?
4        A.  Correct.
5            MR. GRENDI:  Objection of form.
6            You can answer.
7        Q.  On whose orders did they do that?
8        A.  I'm sorry, what is your question?
9        Q.  On whose orders did they do that?
10  Why did they do that?
11       A.  I was not involved in that
12  instruction communication.  But I guess it's
13  only my guess, between Eastern and ACA.
14       Q.  Eastern and who?
15       A.  ACA Capital.
16       Q.  Who on behalf of Eastern would
17  have --
18           MS. TESKE:  Objection.
19       A.  Obviously, Mr. Han, from the paper.
20       Q.  Do you know that or have you seen
21  anything that would suggest he gave the order
22  to wire the million dollar deposit?
23       A.  No.  I was not involved in that
24  process.
25

Page 64

Yvette Wang

1        Q.  Did you ever discuss it with Mr.
2   Guo?
3        A.  About what?
4        Q.  The deposit being made.
5        A.  Oh, Mr. Guo send me the receipt, the
6   wire transfer receipt.  And then told me to
7   send a text message to Mrs. Wallop about this
8   one million deposit paid.
9        Q.  And what did -- what was your
10  reaction to getting this receipt, this one
11  million dollar receipt?
12       A.  I was shocked.
13       Q.  Why were you shocked?
14       A.  Because there was even no contract
15  executed and signed.  And the money was
16  already paid.  And in my understanding, this
17  is a huge, huge, mistake.  Accident.
18       Q.  So who did you talk to about that?
19       A.  I texted Mrs. Wallop.
20       Q.  And what did you tell Mrs. Wallop?
21       A.  If you have my Signal message with
22  her, I remember I texted her.  I said, This
23  deposit was already wired to you, even
24  without the contract signed.  And kind of
25

Page 65

Yvette Wang

1   like shows the seriousness.  And if you would
2   like to continue to do this project, and we
3   will stay -- we will stay with our terms
4   which is our negotiation.  I was very insist,
5   if you do not agree, kindly, please, return
6   the one million deposit back, and sorry for
7   the inconvenience.  You have my Signal
8   message.  I remember that.
9        Q.  And when you say the contract as
10  agreed, in other words, no more changes to
11  the contract, we need to sign it as is; is
12  that fair?
13       A.  Correct.  Sign my version.
14       Q.  Okay.  And, ultimately, when you say
15  your version, the one that was existing at
16  the time the million dollars was paid, right?
17       A.  Correct.
18       Q.  Were any changes requested or made
19  to that contract?
20           MR. GRENDI:  Objection.  You
21       can answer.
22       A.  You mean when?
23       Q.  After the million dollars showed up,
24  did Ms. Wallop or anybody else on behalf of
25

Page 66

Yvette Wang

1  Yvette Wang
2  Strategic Vision request any changes?
3      MR. GRENDI:  Objection.  You
4    can answer.
5      A.  They obviously requested and they
6  did, because the version by that wire
7  transfer was made, my version was different
8  from the final version.  This is from
9  Mrs. Wallop, this version (indicating).
10 There was -- there is some difference in
11 there still.
12     Q.  So changes made after the wire was
13 received?
14     A.  Correct.
15     Q.  What changes were those?
16     A.  That first three months waterline
17 must be paid after that recap.  That is the
18 main change.
19     Q.  That's a change you requested,
20 though, right?
21     A.  No.  That was not a change I
22 requested.  Before that, I request a la
23 carte.  Like how many reports, the client
24 buy, pay how much.  There's no waterline.
25     Q.  When did you have that conversation

Page 67

Yvette Wang

1  Yvette Wang
2  with Ms. Wallop?
3      A.  The date is -- contract was signed
4  January 6th; that is one week before that
5  date.  It's very end of December, beginning
6  of January.
7      Q.  Any other changes?
8      A.  No.  Mainly that is the most heavily
9  biggest argument.
10     Q.  Had Ms. Wallop told you that's how
11 it had to be prior to the wire being
12 received?
13     MR. GRENDI:  Objection.  You
14   can answer.
15     A.  Sorry, what is your question?
16     Q.  Did this waterline concept, you had
17 discussed it with Ms. Wallop prior to the
18 wire being received or is this a conversation
19 you guys had after ACA Capital sent the
20 money?
21     A.  Oh, the waterline conversation
22 happened from the first second, from the very
23 beginning.  And let me make it precise.  Even
24 before the one million wired, I mean, from
25 the very beginning, when I was discussing

Page 68

Yvette Wang

1  with her directly.
2      Q.  And Ms. Wallop said from the
3  beginning that with respect -- there has to
4  be this waterline concept?
5      A.  Correct.
6      Q.  And you conveyed that to Mr. Guo?
7      A.  I post a request and message to Mr.
8  Guo.  I told him this is what they call
9  waterline, they must have.
10     Q.  And when would you have given that
11 message to Mr. Guo?
12     A.  You mean when, right?
13     Q.  When, yes.
14     A.  From my first meeting with
15 Mr. Wallop about this project.
16     Q.  About when was that?
17     A.  Sorry, what is the question?
18     Q.  About when was that?
19     A.  What time, right?
20     Q.  Yes.
21     A.  By the very end of December 2017.  I
22 don't remember that date.
23     Q.  So it was December 2017 Ms. Wallop
24 by then had said, Look, there has to be a

Page 69

Yvette Wang

1  waterline.  And you told Mr. Guo this is the
2  position Strategic Vision is taking; is that
3  fair?
4      A.  That is fair.  I remember my first
5  meeting with Ms. Wallop about this project
6  was in the very end of December, in
7  Mrs. Wallop's house in Virginia.  That was
8  our first meeting.  And the waterline problem
9  happened from that moment.
10     Q.  When did you see this final version
11 of the draft, the final agreement for
12 execution?
13     A.  The final version of this contract,
14 the first time I saw was on January 6th, the
15 date which was -- this was signed.
16     Q.  What was your reaction to it?  Who
17 was at that meeting?  Was anybody present?
18     A.  Only Mrs. Wallop and me.
19     Q.  Where did that take place?
20     A.  Ms. Wallop's house, in Virginia
21 home.
22     Q.  And what did you tell Ms. Wallop
23 after you looked at the contract?
24     A.  I remember I went through the

Page 70

Yvette Wang

1
2  contract.  Then I saw that recap after first
3  three months.
4      Q.  And the recap was part of what you
5  had requested, right?
6      A.  No.
7      Q.  Not at all?
8      A.  Not as -- that is not my request at
9  all.  That is Ms. Wallop.  She stressed it,
10  and she put in the draft.  And in my
11  understanding, that was a compromise.  Like,
12  okay, now, let's recap by the end of three
13  months about the waterline.  At least give a
14  chance to recap, instead of request you must
15  pay for all the 12 months, right?  To me,
16  that is a little bit better.  So I feel that
17  is a compromise.
18      Q.  Before signing it, did you pick up
19  the phone and call anybody?
20      A.  I called Mr. Guo.
21      Q.  What did you tell Mr. Guo about that
22  agreement?
23      A.  I told him, I said, This is still
24  not my contract.  Not my version.  And I
25  translated to him briefly about the recap,

Page 71

Yvette Wang

1
2  that part.
3      Q.  And what did he say?
4      A.  He said, you just go ahead to sign
5  it.  And we need this project started.
6      Q.  Are there any other provisions you
7  went over with Mr. Guo on the phone?
8      A.  I emphasized again to him about the
9  report delivery schedule, which is weekly
10  report in the first month, and then there
11  should be a preliminary report for the first
12  month, and then after first month, there
13  should be at least a monthly report every
14  month.  And some of the research, the reports
15  will be based on the request from the client.
16  So that's the two main point I emphasized
17  again to him.
18      Q.  Why did you emphasize the report
19  issue to Mr. Guo?
20      A.  Because that was in the first
21  discussion when I saw this project with Mr.
22  Guo.  And -- yeah, that's the two points he
23  really cares about.
24      Q.  The report and what it was going to
25  cost?

Page 72

Yvette Wang

1
2      A.  Yes.
3      Q.  What did he say in regards to the
4  reports?
5      A.  You mean --
6      Q.  The language, when you told him over
7  the phone, Remember, look, these are the
8  reports, this is when it is going to come in,
9  what was his reaction?
10      A.  You mean by 1/6?
11      Q.  Yes.  As I understand you're having
12  a telephone conversation with him on January
13  6th?
14      A.  You're right.
15      Q.  What did he say about the reports?
16      A.  He said confirmed, okay.
17      Q.  The word "report" appears several
18  times in the agreement.  What is your
19  understanding of the word report?
20      A.  You mean my understanding, personal?
21      Q.  Well, why don't we start with yours
22  and if you have reason to think it's
23  different than Eastern, you can let me know.
24      A.  In my understanding, the report, as
25  the, I mean, project manager, if I may call

Page 73

Yvette Wang

1
2  myself, a little bit, and the report should
3  be in black and white.  It's solid, reliable,
4  and there is value.  And I mean, valuable
5  information in the deliverable, which we call
6  the report, and which should be delivered
7  without delay based on the report deliverable
8  schedule of this contract signed to the
9  client.  I mean, as a project manager, that
10  is my understanding.  First the quality,
11  second the timeline.
12      Quality means you cannot deliver
13  garbage or advertisement or Wikipedia or even
14  Russian language stuff.  Because that is not
15  valuable and they are garbage, nonsense.
16      Second, timeline.  And you should
17  deliver the report based on the contract
18  signed in here, which agreed by both sides.
19  That is the weekly report, for the first
20  month, and monthly report for the following
21  month, which never happened.
22      Q.  What is a progress report, if you
23  look on page 2?  What is a progress report?
24      A.  Which paragraph are you referring
25  to?

Page 74

Yvette Wang

1
2    Q.  The contractor will produce a
3  progress report.  What is -- compared to a
4  general report, what is a progress report?
5         (Witness peruses document.)
6    A.  Progress reports includes, in my
7  understanding, again, as a project manager,
8  first that should include what is happening.
9  What is the team.  What is your mechanism.
10  And the second mainly that is, I mean, the
11  first part should be like 30 percent or 20
12  percent of the whole progress report.  And
13  the rest of the 80 or 70 percent of progress
14  report, that should be valuable.  Valuable
15  means that, okay, there are information in
16  there, valuable, instead of having zero
17  valuable information and only garbage.
18    Q.  Well, what's a preliminary report as
19  opposed to an overall report, a progress
20  report?
21    A.  The preliminary report, in the first
22  month, in my understanding, that should be a
23  conclusion report or January, big report for
24  the first month.  Why the first month need
25  preliminary report, because that was the

Page 75

Yvette Wang

1
2  beginning of this project.
3         So you may include who is your team,
4  who is your team member, who is your project
5  manager, what is your strategy or what is
6  your mechanism or working.  That's why that
7  happened in the first month.
8         Why there is no preliminary report
9  in the second and third month, the reason is
10  the first month needs all of that
11  information.  Not only the valuable
12  information which they worked, but also their
13  general and detailed information of their
14  investigation team, their work mechanism, at
15  least who is the project manager or how they
16  work.  Fair enough?
17    Q.  What about comprehensive historical
18  research report?  Does that differ any from
19  kind of this overall report concept or
20  progress report or preliminary report?
21    A.  Comprehensive historical research
22  report within three months, in my
23  understanding --
24    Q.  This is your understanding as a
25  project manager?

Page 76

Yvette Wang

1
2    A.  Correct.  I am sorry about that.
3    Q.  That's all right.
4    A.  So comprehensive, within three
5  months, which is a bigger report than the
6  report of first month and the second month
7  and third month.  That should be a kind of
8  like all together, like summarize.  And then
9  they have all the information, I mean,
10  valuable information in there.  They have
11  their whole team reported in here.  And then
12  they may decide, because there is a recap,
13  they may decide by the end of third month,
14  how they will proceed for the next three
15  quarter of that year, that is my
16  understanding.
17    Q.  When you say this is your
18  understanding as a project manager, how did
19  you gain this understanding of these terms?
20    A.  How did I get this?
21    Q.  Yes.
22    A.  From my work experience.
23    Q.  And what kind of work experience was
24  that and for who?
25    A.  For who or from who?

Page 77

Yvette Wang

1
2    Q.  However -- your work experience.
3  You said you gained this from your work
4  experience.  Have you done investigative
5  contracts before?
6    A.  Oh, that is better understanding for
7  me.
8         I'm a project manager and I work for
9  many different projects.  I don't mean
10  investigation project.  For example, I build
11  house, right?  I'm managing like the media
12  project.  This is a common knowledge and
13  common sense as a project manager.
14    Q.  Well, putting aside -- have you ever
15  been a project manager on a, you know,
16  confidential research of individuals?
17    A.  Sorry, can you repeat your question?
18    Q.  Have you ever been a project manager
19  for any contract remotely close to the one we
20  have marked as Exhibit 2?
21         MR. GRENDI:  Objection.  You
22    can answer.
23    A.  I believe this is new to me.  So
24  that's why I was educated, educated by
25  Strategic Vision and Ms. Wallop, saying,

Page 78

Yvette Wang

1  Yvette, you are new to this kind of industry,
2  I remember that clearly, and she said, we
3  never communicate by e-mail and all the
4  reports and deliverable we must hand over
5  face to face.  No e-mail, no phone call.
6        That's why, for example, like your
7  project, Mike, another associate of Ms.
8  Wallop, will fly himself to other country,
9  including Swiss, Switzerland, or other
10 countries in Asia, to face to face meet their
11 project manager and engineer, to receive
12 their deliverable.
13       So I'm talking about my experience
14 to be educated by a professional people in
15 this so-called industry.  So to answer your
16 question as this kind of project to me is new
17 and fresh, and I was educated a lot.
18    Q.  Did you discuss with either Mr. Guo
19 or Mr. Han what they expected the reports to
20 be prior to execution?
21    A.  They expected the reports or
22 information are valuable.
23    Q.  But did they talk in terms of the
24 form and how they would be delivered,

Page 79

Yvette Wang

1  anything along those lines?
2    A.  The form?  I don't understand your
3  question.
4    Q.  Flash drive, in person, e-mail; how
5  was it supposed to be delivered based on your
6  conversations with Mr. Guo and Mr. Han?
7    A.  Oh, basically, the first time I was
8  told how the deliverable or report should be
9  transported was, I heard it from Ms. Wallop.
10 And she clearly told me that, no e-mail, no
11 phone call.
12    Q.  No written report?
13    A.  No written report.
14    Q.  No memo, no memorandum?
15       MR. GRENDI:  Objection.
16    Q.  You weren't expecting a memo to be
17 delivered?
18    A.  What do you mean memo?
19    Q.  A written memorandum.
20    A.  Are we talking about the --
21    Q.  The report.
22    A.  Are we talking about the information
23 in a report?  I'm confused by you.
24    Q.  The reports.  We're talking about

Page 80

Yvette Wang

1  the definition of the report in the
2  agreement.  Did Ms. Wallop ever suggest she
3  was going to write a written report out in
4  any way, shape or form?
5    A.  She said the report should be
6  delivered by flash drive.
7    Q.  By who?
8    A.  Flash drive.  USB key, thumb drive.
9    Q.  And what was your -- did she ever
10 discuss what was going to be on the flash
11 drive or USB key?
12    A.  You mean when?
13    Q.  What.  What was going to be on it?
14    A.  Oh, the report.
15    Q.  Did she ever get into detail of what
16 the form and substance of the report was
17 going to be?
18    A.  I remember she mentioned that will
19 be the valuable information, because she
20 presented herself and her team as the best in
21 this industry.  So she guaranteed again and
22 again the information we will receive, they
23 are valuable and they are in compliance with
24 Mr. Guo's request.

