# Exhibit GG





EXHIBIT
Wang
18    ML
1-31-19

2018年1月9日 07:50

> Hope all going well. NY is asking if you can accommodate 2 small fish with no relationship tree, just need finan.
> Meanwhile we can give up 2 reports of the fish you received yesterday, to keep 30 reports of this month.
> Thank you.

已读

2018年1月9日 08:53

> Got back and were able to view. We cannot include 2 more until Feb. that door has closed and we have already 'given' you 5 extra



新消息       CONFIDENTIAL       EASTERN-000223



**French**
点击此处前往设置

2018年1月9日 08:53

> Got back and were able to view. We cannot include 2 more until Feb. that door has closed and we have already 'given' you 5 extra this month. In order to pull expertly, we cannot be distracted with switches. It triggers all sorts of electronic issues. Teams are already dispatched and beginning their trip.

2018年1月14日 09:32

> Hi, NY would like to invite you to have lunch/dinner this week at your convenience, would you

新消息　　CONFIDENTIAL   EASTERN-000224

●●○○○ AT&T LTE    10:37    🔒 100% 🔋

**French**
点击此处前往设置

2018年1月14日 09:32

> Hi, NY would like to invite you to have lunch/dinner this week at your convenience, would you have time? Thank you.

已读

2018年1月14日 09:54

Good morning ~ For planning purposes, is he suggesting the invitation is just for me or both?
I will look at my calendar for this week and get back to you. Please thank ny for his kind invitation.
Best
Paris

2018年1月14日 10:03

新消息

CONFIDENTIAL    EASTERN-000225

**French**
点击此处前往设置

2018年1月14日 10:03

> He confirmed the invitation is for both of you and M. He said he would be very happy to meet you both in his place this week.
> Many thanks.

已读

2018年1月14日 10:23

> I will check w M. and revert as soon as possible.
> Best, Paris

2018年1月16日 00:27

> NY said he would understand if it was not going quite well as that was just the first week.

CONFIDENTIAL    EASTERN-000226

 

●●○○○ AT&T LTE  10:38  100%

**French**
点击此处前往设置

2018年1月16日 00:27

> NY said he would understand if it was not going quite well as that was just the first week. Hope would have some updates when we all get together. Thank you.

已读

2018年1月16日 07:24

Good morning – actually all is going well even though we were delayed by the issue for the first 8 days. We can come up on Friday for lunch if that works for ny? We have some new exotic fish options to discuss, too.



 新消息   CONFIDENTIAL   EASTERN-000227   

that was served, so he is able to eat much more 😊
Does 1 work for Friday? We have clients here until Thursday this week.
Best
Paris

2018年1月16日 08:47

Good morning,

No worries at all, totally understood about the food, I'll let the captain and chef know. They won't mind, as they usually treat guest with their way of hometown, but they of course love to respect guests' choice. So we understand you will

CONFIDENTIAL   EASTERN-000229

**French**
点击此处前往设置

> So we understand you will bring the weekly results by Friday as we both agreed as well, right? 😊
> Friday works for us in here.
> Many thanks.

已读

2018年1月16日 09:21

> No - we expect to have results the following week due to the problems about putting multiple fish in late, as I said earlier to you - but we have additional info that we will discuss Privately with him.
> Again, please thank Capt for the invitation and we look forward to seeing him

新消息    CONFIDENTIAL    EASTERN-000230

**French**
点击此处前往设置

Again, please thank Capt for the invitation and we look forward to seeing him this week.

2018年1月16日 09:29

Checked with the Capt, then he suggested to meet next week to review the weekly result together with you, plus the Private part.
With no offense, we just want to make the meeting be more productive, and enjoy the food as well. Sorry for inconvenience, hope you and M could possibly make it next week.
Thank you.

新消息

CONFIDENTIAL    EASTERN-000231

**French**
点击此处前往设置

2018年1月16日 09:43

I will get back to you re this Friday. We may want to meet this week based on info.

