# Exhibit HH


 AT&T LTE 11:42 100%

**Pyratz**
点击此处前往设置


EXHIBIT
Wang
21
1-31-19

Straightforward is important. This is not diplomatic work.

There's a disconnect that we need to resolve. Our understanding was that the first 90 days would be for starting up and developing the data, with regular reports to him so he can (1) see the progress, and (2) critique the work so we can make necessary adjustments. We did not understand that he expected actionable data in the first days or weeks. Had we understood this, we would



 新消息    CONFIDENTIAL    EASTERN-000259    

 **Pyratz** 
点击此处前往设置

that he expected actionable data in the first days or weeks. Had we understood this, we would have told him that that is not how it works in our experience. So this is something that needs to be resolved fast. All my teams say that it is seldom practical or possible to produce such rapid results, and that the best way, for the reasons I explained to you, is to cultivate the measures that I explained to you. The results are not fast, but they are more impactful.



CONFIDENTIAL    EASTERN-000260