# Exhibit NN



Menu     Search                                **Bloomberg**                                Sign In     Subscribe

| DJIA | S&P 500 | NASDAQ | FTSE 100 | NIKKEI 225 Future | EUR-USD | WTI Crude | Gold |
|---|---|---|---|---|---|---|---|
| 21,052.53 | 2,488.65 | 7,373.08 | 5,415.50 | 17,700.00 | 1.0801 | 28.34 | 1,645.70 |
| ▼-360.91 | ▼-38.25 | ▼-114.23 | ▼-64.72 | ▲+20.00 | ▼-0.0057 | ▲+3.02 | ▲+8.00 |

charles SCHWAB

**USDHKD:CUR**
USD-HKD X-RATE

# 7.7525 HKD     +0.0009  +0.01% ▲

AS OF 04/03/2020 EDT

| OPEN | PREV CLOSE | YTD RETURN | DAY RANGE | 52 WEEK RANGE |
|---|---|---|---|---|
| 7.7516 | 7.7516 | -0.50% | 7.7513 – 7.7547 | 7.7506 – 7.8502 |

1D  1M  1Y  5Y                                                          ↗ VIEW FULL CHART



＋ ADD TO WATCHLIST

AS OF 04/03/2020 EDT

1D  1M  1Y  5Y                                                          ↗ VIEW FULL CHART



# News

▶ 47:57  Bloomberg The Open Full Show (4/3/2020)
         Apr 3, 2020


Markets
**Lebanon Edges Away from Its Decades-Old Peg for Small Deposits**
Apr 3, 2020

VIEW MORE ⌄

Markets
Morgan Stanley Is Increasing China Overweight, Garner Says

Before it's here, it's on the Bloomberg Terminal.   🖥 **LEARN MORE**

🔍  Quote Search

## News



Markets
**Bad News Is Grinding Down Wall Street's Few Remaining Bulls**

21 hours ago

Apr 3, 2020



Markets
**Lebanon Edges Away from Its Decades-Old Peg for Small Deposits**
Apr 3, 2020

VIEW MORE

Terms of Service  Do Not Sell My Info (California) Trademarks  Privacy Policy
©2020 Bloomberg L.P. All Rights Reserved
Careers  Made in NYC  Advertise  Ad Choices  Contact Us  Help