# Exhibit OO

**Atkinson-Baker, Inc.**
www.depo.com

```
 2           IN THE UNITED STATES DISTRICT COURT

 3         FOR THE SOUTHERN DISTRICT OF NEW YORK

 4  ----------------------------------------------X

 5  EASTERN PROFIT CORPORATION LIMITED,

 6              Plaintiff/COUNTER-CLAIM DEFENDANT,

 7              CASE NO.: 18-cv-2185(JGK)

 8         -against-

 9

10  STRATEGIC VISION US, LLC

11              Defendant/COUNTERCLAIM PLAINTIFF.

12  ----------------------------------------------X

13            30(b)(6)DEPOSITION OF

14     GOLDEN SPRING BY AND THROUGH AMELIA COLUCCIO

15              NEW YORK, NEW YORK

16              November 12, 2019

17

18  ATKINSON-BAKER, INC.

19  (800)288-3376

20  www.Depo.com

21  REPORTED BY:  KIARA MILLER

22  FILE NO.: AD0B4E5

23

24

25
```

Page 1

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

```
                    A. COLUCCIO
 1
 2       You can answer?
 3    A  I don't know.
 4    Q  What did Golden Spring understand
 5  Guo's relationship to be with Golden Spring?
 6    A  That he's a client of Golden
 7  Spring.
 8    Q  Is he also part owner of Golden
 9  Spring?
10    A  No.  Not that I know of.
11    Q  Who owns Golden Spring?
12    A  I don't know.  I know Yvette's the
13  president, and I don't know who the owner
14  is.
15    Q  Well, who's the sole director of
16  Golden Spring?
17    A  I know Guo Qiang is a director.
18    Q  And who owns all the shares of
19  Golden Spring New York?
20    A  I don't know.
21    Q  Golden Spring Hong Kong, isn't it?
22       MS. TESKE:  Object to the
23     form.
24       You can answer.
25       THE WITNESS:  Okay.
                                     Page 122
```

```
                    A. COLUCCIO
 1
 2    A  Yeah, I'm sorry.  China Golden
 3  Spring owns Golden Spring New York.
 4    Q  By the way, do you get paid by
 5  Golden Spring New York?
 6    A  Yes.
 7    Q  Does anybody else pay you for your
 8  work?
 9       MS. TESKE:  Object to the
10     form.
11    A  No.
12    Q  Who owns Golden Spring Hong Kong?
13    A  I don't know.
14    Q  Do you know what line of work it's
15  in?
16    A  No.
17    Q  Do you know what line of work
18  Golden Spring New York is in?
19    A  Yes.
20    Q  What does it do?
21    A  So it provides professional
22  services within the US to multiple clients.
23    Q  What do you mean by professional
24  services, what is that?
25    A  We just assist on various projects
                                     Page 123
```

```
                    A. COLUCCIO
 1
 2  that our clients need help with.
 3    Q  Why do you call them professional?
 4    A  I don't know.
 5    Q  Well, is that what Yvette Wang
 6  told you to say last night, professional
 7  services?
 8       MS. TESKE:  Object to the form
 9     of the question.
10       I think it's an offensive and
11     inappropriate question.
12    A  I don't know if she used those
13  specific words.
14    Q  What did she tell you to say that
15  Golden Spring does?
16       MS. TESKE:  Object to the form
17     of the question.  I find it to be
18     offensive and an inappropriate
19     question.
20       You can answer.
21    A  She didn't specifically tell me to
22  say anything, but our conversation was from
23  what I understood is that we offer services
24  to clients within the US.
25    Q  What kind of services?
                                     Page 124
```

```
                    A. COLUCCIO
 1
 2    A  I think that would be confidential
 3  between us and our clients.
 4    Q  You don't have to tell me who the
 5  clients are.  What category?  Legal
 6  services?  Accounting?
 7    A  Yes.
 8    Q  Okay.  So the answer is yes to
 9  legal services?
10    A  To both.  Yes.
11    Q  You said yes to accounting as
12  well?
13    A  Yes.
14    Q  So is Golden Spring New York a law
15  firm?
16    A  No.
17       MS. TESKE:  Objection to the
18     form of the question.
19    Q  It provides the services of its
20  attorneys to clients?
21    A  I'm sorry.  I don't understand the
22  question.
23    Q  Well, what -- legal services can
24  mean being a lawyer for somebody.  Okay.  It
25  might involve filings.  So I'm going, again
                                     Page 125
```

