# Exhibit UU

**Page 1**

1

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------------------x

5   EASTERN PROFIT CORPORATON LIMITED,

6             Plaintiff/Counterclaim Defendant,

7

8                  Case No.  18-cv-2185

9        v.

10  STRATEGIC VISION US, LLC,

11            Defendant/Counterclaim Plaintiff.

12  ------------------------------------------x

13            1:47 p.m.

           November 19, 2019

14

           405 Lexington Avenue

15         New York, New York

16

17       DEPOSITION of FRENCH WALLOP, testifying

18  under Rule 30(b)(6) on behalf of STRATEGIC VISION

19  US, LLC in the above entitled matter, pursuant to

20  Notice, before Stephen J. Moore, a Registered

21  Professional Reporter, Certified Realtime Reporter

22  and Notary Public of the State of New York.

23

24

25

Page 14

1                FRENCH WALLOP
2     Q    Okay.  What do those entries
3  mean?
4     A    Well, it's Mike Waller and
5  French Wallop in New York meeting Guo at 11:00
6  a.m., which was about ten days after the
7  contract was underway.
8          It was actually underway
9  earlier, but we gave him a leeway of ten days;
10 so that's why I have ten days after.
11    Q    Looking up, sort of directly up
12 in that column, on January 5th, there is an
13 entry there that says, "Contract signed."  Do
14 you see that?
15    A    Yes.
16    Q    So I am trying to understand,
17 what does your entry on the 26th above the "ten
18 days after," what does that correspond to?
19    A    Well, if you go back ten days,
20 that would get it to the 16th, right?
21         The 16th of January, and we had
22 said to Guo at that meeting that it would have
23 been -- we were giving him an additional ten
24 days like credit, because we were trying to get
25 the team set up and we didn't get the wires

Page 15

1                FRENCH WALLOP
2  sort of into the account that we were using or
3  accessible until the -- truly until the 9th.
4          Because we didn't -- we didn't
5  have clean flash drives.  We had had bad flash
6  drives to begin with.
7          So when we got the clean flash
8  drive was when Mike and I got together with the
9  team members for Team 1 that week.
10         Because at that point then the
11 money became hard that was in the account, and
12 then we could begin the setup of getting the
13 team started.
14         So that's what ten days
15 afterwards means; it was ten days after the
16 16th.
17         And Guo had said he was, you
18 know, demanded to have massive amounts of
19 information within ten days of setting up,
20 which was highly unreasonable.
21    Q    Could you just decipher for us
22 your entry on January 16th?
23    A    16th.
24         Wire out to Georgetown Research
25 for $200,000, and then I think another wire for

Page 16

1                FRENCH WALLOP
2  $25,000.
3     Q    Then there is an EXP.  Does that
4  mean expenses?
5     A    Yes.  I'm sorry.
6     Q    So, the $25,000 wire to
7  Georgetown Research was for expenses?
8     A    It was.
9     Q    Was it you who was in charge of
10 setting up the wires?
11    A    Yes.
12    Q    Could you explain to us the
13 entry on January 31st?
14    A    Yeah, it was Michael Waller
15 returns with flash drive to Newark, and he had
16 done a 24 hour round trip to collect a flash
17 drive from his contact point in Europe.
18    Q    Why was that something important
19 enough to note on your calendar on January
20 31st?
21    A    Because it was important to show
22 the delivery of when we were complying with an
23 insistent Guo for information that he wanted to
24 have yesterday.
25    Q    And then if you go back up to

Page 17

1                FRENCH WALLOP
2  January 6th, where you wrote -- sorry, January
3  5th, where you wrote "bad flash drives," do you
4  see that?
5     A    Yes, that's correct.
6     Q    And you made that entry, you
7  physically wrote that in your calendar on
8  January 5th?
9     A    Yes.
10    Q    Why was it important for you to
11 write that at that point in time?
12    A    Because we were supposed to be
13 under contract, we had all these verbal
14 agreements that had been bouncing back and
15 forth like ping-pong balls, and Yvette arrived
16 and she had bad flash drives.
17         We had signed the contract, and
18 then in order to download whatever it was that
19 she had on her USB keys, I did that, and
20 clearly it was a bad, bad flash drive.
21         And it -- we agreed that I would
22 have to come back to New York on, it must have
23 been on Sunday, I remember, yes, it was Sunday,
24 where I got the new flash drives.
25         There were three flash drives,

