# Exhibit VV



(https://www.youtube.com/watch?v=ehjMdYou

## Vision & Mission

### ◼ Vision

▸ To permit the people of China to live under a national system based on the rule of law, independent of the political system of the People's Republic of China ("China").

### ◼ Mission

▸ To expose corruption, obstruction, illegality, brutality, false imprisonment, excessive sentencing, harassment, and inhumanity pervasive in the political, legal, business and financial systems of China.

## Core Values

▸ To practice high ethical standards of integrity and accountability;

▸ To bring justice to the people in China;

▸ To protect and assist individuals victimized in China, particularly those penalized for speaking out against injustice; and

▸ To promote the freedoms of speech, the press, to congregate, to freely own private property, and religion; and create general public oversight of government activities.

## What does the Society do?

Receive and expose information of corruption, brutality, false imprisonment, excessive sentencing, harassment and

Promote the freedoms of speech, the press, to congregate, to freely own private property, and religion; and create general public oversight of government activities.

Protect individuals speaking out against corruption and illegal activities in China.

(/) RULE OF LAW SOCIETY (/)

inhumanity pervasive in the political, legal, business and financial systems of China.

Investigate reports and share results with the appropriate government units so that they may take legal action against the relevant individuals and make the investigation results known to the public.

Save and assist individuals subject to political persecution or torture by Chinese authorities.

Make the exposure of information continuous and sustainable.

## Chairman

Stephen K. Bannon was CEO of Donald Trump's 2016 presidential campaign. At the White House, he served as Chief Strategist and Senior Counselor to the President. Mr. Bannon is the founder of Citizens of the American Republic, a 501(c)4 that advocates for populism and economic nationalism. He is an award-winning documentary filmmaker and the former Executive Chairman of Breitbart News. A Goldman Sachs M&A banker, Mr. Bannon has a Master's

degree in National Security Studies from Georgetown University and an MBA from Harvard Business School. He was a Surface Warfare Officer serving aboard the USS Paul F. Foster (DD-964) in the western Pacific, Arabian Sea and Persian Gulf. He served at the Pentagon as a Special Assistant to the Chief of Naval Operations.

Donations to the Rule of Law Society are not deductible as charitable contributions for U.S. federal income tax purposes.

### Follow Us

Let us be social

© 2019 ROLSOCIETY