# Exhibit XX

Atkinson-Baker, Inc.
www.depo.com

```
 1

 2         IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X

 4    EASTERN PROFIT CORPORATION LIMITED,

 5          Plaintiff/Counterclaim Defendant,

 6       -against-        Case No. 18-cv-2185 (JGK)

 7    STRATEGIC VISION US, LLC,

 8          Defendant/Counterclaim Plaintiff,

 9              -against-

10    GUO WENGUI a/k/a MILES KWOK,

11                 Counterclaim Defendant.

12    ------------------------------------------X

13

14

15              CONTINUED DEPOSITION OF

16                    GUO WENGUI

17              New York, New York

18                December 4, 2019

19

20

21

22    ATKINSON-BAKER, INC.
      (800) 288-3376
23    Www.depo.com

24    REPORTED BY:   TERRI FUDENS

25    FILE NO:   AD0BC41
```

Page 234

Atkinson-Baker, Inc.
www.depo.com

## Page 235

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EASTERN PROFIT CORPORATION LIMITED,
     Plaintiff/Counterclaim Defendant,
V.
STRATEGIC VISION US, LLC,
     Defendants/Counterclaim Plaintiff.
------------------------------------X
```

    Continued Deposition of GUO WENGUI a/k/a MILES KWOK, a Counterclaim Defendant here, taken by the Defendant-Counterclaim Plaintiff pursuant to Court Order held at 605 Third Avenue, New York, New York, commencing at 11:03 A.M., Wednesday, December 4, 2019, before Terri Fudens, a Stenotype Reporter and Notary Public of the State of New York.

## Page 236

APPEARANCES:

PEPPER HAMILTON LLP
Attorneys for Plaintiff/Counterclaim
Defendant - Eastern Profit Corporation, Ltd.
    1313 North Market Street
    Suite 5100
    Wilmington, Delaware 19801

BY: CHRIS CHUFF, ESQ.

GRAVES GARETT LLC
Attorneys for Defendant/Counterclaim
Plaintiff - Strategic Vision US LLC
    1100 Main Street, Suite 2700
    Kansas City, Missouri 64105
    816.2563181
BY: EDWARD D. GREIM, ESQ.
    edgreim@gravesgarrett.com

    JENNIFER DONNELLI, ESQ.
    jdonnelli@gravesgarrett.com

GOLDEN SPRING (NEW YORK) LTD.
In-House Counsel for Golden Spring
    162 E. 64th Street
    New York, New York 10065
    917.941.9698
BY: DANIEL PODHASKIE, ESQ.

HODGSON RUSS
Attorneys for Guo Wengui a/k/a Miles Kwok,
a Counterclaim Defendant
    605 Third Avenue, Suite 2300
    New York, New York 10158
    646.218.7616

BY: MARK A. HARMON, ESQ.
    ERIN TESKE, ESQ.

## Page 237

ALSO PRESENT:
    French Wallop
    Yvette Wang
    Thomas Del Vecchio, Videographer
    Victor Chang, Interpreter
    Una Wilkinson, Interpreter

## Page 238

I N D E X
WITNESS:        EXAMINATION BY:         PAGES:
Guo Wengui
    Mr. Greim                           240

E X H I B I T S
GUO:        DESCRIPTION:                PAGES:
10      A black page with a label on    243
        the front which begins with
        Bates number SVUS 1305 through
        1440

```
                    GUO WENGUI
  provide me with a copy of the flash
  drive so that at some point we can
  verify or be in a position to verify
  that the video you're playing is
  video one on that drive.
Q    I will now play the video.
     MR. HARMON:  Mr. Greim, will you
  provide us with a copy of the flash
  drive?
     MR. GREIM:  Yes.
     (At this time the flash drive
  was played.)
Q    Mr. Guo, my question to you is was
that your voice?
A    I would have no way to make sure.
     MR. HARMON:  I do want the
  record to reflect that the video is
  not a video of Mr. Guo or of any
  person.  It's a video of a voice
  recording.
     INTERPRETER WILKINSON:  I think
  counsel was saying that this is not a
  video.  This is just a voice
  recording.
```
Page 247

```
                    GUO WENGUI
     INTERPRETER CHANG:  May I speak
  now?
     MR. HARMON:  There's no question
  pending.
Q    My question to you is is that your
voice?  Is the voice that we just played that was
recorded in video 1 your voice?
     MR. HARMON:  Asked and answered.
  Answer again.
A    No, because I was looking at the --
     INTERPRETER WILKINSON:
  Interpret what the witness said
  first.  The witness is saying:
A    I was watching a voice recording, not
a video.  But I said I was looking at this one,
and it obviously has an image and the voice.  When
I want to say is I have never seen this video, and
I have never listened to the voice.
     This is 100 percent not in my account
of YouTube.  I really want to find out myself
where he got this, and I don't have no idea.  The
two fraudster lawyers obtained this video, and I
want to know where they got it, and I want to
appeal to the court.  And this is not right.
```
Page 248

