# Exhibit ZZ

# Affidavit

My name is Chen Xiaoping and I am a journalist and host on Mirror Media, a Chinese-language broadcaster in the United States.

On August 31, 2017, I interviewed Guo Wengui. A true and complete recording of that interview can be found at the following link: https://www.youtube.com/watch?v=Mo3-1YvQBt4.  The video was live-streamed on August 31, 2017.

On September 5, 2017, I interviewed Wang Yanping. A true and complete recording of that interview can be found at the following link: https://www.youtube.com/watch?v=LUTPJ5iRG_8. The video was recorded on September 5, 2017 and published the same day.

On behalf of Mirror, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _12/12/2019_

Signature: _San (Xiaoping) Chen_