# Exhibit DDD



**CR**

公司註冊處
**Companies Registry**

法團成立表格
**(股份有限公司)**
**Incorporation Form**
**(Company Limited by Shares)**

表格
**Form**

公司編號 CR No.
**NNC1**

註 Note

**8** 1 建議採用的公司名稱 **Proposed Company Name**
建議採用的公司英文名稱 **Proposed English Company Name**

ACA CAPITAL GROUP LIMITED

建議採用的公司中文名稱 **Proposed Chinese Company Name**

阿中資本集團有限公司

**9** 2 公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

✓ 私人 **Private** ☐ 公眾 **Public**

**10** 3 公司在香港的註冊辦事處的建議地址
**Proposed Address of the Company's Registered Office in Hong Kong**

Rooms 805-806 8th Floor

Tai Yau Building

181 Johnston Road Wanchai

Hong Kong

**11** 4 電郵地址 **Email Address**

Nil

**4** 提交人的資料 **Presentor's Reference** | 請勿填寫本欄 **For Official Use**

姓名 Name: Fullmark (Corporate Services) Ltd.
地址 Address: Rms 805-806 8/F Tai Yau Bldg
181 Johnston Road Wanchai
Hong Kong
電話 Tel: 28915566  傳真 Fax: 28380226
電郵地址 Email Address:
檔號 Reference:

23501024573
NNC1
30/12/2014

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

存案 Filed

SVUS001574

表格 **NNC1**

Form

**⑫ 5 公司組成時的股本及最初的股份持有情況**
**Share Capital and Initial Shareholdings on the Company's Formation**

| 股份的類別<br>(如普通股／優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 建議發行的<br>股份總數<br>Total Number of<br>Shares Proposed<br>to be Issued | 貨幣<br>Currency | 創辦成員認購的<br>股本總額<br>Total Amount of<br>Share Capital to be<br>Subscribed by<br>Founder Members<br><br>(a) | 建議發行的股份的<br>將要繳付或視爲<br>已繳付的總款額<br>Total Amount to be<br>Paid Up or to be<br>Regarded as Paid Up<br>on the Shares<br>Proposed to be Issued<br>(b) | 建議發行的股份的<br>尚未繳付或視爲<br>尚未繳付的總款額<br>Total Amount to<br>Remain Unpaid or to<br>be Regarded as<br>Unpaid on the Shares<br>Proposed to be Issued<br>(a) – (b) |
|---|---|---|---|---|---|
| Ordinary | 1 | HKD | 1 | 1 | 0 |
| | | | | | |
| | | | | | |
| 總值Total | 1 | HKD | 1 | 1 | 0 |

**⑫ 5A    股份所附帶的權利的詳情Particulars of Rights Attached to Shares    N/A**
*( 只適用於發行超過一類股份的公司 Only applicable to company issuing more than 1 class of shares)*

| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 附帶的權利的詳情<br>(包括表決權；在分派股息時參與該項分派的權利；<br>在分派股本時參與該項分派的權利；該類別股份是否屬可贖回股份等)<br>Particulars of Rights Attached<br>(Including voting rights; rights to participate in a distribution as respects dividends;<br>rights to participate in a distribution as respects capital; whether the shares are redeemable etc.) |
|---|---|
| | |

SVUS001575

表格
**Form** **NNC1**

**(14)** **6  創辦成員Founder Members**

*( 如超過兩名創辦成員，請用續頁A 填報 Use Continuation Sheet A if more than 2 founder members)*

**1** 中文姓名／名稱
**Name in Chinese**

| 余建明 |

英文姓名／名稱
**Name in English**

| JE Kin Ming |

地址
**Address**

| Flat 16 18th Floor Celestial Heights |
| 80 Sheung Shing Street |
| Ho Man Tin Kowloon |

國家／地區
**Country／Region**

| Hong Kong |

| 認購的股本<br>**Share Capital to be**<br>**Subscribed** | 股份的類別<br>(如普通股／優先股等)<br>Class of Shares<br>(e.g. Ordinary／Preference etc.) | 建議向該成員發行的股份數目<br>Shares Proposed to be Issued to the Member | | |
|---|---|---|---|---|
| | | 總數<br>Total Number | 貨幣<br>Currency | 總款額<br>Total Amount |
| | Ordinary | 1 | HKD | 1.00 |
| | | | | |
| | | | | |
| | 總值Total | 1 | HKD | 1.00 |

**2** 中文姓名／名稱
**Name in Chinese**

| |

英文姓名／名稱
**Name in English**

| |

地址
**Address**

| |
| |
| |

國家／地區
**Country／Region**

| |

| 認購的股本<br>**Share Capital to be**<br>**Subscribed** | 股份的類別<br>(如普通股／優先股等)<br>Class of Shares<br>(e.g. Ordinary／Preference etc.) | 建議向該成員發行的股份數目<br>Shares Proposed to be Issued to the Member | | |
|---|---|---|---|---|
| | | 總數<br>Total Number | 貨幣<br>Currency | 總款額<br>Total Amount |
| | | | | |
| | | | | |
| | | | | |
| | 總值Total | | | |

SVUS001576

表格
Form **NNC1**

**15 7   首任公司秘書 First Company Secretary**

*(如超過一名公司秘書屬自然人或法人團體，請用續頁 B 填寫  Use Continuation Sheet B if more than 1 company secretary is a natural person or a body corporate)*

**A.   公司秘書(自然人) Company Secretary (Natural Person)**

中文姓名
Name in Chinese

英文姓名 Name in English

姓氏
Surname

名字
Other Names

前用姓名
Previous

| 中文 Chinese | 英文 English |
|---|---|

別名
Alias

| 中文 Chinese | 英文 English |
|---|---|

**16**   香港通訊地址
Hong Kong
Correspondence
Address

**17**   電郵地址
Email Address

**18**   身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

(b) 護照
Passport

簽發國家 Issuing Country          號碼 Number

**20   B.   公司秘書 (法人團體) Company Secretary (Body Corporate)**

中文名稱
Name in

英文名稱
Name in

**19**   香港地址
Hong Kong
Address

| |
|---|
| 恒定有限公司 |
| TOPMOST LIMITED |
| Unit B 16th Floor |
| CNT Tower |
| 338 Hennessy Road Wanchai |
| Hong Kong |

*(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)*

**17**   電郵地址
Email Address

公司編號 Company Number          1339955

SVUS001577

表格
Form **NNC1**

① **8  首任董事First Directors**

**A. 董事(自然人) Director (Natural Person)**

*(如超過一名董事屬自然人，請用續頁C填報 Use Continuation Sheet C if more than 1 director is a natural person)*

中文姓名
Name in Chinese

> 余建明

英文姓名 Name in English

姓氏
Surname

> JE

名字
Other Names

> Kin Ming

前用姓名
Previous Names

| Nil | Nil |
|---|---|
| 中文 Chinese | 英文 English |

別名
Alias

| | |
|---|---|
| 中文 Chinese | 英文 English |

② 住址
Residential Address

> Flat 16 18th Floor Celestial Heights
>
> 80 Sheung Shing Street
>
> Ho Man Tin Kowloon

國家／地區
Country／Region

> Hong Kong

② 電郵地址
Email Address

> Nil

② 身份證明 Identification

a  香港身份證號碼
Hong Kong Identity Card Number

| | D | 5 | 7 | 7 | 5 | 9 | 9 | (0) |
|---|---|---|---|---|---|---|---|---|

b  護照
Passport

| | |
|---|---|
| 簽發國家 Issuing Country | 號碼 Number |

② 提示Advisory Note

所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the
Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide

② 出任董事職位同意書Consent to Act as Director

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 本人同意在公司成立為法團時擔任其董事，並確認本人已年滿18歲。
I consent to be a director of the company on its incorporation and confirm that I have attained
the age of 18 years.

簽署 Signed :

☐ 出任董事職位同意書會於公司成立為法團的日期後15日內交付登記。
The Consent to Act as Director will be delivered for registration not later than 15 days after the
date of incorporation of the company.

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

SVUS001578

表格 Form **NNC1**

## 8 首任董事First Directors *(樑上頁cont'd)*
**B.** 董事(法人團體) Director (Body Corporate)　　　Nil

*(如超過一名董事屬法人團體，請用樑頁D 填報 Use Continuation Sheet D if more than 1 director is a body corporate)*

| | |
|---|---|
| 中文名稱<br>Name in Chinese | |
| 英文名稱<br>Name in English | |

**(24)** 地址<br>Address

國家／地區<br>Country／Region

*(本處不接納「轉交」地址或郵政信箱號碼 'Care of ' addresses or post office box numbers are not acceptable)*

**(22)** 電郵地址<br>Email Address

公司編號 Company Number
*(只適用於在香港註冊的法人團體 Only applicable to body corporate registered in Hong Kong)*

---

**(25)**

### 提示Advisory Note

有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉指引所概述的董事一般責任。

All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

---

**(26)** 出任董事職位同意書Consent to Act as Director
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☐ 本人獲上述法人團體授權確認上述法人團體同意在公司成立為法團時擔任其董事。
I, being authorized by the above body corporate, confirm that the body corporate consents to be a director of this company on its incorporation.

簽署 Signed：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

法人團體的董事／公司秘書／獲授權人士*
Director／Company Secretary／Authorized Person of the Body Corporate*

☐ 出任董事職位同意書會於公司成立為法團的日期後15日內交付登記。
The Consent to Act as Director will be delivered for registration not later than 15 days after the date of incorporation of the company.

*請刪去不適用者 Delete whichever does not apply

---

0054

SVUS001579

表格
Form

# NNC1

**❼ 9    創辦成員陳述書 Statement of Founder Member**

本人現核證 I certify that：

(a)    本人爲公司的創辦成員或獲其授權人士(如創辦成員爲法人團體)並獲其他創辦成員(如有的話)授權簽署本表格。
I am a founder member of this company or an authorized person of a founder member, which is a body corporate (if applicable) and am authorized by the other founder members (if any) to sign this incorporation form.

(b)    名列本表格內的每一名屬自然人的公司秘書通常居於香港。
Each of the company secretaries named in this form who is a natural person ordinarily resides in Hong Kong.

(c)    名列本表格內但未簽署「出任董事職位同意書」的每一名董事已同意在公司成立爲法團時擔任其董事，每一名屬自然人的董事並且已年滿18歲。
Each of the directors named in this form who has not signed the 'Consent to Act as Director' has consented to be a director of this company on its incorporation and each director who is a natural person has attained the age of 18 years.

(d)    所有創辦成員已爲《公司條例》第67(1)(a) 條的目的而簽署公司的章程細則，並確認連同本表格交付的公司章程細則的文本的內容，與由所有創辦成員簽署的該等章程細則的內容相同。
The company's articles have been signed by all founder members for the purposes of section 67(1)(a) of the Companies Ordinance.  The contents of the copy of the company's articles delivered together with this form are the same as those of the articles signed by all founder members.

(e)    本表格所載的資料、陳述及詳情均屬準確，並與公司的章程細則內的資料、陳述及詳情相符。
**The information, statements and particulars contained in this form are accurate and consistent with those contained in the company's articles.**

(f)    公司已遵守《公司條例》中就有關公司註冊的所有規定。
**All the requirements of the Companies Ordinance in respect of the registration of the company have been complied with.**

本表格包括下列續頁 This Form includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**❼ 簽署 Signed :**

姓名 Name :    JE Kin Ming        日期 Date :    30 DEC 2014

創辦成員 **Founder Member**        日 DD / 月 MM / 年 YYYY

SVUS001580

存案 Filed

公司編號 CR No.
2188692

# ARTICLES OF ASSOCIATION

OF

**ACA CAPITAL GROUP LIMITED**

阿中資本集團有限公司

**Incorporated the**

**HONG   KONG**

---

No.

**[COPY]**

CERTIFICATE OF INCORPORATION

I hereby certify that

**ACA CAPITAL GROUP LIMITED**

阿中資本集團有限公司

is this day incorporated in Hong Kong under the Companies Ordinance (Chapter 622 of the Laws of Hong Kong), and that this company is a limited company.

Issued on



23501024574
AA
30/12/2014

............................................
*Registrar of Companies*
*Hong Kong Special Administrative Region*

Note :
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.

