# Exhibit EEE



| | |
|---|---|
| 公司註冊處<br>Companies Registry | 周年申報表<br>**Annual Return** |

表格 **NAR1**
Form

公司編號 **Company Number**

1648534

註 Note

**1** 公司名稱 **Company Name**

EASTERN PROFIT CORPORATION LIMITED
東利興業有限公司

**❼ 2** 商業名稱(如有的話) **Business Name (If any)**

(Nil)

**3** 公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓] 私人公司<br>Private company     [ ] 公眾公司<br>Public company     [ ] 擔保有限公司<br>Company limited by guarantee

**❽ 4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 07 | 2015 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的6個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計期結束後的9個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**❾ 5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項  A private company need not complete this section)*

| | N/A | | 至<br>To | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**❿ 6** 註冊辦事處地址 **Address of Registered Office**

49/F, Bank of China Tower, No. 1 Garden Road, Hong Kong

**❸** 提交人資料 **Presentor's Reference**

姓名 Name:  Stevensec Limited
地址 Address:  4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:  2533 2615/
2533 2581
傳真 Fax: 2157 5592
電郵 Email:
檔號 Reference:  EP747010008, Due Date:09/09/2015

請勿填寫本欄 **For Official Use**

22301145033
NAR1L          1648534
08/09/2015

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0009

EASTERN-000355

| 表格<br>Form | **NAR1** | | 公司編號 Company Number |
|---|---|---|---|
| | | | 1648534 |

**⓫ 7 電郵地址 Email Address**

| |
|---|
| (Nil) |

**8 按揭及押記 Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 **1912** 年 **1** 月 **1** 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| |
|---|
| (Nil) |

**9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**

*(有股本的公司無需填報此項   Company having a share capital need not complete this section)*

| 截至本申報表的結算日期的成員人數<br>**Number of Member(s) as at the Date to which this Return is Made Up** | N/A |
|---|---|

**⓬ 10 股本 Share Capital**

*(無股本的公司無需填報此項   Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary/<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 1,000 | 1,000.00 | 1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 1,000 | 0.00 | 1,000.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0010

EASTERN-000356

表格 **NAR1**
Form

公司編號 **Company Number**

1648534

**11 公司秘書 Company Secretary**

**A. 公司秘書（自然人）Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | (Blank Section) |
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |
| ⑬ 香港通訊地址 Hong Kong Correspondence Address | | |
| | | |
| | | |
| | 地區 Region | 香港／HONG KONG |
| ⑭ 電郵地址 Email Address | | |
| ⑮ 身分證明 Identification | | |
| (a) 香港身分證號碼 Hong Kong Identity Card Number | | |
| (b) 護照 Passport | 簽發國家 Issuing Country | |
| | 號碼 Number | |

**B. 公司秘書（法人團體）Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | | |
|---|---|---|
| ⑯ 中文名稱 Name in Chinese | | (Nil) |
| ⑯ 英文名稱 Name in English | | Stevensec Limited |
| ⑰ 香港地址 Hong Kong Address | | 4/F, 5/F &1602 Central Tower, |
| | | No. 28 Queen's Road Central |
| | | |
| | 地區 Region | Hong Kong |
| ⑭ 電郵地址 Email Address | | (Nil) |
| 公司編號 Company Number | | 879348 |

第三頁 Page 3

*CSA by P & L Associates*

0011

EASTERN-000357

表格
Form **NAR1**

公司編號 **Company Number**

1648534

**12 董事 Directors**

**A. 董事 （自然人） Director (Natural Person)**
*(如超過一名董事屬自然人，請用續頁 B 填報   Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)*

**⑱ 身分**
**Capacity**

[✓] 董事 Director   [ ] 候補董事 Alternate Director

代替 Alternate to

(Nil)

| 中文姓名 Name in Chinese | | 韓春光 |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | HAN |
| | 名字 Other Names | Chun Guang |
| 前用姓名 Previous Names | 中文 Chinese | (Nil) |
| | 英文 English | (Nil) |
| 別名 Alias | 中文 Chinese | (Nil) |
| | 英文 English | (Nil) |

**⑲ 住址**
**Residential Address**

49th Floor, Bank of China Tower,

No. 1 Garden Road

國家／地區 Country／Region   Hong Kong

**⑳ 電郵地址**
**Email Address**

(Nil)

**㉑ 身分證明 Identification**         PRC   ID No. 371327198903056433

(a) 香港身分證號碼
Hong Kong Identity Card Number

[ ] [ ] (Nil) [ ] [ ] [ ] [ ] [ ]

(b) 護照 Passport   簽發國家 Issuing Country   (Nil)

號碼 Number   (Nil)

第四頁 Page 4

EASTERN-000358

表格 **NAR1**
Form

公司編號 **Company Number**

| 1648534 |

**12  董事 Directors** (續上頁  cont'd)

**B.  董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報  Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱  1  身分**        ☐  **董事**        ☐  **候補董事**        代替  Alternate to
　　**Capacity**        Director        Alternate Director

中文名稱
**Name in Chinese**        (Blank Section)

英文名稱
**Name in English**

**㉒  地址**
　　**Address**

國家／地區
Country／Region

**⑳  電郵地址**
　　**Email Address**

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱  2  身分**        ☐  **董事**        ☐  **候補董事**        代替  Alternate to
　　**Capacity**        Director        Alternate Director

中文名稱
**Name in Chinese**        (Blank Section)

