# Exhibit FFF

存案 Filed

公司編號 CR No.
2048511

# MEMORANDUM

### AND

## ARTICLES OF ASSOCIATION

### OF

### China Golden Spring Group (Hong Kong) Limited
### 中 國 金 泉 集 團 （香 港） 有 限 公 司

**Incorporated the**

**HONG KONG**

---

No.

### [COPY]

## CERTIFICATE OF INCORPORATION

I hereby certify that

### China Golden Spring Group (Hong Kong) Limited
### 中 國 金 泉 集 團 （香 港） 有 限 公 司

is this day incorporated in Hong Kong under the Companies Ordinance (Chapter 32 of the Laws of Hong Kong) and that this company is limited.

Issued on

23401036880
MA
28/02/2014

..............................................
*Registrar of Companies*
*Hong Kong Special Administrative Region*

Note :
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.

0 0 6 4

## THE COMPANIES ORDINANCE (CHAPTER 32)

---

Private Company Limited by Shares

---

## MEMORANDUM OF ASSOCIATION

OF

## China Golden Spring Group (Hong Kong) Limited
## 中 國 金 泉 集 團 （香 港） 有 限 公 司

---

**First:-** The name of the Company is "**China Golden Spring Group (Hong Kong) Limited 中國金泉集團(香港)有限公司**".

**Second:-** The Registered Office of the Company will be situated in Hong Kong.

**Third:-** The liability of the Members is limited.

**Fourth:-** The Share Capital of the Company is HK$1,000,000.00 divided into 1,000,000 shares of HK$1.00 each with the power for the company to increase or reduce the said capital and to issue any part of its capital, original or increased, with or without preference, priority or special privileges, or subject to any postponement of rights or to any conditions or restrictions and so that, unless the conditions of issue shall otherwise expressly declare, every issue of shares, whether declared to be preference or otherwise, shall be subject to the power hereinbefore contained.

1

0065

I/We, the person(s), whose name(s), address(es) and description(s) is/are hereto given below, wish to form a Company in pursuance of this Memorandum of Association, and I/we agree to take the number of share(s) in the capital of the Company set opposite to my/our name(s): -

| Name(s), Address(es) and Description(s) of Signatory/Signatories | Number of Share(s) taken by the Signatory/Signatories |
|---|---|
| GUO Qiang 郭強<br>Majestic View Manor,<br>20 South Bay Road, Hong Kong<br>Merchant | 1,000,000 |
| Total Number of Share(s) Taken.... | 1,000,000 |

Dated : 28 February 2014

2

0066

## THE COMPANIES ORDINANCE (CHAPTER 32)

---

Private Company Limited by Shares

---

### ARTICLES OF ASSOCIATION

OF

### China Golden Spring Group (Hong Kong) Limited
### 中 國 金 泉 集 團 （香 港）有 限 公 司

---

### PRELIMINARY

1.      Subject as hereinafter provided, the regulations contained in Table "A" in the First Schedule to the Companies Ordinance (Chapter 32) shall apply to this Company, and be deemed to be incorporated with these Presents.

2.      The following clauses of Table "A" namely, 24, 41 to 44 inclusive, 55, 64, 77, 78, 79, 81, 82, 90 to 99 inclusive, 101, and 114 to 123 inclusive, and 128, shall not apply or are modified as hereinafter appearing.

3.      The Company is a Private Company and accordingly:-

(a)     the right to transfer shares is restricted in manner hereinafter prescribed;

(b)     the number of members of the company (exclusive of persons who are in the employment of the company and of persons who having been formerly in the employment of the company were while in such employment and have continued after the determination of such employment to be members of the company) is limited to 50. Provided that where 2 or more persons hold one or more shares in the company jointly they shall for the purpose of this regulation be treated as a single member;

(c)     any invitation to the public to subscribe for any shares or debentures of the company is prohibited;

(d)     the company shall not have power to issue share warrants to bearer.

### TRANSFER OF SHARES

4.      Clause 24 of Table "A" is hereby modified as follows:-

The directors may, in their absolute discretion and without assigning any reason therefor, decline to register any transfer of any share, whether or not it is a fully paid share.

3

## DIRECTORS

5.      Unless otherwise determined by the Company in General Meeting, the minimum number of Director(s) shall be one. The first director(s) of the company shall be nominated in writing by the founder member(s) to the memorandum of association.

6.      A Director shall hold office until either:-

(a)     He is removed from office by an ordinary resolution of the Company, or

(b)     Notice is given to the Company by any Member at least seven days before the Annual General Meeting of intention to propose a resolution that some other person be appointed in his place and such resolution is duly passed as an ordinary resolution.

7.      It shall not be required for a Director to hold any qualification shares. Residence in Hong Kong shall not be a requisite qualification.

8.(a)    Unless otherwise determined by the Directors, the quorum of a Directors' Meeting shall be two Directors personally present or represented by their substitutes appointed under Articles 11 hereof. Notwithstanding any provision herein, if the Company has only one Director, the quorum for Director's Meeting shall be one.

8.(b)    Where the Company has only one Director and that Director takes any decision that may be taken in a meeting of the Directors and that has effect as if agreed in a meeting of the Directors, he shall (unless that decision is taken by way of a resolution in writing duly signed by him) provide the Company with a written record of that decision within 7 days after the decision is made.

9.      A resolution in writing signed by all the directors shall be as valid and effectual as if it had been passed at a meeting of directors duly called and constituted.

10.     The office of a Director shall be vacated if the Director:-

(a)     Resigns his office by notice in writing to the Company; or

(b)     Becomes bankrupt or makes any arrangement with his creditors generally; or

(c)     Becomes of unsound mind.

11.     Subject to the approval of the Board, a Director may appoint any person to act for him as a substitute Director during his absence, and such appointment shall have effect and such appointee whilst he holds office as a substitute Director shall be entitled to notice of meetings of Directors, and to attend and vote thereat accordingly; but he shall not require any qualification, and he shall ipso facto vacate office if and when the appointor returns to Hong Kong or vacates office as a Director, or removes the appointee from office, and any appointment and removal under this Clause shall be effected by notice in writing under the hand of the Director making the same.

