# Exhibit HHH

CSC 45
RAW DOWN

New York State Department of State
Division of Corporations, State Records
and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

150217000

49D

*(This form must be printed or typed in black ink)*

# ARTICLES OF ORGANIZATION
# OF

**GENEVER HOLDINGS LLC**
*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is: **GENEVER HOLDINGS LLC**

**SECOND:** The county within this state in which the office of the limited liability company is to be located is: **New York**

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

Corporation Service Company

80 State Street, Albany, NY  12207-2543

/s/ Andrea Levine Sanft
(signature of organizer)

Andrea Levine Sanft
(print or type name of organizer)

DOS-1336 (Rev. 2/12)

150217000490

SVUS002404

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                          CERTIFICATE OF RESERVATION
================================================================================
ENTITY NAME: GENEVER HOLDINGS LLC

DOCUMENT TYPE: RESERVATION (DOM LLC)

================================================================================
FILED:02/09/2015 DURATION:04/13/2015 CASH#:150209000431 FILM #:150209000396


     FILER:
     ------
     TIM CARNEY, PAUL WEISS RIFKING
     WHARTON & GARRISON LLP
     1285 AVENUE OF THE AMERICAS
     NEW YORK, NY 10019-6064

     ADDRESS FOR PROCESS:
     --------------------



     REGISTERED AGENT:
     -----------------
```



```
   ** SUBMIT RECEIPT WHEN FILING CERTIFICATE **
     APPLICANT NAME : TIM CARNEY
================================================================================
   SERVICE COMPANY: CORPORATION SERVICE COMPANY - 45       SERVICE CODE: 45

