# Exhibit III

190124000459



**Division of Corporations,
State Records and
Uniform Commercial Code**

New York State
**Department of State**
**DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# APPLICATION FOR AUTHORITY
# OF

RULE OF LAW FOUNDATION III INC.
*(Name of Foreign Corporation)*

Under Section 1304 of the Not-for-Profit Corporation Law

FIRST: The name of the foreign corporation is:

RULE OF LAW FOUNDATION III INC.

If the name of the corporation does not contain a required word or abbreviation indicating corporate character, the corporation agrees to add the following word or abbreviation to the end of its name for use in New York State: _____

If the corporation's true name is not available for use in New York State pursuant to §301 and §302 of the Not-for-Profit Corporation Law, the fictitious name the corporation agrees to use in this state is: _____

SECOND: The jurisdiction in which the corporation was organized is:
DELAWARE

The date of its incorporation is: JANUARY 11, 2019

THIRD: The corporation is a foreign corporation as defined in subparagraph (7) of paragraph (a) Section 102 of the Not-for-Profit Corporation Law.

FOURTH: If formed in New York State, the corporation would be a *(check the appropriate box)* ■ charitable corporation ☐ non-charitable corporation.

FIFTH:
A. The purposes to be pursued in this state are:

The corporation is organized and shall be operated exclusively for charitable or education purposes within the meaning of section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code"), or the corresponding provision of any future United States federal tax code, and specifically to help individuals as they seek safe haven from state-enabled violence or persecution in the People's Republic of China

A. Continued.

and across the world. The Corporation may engage in any other lawful activities incidental to or in furtherance of the foregoing purposes, provided that those activities would not cause it to fail to qualify, or to fail to continue to qualify, as an organization exempt from federal income tax under section 501(c)(3) of the Code.

B. The activities which it proposes to conduct in this State are:

Help individuals as they seek safe haven from state-enabled violence or persecution in the People's Republic of China and across the world.

Fund Raising

The corporation is authorized to conduct the above activities in its jurisdiction of incorporation.

SIXTH: The county within this state in which the office of the corporation is to be located is: NEW YORK . *(A county in New York State must be stated. Please note that the corporation is not required to have an actual physical office in this state.)*

SEVENTH: The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is:

800 5th Avenue, Ste. 21F
New York, NY 10065

EIGHTH: *(Please check the appropriate statement.)*

☒ The corporation has not, since its incorporation or since the date its authority to conduct activities in New York was last surrendered, engaged in any activity in this state except as set forth in paragraph (b) of Section 1301 of the Not-for-Profit Corporation Law.

☐ The consent of the State Tax Commission is attached.

X ___(Signature)___                                    TREASURER
         *(Signature)*                                    *(Capacity of Signer)*

MAX KRASNER
*(Print or Type Signer's Name)*



# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "RULE OF LAW FOUNDATION III INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF JANUARY, A.D. 2019.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS AN EXEMPT CORPORATION.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "RULE OF LAW FOUNDATION III INC." WAS INCORPORATED ON THE ELEVENTH DAY OF JANUARY, A.D. 2019.

*Jeffrey W. Bullock, Secretary of State*

7233327  8300C
SR# 20190434248

Authentication: 202126635
Date: 01-23-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

SVUS002438

MT

457

## APPLICATION FOR AUTHORITY OF

RULE OF LAW FOUNDATION III INC.
_____
*(Name of Foreign Corporation)*

Under Section 1304 of the Not-for-Profit Corporation Law

Filer's Name **Courtney L. Scanlon - c/o Hodgson Russ LLP**

Address **140 Pearl Street, Suite 100**

City, State and Zip Code **Buffalo, NY 14202**

DRAWN
ACCT. MT

**NOTES:**
1. The certificate must be submitted with a $135 filing fee.
2. This form was prepared by the New York State Department of State. It does not contain all optional provisions under the law. MT
   You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
3. The Department of State recommends that all documents be prepared under the guidance of an attorney.
4. Attached to the Application for Authority must be a Certificate of Existence/Good Standing/Status from the official who files and maintains corporate records in the jurisdiction of the corporation. (*Please Note:* This official is generally the Secretary of State.)
5. Please be sure to review Section 404 of the Not-for-Profit Corporation Law to determine if any consents or approvals are required to be attached to this application for authority.

*For Office Use Only*

RECEIVED FILED
2019 JAN 23 PM 4:04   2019 JAN 24 PM 2:30

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED JAN 24 2019

TAX $
BY:

473