# Exhibit KKK

**DC-08**

180313●00 465

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
41 State Street
Albany, NY 12231
www.dos.state.ny.us

*(This form must be printed or typed in black ink)*

# APPLICATION FOR AUTHORITY
# OF

HAMILTON CAPITAL HOLDINGS INC.
*(Insert corporate name)*

Under Section 1304 of the Business Corporation Law

FIRST: The name of the corporation is: _____
HAMILTON CAPITAL HOLDINGS INC.

If the name does not contain a required word or abbreviation indicating corporate character, the corporation agrees to add the word or abbreviation _____ to the end of its name for use in this state.

(Do not complete this section unless the corporation's true name is not available pursuant to §301 or §302 of the Business Corporation Law.) The fictitious name under which the corporation will do business in New York is: _____

SECOND: The jurisdiction in which the corporation was organized is:_____
DELAWARE _____. The date of its incorporation is: 03/02/2018 .

THIRD: This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

FOURTH: The county within this state in which the office of the corporation is to be located is: NEW YORK _____. (A county in New York State must be stated. Please note that the corporation is not required to have an actual physical office in this state.)

DOS-1335 (Rev. 5/03)

**FIFTH:** The secretary of state is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the secretary of state shall mail a copy of any process accepted on behalf of the corporation is:

800 5TH AVENUE
UNIT 21F
NEW YORK, NEW YORK 10065

**SIXTH:** *(optional):* The name and street address within this state of the registered agent upon whom process against the corporation may be served is:

_____

**SEVENTH:** *(Check the statement that applies.)*

[X] The foreign corporation has not since its incorporation or since the date its authority to do business in New York was last surrendered, engaged in any activity in this state.

[ ] The consent of the State Tax Commission, consenting to the filing of this application, is attached.

X _[signature: Williams Je]_
(Signature)

Kin Ming Je, President
*(Type or print name and title of signer)*

SVUS002426

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HAMILTON CAPITAL HOLDINGS INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF MARCH, A.D. 2018.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "HAMILTON CAPITAL HOLDINGS INC." WAS INCORPORATED ON THE SECOND DAY OF MARCH, A.D. 2018.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

*Jeffrey W. Bullock, Secretary of State*

6775194  8300
SR# 2018185621
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202302127
Date: 03-12-18

SVUS002427

CERTIFICATE OF RESERVATION
================================================================================
ENTITY NAME: HAMILTON CAPITAL HOLDINGS INC.

DOCUMENT TYPE: RESERVATION (NEW) (FOR. BUSINESS)

================================================================================
FILED:03/01/2018 DURATION:05/01/2018 CASH#:180301000299 FILM #:180301000282

```
    FILER:
    ------
    COURTNEY SCANLON
    C/O HODGSON RUSS LLP
    140 PEARL STREET, SUITE 100
    BUFFALO, NY 14202

    ADDRESS FOR PROCESS:
    --------------------




    REGISTERED AGENT:
    -----------------
```



```
    ** SUBMIT RECEIPT WHEN FILING CERTIFICATE **
    APPLICANT NAME  : COURTNEY SCANLON
```
================================================================================
SERVICE COMPANY: COLBY ATTORNEYS SERVICE COMPANY - 08      SERVICE CODE: 08

```
                                                PAYMENTS         45.00
FEES           45.00                            --------
               --------
FILING         20.00                            CASH              0.00
TAX             0.00                            CHECK             0.00
CERT            0.00                            CHARGE            0.00
COPIES          0.00                            DRAWDOWN         45.00
HANDLING       25.00                            OPAL              0.00
                                                REFUND            0.00
```
================================================================================
                                                           DOS-1025 (04/2007)

465

# APPLICATION FOR AUTHORITY
# OF

HAMILTON CAPITAL HOLDINGS INC.
<br>*(Insert corporate name)*

Under Section 1304 of the Business Corporation Law

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAR 13 2018
TAX $
BY: M.

Filed by: Courtney L. Scanlon - c/o Hodgson Russ LLP
<br>*(Name)*

140 Pearl Street, Suite 100
<br>*(Mailing address)*

Buffalo, NY 14202
<br>*(City, State and Zip code)*

**DC-08**

**DRAWDOWN**

2018 MAR 13 PM 2:36
FILED

RECEIVED
2018 MAR 13 AM 10:05

507

NY032 - 02/15/2012 Wolters Kluwer Online