# Exhibit LLL



### William Je

Chairman, Equity Capital Markets, Greater China, Macquarie Capital Securities Ltd.

Hong Kong · 471 connections ·

 Macquarie Capital Securities Ltd.
 Alliance Manchester Business School

## Experience


**Chairman, Equity Capital Markets, Greater China**
Macquarie Capital Securities Ltd.
May 2005 – Present · 14 yrs 7 mos

Originate and supervise the execution of Corporate Finance, Equity Capital Markets and Private Equity Investment transactions in Mainland China, Hong Kong and Taiwan. Experiences include Initial Public Offering, Block Trades, Convertible Bonds, Merger & Acquisition and Private Equity Investment.


**Managing Director / Joint Venture Partner**
China Merchant Securities (Hong Kong) Ltd.
2003 – 2005 · 2 yrs

Investment Banking and Private Equity Investment - Financial advisory, Corporate Restructuring, Merger & Acquisition, IPO and Private Equity Investment


**Executive Director, Asia; Head of China**
Credit Agricole Indosuez
2001 – 2002 · 1 yr

Originate and supervise the execution of transactions (IPO, M&A and advisory).


**Director, Head of Business Development (Greater China)**
Dresdner Kleinwort Wasserstein
1998 – 2001 · 3 yrs


**Vice President**
NatWest Markets
1995 – 1998 · 3 yrs

Supervise execution of IPO, M&A and advisory transactions.


**Manager**
Arthur Andersen
1993 – 1995 · 2 yrs
Beijing

Auditor and Reporting Accountant for large and listed companies.


**Senior Auditor**
Deloitte & Touche
1990 – 1993 · 3 yrs

## Education


**Alliance Manchester Business School**
Master of Business Administration, Finance

CONFIDENTIAL_SVUS008518

CONFIDENTIAL



### Skills & Endorsements

**Investment Banking** · 23
- Endorsed by **Marshall Nicholson** and 3 others who are highly skilled at this
- Endorsed by 3 of William's colleagues at Macquarie Group

**Private Equity** · 22
- Endorsed by **Peter Fuhrman** and 1 other who is highly skilled at this
- Endorsed by 5 of William's colleagues at Macquarie Group

**Corporate Finance** · 13
- Endorsed by **Erik Budiman** and 1 other who is highly skilled at this
- Endorsed by 2 of William's colleagues at Macquarie Group

#### Industry Knowledge

Mergers & Acquisitions · 11        Capital Markets · 8
Restructuring · 7                  Equities · 5
Valuation · 3                      Joint Ventures · 3
Mergers · 2                        Investments · 2

#### Other Skills

Equity Capital Markets · 9         IPO · 6
Private Placements · 1

### Accomplishments

**3 Honors & Awards**
Honorary Citizenship of Washington State, U.S.A. • International Who's Who of Professionals, U.S.A. (2009)
• Member of the Chinese People's Political Consultative Conference ("CPPCC") of Chongqing

**2 Languages**
Chinese • English

### Interests

- **Baring Private Equity Asia** — 7,692 followers
- **Merrill Lynch** — 514,617 followers
- **DealFlow Source Network | Private ...** — 100,088 members
- **Mohamed El-Erian** — Advisor, International Advisory Group at ... — 2,261,849 followers
- **Hedge Fund Group (HFG) Associati...** — 151,446 members
- **Macquarie Group** — 287,458 followers

CONFIDENTIAL_SVUS008519