# Exhibit NNN



US operates thuggish diplomacy in Hong Kong

Source:Global Times Published: 2019/8/9 17:13:40



**Photo: IC**

Hong Kong netizens recently exposed a photo of a US diplomat meeting with several radical opposition figures including Joshua Wong during a sensitive period. Hong Kong media further reported that the diplomat, Julie Eadeh, political unit chief of the US consulate general in Hong Kong, had been involved in "color revolutions" in other countries. The article said her husband is also a US diplomat. It quoted a US church publication and mentioned her other family members.

The US administration has played a disgraceful role in the **Hong Kong riot**s. Washington publicly supports the protests and never condemns violence that targets police. The US consulate general in Hong Kong is stepping up its direct interference in Hong Kong's situation. The US administration is instigating turmoil in Hong Kong the way it stoked "color revolutions" in other places worldwide.

However, the US State Department accused the Hong Kong media report for "leaking an American diplomat's private information" and called China "a thuggish regime." Again, Washington wants to call white black and distort truth.

The main idea of the Hong Kong media's article was to report the US diplomat's interference in Hong Kong affairs, and her involvement in plotting subversive actions in the Middle East. The report has no intention at all to threaten Eadeh or her family. This is completely different from Hong Kong extreme opposition's acts: "Flesh search" Hong Kong police and their families and intimidate and persecute them.

Hong Kong media has the right to report on US diplomats who actively participate and interfere in Hong Kong's situation, and help people understand the situation. This is media's job and has nothing to do with the government. The US State Department slanders the Chinese government and discriminates against Hong Kong media's rights, acting like an unreasonable political thug.

The US has diplomatic ties with China and thus has a consulate general in Hong Kong. The consulate general interferes in Hong Kong's affairs, which seriously violates international law provisions on the role of

diplomatic missions," the US State Department said. "This is what American diplomats do every single day around the world." Indeed, many countries are disturbed by thuggish US diplomacy. No matter how powerful the US is, it cannot justify instigating and interfering in other countries' affairs.

Hong Kong's situation shows that the extreme opposition and violent groups are destroying the rule of law and intimidating citizens. They are becoming the thuggish protesters that impact on Hong Kong's order. Some also compare them to a "super gang," while others call them a "democratic gang" because they do things in the name of democracy but act against democracy. The US is their ringleader. They have together formed a "political thug" that messes up Hong Kong's situation.

But they forget that turmoil is against the fundamental interests of the public. Hong Kong is at a critical point that people desperately want peace and stability. A few rioters cannot kidnap Hong Kong's young people in the long run.

The US "ringleader" plays dirty tricks, but it does not have Hong Kong's governing rights. As Hong Kong's patriotic groups bravely stands out with the support of central government, conspiracy will be smashed, turmoil will be ended and rioters will be punished by law.

RELATED ARTICLES:
**Hong Kong residents gather to express reverence to Chinese national emblem, flag**

**Commissioner's office of China's foreign ministry in HK lodges representations with US Consulate General over meeting with "Hong Kong Independence" activists**

**Cathay Pacific says it treasures business opportunities in Hong Kong and mainland amid criticism**

Posted in: **EDITORIAL**

/