# Exhibit PPP



[Home](#) / [HK Edition](#) / [Comment HK](#)

# Mobilizing the public needed to end violence

Updated: 2019-08-09 07:36

By Ip Kin-ming(HK Edition)

Print    Mail    Large Medium Small    分享按钮    0

Constant and escalating riots have put Hong Kong in the most serious circumstances since China resumed the exercise of sovereignty in 1997. At this moment, we should strive to mobilize a wide array of social forces to end the violence and chaos. Most people in Hong Kong long for stability. Indeed, this is the mentality that forms the fundamental social conditions for law and order in a society.

First of all, it is necessary to let positive voices be heard. We need to make use of the available media tools to present the truth to the public, distinguish right from wrong, in a bid to win back our say from the hostile forces and the opposition camp. The current so-called anti-extradition law amendment movement in Hong Kong has already morphed into something that has nothing to do with either the amendment bill or the five demands initially raised by the protesters. "Liberate Hong Kong, revolution of our times" has become the source of turmoil. The prosperity we now enjoy is the result of the great efforts of several generations - including ours. Young rioters have no right to sabotage the hard-earned fruits of our toil. Even if they succeeded in destroying Hong Kong as it is, what kind of "new Hong Kong" can they establish? Have we ever thought that the violence we condone today will deprive our next generation of a peaceful environment for their development? Moreover, "one country, two systems" will also be destroyed by these aggressive radicals.

Facts speak for themselves. It is necessary to extensively report on the radicals' illegal activities and violence. The daily press conference held by the police provides a good opportunity to interact with members of the public and help emphasize the truth. It is suggested that police present photos and videos as evidence to expose the offensive weapons and violence of the rioters. Snapshots and video clips of people clad in black attacking the police and citizens will help the public understand their violent nature and the danger they pose.

The damage done to people's livelihoods and the city's infrastructure is too ghastly to contemplate. The government's interdepartmental press conferences should inform the public of destruction to public facilities and damage to law and order, along with the impact on people's livelihoods, so they will realize the harm being inflicted on Hong Kong.

Furthermore, we must encourage the public to say "no" to violence! When violent activities began, some are willing to hold their peace and be part of the silent majority, hoping it would just be a short nightmare. To their dismay, violence has persisted in the past two months with escalating intensity. Under such circumstances, continued silence will only let Hong Kong go down the drain. Recently, some courageous citizens risked getting beaten to express their opposition against violence in the MTR and on blocked highways. They are indeed admirable and worthy of our support. The incident where a number of Fujian people emerged to protect their district by clearing road obstructions in North Point also demonstrated that, for most of the residents, their patience is wearing thin. Although we do not support using violence to curb violence, the fact that more people have come forward to express their opinions is a wake-up call for those ill-informed radicals who only read messages on the Lihkg website and Telegram and assume most Hong Kong people support their actions. In particular, when the mobs tossed the national flag into the sea twice and only to find it hoisted again by other members of the public, it sends the message that justice will prevail over evil. The handful of people who defied national sovereignty and "one country, two systems" will be brought to justice, and disowned by the whole nation.

Finally, the patriotic groups who love Hong Kong should act to nip the violence in the bud. These days we have seen the opposition camp side with violence, exploit the radical youth to reap political benefits for themselves and obstruct police law enforcement efforts. We need to act in the exact opposite way the protesters do. We need to promote anti-violence and show a contrast between the constructive actions of the pro-establishment camp and the destructive deeds of the opposition camp.

We can organize a youth forum to have rational discussions about the way forward for Hong Kong. We can also help the grassroots whose livelihoods have been affected by the unrest. We cannot give up on bringing back positive vibes to a society plagued by violence, as it will let more people tired of aggression come forward to restore law and order.

The author is a Hong Kong member of the National Committee of the Chinese People's Political Consultative Conference. This is an excerpt translation of his Chinese article published earlier in Hong Kong Commercial Daily.

(HK Edition 08/09/2019 page11)

---

Most Viewed | Today's Top News

Video | Slide | Podcast | Pictures


Pass It On: Keeping Blue Calico Alive


Wuzhen: New Tech In The Ancient Town

**Hot Topics**

Geng Jiasheng, 54, a national master technician in the manufacturing industry, is busy working on improvements for a new removable environmental protection toilet, a project he has been devoted to since last year.

**Specials**


Xi's push to eradicate poverty


1000 days: Deepening reforms

more

| China | Business | World | Life | Entertainment | Sports |
|---|---|---|---|---|---|
| Politics | Economy | Asia & Pacific | Travel | Celebrities | China |
| Society | Companies | Americas | food | Movies | Stars |
| Sci-Tech | Policy | Europe | Theater | Music | Golf |
| People | Opinion | Africa | Books | Television | Tennis |
| China Scene | Markets | Middle East | Heritage | Specials | Other Sports |
| Hot Issues | Green China | Around the World | Hot Pot | | Columnists |
| Beijing | Industries | Newsmakers | X-ray | | |
| City Special | Special Coverages | | | | |
| Special Coverages | | | | | |

| Opinion | Forum | Photo | Video | Language Tips | Mobile |
|---|---|---|---|---|---|
| Editorals | News Talk | China | News | Bilingual News | iPad |
| Op-Ed Contributors | Leisure Time | World | Big Talk | Hot Words | iPhone |
| Columnists | English Study | Sports | China Lite | Buzzwords | Kindle |
| Web Comments | Overseas Students' Family | Odd | Tradition Mission | Translation | Android |
| Specials | Europe Discussion | Photographers | Focus | Audio | Blackberry |
| From Chinese Press | | Share your photos | | Movie English | |
| From Overseas Press | | | | Survival English | |
| From the readers | | | | Study Abroad | |

**Partners :** | State Administration of Foreign Experts Affairs|QQ International|Peopleforum|workercn.cn|womenofchina.cn|
**Media :** | GMW.cn|Ecns.cn|qstheory.cn|People's Daily Online|xinhua.net|China.org.cn|cntv.com|CRI.cn|CE.cn|Youth.cn| ChinaTaiwan.org|
**Portals :** | www.chinaso.com|Sina|Sohu|Tencent|
**Organizations :** | China US Focus|FrenCham|CPAFFC|Gov.cn|eBeijing|AmCham|

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2010 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online **0108263**     Registration Number: **20100000002731**