# Exhibit RRR





Axios

Catch up on the news and trends about coronavirus

Oct 29, 2019

# Exclusive: Steve Bannon's $1 million deal linked to a Chinese billionaire

 Jonathan Swan, Erica Pandey



Illustration: Mark Wilson/Staff Getty; Timothy A. Clary/Contributor; Aïda Amer/Axios

The mystery of who's funding Steve Bannon's work has been at least partly solved: Guo Media, a company linked to a controversial Chinese billionaire, has contracted Bannon for at least $1 million for "strategic consulting services," according to contracts obtained by Axios.

**Why it matters:** The billionaire fugitive — a man named Guo Wengui, also known as Miles Kwok — is embroiled in the U.S.-China conflict. He's a vocal critic of the Chinese Communist Party and is reportedly a


- Guo has been living in New York while he awaits a decision on his U.S. asylum application. And the Chinese government has asked the Trump administration to extradite him.

- Bannon declined to comment.

**The first contract,** signed between Bannon and Guo Media, gives Bannon $1 million for one year of consulting services beginning in August 2018.

- Bannon is specifically contracted to introduce Guo Media to "media personalities," and advise the company on "industry standards."

- Bannon has made China one of his top issues since leaving the White House in the summer of 2017.

**The second contract,** which was set to begin in August 2019 and is unsigned, offered Bannon $1 million for consulting and set more specific expectations.

- In addition to the services requested in the first contract, the second would have required Bannon to serve as senior editor for G News — Guo Media's news arm — and help to elevate G News as a credible source of news on China.

**Guo Media is owned** by Saraca Media Group, a company incorporated in Delaware, according to the contracts. Per a March 2019 tax filing, the president and director of Saraca was an individual named Han Chunguang.

**"[I]t is my understanding** that given Mr. Bannon's cross-border financial expertise at Goldman Sachs and Societe Generale, Saraca previously retained him for strategic advisory work regarding media investments, M&A, joint ventures, and cryptocurrencies," Daniel Podhaskie, a spokesperson for Guo, tells Axios in an email statement.

- "Mr. Bannon's work in these areas was complete and he is currently not retained. Mr. Guo had no involvement in him being retained or his work for Saraca."

- "Mr. Guo has no financial interest in Saraca Media Group or its media platform known as 'Guo Media.' Mr. Guo is merely the face of Guo Media and was requested by Saraca to act in this capacity given Mr. Guo's outspoken criticism of the Chinese Communist Party."

- "Mr. Guo agreed to work with Saraca, but insisted that he not be compensated given his prior emphasis that his fight against the CCP is not about money. His entire goal has been to take down the CCP and free his fellow countrymen in China."

- As to China's allegations, "the reality is that Mr. Guo is the most wanted person in China because of his outspoken criticism of the Chinese Communist Party; desire to eliminate the CCP's stranglehold on the Chinese people and bring the rule of law to China," Podhaskie said.

**The backstory:** Guo and Bannon first met in October 2017, and the two have had numerous meetings since then, the New York Times' David Barboza reports. Last year, they announced the joint launch of a $100
Skip to main content million "Rule of Law Fund" to investigate the deaths and disappearances of Chinese public figures.

AXIOS

- Bannon also told the Hill he has recorded a radio show out of Guo's New York apartment.

**Although Guo's spokesperson** says the billionaire has no financial stake in Guo Media, Guo has a pervasive presence that dominates the platform.

- There's a tab on the G News website devoted to Guo and his near-daily video commentary on China. Bannon has his own section, too.

- He regularly appears in Guo Media's broadcasts and has posted nearly 6,000 times to his profile on Guo Media's platform.

**Read the contracts:**

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.



Skip to main content





# 1 big thing: Get the latest updat on CO 19 in A AM

**Mike Allen** an

# Go deeper

Kim Hart

## GOP senator: Apple and TikTok's China ties are national security threats



Josh Hawley. Photo: "Axios on HBO"

Sen. Josh Hawley says Apple and TikTok may be threatening U.S. national security through their Chinese operations and connections.

- **In an exclusive interview with "Axios on HBO,"** the Missouri Republican called out Apple for choosing Chinese profits over American values. He also called on TikTok, owned by Beijing-based ByteDance, to testify under oath that it does not share American data with China's Communist Party.

Go deeper ⟶                                                                 Nov 3, 2019

  Axios

# COVID-19 news worthy of your time

Sign up for Axios to stay up to date on coronavirus news and its effect on policy and technology.

**Sent every mo...**

Ina Fried

# TikTok looks to downplay its China ties



Illustration: Aïda Amer/Axios

As lawmakers and regulators zero in on issues around Chinese tech companies and U.S. tech companies' ties to China, the longstanding low U.S. profile of Chinese tech brands is beginning to change.

**The big picture:** Our devices are made in China but our software and services, for the most part, aren't. TikTok is a big exception — and now the video-sharing network is under fire amid concerns over its Chinese ownership and the potential for censorship or risks to user data.

Go deeper ⟶   Nov 20, 2019

Margaret Harding McGill

# Hawley bill targets Apple and TikTok ties to China

  

Josh Hawley. Photo: Chip Somodevilla/Getty Images.

Republican Sen. Josh Hawley, a prominent big tech critic, will introduce legislation Monday meant to protect Americans' online data from flowing to China and other countries that raise national security concerns.

**How it works:** Hawley's bill takes aim Apple and TikTok by prohibiting American companies from storing user data or encryption keys in China, and preventing Chinese companies from collecting more information on American users than necessary to provide service here.

Go deeper ⟶   Nov 18, 2019

### About

About Axios

Advertise with us

Careers

Events

Axios on HBO

Privacy and terms

Online tracking choices

Contact us

### Subscribe

Axios newsletters

Axios app (beta)

Pro Rata Podcast