# Exhibit ZZZ

Page 1

1

2     IN THE UNITED STATES DISTRICT COURT

3     FOR THE SOUTHERN DISTRICT OF NEW YORK

4     ------------------------------------------x

5     EASTERN PROFIT CORPORATON LIMITED,,

6              Plaintiff/Counterclaim Defendant,

7

8                    Case No.  18-cv-2185

9              v.

10    STRATEGIC VISION US, LLC,

11             Defendant/Counterclaim Plaintiff.

12    ------------------------------------------x

13                  10:00 a.m.

                    November 19, 2019

14

                    405 Lexington Avenue

15                  New York, New York

16

17          DEPOSITION of JOHN MICHAEL WALLER,

18    testifying under Rule 30(b)(6) on behalf of

19    STRATEGIC VISION US, LLC in the above entitled

20    matter, pursuant to Notice, before Stephen J.

21    Moore, a Registered Professional Reporter,

22    Certified Realtime Reporter and Notary Public of

23    the State of New York.

24

25

Page 2

1
2 A P P E A R A N C E S :
3
4       GRAVES GARRETT LLC
5           Attorneys for Eastern Profit
6           Corporation Limited
7           1100 Main Street
8           Kansas City, Missouri  64105
9
10      BY:   EDWARD D. GREIM, ESQ.
11          and
12          JENNIFER DONNELLI, ESQ.
13
14      PEPPER HAMILTON, LLP
15          Attorneys for Strategic Vision US,
16          LLC
17          1313 N. Market Street 5100
18          Wilmington, Delaware 19899
19
20      BY:   JOANNA CLINE, ESQ.
21
22 ALSO PRESENT:
23      DANIEL PODHASKIE
24      YVETTE WANG
25

Page 3

1
2 EXAMINATION BY                    PAGE
3 MS. CLINE                    5
4        E X H I B I T S
5 SV
6 EXBT 101 Strategic Vision's amended      11  14
7     Answer and counterclaims
8 EXBT 102 List of names          55  25
9 EXBT 103 Bank statement for        71  5
10     Georgetown Research for the
11     month of January, 2018
12 EXBT 104 Invoice from Team 1 leader      75  21
       to Georgetown Research for
13     $200,000
14 EXBT 105 Invoice from Allied Special     105  5
15     Operations Group from March
16     2018
17 EXBT 106 Handwritten notes        121  16
18 EXBT 107   Document Bates stamped SVUS    160 22.
19     1961 through 65
20 EXBT 108 Document Bates stamped 1966     160  22
21     through 1971
22 EXBT 109 Document Bates stamped 1972     160  22
23     through 1975
24 EXBT 110 Document Bates stamped SVUS     164  8
25     1976 through 1990

Page 4

1           MICHAEL WALLER
2           THE VIDEOGRAPHER:  Good morning.
3   We are recording and on the record at
4   9:09 a.m. on November 19, 2019.
5           Please note that the microphones
6   are sensitive and may pick up whispering,
7   private conversations and cellular
8   interference.
9           Please turn off all cell phones or
10  place them away from the microphones, as
11  they can interfere with the deposition
12  audio.
13          Recording will continue until all
14  parties agree to go off the record.
15          This is video 1 in the deposition
16  of Michael Waller, taken by counsel for
17  the Plaintiff, in the matter of Eastern
18  Profit Corporation, Limited, versus
19  Strategic Vision US, LLC, filed in the
20  U.S. District Court, Southern District of
21  New York, case number 18 CV 2185 JGP.
22          This deposition is being held at
23  405 Lexington Avenue, New York, New York.
24          My name is George Libbares the
25  court reporter is Stephen Moore and we are

Page 5

1           MICHAEL WALLER
2   here from Veritext New York.
3           Counsel will now state their
4   appearances and the court reporter will
5   administer the oath.
6           MS. CLINE:  This is Johanna
7   Cline, Pepper Hamilton for Eastern
8   Profit.
9           And just one clarification, today's
10  deposition is the deposition of Strategic
11  Vision, a 30(b)(6) deposition, and
12  Mr. Wallerer is Strategic Vision's first
13  deponent.
14          MR. GREIM:  Eddie Greim and
15  Jennifer dONNELLI, Graves Garrett LLC
16  for Strategic Vision.
17
18 J O H N    M I C H A E L   W A L L E R,
19      called as a witness, having been first
20      duly sworn by the Notary Public, was
21      examined and testified as follows:
22
23 EXAMINATION BY
24 MS. CLINE:
25

2 (Pages 2 - 5)

Page 26
```
 1              MICHAEL WALLER
 2 attention to paragraph 18, so go ahead and read
 3 that.
 4      A     Okay.
 5      Q     All right, let's just start with
 6 sort of the first part of the first sentence
 7 which says, "Guo represented to Strategic
 8 Vision that he was a dissident."
 9           Do you see that?
10      A     Yes.
11      Q     Where was that representation
12 made?
13      A     At his home at Sherry
14 Netherland.
15      Q     Do you remember on what date?
16      A     On the first time November 21,
17 2017.
18      Q     Was it made more than one time,
19 that representation?
20      A     Yes.
21      Q     So the first time was what did
22 you say, I'm sorry?
23      A     November 21, 2017.
24      Q     When was the next time it was
25 made?
```

Page 27
```
 1              MICHAEL WALLER
 2      A     Also at his residence a couple
 3 of weeks later in December.
 4      Q     Those were the only two times
 5 they were made?
 6      A     No, they were all four times I
 7 met him.
 8      Q     Did you meet him all four times
 9 at the Sherry?
10      A     Yes.
11      Q     Let's start with the first one,
12 November 21, who else was present?
13      A     French Wallop was present.
14 Lianchao Han was present and Guo Wengui was
15 present; that was all.
16      Q     When you met him in December
17 of -- we are talking 2017, who was present?
18      A     In the first meeting was the
19 same group, it was French Wallop, Lianchao Han,
20 Guo Wengui and myself.
21      Q     The third meeting, do you
22 remember when that was?
23      A     That would have been later in
24 the month.
25      Q     Who was present there?
```

Page 28
```
 1              MICHAEL WALLER
 2      A     And it was French Wallop, Guo
 3 Wengui and the third time I met him regardless
 4 of the date, and Yvette Wang.
 5      Q     And there was a fourth time?
 6      A     Yes; it was later, it was around
 7 January 26, 2018.
 8      Q     Who was there?
 9      A     It was French Wallop, Guo Wengui
10 and Yvette Wang.
11      Q     Is it Strategic Vision's
12 position that that statement, that Mr. Guo was
13 a dissident is a statement that Strategic
14 Vision relied upon in entering into the
15 research agreement at issue in this case?
16      A     We based our decision to work
17 with him on his profession that he was a
18 Chinese dissident against the Communist Party.
19      Q     So, was the notion that he was a
20 Chinese dissident important to Strategic
21 Vision?
22      A     Yes.
23      Q     But that notion isn't captured
24 in the research agreement itself, is it?
25      A     Of course it is.
```

Page 29
```
 1              MICHAEL WALLER
 2      Q     Actually this one is already
 3 marked, we will just call it Han 11.
 4           Is Han 11 the research agreement
 5 that's at issue in this case?
 6      A     It appears to be.
 7      Q     Could you show me where in Han
 8 11 there is a representation that Mr. Guo is a
 9 dissident?
10      A     Mr. Guo is not named in this
11 agreement, but Strategic Vision negotiated this
12 agreement with him personally and he was
13 explicit about using this project to promote
14 his dissident activities against the Chinese
15 Communist Party.
16      Q     Yes.  So you told me a moment
17 ago, I asked you whether the notion that
18 Mr. Guo was a dissident was memorialized in the
19 agreement, and you said of course it is.
20           MR. GREIM:  Objection, misstates
21      the last question and the witness'
22      answer.
23      Q     My question is -- let me ask it
24 again, the record reflects what you actually
25 said.
```

8 (Pages 26 - 29)

