# Exhibit BBBB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**EASTERN PROFIT CORPORATION LIMITED,**

       **Plaintiff/Counterclaim Defendant,**

       **v.**

                     **Case No. 18-cv-2185**

**STRATEGIC VISION US, LLC,**

       **Defendant/Counterclaim Plaintiff.**

-----------------------------------------------------------------------------------------------------

## <u>DECLARATION OF JESSICA JU</u>

I, Jessica Ju, state and declare the following information that is within my personal knowledge and that I would testify to, on my oath, if asked to do so in a court of law.

      1.     I am competent to provide the information in this Statement, and I can and would testify to these matters in Court. I am over 21 years of age.

      2.     I am a citizen of the United States. I reside in New York, New York.

      3.     I am a professional linguist qualified the United States federal courts and certified by the New York State Court. I am fluent in writing, speaking, and interpreting Mandarin-Chinese, which is my first language, in both its simplified and traditional forms and I am fluent in writing, speaking, and interpreting English. My interpreter ID with the New York State court is documented as No. 1100099404 and I hold a security clearance through my association with the court system.

      4.     For the last ten years, I have performed translations and interpretations in areas such as law, finance, cyber technology, rock engineering, military technology, and I have translated matters for the United States government.

      5.     Since 2014, I have been employed as a linguist by the United States District Court for the Southern District of New York, and my name is included on a list that the

Court publishes of certified linguists at the New York State Court.  My work at the Court involves interpreting testimony and other matters in civil and criminal proceedings, including those brought by the United States Department of Justice and the United States Attorney's Office.  During this time, I also have held a linguist certification from the New York State Court and have provided linguist services in civil and criminal proceedings there.

6.      Since 2008, I also have performed free-lance work providing translation and proofreading services on an as-needed basis for private institutions and corporate entities, including Fortune 500 companies, educational universities, the United Nations, and individuals.

7.      I am a voting member of the Americans Translators Association.

8.      My educational background includes a Bachelor of Science degree that I received in May 2006 from Washington University in St. Louis, Missouri in business administration with a double major in international business and finance.

9.      In connection with the above-referenced legal matter, I have been asked by the law firm of Graves Garrett LLC (the "Law Firm") to provide interpretations and translations of certain materials in which Mandarin-Chinese was spoken.  I agreed to perform the work for an hourly rate of $60.00, which is my standard hourly rate.  Other than this project, I have not worked for the Law Firm or had any interaction with attorneys or representatives there.

10.      I was asked by the Law Firm to translate several materials, including audio presentations located on the YouTube and Twitter platforms, for the purpose of interpreting them into written Chinese and then transcribing the written Chinese translation into English.

11.      The first that I will discuss here was provided to me by the Law Firm through an electronic mail communication from the Law Firm to my personal email account,

2

jessicaju@gmail.com and it referenced material at

https://www.youtube.com/watch?v=uSepwSBhOwA, material that is related to the date of Sept

6, 2017. I accessed the material through the Internet accessed through my personal computer

and my translation of the material is attached as Ex. A hereto. The referenced link was

immediately accessible and of a high quality, and I was able to hear and/or read the content of

the link in its entirety.

12.    Using the start-stop function associated with the links to the material, I

transcribed the spoken words into written Chinese and then translated the written Chinese into

written English. I was able to identify the speak either through written context indicated on the

material or by audibly hearing the speaker identify himself or herself.

13.    As I reviewed the materials, I contemporaneously prepared a chart of my

work. Its columns included "Time Stamp," "Speaker," "Original Content (Chinese)," and

"Translation." These are shown in Ex. A. I prepared contents for each column in English except

for the column "Original Content (Chinese)," in which I wrote the Chinese language equivalent

of the information that was being spoken. Ex. A is a true, correct, and genuine copy of my work

product relating to the material. Ex. A is an accurate reflection of the transcription I made of the

material into Chinese and then the translation from the Chinese into English. I finished my work

on this project on or about November 4, 2019, as shown on Ex. B, the attached electronic mail

communication of that date.

14.    Ex. C hereto is a translation of material relating to the Hong Kong

Chongqing Friendship Federation (Limited). The reference link for Ex. C (and several other of

my projects) was provided by the Law Firm to me in the same manner that I received Ex. A—

through an electronic mail communication, this time dated November 20, 2019 and attached here

3

as Ex. H.  I accessed and translated these materials in the same manner as I did Ex. A except that they were Internet-based materials and did not contain audio material.  Preparing a chart was not necessary for these exhibits because of the type of content and a true, correct, and genuine copy of my work product relating to this material is shown on Exs. C-G.  Exc. C-G are accurate reflections of the transcriptions I made of the material into Chinese and then the translation from the Chinese into English.

15.     The materials attached hereto as Exhibits C to G represent my translations of materials at the request of the Law Firm.  The links to all such Exhibits were provided to me by the Law Firm through my personal electronic mail and I accessed the links through the Internet on my personal computer just as I had accessed Exhibit A.  Preparing a chart was not necessary for these Exhibits because of the type of content and a true, correct, and genuine copy of my work product relating to these materials is shown on their respective Exhibit letters.  The links provided by the Law Firm were accurate and specific, and they allowed me to locate the materials shown in Exhibits C to G.  These Exhibits are an accurate reflection of the transcription I made of the materials into Chinese and then the translation from the Chinese into English.

Jessica Ju

Dated April _6__, 2020

At New York, New York

4

# EX. A



| Video: | https://www.youtube.com/watch?v=uSepwSBhOwA on Sept 6, 2017 (Host Chen Xiaoping: H; Wang Yanping: W) | | |
|---|---|---|---|
| Time Stamp | Speaker | Original Content (Chinese) | Translation |
| 0:0:00 | Host: | ..按照我们预报的时间，播放出来。我呢非常抱歉，尽管我们的技术团队准备了一些，我们还是会遇到新的情况。原定10点钟的节目我们推迟了40分钟。非常跟我们的观众朋友们的推文，说一声对不起。终于我们跌跌撞撞又爬出来了。把这个节目做出来。这个采访是人们一个非常关注的问题。源于郭文贵先生前两天报平安中的大嘴巴，说何先生去他那儿查户口。要求证，王雁平这个人，最后呢她就变成了一个追问的一个对象。我们知道如果何平先生出来说我见过王雁平，那么就会说你怎么没有跟她拍个照啊，你怎么好得也要一些新的要求，商量那么做一个采访王雁平的一个视频，看可不可以，跟郭文贵先生商量。郭文贵先生他自己已经冲了出来了，但是对他的员工，站出来，接受采访，他还是有考虑。但是经过再三的考虑，他松了口说了你可以去采访他，但是要征求王雁平女士的意见。王雁平确确实实这一段不容易。风口浪尖，从一个默默无闻，某后工作的郭文贵团队的工作人员，就被莫名其妙的推到了风口浪尖。成了一个名人，各色冒充她的推特，冲出不尽，尤其是冒充的王雁平呢，不断得以她的名义，发表各种跟郭文贵先生有关的，以及跟郭文贵先生媒体有关的各种各样的消息，那么这些事情究竟是真是假，我们一直想去探究一个明白，还原事实的真相。所以我们希望王雁平女士等可以理解我们的心情，能够站出来，当然，最终取决于王雁平女士她自己的决定。她能不能站出来，她有很多很多样的考虑。就是对自己亲人的考虑。但是呢，最后的决定，她决定站出来接受我们的采访。所以我们今天团队到位之后，最终也不知道她会不会接受我们的采访。但我们最终希望会有这样一个采访。最终王雁平女士答应了我们的采访。这就是今天这个采访的来历，这个采访是在郭文贵先生的游艇上面做的，这也是为了强调他的权威性，她今天除了没有亮她的工作证以外，她基本上该表示的都表示了。谈到了很多的问题。 | ..broadcast at the time we promised. I am very sorry, because although our technical team has prepared some, we will still encounter new problems. The scheduled 10 o'clock program was delayed by 40 minutes. I'm very sorry to our audience, our friends. Finally, we were able to come out of the mess and make this show happen. This interview discusses a very important issue for people. It was from the mouth of Mr. Guo Wengui who confirmed his safety two days ago. He said that Mr. He went to his place to check his account. After asking for the verification, and Wang Yanping, eventually she became an object of questioning. We know that if Mr. He Ping came out and said that he had seen Wang Yanping, then there'd be questions about why he didn't take a photo with her. How can you not have some new requirements? Let's talk about a video interview with Wang Yanping. Can you see if you can do it? I discussed with Mr. Guo Wengui. Mr. Guo Wengui himself has already become involved in the situation, but he still has reservations about his staff, standing up and being interviewed. However, after repeated considerations, he reduced his objections and said that you can interview Guo, but you should seek the advice of Ms. Wang Yanping. It is not easy for Wang Yanping to confirm this interview. The quiet staff member of the Guo Wengui team who worked before this situation was inexplicably pushed into the limelight. She became a celebrity, and many people were pretending to be her on Twitter. They were posting all the time, especially the ones pretending to be Wang Yanping. People were constantly speaking on her behalf, and they published various kinds of material related to Mr. Guo Wengui, and various kinds of media related to Mr. Guo Wengui. Whether these things are true or false, we have always wanted to investigate and understand the truth and publish the facts. Therefore, we hope that Ms. Wang Yanping will understand our feelings and be able to come forward. Of course, it would ultimately depend on Ms. Wang Yanping's own decision. She had a lot to consider in deciding that she can come forward.. One thing is the consideration for her loved ones. However, in the end she decided to stand up and accept our interview. Even after we got the team in place today, we still were not sure if she would go through with the interview. But we hoped that the interview would take place. In the end, Ms. Wang Yanping agreed to our interview. This is the origin of this interview today. In this interview, we are discussing Guo Wengui's yacht. This is to emphasize his importance. Other than the fact she |

SVUS002386

| | | |
|---|---|---|
| Wang: | 我刚刚看完这一条，我还没看过这一条呢，这个眼镜是，有没有觉得，什么。这是那个什么，我不化妆没事，我不化妆脸很白。 | did not show us her work permit, she basically said whatever she needed to say. We talked about a lot of questions. I just finished reading this one, and I never saw that one before. These glasses…Do you feel that? The thing is, when I don't wear makeup… it's fine, when I don't put make up on my face is very pale. |
| H | 跟我一样，我从来不化妆。我们两很多地方一样。 | Like me, I never wear make up. We are very similar. |
| W | **谢谢。** | Thank you. |
| H | 好啦。王雁平您好。 | Okay. Hello Wang Yanping. |
| W | 呵呵。小平先生您好。 | Ha ha. Hello, Mr. Xiaoping. |
| H | 我都没想到啊。坐在我面前的。就是王雁平。当你戴着墨镜。从那边走过来的时候。我还说，这是谁啊，过来了我才说，原来是你啊。真的让我很惊讶。我们聊天的时候你说你不化妆。跟我一样我也不化妆。这正好可以展示我采访的是不是真正的王雁平。等一下大家评估今天我们采访的是不是王雁平。不化妆有不化妆的好处。他们说这个主持人，挺好的。不用化妆。 | I can't imagine. Sitting in front of me is Wang Yanping. When you wore sunglasses, and walked from over there, I said, "who is this?" When you came over, I saw that it was you. It really surprised me. When we chat, you say that you don't wear makeup. You're like me, I don't wear makeup. This just shows whether I am interviewing the true Wang Yanping. In a minute, when everyone decides if we interviewed Wang Yanping today. There is benefit to not wearing makeup. They said that this host, is very good. No need to makeup. |
| W | 你现在粉丝老多了，小平先生。 | You have many fans now, Mr. Xiaoping. |
| H | 我今天要采访你最主要就是说你为什么老是要在推上黑我？王雁平的推为什么老黑我？黑我们那么多有关单位，有关同事。这个我什么地方跟你结仇了？你得跟我解释一下。 | The main thing I want to ask you about today is to say why you always want to slander me on twitter? Why did Wang Yanping slander me? We have so many other relevant colleagues smearing us. What have I done to offend you? You have to explain it to me. |
| W | 我刚才还跟我同事在那一边开玩笑，我说我今天没有带身证件，我得把我护照啊，身份证啊，户口本上带来，同时展示一下验明正身，我是这一波造假和打假里面唯一一个真身，出来证明的。真的小平先生刚才跟我讲，为什么黑我，冤啊！ | I just joked with my colleague on the side. I said that I didn't bring my ID card today. I have to bring my passport, ID card, account book, and show that I am real. I am the only real one among the fraudulent ones. And the only real person inside the fake, come out to prove. Really Mr. Xiaoping just asked me why I slandered him, but I'm innocent! |
| H | 你说这个咋回事啊，你说我上老郭家每次也没得罪你，我那去那儿以后呢，您给我印象中几乎是一个不在前台的人，每一次就是默默的在后面工作。然后我说我们要什么资料，郭先生，给他得助手 | Say, I didn't offend you every time when I went to the Guo family. After I went there, you gave me the impression that you are usually someone who is not available at the front desk. Every time I visited, you were silently working behind the desk. Then I said what information we wanted, and Mr. Guo would give order to an assistant and say, you give |

