# Exhibit EEEE

4/6/2020 Five arrested, pepper spray used as Hong Kong localists clash with Putonghua singers | South China Morning Post

Case 1:18-cv-02185-LJL Document 273-52 Filed 04/06/20 Page 2 of 4

## SCMP.COM



South China Morning Post

Hong Kong / Education

# Five arrested, pepper spray used as Hong Kong 'localists' clash with Putonghua singers



**Danny Mok**
Published: 11:45pm, 28 Jun, 2015



Police arrested five people and used pepper spray to try to disperse violent clashes in Mong Kok last night as localist demonstrators protested against a group of people singing in Putonghua, creating a fraught situation that quickly spun out of control when rival pro-Beijing demonstrators clashed with the localists.

Four men and one woman aged between 23 and 55 were arrested, police said, and one police officer was reported injured.

Dozens of anti-mainlander demonstraters targeted the musicians, who regularly assemble in the pedestrian area of Sai Yeung Choi Street South, accusing them of causing a nuisance.

"Localist" has become an umbrella term for radical groups defined by an anti-mainland sentiment and a desire to resist Beijing's influence over the city.

As word of the protest spread, rivals from patriotic groups arrived, and soon heated verbal arguments broke out, later escalating into physical clashes.

Scores of police officers had been standing ready for the protest by the localists, who had announced their intentions in advance. When the two sides began to clash, police deployed metal barricades as partitions to try to keep them apart.

The situation took a particularly violent turn when officers removed a man from the crowd and carried him into a police vehicle at about 8pm.

A man with blood on his face is taken away from the site of the protests in Mong Kok. Photo: Reuters

4/6/2020 Five arrested, pepper spray used as Hong Kong localists clash with Putonghua singers | South China Morning Post

Case 1:18-cv-02185-LJL Document 273-52 Filed 04/06/20 Page 4 of 4

Localist protesters surrounded the police vehicle on Nathan Road, and officers fired pepper spray at them, hitting several.

The two sides later returned to Sai Yeung Choi Street, where angry verbal exchanges continued for about an hour, followed by chases on foot and physical struggles.

Workers from some shops on the street shut their metal gates, apparently to prevent damage.

The chases and fights later spilled into nearby Mong Kok Road, where officers were seen using pepper spray again.

A man with his face covered with blood was spotted leaving the scene with the assistance of a woman.

Police were seen helping some apparent participants of the melee into a taxi, angering the localist protesters, who accused them of releasing the perpetrators of crimes.

As of 12.50am, about dozens of the localist protesters gathered outside Mong Kok Police Station and called for the release of their fellow protesters.



**Source URL:** https://scmp.com/news/hong-kong/education-community/article/1829077/police-use-pepper-spray-hong-kong-protesters

**Links**
[1] https://twitter.com/PRHacks
[2] https://t.co/z4EC5pNTFn
[3] https://twitter.com/HongKongHermit/status/615149507483987968