# Exhibit JJJJ

youtube.com/channel/
YouTube
Search
Home
Trending
Subscriptions
Library
Voice of Guo Media
4.35K subscribers
SUBSCRIBE
HOME
VIDEOS
PLAYLISTS
COMMUNITY
CHANNELS
ABOUT
World is Changing - Welcome to VOG Engl...
0:10 / 2:15
World is Changing - Welcom...
6,196 views • 10 months ago
A Discord link
https://discord.gg/ZhGK3EA
B VOG domain
https://www.vog.media
Rule of Law Fund 501(c)(3)
https://rolfoundation.org/
Rule of Law Fund 501(c)4
READ MORE
相关频道
Rolfoundation法治基金
SUBSCRIBE
郭文贵
SUBSCRIBE
战友之家Voice of Guo ...
SUBSCRIBE
戰友之家直播
SUBSCRIBE
战友之家2019
SUBSCRIBE
Uploads
PLAY ALL
5:31
5:06
4:05
CCP model doesn't work in the epidemic
96 views • 1 day ago
How CCP-Virus influencs our lives
328 views • 6 days ago
Work at home because of CCP Virus
205 views • 6 days ago

