# Exhibit KKKK

## IT Administrator Overlap across Guo-affiliated YouTube Channels

A. **"战友之家Voice of Guo Media"**

   (https://www.youtube.com/channel/UCNKpqIqrErG1a-ydQ0D5dcA) shares IT administrators (either "owners" or "managers") with:

   1. "戰友之家直播"
      (https://www.youtube.com/channel/UCdWxcRRnVa4FeLZ85Rx_WDw)
      a. "Rob.I anonymous" (primary email: anonymousfromcn@gmail.com)
      b. "Ms.L Talk 挺郭小妹" (leannelirealtor@gmail.com)
      c. "龍龍" (fld606@gmail.com)
      d. "Bin L" (yangchunga@gmail.com)
      e. "小寶 侯" (lol4941551@gmail.com)
      f. "咚锵 咚" (www.654505105@gmail.com)
      g. "中國 正道" (nuoya7777@gmail.com)

   2. "**Voice of Guo Media**"
      (https://www.youtube.com/channel/UCbujLoHxA16TveAXWGx2xSg)
      a. "Cheng" (yangchunga@gmail.com)
      b. "Ms.L Talk 挺郭小妹" (leannelirealtor@gmail.com)

   3. "**Rolfoundation法治基金**"
      (https://www.youtube.com/channel/UCfG2D1ZWTfvp5p3gl5PHmmg/)
      a. "Sara" (sarawei808@gmail.com)
      b. "小寶 侯" (lol4941551@gmail.com)

   4. "**战友之家2019**"
      (https://www.youtube.com/channel/UCM8t0FbweERXYrxqIk3y7wg/)
      a. "咚锵 咚" (www.654505105@gmail.com)
      b. "中國 正道" (nuoya7777@gmail.com)

B. **"戰友之家直播"**

   (https://www.youtube.com/channel/UCdWxcRRnVa4FeLZ85Rx_WDw/) shares IT administrators with:

   1. "战友之家**Voice of Guo Media**"
      (https://www.youtube.com/channel/UCNKpqIqrErG1a-ydQ0D5dcA)
      a. "Rob.I anonymous" (primary email: anonymousfromcn@gmail.com)
      b. "Ms.L Talk 挺郭小妹" (leannelirealtor@gmail.com)
      c. "龍龍" (fld606@gmail.com)
      d. "Bin L" (yangchunga@gmail.com)
      e. "小寶 侯" (lol4941551@gmail.com)
      f. "咚锵 咚" (www.654505105@gmail.com)
      g. "中國 正道" (nuoya7777@gmail.com)

1

2. "**Voice of Guo Media**"

    (https://www.youtube.com/channel/UCbujLoHxA16TveAXWGx2xSg)

    a. "Ms.L Talk 挺郭小妹" (leannelirealtor@gmail.com)

3. "**Rolfoundation法治基金**"

    (https://www.youtube.com/channel/UCfG2D1ZWTfvp5p3gl5PHmmg/)

    a. "小寶 侯" (lol4941551@gmail.com)

4. "**战友之家2019**"

    (https://www.youtube.com/channel/UCM8t0FbweERXYrxqIk3y7wg/)

    a. "咚锵 咚" (www.654505105@gmail.com)

    b. "中國 正道" (nuoya7777@gmail.com)

    c. "Snow Nangong" (nangongsnow@gmail.com)

C. **"Voice of Guo Media" (https://www.youtube.com/channel/UCbujLoHxA16TveAXWGx2xSg) shares IT administrators with:**

1. "**战友之家Voice of Guo Media**"

    (https://www.youtube.com/channel/UCNKpqIqrErG1a-ydQ0D5dcA)

    a. "Cheng" (yangchunga@gmail.com)

    b. "Ms.L Talk 挺郭小妹" (leannelirealtor@gmail.com)

2. "**戰友之家直播**"

    (https://www.youtube.com/channel/UCdWxcRRnVa4FeLZ85Rx_WDw)

    a. "Ms.L Talk 挺郭小妹" (leannelirealtor@gmail.com)

3. "**Rolfoundation法治基金**"

    (https://www.youtube.com/channel/UCfG2D1ZWTfvp5p3gl5PHmmg/)

    a. "Sara" (sarawei808@gmail.com)

D. **"战友之家2019" (https://www.youtube.com/channel/UCM8t0FbweERXYrxqIk3y7wg/) shares IT administrators with:**

1. "**战友之家Voice of Guo Media**"

    (https://www.youtube.com/channel/UCNKpqIqrErG1a-ydQ0D5dcA)

    a. "咚锵 咚" (www.654505105@gmail.com)

    b. "中國 正道" (nuoya7777@gmail.com)

2. "**戰友之家直播**" (https://www.youtube.com/channel/UCNKpqIqrErG1a-ydQ0D5dcA/)

    a. "咚锵 咚" (www.654505105@gmail.com)

    b. "中國 正道" (nuoya7777@gmail.com)

    c. "Snow Nangong" (nangongsnow@gmail.com)

2

E. **"Rolfoundation法治基金" (https://www.youtube.com/channel/UCfG2D1ZWTfvp5p3gl5PHmmg/) shares IT administrators with:**

1. "战友之家Voice of Guo Media"

