# Exhibit LLLL

# About Bob Fu – A Fake Pastor

By 秘密翻译组 - 2020-01-07 23:16



1. Bob Fu is not a human rights activist. The reason he is the human rights activist is that he is using that to be the leader of human trafficking. I have a lot of evidence and stories about this. I will share it with you gradually. Bob Fu does human right for the human trafficking business.



*Address of Bob Fu's China Aid Association*



# Contact Us

## ChinaAid Headquarters

P.O. Box 8513
Midland, TX, 79708

Phone: +1(432)689-6985
Toll Free: +1(888)889-7757
Fax: +1(432)686-8355

Email: info@chinaaid.org

*Address and contact details of China Aid Association*

ecfa.org

Donate to China Aid Association

# 2018 annual income for China Aid Association

## Financial Data

### Revenue

| | |
|---|---|
| **Cash Donations** | $1,720,678 |
| **Noncash Donations** | $0 |
| **Other Revenue** | $4,598 |
| Total Revenue | $1,725,276 |

### Expenses

| | |
|---|---|
| Total Expenses | $1,709,363 |

| | |
|---|---|
| **Excess (or Deficit) for the Year** | $15,913 |
| Other | $0 |
| Total Change in Net Assets | $15,913 |

⊕ **Revenues and Expenses are rarely equal. Click here for more information.**



*2018 Annual income for China Aid Association*



China Aid Association Inc Form 990 2017



China Aid Association Inc Form 990 2017



*China Aid Association Inc Form 990 2017*



*China Aid Association Inc Form 990 2017*

China Aid Association Inc Form 990 2017

*China Aid Association has 15 paid employees and 40 volunteers as reported*

According to the 2017 Form 990, pastor Fu received 1.5 million dollars in donations in 2017. It is reported that Fu's organization has 15 employees, and the salary cost for 2017 years is $160,000 , or more than $10,000 per person, but the travel expenses are claimed for $70,000.

2. Bob Fu is a fake priest who had never been a pastor of any church, nor had he ever taught anything and is not familiar with the bible. 100% hypocrite. His wife owned and operated at least two very profitable wineries



*Bob Fu's bottle shop under Bob Fu International LLC: Bill's Bottle Shop*









# Bill's Bottle Shop

4.4 ★★★★★ (8)

Wine wholesaler and importer · Open

OVERVIEW       **REVIEWS**



*Address and phone of Bill's Bottle Shop*



*Customer complain about the value of $42 wine sold for $349 a bottle in Bob Fu's Bill's Bottle Shop*

# Bill's Bottle Shop Number 2

Beer, Wine & Spirits

ⓘ Unclaimed

3. Bob Fu is very lecherous and has harassed several young female volunteers who work for CCA, one of whom is now a reporter for Radio Free Asia. Every time Bob Fu was on a business trip, his wife arranged entourage to monitor him, and told them not to let Bob Fu alone in a room. Bob Fu is very self- abasement to his appearance and height. On one occasion, a couple he had rescued told him to pull his head and feet at the same time every day; you will grow taller. He pulled his head and feet every day for several months.

4. Bob Fu helped a lot of people, most people fell out with him, including Chen Guangcheng. But it was very strange that these people did not dare to expose him after they had left him. I don't know what he did. Whenever he was afraid someone would betray him, he would report him to the US authorities for working for the communist party, pre-emptively destroying their credibility.

5. Gao Zhisheng's wife Geng He once applied for a restraining order against Bob Fu in the court. This happened between 2009 and 2012. Please go to the court in Texas and check the records, you will find them.

6. Many people who had close contact with him said, do not have anything to do with him; it's unlucky! The wife of Li Baiguang, a human rights lawyer who died of cancer, had warned several friends not to contact Bob Fu. In the process of rescue, Cao Sanqiang priest Cao Sanqiang's wife also said the same thing. And earnest request the State Council, in the rescue of Cao Sanqiang do not want him to intervene. Zhang Heci (Zhang Dongsu's son), who lives in Australia, told several of his friends that Bob Fu had sold him out to the Chinese communist party and should never have anything to do with him. You can try to get in touch with Zhang Heci.

7. Bob Fu's fees are costly, he brought all kinds of people to the United States, there is the communist party arrested a Henan Mr. Zhang, a leader of a gang. He dressed him up as a Christian leader, suffered religious persecution, and then charged high fees to save the head of the gang's daughter, son-in-law, and their Beibei to the United States. The couple has fallen out with Bob Fu; you should try to find the couple, the woman's surname is Zhang, you can find it online. From 2012 to 2016.

8. Bob Fu is bold, often pretend to represent the United States to deal with a variety of things. This is a criminal offence; there are a few times when he was exposed, he immediately fabricated reasons to stop the action by letting the collaborators confused. In this respect, I have a lot of information because of the criminal involved, so I am more careful about processing the information.

