# Exhibit MMM



**Allied Special Operations Group, LLC**
4550 Jimmy Doolittle Dr.
Suite 300
Addison, Texas 75001
972-685-2308

# INVOICE

INVOICE #1800007
02/20/2018

TO:
Georgetown Research
Attn: Mike Waller

REMIT TO:
Allied Special Operations Group, LLC
4550 Jimmy Doolittle, Dr.
Suite 300
Addison, Texas 75001

DPS License # C06246501

| CUSTOMER # | JOB # | REP | PROJECT | TAX | TERMS |
|---|---|---|---|---|---|
| 00009 | a0001 | ATK | Aqua00 | 8.25% | Due on receipt |

| ITEM | DESCRIPTION | QTY. | U/M | RATE | TOTAL |
|---|---|---|---|---|---|
| Administrative | | 5.45 | Hrs. | $550.00 | $ 2,997.50 |
| iServices Research | • Discover Client Selectors are incorrect<br>• Track 5 individuals comprising Subject 1<br>• Track mis-information to Source to Verify<br>• Track Credit<br>• Track R/E<br>• Track Identifiers<br>• Track Trusts<br>• Track Planes & Flight Plans | 120.00 | Hrs. | $625.00 | $ 75,000.00 |
| iServices Research | (Confidential) | 28.00 | Hrs. | $625.00 | $ 17,500.00 |
| Analysis | | 10.00 | Hrs. | $750.00 | $ 7,500.00 |
| 3rd Party Software & Report * | | 1 | Flat Rate | $5,000.00 | $ 5,000.00 |
| Coordination by ASOG | Liaison Calls with Law Enforcement & Client | 2 | Hrs. | $750.00 | $ 1,500.00 |
| Fed-ex Report | | | | | $ 98.00 |

SVUS000263



EXHIBIT
SV 105
11/19/19

| ITEM | DESCRIPTION | QTY. | U/M | RATE | TOTAL |
|---|---|---|---|---|---|
| * Termination Credit | (see note below) | | | | ($ 104,595.00) |
| | | | | | |

| | |
|---|---|
| SUBTOTAL | $ 5,000.00 |
| SALES TAX | $ 412.50 |
| TOTAL DUE | $ 5,412.50 |

**For Electronic Payments:**
Wire Routing Transit Number: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street
City, State, Zip: San Francisco, CA, 94104

Beneficiary Account Number (BNF): ▮
Beneficiary Account Name: Allied Special Operations Group, LLC
Please make checks payable to:
Allied Special Operations Group, LLC

If you have any questions concerning this invoice, contact: Adam Kraft – as9dlqacpmyx@alliedspecialops.us

Thank you for your business!

**\* TERMINATION CREDIT:**
Client Advised all Targets Are RP by NCS -
ASOG requests explanation by client – No explanation provided
ASOG Termination & Credit Issued