# Exhibit OOOO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> STRATEGIC VISION US, LLC, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 18-cv-2185 |

## DECLARATION OF J. MICHAEL WALLER

I, J. Michael Waller, state and affirm the following, about which I have personal knowledge and would testify to under oath if called upon to do so in a court proceeding.

1. I am involved in the above-captioned matter as a witness to events regarding Defendant Strategic Vision US, LLC.

2. After I gave my first deposition, Steven K. Bannon told my superior at my place of employment, the Center for Security Policy, that he (Bannon) had read the transcript and that I should be dismissed from the Committee on the Present Danger: China.

3. I was subsequently never again invited to be a participant in Committee on the Present Danger: China events.

Dated April 3, 2020

Signed by:

*/s/ J. Michael Waller*
J. Michael Waller

At Washington, DC

1