# Exhibit QQQQ

```
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: Snow Nangong
e-Mail: nangongsnow@gmail.com
Recovery e-Mail: b2bb8b@protonmail.com
Created on: 2015/07/09-10:02:32-UTC
Terms of Service IP: 124.211.191.252, on 2015/07/09-10:02:32-UTC
SMS: +18454442802 [US]
Alternate e-Mail(s): 88951176@qq.com, 303014030@qq.com
Google Account ID: 648216130022

############## * Google Confidential and Proprietary * ###############
```

```
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: Rolfoundation法治基金
e-Mail: rolfoundation-f-7672@pages.plusgoogle.com
Created on: 2019/05/11-18:46:03-UTC
Terms of Service IP: 2601:500:8400:4a0c:2cef:4399:3584:70d2, on
2019/05/11-18:46:03-UTC
Google Account ID: 1077992455282
Google Account Owner: ruleoflawfoundationorg@gmail.com
Notification e-Mail: rolfoundation-f-7672@pages.plusgoogle.com
Managers: liangliang20181119@gmail.com, sarawei808@gmail.com, lol4941551@gmail.com,
beijingdaguniang@gmail.com

############## * Google Confidential and Proprietary * ###############
```

############### * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: 咚锵 咚
e-Mail: www.654505105@gmail.com
Status: Enabled
Recovery e-Mail: www.654505105@qq.com.com
Created on: 2018/08/21-04:50:15-UTC
Terms of Service IP: 142.93.131.69, on 2018/08/21-04:50:15-UTC
SMS: +8613422475313 [CN]
Google Account ID: 261141611347
Last Logins: 2020/01/14-11:27:15-UTC, 2020/01/09-23:26:54-UTC, 2019/12/27-09:39:54-UTC

############### * Google Confidential and Proprietary * ###############

```
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: Ae模板
e-Mail: xiaoxiyou1@gmail.com
Status: Enabled
Created on: 2018/08/11-14:47:45-UTC
Terms of Service IP: 144.202.117.141, on 2018/08/11-14:47:45-UTC
SMS: +8618918215947 [CN]
Google Account ID: 866070772924
Last Logins: 2020/01/04-12:08:28-UTC, 2019/12/28-23:45:03-UTC,
2019/12/28-18:29:14-UTC

############## * Google Confidential and Proprietary * ###############
```

```
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: 花树 岩中
e-Mail: yanzhonghuashu1974@gmail.com
Recovery e-Mail: 550369674@qq.com
Created on: 2018/03/03-02:44:52-UTC
Terms of Service IP: 159.65.250.182, on 2018/03/03-02:44:52-UTC
Google Account ID: 300770349317

############## * Google Confidential and Proprietary * ###############
```