# Exhibit SSSS

Wednesday, October 02, 2019, 01:53

# Patriotism in HK triumphs over hate

By Staff Writer

Wednesday, October 02, 2019, 01:53

By Staff Writer

Many Hong Kong residents on Tuesday celebrated the 70th birthday of the People's Republic of China in different ways across the city in spite of illegal protests in multiple locations by radicals presumably to serve the interests of certain foreign powers. There is no doubt the great majority of Hong Kong residents are proud to be Chinese and take pride in the great achievements the Chinese nation has made in the past seven decades.

Although the national flag raising ceremony that is usually open to the public on the morning of National Day was held indoors because of security concerns, many people attended private flag-raising ceremonies organized by local communities and various patriotic groups to show their love of the nation. They proved once again patriotism is very much alive in Hong Kong today. And they showed to the anti-China forces their patriotic spirit which is as resilient and vibrant as the city itself.

Oct 1 has been a public holiday in Hong Kong since the establishment of the special administrative region on July 1, 1997. Many local residents watched on television the military and civilian parades held at Tian'anmen Square in Beijing and could not but marvel at how strong and prosperous the country has become; they felt extremely proud  - as all Chinese people do.

In addition to bolstered confidence in the future of the Chinese nation, they are more determined than ever to support the HKSAR government in overcoming any obstacle put up by hostile forces local or foreign. They understand the unprecedented "one country, two systems" is bound to face challenges in its implementation, such as the ongoing illegal protests and riots that have violated Hong Kong laws and people's basic rights and freedoms for almost four months.

The great majority of Hong Kong residents were heartened in particular by President Xi Jinping's speech at the beginning of the National Day celebrations. He reaffirmed that the Chinese nation will maintain the "one country, two systems" policy and long-term prosperity and stability of the Hong Kong and Macao SARs while enhancing cross-Taiwan Straits relations and working toward the great rejuvenation and ultimate reunification of the Chinese nation.

A 240-member delegation led by Chief Executive Carrie Lam Cheng Yuet-ngor returned from the National Day celebrations in Beijing with the central government's best wishes, encouragement and support for Hong Kong. Local residents should feel assured 1.4 billion mainland compatriots as well as the central government will back them in the face of adversity, because we all have a shared destiny.

(https://www.chinadailyhk.com/index.html)

HONG KONG

## Share this story

## Also Read



**Punishments need to be much tougher (//www.chinadailyhk.com/articles/224/140/30/1578631527804.html)**

In recent years, China has paid more attention to improving research integrity and optimizing our institutions and mechanisms for dealing with related issues.

10 January 2020



(//www.chinadailyhk.com/articles/102/216/11/1578627772029.html)

**It is time for Washington to change course (//www.chinadailyhk.com/articles/102/216/11/1578627772029.html)**

The epic World War I movie 1917, which won Golden Globe's Best Motion Picture this week, tells the story of two young British soldiers on an impossible mission to deliver a message deep in enemy territory to stop 1,600 fellow soldiers from walking into a deadly trap.

10 January 2020



**Development can and should be faster (//www.chinadailyhk.com/articles/44/86/41/1578627531225.html)**

In November, I pointed out that, since the global financial crisis, China has allowed annual GDP growth to fall gradually from more than 10 percent to my current...

10 January 2020



**Sports industry could boost overall growth (//www.chinadailyhk.com/articles/208/194/91/1578627240746.html)**

The sports industry has the potential to grow at even faster pace and therefore bolster China's overall growth, according to a survey report published in December.

10 January 2020



(//www.chinadailyhk.com/articles/57/83/245/1578622105431.html)

**Riots show education system needs reform (//www.chinadailyhk.com/articles/57/83/245/1578622105431.html)**

Chow Pak-chin says radical teachers share much responsibility for the current chaos.

10 January 2020



(//www.chinadailyhk.com/articles/230/43/36/1578586815484.html)

**Hong Kong's shipping industry will help shape the city's future (//www.chinadailyhk.com/articles/230/43/36/1578586815484.html)**

Edward Liu discusses ways the SAR can move on from the current unrest and some important measures to ensure its key industries remain competitive in future.

DAILY (https://www.chinadailyhk.com/index.html)   HONG KONG

News

Focus

Video (/video/index.html)

ePaper

More

About Us (//www.chinadailyhk.com/public_resource/public/html/about-us.html)

| Services & Products (//www.chinadailyhk.com/public_resource/public/html/services-products.html)

| Advertise on Site (//www.chinadailyhk.com/public_resource/public/html/advertise-on-site.html)

| Contact Us (//www.chinadailyhk.com/public_resource/public/html/contact-us.html)

| Subscriptions (//www.chinadailyhk.com/public_resource/public/html/subscriptions.html)

| Join Us (//www.chinadailyhk.com/public_resource/public/html/join-us.html)

| Accessibility Statement (//www.chinadailyhk.com/public_resource/public/html/accessibility-statement.html)

| Privacy Policy (//www.chinadailyhk.com/public_resource/public/html/privacy-policy.html)

## Follow Us

 (//www.facebook.com/chinadailyhkedition)  (//twitter.com/chinadailyasia)  (//www.linkedin.com/company/china-daily-asia-pacific-limited)

APP

CHINA DAILY HK (https://www.chinadailyhk.com/asia-download/download.html)

Video Shows (https://www.chinadailyhk.com/videoshows/download.html)

CHINA (http://www.chinadaily.com.cn/)   Global Edition (https://global.chinadaily.com.cn/)

Copyright 1995 - 2020. All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily. Without written authorization from China Daily, such content shall not be republished or used in any form.