# Exhibit A1

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

STRATEGIC VISION US LLC

**Entity Number:**

E0310312011-9

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

05/31/2011

**NV Business ID:**

NV20111365694

**Termination Date:**

Perpetual

**Annual Report Due Date:**

5/31/2020

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

GG INTERNATIONAL

**Status:**

Active

**CRA Agent Entity Type:**

CRA - OTHER

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101304611

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

500 N. Rainbow Ste. 300, Las Vegas, NV, 89107, USA

**Mailing Address:**

6210 N Jones Blvd. Ste.# 751986, Las Vegas, NV, 89136, USA

**Individual with Authority to Act:**

Lura Barua

**Fictitious Website or Domain Name:**

OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | FRENCH C WALLOP | 7260 W. AZURE DR SUITE 140-593, LAS VEGAS, NV, 89130, USA | 05/13/2019 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results