# Exhibit D1

# DISTANCE BETWEEN CITIES

Calculate distance:

from

Enter your origin

to

Enter your destination

Search

Please type your origin and destination and pick one of the options.

Origin and destination have to be different.

Distance between cities › Distance from Arlington, VA to Washington, DC


Dillons FRESH FOR EVERYONE™

more WAYS TO save

View Weekly Ad

←

Ads by Google

Stop seeing this ad

Why this ad? ▷

# Distance from Arlington, VA to Washington, DC

## Distance

10 mi

## Time

19 minutes

## Gas Cost

$1 - $1



Loading Arlington, VA - Washington, DC Route Map

kilometers) by road.

It would take **19 minutes** to go from Arlington, VA to Washington, DC.

Arlington, VA and Washington, DC are in the **same time zone** (EDT). Current time in both locations is 11:00 am.

## 🚗 Lowest price Rental cars in Washington, DC

[Small](#)



From $14

Intermediate



From $18

Full-size



From $24

SUVs



From $28

Vans



From $40

[Compare rental car prices in Arlington, VA »](#)

# Gas Consumption and Emissions

A car with an MPG of 21.6 will need **0.47** gallons of gas to cover the route between Arlington, VA and Washington, DC.

The **estimated cost** of gas to go from Arlington, VA to Washington, DC is **$0.94**.

During the route, an average car will release **9.16** pounds of $CO_2$ **to the atmosphere**. Your carbon footprint is **0.91** pounds of $CO_2$ per mile.

- Average US gas price used for calculation is $2.01 per gallon of regular gas. Price last updated on April 14, 2020.
- Read more [about our $CO_2$ calculation](#).

# Best Hotels In or Near Washington, DC

Do you have where to stay when you arrive to Washington, DC? Check out our hotel recommendations:

## 🔍 Search Hotels

Destination/Hotel name:

Washington, DC

Check-in

04/14/2020

Check-out

04/15/2020

Search

Powered by **Booking.com**





## Weather in Arlington, VA and Washington, DC

Compare the weather today and the next four days in and :

### Arlington, VA

Light rain today through Sunday.

| Tue<br>Apr 14 | Wed<br>Apr 15 | Thu<br>Apr 16 | Fri<br>Apr 17 | Sat<br>Apr 18 |
|---|---|---|---|---|
| 56° 45° | 54° 39° | 55° 41° | 59° 41° | 55° 42° |
| 68% 💧 | 86% 💧 | 4% 💧 | 93% 💧 | 99% 💧 |
| 6 ↖ | 7 ↖ | 9 ← | 6 ↙ | 6 ↑ |

### Washington, DC

Light rain today through Sunday.

| Tue<br>Apr 14 | Wed<br>Apr 15 | Thu<br>Apr 16 | Fri<br>Apr 17 | Sat<br>Apr 18 |
|---|---|---|---|---|
| 57° 46° | 56° 41° | 57° 43° | 60° 42° | 57° 43° |
| 65% 💧 | 86% 💧 | 3% 💧 | 92% 💧 | 99% 💧 |
| 7 ↖ | 7 ↖ | 9 ← | 6 ↘ | 6 ↑ |

## Distance conversions

Checkout the distance in miles, kilometers and nautical miles between Arlington, VA and Washington, DC in this table:

| Distance type | Miles | Kilometers | Nautical miles |
|---|---|---|---|
| Straight line distance | 5.16 mi | 8.30 km | 4.48 nautical mi |
| Driving distance | 10 mi | 16.09 km | 8.69 nautical mi |

## Road Trip Tips



**Exploring The Great Lake State**

Road Trips to Take in Michigan



**Stops to Make on a Road Trip**

Breaks to Have During a Road Trip



**Top 8 Motorcycle Roads in USA**

List of Best Motorcycle Routes

### Click for Maps and D

Get Live Traffic Updates

- About

Search distance between Arlington Virginia and Washington District of Columbia United States

- Contact
- Disclaimer
- Privacy policy

Distance between cities © 2020