# Exhibit G1

**Atkinson-Baker, Inc.**
**www.depo.com**

```
1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3    ----------------------------------------x

4    Eastern Profit CORPORATION LIMITED,

5                       Plaintiff,

6         -against-              Case No. 18-cv-2185(JGK)

7    Strategic Vision US, LLC,

8                       Defendant.

9    ----------------------------------------x

10                            August 2, 2019

11                            9:51 a.m.

12

13       Deposition of GUO WENGUI, held at the offices of Hodgson

14   Russ, 605 Third Avenue, Suite 2300, New York, New York,

15   pursuant to Notice, before Renate Reid, Registered Professional

16   Reporter and Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25
```

Page 1

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
 1              Guo Wengui
 2       A.  No.
 3       Q.  What is your current residential
 4   address?
 5       A.  I cannot really say it in English, so      09:55
 6   it's Sidney Hotel, 781 Fifth Avenue.
 7       MR. HARMON:  It's Sherry.
 8       A.  Sherry.
 9       MR. HARMON:  S-h-e-r-r-y.
10       A.  Sherry Hotel.                              09:56
11   BY MR. GREIM:
12       Q.  Mr. Guo, can you please tell us all the
13   legal names that you have used anywhere in the
14   world.
15       MR. HARMON:  Object to the form of the         09:56
16   question.
17       A.  I don't understand the question.
18       MR. HARMON:  Just a clarification.
19   When I object to the form of the question, do you
20   translate my objection for the witness?            09:56
21       MR. GREIM:  I think he -- I think he
22   should.
23       MR. HARMON:  Yes.
24       MR. GREIM:  Yeah.
25       MR. HARMON:  I -- I think he has to,           09:56
```

Page 6

```
 1              Guo Wengui
 2   but I want to make sure that he is.
 3   BY MR. GREIM:
 4       Q.  Mr. Guo, what is your legal name?
 5       MR. HARMON:  Object to the form of the         09:56
 6   question.
 7       A.  So I don't need to answer this
 8   question?
 9       MR. HARMON:  You do.
10       A.  Haoyun Guo.                                09:57
11       MR. GREIM:  Could you spell that for
12   the record, Mr. Translator?
13       INTERPRETER:  H-a-o-y-u-n -- that's
14   first name; last name is G-u-o.
15   BY MR. GREIM:                                      09:57
16       Q.  Do you also go by Guo Wengui?
17       A.  Yes.
18       Q.  What other names do you go by?
19       A.  Miles Kwok, my English name.
20       Q.  What else?                                 09:58
21       A.  No, not that I can recall.
22       Q.  When and where you were born?
23       A.  I was born on May 10, 1968.  I was born
24   in China.
25       Q.  Where in China?                            09:58
```

Page 7

```
 1              Guo Wengui
 2       A.  So you mean which province and which
 3   city?
 4       Q.  Yes.
 5       A.  Shandong province.                         09:58
 6       Q.  In what city?
 7       A.  Liaocheng City.
 8       Q.  In what countries do you hold
 9   citizenship?
10       A.  My citizenship is Hong Kong.              09:59
11       Q.  For what countries do you hold
12   passports?
13       A.  Hong Kong.
14       Q.  Where else?
15       A.  You mean at present, currently?           09:59
16       Q.  Yes.
17       A.  Hong Kong passport.
18       Q.  In the last five years, for what
19   countries have you held active passports?
20       A.  Abu Dhabi, Malatu (phonetic).             10:00
21       Q.  Have you claimed to hold 11 passports
22   within the last three years? (DIR)
23       MR. HARMON:  Don't answer the question.
24   Next question, please.
25       MR. GREIM:  We need an answer to that         10:01
```

Page 8

```
 1              Guo Wengui
 2   question.
 3       MR. HARMON:  He's not answering the
 4   question.
 5       Next question.                                 10:01
 6       MR. GREIM:  On what basis, Counsel?
 7       MR. HARMON:  It has nothing to do with
 8   the lawsuit.  It's personally harassing of him.
 9   He's here as a nonparty witness.  He's not
10   answering the question.                            10:01
11       If you have other questions for him,
12   please go ahead.
13       MR. GREIM:  We'll just mark this part
14   of the transcript.
15   BY MR. GREIM:                                      10:01
16       Q.  What is your current legal status in
17   the United States?
18       A.  Political asylum.
19       Q.  You mean you're claiming political
20   asylum?                                            10:01
21       A.  I'm in the process of application.
22       Q.  When is the last time that you left
23   this country? (DIR)
24       MR. HARMON:  Okay.  We're not answering
25   the question.                                      10:01
```

Page 9

3 (Pages 6 to 9)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  
2  question is either "yes" or "no," because the
3  communications with counsel are privileged.
4      A.  No.
5  BY MR. GREIM:                                    10:10
6      Q.  Have you begun to gather any video or
7  audio recordings of communications or meetings
8  that were held at your apartment?
9          MR. HARMON:  Object to the form of the
10  question.  Do I have to answer this question?    10:10
11      A.  Do I have to answer this question?
12          MR. HARMON:  Yes.
13  BY MR. GREIM:
14      Q.  Yes.
15      A.  No.                                      10:11
16      Q.  Have you been asked to gather any video
17  or audio recordings of communications or meetings
18  at your apartment regarding this case?
19          MR. HARMON:  Again, the answer to the
20  question is "yes" or "no," because communications  10:11
21  between counsel will be privileged.
22      A.  So your question is, has my counsel
23  asked me to gather any audio and video recordings
24  about communications and meetings at my apartment
25  regarding this case, right?                      10:12

Page 14

Guo Wengui

1  
2  BY MR. GREIM:
3      Q.  Correct.
4      A.  I can only answer "yes" or "no," right?
5          MR. HARMON:  Yes, you can only say      10:12
6  "yes" or "no."
7      A.  Yes.
8  BY MR. GREIM:
9      Q.  Have you begun to gather the audio and
10  video recordings I mentioned in my last question?  10:13
11          MR. HARMON:  Object to the form of the
12  question.
13      A.  Yes.
14  BY MR. GREIM:
15      Q.  Is your -- strike that.                 10:14
16      What is the approximate volume of audio
17  and video recordings that you possess regarding
18  the allegations in this case?
19          MR. HARMON:  Object to the form of the
20  question.                                        10:14
21      A.  I don't know.  I can't give an accurate
22  answer to this question.
23  BY MR. GREIM:
24      Q.  How many hours of recordings do you
25  have regarding -- let me -- let me strike that.  10:14

Page 15

Guo Wengui

1  
2      Approximately how many hours of
3  recordings do you believe you have, to produce
4  regarding this case?
5          MR. HARMON:  Object to the form of the  10:15
6  question.
7      A.  I don't know how to answer this
8  question.
9  BY MR. GREIM:
10      Q.  What -- what about the question        10:15
11  confuses you?
12          MR. HARMON:  Object to the form of the
13  question.
14      A.  I don't understand the questions,
15  because -- I don't understand the logic of the    10:15
16  questions, because I'm here for deposition.  So
17  you keep asking me about the amount of recordings.
18          CHECK INTERPRETER:  But you did not ask
19  me whether I have or not, about this recording.
20      A.  So it's like, during the movies, you    10:16
21  know, you already make the assumptions that I
22  already -- you already made the assumptions that
23  I'm already in possession of those recordings.
24          INTERPRETER:  Sorry about that, sir.
25  First time we meet.                              10:16

Page 16

Guo Wengui

1  
2  BY MR. GREIM:
3      Q.  Do you have any recordings of video --
4  I'm sorry.
5      Do you have any video or audio recordings  10:17
6  of communications or meetings between yourself or
7  Yvette Wang or Lianchao Han or either French
8  Wallop or Mike Waller?
9      A.  No.  How come you did not ask this
10  question first?                                  10:17
11      Q.  Have you ever had audio or video
12  recordings of communications between yourself,
13  Yvette Wang, Lianchao Han and either French Wallop
14  or Mike Waller?
15      A.  No, I don't have it personally.  Never  10:18
16  have it personally.  So I would like to emphasize,
17  personally, I do not have those recordings.
18  However, I live in a hotel.  In public spaces, the
19  hotel has set up cameras, so I can only emphasize
20  that, personally, I don't have personal possession  10:18
21  of those recordings.  And, also, I would like to
22  emphasize, I live -- I stay at a hotel, Sherry
23  Hotel.
24      Q.  Mr. Guo, do you have microphones or
25  cameras installed in your apartment?             10:19

Page 17

5 (Pages 14 to 17)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
1              Guo Wengui
2       A.  Yes, many.
3       Q.  Who installed them?
4       A.  Security companies and the hotel
5   management company.  And, also, some of them came    10:19
6   with the purchase of this apartment,
7   pre-installed.
8       Q.  What security company installed
9   microphones and cameras in your apartment?
10      A.  I can't recall the name of that           10:20
11  company.
12      Q.  Is it T&M Security?
13      A.  Yes.
14      Q.  Do you have access to the recordings
15  that are made by the microphones or cameras?        10:20
16          MR. HARMON:  Object to the form of the
17  question.
18      A.  No.  Personally, no.
19  BY MR. GREIM:
20      Q.  So is it your testimony that           10:21
21  microphones and cameras installed in your
22  apartment are able to record conversations in your
23  apartment, but you're not able to access the
24  recordings?
25          MR. HARMON:  Object to the form of the    10:21
```

Page 18

```
1                Guo Wengui
2   question.
3       A.  Personally, I'm not tech-savvy, so I
4   don't know how to gain those information, because
5   I do not have the technical background to access   10:22
6   that information.
7          CHECK INTERPRETER:  Nor speaking
8   English.
9       A.  Nor do I speak English.
10  BY MR. GREIM:                                       10:22
11      Q.  Mr. Guo, who does have access to the
12  recordings that are made by these microphones and
13  cameras?
14          MR. HARMON:  Object to the form of the
15  question.                                           10:22
16      A.  What do you mean, "access"?  Authority,
17  access?  I think this is too technical.  I mean,
18  you have to -- you have to ask the question in
19  plain language.
20  BY MR. GREIM:                                       10:23
21      Q.  Who has authority to retrieve the
22  recordings from the microphones and cameras?
23          MR. HARMON:  Object to the form of the
24  question.
25      A.  I don't know.  I never -- I never          10:23
```

Page 19

```
1               Guo Wengui
2   figure out that question.  I don't know.
3   BY MR. GREIM:
4       Q.  Can Yvette Wang access the recordings?
5          MR. HARMON:  Object to the form of the     10:23
6   question.
7       A.  I don't know.
8   BY MR. GREIM:
9       Q.  Can -- can Golden Spring access the
10  recordings?                                         10:24
11          MR. HARMON:  Object to the form of the
12  question.
13      A.  I don't know.
14  BY MR. GREIM:
15      Q.  Can Eastern Profit access the            10:24
16  recordings?
17          MR. HARMON:  Object to the form of the
18  question.
19      A.  No.  I don't know.
20  BY MR. GREIM:                                       10:24
21      Q.  Isn't it true that some of these
22  recordings have appeared on the Internet?
23          MR. HARMON:  Object to the form of the
24  question.
25      A.  I don't know.                              10:24
```

Page 20

```
1               Guo Wengui
2   BY MR. GREIM:
3       Q.  Does T&M Security have access to the
4   recordings?
5          MR. HARMON:  Object to the form of the     10:24
6   question.
7       A.  I don't know.
8   BY MR. GREIM:
9       Q.  Did they have access to the recordings?
10      A.  I don't know.                              10:25
11      Q.  Is T&M Security -- do they still --
12  does T&M Security still work for you?
13          MR. HARMON:  Object to the form of the
14  question.
15      A.  No, not anymore.                           10:25
16  BY MR. GREIM:
17      Q.  Where are the recordings stored?
18          MR. HARMON:  Object to the form of the
19  question.
20      A.  I don't know.                              10:25
21  BY MR. GREIM:
22      Q.  Have you ever viewed or listened to any
23  recording that has been made in your apartment
24  from the microphones or the cameras?
25      A.  You mean, from when?                       10:26
```

Page 21

6 (Pages 18 to 21)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

Q. In the last four years.

A. You mean ever listen or view?  I can't recall.  I can't recall.

Q. Have the cameras and microphones ever been active?    10:26

A. I don't know.

Q. So do you believe that the Sherry-Netherland is recording your actions and discussions in your apartment?    10:27

MR. HARMON:  Object to the form of the question.

A. I don't know.

BY MR. GREIM:

Q. Do you currently -- strike that.    10:27

Have you retained a security company to take the place of T&M Security?

A. No.

Q. I want to be sure that this part of your testimony is clear.    10:28

MR. HARMON:  Wait.  There's no question yet.

MR. GREIM:  Go ahead.  Translate what he said.

A. That's your way of asking questions.    10:28

Page 22

Guo Wengui

the judge.

BY MR. GREIM:

Q. Okay.  I am seeking your understanding.

A. So you can just ask me questions    10:31
directly, because we're not -- you don't need to know much about me, you know, because we're not dating.

Q. Is it your belief that you do not have the authority to access recordings made in your    10:31
apartment?

MR. HARMON:  Object to the form of the question.

A. I don't know, because this question, I need to refer to my -- refer this question to my    10:32
counsel.

BY MR. GREIM:

Q. Have you tried to determine whether you have authority to access recordings made in your    10:32
apartment?

MR. HARMON:  Object to the form.

A. No.

BY MR. GREIM:

Q. Now I'm going to ask about physical    10:32
access.

Page 24

Guo Wengui

I'm just doing my job.

CHECK INTERPRETER:  I'm only here to answer questions.

BY MR. GREIM:

Q. So I'm now going to ask you a question    10:29
that will distinguish between the authority to access recordings and the physical ability to access recordings.

Is it your testimony today that you do    10:29
not have the legal authority to access recordings, video or audio recordings, made in your apartment?

MR. HARMON:  Object to the form of the question.

A. So it depends on, you know, the legal    10:30
system here in the U.S.  You are not the judge, so you cannot decide whether --

BY MR. GREIM:

Q. I -- I --

MR. HARMON:  Go ahead.  Get a    10:30
translation, unless you secretly understand Chinese.

A. So you are the legal counsel for the defendant, and you cannot dictate who has access and who does not have access.  Everything is up to    10:31

Page 23

Guo Wengui

Have you tried to physically access recordings of conversations in your apartment in the last four years?

MR. HARMON:  Object to the form of the    10:33
question.

A. No.

BY MR. GREIM:

Q. Do you know whether any intelligence service has installed cameras or microphones in    10:33
your apartment?

A. I don't know.

Q. Have you claimed that an intelligence service has installed cameras or microphones in your apartment?  (DIR)    10:33

MR. HARMON:  Direct the witness not to answer.

Next question, please.

BY MR. GREIM:

Q. Do you refuse to answer that question?    10:34

A. Yes, I refuse.

Q. Have you made that statement to French Wallop or Michael -- Michael Waller?  (DIR)

MR. HARMON:  Direct the witness --    10:34
direct the witness not to answer.

Page 25

7 (Pages 22 to 25)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1
2    BY MR. GREIM:
3         Q.  The witness is nodding your head.
4         By that, do you mean that you will not
5    answer?                                          10:34
6         A.  I do not answer this question.
7         Q.  Are you aware whether your
8    conversations in May of 2017 with agents of the
9    Chinese Communist Party and the People's Republic
10   of China were recorded and placed on the Internet?   10:35
11   (DIR)
12        MR. HARMON:  Direct the witness not to
13   answer the question.
14        A.  I don't want to answer this question.
15   BY MR. GREIM:                                    10:36
16        Q.  Have you had any conversations with
17   members of the Chinese Communist Party or the
18   People's Republic of China -- I'm sorry.  Let me
19   strike that and start again.
20        Have you had any conversations with         10:36
21   members of the Chinese Communist Party or
22   officials of the People's Republic of China
23   regarding the research efforts for which Strategic
24   Vision was hired?  (DIR)
25        MR. HARMON:  Direct the witness not to      10:36

Page 26

Guo Wengui

1
2    answer.
3         A.  I refuse to answer this question.
4    BY MR. GREIM:
5         Q.  Have you had conversations with Yvette   10:37
6    Wang regarding the research efforts for which
7    Strategic Vision was hired?
8         MR. HARMON:  Object to the form of the
9    question.
10        A.  I refuse to answer this question.        10:37
11        MR. HARMON:  Okay.  So -- so once
12   again, please advise the witness that when I
13   object to the form, it's not a direction for him
14   not to answer.  When I intend to direct him not to
15   answer, I will do so directly.                    10:37
16        A.  Of course, I had discussions with
17   Yvette.
18   BY MR. GREIM:
19        Q.  Is Yvette Wang a member of the Chinese
20   Communist Party?  (DIR)                           10:38
21        MR. HARMON:  Object to -- I'm sorry.
22   Direct the witness not to answer.
23        A.  I refuse to answer this question.
24   BY MR. GREIM:
25        Q.  Do you know the answer to that           10:38

Page 27

Guo Wengui

1
2    question?
3         A.  I refuse to answer the question.
4         MR. HARMON:  Again, when -- when I
5    intend to direct you not to answer --            10:38
6         THE WITNESS:  I understand.
7         MR. HARMON:  Okay.
8    BY MR. GREIM:
9         Q.  So are you refusing to answer the
10   question, even though counsel has not directed you   10:38
11   not to answer?
12        MR. HARMON:  The answer would be "yes"
13   or "no"; not whether she is or isn't, but whether
14   you know.
15        A.  I know her identity.                     10:39
16   BY MR. GREIM:
17        Q.  My question was not whether you know
18   her identity.
19        My question was whether you know whether
20   she is a member of the Chinese Communist Party.   10:39
21        MR. HARMON:  "Yes" or "no."
22        A.  I know.
23   BY MR. GREIM:
24        Q.  And just to be clear, is that a "yes"
25   to my question?                                   10:40

Page 28

Guo Wengui

1
2         MR. HARMON:  Which question?
3         MR. GREIM:  He answered "I know" to my
4    question.  You asked him to say "yes" or "no."  He
5    said "I know."  I'm going to make sure it's clear   10:40
6    in the transcript that his answer is "yes."
7         MR. HARMON:  I just want to be clear.
8         So the -- the question is, Do you know
9    whether or not Yvette is a member of the Communist
10   Party?  Yes or no.                               10:40
11        A.  I know.  I know.
12        INTERPRETER:  He said, "I know."
13        He said I'm doing a good job, he said.
14   BY MR. GREIM:
15        Q.  Have you discussed with French Wallop    10:40
16   or Mike Waller Yvette Wang's membership in the
17   Communist Party?
18        MR. HARMON:  Object to the form of the
19   question.
20        Do you mean whether or not she's a          10:41
21   member? because the way you phrased the question
22   assumes that she is.
23        MR. GREIM:  I -- I do mean whether or
24   not.  I meant the subject of --
25        MR. HARMON:  Thank you.                     10:41