Page 81

Yvette Wang

1    Q.  Okay.  We will get to the definition
2  of valuable.  But I just want to be clear.
3  Now we're going to deliver flash drives in
4  person for these reports, right?
5    A.  Correct.
6    Q.  Did you have an understanding of
7  what was going to be on the flash drive, not
8  just valuable information, but as far as form
9  or substance, letters, memorandums,
10 handwritten notes?
11    A.  Oh, okay.
12    Q.  Recorded conversations, what was
13 going to be on there?
14    A.  That is very helpful.  In my
15 understanding, based on our discussion about
16 the contract, based on --
17    Q.  In discussion with who, if I can
18 just ask you?
19       MR. GRENDI:  Objection.  You
20       should let the witness answer, and I
21       think it's probably getting difficult
22       for the court reporter to keep up.
23       MR. SCHMIT:  We're doing fine
24       here.

Page 82

Yvette Wang

Q. Go ahead.

A. Where should I start?

Q. Go ahead. Do you need it read back here?

A. Based on my discussion with Ms. Wallop, based on my discussion with Mr. Guo, that the report could possibly include, like, financial, like -- because I remember Ms. Wallop described their capability about their technology to the bank system.

For example, before a contract signed, she went to New York, met with Mr. Guo, and she described their capability, said they already in a certain bank system.

I'm talking about Ms. Wallop, her team. They were in, entered into a certain bank's system. And she said her people tried to climb on the wall and they did that, and they saw the bank information in there. And they are huge money.

And then Ms. Wallop even asked Mr. Guo, do you want that money? Give me your bank account so we can move the money. And Mr. Guo refused immediately. So based on my

Page 83

Yvette Wang

understanding that the report should include the information or related information about financial, which are not our request, which should be legal, because Mr. Guo told Ms. Wallop clearly, you are doing something illegal. And I am not stealing money, and I don't need the money.

Q. We will get back to that. Again, I just want to finish one line of questioning before we go down that road.

The report, though, on the flash drive, Excel spread sheets, any representation that you would be supplied with Excel spreadsheets?

A. You mean the final report?

Q. Anything. Any report. The flash drive you would receive. I want to know physically, when you plugged it in and you looked at the screen, what did Eastern Profit understand would pop up?

A. This could be like Excel, like Word, or PDF or video. Whatever the format.

Q. Was there a specific agreement as to the format of the information?

Page 84

Yvette Wang

A. Agreement of format? It could be any format, in my understanding. But the information Eastern requested is illegal and is checkable from resources or database.

Q. You use the term throughout this time --

MR. GRENDI: Why don't we take a break at this time? I know you're about to ask a question.

MR. SCHMIT: Why don't I just ask and then we will take a break.

Q. You used the term several times the information must be valuable. What did you mean by that? What was your understanding of that?

A. Valuable, in my understanding, that should be helpful to the client, as a project manager.

Q. Did you ever discuss -- you keep saying "as a project manager." I want to get back to that before we break because that's important to this whole line of questioning.

Did Mr. Guo ever explain to you what he thought was going to be valuable?

Page 85

Yvette Wang

A. At least they are real.

Q. No, no, did Mr. Guo ever exchange --

A. Yes, he told me.

Q. What did he --

A. They should be real. They should be real message.

Q. What does "real" mean? What do you mean by real?

A. Real means that it's true fact, real message. Instead of -- let me give you another example, maybe that will be helpful.

Q. You answered my question though.

Did you ever talk to Ms. Wallop about what Eastern Profit considered was valuable? Did you ever go, Ms. Wallop, this is what we're looking for, this is what we want?

A. We did. If you review the contract signed, which is your Exhibit number 2, you can see clearly reports A, B, C, the details. That should be information.

Q. But we already covered that there was no exact agreement as to format, right?

A. Format you mean Excel, Word, PDF,

Page 86

Yvette Wang

1
2  Power Point?
3      Q.  Yes.  What was going to be on the
4  flash drive.
5          MR. GRENDI:  I want to hop in
6      here.  We requested a break, I know
7      you are continuing down this line of
8      questioning and you're obviously
9      entitled to.  But can we have a
10     break, please?
11         MR. SCHMIT:  Sure.  Take a
12     break.
13         THE WITNESS:  Thank you.
14         (Whereupon, a brief recess was
15     taken.)
16 BY MR. SCHMIT:
17     Q.  We were talking before the break,
18 Ms. Wang, about what would be considered,
19 quote unquote, valuable information.
20         Did you ever discuss that with Ms.
21 Wallop or Mike Waller, the other individual
22 you've mentioned?
23     A.  About what?
24     Q.  About what you considered to be
25 valuable or under the contract.

Page 87

Yvette Wang

1
2      A.  The valuable, the first thing they
3  should be truth, they should be true --
4      Q.  No, no, did you discuss it?
5      A.  Discuss it?
6      Q.  Did you discuss your definition of
7  valuable with either Ms. Wallop or Mr.
8  Waller?
9      A.  I didn't.
10     Q.  Do you know of anybody on behalf of
11 Eastern Profit that did?
12     A.  I believe Mr. Guo discussed it with
13 them.
14     Q.  Why do you believe that?
15     A.  Why I believe that?  Because after
16 the discussion, I guess, again, they come up
17 this definition (indicating).  So I read this
18 and I understand --
19     Q.  What are you pointing to?
20     A.  The page one until page two with all
21 the definitions regarding A, B, and C
22 research.
23     Q.  I don't understand what's in the
24 contract, though.  Were you aware of any
25 discussions Mr. Guo had with Ms. Wallop or

Page 88

Yvette Wang

1
2  Mr. Waller about what the definition of what
3  you said is, quote unquote, valuable would
4  be?
5          MR. GRENDI:  Objection.  You
6      can answer.
7      A.  Can you repeat your question?
8          MR. SCHMIT:  Can you read it
9      back?
10     (Whereupon, at this time, the requested
11 portion was read by the reporter.)
12     A.  Sorry, I still -- I don't quite
13 understand your question.  So you're talking
14 about, am I aware Mr. Guo discussed with Ms.
15 Wallop and Mike about the valuable, the
16 definition of valuable?
17     Q.  What he would consider valuable
18 under the contract.
19     A.  I believe I did.
20     Q.  You believe you did with who?
21     A.  Mr. Guo discussed it with them.
22     Q.  Okay.  And why do you believe that?
23     A.  Because Mr. Guo requested their
24 things or they offered their things.  I mean,
25 this is the proof, this is the agreement.

Page 89

Yvette Wang

1
2      Q.  I mean, were you present for any
3  conversations about, you know, Gee, Ms.
4  Wallop, this is what I would consider
5  valuable, this is what I'm looking for?
6      A.  Thank you.  That is more easier for
7  me.  No, I didn't.  And I was absent in the
8  very beginning of this project.  So in the
9  very beginning, which means before I started
10 to be involved in this project, and Mr. Guo
11 and Ms. Wallop and Mike and Mr. Han, you
12 know, Mr. Han Lianchao, we say L.C. in all
13 the correspondence, they discussed about
14 those things, I believe.
15     Q.  Why do you believe that?
16     A.  Because come out with this
17 (indicating).  Otherwise where are they come
18 from?
19     Q.  Are you aware of any specific
20 conversations along those lines, though?
21     A.  I don't understand.  Am I aware of
22 any conversation?
23     Q.  Yes.
24     A.  Yes.
25     Q.  Which ones?  When did they take

Page 90

Yvette Wang

1  place?  Who participated and what was said?
2      MR. GRENDI:  Objection.  You
3  can answer.
4      A.  I will answer that.  That take place
5  in New York.
6      Q.  Okay.
7      A.  And Ms. Wallop and Mike, they came
8  to New York to Mr. Guo, his apartment and did
9  a couple of meetings together with L.C. about
10 this project.
11     Q.  And who is L.C. again?
12     A.  Lianchao.  Han Lianchao.
13     Q.  And do they call in your text
14 messages Mr. Guo, New York, sometimes?
15     A.  Correct, yes.
16     Q.  And when was this meeting?
17     A.  My guess is in November, start from
18 November, something, October or November.
19 Because I start to get involved by the end of
20 December.  So before me, that is my guess.
21 It should have like in December or the
22 beginning or mid of -- no, in November or the
23 beginning or mid of December.  That is my
24 guess.

Page 91

Yvette Wang

1      Q.  You weren't at this meeting in
2  New York, though?
3      A.  I didn't attend the meeting about
4  this project with all of them together.  I
5  didn't.
6      Q.  In preparation for today's
7  deposition, did you attempt to educate
8  yourself on what may have occurred at that
9  meeting?
10     A.  No, I didn't.
11     Q.  What have you done in preparation of
12 today's deposition?
13     A.  What I have done?
14     Q.  What have you done to prepare for
15 today's deposition?
16     A.  Oh, I went through the, like the
17 contract, the complaint, some documents which
18 from my lawyer.
19     Q.  Did you go back to any books or
20 records of Eastern Profit to prepare?
21     A.  No.  I didn't.
22     Q.  Are there any books or records for
23 Eastern Profit?  Do they exist?
24     A.  I have no idea.  You should ask

Page 92

Yvette Wang

1  them.
2      Q.  Well, you're representing them here
3  today.  You recognize that, right?
4      A.  Yes.
5      Q.  So you, as a representative, are not
6  aware of any books or records that belong to
7  Eastern Profit?
8      MR. GRENDI:  Objection.
9      You can answer.
10     A.  If I may, without offense, I should
11 be defined -- I represent them with limited
12 power of attorney on this project.  So if you
13 ask me the whole history of the records of
14 Eastern, I'm sorry, I cannot help.
15     Q.  No, I'm not -- do they exist?  Do
16 you have any reason to believe they exist?
17     A.  I didn't ask.  I don't know.
18     Q.  What have you done to prepare for
19 today's deposition, other than look at the
20 contract and the complaint?
21     A.  Went through the exhibits, I believe
22 they are there.  And went through some of
23 the -- I didn't went through all of it
24 because I don't have time.  So roughly went

Page 93

Yvette Wang

1  through all these papers.
2      Q.  In other words, you looked at
3  documents that were produced in this
4  litigation?
5      A.  Produced?
6      Q.  Provided.  Like, that are -- that
7  you gave to us or we gave to you in the
8  discovery process.
9      A.  Because that happened almost like
10 one year ago.  So I went through this paper,
11 trying to refresh my memory because I don't
12 remember quite clear some of the things.
13     Q.  In other words, the events at issue
14 happened like a year ago; is that what you're
15 saying?
16     A.  What do you mean?
17     Q.  You said something happened a year
18 ago, so I had to refresh my recollection.
19 What happened a year ago?
20     A.  This project.
21     Q.  That's what I was asking.
22     A.  Yes.  That's why, you know, some
23 dates I don't remember.  It's what you told
24 me, yeah.

Page 94

Yvette Wang

1
2      Q.  Did you meet or speak with anybody
3   in order to educate yourself about Eastern
4   Profit?
5      A.  About Eastern Profit, no.
6      Q.  Did you meet with your attorney to
7   discuss Eastern Profit?
8      A.  No, I didn't.
9      Q.  Did you have any telephone --
10        MR. GRENDI:  Let me pop in.  I
11     think there must be some kind of
12     misunderstanding here.  Because we
13     did meet to prepare for this 30(b)(6)
14     deposition on Tuesday.  I think maybe
15     she's confused about the designee as
16     her attorney.
17     A.  My understanding, you mean discuss,
18  my attorney did ask me -- I don't know.
19        MR. GRENDI:  Hold on, stop,
20     stop.  I just want to be clear, she
21     shouldn't be discussing what I
22     discussed with her.  I am just saying
23     that was preparation for this
24     30(b)(6).
25     Q.  So on Tuesday you met with the

Page 95

Yvette Wang

1
2   gentleman to your right?
3      A.  Yes.
4      Q.  Was anybody else present?
5      A.  No.  Only me and him.
6      Q.  How long did you meet for?
7      A.  Like two, three hours.  Two hours.
8      Q.  And you reviewed the documents that
9   we have identified?
10     A.  Yes.
11     Q.  Did you speak with Mr. Guo?
12     A.  About what?
13     Q.  About this deposition.  Or Eastern
14  Profit, in preparation for this deposition.
15     A.  I told him my date.
16     Q.  Did you ask him any questions?
17     A.  I didn't yet.  What do you want me
18  to ask?  I ask.
19        MR. GRENDI:  Hold on.  I'm just
20     going to pop in here.  He's just
21     asking questions today, and you can
22     answer them.  You don't need to offer
23     anything.
24     Q.  Other than that you've reviewed some
25  documents, you met with Zachary, have you

Page 96

Yvette Wang

1
2   spoken with anybody else about today's
3   deposition?
4      A.  My colleagues.  I told them don't
5   call me, because I will be in deposition.
6      Q.  So logistically, logistics?
7      A.  Yes.
8      Q.  But the substance of the deposition
9   or to educate yourself about what Eastern
10  Profit is about, you didn't speak with
11  anybody else?
12     A.  No.
13     Q.  How about Mr. Chung Han, the
14  principal of Eastern?
15     A.  About this deposition?
16     Q.  Yes.
17     A.  No, I didn't.
18     Q.  What is his exact position with
19  Eastern?
20     A.  He's the president of Eastern.  It
21  should be on the paper here.
22     Q.  It just says he's a principal.
23     A.  Okay, the principal of Eastern.
24     Q.  What does that mean?
25     A.  You mean my understanding?