2018年1月16日 09:49

Many thanks. 🙏

已读

2018年1月16日 16:43

We want to have things with us as much as possible to discuss so therefore given the logistics etc., we wish to delay until next week / Friday. If we have what we need sooner I will contact you. But next Friday 26 will

新消息    CONFIDENTIAL    EASTERN-000232

●●●○○ AT&T LTE     10:38     100%

< **French**
点击此处前往设置

> you. But next Friday 26 will be best. Please convey this message to friend. 🙏

2018年1月16日 18:05

> Conveyed to him. He advised that if you could make it, he needs to see the report before Jan 25, as he has some plan from Jan 26 which will need your input.
> In this case, he advised that he can be available on this Friday in his place, or alternatively meet you in Miami next week before Jan 25.
> Please kindly advise. Thank you. 🙏

新消息     CONFIDENTIAL     EASTERN-000233

**French**
点击此处前往设置

2018年1月16日 21:02

> Sorry, a small change again: he said he could meet you both at his place this Friday, or Jan 25 again at his place, not Miami.
> Thanks you very much.

已读

2018年1月17日 10:30

We will be wherever on 25th and get back to you re this Fri as things as developing. Please inform ny re above.
We expect to have a fairly full net.

Spell check!! 🐶

新消息    CONFIDENTIAL    EASTERN-000234

●●●○○ AT&T  LTE             10:38            100%

<  **French**                                  📞
   点击此处前往设置

Spell check!! 
We will be wherever on 25th and get back to you re this Fri as things are developing. Please inform ny re above.
We expect to have a fairly full net.

2018年1月17日 11:04

Understand, So you won't come to him this Friday, right? Sorry for my English....thank you!

已读

2018年1月17日 21:34

That's right - we have to finish shopping and will find a very nice present for

新消息                CONFIDENTIAL    EASTERN-000235

•••○○ AT&T LTE  10:38  100%

**French**
点击此处前往设置

2018年1月17日 21:34

> That's right – we have to finish shopping and will find a very nice present for him by then. 😄 😊 👏
> We will be there on the 25th. 👏 🙏 😊

2018年1月18日 17:24

> Confirmed the meeting in NY on 25th. Thank you. 🙏

已读

2018年1月19日 08:15

> Thank you. Just to let you know, we must leave no later than 3 to get back to Washington for a previous commitment. We can

新消息

CONFIDENTIAL        EASTERN-000236

●●●○○ AT&T LTE    10:38    100%

**French**
点击此处前往设置

commitment. We can meet as early as 11 and join him for our discussion and a quick lunch. Please thank our friend for his kind invitation and we look forward to seeing him. Please confirm his understanding. Thank you. 

2018年1月19日 10:40

NY said he will have to arrive in NYC at about 4pm on 25th. So is there any possibility to do dinner on 25th?
Otherwise will have to do it on 26th, which is really the last choice might lea(ve) very very limited time for

新消息    CONFIDENTIAL    EASTERN-000237

●●●○○ AT&T   LTE      10:39      100%

**French**
点击此处前往设置

the last choice might leave very very limited time for his plan.

Sorry about this. Thank you. 🙏

2018年1月19日 11:54

Ok, he rechecked and said he can do 26th, the same time for lunch. It will give more breath to all of us. Thank you. 🙏

已读

2018年1月19日 12:10

Ok. - we will do the 26 th for lunch.
No sense in crunching the clock if we can find

新消息     CONFIDENTIAL    EASTERN-000238

**French**
点击此处前往设置

2018年1月19日 12:10

Ok. - we will do the 26 th for lunch.
No sense in crunching the clock if we can find something that works for all🙏😄

Excellent, he said he looks forward to your big big net by then! Thank you! 🙏

2018年1月25日 11:04

Hi, Double confirm just in case: see you at 11am tomorrow, right? Thank you.

2018年1月25日 12:22

CONFIDENTIAL    EASTERN-000239