32 (Pages 122 to 125)

30(b)(6): Amelia Coluccio
November 12, 2019

A. COLUCCIO

You can answer.
A   Not that I know of.
Q   Does Golden Spring New York -- I think we talked about its offices at 162 East 64 Street right now?
A   Right.
Q   Most of your time that's where you've been working, right?
A   Right.
Q   Who pays its rent for that spot?
A   I don't know.
Q   Does Mr. Guo pay it?
A   I don't know.
Q   What about it's former spot, 800 Fifth Avenue, you know the answer to that question?
A   No.
Q   What was GSNY's first office after it was formed?
A   The first one I knew of was 800 Fifth Avenue.
Q   Do you know what a family office is; have you ever heard that term before?
A   Yes.

Page 170

A. COLUCCIO

Q   Is GSNY a family office for Guo?
    MS. TESKE:  Object to the
form.
    You can answer.
A   Yes, but not only for Mr. Guo.
Q   So have you ever heard of such a thing as a family office for more than one family?
    MS. TESKE:  Object to the
form.
A   I don't know.
Q   Okay.  Is it your testimony that Golden Spring New York is a family office for families other than the Guo family?
A   Well, I just mean that the Guo family isn't our only client.
Q   A family office handles the investments for a family, right, it handles the business affairs for a family?
    MS. TESKE:  Object to the
form.
Q   Is that your understanding of what a family office is?
    MS. TESKE:  Same objection.

Page 171

A. COLUCCIO

A   Somewhat.  I guess not exactly.
Q   Tell me what your understanding of what a family office is.
A   I guess just a team of people who provide services to a family with whatever type of projects they need help with.
Q   So is Golden Spring New York the family office for other families besides Guo?
A   Not that I know of, but it's other clients are associates of the Guo family or business partners of the Guo family.
Q   Okay.  Does that include, for example, the Saraca Media Group?
    MS. TESKE:  Object to the
form.
    Direct the witness not to
answer.
Q   Do you know the answer to that question?
    MS. TESKE:  Object.
    And direct the witness not to
answer.
Q   I mean, look, one of the purposes

Page 172

A. COLUCCIO

of the research agreement was for Guo to use his own media to publicize the findings; isn't that right?
    MS. TESKE:  Just object to the
form of the question.
A   I believe so.
Q   And is Saraca Media Group one of the entities that was to do that work under the research agreement?
    MS. TESKE:  Object to the
form.
A   I'm not sure.
Q   Who knows the answer to that?
A   I don't know.
Q   Someone at Golden Spring knows that, don't they?
    MS. TESKE:  Object to the
form?
A   I don't know.
Q   How about Guo Media, was that the entity that was supposed to publicize the research results under the research agreement?
A   I'm not sure.

Page 173

44 (Pages 170 to 173)