Page 18

FRENCH WALLOP

and out of those three, only one was good, the other two were bad.  In other words, that means there was malware in those flash drives.
     It's a reason for part of the delay.
Q    But you knew on January 5th that it would be important to document that they were bad?
A    Yes, absolutely.
Q    And what was the basis for that knowledge?
A    Because if they are bad, you need to make a note of that in your record, if you're monitoring something like this in the way of a project; perfectly reasonable.
Q    Can you turn to February, please?
A    Yes, I have it.
Q    Just if you could just read the entry on February 1st.
A    It says "Mars, Walmart."
Q    Does that have anything to do with Eastern Profit?
A    It may have been a phone call I

Page 19

FRENCH WALLOP

had with some members of the Board.  No, it had nothing to do with, probably should have been deleted.
Q    I should say that the items that have been redacted I gather have been redacted for relevance?
A    Because they pertain to other appointments or phone calls.  Have nothing to do with Eastern Profit.
Q    On Groundhog Day there, what does your entry there say?
A    "Dallas" and then "Possible Team 2."
Q    What did you mean by that?
A    Well, we decided we would go down and see Team 2.
Q    Why does this --
A    I mean, we assumed that it was going to be another team, because we were concerned about what Team 1 was finding, and Team 1 was finding all sorts of irregularities.
     So we wanted to have a second team to compare findings with.
Q    The entry says "POSS," is that

Page 20

FRENCH WALLOP

possibly?
A    Possible.
Q    Possible?
A    Possible Team 2.
Q    So Team 2 had not been hired at this point?
A    No, I think we were just going there.
Q    And did you and Mr. Waller in fact go to Dallas to meet with Team 2?
A    Oh, yes, we did.  I'm just looking, I think we went twice.  So yes.
Q    And then most of these are just handwriting questions, February 5th, can you tell us what that entry says?
A    Sorry, I can't --
     That was a rigging group, if that's the right thing -- no, sorry, that looks like -- that was a meeting at 4:30 at my home with Lianchao and Mike.
Q    What was the -- it says here, does that mean it was at your home?
A    Yes.
Q    And what was the subject of that

Page 21

FRENCH WALLOP

meeting?
A    Well, it would have had to do with the Guo contract.
Q    But just tell me as best you can, who said what to whom at that meeting on Monday, February 5th?
A    I have no recollection, other than we were concerned that we were finding issues with Guo's fake names and some of Guo's fake information that he had given us out of the 15 names that we had.
     And we were concerned about that, plus we also had inconsistencies with the information that we had gotten on Yvette's flash drives that we were using for Team 1.
     And at that point they were alerting us that there was a leak within the Guo system, from Yvette's flash drives, and we were very concerned as to what that was going to do with something that we held as being highly confidential and certainly of a concern.
Q    Did you share these concerns with Mr. Han?
A    Yes.

6 (Pages 18 - 21)

Page 30

FRENCH WALLOP

2   A   Because I have a number of
3   people that would have helped me and did help
4   me in pulling information on Guo and on his
5   people, that he was asking for research on.
6   Q   You were pulling information on
7   Guo in the --
8   A   For Guo.
9   Q   For Guo.
10      Were those people part of Team
11  1?
12  A   No.
13  Q   Were they part of Team 2?
14  A   No.
15  Q   So, who were those people?
16  A   They were additional people.
17  Q   Did Strategic Vision pay for any
18  services of the people you are referring to?
19  A   I believe so, yes.
20  Q   Are you talking about Fletcher?
21  A   Yes.
22  Q   Did you meet with anyone else
23  other than Fletcher?
24  A   I did.
25  Q   Who else?

Page 31

FRENCH WALLOP

2   A   That's sort of confidential.
3      MR. GREIM:  Let's keep it there
4      for now.  There is apparently an order
5      in this case.
6      I don't know if it covers this or
7      not, but if it doesn't, we will give the
8      answer.
9      Just if we could do it when we take
10     our next break.
11     MS. CLINE:  Okay.
12  Q   So you and Mr. Waller met with
13  Mr. Han on February 25th after Eastern Profit
14  had terminated the contract, right?
15  A   Yes.
16  Q   What did you all say to each
17  other?  First of all, was the meeting in
18  person?
19  A   Yes.
20  Q   And it was at your home in
21  Virginia?
22  A   Yes.
23  Q   What did you all say to each
24  other at that meeting?
25  A   I'm sure that Mike and Lianchao

Page 32

FRENCH WALLOP

2   and I were trying to figure out how to handle
3   Guo, because of the fact that we were
4   delivering information and nothing seemed to
5   satisfy him.
6   Q   Did you and Mr. Waller and
7   Mr. Lianchao discuss litigation at that meeting
8   on February 25th?
9   A   No.
10  Q   Did you --
11  A   Never.
12  Q   Did you discuss whether
13  Strategic Vision would interfere with Mr. Guo's
14  asylum application at that meeting?
15  A   No.
16  Q   Did you ever have that
17  conversation with Mr. Han?
18  A   No.
19  Q   There is an entry on -- do you
20  happen to know whether February 2018 was a leap
21  year?
22      In other words, does that say
23  February 29?
24  A   It's 28th.
25      It just goes to 28.  If you look