```
                    GUO WENGUI
These are two fraudsters.
Q    Is the recording that we just
listened to the recording that you testified
earlier you had made with a CCP or PRC official in
March of 2017?
A    Can you repeat it.
Q    Sure.  Is the recording that we just
listened to the recording that you testified
earlier that you had made in March of 2017 of a
conversation between you and a CCP or PRC
official?
A    No.
Q    What do you recall about the
recording that you made in March of 2017 of a
conversation between yourself and a CCP or PRC
official?
     MR. HARMON:  Object to the form
  of the question.  Vague and
  ambiguous.
     You can interpret the question,
  my objection, and then his answer.
     INTERPRETER WILKINSON:  I
  believe that the counsel said do you
  recall.
```
Page 249

```
                    GUO WENGUI
     MR. HARMON:  What do you recall?
     INTERPRETER WILKINSON:  What do
  you recall about that recording of
  the conversation that you have made
  in March, 2017.
     INTERPRETER CHANG:  I have
  trouble to stick to the word.  How do
  you recall a recording?
     How do you know that you recall
  a recording.  You call and you made a
  recording of what you record the
  accountant of a recording if you -- I
  mean to my way of interpretation, you
  have to make sense of the question,
  otherwise the --
Q    I don't understand the dispute, but I
will ask for the witness' question.  Actually, I
will withdraw it and I'll ask a different
question.  There's already a form objection
anyway.  Let me ask a new question.
     Who was your March of 2017 discussion
that you testified to earlier with?
A    I really can't answer this question
because I have tens of thousands of conversations
```
Page 250

5 (Pages 247 to 250)

GUO WENGUI

and recordings of which one that you want me to --
INTERPRETER CHANG: He said:
A   I have had the conversations with the tens of thousands of people, and how would I pick one now? Which one do I remember in particular?
Q   Sir, I'm asking you about the conversation that you said that you had had in March of 2017 with a CCP or a PRC official and that you're recording. That's the conversation I'm asking you about.
A   CCP. CCP. He wanted me to spell out what is a CCP and CCI.
INTERPRETER WILKINSON: PRC.
A   I had a conversation with a CCP official by the name of Liu Yan Ping. I had a conversation with that person, and I had a recording of that conversation.
Q   Was that conversation in March of 2017?
A   Approximately, yes, that timing.
Q   Did you have conversations with any other CCP or PRC officials in March of 2017?
A   I don't really remember.
Q   Is the recording that we just

Page 251

GUO WENGUI

listened to a discussion between you and Mr. Liu Yan Ping?
A   I don't know. I think I never -- this is ridiculous because this is not under my YouTube account and the technical. It's so easy for anyone to make a fake conversation.
I want to know where this came from and whose conversation was this with. And I want my attorney to make the effort to find out the source of whatever I listen to just now.
Q   First of all, what is your YouTube account?
MR. HARMON: Object to the form of the question.
A   He said this is a fake attempt because you did not even make sure that my account is my account. I don't understand the English account as to how they are formed. I know my account have G-U-O, my last name in it. But there is none.
If you didn't make the effort to make sure that is a part of the account, then how you can present this as my YouTube account?
Q   Mr. Guo, I want to be very clear

Page 252

GUO WENGUI

about this. Is it your testimony that the recording that we just listened to is fake?
MR. HARMON: Object to the form of the question. You can translate my objection.
A   I want to know if this is fake or this is not fake.
Q   Mr. Guo, either that is your voice or it is not. My question to you, which I still don't have an answer to, is is that your voice, or do you claim it's an imposter?
MR. HARMON: Object to the form of the question. Asked and answered.
A   That I would not know.
Q   Is it true that in March of 2017 you had absolute faith in General Secretary Gui?
A   I don't have any confidence in him. Only you may have. I want him to die fast. That's my 100 percent hatred of him.
This is like you are making a naked lie. How can you live with who harmed your whole family? How can you love a leader?
INTERPRETER WILKINSON: He hasn't finished.

Page 253

GUO WENGUI

A   How can you love a leader that detained 270 of your employees? How can you love a leader who put 2 million Muslims in camps? How can you have a confidence in a leader who wants to kill all Americans and how can you have confidence in such a leader. This is the just ridiculous. And maybe only the two cheaters you are representing, they might be able to love such a leader.
INTERPRETER WILKINSON: He also said that how can you love such a leader that he raped Hong Kong.
A   In addition, how can you leave a leader who is raping Hong Kong and also Taiwan.
MR. GREIM: Move to strike as nonresponsive. I have a new question for you.
A   I haven't finished yet. If you don't want me to say anything or if you don't want me say what I want to say, I will leave then.
Q   I want you to answer the question.
MR. HARMON: He did answer the question.
MR. GREIM: No, he didn't.

Page 254

6 (Pages 251 to 254)

Atkinson-Baker, Inc.
www.depo.com

GUO WENGUI

Q  Did you make any video recordings of your meeting with Liu Yuan Ping and his entourage?
A  Yes.
Q  How many hours?
A  I don't recall.
Q  Where are the video recordings?
    MR. HARMON: Object to the form of the question.
A  What he said, I don't remember.
Q  Did you use microphones to make any voice recordings of your meetings with Liu Yuan Ping and his entourage?
A  No.
Q  Did you share any video or voice recordings of your meetings with Liu Yuan Ping and his entourage with any media?
    MR. HARMON: Object to the form of the question.
A  During an interview with the VOA I shared with them a clip of a video, the voice of America.
Q  Who was on that video?
A  Liu Yuan Ping and his three people with him, and myself also. I corrected what I

Page 271

GUO WENGUI

said. It's not was VOA. It was MIN G. JING. That is the media in the organization. I shared that video with that media organization.
Q  Did you share the video or any voice recording with the Wall Street Journal?
A  Yes, I shared with the Wall Street Journal a video.
Q  What equipment did you use to record the meetings?
A  I don't remember.
Q  Who assisted you in making the recordings?
    MR. HARMON: Object to the form of the question.
A  My answer is I don't exactly recall which company assisted me.
Q  Is it your testimony that the recordings no longer exist?
    MR. HARMON: Object to the form of the question, and also asked and answered.
A  No. I cannot be certain about that.
Q  When did you last see the videos?
    MR. HARMON: Object to the form

Page 272

GUO WENGUI

of the question.
A  After my interview with the Wall Street Journal.
    INTERPRETER WILKINSON: Do you know the check interpreter raised a point that when the witness is asking a question about the -- your counsel's question asked, can the interpreter repeat, interpret what the witness asked in English instead of answering it even though maybe he knows the answer that is just to repeat your question. But can just -- can he just interpret what the witness said in English to you? Is this possible?
    INTERPRETER CHANG: I'm trying to catch what you were saying.
    MR. GREIM: I understand the question. Basically I don't want to do that, or we will never get anything done. I am willing to allow you and the main interpreter to speak in Chinese with the witness to

Page 273

GUO WENGUI

clarify what my question is, but I don't want to have that entire discussion translated back in English, or we'll have translations within translations?
    INTERPRETER WILKINSON: No. No. No. It's just that the witness is asking.
    MR. HARMON: Time out. Let's do it. The interpreter is going to interpret. If you believe that something that's being said in Chinese needs to be on the record in order to provide clarity, let us know. Otherwise, let's move on.
    MR. GREIM: Thank you, Mr. Harmon. I agree with that.
Q  Now have you posted any of the audio recordings or any voice element of the audio recordings on the Internet?
    MR. HARMON: Object to the form of the question.
A  Yes, I posted every recording, video or audio, I have on the Internet recording I had

Page 274

11 (Pages 271 to 274)

Atkinson-Baker, Inc.
www.depo.com

GUO WENGUI
with the CCP on the Internet.
         This is a total crazy because two
people who are paying you and they are they spies
of communist party.  Have you ever seen a spy who
would post their conversations on the Internet?
And I posted everything I had at the wisdom on the
Internet.  How could they accuse me of being spy?
         Your fee is paid by a third party,
but why can't you publicize the source of your
fees on the Internet?
         MR. GREIM:  Okay.  I move to
    strike all this as non-responsive.
    We're no longer answering any
    questions that I've asked.  We're
    going to move on.
    Q    What happened to the video or audio
recordings that you had made of your meetings with
Liu Yuan Ping?
    A    I don't know.
    Q    What happened to the cell phone
recordings that you made of your phone discussions
with Liu Yuan Ping?
    A    I don't know.
    Q    Where were you storing the video or

Page 275

GUO WENGUI
audio recordings of your in-person discussions
with Liu Yuan Ping or your phone discussions with
Liu Yuan Ping?
         MR. HARMON:  Object to the form
    of the question.
    A    I really don't know.
    Q    Did you post any of the 100 hours of
phone discussions with Liu Yuan Ping on the
Internet?
         MR. HARMON:  Object to the form
    of the question.
    A    This is not accurate.  This is like
the fakery.  I never said I made a recording of
100 or over 100 hours of conversations.  I only
said I have a small portion of the conversations
and recordings.
    Q    Did you ever post any of the
recordings you made of the phone conversations
with Liu Yuan Ping?
    A    I already answered the question.  I
posted all the recordings of what I made of
conversations on the Internet.
         MR. GREIM:  Let's go ahead and
    take our first break.

Page 276

GUO WENGUI
         THE VIDEOGRAPHER:  The time is
12:29 p.m. on Wednesday, December
4th.
         This is the end of media number
1, volume 2 of the videotaped
deposition of Mr. Guo Wengui.
         Off the record.
         (At this time, a brief recess
was taken.)
         THE VIDEOGRAPHER:  The time is
12:40 p.m., Wednesday, December 4,
2019.  This is media number 2, volume
2 of the videotaped deposition of
Mr. Guo.
         We are back on the record.
CONTINUED EXAMINATION
BY MR. GREIM:
    Q    Mr. Guo, are you aware of any
recordings of your discussions with CCP or PRC
officials that were made without your consent?
         MR. HARMON:  Object to the form
    of the question.
    A    I don't know.
    Q    Are you aware of any discussions that

Page 277

GUO WENGUI
have taken place in your apartment that have been
placed on the Internet without your consent?
         MR. HARMON:  So Mr. Greim,
    unless you narrow the subject matter,
    that question is beyond the scope of
    what the court allowed you to ask.
         MR. GREIM:  Okay.
    Q    Are you aware of any recordings of a
conversation between you and any CCP or PRC
official that has been placed on the Internet
without your consent?
    A    Too many.  Every of that is not true.
It's a fake.
    Q    I'm sorry.  I want to make sure I
understand.
         Is it your testimony that there are
fake discussions between you and CCP or PRC
officials on the Internet?
         MR. HARMON:  Object to the form
    of the question.
    A    Many of those postings were fake.
         INTERPRETER WILKINSON:  The
    witness also said I don't know where
    they are from.

Page 278

12 (Pages 275 to 278)

**Page 279**