*Company Kit Registrations Limited*

*"Published by Licence No.109 (Copyrights reserved 2014)"*

0 0 7 2

SVUS001581

**THE COMPANIES ORDINANCE (Chapter 622)**

—————————

**Private Company Limited by Shares**

—————————

**ARTICLES OF ASSOCIATION**

**OF**

**ACA CAPITAL GROUP LIMITED**

**阿中資本集團有限公司**

—————————

**PRELIMINARY**

1.  The name of the Company is " ACA CAPITAL GROUP LIMITED 阿中資本集團有限公司 ".

2.  The registered office of the Company will be situated in Hong Kong.

3.  The liability of the members is limited to an amount unpaid on the share(s) held by the member(s).

4.  Capital and initial shareholdings:

    (a)  The total number of ordinary shares that the Company proposes to issue on the Company's formation is one;

    (b)  The total amount of share capital to be subscribed by the Company's founder member(s) on that formation is Hong Kong dollar one;

    (c)  The amount to be paid up or to be regarded as paid up is HK$1.00;

    (d)  The amount to remain unpaid or to be regarded as remaining unpaid, on the total number of shares that the Company proposes to issue on that formation is nil.

0 0 7 3
SVUS001582

I/We, the following person(s) whose name(s), address(es) and description(s) is/are hereto given below, wish to form a Company in pursuance of these articles of association, and I/we respectively agree to take the number of share(s) in the capital of the Company set opposite to my/our respective name(s):-

| Name(s) , Address(es) and Description(s) of Signatory(ies) | Number of Share(s) | |
|---|---|---|
| | (Taken) | (Fully paid in HKD) |
| JE Kin Ming   余建明<br><br>Flat 16 18th Floor Celestial Heights<br>80 Sheung Shing Street<br>Ho Man Tin Kowloon<br>Hong Kong<br>    Merchant | One | HKD1.00 |
| Total Number of Share(s) Taken and fully paid : | One | |

Dated the    3 0 DEC 2014

2

SVUS001583

5. The regulations in Schedule 2 to the Companies (Model Articles) Notice (Cap.622H) shall apply to the Company save in so far as they are hereby specifically excluded or are inconsistent with the Articles herein contained. In particular, but without in any way limiting the generality of the foregoing, Articles 11, 12, 16, 17, 21, 22, 23, 26, 33, 39, 41, 53, 56, 63, 64 and 81 shall not apply or are modified as hereinafter appearing.

## GENERAL MANAGEMENT

6. The board of director(s) shall be entrusted with the general management of the business and the affairs of the Company, and shall have full power to do all such acts and things and enter into such contracts and engagements on behalf of the company as the director(s) may consider necessary or desirable and may also appoint and remove or suspend any officers, accountants, agents, servants and employees.

## TRANSFER OF SHARES

7. The directors may in their absolute discretion and without assigning any reason therefor, refuse to register a transfer of any share.   If the directors refuse to register a transfer they shall within two months after the date on which the transfer was lodged with the Company, send to the transferee notice of the refusal.

## GENERAL MEETINGS

8. (a)   The quorum for the transaction of business at any General Meeting shall be two members present in person or by proxy. Notwithstanding any provision herein, if the Company has only one member, the decision of that member shall be taken by way of written resolution(s).

(b)   Meetings may be held in Hong Kong or at such other place or places in the world as the majority of the shareholders in value shall from time to time by resolution determine.

(c)   A resolution in writing signed by at least 75% of the shareholders and annexed or attached to the General Meetings Minute Book shall be as valid and effective as a resolution passed at a meeting duly convened. The signature of any shareholder may be given by his Attorney or Proxy. Any such resolution may be contained in one document or separate copies prepared and/or circulated for the purpose and signed by one or more shareholders.

(d)   Where the Company has only one member and that member takes any decision that may be taken by the Company in General Meeting and that has effect as if agreed by the Company in General Meeting, he shall (unless that decision is taken by way of a resolution in writing duly signed by him) provide the Company with a written record of that decision within 7 days after the decision is made.

## DIRECTORS

9. Unless and until otherwise determined by an ordinary resolution of the Company, the minimum number of director(s) shall be one and there shall be no maximum number of directors.

0075

SVUS001584

10. The first director(s) of the company is/are the person(s) named as the director(s) in the Incorporation Form delivered to the Registrar of Companies.

11. A director need not hold any shares in the Company and is not subject to rotation or retirement at the annual general meetings. A director who is not a member of the Company shall nevertheless be entitled to attend and speak at general meetings.

## POWERS OF DIRECTORS

12. The directors, in addition to the powers and authorities expressly conferred upon them by these Articles, may exercise all such powers and do all such acts as may be exercised or done by the Company in General Meeting subject nevertheless to the provisions of the Companies Ordinance, (Chapter 622), to these Articles, and to any regulations from time to time made by the Company in General Meeting, provided that no regulation so made shall invalidate any prior act of the directors which would have been valid if such regulation had not been made.

13. Without prejudice to the general powers conferred by the last preceding Article and the other powers conferred by these Articles, it is hereby expressly declared that the directors shall have the following powers, that is to say, power :-

   (a) To pay the costs, charges and expenses preliminary and incidental to the promotion, formation, establishment and registration of the Company.

   (b) To purchase or otherwise acquire for the Company or sell or otherwise dispose of any property, rights and privileges which the Company is authorised to acquire at such price and generally on such terms and conditions as they shall think fit.

   (c) To engage, dismiss, and fix the salaries or emoluments of the employees of the Company.

   (d) To institute, conduct, defend, compromise or abandon any legal proceedings by or against the Company or its officers, or otherwise concerning the affairs of the Company, and also to compound and allow time for payment or satisfaction of any debts due to, and of any claims or demands by or against the Company.

   (e) To refer any claims or demands by or against the Company to arbitration and observe and perform the awards.

   (f) To make and give receipts, releases, and other discharges for money payable to the Company, and for claims and demands of the Company.

   (g) To invest, lend or otherwise deal with any of the moneys or property of the Company in such manner as they think fit and to vary or realise any such investment from time to time.

   (h) To arrange for banking facilities, on behalf of the Company, and to pledge, mortgage or hypothecate any of the property of the Company, if required.

   (i) To open a current account with themselves for the Company and to advance any money to the Company with or without interest upon such terms and conditions as they shall think fit.

   (j) To enter into all such negotiations and contracts, and rescind and vary all such contracts, and execute and do all such acts, deeds and things in the name and on behalf of the Company as they may consider expedient for, or in relation to, any of

0076

SVUS001585

the matters aforesaid, or otherwise for the purpose of the Company.

(k)   To give to any director, officer or other person employed by the Company a commission on the profits of any particular business or transaction, and such commission shall be treated as part of the working expenses of the Company, and to pay commissions and make allowance (either by way of a share in the general profits of the Company or otherwise) to any persons introducing business to the Company or otherwise promoting or serving the interest thereof.

(l)   To sell, improve, manage, exchange, lease, let, mortgage or turn to account all or any part of the land, property, rights and privileges of the Company.

(m)   To employ, invest or otherwise deal with any Reserve Fund or Reserve Funds in such manner and for such purposes as the directors may think fit.

(n)   To execute, in the name and on behalf of the Company, in favour of any director or other person who may incur or be about to incur any personal liability for the benefit of the Company, such mortgages of the Company's property (present or future) as they think fit, and any mortgages may contain a power of sale and such other powers covenants and provisions as shall be agreed upon.

(o)   From time to time to provide for the management of the affairs of the Company abroad in such manner as they think fit, and in particular to appoint any persons to be the Attorneys or agents of the Company with such powers (including power to sub-delegate) and upon such terms as they think fit.

(p)   From time to time to make, vary or repeal rules and by-laws for the regulation of the business or the Company, its officers and servants.

(q)   To delegate any or all of the powers herein to any director or other person or persons as the directors may at any time think fit.

## DIRECTORS' REMUNERATION

14.   (a)   The directors shall be paid out of the funds of the Company remuneration for their services such sum (if any) as the Company may by ordinary resolution from time to time determine.

(b)   The directors shall also be entitled to be paid their reasonable expenses incurred in consequence of their attendance at meetings of directors, committee meetings or general meetings or otherwise in or about the business of the Company.

15.   The directors may award extra remuneration out of the funds of the Company (by way of salary, commission or otherwise as the directors may determine) to any director who performs services which in the opinion of the directors are outside the scope of the ordinary duties of a director.

0077

SVUS001586

## BORROWING POWERS

16. (a)   The directors may exercise all the powers of the Company without restriction or limitation to borrow money and to mortgage or charge all or any part of the undertaking, property and assets (present and future) and uncalled capital of the Company and to issue debentures, debenture stocks, bonds and other securities, whether outright or as collateral security for any debt, liability or obligation of the Company or of any third party. Debentures, debenture stocks, bonds and other securities of the Company may be made assignable free from any equities between the Company and the person to whom the same may be issued, and may be issued at a discount, premium or otherwise and with any special privileges as to redemption, surrender, drawings, allotment of shares, attending and voting at general meetings of the Company, appointment of directors and otherwise.

(b)   The directors shall cause a proper register to be kept, in accordance with the provisions of the Ordinance, of all mortgages and charges affecting the property of the Company and shall duly comply with the requirements of the Ordinance in regard to the registration of mortgages and charges therein specified and otherwise. Where any uncalled capital of the Company is charged, all persons taking any subsequent charge thereon shall take the same subject to such prior charge, and shall not be entitled, by notice to the members or otherwise, to obtain priority over such prior charge.

## APPOINTMENT AND REMOVAL OF DIRECTORS

17. The Company may, from time to time, by ordinary resolution appoint new Directors.

18. The Company may also by ordinary resolution remove any director notwithstanding anything in these Articles or in any agreement between him and the Company and may, appoint another person in his stead.

19. The directors shall have power, exercisable at any time and from time to time, to appoint any other person as a director, either to fill a casual vacancy or as an addition to the Board.

20. In the event that the quorum and minimum number of directors are fixed at two or more directors, the continuing directors may act notwithstanding any vacancy in their body, but if and so long as the number of directors is reduced below the number fixed by or pursuant to these Articles as the necessary quorum of directors, the continuing directors may act for the purpose of increasing the number of directors to that number, or of summoning a general meeting of the Company, but for no other purpose. If there shall be no directors able or willing to act, then any two members may summon a general meeting for the purpose of appointing directors.

## RESERVE DIRECTOR

21. If the Company has only one member and that member is also the sole director, the Company may in General Meeting, notwithstanding anything in these Articles, nominate a person (other than a body corporate) who has attained the age of 18 years as a reserve director of the Company to act in the place of the sole director in the event of his death. Any duly authorised officer of the Company is empowered to send the particulars of the nomination of the reserve director to the Registrar of Companies, pursuant to section 455 of the Ordinance.

0078

SVUS001587

## DIRECTORS' MEETINGS

22.  (a)   Meetings of the directors may be held in Hong Kong or in any other part of the world as may be convenient for the majority.

(b)   Unless otherwise determined by the Company by Ordinary Resolution, the quorum for meeting of the directors shall be two. Notwithstanding any provision herein, if the Company has only one director, the decision of that director shall be taken by way of written resolution(s).

(c)   The directors may participate in any Board Meeting by means of conference telephone or other communications equipment through which all other directors present at the Meeting can hear each other and such participation shall constitute attendance at Board Meeting as if those participating were present in person, provided always that the quorum was already present at the meeting. The directors may also, in urgent cases, pass a resolution by way of telephonic conference, provided always that a written resolution is subsequently signed by all the directors in accordance with (d) below.

(d)   A resolution in writing, signed by all the directors for the time being entitled to receive notice of a meeting of the directors, shall be as valid and effectual as if it had been passed at a meeting of the directors duly convened and held, without the need for any agenda or notice. The signature of any director may be given by his alternate. Any such resolution may be contained in one document or separate copies prepared and/or circulated for the purpose and signed by one or more of the directors. A cable, telex, fax or e-mail message or other written electronic communication sent by a director or his alternate shall be deemed to be a document signed by him for the purposes of this Article.

## THE SEAL AND CHEQUES

23.  The Company may or may not have a common seal. However, if the directors shall decide to have one made for the Company, the common seal must be a metallic seal having the Company's name engraved on it in legible form and the director(s) shall provide for the safe custody thereof. The seal shall not be affixed to any instrument except by the authority of the directors or a committee authorised by the Board in that behalf, and every instrument to which the seal shall be affixed shall be signed by one director or some other person nominated by the directors for the purpose.

24.  The Company may exercise all the powers of having official seals conferred by the Ordinance and such powers shall be vested in the directors.

25.  All cheques, bills of exchange, promissory notes and other negotiable instruments issued or required to be signed, endorsed or accepted or otherwise negotiated by the Company shall be signed by the director(s) or such person or persons as the board of director(s) shall from time to time appoint.

SVUS001588

## COMPANY SECRETARY

26. (a)   The directors shall appoint a secretary of the Company for such period, at such remuneration and upon such conditions as they may think fit, and any secretary so appointed may be removed by them. In the event that the secretary appointed is a corporation or other body, it may act and sign by the hand of any one or more of its directors or officers duly authorised. The First Secretary of the Company is the person named as the Company Secretary in the Incorporation Form delivered to the Registrar of Companies and is **TOPMOST LIMITED** 恒定有限公司.