英文名稱
**Name in English**

**㉒  地址**
　　**Address**

國家／地區
Country／Region

**⑳  電郵地址**
　　**Email Address**

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

招明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0013

EASTERN-000359

表格
Form **NAR1**

公司編號 **Company Number**

1648534

**12** 董事 **Directors** (續上頁 cont'd)

**C.** 備任董事 **Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| | |
|---|---|
| 中文姓名<br>Name in Chinese | (Blank Section) |
| 英文姓名<br>Name in English — 姓氏 Surname | |
| 名字 Other Names | |
| 前用姓名<br>Previous Names — 中文 Chinese | |
| 英文 English | |
| 別名<br>Alias — 中文 Chinese | |
| 英文 English | |

**⑲** 住址
Residential
Address

國家／地區
Country／Region

**⑳** 電郵地址
Email Address

**㉑** 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

(b) 護照
Passport — 簽發國家 Issuing Country

號碼
Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0014

EASTERN-000360

表格 **NAR1**
Form

公司編號 Company Number

1648534

**❷❸ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*
*請在適用的空格內加上 ✓ 號  Please tick the relevant box*

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**❷❹ 14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非存存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| Register of Members, Register of Directors, Register of Company Secretaries, Copies of Resolutions of Members, Minutes of Proceedings of General Meetings and Written Records of Decisions of Sole Member | 4/F, 5/F & 1602, Central Tower, No. 28 Queen's Road Central, Hong Kong |

**15 陳述書 Statement**
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現謹明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**❷❺**

提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**❻** 簽署 Signed :  *HAN Chun Guang*   日期 Date : 8 September 2015

姓名 Name :  HAN Chun Guang                                     日 DD / 月 MM / 年 YYYY
董事 Director/~~公司秘書  Company Secretary~~ *

*請刪去不適用者 Delete whichever does not apply

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)
*CSA by P & L Associates*

0015

EASTERN-000361

表格
Form **NAR1**

附表一　**Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 07 | 2015 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號　**Company Number**

1648534

❷⓰　非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**　　　　　　　　　　　　Ordinary

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**　　　　　1,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 韓春光<br>HAN Chun Guang | 49th Floor, Bank of China Tower, No. 1 Garden Road, Hong Kong | 1,000 | | | |
| 許照輝<br>XU Zhaohui | No. 18 South Bay Road, South Bay, Hong Kong | (Nil) | 1,000 | 18/08/2014 | To: HAN Chun Guang |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
  轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation
  if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated
  in the 'Remarks' column.

頁 Page 1 / 1

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0016

EASTERN-000362



**周年申報表**
**Annual Return**

公司註冊處
Companies Registry

表格 Form **NAR1**

公司編號 Company Number

1648534

註 Note

**1    公司名稱 Company Name**

**EASTERN PROFIT CORPORATION LIMITED**
東利興業有限公司

❼   **2    商業名稱(如有的話) Business Name (If any)**

(Nil)

**3    公司類別 Type of Company**
*請在適用的空格內加上 ✓ 號  Please tick the relevant box*

[✓] 私人公司
Private company

[ ] 公眾公司
Public company

[ ] 擔保有限公司
Company limited by guarantee

❽   **4    本申報表的結算日期**
**Date to which this Return is Made Up**

| 29 | 07 | 2016 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

❾   **5    隨本表格交付的財務報表所涵蓋的會計期**
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項  A private company need not complete this section)*

| 日 DD | N/A | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|

❿   **6    註冊辦事處地址 Address of Registered Office**

49/F, Bank of China Tower, No. 1 Garden Road, Hong Kong

❸   提交人資料 Presentor's Reference

姓名 Name:       Stevensec Limited
地址 Address:    4/F & 5/F, Central Tower,
                No. 28 Queen's Road Central,
                Hong Kong

電話 Tel:    2533 2615/
             2533 2581      傳真 Fax: 2157 5592
電郵 Email:
檔號 Reference:  EP747010009, Due Date:09/09/2016

請勿填寫本欄 For Official Use

22701380241
NAR1L                   1648534
16/08/2016

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0 0 7 6

EASTERN-000382

表格 Form **NAR1**

公司編號 Company Number

1648534

⓫ 7 電郵地址 **Email Address**

(Nil)

8 按揭及押記 **Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

(Nil)

9 無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

N/A

⓬ 10 股本 **Share Capital**
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／Preference etc.) | 貨幣單位 Currency | 截至本申報表的結算日期 As at the Date to which this Return is Made Up 已發行股份 Issued Shares | | |
|---|---|---|---|---|
| | | 總數 Total Number | 總款額 Total Amount | 已繳或視作已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| Ordinary | HKD | 1,000 | 1,000.00 | 1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數 Total | HKD | 1,000 | 1,000.00 | 1,000.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0077

EASTERN-000383

表格
Form **NAR1**

公司編號 Company Number

1648534

**11  公司秘書 Company Secretary**

**A.  公司秘書（自然人）Company Secretary (Natural Person)**
(如超過一名公司秘書屬自然人，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | (Blank Section) |
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |
| ⑬ 香港通訊地址 Hong Kong Correspondence Address | | |
| | | |
| | | |
| | 地區 Region | 香港／HONG KONG |
| ⑭ 電郵地址 Email Address | | |

**⑮  身分證明 Identification**

(a)  香港身分證號碼 Hong Kong Identity Card Number

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

(b)  護照 Passport

| 簽發國家 Issuing Country | |
|---|---|
| 號碼 Number | |

**B.  公司秘書（法人團體）Company Secretary (Body Corporate)**
(如超過一名公司秘書屬法人團體，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)

| | |
|---|---|
| ⑯ 中文名稱 Name in Chinese | (Nil) |
| ⑯ 英文名稱 Name in English | Stevensec Limited |
| ⑰ 香港地址 Hong Kong Address | 4/F, 5/F & 1602, Central Tower, |
| | No. 28 Queen's Road Central |
| | |
| 地區 Region | HONG KONG |
| ⑭ 電郵地址 Email Address | (Nil) |