12.     Any casual vacancy occurring in the Board of directors may be filled up by the Directors.

13.     The Directors shall have power at any time, and from time to time, to appoint a person as an additional Director.

14.     The Company may by an ordinary resolution remove any Director and may by an ordinary resolution appoint another person in his stead, provided that the minimum number of Directors shall not, in any circumstances, be less than one.

0068

15.    Any Director may be employed by or hold any office of profit under the Company, except that of Auditors of the company, and may act either personally or as a member of a firm or render any professional service to the Company, and may receive remuneration from the Company for so doing in addition to any remuneration payable to him as a Director.

## GENERAL MANAGEMENT

16.    The Board of Directors shall be entrusted with the general management and carrying on of the business of the Company, and shall have full power to do all such acts and things and enter into such contracts and engagements on behalf of the Company as he may consider necessary or desirable and may also appoint and remove or suspend any officers, clerks, accountants, agents, servants and other employees.

## POWERS OF DIRECTORS

17.    The Directors, in addition to the powers and authorities by these Articles or otherwise expressly conferred upon them, may exercise all such powers and do all such acts and things as may be exercised or done by the Company in General Meeting subject nevertheless to the provisions of the Companies Ordinance, (Chapter 32), to these Articles, and to any regulations from time to time made by the Company in General Meeting, provided that no regulation so made shall invalidate any prior act of the Directors which would have been valid if such regulation had not been made.

18.    Without prejudice to the general powers conferred by the last preceding Article and the other powers conferred by these Articles, it is hereby expressly declared that the Directors shall have the following powers, that is to say, power:-

(a)    To pay the costs, charges and expenses preliminary and incidental to the promotion, formation, establishment and registration of the Company.

(b)    To purchase or otherwise acquire for the Company or sell or otherwise dispose of any property, rights or privileges which the company is authorised to acquire at such price and generally on such terms and conditions as they shall think fit.

(c)    To engage, dismiss, and fix the salaries or emoluments of the employees of the Company.

(d)    To institute, conduct, defend, compromise or abandon any legal proceedings by or against the Company or its officers, or otherwise concerning the affairs of the Company, and also to compound and allow time for payment or satisfaction of any debts due to, and of any claims or demands by or against the Company.

(e)    To refer any claims or demands by or against the Company to arbitration and observe and perform the awards.

(f)    To make and give receipts, releases, and other discharges for money payable to the Company, and for claims and demands of the Company.

(g)    To invest, lend or otherwise deal with any of the moneys or property of the Company in such manner as they think fit, having regard to the Company's Memorandum of Association and from time to time to vary or realise any such investment.

(h)    To borrow money, arrange for banking facilities, on behalf of the Company, and to pledge, mortgage or hypothecate any of the property of the Company.

(i)    To open a current account with themselves for the Company and to advance any money to the Company with or without interest and upon such terms and conditions as they shall think fit.

(j)    To enter into all such negotiations and contracts, and rescind and vary all such contracts, and execute and do all such acts, deeds and things in the name and on behalf of the Company as they may consider expedient for, or in relation to, any of the matters aforesaid, or otherwise for the purpose of the Company.

(k)    To give to any Director, officer or other person employed by the Company a commission on the profits of any particular business or transaction, and such commission shall be treated as part of the working expenses of the Company, and to pay commissions and make allowance (either by way of a share in the general profits of the Company or otherwise) to any persons introducing business to the Company or otherwise promoting or serving the interest thereof.

(l)    To sell, improve, manage, exchange, lease, let, mortgage or turn to account all or any part of the land, property, rights and privileges of the Company.

(m)    To employ, invest or otherwise deal with any Reserve Fund or Reserve Funds in such manner and for such purposes as the Directors may think fit.

(n)    To execute, in the name and on behalf of the Company, in favour of any Director or other person who may incur or be about to incur any personal liability for the benefit of the Company, such mortgages of the Company's property (present or future) as they think fit, and any mortgages may contain a power of sale and such other powers covenants and provisions as shall be agreed upon.

(o)    From time to time to provide for the management of the affairs of the Company abroad in such manner as they think fit, and in particular to appoint any persons to be the Attorneys or agents of the Company with such powers (including power to sub-delegate) and upon such terms as they think fit.

(p)    From time to time to make, vary or repeal rules and by-laws for the regulation of the business of the Company, its officers and servants.

(q)    To delegate any or all of the powers herein to any Director or other person or persons as the Directors may at any time think fit.

## SEAL AND CHEQUES

19.    The Seal of the Company shall be kept by the Directors and shall not be used except with their authority.

20.    Unless otherwise determined by the Directors, every document required to be sealed with the Seal of the Company shall be deemed to be properly executed if sealed with the Seal of the Company and signed by such person or persons as the Board of Directors shall from time to time appoint.

21.    All cheques, bills of exchange, promissory notes and other negotiable instruments issued or required to be signed, endorsed or accepted or otherwise negotiated by the Company shall be signed by such person or persons as the Board of Directors shall from time to time appoint.

## GENERAL MEETINGS

22.(a)  For all purposes, the quorum for all general meetings shall be two members personally present or by proxy. Notwithstanding any provision herein, if the Company has only one member, that member presents in person or by proxy shall be the quorum of a general meeting of the Company. No business shall be transacted at any general meeting unless the requisite quorum be present at the commencement of the business.

0 0 7 0

22.(b)  Where the Company has only one member and that member takes any decision that may be taken by the Company in General Meeting and that has effect as if agreed by the Company in General Meeting, he shall (unless that decision is taken by way of a resolution in writing duly signed by him) provide the Company with a written record of that decision within 7 days after the decision is made.

23.    A resolution in writing signed by all the shareholders shall be as valid and effectual as a resolution passed at a general meeting duly convened and held.

## VOTES OF MEMBERS

24.    Unless a poll is demanded, all voting of members in respect of any matter or matters shall be by show of hands, and in the case of a poll, every member shall have one vote for each share of which he is the holder.