   FEES        95.00                                    PAYMENTS       95.00
               ------                                                  ------
   FILING      20.00                                    CASH            0.00
   TAX          0.00                                    CHECK           0.00
   CERT         0.00                                    CHARGE          0.00
   COPIES       0.00                                    DRAWDOWN       95.00
   HANDLING    75.00                                    OPAL            0.00
                                                        REFUND          0.00
================================================================================
   494927KNV                                          DOS-1025 (04/2007)
                                                      SVUS002405
```

**CSC 45**
**DRAW DOWN**

# ARTICLES OF ORGANIZATION
# OF

49b

**GENEVER HOLDINGS LLC**
_(Insert name of Limited Liability Company)_

Under Section 203 of the Limited Liability Company Law

Filed by: Paul, Weiss et al.
_(Name)_

1285 Avenue of the Americas
_(Mailing address)_

New York, NY  10019
_(City, State and ZIP code)_

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED FEB 17 2015
TAX $
BY:

CustRef 502699MBP

NOTE: This form was prepared by the New York State Department of State for filing articles of organization for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with a $200 filing fee made payable to the Department of State.

RECEIVED 2015 FEB 17 AM 10:08

527

2015 FEB 17 PM 1:36
FILED

DOS-1336 (Rev. 2/12)

SVUS002406

150415000336

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY  12231
www.dos.state.ny.us

CERTIFICATE OF PUBLICATION
OF

GENEVER HOLDINGS LLC

Under Section 206 of the Limited Liability Company Law

The undersigned is the Authorized Person of
GENEVER HOLDINGS LLC

If the name of the limited liability company has changed, the name under which it was formed is:

The articles of organization were filed by the Department of State on: 02/17/2015.

The published notices described in the annexed affidavits of publication contain all of the information required by Section 206 Limited Liability Company Law.

The newspapers described in such affidavits of publication satisfy the requirements set forth in the Limited Liability Company Law and the designation made by the county clerk.

I certify the foregoing statements to be true under penalties of perjury.

Dated: April 14, 2015


/s/ Andrea Levine Sanft

Andrea Levine Sanft

CSC 45 Drawdown

SVUS002407
150415000336

*Affidavit of Publication*
*Under Section 206 of the*
*Limited Liability Company Law*

*State of New York*
*County of New York, ss.:*

The undersigned is the principal clerk of the publisher of the NEW YORK LAW JOURNAL, a Daily Newspaper published in New York, New York. A notice regarding GENEVER HOLDINGS LLC was published in said newspaper once in each week for six successive weeks, commencing on 02/26/2015 and ending on 04/02/2015. The Text of the Notice as published in said newspaper is as set forth below. This newspaper has been designated by the Clerk of New York County for this purpose.

NOTICE OF FORMATION of GENEVER HOLDINGS LLC Arts. of Org. filed with Secy. of State of NY (SSNY) on 02/17/15. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to Corporation Service Co., 80 State St., Albany, NY 12207-2543. Purpose: Any lawful activity.
0000013228                f26-th a2

Hal Cohen, Publisher

By: Brenda Estrada, Authorized Designee of the Publisher

SWORN TO BEFORE ME, this 2nd day of April, 2015

Notary / Cynthia Byrd

**Cynthia Byrd**
**Notary Public, State of New York**
**No. 01BY6056945**
**Qualified in Kings County**
**Commission Expires April 09, 2015**

SVUS002408

# Affidavit of Publication

Under Section 206 of the Limited Liability Company Law
State of New York, County of New York, ss.:
the undersigned is the publisher of Town & Village, a weekly
newspaper published in New York, New York. A notice regarding

### GENEVER HOLDINGS LLC

was published in said newspaper once in each week for six successive weeks, commencing on 3/5/15 and ending on 4/9/15.
The text of the notice as published in said newspaper is as set forth below, or in the annexed exhibit. This newspaper has been designated by the Clerk of New York County for this purpose.

_____ (signature)

Jeanette Ramos       (printed name)
Authorized Designee of Christopher Hagedorn, Publisher of Town & Village Newspaper


Subscribed and sworn to before me,
this ___9___ day of __April_____ 2015.

_____

KAREN A. WONG
Notary Public, State of New York
No.01WO6053975
Qualified in Westchester County
Term Expires Jan. 22, 2019

Notice of Formation of GENEVER HOLDINGS LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 02/17/15. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to Corporation Service Co., 80 State St., Albany, NY 12207-2543. Purpose: Any lawful activity.
4.9.15

336

CSC 45
Drawdown

CERTIFICATE OF PUBLICATION

OF

GENEVER HOLDINGS LLC

Under Section 206 of the Limited Liability Company Law

Filed by: Paul Weiss Rifkind Wharton & Garrison LLP
          1285 Avenue Of The Americas
          New York, NY 10019-6064
Cust. Ref#502699MPC
DRAWDOWN

ICC

RECEIVED
2015 APR 15 AM 10:07

FILED
2015 APR 15 AM 11:05

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED

APR 15 2015

TAX $ _____
BY: _____

SVUS0024105
255

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:** GENEVER HOLDINGS LLC

**FILING PERIOD:** 02/2017

---

**Part 1 - Service of Process Address (Address must be within the United States or its territories)**

| Name |
|---|
| CORPORATION SERVICE COMPANY |

| Address Line 1 |
|---|
| 80 STATE STREET |

| Address Line 2 |
|---|
|  |

| City | State | Zip Code |
|---|---|---|
| ALBANY | NY | 12207-2543 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| YU FIONA KA WING |

| Capacity of Signer |
|---|
| AUTHORIZED PERSON |

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 02/20/2018**
**FILING NUMBER: 180220006000 - 4711112**

SVUS002411

**CT-07**

1805140004 93



New York State
Department of State
**DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE
## OF

GENEVER HOLDINGS LLC

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:
GENEVER HOLDINGS LLC

If the name of the limited liability company has been changed, the name under which it was organized is: _____

**SECOND:** The date of filing of the articles of organization is: FEBRUARY 17, 2015

**THIRD:** The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☐ The county location, within this state, in which the office of the limited liability company is located, is changed to: _____

2. ☒ The address to which the Secretary of State shall forward copies of process accepted on behalf of the limited liability company is changed to read in its entirety as follows:

    c/o C T Corporation System, 111 Eighth Avenue, New York, NY 10011

3. ☒ The limited liability company hereby: *[check one]*

    ☒ Designates C T Corporation System as its registered agent upon whom process against the limited liability company may be served. The street address of the registered agent is:

    111 Eighth Avenue, New York, NY 10011

    ☐ Changes the designation of its registered agent to: _____
    The street address of the registered agent is:

    _____

    ☐ Changes the address of its registered agent to:

    _____

    ☐ Revokes the authority of its registered agent.

DOS-1359-f (Rev. 03/17)
NY075 - 4/5/2017 Wolters Kluwer Online

Page 1 of 2

SVUS002412

180514000493

**CT-07**

493

X /s/ _____
(Signature)

Melissa Mendez
(Type or print name)

Capacity of Signer *(Check appropriate box):*

☐ Member

☒ Manager

☐ Authorized Person

# CERTIFICATE OF CHANGE
# OF

GENEVER HOLDINGS LLC
*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Name: Melissa Mendez

Company, if Applicable: Golden Spring (New York) Ltd.

Mailing Address: 8100 5th Ave, Ste 217F

City, State and Zip Code: New York, NY 10065

2018 MAY 14 AM 11:09 FILED

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a $30 filing fee made payable to the Department of State.

*(For office use only)*

ICC
STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAY 14 2018

501

DOS-1359-f (Rev. 03/17)
NY07S - 4/5/2017 Wolters Kluwer Online

**DRAWDOWN**
CSt ref 10970546 SD

Page 2 of 2

SVUS002413



Division of Corporations,
State Records and
Uniform Commercial Code

Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE OF

## GENEVER HOLDINGS LLC

Under Section 211-A of the Limited Liability Company Law *(for use by agent)*

**FIRST:** The name of the limited liability company is: GENEVER HOLDINGS LLC.  Said limited liability company is hereinafter referred to as the "Domestic Limited Liability Company".

If the name of the Domestic Limited Liability Company has been changed, the name under which the limited liability company was formed is:

**SECOND:** The date of filing of its articles of organization is: 17 FEB 2015.

**THIRD:** The only change effected hereby is to change the address of the Registered Agent of the Domestic Limited Liability Company to read as follows:
C T CORPORATION SYSTEM, 28 Liberty St., New York, NY 10005.

**FOURTH:** The undersigned person, partnership, or corporation (hereinafter referred to as the "Agent") is the Registered Agent of the Domestic Limited Liability Company.  The post office address previously designated by the Domestic Limited Liability Company for that purpose was the address of the undersigned Agent, and the address specified in paragraph Third above is the new address of the undersigned Agent.  The undersigned Agent mailed a notice of the proposed change of address to the Domestic Limited Liability Company not less than thirty days prior to the date of delivery of this Certificate to the Department of State.  The Domestic Limited Liability Company has not objected to the change of address effected hereby.  The undersigned Agent is authorized by Limited Liability Company Law section 211-A(b) to sign and deliver this Certificate.

C T CORPORATION SYSTEM (Agent)

By: *[signature]*

Marie Hauer – Authorized Person.

Filer:   C T CORPORATION SYSTEM
         28 Liberty St.
         New York, NY
         10005.

FILE NUMBER: SR-70380 / DOS ID: 4711112 / Date Filed: 28 JAN 2019

DOS-1375-f (Rev.03/17)

SVUS002414
Page 1 of 1



**NEW YORK STATE OF OPPORTUNITY** | Division of Corporations, State Records and Uniform Commercial Code

Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE OF

## GENEVER HOLDINGS LLC

Under Section 211-A of the Limited Liability Company Law *(for use by agent)*

**FIRST:** The name of the limited liability company is: GENEVER HOLDINGS LLC. Said limited liability company is hereinafter referred to as the "Domestic Limited Liability Company".

If the name of the Domestic Limited Liability Company has been changed, the name under which the limited liability company was formed is:

**SECOND:** The date of filing of its articles of organization is: 17 FEB 2015.

**THIRD:** The only change effected hereby is the post office address to which the Secretary of State shall mail a copy of any process against the Domestic Limited Liability Company served upon the Secretary of State is changed to:
C T CORPORATION SYSTEM, 28 Liberty St., New York, NY 10005.

**FOURTH:** The undersigned person, partnership, or corporation (hereinafter referred to as the "Agent") is the agent of the Domestic Limited Liability Company to whose address the Secretary of State is required to mail copies of process against the Domestic Limited Liability Company served upon the Secretary of State. The post office address previously designated by the Domestic Limited Liability Company for that purpose was the address of the undersigned Agent, and the address specified in paragraph Third above is the new address of the undersigned Agent. The undersigned Agent mailed a notice of the proposed change of address to the Domestic Limited Liability Company not less than thirty days prior to the date of delivery of this Certificate to the Department of State. The Domestic Limited Liability Company has not objected to the change of address effected hereby. The undersigned Agent is authorized by Limited Liability Company Law section 211-A(b) to sign and deliver this Certificate.

C T CORPORATION SYSTEM (Agent)

By: *[signature]*

Marie Hauer – Authorized Person.

Filer:   C T CORPORATION SYSTEM
         28 Liberty St.
         New York, NY
         10005.

FILE NUMBER: SR-70381 / DOS ID: 4711112 / Date Filed: 28 JAN 2019

DOS-1375-f (Rev.03/17)

SVUS002415
Page 1 of 1

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:**   GENEVER HOLDINGS LLC

**FILING PERIOD:**   02/2019

---

**Part 1 - Service of Process Address (Address must be within the United States or its territories)**

| Name |
|---|
| C T CORPORATION SYSTEM |

| Address Line 1 |
|---|
| 28 LIBERTY ST. |

| Address Line 2 |
|---|
|  |

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10005 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| COURTNEY L. SCANLON - C/O HODGSON RUSS LLP |

| Capacity of Signer |
|---|
| AUTHORIZED PERSON |

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 03/25/2019**
**FILING NUMBER:  190325060378 - 4711112**

SVUS002416