Page 34

1          MICHAEL WALLER
2     Q     And then the next thing you
3  mentioned was May of '17?
4     A     Yes.
5     Q     Then the third thing you
6  mentioned was August of 2017?
7     A     August 26th.
8     Q     Of 2017?
9     A     Yes.
10    Q     And the year's long vexatious
11 litigation campaign that you identify, when did
12 that start?
13    A     It began in 2017.
14    Q     Do you know when in 2017?
15    A     No.  Later 2017.
16          He followed up on his litigation
17 by suing the very people he had been denouncing
18 as people who must die the previous March 5th,
19 2017.
20    Q     And the audio recording was
21 published where?
22    A     It appeared on YouTube first.
23    Q     And the statement that was made
24 in May of 2017, where was that published?
25    A     It appeared on YouTube and later

Page 35

1          MICHAEL WALLER
2  Mr. Guo provided it to the Wall Street Journal.
3     Q     And then the statement that was
4  published in August of 2017, where was that
5  published?
6     A     That was -- that was -- there
7  were a couple, there was a video that was made
8  approximately on the 30th of August, 2017, on
9  Youtube, and then Mr. Guo made an interview
10 with a Chinese online news outlet that
11 translates to Mirror, roughly around the end of
12 August, early September 2017.
13    Q     Okay, other than those
14 recordings or statements that you just
15 mentioned and the litigation campaign as you
16 described it, does Strategic Vision have any
17 additional evidence in support of the notion
18 that Mr. Guo is not, in fact, a dissident?
19    A     Yes.
20    Q     Please describe it.
21    A     Mr. Guo made numerous public
22 statements that he published on Guo Media or
23 Voice of Guo announcing or pronouncing his
24 loyalty to Chinese communist party's leader Xi
25 Jingping and praising Xi Jingping as a gift

Page 36

1          MICHAEL WALLER
2  from God, as the greatest and most humane
3  leader of China and other effusive comments
4  about the Chinese Communist Party leader.
5     Q     Do you know when those
6  statements were published?
7     A     They were published throughout
8  that whole period, from the spring of 2017 up
9  until I believe as recently as September 2019.
10    Q     Any other evidence that Mr. Guo
11 is not, in fact, a dissident?
12    A     Yes.  He owes his entire
13 business success to the Chinese secret police
14 called MSS, ministry of state security.
15    Q     How do you know that?
16    A     Mr. Guo told this to the Voice
17 of America in an extensive interview in April
18 2017 and he told journalist Bill Gertz, who was
19 then with the Washington Free Beacon, in an
20 article published in July 2017, and other
21 statements.
22          He also told Mike Forsythe of
23 The New York Times.
24    Q     In 2017?
25    A     Yes.

Page 37

1          MICHAEL WALLER
2     Q     Any other evidence that Mr. Guo
3  was not, in fact, a dissident?
4     A     Yes, he continues as recently as
5  this year to show a profound affection and
6  respect for the former vice minister of state
7  security, his name is Ma Jian and he had made
8  his fortune under Ma Jian's sponsorship.
9          And worked with Ma Jian to wire
10 his real estate properties, including the
11 Pangzhou Plaza Hotel and retail complex, to
12 wire everything electronically so that the
13 secret police; could take compromising videos
14 of anybody who it wished to.
15          So he had in building his
16 fortune from his early beginnings with Ma Jian
17 at the provincial level all the way up to the
18 national level in Beijing, he relied on Ma Jian
19 as his patron and sponsor.
20    Q     And what's the basis of your
21 testimony regarding Mr. Jian?
22    A     These were Guo's own statements.
23    Q     The statements you have just
24 described?
25    A     Yes.

10 (Pages 34 - 37)

Page 38

MICHAEL WALLER

2  Q    Any other evidence regarding the
3  notion that Mr. Guo is not, in fact, a
4  dissident?
5      A    Yes, unlike most dissidents from
6  communist countries who come to the United
7  States, Mr. Guo is not a defector, meaning he
8  did not turn against the system that he left.
9      Q    What's the basis for that
10 statement?
11     A    He was able to apply for a
12 defector Visa in 2017 when he sought a
13 permanent status in the United States.
14         He -- according to what he --
15 according to Mr. Guo as reported by Bill Gertz
16 he opted not to be a defector.
17     Q    And the basis for that testimony
18 is reporting done by Mr. Gertz?
19     A    As Guo -- yes, as Guo told him.
20     Q    I apologize again for my
21 inability to speak Mandarin, but are you
22 familiar with a gentleman whose name is first
23 name Xia, X-i-a, second name Yeliang,
24 Y-e-l-i-a-n-g?
25     A    Yes.

Page 39

MICHAEL WALLER

2  Q    How do you pronounce that?
3      A    I am not Mandarin speaking
4  either, I X-i-a is pronounced Xia, or close
5  enough.
6      Q    And who is Mr. Xia?
7      A    She's a Defendant in one of
8  Guo's suits who's a critic of the Chinese
9  regime and of Guo.
10     Q    And you know Mr. Xia, right?
11     A    I met him once.
12     Q    Did you ever discuss with
13 Mr. Xia the subject of whether or not Mr. Guo
14 is a Chinese spy?
15     A    He told me that he contended
16 that Guo was a Chinese spy.
17     Q    Mr. Xia told you?
18     A    Yes.
19     Q    That Mr. Xia contended that Guo
20 was a spy?
21     A    Yes.
22     Q    And when did that conversation
23 take place?
24     A    Probably in June of this year.
25     Q    That was before -- was that --

Page 40

MICHAEL WALLER

2  were your communications with Mr. Xia part of
3  the basis for Strategic Vision's fraud
4  allegations?
5      A    No.
6      Q    Did you and Mr. Xia exchange
7  text messages regarding --
8          MS. CLINE:  Strike that.
9      Q    Did you and Mr. Xia exchange any
10 written messages regarding Mr. Guo?
11     A    I don't recall.
12     Q    Are you aware of a lawsuit in
13 the Eastern District of Virginia in which
14 Mr. Guo sued Mr. Xia for defamation with regard
15 to the allegations regarding his being a spy?
16     A    Yes.
17     Q    And you are aware that Mr. Guo
18 won a jury verdict, correct?
19     A    He won parts of it on a jury
20 verdict.
21     Q    He won $100,000, right?
22     A    No, he had to also pay back, I
23 think, $20,000.
24     Q    He got a verdict in his favor of
25 $100,000?

Page 41

MICHAEL WALLER

2      A    He got a partial verdict in his
3  favor, as far as I understand.
4      Q    So, the jury found that the
5  statement that Mr. Guo was a Chinese spy is
6  defamatory, right?
7          MR. GREIM:  Objection, calling
8       for this witness to speculate about what
9       a jury found in some other case.
10         It's beyond the scope of the notice
11      and it's calling for a legal conclusion.
12     A    I can't give a legal conclusion.
13     Q    Were you -- I'm just asking for
14 your understanding, not a legal conclusion.
15         MR. GREIM:  But his own personal
16      understanding of that case is not
17      relevant to anything in -- under the
18      notice.
19         I mean he said that we are not
20      relying upon that jury verdict for
21      anything in this case, so --
22     Q    No, I need an answer to my
23 question.  These allegations all go to
24 Mr. Guo's status as a dissident or not.
25         So, did you attend that trial by

11 (Pages 38 - 41)

Page 42
1          MICHAEL WALLER
2 the way?
3      A    No.
4      Q    Were you involved in that trial
5 at all?
6      A    I was asked to be a witness in
7 that trial.
8      Q    Did you testify?
9      A    No.
10     Q    What were you asked to testify
11 about?
12     A    About my understanding of Guo as
13 a dissident.
14         MS. CLINE:  Sounds relevant to
15    me.
16     Q    Why did you not testify?
17         MR. GREIM:  Hold on, hold on,
18    wait a minute.
19         I'm going to object to being
20    outside the scope of the notice.  The
21    witness has said he was asked to testify
22    about his own personal understanding of
23    Guo as a dissident.
24         Strategic Vision was not asked to
25    testify in that case, and this is to --