SVUS002387

| | | | |
|---|---|---|---|
| | | 说，你给我去准备，是吧？所有的工作你都要按时的交出来。感觉郭先生有些团队，有些成员的效率不怎么样，但是您的效率肯定保证的，所以给我留下来这样一个印象。你为什么郭先生更多的时候让你幕后工作呢？ | me the preparation, alright? All work must be finished on time. I feel that Mr. Guo has many teams, some of which are not very efficient, but I am left with the impression that your efficiency is guaranteed. Why Mr. Guo let you work behind the scenes most of the time? |
| | W | 其实小平先生，不化妆我平时就是这个样子。我要要是化了妆我还敢往这坐吗？即使我平时化妆我今天也不能化妆。因为我只要出来大家会一条一条一个画面去对比，然后声音去一点一点一声一声去对比，到底是不是真王雁平，是不是真王雁平，到底是不是她，是不是她，回到刚才您问我那个问题，怎么讲呢，其实，我想纠正您一点的是，我们整个团队都很棒。 | In fact, Mr. Xiao Ping, normally I don't wear makeup, this is what I'm like. Would I dare to sit here if I have makeup on? Even if I usually wear makeup, I can't do it today. Because if I just come out then everyone will compare the interview scenes one by one, then the voice piece by piece. Is this the true Wang Yanping, is it her? Back to the question you asked, how can I say it? Actually, I want to correct you by saying that our entire team is great. |
| | H | 好好 | Good. |
| | W | 我们所有的团队都很棒。我们这个团队不管是哪一个岗位的，负责什么工作的，大家的执行力和凝聚力，和向心力我相信是这个世界上很少很少的。为什么这个世界上很少很少，你也知道目前我们这个状况，就是包括我同事他们出门可能会被跟，会被拍，所有的手机，所有人的手机，不时会受到各种骚扰的信息，被黑的信息，在这种情况下，大家的执行力和效力还是那么高。就是一个命令下去以后还是可以从上到下，一刹那都去执行做到。我觉得这个是很厉害的。至于说到我自己我其实是一个很低调的人，我也不善于上，我也不愿意上，我就擅长做我自己的事情。做我的事情，做我的工，就你讲的。做得很好做的不好，继续努力。做的很好那就更要继续努力。 | All of our teams are great. No matter which position of our team, what job they do, everyone's execution and cohesiveness, and focus, I believe that this kind of team is rare in this world. Why are there very few in this world? You also know that in our current situation, many of us, including my colleagues, may be followed, and will be photographed with mobile phones. Everyone's mobile phones, from time to time will be subject to various harassment information. In this case, in spite of the situation and slanders, everyone's execution and effectiveness is still so high. A business order that can be executed from the top to the bottom after a command goes on. I think this is very powerful. As for myself, I am actually a very low-key person. I am not good at it. I am not willing to go. I am good at doing my own things. Do my business, do my work, just tell you. It's not good to do well, without working hard. If you are doing well, you should continue to work hard. |
| | H | 不黑我的时候，你们团队效率很高。你告诉他，他也会听到的。我今天怎么告诉你的啊。我们先聊聊家常吧，您啊，我听郭先生在节目里头，数次夸过你，说你受过很好的教育，为他们公司工作啊，您是，怎么个好的教育啊？给我说一下。 | When you are not smearing me, your team is very efficient. You tell him, he will also hear it. How can I tell you today? Let's talk about the family first, you, I listened to Mr. Guo on the show, praised you several times, and said that you have a good education. You work for their company. How did you get a good education? Tell us about it. |

SVUS002388

| | | | |
|---|---|---|---|
| 0:10:00 | W | 我怎么感觉您是要 interview 我的， | I feel you are really going to interview me? |
| | H | 我们媒体喜欢跑镖问题，您说是说，涉及到隐私的，不愿意说的干脆学郭文贵，这个问题就不回答。 | Our media likes the problem of publishing gossip. If the questions involve privacy, you don't want to talk about Guo Wengui. No need to answer the question. |
| | W | 其实这个没有什么不能说的。我在公司工作时间比较长了，郭先生夸我或者说我受到很好的教育，是他对我的一个爱护，因为他对我们真的每一个团队成员非常的鼓励，就是你做得好的话，他会狠狠的去夸你，让你觉得非常 encouraged，然后你觉得更有干劲。涨工资那是必然的。大家会干劲非常足，我本人的话，我不知道您的标准里面，很好的教育是怎么样的， | In fact, there is nothing that can't be said about. I have been working at the company for a long time. Mr. Guo praised me, and said that I was well educated. This is his kindness and caring for me, because he really encourages every team member. That is, if you do well, he will praise you endlessly, and make you feel very encouraged, and then you feel more motivated. Then of course you'd get a raise. Everyone is very motivated. I don't know what your standard is for what a good education looks like. |
| | H | 他夸你当然是气质优雅，教育完美，非常那个什么，所以我意思就好奇，王雁平到底是一个什么样的人，所以今天我采访你我也充满了一肚子好奇，不仅代表推友，观众，郭先生的推友问，我的推友问，包括我自己也好奇，因为我也受过不错的教育，所以我想您的教育怎样，您能稍微介绍一下？你不管它好不好。 | He bragged that you are of course well mannered, with perfect education, so I was curious, what kind of person is Wang Yanping. I am coming into today's interview full of curiosity, and not only on behalf of our friends, the audience, Mr. Guo's twitter followers, my twitter followers, and even I am curious. Because I also had a good education, so I want to know about your education. Can you tell us about it, no matter if it's good or not. |
| | W | 十万个为什么出来了。我简单说一下我自己吧，我在欧洲上学，在欧洲生活，很多年吧，超过15年，类似这样的。基本说我在以法国为中心的在欧洲一直在工作，一直在学习。 | 100,000 questions just came out huh. Let me just talk about myself. I went to school in Europe, and lived in Europe for more than 15 years. Basically, I have been working in Europe and have been studying in France. |
| | H | 所以为郭先生公司工作？ | So you work for Mr. Guo? |
| | W | 基本我大学毕业之后的第一份工作就是在郭先生公司。 | Basically, my first job after graduating from college was at Mr. Guo's company. |
| | H | 然后就没离开过？ | Then you never left? |
| | W | 对，中间有两年多离开。当时是因为是有一些？原因吗，当时一直跟公司保持很好的关系。郭先生对我们员工也一直非常爱护。也会时不时去问候啊怎么样。我把我的？？处理完之后我就回来了。归队了。就这样一个情况。至于我本人的话，您可能会我不知道我怎么该 | Yes, there was a time I left for two years. But for some reason, I had always maintained a good relationship with the company. Mr. Guo has always been very caring towards employees. He would greet you from time to time. After I finished the matter of？？I came back and returned to the team. That was the situation. As for me, you may not know how I should be introduced. If you ask about |

SVUS002389

| | | | |
|---|---|---|---|
| | | 介绍您，介绍我自己，那你要说你专业学什么的，我是学国际关系的，然后是一个很差的国际关系专业的学生。好了。 | what my major was, I studied international relations, and was a very bad international relations major. I was a very bad student in international relations. |
| | H | 你干嘛要说自己差呢？要通过行为来证明。我的感觉是郭先生团队中，您的位子非常重要。能跟郭文贵先生这么近的，做这么重大的一个事情，每一次安排工作，他都交给您，然后就是我跟你联系嘛，我从来没有到，我也从来没问过郭先生，您在公司里头是不是一个非常重要的一个人物。 | Why are you saying that you were a bad student? That can be said only through action. My feeling is that within Mr. Guo's team, your position is very important. You can be so close to Mr. Guo Wengui, doing such important things. Every time he has a job to be done, he would give it to you, and then I would be in contact with you. I have never asked Mr. Guo, whether you are a very important person in the company. |
| | W | 小平先生，您是不是把所有讲王雁平的什么 PR，什么？？上面的假的音频视频都深刻的研究了一遍呢？ | Mr. Xiaoping, did you thoroughly study those twitter PR, ?? and those fake video and audio related to Wang Yanping? |
| | H | 没有。他们的东西我要是研究我会气死。对啊。我只是，我意思说您讲了，他们那些东西，不需要去研究，最终自己把自己给爆炸了，最近不是他们要拍一个大胆的视频，一个很大胆的视频，还退出来，最后被人扒皮抽筋，成这个样子，所以我昨天在推特上说我视频做的偷工减料，不敬业，偷懒，肯定是没好好做这份工作，把假的弄成真的了，人家觉得他们的愚蠢毁了他们的计划，还有这个王雁平，为什么今天请你来，这个跟这个山寨王雁平有很大的一个关系。这个山寨王彦平不断地在网上，以你的名义发东西。黑天下之人，8/18 号出场，以您的口气，当然不那么阳刚，每次黑我以后说小平对不起啦，黑你啦，怪你的老郭，这样黑我，所以您啊，知不知道有这样一个王雁平在黑我，知不知道有这么一个人。 | No. If I research into these things, I will get mad. Correct. I just, I mean to tell you, I don't need to study them, because they will end up screwing up themselves. Recently they were going to make a video, a very bold video. They quit, and they are finally exposed in this way. So I said on Twitter the past two days that I was not dedicated to making the video, and not professional and I was lazy. I definitely didn't do the job well, and made the fake account into a real one. They felt that their stupidity ruined their plans, and this Wang Yanping. The reason why I invited you to come today is largely because of the fake Wang Yanping. This fake Wang Yanping is constantly on the Internet, sending things in your name. It's smearing the world, August 18's news came to the stage, and in your tone of language, of course not as masculine. Every time she smeared me she said sorry to smear you, and blame your old Guo. Did you know that there is such a person? |
| | W | 我刚开始其实真的没有注意过这些，怎么说呢，他们在里面讲的，不管是第三人称，其他人，爆的音频或者视频，或者什么签字，或者 Pica??那个号去爆我自己，我想说的是我真没有那么好也没有那么坏。我就是一个普通的员工，普通的人，有血有肉的人，好多事情，我在郭先生这个团队里面，好像威望比较高类似于这样的。我唯一能解释得就是因为我在公司工作挺多年的，我呢是从公司的原来是北京公司吗，深受公司企业文化的熏陶，然后就是一步一步的跟着郭先生工作到现在。这个团队里面充满 | I didn't really pay attention to this at first. How to say it. What they have been saying, whether it is a third person, others, making and putting out audio or video, or signing, or with the ?? username to pretend it's me and spread gossip about me. I want to say that I am not so good or so bad. I am an ordinary employee, an ordinary person, a flesh and blood person. A lot of things, like am in the team of Mr. Guo, it seems that my position has high prestige. The only way I can explain this is that I have been working at the company for many years. I am from the company's original Beijing location, deeply influenced by the company's corporate culture, and then step by step began to work with Mr. Guo. This team is full of warmth and friendship. You see my colleagues, including my |

SVUS002390

了情谊，你看我的同事，包括我对面和旁边的同事，包括刚才的小女孩，他们都是怎么称呼我，您见到他们你怎么称呼我了？他们叫我姐，这个很简单，我们这个团队里面，大家既有上级和下级的关系，有雇主和雇员的关系，更多的是一种情谊在里边。就是有一种亲情在里边，我觉得就是说，郭先生找我，很多事情来找我可能真的是因为我是最老的一个，呵呵，大家尊称叫我一声姐，然后好多事情都跟我来商量，我觉得这是我的一个荣幸。这是我跟郭先生这么久在他身上学到的东西，是一种财富，我可以这么说。至于我，级别，就说哎呀这个人在公司里面是不是举重若轻，不知道是不是把公司多少钱转到什么地方去了我说，哎，你的脑洞好大啊，能把这些都能想出来，真的不是那个样子的。我就是一个普通的员工。

colleagues around here and the young girl who was here, call me sister. This is very simple. On our team, everyone has the relationship between superiors and subordinates, and the relationship between employers and employees, but there is also a kind of friendship. There is a kind of family within. I think maybe that Mr. Guo asks many things from me because I am the oldest one. Oh, everyone called me a sister, and then comes to me to discuss many things. I think this is an honor for me. This is what I learned from Guo for being so long with him. It is a kind of wealth, I think. As for me, my job class, whether I carry weight in the company, whether I transferred the company's funds somewhere else. I think if someone thinks this way, they're not getting it. It's really not like that. I am an ordinary employee.

**H**

您说你是普通员工，是你的谦虚。在我的眼里，你不是普通员工。在那些黑郭文贵的人中，你也不是普通员工。这是人家黑郭文贵的价值所在。因为如果你是一个普通员工，他就不会黑你。他一定会黑郭文贵身边最核心的人。所以说，黑客的行为，黑郭团队的这些行为，把你瞄准，就是因为你在公司的地位和价值，因为你爆出的料，对不对，才有价值，才是打击郭文贵，团队的和核弹，所以你刚出来后你有一些真的忽悠人了，有一些比较喜欢郭文贵的人都在叹息，说老郭，这个人不错，但是核心团队没搞好，真的有这样一个说法，你就是上当了对不对啊，这就是为什么要搞你，然后从他第一天起啊，他就不断地？？郭先生的各种信息，那么从现在来看，他们显然是黑掉了你的这个手机，设备，各种情况，

You said that you are an ordinary employee, but you're being modest. In my eyes, you are not an ordinary employee. Among those who are smearing Guo Wengui, you are not an ordinary employee. This is the value of smearing you. Because if you are an ordinary employee, they would not be smearing you. These people will definitely be smearing those who are important to Guo Wengui, so the behavior of the hacker, and the behavior of those who are smearing the Guo team, are aiming at you because of your position and value to the company. That's why they use your name to break the news. Then the news becomes valuable, and it's like a nuclear bomb against Guo Wengui and the team.. Some people who like Guo Wengui were sighing, saying that old Guo, this person is good, but the core team is not good. Well done, there is such a saying, and you are fooled, right. That's why they are getting you involved, and then from his first day, he is constantly (getting) Mr. Guo's various information. They obviously hacked your entire mobile phone, equipment, various situations.