    (https://www.youtube.com/channel/UCNKpqIqrErG1a-ydQ0D5dcA)
    
    a. "Sara" (sarawei808@gmail.com)
    
    b. "小寶 侯" (lol4941551@gmail.com)

2. "戰友之家直播"

    (https://www.youtube.com/channel/UCdWxcRRnVa4FeLZ85Rx_WDw)
    
    a. "小寶 侯" (lol4941551@gmail.com)

3

```
                    guo-you-zhi-she-7603@pages.plusgoogle.com.AccountInfo
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: 战友之家Voice of Guo Media
e-Mail: guo-you-zhi-she-7603@pages.plusgoogle.com
Created on: 2018/03/05-06:36:19-UTC
Terms of Service IP: 73.152.158.114, on 2018/03/05-06:36:19-UTC
Google Account ID: 1052151142083
Google Account Owner: sarawei808@gmail.com
Notification e-Mail: guo-you-zhi-she-7603@pages.plusgoogle.com
Managers: xiaoxiyou1@gmail.com, melonglee725@gmail.com, yangchunga@gmail.com,
anonymousfromcn@gmail.com, lol4941551@gmail.com, www.654505105@gmail.com,
leannelirealtor@gmail.com, nuoya7777@gmail.com, johnnyfeng2009@gmail.com,
fld606@gmail.com

############## * Google Confidential and Proprietary * ###############
```

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name：戰友之家直播
e-Mail: zhan-you-zhi-sh-2451@pages.plusgoogle.com
Created on: 2019/02/24-20:42:18-UTC
Terms of Service IP: 104.128.80.240, on 2019/02/24-20:42:18-UTC
Google Account ID: 393059262337
Google Account Owner: zyzsby777@gmail.com
Notification e-Mail: zhan-you-zhi-sh-2451@pages.plusgoogle.com
Managers: wangyaguang666@gmail.com, melonglee725@gmail.com,
anonymousfromcn@gmail.com, nangongsnow@gmail.com,
chumenerkanshijie123@gmail.com, lol4941551@gmail.com,
www.654505105@gmail.com, yanzhonghuashu1974@gmail.com,
leannelirealtor@gmail.com, nuoya7777@gmail.com, linli801031@gmail.com,
johnnyfeng2009@gmail.com, fld606@gmail.com

No user IP logs data.

############## * Google Confidential and Proprietary * ##############
```

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: Voice of Guo Media
e-Mail: english-channel-2289@pages.plusgoogle.com
Created on: 2019/04/08-07:32:26-UTC
Terms of Service IP: 104.128.80.240, on 2019/04/08-07:32:26-UTC
Google Account ID: 216576512086
Google Account Owner: channelenglish7@gmail.com
Notification e-Mail: english-channel-2289@pages.plusgoogle.com
Managers: yangchunga@gmail.com, renniaofei77@gmail.com,
leannelirealtor@gmail.com

############## * Google Confidential and Proprietary * ##############
```

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: 战友之家 2019
e-Mail: zhan-you-zhi-sh-7983@pages.plusgoogle.com
Created on: 2019/04/01-04:11:31-UTC
Terms of Service IP: 64.64.108.241, on 2019/04/01-04:11:31-UTC
Google Account ID: 837603741572
Google Account Owner: wenhuiguo2019@gmail.com
Notification e-Mail: zhan-you-zhi-sh-7983@pages.plusgoogle.com
Managers: nangongsnow@gmail.com, www.654505105@gmail.com,
nuoya7777@gmail.com

No user IP logs data.

############## * Google Confidential and Proprietary * ##############
```

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: Rolfoundation 法治基金
e-Mail: rolfoundation-f-7672@pages.plusgoogle.com
Created on: 2019/05/11-18:46:03-UTC
Terms of Service IP: 2601:500:8400:4a0c:2cef:4399:3584:70d2, on
2019/05/11-18:46:03-UTC
Google Account ID: 1077992455282
Google Account Owner: ruleoflawfoundationorg@gmail.com
Notification e-Mail: rolfoundation-f-7672@pages.plusgoogle.com
Managers: liangliang20181119@gmail.com, sarawei808@gmail.com,
lol4941551@gmail.com, beijingdaguniang@gmail.com

############## * Google Confidential and Proprietary * ##############
```

```
                YouTube user info on official Guo Wengui channel
############## * Google Confidential and Proprietary * ###############


User name:文贵 郭
External Id:O3pO3ykAUybrjv3RBbXEHw
URL:http://www.youtube.com/channel/UCO3pO3ykAUybrjv3RBbXEHw
E-mail:wenguiguo@gmail.com (confirmed)
Creation Date:January 29, 2017 at 4:58 PM UTC
Creation IP:220.241.32.77
First Name:文贵
Last Name:郭


No user IP logs data.



############## * Google Confidential and Proprietary * ###############
```

```
                Gmail info for Guo's official gmail account (wenguiguo)
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: 文贵 郭
e-Mail: wenguiguo@gmail.com
Created on: 2015/02/12-19:54:47-UTC
Terms of Service IP: 75.119.168.2, on 2015/02/12-19:54:47-UTC
SMS: +16467083332 [US]
Google Account ID: 775514479685

############## * Google Confidential and Proprietary * ###############
```