9. Yuan Jianbin told many friends that Bob Fu had helped him and his daughter return to the United States and that he had given him at least $100,000. Bob Fu called Yuan Jianbin, who was trapped in Shanghai, and said he called Hillary overnight, and she will intervene to rescue him. Bob Fu's assistant at the time and the person responsible for the rescue of Yuan Jianbin, who lived in suburban Washington, Wu Chaoyang. In the democratic movement circle, a lot of people know about it, because Yuan Jianbin talked about it everywhere.

10. He has brought dozens of his family and relatives to the United States, where his family owns about ten luxury houses in and around Midland.



*Bob Fu's Family photo*

## Relatives

**6** Relatives Found

### 1st Degree

| # | Name | Age | Address |
|---|------|-----|---------|
| 1 | BOCHUN CHUN CAI | N/A | 4719 Bishops Castle Dr Midland, TX 79705<br>First seen: 09/2007, Last seen: 08/2016<br><br>1710 Harvard Ave Midland, TX 79701<br>First seen: 05/2008, Last seen: 05/2008<br><br>5011 Los Alamitos Dr Midland, TX 79705<br>First seen: N/A, Last seen: N/A |
| 2 | BOB FU | 51 | 4719 Bishops Castle Dr Midland, TX 79705<br>First seen: 09/2007, Last seen: 07/2016<br><br>1710 Harvard Ave Midland, TX 79701<br>First seen: 10/2004, Last seen: 10/2005 |
| 3 | DANIEL FU | 26 | 4719 Bishops Castle Dr Midland, TX 79705<br>First seen: N/A, Last seen: N/A |
| 4 | NING FU | N/A | 1208 Chestnut St # 1208 Newton Upper Falls, MA 02464<br>First seen: 04/2013, Last seen: 04/2013<br><br>45 Crescent Ave Apt 2 Dorchester, MA 02125<br>First seen: N/A, Last seen: N/A |

### 2nd Degree

| # | Name | Age | Address |
|---|------|-----|---------|
| 1 | BOQIU CAI | N/A | 4700 Boulder Dr Midland, TX 79707<br>First seen: 11/2017, Last seen: 11/2017<br><br>4719 Bishops Castle Dr Midland, TX 79705<br>First seen: 11/2017, Last seen: 11/2017 |

4

*Bob Fu's Relatives and Address*

11. Communist party officials and diplomats frequently visit his Midland home.



*Bob Fu's employee card of Beijing Municipal CCPS (China Communist Party School) in 1994*



After the Tiananmen Square massacre in June 1989,
Bob & his wife were arrested and imprisoned.

*After the Tiananmen Square masssacre in June 1989,Bob &his wife were arrested and imprisoned.*

Bob Fu，who was jailed after Tiananmen Square massacre in 1989, became a teacher at a CCP's party school in 1994. It casts doubt on the veracity of the arrest after Tiananmen Square massacre and whether it was a lie invented to gain American political asylum.

12. Bob Fu's Professional

## Professional

**12** | Jobs Found

| # | Company | Title | Industry | Started on | Ended on |
|---|---------|-------|----------|------------|----------|
| 1 | CHINA AID ASSOCIATION INC | PRESIDENT | N/A | N/A | N/A |
| 2 | CHINA AID ASSOCIATION INC | EXEC DIR | N/A | N/A | N/A |
| 3 | THJB, INC. | VICE PRESIDENT | N/A | N/A | N/A |
| 4 | BOB FU INTERNATIONAL, LLC | MEMBER | N/A | N/A | N/A |
| 5 | BOB FU INTERNATIONAL, LLC | MANAGER | N/A | N/A | N/A |
| 6 | CHINA AID ASSOCIATION INC | FOUNDER AND PASTOR | N/A | N/A | N/A |
| 7 | BOB FU INTERNATIONAL LLC | CONTA | N/A | N/A | N/A |
| 8 | BOB FU INTERNATIONAL LLC | CONTACT | N/A | N/A | N/A |
| 9 | WESTMINSTER THEOLOGICAL SEMINARY | PASTOR | N/A | N/A | N/A |
| 10 | MID-CITIES CHINESE HOUSE CHURCH | DIRECTOR | N/A | N/A | N/A |
| 11 | CHINA AID ASSOCIATION INC | N/A | N/A | N/A | N/A |
| 12 | China Aid Association | President | N/A | 01/2002 | N/A |

All US government officials， please take a look. This so-called US citizen engaged in illegal political asylum，threat and fraud in the US. Using the FBI, Vice President Pence , Secretary of State Pompeo, and other US officials to engage fake asylum business under their names. What a garbage is Bob Fu! He also said that he met with FBI law enforcement agents！According to his tweets, he was in Midland for 4 hours from the time he said he would meet FBI agents to the time he reported the result of the meeting. This fake paster continues to lie, deceive and threaten!