Page 29

8 (Pages 26 to 29)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  MR. GREIM:  -- not the fact of.
2  Let's go back.  Let's go back.
3  BY MR. GREIM:
4     Q.  Have you discussed with French Waller    10:41
5  or Mike Waller -- French Wallop or Mike Waller
6  whether Yvette Wang is a member of the Chinese
7  Communist Party?
8     A.  I told them, Yvette Wang is a Communist
9  party who got persecuted, who got threatened by    10:42
10  the Chinese Communist Party.  They might kill her.
11     MR. HARMON:  What was the end of that?
12     CHECK INTERPRETER:  And they know
13  where -- they know clearly.
14     A.  They know clearly.  I told them.    10:42
15  BY MR. GREIM:
16     Q.  I'm sorry to ask you this again, but I
17  think I have to.
18     Did you tell Mr. Waller and Ms. Wallop
19  that Yvette Wang was a member of the Communist    10:42
20  Party?
21     A.  I told them she's a Communist Party
22  member who got persecuted by the Chinese Communist
23  Party, who got threatened by the party.
24     CHECK INTERPRETER:  And that --    10:43

Page 30

Guo Wengui

1     A.  And they -- and she's part of us,
2  trying to overthrow the party.
3  BY MR. GREIM:
4     Q.  And did you tell them in 2018 that, at    10:43
5  that time, Yvette Wang was still a member of the
6  Communist Party?
7     A.  No.  I never said that.  It was -- it
8  was a lie.  Super liar.  Super liar.
9     Q.  When you told them that she's a    10:44
10  Communist Party member, was that the truth?
11     MR. HARMON:  Object to the form of the
12  question.
13     A.  So I'm going to tell you one more time.
14  When I told them about Yvette Wang, I told them    10:45
15  that Wang was a party member who got robbed, who
16  got robbed of everything, whose family got
17  kidnapped, whose goal is to overthrow the Chinese
18  Communist Party.
19  BY MR. GREIM:    10:45
20     Q.  When did you make those statements?
21     A.  I mentioned that during our first and
22  second meeting, even the third meeting.
23     Q.  Did you tell French Wallop and Mike
24  Waller that you shared those goals?    10:45

Page 31

Guo Wengui

1     A.  Yes.  Our goal is the same.
2     CHECK INTERPRETER:  Overthrow the
3  Chinese Communist Party.
4     A.  To overthrow the Chinese Communist    10:46
5  Party.
6  BY MR. GREIM:
7     Q.  Was that a true statement?
8     A.  I always tell the truth.  So there's no
9  reason for me to spend money, to spend my energy    10:46
10  just telling lies to those two persons.
11     Q.  Well, are you a dissident?
12     MR. HARMON:  Object to the form of the
13  question.
14     A.  I'm a person who is dedicated to    10:46
15  overthrow the Chinese party.  Of course, I'm a
16  dissident.
17  BY MR. GREIM:
18     Q.  Do you want to eliminate one-party rule
19  in China?  (DIR)    10:47
20     MR. HARMON:  Direct the witness not to
21  answer.
22  BY MR. GREIM:
23     Q.  Respectfully --
24     MR. GRENDI:  What did he -- what did he    10:47

Page 32

Guo Wengui

1  say?
2     INTERPRETER:  Sorry.
3     A.  I'm not going to answer this question.
4  BY MR. GREIM:    10:47
5     Q.  Do you want to undermine the current
6  leadership of the People's Republic of China?
7     A.  I'm not just trying to undermine the
8  government; I'm trying to eliminate the current
9  government, to -- I'm trying to eliminate the    10:47
10  party, Chinese Communist Party, to bring rule of
11  law and freedom to China.
12     Q.  Does that include eliminating Chairman
13  Xi Jinping?  (DIR)
14     MR. HARMON:  Direct the witness not to    10:48
15  answer.
16     A.  I want to answer this question.
17     Of course, including him.  I would like
18  to emphasize one more time, anybody who's done
19  harm to the Chinese people, including people from    10:48
20  Xinjiang (phonetic), we're going to bring them
21  down; we're going to eliminate them, including
22  Xi Jinping.
23     CHECK INTERPRETER:  The witness
24  actually said that we need to bring them to be    10:49

Page 33

9 (Pages 30 to 33)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

tried by the rule of law.

MR. GRENDI: Do we have to go off the record here? Do we need to go off the record here regarding translation? because it seems to me there's a recurring theme here where the translator is missing something and we're getting a correction here. And he's not contesting it.

MR. GREIM: I disagree. I don't think we have a problem. We've only had a few corrections, and we're fixing it as we go.

MR. HARMON: Lord knows, Zach, that I -- I hate to agree with Eddie; but, in fact, I don't think there's a problem until we run into a situation where our private translator corrects an error and the official translator disagrees with her. So as long as -- as you pointed out, Zach, as long as the correction is made and not contested, then I think we all agree that the corrected testimony is the testimony that was given.

Is that fair to say?

MR. GRENDI: I'm fine with that. I'm just noting my concern for the record.

MR. HARMON: Okay. Is that fair to

Page 34

Guo Wengui

say, Eddie?

MR. GREIM: Yes.

MR. HARMON: Okay. Thanks.

MR. GREIM: Does -- does our interpreter agree with the check interpreter's statement that the witness actually said, "We need to bring them to be tried by the rule of law"?

INTERPRETER: Yes, I agree.

BY MR. GREIM:

Q. Mr. Guo -- Mr. Guo, how do you intend to accomplish the goal that you just described to us? (DIR)

MR. HARMON: Direct the witness not to answer.

A. I'm not answering this question.

BY MR. GREIM:

Q. Was your work with Strategic Vision intended to accomplish the goal that you just described to us?

A. Yes.

Q. Is that what you told French Wallop and Mike Waller?

A. Yes.

Q. When did you tell them that?

Page 35

Guo Wengui

A. Between -- I don't recall the exact dates, but it's probably between November 2017 and February 2018, when we signed the contract.

Q. Have you engaged anyone other than Strategic Vision to accomplish the goal that you described to us? (DIR)

MR. HARMON: Direct the witness not to answer.

A. I refuse to answer this question.

BY MR. GREIM:

Q. After your contract with Strategic Vision was terminated, did you engage any other entity to provide the services that you sought from Strategic Vision? (DIR)

MR. GRENDI: Object to the form of the question.

MR. HARMON: Object to the form of the question and direct the witness not to answer.

A. I refuse to answer.

MR. GREIM: Videographer, can you catch the witness in a standing position? All right.

BY MR. GREIM:

Q. Okay. During the time that Strategic Vision was working on its project for you, did you

Page 36

Guo Wengui

engage any other entity to perform the same services? (DIR)

MR. GRENDI: Object to the form of the question --

MR. HARMON: Object to the form of the question and direct the witness not to answer.

A. I refuse to answer.

MR. GREIM: Counsel, is the basis for the objection that -- the argument is that it's irrelevant to the case?

MR. HARMON: That's part of it. He is not a party to this action, so I -- I view efforts to obtain information about what he personally did outside of the relationship with Strategic Vision, Ms. Wallop, and Mr. Waller to be for the purpose of harassment, and direct him not to answer any of those questions.

MR. GREIM: Our position is, that could be a merits argument, but that is an improper basis to instruct the witness not to answer. And I -- I'll make a record of these questions, and we'll bring it to the judge.

MR. HARMON: I think that's what the judge invited us to do.

Page 37

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

BY MR. GREIM:

Q. Let me ask you this question: Where did you obtain the 15 names that you or Mrs. Wang gave to Strategic Vision to research?     10:57

A. First of all, I need to tell you, I did not provide even one name.

Q. Do you know who provided the 15 names to French Waller and Mike Wallop -- French Wallop and Mike Waller?     10:57

A. Yvette.

Q. Did you tell French Wallop and Mike Waller that you had paid over $200 million for those names?

INTERPRETER: You would pay, right?     10:58
Not pay, but you would pay?

MR. GREIM: You had paid.

INTERPRETER: You had paid.

CHECK INTERPRETER: Counsel, did you say 200 million?     10:58

INTERPRETER: 200 million.

A. It's a big lie. Never. It's a big, super lie.

BY MR. GREIM:

Q. Do you know how the 15 names were     10:58

Page 38

---

Guo Wengui

obtained?

A. No.

Q. Who chose the 15 names?

A. I don't know.     10:58

Q. Do you know whether Yvette Wang chose the 15 names?

A. I don't know.

Q. What did you intend to do with the research that Strategic Vision was going to     10:59
provide?

MR. HARMON: Object to the form of the question.

MR. GRENDI: Object to form.

A. The simple reason is, we want to     10:59
eliminate the Chinese Communist Party. We try to overthrow the Chinese Communist Party, to bring rule of law to China, to let the West know the scenes committed by the Chinese Communist Party.

BY MR. GREIM:     11:00

Q. My question was more specific. What did you intend to do with the research that Strategic Vision uncovered regarding the 15 names?

MR. GRENDI: Object to the form.     11:00

Page 39

---

Guo Wengui

MR. HARMON: Object to the form of the question.

A. So we're going to send these reports to the U.S. courts so that people who got persecuted     11:01
would know the truth.

BY MR. GREIM:

Q. Mr. Guo, is -- do you know where Eastern Profit obtained the 15 names?

A. No, I don't.     11:02

Q. Did you approve the use -- strike that. Did you approve the 15 names before they were provided to Strategic Vision?

MR. GRENDI: Object to the form.

A. No.     11:02

BY MR. GREIM:

Q. Did you review the results of Strategic Vision's research?

A. They never produced a report. All lies, zero. So all I got was a USB drive with     11:02
Facebook posts and rumors gathered from the Internet. It's all lies. So I don't consider whatever they gather from Facebook can constitute as report. So, as a result, I never received a report. Very low, very despicable liars.     11:03

Page 40

---

Guo Wengui

Q. Did you receive information on the same 15 individuals from anyone else in 2018? (DIR)

MR. HARMON: Direct the witness not to answer.     11:04

A. I refuse to answer this question.

BY MR. GREIM:

Q. Did Eastern Profit receive information regarding the 15 individuals from any other source in 2018?     11:04

A. I don't know.

Q. Did Eastern Profit receive any information on the 15 individuals in 2017?

A. I don't know.

Q. Why did you expect to receive useful     11:05
results regarding these 15 individuals?

MR. HARMON: Object to the form of the question.

MR. GRENDI: Object to the form of the question.     11:05

INTERPRETER: Can you say that again, the question.

BY MR. GREIM:

Q. Why did you expect to receive useful results with respect to these 15 individuals?     11:05

Page 41

---

11 (Pages 38 to 41)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  INTERPRETER:  So let me translate this
2  question.
3      A.  So those two individuals claimed that
4  they used to work for CIA, Pentagon, and FBI; and   11:06
5  then they had, like, a lot of experience over the
6  past many, many years.  And they also boasted that
7  they have a 24-hour working team based in the
8  Middle East and Europe.  And the lady claimed that
9  she is so good at doing her job, and the gentleman   11:07
10  also claimed that he is very good at doing the
11  job.  And they gave me a very, you know,
12  convincing lying pitch about, you know, their
13  ability.  And, also, not to mention, you know, Han
14  Lianchao, my contact, my liaison at the time --   11:07
15  these two individuals even showed my liaison, Han
16  Lianchao, on their computers, you know, that, oh,
17  we have discovered money laundering evidence that
18  amounted to tens of -- of billions of dollars and
19  hundreds of billions of dollars.  And, also, Wang   11:07
20  Qishan's daughter had a, you know, deposit -- lot
21  of deposits with China Centric --
22      CHECK INTERPRETER:  CITIC Bank.
23      A.  Citibank, in China.
24      CHECK INTERPRETER:  CITIC.   11:07

Page 42

Guo Wengui

1      A.  CITIC.
2      INTERPRETER:  CITIC, C-I-T-I-C.
3      A.  CITIC Bank, in China.  So it was a very
4  convincing pitch.   11:07
5      CHECK INTERPRETER:  And also, the
6  witness also mentioned that if you don't sign the
7  contract, you will not be able to obtain those
8  information.
9      INTERPRETER:  I did not hear that part.   11:08
10      CHECK INTERPRETER:  (Speaking Chinese
11  to witness.)
12      A.  So, yes, they prodded me to sign
13  agreement as soon as possible so that they can
14  give me the information about the goddaughter of   11:08
15  Wang Qishan, her deposit in China CITIC, billions
16  and billions of dollars.  And, also, my liaison --
17  Han Lianchao, even made a personal loan guarantee
18  in order to sign the contract.
19      So I'm not finished yet.   11:09
20      I remember one night, late at night, this
21  lady make emergency call, made a very urgent call
22  to Han Lianchao asking Han Lianchao to come over
23  to her apartment to show her something on the
24  computer screen that says, you know, the   11:09

Page 43

Guo Wengui

1  goddaughter of Wang Qishan had billions and
2  hundreds of billions of deposits in China CITIC.
3  And because of that, you know, Han Lianchao even
4  gave a personal guarantee that, okay, I actually   11:10
5  saw this information with my own eyes.  However,
6  we did not even -- we did not sign a contract even
7  after that.
8      And later on, Mr. Han Lianchao got
9  summoned -- got asked by this lady again to come   11:10
10  to apartment, also late at night, to look at the
11  information again, to be given another pitch
12  showing that, you know, tens of billions of
13  dollars and hundreds of billions of dollars of
14  deposits, you know, information in that regard.   11:10
15  And we did not sign a contract.
16      And so, with all those movements and
17  activities, we were prodded to sign a contract as
18  soon as possible.  They say that once we sign the
19  contract, they will be able to release that   11:10
20  information to us.  So, apparently, we got
21  tricked, and we got tricked.  And Han Lianchao, as
22  a liaison in the middle, also got tricked.
23  BY MR. GREIM:
24      Q.  Here is my question:  What is it --   11:11

Page 44

Guo Wengui

1  start again.
2      **What was it about the 15 names that led**
3  **you to believe that Strategic Vision's research**
4  **would be useful to you in your goal of eliminating**   11:11
5  **the Chinese Communist Party?**
6      MR. HARMON:  Object to the form of the
7  question.
8      MR. GRENDI:  Object to form.
9      A.  So the reason being, some of these   11:11
10  names -- first of all, I don't know -- so I don't
11  know all the names, but I do know -- I did know
12  some of the names among the 15 names.  Some names
13  included, for example, the goddaughter of Wang
14  Qishan, about -- you know, about her putting aside   11:13
15  tens of billions of dollars and hundreds of
16  billions of dollars in bank accounts.  If we are
17  able to disclose that information to the public,
18  that would be great.  And, also, they boasted that
19  they had information, secret informations, about,   11:14
20  you know, a police -- Chinese police department
21  intelligence head, intelligence head, about his
22  corruption information.
23      So back then, we felt like, if -- with
24  possession of those information, we are able to   11:14

Page 45

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  release those information to the U.S. government
2  to help save millions of peoples who got falsely
3  persecuted in China, even hundreds of millions of
4  people who got persecuted in China.  And because  11:14
5  of this lying pitch, we lost a wonderful
6  opportunity to rescue all these millions and tens
7  of millions of people who got thrown into jail for
8  no reason.
9       So, essentially, these two people, these  11:14
10  two individuals, took advantage of our sense of
11  urgency to rescue millions, tens of millions of
12  people, from the prison, and they used those
13  people as bait to try to get us into sign the
14  contracts.  And those two people -- those two  11:14
15  individuals are really despicable and very low.
16       CHECK INTERPRETER:  The check
17  interpreter wanted to raise one question with the
18  actual interpreter to see whether he can agree to
19  that.  I don't believe that the witness said, "I  11:15
20  know some of the names amongst those 15 names."  I
21  think that he said, I don't know those 15 names,
22  but I know the names of just Wang Qishan
23  goddaughter, Wang Qishan head of the intelligence.
24  So if I -- those are the people that -- you know,  11:15

Page 46

Guo Wengui

1  something like that.  I don't think that he said,
2  actually, I know the names among the 15 names.
3  Did you hear that?
4       INTERPRETER:  I think I heard that.  11:15
5  And -- so what's the procedure?
6       MR. GREIM:  Why don't we do this:  Let
7  me just ask the witness that as a separate
8  question, and we'll get an answer.  And we'll ask
9  only that question and ask for -- just for an  11:15
10  answer to that part, so that -- and it's hard to
11  translate, you know, paragraphs and paragraphs at
12  a time.
13  BY MR. GREIM:
14       Q.  So here's my question.  11:16
15       MR. HARMON:  Translate that first, and
16  then ask the question.
17       MR. GREIM:  Okay.
18       VIDEOGRAPHER:  Counsel --
19       MR. GREIM:  Okay.  Let's --  11:16
20       VIDEOGRAPHER:  -- you have two minutes.
21       MR. GREIM:  Let's do that.  Let's
22  translate it and get an answer.
23  BY MR. GREIM:
24       Q.  So here's my question:  Did you know  11:16

Page 47

Guo Wengui

1  some of the 15 names before they were given to
2  Strategic Vision?
3       A.  Yes.
4       MR. GREIM:  I also want to be clear  11:17
5  about something in the translation just now.  A
6  comment by the witness was -- in the transcript
7  appears as "lying pitch," referring to someone.
8  BY MR. GREIM:
9       Q.  Was that actually "lying bitch"?  11:17
10       A.  No.
11       INTERPRETER:  No, he did not use that.
12       A.  I'm not as despicable as the other
13  party.  I did not use "bitch."  "Pitch," I said.
14       VIDEOGRAPHER:  The time is  11:18
15  approximately 11:17 a.m., Friday, August 2, 2019.
16  This is the end of media number 1 of the
17  videotaped deposition of Mr. Guo Wengui.  We are
18  off the record.
19       (Recess taken.)  11:18
20       VIDEOGRAPHER:  The time is
21  approximately 11:36 a.m., Friday, August 2, 2019.
22  This is media number 2 of the videotaped
23  deposition of Mr. Guo Wengui.  We are back on the
24  record.  11:37

Page 48

Guo Wengui

1  CONTINUED EXAMINATION
2  BY MR. GREIM:
3       Q.  Mr. Guo, I want to follow up on a few
4  questions from before our break.  11:37
5       I believe I heard you say that Lianchao
6  Han had extended a personal loan guarantee; is
7  that correct?
8       MR. HARMON:  Object to the form of the  11:37
9  question.
10       MR. GRENDI:  Object to the form of the
11  question.
12       A.  I think the lawyer is trying to bait
13  me.
14       CHECK INTERPRETER:  No.  I think he  11:38
15  said "cited me wrongly."
16       A.  Cite me wrongly.
17       What I said was, Mr. Han Lianchao told me
18  that, "I saw the information with my own eyes, and
19  I can personally guarantee that they have the  11:38
20  ability to perform the job."
21       So no money was involved.
22  BY MR. GREIM:
23       Q.  And does all of the information you
24  have about Ms. Wallop's interaction with Lianchao  11:38