Page 97

Yvette Wang

1
2      Q.  Yes.
3      A.  Boss.  I don't know.  I don't know
4   his official title.
5      Q.  Is he an officer, director?
6      A.  I don't know.
7      Q.  Do you know what his duties and
8   responsibilities are?
9      A.  I don't know.
10     Q.  How did you know he was a principal?
11     A.  Mr. Guo told me.
12     Q.  If you look at Exhibit 3, would you
13  have personal knowledge of any of these
14  answers?  Maybe you can just point out the
15  ones to which you would have personal
16  knowledge.
17     A.  Personal knowledge about what?
18     Q.  About the answers.  Because you
19  verified these interrogatory responses and
20  I'm just wondering, you know, which ones you
21  knew personally, and if so, I'd like to know
22  how you came up with the information for
23  those responses.
24        MR. GRENDI:  I'm just going to
25     object as compound.  Do you want to

Page 98

Yvette Wang

1  go through them?  I mean, there's
2  quite a few.
3         MR. SCHMIT:  I don't think it's
4     going to take too long.  There's not
5     too many.
6     Q.  Just point out the ones that you had
7  personal knowledge of, that you read the
8  question and you said here's the answer.
9         MR. GRENDI:  I'm objecting
10     again.  The witness will have to read
11     through these and go one by one.
12        MR. SCHMIT:  You're kind of
13     coaching the witness now.
14    Q.  Can you answer the question?
15        MR. GRENDI:  Hold on,
16     objection.  I'm not trying to coach
17     the witness.
18        MR. SCHMIT:  I've asked the
19     question.  She can react accordingly.
20        MR. GRENDI:  You can answer.
21    A.  Then are you asking that we go
22  through all the -- because this is --
23    Q.  I have a question.  Let me ask you
24  one way.  Do you have personal knowledge of

Page 99

Yvette Wang

1  any of the answers?
2    A.  I have to go through.
3    Q.  Okay.  Go through, take your time.
4         (Witness peruses document.)
5    A.  Personal knowledge, okay.
6         (Witness peruses document.)
7    A.  Okay.  Which one you want to ask?
8    Q.  The question is, just identify which
9  ones you answered based on personal
10  knowledge.
11    A.  Based on my personal knowledge, I
12  signed here that this is based on the best of
13  my personal knowledge.
14    Q.  Okay.  The best of your personal
15  knowledge?
16    A.  Yes.
17    Q.  Which ones?
18    A.  All of them.
19    Q.  So you knew that Mr. Han, prior to
20  seeing these interrogatories, was a principal
21  of Eastern Profit?
22    A.  Which question?
23    Q.  Number two.
24    A.  Correct.  Here, yes, I was told he

Page 100

Yvette Wang

1  was a principal.
2    Q.  So you had to be told that when you
3  saw the question, when you verified it,
4  somebody told you that information, right?
5    A.  That's right.
6    Q.  So you were educated on it.  Is that
7  true with each of these answers?  That's what
8  I'm trying to get at.
9    A.  Correct.
10        MR. GRENDI:  Objection.  But
11     you can answer.
12    Q.  So with each of these answers,
13  somebody had to tell you, with each of these
14  questions somebody had to tell you what the
15  answers were before you could verify it,
16  right?
17        MR. GRENDI:  Objection.  You
18     can answer.
19    A.  Yes.
20    Q.  Now, for example, who told you the
21  answer to number two?
22    A.  Mr. Guo.
23    Q.  How about the answer to number four?
24    A.  Who told me this, right?

Page 101

Yvette Wang

1    Q.  Yes.
2    A.  Mr. Guo.
3    Q.  What is Mr. Guo's relationship with
4  Eastern Profit?
5        MS. TESKE:  Object.
6    A.  I believe I said that before.
7    Q.  Well, tell me again.
8        MR. GRENDI:  Objection.  You
9     can answer.
10    A.  I said he is advisor and consultant
11  to Eastern.
12    Q.  You mentioned a client -- you
13  mentioned the client a couple of times.  Is
14  Eastern Profit a client of New York Golden
15  Springs?
16        MR. GRENDI:  Objection.  You
17     can answer.
18    A.  You asked that question before.
19    Q.  Is it?
20    A.  I said no, there's no official
21  contract.
22    Q.  Is there an unofficial contract?
23    A.  No.
24    Q.  Do you work for anybody other than

Page 102

Yvette Wang

1          Yvette Wang
2  New York Golden Springs?
3          A. No.
4          Q. Who signs your paychecks when you're
5  paid?
6              MR. GRENDI: Objection.
7              MR. SCHMIT: That's a fair
8          question. I'm not asking amounts.
9          It's a totally fair question.
10         There's no objection to that.
11             MR. GRENDI: You can answer.
12         Q. What entity pays you when you look
13  at your paycheck?
14         A. I refuse to answer, it's too
15  personal.
16             MR. GRENDI: I'm not
17         instructing the witness to do
18         anything.
19             I said you can answer the
20         question.
21         Q. I'm not asking the amount. When you
22  get a paycheck, what entity or individual
23  does it come from?
24         A. Golden Spring.
25         Q. When you had to discuss this

Page 103

Yvette Wang

1          Yvette Wang
2  project, other than -- I'm not talking about
3  Ms. Wallop or Mr. Waller, did you have
4  conversations with anybody during the
5  negotiations or execution of the agreement,
6  other than Mr. Guo?
7          A. No.
8              MR. SCHMIT: If I can have this
9          marked as Exhibit 5.
10             (Whereupon, at this time, the
11         reporter marked the above-mentioned
12         screen shot of text messages as Wang
13         Exhibit 5 for identification.)
14  BY MR. SCHMIT:
15         Q. I'm going to hand you what's been
16  marked as Exhibit 5.
17         A. Thank you.
18         Q. If you could just -- it's a series
19  of screen shots of text messages, SVUS 61
20  through 76.
21             If you could just take a moment and
22  review it and let me know when you're ready
23  to answer any questions.
24             (Witness peruses document.)
25         A. Okay. You want me to finish?

Page 104

Yvette Wang

1          Yvette Wang
2          Q. Yes. If you need more time to
3  review it.
4              (Witness peruses document.)
5          A. Okay. Thank you, I'm done.
6          Q. And just for Lianchao Han, you see
7  his name at the top?
8          A. Yes.
9          Q. Who is that again?
10         A. A gentleman from D.C.
11         Q. From Washington D.C.?
12         A. Yes.
13         Q. Does he work for Mr. Guo? Does he
14  work for Eastern Profit? Who does he work
15  for?
16         A. I don't know he works for. But he
17  doesn't work for Mr. Guo and Eastern.
18         Q. He doesn't work for New York Golden
19  Springs?
20         A. No.
21         Q. Why is he discussing the contract?
22         A. I don't know.
23         Q. He seems to be discussing the
24  contract on behalf of Eastern Profit, right?
25         A. It seems like, yes.

Page 105

Yvette Wang

1          Yvette Wang
2          Q. You don't know why?
3          A. I don't know.
4          Q. You don't know -- what was your
5  understanding of his involvement in the
6  project?
7          A. Correct. My understanding, I heard
8  this Mr. Han, he is a friend of Wallop and
9  Mike. And he, obviously, help translation
10  for Mr. Guo as well. That is basically what
11  I know.
12         Q. What is your understanding of the
13  relationship between Mr. Guo and Lianchao
14  Han?
15         A. To me, it seems like they are
16  friends as well.
17         Q. Do you know how long Mr. Han has
18  known Mr. Guo?
19         A. I don't know.
20         Q. Estimate?
21         A. Estimate?
22             MS. TESKE: Object.
23             MR. GRENDI: Objection.
24         A. I don't know.
25         Q. A couple of years, five years, ten

Page 106

Yvette Wang

1   years?
2           MS. TESKE:  Same objection.
3           MR. GRENDI:  Same objection.
4       A.  I don't know.
5       Q.  Do you have any idea?
6       A.  I don't think that long, I mean, my
7   guess.
8       Q.  You've met Mr. Han, right?
9       A.  Yes, I did.
10      Q.  When did you first meet him?
11      A.  In New York.
12      Q.  What time?  When?
13      A.  Late October, November of 2017.
14      Q.  Who introduced you?
15      A.  He was in Mr. Guo's apartment and I
16  went there and Mr. Guo introduced him to me.
17      Q.  What is your understanding of why he
18  was with Mr. Guo that day?
19      A.  My understanding, he's a friend of
20  him, otherwise why at his home, right?
21      Q.  What did Mr. Guo tell you about Mr.
22  Han during the introduction?
23      A.  He said Mr. Han is from Washington
24  D.C.  And he is a real fighter for Chinese

Page 107

Yvette Wang

1   rules of law and democracy as well and a very
2   good man.
3       Q.  Do you know, is Mr. Han originally
4   from Washington D.C.?
5       A.  Originally you mean what?
6       Q.  Like where was he born?
7       A.  Oh, he was born in Mainland of
8   China.  He told me.
9       Q.  Did he know Mr. Guo over in China?
10      A.  I don't know.  But I don't believe
11  so.  Looks like not, my guess, again.
12      Q.  Just one more question about the --
13  this has nothing do with this exhibit, but
14  about the million dollars deposit that ACA
15  Capital sent, right, they tried to claw it
16  back, right?
17      A.  To get it back?
18      Q.  Yes.
19      A.  Yes.  Sorry my language.
20      Q.  That's fine.  Who told them that
21  they should try to pull it back?
22      A.  I don't know.
23      Q.  Did you go -- when you found out
24  about the deposit, how did you find out about

Page 108

Yvette Wang

1   it?
2       A.  Mr. Guo sent me --
3           MR. GRENDI:  Objection.  You
4       can answer.
5       A.  Mr. Guo sent me the wire receipt,
6   which I told you.
7       Q.  Did you talk with anybody from ACA
8   Capital about it?
9       A.  No, in my memory, no, no.
10      Q.  Did Mr. Guo -- did you tell Mr. Guo,
11  We've got to get this money back, this is
12  crazy?
13      A.  No, I didn't tell him.  I mean, why
14  should I tell him?
15      Q.  Do you know what ACA Capital was
16  told?
17          MR. GRENDI:  Objection.  You
18      can answer.
19      A.  I don't know.  I don't know that.
20      Q.  Do you know if it was specifically
21  told that you have to pull this back because
22  no contract has been signed yet?
23      A.  You mean I was told, right?
24      Q.  No, no.  ACA Capital, they're the

Page 109

Yvette Wang

1   ones that were trying to claw the money back?
2       A.  Oh.
3       Q.  Do you know specifically what
4   instruction they were given or why they were
5   doing it?
6       A.  I don't know that part.  I don't
7   know.
8       Q.  Mr. Guo never shared that
9   information with you?
10          MS. TESKE:  Objection.
11          MR. GRENDI:  Objection.
12      Q.  Let's go back to Exhibit 5 here.  If
13  you would turn to production number 65.
14          (Witness peruses document.)
15      Q.  It says at the top, it says, Okay,
16  thanks, I don't think the New York guy is
17  serious.
18          Is it your understanding New York
19  guy is a reference to Mr. Guo?
20      A.  Correct.  That is my understanding,
21  yes.
22      Q.  Okay.  Do you know who this -- who
23  wrote that?
24      A.  I don't know.

Page 110

Yvette Wang

1
2      Q.  If that's your answer, that's --
3      A.  I guess, either from Mike or Ms.
4   Wallop.  That is my guess.  Because there's
5   only Lianchao's name here.
6      Q.  Then it says, I have mixed feelings
7   about it, he wants to do it but wants to do
8   it as cheap as possible.
9          Do you see that?
10     A.  Yes.
11     Q.  And then you can see what the
12  response to that.
13         Do you know what these folks are
14  talking about here?
15         MR. GRENDI:  Objection.  You
16     can answer.
17         MS. TESKE:  Same objection.
18     A.  I don't know precisely.  Because
19  this is the conversation between other two
20  people.
21     Q.  Fair enough.
22     A.  But maybe about this project, I'm
23  not sure.
24     Q.  Was there ever any discussion about
25  pricing and Mr. Guo wanting to do it cheaper?

Page 111

Yvette Wang

1
2          MS. TESKE:  Objection.
3          MR. GRENDI:  Objection.
4      A.  With who?
5      Q.  The project.
6      A.  I have never had that discussion
7   with him.
8      Q.  So to the best of your knowledge,
9   they didn't discuss doing it on the cheap or
10  anything along those lines?
11     A.  I never --
12         MR. GRENDI:  Objection.  You
13     can answer.
14     A.  I never heard cheaper, these words
15  from Mr. Guo's mouth.
16     Q.  Did you hear anything along those
17  lines or something to that effect?
18     A.  Sorry?
19     Q.  Did you hear words other than
20  cheaper, maybe you don't like my word choice.
21     A.  But close to this meaning, right?
22     Q.  Yes.  Conveying that he would like
23  to pay less.
24     A.  No, no, to me.  I didn't hear
25  anything about that.