30(b)(6): Amelia Coluccio
November 12, 2019

```
                    A. COLUCCIO
 1
 2     A   No.
 3     Q   Who typically does give direction
 4   to Golden Spring on behalf of the Guo
 5   family?
 6          MS. TESKE:  Object to the
 7   form.  It's beyond the scope as it
 8   pertains to other clients.  It's
 9   outside of the balance of the
10   Court's order, so if you're talk
11   about with respect to this case,
12   then she can answer.
13          MR. GREIM:  Okay.  Let's keep
14   it with respect to this case.
15     Q   Who on behalf of the Guo Family
16   gives direction to Golden Spring New York?
17          MS. TESKE:  Object to the
18   form?
19     A   I believe Mr. Guo.
20          MR. GREIM:  Well, we're going
21   to hold this deposition open.  We
22   have some disputes about the topics
23   in the scope.  I think we've had a
24   lot of talk on the record about it,
25   but we're not going to use up the
                                     Page 186
```

```
                    A. COLUCCIO
 1
 2   fingers and forearms of the court
 3   reporter or the tape any longer on
 4   that.  So we're just going to hold
 5   it open and then we'll have our
 6   discussion after we're done, but I
 7   want to thank you for your time
 8   today.
 9          x:  Object to the holding of
10   the deposition open.  We made the
11   witness available all day today.  If
12   we're ending now then that is the
13   end of the deposition.  That's our
14   position.
15          MR. GREIM:  And just to be
16   clear, the basis of our objection or
17   of our holding this deposition open
18   is the witnesses lack of preparation
19   and lack of knowledge about pretty
20   much everything about the case.  And
21   so we will explore that in more
22   detail off the record, but thank you
23   very much for being with us today.
24   It was nice to meet you.
25          COURT REPORTER:  Are you
                                     Page 187
```

```
                    A. COLUCCIO
 1
 2   ordering a copy of the transcript?
 3          MS. TESKE:  No one will be
 4   provided to us as a nonparty.
 5          MR. GREIM:  I will order a
 6   copy.
 7          VIDEOGRAPHER:  The time is
 8   1:09 p.m. Tuesday, November 12,
 9   2019.  This is the end of media
10   number Three and complete today 's
11   videotape deposition of Ms. Amelia
12   Coluccio.
13   (Continued on the next page to accommodate the
14                     jurat).
                                     Page 188
```

```
                    A. COLUCCIO
 1
 2   We are off the record.
 3          MR. GREIM:  I will order from
 4   you and then I'll give it to her as
 5   we've been doing.
 6          (Whereupon, this examination was
 7          concluded at 1:10 p.m.)
 8
 9
10   _____
11   AMELIA COLUCCIO
12
13
14   Subscribed and sworn to
     before me on this _____ day
15   of _____, _____.
16
17   _____
     Notary Public
18
                                     Page 189
```

**Atkinson-Baker, Inc.**
www.depo.com

```
 1
 2            I N D E X
 3
 4  EXAMINATION BY                PAGE
 5  Mr. Greim                       7
 6
 7
 8          E X H I B I T S
 9  GOLDEN SPRING   DESCRIPTION   PAGE
10   1       Notice of Deposition    7
11
12   2       Limited Power of Attorney 112
13
14   3       Declaration            129
15
16   4       Golden Spring's
             Corporate Filings      181
17
```

Page 190

```
 1
 2
 3   C E R T I F I C A T E
 4
 5  STATE OF NEW YORK)
 6               :ss
 7  COUNTY OF NASSAU)
 8
 9      I, KIARA M. MILLER, a Notary Public within
10  and for the State of New York, do hereby certify:
11      That, Amelia Coluccio, the witness whose
12  deposition is herein before set forth, was duly
13  sworn by me and that such deposition is a true
14  record of the testimony given by such witness.
15      I further certify that I am not related to
16  any of the parties to this action by blood or
17  marriage and that I am in no way interested in the
18  outcome of this matter.
19
20
21              Signature requested.
22              _____
23              KIARA M. MILLER
```

Page 192

```
 1
 2            I N D E X
 3
 4       R E Q U E S T S
 5  DESCRIPTION                    PAGE
 6  Notes                           68
 7
 8  Limited Power of Attorney       76
 9
10
11      M A R K E D  F O R  R U L I N G
12
13           PAGE/LINE
14
15            50/19
16   "Q   After January 1, 2017, what work did
17  Golden Spring do for Eastern Profit?
```

Page 191

49 (Pages 190 to 192)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**