Page 33

FRENCH WALLOP

2   above, the calendar, it's 27/28, so there is no
3   29.
4   Q   What's -- so the last, just
5   humor me, the last column, the bottom column on
6   the page, right, starts with the 25th.
7      That's when you got home from
8   London?
9   A   Right.
10  Q   26th is blank, right?
11  A   Yes.
12  Q   27th you did something at 9:30,
13  but it's redacted, right?
14  A   Yes.
15  Q   28th you did something at 11:10,
16  but that's redacted, correct?
17  A   Correct.
18  Q   I am trying to figure out what
19  the entry is on what would be February 29th
20  there?
21  A   I can't really tell unless it
22  just says "depart 6:00 a.m."  So I don't know,
23  where is the rest of the calendar?
24      If you have the March calendar,
25  I can maybe piece it together.

9 (Pages 30 - 33)

Page 34

FRENCH WALLOP

Q Did you take any, putting aside the calendar, do you remember whether you took any business trips with respect to the Eastern Profit matter subsequent to your trip to London where you got home on February 25th?
A Yes.
Q And describe those.
A Well, without a calendar, I can't.
Q You have no memory, you know you went somewhere, but you just don't remember what the nature of the trip was?
A That's correct. Unless I look at the calendar I can be more explicit.
Q Do you recall the purpose for making a trip after the contract had been terminated?
A To continue gathering the information that was sitting and available to us to retrieve.
 But these things had to be done face-to-face, not by on the internet.
 MS. CLINE: Would you mark that, please.

Page 35

FRENCH WALLOP

 (The above described document was marked Exhibit SV 112 for identification, as of this date.)
Q All right. We have handed you what's been marked as Exhibit 112, and the first question is just whether you can identify the document for us, please?
A I believe it was one of the documents that we used to show, Strategic Vision used to show Guo how we would operate with each one -- with each specific fish in a -- in a sort of graph, so that he could understand it more clearly.
Q Did you put Exhibit 112 together?
A No, I did not.
Q Do you know who did?
A I believe Michael. Michael and I talked about it, and then he put it together.
Q It was put together before the contract was signed?
A Yes.
Q Did you use, did Strategic Vision use Exhibit 8 in a meeting with Eastern

Page 36

FRENCH WALLOP

Profit?
A With Miles Guo, yes. We didn't know who Eastern Profit was until the contract turned up.
Q And what were the -- so did you have communications with Mr. Guo about Exhibit 112?
A Yes.
Q Describe those, please.
A Well, we walked him through it based on the information that we had after we finally got a clean flash drive from Yvette Wang on how it would work.
 Because obviously we didn't have the 15 fish or the 10 fish names, so we could break out how the tracking would work with each one of these targets.
 So we didn't have the names, in other words, until we had gotten a clean flash drive, which was not until, what did I say? January 8th of 2018.
Q Do you remember where you were when Strategic Vision walked Mr. Guo through Exhibit 112?

Page 37

FRENCH WALLOP

A I do not.
Q Do you remember when the meeting was?
A Well, if we meet with Guo, it would have been in his apartment.
Q And --
A And I'm not sure which meeting it was, it might have been December.
 Sorry.
Q I was confused by your testimony on this.
A I'm confused actually right now.
 I think -- I think in fact that we did talk about it. He had this big file of names which he said he had paid $250 million for, with all of these same names and photographs and everything else that he showed us early on.
 Which, if I go back to my calendar, I think that could have been either the 4th of December or the -- sorry, or the 11th of December.
 It looks like maybe the 11th of December, because it shows I had put here

10 (Pages 34 - 37)

Page 42

FRENCH WALLOP

1
2   A   Yes, I came up to New York in a
3   snow storm and to the Pierre and met Yvette in
4   the Pierre lobby.
5   Q   Just, there is a New York on
6   January 8th, what's the abbreviation before
7   that?
8   A   Me, FW.
9   Q   You refer to yourself in the
10  third person?
11  A   Sometimes.  FW New York, you
12  will see on here.
13      MW, FW, you will see many things
14  MW, FW.
15  Q   So going back to Exhibit 112 --
16  A   Yes.
17  Q   -- just, fish means what?
18  A   It was the term we used to
19  identify and tag each person that was in -- on
20  the list of people that Guo wanted to have
21  researched.
22  Q   And what does unit mean?
23  A   23 units.  Well, it was a very
24  complex way we were trying to set it up, so
25  that we could put fish in and take fish out at