```
1             GUO WENGUI
2        INTERPRETER CHANG:  I don't
3    think so.  You can ask him to repeat
4    it.
5        MR. HARMON:  Next question.  The
6    substance is the same.
7    Q    I'm going to know play for you, sir,
8  what we have previously distributed as video 8.
9  This again will be on a flash drive, and it is a
10 voice recording, even though you'll see that it's
11 on YouTube so you will see that there are pictures
12 here.  What I'm playing for you and asking you
13 about is the voice recording itself.
14       MR. HARMON:  Mr. Greim, are you
15   planning on playing the entire type?
16       MR. GREIM:  No.  We won't finish
17   if we try to go through all of these.
18       MR. HARMON:  That's what I'm
19   asking.
20       MR. GREIM:  I'm going to play
21   the first two minutes of a 23-minute
22   video, and then I will stop in
23   between on the transcript if you're
24   following along on page 1363.  I'll
25   stop after Mr. Wengui's comments
```

**Page 280**

```
1             GUO WENGUI
2    right before minute 2.
3        MR. HARMON:  Before you ask a
4    question, Mr. Greim, the video that
5    you're playing has static pictures.
6    It's static pictures and a voice
7    recording.
8    Q    So my question is from the excerpt
9  that you heard so far, is this a voice recording
10 of a meeting between you and Liu Yuan Ping?
11 A    Yes.
12 Q    And is this a recording that you
13 made?
14 A    Yes.
15 Q    Is this a recording, at least the
16 section that you've listened to, a recording that
17 you placed on the Internet?
18 A    Yes.
19 Q    Did the meeting take place at your
20 apartment?
21 A    I don't remember.
22 Q    Do you remember meeting with Mr. Liu
23 anywhere other than your apartment in New York
24 City in May of 2017?
25 A    No.
```

**Page 281**

```
1             GUO WENGUI
2   Q    Were any members of your family
3  present in your apartment during this meeting?
4  A    No.
5  Q    Did meet with Mr. Liu for more than
6  one day in your apartment?
7        MR. HARMON:  Object to the form
8    of the question.
9  A    Yes.
10 Q    On how many days did you meet him?
11 A    Three times within three days.
12 Q    Was your family present for at least
13 one of those meetings?
14       MR. HARMON:  Object to the form
15   of the question.
16 A    I have no way to answer his question.
17 Q    I'm sorry.  Is your testimony that
18 you cannot remember or that they were not there?
19       MR. HARMON:  Object to the form
20   of the question.
21 A    I don't remember.
22 Q    Did Mr. Liu offer to allow you to
23 keep some of your mainland assets?
24 A    No.
25 Q    Did Mr. Liu praise you for the
```

**Page 282**