(b)   Where the Company has only one director, that director shall not also be the Secretary of the Company.

(c)   Where the Company has only one director, the Company shall not have as Secretary of the Company a body corporate the sole director of which is the sole director of the Company.

## WINDING UP

27. If the Company shall be wound up and the assets available for distribution among the members as such shall be insufficient to repay the whole of the paid up Capital, such assets shall be distributed so that as near as may be the losses shall be borne by the members in proportion to the capital paid up or which ought to have been paid up at the commencement of the winding up on the shares held by them respectively and if in a winding up the assets available for distribution among the members shall be more than sufficient to repay the whole of the capital paid up at the commencement of the winding up the excess shall be distributed among the members in proportion to the capital at the commencement of the winding up paid up or which ought to have been paid up on the shares held by them respectively. But this Article is to be without prejudice to the rights of the holders of any shares issued upon special terms and conditions.

28. (a)   If the Company shall be wound up whether voluntarily or otherwise the liquidators may with the sanction of a special resolution divide among the contributories in specie or kind any part of the assets of the Company and may with the like sanction vest any part of the assets of the Company in trustees upon such trusts for the benefit of the contributories or any of them as the liquidators with the like sanction think fit.

(b)   If thought expedient any such division may be otherwise than in accordance with the legal rights of the contributories and in particular any class may be given preferential or special rights or may be excluded altogether or in part; but in case any division otherwise than in accordance with the legal rights of the contributories shall be determined on any contributory who would be prejudiced thereby shall have a right to dissent and   ancillary rights as if such determination were a Special Resolution passed pursuant to the Ordinance.

(c)   In case any of the shares to be divided as aforesaid consist of shares which involve a liability to calls or otherwise, any person entitled under such division to any of the said shares may, within ten days after the passing of the Special Resolution by notice in writing, direct the liquidator to sell his proportion and pay him the net proceeds, and the liquidator shall, if practicable, act accordingly.

SVUS001589



編號 __2188692__
**No.**

公 司 註 冊 處
**COMPANIES REGISTRY**

公 司 註 冊 證 明 書
# CERTIFICATE OF INCORPORATION

———————— \* \* \* ————————

本 人 謹 此 證 明
**I hereby certify that**

ACA CAPITAL GROUP LIMITED
阿中資本集團有限公司

於 本 日 根 據 香 港 法 例 第 622 章《 公 司 條 例 》
**is this day incorporated in Hong Kong under the Companies Ordinance**

在 香 港 成 立 為 法 團 ， 此 公 司 是 一 間
**(Chapter 622 of the Laws of Hong Kong), and that this company is**

有 限 公 司 。
**a limited company.**

本 證 明 書 於 二 〇 一 五 年 一 月 六 日 發 出 。
**Issued on**   6 January 2015 .

香港特別行政區公司註冊處處長鍾麗玲
Ms Ada L L CHUNG
***Registrar of Companies***
***Hong Kong Special Administrative Region***

註 Note :

公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何
其他知識產權。
Registration of a company name with the Companies Registry does not confer any trade mark rights
or any other intellectual property rights in respect of the company name or any part thereof.

SVUS001590

**CR**

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
**Form** **NAR1**

**CR's annotation: Please see the amended Form NAR1 for 2019 filed on 24/01/2019.**

公司編號 **Company Number**

**2188692**

註 Note

**1** 公司名稱 **Company Name**

**ACA Capital Group Limited**
**阿 中 資 本 集 團 有 限 公 司**

**7**

**2** 商業名稱(如有的話) **Business Name (If any)**

**N. A.**

**3** 公司類別 **Type of Company**

請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

[✓] 私人公司
Private company

[ ] 公眾公司
Public company

[ ] 擔保有限公司
Company limited by guarantee

**8**

**4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 01 | 2019 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司,本申報表須列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司,申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司,申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**9**

**5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| | | | 至<br>To | | | |
|--|--|--|--|--|--|--|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**10**

**6** 註冊辦事處地址 **Address of Registered Office**

Room 1605,
Hua Qin International Building,
340 Queen's Road Central, Hong Kong.

**3**

提交人資料 **Presentor's Reference**

姓名 Name:   Well Honest Consultants Limited
地址 Address: Room 1605-6,
Hua Qin International Building,
340 Queen's Road Central,
Hong Kong.

電話 Tel:  2815 5338   傳真 Fax: 2545 9298
電郵 Email:  Nil
檔號 Reference:  1/SEC/A-059

請勿填寫本欄 **For Official Use**



23201620532
NAR1L       2188692
21/01/2019

0157

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

SVUS001591

表格
Form **NAR1**

公司編號 Company Number

**2188692**

⓫  7  電郵地址 Email Address

| Nil |
|---|

8  按揭及押記 Mortgages and Charges

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| Nil |
|---|

9  無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項  Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up

| N. A. |
|---|

⓬  10  股本 Share Capital
*(無股本的公司無需填報此項  Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary /<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| **Ordinary** | **HKD** | **10,000,000** | **10,000,000** | **10,000,000** |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | **HKD** | **10,000,000** | **10,000,000** | **10,000,000** |

0158

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

SVUS001592

表格
Form **NAR1**

公司編號 Company Number
2188692

**11  公司秘書 Company Secretary**

**A.  公司秘書（自然人）Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**13**  香港通訊地址<br>Hong Kong Correspondence Address

地區 Region  香港／HONG KONG

**14**  電郵地址<br>Email Address

**15**  身分證明 Identification
(a) 香港身分證號碼<br>Hong Kong Identity Card Number  | | | | | | | | ( )
(b) 護照<br>Passport   簽發國家 Issuing Country
號碼 Number

**B.  公司秘書（法人團體）Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

**16**  中文名稱<br>Name in Chinese  | 安 誠 顧 問 有 限 公 司
**16**  英文名稱<br>Name in English  | **Well Honest Consultants Limited**
**17**  香港地址<br>Hong Kong Address  | Room 1605-6,
| | Hua Qin International Building,
| | 340 Queen's Road Central,
地區 Region  | 香港／HONG KONG
**14**  電郵地址<br>Email Address  | Nil

公司編號 Company Number  451152

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

SVUS001593

表格
Form **NAR1**

公司編號 **Company Number**

**2188692**

## 12 董事 Directors

**A. 董事 (自然人) Director (Natural Person)**

*(如超過一名董事亦屬自然人，請用續頁 B 填報 Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**(18)** 身分
Capacity

✓ 董事 Director ☐ 候補董事 Alternate Director

| 代替 Alternate to |
| --- |
| |

| 中文姓名 Name in Chinese | | Nil |
| --- | --- | --- |
| 英文姓名 Name in English | 姓氏 Surname | Maistrello |
| | 名字 Other Names | Karin |
| 前用姓名 Previous Names | 中文 Chinese | N. A. |
| | 英文 English | N. A. |
| 別名 Alias | 中文 Chinese | N. A. |
| | 英文 English | N. A. |

**(19)** 住址
Residential Address

343 Fairmount Ave Apt 43,

Jersey City,

NJ 07306-4822,

國家／地區 Country／Region **U S A**

**(20)** 電郵地址
Email Address

Nil

**(21)** 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

| | | | | | | | | ( | ) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

(b) 護照
Passport

| 簽發國家 Issuing Country | Italy |
| --- | --- |
| 號碼 Number | YA2403159 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0 1 6 0

SVUS001594

表格 **NAR1**
Form

公司編號 **Company Number**

**2188692**

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報   Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱ 1 身分**          ☑ **董事**          ☐ **候補董事**          代替 Alternate to
**Capacity**          Director          Alternate Director

中文名稱          **Nil**
Name in Chinese

英文名稱          **Celestial Tide Limited**
Name in English

**㉒ 地址**          **Vistra Corporate Services Centre,**
**Address**
                   **Wickhams Cay II,**

                   **Road Town, Tortola, VG1110,**

國家／地區          **British Virgin Islands**
Country／Region

**⑳ 電郵地址**          **Nil**
**Email Address**

公司編號 Company Number          **N. A.**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱ 2 身分**          ☐ **董事**          ☐ **候補董事**          代替 Alternate to
**Capacity**          Director          Alternate Director

中文名稱
Name in Chinese

英文名稱
Name in English

**㉒ 地址**
**Address**

國家／地區
Country／Region

**⑳ 電郵地址**
**Email Address**

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

0 1 6 1

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)          第五頁 Page 5

SVUS001595

表格
Form **NAR1**

公司編號 Company Number

**2188692**

**12  董事 Directors** (續上頁  cont'd)

**C.  備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名 Name in Chinese | | |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |

**19**  住址 Residential Address

國家／地區 Country／Region

**20**  電郵地址 Email Address

**21**  身分證明 Identification

(a) 香港身分證號碼 Hong Kong Identity Card Number

(b) 護照 Passport

簽發國家 Issuing Country

號碼 Number

0162

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

SVUS001596

表格 Form **NAR1**

公司編號 Company Number

**2188692**

**23** **13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**24** **14 公司紀錄 Company Records**
*(如空位不足,請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| | |
| | |

**15 陳述書 Statement**

*(如屬私人公司,請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表,則自公司成立為法團的日期起),並沒有發出邀請,以邀請公眾人士認購公司的任何股份或債權證;同時如成員人數於本申報表的結算日期當日超過五十名,則超出五十名之數的成員,全屬根據《公司條例》第 11(2) 條於計算該公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**25** 提示 Advisory Note
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》,並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | **Nil** | **Nil** | **Nil** | **Nil** |

For and on behalf of
安誠顧問有限公司
WELL HONEST CONSULTANTS LIMITED

**6** 簽署 Signed :
.........................................................
*Authorized Signature(s)*

姓名 Name : Well Honest Consultants Limited

董事 Director／公司秘書 Company Secretary *

日期 Date : 21 January 2019
日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply

SVUS001597

表格
Form **NAR1**

附表一 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 01 | 2019 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

**2188692**

**26**  非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares  |  **Ordinary**

此類別股份的已發行總數 Total Number of Issued Shares in this Class  |  **10,000,000**

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓*<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| Je Kin Ming<br>余 建 明 | Flat 16, 18th Floor,<br>Celestial Heights,<br>80 Sheung Shing Street,<br>Ho Man Tin,<br>Kowloon. | 10,000,000 | | | |

✻ 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立為法團以來)有任
何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱須在「備註」一欄註明。
✻ If there have been any transfers of the company's shares since the date of the last annual return (or since
incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
should be stated in the 'Remarks' column.

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)                                    A164

SVUS001598

# 公司秘書及董事辭職通知書
## Notice of Resignation of Company Secretary and Director

**CR**

公司註冊處
**Companies Registry**

表格 **ND4**
Form

公司編號 **Company Number**

**2188692**

註 Note

**1 公司名稱 Company Name**

**ACA Capital Group Limited**
**阿 中 資 本 集 團 有 限 公 司**

**2 公司秘書／董事的辭職 Resignation of Company Secretary／Director**

**A.** 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**6** 身分
Capacity

| ☐ 公司秘書 Company Secretary | ✓ 董事 Director | ☐ 候補董事 Alternate Director |

代替 Alternate to

公司秘書／董事的詳情 （自然人） Particulars of ~~Company Secretary~~／Director (Natural Person)

| 中文姓名 Name in Chinese | | Nil |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | CHASSOT |
| | 名字 Other Names | Laurent |

**7** 身分證明
Identification

| | | | | | | | ( | ) | X3286001 |

香港身分證號碼
Hong Kong Identity Card Number

護照號碼
Passport Number

**或 OR**

**8** 公司秘書／董事的詳情 （法人團體） Particulars of Company Secretary／Director (Body Corporate)

中文及英文名稱 Chinese and English Names

**B.** 辭職詳情 Details of Resignation

辭職日期
Date of Resignation

| 01 | 01 | 2019 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**9** 上述董事或候補董事在辭職日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of resignation?

| ☐ 是 Yes |
| ✓ 否 No |

**3** 提交人資料 Presenter's Reference

姓名 Name: Well Honest Consultants Limited
地址 Address: Room 1605-6,
Hua Qin International Building,
340 Queen's Road Central,
Hong Kong.

電話 Tel: 2815 5338  傳真 Fax: 2545 9298
電郵 Email: Nil
檔號 Reference: 1/SEC/A-059

請勿填寫本欄 For Official Use

**CR**
收件日期 RECEIVED
**2 8 FEB 2019**
文件管理組
Document Management Section

22101315935
ND4
28/02/2019

2188692

0081

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

SVUS001599

表格 Form **ND4**

公司編號 **Company Number**

**2188692**

**⑩ 3 辭職通知 Notice of Resignation**

*請在適用的空格內加上 ✓ 號　Please tick the relevant box*

**⑧** ☑ 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知；本人亦已按照該規定發出辭職通知。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company and I have given notice of resignation in accordance with the requirement.