公司編號 Company Number

879348

第三頁 Page 3

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0078

EASTERN-000384

表格
Form **NAR1**

公司編號 **Company Number**

1648534

**12 董事 Directors**

**A. 董事 (自然人) Director (Natural Person)**

*(如超過一名董事屬自然人，請用續頁 B 填報   Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)*

⑱ 身分
Capacity

| ✓ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to<br><br>(Nil) |
|---|---|---|

中文姓名
Name in Chinese

韓春光

英文姓名
Name in English   姓氏 Surname

HAN

名字 Other Names

Chun Guang

前用姓名
Previous Names   中文 Chinese

(Nil)

英文 English

(Nil)

別名
Alias   中文 Chinese

(Nil)

英文 English

(Nil)

⑲ 住址
Residential
Address

49th Floor, Bank of China Tower,

No. 1 Garden Road

國家／地區
Country／Region

Hong Kong

⑳ 電郵地址
Email Address

(Nil)

㉑ 身分證明 Identification                     PRC   ID No. 371327198903056433

(a) 香港身分證號碼
Hong Kong Identity Card Number

(Nil)

(b) 護照
Passport   簽發國家
Issuing Country

(Nil)

號碼
Number

(Nil)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0079

EASTERN-000385

表格
Form **NAR1**

公司編號 **Company Number**

| 1648534 |

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**

*(如超過兩名此亦屬法人團體,請用續頁 C 填報 Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑱ 1 身分**
**Capacity**

☐ 董事 Director   ☐ 候補董事 Alternate Director   | 代替 Alternate to |

**中文名稱**
**Name in Chinese**

| (Blank Section) |

**英文名稱**
**Name in English**

**㉒ 地址**
**Address**

**國家／地區**
**Country／Region**

**⑳ 電郵地址**
**Email Address**

**公司編號 Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑱ 2 身分**
**Capacity**

☐ 董事 Director   ☐ 候補董事 Alternate Director   | 代替 Alternate to |

**中文名稱**
**Name in Chinese**

| (Blank Section) |

**英文名稱**
**Name in English**

**㉒ 地址**
**Address**

**國家／地區**
**Country／Region**

**⑳ 電郵地址**
**Email Address**

**公司編號 Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0 0 8 0

EASTERN-000386

表格
Form **NAR1**

公司編號 **Company Number**

1648534

**12  董事 Directors**  (續上頁  cont'd)

**C.  備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
**(Only applicable to a private company with only one member who is also the sole director of the company)**

| 中文姓名<br>Name in Chinese | | (Blank Section) |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ❿ 住址<br>Residential<br>Address | | |
| | | |
| | | |
| | 國家／地區<br>Country/Region | |
| ❷ 電郵地址<br>Email Address | | |

**㉑  身分證明 Identification**

(a)  香港身分證號碼
Hong Kong Identity Card Number

(b)  護照                    簽發國家
Passport              Issuing Country

號碼
Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0081

EASTERN-000387

㉓

表格
Form **NAR1**

公司編號 Company Number

1648534

**13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

- [✓] 非上市公司的成員詳情列於附表一
    Particulars of members of a non-listed company are listed in Schedule 1

- [ ] 上市公司的成員詳情列於附表二
    Particulars of members of a listed company are listed in Schedule 2

㉔ **14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填寫 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15 陳述書 Statement**
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

- [✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十之數的成員，全屬根據《公司條例》第11(2)條於計算公司成員人數時不包括在內的人。
    The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

㉕
**提示 Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

⑥ 簽署 Signed :

姓名 Name : Stevensec Limited    日期 Date : 16/8/2016

~~董事 Director~~ / 公司秘書 Company Secretary *    日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0082

EASTERN-000388

表格
Form **NAR1**

附表一　**Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 07 | 2016 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

| 1648534 |
|---------|

❷❻ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**

| Ordinary |
|----------|

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**

| 1,000 |
|-------|

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 韓春光<br>HAN Chun Guang | 49th Floor, Bank of China Tower, No. 1 Garden Road, Hong Kong | 1,000 | | | |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
　轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation
if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated
in the 'Remarks' column.

頁 Page 1 / 1

*CSA by P & L Associates*

0083

EASTERN-000389

**公司註冊處**
**Companies Registry**

周年申報表
**Annual Return**

表格
**Form** **NAR1**

公司編號 **Company Number**

1648534

註 Note

**1  公司名稱 Company Name**

EASTERN PROFIT CORPORATION LIMITED
東利興業有限公司

**❼ 2  商業名稱(如有的話) Business Name (If any)**

(Nil)

**3  公司類別 Type of Company**

請在適用的空格內加上 ✓ 號  *Please tick the relevant box*

[✓] 私人公司
Private company

[ ] 公眾公司
Public company

[ ] 擔保有限公司
Company limited by guarantee

**❽ 4  本申報表的結算日期**
**Date to which this Return is Made Up**

| 29 | 07 | 2017 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。)*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**❾ 5  隨本表格交付的財務報表所涵蓋的會計期**
**Period Covered by Financial Statements Delivered with this Form**

*(私人公司無需填報此項  A private company need not complete this section)*

| 日 DD | 月 MM | N/A 年 YYYY | 至 To | | 日 DD | 月 MM | 年 YYYY |
|-------|-------|------|-------|--|-------|-------|------|

**❿ 6  註冊辦事處地址 Address of Registered Office**

Unit 402, 4th Floor, Wing On House, 71 Des Voeux Road Central, Hong Kong

**❸  提交人資料 Presentor's Reference**

姓名 Name: Chiu, Szeto & Cheng Solicitors
地址 Address: Unit 402, 4th Floor, Wing On House,
71 Des Voeux Road Central,
Hong Kong