## DIVISION OF PROFITS

25.    The net profits of the Company in each year shall be applied in or towards the formation of such reserve fund or funds and in or towards the payment of such dividends and bonuses as the Directors subject to the approval of the Company in General Meeting may decide.

26.    No dividend shall be payable except out of the profits of the Company, and no dividend shall carry interest as against the Company.

27.    A transfer of shares shall not pass the right to any dividend declared thereon before the registration of the transfer.

28.    If two or more persons are registered as joint holders of any share, any one of such persons may give effectual receipts for any dividend or for other moneys payable in respect of such share.

29.    The Directors may retain any interest or dividends on which the Company has a lien, and may apply the same in or towards satisfaction of the debts, liabilities or engagements in respect of which the lien exists.

30.    All dividends unclaimed for one year after having been declared may be invested or otherwise made use of by the Directors for the benefit of the Company until claimed.

## NOTICES

31.    All notices required to be given to the shareholders under these Articles must be in the Chinese or English language or both.

## SECRETARY

32.    The first Secretary of the Company shall be **Stevensec Limited** who may resign from this office upon giving notice to the Company of such intention and such resignation shall take effect upon the expiration of the period specified in such notice or its earlier acceptance.

0071

Name(s), Address(es) and Description(s) of Signatory/Signatories

GUO Qiang 郭強
Majestic View Manor,
20 South Bay Road, Hong Kong
    Merchant

Dated : 28 February 2014

0072

存案 Filed



公司註冊處
**Companies Registry**

法團成立表格
**(股份有限公司)**
**Incorporation Form**
**(Company Limited by Shares)**

公司編號 CR No.
**2048511**

（《公司條例》第 14A 條）
(Companies Ordinance s. 14A)

表格
**Form**   **NC1**

填表前請參閱《填表須知》。
Please read the Notes for Completion before completing this form.

（註 Note 8）   **1   擬採用的公司名稱 Intended Company Name**

擬採用的公司英文名稱 **Intended English Company Name**

**China Golden Spring Group (Hong Kong) Limited**

擬採用的公司中文名稱 **Intended Chinese Company Name**

中國金泉集團(香港)有限公司

（註 Note 9）   **2   公司類別 Type of Company**

請在適用的空格內加上 ✓ 號　Please tick the relevant box

☑ 私人 Private                    ☐ 非私人 Non-private

（註 Note 10）   **3   公司在香港的註冊辦事處擬採用的地址**
**The Intended Address of the Company's Registered Office in Hong Kong**

4/F & 5/F, Central Tower, No. 28 Queen's Road Central, Hong Kong

（「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable）

（註 Note 11）   **4   電郵地址 E-mail Address**

(Nil)

（註 Note 4）   提交人的資料 **Presentor's Reference**

姓名 Name:　Stevensec Limited

地址 Address:　4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:　2533 2514      傳真 Fax: 2157 5571

電郵地址 E-mail Address:

檔號 Reference: Doc. No.: GSPRING0001

指明編號 1/2011 (修訂) (2011 年 2 月)
Specification No. 1/2011 (Revision) (Feb. 2011)

請勿填寫本欄 **For Official Use**



23401036878
NC1
28/02/2014

0084

表格
Form **NC1**

(註 Note 12)　**5　股本 Share Capital**

| | 擬註冊股本<br>Share Capital to be Registered | | | 創辦成員共承購<br>各類股份的*總*面值<br>***Total** Nominal Value of **Each** Class of Shares to be Taken up by Founder Member(s) †\* |
|---|---|---|---|---|
| 股份類別<br>Class of Shares | 股份數目<br>Number of Shares<br><br>(a) | 每股的面值<br>Nominal Value of Each Share †<br>(b) | 各類股份的*總*面值<br>***Total** Nominal Value of Each Class †<br>(a) x (b) | |
| Ordinary | 1,000,000 | HK$1.00 | HK$1,000,000.00 | HK$1,000,000.00 |
| | | | | |
| | | | | |
| | | 總值 **Total** | HK$1,000,000.00 | HK$1,000,000.00 |

† 　請註明貨幣單位(例如：港元、美元)
　　Please specify the currency (e.g. HKD, USD)
\* 　請申報*所有*創辦成員共承購*每類*股份的*總*面值。
　　Please state the *total* nominal value of *each class* of shares to be taken up by *all* the founder members of the company.

(註 Note 13)　**6　創辦成員 Founder Members**
*(如有超過兩名創辦成員，請用續頁 A 填報　Use Continuation Sheet A if more than 2 founder members)*

**1**　中文姓名／名稱
　　Name in Chinese

| 郭強 |
|---|

　　英文姓名／名稱
　　Name in English

| GUO Qiang |
|---|

　　地址
　　Address

| Majestic View Manor, 20 South Bay Road, Hong Kong |
|---|

　　承購的股份
　　Shares to be taken

| Ordinary | 1,000,000 |
|---|---|
| 股份類別 Class of shares | 股份數目 Number of shares |

**2**　中文姓名／名稱
　　Name in Chinese

| |
|---|

　　英文姓名／名稱
　　Name in English

| |
|---|

　　地址
　　Address

| |
|---|

　　承購的股份
　　Shares to be taken

| | |
|---|---|
| 股份類別 Class of shares | 股份數目 Number of shares |

表格
Form **NC1**

(註 Note 14)  **7   首任秘書 First Secretary**
(如有超過一名個人或法人團體秘書，請用續頁 B 填報   Use Continuation Sheet B if more than 1 individual or corporate secretary)

**A.   個人秘書 Individual Secretary**

中文姓名
**Name in Chinese**

英文姓名
**Name in English**

姓氏 Surname          名字 Other Names

前用姓名
**Previous Names**          別名 **Alias**

(註 Note 15)   香港住址
**Hong Kong Residential Address**

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 16)   電郵地址
**E-mail Address**