Page 43
1          MICHAEL WALLER
2    the purpose of this deposition is to
3    uncover the facts that Strategic Vision
4    has that form the basis of its pleading.
5         It's not to learn anything and
6    everything that Mr. Waller knows or about
7    his interaction with people in this other
8    case.
9         MS. CLINE:  Can you repeat my
10    question, please.
11         (The question requested was read
12    back by the reporter.)
13         MR. GREIM:  Okay, I'm going to
14    instruct the witness not to answer that
15    question.
16         This does not relate to Guo
17    Wengui's personal history, that's the
18    closest I can come here.
19         It does not relate to Strategic
20    Vision's contention under number 3, it
21    does not relate to the purported
22    misrepresentations Guo made to Strategic
23    Vision.
24         This person -- Mr. Waller's
25    individual decision on whether he did or

Page 44
1          MICHAEL WALLER
2    did not testify is not within the topics
3    here.  He's not here to individually
4    testify.
5         MS. CLINE:  I just want to make a
6    record so we can take this to the court,
7    if need be.
8      Q    So you were asked to testify
9 regarding Mr. Guo's dissident status, correct?
10     A    I was asked to testify in my
11 individual capacity having nothing to do with
12 Strategic Vision.
13     Q    But you were asked to testify
14 about whether or not Mr. Guo was a dissident,
15 correct?
16     A    Actually my -- the -- it has
17 nothing to do with this case, so I cannot
18 answer that question, based on counsel
19 directing me not to answer.
20         MR. GREIM:  Let's see, here is
21    the thing, I think -- let's do this, the
22    question which is pending is whether
23    Mr. Waller was asked to testify about
24    Mr. Wengui's dissident status in another
25    case.

Page 45
1          MICHAEL WALLER
2         Is that -- I think I understand
3    that.  I think if that is the question, I
4    would say we are beyond the scope, we are
5    beyond the scope of this notice.
6         This is not -- none of this is
7    information that is internal to Strategic
8    Vision, we are trying to, and some of
9    these questions understand Strategic
10    Vision's work product, we are right on the
11    edge of that, and I think -- and
12    Mr. Waller did not testify in the other
13    case, and so I think exploring these
14    communications is beyond the scope of the
15    notice.
16         So I will instruct the witness not
17    even to answer that question.
18         MS. CLINE:  Okay, so just so we
19    have it clear for the record, you are
20    instructing the witness not to testify
21    based on an argument that the question
22    is beyond the scope of this 30(b)(6) and
23    the question at issue is whether or not
24    Mr. Waller -- is Mr. Waller's -- the
25    request that Mr. Waller testify as to

12 (Pages 42 - 45)

Page 74

1              MICHAEL WALLER
2 correct?
3      A    Yes.
4      Q    Do you have any idea whose
5 checking account ends in 001?
6      A    I believe this was Team 1
7 leader.
8           If page 1956 matches this, then
9 it would be Team 1 leader.
10     Q    Was the transfer made to an
11 individual or to an entity?
12     A    To an entity.
13     Q    And are you willing to testify
14 about the name of that entity?
15     A    That's protected under an
16 initial court order by Judge kettle.
17     Q    Do you know what Team 1 leader,
18 was there -- what were the terms under which
19 Team 1's leader was to receive $200,000?
20     A    That was to set up Team 1
21 outside the United States to do the work.
22     Q    And was there any itemization of
23 that $200,000?
24     A    No.
25     Q    So, you have no idea what that

Page 75

1              MICHAEL WALLER
2 $200,000 was spent on?
3      A    Yes, I do.
4      Q    Okay, what was it?
5      A    It was on computer gear and a
6 computer team.
7      Q    And did Strategic Vision ever
8 get invoices or receipts for either the
9 computer gear or the computer team?
10     A    We got an invoice.
11     Q    From whom?
12     A    Pardon me, Georgetown -- I don't
13 recall whether it was Strategic Vision or
14 Georgetown Research that got an invoice, but
15 one of the two got an invoice.
16          MS. CLINE:  Mark this as the next
17     exhibit, please.
18          (The above described document was
19     marked Exhibit SV 104 for identification
20     as of this date.)
21     A    Yes, this is the invoice.
22     Q    So, yes, so if you would just
23 describe for the record what Exhibit 104 is?
24     A    Exhibit 104 is an issue from
25 Team 1 leader to Georgetown Research for

Page 76

1              MICHAEL WALLER
2 $200,000.
3      Q    Okay, so in the redacted section
4 of text that's under the word invoice, is that
5 where Team 1's leader's name would appear?
6      A    I believe so, yes.
7      Q    Other than this, is there any
8 written evidence from Team 1 regarding that
9 payment of $200,000?
10     A    No, presumably illegible page
11 1956, but that would be all.
12     Q    Did Team 1 send you a receipt
13 after you paid the invoice that's number 104?
14     A    No.  Not to my recollection.
15     Q    Did you create Exhibit 104?
16     A    I provided the document.
17     Q    So you created the invoice, did
18 anyone at Team 1 ever touch Exhibit 104?
19     A    No.
20     Q    So you just created --
21     A    Touch the --
22     Q    So who created Exhibit 104?
23     A    Team 1 did.  I created the
24 exhibit in discovery, but Team 1 created the
25 document.

Page 77

1              MICHAEL WALLER
2           I mean this is Team 1's invoice
3 to Georgetown Research which I provided as
4 Georgetown Research, I provided in discovery.
5      Q    Okay, putting aside who produced
6 it in discovery, who physically typed this up?
7      A    Team 1.
8      Q    Okay, and so you received this
9 document that is Exhibit 104 from someone at
10 Team 1, correct?
11     A    Yes.
12     Q    Then just to close the loop, so
13 in connection with this invoice dated January
14 6, Georgetown Research made a wire transaction
15 on January 16th, is that right?
16     A    Yes.
17     Q    And then -- but you are not
18 aware of any receipt that Team 1 provided when
19 it received the funds, is that correct?
20     A    Correct.
21     Q    And you never got an itemization
22 from Team 1 as to how that $200,000 was spent,
23 correct?
24     A    Correct.
25     Q    To the best of your knowledge it

20 (Pages 74 - 77)

Page 78

1              MICHAEL WALLER
2  was spent on computer gear, computer teams, but
3  you can't say anything more specific than that?
4      A    Correct.
5      Q    Was there an understanding
6  between Strategic Vision and Team 1 about
7  expenses beyond $200,000?
8      A    No, that was a flat rate payment
9  system that we had, and we structured
10 everything in a way to protect Mr. Guo from
11 being discovered by the Chinese.
12          So in our discussing the
13 contract, as we were arranging this with
14 Mr. Guo, we said that all invoicing would be
15 kept to a minimum and there would be as little
16 paperwork as possible in order to prevent the
17 Chinese government from finding out about this
18 activity.
19          So, likewise, we were not to
20 have invoiced either, there would just be
21 certain payments made verbally, through a
22 verbal arrangement.
23     Q    I'm sorry, there would be
24 payments made?
25     A    Right.

Page 79

1              MICHAEL WALLER
2      Q    Through a verbal?
3      A    Right, so invoices would be
4  verbal.
5      Q    Invoices would be oral, you
6  mean, not written down?
7      A    Right.
8      Q    And how physically did Team 1
9  transmit this invoice to Georgetown Research?
10     A    By hand.
11     Q    And where did that take place?
12     A    Probably in Washington, D.C.
13     Q    Do you remember?
14     A    Not for facts.
15     Q    So you met face-to-face with the
16 leader of Team 1 in Washington, is that right?
17     A    Yes, in the D.C. area.
18     Q    What was the date on which you
19 and he met?
20     A    We met many times.
21          In terms of this contract, we
22 met many times between November and -- November
23 2017 and March 2018.
24     Q    Do you remember when he gave you
25 this invoice that's Exhibit 104?