**W**

这个怎么说呢，这个不光我一个人啊，我们整个团队，包括我们在香港的同事，纽约这边的不用讲了，包括我本人当然是最重灾区了，我就简单的给您这么说吧，郭先生说 6 个苹果手机，一个三星手机，那是他见到的，我平时使用的设备比较多，不同的业务，苹果也不可能去插几个卡，联系的话分开肯定比较方便，很多时候。然后后地话，这些电子的设备，我的手机啊，就郭先生的手机拍出来的各种黑的那种方式，的手机全部都出现过，就是半夜三点多的时候一个不知名号码的 GMAIL 的 FACETIME 的

This is not only about me. It's about our entire team, including our colleagues in Hong Kong, and needless to say even in New York. I of course am the hardest hit, I will simply tell you this. Mr. Guo said that there are 6 Apple mobile phones and one Samsung mobile phone. That is what he saw. I usually use a lot of equipment, for different businesses, because with iPhone you can't insert a few sim cards. It is more convenient to keep them separate. Then, these electronic devices, my mobile phone, the various things that were used to smear were taken by Mr. Guo's mobile phone, and all sorts of situations with mobile phones have appeared. For example, an unknown number calls at 3 o'clock in the middle of the night. Unknown

SVUS002391

| | | 号，然后拼命给你打电话，打到就是我都没办法关机，我 N 个手机都是这种情况。换过之前 SIGNAL 不能用了，换 NO SIGNAL 就是一秒钟。基本是一到两秒几条信息，然后把整个手机全部黑掉，关了手机，开不了机，包括我的邮箱，包括我的打印机，很恐惧的是，半夜因为有时差，挺晚的，然后打印机在半夜时候就会自己打印，很恐惧知道吗，何先生前天的时候跟我见面，去我其中的 OFFICE，是我们其中一个 STUDIO 吗，他看到我们的办公室，就是他们的办公室，我在半夜加班，记得是临晨三点，就是香港时间下午两三点的时候，打印机就开始自己打印东西，然后就是这种各种稀奇古怪的事情。我的自己私人手机，我跟家人联系是自己的私人手机嘛，我手机里面有我家人的照片，你往前倒去看的时候就会有家人照片会出来。就是各种类似于这样的情况都会有。就是已经是无孔不入，完全是无孔不入。 | Gmail and Facetime numbers called, and called endlessly, to the point I can't shut down the phone. This happened many times. Basically, it is a message of one to two seconds, turning signal on and off, basically several messages come in every couple of seconds, and then the entire phone is black out, and I can't open nor close the phone. Including my email and printer. It is very scary that it is late at night since there is a time difference working. The printer will print something in the middle of the night by itself. It's scary. Mr. He met with me the day before. He went to my office, which is one of our studios. He saw our office, and one of our studios. I was working late night overtime. I remember that it was two or three in the morning here, that is, two or three in the afternoon Hong Kong time, the printer began to print things by itself, and then all kinds of strange things happened. I have my own personal mobile phone, which I contact my family with. I have a photo of my family in my mobile phone. It is all sorts of things like this. It is already pervasive, the have gone everywhere and left no stone untouched. |
| 0:20:00 | H | 很同情你啊 | I feel sympathetic toward you. |
| | W | 我也很通情您啊。您也现在跟我是一样的待遇了。 | I feel the same about you. You are now being treated the same way as me. |
| | H | 真的是，我觉得黑你啊，一个是以你的名义啊，不断地发，黑郭文贵先生，黑天下过路人的推特，推文，也黑你和郭文贵的关系，什么拍拍拍啊，这些东西，很多人信，所以正好你在场，所以我，这个拍拍拍到底怎么，你觉得涉及隐私不回答可以。勇敢面对。 | Really, I don't want to smear you. They're using your name, constantly sending tweets and articles for smearing Mr. Guo Wengui. The thing about the allegations of a sexual relationship between you and Guo Wengui, many people believe this. Since you are here. I want to ask about what's with this sexual relationship. If you think it's too private then you don't need to respond, but we hope you bravely face it. |
| | W | 这个我觉得没有什么涉及隐私的，因为这根本就不是隐私，这完全是编造出来的，就到什么程度呢，就大家可以放一下，郭先生最初北京那边传出来的新闻报道啊，采访一个女孩子抱着胳膊在那里去讲啊什么，他们会不断的去，这些盗国贼啊，就是我们称为盗国贼啊，这些黑人的人，他们会不断的升级，升级到就是郭先生身边只要是一个，女性，他都可以追出这种关系，今天我跟我的那个同事讲了，只要你是女性，只要你是 80 岁，就是从 8 岁到 80 岁之间这个年龄段的女生，你是郭先生团队的女性成员，你都可能有风险会被黑，其实我们女性员工都有这个心理准备。因为 | I don't think there is anything private, because this is not private at all. It is a completely fabricated story. To the extent it's made up, for the latest news from Beijing, there was an interview of a girl and talking, they would keep going. These criminals of the nation, that is, we call them criminals, these people who smear others, they will continue to embellish the story, embellish as long as someone near Mr. Guo is a female, and then such a relationship story can be fabricated. Today I told my colleague, as long as you are a girl, as long as you are not 80 years old... That is, if you're between the age of 8 to 80 years old, and a female member of Mr. Guo's team, then you are at risk of being smeared. In fact, our female employees are psychologically prepared for this. We know why |

SVUS002392

| | | 大家也都知道这是怎么来的，大家也都在这里共同吃饭，共同工作，共同生活，也知道到底怎么一回事，这个事情完全不涉及隐私，因为真的匪夷所思，还找了这么优秀的，声音演员，他黑了我的手机，黑了我家人的，刚一出来把这些什么所谓音频发给我家人，我家人说，到底什么情况，怎么你的声音，怎么做这种事，后来，诶，这不是你的声音啊，你平时不会这么去讲话啊，亲人就会分辨出来，但是对于观众，不了解我们的人来讲，这个简直就是身临其境了，就是。这个本身来讲，对我来讲就是我不觉得这个是隐私，这个根本不存在的事情叫什么隐私。这就是造假。 | this is. Everyone is here to eat together, work together, live together, we know what's going on. This matter does not involve privacy at all, because it is really ridiculous, that they found such excellent voice actor, hacked my cell phone, smeared my family. They sent some audio clips to my family, and my family said "what is going on, and why does this have your voice and can this happen?" But later, they realize "Wait, this is not your voice and you normally don't talk like this." Your loved ones will distinguish it, but for the audience, for those who don't know us, this is realistic. In this case, for me, I don't think this is anything about privacy. This is fraud. |
|---|---|---|---|
| | H | 用老郭的话，从头到尾，造黑造假 | In the words of Lao Guo, from beginning to end, this is fake. |
| | W | 出来以后我们大家都觉得好搞笑，但是确实毕竟是有担心，因为我毕竟是女人，这个东西对我的声誉和对我的伤害也是有的，我有一段时间我也觉得挺，说实话我就觉得匪夷所思，到这种程度，我也觉得心里面挺不舒服的，毕竟谁被这么利用，说都不会舒服。 | After this came out, we all thought it was so funny, but surely we were still worried, because I am a woman after all. This thing has done damage to my reputation and it hurts me. This felt so ridiculous for a while, to be honest. I feel that it's ridiculous it has developed to this extent, and I also felt very uncomfortable. After all, no one would feel comfortable after being smeared like this. |
| | H | 黑成这样。 | Smeared to this point. |
| | W | 对我就给您举个例子，刚一出来这些，他们把这些音频，发给我家人，发给郭先生家人，发给郭太太，郭先生的孩子，这些亲近的人，然后有一次我去我跟郭先生工作，我跟我的同事就走到那边，走到那边的时候，正好看到郭太和他的孩子，下车然后上车，然后还跟我打招呼，然后当时，刚刚爆出来那个啪啦啦的音频，然后打招呼，我心里面特别不乐意的是我被人这样去黑，拿我去伤害别人，我更觉得痛苦的事情，这个就是，他们黑我，伤害了我，同时利用我去伤害我在意的人，比如说我的家人，郭先生的家人，那天我们在楼下碰面以后，我就跟郭太太和同事就上楼去了，当时我在后面，隔了一个红绿灯，我就等那个红绿灯过，就在楼下有很多红绿灯，远远的打了个招呼，然后我就等红绿灯过了我才过去，我才知道郭太太在电梯里头等我很久，那是刚刚啪啦啦音频频爆出来，郭太太就是想跟我见面，想跟我聊一点，她也特别一的感受，她知道我是女孩子嘛，这种被人这 | I will give you an example. At first, they sent the audio to my family, to Mr. Guo's family, to Mrs. Guo, the children of Mr. Guo, these close people around us. Then one time, when I went to work with Mr. Guo, my colleague and I walked over there. We saw Mrs. Guo and her children over at the bus, and they greeted me. That was when the sex-related audio clip was going around. I was particularly unhappy in my heart, because I was being, and in turn this was being used to hurt others. They smeared me, and hurt me, and at the same time hurt the people I care about, such as my family and Mr. Guo's family. After we met that day downstairs, I went upstairs with Mrs. Guo and my colleagues. I was behind them, and I waited for the traffic light. There are a lot of traffic lights. I said hello from far away, and then I waited for the traffic lights to pass and walked over. After I walked over, I found out that Mrs. Guo had been waiting for me in the elevator for a long time. That was just when the sex audio clip came out. Mrs. Guo just wanted to meet me. She wanted to talk to me. She especially cared about my feelings. She knew that I am a girl. I was being framed and seriously injured like this, she really cared about my and everyone else's feelings. Everyone saw that they truly had gone to great ends, and it was pervasive. They want to use us, and to hurt us to that extent. But for us, it |

| | | 样去陷害，重伤，她很在意我们的感受，所以后来大家都觉得到这个真是他们已经无孔不入到什么地步。他们想利用我们，把我们伤害到什么程度。但是对我们来讲，只能让我们更加清净，我跟郭太太聊天，我当然非常尊敬。她是我的长辈。我们在一起聊，聊工作，聊家庭，以前更清净，大概上一个月吧，我们刚刚在前面那个位置，我们大概聊有两个小时，所以这这个，我是想伤害我们，也伤害了我们，真的伤害了我们。因为作为普通人来讲。我们这样被捏造，去伪造，这样，我们是人，我们受到伤害，这也就是我们今天站出来说话，为什么验明正身要去讲，这个是假的，完全是假的，没有一句是真的原因，但是从这个方面来讲，我们受到伤害，但是我们凝聚力更强， | shows we are innocent. I chatted with Mrs. Guo, and of course I am very respectful of her. She is my elder. We talked together, about work, and about the family. About last month, at the place in front, we probably talked over there for two hours. So we agreed that they wanted to hurt us, and they did. Because we are ordinary people. Things are being fabricated like this. We are human beings, we are hurt, and that is, that's why we are standing out to speak up and clarify that this is fake, it is completely false, not one thing is true. We are hurt, but this made us also come together more cohesively than before. |
| H | | 我很感动。网上有一个支持郭文贵的女性。她就是做了几期支持郭文贵之后被人骂得，头破血流，用性攻击，性歧视，来攻击她，那个女性，后来我联系她了，上来做了一期节目，很多人都称赞那个女性的勇敢。今天你呢，我不得不称赞一会，你很勇敢，生殖器战争，因为我有一个朋友做牧师，他分析这个现象他用了一个词，生殖器战争，很多女性成了他们这个生殖器战争的受害者。 | I am very touched. There is a woman on the Internet who supports Guo Wengui. She just spoke out a few times to support Guo Wengui, then she was so cursed about by others, she was attacked, was sexually discriminated against, and people attacked her. Then I contacted this woman, and she came up to do a show and many people praised her bravery. Today, I praise you too.  You are brave. "Genital war," is a phrase that my pastor friend used to describe this phenomenon. Many women become victims of genital war. |
| W | | 是。 | Yes. |
| H | | 他们拿这个来搞你，那么除了离间你和郭文贵先生关系外，还要离间你和郭文贵先生家庭的关系，通过这些东西，最后用假王雁平出来做一个铺垫，因为有这些事情在前面，后面真的王雁平冒出来了，这样一种方式，还有一个问题也跟你很有关系，最近这个 MA RUI 事件，还闹到美联社去了，找了一个国际上著名的通讯社，来报道这样一个事情。然后国际上去找中国政府核对，中国政府居然还有命名人士出来应对这个事情，把这个事情从头到尾做成了一个所谓深度报道，然后中国媒体开始转这个东西，发生了两年多的这个事情，把它现在给弄出来了，之后呢，您出场了， | They use this to screw you over, with the intention of hurting the relationship between you and Mr. Guo Wengui, and the relationship between you and Mr. Guo Wengui's family. Using these things, and a fake Wang Yanping for a cover, because these things have happened. Then the other fake Wang Yanping came out. There is another question that has something to do with you. Recently, the Ma Rui incident went to the Associated Press, and they found an internationally famous news agency to report this. Then it went internationally to check with the Chinese government. The Chinese government actually had sent people to deal with this matter. They made this thing a so-called in-depth report from beginning to end. Then the Chinese media began to pass on this news, and this happened for more than two years. Now it's out, you have entered the scene. |
| W | | 我又出场了， | I appeared again. |
| H | | 有一段您跟 MA RUI 对话的一个音频，这怎么回事，您有所闻嘛？ | There is a piece of audio that you talk to Ma Rui. What's going on, what do you hear? |

SVUS002394

| | | | |
|---|---|---|---|
| | W | 我没法不有所闻啊。因为似乎每一个桥段，每一个场景，我不是主角就是大配，各种角色都已经扮演完了，关于我的同事 MA RUI 这个事情，首先我跟您说，所谓的长的，45 分钟、短的、音频、再一次讲，不是真的。完全我都不知道从哪里来的，甚至 Ma Rui 的声音我都觉得不是，我听我的声音，完全是之前演员的声音，我感觉是，我也是外行嘛，我听一下感觉是，Ma Rui 的声音，我都觉得不是她的声音。那里面，Ma Rui 这个女孩子， | I can't help but not know about it. Because it seems that at every segment, every scene, I am either the protagonist or the supporting actress; I have played all kinds of characters. About my colleague Ma Rui. First of all, I tell you the so-called long 45 minutes, or the short audio, again, those are not real. I don't know where they came from. I don't think it's even the voice of Ma Rui. I listen to my voice. It's the voice of an actor. I am also a lay person (in terms of voice recording). To me, it doesn't seem to be Ma Rui's voice. Ma Rui, this girl, |
| | H | 他们说 LIU GUAN JUN，LIU SHENG JIE 叫 GUAN JUN 做谣做砸了，MA RUI 居然声音也是假的吗？ | They said that rumor with Liu Guan Jun, Liu Sheng Jie gone bust, Ma Rui's voice is actually fake there too? |
| | W | 我听，我觉得不是她的声音， | I listened, I don't think it's her voice. |
| | H | 你对 MA RUI 很了解嘛？ | Do you know Ma Rui well? |
| | W | 这个女孩子怎么讲我可以说 TEAM 里面我是大家认为的 TEAM LEADER，我年纪最大，我工作时间也最长，这些孩子们，我们这些兄弟姐妹们，工作时候会给我来聊，私人生活也会来聊，MA RUI 这个孩子什么情况呢，我可能是私下聊的比较多的一个大姐嘛，她很单纯，参加工作时间也不长，也不是非常 OPEN，一下就可以跟大家聊到一起的，一起玩啊，不是那种性格，她觉得聊得来的人她可以有很多话，跟你聊，跟你讲，聊不来就是冷冰冰的这种。我记得很清楚，有一次跟我聊起来，她说姐，你看，她来我们公司之前，她在新东方做培训老师，相当于她大学是英语专业毕业，一毕业以后呢，她先去新东方做了半年多的培训老师，她说你看我在上一份工作不知道为什么同事大家都不跟我亲近，我也没有办法跟他们打成一片去玩，什么，后来我又换了一份工作，到了咱们公司，也是大家都觉得我跟大家合不来。 | Everyone thinks I am the oldest and the team leader. I worked the longest, and these children, our brothers and sisters would talk to me when I work, and they talk about their private lives as well. With Ma Rui I'm probably the big sister who talks to privately the most often. She is very innocent. She has not worked with us for a long time. She is not very open. She's not the kind that could chat and mesh with others easily. With people she feels she can talk to she has a lot to say, but she's quite cold to the ones she has not gotten much to say to. I remember very clearly, once I chatted with her, she said, sister, you see, before coming to our company, she was a teacher in New Oriental. She graduated with a degree in English. After graduation, she went to New Oriental first. She was a training teacher for more than half a year. She said that at the last job, she didn't know why but colleagues were not close to her. She had also no way to bond with them and hang out. Then she changed her job and came to us, but feels she and others don't get along. |
| 0:30:00 | W | 后来我跟她相处，我跟她相处比较多，我觉得她属于那种心里面比较要强，就是觉得我是个优秀的孩子，我就应该做到最好，她做不到，达不到要求的时候就会觉得自己很有压力，同事她又不懂得怎 | I got along with her. I think she is the kind of person that who is strong minded and tries to do her best. When she feels she hasn't met the demands of work and is stressed, she does not know how to relieve this pressure. It is very heavy in her heart. I think she feels very heavy, so that is… |