Bob Fu Tweets：


**Bob Fu博希秋**
@BobFu4China

弟兄姐妹们：我们凭着无伪的信心和无愧的良心做事就坦然无惧。我们争战的利器是主宝座前的祷告。本人跟郭骗毫无关联没讲过电话更没有拿过他一分钱。也没有跟他指控的郭宝胜官司有任何关系。郭骗在美政治庇护无望试图向中共主子勾兑.明天FBI专门专人通告.大家千万不要着急!公信力＋品格不是赃钱能买来滴!

**Translate Tweet**



4:43 pm · 6/1/20 from Midland, TX · Twitter for

Brothers and sisters, we act with unfeigned faith and a clear conscience with confidence. The sharp weapon of our war is the pray before the throne of the Lord. I have nothing to do with Liar Guo, never speak on the phone with him, never take him a cent, also have anything to do with his claim's on Guo Baosheng lawsuit. Liar Guo has no hope of political asylum in the United States and is trying to negotiate with his Chinese master. Tomorrow the FBI will be notified by special personnel. Please don't worry! Credibility and character cannot be bought with dirty money!



**Bob Fu傅希秋**
@BobFu4China

正在去见 FBI 的路上。郭骗威胁联邦
政府介入！

Translate Tweet

1:16 am · 7/1/20 from Midland, TX · Twitter for
iPhone

On my way to see the FBI. Federal government to interveners as the threat from Liar Guo!



**Bob Fu傅希秋**
@BobFu4China

弟兄姐妹们朋友们千万要耐心祷告。
不要以恶报恶。我们说做的一切是出
与上帝的爱与公义。是为了郭骗能够
还有时间悔改归向上帝停止作恶。政
府也是上帝的仆人.因为案子敏感我
不能讲跟联邦执法特工今天谈话内容
和下一步行动时间地点，但是就如恶
者污名判刑王怡牧师和上帝的教会一
样,上帝公义的膀臂必显露！

Translate Tweet

5:24 am · 7/1/20 from Midland, TX · Twitter for
iPhone

Brothers and sisters, friends, pray patiently. Do not repay evil with evil. All we say we do is out of love and

agents about today's meeting and where and when we're going to do next. But just as evils to stigmatise Pastor Wang Yi and the church of god, the arm of god's righteousness will be revealed!



**Bob Fu傅希秋**
@BobFu4China

我真诚奉劝那些从前帮助郭骗现在还在继续拿郭骗赃钱的郭骗打工仔赶紧醒悟离开恶人，退赃，不做帮凶，凭双手干正经事，努力思考怎样使用自己才华去具体地帮助那些被中共迫害的国人和其它被习近平政权欺压的千万受害者。我是坦诚透明的以我的信仰和人格凭爱心提前发个预警！

Translate Tweet

6:04 am · 7/1/20 from Midland, TX · Twitter for iPhone

I sincerely advise those workers of liar Guo who used to help liar Guo and now still continue to take liar Guo's dirty money , quickly wake up to leave this evil and return the dirty money, stop be an accomplice. Work hard with your hands and think hard about how you can use your talents to specifically help those persecuted by the CCP and other victims of Xi Jinping's regime. I am frank and transparent with my faith and personality with love to send a warning in advance!



**Bob Fu傅希秋**
@BobFu4China

应该是先去国土安全部部长办公室，
还是白宫呢？国务院早就明白了！

Translate Tweet

10:59 am · 7/1/20 from Midland, TX · Twitter for
iPhone

Should we go first to the office of the Secretary of Homeland Security or to the White House? The state
department got it already!



**Bob Fu傅希秋**
@BobFu4China

Replying to @Tudou522525

謝謝🙏。魔鬼希望牽扯我們太多精
力。我們不上當。上帝有審判，地上
我們是美國公民有執法部門在調查
和24小時依法保護。今天聯邦調查
局反間諜部門特工特別告訴我要放心
繼續為推動中國人權和宗教自由一如
既往！

Translate Tweet

1:47 pm · 7/1/20 · Twitter for iPhone

About Bob Fu - Fake Pastor - Gnews



**Bob Fu傅希秋**
@BobFu4China

腓立比书 (Philippians)4:4 你们要靠主
常常喜乐；我再说，你们要喜乐。
4:4 Rejoice in the Lord always; again I
will say, rejoice. （这是使徒保罗从监
狱里写给教会弟兄姐妹的）先对一下
时间现在是美国中部时间早上9点
整。FBI办公室就在我们办公室不
远。主的恩典够用。

Translate Tweet



(Philippians) 4:4 Rejoice in the Lord always; again I will say, rejoice. (This is what the apostle Paul wrote to his church brothers and sisters from prison). Check the time now. It's 9:00 a.m. America central time. The FBI office is not far from our office. The grace of the Lord is sufficient.



2:02 am · 8/1/20 · Twitter for iPhone

Contributed by Mischa, 贵在行动宣传部长



秘密翻译组