Page 49

13 (Pages 46 to 49)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
 1              Guo Wengui
 2    Han come from Mr. Han's statements to you?
 3        A.  I need to listen to the question one
 4    more time.  I did not hear it clearly.
 5            MR. GREIM:  I think I will just ask the      11:39
 6    translator to just repeat it.
 7            MR. HARMON:  I think you'd probably be
 8    better off rephrasing it.  It's a difficult
 9    question to follow.  If you can.
10            MR. GREIM:  Okay.                            11:39
11            MR. HARMON:  Thank you.
12    BY MR. GREIM:
13        Q.  You testified earlier about several
14    interactions between Ms. Wallop and Mr. Lianchao
15    Han.                                                 11:39
16            Do you recall that testimony?
17        A.  Yes.
18        Q.  And does the information you conveyed
19    to us come to you from Mr. Lianchao Han?
20        A.  Yes.                                         11:40
21        Q.  In a meeting in your apartment, did you
22    show French Wallop and Mike Waller the 15 names on
23    paper?
24        A.  No.
25        Q.  Did you explain to French Wallop and        11:41
```

Page 50

```
 1    Mike Waller the color coding on the paper
 2    printouts of the 15 names?
 3            MR. HARMON:  Object to the form of the
 4    question.
 5        A.  No.                                          11:41
 6    BY MR. GREIM:
 7        Q.  Have you ever seen a paper printout of
 8    the 15 names?
 9        A.  No.                                          11:41
10        Q.  Were you ever present for a discussion
11    with French Wallop and Mike Waller about the
12    15 names?
13        A.  So you mean my discussion with Frank
14    and Mike, or discussion with whom?                  11:42
15        Q.  With anyone when French Wallop and Mike
16    Waller were present?
17        A.  So this question is too broad, too
18    general.  I cannot answer this question.
19        Q.  Have you ever discussed the 15 names in     11:42
20    the presence of French Wallop and Mike Waller?
21        A.  No.  Let me clarify one last time.
22            I only discussed maybe one or two names,
23    never all 15 names.  So, please, do not set any
24    trap for me.  So I don't want all this fake         11:43
```

Page 51

```
 1              Guo Wengui
 2    information to be disclosed to CNN or Wall Street
 3    Journal to try to confuse the public.
 4        Q.  Were you present when the 15 names --
 5    let me strike that.                                  11:43
 6            Were you present when Yvette Wang
 7    discussed the 15 names with French Wallop or Mike
 8    Waller?
 9            MR. HARMON:  Object to the form of the
10    question.                                            11:43
11        A.  No.
12    BY MR. GREIM:
13        Q.  I'm handing you an exhibit which we
14    marked as Exhibit 12 in the deposition of Yvette
15    Wang and Eastern Profit.                             11:45
16            (Exhibit 12, document indexed
17    SVUS000171 through SVUS000259, previously
18    marked for identification.)
19            MR. HARMON:  Do you have a copy of that
20    for me?                                              11:45
21            MR. GREIM:  I'm sorry (handing).
22        A.  So all these 15 names here
23    (indicating)?
24            MR. HARMON:  No question.
25    BY MR. GREIM:                                        11:45
```

Page 52

```
 1            Guo Wengui
 2        Q.  I haven't asked you a question yet,
 3    sir.
 4            You'll see that it's numbered from 1 to
 5    89, and the Bates number is --                       11:45
 6            MR. HARMON:  When you say 1 to 89, I
 7    don't know --
 8            MR. GREIM:  Oh.  Okay.
 9    BY MR. GREIM:
10        Q.  And you'll see the Bates number is --        11:46
11    we'll call it an index number -- begins with
12    SVUS000171 and ends with 259.
13        A.  What does the index mean?
14        Q.  That is a number that, in a lawsuit,
15    lawyers put on a document so that we can keep        11:47
16    track of them in the lawsuit.
17            Have you seen this document before, sir?
18        A.  No.
19        Q.  Have you seen a document similar to
20    this?                                                11:47
21        A.  I don't understand the standard for
22    "similar."
23        Q.  Of similar length, involving the
24    15 names.
25        A.  I can't answer this question regarding      11:47
```

Page 53

14 (Pages 50 to 53)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  "similar."  In a legal sense, there is only "yes"
2  or "no."
3      Q.  Mr. Guo, did you hold in your hands a
4  document similar to Wang Exhibit 12 and toss it on
5  the table in your apartment in front of Mr. Waller
6  and Ms. Wallop?
7          MR. HARMON:  Object to the form of the
8  question.
9          MR. GRENDI:  Object to the form of the
10  question.
11      A.  I think you're telling a fiction.
12  Never happened.
13  BY MR. GREIM:
14      Q.  Have you seen a color version of this
15  document?
16      A.  No.
17      Q.  Who compiled this document?
18      A.  I don't know.
19      Q.  Please look at the picture on page 2.
20  Have you seen this picture before?
21      A.  Yes.  It's all over the Internet.  Yes,
22  I've seen it many times.  The source is not us.
23  The source is somebody else, the source of this
24  picture.  It's all over the Internet, all over the

Page 54

Guo Wengui

1      A.  I don't know.
2      Q.  And you are certain you have never seen
3  this document before?
4      A.  You mean, this -- I haven't reviewed
5  each page, so I can tell you -- I cannot tell you
6  for sure.  You did not give me the time -- enough
7  time to go through each page, so -- there are
8  89 pages in here.  I haven't had a chance to
9  review each page of them, so I cannot give you a
10  yes-or-no answer.  That would be irresponsible.
11      Q.  Very well.  I will ask you to take a
12  look at this on a break, and we'll come back and
13  ask you the question later.
14          MR. HARMON:  I would like a
15  clarification before we do that.
16          Are you asking whether -- are you asking
17  now, or are you -- will you be asking later,
18  whether there are pages of this that he has
19  seen, or whether he has seen the entire document
20  together?
21          MR. GREIM:  I think the question was
22  clear, that I'm asking about whether he has seen
23  this together --
24          MR. HARMON:  Together.

Page 56

Guo Wengui

1  world.  This picture -- so this picture was
2  released in 2017.  It's been all over the
3  Internet, all over the world.  It's about some
4  public figures, public individuals, and some
5  public figures.  Just like Western public figures
6  and public pictures, you can see it anywhere.
7      Q.  What do you mean by "puppet"?
8          MR. HARMON:  Public.
9          MR. GREIM:  Public.
10  BY MR. GREIM:
11      Q.  Have you posted this on the Internet?
12      A.  This is part of public information.
13  It's just as if somebody is using public
14  information to try to cheat us.
15      Q.  Is this document, Wang Exhibit 12, the
16  material Eastern Profit gave to Strategic Vision
17  so that Strategic Vision could start its research?
18          INTERPRETER:  Sorry.  Can you say that
19  again, the question?
20  BY MR. GREIM:
21      Q.  Is this document, Wang Exhibit 12, the
22  information that Eastern Profit gave to Strategic
23  Vision so that Strategic Vision could start its
24  research?

Page 55

Guo Wengui

1          MR. GREIM:  -- as an 89-page document,
2  you know, with sections numbered 1 through 15,
3  with names, followed by information with each
4  name.
5          MR. HARMON:  Maybe -- maybe we can
6  clarify that, because, clearly, he's saying he's
7  seen the second page on the Internet.
8          MR. GREIM:  Well, I think -- I think
9  the witness's testimony --
10  BY MR. GREIM:
11      Q.  Go ahead.
12      A.  I've never seen this document as a
13  whole before.
14      Q.  And you were never present when this
15  document was given to French Wallop and -- I'm
16  sorry.
17          You were never present when this document
18  was shown in paper form to French Wallop and Mike
19  Waller?
20          MR. HARMON:  Object to the form of the
21  question.
22      A.  The question is very strange, because I
23  don't even know when this pack of documents were
24  given to them, so it's hard for me to tell you

Page 57

15 (Pages 54 to 57)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  whether I was present or not, because I do not
2  even know where this pack of documents were given,
3  were provided.
4  BY MR. GREIM:                                    11:55
5      Q.  Mr. Guo, when did you first meet Bill
6  Gertz?
7      A.  I cannot recall exactly; maybe 2017.
8      Q.  How did you first meet him?
9      A.  He wanted to do an interview with me,      11:55
10 and he sought me out through a friend of mine.
11     Q.  Who was that friend?
12     A.  Sasha Gong, from VOA, Voice of America.
13     Q.  Did Mr. Gertz write an article after
14 the interview?                                   11:56
15     A.  Yes.
16     Q.  How long after the interview did the
17 article appear?
18     A.  I can't recall.
19     Q.  Was it many months or just a few days     11:56
20 or weeks?
21     A.  I can't recall.  I don't know.
22     Q.  When did you first meet Lianchao Han?
23     A.  It was around August or September 2017.
24         MR. GREIM:  From this point forward, we    11:57

Page 58

Guo Wengui

1  will call him Lianchao Han, L-i-a-n-c-h-a-o H-a-n.
2  BY MR. GREIM:
3      Q.  How did you meet Lianchao Han?
4      A.  A partner at a organization called         11:57
5  Civic Power, also an organization that's -- with
6  the goal to overthrow the Chinese Communist Party.
7  So I was introduced to Mr. Han by this partner
8  from this civic organization.
9          CHECK INTERPRETER:  The witness said       11:58
10 "citizen"?
11         INTERPRETER:  "Civic."  "Civic Power."
12 Citizen or civic; I think it's the same sort of
13 thing.
14         MR. GREIM:  I don't think this is           11:58
15 something we need to resolve.
16         CHECK INTERPRETER:  No.
17         MR. HARMON:  Another point of
18 agreement.
19 BY MR. GREIM:                                     11:58
20     Q.  I would like to hear again the name of
21 the person who introduced you, however.
22         Could you please restate that.
23     A.  Yang Chen Lee.
24     Q.  When did you first meet Yang Chen Lee?     11:59

Page 59

Guo Wengui

1      A.  May 2017.
2      Q.  Who is Yang Chen Lee?
3      A.  Founder of civil -- Civic Power, an        11:59
4  organization with the goal to overthrow the
5  Chinese Communist Party.
6      Q.  Do you find that organization -- (DIR)
7          MR. HARMON:  Don't answer the question.
8      A.  I refuse to answer that question.
9  BY MR. GREIM:                                     11:59
10     Q.  How many meetings did you have with
11 Mr. Gertz before his first article appeared?
12     A.  I can't recall.
13     Q.  Was it more than one?
14     A.  I don't recall.  I can't recall.
15     Q.  Has Gertz received any payment from you    12:00
16 in the last two years? (DIR)
17         MR. HARMON:  Don't answer -- direct the
18 witness not to answer.
19     A.  I refuse to answer this question.          12:00
20 BY MR. GREIM:
21     Q.  Did Gertz introduce you to Strategic
22 Vision?
23     A.  Yes.
24     Q.  Did he receive any payment for             12:00

Page 60

Guo Wengui

1  introducing you to Strategic Vision?
2      A.  No.
3      Q.  Has Mr. Gertz been appointed to serve
4  on any organization of which you're a member?     12:01
5  (DIR)
6          MR. HARMON:  Direct the witness not to
7  answer.
8      A.  I refuse to answer this question.
9  BY MR. GREIM:                                     12:01
10     Q.  Do you know the answer to the question?
11         MR. HARMON:  Just "yes" or "no."
12     A.  Yes.
13 BY MR. GREIM:
14     Q.  Do you know the answer to the question    12:01
15 about whether Mr. Gertz has received any payment
16 from you or any organization you control?
17         MR. HARMON:  Object to the form of the
18 question.  The witness may answer "yes" or "no."
19     A.  No.                                         12:02
20 BY MR. GREIM:
21     Q.  I'm sorry.  You don't know whether --
22 you don't know the answer to whether Mr. Gertz has
23 received payment -- I'll break this apart.
24         You don't know the answer to the question  12:02

Page 61

16 (Pages 58 to 61)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
 1              Guo Wengui
 2    of whether Mr. Gertz has received any payment from
 3    you?
 4         MR. HARMON:  That's not what he said.
 5    So you can ask him, yes or no, does he know      12:02
 6    whether he gave a payment to Mr. Gertz.
 7         MR. GREIM:  That's what I just did.
 8    That's what I just said.
 9         MR. HARMON:  No.  I'm sorry.  I don't
10    think that's what the question was.  That's why   12:03
11    I -- that's why I stepped in.
12    BY MR. GREIM:
13         Q.  Mr. Guo, do you know the answer to the
14    question of Mr. -- of whether Mr. Gertz has
15    received any payment from you?                     12:03
16         A.  Yes, I know the answer.
17         Q.  And do you know the answer to the
18    question of whether Mr. Gertz has received payment
19    from any entity which you control?
20         MR. HARMON:  Object to the form of that       12:03
21    question.
22         A.  Yes, I know the answer.
23    BY MR. GREIM:
24         Q.  Are you and Mr. Gertz both members of
25    any of the same organizations?  (DIR)              12:04
```

Page 62

```
 1              Guo Wengui
 2         MR. HARMON:  Direct the witness not to
 3    answer.
 4         A.  I refuse to answer this question.
 5    BY MR. GREIM:                                      12:04
 6         Q.  Are you worried that Mr. Gertz is a
 7    witness in this case?
 8         MR. HARMON:  Object to the form of the
 9    question.
10         A.  The two liars, they don't care about     12:05
11    harming friends; they don't care about harming
12    good people.  For me, I only worry about truth,
13    the truth coming out.
14         MR. GREIM:  I move to strike that as
15    nonresponsive.                                     12:05
16    BY MR. GREIM:
17         Q.  My question is, are you aware that
18    Mr. Gertz is a witness in this case?
19         MR. HARMON:  Object to the form of the
20    question.                                          12:05
21         A.  Yes.
22    BY MR. GREIM:
23         Q.  Is Mr. Gertz advising you on this case?
24         A.  No.
25         Q.  Have you discussed this case with        12:05
```

Page 63

```
 1              Guo Wengui
 2    Mr. Gertz?
 3         A.  No.  It doesn't worth my time to talk
 4    about this, to discuss this.
 5         Q.  When did you last talk to Mr. Gertz?      12:06
 6         A.  One week ago.
 7         Q.  When did you last talk to Mr. Gertz
 8    about Strategic Vision, French Wallop, or Mike
 9    Waller?
10         A.  Long time ago.  So Gertz asked me to      12:06
11    forget about these two individuals, because Gertz
12    told me that it's all lies and it's not worth my
13    time.  And he apologized to me profusely.
14         Q.  When was that conversation?
15         A.  I forgot -- I forget.                     12:07
16         Q.  Has it been days or weeks ago, or has
17    it been months ago?
18         A.  Months ago.
19         Q.  What is the book that you are helping
20    Mr. Gertz to write?  (DIR)                         12:07
21         MR. HARMON:  What is the what?
22         MR. GREIM:  Book.
23         MR. HARMON:  Object to the form of the
24    question and direct the witness not to answer.
25         A.  I refuse to answer.                       12:08
```

Page 64

```
 1              Guo Wengui
 2    BY MR. GREIM:
 3         Q.  Do you know the answer to that
 4    question?
 5         A.  No, I don't know the answer.              12:08
 6         Q.  Are you working on any projects with
 7    Mr. Gertz?
 8         MR. HARMON:  Just "yes" or "no."
 9         A.  No.
10    BY MR. GREIM:                                      12:08
11         Q.  When is the last time you spoke with
12    Lianchao Han about this case?
13         A.  Yesterday.
14         Q.  What did you discuss?
15         A.  I texted Lianchao to ask him, do you      12:09
16    remember what time I met these two liars, because
17    I could not recall the time.
18         Q.  What was his response?
19         A.  He texted me back with a rough time
20    frame about when the meeting was.                  12:09
21         Q.  What was that rough time frame?
22         A.  The end of 2017, between the end of
23    2017 and February 2018.
24         Q.  Why did you decide to text Mr. Han with
25    that question yesterday?                           12:10
```

Page 65

17 (Pages 62 to 65)

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1
2    A.  Because today is my deposition, so I
3  wanted to figure out the timing, the time for the
4  meeting.
5       **Q.  What else did you do to prepare for**      12:10
6  **your deposition today?**
7       A.  No, nothing else.
8       **Q.  Did you confer with Yvette Wang in**
9  **preparation for your deposition today?**
10      A.  No.                                          12:11
11      **Q.  Have you read the transcript of Yvette**
12  **Wang's deposition?**
13      A.  No.
14      **Q.  Have you read the transcript of**
15  **Ms. Wallop's or Mr. Waller's depositions?**        12:11
16      A.  No.  I did not have time, and I did not
17  want to ruin my mood by reading the transcripts.
18      **Q.  Have you posted images or transcript**
19  **sections from Ms. Wallop's or Mr. Waller's**
20  **depositions on the Internet?**                     12:12
21      A.  No.
22      **Q.  Has someone else done this at your**
23  **direction?**
24      A.  No.
25      **Q.  You testified earlier -- well, let me**    12:12

Page 66

Guo Wengui

1
2  is, Mr. Han drafted the contract, the agreement.
3  BY MR. GREIM:
4       **Q.  How do you know that?**
5       A.  Mr. Han was cheated to buy drinks, to      12:16
6  buy dinners for these two liars; and after all the
7  entertainment, he went back to his hotel room and
8  drafted the agreement.
9       **Q.  Was -- is it your belief that Mr. Han**
10  **was intoxicated when he drafted the agreement?**  12:16
11      A.  No.
12      **Q.  Are you aware of the law firm of Foley**
13  **Hoag -- I'm sorry.  I'll start again.**
14      **Are you aware of the law firm of Foley**
15  **Hoag providing advice from the drafting of the**  12:17
16  **agreement?**
17      MR. HARMON:  Object to the form of the
18  question.
19      A.  I can't recall.
20  BY MR. GREIM:                                       12:17
21      **Q.  Has Foley Hoag served as your counsel**
22  **in the last two years?**
23      A.  No.
24      **Q.  Have you paid Foley Hoag in the last**
25  **two years?**                                       12:17

Page 68

Guo Wengui

1
2  just ask you:  Did Lianchao Han help to introduce
3  you to Strategic Vision?
4       A.  Han got involved after Mr. Gertz made
5  the introduction.                                   12:13
6       **Q.  When did he get involved?**
7       A.  I can't recall, precisely.
8       **Q.  How long after Gertz's introduction did**
9  **Mr. Han become involved?**
10      A.  So what I remember was, Han was helping   12:14
11  with translation during the first meeting between
12  me and Mr. Gertz and the two liars.
13      **Q.  And whenever you say "the two liars,"**
14  **are you referring to Ms. Wallop and Mr. Waller?**
15      A.  I don't even know their real names.  I     12:14
16  can't even recall their real names.  All I recall
17  was, they sat across from me on the other side of
18  the desk.
19      **Q.  So is it your testimony, then, that**
20  **Lianchao Han's first involvement with this**      12:14
21  **contract was his attendance at a meeting between**
22  **you and French Wallop and Mike Waller?**
23      MR. GRENDI:  Object to the form.
24      A.  I cannot be a hundred percent certain,
25  but I think so.  But what I can be certain about   12:15