Page 112

Yvette Wang

1
2      Q.  If you look at 66, that's the
3   production number on the lower right-hand
4   corner.
5          (Witness peruses document.)
6      Q.  I talked with him and he says he
7   wants to do it, but would like to put in a
8   clause in the contract which says if you fail
9   to provide the deliverables as defined in the
10  scope, you should return the deposit.  What
11  do you think?
12         Do you see that?
13     A.  I saw this.
14     Q.  You've seen it before today?
15     A.  Yes.
16     Q.  Where have you seen that statement
17  before?
18     A.  We went through the exhibits.
19     Q.  So on Tuesday you probably saw that?
20     A.  Yes, probably.
21     Q.  What is your understanding of what
22  Mr. Han is saying there?
23         MS. TESKE:  Objection.
24     A.  You mean this message?
25     Q.  Yes.

Page 113

Yvette Wang

1
2          MR. GRENDI:  Objection.
3      A.  Okay.  You're really trying to ask
4   me to guess other people's message.
5      Q.  No, I'm asking, do you have an
6   understanding of what is said there?
7      A.  Fair enough.  Let me read it.
8      Q.  Please read it.
9      A.  It looks like Mr. Han was
10  communicating with Mr. Guo as well about this
11  project, about the deposit, and deliverable
12  in the scope.  That is my understanding,
13  saying, Failed to provide the deliverable as
14  defined in the scope, which agreed by both
15  sides, or agreed by the contract, and the
16  contractor should return the deposit.
17     Q.  Did a clause like this ever end up
18  in the agreement?
19         MR. GRENDI:  Objection.  You
20     can answer.
21     A.  I don't remember this is in the
22  final signed contract.  No.
23     Q.  You don't believe it is?
24     A.  I don't believe that.
25     Q.  Did you ever discuss it with Mr. Guo

Page 114

Yvette Wang

1
2  and Mr. Han, that concept?
3      A.  No, I didn't.
4      Q.  If you can turn to 73.
5      A.  Yes.
6      Q.  It says at the bottom, please call
7  F.  Do you know who F is?
8      A.  I guess it's French Wallop, my
9  guess.
10     Q.  Okay.  That's your understanding.
11         MR. GRENDI:  Objection.
12     Q.  However, it says, Today Y came back
13  with major unreasonable changes as thing we
14  had agreed on in writing on December 12th.
15  Do you see that?
16     A.  Yes.
17     Q.  Who is Y?
18     A.  I guess that's me.
19     Q.  It's around the December 30th
20  timeframe.  Do you recall any changes you had
21  asked for, requested at that time?
22     A.  I don't remember that.  I don't
23  remember, sorry.
24     Q.  You don't remember a conversation
25  about that or any changes at the end of 2017

Page 115

Yvette Wang

1
2  that you agreed or disagreed about?
3      A.  First, I said I don't remember.
4  That doesn't mean I agree or disagree.  I
5  really don't remember.  Because the date, I
6  don't remember what happened.  And then I
7  don't remember like what kind of a
8  conversation I came back.  No, I don't
9  remember that.
10     Q.  Do you recall any conversations you
11  had with Mr. Guo around that time of changes
12  he wanted?
13     A.  I don't remember clearly.
14     Q.  Do you remember just in a general
15  sense?
16     A.  General sense, still about the
17  waterline, because that was the argue, you
18  know, the argue points.  From the beginning
19  throughout the end.
20     Q.  You guys wanted an a la carte pay as
21  the deliverables come in and Strategic Vision
22  wanted this waterline concept?
23     A.  Correct, correct.
24     Q.  And you guys discussed it at length
25  and many phone calls and meetings?

Page 116

Yvette Wang

1
2      A.  I think so.  I believe so.  I
3  believe so.  If there is any, like, main
4  discussion, it's about -- should be about
5  that.
6      Q.  How about the deposit concept?  Does
7  looking at this refresh your recollection
8  about any conversations you had about the
9  deposit?
10     A.  No.  First discussion about the
11  deposit that was -- you remember I said,
12  three meetings and one meeting, that was the
13  conversation about deposit.  And the next one
14  is that wire transfer about that one.
15     Q.  You weren't involved in the
16  conversations about putting a clause in the
17  agreement that you could claw it back if
18  something went bad?
19     A.  No.
20     Q.  Or there is a disagreement?
21     A.  No, I was not involved in that.
22         MR. GRENDI:  Objection.  I just
23     want to advise the witness to let him
24     finish asking the question before you
25     answer.

Page 117

Yvette Wang

1
2         THE WITNESS:  Sure.
3      Q.  Did Eastern Profit do any research
4  on Strategic Vision?
5      A.  I don't know.
6      Q.  You don't know at all?
7      A.  Sorry, please finish your question.
8      Q.  I guess -- so you don't know if
9  Eastern Profit did any research on Strategic
10  Vision or French Wallop or Mike Waller?
11     A.  I don't know.
12     Q.  Did Mr. Guo ever instruct you to
13  look into either of them or the company in
14  general?
15     A.  No.
16     Q.  Did he ever inform you of what he
17  thought, and I'm talking pre execution,
18  inform you of what he knew about French
19  Wallop or Mike Waller or Strategic Vision or
20  anything along those lines?
21     A.  Sorry, what is your question?
22     Q.  Did Mr. Guo ever inform you, prior
23  to execution, what he knew or thought about
24  either Ms. Wallop, Mike Waller or Strategic
25  Vision?

Page 118

Yvette Wang

1
2     A.  No.  He didn't request me to search
3  about them, no.
4     Q.  Did he ever tell you what he already
5  knew about them?
6     A.  Oh, yes, he did.
7     Q.  What did he say?
8     A.  He said, Ms. Wallop and Mike, they
9  were introduced to him, and they are from
10  Washington D.C.  Kind of like -- I don't
11  remember clearly.  Like they are very
12  experienced and they have a lot of resources
13  and contacts in Washington D.C.  And he heard
14  quite a lot of history about the lady and the
15  gentleman, which the lady and the gentleman
16  told Mr. Guo about.  Like, their experience,
17  like their family, not too private, like
18  their education, like their previous work
19  experience, like their clients, especially
20  some very important clients of Ms. Wallop and
21  Mike.  And the project like Ms. Wallop and Mike
22  they have been done, including very
23  significant clients of theirs and their name.
24         Yeah, pretty much like that, like,
25  they mentioned about their clients include

Page 119

Yvette Wang

1
2  some Russian officials, some middle east,
3  like royal family member official, government
4  people.  And, oh, yeah, Mr. Guo even show me
5  his notebook.  There is one page on there,
6  and with handwriting some name.  And they are
7  written by Ms. Wallop.  And Ms. Wallop told
8  Mr. Guo they are all big clients of hers.
9  Yeah, many about that.
10     Q.  Mr. Guo told you about that?
11     A.  Yes.
12     Q.  And what was your understanding of
13  when Mr. Guo would have learned all that
14  information?
15     A.  You mean when, right?
16     Q.  When, yes.
17     A.  My understanding is in November,
18  December, when Ms. Wallop and Mike, they were
19  introduced to Mr. Guo.  They started to meet,
20  have dinner, lunch together.  That is the
21  time, yes.
22     Q.  And as far as you know, would
23  anybody else, other than Mr. Guo, be present
24  at those dinners?
25     A.  Other people, Han Lianchao, yes, he

Page 120

Yvette Wang

1
2  presented those dinners and lunch meetings.
3     Q.  Did you ever discuss with Mr. Chao
4  how -- Lianchao what was said at those
5  meetings or if he vetted the information or
6  what he thought about Strategic Vision or
7  French Wallop or Mike Waller?
8         MR. GRENDI:  Objection.  You
9     can answer.
10     A.  I remember Mr. L.C., he described
11  close, similar, like what Mr. Guo described
12  to me about Ms. Wallop and Mike.  Or if
13  something different is that before this
14  project, Mr. Han -- I mean, Lianchao, he
15  brought Ms. Wallop to Mr. Guo, his apartment,
16  tried to sell some real estate property to
17  Mr. Guo.  So that was before this project.
18         And then I remember that was an
19  afternoon and Ms. Wallop brought a brochure,
20  a house called Evermay, E-V-E-R-M-A-Y, that
21  was a house called Evermay.  And she kind of
22  like tried to sell that house to Mr. Guo.
23     Q.  Were you present at this meeting?
24     A.  I was there, yes.
25     Q.  Hadn't Mr. Guo requested information

Page 121

Yvette Wang

1
2  in real estate?
3     A.  I don't know he requested or not.
4     Q.  She just showed up out of the blue
5  with a brochure and said, How about this?
6     A.  Yes.
7         MR. GRENDI:  Objection.  You
8     can answer.
9     A.  Yes.  That was -- that's why my
10  first knowledge is, I don't know what she is
11  doing for business.
12     Q.  Is that what Mr. Guo said?  How did
13  he describe the encounter?
14     A.  What is your question?
15     Q.  How did Mr. Guo describe the
16  encounter to you?  Did he say that, Hey, I
17  never asked her to do that?
18     A.  I didn't hear that from him.
19     Q.  Did he look at the brochure?
20     A.  Yes, he did.
21     Q.  Was there any comment, Oh, this is
22  the house we talked about or anything along
23  those lines?
24     A.  I don't remember that clearly.
25     Q.  All right, it could be possible,

Page 122

Yvette Wang

1    though, that Mr. Guo requested that
2    information and that's why it was brought to
3    the meeting, right?
4        A.  I don't know what happened before
5    that meeting.  But by that meeting, I saw she
6    was showing her brochure, explain the house
7    condition, like those kind of stuff.
8        Q.  But you have no factual information
9    about why that brochure was brought to the
10   meeting?
11       A.  I have no idea.
12       Q.  Mr. Guo didn't tell you why it was
13   brought there?
14       A.  No.
15       Q.  Did you ask him?
16       A.  Who ask who?
17       Q.  Did you ask Mr. Guo?
18       A.  About that house?
19       Q.  Why the brochure was being discussed
20   at the meeting?
21       A.  No, I didn't.  Because that happens,
22   you know, not something quite special, so why
23   I ask all the details?  No, I didn't.
24       Q.  Were you aware of any trips to the
25

Page 123

Yvette Wang

1    Washington D.C. area of where Mr. Guo or his
2    representatives were looking for real estate?
3        A.  After that Evermay house was
4    introduced, then Mr. Guo asked me, Oh, you go
5    to have a look at that house.  Then I went to
6    D.C. together with Han Lianchao and together
7    with Ms. Wallop and we tried to visit that
8    Evermay house.
9        Q.  Did you visit any other real estate?
10       A.  Yes.  That is -- was a like four
11   hours about, four hours drive.  And Ms.
12   Wallop drove --
13       Q.  You mean four hours driving around
14   D.C.?
15       A.  Four hours in car.  Because Ms.
16   Wallop did not allow us to, like, quite
17   frequently go out of the car and eat.  And
18   she said, You guys better stay in the car and
19   even put me on the back of the seat.  She
20   said she doesn't want the camera take picture
21   of her and me together.  And we were in a
22   car --
23       Q.  Did you ask her why?
24       A.  She -- I didn't ask.
25

Page 124

Yvette Wang

1        Q.  No?
2        A.  I didn't ask.  Kind of like she
3    explained, like there's cameras everywhere in
4    D.C., and like the people who looks like
5    common walk on the street, they might be like
6    spies or agent or some other people.  I don't
7    remember clearly, something kind of like
8    that.
9        Q.  What time of year was this?  When
10   was this?
11       A.  December, before this project.  By
12   then I don't even know this project or hear
13   anything about this.
14       Q.  But it's in December of 2017, right?
15       A.  I don't remember the date.
16       Q.  But the year 2017?
17       A.  Oh, yes, that's right.
18       Q.  And you now know that this project
19   had been discussed in meetings in October and
20   November of this year, right?
21           MR. GRENDI:  Objection.  You
22       can answer.
23       A.  Which project?
24       Q.  The project we've been discussing
25

Page 125

Yvette Wang

1    for three hours now.
2        A.  Okay.  What is the question?
3        Q.  It was discussed among Strategic
4    Vision and Mr. Guo prior to you being
5    introduced to it?
6        A.  No.  Even now I don't know.
7        Q.  You don't know when that project was
8    first raised?
9        A.  I have no idea.  Even now I have no
10   idea.
11       Q.  Did Mr. Guo ever tell you why he was
12   meeting with them?
13       A.  No.
14       Q.  In November and October of 2017?
15       A.  He didn't tell me the reason.
16       Q.  They were there in New York at his
17   apartment having discussions, though, right?
18       A.  A discuss about what?
19       Q.  Anything.  I'm saying a meeting took
20   place.  I just want to firm up that you're
21   aware of meetings in October and November of
22   2017?
23           MR. GRENDI:  Objection.  You
24       can answer.
25

Page 126

Yvette Wang

1
2    A.   Yes.  Yes, there were -- I heard
3    there were meetings.
4    Q.   You don't know what they were about,
5    though?
6    A.   No.
7    Q.   And then why were you -- why did you
8    go on this trip to D.C. to look at real
9    estate?
10   A.   Because of the Evermay house.
11   Q.   But why look at it?
12   A.   Because Ms. Wallop introduced that
13   to Mr. Guo and Mr. Guo would like me to have
14   a check whether it's worth to buy or purchase
15   or introduce to other people.  Just let me to
16   have a look at that.
17   Q.   Was he looking to relocate to D.C.?
18        MR. GRENDI:  Objection.
19        MS. TESKE:  Same objection.
20        MR. GRENDI:  I mean, I realized
21   that there's an excess here, but
22   where is this going?  This is about
23   real estate.
24        MR. SCHMIT:  I'm exploring her
25   credibility in conversations.  This