Page 43

FRENCH WALLOP

1
2   the same time if they were not -- if the
3   information wasn't retrievable, if it wasn't
4   acceptable.
5       Either to Guo, in other words,
6   if it was just superficial information versus
7   really some good deep dives.
8   Q   So, in the first scenario in
9   Exhibit 112 --
10  A   Yes.
11  Q   -- it contemplates a flat number
12  of fish, but not always 30 units, right?
13  A   That's correct.  And I think
14  that the 30 units 10, 10, and 10 makes the 30,
15  right, for 10 fish?
16      So we were looking at each
17  individual cell to see which ones we could dive
18  for certain information on in each one of these
19  cells.
20      And some of the cells were not
21  relevant or were not -- the information was not
22  there because they were either fake or the
23  names were wrong or whatever.
24  Q   And in the scenario, in this
25  scenario on this first page, the Strategic

Page 44

FRENCH WALLOP

1
2   Vision says, "The unpredictable work in
3   pricing."
4       Do you see that?
5   A   Yes.
6   Q   That's the pricing is
7   unpredictable because the number of units
8   wasn't steady, correct?
9   A   That's correct.
10  Q   So the pricing was based per
11  unit, correct?
12  A   Yes.
13  Q   And then, if you go to the
14  second page of the same exhibit, if there are
15  always 30 units, then the pricing is
16  predictable, right?
17  A   I guess so.
18      Again, this is a question for
19  Mike, because we tossed this thing back and
20  forth about ten times, discussing how the best
21  way would be for the tracking research to be
22  done.
23      That's a question also for him.
24  Q   I might have gotten that one
25  wrong.  I thought it was a question for you.

Page 45

FRENCH WALLOP

1
2       MR. GREIM:  Actually, I will tell
3   you, we actually did say that this
4   document was for Ms. Wallop, but some of
5   the questions you are raising are going
6   back to contractual things that, as you
7   are asking the witness, she's saying
8   it's better for Mr. Waller.
9       So we did our best to try to find,
10  to try to divide these documents up and --
11      MS. CLINE:  Yeah, well, we will
12  see how it goes.  I would have asked him
13  about this had you designated it as
14  such.
15      MR. GREIM:  Well, all right, I
16  guess if we have exhausted this witness
17  and there are some questions about the
18  document itself that we still need, then
19  we have got him here.
20      We can, I hate to do this, but
21  maybe we can put him back on at the end to
22  ask whatever the questions are.
23      I just want to know what those are,
24  to be clear, what it is that Ms. Wallop
25  isn't able to say about the document

12 (Pages 42 - 45)

Page 46

FRENCH WALLOP

itself.

I mean, because to be clear, we have had a lot of testimony already on what the fish were, what the contract means, that was all in the first deposition.

I understand this is to be about this document --

MS. CLINE: That's all I'm asking about.

MR. GREIM: We should look at the transcript, because it occurs to me a lot of the questions are moving into the thing about fish and units and pricing, which I understand it springs from looking at the document, but those are questions that actually have been asked and answered a long time ago.

So I don't -- we don't need to have a fight about it. Let's just see what the questions are about the document itself that she can't answer, and if there are some, we can put him on to answer those questions.

Page 47

FRENCH WALLOP

MS. CLINE: Would you go back to the last question I asked.

(The question requested was read back by the reporter.)

Q    So, I'm asking you, when this exhibit, this Power Point Exhibit 112 was discussed with Mr. Guo, was there a conversation around having pricing predictable and tied to units?

A    I believe so, yes.

Q    Tell me what you remember about that conversation.

A    We discussed -- he needed an example as to how this would work.

So we chose the concept of fish in an aquarium, and he understood that.

So that if we took -- we initially were going to take 10 fish, that was the deal, we would take 10 fish, the first time, the first month, and then see where that went.

If we took the first 10 fish and we found that we, out of those 10, which they then decided oh, no, we wouldn't to make it 15

Page 48

FRENCH WALLOP

fish in the first month, which actually unbalanced a lot of our programming as to how we were going to process the 10 plus 5 fish, making it 15 fish, it made us have to work 33 percent harder to pull up additional numbers when we had only planned originally on the 10 based on the budget.

So our ability to walk him through what we could pull within a certain time frame, if we found that one or two of these fish were dead, we would throw them out of the tank and replace them with another fish, so with another name, and then we would go to work on those names to see how much we could pull up on those names.