```
1             GUO WENGUI
2  contributions you had made to your country?
3  A    I don't remember he said that.
4  Q    Have you discussed with Mr. Liu that
5  you have made contributions to your country in the
6  past?
7        MR. HARMON:  Object to the form
8    of the question.
9  A    No.
10 Q    Did you discuss with Mr. Liu the
11 charges that have been brought against you in
12 China?
13       MR. HARMON:  Object to the form
14   of the question.
15 A    I don't recall.
16 Q    Do you remember on which of the three
17 days the recording we just listened to was made?
18 A    This has nothing to do with that
19 particular date.  This conversation was happened
20 during March.
21 Q    So Mr. Guo, is it your testimony that
22 Mr. Liu was present to talk with you in March?
23       MR. HARMON:  Object to the form
24   of the question.
25 A    I repeated that he only met me during
```

13 (Pages 279 to 282)

Atkinson-Baker, Inc.
www.depo.com

GUO WENGUI

 1  May, so don't lie about any other time.
 2      Q    I'm sorry then.  Is it your testimony
 3  that the recording we just listened to is a phone
 4  recording?
 5      A    Yes.
 6      Q    So did you agree with Mr. Liu not to
 7  talk about your allegations regarding the CCP in
 8  public?
 9      A    No.
10      Q    Mr. Guo, I'm now going to play for
11  you a section of the recording that starts at
12  20:30 and goes to 21:30.
13          If you're following along on your
14  transcript, that's page 1374 to 1375.
15          (At this time a recording was
16  played.)
17      Q    Okay.  I stopped actually at 21:33,
18  for the record.
19          MR. HARMON:  Where did you stop?
20          MR. GREIM:  21:33.
21      Q    Mr. Guo, did you hear other voices in
22  the background of this recording?
23      A    Yes, I heard.
24      Q    Did you hear a metallic sound like

Page 283

GUO WENGUI

 1  silverware?
 2      A    Yes.
 3      Q    Did you also hear Mr. Liu say that --
 4  indicate that you had brought a recording device?
 5          MR. HARMON:  Objection to the
 6      form of the question.
 7      A    I don't remember.
 8      Q    My question is about the clip we just
 9  heard.  Let me be clear.  Did you hear Mr. Liu
10  indicate that you had brought a recording device?
11      A    No.
12      Q    Did you say that, in fact, to
13  Mr. Liu?
14          MR. HARMON:  Object to the form
15      of the question.
16      A    I don't recall.
17      Q    Does listening to this part of the
18  clip indicate to you that, in fact, this is a
19  recording of an in-person meeting that you had
20  with Mr. Liu?
21      A    I really don't recall.
22      Q    I'm now going to play what we have
23  marked as video 9.  This is an especially long
24  recording.  So once again, I will not play the

Page 284

GUO WENGUI

 1  entire thing.  So I'm going to play for you the
 2  first of three minutes of this recording, sir.
 3          For the record, once again, this is
 4  a -- from YouTube, and it has two still images on
 5  a background of a world map.  And the Chinese
 6  being spoken is transcribed on the video both in
 7  Chinese and in English.  But the transcription
 8  that I have given out is from a certified
 9  translation done in this case.
10          MR. HARMON:  Does the certified
11      translation differ from what's on the
12      screen?
13          MR. GREIM:  It absolutely does
14      in the English translation.
15      Absolutely.
16          INTERPRETER WILKINSON:  Also
17      that the counsel said the
18      translation -- the certified
19      translation, is that different from
20      the transcription on the screen.
21      Yes, it is very different in English.
22          MR. GREIM:  I did not say it is
23      very different.  I said it's
24      absolutely different.

Page 285

GUO WENGUI

 1      Q    By the way, I did not intend to say
 2  they are greatly different, but they are each in
 3  English translation from Chinese, and so they are
 4  definitely different.  They are not identical.
 5          I will now play the tape.
 6          (At this time, the tape was played.)
 7      Q    I stopped at 3:03.
 8          Mr. Guo, do you recognize this as a
 9  recording of a meeting that you had with Mr. Liu
10  Yuan Ping?
11          MR. HARMON:  Object to the form
12      of the question.
13      A    Yes.
14      Q    And would this have taken place in
15  your apartment?
16      A    Yes.
17      Q    And should there be a video component
18  to this recording?
19          MR. HARMON:  Object to the form
20      of the question.
21      A    It should be a part of a video, that
22  recording.
23      Q    And in the video recording were both
24  you and Mr. Liu shown on the screen together at

Page 286

Atkinson-Baker, Inc.
www.depo.com

GUO WENGUI

the same time?

    MR. HARMON: Object to the form
    of the question.
    A   I don't recall.
    Q   I will represent to you that this particular clip lasts for one hour, 19 minutes and 29 seconds.
        My question to you is did you have discussions with Mr. Liu on the same day before the beginning of the clip that we just heard?
    A   I told you earlier between March and April, for over 100 hours of conversation I had with them it was the detention of my family members and threats against my wife and my daughter.
        INTERPRETER WILKINSON: And my brother.
    Q   Say that again.
    A   And my brother.
    Q   My question is about this day. My question is: Did you have discussions with Mr. Liu on the same day before the beginning of the recording that I played for you here?
    A   I don't recall.

Page 287

GUO WENGUI

    Q   Let me ask you this. Which of the three days was this recording made?
    A   It's very clear that in the transcription it's on the 24th.
    Q   Do you recall whether that was the first, second or third day of your meetings with Mr. Liu?