☐ 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知。本人並未按照該規定發出通知，但已將辭職通知的印本送交該公司；或將該通知的電子版發送予該公司；或將該通知留在該公司的註冊辦事處。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company.  I have not given notice of resignation in accordance with the requirement but I have sent the notice of resignation to the Company in hard copy form or in electronic form, or have left it at the registered office of the Company.

☐ 按照上述公司的章程細則或本人與該公司訂立的任何協議，本人不須向該公司發出辭職通知。
I am not required by the articles of the above-named Company or by any agreement with the Company to give notice of resignation to the Company.

**⑤ 簽署 Signed :**

姓名 Name :　　Laurent CHASSOT

辭職的公司秘書／董事 *
Resigning Company ~~Secretary~~／Director *

日期 Date :　　1 January 2019

日 DD　/　月 MM　/　年 YYYY

\* *請刪去不適用者 Delete whichever does not apply*

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)　　　　　　第二頁 Page 2

0041
0082

SVUS001600

存案 Filed

**CR**

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
**Form** **NAR1**

公司編號 **Company Number**

2188692

註 Note

**1** 公司名稱 **Company Name**

ACA CAPITAL GROUP LIMITED
阿中資本集團有限公司

**2** 商業名稱(如有的話) **Business Name (If any)**

Nil

**3** 公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號 Please tick the relevant box

| ✓ | 私人公司 Private Company | | 公眾公司 Public company | | 擔保有限公司 Company limited by guarantee |

**4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 01 | 2016 |
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立日為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的9 個月屆滿之日。*
*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*( 私人公司無需填報此項 A private company need not complete this section)*

| | | | 至 To | | | |
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**6** 註冊辦事處地址 **Address of Registered Office**

49th Floor
Bank of China Tower
1 Garden Road Central
Hong Kong

提交人的資料 **Presentor's Reference**

姓名 Name: Fullmark (Corporate Services) Ltd.
地址 Address: Rms 805-806 8/F Tai Yau Bldg
181 Johnston Road Wanchai
Hong Kong

電話 Tel: 28915566    傳真 Fax: 28380226
電郵地址 Email:
檔號 Reference:

請勿填寫本欄 **For Official Use**

```
28501151536
NAR1L          2188692
08/01/2016
```

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

SVUS001601

表格
**Form NAR1**

公司編號 Company Number

| 2188692 |
|---|

**(11)** 7 電郵地址 **Email Address**

| Nil |
|---|

8 按揭及押記 **Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於1912年1月1日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| Nil |
|---|

9 無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數                 N/A
Number of Member(s) as at the Date to which this Return is Made Up

| |
|---|

**(12)** 10 股本 **Share Capital**
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary /<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 10,000,000 | 10,000,000.00 | 10,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 10,000,000 | 10,000,000.00 | 10,000,000.00 |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0135

SVUS001602

表格
**Form** **NAR1**

公司編號 **Company Number**

2188692

## 11 秘書 Secretary

**A.  公司秘書 (自然人) Company Secretary (Natural Person)**     Nil

*(如超過一名公司秘書屬自然人，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑬ 香港通訊地址<br>Hong Kong<br>Correspondence<br>Address | | |
| | | |
| | | |
| | 地區<br>Region | |
| ⑭ 電郵地址<br>Email Address | | |

⑮ 身份證明 Identification

(a)  香港身份證號碼
     Hong Kong Identity Card Number

(b)  護照          簽發國家
     Passport      Issuing Country

                   號碼
                   Number

**B.  公司秘書 (法人團體) Company Secretary (Body Corporate)**

*(如超過一名公司秘書屬法人團體，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| ⑯ 中文名稱<br>Name in Chinese | 恒定有限公司 |
|---|---|
| ⑯ 英文名稱<br>Name in English | TOPMOST LIMITED |
| ⑰ 香港地址<br>Hong Kong<br>Address | Unit B 16th Floor |
| | CNT Tower |
| | 338 Hennessy Road Wanchai |
| 地區<br>Region | Hong Kong |
| ⑭ 電郵地址<br>Email Address | Nil |
| 公司編號 Company Number | 1339955 |

0136

SVUS001603

表格
**Form** **NAR1**

公司編號 **Company Number**

| 2188692 |

## 12 董事Directors
### A. 董事 (自然人) Director (Natural Person)
*(如超過一名董事屬自然人，請用續頁B填報 Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✔ 號 Please tick the relevant box(es)*

**(18)**

| 身份<br>Capacity | 董事<br>Director ✔ | 候補董事<br>Alternate Director ☐ | 代替 Alternate to |
|---|---|---|---|

| 中文姓名<br>Name in Chinese | | 蔡玉燕 |
|---|---|---|

| 英文姓名<br>Name in English | 姓氏<br>Surname | CHOI |
|---|---|---|
| | 名字<br>Other Names | Louisa |

| 前用姓名<br>Previous Names | 中文<br>Chinese | Nil |
|---|---|---|
| | 英文<br>English | Nil |

| 別名<br>Alias | 中文<br>Chinese | Nil |
|---|---|---|
| | 英文<br>English | Nil |

**(19)**

| 住址<br>Residential<br>Address | Flat 7A |
|---|---|
| | Braemar Hill Mansion |
| | 33 Braemar Hil Road |
| 國家／地區<br>Country／Region | Hong Kong |

**(20)**

| 電郵地址<br>Email Address | Nil |
|---|---|

**(21)**

身份證明 Identification

| (a) | 香港身份證號碼<br>Hong Kong Identity Card Number | | G | 2 | 7 | 4 | 3 | 2 | 0 | (4) |
|---|---|---|---|---|---|---|---|---|---|---|

| (b) | 護照<br>Passport | 簽發國家<br>Issuing Country | |
|---|---|---|---|
| | | 號碼<br>Number | N/A |

表格
Form **NAR1**

公司編號 **Company Number**

| 2188692 |

**12 董事Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**   Nil

*(如超過兩名董事屬法人團體，請用續頁C填報   Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**(18)** **1 身份**
Capacity

| | 董事 | | 候補董事 | 代替 Alternate to |
|---|---|---|---|---|
| ☐ | Director | ☐ | Alternate Director | |

中文名稱
Name in Chinese

英文名稱
Name in English

**(22)** 地址
Address

國家／地區
Country／Region

**(20)** 電郵地址
Email Address

公司編號 Company Number
*( 只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**2 身份**
Capacity

| | 董事 | | 候補董事 | |
|---|---|---|---|---|
| ☐ | Director | ☐ | Alternate Director | |

中文名稱
Name in Chinese

英文名稱
Name in English

**(2)** 地址
Address

國家/地區
Country / Region

電郵地址
Email Address

公司編號 Company Number

*( 只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong)*

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0138

SVUS001605

表格 **Form** **NAR1**

公司編號 **Company Number**

| 2188692 |
|---|

**12 董事Directors** (續上頁 cont'd)

**C.** 備任董事**Reserve Director**                    Nil

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)

(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>Name in Chinese | | |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**(19)** 住址<br>Residential Address

| | |
|---|---|
| | |
| | |
| 國家╱地區<br>Country╱Region | |

**(20)** 電郵地址<br>Email Address

**(21)** 身份證明 Identification

(a) 香港身份證號碼<br>Hong Kong Identity Card Number

(b) 護照 **Passport** | 簽發國家<br>Issuing Country |

號碼<br>Number |

0139

SVUS001606

表格
Form **NAR1**

公司編號 Company Number

2188692

**23** **13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**

*( 有股本的公司必須填報此項  Company having a share capital must complete this section )*

*請在適用的空格內加上  ✓ 號 Please tick the relevant box*

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**24** **14 公司紀錄 Company Records**

*(如位不足，請用續頁 D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第6項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15 陳述書 Statement**

*(如屬私人公司，請在空格內加上  ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的
日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於
本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第11(2)
條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the
first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company
and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists
wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the
number of members of the company

**25**

| 提示 Advisory Note |
|---|
| 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 1 | 0 | 0 |

**6** 簽署 Signed :

*[signature]*

姓名 Name : JE Kin Ming

日期 Date : 06/01/2016

董事 Director / 公司秘書 Company Secretary *

日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0140

SVUS001607



表格
Form **NAR1**

附表 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 01 | 2016 |
|---|---|---|
| 日DD | 月MM | 年YYYY |

公司編號 **Company Number**

2188692

非上市公司的成員詳情 (第13項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*( 有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares | Ordinary

此類別股份的已發行總數 **Total Number of Issued Shares in this Class** | 10,000,000

| 姓名／名稱 Name | 地址 Address | 現時持有量 Current Holding | 轉讓* Transferred* 數目 Number | 日期 Date | 備註 Remarks |
|---|---|---|---|---|---|
| JE Kin Ming 余建明 | Flat 16 18th Floor Celestial Heights 80 Sheung Shing Street Ho Man Tin Kowloon Hong Kong | 10,000,000 | | | |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦須一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

規格編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0 1 4 1

SVUS001608

表格 **NAR1**
Form

續頁B **Continuation Sheet B**

本申報表的結算日期
**Date to which this Return is Made Up**

公司編號 **Company Number**

| 06 | 01 | 2016 |
|---|---|---|
| 日DD | 月MM | 年YYYY |

2188692

董事詳情 (自然人) (第12A項)  **Details of Director (Natural Person) (Section 12A)**

**18**　　請在適用的空格內加上 ✓ 號  *Please tick the relevant box(es)*

| 身份 Capacity | ☐ | ✓ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to _____ |
|---|---|---|---|---|

中文姓名
Name in Chinese　　余 建明

英文姓名　　姓氏
Name in English　　Surname　　JE

名字
Other Names　　Kin Ming

前用姓名　　中文
Previous Names　　Chinese　　Nil

英文
English　　Nil

別名　　中文
Alias　　Chinese　　Nil

英文
English　　Nil

**19**　住址
Residential
Address　　Flat 16 18th Floor Celestial Heights

80 Sheung Shing Street

Ho Man Tin Kowloon

國家／地區
Country／Region　　Hong Kong

**20**　電郵地址
Email Address　　Nil

**21**　身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

| | D | 5 | 7 | 7 | 5 | 9 | 9 | (0) |
|---|---|---|---|---|---|---|---|---|

(b) 護照　　簽發國家
Passport　　Issuing Country

號碼
Number　　N/A

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0142

SVUS001609

存案 Filed

# CR

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
Form **NAR1**

公司編號 Company Number

2188692

註 Note

**1** 公司名稱 **Company Name**

ACA CAPITAL GROUP LIMITED

阿中資本集團有限公司

**2** 商業名稱(如有的話) **Business Name (If any)**

Nil

**3** 公司類別 **Type of Company**

請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

| ✓ | 私人公司 Private Company | ☐ | 公眾公司 Public company | ☐ | 擔保有限公司 Company limited by guarantee |

**4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 01 | 2018 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的6個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的9個月屆滿之日。*
*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**

*( 私人公司無需填報此項  A private company need not complete this section)*

| | | | 至 To | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**6** 註冊辦事處地址 **Address of Registered Office**

49th Floor
Bank of China Tower
1 Garden Road Central
Hong Kong

---

提交人的資料 **Presentor's Reference**

姓名 Name: Fullmark (Corporate Services) Ltd.