電話 Tel: 2529 9191      傳真 Fax: 2529 9116
電郵 Email:
檔號 Reference: MT/33634/17/hcl/CL

請勿填寫本欄 **For Official Use**



22201563309
NAR1L          1648534
02/08/2017

說明編號 1/2014 (2014年 3 月) Specification No. 1/2014 (March 2014)

0001

EASTERN-000392

表格 **NAR1**
Form

公司編號 Company Number

1648534

① 7 電郵地址 Email Address

(Nil)

8 按揭及押記 Mortgages and Charges

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 **1912** 年 **1** 月 **1** 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

(Nil)

9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

| 截至本申報表的結算日期的成員人數<br>Number of Member(s) as at the Date to which this Return is Made Up | N/A |
|---|---|

② 10 股本 Share Capital
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HK$ | 1,000 | 1,000.00 | 1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HK$ | 1,000 | 1,000.00 | 1,000.00 |

第二頁 Page 2

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

EASTERN-000393

表格 Form **NAR1**

公司編號 **Company Number**
1648534

**11   公司秘書 Company Secretary**

**A.   公司秘書（自然人）Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | (Blank Section) |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**13**   香港通訊地址<br>Hong Kong Correspondence Address

|  |
|---|
|  |
|  |
|  |

| 地區<br>Region | 香港／HONG KONG |
|---|---|

**14**   電郵地址<br>Email Address

**15**   身分證明 Identification
(a) 香港身分證號碼<br>Hong Kong Identity Card Number        (        )

(b) 護照<br>Passport    簽發國家<br>Issuing Country

號碼<br>Number

**B.   公司秘書（法人團體）Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| **16**   中文名稱<br>Name in Chinese | 順高顧問有限公司 |
|---|---|
| **16**   英文名稱<br>Name in English | FIRST TOP CONSULTANTS LIMITED |

**17**   香港地址<br>Hong Kong Address

| Unit 508, 5th Floor, 12 Ng Fong Street |
|---|
| San Po Kong |
| Kowloon |

| 地區<br>Region | 香港／HONG KONG |
|---|---|

**14**   電郵地址<br>Email Address        firsttop17@yahoo.com

公司編號 Company Number        2425419

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

EASTERN-000394

表格
Form **NAR1**

公司編號 **Company Number**

1648534

**12  董事 Directors**

**A.  董事（自然人）Director (Natural Person)**
*(如超過一名董事屬自然人，請用續頁 B 填報  Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

| | | | |
|---|---|---|---|
| **⑱ 身份**<br>**Capacity** | ✓ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to<br><br>(Nil) |

| | | |
|---|---|---|
| 中文姓名<br>**Name in Chinese** | | 郭美 |
| 英文姓名<br>**Name in English** | 姓氏<br>Surname | GUO |
| | 名字<br>Other Names | Mei |
| 前用姓名<br>**Previous Names** | 中文<br>Chinese | (Nil) |
| | 英文<br>English | (Nil) |
| 別名<br>**Alias** | 中文<br>Chinese | (Nil) |
| | 英文<br>English | (Nil) |

**⑲ 住址**
**Residential**
**Address**

Majestic View Manor

20 South Bay Road

國家／地區
Country／Region  Hong Kong

**⑳ 電郵地址**
**Email Address**

(Nil)

**㉑ 身分證明 Identification**
**(a)  香港身分證號碼**
**Hong Kong Identity Card Number**

| | R | 6 | 4 | 2 | 5 | 9 | 1 | ( 6 ) |

**(b)  護照**
**Passport**

簽發國家
Issuing Country  (Nil)

號碼
Number  (Nil)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0004

EASTERN-000395

表格 Form **NAR1**

公司編號 Company Number

1648534

**12 董事 Directors** (續上頁 cont'd)

**B. 董事（法人團體）Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報  Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱ 1 身分 Capacity**   ☐ 董事 Director   ☐ 候補董事 Alternate Director   | 代替 Alternate to |

中文名稱 Name in Chinese   | (Blank Section) |

英文名稱 Name in English

**㉒ 地址 Address**

國家／地區 Country／Region

**⑳ 電郵地址 Email Address**

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱ 2 身分 Capacity**   ☐ 董事 Director   ☐ 候補董事 Alternate Director   | 代替 Alternate to |

中文名稱 Name in Chinese   | (Blank Section) |

英文名稱 Name in English

**㉒ 地址 Address**

國家／地區 Country／Region

**⑳ 電郵地址 Email Address**

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

EASTERN-000396

表格
Form **NAR1**

公司編號 **Company Number**

1648534

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>Name in Chinese | | (Blank Section) |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**19** 住址<br>Residential<br>Address

| | |
|---|---|
| | |
| | |
| 國家／地區<br>Country／Region | |

**20** 電郵地址<br>Email Address

**21** 身分證明 Identification

(a) 香港身分證號碼<br>Hong Kong Identity Card Number

(b) 護照<br>Passport

簽發國家<br>Issuing Country

號碼<br>Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

EASTERN-000397

表格　**NAR1**
Form

公司編號 **Company Number**

1648534

**23** **13** 有股本公司的成員詳情 **Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**24** **14** 公司紀錄 **Company Records**
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15** 陳述書 **Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現謹明本公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的
日期起)，並沒有發出邀請，以邀請公眾人士認購本公司的任何股份或債權證；同時如成員人數於
本申報表的結算日期當日超過五十名之數的成員，全屬根據《公司條例》第 11(2)
條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the
first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and
that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly
of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of
members of the company.