(註 Note 17)   身份證明 Identification
a   香港身份證號碼
   Hong Kong Identity Card Number

b   護照
   Passport

簽發國家 Issuing Country          號碼 Number

**B.   法人團體秘書 Corporate Secretary**

(註 Note 18)   中文名稱
**Name in Chinese**          (Nil)

(註 Note 18)   英文名稱
**Name in English**          Stevensec Limited

(註 Note 19)   香港地址
**Hong Kong Address**          4/F & 5/F, Central Tower, No. 28 Queen's Road Central, Hong Kong

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 16)   電郵地址
**E-mail Address**          (Nil)

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)          879348

表格
Form **NC1**

(註 Note 14)　**8　首任董事 First Directors**

**A.　個人董事 Individual Director**
*(如有超過一名個人董事，請用續頁 C 填報   Use Continuation Sheet C if more than 1 individual director)*

| 中文姓名<br>Name in Chinese | 郭強 | |
|---|---|---|

| 英文姓名<br>Name in English | GUO | Qiang |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名<br>Previous Names | (Nil) |
|---|---|

| 別名<br>Alias | (Nil) |
|---|---|

(註 Note 20)

| 住址<br>Residential<br>Address | Majestic View Manor, 20 South Bay Road, Hong Kong | N/A |
|---|---|---|
| | | 國家 Country |

*(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)*

(註 Note 21)

| 電郵地址<br>E-mail Address | (Nil) |
|---|---|

(註 Note 22)

**身份證明 Identification**

| a　香港身份證號碼<br>Hong Kong Identity Card Number | R650107(8) | |
|---|---|---|
| b　護照<br>Passport | (Nil) | (Nil) |
| | 簽發國家 Issuing Country | 號碼 Number |

(註 Note 24)

> **提示 Advisory Note**
>
> 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所述的董事一般責任。
> All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

(註 Note 25)

**出任董事職位同意書 Consent to Act as Director**
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑　本人同意在公司成立為法團時出任其董事，並確認本人已年滿 18 歲。
I consent to act as a director of the company on its incorporation and confirm that I have attained the age of 18 years.

簽署 Signed : _____

☐　出任董事職位同意書於公司成立為法團的日期後 14 天內提交。
The Consent to Act as Director will be submitted not later than 14 days after the date of incorporation of the company.

第四頁 Page 4

0087

表格
Form **NC1**

**8  首任董事 First Directors**  (續上頁 cont'd)

**B.  法人團體董事 Corporate Director**
*(如有超過一名法人團體董事，請用續頁 D 填報   Use Continuation Sheet D if more than 1 corporate director)*

中文名稱
**Name in Chinese**

英文名稱
**Name in English**

(註 Note 23)
地址
**Address**

國家 Country

*(「轉交」地址及郵政信箱號碼恕不接受  'Care of' addresses and post office box numbers are not acceptable)*

(註 Note 21)
電郵地址
**E-mail Address**

公司編號 **Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

(註 Note 24)

| 提示 **Advisory Note** |
| --- |
| 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>**All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.** |

(註 Note 25)
**出任董事職位同意書 Consent to Act as Director**
*請在適用的空格內加上 ✓ 號  Please tick the relevant box*

☐  本人獲上述公司授權確認上述公司同意在公司成立為法團時出任其董事。
**I, being authorised by the above named company, confirm that the above company consents to act as a director of this company on its incorporation.**

簽署 Signed  : _____
法人團體董事的董事／秘書／獲授權人士*
Director／Secretary／Authorised Person of the Corporate Director*

☐  出任董事職位同意書會於公司成立為法團的日期後 14 天內提交。
**The Consent to Act as Director will be submitted not later than 14 days after the date of incorporation of the company.**

*請刪去不適用者  Delete whichever does not apply*

0033

表格
Form **NC1**

(註 Note 6) **9** 創辦成員陳述書 Statement of Founder Member

本人現核證 I certify that :

**(a)** 本人為公司的創辦成員或獲其授權人士(如創辦成員為法人團體)並獲其他創辦成員(如有的話)授權簽署本表格。
I am a founder member of this company or an authorised person of a corporate founder member (if applicable) and am authorised by the other founder members (if any) to sign this incorporation form.

**(b)** 名列本表格內但未簽署「出任董事職位同意書」的每一名董事已同意在公司成立為法團時擔任其董事,每名個人董事並且已年滿 18 歲。
Each of the directors named in this form who has not signed the 'Consent to Act as Director' has consented to be a director of this company on its incorporation and each individual director has attained the age of 18 years.

**(c)** 所有創辦成員已按照《公司條例》第 6 及 12 條簽署公司的組織章程大綱及組織章程細則(如有的話),並確認連同本表格交付的公司章程大綱及章程細則(如有的話)的副本的內容,與由所有創辦成員簽署的該等章程大綱及章程細則的內容相同。
The company's Memorandum of Association and Articles of Association (if any) have been signed by all founder members in accordance with sections 6 and 12 of the Companies Ordinance. The contents of the copies of the company's Memorandum and Articles (if any) delivered together with this form are the same as those of the Memorandum and Articles signed by all founder members.

**(d)** 本表格所載的詳情屬準確,以及與公司組織章程大綱及章程細則所載的詳情相符。
The particulars contained in this form are accurate and consistent with those contained in the Memorandum and Articles of Association of this company.

**(e)** 公司已遵從《公司條例》中與註冊有關的所有規定及與註冊的先決及附帶事宜有關的所有規定。
This company has complied with all the requirements of the Companies Ordinance in respect of registration and of matters precedent and incidental thereto.