Page 80

1              MICHAEL WALLER
2      A    On or about January 6, 2018.
3      Q    Did Strategic Vision ask Team 1
4  to search its records for documents relevant to
5  this litigation?
6      A    Yes.
7      Q    And did they provide any?
8      A    There were no documents.
9      Q    Turn, if you would, in Exhibit
10 103 to Bates page 1957.
11          And this relates to -- it's a
12 bank account statement as of February 28th of
13 2018, correct?
14     A    Yes.
15     Q    There are two payments that are
16 American Express payments, do you see those?
17     A    Yes.
18     Q    Whose American Express is being
19 paid there?
20     A    That was my American Express.
21     Q    And then there is a wire
22 transfer to Allied Special Operations Group, do
23 you see that?
24     A    Yes.
25     Q    That's been referred to as Team

Page 81

1              MICHAEL WALLER
2  2 in this litigation, is that correct?
3      A    Yes.
4      Q    And that was the entirety of the
5  payment to Team 2, correct?
6      A    Yes.
7      Q    So, in terms of outgoing funds
8  from Georgetown Research, we have a $200,000
9  deposit that goes to Team 1, correct?
10     A    Yes.
11     Q    And we have call it
12 approximately $3,000 in your American Express
13 payment, correct?
14     A    Yes.
15     Q    And then the transfer to Team 2
16 for approximately $5,400, right?
17     A    Yes.
18     Q    And then turn, if you would, to
19 the next page, to 1958, you see there are two
20 more American Express payments, right?
21     A    Yes.
22     Q    And those coordinate or
23 correspond to reimbursement invoices that you
24 submitted personally, correct?
25     A    Yes, I believe so.

21 (Pages 78 - 81)

Page 90

1              MICHAEL WALLER
2  by Strategic Vision and Eastern Profit in part
3  in Ms. Wallop's home in Virginia, correct?
4      A      Most of it was negotiated with
5  Guo Wengui in his home in New York City.
6      Q      Didn't some of the negotiations
7  take place in Ms. Wallop's home in Virginia?
8      A      To my understanding, yes.
9      Q      And the contract was signed in
10 Ms. Wallop's home in Virginia, correct?
11     A      She signed it there with Yvette
12 Wang.
13     Q      Strategic Vision signed the
14 contract in Virginia?
15     A      With Yvette Wang in Virginia,
16 yes.
17     Q      Right above the signature page
18 there is a subheading called duration, do you
19 see that?
20     A      Yes.
21     Q      In the last sentence of that
22 paragraph says, "Either party may terminate the
23 contract with 30 days written notice."
24        Do you see that?
25     A      Yes.

Page 91

1              MICHAEL WALLER
2      Q      That was your understanding of
3  the terms of the agreement, correct?
4      A      Yes.
5      Q      And there didn't need to be
6  cause to terminate, there didn't need to be a
7  reason to terminate, correct?
8      A      Yes; correct.
9      Q      Thank you.
10        And the contract was terminated
11 by Eastern Profit on or about February 23, is
12 that correct?
13     A      To my recollection, yes.
14     Q      I'm still looking on page 5 of
15 the agreement here, the parties agreed that --
16 it says, "The client will pay the contractor a
17 deposit of U.S. $1 million."
18        Do you see that?
19     A      Yes.
20     Q      And a deposit, in fact, was
21 paid, correct?
22     A      By ACA Capital, yes.
23     Q      And the parties -- with respect
24 to the deposit, the parties agreed that the
25 deposit would be credited on a prorated basis

Page 92

1              MICHAEL WALLER
2  at the end of the contract, right?
3      A      Yes.
4        MR. GREIM:  Objection, calls for
5      a legal conclusion.
6      Q      That was your understanding?
7      A      I withdraw my legal conclusion.
8      Q      I'm not asking you -- you're a
9  business person, right?
10     A      Yes.
11     Q      I'm just asking you for your
12 understanding of the parties' terms.  You don't
13 have to have a JD to do that.
14        So your understanding was that
15 the deposit would be credited on a pro rata
16 basis to the end of the contract, correct?
17        MR. GREIM:  I just object once
18     again because this is for Strategic
19     Vision's vision's understanding and not
20     Mr. Waller's.
21     Q      Yeah, I'm asking for your
22 understanding.
23        You've no reason to disagree
24 with what I just said, correct?
25     A      I agree it says the deposit will

Page 93

1              MICHAEL WALLER
2  be credited on a prorated basis to the final
3  one, one-third month's of the contract.
4      Q      And you understood that the
5  Strategic Vision understood that the $1 million
6  was a downpayment, not a signing fee, correct?
7      A      No, it was a deposit.
8      Q      So you did understand that it
9  was a downpayment, not a signing fee?
10     A      Correct.
11        MR. GREIM:  Objection, vague.
12     A      In our negotiations with Mr. Guo
13 on this contract, he did not like the idea of a
14 a signing bonus or a deposit, so we settled
15 on -- pardon me, he didn't like the idea of a
16 signing bonus or an advance, so he chose to
17 call it a deposit, so we called it a deposit,
18 too.
19     Q      But you agree that it's not a
20 signing fee?
21     A      Correct.
22     Q      And you just testified, and I
23 think we saw, maybe we didn't yet, but the $1
24 million deposit came in through ACA Capital,
25 correct?

24 (Pages 90 - 93)

Page 94

1         MICHAEL WALLER
2     A    Yes.
3     Q    And Strategic Vision did not
4  return any portion of that deposit to ACA
5  Capital, did it?
6     A    Correct.  No, it did not.
7     Q    Turn, if you would again, you
8  might still be there, page 5 of the research
9  agreement.
10        Sort of in the middle of the
11  page there is a paragraph that starts with the
12  word subsequent, do you see that?
13     A    Yes.
14     Q    Then so there is a sentence that
15  starts with the word I will just read it all,
16  "subsequent payments will be made to the same
17  account unless mutually agreed otherwise in
18  writing."
19        Do you see that?
20     A    Yes.
21     Q    Then it says, "It is understood
22  that the client may direct other entities to
23  pay the contractor and that such payments will
24  be deemed satisfactory."
25        Do you see that?

Page 95

1         MICHAEL WALLER
2     A    Yes.
3     Q    Are you aware of any prohibition
4  in the contract that prohibited Eastern Profit
5  from making payments from entities other than
6  Eastern Profit?
7     A    It was explicit that they would
8  be all entities controlled by Guo Wengui, that
9  it was his money, and that he would -- he may
10  use various vehicles to conceal from the
11  Chinese government the fact that he was making
12  these payments.
13     Q    And there was no prohibition
14  that --
15        MS. CLINE:  Strike that.
16     Q    The parties -- there was no
17  prohibition in the contract preventing Eastern
18  Profit from making payment from an entity based
19  in Hong Kong, was there?
20     A    Let me review this.
21        In our negotiations with him, it
22  was explicit that there would never be a
23  payment straight from Hong Kong, because that
24  would violate basic operational security
25  compromising both Mr. Guo and all of us.

Page 96

1         MICHAEL WALLER
2     Q    But that never got memorialized
3  in the written contract, correct?
4     A    Correct.
5     Q    Just generally speaking, from a
6  business perspective of Strategic Vision, what
7  was -- what services was Strategic Vision
8  agreeing to provide to Eastern Profit under the
9  agreement?
10        MR. GREIM:  Objection, vague.
11        And one thing I'll say is this is
12        all material that was in the original
13        petition -- sorry, claim and counterclaim,
14        it was already covered in the 30(b)(6) of
15        Strategic Vision.
16        So none of this about the
17        statements of the services to be provided
18        is new, and that's what we are limiting
19        today to.
20        MS. CLINE:  The notice does call
21        for documents that were newly produced,
22        including a giant stack of handwritten
23        notes by Mr. Waller regarding the
24        negotiations of the contract.
25        So I'm entitled to ask him his

Page 97

1         MICHAEL WALLER
2  understanding of the contract.
3        If they are inconsistent with his
4  notes, then I will impeach him.
5        MR. GREIM:  Fair enough.  I agree
6  with that.
7        MS. CLINE:  Would you read back
8  the last question and answer.
9        (The portion of the record
10  requested was read back by the reporter.)
11     Q    Can you answer that question?
12     A    In summary, the agreements were
13  to dig up information on Chinese Communist
14  Party members and their family members and
15  their illegitimate children who would not
16  overtly be connected to them, who were running
17  or managing illegally gotten gains or money
18  stolen by the CCP officials for their own self
19  enrichment and any other kind of information
20  that would show their breaking Chinese law or
21  Communist Party "morality," anything that would
22  cause them to be shown to be breaking Chinese
23  law, American law and by extension discrediting
24  the party leadership.
25     Q    And there were certain reports