SVUS002395

| | | | | |
|---|---|---|---|---|
| | | | 么去疏解这个压力，就是心里面会非常的沉重，我的感觉就是很沉重，所以是. | |
| | H | | 有点轻度忧郁症？ | A mild depression? |
| | W | | 她后来跟我讲，我在16年的时侯我大部分时间是在香港工作，她隔一段时间给我打一个很长的电话，一聊就聊一两个小时，到16年后半年的时候我感觉她的这个所谓的忧郁症，我也不知道是不是忧郁症啊，我也是医生我没办法判断到底是不是医学上的忧郁症。她给我的感觉是她越来越沉重。她自己疏解不出去。好多跟工作上面的东西，比较有挑战和难度的，她自己疏解不了和觉得自己做不好。她心里面就很愧疚，也很内疚。她觉得对不起她父母啊，对不起公司和老板。因为对她的期望很高。她给我整体的感觉就是这样。但是这个孩子本身是个很单纯的孩子。现在回到那个生殖器战争，他们给我感觉是，如果他们打的战场，如果是第一个战争里面的其中一枚受害者，那MA RUI是另外一受害者，她人在国内。我绝对不相信那些话，就是音频里面的话是她讲的。因为那些完全不符合她平时僵化的逻辑和习惯。她本身是一个非常单纯和非常善良的一个孩子。我也没有依据她怎么样和她到底怎么样，以我对她的了解和判断，她觉得对是在言不由衷，身不由己的情况下讲这些话。 | I spent most of my time in the last 16 years working in Hong Kong. She gave me a long phone call every once in a while for an hour or two for a chat. By 16 and a half years, I feel that her so-called depression, which I don't know if it is depression as I am not a doctor. I can't evaluate whether it is medical depression. She gave me the feeling that she is getting sadder and sadder. She can't help herself. A lot of things with her job are more challenging and difficult. She can't resolve it on her own, and feels that she has not done well. She feels very embarrassed and guilty. She feels sorry for her parents, sorry for the company and the boss because of these high expectations. That was the entire sense she gave me. But the kid is a very simple child. Now back to the "genital war:" they give me the feeling that if they fight the war, and I am one of the victims of the first war, then Ma Rui is another victim, she is at home. I absolutely don't believe the words in the clip, that is, what she said in the audio. Because those words do not fit her usual logic and habits. She is a very simple and very kind kid. With my understanding and judgment of her, if she said this it must be some sort of a situation where she was speaking insincerely and involuntarily. |
| | H | | 这些话？ | These words? |
| | W | | 一定是。 | Definitely yes. |
| | H | | 两年之间，你在中非，在伦敦，在纽约，郭先生对她进行强奸，这事情你听说了？ | In two years, you are in Central Africa, in London, in New York, have you heard about the news that Mr. Guo raped her? |
| | W | | 我是从哪一个推特上面，是您说的。怎么还有中非啊？ | I got it from that tweet, which is from you. Why is there talk of Central Africa? |
| | H | | 中非。 | Central Africa. |
| | W | | 没有啊。什么时侯去过中非啊。郭先生也不了解。因为伦敦，纽约，香港，这是我们正常工作地点。我们正常业务都 | No. When did we go to Central Africa? Mr. Guo does not understand. Because London, New York, and Hong Kong, are our normal working places. Our normal business is in these places. We work in |

SVUS002396

| | | | |
|---|---|---|---|
| | | 在这些地方。我们工作就是在这些地方。中非在我的印象中没听说过。 | these places. Central Africa has not heard of my reputation. |
| | H | 不知道？ | No idea? |
| | W | 完全不知道。<br>我完全不知道中非怎么回事。 | Totally no idea.<br>I have no idea what is going on in Central Africa. |
| | H | 她是不是喜欢找外国男性做男朋友，喜欢约会之类的？ | Does she like to find foreign (Western) guys to be boyfriends? |
| | W | 这个我还真的。怎么讲呢？这个孩子本身学英语专业的。她给我讲她确实在英国生活过一段时间，当时也是做义工的。交往的朋友里面也有很多外国的朋友。包括后来她跟我去聊的，我也听过一个男孩子，叫什么名字我不记得。她跟我很多时候讲的是，她跟外国朋友在一起的话比较放松。回到之前她为什么到新东方，然后到我们公司。她跟同事之间交流的不是太多。她本身就是跟国内的同事，讲中文的同事之间的沟通的话，可能就是有障碍，有一定的障碍。她要是跟外国的朋友。就是她有一个做义工的姐姐。她平时说两个人沟通很好。就说 SISTER，这样的。我都有听过，她跟我提过。当然我无权去说人家到底怎么样但是以我的所听，所看，所见到的，她确实跟外国朋友沟通的比较好。 | I am still really not sure about that, how I can say it. This kid studied English for a major. She told me that she did live in the UK for a while, and was also a volunteer. There are also many foreigners among her friends. Including her later talks with me, I also heard about a guy, whose name I don't remember. What she told me a lot is that she is more relaxed when she is with foreign friends. Before returning to why she went to New Oriental, and then to our company. She doesn't communicate much with her colleagues. She has obstacles communicating with Chinese-speaking colleagues in China. She has a sister who volunteers. She usually said that the two of them got along very well, like sisters. I have heard about it, she told me. Of course, I don't have the right to say how she really is, but from what I have heard, what I saw, she did get along better with foreign friends. |
| | H | 她现在在中国？ | Is she in China now? |
| | W | 她应该是在大陆。对。 | She should be on the mainland. Correct. |
| | H | 还有一个第三个人。 | There is also a third person. |
| | W | 还有？呵呵。 | There is more? Ha ha. |
| | H | 姓 YU 的，叫于泳。在推特上写东西批评郭先生。这个人你认识吗？ | The person with surname Yu, called Yu Yong wrote something on Twitter to criticize Mr. Guo. Do you know this person? |
| | W | 我认识啊。是我的前同事呀。您想吧，我就是这个团队里面年纪最大的。这些同事我都或长或短跟大家共事过。 | Yes. It is my former colleague. Think about it, I am the oldest on this team. These colleagues have worked with me for a long or short time. |
| | H | 她这个说的郭文贵的东西是不是有点含金量？ | Does what she said about Guo Wengui's carry any gold content? |

SVUS002397

| | | | |
|---|---|---|---|
| | W | 含金量您指的是什么？ | What do you mean by gold content? |
| | H | 就是说100%都是假，99%是假的，1%是真的。那就是1%含金量。如果这个百分之五十，或者根本就是胡说八道，那就是含金量各部阶段。 | That is to say, if 100% is fake…well 99% is fake, and 1% is true. That 1% is gold content. If this 50%, or simply nonsense, is the various stages of gold. |
| | W | 如果您要这么讲。因为我没有看太多关于泳的她的推特号所谓的爆料。因为我平时比较喜欢看图片，然后有一次滑了，看到他郭先生家里信息，照片就这样贴上去了。如果您说含金量，我觉得这个属于所谓含金量里面的一部分吧。因为名字也是对的。证件我也不负责这块的内容，照片我认识人，至少我认识那个人。其他的那个号还爆我什么东西啊？ | If you want to say this. Because I didn't read too much about his Twitter comment about Yu Yong. Because I usually like to see pictures, and once I checked and I saw her putting up Mr. Guo's home information, and the photos were posted. If you say gold content, I think this is part of the so-called gold content. Because the name is also correct. I am not responsible for the contents of this document. I know the person in the photo, at least I know that person. What is the other twitter account still breaking news about? |
| | H | 反正天天那里讲：郭文贵你这个畜生，就在那里骂。好像两个人有深仇大恨似的。但是他不是主角。这里面涉及到您。关于你跟郭先生啪啪啪，还有就是你跟 MA RUI 的对话。YU YONG 是我顺便问的。但是你是 TEAM LEADER，所以团队出了个什么？的，人家外界不知道。您是 TEAM LEADER 正好了解些情况，所以问问你，也正好无妨。这个问题我也不问了。我现在问你最后一个问题。喝口水吧？ | Anyway, every day, there is language like "Guo Wengui, you beast," something like that. It seems that two people have a deep hatred for each other. But she is not having the main role. This is related to you. About you and Mr. Guo's sexual relationship and your dialogue with Ma Rui. I'm just asking about Yu Yong out of convenience. But you are team leader, so the team has a lot? ?, that the outside world does not know about. You are the team leader and happen to just understand the situation. Ok I don't ask this question anymore. I am asking you the last question. Some water? |
| | W | 不用。刚才喝好多了。 | It's okay. I have been drinking a lot. |
| | H | 给你压力啊。郭文贵这个事情，你也知道，我对郭文贵先生做过很多次采访，你也知道郭先生泄露了一场什么样的事件。您应该是这个事件的目击者。跟我一样。我是目击者，我也是参与者。在某个位置上，您也是参与者，您怎么看待郭文贵这个事件？ | Oh the pressure on you. Guo Wengui's matter as you know, I have had many interviews with Mr. Guo Wengui, and you know what kind of incidents Mr. Guo leaked. You should be an eyewitness to this event. Like me I am an eyewitness, and I am also a participant. In a certain position, you are also a participant. What do you think about Guo Wengui's incident? |
| | W | 我怎么着？ | What do I think? |
| | H | 和你在中间发挥的角色. | And the role you play in the middle of it. |
| | W | 我的角色我可以去讲一下。我这么跟您讲吧，小平先生。我觉得我可能是郭生团队里面，当然郭先生团队可能做很多业务上面的事情。刚才您所讲的这一场，如果称之为战役或者 | I will tell you this, Mr. Xiaoping. I think I may be in the team of Mr. Guo to be… Of course, Mr. Guo's team may do a lot of business. What you said just now, if it is called a war or… |

SVUS002398

| | | | | |
|---|---|---|---|---|
| | H | 我把它叫做准战争。 | | I call it a quasi-war. |
| | W | 如果把它关于这个准战争 TEAM 里边，我觉得我可能是最不彻底的一个队员。做的最差的一个队员。最不坚定的一个队员。 | | If I put it in this "quasi-war" team context, I think I may be the least thorough player. The worst team member and the least determined player. |
| | H | TEAM LEADER 你要是这样的角色就有问题了，郭文贵马上让你下课，你谦虚。 | | Team leader, if you have such a role, there is a problem. Guo Wengui will let you get out immediately, you are being modest. |
| | W | 这真不是谦虚。这为什么呢？你刚才也问道关于我私人一些问题。我就这么跟你讲吧。我是中国共产党员。我是 1999 入党的。 | | This is really not modest. You just asked some questions about my personal affairs. I will tell you this. I am a member of the Chinese Communist Party. I joined the party in 1999. |
| | H | 没想到。 | | I did not expect that. |
| | W | 到现在有 18 年的党龄了。 | | Up to now, I have been a member of the party for 18 years. |
| | H | 你这个消息让我惊讶。 | | This information surprises me. |
| | W | 非常惊讶是吧？ | | Very surprised, right? |
| | H | 对对对。在这种状况下你怎么维持党组织的生活呢？ | | Yeah. How do you maintain the Party life in this situation? |
| | W | 确实是不容易啊。因为一些家庭的原因，加上个人成长经验的原因，以及受教育背景的原因。我确实是。包括我家人也都是体制内的。我本人也是很早入党，一直到现在。我到现在一直都是一个坚定的共产党员。回到您刚才讲的准战争事件里面，我始终认为我很荣幸。我很感恩我能参与到这个事件中去，以我的这样的身份。以我这样的一个教育基础背景。因为我可能目睹了整个过程从中间一直到现在整个过程。然后包括我自己的心里路程也是有不断的变化的。包括从最开始，一个正常的工作的状态，到现在不得不被造出很多东西出来。他们用造出来的东西来攻击我的公司，攻击郭先生和我本人，然后攻击我的家庭。 | | It is really not easy. Because of some family reasons, plus the experience growing up and from my educational background. I am indeed. My family is also within the system. I myself joined the party very early, and have kept it until now. I have been a firm party member until now. Going back to the quasi-war incident you just talked about, I always think that I am honored. I am very grateful that I can participate in this incident with my identity and with an educational background like mine. Because I may have witnessed the entire process from the middle to the present. Then also within me there are constant changes. At the beginning there were normal work conditions, and now there are so many things that are made up. They used the things they intended to attack my company, attack Mr. Guo and myself, and attack my family. |