Page 67

Guo Wengui

1
2       A.  No.
3       **Q.  When did you first see a draft of the**
4  **contract?**
5       MR. HARMON:  Object to the form of the         12:18
6  question.
7       A.  I cannot recall.
8  BY MR. GREIM:
9       **Q.  When did you first discuss a draft of**
10  **the contract with Mr. Han?**                      12:18
11      MR. HARMON:  Object to the form of the
12  question.
13      MR. GRENDI:  Object to the form of the
14  question.
15      A.  I don't know.                              12:18
16  BY MR. GREIM:
17      **Q.  Did you discuss a draft of the contract**
18  **with Mr. Han?**
19      A.  I don't remember, because I don't
20  understand English, so I don't know how you can    12:19
21  make the assumption that I can discuss.
22      **Q.  Did Mr. Han ever translate a draft of**
23  **the contract for you?**
24      A.  No.
25      **Q.  Did Yvette Wang ever translate a draft**  12:19

Page 69

18 (Pages 66 to 69)

**Guo Wengui**
**August 2, 2019**

Atkinson-Baker, Inc.
www.depo.com

Guo Wengui

```
 1                    Guo Wengui
 2   of the contract for you?
 3            A.  I can't recall.
 4            Q.  Did Mr. Han ever discuss the terms of
 5   the contract with you before it was signed?    12:20
 6            A.  I cannot recall.
 7            Q.  Did Ms. Wang ever discuss the terms of
 8   the contract with you before it was signed?
 9            A.  No.
10            Q.  Did Mr. Han receive any payment from  12:20
11   you for his services with respect to the contract?
12            MR. GRENDI:  Object to the form.
13            A.  Mr. Han?  No.
14   BY MR. GREIM:
15            Q.  Are you paying Mr. Lianchao Han right  12:21
16   now?  (DIR)
17            MR. HARMON:  Direct the witness not to
18   answer.
19            A.  I refuse to answer.
20            MR. GREIM:  What was the comment he        12:21
21   made before he refused?
22            INTERPRETER:  He said, "No."
23   BY MR. GREIM:
24            Q.  Does Lianchao Han serve on any boards
25   or commissions with you?                          12:21
```

Page 70

Guo Wengui

```
 1                    Guo Wengui
 2            A.  No.
 3            Q.  Have you ever given anything of value
 4   to Lianchao Han?  (DIR)
 5            MR. HARMON:  Direct the witness not to     12:22
 6   answer.
 7            A.  I refuse to answer.
 8   BY MR. GREIM:
 9            Q.  Have you ever given anything of value
10   to Bill Gertz?  (DIR)                             12:22
11            MR. HARMON:  Direct the witness not to
12   answer.
13            A.  I refuse to answer.
14            MR. GREIM:  I would like to ask for the
15   production of Mr. Guo's text exchanges with       12:23
16   Lianchao Han about this litigation or about the
17   contract.
18            MR. HARMON:  We'll deal with that --
19   give us a list at the end of the deposition of
20   what it is that you want Mr. Guo to search for,   12:23
21   and we'll deal with it after the deposition.
22            MR. GREIM:  Very good.  Thank you.
23   (REQ)
24   BY MR. GREIM:
25            Q.  In 2017, did you tell Lianchao Han or  12:24
```

Page 71

Guo Wengui

```
 1                    Guo Wengui
 2   Bill Gertz that you were looking for a company to
 3   do research?
 4            A.  I don't remember.  I can't recall.
 5            Q.  Are there any documents that would help 12:24
 6   you remember?
 7            A.  I don't know.
 8            Q.  When did you decide that you wanted to
 9   engage in the type of research that Strategic
10   Vision did in this case?                          12:25
11            MR. GRENDI:  Object to the form of the
12   question.
13            MR. HARMON:  Object to the form of the
14   question.
15            A.  I don't remember.                     12:25
16   BY MR. GREIM:
17            Q.  Did there come a time in 2017 when you
18   decided that you needed a company to do the kind
19   of research that Strategic Vision did?
20            MR. GRENDI:  Object to the form of the    12:25
21   question.
22            MR. HARMON:  Same.
23            A.  No.
24   BY MR. GREIM:
25            Q.  Do you object to the disclosure of the 12:26
```

Page 72

Guo Wengui

```
 1                    Guo Wengui
 2   15 names that were provided to Strategic Vision?
 3            MR. HARMON:  Object to the form of the
 4   question.
 5            A.  No.  I didn't know, because I didn't   12:26
 6   even know all 15 names, what those names were, so
 7   I don't know.  I didn't know.
 8   BY MR. GREIM:
 9            Q.  My question is, do you object today to
10   making the 15 names that were given to Strategic  12:26
11   Vision public?
12            MR. GRENDI:  Object to the form of the
13   question.
14            A.  I cannot say yes or no, because I don't
15   even know what those names are, what those        12:27
16   15 names are.
17   BY MR. GREIM:
18            Q.  I'll ask you to take a look at Wang
19   Exhibit 12.
20            A.  What page?                             12:27
21            Q.  Let's start with page 1.
22            You see there are a total of ten pages
23   pertaining to Anita Yiu Suen?
24            A.  Um-hum.
25            Q.  Let me ask you now, since we've leafed 12:28
```

Page 73

19 (Pages 70 to 73)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| | Guo Wengui |
| 1 | Guo Wengui |
| 2 | through them, do you believe you have seen any of |
| 3 | these pages, other than the second page, before? |
| 4 | MR. HARMON:  You mean the first ten |
| 5 | pages of the exhibit, right?                12:28 |
| 6 | MR. GREIM:  Correct. |
| 7 | A.  It's all over the Internet.  This is, |
| 8 | like, public information. |
| 9 | BY MR. GREIM: |
| 10 | Q.  In what way could research regarding    12:29 |
| 11 | Anita Yiu Suen be helpful -- |
| 12 | MR. GRENDI:  Object to the form. |
| 13 | BY MR. GREIM: |
| 14 | Q.  -- in achieving the goal you identified |
| 15 | earlier today?                              12:29 |
| 16 | MR. GRENDI:  Same objection. |
| 17 | CHECK INTERPRETER:  (Speaking Chinese |
| 18 | to Interpreter.) |
| 19 | INTERPRETER:  I don't think that's the |
| 20 | question.                                   12:30 |
| 21 | CHECK INTERPRETER:  No? |
| 22 | INTERPRETER:  So your question is, in |
| 23 | what way -- in what way could research -- what |
| 24 | kind of -- what kind of research outcome would |
| 25 | help you achieve your goal, right?          12:30 |

Page 74

| | |
|---|---|
| 1 | Guo Wengui |
| 2 | A.  I don't know. |
| 3 | BY MR. GREIM: |
| 4 | Q.  Let's turn to page 11.  Page 11 says, |
| 5 | "2.  Qing Yao."                             12:32 |
| 6 | A.  Yao Qing. |
| 7 | Q.  All right.  Yao Qing.  And I have the |
| 8 | same question for Yao Qing. |
| 9 | Could financial forensic research and |
| 10 | tracking research regarding Yao Qing assist you in 12:32 |
| 11 | accomplishing the mission that you identified |
| 12 | earlier today? |
| 13 | MR. GRENDI:  Object to the form of the |
| 14 | question. |
| 15 | MR. HARMON:  Object to the form.       12:32 |
| 16 | A.  I don't know. |
| 17 | BY MR. GREIM: |
| 18 | Q.  Did you know at one time and you have |
| 19 | forgotten, or you simply never knew? |
| 20 | MR. HARMON:  Object to the form of the 12:33 |
| 21 | question. |
| 22 | MR. GRENDI:  Object to the form of the |
| 23 | question. |
| 24 | A.  So I'm not quite sure I follow this |
| 25 | question.                                   12:33 |

Page 76

| | |
|---|---|
| 1 | Guo Wengui |
| 2 | CHECK INTERPRETER:  Or, like, how is it |
| 3 | that getting the information of Suen Yiu helpful |
| 4 | to the goals of the mission?  Is that right?  Is |
| 5 | that your question?                         12:30 |
| 6 | MR. GREIM:  Correct.  Yeah. |
| 7 | I'll do a better job with the question, |
| 8 | because I believe this is on me and not on anybody |
| 9 | else.  So let me do this again.  Okay. |
| 10 | BY MR. GREIM:                               12:30 |
| 11 | Q.  In what way could research regarding |
| 12 | Anita Yiu Suen assist you in accomplishing the |
| 13 | mission you identified earlier today? |
| 14 | MR. GRENDI:  Objection to the form. |
| 15 | A.  I cannot answer the question.  I don't 12:30 |
| 16 | know how to answer your question. |
| 17 | BY MR. GREIM: |
| 18 | Q.  Well, could financial forensic research |
| 19 | and tracking research regarding Anita Yiu Suen |
| 20 | assist you in the mission you identified earlier 12:31 |
| 21 | today? |
| 22 | MR. HARMON:  Object to the form of the |
| 23 | question. |
| 24 | MR. GRENDI:  Object to the form of the |
| 25 | question.                                   12:31 |

Page 75

| | |
|---|---|
| 1 | Guo Wengui |
| 2 | BY MR. GREIM: |
| 3 | Q.  So my question is, was there a time |
| 4 | when you believed that research regarding Yao Qing |
| 5 | could assist you?                           12:33 |
| 6 | MR. GRENDI:  Object to the form of the |
| 7 | question. |
| 8 | A.  I cannot recall -- I mean, I cannot |
| 9 | tell you, no, what I thought, what I think back in |
| 10 | the days.  I don't know how to answer that   12:33 |
| 11 | question. |
| 12 | BY MR. GREIM: |
| 13 | Q.  So before Strategic Vision was asked to |
| 14 | look into Yao Qing, did you make some decision |
| 15 | that that research would be helpful?        12:34 |
| 16 | MR. GRENDI:  Object to the form of the |
| 17 | question. |
| 18 | MR. HARMON:  Object to the form of the |
| 19 | question. |
| 20 | A.  No.                                 12:34 |
| 21 | BY MR. GREIM: |
| 22 | Q.  Who did? |
| 23 | MR. HARMON:  Object to the form of the |
| 24 | question. |
| 25 | MR. GRENDI:  Object to the form of the 12:34 |

Page 77

20 (Pages 74 to 77)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1
2  question.
3      A.  I don't know.
4  BY MR. GREIM:
5      Q.  Where did the information on the flash          12:35
6  drives that Yvette Wang gave to French Wallop come
7  from?
8          MR. HARMON:  Object to the form of the
9  question.
10         MR. GRENDI:  Object to the form of the          12:35
11 question.
12         INTERPRETER:  Where did information on
13 the flash drive come from?
14         CHECK INTERPRETER:  That Yvette gave
15 to --                                                    12:35
16     A.  I don't know.
17 BY MR. GREIM:
18     Q.  If you look at pages 11 through 14 of
19 Exhibit 12, can you tell me whether you have seen
20 these pages before?                                      12:36
21     A.  It's everywhere.  It's all over the
22 place.  Yes, I've seen it very often.  Information
23 like this has been routinely broadcast by China
24 Central television, because you can see the most
25 powerful people from China on TV every day, the          12:36

Page 78

Guo Wengui

1
2  wealthiest and most powerful people on TV every
3  day.
4      Q.  Why was Strategic Vision hired?
5          MR. GRENDI:  Object to the form of the          12:36
6  question.
7      A.  I don't know.  It's not me who hired
8  them.
9  BY MR. GREIM:
10     Q.  Who participated in -- I'm sorry.               12:37
11     A.  I would not have hired a lying company
12 like this.
13     Q.  Who made the decision to hire Strategic
14 Vision?
15         INTERPRETER:  So he's saying that I             12:37
16 suggest Dong Ling (phonetic) hired the company.
17 So I would like to clarify what Dong Ling is.
18         Do you know the English name of that
19 company?
20         CHECK INTERPRETER:  Is it Eastern               12:37
21 something?
22         INTERPRETER:  Is it Eastern Profit?
23     A.  Eastern Profit.
24 BY MR. GREIM:
25     Q.  Who on behalf of Eastern Profit made            12:38

Page 79

Guo Wengui

1
2  the decision to hire Strategic Vision?
3      A.  I don't know.  I don't know who made
4  decision.
5      Q.  Who at Eastern Profit, or on behalf of          12:38
6  Eastern Profit, was involved in the decision to
7  hire Strategic Vision?
8      A.  I don't know.
9      Q.  Was Yvette Wang involved in the
10 decision about whether to hire Strategic Vision?        12:38
11     A.  I don't think she had the authority to
12 make that decision.
13     Q.  Why not?
14         MR. HARMON:  Why doesn't he think that,
15 or why didn't she?                                       12:39
16         MR. GREIM:  Why doesn't he think that?
17     A.  It's feeling.  It's just my personal
18 feeling, gut feeling.  There's no reason.
19 BY MR. GREIM:
20     Q.  What is it about Yvette Wang that makes         12:39
21 you believe she did not have the authority?
22         MR. HARMON:  Object to the form of the
23 question.
24         MR. GRENDI:  Object to the form of the
25 question.                                                12:39

Page 80

Guo Wengui

1
2      A.  She's too young, and she's very pretty,
3  so I don't think she will be -- she will have that
4  kind of power to make a decision like that.
5  BY MR. GREIM:                                            12:40
6      Q.  What is it about her looks or her
7  attractiveness that impacts her ability to make
8  that decision?
9          MR. HARMON:  Object to the form of the
10 question.                                                12:40
11     A.  I don't know.  It's just a natural
12 feeling of mine.
13 BY MR. GREIM:
14     Q.  Have you ever heard the name Han Chin
15 Guong (phonetic)?                                        12:40
16     A.  Yes.
17     Q.  Is he the person who is involved in
18 choosing Strategic Vision for the contract?
19         MR. HARMON:  Object to the form of the
20 question.                                                12:41
21         MR. GRENDI:  Object to the form of the
22 question.
23     A.  I don't know.
24         CHECK INTERPRETER:  Counsel, your
25 question was, was he the person who made the             12:41

Page 81

21 (Pages 78 to 81)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

decision?
        INTERPRETER:  Involved.
        MR. GREIM:  Involved.
        CHECK INTERPRETER:  Okay.                    12:41
BY MR. GREIM:
        Q.  How old is Ms. Wang, by the way?
        A.  Ms. Wang, right?  Ms. Wang.  I don't
know.  I honestly don't know.
        Q.  Does she work for you?                    12:41
        A.  No.
        Q.  Who does she work for?
        A.  We used to work together.  We once
worked together.
        Q.  What do you mean by that?                12:42
        A.  We worked in the same company, but she
did not work for me.
        Q.  What company was that?
        A.  Beijing Pangu (phonetic) hire Nu Yer
Chin Chen (phonetic).                                12:42
        Q.  Where does she work now?
        A.  She's doing a lot of work.  She's
currently doing a lot of work to overthrow the
Chinese government and to rescue herself from the
Communist Party.                                     12:42

Page 82

Guo Wengui

        Q.  For whom does she work now?
        A.  I don't know.
        Q.  When did you last see her before today?
        A.  I saw her yesterday.                      12:43
        Q.  Do you see her every day?
        A.  No.
        Q.  How often do you see her?
        A.  I can't describe.  I can't describe.  I
mean -- sometimes not once for a few months,         12:43
sometimes a few times per week.
        Q.  Where did you see her yesterday?
        A.  At a fund company.
        Q.  What company was that?
        A.  It's a company located in New York.       12:43
        Q.  What is the name of the company, sir?
        A.  This company has many names, so I don't
know exactly what the name is.  I know one of the
names is Rule of Law Fund.
        Q.  Does she work there?                      12:44
        A.  Well, I don't know.
        Q.  Does she work for a company called
Golden Spring New York Limited?
        A.  Limited, I don't know.  I'm not quite
sure.                                                 12:44

Page 83

Guo Wengui

        Q.  Have you ever heard of Golden Spring
New York Limited?
        A.  Yes, I've heard of it.
        Q.  What is it?                                12:45
        A.  It's a family fund company in New York.
        Q.  What do you mean by "family fund
company"?
        A.  I don't know.
        Q.  Well, does it do work for a particular    12:45
family?
        A.  Now, I don't know.
        Q.  Did it at one time?
        A.  At one time, yes.
        Q.  What family?                               12:45
        A.  Once, I was one of the families that
they worked for, once.
        Q.  The Guo family?
        A.  Yes, the Guo family.  Yes.
        Q.  Did it work for other families at that    12:46
same time?
        A.  I don't know.
        Q.  When is the last time you had contact
with any officer or employee of Golden Spring New
York Limited?                                         12:46

Page 84

Guo Wengui

        MR. HARMON:  Object to the form of the
question.
        A.  I don't remember.
BY MR. GREIM:                                         12:46
        Q.  Can you identify the person sitting
four people down at the table, wearing a nice blue
suit and a tie?
        A.  I call him a young guy, a young pal.  I
think I vaguely know his name, but -- his name,      12:47
the English name.
        Q.  What is his English name?
        A.  I don't know.
        Q.  Is he your attorney?
        A.  No.                                        12:47
        MR. HARMON:  Object to the form of the
question.
BY MR. GREIM:
        Q.  Do you know why he's here?
        A.  I don't know.                              12:47
        Q.  Is he general counsel for Golden Spring
Limited New York -- I'm sorry.  Let me just ask it
again.
        Is he general counsel for Golden Spring
New York Limited?                                     12:47

Page 85

22 (Pages 82 to 85)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
 1               Guo Wengui
 2        A.  I don't know.
 3        Q.  Well, when is the last time you spoke
 4   with him?
 5             INTERPRETER:  You mean this gentleman   12:48
 6   (indicating)?
 7             MR. GREIM:  Yes.
 8        A.  One hour ago.
 9   BY MR. GREIM:
10        Q.  Did he give you legal advice?           12:48
11             MR. HARMON:  Object to the form of the
12   question.
13        A.  No.
14   BY MR. GREIM:
15        Q.  Did you ask for legal advice?           12:48
16             MR. HARMON:  An hour ago?  Or ever?
17   BY MR. GREIM:
18        Q.  An hour ago.
19        A.  No.
20        Q.  Mr. Guo, is he or is he not your        12:48
21   attorney?
22             MR. HARMON:  Object to the form of the
23   question.
24        A.  He's not my attorney.
25             MR. GREIM:  Well, that being the case,  12:49
```

Page 86

Guo Wengui

```
 1               Guo Wengui
 2   I don't think that he can be here.  He's not
 3   representing anyone at this -- in this proceeding.
 4             MR. HARMON:  So we've been -- we've
 5   been at this now for two hours, two and a half     12:49
 6   hours, two hours and 40 minutes, and now you're
 7   getting to a question of who is here and why they
 8   are here?  Let's finish up this session, and then
 9   we'll deal with those questions.
10             MR. GREIM:  Well, I --                   12:49
11             MR. HARMON:  You're asking him to
12   leave?
13             MR. GREIM:  I --
14             MR. HARMON:  Are you asking him to
15   leave?                                             12:49
16             MR. GREIM:  I'm going to ask him to
17   leave if he's not actually representing someone
18   here.  It's an important point.  I believed that,
19   when we started, he represented Mr. Guo.  Mr. Guo
20   has now sworn under oath he does not.              12:49
21             MR. HARMON:  He did not say that.  He
22   said he's not his attorney, because that's the
23   question you asked -- Is he your attorney? -- that
24   was the question you asked.  You didn't ask
25   whether or not he provides legal advice to         12:49
```

Page 87

Guo Wengui