Page 127

Yvette Wang

1
2    is well within the 40 yard lines.
3        MR. GRENDI:  Go ahead.
4    A.   I don't know.
5    Q.   You mean, Mr. Guo never told you why
6    you had to go look at this house?
7    A.   No.
8    Q.   Mr. Lianchao never told you why you
9    were in a car for four hours with a woman
10   driving around D.C.?
11   A.   For Evermay, this house.
12   Q.   But why?  You don't know?  I mean,
13   if you don't know, you don't know.
14        MR. GRENDI:  Objection.  I
15   just, if we're having like an
16   understanding issue, let's try to
17   work it out.
18        MR. SCHMIT:  I am, that's why
19   I'm giving her an out.
20        MR. GRENDI:  I think just maybe
21   slow down with your pace here.
22   Because the witness is trying to
23   answer and whatever.  Just go ahead,
24   sorry.
25   Q.   Do you know why you were looking at

Page 128

Yvette Wang

1
2    that house?
3    A.   I don't know.
4    Q.   Did you ever ask, Why are we looking
5    at this house?
6    A.   I didn't.
7    Q.   What did you report back to Mr. Guo
8    about the house and the trip?
9    A.   I told him.  We had about like four
10   hours drive locked in a car, and we were --
11   Q.   You were locked in the car?
12   A.   Description.  We were not allowed to
13   go out of the car, correct, okay?  That's
14   fair enough.  And then Evermay, that house,
15   we were supposed to go to visit that house,
16   but we didn't get access to go inside of
17   there at all.
18        So we were driving around, around
19   and four hours without clear, like objective
20   property, just to look around.  And didn't
21   even enter into any house.  I told him about
22   this.  And then I told him that Evermay house
23   is a neighbor of a very big cemetery.  So the
24   condition from outside, which I was able to
25   view, it's very bad maintained, not very good

Page 129

Yvette Wang

1
2    condition.  Seems like nobody live in there
3    for long time.
4    Q.   And what was Mr. Guo's reaction to
5    that report?
6    A.   He doesn't like cemetery.
7    Q.   So the presence of the cemetery was
8    kind of a show stopper?
9    A.   Show stopper?  What do you mean show
10   stopper?
11   Q.   That would be a deal breaker.  He
12   wouldn't buy the house next to a cemetery?
13        MS. TESKE:  Objection.
14   A.   I don't even know he will buy that
15   or not, to be honest with you.  But I can
16   tell you that is not the house he likes, if I
17   may, because that is a neighbor of a huge
18   cemetery.
19   Q.   Did you ever ask Ms. Wallop why she
20   didn't think it was a good idea for the three
21   of you to be seen together in the D.C. area?
22   A.   I didn't.
23   Q.   Why not?
24   A.   Because that was not polite, right?
25   Q.   Did you ever ask Mr. Guo, Isn't this

Page 130

Yvette Wang

1  
2  a little odd?
3      A.  I didn't.  Because it's not polite,
4  to be honest.
5      Q.  You weren't curious at all?
6      A.  Curious about what?
7      Q.  I mean, why do you think -- I mean,
8  curious as to why Ms. Wallop thought you
9  shouldn't be seen together in D.C.?
10     A.  I was, to be honest, curious and
11  surprised after that four hours drive.
12  Because in my understanding, she was going to
13  try to sell that property.  But I went there,
14  at least to have a very, like a check.  She
15  didn't even get me in that house.  And I was
16  in the car for four hours, almost like five
17  hours.  I don't even have --
18     Q.  You guys didn't discuss during this
19  time research at all or the project at all?
20     A.  Which project, the house?
21     Q.  The project you're testifying about
22  here today.
23     A.  No, no.  No word about that.
24  Nothing.
25     Q.  Now that you know the nature of the

Page 131

Yvette Wang

1  
2  project, does it make sense as to why she
3  didn't want to be seen?
4      A.  Which project, this one?
5      Q.  Yes.
6          MR. GRENDI:  I mean, the
7      defendant is allowed to be here but
8      we don't need commentary.
9      Q.  When I say "project," we know it's
10  getting a little silly.  You know the project
11  I'm talking about.  But I'm just asking you,
12  now that you know the nature of the contract,
13  do you have a better understanding as to why
14  she didn't want any photographs of you guys
15  together?
16     A.  Oh, I probably got your question.
17  That's why Wallop did not allow me and
18  Lianchao, especially me, go out and in the
19  car, because by then, she already know Miles
20  Kwok, who is Miles Kwok.  And then, my guess,
21  again, because she is here, in this room, my
22  guess is she is afraid of like, we are like
23  Miles Kwok's group of people, and we might
24  bring, I don't know some risk or danger to
25  her personally.  That's why she doesn't want

Page 132

Yvette Wang

1  
2  to be taken photo by chance me and her
3  together.  That is my understanding.
4      Q.  And how did you gain that
5  understanding?
6      A.  Because it's weird.  Like she
7  specifically told me that I gonna put you in
8  the back seat not in front for why reason?
9  By then, you know, even she did explain to
10  me, I will take whatever, you know, the owner
11  of car put me, but she specifically explained
12  that to me, made me feel so weird and
13  surprised by then, right?
14     Q.  Do you understand why she might have
15  thought it was bad, though, not to be viewed
16  with you, given the project that was being
17  discussed?
18         MR. GRENDI:  Objection.  You
19     can answer.
20     A.  Still I have no idea about this
21  project by then.  I just feel it's weird.  It
22  shouldn't be like that serious because I am
23  walking in D.C. and New York every day, I'm
24  in D.C. a lot of time, and in New York many
25  days.  I was never killed, I was never

Page 133

Yvette Wang

1  
2  assassinated.  And why you're so afraid of be
3  together with me?
4      Q.  Well, wasn't there concern that it
5  would expose the fact that Strategic Vision
6  was being engaged to do research on certain
7  individuals?
8          MS. TESKE:  Object.
9      A.  You're talking about the property
10  project, real estate or this project?
11     Q.  This project, the research project.
12     A.  By then I have no idea about this
13  project.
14     Q.  I know that, ma'am.  We went over
15  that.  You didn't know it when you were
16  sitting in the car, but now looking back
17  don't you think it made sense that there was
18  some concern because Strategic Vision was
19  going to be engaged?
20         MR. GRENDI:  Objection.
21     Q.  Based on what you know now sitting
22  here today?
23     A.  No, I don't believe there is any
24  relationship.  And by then, the four hours
25  drive, I believe her fear is just, okay,

Page 134

Yvette Wang

1
2  Miles Kwok is the biggest dissident of
3  Chinese government.  And she doesn't want to
4  get together with those group of people.  I
5  mean, Miles Kwok's group of people.  And then
6  I don't think that fear or that experience is
7  related to this project.
8        Let me tell you why.  Because when
9  this project show up in front of me, my first
10 reaction is, okay, what is job of this lady?
11 And later on, with more meetings together
12 with them, I was educated, Ms. Wallop and
13 Mike, they are super very much experienced in
14 investigation and research, which they
15 described themselves in front of me.  And
16 from those meetings, I feel no fear, they
17 have no fear at all to, like, Miles Guo or
18 me.  So it's totally separated.
19    Q.  Why was the agreement, if you look
20 at Exhibit 2, it says here both parties agree
21 that the nature of this contract and work
22 related to it is highly confidential.
23    A.  Yes, I saw this.
24    Q.  What is your understanding of that
25 phrase?

Page 135

Yvette Wang

1
2    A.  Highly confidential, both parties,
3  what is my understanding?  My understanding
4  is that all the information related to this
5  project or this contract, should be kept
6  confidential.
7    Q.  And at whose request was that?
8    A.  I believe, this is my guess, again,
9  because when I have the draft, it's -- if my
10 memory works well, it's already there.  So my
11 guess is, this is a request from both sides.
12    Q.  And do you know why both sides
13 wanted it that way?
14    A.  I don't know, but I feel this is a
15 common sense.
16        MR. SCHMIT:  If I can have this
17    marked as Exhibit 6.
18        (Whereupon, at this time, the
19    reporter marked the above-mentioned
20    three-page letter as Wang Exhibit 6
21    for identification.)
22 BY MR. SCHMIT:
23    Q.  Ms. Wang, I'm going to hand you
24 what's been marked as deposition Exhibit 6.
25    A.  Thank you.

Page 136

Yvette Wang

1
2    Q.  It's a three-page letter, dated
3  February 23rd, 2018.
4        Do you have that in front of you?
5    A.  Yes.
6    Q.  Have you ever seen this before?
7    A.  Yes, I did.
8    Q.  Did you look at it, just a yes or no
9  to this, did you look at it in draft form?
10   A.  I'm sorry, what is your question?
11   Q.  Did you see it in draft form?
12   A.  Draft form meaning?
13   Q.  Prior to being executed.
14   A.  Yes, I did, I did.
15   Q.  Did you provide any input into it?
16   A.  Yes, I did.
17   Q.  Who else would have provided input
18 into this letter?
19   A.  Who else provided information to
20 this, right?
21   Q.  Yes.
22        MR. GRENDI:  Objection.  You
23    can answer.
24   A.  Mr. Guo.
25   Q.  Anybody else?

Page 137

Yvette Wang

1
2    A.  My lawyer.
3    Q.  And just, if -- when you say my
4  lawyer, who are you referring to?
5    A.  Foley Hoag, H-O-A-G, people.
6    Q.  Did they represent Eastern Profit in
7  connection with the negotiation of the
8  agreement as well?
9    A.  One of their partner, they did.
10   Q.  Who was that?
11   A.  Gare, G-A-R-E, Smith.
12   Q.  So Mr. Smith would have looked at
13 the agreement that we've marked as Exhibit 2
14 prior to Eastern Profit executing it?
15        MR. GRENDI:  Objection.  You
16    can answer.
17   A.  Far before this version.  You know
18 what I mean?
19   Q.  No, I don't.
20   A.  Okay.  So the very, very, very
21 beginning, when I first time visited Ms.
22 Wallop to discuss about this contract.
23   Q.  Was there a draft on the table or
24 did you discuss concepts?
25   A.  I asked him to --

Page 138

Yvette Wang

1        MR. GRENDI:  Objection, stop,
2   hold on.  I don't want you to
3   reveal --
4        MR. SCHMIT:  Just yes or no,
5   sorry.
6        MR. GRENDI:  I just want to
7   instruct the witness on this.
8        Don't reveal any conversations
9   you had with any lawyers.
10       THE WITNESS:  Okay.
11       MR. GRENDI:  Why don't we just
12   roll that back and you can ask yes or
13   no, please?
14       MR. SCHMIT:  Can you just
15   repeat it?
16  (Whereupon, at this time, the requested
17  portion was read by the reporter.)
18  A.  Yes.
19  Q.  And was Ms. Wallop present for this
20  meeting?
21  A.  No.
22  Q.  Who else -- was anybody else in the
23  room when you discussed this?
24  A.  No.

Page 139

Yvette Wang

1  Q.  Was Mr. Guo or anybody on the phone?
2  A.  No.
3  Q.  If you look at -- it's the third
4  paragraph of the letter.  It says, Eastern
5  agreed to delay the start of the contract by
6  ten days from January 6th to January 16th.
7  Do you see that?
8  A.  Yes.
9  Q.  And January 6th is the day the
10  contract was executed, right?
11  A.  Correct.
12  Q.  Is that true?
13  A.  Correct, that was -- that is true.
14  Q.  Why was that done?
15  A.  You mean the delay?
16  Q.  Yes.
17  A.  Oh, that was on January 26th.  The
18  last meeting was Wallop, Mike, Guo and me
19  together at New York.  By that meeting, Mike
20  and Ms. Wallop finally presented their report
21  to Mr. Guo and me, which they already delayed
22  about like three weeks -- three weeks.
23  Q.  I'm sorry, what day was this
24  meeting?

Page 140

Yvette Wang

1  A.  January 26th.  And by that meeting,
2  Mike and Ms. Wallop apologized many times to
3  Mr. Guo and me, saying they had internal
4  communication problem, misunderstanding
5  between Mike and their project manager about
6  the report, and about the delay.  So they
7  officially apologized many, many times.
8  Q.  At that meeting?
9  A.  Yes.  And then they offered to Mr.
10  Guo and me, saying that because of our
11  mistake and our internal communication
12  problem with my project manager, and we offer
13  this ten days to you.  So that was the ten
14  days came from.
15  Q.  And simply that would mean less
16  would be due under the contract?
17       MR. GRENDI:  Objection.  You
18   can answer.
19  A.  Sorry, I don't understand.
20  Q.  That would mean less money would be
21  due under the contract, right?
22       MR. GRENDI:  Same objection, go
23   ahead.
24  A.  In my understanding, that means the

Page 141

Yvette Wang

1  date we paid.  I mean, the one month we paid
2  should start from January 16th instead of
3  January 6th.
4  Q.  And what was the purpose of this
5  letter that we've marked as Exhibit 6?
6  A.  The purpose was to terminate,
7  officially terminate the contract, and to
8  advise Strategic Vision return the deposit,
9  otherwise Eastern is going to take legal
10  action.
11  Q.  So this was the official termination
12  notice of the agreement, right?
13       MR. GRENDI:  Objection.  You
14   can answer.
15  A.  Correct.
16  Q.  Why did Eastern Profit believe it
17  was entitled to receive the million dollar
18  deposit back?
19       MR. GRENDI:  Objection.  You
20   can answer.
21       MR. SCHMIT:  What could
22   possibly be the objection to that
23   question?
24       MR. GRENDI:  Go ahead.

Page 142

Yvette Wang

1
2     A.   Because Eastern believes or Mr. Guo
3  believes they are cheated and Strategic
4  Vision, they are liar and they did fraud to
5  the client.
6     Q.   Who is the client in that statement?
7          MS. TESKE:  Object.
8     A.   Eastern Profit Corporation Limited,
9  the client in this contract (indicating).
10    Q.   Specifically, why was Eastern Profit
11 terminating this contract, as opposed to
12 trying to work it out or move forward with
13 the agreement?
14    A.   Why?  In my understanding, because
15 after the January 26th meeting, remember,
16 that was the last meeting for four of us get
17 together --
18    Q.   That was January -- give the exact
19 date?
20    A.   January 26th.
21    Q.   January 26, 2018?
22    A.   No.  No, January 26th.
23    Q.   What year?
24    A.   2018.
25    Q.   Okay.  Continue.