But it was -- when somebody tells you they have got 4,000 names they want investigated from the very beginning, we never expected to be doing 4,000 names, we expected to be able to work with about maybe 100 names over the year, over the course of a year.

That's how we were sort of trying to balance out the numbers of the people that we were doing the research on based on

Page 49

FRENCH WALLOP

what it was that he wanted in the way of information back.

So again, it's really a much better question for Mike. He's the expert on this sort of --

Q    I will ask him if you don't know, but predictable pricing, that was something Strategic Vision was interested in?

A    Yeah, whatever, yes, predictable and unpredictable.

Q    Which?

A    Well, predictable pricing, if that's what you're talking about, is that what we are on, the 30 units?

Q    Yes.

A    Sorry.

Q    So, let me --

A    One is predictable and one is unpredictable.

Q    Let me try it this way, and if you don't know, we will ask Mr. Waller, but scenario number one entails or would result in unpredictable pricing, correct?

A    Correct.

13 (Pages 46 - 49)

Page 106

1      C E R T I F I C A T E
2
         I, the undersigned, a Certified
3   Shorthand Reporter of the State of New
    York, do hereby certify:
4      That the foregoing proceedings were
    taken before me at the time and place
5   herein set forth; that any witnesses in
    the foregoing proceedings, prior to
6   testifying, were duly sworn; that a record
    of the proceedings was made by me using
7   machine shorthand which was thereafter
    transcribed under my direction;
8      That the foregoing transcript is a
    true record of the testimony given.
9      Further, that if the foregoing
    pertains to the original transcript of a
10  deposition in a federal case before
    completion of the proceedings, review of
11  the transcript [ ] was [x ] was not
    requested.
12
         I further certify I am neither
13  financially interested in the action nor a
    relative or employee of any attorney or
14  party to this action.
         IN WITNESS WHEREOF, I have this
15  date subscribed my name.
16
17
18
19
20
       Stephen J. Moore
21     RPR, CRR
22
23
24
25

Page 107

2   DECLARATION UNDER PENALTY OF PERJURY
3      Case Name: EASTERN v. STRATEGIC
4      Date of Deposition: November 19,
5   2019
6
7      I, FRENCH WALLOP, hereby certify
8      Under penalty of perjury under the
9   laws of the State of New York that the
10  foregoing is true and correct.
11     Executed this _____ day of
12  _____, 2019, at
13  _____.
14
15
16  _____
17
18     FRENCH WALLOP

Page 108

2      DEPOSITION ERRATA SHEET
3      Case Name: EASTERN v. STRATEGIC.
4      Name of Witness: FRENCH WALLOP
5      Date of Deposition: November 19,
6   2019
7      Reason Codes:  1. To clarify the
8   record.
9      2. To conform to the facts.
10     3. To correct transcription errors.
11  Page _____ Line _____ Reason _____
    From _____ to _____
12  Page _____ Line _____ Reason _____
    From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14  Page _____ Line _____ Reason _____
    From _____ to _____
15  Page _____ Line _____ Reason _____
    From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17  Page _____ Line _____ Reason
    From _____ to _____
18  Page _____ Line _____ Reason _____
    From _____ to _____
19  Page _____ Line _____ Reason _____
    From _____ to _____
20  Page _____ Line _____ Reason _____
    From _____ to _____
21  Page _____ Line _____ Reason _____
    From _____ to _____
22  Page _____ Line _____ Reason _____
    From _____ to _____
23  Page _____ Line _____ Reason _____
    From _____ to _____
24  Page _____ Line _____ Reason _____
    From _____ to _____
25

Page 109

2      DEPOSITION ERRATA SHEET
3   Page _____ Line _____ Reason _____
    From _____ to _____
4   Page _____ Line _____ Reason _____
    From _____ to _____
5   Page _____ Line _____ Reason _____
    From _____ to _____
6   Page _____ Line _____ Reason _____
    From _____ to _____
7   Page _____ Line _____ Reason _____
    From _____ to _____
8   Page _____ Line _____ Reason _____
    From _____ to _____
9   Page _____ Line _____ Reason _____
    From _____ to _____
10  Page _____ Line _____ Reason _____
    From _____ to _____
11  Page _____ Line _____ Reason _____
    From _____ to _____
12  Page _____ Line _____ Reason _____
    From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14  Page _____ Line _____ Reason _____
    From _____ to _____
15  Page _____ Line _____ Reason _____
    From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17     _____ Subject to the above
18  changes, I certify that the transcript is
19  true and correct
20     _____ No changes have been
21  made. I certify that the transcript is
22  true and correct.
23
24  _____
25     FRENCH WALLOP