    A   I don't recall.
    Q   Did Mr. Liu go to Washington, D.C. after meeting with you in New York?
        MR. HARMON: Object to the form
        of the question.
    A   Yes.
    Q   Did he come back to meet with you again after he was done with his meetings in Washington?
    A   Yes.
    Q   Did you record any of your meetings with him upon his return from Washington?
    A   I don't remember.
    Q   Did you make any effort to search for these recordings before your deposition today?
    A   No.
    Q   When was the last time before today

Page 288

GUO WENGUI

that you heard this recording?
    A   I don't remember.
    Q   Do you recall having a meeting around this same time with a Mr. Kowel? (Phonetic)
    A   I don't remember.
    Q   Do you know who Mr. Kowel is?
    A   I don't know.
    Q   Do you know who Kowel Guiang Bal (Phonetic) is?
    A   No. I don't know this person.
    Q   Did you tell Mr. Liu that Mr. Kowel is an old comrade in the Ministry of State Security?
    A   I don't remember saying that.
    Q   Did you speak with any officials in China at the same time that Mr. Liu was visiting you?
    A   Yes.
    Q   Who?
    A   Many of them, or quite a few of them.
    Q   To be very clear, my question is limited to the time when Mr. Liu was visiting you in New York. I would like you to tell me the names of the officials what you spoke with over

Page 289

GUO WENGUI

the phone during the time Mr. Liu was visiting you in New York.
        MR. HARMON: Object to the form
        of the question.
    A   I don't quite remember the details.
    Q   Was one of the officials Wang Ti Shan?
    A   He's an arch enemy. I'm very strange about you mentioning this person. I would like to just yell at him if I can see him.
    Q   What phone did you use to confer with these Chinese officials during the time of Mr. Li's visit?
    A   I don't remember.
    Q   What about secretary Meng? (Phonetic)
        MR. HARMON: Object to the form
        of the question. Are you asking
        whether he spoke with him during that
        time?
    Q   Did you speak with secretary Meng over the phone?
        MR. HARMON: Ever?
    A   The Meng, there are millions of

Page 290

Atkinson-Baker, Inc.
www.depo.com

**Page 295**

GUO WENGUI

May of 2017, when is the next time you communicated in any with the CCP or PRC official?
 A   I don't remember.
 Q   By the way, Mr. Liu also spoke directly with Guo Mei, didn't he?
         MR. HARMON: Objection to the form of the question.
 A   I don't know.
 Q   Did Mr. Liu tell you that he had spoken with Guo Mei before your meeting with him and had obtained a letter from her?
         MR. HARMON: Object to the form of the question.
 A   I don't remember.
 Q   Did you have any communications with CCP or PRC officials after May, 2017 through either of your children?
         MR. HARMON: Object to the form of the question.
 A   No.
 Q   Did either of your children convey messages to you after May, 2017 from any CCP or PRC official?
 A   No.

**Page 296**

GUO WENGUI
 Q   Did any other person communicate messages from you to CCP or PRC officials after May of 2017?
         MR. HARMON: Objection to the form of the question.
 A   No.
 Q   Did any other person communicate messages from CCP or PRC officials to you after May of 2017?
 A   No.
 Q   Did Mr. Steve Bannon communicate messages from you to any CCP or PRC official or from any CCP or PRC official to you after May of 2017.
 A   No. That is ridiculous.
 Q   Did Mr. Bannon report to you on his September, 2017 meeting with Wan Chi Shan when he met with you in October of 2017?
         MR. HARMON: Object to the form of the question. I think that's beyond the scope of what you're entitled to inquire about.
         In fact, I'm sure of it. I'll direct the witness not to answer.

**Page 297**

GUO WENGUI
         MR. GREIM: Our position is it is within the scope because we believe that Mr. Bannon served as an intermediary. But we won't need to do this on the record here.
 Q   Did you write a letter to Senior CCP officials in August of 2017?
 A   I don't recall.
         INTERPRETER WILKINSON: August.
         INTERPRETER CHANG: Did you say August?
 Q   Yes.
 A   I don't remember.
 Q   I'm going to show you now, sir, what we have transcribed as video 4, which is, I will represent to you, a portion of a minute Ming Jing broadcast in which you are interviewed by a Ming Jing reporter. This is again video 4.
         Before I do that, Mr. Guo, I think you testified earlier that you have appeared on Ming Jing before; is that correct?
 A   Yes.
 Q   And what is the name of the reporter who typically questions you on the program?

**Page 298**

GUO WENGUI
         MR. HARMON: Objection to the form of the question.
 A   I don't remember exactly.
 Q   Is his name Mr. Cheen?
 A   Yes. The one by the last name C-H-E-E-N. Xioping, X-I-O-P-I-N-G.
 Q   The transcription begins on page SVUS 1320. I will now play it for you?
         MR. HARMON: You said 1320?
         MR. GREIM: Correct. SVUS1320.
         MR. HARMON: Video 4?
         MR. GREIM: Video 4.
         MR. HARMON: Mine begins on 1331 unless there is a 4A.
         MR. GREIM: There is a 4A. I'm not sure why that's true, but this is video 4.
         MR. HARMON: Give me a moment.
 Q   I will play for you from the very beginning of the tape through the beginning of minute 6.
         MR. HARMON: Do you need to play six minutes worth of tape to determine whether it's him?

## Page 299

GUO WENGUI

MR. GREIM: We do and you'll see why in a minute.

MR. HARMON: I am sure I will not see why, but it seems like a waste of time.

MR. GREIM: Go ahead.

MR. HARMON: I just think it doesn't take six minutes of playing for him to determine whether it's authentic.

Q  Before I hit play on this, Mr. Guo, can you see my -- can you see the computer I have here?

A  Yes.