地址 Address: Rms 805-806 8/F Tai Yau Bldg
181 Johnston Road Wanchai
Hong Kong

電話 Tel: 28915566   傳真 Fax: 28380226

電郵地址 Email:

檔號 Reference:

請勿填寫本欄 **For Official Use**

23601173406
NAR1L
08/01/2018

2188692

拍印編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

由此摺合

SVUS001610

表格
**Form NAR1**

公司編號 Company Number

| 2188692 |
|---|

**(11)  7  電郵地址Email Address**

| Nil |
|---|

**8  按揭及押記Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於1912年1月1日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| Nil |
|---|

**9  無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**

( 有股本的公司無需填報此項  Company having a share capital need not complete this section)

截至本申報表的結算日期的成員人數                                N/A
Number of Member(s) as at the Date to which this Return is Made Up

| |
|---|

**(12)  10  股本Share Capital**

( 無股本的公司無需填報此項  Company not having a share capital need not complete this section)

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 10,000,000 | 10,000,000.00 | 10,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 10,000,000 | 10,000,000.00 | 10,000,000.00 |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

SVUS001611

表格
**Form** **NAR1**

公司編號 **Company Number**

2188692

## 11 秘書 Secretary

### A. 公司秘書 (自然人) Company Secretary (Natural Person)

*(如超過一名公司秘書屬自然人，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | 余 嘉 穎 |
| 英文姓名<br>Name in English | 姓氏<br>Surname | YU |
| | 名字<br>Other Names | Fiona Ka Wing |
| 前用姓名<br>Previous Names | 中文<br>Chinese | Nil |
| | 英文<br>English | Nil |
| 別名<br>Alias | 中文<br>Chinese | Nil |
| | 英文<br>English | Nil |

**13** 香港通訊地址
Hong Kong
Correspondence
Address

| |
|---|
| Block 2 Flat 11E |
| Beacon Heights |
| Lung Ping Road Kowloon |

| 地區<br>Region | Hong Kong |
|---|---|

**14** 電郵地址
Email Address

| Nil |
|---|

**15** 身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

| | P | 1 | 0 | 0 | 6 | 6 | 7 | (7) |
|---|---|---|---|---|---|---|---|---|

(b) 護照
Passport

| 簽發國家<br>Issuing Country | |
|---|---|
| 號碼<br>Number | N/A |

### B. 公司秘書 (法人團體) Company Secretary (Body Corporate)     Nil

*(如超過一名公司秘書屬法人團體，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

**16** 中文名稱
Name in Chinese

**16** 英文名稱
Name in English

**17** 香港地址
Hong Kong
Address

| 地區<br>Region | |
|---|---|

**14** 電郵地址
Email Address

公司編號 Company Number

SVUS001612

表格 Form **NAR1**

公司編號 **Company Number**

2188692

## 12 董事 Directors
### A. 董事 (自然人) Director (Natural Person)

*(如超過一名董事屬自然人，請用續頁 B 填報 Use Continuation Sheet B if more than 1 director is a natural person)*

**18** 請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

| 身份 Capacity | | 董事 Director | ✓ | 候補董事 Alternate Director | ☐ | 代替 Alternate to |
|---|---|---|---|---|---|---|

| 中文姓名 Name in Chinese | | 蔡玉燕 |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | CHOI |
| | 名字 Other Names | Louisa |
| 前用姓名 Previous Names | 中文 Chinese | Nil |
| | 英文 English | Nil |
| 別名 Alias | 中文 Chinese | Nil |
| | 英文 English | Nil |

**19**
| 住址 Residential Address | | Flat 7A |
|---|---|---|
| | | Braemar Hill Mansion |
| | | 33 Braemar Hil Road |
| | 國家／地區 Country／Region | Hong Kong |

**20**
| 電郵地址 Email Address | Nil |
|---|---|

**21** 身份證明 Identification

(a) 香港身份證號碼 Hong Kong Identity Card Number

| | G | 2 | 7 | 4 | 3 | 2 | 0 | (4) |
|---|---|---|---|---|---|---|---|---|

(b) 護照 Passport 簽發國家 Issuing Country

號碼 Number: N/A

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

SVUS001613

表格
Form **NAR1**

公司編號 **Company Number**

2188692

**12** 董事**Directors** (續上頁 cont'd)

**B.** 董事 (法人團體) Director (Body Corporate)    Nil

*( 如超過兩名董事屬法人團體，請用續頁C填報   Use Continuation Sheet C if more than 2 directors are body corporate)*

**請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)**

(18) 1 身份
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

中文名稱
Name in Chinese

英文名稱
Name in English

(22) 地址
Address

國家／地區
Country／Region

(20) 電郵地址
Email Address

公司編號 Company Number
*( 只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

2 身份
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

中文名稱
Name in Chinese

英文名稱
Name in English

(2) 地址
Address

國家/地區
Country / Region

電郵地址
Email Address

公司編號 Company Number

*( 只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong)*

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

SVUS001614

表格 **Form** **NAR1**

公司編號 **Company Number**

| 2188692 |
|---|

**12 董事Directors** (續上頁 cont'd)

**C. 備任董事Reserve Director**                                      Nil

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)

**(Only applicable to a private company with only one member who is also the sole director of the company)**

| 中文姓名<br>Name in Chinese | | |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| **19** 住址<br>Residential<br>Address | | |
| | | |
| | | |
| | 國家／地區<br>Country/Region | |
| **20** 電郵地址<br>Email Address | | |

**21** 身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

(b) 護照 簽發國家
Passport Issuing Country

| |
|---|

號碼
Number

| |
|---|

0065

SVUS001615

| 表格<br>Form **NAR1** | | 公司編號 Company Number |
|---|---|---|
| | | 2188692 |

**⑳ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**

*(有股本的公司必須填寫此項 Company having a share capital must complete this section )*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
  Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
  Particulars of members of a listed company are listed in Schedule 2

**㉔ 14 公司紀錄 Company Records**

*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15 陳述書 Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名之數的成員，全屬根據《公司條例》第 11(2) 條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**㉕**
提示 Advisory Note<br>所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 1 | 0 | 0 |

**⑥ 簽署 Signed :**  *[signature]*

姓名 Name : ____YU Fiona Ka Wing____    日期 Date : ____06/01/2018____

~~董事 Director~~/公司秘書 Company Secretary *    日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

0066

SVUS001616

表格
Form **NAR1** 

附表 **Schedule 1**
**(非上市公司適用**
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
Date to which this Return is Made Up

| 06 | 01 | 2018 |
|---|---|---|
| 日DD | 月MM | 年YYYY |

公司編號 Company Number

| 2188692 |
|---|

非上市公司的成員詳情 (第13項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

**截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up**

股份類別 Class of Shares | Ordinary

此類別股份的已發行總數 Total Number of Issued Shares in this Class | 10,000,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓*<br>Transferred* | | |
| | | | 數目<br>Number | 日期<br>Date | |
| JE Kin Ming<br><br>余建明 | Flat 16 18th Floor Celestial Heights<br>80 Sheung Shing Street<br>Ho Man Tin Kowloon<br>Hong Kong | 10,000,000 | | | |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
  轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄說明。

* If there have been any transfers of the company's shares since the date of the last annual return (or since
  incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
  should be stated in the 'Remarks' column.

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0067

SVUS001617

表格 **NAR1**
Form

本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 01 | 2018 |
|----|----|------|
| 日DD | 月MM | 年YYYY |

公司編號 **Company Number**

| 2188692 |
|---------|

董事詳情 (自然人) (第12A項) **Details of Director (Natural Person) (Section 12A)**

**18** 請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

身份 **Capacity** [ ]　　✓ 董事 **Director**　　[ ] 候補董事 **Alternate Director**　　代替 Alternate to [ ]

中文姓名
**Name in Chinese** — 余建明

英文姓名
**Name in English**　姓氏 Surname — JE

名字 Other Names — Kin Ming

前用姓名
**Previous Names**　中文 Chinese — Nil

英文 English — Nil

別名
**Alias**　中文 Chinese — Nil

英文 English — Nil

**19** 住址
**Residential Address**

Flat 16 18th Floor Celestial Heights

80 Sheung Shing Street

Ho Man Tin Kowloon

國家／地區 Country／Region — Hong Kong

**20** 電郵地址
**Email Address** — Nil

**21** 身份證明 **Identification**

(a) 香港身份證號碼
**Hong Kong Identity Card Number**

| | D | 5 | 7 | 7 | 5 | 9 | 9 | (0) |

(b) 護照 **Passport**　簽發國家 Issuing Country

號碼 Number — N/A

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

SVUS001618

序案 Filed

**CR**

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
Form **NAR1**

公司編號 Company Number

2116261

註 Note

**1** 公司名稱 **Company Name**

ACA FINANCIAL COMPANY LIMITED

阿中金融有限公司

**2** 商業名稱(如有的話) **Business Name (If any)**

Nil

**3** 公司類別 **Type of Company**

請在適用的空格內加上 ✓ 號 Please tick the relevant box

| ✓ | 私人公司 Private Company | | 公眾公司 Public company | | 擔保有限公司 Company limited by guarantee |
|---|---|---|---|---|---|

**4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 04 | 07 | 2018 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司,本申報表應列載截至公司成立爲法團的周年日期的資料。*
*如屬公眾公司,申報表的結算日期應爲公司的會計參照期結束後的6個月屆滿之日。*
*如屬擔保有限公司,申報表的結算日期應爲公司的會計參照期結束後的9個月屆滿之日。*
*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| | | | 至 To | | | |
|---|---|---|---|---|---|---|
| 日DD | 月MM | 年YYYY | | 日 DD | 月 MM | 年 YYYY |

**6** 註冊辦事處地址 **Address of Registered Office**

49th Floor
Bank of China Tower
1 Garden Road Central
Hong Kong

提交人的資料 **Presentor's Reference**

姓名 Name:  Fullmark (Corporate Services) Ltd.
地址 Address: Rms 805-806 8/F Tai Yau Bldg
181 Johnston Road Wanchai
Hong Kong

電話 Tel:  28915566   傳真 Fax:  28380226
電郵地址 Email:
檔號 Reference:

請勿填寫本欄 **For Official Use**

```
22801754255
NAR1L          2116261
09/07/2018
```

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0 1 5 1

SVUS001619

表格
Form **NAR1**

公司編號 Company Number

| 2116261 |
|---|

**11**  7  電郵地址**Email Address**

| Nil |
|---|

8  按揭及押記**Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於**1912**年**1**月**1**日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| Nil |
|---|

9  無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項  Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數        N/A
Number of Member(s) as at the Date to which this Return is Made Up

| |
|---|

**12**  10  股本**Share Capital**
*(無股本的公司無需填報此項  Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary/<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 1 | 1.00 | 1.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 1 | 1.00 | 1.00 |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0152

SVUS001620

表格
Form **NAR1**

公司編號 Company Number

| 2116261 |

## 11 秘書 Secretary

### A. 公司秘書 (自然人) Company Secretary (Natural Person)

*(如超過一名公司秘書屬自然人，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | 余嘉穎 |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | YU |
| | 名字<br>Other Names | Fiona Ka Wing |
| 前用姓名<br>Previous Names | 中文<br>Chinese | Nil |
| | 英文<br>English | Nil |
| 別名<br>Alias | 中文<br>Chinese | Nil |
| | 英文<br>English | Nil |

**13** 香港通訊地址
Hong Kong
Correspondence
Address

| Block 2 Flat 11E |
| Beacon Heights |
| Lung Ping Road Kowloon |

| 地區<br>Region | Hong Kong |

**14** 電郵地址
Email Address

| Nil |

**15** 身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

| | P | 1 | 0 | 0 | 6 | 6 | 7 | (7) |

(b) 護照
Passport

| 簽發國家<br>Issuing Country | |
| 號碼<br>Number | N/A |

### B. 公司秘書 (法人團體) Company Secretary (Body Corporate)     Nil

*(如超過一名秘書屬法人團體，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

**16** 中文名稱
Name in Chinese

**16** 英文名稱
Name in English

**17** 香港地址
Hong Kong
Address

| |
| |
| |

| 地區<br>Region | |

**14** 電郵地址
Email Address

| |

公司編號 Company Number

| |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0153

SVUS001621

公司編號 **Company Number**

2116261

## 12 董事 Directors

### A. 董事 (自然人) Director (Natural Person)

(如超過一名董事屬自然人，請用續頁B填報  Use Continuation Sheet B if more than 1 director is a natural person)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**(18)** 身份
Capacity

董事 Director [✓]

候補董事 Alternate Director [ ]

代替 Alternate to

中文姓名
Name in Chinese — 余建明

英文姓名
Name in English

| 姓氏 Surname | JE |
| 名字 Other Names | Kin Ming |

前用姓名
Previous Names

| 中文 Chinese | Nil |
| 英文 English | Nil |

別名
Alias

| 中文 Chinese | Nil |
| 英文 English | Nil |

**(19)** 住址
Residential Address

Flat 16 18th Floor Celestial Heights

80 Sheung Shing Street

Ho Man Tin Kowloon

國家／地區
Country/Region — Hong Kong

**(20)** 電郵地址
Email Address — Nil

**(21)** 身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

|  | D | 5 | 7 | 7 | 5 | 9 | 9 | (0) |

(b) 護照
Passport

| 簽發國家 Issuing Country | |
| 號碼 Number | N/A |

表格 **Form** **NAR1**

公司編號 **Company Number**

2116261

**12** 董事**Directors** (續上頁 cont'd)

**B.** 董事 (法人團體) Director (Body Corporate)　　　Nil

*( 如超過兩名董事屬法人團體，請用續頁C 填報　Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**(18)** 1 身份
**Capacity**　　　　　　☐ 董事　　☐ 候補董事　　代替 Alternate to
　　　　　　　　　　　　**Director**　　**Alternate Director**