**25**

| 提示 **Advisory Note** |
|---|
| 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |

本申報表包括下列續頁 **This Return includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

*For and on behalf of*
**FIRST TOP CONSULTANTS LIMITED**

**6** 簽署 Signed :

*Authorized Signatory*

姓名 Name :

~~董事 Director~~／公司秘書 Company Secretary *

日期 Date : 29/07/2017

日 DD　/　月 MM　/　年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

EASTERN-000398

表格
Form **NAR1**

附表一　**Schedule 1**
**(非上市公司適用**
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 07 | 2017 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

1648534

**26**

非上市公司的成員詳情　**(第 13 項)**
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*
截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**　　　　　Ordinary

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**　　1,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 郭美<br>GUO Mei | Majestic View Manor, 20 South Bay Road, Hong Kong | 1,000 | | | |
| 韓春光<br>HAN Chun Guang | 49th Floor, Bank of China Tower, 1 Garden Road, Hong Kong | Nil | 1,000 | 27/06/2017 | Transferred to Guo Mei |

＊ 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任
何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
＊ If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation
if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated
in the 'Remarks' column.

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

EASTERN-000399

**CR**

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
**Form** **NAR1**

公司編號 **Company Number**

1648534

註 Note

**1** 公司名稱 **Company Name**

EASTERN PROFIT CORPORATION LIMITED

東利興業有限公司

**2** 商業名稱(如有的話) **Business Name (If any)**

Nil

**3** 公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號 Please tick the relevant box

| ✓ | 私人公司 Private Company | | 公眾公司 Public company | | 擔保有限公司 Company limited by guarantee |
|---|---|---|---|---|---|

**4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 07 | 2018 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*( 如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的6個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的9個月屆滿之日。*
*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*( 私人公司無需填報此項 A private company need not complete this section)*

| | | | 至 To | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**6** 註冊辦事處地址 **Address of Registered Office**

Rooms 805-806 8th Floor
Tai Yau Building
181 Johnston Road Wanchai
Hong Kong

**提交人的資料 Presenter's Reference**

姓名 Name: Fullmark (Corporate Services) Ltd.
地址 Address: Rms 805-806 8/F Tai Yau Bldg
181 Johnston Road Wanchai
Hong Kong

電話 Tel: 28915566   傳真 Fax: 28380226
電郵地址 Email:
檔號 Reference:

請勿填寫本欄 **For Official Use**

28201508424
NAR1L        1648534
31/07/2018

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0001

EASTERN-000409

表格
**Form NAR1**

公司編號 Company Number

| 1648534 |
|---|

**⑪**  7  電郵地址 **Email Address**

| Nil |
|---|

8  按揭及押記 **Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於1912年1月1日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| Nil |
|---|

9  無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**
( 有股本的公司無需填報此項  Company having a share capital need not complete this section)

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up

N/A

| |
|---|

**⑫**  10  股本 **Share Capital**
( 無股本的公司無需填報此項  Company not having a share capital need not complete this section)

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 1,000 | 1,000.00 | 1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 1,000 | 1,000.00 | 1,000.00 |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0002

EASTERN-000410

表格
Form **NAR1**

公司編號 Company Number

1648534

**11 秘書 Secretary**

**A.** 公司秘書 (自然人) **Company Secretary (Natural Person)** Nil

*(如超過一名公司秘書屬自然人，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**13** 香港通訊地址
Hong Kong
Correspondence
Address

地區
Region

**14** 電郵地址
Email Address

**15** 身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

(b) 護照
Passport

簽發國家
Issuing Country

號碼
Number

**B.** 公司秘書 (法人團體) **Company Secretary (Body Corporate)**

*(如超過一名公司秘書屬法人團體，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | |
|---|---|
| **16** 中文名稱<br>Name in Chinese | 匯才商業顧問有限公司 |
| **16** 英文名稱<br>Name in English | FULLMARK (CORPORATE SERVICES) LIMITED |
| **17** 香港地址<br>Hong Kong<br>Address | Rooms 805-806 8th Floor |
| | Tai Yau Building |
| | 181 Johnston Road Wanchai |
| 地區<br>Region | Hong Kong |
| **14** 電郵地址<br>Email Address | Nil |
| 公司編號 Company Number | 94545 |

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

EASTERN-000411

公司編號 **Company Number**

| 1648534 |
|---|

## 12 董事 Directors

### A. 董事 (自然人) Director (Natural Person)

*( 如超過一名董事簡自然人，請用續頁B填報  Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**(18)** 身份
Capacity

| 董事 Director [✓] | 候補董事 Alternate Director [ ] | 代替 Alternate to |
|---|---|---|

| 中文姓名<br>Name in Chinese | | 郭 美 |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | GUO |
| | 名字<br>Other Names | Mei |
| 前用姓名<br>Previous Names | 中文<br>Chinese | Nil |
| | 英文<br>English | Nil |
| 別名<br>Alias | 中文<br>Chinese | Nil |
| | 英文<br>English | Nil |

**(19)** 住址
Residential
Address

| | |
|---|---|
| | |
| | Majestic View Manor |
| | 20 South Bay Road |
| 國家／地區<br>Country／Region | Hong Kong |

**(20)** 電郵地址
Email Address

| Nil |
|---|

**(21)** 身份證明 Identification

(a) 香港身份證號碼
Hong Kong Identity Card Number

| | R | | 6 | 4 | 2 | 5 | 9 | 1 | (6) |
|---|---|---|---|---|---|---|---|---|---|

(b) 護照
Passport

簽發國家
Issuing Country

| |
|---|

號碼
Number

| N/A |
|---|

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

表格
Form **NAR1**

公司編號 **Company Number**

| 1648534 |

**12 董事Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**      Nil

*( 如超過兩名董事屬法人團體，請用續頁C填報   Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**(18)**