本表格包括下列續頁。This Form includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | (Nil) | (Nil) | (Nil) | (Nil) |

(註 Note 6) 簽署 Signed :

姓名 Name :     GUO Qiang     日期 Date :     28/02/2014
創辦成員 Founder Member        日 DD / 月 MM / 年 YYYY

0039



公司註冊處
Companies Registry

## 周年申報表
## Annual Return

表格
Form **NAR1**

公司編號 Company Number

2048511

**註 Note**

**1   公司名稱 Company Name**

China Golden Spring Group (Hong Kong) Limited
中國金泉集團(香港)有限公司

❼ **2   商業名稱(如有的話) Business Name (If any)**

(Nil)

**3   公司類別 Type of Company**
請在適用的空格內加上 ✓ 號 Please tick the relevant box

☑ 私人公司
Private company

☐ 公眾公司
Public company

☐ 擔保有限公司
Company limited by guarantee

❿ **4   本申報表的結算日期**
**Date to which this Return Is Made Up**

| 06 | 03 | 2016 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting*
*reference period.)*

❾ **5   隨本表格交付的財務報表所涵蓋的會計期**
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項   A private company need not complete this section)*

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
|  | N/A |  |  |  |  |  |

❿ **6   註冊辦事處地址 Address of Registered Office**

4/F & 5/F, Central Tower, No. 28 Queen's Road Central, Hong Kong

❸ 提交人資料 Presentor's Reference
姓名 Name:   Stevensec Limited
地址 Address:   4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:   2533 2615/   傳真 Fax: 2157 5592
2533 2581
電郵 Email:
檔號 Reference:   EYC/74001, Due Date:17/04/2016

請勿填寫本欄 For Official Use

22601372700
NAR1L         2048511
14/03/2016

*CSA by P & L Associates*

0026

表格
Form **NAR1**

公司編號 Company Number

2048511

⓫ 7 電郵地址 Email Address

(Nil)

8 按揭及押記 Mortgages and Charges
截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

(Nil)

9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up

N/A

⓬ 10 股本 Share Capital
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
| --- | --- | --- | --- | --- |
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HK$ | 1,000,000 | 1,000,000.00 | 1,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HK$ | 1,000,000 | 1,000,000.00 | 1,000,000.00 |

第二頁 Page 2

*CSA by P & L Associates*

0027

| 表格<br>Form | **NAR1** | | 公司編號 **Company Number** |
|---|---|---|---|
| | | | 2048511 |

**11   公司秘書 Company Secretary**

**A.   公司秘書 （自然人） Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用填頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | (Blank Section) |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑬ 香港通訊地址<br>Hong Kong<br>Correspondence<br>Address | | |
| | | |
| | | |
| | 地區<br>Region | 香港／HONG KONG |
| ⑭ 電郵地址<br>Email Address | | |

⑮   身分證明 Identification

| (a) 香港身分證號碼<br>Hong Kong Identity Card Number | | |
|---|---|---|

| (b) 護照<br>Passport | 簽發國家<br>Issuing Country | |
|---|---|---|
| | 號碼<br>Number | |

**B.   公司秘書 （法人團體） Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用填頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| ⑯ 中文名稱<br>Name in Chinese | (Nil) |
|---|---|
| ⑯ 英文名稱<br>Name in English | Stevensec Limited |
| ⑰ 香港地址<br>Hong Kong<br>Address | 4/F, 5/F & 1602, Central Tower, |
| | No. 28 Queen's Road Central |
| | |
| 地區<br>Region | HONG KONG |
| ⑭ 電郵地址<br>Email Address | (Nil) |
| 公司編號 Company Number | 879348 |

第三頁 Page 3

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0026

表格　**NAR1**
Form

公司編號 Company Number

2048511

**12 董事 Directors**

**A.　董事（自然人）Director (Natural Person)**
*(如超過一名董事屬自然人，請用續頁 B 填報　Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號　Please tick the relevant box(es)*

| 身分<br>Capacity | ✓ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to<br><br>(Nil) |
|---|---|---|---|

| 中文姓名<br>Name in Chinese | | 郭強 |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | GUO |
| | 名字<br>Other Names | Qiang |
| 前用姓名<br>Previous Names | 中文<br>Chinese | (Nil) |
| | 英文<br>English | (Nil) |
| 別名<br>Alias | 中文<br>Chinese | (Nil) |
| | 英文<br>English | (Nil) |
| 住址<br>Residential<br>Address | | Majestic View Manor, 20 South Bay Road, |
| | | |
| | | |
| | 國家／地區<br>Country／Region | Hong Kong |
| 電郵地址<br>Email Address | | (Nil) |

**身分證明 Identification**

(a) 香港身分證號碼　Hong Kong Identity Card Number

| | R | 6 | 5 | 0 | 1 | 0 | 7 | (8) |
|---|---|---|---|---|---|---|---|---|

(b) 護照　Passport

| 簽發國家<br>Issuing Country | (Nil) |
|---|---|
| 號碼<br>Number | (Nil) |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

6629

表格 **NAR1**
Form

公司編號 Company Number

2048511

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報 Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

⑱ 1 身分 Capacity ☐ 董事 Director ☐ 候補董事 Alternate Director

代替 Alternate to

中文名稱 Name in Chinese

(Blank Section)

英文名稱 Name in English

⑫ 地址 Address

國家／地區 Country／Region

⑳ 電郵地址 Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporates registered in Hong Kong)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

⑱ 2 身分 Capacity ☐ 董事 Director ☐ 候補董事 Alternate Director

代替 Alternate to

中文名稱 Name in Chinese

(Blank Section)

英文名稱 Name in English

⑫ 地址 Address

國家／地區 Country／Region

⑳ 電郵地址 Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporates registered in Hong Kong)

第五頁 Page 5

表格 **NAR1**
Form

公司編號 Company Number

2048511

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>Name in Chinese | | (Blank Section) |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

⑲ 住址
Residential
Address

國家／地區
Country／Region

⑳ 電郵地址
Email Address

㉑ 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

(b) 護照                簽發國家
Passport           Issuing Country

號碼
Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0031

| 表格 Form | **NAR1** | 公司編號 Company Number |
|---|---|---|
| | | 2048511 |

**⑳ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**⑳ 14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司儲存下列紀錄的地址(如並非儲存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| Register of Members, Register of Directors, Register of Company Secretaries, Register of Debenture Holders, Register of Charges, Copies of Resolutions of Members, Minutes of Proceedings of General Meetings and Written Records of Decisions of Sole Member | 49/F, Bank of China Tower, No. 1 Garden Road, Hong Kong |

**15 陳述書 Statement**
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團
的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人
數於本申報表的結算日期當日超過五十名，則超過五十名之數的成員，全屬根據《公司條例》第
11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of
the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the
company and that if the number of members of the company exceeds 50 as at the date of this return, the excess
consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the
calculation of the number of members of the company.