25 (Pages 94 - 97)

Page 98

MICHAEL WALLER

2 or deliverables to be provided under the
3 contract, correct?
4      A     Yes.
5      Q     And the deliverables would be
6 delivered by USB only, correct?
7      A     Correct.
8      Q     Turn, if you would, to the first
9 page of Exhibit Han 11.
10          I direct your attention to the
11 bottom of the page, paragraph A.
12          There is a sub-bullet there that
13 says, "Financial forensic historical research."
14          Do you see that?
15      A     Yes.
16      Q     And that was one of the types of
17 deliverables to be provided, correct?
18      A     Yes.
19      Q     And specifically if you go to
20 the second line of that paragraph, it says,
21 "Research will consist of in-depth and detailed
22 reports of existing and historical business and
23 financial transactions."
24          Do you see that?
25      A     Yes.

Page 99

MICHAEL WALLER

2      Q     Did Strategic Vision ever
3 produce such a deliverable?
4      A     Mr. Guo did not give us time.
5      Q     But just -- can you just answer
6 my question so the record is clear.
7          Did Strategic Vision ever
8 produce such a deliverable?
9      A     Mr. Guo made it impossible for
10 us to deliver that kind of material.
11      Q     So Strategic Vision did not
12 deliver that material, correct?
13      A     I already said my answer.
14      Q     I need an answer to the question
15 I understand.
16      A     I answered your question.
17      Q     I understand that you have
18 another argument, but I need an answer to the
19 question.
20          Did Strategic Vision ever
21 provide the in-depth and detailed reports of
22 existing and historical business and financial
23 transactions mentioned in the last paragraph of
24 page 1?
25      A     I will say again, Mr. Guo did

Page 100

MICHAEL WALLER

2 not permit us to do that, so we did not deliver
3 them.
4      Q     If you turn the page and go to
5 section B, it says, "Current tracking
6 research."
7          Do you see that?
8      A     Yes.
9      Q     And it says, "Current tracking
10 research shall consist of, but not will be
11 limited to in depth and detailed reports on
12 movements of specified subjects by land, air
13 and sea."
14          Do you see that?
15      A     Yes.
16      Q     Did Strategic Vision deliver any
17 reports of that nature?
18      A     Yes.
19      Q     Describe that?
20      A     We found movements of specific
21 subjects by land and air, private and
22 commercial, addresses and lodging, means of
23 transportation, geolocation, and Mr. Guo
24 refused to accept that information.
25      Q     Did you attempt to provide that

Page 101

MICHAEL WALLER

2 information to Mr. Guo?
3      A     Yes.
4      Q     By what means?
5      A     By -- through Lianchao Han in
6 February, the first or second week of February,
7 2018.
8      Q     Tell me about that.
9      A     This was work we had found
10 through Team 2.
11      Q     Team 2 is the ASOG team?
12      A     Yes.
13      Q     And what was the deliverable
14 that --
15          MS. CLINE:  Well, strike that.
16      Q     Tell me about what Team 2 found?
17      A     Well, first of all we had a
18 problem because there were questions about
19 whether the research methodology was legal.
20          We sought Mr. Guo's guidance on
21 that and he refused to give that guidance, so
22 we could not produce the data for him that had
23 been retrieved.
24          We could not provide him with
25 the data that had been retrieved because we

26 (Pages 98 - 101)

Page 102

MICHAEL WALLER

2 were concerned about the legality of the way in
3 which it was collected.
4    Q    Did Strategic Vision then
5 receive from Team 2 a deliverable on a USB?
6    A    No, we received the deliverable
7 on paper in their offices.  They refused to
8 provide all of the data because of their
9 concerns about legality, but they gave us a
10 summary of it.
11        We went back to Mr. Guo through
12 Lianchao Han for guidance saying we found
13 information but we have hit an impasse, can you
14 give us guidance on what to do?
15        He refused to provide that
16 guidance.
17    Q    The -- so, ASOG gave you written
18 documentation?
19    A    He showed us.
20    Q    What did they show you?
21    A    It was a stack of about half an
22 inch thick or more, maybe three-quarters of an
23 inch thick of their actual documentation
24 concerning flights from Shanghai to Los Angeles
25 International Airport on private planes with

Page 103

MICHAEL WALLER

2 the tail numbers that went to a private hangar
3 where U.S. Customs had no inspectors.
4        It had an airport in Wisconsin
5 where these planes would be parked.
6        It had names of individuals
7 doing transit on those and other aircraft,
8 these were private flights.
9        It had -- let me see, back on
10 this tracking research, it had significant
11 contacts of the subjects involved.
12        So it was a perfect set of
13 datapoints through which to begin a serious
14 deep dive, but asked Mr. Guo for guidance
15 because we -- he refused to provide that
16 guidance, that's why we did not provide him the
17 data.
18    Q    So, Strategic Vision -- sorry,
19 ASOG showed you this information in hard copy
20 form?
21    A    Yes.
22    Q    And you didn't receive a
23 photocopy of that information?
24    A    No, they refused to provide it;
25 because of questions of legality.

Page 104

MICHAEL WALLER

2    Q    And Strategic Vision subpoenaed
3 ASOG in this case, right?
4    A    Yes.
5    Q    And is there anything of the
6 sort of what you're describing produced by ASOG
7 in this case?
8        MR. GREIM:  Hold on, hold on.
9    Actually Eastern Profit subpoenaed ASOG,
10    Strategic Vision subpoenaed the person
11    named in ASOG's response to your client.
12    Q    Okay, so Strategic Vision
13 subpoenaed Adam Kraft?
14        MR. GREIM:  That's right.
15    Q    Is that your understanding?
16    A    I stand corrected from my
17 previous statement.  Yes, that is my
18 understanding.
19    Q    And did Mr. Kraft produce any
20 documents in response to the subpoena, to your
21 knowledge?
22    A    I don't know.
23        MR. GREIM:  I will take this one
24    just to be clear; he did not.
25        MS. CLINE:  Let's mark this one

Page 105

MICHAEL WALLER

2    as the next up, please.
3        (The above described document was
4        marked Exhibit SV 105 for identification
5        as of this date.)
6    Q    Have you seen Exhibit number 105
7 before?
8    A    Yes.
9    Q    What is it?
10    A    This is an invoice from Allied
11 Special Operations Group, ASOG, from March 2018
12 for the work that we just discussed.
13    Q    Originally they were set to
14 invoice Strategic Vision over $100,000,
15 correct?
16    A    Correct.
17    Q    And then ultimately they only
18 invoiced Strategic Vision $5,400,
19 approximately?
20    A    Yes.
21    Q    You see on the page 2 of the
22 invoice there is an asterisk at the top next to
23 the words termination credit, do you see that?
24    A    Yes.
25    Q    It says see note below?

27 (Pages 102 - 105)

Page 106

MICHAEL WALLER

1
2    A    Yes.
3    Q    Then at the bottom -- well, the
4 last text on the page there is a bullet that
5 says "termination credit," do you see that?
6    A    Yes.
7    Q    It says, "Client advised all
8 targets are RP by NCS."
9        Do you see that?
10   A    Yes.
11   Q    What does that mean?
12   A    This was the reason why they,
13 ASOG, did not provide us physical copies of the
14 data, because of questions of legality.
15        The targets that Mrs. Wang gave
16 us on behalf of Mr. Guo were -- which we
17 provided to ASOG, were designated as RP or
18 records protected.
19        And what ASOG told us is that RP
20 stands for -- as a designation for foreign
21 nationals whose files are protected by federal
22 authorities either because they are subject of
23 national security investigation,
24 counterterrorism investigation, criminal
25 investigation, or they may be subject to it, or

Page 107

MICHAEL WALLER

1
2 conversely they may be collaborating with U.S.
3 authorities.
4        So they want to keep those
5 records private so that nobody finds out about
6 any of this until the government deems
7 necessary.
8        It was because of ASOG
9 discovering this RP designation that it was
10 unable to provide us with the data that it
11 provided.
12   Q    And do you know, did they tell
13 you what NCS means?
14   A    If I recall correctly it's
15 National Counterterrorism Service but I am not
16 sure.
17   Q    Did they provide a statutory
18 site about this restricted persons concept?
19   A    No.
20   Q    Had you ever heard it before?
21   A    No.
22   Q    The next line says, "ASOG
23 requests explanation by client.  No explanation
24 provided."
25        Do you see that?