SVUS002399

| 0:40:00 | W | 所以这一方面来讲，我已经没有办法只是安静去做一员工，已经被迁到这个中间去了。但是现在我可以讲的是以我自己的一个角度来讲，郭先生做的事情，我的 TEAM 做的事情，称之为准战争的这个事，我觉得是一个争议的事情。这事确实能够揭露一些不好的东西的一些事情。这很简单。最初的时候我只是默默无闻的一个员工。我在公司工作时间很长。我只负责我的事情。我也不至于坐在这里跟你做访谈。到现在的一直的过程，包括家人受到的影响和我家人受到的伤害，郭先生本人，以及我的公司，我本人，郭先生家人受到的影响和伤害，确实是在一定程度上来讲，让我不得不去思考和反思。如果没有问题的话，为什么这些事情会发生，为什么会假。为什么用假的东西来伤害别人？ | So in this respect, I have no way to just be an employee, and have been moved to the middle of the affairs (about Guo). But what I can talk about now is from my own point of view, what Mr. Guo is doing, and what I am doing with team. What is called quasi-war, I think it is a controversial thing. This thing can indeed reveal some things that are not good. this is very simple. At first I was just an unknown employee. I worked long hours in the company. I am only responsible for my own business. I am not sitting here to talk to you. The process that has been going on until now, including the impact on my family and the injuries suffered by my family, Mr. Guo himself, and my company, myself, Mr. Guo's family's influence and injury, is indeed to a certain extent, making me think and reflect. If there are no problems, then why do these things happen and why are they all fake. Why use fake things to hurt others? |
|---|---|---|---|
|  | H | 幕后英雄开始想高大上的问题了。 | The hero behind the scene began to think about the grand issues now. |
|  | W | 高大上还称不上。我只觉得说在我概念里面，对与错。。 | I can't call them grand. I only think that in my concept, right and wrong. . |
|  |  | 。。。 | . . . |
|  | W | 不小平先生，您是网红。我是网黑啊。现在全部黑我的都是网黑啊。 | Sorry, Mr. Xiao Xiaoping, you are a net celebrity. I am being smeared on the net. Now all those who smear me do it on the internet. |
|  | H | 所以我一开始就讲你怎么黑我，虽然通过假的，我把她叫做山寨版王雁平，他们黑的一个主要目标好像是明镜，因为我们明镜报道这个事情比较多，所以说我们也不是弄什么地方把这个假玩意，就得罪了。我也不理解。他可能错解了媒体的位置。只能那么想了。除了意外，我也没有私仇啊。对您啊，我觉得还是这样，您的位置很重要，你刚才说了那么多，确实你是郭先生身边核心位置的成员，黑你能增加核弹的能量。最后你说你是党员，这一点把我惊爆了。 | That's why I started the talk about how you smeared me. I call her the fake Wang Yanping. One of their main targets is Mingjing, because we have more reports on this, so we somehow offend them. I don't understand either. Someone may have misunderstood the role of the media. I can only think so, as I have no private dealings or grudges with that person. For you, I think it is still the case. Your position is very important. You just said so much. You are indeed a member of the core position of Mr. Guo. You can increase the energy of the nuclear bomb. Finally, you said that you are a party member, which shocked me. |
|  | W | 好的。这是今天的一个爆点是吧？没想到这是个老党员是吧？还有一个问题，我出来说王雁平是山寨之后呢，王雁平有一个回应，什么，让我上视频，我能上吗？我要为我的丈夫，父亲，孩子，我怎么能上呢？以这样一种悲情主义的幌子来掩盖她继绕的犯罪嫌疑。她偷东西啊，偷人家的手机，图片，就是个犯罪分子，然后打悲情牌来掩盖自己演戏，这个 | Ok. This is the hot breaking news today, right? You didn't expect me to be an old Party member, right? There is still another problem. After I came out and said that Wang Yanping is fake, that Wang Yanping responded. There was a video about "oh how I can appear on television, if I consider my husband, father, child, how can I do it?" She is covering her criminal suspicion with such a tragic language. She steals things, steals people's mobile phones, pictures, she is a criminal, and then uses these |

SVUS002400

| | | | |
|---|---|---|---|
| | | 家庭的东西她是不是也是乱编一气啊？孩子啊，丈夫什么乱七八糟的。 | pathetic facade to cover up the acting. The family thing she made up as well, about my child, my husband. |
| | H | 因为这个涉及到私生活，您可以说也可以不说。 | Because this involves a private life, you can say or not. |
| | W | 我的家庭挺幸福。不存在王彦平离婚这样的事。但是他们确实伤害到了我的家人。之前他们也伤害到了我的家人了。然后我记得 16 年我需要办一个证件，我哦家人帮我去办，晚上之后家人跟我联系特别激动。为什么呢。因为他们被有些人带走，一直被盘问有 8 个小时。然后失去自由的情况下一直，当然他们是后来跟我讲，当时没有跟我讲，会有人在楼下去跟，至少有三个人，轮流跟你 7，8 个月。你去什么地方都会去跟。回到您这个问题之前的问题。你说我怎么看待这场准战争，我只能代表我自己。我想说的是在一个过程中，有问题是两面的。我们努力要做的去消灭问题，纠正。在过程中有人会被误解，被牺牲，打倒。会被甚至身败名裂。有人会怎么怎么样。这个是过程。因为我受到的教育是我坚信我的国家，我的民族，我的人民，我永远是中国人。我在国外生活那么多年，我始终就是吃中餐。我不吃西餐，我也吃不了西餐。我始终就是很爱我的民族，很爱我的人民，我的国家。 | My family is very happy. There is no such thing as Wang Yanping's divorce. But they did hurt my family. They also hurt my family before. Then I remember that I needed to do a documentary in 2016. My family would help me to do it. After the evening, my family was very excited to contact me. Because they were taken away by some people, they have been interrogated for 8 hours. Then it was done under the circumstances of losing personal freedom. Of course, they told me later, not at the time, that someone would be downstairs to follow you, and at least three people would take turns following you for seven or eight months. Wherever you go, you will followed. Go back to your question before this question. You said how I think about this quasi-war, I can only represent myself. What I want to say is that in a process, the problem is two sided. We are trying to eliminate the problem and correct it. Someone will be misunderstood, sacrificed, and defeated in the process. What will happen to someone. This is the process. Because the education I received was that I firmly believe in my country, my nation, my people, and I will always be Chinese. I have lived abroad for so many years, but I have always eaten Chinese food. I don't eat Western food, I can't eat Western food. I have always loved my people very much, love my people, my country. |
| | H | 国际条! | International news! |
| | W | 这是我自己的一个感受。真的这么多年我很多生活习惯还都是我们中国常有的生活习惯。在这个过程中，总会有人受伤害。我的家人。但是这是过程。为了这个过程，我觉得我们承受的都是值得的。因为我们相信一定会成功的过去。 | This is a feeling of my own. Really, many of my living habits are still the habits that we have in China. In the process, there will always be people who are hurt like my family members. But this is the process. For this process, I feel that what we bear is worthwhile. Because we believe that we will succeed in the process. |
| | H | 郭先生有你这样的 TEAM LEADER 我为郭先生高兴，也为您高兴。在郭文贵这场有关当局的总战争，这是一个大的事件，在这个大的事件，有一个王雁平的小插曲，王雁平事件成了一个问题。今天您能来修理王雁平问题，我觉得很感谢。至少让人家知道黑郭文贵的很多东西不是真的。希望今天采访达到这个目的。对您出场表示感谢，对郭文贵先生 | Mr. Guo has team leader like you, I am happy for Mr. Guo and I am happy for you. In the total war of Guo Wengui, and the relevant authorities, this is a big event. In this big event, there was an episode of Wang Yanping, and the Wang Yanping incident became a problem. I am very grateful to you for repairing the Wang Yanping issue today. At least people know that many things about the smearing of Guo Wengui are not true. I hope that today's interview will achieve this goal. I am grateful for your presence, and I am also surprised by the |

SVUS002401

| | | | |
|---|---|---|---|
| | | 的支持我也表示惊讶。还有党员这事我也很惊讶，再次感谢您。 | support of Mr. Guo Wengui. I am also amazed at your Party member status. Thank you again. |
| | W | 感谢您小平先生，我想说这个过程一定会不容易，一定会有痛苦，折磨，和分离，但是我坚信一定会过去。所以说这个过程中，所有支持我们的，我和团队，推友也好，家人，朋友，甚至明镜的观众对我们的支持非常重要。我们相信一定会过去。 | Thank you Mr. Xiao Ping, I want to say that this process will not be easy, there will be pain, torture, and separation, but I firmly believe that it will pass. So in this process, all support for us, my team, friends, family, friends, and even the audience of MingJing are very important to our support. We believe that everything shall pass. |
| | H | 我们的支持郭文贵先生有机会说话，为自己辩护，我们支持这样一个东西。如果明镜能够在郭文贵先生被封杀的情况下继续能够给他一个讲话的平台。我们明镜非常乐意为之。最后希望你真王雁平上推特去 PK 假王雁平。 | We support Mr. Guo Wengui, with the opportunity to speak and defend himself. We support such a thing. If the mirror can continue to give him a platform for speech in the case of Mr. Guo Wengui being banned. Our mirror is very happy to do so. Finally, I hope that you really go to Twitter to go to PK fake Wang Yanping. |
| | W | 其实小平先生，我真的像我们采访说的我之前看他们一个一个去冒出来然后讲一些那些话，我觉得，哇，我有一种嘻爽的感觉。就是别人去冒你的名字去将那些话，今天我觉得，今天我说什么，我会看一下，现在我想说什么呢，就是背后操作的不论是什么样的同志，我也是你们的同志，然后现在自身出现了，那大家就诸神归位，该回家的回家啊，该找妈的找妈。 | In fact, Mr. Xiao Ping really like what we said in the interview. I used to watch them appearing one by one and break some news. I feel wow, like laughing silently. It's just that others pretended to be you to say those things. Today I think, whatever I say, I will take a look at it, and think about what I want to say now, like what kind of comrades are behind the operation. I am also your comrade. Now the real person appeared, then everyone shall return to the where they came from, go home, and the ones who need their mothers go back to their mothers. |
| | H | 假??碰到了真??. | Fake?? encountered a real?? |
| | W | 对。我本人没有社交账号。我没有推特，我没有 FACEBOOK. 没有微信都没有。本身不是，我是很传统低调，古板的一个人。有时朋友说你怎么不去 POST 你这些照片，满世界飞，到处出差，你见过什么，我说这是一种负担，我认真工作就可以了。所以以说，我是不是要做出一个真的王雁平的推号，然后去打假，网上打假，我的答案是不会。诸神该走走，该干嘛干嘛，继续玩就。。 | Correct. I personally don't have a social networking account. I don't have Twitter, I don't have Facebook and no WeChat. I am a very traditional, low-key, old-fashioned person. Sometimes friends say why you don't go to post your photos. You have these photos, flying around the world, traveling everywhere, post what have you seen. To me this is a burden, I just have to work hard. So, I am not going to make a real Wang Yanping's twitter account to counter the fake one. Those people should go back to where they come from and.. |
| | H | 不用等。这次采访就灭掉了他们好多。谢谢。 | No need to wait. With this interview, some of the questions are eliminated. Thank you. |
| | W | 谢谢小平先生。 | Thank you, Mr. Xiaoping. |
| | H | 好吗？ | Ok? |

SVUS002402

| 0:50:00 | H | 观众朋友们，这是对王雁平的专访，因为采访郭文贵先生，见过她不少次，她从来说话没有多过两句。今天，我对她的印象是非常非常能说，第二，她比较坦诚，我问有什么不能问，其实没有一个不能问，不像郭文贵先生一样，这个不能说，她今天没有一个问题不能说，现在情况是王雁平女士公开站出来，我已经在推上给山寨王雁平邀请她来上我的节目，我可以再联系郭文贵先生，在今天我采访王雁平女士的地方进行采访，如果推特上王雁平愿意站出来接受采访，两个王雁平出来PK，那么事情真相就能大白。如果推特上不愿意站出来，那么我想，事情呢，也应该大白。最后我呼吁那些平时对推上王雁平女士每一条推去转推的先生女士也去转推一下下今天明镜专访王雁平的采访，让天下人去比较谁是真实的王雁平。好了，感谢大家看今天的明镜火拍，下次节目再会。 | Audience and friends, this has been an exclusive interview with Wang Yanping. Because of interviewing Mr. Guo Wengui, I saw her many times. She has never spoken more than two sentences. So my impression of her today is that she is very talkative. Secondly, she is honest. I asked what I could not ask. In fact, nothing to her was inappropriate to ask. Unlike Mr. Guo Wengui, this can't be said and that can't be said. She didn't have any problems answering questions today. Now the situation is that Ms. Wang Yanping has publicly stood up. I have already invited the fake Wang Yanping to come on my program. I can contact Mr. Guo Wengui again about how I will interview the other Wang Yanping at the same place as today, if Wang Yanping on twitter is willing to stand up from Twitter and come out for an interview. Then we will have two Wang Yanpings out of PK, and the truth of the matter can be exposed. If the one from Twitter is not willing to stand up, then I think, things should still turn out clear. In the end, I appeal to those ladies and gentlemen who retweet each of Ms. Wang Yanpings tweets to retweet and also retweet the interview today with Mr. Wang Yanping with MingJing. So let the people of the world compare the real Wang Yanping, Ok, thank you for watching today's MingJing, see you at the next show. |

SVUS002403

# EX. B

**Donnelli, Jennifer**

| | |
|---|---|
| **From:** | Jessica Ju <jessicaju@gmail.com> |
| **Sent:** | Monday, November 4, 2019 11:19 AM |
| **To:** | Jessica Ju |
| **Cc:** | Greim, Edward D.; Donnelli, Jennifer |
| **Subject:** | Re: transcription |
| **Attachments:** | Final_Editor MingJing Interview Guo Wengui's Assistant Wang Yanping_JJ.docx; ATT00001.htm; strategic vision invoice .pdf; ATT00002.htm |

Hello Mr. Greim,
Hope you had a good weekend.
Please see attached final version of translated document and my invoice.
Thank you!
Jessica

# EX. C

SVUS002486

# Hong Kong Chongqing Friendship Federation (Limited)

Home    About Us    Federation Structure    Member List    Events    Contact Us    Links



**About Us          More Information**
General Introduction
Founded in 2008, this federation is one of Hong Kong's influential patriotic groups. We have always strongly supported Hong Kong's patriotism and love of Hong Kong. At the same time, unite and liaise with Chongqing nationals in Hong Kong to promote economic and trade cooperation and exchanges between Chongqing and Hong Kong. Also...

**Member Directory》 More Information**

Zhuoqi Wang Professor of Social Work, The Chinese University of Hong Kong

Zhonghong Wang Managing Director, Hong Kong Wanhe International Co., Ltd.