```
 1               Guo Wengui
 2   Mr. Guo.  You asked, is he your attorney?  And you
 3   may think -- you may think that that's a subtle
 4   difference or no difference at all, but I don't.
 5   And -- so I suggest that we finish up the last      12:50
 6   15 minutes, or 10 minutes, whatever we have left
 7   of this tape, and we can deal with it later.  But
 8   let's make use of our time.
 9             MR. GREIM:  Well, I will ask that
10   question.                                           12:50
11   BY MR. GREIM:
12        Q.  Did you understand what your attorney
13   said just now?
14             MR. HARMON:  You want it to be
15   translated?  Then we should have everything I said  12:50
16   translated for the witness.
17             MR. GREIM:  Let me do this.  We
18   won't -- I won't do it that way, because
19   otherwise -- I don't think he -- let me -- I'll
20   pose a question.                                    12:50
21             MR. HARMON:  No.  We've had this
22   discussion on the record.  I want the witness to
23   know exactly what was said on the record before we
24   continue.
25             INTERPRETER:  I will try my best to      12:50
```

Page 88

Guo Wengui

```
 1               Guo Wengui
 2   recall it.  I did not write it down, but I recall
 3   most of it.
 4             (Interpreter interprets colloquy.)
 5   BY MR. GREIM:                                       12:50
 6        Q.  Does this gentleman that we've been
 7   speaking about, with the blue suit and nice tie,
 8   provide you legal advice?
 9        A.  I need it now.  I need it now.
10        Q.  Let me rephrase.  I don't think I         12:52
11   understand your answer.
12             Does this gentleman in the blue suit
13   provide you legal advice?
14             MR. GRENDI:  Object to the form.
15        A.  So you mean does he provide -- so I'm     12:53
16   saying "does," meaning, are you talking about two
17   hours ago, one hour ago, or at this moment?
18   BY MR. GREIM:
19        Q.  How about has he ever?
20        A.  So I think your statement is highly       12:53
21   irresponsible.  I cannot answer this question.
22   There is no way for me to answer this question,
23   because this is not relevant to my deposition
24   today.  So I don't know how to answer this
25   question.  I think the reason I'm here today, the  12:53
```

Page 89

23 (Pages 86 to 89)

**Guo Wengui**
**August 2, 2019**

Atkinson-Baker, Inc.
www.depo.com

Guo Wengui

1  reason I'm here today -- I feel like a lot of time
2  is wasted, and I think you're playing a game
3  regarding, you know, legality.  And I think a lot
4  of time is wasted, and I don't understand the          12:54
5  relevance.  Almost all the questions you ask are
6  vague or ambiguous.  I don't think you hold the
7  legal system in high regard.  I don't think you
8  are respecting the legal system.  I think you have
9  been abusing me and trying to find faults with me,    12:54
10 trying to look for troubles regarding me and --
11     Q.  Did you ask this gentleman in the blue
12 suit to be here today?
13     A.  No.
14     Q.  Has Yvette Wang ever been employed by          12:55
15 Golden Spring New York Limited?
16     A.  I don't know.
17        MR. GRENDI:  Eddie, can we do a
18 two-minute break?
19        MR. HARMON:  You have four minutes left         12:55
20 on your tape.
21        MR. GRENDI:  It's fine.  Go ahead.
22 BY MR. GREIM:
23     Q.  When did you last talk to Yvette Wang
24 about this case?                                        12:56

Page 90

Guo Wengui

1     A.  I really don't remember.  I don't even
2  recall I have ever talked to her about this case.
3     Q.  Mr. Guo, do you pay -- make any kind of
4  a payment or provide funds to Golden Spring New        12:57
5  York Limited?
6     A.  You mean me, personally?
7     Q.  Yes.
8     A.  No.
9     Q.  Does any entity that you control make          12:57
10 any payments to Golden Spring New York Limited?
11     A.  No.
12     Q.  Did any members of your family make
13 payments to Golden Spring New York Limited?
14        MR. HARMON:  Object to the form of the          12:57
15 question.
16        MR. GRENDI:  Object to the form of the
17 question.
18     A.  I don't know.  I don't know.
19        MR. GREIM:  Let's go ahead and take our         12:58
20 break.
21        VIDEOGRAPHER:  The time is
22 approximately 12:57 p.m., Friday, August 2, 2019.
23 This is the end of media number 2 of the
24 videotaped deposition of Mr. Guo Wengui.  We're       12:58

Page 91

Guo Wengui

1  off the record.  Thank you.
2
3        (Luncheon recess taken at 12:57 p.m.)
4                                                         12:58
5  A F T E R N O O N   S E S S I O N
6        VIDEOGRAPHER:  Good afternoon.  The
7  time is approximately 1:55 p.m., Friday, August 2,
8  2019.  This is media number 3 of the videotaped
9  deposition of Mr. Guo Wengui.  We're back on the      01:56
10 record.
11 CONTINUED EXAMINATION
12 BY MR. GREIM:
13     Q.  Mr. Guo, could you please pull in front
14 of you Wang Exhibit 12.                                01:56
15     A.  This is number 12?
16     Q.  Yes.
17        Do you know William Wu, or a William Yu,
18 in London?
19     A.  I know William Yu.                             01:56
20     Q.  Who is he?
21     A.  Used to be a friend of mine and also a
22 partner of mine.
23     Q.  A partner in what, sir?
24     A.  Not partner, but we cooperated.  We had        01:57

Page 92

Guo Wengui

1  some cooperation in the past.
2        CHECK INTERPRETER:  We worked together.
3  We worked together.
4     A.  We worked together.                             01:57
5  BY MR. GREIM:
6     Q.  In what did you work together?
7     A.  Anti-Chinese Communist Party.
8     Q.  Was this -- was this as part of an
9  organization, or did you just work alongside each     01:57
10 other?
11     A.  No.  It was cooperation.  It was
12 working together on a personal level.
13     Q.  So you did not both work for the same
14 entity?                                                01:58
15     A.  I don't remember.
16     Q.  Well, when is the last time you talked
17 to him?
18     A.  A few weeks ago.
19     Q.  Did you talk about this case?                  01:58
20     A.  No.
21     Q.  If you could, turn to page 15 on
22 Exhibit 12.
23        What name do you see there, sir?
24     A.  In Chinese, Guan Jun.                          01:59

Page 93

24 (Pages 90 to 93)

Guo Wengui
August 2, 2019

Guo Wengui

Q. And do you see that the next three
pages are all about Guan Jun?

A. So you want me to go through the three
pages?                                                01:59

Q. Yes.

A. So 16 -- page 16 and 17, only two
pages.

Q. Okay. What about page 18? Does that
have to do with Guan Jun?                             01:59

A. I don't know. I don't know. Page 18,
I don't know.

Q. By the way, Mr. Guo, I noticed you
outside of our conference room during the break;
and I just wanted to ask you, did you have a          02:00
chance to look through this exhibit during our
lunch break?

A. No.

Q. Let me ask you, then, have you seen
pages 15 through 18 before?                           02:00

A. Yes. It's everywhere on the Internet.

Q. Do you have any objection to those
pages being publicly disclosed in this case?

MR. HARMON: Object to the form of the                 02:00
question.

Page 94

Guo Wengui

CHECK INTERPRETER: (Speaking Chinese.)

A. So I don't understand the question.
Can you say it one more time?

BY MR. GREIM:                                         02:01

Q. Do you have any objection to those
pages being publicly disclosed in this case?

MR. HARMON: Objection to the question.

A. No objection. No objection.

BY MR. GREIM:                                         02:01

Q. Did you play any role, sir, in the
selection of Guan Jun for Strategic Vision's
research?

A. I don't remember.

BY MR. GREIM:                                         02:02

Q. Is it possible that you did?

MR. HARMON: Object to the form of the
question.

A. I can't answer a question about         02:02
possibility, likelihood. I don't know.

BY MR. GREIM:

Q. Did you play any role in the selection
of any of the 15 names that were given to
Strategic Vision for research?

A. What do you mean by "role"? What do      02:03

Page 95

Guo Wengui

you mean by "role"?

Q. Did you help to recommend any of the
names for Strategic Vision to research?

A. I don't remember.                                  02:03

Q. If Ms. Wang testified that you did,
would you disagree with her?

MR. HARMON: Object to the form of the
question.

A. I don't answer a hypothetical question.  02:04
I do not answer any "if" question.

BY MR. GREIM:

Q. Well, "if" questions can be answered in
a case. And so I want you -- I want to -- I'm
going to reask you and see what your answer is.       02:04

If Ms. Wang testified that the names --
the 15 names came from you, would you disagree
with that?

MR. GRENDI: Object to the form.

MR. HARMON: So I object to the form of      02:04
the question. And I would -- I would ask you,
Mr. Greim, please not to give my client advice or
directions about the law.

The question was asked. I object to the
form. He should answer the question, if he can.       02:04

Page 96

Guo Wengui

A. There is no way for me to answer this
question.

BY MR. GREIM:

Q. Did you give these names to Mrs. Wang?   02:05

A. Let me tell you, because I don't even
know what those 15 names are, so I cannot answer
you "yes" or "no," because I really don't know
what those 15 names are, you know, what names
you're referring to regarding Ms. Wang. So I          02:06
can't give you a yes-or-no answer, because I don't
know the names.

Q. Of the four names we've seen so far,
did you give any of these to Mrs. Wang?

A. All those four names, I recommended --  02:06
I make a recommendation on those all four names.
I said that we should, you know, do some research
on those four names.

Q. Who did you tell this to?

A. I told Ms. Wang. I suggested her put     02:06
all these names into her list.

Q. Are you referring to all 15 names or
just the first four?

MR. GRENDI: Objection to the form.

A. Let me emphasize. I don't know all       02:07

Page 97

25 (Pages 94 to 97)

Guo Wengui

1      15 names, what all those 15 names are.  All I can
2      answer is based on the four names that we already
3      discussed.
4      BY MR. GREIM:      02:07
5      **Q.  Okay.  Then, we will go through each of**
6      **the names.**
7      A.  Okay.
8      **Q.  Please look at page -- pages 19 through**
9      **25.**      02:07
10      A.  Where's 19?  19 to 25.  These two like
11      1 and 7.  So it looks like a 7. 19 to 25, that's
12      why I repeat it.
13      So you want to go through it one by one,
14      page by page?      02:08
15      **Q.  What name do you see on page 19, sir?**
16      A.  Fu Weihua.
17      **Q.  And is it apparent to you that pages 19**
18      **through 25 all pertain to Fu Weihua?**
19      A.  I'm only looking at page 19 right now.    02:09
20      I cannot answer a question -- do you allow me to
21      read through 19 and 25?
22      **Q.  Yes.**
23      MR. HARMON:  While the witness is doing
24      that, several of the questions and answers leading   02:09

Page 98

Guo Wengui

1      up to these questions on page 19 of the exhibit
2      said four individuals, but we've only been through
3      three.
4      MR. GREIM:  Because at that point, we    02:09
5      were on page 19.
6      MR. HARMON:  I'm not -- I'm just saying
7      that we had only been through three people, even
8      though the questions and answers had to do with
9      four.      02:09
10      MR. GREIM:  It included this page, this
11      number four.  Now we're moving into --
12      MR. HARMON:  I'm not sure that that's
13      so, but I just want it to be clear for the record.
14      It will say what it says.    02:09
15      A.  I know this person.  I make the
16      recommendation of this person.
17      BY MR. GREIM:
18      **Q.  Thank you.**
19      **Now, the pending question is, do pages 19**   02:10
20      **through 25 appear to relate to Weihua Fu?**
21      MR. GRENDI:  Object to the form.
22      A.  I don't remember all those following
23      pages, but I made the recommendation about Fu
24      Weihua.      02:10

Page 99

Guo Wengui

1      BY MR. GREIM:
2      **Q.  Who assembled pages 19 through 25?**
3      A.  I don't know.
4      **Q.  Do you have any objection to making**   02:11
5      **public in this case pages 19 through 25?**
6      A.  I don't know.  I can't answer this
7      question.
8      **Q.  If you need to review the pages, please**
9      **do, to answer it.**    02:11
10      A.  I have no objection to the name of Fu
11      Weihua; however, the remaining information, I
12      don't know.
13      **Q.  Please take a second to look at those**
14      **other pages and tell me if you have an objection.**   02:11
15      A.  (Witness reviews document.)  Regarding
16      the name, regarding the content, the following
17      information, I have no objection.
18      **Q.  Please turn to page 26.**
19      **Whose name do you see there?**    02:12
20      A.  Meng Haijing.
21      **Q.  Do you know who that is?**
22      A.  Yes.
23      **Q.  Who is it?**
24      A.  So she's the daughter of -- she's the   02:13

Page 100

Guo Wengui

1      daughter of a -- of intelligence head in China and
2      also the secretary of China's political and legal
3      commission.
4      **Q.  If you could, you'll see that the next**   02:13
5      **section starts on page 39.  So I want to now ask**
6      **you about pages 26 to 38.**
7      A.  Thirty-eight.  Page 38.
8      **Q.  My -- my question will be, do you know**
9      **who compiled these pages?**    02:14
10      A.  It's all over the Internet.
11      **Q.  Have you seen these pages before?**
12      A.  I've seen content, this content, many,
13      many times.
14      **Q.  Do you have any objection to public**   02:14
15      **disclosure of these pages in this litigation?**
16      A.  I don't have any suggestion.  I neither
17      object nor endorse the disclosure of this
18      information.
19      **Q.  Did you recommend the name of Meng**   02:15
20      **Haijing to Yvette Wang?**
21      MR. GRENDI:  Object to the form.
22      Go ahead.
23      A.  I did not provide any names.  All I did
24      was to make the recommendation regarding who we   02:15

Page 101

26 (Pages 98 to 101)

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  should research on.  However, all this
2  information, so far, information that we have
3  covered so far, is easily available online.
4  BY MR. GREIM:
5      Q.  My question -- and I understand, sir.          02:16
6  My question is whether you made the
7  recommendation for this name.
8      MR. GRENDI:  Objection.
9      A.  This one, I don't remember.                    02:16
10  BY MR. GREIM:
11      Q.  Is it possible that you did, though,
12  and you just can't remember?
13      MR. HARMON:  Object to the form of the
14  question.                                             02:16
15      A.  I don't answer any question that's
16  uncertain or regarding possibility.
17      CHECK INTERPRETER:  Or "if."
18  BY MR. GREIM:
19      Q.  Can you say definitively that you did          02:17
20  not make this recommendation?
21      A.  I don't remember.
22      Q.  Please turn to page 39.  And I'm now
23  going to ask you about pages 39 to 41.  Page 39
24  has number 6.                                          02:17

Page 102

Guo Wengui

1      And what name, sir, do you see there?
2      A.  Sun Lijun.
3      Q.  Who is that person?
4      A.  So she's the number 2 head of the              02:18
5  intelligence agency in China.  She did a lot of --
6  she persecuted a lot of innocent people in Tibet
7  and in Xinjiang (phonetic).  And also, a lot of my
8  family members were arrested by him.  And also,
9  currently, he's in Hong Kong to persecute           02:18
10  additional people, and he's also pursuing me in
11  the U.S.  He's currently the vice minister of
12  China's public safety.
13      Q.  What do you mean when you say he is
14  pursuing you in the U.S.?                             02:18
15      A.  New York Times actually wrote an
16  article about him being in the U.S.
17      Q.  I see.
18      So are you saying that he came to the
19  U.S. to pursue you?                                   02:19
20      A.  Yes.
21      Q.  When?
22      A.  2017.
23      Q.  Did you recommend this name to Yvette
24  Wang?                                                 02:19

Page 103

Guo Wengui

1      A.  A hundred percent, I made that
2  recommendation.
3      Q.  And did you expect that research into
4  this person would aide you in the objective that    02:19
5  you testified to earlier today?
6      MR. GRENDI:  Object to the form.
7      MR. HARMON:  Object to the form of the
8  question.
9      A.  Yes.                                          02:20
10  BY MR. GREIM:
11      Q.  And would you have any objection to the
12  public disclosure in this litigation of pages 39
13  through 41?
14      A.  I'm currently only on page 39.  I           02:20
15  haven't reviewed the other pages yet.
16      Q.  Please review the other pages.
17      A.  Thank you.  Thank you for allowing me.
18  (Witness reviews document.)
19      Q.  Now I will repeat my question.              02:21
20      Do you have any objection to the public
21  disclosure in this litigation of pages 39 through
22  41?
23      A.  I object 100 percent.  If you
24  include -- if you disclose this information to the  02:21

Page 104

Guo Wengui

1  public, hundreds of millions of people will get
2  killed because of this, including -- you know, the
3  family members of Wong Yen Ping have been killed,
4  and a lot of other investigators who are engaged    02:22
5  in investigating matters in this regard will get
6  killed.  So if they get killed, the blood will be
7  on you, including me personally, including my
8  family members in the U.S., and also family
9  members of Wong Yen Ping and Wong Yen Ping           02:22
10  herself.  All of us will be under threat.
11      Q.  What other investigators are
12  investigating number 6, Sun Lijun?
13      A.  I don't know.  But it's just -- I
14  assume that -- I mean, I assume that a lot of        02:22
15  people are also engaged in trying to figure out
16  his dealings.  Those people, they will be
17  threatened as well.
18      So that's why I'm saying your clients,
19  you know, they've been using, you know, this name   02:23
20  as a bait, use this name as a bait, keep telling
21  me, can we publicly disclose this name, publicly
22  disclose this information?  If we do that, a lot
23  of people in the U.S. will get harmed and a lot of
24  people in China will get killed.  And your clients  02:23

Page 105

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1  keep using this name as bargaining chip in this
2  process, about, you know, disclosing this name and
3  relevant information.
4     Q.  I'm sorry.                                    02:24
5        Have my clients been in contact with you
6  about the disclosure of name number 6?
7     A.  You are the third lawyer on this case
8  representing them.  The previous two lawyers who
9  got fired -- the previous two lawyers reached out   02:24
10 to me, reached out to my camp about disclosing
11 this name.
12       CHECK INTERPRETER:  Releasing --
13 releasing the name.
14    A.  Releasing the name.                           02:24
15 BY MR. GREIM:
16    Q.  Well, what -- have you taken any
17 measures to ensure that Eastern Profit does not
18 disclose this name?
19       MR. GRENDI:  Objection to the form.            02:25
20    A.  No.
21 BY MR. GREIM:
22    Q.  Why not?
23    A.  So it's their business.  Why would I do
24 this?  It's their business.                          02:25

Page 106

Guo Wengui

1  What is their business?
2     Q.  What is their business?
3     A.  I do not refer to anything specific.
4     Q.  Do you know what the business of
5  Eastern Profit is?                                   02:25
6     A.  I don't know.
7     Q.  Were you at all concerned that this
8  information was given to Eastern Profit?
9     A.  Of course, I worry.  Of course, I was
10 worried, you know.  We got cheated, and then,        02:26
11 after we gave over the information, they colluded
12 with the Chinese Communist Party and threatened us
13 by saying that we're going to release this
14 information.  And the release of this information
15 would cause millions of people die -- I mean         02:26
16 harmed.
17    Q.  My question was with respect to Eastern
18 Profit.
19       Did you understand that?
20    A.  I know.  I don't know what it's all           02:27
21 about.
22       You're talking about a research company,
23 right?
24    Q.  Mr. Guo, my question was, were you at
25 all concerned that this information was given to     02:27

Page 107

Guo Wengui

1  Eastern Profit?
2     Q.  Eastern Profit?
3        MR. GRENDI:  Object to the form.
4        You can answer.
5     A.  Sorry.  I made a mistake.                     02:27
6        Of course, I was not worried.
7  BY MR. GREIM:
8     Q.  Why not?
9     A.  Because all their families were
10 persecuted in China and framed by the Chinese        02:28
11 Communist Party.  If they release that
12 information, the family members will get killed.
13 Of course, they did not have the incentive to
14 release the information.
15    Q.  Which families are you referring to?          02:28
16    A.  Yen Ping, Yvette.
17    Q.  What does Yvette have to do with
18 Eastern Profit?
19    A.  I don't know.
20    Q.  Well, then, how could you be sure that        02:28
21 Yvette's personal concerns would protect you when
22 you gave the information to Eastern Profit?
23       MR. HARMON:  Object to the form of the
24 question.
25       MR. GRENDI:  Objection to the form.            02:28

Page 108

Guo Wengui

1     A.  I have faith in her.  I cannot
2  speculate.
3  BY MR. GREIM:
4     Q.  On what basis do you have faith in her?      02:29
5     A.  Because her family members were
6  persecuted, persecuted and framed, and also
7  herself was persecuted and framed.
8     Q.  Even if that is true, Mr. Guo, how can
9  her own personal concerns affect Eastern Profit?    02:29
10       MR. GRENDI:  Object to the form.
11       MR. HARMON:  Object to the form of the
12 question.
13    A.  I don't know.
14 BY MR. GREIM:                                        02:29
15    Q.  Does Ms. Wang have any control over
16 Eastern Profit?
17    A.  I don't know.
18    Q.  Are you aware of any families that have
19 control over Eastern Profit?                         02:30
20       INTERPRETER:  You mean her family?
21 BY MR. GREIM:
22    Q.  Are you aware of any families that have
23 any control over Eastern Profit?
24    A.  I don't know.                                 02:30

Page 109

28 (Pages 106 to 109)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1  
2  Q.  Do you know the identity of any officer
3  or director of Eastern Profit?
4  A. I don't know.
5  Q.  What's your daughter's name?  (DIR)   02:30
6  MR. HARMON:  Direct the witness not to
7  answer.
8  A. I refuse to answer.
9  BY MR. GREIM:
10  Q.  Is your daughter a director -- in fact,   02:30
11  is your daughter the sole director of Eastern
12  Profit?
13  A.  If you can guarantee that if we -- if I
14  release this information and then she won't get
15  killed, she won't get persecuted by the Chinese   02:31
16  Communist Party, then I can tell you information.
17  But can you guarantee that.
18  CHECK INTERPRETER:  And all that.  So
19  information today, if I tell you whatever, it's
20  not going to be leaked.   02:31
21  A.  And also, the two clients, would they
22  use this information as a way to threaten me?
23  BY MR. GREIM:
24  Q.  Mr. Guo, are you aware that this
25  information is available in public archives in   02:31

Page 110

Guo Wengui

1  Hong Kong?
2  A.  That, I don't know.
3  Q.  I'm going to ask you to answer the
4  question.   02:32
5  Is your daughter, or is she not, a
6  director of Eastern Profit?
7  MR. HARMON:  Are you going to provide
8  the guarantees that Mr. Guo has asked for?
9  MR. GREIM:  I'm not making any promises   02:32
10  about leaks to the Communist Party.  There is a
11  protective order that covers this case, which
12  governs us.  It would protect this information
13  like everything else.  The witness cannot -- I'll
14  leave it at that.   02:32
15  MR. HARMON:  So if he answers the
16  question, then you agree that the information is
17  subject to the confidentiality order and that
18  nobody associated with this case will release the
19  information.   02:32
20  Is that what you're saying.
21  MR. GREIM:  I would ask you to make the
22  designation within the first 21 days after the
23  transcript is finalized, for the protective order.
24  We will then consider whether this information is   02:32

Page 111

Guo Wengui

1  confidential or whether it is otherwise public.
2  And we'll talk with you at that time.  And if we
3  disagree, we will take it to the judge.  But there
4  is not a super protective order above and beyond   02:33
5  the protective order that all the parties have
6  entered into.
7  MR. HARMON:  I understand what you
8  said.  And in light of that, I'm going to say that
9  the witness has provided you the only answer   02:33
10  you're going to get on these questions today until
11  his assurances can be met.
12  MR. GREIM:  All right.  So are you
13  instructing the witness not to answer the
14  question?   02:33
15  MR. HARMON:  I think you've gotten the
16  only answer from the witness that you're going to
17  get.  He's answered the question.  He's answered
18  the question by asking you to assure that the
19  information will be -- not be leaked, that it will   02:33
20  be subject to the confidentiality order and
21  maintained as confidential.  And if you can't
22  provide that assurance, then we should move on to
23  the next question.
24  MR. GREIM:  That is not what the   02:33

Page 112

Guo Wengui

1  witness has asked me.  The protective order
2  governs this deposition.  We are going to comply
3  with the protective order.  I'm not going to make
4  promises that go beyond the protective order.   02:33
5  MR. HARMON:  I understand what you
6  said.  And what you said is that you leave open
7  for yourself the right to seek to disseminate the
8  information.  That is anathema to the witness.
9  He's made that clear.  So he's not going to   02:34
10  provide any further answers on this.  Let's move
11  on.
12  INTERPRETER:  So should I at least
13  summarize?
14  MR. GREIM:  Go ahead.  Summarize so the   02:34
15  witness can hear all this.
16  INTERPRETER:  (Interpreter summarizes
17  colloquy.)
18  BY MR. GREIM:
19  Q.  Is Han Chunguang a director of Eastern   02:35
20  Profit?
21  A.  Probably, but I can't be sure.
22  Q.  Why do you say "probably"?
23  A.  So he's independent of me.  He's
24  independent.  Why would I know?  Why would I know?   02:35

Page 113

29 (Pages 110 to 113)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1    Q.  Well, I'm asking you why you said
2  "probably."
3    A.  It's a feeling.  It's just a personal
4  feeling.                                          02:36
5    Q.  Is that based on any public records,
6  sir?
7    A.  I don't know.
8    Q.  When did you last talk to Han
9  Chunguang?                                        02:36
10    A.  This morning.
11    Q.  Where did you see him?
12    MR. HARMON:  I'm sorry.  He didn't say
13  he saw him.  He said he spoke to him.
14    MR. GREIM:  Let's see if he -- let's    02:36
15  see if we can avoid it.
16  BY MR. GREIM:
17    Q.  Did you see him in person?
18    A.  Yes.
19    Q.  Where did you see him?                    02:36
20    A.  On his way to the company, we saw each
21  other.
22    Q.  What company?
23    A.  Downstairs, on my apartment.
24    Q.  What company is downstairs of your   02:37

Page 114

Guo Wengui

1    A.  I refuse to answer.
2    MR. GREIM:  On what basis can he not
3  answer this questions?  I'm very curious.
4    MR. HARMON:  What has this got to do       02:38
5  with this case?  What possible motive do you have
6  for seeking this information?  Don't answer my
7  questions.  You'll have your opportunity to
8  explain that to the court, because I cannot fathom
9  it, and I'm not permitting the deposition to go   02:38
10  into the personal activities of my client.  It's
11  got nothing to do with what's going on here.  And
12  you've already -- you and your clients have
13  already gone public with what your true motive
14  here is in asking these questions.               02:39
15    So I'm putting a line beyond which I will
16  not let the witness answer.  The judge has made it
17  clear that, at some point, if you think that I'm
18  overreaching, we can have a meet and confer and
19  bring the matter to the attention of the court,   02:39
20  and either the judge or the magistrate will
21  resolve whether or not Mr. Guo has to answer these
22  questions.  But for today, this is my line.  So
23  let's try and use the rest of our time fruitfully.
24  BY MR. GREIM:                                     02:40

Page 116

Guo Wengui

1  apartment?
2    A.  Yes, downstairs of my apartment.
3    Q.  Okay.  And what company is downstairs
4  of your apartment?                                 02:37
5    MR. HARMON:  Objection to the form of
6  the question.
7    A.  I made a mistake.  I correct myself.
8  It's not company.  It's my apartment.
9  BY MR. GREIM:                                      02:37
10    Q.  Why would Mr. Chunguang be going to
11  your apartment?
12    A.  Let me repeat.  Downstairs of my
13  apartment building.  It's not my home.  It's not
14  my apartment.  It's a hotel.  It's a public lobby.  02:37
15    Q.  Does he work in your apartment
16  building?
17    A.  No.
18    Q.  Has he ever been to your apartment?
19    A.  Yes.                                        02:38
20    Q.  How often?
21    A.  Very frequent.
22    Q.  What does he do for you? (DIR)
23    MR. HARMON:  Direct the witness not to
24  answer.                                            02:38

Page 115

Guo Wengui

1    Q.  Who pays Han Chunguang?
2    MR. GRENDI:  Object to the form.
3    MR. HARMON:  Object to the form of the
4  question.                                          02:40
5    A.  I don't know.
6  BY MR. GREIM:
7    Q.  Did you ever talk to him about Eastern
8  Profit?
9    A.  No.                                          02:40
10    Q.  Has Eastern Profit's counsel ever
11  interviewed you for purposes of this case?
12    A.  No.
13    Q.  Has Eastern Profit's counsel ever asked
14  you questions for the purpose of this case?        02:41
15    MR. HARMON:  Just "yes" or "no."
16    A.  No.
17  BY MR. GREIM:
18    Q.  Can you name any -- other than your
19  daughter, which we're reserving, and              02:42
20  Mr. Chunguang, can you name any other officers or
21  directors of Eastern Profit?
22    MR. GRENDI:  Objection to the form.
23    MR. HARMON:  Object to the form of the
24  question.                                          02:42

Page 117

30 (Pages 114 to 117)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
 1              Guo Wengui
 2        A. I don't know.
 3    BY MR. GREIM:
 4        Q. Do you know when Eastern Profit was
 5    formed?                                     02:42
 6        A. I don't know.
 7        Q. Do you know where it's incorporated?
 8        A. No, I don't.
 9        Q. Can you name anyone who acts on behalf
10    of Eastern Profit?                          02:42
11            MR. HARMON:  Object to the form of the
12    question.
13        A. I don't know.  No, I don't.
14    BY MR. GREIM:
15        Q. Have you ever acted on behalf of       02:43
16    Eastern Profit?
17        A. I don't remember.
18        Q. Can you say definitively that you have
19    not?
20        A. I don't remember.                      02:43
21        Q. Have you ever spoken to an officer or
22    director of Eastern Profit?
23        A. I don't remember.  I can't be sure.  I
24    don't know.
25        Q. Did you understand Yvette Wang to be an 02:44
```