Page 143

Yvette Wang

1
2     A.   And from that meeting first,
3  Strategic Vision admitted they made mistake,
4  they apologized, and they delivered nothing
5  and with a delay date.  After that, I
6  believe --
7     Q.   Could I just ask, what do you mean
8  by delay date?
9     A.   You remember in the contract, the
10 first month they should deliver weekly
11 report.  That never ever happened.
12    Q.   And the delay date, is that a
13 reference from January 6th to January 16th?
14    A.   Yes, yes.  Not only that.
15    Q.   What else, go ahead?
16    A.   Because as long as January 6th the
17 contract signed, and they should start to
18 deliver the weekly report.  That never
19 happened.  And then by January 26th, finally,
20 there was a, which I, by the way, I do not
21 have the copy.  They just briefly, very
22 quickly, show us, apologized, and then they
23 took them away.
24    Q.   Have you personally reviewed any of
25 the reports or flash drives that were

Page 144

Yvette Wang

1
2  provided by Strategic Vision to Eastern
3  Profit under the contract?
4     A.   Yes, I did.
5     Q.   Which ones?
6     A.   The one on January 26th.
7     Q.   Any others?
8     A.   The second one and the last one, I
9  don't know that's called report or not.  The
10 so-called 80 gigabyte data.
11    Q.   When was that provided?
12    A.   1/30 or 1/31.  I don't remember that
13 clearly.  You can check that date.
14    Q.   Did you review anything that was
15 provided by Strategic Vision prior to January
16 26th?
17    A.   Nothing.
18    Q.   What is your understanding as to
19 whether anything had been provided under the
20 agreement?
21    A.   Sorry, what is the question?
22    Q.   What is your understanding as to
23 whether anything had been provided under the
24 agreement?
25    A.   Oh, okay.  My understanding, under

Page 145

Yvette Wang

1
2  the agreement, they should provide weekly
3  report in first month, which they didn't.
4     Q.   Did they provide anything, though?
5     A.   Nothing.
6     Q.   Nothing, as far as you know, nothing
7  was given to any representative of Eastern
8  Profit prior to the January 26th meeting?
9     A.   You are 100 percent right.
10    Q.   And what was presented at the
11 January 26th meeting, as far as form or
12 substance?
13    A.   Mike and Ms. Wallop brought a, they
14 called virgin laptop.  It's a Lenovo, I
15 remember.  And they said, their report can
16 only be presented on virgin laptop, never
17 connect with any internet.  So they brought
18 that laptop together with a flash drive,
19 which is encrypted.  There's a keyboard on
20 the flash drive.  So they presented the
21 report with those devices.
22         Do you want to know the content of
23 the report?
24    Q.   Yes.
25    A.   Okay.  So it's all based on my

Page 146

Yvette Wang

1   Yvette Wang
2   memory. So they didn't, by the way, they
3   didn't leave any copy or any copy of that
4   report to us. So I remember that was about
5   like ten or a dozen -- 10 or 12 pages of a
6   PDF, word -- a PDF file. But mainly about
7   like the documents which we provided to them.
8   Like, for example, the fish, like they just
9   repeat, like open this file for this fish.
10  But there is nothing in there. Something
11  like that. It's really very blurry my
12  memory.
13        Because during that presentation, I
14  remember Mike was sweating a lot, a lot. And
15  he was very nervous. And Ms. Wallop and Mike
16  both were repeatedly apologized, saying they
17  have internal communication problem with
18  their project manager. So by the way, that
19  presentation was conducted by Mike.
20        So I was sitting aside, I don't
21  remember, or standing behind them, just very
22  quickly went through the screen, laptop
23  screen. So my memory is not that clear. But
24  basically, there is nothing like valuable.
25        Q. What did you tell Mike and Ms.

Page 147

Yvette Wang

1   Yvette Wang
2   Wallop at that meeting on January 26th?
3        A. You mean me?
4        Q. You or Mr. Guo. Was anybody else
5   there?
6        A. No, just the four of us. We told
7   them clearly, we are very extremely
8   disappointed. And we told them first the
9   seriously delay, the timeline which agreed
10  and signed in the contract, and we gave them
11  enough time, and they didn't even start it.
12  And we are very disappointed, and we cannot
13  accept that at all.
14       Q. Anything else?
15       A. And then they keep apologizing and
16  they said they have their team working, which
17  they didn't say who, of course, and where.
18  And they said they will go to meet their
19  project manager in person to pick up their
20  raw material, which is about like 60
21  gigabyte.
22        And then we were extremely
23  disappointed, and we said, whatever you have,
24  just bring that to me. See whether there is
25  something, again, like garbage today or

Page 148

Yvette Wang

1   Yvette Wang
2   something which is meaningful or valuable.
3        Q. Did you say anything about the
4   contract or payment or termination, anything
5   along those lines?
6        A. You mean on January 26th?
7        Q. Yes.
8        A. No, not yet.
9        Q. And when you say -- you say project
10  manager, did they ever identify who the
11  project manager was?
12       A. Who identified?
13       Q. You've used the term a couple of
14  times their project manage per, their project
15  manager and miscommunication?
16       A. Yes.
17       Q. Did Mr. Waller or Ms. Wallop ever
18  say who their project manager was?
19       A. You mean their project manager?
20       Q. Yes.
21       A. No, they didn't. But it sounds like
22  that project manager resides somewhere not in
23  the U.S., Europe somewhere.
24       Q. What about, were there any
25  communications between Eastern Profit and

Page 149

Yvette Wang

1   Yvette Wang
2   Strategic Vision between the January 26th
3   meeting and the January 31st delivery?
4        MR. GRENDI: Objection. You
5   can answer.
6        A. Between Eastern and Strategic
7   Vision, you mean?
8        Q. Yes.
9        A. No, I don't believe so.
10       Q. So you never communicated with --
11  you or Mr. Guo to your knowledge, never
12  communicated in between those two meetings?
13       A. Between January 26th to when?
14  January 31st?
15       Q. January 31st.
16       A. Why January 31st?
17       Q. I think that's when you identified
18  the next delivery was made. Am I right about
19  that? If I'm wrong --
20       A. Should be February 6th, after they
21  offer this ten day. It should be like
22  February somehow. But we did communicate, I
23  believe.
24       Q. What was the nature of those
25  communications?

Page 150

Yvette Wang

1
2      A.  Who you mean, right?
3      Q.  What was the nature of the
4  communications?
5      A.  The nature of the communication was
6  we basically asked them stop going around,
7  let's talk about the project.  And your fault
8  or your mistake is your problem.  And we have
9  been patient enough and given you enough
10  time.  And we are very disappointed and we
11  are asking whether they are real capable of
12  doing this project or not.
13      Q.  So this was in --
14          MR. GRENDI:  Objection.
15      Actually, not objection, I just want
16      to point out we're over 1 o'clock.  I
17      don't know where this line of
18      questioning, if you want to wrap it
19      up or if you want to break now.
20          MR. SCHMIT:  It's up to you.  I
21      probably have ten more minutes on
22      this topic, but we can break now.
23          THE WITNESS:  I'm with you.
24      Ten more minutes.
25  BY MR. SCHMIT:

Page 151

Yvette Wang

1
2      Q.  After January 26th, what was the
3  next deliverable or meeting you had with
4  either Ms. Wallop or Mr. Waller?
5          MR. GRENDI:  Objection.  You
6      can answer.
7      A.  You mean deliverable meeting dates
8  requested based on the contract or which is
9  real --
10      Q.  The next time you saw him.  The next
11  time you met with him or spoke with them to
12  get something from them?
13      A.  That is the so-called 60 or 80
14  gigabyte.  I don't remember that.
15      Q.  How was that delivered?
16      A.  That happened in Penn Station.
17  Track Bar, there's a bar in there.
18      Q.  About when was that?  Was that the
19  January 31st or the February 6th date?
20      A.  I don't remember that.  But you can
21  check from my Signal message.  It should be
22  very end, 30th or 31st of January.  I don't
23  remember, but you can check that from my
24  records.  So that is after the January 26th
25  meeting.  So then Mike and Ms. Wallop said,

Page 152

Yvette Wang

1  Mike was going to fly to their project
2  manager to meet him face to face and to pick
3  up the flash drive and fly back right away to
4  deliver to us.  And then we give them one
5  more chance.  And --
6      Q.  When did you give them that one more
7  chance?
8      A.  When you mean?
9      Q.  Yes, when.
10      A.  26th.
11      Q.  Okay.  Continue.
12      A.  And then I remember Mike started to
13  text me directly.  Because before that, I
14  only directly Signal text to Ms. Wallop.  So
15  Mike text me, told me where should I go and
16  when.  He said, Union Station, Track Bar.
17  And it's late afternoon, like five or
18  something p.m.  And then I went there.  And
19  that was the date and place he gave me that
20  second flash drive with that like 80 or 60
21  gigabyte things.
22      Q.  Did you personally review that flash
23  drive?
24      A.  You mean in the Union Station?

Page 153

Yvette Wang

1
2      Q.  No, at all, ever.
3      A.  I did.
4      Q.  You did?
5      A.  Uh-huh.
6      Q.  Where did you do that?
7      A.  I went back to meet Mr. Guo because
8  he was quite waiting for that.  So I came
9  back from the station.
10      Q.  On the same day?
11      A.  The same day, right away.  Right
12  away.
13      Q.  And you're sure which day was this,
14  you say?
15      A.  I don't remember that date.  Please
16  check, they are there.  And we were together,
17  went through that flash drive.
18      Q.  Had you been given any instructions
19  about what to look for on that flash drive?
20      A.  No.
21      Q.  So Mr. Waller and Ms. Wallop didn't
22  ask you at all, you know, this is what you
23  should look for, this is what's in there?
24      A.  No, they didn't say anything.
25      Q.  Was there anything going on at the

Page 154

Yvette Wang

1  time that Eastern Profit needed that
2  information at that time?
3  information at that time?
4      A.  I'm sorry, I don't understand your
5  question.
6      Q.  Did Eastern Profit miss anything or
7  breach a contract or not be able to do
8  anything because it didn't have the
9  information on the 26th or whatever the
10  subsequent date is?
11          MR. GRENDI:  Objection.  You
12      can answer.
13      A.  I don't remember clearly.  But I did
14  remember like Mr. Guo, he was waiting for
15  that information for his plan.
16      Q.  Why was he waiting for that
17  information?
18      A.  Why?
19      Q.  Yes.
20      A.  Because he needs that information.
21      Q.  To do what?
22      A.  To do his tech now, Chinese
23  Communist party work.
24          MS. TESKE:  Objection.
25      A.  He has been doing for last two,

Page 155

Yvette Wang

1  three years.
2      Q.  How is he going to use that
3  information in order to do that?
4          MS. TESKE:  Object.
5          MR. GRENDI:  Objection.
6      A.  I don't know.
7      Q.  You never asked?
8      A.  No.
9          MR. SCHMIT:  Why don't we break
10      for lunch now?
11          (Whereupon, a luncheon recess
12      was taken.)
13  BY MR. SCHMIT:
14      Q.  Welcome back, Ms. Wang.
15      A.  Thank you.
16      Q.  Just remember you're still under
17  oath.
18      A.  Yes.
19      Q.  After the termination letter that we
20  looked at a short while ago was sent, what,
21  if anything, did Eastern Profit do to carry
22  on the prong as we've referred to it as?
23      A.  Ask Foley Hoag to follow up.
24      Q.  That's not what I'm asking.  Did the

Page 156

Yvette Wang

1  research continue, did you have somebody else
2  continue to research individuals?
3      A.  I have no idea.  I don't know.
4      Q.  You've not been involved in any
5  research or investigation projects since
6  Foley Hoag sent this letter?
7      A.  Correct.
8      Q.  Do you know who Rich Higgens is?
9      A.  Rich?
10      Q.  Rich Higgens?
11      A.  Sorry, who is this person?
12      Q.  That's the question.  Do you know
13  who that person is, Rich Higgens?
14      A.  Rich Higgens, sounds -- the name is
15  familiar.  Is it the guy with DOJ?  Is that
16  the guy?  No, I don't know.
17      Q.  Who were you thinking of just now?
18      A.  Because there was a newspaper talk,
19  there is a DOJ employee was sued before,
20  maybe I was wrong.  Something similar like
21  that one.
22          MR. GRENDI:  Can you give me a
23      spelling on Higgens?
24          MR. SCHMIT:  H-I-G-G-E-N-S.  It

Page 157

Yvette Wang

1  might be I-N-S, I'm not sure.
2      Q.  You don't recognize that name?  As
3  far as you know, Eastern Profit doesn't work
4  with him?
5      A.  No.
6      Q.  Has Eastern Profit done anything to
7  retain some other firm or individual to do
8  the research it wanted strategic alliance to
9  do -- or Strategic Vision, excuse me?
10      A.  I don't know.
11      Q.  Not to your knowledge?
12      A.  Not with my knowledge.
13      Q.  Do you know who William Yu, Y-U, is?
14      A.  No, I don't know.
15      Q.  You never met anybody by that name?
16      A.  William Yu, no, never.
17      Q.  To your knowledge, is Mr. Guo
18  carrying on the work we've been discussing in
19  any way, shape or form since Strategic Vision
20  was terminated?
21          MR. GRENDI:  Objection.  You
22      can answer.
23      A.  I don't know.
24      Q.  You have not been involved?