Q  Do you recognize Mr. Chen and yourself in the screen?

A  Yes.

Q  I will now play this. What I may do is I may break it up in the middle, but I will start, and then I'll announce when I stop.

(At this time the video was played.)

Q  I'm going to stop for a moment. I stopped at second 32.

Mr. Guo, I think I'm going to

## Page 300

GUO WENGUI

approach you so you can actually view the letter that's displayed on the screen on the broadcast.

I'm just going to come a little closer. I'm going to hit play, and we may not go all the way through five minutes. I've stopped it at minute 53.

Mr. Guo, did you recognize the letter that the host displayed on the screen while speaking with you?

A  No.

Q  Do you recognize this as a broadcast that you did with Mr. Chen?

MR. HARMON: Object to the form of the question.

A  No.

Q  For the record, I'm going to play again at minute 5:11. I've stopped it at 6 minutes and 56 seconds.

I would now ask you, Mr. Guo, is this not a video of your appearance on Ming Ging with Mr. Chin?

A  Ming Ging is representing Chinese Communist Party. They are making accusations and lies and everything. All their friends are from

## Page 301

GUO WENGUI

are from (inaudible) Wang Chi Sung.

There are hundreds and millions of such fake clips on the Internet. I cannot say this is authentic one. I can only recognize my own face and my tie. Nothing else I can identify.

Q  So is it your testimony, sir, that you did not appear on Ming Ging and talk about a letter that you wrote to President Gi and Secretary Mang Giangu? (Phonetic)

MR. HARMON: Object to the form of the question.

INTERPRETER WILKINSON: Counsel, your question was are you saying that you never appear on the media with the Ming Ging and then talking about this letter you wrote to Wung Gi Shan.

INTERPRETER CHANG: No. No. Let me repeat the question. It's not yours.

INTERPRETER WILKINSON: I'm marking some of your questions because the interpreter did not interpret the question like that;

## Page 302

GUO WENGUI

right?

MR. HARMON: Ask the question again and have it interpreted again. Maybe break down the question into pieces so that it's easy to translate.

Q  Mr. Guo, do you deny that I have just shown you a clip of your appearance on Ming Jing TV?

MR. HARMON: Object to the form of the question.

A  I cannot validate the timing of the content of this interview. I simply do not recall.

Q  Did you not tell the host that your letter was written to President Gi and Secretary Ming Gian Ju? (Phonetic)

MR. HARMON: Object to the form of the question.

A  I don't remember.

Q  Do you deny that you wrote the letter that was displayed on this broadcast?

MR. HARMON: Object to the form of the question.

Atkinson-Baker, Inc.
www.depo.com

GUO WENGUI

A    I don't remember.
Q    Who drafted the letter?
     MR. HARMON:  Object to the form
of the question.
A    I really don't know.
Q    Did you sign it?
     MR. HARMON:  Object to the form
of the question.
A    I don't remember.
Q    Did you transmit it to anyone?
     MR. HARMON:  Object to the form
of the question.
A    I don't remember.
Q    So you neither admit nor deny that I have shown you a portion of a clip of an appearance you made on Mira Media?
     MR. HARMON:  Object to the form
of the question.
A    I had many interviews with them, but I don't remember this particular one.
Q    Do you recall being given a red line by the CCP or PRC officials that you could not cross?
     MR. HARMON:  Object to the form

Page 303

GUO WENGUI

of the question.
A    I don't understand what you referring to.  Because like Trump, everything is talking about it.  She has friends.  Now he also want to stop Hua Wei.
     MR. GREIM:  Move to strike.
A    The telecom company in China, that's what he's referring to.
     MR. GREIM:  Move to strike as
non-responsive.
Q    Did you receive any communications from the CCP or PRC in response to this letter?
     MR. HARMON:  Object to the form
of the question.
A    I don't understand and I don't remember.
Q    What don't you understand about my question?
     MR. HARMON:  Object to the form
of the question.
A    Because I don't know what you said about this letter.
Q    Do you recall?
     MR. GREIM:  I'm going to

Page 304

GUO WENGUI

approach the witness one more time.
     (At this time, the video was played).
A    I want to make sure I understand.  Who is asking questions, you the lawyer, or the video?  The guy who is a cheater is asking questions.
Q    Mr. Guo, you have to stop disrupting the deposition.
     MR. HARMON:  Okay.  He's not
disrupting the deposition.
     MR. GREIM:  Yes, he is.  This is
ridiculous.
     MR. HARMON:  Ask your next
question.
     MR. GREIM:  I can't because the
witness just keeps talking.
     MR. HARMON:  Ask your next
question.
     MR. GREIM:  We will have to ask
for more time if this continues.
     MR. HARMON:  Ask your next
question.
Q    The question, sir, is do you recognize the signature on the document I placed

Page 305

GUO WENGUI

in front of you on my computer.
A    It's my name, but I don't think that's my signature.
Q    So Mr. Guo, do you deny sending this letter to CCP and PRC officials in August of 2017?
     MR. HARMON:  Object to the form
of the question.
A    I've never sent this letter.
Q    Did anyone send this letter to CCP and PRC officials on your behalf?
     MR. HARMON:  Object to the form
of the question.
A    That I wouldn't know.
Q    Have you seen it before today?
A    It's all over on the Internet.
Q    Did you agree to the terms in this letter?
     MR. HARMON:  Object to the form
of the question.
A    I totally do not agree with any of the terms in this letter.
Q    In August of 2017, did you agree to the terms of the letter?
     MR. HARMON:  Asked and answered.

Page 306

19 (Pages 303 to 306)

**Page 315**

GUO WENGUI

    MR. HARMON:  Object to the form of the question.