中文名稱
**Name in Chinese**

英文名稱
**Name in English**

**(22)** 地址
**Address**

國家／地區
**Country／Region**

**(20)** 電郵地址
**Email Address**

公司編號 **Company Number**
*( 只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong )*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

2 身份
**Capacity**　　　　　　☐ 董事　　☐ 候補董事
　　　　　　　　　　　　**Director**　　**Alternate Director**

中文名稱
**Name in Chinese**

英文名稱
**Name in English**

**(2)** 地址
**Address**

國家/地區
**Country / Region**

電郵地址
**Email Address**

公司編號 **Company Number**
*( 只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0155

SVUS001623

公司編號 Company Number

| 2116261 |

**12** 董事Directors (續上頁 cont'd)

**C.** 備任董事Reserve Director                     Nil

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)

(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名 Name in Chinese | | |
|---|---|---|

| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |

| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |

| 別名 Alias | 中文 Chinese | |
| | 英文 English | |

**(19)** 住址 Residential Address

| | |
| | |
| | |

| 國家／地區 Country/Region | |

**(20)** 電郵地址 Email Address

**(21)** 身份證明 Identification

(a) 香港身份證號碼 Hong Kong Identity Card Number

(b) 護照 Passport      簽發國家 Issuing Country

號碼 Number

0156

SVUS001624

表格
Form **NAR1**

公司編號 **Company Number**

2116261

**13** 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital
*( 有股本的公司必須填報此項 Company having a share capital must complete this section )*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

| ✓ | 非上市公司的成員詳情列於附表一 |
|---|---|
| | Particulars of members of a non-listed company are listed in Schedule 1 |

| | 上市公司的成員詳情列於附表二 |
|---|---|
| | Particulars of members of a listed company are listed in Schedule 2 |

**14** 公司紀錄Company Records
*(如空位不足，請用續頁D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第6項所述的註冊辦事處處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15** 陳述書 Statement

*( 如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述For a private company, please tick the box to make the Statement)*

| ✓ | 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第**11(2)**條於計算公司成員人數時不包括在內的人。 |
|---|---|
| | The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company |

提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**6** 簽署 Signed :

姓名 Name : _YU Fiona Ka Wing_    日期 Date : _04/07/2018_

董事 Director / 公司秘書 **Company Secretary** *    日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply*

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0157

SVUS001625



**表格 Form NAR1**

附表 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 04 | 07 | 2018 |
|----|----|------|
| 日DD | 月MM | 年YYYY |

公司編號 Company Number

| 2116261 |
|---------|

非上市公司的成員詳情 (第13項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

| 股份類別 Class of Shares | Ordinary |
|---|---|

| 此類別股份的已發行總數Total Number of Issued Shares in this Class | 1 |
|---|---|

| 姓名／名稱<br>Name | 地址<br>Address | 股份Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current<br>Holding | 轉讓*<br>Transferred* | | |
| | | | 數目<br>Number | 日期<br>Date | |
| JE Kin Ming<br><br>余建明 | Flat 16 18th Floor Celestial Heights<br>80 Sheung Shing Street<br>Ho Man Tin Kowloon<br>Hong Kong | 1 | | | |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立爲法團以來)有任何
轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。

\* If there have been any transfers of the company's shares since the date of the last annual return (or since
incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
should be stated in the 'Remarks' column.

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0158

SVUS001626

存案 Filed

# CR

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格 Form **NAR1**

公司編號 **Company Number**

2116261

註 Note

**1** 公司名稱 **Company Name**

ACA FINANCIAL COMPANY LIMITED
阿中金融有限公司

**2** 商業名稱(如有的話) **Business Name (If any)**

Nil

**3** 公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號 Please tick the relevant box

| | | | | | |
|---|---|---|---|---|---|
| ✓ | 私人公司<br>Private Company | | 公眾公司<br>Public company | | 擔保有限公司<br>Company limited by guarantee |

**4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 04 | 07 | 2015 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，本申報表的結算日期應為該公司的會計參照期結束後的6個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的9個月屆滿之日。*
*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| | | | 至 | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | To | 日 DD | 月 MM | 年 YYYY |

**6** 註冊辦事處地址 **Address of Registered Office**

49th Floor
Bank of China Tower
1 Garden Road Central
Hong Kong

**3** 提交人的資料 **Presentor's Reference**

姓名 Name:   Fullmark (Corporate Services) Ltd.
地址 Address: Rms 805-806 8/F Tai Yau Bldg
            181 Johnston Road Wanchai
            Hong Kong
電話 Tel:   28915566   傳真 Fax:   28380226
電郵地址 Email:
檔號 Reference:

請勿填寫本欄 **For Official Use**

22601274730
NAR1L            2116261
07/07/2015

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0009

SVUS001627

表格
Form **NAR1**

公司編號 Company Number

2116261

**(11)** 7 電郵地址**Email Address**

Nil

8 按揭及押記**Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於**1912年1月1日**後設定便須如此登記的按揭及押記的負償總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

Nil

9 無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**
( 有股本的公司無需填報此項  Company having a share capital need not complete this section)

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up

N/A

**(12)** 10 股本**Share Capital**
( 無股本的公司無需填報此項  Company not having a share capital need not complete this section)

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 1 | 1.00 | 1.00 |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 1 | 1.00 | 1.00 |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0010

SVUS001628

表格
Form **NAR1**

公司編號 Company Number

2116261

**11 秘書 Secretary**

**A. 公司秘書 (自然人) Company Secretary (Natural Person)**  　　Nil

*(如超過一名公司秘書屬自然人，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**13** 香港通訊地址<br>Hong Kong Correspondence Address

地區<br>Region

**14** 電郵地址<br>Email Address

**15** 身份證明 Identification

(a) 香港身份證號碼<br>Hong Kong Identity Card Number

(b) 護照<br>Passport　　簽發國家<br>Issuing Country

號碼<br>Number

**B. 公司秘書 (法人團體) Company Secretary (Body Corporate)**

*(如超過一名公司秘書屬法人團體，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | |
|---|---|
| **16** 中文名稱<br>Name in Chinese | 恒定有限公司 |
| **16** 英文名稱<br>Name in English | TOPMOST LIMITED |
| **17** 香港地址<br>Hong Kong Address | Unit B 16th Floor |
| | CNT Tower |
| | 338 Hennessy Road Wanchai |
| 地區<br>Region | Hong Kong |
| **14** 電郵地址<br>Email Address | Nil |
| 公司編號 Company Number | 1339955 |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0011

SVUS001629

表格 **Form** **NAR1**

公司編號 **Company Number**

2116261

## 12 董事 Directors

### A. 董事 (自然人) Director (Natural Person)

*( 如超過一名董事屬自然人，請用續頁 B 填報  Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**(18)**

| 身份 Capacity | ✓ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|

| 中文姓名 Name in Chinese | | 余建明 |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | JE |
| | 名字 Other Names | Kin Ming |
| 前用姓名 Previous Names | 中文 Chinese | Nil |
| | 英文 English | Nil |
| 別名 Alias | 中文 Chinese | Nil |
| | 英文 English | Nil |

**(19)**

| 住址 Residential Address | Flat 16 18th Floor Celestial Heights |
|---|---|
| | 80 Sheung Shing Street |
| | Ho Man Tin Kowloon |
| 國家／地區 Country／Region | Hong Kong |

**(20)**

| 電郵地址 Email Address | Nil |
|---|---|

**(21)** 身份證明 Identification

| (a) 香港身份證號碼 Hong Kong Identity Card Number | | D | 5 | 7 | 7 | 5 | 9 | 9 | (0) |
|---|---|---|---|---|---|---|---|---|---|

| (b) 護照 Passport | 簽發國家 Issuing Country | |
|---|---|---|
| | 號碼 Number | N/A |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0012

SVUS001630

表格 **Form NAR1**

公司編號 Company Number

2116261

**12 董事Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**     Nil

*(如超過兩名董事屬法人團體，請用續頁C填報   Use Continuation Sheet C if more than 2 directors are body corporate)*

請在適用的空格內加上  ✓ 號  *Please tick the relevant box(es)*

(18)  1 **身份**
**Capacity**

☐ 董事
**Director**

☐ 候補董事
**Alternate Director**

代替 Alternate to

**中文名稱**
**Name in Chinese**

**英文名稱**
**Name in English**

(22)  **地址**
**Address**

國家／地區
**Country／Region**

(20)  **電郵地址**
**Email Address**

**公司編號 Company Number**
*(只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong )*

請在適用的空格內加上  ✓ 號  *Please tick the relevant box(es)*

2 **身份**
**Capacity**

☐ 董事
**Director**

☐ 候補董事
**Alternate Director**

**中文名稱**
**Name in Chinese**

**英文名稱**
**Name in English**

(2)  **地址**
**Address**

國家/地區
**Country / Region**

**電郵地址**
**Email Address**

**公司編號 Company Number**

*(只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong)*

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0013

SVUS001631

表格 **Form** **NAR1**

公司編號 **Company Number**

| 2116261 |
| --- |

12 董事**Directors** (續上頁 cont'd)

C. 備任董事**Reserve Director**　　　　　　　　　　Nil

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)

(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>Name in Chinese | | |
| --- | --- | --- |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑲ 住址<br>Residential<br>Address | | |
| | | |
| | | |
| | 國家／地區<br>Country／Region | |
| ⑳ 電郵地址<br>Email Address | | |

㉑ 身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

(b) 護照　　　簽發國家
Passport　Issuing Country

號碼
Number

0014

SVUS001632

表格
Form **NAR1**

公司編號 **Company Number**

2116261

**㉓ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*( 有股本的公司必須填報此項  Company having a share capital must complete this section )*
*請在適用的空格內加上 ✓ 號  Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**㉔ 14 公司紀錄 Company Records**
*( 如空位不足，請用續頁D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第6項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15 陳述書 Statement**
*( 如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的
日期起)，並沒有發出邀請，以邀請公眾人士認購的任何股份或債權證；同時如成員人數於
本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第11(2)
條在計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the
first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company
and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists
wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the
number of members of the company

**㉕**
提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and
acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**⑥ 簽署 Signed :**

姓名 Name : JE Kin Ming          日期 Date : 04/07/2015
董事 Director／~~公司秘書 Company Secretary~~ *          日 DD ／月 MM ／年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

SVUS001633

表格
**Form NAR1**



附表 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 04 | 07 | 2015 |
|---|---|---|
| 日DD | 月MM | 年YYYY |

公司編號 **Company Number**

| 2116261 |
|---|

非上市公司的成員詳情 (第13項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可加用附表一。)
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

| 股份類別 Class of Shares | Ordinary |
|---|---|

| 此類別股份的已發行總數 Total Number of Issued Shares in this Class | 1 |
|---|---|

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓*<br>Transferred* | | |
| | | | 數目<br>Number | 日期<br>Date | |
| COMKIT LIMITED | Unit A 3/F Cheong Sun Tower<br>116-118 Wing Lok Street<br>Sheung Wan<br>Hong Kong | 0 | 1 | 19/11/2014 | JE Kin Ming |
| JE Kin Ming<br><br>余建明 | Flat 16 18th Floor Celestial Heights<br>80 Sheung Shing Street<br>Ho Man Tin Kowloon<br>Hong Kong | 1 | | | |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立爲法團以來)有任何
   轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。

\* If there have been any transfers of the company's shares since the date of the last annual return (or since
   incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
   should be stated in the 'Remarks' column.