**1 身份**
**Capacity**

☐ 董事
Director

☐ 候補董事
Alternate Director

| 代替 Alternate to |
| |

中文名稱
Name in Chinese

| |

英文名稱
Name in English

| |

**(22)**

地址
Address

| |
| |
| |

國家／地區
Country／Region

| |

**(20)**

電郵地址
Email Address

| |

公司編號 Company Number
*( 只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong )*

| |

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**2 身份**
**Capacity**

☐ 董事
Director

☐ 候補董事
Alternate Director

| |

中文名稱
Name in Chinese

| |

英文名稱
Name in English

| |

**(2)**

地址
Address

| |
| |
| |

國家/地區
Country / Region

| |

電郵地址
Email Address

| |

公司編號 Company Number
*( 只適用於在香港註冊的法人團體 )*
*(Only applicable to body corporate registered in Hong Kong)*

| |

EASTERN-000413

**Form NAR1**

公司編號 **Company Number**

1648534

**12 董事Directors** (續上頁 cont'd)

**C. 備任董事Reserve Director**     Nil

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)

(Only applicable to a private company with only one member who is also the sole director of the company)

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| **19** 住址<br>Residential<br>Address | | |
| | | |
| | | |
| | 國家／地區<br>Country／Region | |

**20** 電郵地址<br>**Email Address**

**21** 身份證明 Identification

(a) 香港身份證號碼<br>Hong Kong Identity Card Number

(b) 護照<br>Passport     簽發國家<br>Issuing Country

號碼<br>Number

EASTERN-000414

表格
Form **NAR1**

公司編號 Company Number

1648534

**(23) 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**

( 有股本的公司必須填報此項 *Company having a share capital must complete this section* )

請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**(24) 14 公司紀錄 Company Records**

( 如空位不足，請用續頁D 填報 *Use Continuation Sheet D if the space provided is insufficient* )

公司備存下列紀錄的地址(如並非備存於第6項所述的註冊辦事處處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15 陳述書 Statement**

( 如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company

**(25)**

提示 Advisory Note

所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**(6) 簽署 Signed :**

姓名 Name : GUO Mei          日期 Date : 29/07/2018

董事 Director／公司秘書 Company Secretary *          日 DD /月 MM /年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

EASTERN-000415



表格 Form **NAR1**

附表 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 07 | 2018 |
|----|----|------|
| 日DD | 月MM | 年YYYY |

公司編號 **Company Number**

| 1648534 |
|---------|

非上市公司的成員詳情 (第13項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

( 有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares
| Ordinary |

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**
| 1,000 |

| 姓名／名稱<br>Name | 地址<br>Address | 股份Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current<br>Holding | 轉讓*<br>Transferred* | | |
| | | | 數目<br>Number | 日期<br>Date | |
| GUO Mei<br><br>郭美 | Majestic View Manor<br>20 South Bay Road<br>Hong Kong | 1,000 | | | |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
  轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。

\* If there have been any transfers of the company's shares since the date of the last annual return (or since
  incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
  should be stated in the 'Remarks' column.

指明編號1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

EASTERN-000416



公司註冊處
Companies Registry

註冊辦事處地址更改通知書
**Notice of Change of Address of Registered Office**

表格
Form **NR1**

公司編號 **Company Number**

1648534

註 Note

**1    公司名稱 Company Name**

東利興業有限公司
**EASTERN PROFIT CORPORATION LIMITED**

**2    更改詳情 Details of Change**
*只需申報有更改的項目 Please complete item(s) with change(s) only*

**(a)    新註冊辦事處地址 New Address of Registered Office**

*(本處不接納非香港地址、「轉交」地址或郵政信箱號碼 Non-Hong Kong addresses, 'care of' addresses or post office box numbers are not acceptable)*

49/F, Bank of China Tower

No. 1 Garden Road

地區
Region    Hong Kong

生效日期 **Effective Date**

| 23 | 07 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**❻    (b)    新電郵地址 New Email Address**

生效日期 **Effective Date**

| | | |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**❺**

*For and on behalf of*
**STEVENSEC    LIMITED**

簽署 Signed    :

*Director*

姓名 Name    :    Stevensec Limited    日期 Date    :    23/07/2014

董事 Director／公司秘書 Company Secretary *    日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply

**❸    提交人資料 Presentor's Reference**

姓名 Name:    Stevensec Limited

地址 Address:    4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:    2533 2514        傳真 Fax: 2157 5545

電郵 Email:

檔號 Reference:    EP747010002

23401100973
NR1        1648534
24/07/2014

se

日期 RECEIVED

2 4 JUL 2014

文件管理組
Document Management
Section

0268

EASTERN-000347





**公司註冊處**
**Companies Registry**

## 註冊辦事處地址更改通知書
## Notification of Change of Address of
## Registered Office

(《公司條例》第92(3)條)
(Companies Ordinance s. 92(3))

表格 **R1**
Form

<u>重要事項 Important Notes</u>
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 Company Number

| 1648534 |

### 1  公司名稱 Company Name

**EASTERN PROFIT CORPORATION LIMITED**
**東利興業有限公司**

### 2  更改詳情 Details of Change

(註Note 1 & 5)   在香港的註冊辦事處地址 Address of Registered Office in Hong Kong

No.18 South Bay Road South Bay Hong Kong

(「轉交」地址及郵政信箱號碼恕不接受 'Care of ' addresses and post office box numbers are not acceptable)

生效日期 Effective Date

2 4 FEB 2014

日DD   月MM   年YYYY

(註Note 6)   **3**   電郵地址 E-mail Address

- -

生效日期 Effective Date

- -

日DD   月MM   年YYYY

(註Note 4)   簽署 Signed :