**⑳** 
提示 Advisory Note
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and
acquaint themselves with the general duties of directors outlined in the Guide.

**本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**⑥ 簽署 Signed** :

姓名 Name : GUO Qiang        日期 Date : 11/3/2016
董事 Director/公司秘書 Company Secretary *        日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

第七頁 Page 7

0032

表格
Form **NAR1**

附表一   **Schedule 1**
**(非上市公司適用**
**FOR NON-LISTED COMPANY)**

**本申報表的結算日期**
**Date to which this Return is Made Up**

| 06 | 03 | 2016 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 Company Number

| 2048511 |
|---|

㉖ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加編表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

**截至本申報表的結算日期的成員詳情** Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares

| Ordinary |
|---|

此類別股份的已發行總數 Total Number of Issued Shares in this Class

| 1,000,000 |
|---|

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 郭強<br>GUO Qiang | Majestic View Manor, 20 South Bay Road, Hong Kong | 1,000,000 | | | |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
  轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

頁 Page 1 / 1



周年申報表
**Annual Return**

公司註冊處
Companies Registry

表格 **Form** | **NAR1**

公司編號 Company Number

2048511

註 Note

**1** 公司名稱 **Company Name**

**China Golden Spring Group (Hong Kong) Limited**
中國金泉集團(香港)有限公司

**❼ 2** 商業名稱(如有的話) **Business Name (If any)**

(Nil)

**3** 公司類別 **Type of Company**

請在適用的空格內加上 ✓ 號  *Please tick the relevant box*

[✓] 私人公司
Private company

[ ] 公眾公司
Public company

[ ] 擔保有限公司
Company limited by guarantee

**❽ 4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 03 | 2017 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司,本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司,申報表的結算日期應為該公司的會計參照期結束後的6個月屆滿之日。*
*如屬擔保有限公司,申報表的結算日期應為該公司的會計參照期結束後的9個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**❾ 5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**

*(私人公司無需填報此項  A private company need not complete this section)*

| | N/A | | 至 **To** | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**❿ 6** 註冊辦事處地址 **Address of Registered Office**

49/F, Bank of China Tower, No. 1 Garden Road, Hong Kong

**❸** 提交人資料 **Presentor's Reference**

姓名 Name: Stevensec Limited
地址 Address: 4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:  2533 2615/
2533 2581
傳真 Fax: 2157 5592
電郵 Email:
檔號 Reference:  EYC/74001, Due Date:17/04/2017

請勿填寫本欄 **For Official Use**

22301379916
NAR1L       2048511
07/03/2017

表格 **NAR1**
Form

公司編號 Company Number

2048511

❶ 7 電郵地址 Email Address

(Nil)

8 按揭及押記 Mortgages and Charges

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

(Nil)

9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up

N/A

❷ 10 股本 Share Capital
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HK$ | 1,000,000 | 1,000,000.00 | 1,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HK$ | 1,000,000 | 1,000,000.00 | 1,000,000.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0114

*CSA by P & L Associates*

表格
Form **NAR1**

公司編號 **Company Number**

2048511

**11  公司秘書 Company Secretary**

**A.  公司秘書（自然人）Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | (Blank Section) |
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |
| ⑬ 香港通訊地址 Hong Kong Correspondence Address | | |
| | | |
| | | |
| | 地區 Region | 香港／HONG KONG |
| ⑭ 電郵地址 Email Address | | |

⑮ 身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(b) 護照 Passport

| 簽發國家 Issuing Country | |
|---|---|
| 號碼 Number | |

**B.  公司秘書（法人團體）Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | | |
|---|---|---|
| ⑯ 中文名稱 Name in Chinese | | (Nil) |
| ⑯ 英文名稱 Name in English | | Stevensec Limited |
| ⑰ 香港地址 Hong Kong Address | | 4/F, 5/F & 1602, Central Tower, |
| | | No. 28 Queen's Road Central |
| | | |
| | 地區 Region | 香港／HONG KONG |
| ⑭ 電郵地址 Email Address | | (Nil) |

公司編號 Company Number

| 879348 |
|---|

第三頁 Page 3

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0115

*CSA by P & L Associates*

表格
Form **NAR1**

公司編號 Company Number

2048511

**12  董事 Directors**

**A.  董事（自然人）Director (Natural Person)**
*(如超過一名董事簡自然人，請用讀頁 B 填報   Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑱** 身分
Capacity

| ✓ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|
| | | (Nil) |

中文姓名
Name in Chinese — 郭強

英文姓名
Name in English

姓氏 Surname — GUO

名字 Other Names — Qiang

前用姓名
Previous Names

中文 Chinese — (Nil)

英文 English — (Nil)

別名
Alias

中文 Chinese — (Nil)

英文 English — (Nil)

**⑲** 住址
Residential Address

Majestic View Manor, 20 South Bay Road

Hong Kong

國家／地區
Country／Region

**⑳** 電郵地址
Email Address — (Nil)

**㉑** 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

| R | 6 | 5 | 0 | 1 | 0 | 7 | (8) |
|---|---|---|---|---|---|---|---|

(b) 護照 Passport

簽發國家 Issuing Country — (Nil)

號碼 Number — (Nil)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0116

表格
Form **NAR1**

公司編號 **Company Number**

| 2048511 |

**12  董事 Directors**  (續上頁   cont'd)

**B.  董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報   Use Continuation Sheet C if more than 2 directors are body corporate)

*請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)*

⑱  **1  身分**
**Capacity**

☐ 董事
Director

☐ 候補董事
Alternate Director

代替  Alternate to

中文名稱
**Name in Chinese**

(Blank Section)