Page 108

MICHAEL WALLER

1
2    A    Yes.
3    Q    Do you know what that means?
4    A    Yes.
5    Q    Can you explain it?
6    A    Yes.  They wanted to know who we
7 were seeking this information for, and we
8 wouldn't tell them in order to protect our
9 agreement with Mr. Guo, and they immediately
10 suspected that it was Mr. Guo because of how
11 those names could be found open source linked
12 to his.
13        And we wouldn't acknowledge that
14 either, and then they suspected that this may
15 be a China's foreign counterintelligence
16 operation and that we were being used for those
17 purposes to assist the Chinese Secret Service
18 in finding information on that selective list
19 of people, meaning what did the U.S. Government
20 know or what was the status of the U.S.
21 criminal investigation of them.
22   Q    Can you just describe what you
23 mean by open source linked?
24   A    So, you go through social media
25 or any online media that's open source and you

Page 109

MICHAEL WALLER

1
2 collect that on a very large scale, aggregate
3 it, then do your link analysis to find out what
4 some of the common names are.
5        And Guo had apparently denounced
6 a lot of these people in his videos or in his
7 public statements, and they -- leading these
8 analysts here immediately to assume that our
9 client was Guo.
10   Q    Does open source mean public?
11   A    Yes.
12   Q    How did ASOG deliver this
13 invoice that's Exhibit 105 to Strategic Vision?
14   A    I don't remember if it was by
15 hand or by e-mail, but -- I know it was by
16 e-mail, but I don't know if it was both.
17   Q    The documents that they showed
18 you, that was in Texas?
19   A    Yes.
20   Q    And who was present for that
21 meeting?
22   A    That was Adam Kraft who was the
23 CEO, that was the CFO, Russ, last name began
24 with R, I will remember it, and then the COO I
25 will recall his name, it's -- if I see their

28 (Pages 106 - 109)

Page 110

1               MICHAEL WALLER
2  website I can tell you who the names were.
3          And then there were three
4  analysts who I only knew by their first names.
5      Q      Was anyone there on behalf of
6  Strategic Vision other than yourself?
7      A      Yes, French Wallop was there.
8      Q      Was anyone else present other
9  than the three individuals you described?
10     A      No.
11     Q      And, I'm sorry, you may have
12 said this and I just didn't remember, where in
13 Texas was the meeting?
14     A      Addison, Texas, it was right
15 outside Dallas.
16     Q      At their offices?
17     A      Yes.
18     Q      Other than that -- so that
19 information never ended up on a USB drive that
20 was in your possession, correct?
21     A      No.
22     Q      And it certainly never made its
23 way to Eastern Profit, correct?
24     A      Correct.  We got into a big
25 argument with them about it, saying we were

Page 111

1               MICHAEL WALLER
2  ready to pay for it, she should have told us
3  this ahead of time, and this was causing
4  problems for us and for the client, and they
5  said this, if we give it to you, it's going to
6  break federal law, so no.
7          That's when we went back to
8  Mr. Guo for guidance through Lianchao Han about
9  what to do next.
10     Q      When you say we and they,
11 meaning Strategic Vision got into an argument
12 with ASOG?
13     A      Correct.
14     Q      So, other than the stack of hard
15 copy papers that you described that you saw but
16 didn't receive from ASOG, did Strategic Vision
17 compile any other tracking research consistent
18 with paragraph B on page 2 of the agreement?
19     A      No, that was our first crack at
20 the tracking research.
21     Q      And then -- just bear with me.
22     A      I might also add that it was a
23 problem on the legality side because while
24 Lianchao Han was scrupulous about obeying U.S.
25 law, Yvette Wang was not, and she even once

Page 112

1               MICHAEL WALLER
2  said I don't care if it's legal, just get it.
3          MS. CLINE:  Move to strike.
4      A      That is a completion of my
5  answer.  I ask that my comments be retained for
6  the record.
7      Q      If you drop down to paragraph C
8  on page 2 of the agreement, social media
9  research, do you see that subtitle?
10     A      Yes.
11     Q      It goes on to say, "Shall
12 consist of in-depth and detailed reports on the
13 social media usage and networks of specified
14 subjects and public figures."
15          Do you see that?
16     A      Yes.
17     Q      Did Strategic Vision ever
18 provide a deliverable that meets that
19 description?
20     A      Yes.
21     Q      Tell me about that.
22     A      It first obviously is to
23 research anything or anyone you need to do
24 basic research on it, so Team 1 did its own
25 initial research through open source or public

Page 113

1               MICHAEL WALLER
2  social media on certain of the targets on that
3  15 person list.
4          That was their own basic work.
5  So the only report, in quotes, that we provided
6  as a deliverable was showing how the research
7  team was setting up its methodology to collect
8  this data, but we did not -- that was the
9  extent of the report, it was just an initial
10 status report after the first week.
11     Q      Okay.
12     A      Or two.
13     Q      So there was a report on
14 methodology, correct?
15     A      Yes, but keep in mind our
16 reports were not supposed to be analytical,
17 they were supposed to be simply raw data.
18          But we wanted to demonstrate to
19 the client the methodology that was being used
20 so that the client would understand how the
21 work was being done.
22     Q      Okay, but was there a
23 deliverable provided that detailed the social
24 media usage and networks of the subjects?
25     A      No, only the methodology

29 (Pages 110 - 113)

Page 114

1              MICHAEL WALLER
2 deliverable that I just mentioned.
3      Q     Just to close the loop, that
4 methodology report was delivered how and when
5 and to whom?
6      A     It was delivered to Yvette Wang
7 by USB port and I was told, "This is all shit,
8 it's worthless.  Don't bother with this."
9      Q     And was this the delivery on
10 January of 26th?
11      A     It was said on two occasion.
12      Q     The delivery of the methodology
13 report with respect to social media research,
14 when was that made?
15      A     It was either January 26th, I
16 think it was -- I think it was January 26th.
17      Q     Was there more than one report
18 on social media methodology?
19      A     No, but I don't remember if it
20 was on -- if it was delivered on that day or at
21 a nearby day, I just want to be careful about
22 the date.
23      Q     And, in total, how many USB
24 drives did Strategic Vision deliver to Eastern
25 Profit?

Page 115

1              MICHAEL WALLER
2      A     Either two or three to Yvette
3 Wang.  I think it was two, but it might have
4 been three.
5      Q     So, one would be the social
6 media research methodology report you just
7 mentioned, correct?
8      A     Yes.
9      Q     And what was the nature of the
10 other USB deliverable?
11      A     It was raw code.
12      Q     When was that delivery made?
13      A     On or about the 30th of January
14 2018.
15      Q     And did the raw code relate
16 to --
17          MS. CLINE:  Sorry, let me strike
18      that.
19      Q     Turn back to page 1 of the
20 contract, if you would.
21          You see that there are the three
22 indented bullets, financial, forensic
23 historical research, current tracking research
24 and social media research; do you see that?
25      A     Yes.