Kong Qingping General Manager, China Overseas Holdings Limited

**Event Information》 More Information**

2012-01-06 The Fifth Session of the Third Session of Chongqing CPPCC Held Successfully

2012-07-15 Report on Mid-2012 Investigation (1)

2012-07-15 Report on Mid-2012 Investigation (2)

# EX. D



http://www.hkcqff.org/sh/about.php

## General introduction

Founded in 2008, this association is one of Hong Kong's influential patriotic groups. Since its establishment, this association has been adhering to the purpose of "serving the country, serving Hong Kong, serving Chongqing, and serving members." It has worked extensively with members of the Chongqing nationality in Hong Kong, members of the Chongqing CPPCC of the Port Area and friendly people who care about the development of Chongqing. It also actively participates in the modernization of the country, contribute to the development of Chongqing, and plays an active role in local affairs. At the same time, it supports the cause of patriotism and love of Hong Kong, unswervingly supports the policy of the Hong Kong Special Administrative Region Government, defends "one country, two systems" and the Basic Law, and maintains Hong Kong's prosperity and stability. Chongqing and Hong Kong are both important connection points of the "Belt and Road" system, and participate in broad cooperation through economic, financial, scientific and technological innovation, shipping, and commerce and logistics centers. The Association is committed to promoting exchanges and cooperation in Chongqing and Hong Kong through their economy, trade and culture, and by taking advantage of major development opportunities. .

There are several committees under the Chongqing Federation of Hong Kong, which specialize in working on different areas.

- Senior Affairs Committee: Contacts and coordinates with members of Chongqing Political Consultative Conference of Rongxiu Port to support the development of conference affairs.
- Fellowship Association: Unite Chongqing natives living in Hong Kong and more than 16,000 mainland staff of Chongqing natives working in Hong Kong.
- Economic and Trade Cooperation Committee: Promotes Chongqing-Hong Kong economic and trade cooperation and exchanges, and provides suggestions for Chongqing's investment in Hong Kong.
- Social Affairs Committee: Pays attention to social affairs and supports the administration of the Hong Kong Special Administrative Region according to law.
- Member Affairs Committee: Organizes diverse activities for members to promote friendship.
- Training and Learning Committee: Promotes members' understanding of important development policies of the country and Chongqing.

SVUS002487

- Youth Affairs Committee: Promotes youth understanding of the country and Chongqing, and raises theconcept of the nation.

Mission

Promote exchanges between Hong Kong and Chongqing in all aspects, and actively cooperate with the implementation of the one country, two systems policy and the Basic Law, support the Hong Kong SAR government's administration according to law, and maintain Hong Kong's long-term prosperity and stable development.

In order to broadly unite the members of the Chongqing CPPCC in Hong Kong, members of the previous CPPCC in Hong Kong and those who care about the development and construction of Chongqing actively participate in the modernization of the country, promote mutual learning and exchanges, and strengthen contacts with people from all walks of life in Hong Kong to promote and promote the Mission of the Association.

General Mission

The Association is the custodian of funds and donations, and uses the funds, donations and profits to promote and promote educational, economic and cultural exchanges, and to assist individuals or charities in need.

SVUS002488

# EX. E

Ref: http://zt.ccppcc.cn/2015/n/214.html



## Third Plenary Session of the Fourth CPPCC

Committee members offer suggestions for Chongqing's development under the "new normal"

Date: 2015-01-19 13:24

Source: Chongqing CPPCC Newspaper

Web Editor: Song Qin

Editor's note:

At present, the domestic economy has entered a "new normal" of moderate growth. The new normal requires new thinking and new countermeasures. 2015 is a key year for comprehensively deepening reforms, and a year for the city to comprehensively promote the start of governing the city according to law. How to understand the new normal, adapt to the new normal, lead within the new normal, help to comprehensively deepen reform, comprehensively promote the management of the city according to law, and implement the development strategy of the five major functional areas has become the focus of discussion during the plenary session. On January 18, the Third Session of the Fourth Session of the CPPCC held a special press conference and invited some members to discuss new opportunities and ideas for Chongqing's economic development under the "new normal", and provide suggestions for reform and development.



SVUS002489

Duan Zeyong (Addressing the Deputy Chairman of the Municipal Party Committee)

### Recognize the new normal and adapt to new developments

After studying, we must realize that the main characteristics of the new normal are: speed-"from high-speed growth to medium-speed growth," structure-"continuous optimization and upgrading of economic structures," and power-"from factor-driven, investment-driven decisions to innovation."

In the context of national economic development, the city's local economic development rate has also been adjusted from about 13% to about 10%. Facing the new normal and new features, we must actively respond to:

- Vigorously promote the coordinated development of the five major functional regions. According to the different positioning of each functional area, we must implement differentiated industrial guidance and actively create a new modern metropolis. Improve quality and develop industrial clusters. Take innovation drive as the main engine of structural adjustment, consolidate the advantages of pillar industries, transform and upgrade traditional industries, cultivate and grow strategic emerging industries, and promote the industry to move towards the mid-to-high end of the value chain. Consolidate and enhance the "6 + 1" industrial clusters such as the automotive and electronic information industries; enlarge and strengthen the top ten strategic emerging industries; and give play to the role of technological innovation in supporting industrial development.
- Vigorously develop a modern service industry. Actively implement related "1 + 5" special actions such as "Yu Xin Ou;" accelerate the development of service industries such as commerce, trade, logistics, and tourism; cultivate and introduce headquarters-type and regional financial institutions to promote the healthy development of the financial industry.

- Promote further urbanization. Improve the urban system of the city; promote the construction of major infrastructure; improve the level of supporting construction and management of the city.

- Safeguard and improve people's livelihood. Establish a more complete employment social security system, better meet the spiritual and cultural needs of the masses, and allow the people to enjoy fairer education and better health and family planning services.

SVUS002490



Jianming Yu (Chairman of Macquarie Capital Greater China Market)

### Scientific positioning and clarify region functions

The implementation of the five functional regions strategy in Chongqing is of great significance, but it also faces many challenges. It is recommended that:

Scientific positioning clarifies the functions of each section of the Chongqing area, and help coordinate development. It is necessary to increase the degree of regional openness, promote integrated development in areas such as regional planning, infrastructure, environmental protection, market access, etc., while ensuring the maximum overall space efficiency. This must realize and balance the benefits of each functional area and guide the formation of the area Integrated Development Pattern.

We further enhance the core competitiveness of cities. Accelerate the improvement of the comprehensive functions of urban areas, strengthen the combination of talents, funds, resources and other factors, accelerate the improvement of the quality of economic development, and expand the scale of economic development. At the same time, we must strengthen the ecological construction functions of northeast and southeast Chongqing, playing out their advantages with ecological protection and accelerate development.

Further deepen the reform of the administrative system. While respecting the laws of the market and leveraging the market mechanisms, the government must play an important leading role in

SVUS002491

the process of transferring key elements such as population and industry, and promote the accelerated development and coordinated development of the five major functional areas through fiscal, taxation, income, and other policy measures.

Work on practical solutions to solve people's livelihood issues. The first is improving the transportation infrastructure; the second is improving the infrastructure construction of the power transmission network; the third is to improve infrastructure construction with sewage treatment and general pollutants treatment systems as the main emphasis; the fourth is to take effective measures to curb the flow of rural funds to the center of cities; the fifth is to promote the development of rural vocational education and labor training activities; the sixth is to accelerate the construction of rural social assistance systems, medical insurance systems, and old-age insurance systems.



Li Wenxun (Chairman of Chongqing Taiwan Compatriots Investment Association)

**Actively expand the efforts to build channels to the outside world**

SVUS002492

The national "Belt and Road" strategy and the opening of the "Yuxinou" international railway have brought development opportunities to Chongqing. How can we take advantage of location and maximize opportunities?

We can do this by improving the system and mechanism in the specific implementation process. It is necessary to place an emphasis on solving the problems of high transportation costs, excessive customs clearance times, insufficient backhaul sources, and inland port system innovation in the construction of the Silk Road Economic Belt. It is necessary to promote the establishment of government discussion and coordination institutions along the "Yuxinou" route, to solve key issues such as the volume, freight rate and efficiency of the "Yu Xin Ou" train, to define the port locations scientifically, reasonably, and pragmatically, and to relax the limits on the establishment of ports in inland areas. The construction of the "Yu Xinou" international railway trade channel in the country's foreign affairs needs to be included in the strategic dialogue framework between China and the countries along the route. It is necessary to promote and rationalize a convenient and efficient international customs clearance mechanism, the international logistics management system, thecommunications mechanism, the emergency handling mechanism, and the joint conference mechanism. It is necessary to coordinate the establishment of domestic cross-provincial, inter-departmental, and cross-port coordination mechanisms to promote domestic and regional cooperation and create brands together. It is necessary to take the deepening of reform and policy innovation as a breakthrough point, and accelerate the construction of regional logistics centers relying on the "Yuxinou" international railway. It is necessary to increase regional cooperation between Chongqing and the countries along the "Yu-Xinou" international railway, discuss the comparative advantages of important industries, and set up overseas industrial parks in key countries.

How should we actively expand the efforts to build channels to the outside world? It is recommended that we introduce preferential and encouraging policies as soon as possible, create a good investment environment, and give certain policy support in the application, approval and handling of related projects.

SVUS002493



Liao Honghai (President of Greentech Holdings Group, China)

### Building New Advantages of Chongqing's Opening to the South

In the course of Chongqing's opening to the outside world, how should we play the important role of the maritime Silk Road to the south? In particular, how should we attach importance to economic cooperation with ASEAN in the new era and new situation, so that Chongqing can take advantage of its economic and geographical advantages to truly play its role in southwest China? The strategy of "opening to the south" deepens the role of the main force and uses this as an opportunity to further promote the economic reconstruction of the southwest and inland regions. This has become an important part of Chongqing's highland for Opening-up in Inland China of under the new normal. This must be carefully clarified and prepared in the following areas:

Fully understand the significance of Chongqing-ASEAN cooperation and raise Chongqing's "opening to the south" to an important part of the overall strategy of inland opening up under the new normal.

In the strategy of the highland for Opening-up in Inland China, clarify the general idea, stage goals and implementation priorities of "opening to the south."

In Chongqing's strategy of "opening to the south," it focuses on regional cooperation and implements six key projects: "channel construction, trade and investment facilitation, industrial

SVUS002494

gradient transfer, border trade upgrading and transformation, resource cooperative development, and modern agricultural development."

We must intensify policy promotion and create favorable conditions to support Chongqing-ASEAN cooperation projects. The key points are: vigorously cultivate and promote Xin-Chong cooperation, and actively promote the implementation of the "Sino-Singapore Industrial Park" project in Chongqing. Choose ASEAN countries with a good foundation for international cooperation and establish overseas economic and trade cooperation zones in a timely manner. Expand the openness of tourism between Chongqing and ASEAN, and encourage the use of foreign capital to develop tourism related to the Chongqing-ASEAN route. Support the construction of the Nanpeng Highway Logistics Base as an open port for Chongqing's all-round cooperation with ASEAN.



Zeng Yi (Assistant Editor-in-Chief of Macau Daily)

### Emphasis on the development of cross-border trade e-commerce

In the process of building an inland open highland, Chongqing should do the following to develop cross-border trade e-commerce:

We must seize the opportunity of Chongqing's approval of the first batch of pilot cities in China to launch cross-border trade e-commerce, and focus on promoting the development of personal online shopping business, so that consumer-oriented personal online shopping becomes a feature of Chongqing's cross-border trade e-commerce.

SVUS002495

It is necessary to make full use of the functions of bonded warehouses in special customs supervision areas, to innovate and develop bonded import models for online shopping, and to realize intensive and low-cost storage of online shopping goods, logistics, distribution, distribution, and low-cost. The unique advantages of being the "Silk Road Economic Belt" starting point, important inland railway open ports, and the dual-core function of a "bonded port area" that integrates aviation and water transport, accelerate the construction of railway logistics centers (type B), and designated imports of various special commodities Ports to provide a material basis for the physical operation of cross-border trade e-commerce.

It is necessary to continuously improve the public service platform covering the whole process of cross-border trade e-commerce, simplify customs clearance, implement batch declaration, and summarize tax payment operations to reduce the operating costs of e-commerce enterprises.

We must increase the intensity of investment promotion for e-commerce companies, introduce well-known domestic and foreign e-commerce companies and payment and logistics companies to settle in Chongqing, and accelerate the formation of a large-scale foundation for cross-border trade e-commerce.

Lastly, we must innovate and adapt the policy system for the development of cross-border trade e-commerce in the online era, provide corresponding policy support to various enterprises engaged in the cross-border e-commerce trade, and promote the intensive development of cross-border trade through e-commerce. (Ling Yun / Series Gong Wei / Picture)

SVUS002496

# EX. F

SVUS002497

# Airport Jobs Find Talent for the Aviation Industry

## 4500 vacant waiting graduates do not need experience to provide training

Cathay Pacific CX7998

We're Seeking Trainee Pilot   Now boarding

Hong Kong Wen Wei Po (intern reporter Yan Xingyi) The "Hong Kong International Airport 2018 Career Expo" co-organized by the Hong Kong Airport Authority and the Labour Department opened at the Wan Chai Conference yesterday. More than 50 companies are offering about 4,500 job vacancies, waiting for graduate applications. The Secretary for Labour and Welfare, Mr Law Chi-kwong, points out that the overall unemployment rate in Hong Kong has fallen to its lowest level in more than two decades, coupled with the continued recovery of inbound tourism, the demand for aviation talent is increasing. Labor force. Many exhibiting companies have stated that they welcome fresh graduates to join, without any experience, they will also provide training.



The Hong Kong Airport Authority and the Labour Department International Airport 2018 Career Expo " was held in Wan Chai yesterday  Opening. Photo by Hong Kong Wen Wei Po reporter Zeng Qingwei



Luo Zhiguang visits the Rolls-Royce exhibit during the Trent 700
Turbine engine expo.
Photo by Hong Kong Wen Wei Po reporter Zeng Qingwei

At the opening ceremony yesterday, Luo Zhiguang said that Hong Kong's seasonally adjusted unemployment rate fell to 2.8% from February to April, the lowest level in more than two decades, and the underemployment rate remained at 1%. He hoped this time that the event can attract fresh graduates to join the industry and inject new momentum into the aviation industry.