Page 118

```
 1              Guo Wengui
 2    officer or a director of Eastern Profit?
 3        A. No.
 4        Q. Did you understand her to be someone
 5    who is working on behalf of Eastern Profit?   02:44
 6        A. No.
 7            CHECK INTERPRETER:  I don't know.
 8        A. No, I don't know.
 9    BY MR. GREIM:
10        Q. Would it surprise you to learn that     02:44
11    Yvette Wang has acted on behalf of Eastern Profit?
12            MR. HARMON:  Object to the form of the
13    question.
14        A. I cannot tell you anything regarding
15    things that have or have not happened.        02:44
16    BY MR. GREIM:
17        Q. I want to go back and ask you a few
18    questions relating to your daughter in Eastern
19    Profit.
20        Is your daughter in the United States?     02:45
21        A. I cannot -- unless you can sign a
22    letter of guarantee, I cannot tell you anything
23    related to my daughter or my family members.  All
24    these questions you ask regarding my daughter and
25    my family members are questions that the Chinese 02:46
```

Page 119

```
 1              Guo Wengui
 2    Communist Party are after.  They're asking the
 3    same questions.  And people like Sun Lijun, things
 4    like this, he will want to know.  So if you keep
 5    me asking questions about my daughter or my family 02:46
 6    members, I just need to call 911, call the police.
 7        Q. Have you spoken with your daughter
 8    about Eastern Profit?
 9        A. (No response.)
10            CHECK INTERPRETER:  Oh, and then, also,  02:46
11    the witness said that Sun Lijun has arrested my
12    daughter twice, put her in prison twice.
13    BY MR. GREIM:
14        Q. I'm sorry.  I want to understand that.
15        Who has put your daughter in prison         02:47
16    twice?
17        A. Sun Lijun.
18        Q. Okay.  There's a question where I did
19    not see a response.
20        My question was, have you spoken with       02:47
21    your daughter about Eastern Profit?
22            MR. HARMON:  His answer was no.
23        A. No.
24    BY MR. GREIM:
25        Q. Do you know anyone your daughter has     02:47
```

Page 120

```
 1              Guo Wengui
 2    spoken with about Eastern Profit?
 3        A. That, I don't know.
 4        Q. Have Yvette -- has Yvette Wang spoken
 5    to your daughter about Eastern Profit?         02:48
 6        A. No.
 7        Q. How can you be certain?
 8        A. No.  I mean I don't know.
 9        Q. Is your daughter also seeking asylum?
10    (DIR)                                          12:00
11            MR. HARMON:  Don't answer the question.
12    BY MR. GREIM:
13        Q. Are you going to abide by your
14    counsel's instruction?
15        A. Yes.  I refuse to answer this question.  02:48
16        Q. Is Yvette Wang seeking asylum?
17        A. I refuse to answer this question.
18        Q. Does Eastern Profit have any
19    shareholders?
20        A. I don't know.                           02:49
21        Q. Does it have any investors?
22        A. I don't know.
23        Q. Do you know who knows the answer to
24    those questions?
25        A. I don't know.                           02:49
```

Page 121

31 (Pages 118 to 121)

Guo Wengui
August 2, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

| | |
|---|---|
| 1 | |
| 2 | twitters of the two clients. |
| 3 | **Q. Okay.  Let's now turn to -- by the way,** |
| 4 | **have you seen pages 42 through 44 before today?** |
| 5 | A. It's public information.  It's |
| 6 | everywhere. |
| 7 | **Q. If that is true, sir, how can any harm** |
| 8 | **come from disclosing those pages?** |
| 9 | MR. HARMON:  Object to the form of the |
| 10 | question. |
| 11 | A. You ask a good question.  So, |
| 12 | precisely, currently, in Xinjiang, we know that. |
| 13 | We know a lot of people I know in Xinjiang, bad |
| 14 | things are happening.  However, if we have a |
| 15 | specific person getting in front of the line, |
| 16 | telling that, okay, me, certain people, certain |
| 17 | person, are accusing the Chinese government of |
| 18 | doing certain things -- |
| 19 | CHECK INTERPRETER:  No.  Chinese |
| 20 | Communist Party. |
| 21 | A. -- that person -- |
| 22 | CHECK INTERPRETER:  Chinese Communist |
| 23 | Party. |
| 24 | A. -- Chinese Communist Party, that person |
| 25 | will get killed right away. |

Page 126

Guo Wengui

| | |
|---|---|
| 1 | |
| 2 | It's the same story here.  We all know -- |
| 3 | people around the world know what kind of evil |
| 4 | deeds the Chinese Communist Party is doing; |
| 5 | however, if I come out there as an individual and |
| 6 | make this statement as an individual, on a |
| 7 | personal level, then I myself will get killed. |
| 8 | Anybody who dares to make that personal statement |
| 9 | will get killed.  That's why your clients are very |
| 10 | evil, in the sense that they are threatening to |
| 11 | release those two -- relevant information, to get |
| 12 | us killed. |
| 13 | BY MR. GREIM: |
| 14 | **Q. Do you know -- do you know why Eastern** |
| 15 | **Profit wanted to investigate person number 7, Tian** |
| 16 | **Ding?** |
| 17 | A. No, I don't know. |
| 18 | **Q. Did you have any concern, when you** |
| 19 | **provided this recommendation to Yvette Wang, that** |
| 20 | **Eastern Profit would use the investigation results** |
| 21 | **for purposes that were at odds with yours?** |
| 22 | MR. GRENDI:  Objection to the form. |
| 23 | A. I was not worried. |
| 24 | BY MR. GREIM: |
| 25 | **Q. Why not?** |

Page 127

Guo Wengui

| | |
|---|---|
| 1 | |
| 2 | MR. HARMON:  Asked and answered. |
| 3 | Do it again. |
| 4 | A. Because Ms. Wang and her family members |
| 5 | are victims.  They are being threatened. |
| 6 | BY MR. GREIM: |
| 7 | **Q. But how could you be sure that Eastern** |
| 8 | **Profit would follow Ms. Wang's advice?** |
| 9 | MR. GRENDI:  Objection to the form. |
| 10 | MR. HARMON:  Join. |
| 11 | A. I could not be sure. |
| 12 | BY MR. GREIM: |
| 13 | **Q. And your testimony today is that you** |
| 14 | **have no idea who controls Eastern Profit?** |
| 15 | A. You're right. |
| 16 | **Q. Was it important to you to know who was** |
| 17 | **paying Yvette Wang before you gave her this** |
| 18 | **recommendation?** |
| 19 | MR. HARMON:  Object to the form of the |
| 20 | question. |
| 21 | MR. GRENDI:  Object to the form. |
| 22 | A. What do you mean by pay?  Pay money? |
| 23 | BY MR. GREIM: |
| 24 | **Q. Yes.** |
| 25 | MR. HARMON:  Object to the form of the |

Page 128

Guo Wengui

| | |
|---|---|
| 1 | |
| 2 | question. |
| 3 | INTERPRETER:  I'll repeat the question. |
| 4 | Was it important to know who was paying Ms. Wang |
| 5 | before you make the recommendation?  That's the |
| 6 | question, right? |
| 7 | MR. GREIM:  Correct. |
| 8 | CHECK INTERPRETER:  He said that he |
| 9 | doesn't understand the question. |
| 10 | INTERPRETER:  He doesn't understand the |
| 11 | question. |
| 12 | BY MR. GREIM: |
| 13 | **Q. You recommended person number 7 to** |
| 14 | **Yvette Wang, correct?** |
| 15 | A. Yes. |
| 16 | **Q. Did you know what she was going to do** |
| 17 | **with the information?** |
| 18 | A. I didn't know. |
| 19 | **Q. Did you know she was going to share it** |
| 20 | **with Eastern Profit?** |
| 21 | MR. HARMON:  Object to the form of the |
| 22 | question. |
| 23 | MR. GRENDI:  Objection to the form. |
| 24 | A. I didn't know. |
| 25 | BY MR. GREIM: |