Page 158

```
 1                  Yvette Wang
 2       A.  No.
 3            MS. TESKE:  Same objection.
 4            MR. SCHMIT:  Let's mark this as
 5       Exhibit 7.
 6            (Whereupon, at this time, the
 7       reporter marked the above-mentioned
 8       bank document as Wang Exhibit 7 for
 9       identification.)
10  BY MR. SCHMIT:
11       Q.  I'm handing you what's been marked
12  for your deposition as Exhibit 7.  Do you
13  have that in front of you?
14       A.  Yes.
15       Q.  It's got the production numbers in
16  the lower right-hand corner of Eastern, a
17  bunch of zeros, 21 through 22.
18            Do you see that?
19       A.  Yes.
20       Q.  Do you recognize this document?
21       A.  Yes.
22       Q.  What is it?
23       A.  It's bank document.
24       Q.  Do you know what it is conveying or
25  signifying?
```

Page 159

```
 1                  Yvette Wang
 2       A.  This shows a transaction with
 3  beneficiary name, Strategic Vision.
 4       Q.  Have you ever seen this document
 5  before?
 6            (Witness peruses document.)
 7       A.  Yes, I did.
 8       Q.  What is it?
 9       A.  Huh?
10       Q.  What is it?
11       A.  It's a bank proof document.
12       Q.  Proving what?
13       A.  Proving looks like a wire transfer
14  to Strategic Vision.  Happened on January 2,
15  2018.
16       Q.  Who is sending the wire?
17       A.  ACA Capital Group Limited.
18       Q.  And do you know why ACA Capital
19  Group Limited is sending a wire to Strategic
20  Vision?
21       A.  From this project, that this should
22  be the deposit.  Because the time match,
23  looks like.
24            MR. SCHMIT:  Can we just have
25       this marked as 8, please.
```

Page 160

```
 1                  Yvette Wang
 2            (Whereupon, at this time, the
 3       reporter marked the above-mentioned
 4       corporate telegraphic transfer
 5       cancellation amendment request as
 6       Wang Exhibit 8 for identification.)
 7  BY MR. SCHMIT:
 8       Q.  I'm going to hand you what's been
 9  marked for your deposition, ma'am, as Exhibit
10  8.
11       A.  Thank you.
12       Q.  Eastern 279 to 280.
13       A.  Yes.
14       Q.  Have you ever seen this before?
15       A.  Yes.
16       Q.  What is it?
17       A.  It's a corporate telegraphic
18  transfer cancellation amendment request.
19       Q.  Who is making the request?
20       A.  Looks like ACA Capital Group
21  Limited.
22       Q.  And, again, do you know why they're
23  making this request?
24       A.  I guess from the date, it looks like
25  they tried to cancel the wire.
```

Page 161

```
 1                  Yvette Wang
 2       Q.  To your knowledge, did anybody from
 3  Eastern Profit or anyone for that matter,
 4  tell Strategic Vision, Hey, we're going to
 5  try to cancel the wire we sent?
 6       A.  I have no knowledge about that.
 7       Q.  You didn't do it?
 8       A.  No, I didn't.
 9       Q.  And again, you weren't involved in
10  any conversations regarding why the wire was
11  canceled?
12       A.  I'm sorry, what is the question?
13       Q.  You weren't involved in any
14  conversations concerning why the wire was
15  canceled; is that a correct statement?
16       A.  I was not involved in any
17  conversation of that.
18       Q.  And looking at this doesn't refresh
19  your recollection of anything?
20       A.  No, no.
21            MR. SCHMIT:  Mark this as 9,
22       please.
23            (Whereupon, at this time, the
24       reporter marked the above-mentioned
25       e-mail chain as Wang Exhibit 9 for
```

Page 198

```
1                  Yvette Wang
2      A.   Same answer.
3      Q.   You believed them to be true?
4      A.   Yes.
5      Q.   Have you discovered anything since
6   then to in any way make you question that?
7      A.   Same answer like before, no.
8      Q.   Paragraph 34, it says here,
9   Strategic Vision also told Eastern that
10  Eastern's one million dollar deposit would be
11  used as a deposit against the last payments
12  owed by Eastern at the end of the contract.
13  Paragraph, upon information and belief
14  Strategic Vision also knew this statement to
15  be false.
16          Why was that statement false?
17     A.   I don't understand this statement.
18  Can you please help me?
19     Q.   It's Eastern Profit's complaint.
20  That's the one million dollar deposit under
21  the agreement.
22     A.   That's right, this is drafted by
23  lawyer.  English is not my first language,
24  sorry about that.  I'm trying to understand.
25     Q.   Was that representation ever made to
```

Page 199

```
1                  Yvette Wang
2   you?
3          (Witness peruses document.)
4      A.   From the contract side --
5      Q.   So you're referring back to the
6   contract that's been marked.  What exhibit is
7   that for the record?
8      A.   Your Exhibit number 2.
9      Q.   Okay.
10     A.   Page number 5.  The client will pay
11  the contractor a deposit of U.S. dollar one
12  million upon signing the contract.  The
13  deposit will be credited on a prorated basis
14  to the final one to one-third month of the
15  contract.
16          In my understanding, this one
17  million should not be used against the last
18  payment.
19     Q.   Should not be used?
20     A.   Correct.
21     Q.   What should have happened with the
22  one million dollar deposit upon --
23     A.   This is, in my understanding, an
24  evergreen deposit, which means that one
25  million just stay there as one million.  And
```

Page 200

```
1                  Yvette Wang
2   they, Strategic Vision is going to issue
3   invoice every month and the client is just to
4   pay the invoice.
5      Q.   So it would stand out there, and the
6   client, you would still owe the monthly fees?
7          MR. GRENDI:  Objection.  You
8      could answer.
9      Q.   That's what evergreen means, right?
10     A.   Correct, yes.
11     Q.   In other words, to give you an
12  example, you paid a million dollars and you
13  get that bill for $750,000.  If the million
14  dollars is an evergreen deposit, or in our
15  business a retainer, you still have to pay
16  that $750,000, right?
17     A.   That is evergreen, you are right.
18  Pay month by month and this deposit stay
19  there.
20     Q.   What happens to that evergreen
21  deposit at the end of the contract?
22     A.   They didn't say clearly in the
23  contract, which means Strategic Vision should
24  return that deposit after this project is
25  terminated.
```

Page 201

```
1                  Yvette Wang
2      Q.   Well, it says here, the deposit will
3   be credited on a prorated basis to the final
4   one and one-third months of the contract.  Do
5   you see that?
6      A.   Yes.
7      Q.   What is your understanding of that?
8      A.   Can I say, I don't understand what
9   is prorated basis?  I don't understand this.
10     Q.   You don't know what prorated -- you
11  don't have a view as to what prorated basis
12  means?
13     A.   I'm not quite familiar with that.
14     Q.   What language of this contract would
15  say that Strategic Vision should just return
16  the million dollars at the end of the
17  contract?
18     A.   They didn't clearly say that
19  sentence in the contract.
20     Q.   It's not in there, right?
21     A.   Correct.
22     Q.   When was the final day of the
23  contract?
24          MR. GRENDI:  Objection.  You
25      can answer.
```

Page 210

1                    Yvette Wang
2    Strategic Vision is owed 750,000 times three,
3    we've agreed, right?
4         A.  Go ahead.
5         Q.  We've agreed, so far --
6         A.  This is said in the contract, the
7    words in the contract.
8         Q.  Yes, exactly.  They're owed that
9    money, but the only money that's been given
10   to them by Eastern Profit is the million
11   dollar deposit.  Under that scenario, what
12   should we do with the million dollar deposit?
13        A.  Should be refunded.
14        Q.  Why?
15        A.  Because there is no performance in
16   here at all.
17        Q.  No, we're assuming performance was
18   okay.  It's a hypothetical.  Are you familiar
19   with that term?
20        A.  No.
21        Q.  Okay.  We're just setting up -- I'm
22   eliminating, for the sake of argument, the
23   whole point of this question is you agree
24   with performance.  You think Strategic Vision
25   did a great job, I know you didn't, okay.  I

Page 211

1    know you don't.  But let's assume that they
2    did a great job, they worked for three
3    months.  All they were paid was a million
4    dollar deposit.  In other words, even though
5    they did great work, you didn't pay them for
6    the three months, you didn't pay the 750,000
7    or the 750,000 for February, the 750,000 for
8    the part of March.  Okay?  Are you with me so
9    far?
10        A.  Kind of.
11        Q.  Okay.  What should happen at that
12   point with the million dollar deposit?
13        A.  Back to your Exhibit number 2.
14        Q.  Okay.
15        A.  Yes, right here, your Exhibit number
16   2, page number 5.  The deposit will be
17   credited on a prorated basis to the final one
18   to one-third month of the contract.  They can
19   use the deposit.
20        Q.  To pay what's owed?
21        A.  This is said in the contract.  If I
22   may --
23             MR. GRENDI:  Hold on, wait for
24        questions.

Page 212

1                    Yvette Wang
2             MR. SCHMIT:  Off the record for
3    a second.
4             MR. GRENDI:  Sure.
5             (Discussion held off the
6        record.)
7         Q.  I'm going to hand you, Ms. Wang, an
8    exhibit -- excuse me, we're not going to mark
9    it as an exhibit but it has production
10   numbers SVUS 000171 through 000259.
11            MR. GRENDI:  Wait, can we go
12       off the record again?  I'm sorry.
13            MR. SCHMIT:  Okay.
14            (Discussion held off the
15       record.)
16            MR. SCHMIT:  Okay, let's mark
17       it as an exhibit.
18            (Whereupon, at this time, the
19       reporter marked the above-mentioned
20       name list as Wang Exhibit 12 for
21       identification.)
22   BY MR. SCHMIT:
23        Q.  I'm going to hand you what has been
24   marked as Exhibit 12 for your deposition.
25        A.  Thank you.

Page 213

1                    Yvette Wang
2         Q.  Just flip through it and let me know
3    when you're finished.  It has production
4    numbers SVUS 000171 through 000259.  And
5    that's marked confidential and should remain
6    confidential.
7             Have you ever seen this document
8    before?
9         A.  Yes.
10        Q.  What is it?
11        A.  They are the name list.
12        Q.  Where did it come from?
13        A.  Mr. Guo.
14        Q.  Where did Mr. Guo get it?
15        A.  I don't know.
16        Q.  Did you ever talk to him about it?
17        A.  No.
18            MS. TESKE:  I object to this
19       whole line of questioning.  Because I
20       haven't seen the document, and I also
21       don't think I can read the document.
22            MR. GRENDI:  Well, if you
23       want --
24            MS. TESKE:  To the extent it
25       concerns my client and I haven't had

Page 214

1            Yvette Wang
2       a chance to review it, I object to
3       this line of questioning.  This is
4       not my client so I'm not going to
5       direct her not to answer, but I would
6       like to put my objection on the
7       record.
8   BY MR. SCHMIT:
9       Q.  Whose handwriting -- if you can look
10  at page 5, 175 production number, page 5 in
11  handwriting, whose handwriting is that?
12      A.  I don't know.
13      Q.  Same question for 177, page 7.
14      A.  I don't know.
15      Q.  Did Mr. Guo ever tell you where he
16  got this list or this packet?
17          MR. GRENDI:  Objection.  You
18      can answer.
19      A.  No.
20      Q.  Did you ever ask?
21      A.  No.
22      Q.  When did you see it before?
23      A.  I don't remember that clearly.  It
24  should be December 2017.
25      Q.  At some point during the month of

Page 215

1            Yvette Wang
2   December of 2017?
3       A.  Correct.
4       Q.  Who was -- was it just you and
5   Mr. Guo?
6       A.  Correct.
7       Q.  Ms. Wallop and Mr. Waller weren't at
8   that meeting?
9       A.  No.
10      Q.  What did he tell you?  Did he tell
11  you to do anything with this document?
12      A.  He said this is about this project.
13      Q.  And did he instruct you to do
14  anything with it?
15      A.  Go to talk, discuss about the
16  contract, if signed please deliver this to
17  Strategic Vision.
18      Q.  And you ended up delivering this to
19  Strategic Vision?
20      A.  Correct.
21      Q.  Did you ever hear Mr. Guo say that
22  he had paid $250 million for this document,
23  and the information within it?
24      A.  Can you repeat?
25          MS. TESKE:  Object.

Page 216

1            Yvette Wang
2       Q.  Did you ever hear Mr. Guo tell
3   anybody that he had paid $250 million for the
4   information in this document?
5       A.  I didn't hear that from myself, by
6   myself.
7       Q.  Did you ever hear anybody else say
8   that or --
9       A.  I don't remember.
10      Q.  It doesn't sound familiar at all?
11      A.  No.
12      Q.  You never heard him represent that
13  to Ms. Wallop or Mr. Waller?
14      A.  I don't remember that.
15      Q.  Remember as in it didn't happen or
16  you're not sure one way or another?
17      A.  I just don't remember whether that
18  happened or not.  No memory about that.
19      Q.  Did you ever discuss how he gathered
20  the names or the information?
21      A.  No.
22          MR. SCHMIT:  Mark this as 13.
23          (Whereupon, at this time, the
24      reporter marked the above-mentioned
25      background report as Wang Exhibit 13

Page 217

1            Yvette Wang
2       for identification.)
3   BY MR. SCHMIT:
4       Q.  I will hand you what was marked as
5   Exhibit 13.
6          (Witness peruses document.)
7       Q.  It is a background report with the
8   production number Eastern 144 through 195.
9       A.  Yes.
10      Q.  Can you just let me know when you're
11  finished reviewing?
12      A.  Yes, you can go ahead.
13      Q.  Have you ever seen this before?
14      A.  Yes.
15      Q.  What is it?
16      A.  This is the one file in the 80
17  gigabyte.
18      Q.  So about -- we're not sure what day
19  you received the 80 gigabyte, though, right?
20      A.  You remember Penn Station, Track
21  Bar?  That's the date I received the 80
22  gigabyte.
23      Q.  Is this a report Strategic Vision
24  had within the 80 gigabytes?
25      A.  Correct.