    INTERPRETER WILKINSON:  The video, not just the interview.  The video of this interview.

A    I have been interviewed by them for more than once, but I cannot tell you the authenticity of this one.

    MR. GREIM:  Let's go ahead and take a break.
    (At this time, a brief recess was taken.)
    THE VIDEOGRAPHER:  The time is 2:08 p.m., Wednesday, December 4, 2019.  This is the end of media number 2, volume 2 of the videotaped deposition of Mr. Guo Wengui.
    We're off the record.
    (Time noted:  2:08 p.m.)
    (At this time, a brief recess was taken.)
    THE VIDEOGRAPHER:  The time is 2:19 p.m., Wednesday, December 4, 2019.  This is media number 3, volume

**Page 316**

GUO WENGUI

2 of the videotaped deposition of Mr. Guo Wengui.  We are back on the record.

EXAMINATION BY
MR. GREIM:

Q    Mr. Guo, your first deposition I asked you some questions about a man we identified as William Yu.
    Do you remember those questions?
A    Yes.
Q    Do you know him by any other names?
A    I don't know.

    MR. GREIM:  Before we go much further, I just want to point out we object to Miss Wang standing back behind the videographer directly in the line of sight of the witness.
    There have been a lot of facial gestures, nodding yes and no on questions, and I would like that stopped.

A    You're totally lying.

    MR. HARMON:  I've been looking at Miss Wang.  She's not providing

**Page 317**

GUO WENGUI

any signals to anybody.  She's going to stay where she is.
    MR. GREIM:  She has been and it needs to stop.
    MR. HARMON:  She's going to stay where she is.  She hasn't done anything, and she is not moving, so go ahead.

Q    What are some of the other names that Mr. Yu goes by?
A    I don't know.

    MR. HARMON:  Really?  You're going to video her?
    INTERPRETER WILKINSON:  I'm going to video her.
    MR. GREIM:  No, you're not.  We'll raise this with the court later.

Q    Do you know the name William Je, J-E?
A    They are the same person, William Je and William Yu.
Q    What about the name Je Kay Ming?
A    I don't know this person.
Q    Do you know the name Yu Gian Ming?

**Page 318**

GUO WENGUI

A    William used the Chinese name.
Q    Do you know which of those is his legal name?

    MR. HARMON:  Object to the form of the question.

A    I don't know.
Q    Do you know what country or countries he's a citizen in?
A    I don't know.
Q    When did you last see him?
A    About two months ago.
Q    Where was this?
A    In New York.
Q    How frequently do you see Mr. Gi?

    MR. HARMON:  Object to the form of the question.

A    Three, four times.  Two to three times a year.
Q    Do you E-mail or call him?
A    Calling him.
Q    Where did you first meet Mr. Gi?
A    In the office on the social occasion.
Q    Which office?
A    I don't know.  I really don't recall

Atkinson-Baker, Inc.
www.depo.com

### Page 319

GUO WENGUI

that.

Q   Is this in Beijing?
A   I don't recall.
Q   Are you aware that he is a director of an entity whose name includes AC?
        MR. HARMON:  Object to the form of the question.  It was asked and answered at the last deposition.
A   Yes.
Q   How did he come to be a director of ACA?
A   I don't know.
Q   Is ACA an entity that you started?
A   I don't know.
        MR. HARMON:  Yvette, come around the other side please.
        MR. GREIM:  Miss Wang is sitting around directly behind my client.
        MR. HARMON:  Yvette, please come around.
        I would ask you, Mr. Greim, to ask your client even if she's only using her phone for the purposes to keep it down so it doesn't appear

### Page 320

GUO WENGUI

that she's taking videos and photos.
        MR. GREIM:  I would ask the same thing of Miss Wang.
        MR. HARMON:  Absolutely.  Everybody put their phones down.
        MR. GREIM:  That's the new rule.
Q   You recall your first deposition you claimed you worked with Mr. Gi on anti-communist matters?
        MR. HARMON:  Object to the form of the question.
A   I don't remember.
Q   Is it true that you have worked with Mr. Gi in the past on what you characterize as anti-communist matters?
A   I don't know how to say that, the working together.  But in Chinese, we say we are both anti-communists.
Q   How do you know Mr. Gi is anti-communist?
A   Because he told me so.  He was persecuted by the communist party right now.
Q   How do you know Mr. Gi was persecuted by the communist party?

### Page 321

GUO WENGUI

A   Because he told me that the government that take his people in Hong Kong and that the police went to threats that his mother in her home and get him so frightened that he had to be hospitalized.
        INTERPRETER WILKINSON:  And every day people call him telling him to kill him; right?
A   Yes.  He also said they are making the phone calls that threaten them by killing them making daily phone calls.
Q   When did Mr. Gi first tell you that the government was persecuting his people in Hong Kong?
A   I don't remember exactly.
Q   Did you know Mr. Gi before you came to the United States in 2015?
        MR. HARMON:  Object to the form of the question.
A   Yes.
Q   How?
A   I don't remember.
Q   Were you a client of his?
A   No.

### Page 322

GUO WENGUI

Q   Did he work for you?
A   No.
Q   Did you know him as chairman of the greater China securities section of Maquery? (Phonetic)
        MR. HARMON:  Object to the form of the question.
A   Yes.
Q   Did you recruit him to leave Maquery and join ACA?
A   I don't remember.
Q   Did you ask him to join ACA?
A   No.
Q   How was ACA formed?
        MR. HARMON:  These questions were asked and answered at his last deposition.
A   No, I don't know.
Q   Mr. Guo, did you solicit money from investors in the United Emirates to begin ACA?
        MR. HARMON:  I'm going to permit Mr. Guo to answer this question, but it's clearly outside the very limited scope that magistrate Freeman

23 (Pages 319 to 322)