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0016

SVUS001634



存案 Filed

公司註冊處
Companies Registry

法團成立表格
(股份有限公司)
**Incorporation Form
(Company Limited by Shares)**

公司編號 CR No.
**2091567**

表格
Form **NNC1**

註 Note

❽ **1**  建議採用的公司名稱 **Proposed Company Name**

建議採用的公司英文名稱 **Proposed English Company Name**

> ACA Hong Kong Investment Holdings Group Limited

建議採用的公司中文名稱 **Proposed Chinese Company Name**

> (Nil)

❾ **2**  公司類別 **Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 私人 Private     [ ] 公眾 Public

❿ **3**  公司在香港的註冊辦事處的建議地址
**Proposed Address of the Company's Registered Office in Hong Kong**

> 49/F, Bank of China Tower,

> No. 1 Garden Road, Hong Kong

*(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)*

⓫ **4**  電郵地址 **Email Address**

> (Nil)

❹ 提交人資料 **Presentor's Reference**
姓名 Name:　　Stevensec Limited
地址 Address:　4/F & 5/F, Central Tower,
　　　　　　　No. 28 Queen's Road Central,
　　　　　　　Hong Kong

電話 Tel:　　2533 2514　　傳真 Fax: 2157 5545
電郵 Email:
檔號 Reference:　ACA0001

請勿填寫本欄 **For Official Use**

|||||||||||||
22300950839
NNC1
23/04/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0053

表格
**Form NNC1**

**⑫  5  公司組成時的股本及最初的股份持有情況**
**Share Capital and Initial Shareholdings on the Company's Formation**

| 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／ Preference etc.) | 建議發行的股份總數 Total Number of Shares Proposed to be Issued | 貨幣 Currency | 創辦成員認購的股本總額 Total Amount of Share Capital to be Subscribed by Founder Members (a) | 建議發行的股份的將要繳付或視為已繳付的總款額 Total Amount to be Paid Up or to be Regarded as Paid Up on the Shares Proposed to be Issued (b) | 建議發行的股份的尚未繳付或視為尚未繳付的總款額 Total Amount to Remain Unpaid or to be Regarded as Unpaid on the Shares Proposed to be Issued (a) − (b) |
|---|---|---|---|---|---|
| Ordinary | 1 | HK$ | 1.00 | 1.00 | 0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 總值 Total | 1 | HK$ | 1.00 | 1.00 | 0.00 |

**⑬  5A  股份所附帶的權利的詳情 Particulars of Rights Attached to Shares**
*(只適用於發行超過一類股份的公司 Only applicable to company issuing more than 1 class of shares)*

| 股份的類別 (如普通股／ 優先股 等) Class of Shares (e.g. Ordinary／ Preference etc.) | 附帶的權利的詳情 (包括表決權；在分派股息時參與該項分派的權利； 在分派股本時參與該項分派的權利；該類別股份是否屬可贖回股份等) Particulars of Rights Attached (Including voting rights; rights to participate in a distribution as respects dividends; rights to participate in a distribution as respects capital; whether the shares are redeemable etc.) |
|---|---|
| (Nil) |  |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0054

表格
Form **NNC1**

**⑭ 6  創辦成員 Founder Members**
*(如超過兩名創辦成員，請用續頁 A 填報 Use Continuation Sheet A if more than 2 founder members)*

**1** 中文姓名／名稱
Name in Chinese

郭 強

英文姓名／名稱
Name in English

GUO Qiang

地址
Address

Majestic View Manor, 20 South Bay Road

國家／地區
Country／Region

Hong Kong

認購的股本
Share Capital to be Subscribed

| 股份的類別<br>(如普通股／優先股等)<br>Class of Shares<br>(e.g. Ordinary／Preference etc.) | 建議向該成員發行的股份數目<br>Shares Proposed to be Issued to the Member | | |
|---|---|---|---|
| | 總數<br>Total Number | 貨幣<br>Currency | 總款額<br>Total Amount |
| Ordinary | 1 | HK$ | 1.00 |
| | | | |
| | | | |
| 總值 Total | 1 | HK$ | 1.00 |

**2** 中文姓名／名稱
Name in Chinese

(Blank Section)

英文姓名／名稱
Name in English

地址
Address

國家／地區
Country／Region

認購的股本
Share Capital to be Subscribed

| 股份的類別<br>(如普通股／優先股等)<br>Class of Shares<br>(e.g. Ordinary／Preference etc.) | 建議向該成員發行的股份數目<br>Shares Proposed to be Issued to the Member | | |
|---|---|---|---|
| | 總數<br>Total Number | 貨幣<br>Currency | 總款額<br>Total Amount |
| | | | |
| | | | |
| 總值 Total | | | |

第三頁 Page 3

0055

表格
Form **NNC1**

**⑮ 7 首任公司秘書 First Company Secretary**
*(如超過一名公司秘書屬自然人或法人團體，請用續頁 B 填報 Use Continuation Sheet B if more than 1 company secretary is a natural person or a body corporate)*

**A. 公司秘書(自然人) Company Secretary (Natural Person)**

| 中文姓名<br>Name in Chinese | (Blank Section) |
|---|---|

英文姓名 Name in English

| 姓氏<br>Surname | |
|---|---|

| 名字<br>Other Names | |
|---|---|

| 前用姓名<br>Previous Names | | |
|---|---|---|
| | 中文 Chinese | 英文 English |

| 別名<br>Alias | | |
|---|---|---|
| | 中文 Chinese | 英文 English |

**⑯ 香港通訊地址 Hong Kong Correspondence Address**

*(本處不接納郵政信箱號碼 Post office box numbers are not acceptable)*

**⑰ 電郵地址 Email Address**

**⑱ 身分證明 Identification**

(a) 香港身分證號碼
Hong Kong Identity Card Number

(b) 護照
Passport

簽發國家 Issuing Country                號碼 Number

**⑳ B. 公司秘書(法人團體) Company Secretary (Body Corporate)**

| 中文名稱<br>Name in Chinese | (Nil) |
|---|---|

| 英文名稱<br>Name in English | Stevensec Limited |
|---|---|

**⑲ 香港地址 Hong Kong Address**

| 4/F, 5/F & 1602, Central Tower, |
|---|
| No. 28 Queen's Road Central, Hong Kong |
| |
| |

*(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)*

**⑰ 電郵地址 Email Address**

| (Nil) |
|---|

公司編號 Company Number

| 879348 |
|---|

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0056

表格
Form **NNC1**

⑮   8   首任董事 First Directors

**A.   董事(自然人) Director (Natural Person)**
*(如超過一名董事亦屬自然人，請用續頁 C 填報 Use Continuation Sheet C if more than 1 director is a natural person)*

| 中文姓名 Name in Chinese | 郭 強 |
|---|---|

英文姓名 **Name in English**

| 姓氏 Surname | GUO |
|---|---|

| 名字 Other Names | Qiang |
|---|---|

| 前用姓名 Previous Names | (Nil) | (Nil) |
|---|---|---|
| | 中文 Chinese | 英文 English |

| 別名 Alias | (Nil) | (Nil) |
|---|---|---|
| | 中文 Chinese | 英文 English |

㉑

| 住址 Residential Address | Majestic View Manor, 20 South Bay Road |
|---|---|
| | |
| | |

| 國家／地區 Country／Region | Hong Kong |
|---|---|

*(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)*

㉒

| 電郵地址 Email Address | (Nil) |
|---|---|

㉓   身分證明 Identification

(a)   香港身分證號碼
Hong Kong Identity Card Number

| | R | 6 | 5 | 0 | 1 | 0 | 7 | (8) |
|---|---|---|---|---|---|---|---|---|

(b)   護照 Passport

| (Nil) | (Nil) |
|---|---|
| 簽發國家 Issuing Country | 號碼 Number |

㉕

**提示 Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
**All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.**

㉖   出任董事職位同意書 **Consent to Act as Director**
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 本人同意在公司成立為法團時擔任其董事，並確認本人已年滿 18 歲。
**I consent to be a director of the company on its incorporation and confirm that I have attained the age of 18 years.**

簽署 Signed ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

☐ 出任董事職位同意書會於公司成立為法團的日期後 15 日內交付登記。
**The Consent to Act as Director will be delivered for registration not later than 15 days after the date of incorporation of the company.**

第五頁 Page 5

0057

表格
Form **NNC1**

**8   首任董事 First Directors**   (續上頁 cont'd)

**B.   董事 (法人團體) Director (Body Corporate)**
(如超過一名董事屬法人團體，請用續頁 D 填報  Use Continuation Sheet D if more than 1 director is a body corporate)

中文名稱
Name in Chinese

(Blank Section)

英文名稱
Name in English

㉔   地址
Address

國家／地區
Country／Region
(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)

㉒   電郵地址
Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體  Only applicable to body corporate registered in Hong Kong)

㉕
**提示 Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

㉖   出任董事職位同意書 Consent to Act as Director
請在適用的空格內加上 ✓ 號 Please tick the relevant box

☐   本人獲上述法人團體授權確認上述法人團體同意在公司成立為法團時擔任其董事。
I, being authorized by the above body corporate, confirm that the body corporate consents to be a director of this company on its incorporation.

簽署 Signed : _____
法人團體的董事／公司秘書／獲授權人士*
Director／Company Secretary／Authorized Person of the Body Corporate*

☐   出任董事職位同意書會於公司成立為法團的日期後 15 日內交付登記。
The Consent to Act as Director will be delivered for registration not later than 15 days after the date of incorporation of the company.

*請刪去不適用者 Delete whichever does not apply

第六頁 Page 6

表格
Form **NNC1**

❼　9　創辦成員陳述書 Statement of Founder Member

本人現核證 I certify that：

(a) 本人為公司的創辦成員或獲其授權人士(如創辦成員為法人團體)並獲其他創辦成員(如有的話)授權簽署本表格。
I am a founder member of this company or an authorized person of a founder member, which is a body corporate (if applicable) and am authorized by the other founder members (if any) to sign this incorporation form.

(b) 名列本表格內的每一名屬自然人的公司秘書通常居於香港。
Each of the company secretaries named in this form who is a natural person ordinarily resides in Hong Kong.

(c) 名列本表格內但未簽署「出任董事職位同意書」的每一名董事已同意在公司成立為法團時擔任其董事，每一名屬自然人的董事並且已年滿 18 歲。
Each of the directors named in this form who has not signed the 'Consent to Act as Director' has consented to be a director of this company on its incorporation and each director who is a natural person has attained the age of 18 years.

(d) 所有創辦成員已為《公司條例》第 67(1)(a) 條的目的而簽署公司的章程細則，並確認連同本表格交付的公司章程細則的文本的內容，與由所有創辦成員簽署的該等章程細則的內容相同。
The company's articles have been signed by all founder members for the purposes of section 67(1)(a) of the Companies Ordinance.　The contents of the copy of the company's articles delivered together with this form are the same as those of the articles signed by all founder members.

(e) 本表格所載的資料、陳述及詳情均屬準確，並與公司的章程細則內的資料、陳述及詳情相符。
The information, statements and particulars contained in this form are accurate and consistent with those contained in the company's articles.

(f) 公司已遵守《公司條例》中就有關公司註冊的所有規定。
All the requirements of the Companies Ordinance in respect of the registration of the company have been complied with.

本表格包括下列續頁 This Form includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

❼　簽署 Signed　：

姓名 Name　：　GUO Qiang　　日期 Date　：　23/04/2014
創辦成員 Founder Member　　　　　　　　　　日 DD　/　月 MM　/　年 YYYY

第七頁 Page 7



| | 周年申報表<br>**Annual Return** | 表格<br>Form | **NAR1** |
|---|---|---|---|

公司註冊處<br>Companies Registry

公司編號 **Company Number**

2091567

註 Note

**1**   公司名稱 **Company Name**

**ACA Hong Kong Investment Holdings Group Limited**

**❼ 2**   商業名稱(如有的話) **Business Name (If any)**

(Nil)

**3**   公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號   *Please tick the relevant box*

☑ 私人公司<br>Private company ☐ 公眾公司<br>Public company ☐ 擔保有限公司<br>Company limited by guarantee

**❽ 4**   本申報表的結算日期<br>**Date to which this Return is Made Up**

| 29<br>日 DD | 04<br>月 MM | 2015<br>年 YYYY |
|---|---|---|

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*
*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**❾ 5**   隨本表格交付的財務報表所涵蓋的會計期<br>**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項   A private company need not complete this section)*

| | N/A | | 至<br>To | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**❿ 6**   註冊辦事處地址 **Address of Registered Office**

49/F, Bank of China Tower, No. 1 Garden Road, Hong Kong

**❸**   提交人資料 **Presentor's Reference**

姓名 Name:   Stevensec Limited
地址 Address:   4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:   2533 2615/   傳真 Fax: 2157 5592
2533 2581
電郵 Email:
檔號 Reference:   ACA0003, Due Date:10/06/2015

請勿填寫本欄 **For Official Use**

22901322880
NAR1L            2091567
07/05/2015

| 表格 Form | **NAR1** | | 公司編號 Company Number |
|---|---|---|---|
| | | | 2091567 |

**⓫ 7 電郵地址 Email Address**

| (Nil) |
|---|

**8 按揭及押記 Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| (Nil) |
|---|

**9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項　Company having a share capital need not complete this section)*

| 截至本申報表的結算日期的成員人數<br>Number of Member(s) as at the Date to which this Return is Made Up | N/A |
|---|---|

**⓬ 10 股本 Share Capital**
*(無股本的公司無需填報此項　Company not having a share capital need not complete this section)*

| 股份的類別<br>（如普通股／<br>優先股等）<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | |
|---|---|---|---|---|
| | | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HK$ | 1 | 1.00 | 1.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HK$ | 1 | 1.00 | 1.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0110

表格 **NAR1**
Form

公司編號 **Company Number**

| 2091567 |

**11  公司秘書 Company Secretary**

**A.  公司秘書（自然人）Company Secretary (Natural Person)**

*(如超過一名公司秘書屬自然人，請用續頁A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | (Blank Section) |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