姓名 Name :   XU ZHAOHUI (許照輝)

董事 Director／~~秘書 Secretary~~*

2 4 FEB 2014

日期 Date :

日DD ／ 月MM ／ 年YYYY

\* 請刪去不適用者 Delete whichever does not apply

(註Note 3)   提交人的資料 Presenter's Reference

姓名 Name:
地址 Address:

電話 Tel:                  傳真 Fax:
電郵地址 E-mail Address:
檔號 Reference:

指明編號 2/2008 (修訂) (2008 年7 月)
Specification No. 2/2008 (Revision) (July 2008

請勿填寫本欄 For Official Use

23200895658
R1
25/02/2014

1648534

0 0 5 7

EASTERN-000354



**CR**

公司註冊處
Companies Registry

周年申報表
**Annual Return**

表格
Form **NAR1**

公司編號 Company Number

1648534

註 Note

**1  公司名稱 Company Name**

東利興業有限公司
**EASTERN PROFIT CORPORATION LIMITED**

❼ **2  商業名稱(如有的話) Business Name (If any)**

(Nil)

**3  公司類別 Type of Company**

請在適用的空格內加上 ✓ 號  Please tick the relevant box

| ☑ 私人公司 Private company | ☐ 公眾公司 Public company | ☐ 擔保有限公司 Company limited by guarantee |

❽ **4  本申報表的結算日期
Date to which this Return is Made Up**

| 29 | 07 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。
如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。
如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。)*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.
For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.
For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

❾ **5  隨本表格交付的財務報表所涵蓋的會計期
Period Covered by Financial Statements Delivered with this Form**

*(私人公司無需填報此項  A private company need not complete this section)*

| | N/A | | 至 To | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

❿ **6  註冊辦事處地址 Address of Registered Office**

49/F, Bank of China Tower, No. 1 Garden Road, Hong Kong

**CR**
收件日期 RECEIVED
0 4 SEP 2014
文件管理組
Document Management
Section

❸ 提交人資料 Presentor's Reference

姓名 Name:  Stevensec Limited
地址 Address:  4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:  2533 2514      傳真 Fax: 2157 5545
電郵 Email:
檔號 Reference:  EP747010004, Due Date:09/09/2014

請勿填寫本欄 For Official Use



22601138923
NAR1L          1648534
22/08/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0031  0147

SVUS002171

表格
Form **NAR1**

公司編號 **Company Number**

| 1648534 |
| --- |

❶ 7　電郵地址 **Email Address**

| (Nil) |
| --- |

8　按揭及押記 **Mortgages and Charges**
截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| (Nil) |
| --- |

9　無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

| N/A |
| --- |

❷ 10　股本 **Share Capital**
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
| --- | --- | --- | --- | --- |
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 1,000 | 1,000.00 | 1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 1,000 | 1,000.00 | 1,000.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0148

SVUS002172

表格 **NAR1**
Form

公司編號 **Company Number**

| 1648534 |

**11 公司秘書 Company Secretary**

**A. 公司秘書 （自然人） Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | (Blank Section) |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑬ 香港通訊地址<br>Hong Kong<br>Correspondence<br>Address | | |
| | | |
| | | |
| | 地區<br>Region | |
| ⑭ 電郵地址<br>Email Address | | |

⑮ 身分證明 Identification
(a) 香港身分證號碼
Hong Kong Identity Card Number

| | | | | | | |

(b) 護照        簽發國家
    Passport    Issuing Country

|  |

號碼
Number

|  |

**B. 公司秘書 （法人團體） Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| ⑯ 中文名稱<br>Name in Chinese | (Nil) |
|---|---|
| ⑯ 英文名稱<br>Name in English | Stevensec Limited |
| ⑰ 香港地址<br>Hong Kong<br>Address | 4/F, 5/F & 1602, Central Tower, |
| | No. 28 Queen's Road Central |
| | |
| 地區<br>Region | Hong Kong |
| ⑭ 電郵地址<br>Email Address | (Nil) |
| 公司編號 Company Number | 879348 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0033 0149

SVUS002173

表格
Form **NAR1**

公司編號 **Company Number**

1648534

**12 董事 Directors**

**A. 董事 (自然人) Director (Natural Person)**
*(如超過一名系亞屬自然人，請用續頁 B 填報 Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑱ 身分**
**Capacity**

| ✓ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|
| | | (Nil) |

**中文姓名**
**Name in Chinese** — 許照輝

**英文姓名**
**Name in English**

| 姓氏 Surname | XU |
|---|---|
| 名字 Other Names | Zhaohui |

**前用姓名**
**Previous Names**

| 中文 Chinese | (Nil) |
|---|---|
| 英文 English | (Nil) |

**別名**
**Alias**

| 中文 Chinese | (Nil) |
|---|---|
| 英文 English | (Nil) |

**⑲ 住址**
**Residential Address**

No. 18 South Bay Road, South Bay,




| 國家／地區 Country／Region | Hong Kong |
|---|---|

**⑳ 電郵地址**
**Email Address** — (Nil)

**㉑ 身分證明 Identification**

(a) 香港身分證號碼
**Hong Kong Identity Card Number**

| | | (Nil) | | | | | |
|---|---|---|---|---|---|---|---|

(b) 護照
Passport

| 簽發國家 Issuing Country | PRC |
|---|---|
| 號碼 Number | G49074641 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0034   0150

SVUS002174

表格 **NAR1**
Form

公司編號 **Company Number**

1648534

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報 Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

⑱ 1 身分
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

中文名稱
Name in Chinese

(Blank Section)

英文名稱
Name in English

㉒ 地址
Address

國家／地區
Country／Region

⑳ 電郵地址
Email Address

公司編號 Company Number
(只適用於在香港註冊的法人國體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