英文名稱
**Name in English**

⑫  地址
**Address**

國家／地區
Country／Region

⑳  電郵地址
**Email Address**

公司編號  **Company Number**
(只適用於在香港註冊的法人團體)
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)*

⑱  **2  身分**
**Capacity**

☐ 董事
Director

☐ 候補董事
Alternate Director

代替  Alternate to

中文名稱
**Name in Chinese**

(Blank Section)

英文名稱
**Name in English**

⑫  地址
**Address**

國家／地區
Country／Region

⑳  電郵地址
**Email Address**

公司編號  **Company Number**
(只適用於在香港註冊的法人團體)
*(Only applicable to body corporate registered in Hong Kong)*

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0117

*CSA by P & L Associates*

表格
Form **NAR1**

公司編號 **Company Number**

2048511

**12  董事 Directors** (續上頁 cont'd)

**C.  備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
**(Only applicable to a private company with only one member who is also the sole director of the company)**

| 中文姓名<br>**Name in Chinese** | | (Blank Section) |
|---|---|---|
| 英文姓名<br>**Name in English** | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>**Previous Names** | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>**Alias** | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑲  住址<br>**Residential<br>Address** | | |
| | | |
| | | |
| | 國家／地區<br>Country/Region | |
| ⑳  電郵地址<br>**Email Address** | | |

㉑  身分證明 **Identification**

(a)  香港身分證號碼
     Hong Kong Identity Card Number

(b)  護照          簽發國家
     Passport      Issuing Country

     號碼
     Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

0118

| 表格<br>Form | **NAR1** | 公司編號 Company Number |
| --- | --- | --- |
| | | 2048511 |

**⑳ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**㉔ 14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報　Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
| --- | --- |
| N/A | |

**15 陳述書 Statement**
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名之數的成員，全屬根據《公司條例》第 11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**㉕**
> **提示 Advisory Note**
> 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
> All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
| --- | --- | --- | --- | --- |
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

*For and on behalf of*
STEVENSEC LIMITED

| **⑥** 簽署 Signed : | | |
| --- | --- | --- |
| 姓名 Name : | Stevensec Limited Director | 日期 Date : 6/3/2017 |
| 董事 Director / 公司秘書 Company Secretary * | | 日 DD　/　月 MM　/　年 YYYY |

*請刪去不適用者 Delete whichever does not apply*

第七頁 Page 7

表格
Form **NAR1**

附表一　**Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 03 | 2017 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

2048511

❷⑥　非上市公司的成員詳情　(第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.　If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**　　　　Ordinary

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**　　　1,000,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 郭強<br>GUO Qiang | Majestic View Manor, 20 South Bay Road, Hong Kong | 1,000,000 | | | |

＊ 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何
　轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
＊ If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0120

*CSA by P & L Associates*

| | 周年申報表 | 表格 | **NAR1** |
|---|---|---|---|
| | **Annual Return** | **Form** | |

**CR**

公司註冊處
**Companies Registry**

公司編號 **Company Number**

2048511

註 Note

**1**  公司名稱 **Company Name**

China Golden Spring Group (Hong Kong) Limited
中國金泉集團(香港)有限公司

**❼**  **2**  商業名稱(如有的話) **Business Name (If any)**

Nil

**3**  公司類別 **Type of Company**

*請在適用的空格內加上 ✓ 號* Please tick the relevant box

[✓] 私人公司
Private company

[ ] 公眾公司
Public company

[ ] 擔保有限公司
Company limited by guarantee

**❽**  **4**  本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 03 | 2018 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表列載截至公司成立爲法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應爲該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應爲該公司的會計參照期結束後的 9 個月屆滿之日。)*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**❾**  **5**  隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| | | | 至 To | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**❿**  **6**  註冊辦事處地址 **Address of Registered Office**

Unit 402, 4th Floor, Wing On House, 71 Des Voeux Road Central, Hong Kong

**❸**  提交人資料 **Presentor's Reference**

姓名 Name: First Top Consultants Limited
地址 Address: Room 2005, Jupiter Street
9 Jupiter Tower
North Point
Hong Kong

電話 Tel: 37098565    傳真 Fax: 37098567
電郵 Email: eric@firsttophk.com
檔號 Reference: FT/1713/CS

請勿填寫本欄 **For Official Use**



23001572896
NAR1L
20/03/2018          2048511

0282

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格
Form **NAR1**

公司編號 **Company Number**

| 2048511 |

⑪ **7** 電郵地址 **Email Address**

| Nil |

**8** 按揭及押記 **Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 **1912** 年 **1** 月 **1** 日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| Nil |

**9** 無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**

*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

| N/A |

⑫ **10** 股本 **Share Capital**

*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別（如普通股／優先股等）Class of Shares (e.g. Ordinary／Preference etc.) | 貨幣單位 Currency | 已發行股份 Issued Shares | | |
| | | 總數 Total Number | 總款額 Total Amount | 已繳或視作已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| Ordinary | HK$ | 1,000,000 | 1,000,000.00 | 1,000,000.00 |
| | | | | |
| | | | | |
| 總數 Total | HK$ | 1,000,000 | 1,000,000.00 | 1,000,000.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格
Form **NAR1**

公司編號 **Company Number**

| 2048511 |

**11** 公司秘書 Company Secretary

**A.** 公司秘書（自然人）Company Secretary (Natural Person)

*(如超過一名公司秘書屬自然人，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

⑬ 香港通訊地址
Hong Kong
Correspondence
Address

| | |
|---|---|
| | |
| | |
| 地區<br>Region | 香港／HONG KONG |

⑭ 電郵地址
Email Address

| |
|---|

⑮ 身分證明 Identification
(a) 香港身分證號碼
Hong Kong Identity Card Number

| | | | | | | | ( | ) |

(b) 護照
Passport

| 簽發國家<br>Issuing Country | |
|---|---|
| 號碼<br>Number | |

**B.** 公司秘書（法人團體）Company Secretary (Body Corporate)

*(如超過一名公司秘書屬法人團體，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

⑯ 中文名稱
Name in Chinese

| 順高顧問有限公司 |

⑯ 英文名稱
Name in English

| First Top Consultants Limited |

⑰ 香港地址
Hong Kong
Address

| Room 2005, Jupiter Tower, 9 Jupiter Street |
| North Point |
| |
| 地區<br>Region  香港／HONG KONG |