Page 116

1              MICHAEL WALLER
2      Q     And the second USB that was all
3 code, does that relate to any of those three
4 subject matter areas?
5      A     It related to all three.
6          Let me say it potentially
7 related to all three.
8      Q     What do you mean by potentially?
9      A     It was still encrypted code and
10 Ms. Wang and Mr. Guo were insistent that we
11 deliver it regardless.
12          I said it hasn't been decrypted
13 yet, and they essentially said we don't care,
14 we want it anyway.
15          We said it won't be of any use
16 to you until it's decrypted.  So I went and
17 retrieved it anyway for them.
18      Q     I am just going to show you a
19 document, I'm not going to mark it yet because
20 I think I know what the answer to this question
21 is going to be.
22          Do you see this document, it has
23 a color code key at the top of it?
24      A     Yes.
25      Q     What's the Bates label on the

Page 117

1              MICHAEL WALLER
2 bottom of the page?
3      A     SVUS 001939.
4      Q     That's Ms. Wallop's document, is
5 that correct?
6      A     Yes.
7      Q     You are not here to testify
8 about that?
9      A     Correct.
10      Q     So turn back, if you would, to
11 the Strategic Vision's counterclaim.
12          And specifically page 31
13 paragraph 36?
14      A     Yes.
15      Q     All right, let's start with the
16 first sentence, says, "Strategic Vision's team
17 working in other countries also found troubling
18 breaches of security by Eastern Profit and Guo
19 that frustrated and prevented Strategic
20 Vision's performance."
21          Do you see that?
22      A     Yes.
23      Q     Which team is Strategic Vision
24 referring to there?
25      A     Team 1.

30 (Pages 114 - 117)

Page 122

1              MICHAEL WALLER
2      A      These are my handwritten notes,
3  the first page was from the first time we met
4  Guo when I did not use a notebook, most if not
5  all of the remainder were from my notebooks.
6      Q      Just meaning page 1 was sort of
7  a looseleaf?
8      A      Yes, it was the back of a page
9  of something else.
10     Q      Okay, and then the rest of
11  Exhibit 106 is a bound notebook?
12     A      Yes, I believe they were from
13  two notebooks.
14           No, this is just one.
15     Q      What is your note taking
16  practice, generally speaking?
17     A      In some meetings I don't take
18  notes at all, because people won't be as open
19  or they don't want them taken, or you just want
20  to keep things confidential.
21           In these types of meetings I
22  take notes which is a combination of what's
23  being said, what -- so it's not quite minutes,
24  but it's virtually minutes of the meeting, to
25  memorialize what was said at the meeting.

Page 123

1              MICHAEL WALLER
2           It also has brainstorming in
3  there and then own ideas that I develop or
4  notes that I make to myself about later
5  follow-up.
6           So it's -- you won't see a
7  consistent method to all the notes.
8      Q      So I think you referred a moment
9  ago to notes that you took when you're meeting
10  with Team 1, is that correct?
11     A      The Team 1 leader.
12           No, no, I said it's reflected in
13  my notes what Team 1 had said, but I didn't
14  take notes.  I don't recall that I took notes
15  with Team 1 leader.
16           We will probably explore that as
17  you question me.
18     Q      And I'll ask you to do a little
19  work here, could you find the notes to which
20  you were just referring in this packet?
21     A      Okay, there is another set of
22  notes that I provided in discovery that I don't
23  see here, so if -- there is an off chance it
24  could be in there.
25           Okay.  Page 1788, it's

Page 124

1              MICHAEL WALLER
2  underlined follow-up 1/25.
3           This is notes from a meeting
4  with team leader one, Team 1 leader and about a
5  little below, halfway down the capital letter
6  says security flaws.
7           So we were told Guo and Yvette
8  Wang both said these slides were extremely
9  secret, never to reveal anything.
10           Team 1 found the exact slide of
11  number one already online on something that
12  Guo's network of people had already posted in
13  public.
14     Q      So just when you say the exact
15  slide of number 1, you are referring to one
16  page in a hard copy document that Eastern
17  Profit provided to Strategic Vision?
18     A      In a -- one page in an
19  electronic document that Eastern Profit
20  provided to Strategic Vision.
21     Q      Okay.
22     A      Okay, that was slide number one.
23           "Information on number 2 on the
24  confidential slide was found on the same
25  website as they found information on number 1."

Page 125

1              MICHAEL WALLER
2           So there was a breach somewhere
3  there.
4           And then it says "Team," meaning
5  Team 1, "knows that others are doing searches."
6  This was searches on the exact same people at
7  the exact same time.
8           He said, "Big risk of getting
9  caught," which means the team felt that even
10  though they had taken all the measures they
11  had, this was going to compromise them.
12           "Team hesitated because they
13  found other" word illegible "into e-mails and
14  accounts and they feared getting caught
15  therefore need more security or risk lock down.
16           "And we can screw it up for the
17  other team," meaning another team that we would
18  either hire or Guo had said he had three or
19  four other teams, so we told them to be
20  cautious because we didn't want Team 1 to be
21  compromising anything that Guo might have had
22  with any other teams that he might have hired.
23           He never told us if he actually
24  did hire them.
25           So the same slide, "raises

32 (Pages 122 - 125)

Page 126

1            MICHAEL WALLER
2  alarms," so after "they", Team 1, "came to us
3  for guidance," and we go to M, which is Miles
4  Kwok or Wengui, "for guidance to provide it
5  back," so they were requesting guidance on
6  that.
7      Q    I was confused by your
8  testimony, did Mr. Guo ever represent to
9  Strategic Vision that he had hired other teams
10 to do similar research?
11     A    He said he had in the past, but
12 he said he had three or four other teams,
13 meaning at his disposal, but he didn't say one
14 way or another whether he had hired them at the
15 same time.
16     Q    So the only basis for the
17 allegation that there were other teams actively
18 researching the same targets is what you
19 learned from Team 1, isn't that correct?
20     A    Yes, so these were the people
21 actually doing the work, and they found someone
22 else out there is searching in the same
23 territory we were and we fear a security
24 breach.
25          I believe I have other notes on

Page 127

1            MICHAEL WALLER
2  the other notebook which is not in this
3  exhibit.
4      Q    While we are on that page, there
5  is, sort of talking about page 1788, there is a
6  list of cities sort of on the right margin,
7  what do those represent?
8      A    Those are the codes where we
9  would say let's meet at a certain place,
10 because Mr. Guo insisted that all of the
11 exchanges of information be done in person by
12 USB drive and not online.
13          So, I would send a text, see you
14 at 17, with I would mean see you in Zurich, so
15 that was our code key.
16     Q    But this particular conversation
17 that was on January 25th was it -- was by
18 phone?
19     A    No, it was in person.
20     Q    You see right under your
21 follow-up 1/25 there is an asterisk, do you see
22 that?
23     A    Um-hum.
24     Q    It says, "Called for a status
25 report on all 30 pieces?"

Page 128

1            MICHAEL WALLER
2      A    Yes.
3      Q    What does called mean?
4      A    That means the client had called
5  for a status report.  It doesn't mean telephone
6  call.
7      Q    So meaning Eastern Profit had
8  called you?
9      A    No, Mr. Guo had contacted us
10 through Yvette Wang.
11     Q    Called for, meaning requested?
12     A    Yes.  Ms. Wang contacted us to
13 get the latest status report.
14     Q    And what do you mean by all 30
15 pieces?
16     A    I would presume that meant a
17 reference to the fish.  So it's 30 in the
18 contract.
19     Q    Please turn to the next page, if
20 you would.
21     A    By the way, right below that it
22 says, "We can't do a hard start each month."
23          That referred to the -- what
24 amounted to tortious interference of stopping
25 Team 1 by having the leader travel abroad and

Page 129

1            MICHAEL WALLER
2  then having me travel abroad to meet every few
3  days to exchange whatever partial data that
4  they were able to recover.
5          So this was impeding their
6  efforts.
7      Q    So what were the terms of the
8  contract between you and Team 1?
9      A    Strategic Vision and Team 1?
10     Q    Sorry, Strategic Vision and Team
11 1.
12     A    That the contract was to do the
13 deep dive research on -- for the first month on
14 all 15 of the -- all the main 15 names listed
15 on that 89 page document  and then from that
16 point on ten more names or ten names every
17 month, not 15.
18     Q    But what did the -- we saw an
19 invoice for $200,000 earlier, do you recall
20 that?
21     A    Yes.
22     Q    And what was supposed to have
23 been accomplished for that $200,000?
24     A    So that was the setup for the --
25 because we did not have, nor did we ever