Three efforts were expected to create 120,000 job vacancies. Deputy Director of the Transportation and Housing Bureau Su Weiwen said that with the start of the airport's three runway system project and the continuous and rapid development of the civil aviation industry, the demand for talent in the aviation industry has gradually increased, creating a large number of job opportunities. There will be 120,000 vacancies in 2024 when the Third Phase is completed. Su Weiwen hopes that this event will introduce job seekers and the public to the different positions offered by the aviation industry, and encourage more people to join the aviation industry, building a more solid development foundation for Hong Kong as an aviation hub. Lin Tianfu, Chief Executive Officer of the AA, pointed out that the airport's annual passenger and freight volume continues to increase, and airport services continue to improve. In addition, a number of important development projects are underway, such as the three runway system, SkyCity and high-end logistics centers. More jobs in different areas, such as maintenance, ground handling, customer service,

and retail. The Expo provides a number of vacancies at the airport, including cabin services, aircraft maintenance, airports, construction engineering and catering services. A number of participating companies will conduct on-site interviews and provide employment seminars for all job seekers. Jixiang Youth is doing tarmac work. Xinxiang (Hong Kong) Co., Ltd. is a company that provides tarmac and passenger ground handling services. Zhou Qiling, director of human resources and corporate services, said that 50 people are expected to be hired this year, of which new plans will be provided to train new people. For example, the apron service supervisor apprenticeship program will provide interns with a 6-month training course with a base salary of 12,000 yuan, after which there will be evaluations and salary increases based on performance. She hopes to attract more young people to the tarmac service this year, because there are more outdoor jobs and relatively fewer people. The customer service department hopes to attract people who like to communicate with customers and have strong language skills. Qiling Zhou said that there are different requirements for entry based on different positions, such as the need for a driver's license and strong English skills, because employees need to communicate with customers and pilots. She said she would conduct an interview on the spot and notify her if she would be accepted. Hong Kong Aviation Engine Maintenance Services Co., Ltd. HAESL has been participating in the expo every year. They mainly provide aircraft engine maintenance services in Tseung Kwan O Industrial Village. Wendi Sheng, a component maintenance manager, said that about 100 people are expected to be recruited, most of which are mainly engine disassembly and parts maintenance in the workshop. Wen Disheng said that the standard for hiring employees is to have a certain English ability, pass written tests and interviews, and because they need to control the machines, they focus on safety and hope to select employees with a strong sense of responsibility.

SVUS002498

(Profile from Left to Right)

**Miss Huang (22 years old):**

I am studying an aviation course, I like communication with foreigners. There has been aviation recruitment matters, I know Tao You Expo and different companies are conducting on-site interview so I came to try my luck. The goal is working for Hong Kong Express Airlines, where I hope to become a flight attendant. Positive attitude while waiting for interview, looking forward to being onboarding. The basic salary is about 14,000 yuan.

**Mr. Lin (23 years old)**

I learned from labor website about this event. My goal is to work for Hong Kong Airlines Service Ltd. And be a staff member on the ground, so I am looking for a part time job with hourly salary of 60 yuan. Why I'm interested in aviation is because when I travelled and saw the working staff in aviation, I was always curious and I think it's an interesting job.

**Student Chen (18 years old):**

I just took the exam this year. I'm ready to go to Australia to study. I'm looking at pilot jobs from different companies who are recruiting for future return to Hong Kong Job reference. I am hoping to work for Hong Kong Aviation and Cathay Pacific. I know that different companies that have their own training program, but difficult to pass, I hope to go abroad to improve my ability and then return to Hong Kong to work.

**Miss Yang (22 years old):**

I want to find the engineering jobs and my standard for choosing an organization is that they have clear reputation and explanation.

I'm just seeking part-time work, so as far as salary is concerned I just expect the minimum wage.

(Bottom section):

SVUS002499

Celebrating the 21st Anniversary of Hong Kong's Return to the Motherland

Inauguration ceremony of the new leadership structure of the Chongqing Federation of Hong Kong

Date: June 30, 2018 Time: 3 pm to 5 pm Venue: Auditorium, Second Floor, Four Seasons Hotel Hong Kong (8 Finance Street, Central, Hong Kong)

Main Guests:

Mr. He Jing Deputy Director, Liaison Office of the Central People's Government in the Hong Kong Special Administrative Region

Ms. Li Jing, Member of the Standing Committee of the Chongqing Municipal Committee and Minister of the United Front Work Department

Mr Nie Dequan Director, Constitutional and Mainland Affairs Bureau, HKSAR Government

Mr. Shen Chong, Minister of Coordination, Liaison Office of the Central People's Government in the Hong Kong Special Administrative Region

Mr. Shi Quanbo Deputy Minister of the United Front Work Department of Chongqing Municipal Committee

Mr. Chen Jizhi Deputy Director, Home Affairs Bureau, Hong Kong Special Administrative Region

Introduction of Federation

Founded in 2008, the Chongqing Federation of Hong Kong is one of Hong Kong's influential patriotic groups. Since its establishment, this association has been adhering to the purpose of "serving the country, serving Hong Kong, serving Chongqing, and serving members". It has extensively united Chongqing nationals in Hong Kong, members of the Chongqing CPPCC in the port area, and friendly people who care about the development of Chongqing, and who actively participate in the modernization of the country. Contribute to the development of Chongqing and play an active role. At the same time, it supports the cause of patriotism and love for

SVUS002500

Hong Kong, unswervingly supports the administration of the Hong Kong Special Administrative Region according to law, defends "one country, two systems" and the Basic Law, and maintains Hong Kong's prosperity and stability. Chongqing and Hong Kong

As an important connection point of the "Belt and Road" system, it has a broad space for cooperation in economic, financial, scientific and technological innovation, shipping and commerce and logistics centers. There are several committees under the Chongqing Federation of Hong Kong, which specialize in working in different fields. Senior Affairs Committee: Contacts and gathers members of Chongqing Political Consultative Conference of Rongxiu Port to support the development of conference affairs.

Township Friendship Committee: Unites Chongqing people of Hong Kong origin, and more than 16,000 staff members of Chongqing institutions working in Hong Kong.

Economic and Trade Cooperation Committee: Promote economic and trade cooperation and exchanges between Chongqing and Hong Kong, and provides suggestions for Chongqing's investment promotion in Hong Kong.

Social Affairs Committee: Pay attention to social affairs and support the administration of the Hong Kong Special Administrative Region according to law.

Member Affairs Committee: Organize diverse activities for members to enhance friendship.

Training and Learning Committee: to promote members' understanding of important development policies of the country and Chongqing.

Youth Affairs Committee: Promote youth understanding of the country and Chongqing, and promote the national concept of the nation.

Federation First Leaders

President forever honor: Zhang Songqiao

Founding President: Dong Ruizhang

Founding Vice President: Zhuang Jingfan, Li Kunyuan, Jiang Liling, Yu Jianming, Guo Erche, Huang Guanghui, Xiao Ling

Chairman: Ma Haowen

Chairman: Huang Zushi

SVUS002501

Executive Vice President: Huo Qishan, Ma Yadong, Luo Shaoying, Wu Yongjia, Zheng Zhiming

Vice Chairman: Lin Xiaolu, Cha Yichao, Zhang Jie, Dong Fengtao, Zhao Shihao, Feng Xinghang, Su Jianqing Huang Jinda Li Qijie Zhuang Xiaoyi Deng Fei Yang Huahan Li Jingwei Deng Yawen

Secretary General: Xiaolu Lin

Deputy Secretary-General: Deng Yawen

Treasurer: Huang Yi

Executive Director: Li Kunyuan, Guo Erche, Li Yi, Lin Maoqi, Liu Tian, Ni Zeng Zhaodong, Gao Xiaorong Li Na Xu Jiafin Zhao Weizhi Zhao Wenzong Zhang Guangda Zhong Weiming Feng Yufeng

Xiong Jun Guan Haoyang Xu Hua Li Xiyan Zhou Zhiqiang Zhou Shiyao Guo Qixing

Zeng Qu Deng Jiahua Yin Ning Huang Hongyu Lin Yunfeng Wu Renbin Chen Chuguan

Wang Dan, Liu Yongyong, Dong Xiangjun, Ling Anlin, Lin Xiaozhe, Yang Changlin

Ling Kailian Mu Tong Xu Yunhui

Consultant: Cai Yi, Wang Zhuoqi, Huang Zhichao, Xiao Ling, Wang Zhongluo, Zeng Yaoxiang, Du Yongcheng

Lin Yannan

Obligation Legal Advisor: Zhao Wenzong

Director of Senior Affairs Committee: Guo Qixing

Director of Tongxiang Friendship Committee: Zeng Qu Deputy Director: Yang Yunfan

Director of Economic and Trade Cooperation Committee: Zhang Guangda Deputy Director: Huang Weilin

Director of Social Affairs Committee: Guan Haoyang Deputy Director: Taiwan Star

Director of Member Affairs Committee: Xu Jialin Deputy Director: Chen Xianlin Luo Tianjue Zhuang Junjie

Liang Jiabao Huang Yongxuan

SVUS002502

SVUS002503

Director of Training and Learning Committee: Li Xiyan

Director of Youth Affairs Committee: Xiong Jun

Clerk: Lu Yuxin

Hong Kong Chongqing Federation

Fair Details

Date: June 30th to July 1st, 2018

Time: 11 am to 6 pm

Venue: Hall 1E, Hong Kong Convention and Exhibition Centre, Wan Chai

Admission fee: Free

Source: AA

Finishing: Yan Xingyi, intern reporter of Hong Kong Wen Wei Po

Luo Zhiguang said at the opening ceremony yesterday that Hong Kong 2

Monthly to April seasonally adjusted unemployment rate drops

2.8%, the lowest level in more than two decades, and

The underemployment rate remains at 1%, and he hopes the event will

Attract fresh graduates to join the industry and inject new motivation into the aviation industry.

Three expansions expected to create 120,000 job vacancies

Deputy Secretary of Transport and Housing Bureau Su Weiwen

Show that with the start of the airport's three runway system project, plus

The civil aviation industry continues to develop rapidly and the aviation industry needs talent.

Demand is gradually increasing, creating a lot of job opportunities,

SVUS002504

There will be an estimated 120,000 vacancies in 2024.

Su Weiwen hopes that this event will provide job seekers and public interest.

The public introduced the different positions offered by the aviation industry, and

Encourage more people to join the aviation industry and work for Hong Kong while it

creates a more solid development foundation for aviation hubs.

AA Chief Executive Officer Lin Tianfu pointed out that, at the airport every year

Passenger and cargo traffic continues to grow, and airport services need

Continuous improvement, coupled with a number of important development projects

Such as three-runway systems, SkyCity

High-end logistics centers, etc.

Positions such as maintenance, ground handling, customer service

And retail.

Expo offers multiple airport vacancies, including opportunities in

Cabin services, aircraft maintenance, airports, construction works and catering

Service, etc., many participating companies will conduct on-site interviews

And provide employment seminars for all job seekers.

Young people want to do tarmac work

Xinxiang (Hong Kong) Co., Ltd. is a company that provides downtime

Ground and passenger ground services companies, human resources and corporate support.

Zhou Qiling, director of industry services, said it is expected to hire 50 people this year, among them will provide new programs to train new people, for example

If the apron service supervisor trainee program, will be an intern

Provide 6 months of training with a basic salary of 12,000 yuan, and then there will be

Evaluate and raise salary based on performance.

She hopes to attract more young people to the tarmac services this year, because there are more outdoor jobs, relatively speaking, and a

Lack of people. The customer service department hopes to attract

People who communicate with customers and have strong language skills.

Qiling Zhou said that according to different positions,

Different requirements, such as a driver's license and strong English proficiency, because staff need to communicate with customers and pilots.

She said she would conduct an interview on the spot and notify her if she would be accepted.

Hong Kong Aviation Engine Maintenance Services Ltd.

HAESL, who has been participating in the fair every year, said

"We mainly provide aircraft engine maintenance in Tseung Kwan O Industrial Village

Repair service." Parts maintenance manager Wen Disheng pointed out that

The number of employees is about 100, mostly in the workshop

Engine disassembly and parts maintenance.

Wen Disheng said that the standard for hiring employees is

Language skills, passing written tests and interviews, and

Control the machine, so focus on safety, I hope to choose

Responsible employees.

■ Luo Zhiguang visited the Rolls-Royce fly in the Expo

Turbine engine Trent 700.

SVUS002505

SVUS002506

Photo by Hong Kong Wen Wei Po reporter Zeng Qingwei

Hong Kong Wen Wei Po News (Intern Reporter Yan Xingyi)

The Hong Kong International Airport

International Airport 2018 Career Expo " in Wan Chai yesterday

Opening ceremony, more than 50 companies provide about 4,500

Vacancies waiting for graduate applications. Labor and welfare

Secretary for Revenue, Mr Law Chi-kwong, points out that Hong Kong's overall unemployment rate

Fell to its lowest level in more than two decades, plus visits to Hong Kong

Tourism continues to recover, aviation industry needs for talent

Increase, this employment expo is expected to promptly serve the aviation industry and

Inject valuable labor. Many exhibitors have

Said that they welcome fresh graduates to join. No

experience is required, and training is provided.

■ "Hong Kong State" co-organized by the Hong Kong Airport Authority and the Labour Department

International Airport 2018 Career Expo " was held in Wan Chai yesterday

Opening. Photo by Hong Kong Wen Wei Po reporter Zeng Qingwei

# EX. G



http://news.creaders.net/china/2017/05/24/big5/1827820.html

**China's Most Dangerous Woman Takes Another Shot to Stop Guo Wengui**

www.creaders.net | 2017-05-24 22:05:49 Caixin.com | 13 comments | view / post comments

Wan Wei Editor: Hu Shuli is known as China's most dangerous woman and the current editor-in-chief of Caixin Media. At present, Guo Wengui and Hu Shuli are involved in a scolding battle.

In the two or three years of the slow progress of the Arab-China Fund in the cooperation project between China and the UAE at the national level, Guo Wengui raised US $ 3 billion from the Royal Family of Abu Dhabi through the introduction of the then-United Nations Special Envoy for the Middle East, Blair. He also established the Arab-China Fund, and serves as Manager of the fund.

In 2013, Tony Blair, then the envoy of the United Nations Quartet in the Middle East, flew on a luxurious private jet when he visited the Middle East. The former British Prime Minister has an annual pension of 63.468 million pounds and an annual income of 100,000 as a special envoy of the United Nations Quartet. Where did his luxury private jet come from? Who pays the high cost of thousands of pounds per hour?