Page 129

33 (Pages 126 to 129)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1    Q. Did you know that she was working with
2    Eastern Profit?
3        A. I didn't know.
4        CHECK INTERPRETER: Counsel, are you        03:05
5    asking does the witness know, or are you asking
6    whether he knows?
7        MR. GREIM: He is the witness.
8        CHECK INTERPRETER: Yes. So you're
9    asking, does he know whether he knows, or if he   03:05
10   knows? You're asking --
11       MR. GREIM: I don't think I understand
12   your question. I think my question was clear. I
13   think I got an answer.
14       CHECK INTERPRETER: Yes, because I feel      03:06
15   like that -- never mind.
16       MR. HARMON: Let's move on.
17   BY MR. GREIM:
18       Q. At the time you gave this information
19   to Yvette Wang, did you know who her employer was?  03:06
20       MR. HARMON: Object to the form of the
21   question.
22       A. I did not know.
23   BY MR. GREIM:
24       Q. Did you -- at the time you gave this     03:06

Page 130

Guo Wengui

1    president of Chinese Commerce Bank -- Bank of --
2    Commerce Bank.
3        Q. Is he any relation to person number 7,
4    Tian Ding?                                        03:09
5        A. I don't know. They're probably
6    friends. I don't know.
7        Q. Did you recommend number 8 to Mrs. --
8    I'm sorry -- Ms. Wang?
9        A. I did make the recommendation.           03:09
10       Q. Why?
11       A. To investigate Wang Qishan and his
12   father, and he himself, you know, the kind of
13   wealth that they have stolen from the Chinese
14   people.                                           03:09
15       Q. Is -- do you have any objection to the
16   disclosure of pages 45 through 49, as well as
17   page 47, in this case?
18       A. I object 100 percent.
19       Q. Why?                                       03:10
20       A. Same reason. If Wang Qishan finds out
21   about this, my family members, family members of
22   Ms. Wang, get killed.
23       Q. Does Ms. Wang have two family members
24   who are police in Hong Kong?                       03:11

Page 132

Guo Wengui

1        Q. information to Yvette Wang, did you know whether
2    she was receiving a salary or any kind of payment
3    from any other person?
4        MR. HARMON: Object to the form of the        03:06
5    question.
6        MR. GRENDI: Object to the form.
7        A. I did not know.
8    BY MR. GREIM:
9        Q. Let's turn to person number 8, on        03:07
10   page 45. And, sir, you'll see that pages 45, 46,
11   48, and 49 follow, and page 47 is missing.
12       A. I did not notice.
13       Q. And -- well, if you look right before
14   page 45, you'll see that page 47 is before it.    03:07
15       A. Oh, okay.
16       Q. And you'll see -- well, I just want to
17   draw that to your attention before we go into
18   these. I just noticed it myself.
19       Now, my question is, what name is next to    03:08
20   number 8?
21       A. Tian Yuanan.
22       Q. Who is that?
23       A. He was the other secretary of Mr. Wang
24   Qishan. He's actually the son of the current      03:08

Page 131

Guo Wengui

1        MR. HARMON: Object to the form of the
2    question.
3        A. I don't know. If you know that
4    information, I will be interested to know if they  03:11
5    have two family members of police in Hong Kong.
6    This is the first time I've heard of it. I think
7    you're just following the clients by spreading
8    rumors.
9    BY MR. GREIM:                                      03:11
10       Q. How about in Mainland China?
11       MR. HARMON: Is that a question?
12       A. I don't know.
13       MR. HARMON: Is that a question?
14       MR. GREIM: It was, and he answered.          03:11
15       MR. HARMON: As long as you both
16   understood what the question is.
17   BY MR. GREIM:
18       Q. Okay. Can you please turn to page 50
19   now. And if you could look at pages 50 to 53,     03:12
20   we'll treat those together.
21       Who is the person listed as number 9?
22       A. Zhou Lei.
23       Q. Who is that person?
24       A. I don't know.                              03:12

Page 133

34 (Pages 130 to 133)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
 1            Guo Wengui
 2   question.
 3      A.  No.
 4   BY MR. GREIM:
 5      Q.  Was it important to you, before          04:03
 6   entering -- strike that.
 7          Was it important to you that Strategic
 8   Vision be licensed as investigators?
 9          MR. GRENDI:  Object to the form.
10      A.  So the first time -- the first time we   04:04
11   met, they already told us they have all the
12   investigative licenses and all the legal licenses.
13   They told me that.  And they also boasted about
14   their European teams.  And then the gentleman
15   boasted about his experience with the CIA, the      04:05
16   so-called Black Water Company.  They told me they
17   are fully licensed firm with years and years of
18   experience.  They mention that they were helping
19   to get Trump elected and helping the Republican
20   Party, and then they also boasted about helping     04:05
21   forces in Russia that were going against Putin.
22   And they told me that, you know, they had all the
23   licenses necessary.  They had all the resources
24   and all the teams in place to help do the
25   investigation.                                      04:05
```

Page 150

```
 1            Guo Wengui
 2          Of course, without licenses, why would I
 3   have partnered up with them?  Why would I have
 4   worked with them?  I would not even have paid
 5   attention to them.                              04:05
 6   BY MR. GREIM:
 7      Q.  Did you check to ensure that they were
 8   in fact licensed?
 9          MR. GRENDI:  Object to the form.
10      A.  I did not do any check.                  04:06
11   BY MR. GREIM:
12      Q.  Now, at that time, you employed T&M
13   Security, didn't you?
14          MR. HARMON:  Object to the form of the
15   question.                                       04:06
16      A.  I don't remember.  I can't be sure.
17   BY MR. GREIM:
18      Q.  And they are licensed private
19   investigators, are they not?
20      A.  I don't know.                            04:06
21      Q.  Have you ever checked to see whether
22   they were licensed?
23      A.  I did not.  No, I did not check.
24      Q.  Did you check with your contacts at the
25   CIA and FBI about Strategic Vision?             04:06
```

Page 151

```
 1            Guo Wengui
 2          MR. HARMON:  Object to the form of the
 3   question.
 4      A.  This lady told me that she could
 5   connect me with anybody within CIA.  Also -- the   04:07
 6   gentleman also made that claim, and I did not have
 7   all that resources to connect to anybody at CIA.
 8   So they mentioned that they could connect me to
 9   anybody within CIA.  Back then, I did not have any
10   contacts with CIA.                                 04:07
11   BY MR. GREIM:
12      Q.  Wait a minute.
13          When did you begin to have contacts with
14   the CIA and FBI?
15          MR. HARMON:  Object to the form of the     04:07
16   question.
17      A.  I do not have contact with CIA.  I did
18   not have contact with CIA.  I was waiting on these
19   two individuals to connect me to CIA.
20   BY MR. GREIM:                                      04:08
21      Q.  And you eventually did make contact
22   with the FBI and CIA, correct?
23          MR. HARMON:  Object to the form of the
24   question.
25      A.  No.                                         04:08
```

Page 152

```
 1            Guo Wengui
 2   BY MR. GREIM:
 3      Q.  Haven't you publicly stated recently
 4   that you've had hundreds of contacts with the FBI
 5   and CIA?                                           04:08
 6          MR. GRENDI:  Objection to the form.
 7      A.  I don't recall that.
 8   BY MR. GREIM:
 9      Q.  Okay.  Let's go back.
10          Did you have T&M Security do an            04:09
11   investigation into Strategic Vision before the
12   contract negotiation?
13          MR. GRENDI:  Objection to the form.
14      A.  No.                                         04:09
15   BY MR. GREIM:
16      Q.  Did you have them do an investigation
17   into Strategic Vision while it was performing the
18   contract?
19      A.  No.
20      Q.  Did you have anyone do an investigation    04:09
21   into Strategic Vision before beginning contract
22   negotiations?
23          MR. HARMON:  Object to the form of the
24   question.
25          MR. GRENDI:  Objection to form.            04:10
```

Page 153

39 (Pages 150 to 153)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

```
1              Guo Wengui
2    Wang, did anyone else ever attend a meeting
3    between you and Strategic Vision?
4        A. I don't remember very clearly.
5        Q. Did Han Chunguang ever attend a meeting    04:19
6    between you and Strategic Vision about the
7    research?
8        A. Of course not.
9        Q. Why are you laughing, sir?
10       A. Because I feel happy. I'm very happy.     04:19
11       Q. Is there something funny about Han
12   Chunguang attending a meeting to discuss the
13   research?
14       A. No. No, no. I think it's in your
15   head.                                            04:19
16       Q. Okay. Do you recall asking that
17   Strategic Vision do research on a test case before
18   the contract was entered into?
19       A. Yes. This, I remember.
20       Q. Why was that important?                   04:20
21       MR. HARMON: Object to the form of the
22   question.
23       A. I did not ask for the test
24   investigation. They offered to investigate two
25   individuals for us as a test. Yeah, exactly.     04:20
```
Page 158

```
1             Guo Wengui
2        A. I think it was all deception. They
3    made us really eager to try to get our hands on
4    that information.
5    BY MR. GREIM:                                    04:22
6        Q. Other than yourself, who was deceived?
7        MR. GRENDI: Objection to the form.
8        A. In retrospect, Eastern Profit was
9    deceived. Many other people, also, billions of
10   people in China, also got deceived.              04:23
11   BY MR. GREIM:
12       Q. How do you know Eastern Profit was
13   deceived?
14       A. Because Eastern Profit is suing
15   Strategic Vision.                                04:23
16       Q. Who at Eastern Profit was deceived?
17       MR. GRENDI: Objection to the form.
18       A. I don't know.
19   BY MR. GREIM:
20       Q. Can you name any individual, an          04:23
21   officer, director, or agent of Eastern Profit, who
22   was deceived by Strategic Vision?
23       A. No.
24       Q. Was Chunguang Han deceived?              04:24
25       MR. GRENDI: Object to the form.
```
Page 160

```
1             Guo Wengui
2    Why -- what happened later, you know, they told me
3    that, oh, we found -- we located information that
4    showed Wang Yao (phonetic) -- you know, Sun Yao
5    (phonetic), the goddaughter of Wang Qishan, of    04:21
6    hiding -- of laundering tens of billions of
7    dollars or hundreds of billions of dollars in the
8    banking system. They release that information to
9    encourage us, to prod us into signing contract.
10       So now that, in retrospect, this lady        04:21
11   called Mr. Han in the middle of the night to come
12   over to her apartment to look at the screen of the
13   personal laptop. And on the laptop it shows that,
14   you know, the goddaughter of Wang Qishan, you
15   know, evidence regarding her laundering a lot of  04:22
16   money in China civic bank. And Han saw that
17   information and then told me that we should hurry
18   up and sign contract because they found something
19   juicy.
20   BY MR. GREIM:                                     04:22
21       Q. And did that help convince you to have
22   the contract signed?
23       MR. GRENDI: Object to the form.
24       MR. HARMON: Object to the form of the        04:22
25   question.
```
Page 159