Page 258

                    Yvette Wang
1  those lines?
2
3            MS. TESKE:  Objection.
4      A.  I don't remember.  I don't remember.
5      Q.  Back to Exhibit 20.
6      A.  Yes.  I am there.
7      Q.  It says, As you know, big budget is
8  ready for this long-term project.  Investors
9  can even pay your team without contract.
10 What does that mean?
11     A.  The first sentence, big budget is
12 ready for this long-term project, which I was
13 told by Mr. Guo.  In my understanding, the
14 dissidents of Chinese government who are the
15 real fighters for Chinese democracy and rule
16 of law, they are a group of people in my
17 understanding, so that is referring to that.
18 The investor can even pay your team without
19 contract, this refers to the one million,
20 which we just discussed about that.
21     Q.  Who were the investors?
22     A.  The people, this is my definition,
23 the people who are the real fighter for rule
24 of law and democracy of China.
25     Q.  Are they shareholders of Eastern

Page 259

                    Yvette Wang
1
2  Profit?
3      A.  I don't know.
4      Q.  Do they invest into ACA Capital
5  Limited?
6      A.  I don't know.
7      Q.  Does investor have anything
8  whatsoever to do with actually putting money
9  towards the project?
10     A.  I have no knowledge about this.
11     Q.  How is Eastern going to put this
12 budget together?
13     A.  I have no idea.
14     Q.  I mean, you testified earlier, as
15 far as you know, Eastern Profit didn't have
16 bank accounts; is that right?
17           MR. GRENDI:  Objection.
18     A.  You mean have or did not have?
19     Q.  Does Eastern Profit have a bank
20 account of any kind?
21     A.  I don't know.
22     Q.  Does Eastern Profit have investments
23 of any kind?
24     A.  No idea.
25     Q.  Does Eastern Profit have a budget --

Page 260

                    Yvette Wang
1
2  excuse me, a brokerage account with anybody?
3      A.  No idea at all.
4      Q.  Does Eastern Profit have clients or
5  customers?
6      A.  I have no knowledge about this.
7      Q.  How does Eastern Profit make money,
8  if it does?
9            MR. GRENDI:  Objection.  You
10      can answer.
11     A.  I heard this is an investment
12 company, that's it.
13     Q.  Who did you hear that from?
14     A.  Mr. Guo.
15     Q.  What did he say regarding
16 investments?
17     A.  This is an investment company.
18     Q.  Eastern Profit?
19     A.  Yes.
20     Q.  Well, who conducts the investments
21 and how do they conduct their business?
22 Where are they investing?  Tell me about it.
23     A.  He didn't say.
24     Q.  He just said that it's an investing
25 company?

Page 261

                    Yvette Wang
1
2      A.  Correct.
3      Q.  Did they have a portfolio they were
4  managing?
5      A.  I have no idea.  I didn't check.  Iu
6  have no idea.
7      Q.  And you didn't speak with Mr. Guo
8  about today's deposition at all in order to
9  prepare; is that right?
10     A.  I told him.
11     Q.  No, but did you speak to him and
12 say, What can you tell me about Eastern
13 Profit, I'm being deposed as their
14 representative, anything along those lines?
15     A.  No, not in that detail.  I didn't
16 even see him.
17     Q.  What did you say to him on the
18 phone -- did you speak with him on the phone?
19     A.  I mentioned to him a couple of days
20 ago, I have this deposition.
21     Q.  What was his reaction?
22           MS. TESKE:  Object.
23     A.  He said okay.
24     Q.  Did you explain to him you were
25 testifying as a representative of Eastern

Page 262

1                    Yvette Wang
2    Profit?
3         A.  I didn't go that detail.
4         Q.  Did he seem to know anything about
5    the deposition, that it was occurring or
6    otherwise?
7              MS. TESKE:  Objection.
8              MR. GRENDI:  Objection.
9         A.  I didn't -- no.
10        Q.  Does Eastern Profit have any assets
11   whatsoever as far as you know?
12        A.  No idea.
13        Q.  Does it have a relationship with a
14   bank?  Does it have any loans or anything
15   like that?
16             MR. GRENDI:  Objection.  You
17        can answer.
18        A.  No idea about their loan with bank.
19             MR. SCHMIT:  Why don't we take
20        five minutes?
21             MR. GRENDI:  I was just going
22        to say that.
23             (Whereupon, a brief recess was
24        taken.)
25             MR. SCHMIT:  Mark this as

Page 263

1                    Yvette Wang
2         Exhibit 21.
3              (Whereupon, at this time, the
4         reporter marked the above-mentioned
5         screen shot of text messages as Wang
6         Exhibit 21 for identification.)
7    BY MR. SCHMIT:
8         Q.  I'm going to hand you what's been
9    marked as Exhibit 21.
10        A.  Thank you.
11        Q.  It is a two-page text message, 259
12   through 260.  Do you have that in front of
13   you?
14        A.  Yes.
15        Q.  If you can just read the message and
16   let me know when you're finished.
17             (Witness peruses document.)
18        A.  Yes, I finished.
19        Q.  Did you receive this text message?
20        A.  Yes.
21        Q.  Did you ever discuss these issues
22   with Mr. Waller?
23        A.  I believe no.
24        Q.  Did you ever discuss them with Mr.
25   Guo?

Page 264

1                    Yvette Wang
2         A.  I mentioned this message to him.
3         Q.  And what was his reaction?
4         A.  He said they are making excuse and
5    it doesn't make any sense.
6         Q.  Why did he think it didn't make any
7    sense?
8              MS. TESKE:  Object.
9         A.  I believe the two pages here, the
10   main spirit or the main contact with never
11   included in the contract, which is signed on
12   January 6th.
13        Q.  I'm sorry, what's not included?
14        A.  The content of here.
15        Q.  Did Mr. Guo ever discuss that based
16   on his experience this isn't how it worked or
17   Mr. Waller had it all wrong?
18        A.  He didn't mention that to me.
19        Q.  In this context, was Mr. Guo getting
20   more and more agitated?
21        A.  What do you mean agitated?
22        Q.  Angry, frustrated.
23             MS. TESKE:  Object.
24        A.  Oh, yes.
25        Q.  And in this time, did he ever say

Page 265

1                    Yvette Wang
2    why he needed this information so
3    immediately?
4              MR. GRENDI:  Objection.
5         A.  No, he didn't mention that.  He said
6    that before already.
7         Q.  He said what before?
8              (Witness peruses document.)
9         Q.  Are you looking for a particular
10   message?
11        A.  Yes.  There was a timeline in my
12   text message.  On your Exhibit number 18,
13   page 233, conveyed to him, this is my
14   message, on January 16, to French Wallop, I
15   said, Convey to him, he advised that if you
16   could make it he needs to see the report
17   before January 25th.  And he has some plan
18   from January 6th, which will need your input.
19        Q.  But did he ever tell -- as far as
20   you know, did he ever tell you, let's start
21   there, what the plan was?  That was the
22   question.
23             MR. GRENDI:  Objection.  We've
24        been over this a couple of times now,
25        but go ahead.

Page 266

Yvette Wang

2  A.  I believe I replied to you, sir, at
3  least twice.
4  Q.  That's fine.
5  A.  And I don't know the plan details.
6  Q.  Do you have any sense of why there
7  was this need for immediacy?
8  A.  Immediacy, you mean immediately?
9  Q.  Yes.
10  A.  I don't think it's immediately.
11  Q.  Was time of the essence or do you
12  have any idea what was going to happen?
13       MR. GRENDI:  Objection.  I
14       just -- I'd recommend just using some
15       phrases that are perhaps a little
16       more straightforward.  I want to make
17       sure the witness clearly understands
18       and can answer correctly, that's all.
19       Go ahead.
20  A.  What is your question?
21  Q.  You're the 30(b)(6) witness for
22  Eastern Profit?
23  A.  I am.
24  Q.  And you've educated yourself for
25  today's deposition.  Looking back, you have

Page 267

Yvette Wang

2  no idea what the plan was you've said or why
3  this information was needed; is that a fair
4  statement?
5       MR. GRENDI:  Objection.  You
6       can answer.
7  A.  I can tell you which I was told by
8  Mr. Guo.  His plan is his whistle blowing and
9  disclosure corrupted Chinese official, and to
10  bring the justice and bring the truth to the
11  public.  That is his plan, and --
12  Q.  Go ahead, were you done?
13  A.  I'm done.
14  Q.  Has he been unable to do that, has
15  he missed a milestone or some sort of
16  deadline that has in any way hurt his plans?
17       MS. TESKE:  Objection.
18       MR. GRENDI:  Objection.
19  A.  Yes.  You are right.  Sounds to me,
20  he had his deadline, timeline to wait for
21  this information.
22  Q.  And going back, though, has it in
23  some way, has Eastern Profit, let's put it
24  that way, been hurt, because it didn't have
25  information expected on January 26th or

Page 268

Yvette Wang

2  January 31st?
3  A.  What is your question?
4  Q.  Has Eastern Profit been damaged at
5  all because it didn't have the information it
6  wanted on January 26th or January 31st?
7  A.  Okay.  I'm glad I asked you.
8  Q.  Go ahead.
9  A.  I believe I replied before, but I
10  will reply again.  The damage to Eastern
11  Profit should be based on Eastern Profit
12  calculation, which for now, I don't know.
13  Q.  So you can't, sitting here today,
14  identify any damages that Eastern Profit has
15  suffered?
16       MR. GRENDI:  Objection.  It's
17       not how the witness testified
18       earlier, but go ahead.
19  Q.  Then tell me all you know about the
20  damages that Eastern Profit has suffered.
21  A.  I will.  So far, for now, and I can
22  see that is a loan, need to pay back.  Legal
23  fee, logistics, all the related fees, right?
24  But I believe this is not all their damage.
25  Q.  Is there -- is there a particular

Page 269

Yvette Wang

2  clause in the contract that would entitle you
3  to legal fees?  Do you know anything about
4  that?
5  A.  Which contract?  Which clause?
6  Q.  Any one that would entitle Eastern
7  Profit to damages, including legal fees?
8       MS. TESKE:  Objection.
9       MR. GRENDI:  Objection.
10  A.  I didn't see any contract except
11  this one.
12  Q.  Okay.  What clause in that contract,
13  the contract we're discussing today, would
14  entitle you to legal fees?
15       MR. GRENDI:  Objection.
16       You can answer.
17  A.  There's no clause in this contract,
18  I believe.
19  Q.  Okay.  I mean, go ahead, if you can
20  point it out.  I would like to have you point
21  it out.
22       (Witness peruses document.)
23  A.  I believe in this contract, I
24  didn't say anything about legal fees.
25  Q.  And with respect to the loan, just

Page 278

```
 1
 2                  I N D E X
 3   EXAMINATION BY                    PAGE
 4   Mr. Schmit                          4
 5
                 E X H I B I T S
 6
 7
     WANG         DESCRIPTION          PAGE
 8
      1     Notice of deposition         7
 9
      2     Research agreement          11
10
      3     Responses and objections
11          to interrogatories         23
12    4     Research agreement          51
13    5     Screen shot of text messages  103
14    6     Three-page letter          135
15    7     Bank document              158
16    8     Corporate telegraphic transfer
            cancellation amendment
17          request                    160
18    9     E-mail chain               161
19   10     Handwritten document       164
20   11     Complaint                  167
21   12     Name list                  212
22   13     Background report          216
23   14     Background report          219
24   15     Screen shot of text messages  224
25   16     Screen shot of text messages  230
```

Page 279

```
 1
 2
            (Exhibits cont.)
 3
 4
     WANG         DESCRIPTION          PAGE
 5
     17     Screen shot of text messages  234
 6
     18     Screen shot of text messages  240
 7
     19     Screen shot of text messages  244
 8
     20     Screen shot of text messages  254
 9
     21     Screen shot of text messages  263
10
     22     Screen shot of text messages  272
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 280

```
 1
 2   DOCUMENTS AND/OR
     INFORMATION REQUESTED        PAGE LINE
 3
     Documents supporting loan      45   17
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 281

```
 1
 2              C E R T I F I C A T E
 3       I, MICHELLE LEMBERGER, a shorthand
 4   reporter and Notary Public within and for
 5   the State of New York, do hereby certify:
 6       That the witness(es) whose testimony
 7   is hereinbefore set forth was duly sworn by
 8   me, and the foregoing transcript is a true
 9   record of the testimony given by such
10   witness(es).
11       I further certify that I am not
12   related to any of the parties to this
13   action by blood or marriage, and that I am
14   in no way interested in the outcome
15   of this matter.
16
17
18
19
20            MICHELLE LEMBERGER
21
22
23
24
25
```

Page 282

```
1
2          DEPOSITION ERRATA SHEET
3   Case Caption:  Eastern Profit Corp v.
4   Strategic Vision LLP
5
6       DECLARATION UNDER PENALTY OF PERJURY
7          I declare under penalty of perjury
8   that I have read the entire transcript of my
9   Deposition taken in the captioned matter or
10  the same has been read to me, and the same is
11  true and accurate, save and except for changes
12  and/or corrections, if any, as indicated by me
13  on the DEPOSITION ERRATA SHEET hereof, with
14  the understanding that I offer these changes
15  as if still under oath.
16
17       _____
18          YVETTE WANG
19
20  Subscribed and sworn to on the _____ day of
21  _____, 2019, before me,
22  _____
23  Notary Public,
24  in and for the State of _____
25
```

Page 283

```
1
2          DEPOSITION ERRATA SHEET
3   Page No. _____ Line No. _____ Change to: _____
4   _____
5   Reason for change: _____
6   Page No. _____ Line No. _____ Change to: _____
7   _____
8   Reason for change: _____
9   Page No. _____ Line No. _____ Change to: _____
10  _____
11  Reason for change: _____
12  Page No. _____ Line No. _____ Change to: _____
13  _____
14  Reason for change: _____
15  Page No. _____ Line No. _____ Change to: _____
16  _____
17  Reason for change: _____
18  Page No. _____ Line No. _____ Change to: _____
19  _____
20  Reason for change: _____
21  Page No. _____ Line No. _____ Change to: _____
22  _____
23  Reason for change: _____
24  SIGNATURE:_____DATE:_____
25          YVETTE WANG
```