```
 2
 3        A C K N O W L E D G M E N T
 4
 5   STATE OF NEW YORK    )
 6                   ss:
 7   COUNTY OF _____ )
 8
 9       I, Guo Wengui, hereby certify that I have
10   read the transcript of my testimony taken under
11   oath in my deposition of December 4, 2019; that
12   the transcript is a true and complete record of my
13   testimony, and that the answers on the record as
14   given by me are true and correct.
15
16
17              _____
18                   GUO WENGUI
19
20
21   Subscribed and sworn to before me
22   this     day of           2019.
23   _____
24       (NOTARY PUBLIC)
25
```

Page 343

```
 2
 3        C E R T I F I C A T E
 4
 5       I, Terri Fudens, a stenotype reporter
 6   and Notary Public within and for the State of New
 7   York, do hereby certify:
 8       That the witness whose testimony is
 9   hereinbefore set forth was duly sworn by me and
10   that such testimony is a true record of the
11   testimony given by such witness.
12       I further certify that I am not related
13   to any of the parties by blood or marriage, and
14   that I am in no way interested in the outcome of
15   this matter.
16       IN WITNESS WHEREOF, I have hereunto set
17   my hand.
18
19
20
21        _____
                 Terri Fudens
22
23
24
25
```

Page 344

29 (Pages 343 to 344)