❸ 香港通訊地址
Hong Kong
Correspondence
Address

| | |
|---|---|
| 地區<br>Region | 香港／HONG KONG |

❹ 電郵地址
Email Address

❺ 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

| | | | | | | | |

(b) 護照
Passport

| 簽發國家<br>Issuing Country | |
|---|---|
| 號碼<br>Number | |

**B.  公司秘書（法人團體）Company Secretary (Body Corporate)**

*(如超過一名公司秘書屬法人團體，請用續頁A 填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

❻ 中文名稱
Name in Chinese

| (Nil) |

❻ 英文名稱
Name in English

| Stevensec Limited |

❼ 香港地址
Hong Kong
Address

| 4/F, 5/F & 1602, Central Tower, |
|---|
| No. 28 Queen's Road Central |
| |

| 地區<br>Region | HONG KONG |

❹ 電郵地址
Email Address

| (Nil) |

公司編號 Company Number

| 879348 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0111

表格 **NAR1**
Form

公司編號 **Company Number**

2091567

**12 董事 Directors**

**A. 董事 (自然人) Director (Natural Person)**
*(如超過一名董事亦屬自然人，請用續頁 B 填報   Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)*

**⑱ 身分**
**Capacity**

| | |
|---|---|
| ☑ 董事 Director | ☐ 候補董事 Alternate Director |

代替 Alternate to

(Nil)

**中文姓名**
**Name in Chinese**

郭強

**英文姓名**       姓氏
**Name in English**   Surname

GUO

名字
Other Names

Qiang

**前用姓名**   中文
**Previous Names**   Chinese

(Nil)

英文
English

(Nil)

**別名**   中文
**Alias**   Chinese

(Nil)

英文
English

(Nil)

**⑲ 住址**
**Residential**
**Address**

Majestic View Manor, 20 South Bay Road,

國家／地區
Country / Region

Hong Kong

**⑳ 電郵地址**
**Email Address**

(Nil)

**㉑ 身分證明 Identification**

(a) 香港身分證號碼
**Hong Kong Identity Card Number**

| | R | 6 | 5 | 0 | 1 | 0 | 7 | (8) |
|---|---|---|---|---|---|---|---|---|

(b) 護照   簽發國家
Passport   Issuing Country

(Nil)

號碼
Number

(Nil)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0112

表格
Form **NAR1**

公司編號 **Company Number**

2091567

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報  Use Continuation Sheet C if more than 2 directors are body corporate)

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

⑱ 1 身分
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

中文名稱
Name in Chinese

(Blank Section)

英文名稱
Name in English

㉒ 地址
Address

國家／地區
Country／Region

⑳ 電郵地址
Email Address

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

⑱ 2 身分
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

中文名稱
Name in Chinese

(Blank Section)

英文名稱
Name in English

㉒ 地址
Address

國家／地區
Country／Region

⑳ 電郵地址
Email Address

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

第五頁 Page 5

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0113

表格
Form **NAR1**

公司編號 Company Number
2091567

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| | |
|---|---|
| 中文姓名<br>Name in Chinese | (Blank Section) |

| | | |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑲ 住址<br>Residential<br>Address | | |
| | | |
| | | |
| | 國家／地區<br>Country／Region | |
| ⑳ 電郵地址<br>Email Address | | |

㉑ 身分證明 Identification

(a) 香港身分證號碼
　　Hong Kong Identity Card Number

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| (b) 護照<br>　　Passport | 簽發國家<br>Issuing Country | |
| | 號碼<br>Number | |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)
*CSA by P & L Associates*

0114

表格 **NAR1**
Form

公司編號 **Company Number**

2091567

**⑳ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*

請在適用的空格內加上 ✓ 號 Please tick the relevant box

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**㉔ 14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| Register of Members, Register of Directors, Register of Company Secretaries, Copies of Resolutions of Members, Minutes of Proceedings of General Meetings and Written Records of Decisions of Sole Member | 4/F, 5/F & 1602, Central Tower, No. 28 Queen's Road Central, Hong Kong |

**15 陳述書 Statement**
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現就明本公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**㉕**
提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**❻ 簽署 Signed**

姓名 Name        GUO Qiang                           日期 Date : 6 May 2015

董事 Director／~~公司秘書 Company Secretary~~ *        日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0115

表格
Form **NAR1**

附表一 **Schedule 1**
**(非上市公司適用**
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 04 | 2015 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

2091567

**②③** 非上市公司的成員詳情 **(第 13 項)**
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填寫此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

**截至本申報表的結算日期的成員詳情**Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**

| Ordinary |
|---|

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**

| I |
|---|

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓*<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 郭強<br>GUO Qiang | Majestic View Manor, 20<br>South Bay Road, Hong Kong | I | | | |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
  轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation
  if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated
  in the 'Remarks' column.

頁 Page 1 / 1

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0116



**CR**
公司註冊處
Companies Registry

周年申報表
**Annual Return**

表格
Form   **NAR1**

公司編號 Company Number

2091567

註 Note

**1  公司名稱 Company Name**

**ACA Hong Kong Investment Holdings Group Limited**

**2  商業名稱(如有的話) Business Name (If any)**

(Nil)

**3  公司類別 Type of Company**
請在適用的空格內加上 ✓ 號  *Please tick the relevant box*

[✓] 私人公司        [ ] 公眾公司          [ ] 擔保有限公司
    Private company     Public company       Company limited by guarantee

**4  本申報表的結算日期**
**Date to which this Return is Made Up**

| 29 | 04 | 2016 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照結束後的 9 個月屆滿之日。)*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**5  隨本表格交付的財務報表所涵蓋的會計期**
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項  A private company need not complete this section)*

| | N/A | | 至 | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | To | 日 DD | 月 MM | 年 YYYY |

**6  註冊辦事處地址 Address of Registered Office**

49/F, Bank of China Tower, No. 1 Garden Road, Hong Kong

**提交人資料 Presentor's Reference**

姓名 Name:  Stevensec Limited
地址 Address:  4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:  2533 2615/        傳真 Fax: 2157 5592
2533 2581

電郵 Email:

檔號 Reference:  ACA0004, Due Date:10/06/2016

請勿填寫本欄 For Official Use

22401272537
NAR1L          2091567
05/05/2016

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0135

表格 **NAR1**
Form

公司編號 Company Number

| 2091567 |

**⓫ 7 電郵地址 Email Address**

| (Nil) |

**8 按揭及押記 Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| (Nil) |

**9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**

*(有股本的公司無需填報此項  Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up

| N/A |

**⓬ 10 股本 Share Capital**

*(無股本的公司無需填報此項  Company not having a share capital need not complete this section)*

| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | |
|---|---|---|---|---|
| | | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HK$ | 1 | 1.00 | 1.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HK$ | 1 | 1.00 | 1.00 |

第二頁 Page 2

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0139

表格
Form **NAR1**

公司編號 **Company Number**

2091567

**11  公司秘書 Company Secretary**

**A.  公司秘書（自然人）Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | (Blank Section) |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑬ 香港通訊地址<br>Hong Kong<br>Correspondence<br>Address | | |
| | | |
| | | |
| | 地區<br>Region | 香港／HONG KONG |
| ⑭ 電郵地址<br>Email Address | | |

⑮ **身分證明 Identification**

(a) 香港身分證號碼
    Hong Kong Identity Card Number

(b) 護照    簽發國家
    Passport   Issuing Country

    號碼
    Number

**B.  公司秘書（法人團體）Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | |
|---|---|
| ⑯ 中文名稱<br>Name in Chinese | (Nil) |
| ⑯ 英文名稱<br>Name in English | Stevensec Limited |
| ⑰ 香港地址<br>Hong Kong<br>Address | 4/F, 5/F & 1602, Central Tower, |
| | No. 28 Queen's Road Central |
| | |
| 地區<br>Region | HONG KONG |
| ⑭ 電郵地址<br>Email Address | (Nil) |
| 公司編號 Company Number | 879348 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0137

表格
Form **NAR1**

公司編號 **Company Number**

2091567

## 12 董事 Directors

### A. 董事 （自然人） Director (Natural Person)

*(如超過一名董事屬自然人，請用續頁 B 填報  Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**⑱ 身分**
**Capacity**

[✓] 董事 Director   [ ] 候補董事 Alternate Director

代替 Alternate to

(Nil)

| | |
|---|---|
| 中文姓名 **Name in Chinese** | 郭強 |
| 英文姓名 **Name in English**　姓氏 Surname | GUO |
| 名字 Other Names | Qiang |
| 前用姓名 **Previous Names**　中文 Chinese | (Nil) |
| 英文 English | (Nil) |
| 別名 **Alias**　中文 Chinese | (Nil) |
| 英文 English | (Nil) |

**⑲ 住址**
**Residential Address**

Majestic View Manor, 20 South Bay Road,

國家／地區
Country／Region

Hong Kong

**⑳ 電郵地址**
**Email Address**

(Nil)

**㉑ 身分證明 Identification**

(a) 香港身分證號碼
Hong Kong Identity Card Number

| | R | 6 | 5 | 0 | 1 | 0 | 7 | (8) |
|---|---|---|---|---|---|---|---|---|

(b) 護照 Passport　簽發國家 Issuing Country

(Nil)

號碼 Number

(Nil)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

8133

*CSA by P & L Associates*

| 表格<br>Form | **NAR1** | | 公司編號 Company Number |
|---|---|---|---|
| | | | 2091567 |

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**
*(如超過兩名董事屬法人團體，請用續頁 C 填報   Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)*

⑱ **1** 身分 　　　□ 董事 　　□ 候補董事 　　代替 Alternate to
　　Capacity 　　　 Director 　　Alternate Director

中文名稱<br>Name in Chinese 　　　(Blank Section)

英文名稱<br>Name in English

⑫ 地址<br>Address

國家／地區<br>Country／Region

⑳ 電郵地址<br>Email Address

公司編號 Company Number<br>(只適用於在香港註冊的法人團體)<br>*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)*

⑱ **2** 身分 　　　□ 董事 　　□ 候補董事 　　代替 Alternate to
　　Capacity 　　　 Director 　　Alternate Director

中文名稱<br>Name in Chinese 　　　(Blank Section)

英文名稱<br>Name in English

⑫ 地址<br>Address

國家／地區<br>Country／Region

⑳ 電郵地址<br>Email Address

公司編號 Company Number<br>(只適用於在香港註冊的法人團體)<br>*(Only applicable to body corporate registered in Hong Kong)*

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0133

*CSA by P & L Associates*

表格 **NAR1**
Form

公司編號 **Company Number**

2091567

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**
   (只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
   **(Only applicable to a private company with only one member who is also the sole director of the company)**

| | | |
|---|---|---|
| 中文姓名<br>**Name in Chinese** | | (Blank Section) |
| 英文姓名<br>**Name in English** | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>**Previous Names** | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>**Alias** | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑲ 住址<br>**Residential Address** | | |
| | | |
| | | |
| | 國家／地區<br>Country／Region | |
| ⑳ 電郵地址<br>**Email Address** | | |

㉑ 身分證明 **Identification**

   (a) 香港身分證號碼
       Hong Kong Identity Card Number

   (b) 護照   簽發國家
       **Passport**   Issuing Country

       號碼
       Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

表格　**NAR1**
Form

公司編號 Company Number

2091567

㉓ **13　有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

㉔ **14　公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址 (如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15　陳述書 Statement**
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團
的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人
數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第
11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of
the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the
company and that if the number of members of the company exceeds 50 as at the date of this return, the
excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the
calculation of the number of members of the company.

㉕
**提示 Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry
and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

⑥ 簽署 Signed　　：

姓名 Name　　　：　　GUO Qiang　　　　　　　　　　日期 Date　：　29/4/2016
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　日 DD　/　月 MM　/　年 YYYY
　　　　　董事　Director／公司秘書　Company Secretary *

*請刪去不適用者 Delete whichever does not apply

第七頁 Page 7

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

表格
Form **NAR1**

附表一    **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

**本申報表的結算日期**
**Date to which this Return is Made Up**

| 29 | 04 | 2016 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

2091567

❷ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

**截至本申報表的結算日期的成員詳情** Particulars of Member(s) as at the Date to which this Return is Made Up

| 股份類別 Class of Shares | Ordinary |
|---|---|

| 此類別股份的已發行總數 Total Number of Issued Shares in this Class | 1 |
|---|---|

| 姓名／名稱 Name | 地址 Address | 現時持有量 Current Holding | 轉讓* Transferred* | | 備註 Remarks |
|---|---|---|---|---|---|
| | | | 數目 Number | 日期 Date | |
| 郭強 GUO Qiang | Majestic View Manor, 20 South Bay Road, Hong Kong | 1 | | | |

**＊** 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
**＊** If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

頁 Page 1 / 1