⑱ 2 身分
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

中文名稱
Name in Chinese

(Blank Section)

英文名稱
Name in English

㉒ 地址
Address

國家／地區
Country／Region

⑳ 電郵地址
Email Address

公司編號 Company Number
(只適用於在香港註冊的法人國體)
(Only applicable to body corporate registered in Hong Kong)

第五頁 Page 5

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0035 0151

SVUS002175

表格 **NAR1**
Form

公司編號 Company Number

1648534

**12  董事 Directors**  (續上頁  cont'd)

**C.  備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
**(Only applicable to a private company with only one member who is also the sole director of the company)**

| | | |
|---|---|---|
| 中文姓名<br>**Name in Chinese** | | (Blank Section) |
| 英文姓名<br>**Name in English** | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>**Previous Names** | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>**Alias** | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑲ 住址<br>**Residential Address** | | |
| | | |
| | | |
| | 國家／地區<br>Country／Region | |
| ⑳ 電郵地址<br>**Email Address** | | |

㉑ 身分證明 **Identification**

(a) 香港身分證號碼
    Hong Kong Identity Card Number

(b) 護照      簽發國家
    Passport   Issuing Country

    號碼
    Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0036   0152

SVUS002176

表格　**NAR1**
Form

公司編號 **Company Number**

1648534

㉓ 13 有股本公司的成員詳情 **Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

- [✓] 非上市公司的成員詳情列於附表一
  Particulars of members of a non-listed company are listed in Schedule 1

- [ ] 上市公司的成員詳情列於附表二
  Particulars of members of a listed company are listed in Schedule 2

㉔ 14 公司紀錄 **Company Records**
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| Register of Members, Register of Directors, Register of Company Secretaries, Copies of Resolutions of Members, Minutes of Proceedings of General Meetings and Written Records of Decisions of Sole Member | 4/F, 5/F & 1602, Central Tower, No. 28 Queen's Road Central, Hong Kong |

15 陳述書 **Statement**
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

- [✓] 現述明本公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自本公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第11(2)條於計算本公司成員人數時不包括在內的人。
  The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

㉕

提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 **This Return includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

⑥ 簽署 Signed　：　_XU Zhaohui_　　　　日期 Date　：　22/08/2014
姓名 Name　　　　　　　　　　　　　　　　　　　　　　　　日 DD　/　月 MM　/　年 YYYY
　　　　　　董事 Director／~~公司秘書 Company Secretary~~ *

*請刪去不適用者 Delete whichever does not apply*

第七頁 Page 7

0037 0153

SVUS002177

表格
Form **NAR1**

附表一 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 07 | 2014 |
|----|----|----|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

1648534

❷❻ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

**截至本申報表的結算日期的成員詳情** Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**

Ordinary

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**

1,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 許照輝<br>XU Zhaohui | No. 18 South Bay Road, South Bay, Hong Kong | 1,000 | | | |
| PUN Chi Wai | Room 1003, Hollywood Plaza, 610 Nathan Road, Kowloon | Nil | 1,000 | 25/02/2014 | To : XU Zhaohui |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
  轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

頁 Page 1 / 1

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

00380154

SVUS002178

**CR**

公司註冊處
**Companies Registry**

註冊辦事處地址更改通知書
**Notice of Change of Address of
Registered Office**

存案 Filed

表格
Form **NR1**

公司編號 Company Number

1648534

註 Note

**1   公司名稱 Company Name**

**EASTERN PROFIT CORPORATION LIMITED**

**2   更改詳情 Details of Change**

*只需申報有更改的項目  Please complete item(s) with change(s) only*

**(a) 新註冊辦事處地址 New Address of Registered Office**

*(本處不接納非香港
地址、「轉交」地
址或郵政信箱號碼)*
*Non-Hong Kong
addresses, 'care of'
addresses or post
office box numbers
are not acceptable)*

No. 20 South Bay Road, Repulse Bay

地區
Region | 香港／HONG KONG

生效日期 Effective Date

| 10 | 9 | 2019 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**(b) 新電郵地址 New Email Address**

生效日期 Effective Date

| | | |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

簽署 Signed  ➡

姓名 Name  :   easyCorp Nominee Limited

董事 Director／公司秘書 Company Secretary *

日期 Date  :  | 10 | 9 | 2019 |
|---|---|---|
| 日 DD / 月 MM / 年 YYYY |

*請刪去不適用者 Delete whichever does not apply

**提交人資料 Presentor's Reference**

姓名 Name:   easyCorp Limited
地址 Address:   RM 7B, One Capital Place,
18 Luard Road, Wanchai

電話 Tel:          傳真 Fax:
電郵 Email:
檔號 Reference:

**請勿填寫本欄 For Official Use**



22802010848
NR1                  1648534
11/09/2019

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0042

SVUS002316

表格
Form **NAR1**

公司編號 Company Number

1648534

**12 董事 Directors**

**A. 董事 （自然人） Director (Natural Person)**

（如超過一名董事即屬自然人，請用續頁 B 填報   Use Continuation Sheet B if more than 1 director is a natural person)

18 請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)

| 身分 Capacity | ✓ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|

| 中文姓名 Name in Chinese | | 郭美 |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | Guo |
| | 名字 Other Names | Mei |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |

19 住址 Residential Address

Majestic View Manor, 20 South Bay Road

國家／地區 Country／Region   HONG KONG

20 電郵地址 Email Address

21 身分證明 Identification

(a) 香港身分證號碼 Hong Kong Identity Card Number   R   642591(6)

(b) 護照 Passport

簽發國家 Issuing Country

號碼 Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

SVUS002308