⑭ 電郵地址
Email Address

| |

公司編號  Company Number

| 2425419 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

| 表格<br>Form | **NAR1** | | 公司編號 **Company Number** |
|---|---|---|---|
| | | | 2048511 |

## 12  董事 Directors

### A.  董事 （自然人） Director (Natural Person)

*(如超過一名董事屬自然人，請用續頁 B 填報  Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上：✓ 號  Please tick the relevant box(es)*

**⑱**

| 身分<br>Capacity | ✓ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|

| 中文姓名<br>Name in Chinese | | 郭強 |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | GUO |
| | 名字<br>Other Names | QIANG |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**⑲**

| 住址<br>Residential Address | Majestic View Manor |
|---|---|
| | 20 South Bay Road |
| | |
| 國家／地區<br>Country／Region | Hong Kong |

**⑳**

| 電郵地址<br>Email Address | |
|---|---|

**㉑**

| 身分證明 Identification | | |
|---|---|---|
| (a) 香港身分證號碼<br>Hong Kong Identity Card Number | | R 6 5 0 1 0 7 ( 8 ) |
| (b) 護照<br>Passport | 簽發國家<br>Issuing Country | N/A |
| | 號碼<br>Number | N/A |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0285

表格 **NAR1**
Form

**12  董事 Directors** (續上頁  cont'd)

**B.  董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報   Use Continuation Sheet C if more than 2 directors are body corporate)

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

⑱  1  身分
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

中文名稱
Name in Chinese

英文名稱
Name in English

㉒  地址
Address

國家／地區
Country／Region

⑳  電郵地址
Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

⑱  2  身分
Capacity

☐ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

中文名稱
Name in Chinese

英文名稱
Name in English

㉒  地址
Address

國家／地區
Country／Region

⑳  電郵地址
Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 **Company Number**

2048511

**12  董事 Directors** (續上頁 cont'd)

**C.  備任董事 Reserve Director**

**(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)**
**(Only applicable to a private company with only one member who is also the sole director of the company)**

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | |
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |

**⑲ 住址 Residential Address**

國家／地區 Country／Region

**⑳ 電郵地址 Email Address**

**㉑ 身分證明 Identification**

(a) 香港身分證號碼
Hong Kong Identity Card Number

( )

(b) 護照 Passport  簽發國家 Issuing Country

號碼 Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格
Form **NAR1**

公司編號 **Company Number**

2048511

**❷❸ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**

*(有股本的公司必須填報此項 Company having a share capital must complete this section )*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box*

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**❷❹ 14 公司紀錄 Company Records**

*(如空位不足，請用續頁 D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址 (如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| Register of Members/Directors/ Company Secretary/Charges; Minutes Books of Directors/ Members | 49th Floor, Bank of China Tower, No.1 Garden Road, Hong Kong |

**15 陳述書 Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起 (如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名之數的成員，全屬根據《公司條例》第 11(2) 條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**❷❺** <u>提示 Advisory Note</u>
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

*For and on behalf of*
**FIRST TOP CONSULTANTS LIMITED**

*Authorized Signatory*

**❻** 簽署 Signed : ........................................................

| 姓名 Name : | First Top Consultants Limited | 日期 Date : | 06/03/2018 |
|---|---|---|---|
| ~~董事 Director~~／公司秘書 Company Secretary * | | | 日 DD  /  月 MM  /  年 YYYY |

*請刪去不適用者 Delete whichever does not apply

表格
Form **NAR1**

附表一 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 06 | 03 | 2018 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

2048511

**26** 非上市公司的成員詳情 (第 **13** 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**

Ordinary

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**

1,000,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| 郭強<br>Guo Qiang | Majestic View Manor, 20 South Bay Road, Hong Kong | 1,000,000 | | | |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任
  何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation
  if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated
  in the 'Remarks' column.

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0289

歸檔 Filed

**CR**

公司註冊處
Companies Registry

註冊辦事處地址更改通知書
**Notice of Change of Address of Registered Office**

表格
Form **NR1**

公司編號 **Company Number**

2048511

註 Note

**1**   公司名稱 **Company Name**

**China Golden Spring Group (Hong Kong) Limited**
**中國金泉集團(香港)有限公司**

**2**   更改詳情 **Details of Change**
*只需申報有更改的項目  Please complete item(s) with change(s) only*

**(a)**   新註冊辦事處地址 **New Address of Registered Office**

*(本處不接納非香港地址、「轉交」地址或郵政信箱號碼*
*Non-Hong Kong addresses, 'care of' addresses or post office box numbers are not acceptable)*

| 49/F, Bank of China Tower |
| No. 1 Garden Road |
| |

地區
Region   香港／HONG KONG

生效日期 **Effective Date**

| 25 | 10 | 2016 |
| 日 DD | 月 MM | 年 YYYY |

**6**   **(b)**   新電郵地址 **New Email Address**

生效日期 **Effective Date**

| | | |
| 日 DD | 月 MM | 年 YYYY |

*For and on behalf of*
STEVENSEC LIMITED

**5**   簽署 Signed   :

姓名 Name   :   Stevensec Limited
*Director*

董事 Director／公司秘書 Company Secretary *

日期 Date   :   25/10/2016
日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply*

**3**   提交人資料 **Presentor's Reference**

姓名 Name:   Stevensec Limited
地址 Address:   4/F & 5/F, Central Tower,
No. 28 Queen's Road Central,
Hong Kong

電話 Tel:   2533 2615/
2533 2581
傳真 Fax:   2157 5592

電郵 Email:
檔號 Reference:   EYC/74001

請勿填寫本欄 **For Official Use**

收件日期 RECEIVED
26 OCT 2016

23201243386
NR1                2048511
26/10/2016

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*