33 (Pages 126 - 129)

Page 142

MICHAEL WALLER

1
2    Q    And then drop down to the next
3 sentence, it says, "The MSS has a role not only
4 in repressing domestic political dissent, but
5 also in monitoring and suppressing activities
6 overseas that are deemed to be subversive of
7 the Chinese Communist Party."
8         Do you see that?
9    A    Yes.
10   Q    What is the basis of Strategic
11 Vision's allegations there?
12   A    That is from that same previous
13 source that I just told you, Guo telling Gertz,
14 but it's also through my own work.
15        I got my doctorate in studying
16 communist secret police systems and studied the
17 Soviet system, of which the Chinese system is a
18 Sinofide copy, so I understand through my own
19 professional work on how precisely how these
20 systems work and also how fortunes are made by
21 people who get under the wing of certain of
22 their officials.
23        The MSS learned a lot from the
24 KGB.
25   Q    Drop down to paragraph 54, first

Page 143

MICHAEL WALLER

1
2 sentence, "On information and belief 'Guo was a
3 long time employee of Vice Minister Ma Jian.'"
4         Do you see that?
5    A    Yes.
6    Q    First of all, do you know why
7 Strategic Vision has that part of that sentence
8 in quotes there?
9    A    If it was in quotes it would
10 have been quoted from a public source.
11   Q    Do you know what the public
12 source is you are relying on there?
13   A    Probably the footnote was pulled
14 out, but I am surmising that it's also from
15 that same July 2017 Gertz article based on the
16 Guo interview.
17   Q    Okay, next sentence, "On
18 information and belief, Guo paid MSS officials
19 and bought surveillance equipment for the MSS
20 in exchange for favors."
21        What is Strategic Vision's basis
22 for that allegation?
23   A    Guo told that to Bill Gertz in
24 some of Gertz's writings and he told me
25 personally on November 21st, 2017.

Page 144

MICHAEL WALLER

1
2    Q    Guo told you personally?
3    A    Yes, because I was interested
4 in -- I had commented to him how I had worked
5 on the Soviet side of things and saw how Soviet
6 entrepreneurs made their money through the KGB,
7 and he said yeah, he said -- and then he
8 described how he built the Penghzhou Plaza
9 Hotel and how he blackmailed the vice mayor
10 of -- or extorted the vice mayor of Beijing by
11 having surreptitious sex videos made of him in
12 order to advance a property acquisition that
13 Guo had wanted or to recover property that the
14 Party had taken away from him.
15   Q    Just move to the last sentence
16 of paragraph 54, "Guo was able to use his
17 connection with Ma and the MSS against Guo's
18 business arrivals in Cline?"
19   A    Yes.
20   Q    "While the MSS was able to use
21 Guo's business empire against its own targets
22 in China?"
23   A    Yes.
24   Q    Same question, what's the basis
25 for that allegation.

Page 145

MICHAEL WALLER

1
2    A    Same answer, Guo told Bill Gertz
3 who reported on it and Guo told me in at least
4 two discussions and then it was out there in
5 other open source journalistic accounts.
6    Q    So, did you have nonpublic
7 conversations with Mr. Gertz regarding Mr. Guo?
8    A    Only in the beginning when he
9 arranged for us to -- arranged for Strategic
10 Vision to do work for Mr. Guo.
11   Q    Okay, did any of your
12 conversations, private conversations with
13 Mr. Gertz form the basis for the allegations in
14 Strategic Vision's counterclaim?
15   A    No.
16        Bill Gertz and I both understand
17 that a lot of people can do really terrible
18 things, and then they see the light and then
19 they convert to the right cause.
20        As a dissident, for example, as
21 an opponent of the Communist Party, and you can
22 forgive the guy and work with the guy because
23 now you have a similar cause.
24        So he's using his contacts and
25 methodology against the Chinese regime, so we

37 (Pages 142 - 145)

Page 186

```
1
        C E R T I F I C A T E
2
        I, the undersigned, a Certified
3    Shorthand Reporter of the State of New
     York, do hereby certify:
4        That the foregoing proceedings were
     taken before me at the time and place
5    herein set forth; that any witnesses in
     the foregoing proceedings, prior to
6    testifying, were duly sworn; that a record
     of the proceedings was made by me using
7    machine shorthand which was thereafter
     transcribed under my direction;
8        That the foregoing transcript is a
     true record of the testimony given.
9        Further, that if the foregoing
     pertains to the original transcript of a
10   deposition in a federal case before
     completion of the proceedings, review of
11   the transcript [x ] was [ ] was not
     requested.
12
         I further certify I am neither
13   financially interested in the action nor a
     relative or employee of any attorney or
14   party to this action.
         IN WITNESS WHEREOF, I have this
15   date subscribed my name.
16       Dated: 12/4/19
17
18
19
20
21
         Stephen J. Moore
22       RPR, CRR
23
24
25
```

Page 187

```
1
2        DECLARATION UNDER PENALTY OF PERJURY
3            Case Name: EASTERN v. STRATEGIC
4            Date of Deposition: November 19,
5        2019
6
7            I, MICHAEL WALLER, hereby certify
8            Under penalty of perjury under the
9        laws of the State of New York that the
10       foregoing is true and correct.
11           Executed this _____ day of
12       _____, 2019, at
13           _____.
14
15
16       _____
17
18           MICHAEL WALLER
19
20
21
22
23
24
25
```

Page 188

```
1
2        DEPOSITION ERRATA SHEET
3        Case Name: EASTERN v. STRATEGIC.
4        Name of Witness: MICHAEL WALLER
5        Date of Deposition: November 19,
6        2019
7        Reason Codes:  1. To clarify the
8        record.
9        2. To conform to the facts.
10       3. To correct transcription errors.
11 Page _____ Line _____ Reason _____
   From _____ to _____
12 Page _____ Line _____ Reason _____
   From _____ to _____
13 Page _____ Line _____ Reason _____
   From _____ to _____
14 Page _____ Line _____ Reason _____
   From _____ to _____
15 Page _____ Line _____ Reason _____
   From _____ to _____
16 Page _____ Line _____ Reason _____
   From _____ to _____
17 Page _____ Line _____ Reason
   From _____ to _____
18 Page _____ Line _____ Reason _____
   From _____ to _____
19 Page _____ Line _____ Reason _____
   From _____ to _____
20 Page _____ Line _____ Reason _____
   From _____ to _____
21 Page _____ Line _____ Reason _____
   From _____ to _____
22 Page _____ Line _____ Reason _____
   From _____ to _____
23 Page _____ Line _____ Reason _____
   From _____ to _____
24 Page _____ Line _____ Reason _____
   From _____ to _____
25
```

Page 189

```
1
2        DEPOSITION ERRATA SHEET
3  Page _____ Line _____ Reason _____
   From _____ to _____
4  Page _____ Line _____ Reason _____
   From _____ to _____
5  Page _____ Line _____ Reason _____
   From _____ to _____
6  Page _____ Line _____ Reason _____
   From _____ to _____
7  Page _____ Line _____ Reason _____
   From _____ to _____
8  Page _____ Line _____ Reason _____
   From _____ to _____
9  Page _____ Line _____ Reason _____
   From _____ to _____
10 Page _____ Line _____ Reason _____
   From _____ to _____
11 Page _____ Line _____ Reason _____
   From _____ to _____
12 Page _____ Line _____ Reason _____
   From _____ to _____
13 Page _____ Line _____ Reason _____
   From _____ to _____
14 Page _____ Line _____ Reason _____
   From _____ to _____
15 Page _____ Line _____ Reason _____
   From _____ to _____
16 Page _____ Line _____ Reason _____
   From _____ to _____
17       _____ Subject to the above
18    changes, I certify that the transcript is
19    true and correct
20       _____ No changes have been
21    made. I certify that the transcript  is
22    true and correct.
23
24    _____
25       MICHAEL WALLER
```

48 (Pages 186 - 189)