The media was discussing this earnestly for a while, but it is difficult to know the details. Caixin recently confirmed that there is also a Chinese man who accompanied Blair to help pay for the flight. This person is now known as the Chinese rich businessman Guo Wengui, who has fled the country. On April 19 this year, China issued a Red Notice to Interpol, stating that he was suspected of paying 60 million yuan in bribes to senior officials of the Chinese government and was an economic criminal suspect.

Yan Bu and Guo have known each other for a long time. In August 2009, the Chinese translation of the autobiographical book "Speaking For Myself" by Cherie Blair was published in China. Guo Wengui purchased 5,000 copies in one fell swoop. Blair and his wife were very grateful. Guo Wengui's English name Miles Kwok, along with a photo of Pangu Taiguan, appeared in the British Daily Mail. The report revealed that Cherie claimed that she had met with Guo two or three times and was unfamiliar with her; the English version of her autobiography had only sold about 300 copies in the UK during the same period.

In August 2009, the Chinese version of Cherie Blair's autobiographical book, "Speaking for Myself," was published in China, and Guo Wengui purchased 5,000 copies in one fell swoop.

Since then, Guo Wengui's interaction with Blair has become closer, and Blair has become an honored guest at Guo Wengui's London and Beijing homes. In 2013, Blair introduced Guo Wengui to the Crown Prince of Abu Dhabi, Sheikh Mohammed Bin Zayed Al-Nahyan (hereinafter referred to as Mohammed) and the royal figures.

SVUS002507

Guo Wengui thus raised about 3 billion US dollars from the Abu Dhabi royal family, and established a series of investment platforms such as the Azhong Fund and Azhong Capital overseas. In May 2015, he participated in the placement of Haitong Securities' H shares (600837.SH/06837.HK) through the Azhong Fund, and became the largest shareholder of the second largest securities firm in China in one fell swoop. He was also involved in the stock market disaster in the summer of 2015, suffering a one-time loss of $ 500 million.

**A China Fund Plan**

In January 2012, Premier Wen Jiabao of the State Council of China visited the UAE and proposed the idea of setting up a China-Arab Joint Investment Fund (hereinafter referred to as the China-Arab Fund) at the national level. However, the implementation of the China-Arab Fund was not very smooth. Until the end of 2015, after the Crown Prince Mohammed of Abu Dhabi visited China and met with Chinese President Xi Jinping, the China-Arab Fund was officially established with a total amount of 10 billion U.S. dollars. Each side contributes 50%, and scale of first installment was $ 4 billion. According to the information released by the China Development and Reform Commission's official website, the fund will be jointly managed by the UAE-owned Mubadala Development Company (Mubadala), China Development Bank Financial Co., Ltd. and China's State Administration of Foreign Exchange.

However, as early as 2013, Guo Wengui arranged for a special plane to accompany Blair to the Middle East. By the introduction of the United Nations Special Envoy in the Middle East, Guo Wengui met with Abu Dhabi's royal figures in the UAE to prepare for the establishment of the China-Africa Fund.

No later than 2014, an investment fund called ACA Capital (ACA) has taken shape in Hong Kong, with an initial funding of about US $ 3 billion, all funded by the Afghan side. The fund's director is Guo Wengui. A document from a New York court showed that in May 2014, Guo Wengui began discussions with UBS in preparation for U.S. dollars to enter Haitong Securities through UBS.

Azhong Capital

At that time, Guo Shang was able to obtain the full support of the important backstage and the Deputy Minister of National Security Ma Jian, with a mysterious red halo.

August 2014, Guo Wengui's Minority Securities completed the merger with Founder Securities, which was controlled by the original Founder Group CEO Li You, and the two fought for control. Guo himself immediately went abroad and quarreled with Li You on the Internet.

SVUS002508

January 2015, Li You was detained and Ma Jian was dismissed for corruption. In March, Guo Wengui's long-form report on high-security officials and trading of power and money was published in many domestic media, and public opinion was in an

uproar. At this time, Guo Wengui's domestic assets have been frozen by various creditors.

However, all this has not affected the continued progress of the Arab-Chinese fund plan. As of May 2015, Guo Wengui entered Haitong Securities as scheduled and became the largest shareholder.

**Big investment in Haitong**

At the end of 2014, Haitong Securities announced the offering of H shares with a total value of USD 4 billion and introduced seven investors. In hindsight, at least three were related to Guo Wengui and his agents, and the scale of the relevant investment reached two-thirds of the offering in one fell swoop.

In May 2015, the sea wild stock was completed as planned. Among them, Guo Wengui's Azhong Capital entered as an agent, and through the UBS arrangement, the backdoor company Dawn State subscribed for 569 million H shares of Haitong Securities, ranking first on the list of shareholders of Haitong Securities. Of the $ 1.275 billion investment, $ 500 million came from Azhong Capital, and another $ 775 million was raised from UBS.

Wang Kaiguo, then chairman of Haitong Securities, and Huang Zhenghong, secretary of the Board, arranged the H share offering. In the meantime, a number of investment banks participated, in addition to the UBS mentioned above, as well as Macquarie from an Australian background investment bank. Macquarie arranged for two unknown Hong Kong-based Insight Capital Management and Maunakai Capital Partners to participate in the Haitong H-share placement with a total investment of US $ 1.6 billion.

Guo Wengui is an important client of former Macquarie Greater China Chairman Yu Jianming. At that time, Yu Jianming, on behalf of Guo Wengui, talked about the wild sale. An investment banker close to the deal pointed out that when he saw Yu Yu later, he said that he had changed companies and hinted that he was already a major shareholder of Haitong Securities.

The market was ruthless, and Guo Wengui's massive investment suffered a stock disaster in less than two months. Due to leveraged trading through UBS, the stock price fell and the liquidation line was touched. As Guo Wengui, who was far from the United States, failed to replenish the 200 million U.S. dollar margin as required, his 589 million H shares were forcibly closed by UBS, with a loss of nearly 500 million US dollars. This is why Guo Wengui sued UBS. The lawsuit was dismissed by the New York courts with jurisdiction and could not be re-filed.

SVUS002509

American media Forbes magazine reported the lawsuit, claiming that Guo Wengui had hired David Boies, the most famous lawyer in the United States.

Guo recently said he plans to sue UBS in Hong Kong.

Guo Wengui's participation in Haitong's H-share offering was HK $ 17.1 per share, and the stock price was HK $ 21.76 on the day after the transaction was completed. However, in the subsequent stock disaster, Haitong H shares fell all the way: as of September, the price has fallen to 9.94 yuan per share.

According to public information, in 2016, investors had reduced their holdings of more than 200 million shares through Dingsheng, realizing proceeds of about US $ 300 million, and the remaining shares are still under the names of Ruifeng and Dingsheng funds. The current price of Haitong Hong Kong shares is less than HK $ 13 per share, and the floating loss of the last H share offering was nearly 25%.

All kinds of news indicate that although Guo Wengui controls some liquid assets, he faces tremendous pressure from investors due to investment failures.

### Person in the Foreground Yu Jianming

Yu Jianming resigned from Macquarie in March 2015 to become a director and president of an Azhong company represented by ACA Capital Limited Group. The real boss behind the scenes was Guo Wengui.

Yu Jianming, 50, is not tall, has a round face and wears glasses. Prior to joining Macquarie, Yu Jianming served as managing director of a fund management company cooperating with China Merchants Securities. Prior to that, he worked for several investment banks, including France's Orient Bank. In his more than 20-year career as a foreign investment banker, Yu Jianming has participated in the IPOs of dozens of companies such as Agricultural Bank of China and Jinying, and has also participated in the Gome Electric Equity War. Yu Jianming is a member of the Chongqing Political Consultative Conference. He has served as an economic advisor to several provinces and cities in the Mainland. He is also the executive chairman of the new council of the Hong Kong Institute of Chartered Financiers, the executive chairman of the Hong Kong Federation of Youth Groups, the deputy head of the Hong Kong Volunteer Corps, and an honorary citizen of Washington State.

Azhong Capital Group was incorporated in Hong Kong in 2015. The only shareholder is Je Kin Ming, who also serves as the company's director and chief executive officer. According to the official website of Azhong Capital Group, the funds under management come mainly from investors in the Middle East and East Asia. Investment areas include listed securities, private equity investments, and real estate projects.

Among many ACA series companies, the director of ACA Hong Kong Investment Holdings Group Limited is shown as Guo Qiang, the son of Guo Wengui. It is worth noting that the registered addresses of Guo Qiang's other companies in Hong Kong all coincide with the registered addresses of Yu Jianming's ACA series of companies.

Recently, Yu Jianming did not respond to Caixin reporter's inquiry, but only said that the company had regulations and was unavailable to answer media questions.

Role of Blair

Blair, who was Prime Minister of Britain for ten years, suggested during his tenure that Britain should imitate the US Air Force One and have a special plane for the Prime Minister. This proposal was rejected by Parliament on the grounds that it was too expensive.



SVUS002511

(From left) Former British Prime Minister Blair and wife Cherie Blair

After stepping down as Prime Minister of the United Kingdom in 2007, Blair served as the United Nations Special Envoy for the Middle East and frequented Middle East countries. At the same time, he set up his own consulting company (TBA), engaged in consulting business around the world, and gained a lot of money.

Blair's main role as special envoy is to mediate the Palestinian-Israeli conflict, but he first visited the UAE in his first month as a special envoy. The British Telegraph reported on the news that Blair had an extremely close relationship with Crown Prince Sheikh Abdullah bin Zayed Al Nahyan. Abdullah is also the UAE Minister of Foreign Affairs and International Cooperation.

In 2014, Blair's TBA signed a five-year contract with the UAE Ministry of Foreign Affairs and charged a consulting fee of US $ 35 million (US $ 7 million per year). The matter was exposed by British media, and Blair was accused of having a conflict of interest.

After retiring, Blair liked to travel around the world by private jet. British media has been pursuing this luxury move, and some gold owners who paid for Blair's private jet were exposed by the media, including the then-Libyan supreme leader Gaddafi.

As a special envoy of the United Nations, he visited the Middle East and negotiated a settlement of the Israeli-Palestinian conflict. However, during a trip to the Middle East in 2013 by Blair, Chinese businessman Guo Wengui accompanied him on a luxury private jet arranged by Guo Wengui.

On the 12th of December that year, Blair also met with Guo Wengui in Beijing. It is reported that in 2017, Blair and Guo also met.

Blair resigned as the UN Special Envoy for the Middle East in May 2015 due to excessive pressure from public opinion.

In the early morning of May 25, Beijing time, a person in Blair's office responded to a question from Caixin reporter, saying that Guo Wengui, as Blair's friend, has known him for ten years. Guo was once a donor to Blair's charity work. Blair never signed a commercial contract with Guo, nor did he charge for it, as did Blair's company. As is known to the outside world, Blair has now closed the commercial portion of his company, focusing on non-profit activities.

On May 2nd this year, Foreign Minister Wang Yi met with visiting UAE Minister of Foreign Affairs and International Cooperation Abdullah in Beijing. The cooperation between the two countries on anti-corruption and the pursuit of stolen goods has received a positive response from

SVUS002512

the UAE Foreign Minister. Wang Yi also said that the UAE could never become a haven for any suspected criminal.

On May 17th, Fan Changlong, Vice Chairman of the Central Military Commission of China, and Chang Wanquan, State Councilor and Minister of Defense, met and talked with UAE Minister of Defense Bawadi respectively in Beijing. Chang Wanquan said that in recent years, in accordance with the roadmap for the development of bilateral relations jointly formulated by the Chinese and Arab heads of state, the relations between the two countries and the two armed forces have developed well. Bawadi said that the Arab side is willing to strengthen cooperation and work with China to further promote the active cooperation between the two countries and the two armed forces and push forward the strategic partnership between the two countries for the benefit of the two peoples.

Wu Caixin will continue to investigate and report on Guo Wengui's little-known capital activities.

(Reporter in Hong Kong, Wang Duan, Yang Wenwen, Washington correspondent, Li Zengxin, London correspondent, An Ning reporter, Yu Ning)

SVUS002513

# EX. H

**Donnelli, Jennifer**

| | |
|---|---|
| **From:** | Donnelli, Jennifer |
| **Sent:** | Thursday, November 21, 2019 8:56 AM |
| **To:** | Jessica Ju |
| **Subject:** | RE: Items for Translation |

Wonderful. Thanks

**From:** Jessica Ju [mailto:jessicaju@gmail.com]
**Sent:** Wednesday, November 20, 2019 5:47 PM
**To:** Donnelli, Jennifer
**Subject:** Re: Items for Translation

Dear Jennifer,
I'm happy to do the translation for these links.
Sorry I missed your call. I was at a meeting earlier. I will give you a call tomorrow if it's too late now.
I will be able to give these to you by the end of next week.
Thank you.
**Best,**
**Jessica Ju**
***Federal Court Qualified Chinese Linguist***
***State Court Certified Translator***
P: (+1) 646.717.2989
jessicaju@gmail.com

On Wed, Nov 20, 2019 at 5:19 PM Donnelli, Jennifer <JDonnelli@gravesgarrett.com> wrote:

Jessica, to follow up on my voicemail today, could you please provide translation of the following items on the internet? We would want to produce these to the other side by the end of next week. On the Chongquing-China Friendship pages from the Wayback Machine, we just want to translate the main page and the "About Us" and "Membership" tabs.  Please give me a call for more detail.  Thanks, Jennifer

[1] http://zt.ccppcc.cn/2015/n/214.html

[1] http://news.creaders.net/china/2017/05/24/big5/1827820.html

[1] https://web.archive.org/web/20130520190406/http://www.hkcqff.org/

[1] http://www.hkcqff.org/sh/member.php

[1] https://web.archive.org/web/20130520190406/http://www.hkcqff.org/

[1] https://web.archive.org/web/20141219192734/http://www.hkcqff.org/

[1] https://web.archive.org/web/20160114103230/http://www.hkcqff.org/

[1] https://web.archive.org/web/20170715033710/http://www.hkcqff.org/

[1] https://web.archive.org/web/20160815115354/http://www.hkcqff.org/sh/

[1] https://web.archive.org/web/20160815100513/http://www.hkcqff.org/member.php

[1] http://pdf.wenweipo.com/2018/06/30/a09-0630.pdf

[1] http://www.hkcqff.org/sh/about.php




Jennifer Donnelli

1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4581
Fax: (816) 222-0612
JDonnelli@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.


## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.