```
1             Guo Wengui
2        A. I don't know.
3    BY MR. GREIM:
4        Q. I'm going to show you what we marked as
5    Exhibit 2 in the Wang deposition.               04:24
6        (Exhibit 2, Research Agreement dated
7    12/29/17, previously marked for
8    identification.)
9        A. I don't understand English. I can't
10   read.                                            04:24
11       Q. I understand. I'm going to -- I
12   understand this document is written in English.
13   I'll simply ask you to look at page 5 of the
14   contract.
15       Do you see Chinese characters signed in     04:25
16   the bottom right?
17       A. It's hard to tell. It's hard for me to
18   tell. I can't tell whether they're Chinese
19   characters or not. I can't tell. Your two
20   translators read Chinese. Maybe you can tell. It 04:25
21   could look like Japanese to me.
22       Q. Does it look just like a scribble to
23   you? You can't tell if it's a signature?
24       A. It's not clear to me.
25       MR. GREIM: Well, I'll ask -- I'm going       04:26
```
Page 161

41 (Pages 158 to 161)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1                Guo Wengui
2        MR. GRENDI:  Objection to the form.
3     A. I don't remember.
4   BY MR. GREIM:
5        Q. Do you remember discussing that with   04:49
6   French Wallop and Mike Waller?
7        MR. GRENDI:  Same objection.
8     A. I don't remember.
9   BY MR. GREIM:
10       Q. You remember discussing that the   04:49
11  companies who would pay Strategic Vision would not
12  be Hong Kong- or Chinese-based companies, to avoid
13  detection by the Chinese government?
14       MR. GRENDI:  Objection to the form.
15    A. I don't remember.   04:50
16  BY MR. GREIM:
17       Q. Do you remember discussing with French
18  Wallop and Michael Waller that you would not sign
19  the contract but would have some other entity sign
20  it?   04:50
21    A. Pure lie.  Impossible.
22       Q. Why is it impossible?
23    A. It's impossible for me to make that
24  statement. I did not have the right. I did not
25  have authority.   04:50

Page 174

---

Guo Wengui

1                Guo Wengui
2   Wallop and Michael Waller told you to anyone else?
3        MR. HARMON:  Object to the form.
4    Anything that they said, or on a
5  particular subject?  It's awfully broad.   04:52
6    A. I don't remember.
7  BY MR. GREIM:
8       Q. Well, you said that French Wallop and
9  Michael Waller said that they had teams in Europe
10  and had contacts at the CIA and FBI and had access   04:52
11  to all kinds of information.
12      You remember, you testified earlier today
13  that they made those representations to you?
14       MR. HARMON:  Object to the form of the
15  question.   04:53
16     CHECK INTERPRETER:  (Speaking Chinese.)
17    A. Yes.
18  BY MR. GREIM:
19       Q. Was anyone else present when they said
20  those things to you?   04:53
21    A. I don't remember.
22       Q. If anyone else was present, was it
23  anyone other than Yvette Wang and Lianchao Han?
24    A. I don't remember.
25       Q. Did you ever repeat the promises we   04:54

Page 176

---

Guo Wengui

1                Guo Wengui
2       Q. Do you know how it is that Eastern
3  Profit ended up contracting with Strategic Vision
4  instead of you?
5       MR. HARMON:  Object to the form of the   04:51
6  question.
7       MR. GRENDI:  Objection to the form.
8    A. I don't know why.
9  BY MR. GREIM:
10       Q. Did you ever communicate the promises   04:51
11  that Strategic Vision made to you, to Eastern
12  Profit?
13       MR. HARMON:  Object to the form of the
14  question.
15    A. No.   04:51
16  BY MR. GREIM:
17       Q. So did Eastern Profit ever learn about
18  all the representations you say French Wallop and
19  Michael Waller made to you?
20       MR. HARMON:  Object to the form of the   04:52
21  question.
22       MR. GRENDI:  Object to the form.
23    A. I don't know.
24  BY MR. GREIM:
25       Q. Well, did you ever repeat what French   04:52

Page 175

---

Guo Wengui

1                Guo Wengui
2   just discussed to anyone at Eastern Profit?
3       MR. HARMON:  Objection to the form of
4  the question.
5    A. I don't remember.   04:54
6  BY MR. GREIM:
7       Q. Do you know whether Eastern Profit
8  relied on the promises that French Wallop and
9  Michael Waller made to you?
10       MR. HARMON:  Object to the form of the   04:54
11  question.
12       INTERPRETER:  He wants me to repeat the
13  question.
14       (Interpreter repeats question.)
15    A. I don't know.   04:55
16  BY MR. GREIM:
17       Q. Who does know?
18    A. I don't know.
19       Q. Does Yvette Wang know?
20    A. I don't know.   04:55
21       THE WITNESS:  What is he laughing
22  there?
23       (Witness spoke in English.)
24    A. Why are you laughing me?
25       (Witness spoke in English.)   04:55

Page 177

45 (Pages 174 to 177)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1         Guo Wengui | 1         Guo Wengui |

Guo Wengui

1      Guo Wengui
2        A.  No.
3        Q.  Was the real estate to be for
4    Mrs. Wang?
5          INTERPRETER:  Sorry.  Say that again.        05:04
6    BY MR. GREIM:
7        Q.  Was the real estate to be for
8    Mrs. Wang?
9        A.  I don't know.  I don't know.
10         INTERPRETER:  Could be imagination, he        05:04
11   said.
12   BY MR. GREIM:
13       Q.  Do you recall Strategic Vision asking
14   for a $1 million deposit in advance of the
15   contract?                                          05:05
16       A.  I don't remember.
17       Q.  Do you recall Strategic Vision
18   receiving a $1 million deposit in advance of the
19   contract?
20       A.  Yes, I know.  I'm aware.                   05:05
21       Q.  Do you know how Eastern Profit came up
22   with the money to pay the million-dollar deposit?
23       A.  I don't know.
24       Q.  Did you order a release of $1 million
25   to pay the deposit to Strategic Vision?            05:05

Page 182

1      Guo Wengui
2        A.  No.
3        Q.  Did you order a release of $1 million
4    from ACA to pay Strategic Vision?
5          MR. GRENDI:  Object to the form.            05:06
6        A.  No, I did not order.
7    BY MR. GREIM:
8        Q.  Have you ever heard of --
9          MR. GREIM:  You know, let's go ahead
10   and take our break now.                           05:06
11         VIDEOGRAPHER:  The time is
12   approximately 5:06 p.m., Friday, August 2, 2019.
13   This is the end of media number 4 of the
14   videotaped deposition of Mr. Guo Wengui.  We are
15   off the record.                                   05:06
16         (Recess taken.)
17         VIDEOGRAPHER:  The time is
18   approximately 5:26 p.m., Friday, August 2, 2019.
19   This is media number 5 of the videotaped
20   deposition of Mr. Guo Wengui.  We're back on the  05:26
21   record.
22   CONTINUED EXAMINATION
23   BY MR. GREIM:
24       Q.  Mr. Guo, have you heard of an entity
25   called ACA Capital Group Limited?                 05:27

Page 183

1      Guo Wengui
2          INTERPRETER:  He wants me to repeat the
3    name of the company.  (Interpreter repeats.)
4          MR. GREIM:  Capital Group.
5        A.  I cannot be 100 percent sure, because     05:27
6    there are so many ACA -- companies with the name
7    of ACA.
8    BY MR. GREIM:
9        Q.  Well, do you know who wired the million
10   dollars under this contract to Strategic Vision?  05:27
11       A.  All I know is there's a company called
12   ACA Management Company.  So I'm not sure it's
13   actually the same with the one you referred to
14   here.
15       Q.  What do you know about ACA Management     05:28
16   Company?
17       A.  So just a person you mentioned earlier,
18   William Zhi (phonetic).  He's actually an officer
19   of this company, and I know it because we are
20   doing the same cause, which is to overthrow the   05:28
21   Chinese Communist Party.
22       Q.  Is William Zhi (phonetic) a longtime
23   friend of yours?
24       A.  Probably long time, but exactly how
25   long, I cannot be sure.                           05:29

Page 184

1      Guo Wengui
2        Q.  Is he a -- okay.  Are you familiar --
3    strike that.
4          Is Mr. Zhi (phonetic) a director of ACA
5    Capital Group Limited?                            05:29
6        A.  I don't know.
7        Q.  Is Karin Maistrello a director of ACA
8    Capital Group Limited?
9        A.  I don't know.
10       Q.  Have you ever owned or controlled any    05:30
11   entity with "ACA" in the name?
12         MR. HARMON:  Object to the form of the
13   question.
14       A.  No.
15   BY MR. GREIM:                                     05:30
16       Q.  Have you ever owned or controlled, even
17   if indirectly, an entity with "ACA" in the name?
18         MR. HARMON:  Object to the form of the
19   question.
20         MR. GRENDI:  Object to the form of the      05:30
21   question.
22       A.  I don't remember.
23   BY MR. GREIM:
24       Q.  Didn't you invest in Haitong Securities
25   through an ACA entity?  (DIR)                     05:31

Page 185

47 (Pages 182 to 185)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1    Guo Wengui
2    work on your behalf?
3         A. I don't know.
4         Q. Well, now I'm going to go back, and I'm
5    going to -- you say you don't know. I'm going to      05:46
6    ask you again.
7         Did it wire the million dollars to
8    Williams and Connolly in September of 2017 to work
9    on your asylum case? (DIR)
10        MR. HARMON: Direct the witness not to        05:47
11   answer.
12        A. I refuse to answer this question.
13        MR. GREIM: You are blocking my ability
14   to show that Mr. Guo actually exercises control
15   over ACA and uses its funds for his own personal      05:47
16   purposes.
17        MR. HARMON: There's no question
18   pending.
19        INTERPRETER: Are you a judge? I mean,
20   can you make that decision?                          05:47
21        A. This is completely in the style of the
22   Chinese Communist Party; resort to threat and
23   similar to the clients.
24   BY MR. GREIM:
25        Q. Did there come a time when Eastern        05:48

Page 194

1    Guo Wengui
2    Profit attempted to reverse the million-dollar
3    wire to Strategic Vision?
4         A. I don't remember.
5         Q. Who made the decision to seek the         05:49
6    return of the million dollars wired to Strategic
7    Vision?
8         MR. HARMON: Object to the form of the
9    question.
10        A. I don't know.                             05:49
11   BY MR. GREIM:
12        Q. Had you agreed with Strategic Vision
13   that the million-dollar deposit would be routed
14   through companies so that the Chinese could not
15   trace the payment to Strategic Vision?              05:49
16        MR. GRENDI: Objection to the form.
17        A. I don't know.
18   BY MR. GREIM:
19        Q. Did there come some point when you told
20   Strategic Vision that Eastern Profit would be the    05:49
21   party contracting with it?
22        A. I don't know.
23        Q. Is Han Chunguang your cook?
24        A. No.
25        Q. What services does he provide to you?      05:50

Page 195

1    Guo Wengui
2         A. He's not providing any services to me.
3         Q. Why does he come to your building?
4         A. I don't know.
5         Q. Have you ever given him any direction?    05:50
6         MR. HARMON: Object to the form of the
7    question.
8         MR. GRENDI: Object to the form.
9         A. No.
10   BY MR. GREIM:                                      05:51
11        Q. Who is his employer?
12        A. I don't know.
13        Q. Do you know who assigns him work?
14        MR. HARMON: Object to the form of the
15   question.                                          05:51
16        MR. GRENDI: Object to the form.
17        A. I don't know.
18   BY MR. GREIM:
19        Q. Have you ever seen him performing any
20   kind of work in your building?                      05:51
21        A. I don't know what you mean by
22   "services." What are the standards of service?
23   What do you mean by service? I don't understand.
24        Q. Does he come to your building for
25   leisure and entertainment, or does he come to       05:51

Page 196

1    Guo Wengui
2    perform some sort of service?
3         MR. HARMON: Object to the form of the
4    question.
5         A. No.                                       05:52
6    BY MR. GREIM:
7         Q. So, earlier, you testified that you see
8    Han Chunguang frequently, and you said that he
9    comes to your building frequently. And I'm asking
10   why he comes there.                                05:52
11        MR. HARMON: Object to the form of the
12   question, mischaracterization of private -- of
13   prior testimony. He's answered the question now.
14   He doesn't know why he comes there; I think that's
15   what he said. If you ask that question without      05:52
16   the predicate, I'll allow Mr. Guo to answer it
17   again.
18        A. So I will answer your question one more
19   time. I stay at a hotel, and it's open to the
20   public. Anybody can come to the hotel, including    05:53
21   your two clients and their friends and the
22   assassins who tried to kill me. They often visit
23   the hotel. Do you think they are my friends? Do
24   you think they were there to serve me?
25   BY MR. GREIM:                                      05:53

Page 197

50 (Pages 194 to 197)

**Atkinson-Baker, Inc.**
**www.depo.com**

Guo Wengui

1                     Guo Wengui
2      A.  Based on the kind of news that they
3   released on the media.
4      **Q.  I'm sorry.**
5      **That who released on the media?**  06:07
6      A.  Your clients.
7      **Q.  Have you conferred with Eastern Profit**
8   **about whether it repaid the million dollars?**
9      MR. GRENDI:  Objection.
10     A.  I don't remember.  06:08
11   BY MR. GREIM:
12     **Q.  What did you expect Strategic Vision's**
13   **reports under the contract to include?**
14     A.  So it's pretty much, you know, what
15   your clients told me initially -- to identify, to  06:08
16   provide evidence in terms of what kind of crimes
17   that they committed in the U.S., including money
18   laundering; also, to identify the spies embedded
19   in the U.S. so that we can rescue the Chinese
20   people and to -- to rescue the Chinese people.  06:09
21      CHECK INTERPRETER:  And to show them
22   the truth.
23     A.  And to show them the truth.
24   BY MR. GREIM:
25     **Q.  What did you expect Strategic Vision's**  06:09

Page 206

1                     Guo Wengui
2   **weekly report to include?**
3     A.  Including corruption of the Chinese
4   Communist Party, their overseas spy network, their
5   money-laundering evidence, as well as evidence  06:09
6   regarding them stealing money from the Chinese
7   people.
8     **Q.  Did you expect Strategic Vision to**
9   **provide you raw data only or analysis of the data?**
10     MR. GRENDI:  Object to the form.  06:10
11     A.  Raw data, only raw data.
12   BY MR. GREIM:
13     **Q.  Why?**
14     A.  Because we could use the raw data as
15   evidence when we bring it to the court, a U.S.  06:10
16   court.
17     **Q.  Who is going to bring the evidence to a**
18   **U.S. court?**
19     A.  Of course, people like us, who share
20   the same goal of overthrowing the Chinese  06:10
21   Communist Party in the U.S. We, as a group.
22     **Q.  Well, what -- did you discuss this plan**
23   **with other people?**
24     A.  I don't remember.
25     **Q.  Well, were you planning on sharing the**  06:11

Page 207

1                     Guo Wengui
2   **research with anyone else?**
3     A.  The U.S. government and the people of
4   China.
5     **Q.  How did you plan to share the**  06:11
6   **information with the people of China?**
7     A.  To release them to the media; to
8   release the information to the media.
9     **Q.  How did you intend to get the**
10   **information to the U.S. government?**  06:11
11     A.  Based on the legal procedures of the
12   U.S.
13     **Q.  Do you plan to file a lawsuit with the**
14   **information?**
15     A.  To answer your question, the plan is to  06:12
16   file a lawsuit.
17     **Q.  Who are you going to sue?**
18     A.  Whoever commits a crime and we have the
19   evidence.
20     **Q.  At some point, did you ask Yvette Wang**  06:14
21   **to tell Strategic Vision that it needed to give**
22   **you research before January 26, 2018, because you**
23   **had special plans for that day?**
24     A.  I don't remember.
25     **Q.  Do you remember what plans -- special**  06:15

Page 208

1                     Guo Wengui
2   **plans you had for January 26, 2018?**
3     A.  I don't remember.
4     **Q.  Do you remember having a meeting in**
5   **your apartment with Yvette Wang, French Wallop,**  06:15
6   **and Mike Waller on or about January 26th to**
7   **discuss Strategic Vision's performance?**
8     A.  I don't remember.
9     **Q.  Would you have recorded that meeting?**
10     MR. HARMON:  Object to the form of the  06:16
11   question.
12     A.  I don't remember.
13   BY MR. GREIM:
14     **Q.  Do you remember giving Michael Waller a**
15   **hug at the end of the meeting?**  06:16
16     A.  If I did, I regret it big time.  But I
17   don't recall.
18     **Q.  Do you remember telling him, we have to**
19   **trust one another?**
20     A.  He's a good storyteller, fiction.  06:16
21     **Q.  So you deny that you told that to**
22   **Mr. Waller?**
23     A.  I don't remember.
24     **Q.  Do you recall Strategic Vision**
25   **explaining that it would not be immediately**  06:16

Page 209

53 (Pages 206 to 209)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1  possible to extract raw data from the private
2  accounts of the 15 subjects?
3      A.  They never said anything like that.
4  It's baloney.  Because it seems to me that
5  whenever they talked to me, they presented
6  themselves as very good at everything.  Everything
7  is so easy.  They can get their hands on any
8  information.  So because they told -- because they
9  always told Han Lianchao -- Lianchao Han that
10 they've been doing this work for a long, long
11 time.  Give us something more challenging.
12     Q.  Did Strategic Vision explain to you
13 that forced entry into a server would be detected
14 and likely provoke defensive measures, defeating
15 the purpose of the work?
16     A.  This is pure fiction.  This is pure
17 fiction.  Whenever we talked about the research, I
18 always emphasized the legality.  Our measures must
19 be legal.  We don't want to do anything illegal.
20 So we never talked about forcing entry into
21 servers.  And every time they told me, they keep
22 saying that -- don't worry.  We know what's legal,
23 what is legal, and we'll only use legal measures.
24 You don't need to tell us what to do, and we've

Page 210

Guo Wengui

1      Q.  Did you learn that, after Strategic
2  Vision hired the Texas team, that many of the 15
3  initial subjects were listed as "record protected"
4  in government databases?
5      MR. HARMON:  Object to the form of the
6  question.
7      MR. GRENDI:  Objection to the form.
8      A.  It's completely fiction.  It's
9  completely fiction.  This is the first time I've
10 ever heard of a Texas team, and I've never heard
11 of it before.  It's scary, kind of storytelling,
12 kind of fiction.
13 BY MR. GREIM:
14     Q.  Did Lianchao tell you that Strategic
15 Vision was asking non-different names to research
16 that were not record-protected?
17     MR. HARMON:  Can you read the question
18 back, please.
19     (Record was read back.)
20     A.  Never.  Never.  It's all fiction.  It's
21 all fabrication, or fiction.  I'm shocked.
22 BY MR. GREIM:
23     Q.  Have you ever personally met with a
24 team of Texas investigators?

Page 212

Guo Wengui

1  been doing this for a long time.  We know what's
2  legal, what we can do.
3      Q.  Did you ever report those statements
4  from Strategic Vision to anyone at Eastern Profit?
5      A.  No.
6      Q.  Was anyone from Eastern Profit present
7  when Strategic Vision made those statements?
8      A.  No.
9      Q.  By the beginning of February 2018, had
10 you approved Strategic Vision using a second
11 research team?
12     MR. GRENDI:  Object to the form.
13     A.  I didn't have the authority to approve
14 anything; but, no.  So the question is absurd.
15 BY MR. GREIM:
16     Q.  Okay.  Did you learn that Strategic
17 Vision had begun to use a second team based in
18 Texas?
19     A.  It's all fiction.  It's like a movie;
20 it's completely fiction.  They don't even have one
21 single employee, so they've given us baloney.
22     Q.  Did you receive reports from Liancho on
23 Strategic Vision's performance?
24     A.  No.

Page 211

Guo Wengui

1      A.  No.  No.  This is the first time I've
2  ever heard of a Texas team.  I feel like I'm an
3  actor in a movie right now.  I feel like this is
4  not a very serious legal matter anymore.
5      Q.  Were you ultimately dissatisfied with
6  the work that Strategic Vision delivered?
7      A.  Let me reemphasize, they never provided
8  me with any report, work report.  So it's not a
9  matter of whether I'm satisfied with the report or
10 not.  It's just pure deception.
11     Q.  Well, let me ask you this:  Are you
12 aware that Mike Waller provided a thumb drive to
13 Yvette Wang in Penn Station with data?
14     MR. HARMON:  Object to the form of the
15 question.
16     A.  So all I know is that Wang told me that
17 all these alleged evidence regarding me suing --
18 money laundering was nonexistent.  All the
19 information was gathered from social media, from
20 the Internet, from Facebook.  And then she told me
21 that we've been cheated and there's nothing we can
22 do other than to file a lawsuit.
23 BY MR. GREIM:
24     Q.  Did you agree with Yvette Wang that a

Page 213

54 (Pages 210 to 213)

**Guo Wengui**
**August 2, 2019**

Guo Wengui

1  lawsuit should be filed?
2  A. I completely agree with her.
3  Q. Did either you or Yvette check with Han
4  Chunguang to obtain his approval before filing the      06:27
5  lawsuit?
6      MR. HARMON: Object to the form of the
7  question.
8      MR. GRENDI: Object to the form of the
9  question.                                               06:27
10  A. No, I did not. I did not.
11  BY MR. GREIM:
12  Q. Do you know whether Yvette Wang did?
13  A. That, I don't know.
14  Q. Did either you or Yvette Wang check      06:27
15  with your daughter for approval before filing the
16  lawsuit?
17  A. I don't know.
18  Q. Well, do you know whether you checked
19  with your daughter before -- for approval before      06:28
20  the lawsuit was filed?
21  A. I did not file a lawsuit, and I never
22  discussed this matter with my daughter.
23  Q. Do you know what person, who is either
24  an officer, director, employee, or agent of      06:28

Page 214

Guo Wengui

1  Eastern Profit, approved the filing of this
2  lawsuit?
3      MR. GRENDI: Objection to the form.
4  A. No, I don't know.      06:28
5  BY MR. GREIM:
6  Q. Can you tell me what person, regardless
7  of their role or status, approved the filing of
8  this lawsuit?
9  A. I don't know.      06:29
10  Q. What person made the decision to
11  terminate the contract?
12  A. I don't know.
13  Q. Was it Yvette Wang?
14  A. I don't know.      06:29
15  Q. Did you discuss the termination of the
16  contract with Yvette Wang?
17  A. No.
18  Q. If I remember, a few moments ago, you
19  said that you discussed the filing of the lawsuit      06:30
20  with Yvette Wang.
21      MR. HARMON: Object to the form of the
22  question.
23      MR. GRENDI: Objection.
24  A. I think the attorney is fabricating      06:30

Page 215

Guo Wengui

1  what I said. So what I stated earlier was that,
2  you know, Wang asked me whether we should file a
3  lawsuit, and I told her I completely agree that we
4  should file a lawsuit. So it's not discussion;      06:31
5  it's just agreed.
6  BY MR. GREIM:
7  Q. Was anyone else present for that
8  discussion?
9  A. No.      06:31
10  Q. Do you know -- did anyone inform
11  Lianchao Han about the lawsuit before it was
12  filed?
13  A. I don't know.
14  Q. Did Golden Spring New York Limited have      06:31
15  a role in deciding to file this lawsuit?
16  A. I don't know.
17  Q. Before hiring Strategic Vision --
18  strike that.
19      Before you began your discussions with      06:33
20  Strategic Vision, did you have any experience in
21  hiring companies to investigate subjects?
22  A. I don't know what you mean by
23  "experience," so it's hard for me to answer this
24  question.      06:33

Page 216

Guo Wengui

1  Q. Had you done it before?
2  A. No, never dealt with a company such as
3  Strategic Vision. Never.
4  Q. Had you dealt with investigators before      06:34
5  hiring -- before Strategic Vision was hired?
6      CHECK INTERPRETER: (Speaking Chinese.)
7      INTERPRETER: Investigator,
8  investigation company?
9  BY MR. GREIM:      06:34
10  Q. Individuals or a company, either one.
11  A. You mean, me personally?
12  Q. We'll start with you personally.
13  A. No.
14  Q. How about any company that you      06:34
15  controlled or owned?
16  A. No.
17      MR. GREIM: Let me suggest this: Let's
18  take -- let's take about a two-minute break.
19  Let's all walk outside for a minute to cool off,      06:35
20  and then I'll come in and do my final questions,
21  okay?
22      VIDEOGRAPHER: The time is
23  approximately 6:35 p.m. We're off the record.
24      (Recess taken.)      06:35

Page 217

55 (Pages 214 to 217)

**Guo Wengui**
**August 2, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| Guo Wengui | A C K N O W L E D G E M E N T |

Guo Wengui
but, you know, for the solemn nature of -- you are
being irresponsible.  After seven hours of
questioning; and then, all of a sudden, you threw
out this piece of translation, which has not yet      07:01
been verified.
        CHECK INTERPRETER:  I heard, you know,
a response, many times I have not been
interviewed.
BY MR. GREIM:      07:01
    **Q.  Has Eastern Profit --**
        MR. HARMON:  I thought you get one more
question.
        MR. GREIM:  Yeah, I know.  Actually,
this is for the last question.      07:01
BY MR. GREIM:
    **Q.  Has Eastern Profit ever asked you to be**
**its witness?**
    A.  I'm not going to answer your question,
this question, because, earlier, you told me that      07:02
the previous question was already the last
question.  And I respect you as a lawyer; I
respect the dignity of the legal profession.  And
as a witness, I take this matter very seriously.
And I hope that you will honor your statement.  We      07:02

Page 230

A C K N O W L E D G E M E N T

    I, GUO WENGUI, do hereby acknowledge I have
read and examined the foregoing pages of testimony,
and the same is a true, correct and complete
transcription of the testimony given by me, and any
changes or corrections, if any, appear in the
attached errata sheet signed by me.


    _____   _____
    Date          GUO WENGUI

Page 232

Guo Wengui
all heard that the previous question was the last
question, and I'm not going to answer your
question.  And you --
    **Q.  Well, thank you.**      07:02
        MR. GREIM:  We intend to hold this
deposition open.  I understand we're going to have
an objection, probably, from the other parties.
But we believe that Eastern Profit has not
properly given us 30(b)(6) witnesses that can tell      07:02
us anything about the entity, and we have many
more questions of Mr. Guo that he was blocked from
answering.  And so we'll hold it open for those
purposes.
        MR. HARMON:  Thank you for your time.      07:04
        VIDEOGRAPHER:  The time is
approximately 7:03 p.m., Friday, August 2, 2019.
This is the end of media number 5 and completes
the videotaped deposition of Mr. Guo Wengui.
    We're off the record.      07:04

    (Time noted: 7:03 p.m.)

Page 231

CERTIFICATE OF NOTARY PUBLIC
    I, RENATE REID, the officer before whom the
foregoing deposition was taken, do hereby certify
that the witness, GUO WENGUI, whose testimony appears
in the foregoing deposition, was duly sworn by me;
that the testimony of said witness was taken by me in
stenotype and thereafter reduced to typewriting under
my direction; that said deposition is a true record
of the testimony given by said witness;
    That I am neither counsel for, related to,
nor employed by and of the parties to the action in
which this deposition was taken; and, further, that I
am not a relative or employee of any counsel or
attorney employed by the parties hereto, nor
financially or otherwise interested in the outcome of
this action. The witness will sign.
    IN WITNESS WHEREOF, I have hereunto set
my hand this 15th day of August, 2019.


    _Renate Reid_
    RENATE REID
    Notary Public in and for
    The State of New York

Page 233

59 (Pages 230 to 233)

**Guo Wengui**
**August 2, 2019**