# Exhibit J1

Atkinson-Baker, Inc.
www.depo.com

```
 1

 2            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X

 4    EASTERN PROFIT CORPORATION LIMITED,

 5          Plaintiff/Counterclaim Defendant,

 6        -against-         Case No. 18-cv-2185 (JGK)

 7    STRATEGIC VISION US, LLC,

 8          Defendants/Counterclaim Plaintiff,

 9                -against-

10    GUO WENGUI a/k/a MILES KWOK,

11                    Counterclaim Defendant.

12    ------------------------------------------X

13

14

15                    DEPOSITION OF

16                    HAN CHUNGUANG

17                 New York, New York

18                November 11, 2019

19

20

21

22    ATKINSON-BAKER, INC.
      (800) 288-3376
23    Www.depo.com

24    REPORTED BY:  TERRI FUDENS

25    FILE NO:  AD0B4F6
```

Atkinson-Baker, Inc.
www.depo.com

---

**Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

EASTERN PROFIT CORPORATION LIMITED,

     Plaintiff/Counterclaim Defendant,

V.     Case # 18-cv-2185 (JGK)

STRATEGIC VISION US, LLC,

     Defendants/Counterclaim Plaintiff.

V.

GUO WENGUI a/k/a MILES KWOK,

     Counterclaim Defendant.

----------------------------------------X

     Deposition of HAN CHUNGUANG, a Non-Party Witness, taken by the Defendant-Counterclaim Plaintiff pursuant to Court Order held at 620 Eighth Avenue, New York, New York, commencing at 10:03 A.M., Monday, November 11, 2019, before Terri Fudens, a Stenotype Reporter and Notary Public of the State of New York.

---

**Page 4**

I N D E X

WITNESS:   EXAMINATION BY:   PAGES:
Han Chunguang
     Ms. Donnelli   5

E X H I B I T S

DEFENDANT'S:   DESCRIPTION:   PAGES:
30   Notice of Change of Company   106
   Secretary and Director
   (Appointment/Cessation) Bates
   stamped EASTERN-000400 to 402

31   A piece of yellow paper   109
   containing the witness' name
   handwritten three times

32   A two-page document titled   109
   Limited Power of Attorney
   Bates stamped EASTERN-000276
   and 277

33   A document titled Substitution   118
   of Counsel consisting of two
   pages

34   A document titled Research   119
   Agreement dated December 29,
   2017 Bates stamped
   EASTERN-000005 to 000009

35   A document titled Loan   124
   Agreement Bates stamped
   EASTERN-000278 to 280

36   A black and white photograph   153
   of five people

* * * * *

---

**Page 3**

A P P E A R A N C E S :

PEPPER HAMILTON LLP
Attorneys for Plaintiff/Counterclaim
Defendant - Eastern Profit Corporation, Ltd.
   1313 North Market Street
   Suite 5100
   Wilmington, Delaware  19801

BY:  CHRIS CHUFF, ESQ.

GRAVES GARRETT LLC
Attorneys for Defendant/Counterclaim
Plaintiff - Strategic Vision US LLC
   1100 Main Street, Suite 2700
   Kansas City, Missouri  64105
   816.2563181
BY:  EDWARD D. GREIM, ESQ.
   edgreim@gravesgarrett.com

JENNIFER DONNELLI, ESQ.
   jdonnelli@gravesgarrett.com

GOLDEN SPRING (NEW YORK) LTD.
In-House Counsel for Golden Spring
   162 E. 64th Street
   New York, New York  10065
   917.941.9698
BY:  DANIEL PODHASKIE, ESQ.

ALSO PRESENT:
   French Wallop
   Michael Waller
   Yvette Wang
   Ann Chi Ho, Interpreter

---

**Page 5**

HAN CHUNGUANG
ANN CHI HO, the Interpreter, was duly sworn by Terri Fudens, a Notary Public of the State of New York, to accurately translate the following questions and answers to the best of her ability.

H A N   C H U N G U A N G, a Non-Party witness herein, having been first duly sworn by Terri Fudens, a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MS. DONNELLI:

   Q   Please state your name for the record.

   A   Chunguang Han.  My last name is Han. My first name is Chunguang.

   MR. CHUFF:  Chris Chuff for Eastern Profit Corporation Limited and the witness.

   MS. WANG:  Yvette Wang from Golden Spring, New York, Ltd.

   MR. PODHASKIE:  Daniel Podhaskie with Golden Spring, New York, Ltd.

   MS. DONNELLI:  Eddie Greim and

---

2 (Pages 2 to 5)

Han Chunguang
November 11, 2019

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1
2  keep my questions as focused on those
3  topics as I can.  But there's come
4  background that I think is necessary
5  to place this witness in the context
6  of these questions.  I will try to
7  keep it focused.  I do have some
8  background.
9      MR. CHUFF:  Why is where he was
10  born relevant to the contract claim?
11      MS. DONNELLI:  Well that's, I
12  think, in part to make the witness
13  sort of comfortable with getting to
14  know me and I'm getting to know him.
15      MR. CHUFF:  Okay.
16      MS. DONNELLI:  I will probably
17  have questions about his time here in
18  relation to the documents that he
19  signed.  So I want to kind of place
20  his local where he was at certain
21  times.
22      MS. WANG:  Can you please
23  translate, madam translator.
24      MS. CLINE:  Thank you.
25  Q    I believe the question was where were

Page 10

HAN CHUNGUANG

1
2  you born.
3  A    In China.
4  Q    Where in China?
5  A    Shandong.  S-H-A-N-D-O-N-G.
6  Q    What brought you to the United
7  States?
8      MR. CHUFF:  Objection.  I'm not
9  going to allow the witness to testify
10  about this.  The court has already
11  ordered that personal history and
12  reasons for coming to the United
13  States is clearly beyond the scope of
14  relevancy to these proceedings.  And
15  I'm not going to allow him to answer
16  without the court ordering us to do
17  so.
18      I direct you to Docket 189,
19  page 7 where it says personal history
20  and reasons for coming to the United
21  States, defendant has not
22  demonstrated the relevance of this
23  topic.
24      So we're not going to allow the
25  witness to answer any questions about

Page 11

HAN CHUNGUANG

1
2  this unless the court directs us to
3  do so.
4      MS. DONNELLI:  We'll withdraw
5  the question.
6      MR. CHUFF:  Thank you.
7  Q    When you were living in China, did
8  you begin working for Eastern Profit?
9  A    Okay.  When I was working for this
10  company, it was in 2017.  No.  No.  No.  It was in
11  2015 or 2016.  That's right.
12  Q    Were you living in the United States
13  in 2015 or 2016?
14  A    Not yet.  At the time I was in Hong
15  Kong.
16  Q    When did you begin living in the
17  United States?
18  A    In 20 -- I'm not sure, but I have
19  been here for several years already.
20  Q    Were you performing a role for
21  Eastern Profit while you were living in the United
22  States?
23  A    I am an agent for them.
24  Q    Were you an agent for Eastern Profit
25  while you have been living in the United States?

Page 12

HAN CHUNGUANG

1
2  A    Before June, 2017 I was a director of
3  this company.  However, in July that year, I
4  transferred it to -- Guo Mei ask me to be an agent
5  for this company after the transfer.
6  Q    Before June, 2017, were you living in
7  the United States?
8  A    I think so.
9  Q    Have you lived in the United States
10  since June of 2017 and nowhere else?
11  A    I am not sure, but I think I have
12  been moving around.
13  Q    Within the United States?
14  A    Yes.
15  Q    Have you been back to China since
16  June of 2017 for any extended period?
17      MR. CHUFF:  Objection to form.
18      Again, I'm going to cut this off
19      soon.  It's not relevant to the
20      issues that the court allowed your
21      side to proceed on.
22  A    No.
23  Q    Where do you currently live?
24  A    In United States.
25  Q    What city?

Page 13

Han Chunguang
November 11, 2019

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1
2  A    New York.
3  Q    What street?
4       MR. CHUFF:  Objection.
5  Relevance and that's beyond the scope
6  of what the court allowed.
7       MS. DONNELLI:  The court didn't
8  make an order about this witness.
9  The court made an order about
10 Mr. Guo.
11      Besides, at the most recent
12 deposition, which was of Eastern
13 Profit, the litigant, we heard
14 testimony that this witness has
15 involvement with Eastern Profit,
16 significant involvement.  So I'm
17 exploring where he was located.
18      MR. CHUFF:  You have the city.
19 Why do you need the street address?
20      MS. DONNELLI:  I routinely ask
21 witnesses what their street address
22 is.
23      MR. CHUFF:  I just don't see how
24 it's relevant.
25      MS. DONNELLI:  If you're going

Page 14

HAN CHUNGUANG

1
2  it to you.  But the court was very
3  clear that he had limited involvement
4  in issues in this case and has to be
5  focused on the power of attorney, the
6  ACA loan and the Strategic Vision
7  Research Agreement.
8       MS. DONNELLI:  And that was an
9  order entered upon a representation
10 by your side of things about what
11 this witness knew.  And at our last
12 deposition, which I know you didn't
13 attend --
14      MR. CHUFF:  But I read.
15      MS. DONNELLI:  -- but you read,
16 you will agree that there was
17 testimony that this witness had
18 significant involvement with Eastern
19 Profit.
20      MR. CHUFF:  I would not agree
21 that there was any testimony that he
22 had significant involvement.  Again,
23 I don't think his street address is
24 relevant.
25      MS. DONNELLI:  The testimony is

Page 16

HAN CHUNGUANG

1
2  to instruct him not to answer, that's
3  one thing.  But I caution you that
4  that's a very common question to ask
5  of a witness.
6       MR. CHUFF:  We've agreed to
7  produce him at trial already.  So you
8  don't need to serve him with
9  anything.  It's beyond the scope.
10      MS. DONNELLI:  I'm trying to
11 understand the context of where he's
12 doing his work for this entity and to
13 be able to understand where he lives.
14 The time frame in question is
15 important.
16      MR. CHUFF:  I agree.  And that's
17 why I let you get to New York City,
18 because I understand the relevance of
19 that.  But if I don't understand the
20 relevance of the street name, we're
21 not going to allow it unless the
22 court orders us to.
23      And just to correct one thing,
24 there is an oral order about
25 Mr. Han's deposition, and I can read

Page 15

HAN CHUNGUANG

1
2  he was the boss of Eastern Profit.
3  So anyway, I think it's relevant to
4  understand where this witness resides
5  so that we can see where he is at in
6  relation to entities that have an
7  association with Eastern Profit.
8       MR. CHUFF:  Until you've
9  achieved that, I'm not going to allow
10 him to answer about his street
11 address.
12      MS. DONNELLI:  You're not going
13 to allow him to answer his street
14 address?
15      MR. CHUFF:  Not without the
16 court directing me to do so.
17      MS. DONNELLI:  You're going to
18 instruct the witness not to answer.
19 I just want the record to be clear.
20      MR. CHUFF:  Yes.
21 Q    Since June of 2017, have you been
22 living in the same location?
23 A    I don't think I have moved.
24 Q    You have been living in the same
25 location here in New York since June of 2017;

Page 17

5 (Pages 14 to 17)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1
2    correct?
3    A    I have stayed in New York.
4         MS. DONNELLI:  Can you repeat
5    the question to the witness and ask
6    him to answer the question?
7         (Interpret complying)
8         MR. CHUFF:  Objection to form.
9    A    Yes.
10   Q    Do you own the place where you live,
11   or do you rent the place where you live?
12        MR. CHUFF:  Objection.  Form.
13   A    Rent.
14   Q    Does anyone live there with you
15   today?
16        MR. CHUFF:  Objection.  Again,
17   this is way beyond the scope of what
18   the court agreed that this witness
19   could be produced to testify about.
20        So unless the court changes its
21   order by a request from you, I'm not
22   going to allow him to testify about
23   this stuff.
24        MS. DONNELLI:  As you know, the
25   court is closed today.  We're going

Page 18

HAN CHUNGUANG

1
2    he knows anything about those
3    allegations.  Maybe he knows
4    something that relates to a defense
5    on the claim as opposed to the
6    counterclaim; right?  But it's not to
7    go off on just, you know, satisfying
8    Mr. Greim's curiosity about, you
9    know, what he might know about
10   anything and everything in the
11   universe that relates to Mr. Guo or
12   the universe that relates to
13   Mr. Chunguang, or the universe that
14   relates to Miss Wang.
15        This is, you know, the request
16   that I've seen.  I'm just going to
17   say it as clear as I can, Mr. Greim,
18   they are overbroad.  You've got
19   claims.  You have to be able to
20   articulate why something is relevant
21   to a claim.  You have --
22        MS. DONNELLI:  Counsel, I
23   recognize you want to make a record,
24   but you're taking up a lot of time to
25   do that.  And I think you're

Page 20

HAN CHUNGUANG

1
2    to have to do the best we can to make
3    our respective positions for today,
4    but we're not going to have a court
5    order today.
6         MR. CHUFF:  Then he's not going
7    to testify about this today.
8         MS. DONNELLI:  We'll preserve
9    that and bring it up with the court
10   as is appropriate.
11   Q    Are you married?
12        MR. CHUFF:  I'm sorry.  I want
13   to read something into the transcript
14   given that we're not going to see the
15   court today.
16        This is the August 24, 2019
17   transcript.  The dispute for contacts
18   was whether Mr. Han could be or would
19   even be produced as a witness.  And
20   this is what the court ruled:
21        This is not a case where
22   Mr. Chunguang is accused of
23   wrongdoing personally.  It's a case
24   where Eastern is accused of wrong
25   doing.  And the question is whether

Page 19

HAN CHUNGUANG

1
2    borderline on obstructing this
3    deposition.
4         So I ask that you keep your
5    objections to nonspeaking objections
6    for the record and that we move on.
7         MR. CHUFF:  Right.
8         So you've disputed what the
9    ruling is then, and I wanted to make
10   that clear on the record.  From now
11   on I won't reread it, but I just
12   wanted to make that clear.
13        MS. DONNELLI:  Thank you.
14   Q    Does the address 781 Fifth Avenue,
15   Suite 1801, New York City mean anything to you?
16   A    Nothing.
17   Q    Have you ever lived at that address?
18        MR. PODHASKIE:  Objection.  Move
19   on, counsel.  I just read into the
20   record that it has to be relevant to
21   the claim.
22        MS. DONNELLI:  It is relevant
23   and I'll tell you why it's relevant.
24   Because we've connected that address
25   with a key fact witness, and we

Page 21

6 (Pages 18 to 21)

HAN CHUNGUANG

1  believe this witness has a
2  relationship with that witness.  So I
3  ask if the witness will answer the
4  question.
5      MR. CHUFF:  I'm instructing him
6  not to answer.  This is not relevant
7  to any of the issues, and the court
8  has been very clear that this has to
9  be a very narrow deposition with his
10 involvement with the issues in this
11 case.  And this has nothing to do
12 with the contracts at issue.
13     MS. DONNELLI:  You haven't even
14 let me establish where it might go.
15 You're just instructing the witness
16 not to answer.
17     MR. CHUFF:  Explain it to me,
18 because I'm not seeing the relevance.
19     MS. DONNELLI:  Because we
20 believe that that is an address
21 connected with Guo Wengui, and we
22 think that this witness has a
23 relationship with Guo Wengui that is
24 deeper than perhaps your objections

Page 22

HAN CHUNGUANG

1  are intended to convey.
2      So you're not even letting me
3  get into anything, and you're
4  instructing a witness not to answer,
5  a fact witness not to answer.  And
6  that, I believe, is a dangerous
7  ground.
8      MR. CHUFF:  How is that relevant
9  whether the contract been breached?
10     MS. DONNELLI:  I just explained
11 it.  The context of this witness'
12 involvement with these contracts with
13 the people these contracts involved
14 is important.  You're not even
15 letting me go anywhere.
16     MR. CHUFF:  The contracts, I
17 agree with you.  But that's not what
18 you're asking.
19     MS. DONNELLI:  All right.
20     MR. CHUFF:  I'll only add one
21 sentence.  This is what the Judge
22 said:  This deposition is not to go
23 off on just, you know, satisfying
24 Mr. Greim's curiosity about, you

Page 23

HAN CHUNGUANG

1  know, what he might know about
2  anything and everything in the
3  universe that relates to --
4      MS. DONNELLI:  Counsel, you just
5  read that again for a second time.
6  You're obstructing this deposition.
7      MR. CHUFF:  That's exactly what
8  you're doing.  I'm not wasting my
9  time.
10     MS. DONNELLI:  You read that
11 twice and I asked you to not obstruct
12 the deposition.  I'm surprised that
13 you are frankly, but you are.
14     MR. CHUFF:  I'm surprised that
15 after I read it the first time you're
16 still asking these questions.
17     MS. DONNELLI:  Let's just move
18 on.
19 Q    Do you know a Guo Wengui?
20 A    Yes.
21 Q    How do you know that name?
22 A    In 2009 I went to visit Mr. Guo
23 Wengui not Guo Pangu because of his
24 representation.

Page 24

HAN CHUNGUANG

1      Because of my adoration for him, I
2  learned investment architecture, art and
3  everything else from him, Pangu.
4  Q    Was Mr. Guo your mentor?
5  A    Yes.  A mentor.
6  Q    What is the nature of your
7  relationship with Mr. Guo while you've been living
8  in the United States?
9  A    Our relationship after all is about
10 my learning from him, my learning about investment
11 and how to do things from him.
12 Q    Is it your testimony that you have
13 never been in the Sherry Netherland building here
14 in New York City?
15     MR. CHUFF:  Objection.
16 Mischaracterizes testimony.
17 A    I don't understand your question.
18 Q    Have you ever been in the Sherry
19 Netherland building here in New York City?
20 A    Yes.
21 Q    For what reason?
22 A    Because Mr. Guo was there.  I went to
23 learn from him about -- just about everything.
24 Q    Have you lived in the Sherry

Page 25

7 (Pages 22 to 25)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG
2 Netherlands location with Mr. Guo?
3         MR. PODHASKIE:  Objection to
4     form.
5     A    No.
6     Q    Has Mr. Guo ever employed you?
7     A    Did Mr. Guo employ me?  What do you
8 mean by that?
9     Q    Have you performed any jobs for
10 Mr. Guo for which you have been paid?
11    A    No.
12    Q    Have you received any form of
13 compensation from Mr. Guo?
14    A    No.
15    Q    Over the last year, how often have
16 you seen Mr. Guo, meaning every day, once a month?
17        MR. CHUFF:  Okay.  Objection.
18    Apparently I have to read the
19    transcript the third time.  This is
20    exactly what the court said you may
21    not delve into.  I'm not allowing the
22    witness to answer it.
23    Q    Under what context have you seen
24 Mr. Guo over the last year?
25        MR. CHUFF:  Unless it's related

Page 26

HAN CHUNGUANG
2     then ask more specific questions.
3     Are you still instructing this
4     witness, a fact witness, not to
5     answer?
6         MR. CHUFF:  Can you repeat the
7     question?
8         (The requested portion of the
9     record was read back by the
10    reporter.)
11        MR. CHUFF:  I withdraw the
12    instruction not to answer that
13    question.
14        (The requested portion of the
15    record was read back by the
16    reporter.)
17    A    I don't think this question has
18 anything to do with this case; right?
19    Q    The counsel today for you has
20 instructed you to answer.
21        MR. CHUFF:  I withdrew my
22    instruction not to answer.
23    A    I have followed Mr. Guo for a long
24 time.
25    Q    For what purpose?

Page 28

HAN CHUNGUANG
2     to Eastern Profit or the contracts at
3     issue in this case, I direct you not
4     to answer.
5         MS. DONNELLI:  How am I to know
6     the answer?
7         MR. CHUFF:  Qualify the question
8     to regarding Eastern Profit or
9     regarding the contracts.  It's
10    appropriate, but this is a fishing
11    expedition.
12    Q    How long were you living in the
13 United States before you began interacting with
14 Mr. Guo?
15        MR. CHUFF:  Same instruction
16    unless it's related to the issues in
17    this case including Eastern Profit
18    and the contract.
19        MS. DONNELLI:  We have evidence
20    that this witness has involvement
21    with Mr. Guo in relation to these
22    documents that we'll be talking about
23    today that bear his name.
24    I'm asking a general question to
25    understand the witness' testimony to

Page 27

HAN CHUNGUANG
2     A    Again, I learned things from him.  I
3 admire Mr. Guo a lot.  Mr. Guo is my idle.
4 Mr. Guo is my mentor.  I learned the stuff I have
5 testified to before from him.
6         MS. DONNELLI:  Can you read the
7     question that asked how long were you
8     here in the United States before you
9     began interacting with Mr. Guo.
10        (The requested portion of the
11    record was read back by the
12    reporter.)
13        MR. CHUFF:  Objection to form.
14    A    I continue having interactions with
15 Mr. Guo.
16    Q    Did you come to the United States to
17 be with Mr. Guo?
18    A    The reason I have been with Mr. Guo
19 is because I wanted to learn from Mr. Guo.  I am
20 learning investment from Mr. Guo.  And Mr. Guo
21 also shows me how to do things.
22    Q    Investment in what?
23    A    Investment in terms of regular
24 business activity.
25    Q    In what industry?

Page 29

8 (Pages 26 to 29)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1    MR. CHUFF:  I'm sorry.
2    Objection.  What Mr. Han is learning
3    from Mr. Guo has nothing to do with
4    any of the issues.
5        MS. DONNELLI:  Why don't you
6    make an objection for the record.
7        MR. CHUFF:  I'm explaining why
8    I'm instructing him not to answer
9    these questions.
10        MS. DONNELLI:  All right.  Why
11    don't you just instruct him not to
12    answer, because this whole process is
13    obstructing this deposition.  So why
14    don't you instruct him not to answer.
15    There's no need to go further than
16    that.  We'll take it up with the
17    judge.
18        MR. CHUFF:  It's beyond the
19    scope of what the court ordered.
20        MS. DONNELLI:  This whole
21    process is obstructing this
22    deposition.
23        So why don't you instruct him
24    not to answer.  There's no need to go

Page 30

HAN CHUNGUANG

1    You're instructing this witness
2    not to answer a question about this
3    witness' testimony to a question.
4    You allowed him to answer.
5        MR. CHUFF:  I'm not allowing
6    you to explore his relationship with
7    Mr. Guo that has nothing to do
8    with --
9        MS. DONNELLI:  It is a yes or no
10    question I've asked you.
11        MR. CHUFF:  Okay.  I'm going to
12    give you my answer.  I'm instructing
13    the witness not to answer a question
14    that is beyond what the court ordered
15    him to appear for.  And it's not
16    related to Eastern Profit or the
17    contracts at issue in this case.  His
18    relationship with Mr. Guo, outside of
19    this case, has nothing to do with
20    anything.
21        MS. DONNELLI:  Well, counsel,
22    your witness here has already
23    testified that he had a role with
24    Eastern Profit, and I'm entitled to

Page 32

HAN CHUNGUANG

1    further than that.  We'll take it up
2    with the judge.
3        MR. CHUFF:  I instruct him not
4    to answer.
5    Q    Do you pay Mr. Guo to teach you about
6    investment?
7        MR. CHUFF:  Objection.
8    Relevance.  Beyond the scope of the
9    order.  I instruct him not to answer.
10        MS. DONNELLI:  So you're going
11    to instruct the witness not to answer
12    a question that follows up on the
13    very words the witness used to a
14    question you allowed.  I want to be
15    sure I understand your position.
16        The witness testified to this
17    information.  I'm asking him about
18    it.
19        MR. CHUFF:  I tried to give you
20    some leeway, but this is completely
21    irrelevant and contrary to what the
22    court ordered about the deposition.
23        MS. DONNELLI:  I want to make
24    sure I understand.

Page 31

HAN CHUNGUANG

1    understand if investment was relating
2    to that.
3        MR. CHUFF:  You asked him about
4    his mentorship relationship with
5    Mr. Guo.  He said he's learning
6    investments.  You're asking about
7    what investments.
8        MS. DONNELLI:  There's nothing
9    improper about that.
10        MR. CHUFF:  You're not asking
11    Eastern Proffit's investments.
12    You're asking about what he's
13    learning from Mr. Guo.  That's
14    completely improper and it's a
15    fishing expedition beyond the scope
16    of what the court ordered.
17    Q    Do the investment matters that
18    Mr. Guo teaches you about involve Eastern Profit?
19    A    No.
20    Q    You testified that Mr. Guo teaches
21    you how to do things.  Do those things involve
22    Eastern Profit?
23    A    No.  What Mr. Guo taught me was to
24    give me a direction.  He didn't teach me anything

Page 33

9 (Pages 30 to 33)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

specific.
Q    Have you ever discussed Eastern
Profit with Mr. Guo?
A    No.
Q    Does the address 162 East 64th
Street, New York City mean anything to you?
A    I have heard about it.
Q    What do you understand it to be?
A    I was in the lobby of this building
to meet Yvette and discussed about paying back a
loan.
Q    A loan to whom?
A    I borrowed money from William, and
William was asking me to pay him back.  That was
the matter I brought it up with Yvette in the
lobby of this building.
Q    Did you or Eastern Profit borrow the
money you're referring to?
A    The company did.
Q    How often do you meet with Mr. Guo
for him to mentor you and teach you how to do
things?
          MR. CHUFF:  Objection.  For the
          reasons I've already discussed, I

Page 34

HAN CHUNGUANG

          instruct the witness not to answer
          unless counsel can direct it to some
          kind of relevance to Eastern Profit.
Q    Do you know who Guo Mei is?
A    Yes.
Q    Is Guo Mei Mr. Guo's daughter?
A    Yes.
Q    Does Guo Mei have a relationship with
Eastern Profit?
A    Guo Mei is a director of Eastern
Profit right now.
Q    Have you ever discussed Guo Mei's
role with Eastern Profit with Mr. Guo?
A    No.  I have never had such a
discussion with Mr. Guo.
Q    Do you have a job at this time?
A    Do I have a job right now?  Yes.
Q    Where are you employed?
A    I work for my own company.
Q    What is your company called?
A    Since this has nothing to do with
this case, I'm not going to answer this question.
Q    How long have you been employed by
your company?

Page 35

HAN CHUNGUANG

A    The business is a family trust.
Therefore, I would say I've been working for it
for a long time.
Q    Since you've been in the United
States?
A    Yes.
Q    Does it have any involvement with
Eastern Profit?
A    No.
Q    Is the name of the company Golden
Spring New York Limited?
A    I don't understand your question.
Can you rephrase your question?
Q    Does a company called Golden Spring
New York employ you?
A    No.
Q    Has that company ever employed you?
A    No.  But again, I'm not sure.  My
recollection is not clear.
Q    Has a company called Golden Spring
Hong Kong Limited ever employed you?
A    No.
Q    If I represented to you that Golden
Spring New York Limited employed Yvette Wang,

Page 36

HAN CHUNGUANG

would that refresh your recollection whether it
has employed you?
A    I did ask Yvette to do something for
me.  And she is or was involved with Golden Spring
New York.
          THE INTERPRETER:  Interpreter
          note in Chinese we don't have a
          tense.  In China no present, or past,
          or future things.
Q    When you met with Yvette Wang to
discuss a loan, was she there personally or for
Golden Spring New York?
A    She represented the company.
Q    Golden Spring New York?
A    Yes.
Q    Why would you be speaking with Golden
Spring New York about a loan?
A    It is not like I was speaking to
Golden Spring New York.  I was speaking
specifically to Yvette as far as what capacity
Yvette represented, it had nothing to do with me.
Q    Do you know who Yvette represented
during that meeting?
A    Which meeting again?

Page 37

10 (Pages 34 to 37)

Han Chunguang
November 11, 2019

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1
2      Q     You testified about meeting Yvette
3  Wang in the lobby to discuss a loan.
4      A     What's your question?  I won't
5  qualify the discussion as a meeting.  I chatted
6  with her briefly.
7      Q     When you say briefly, how long was
8  it?
9      A     Around 20 minutes at the most.  20
10  some minutes.
11      Q     Was anyone else present besides you
12  and Yvette?
13      A     No.
14      Q     How did you know to meet with Yvette?
15      A     I don't understand her question.
16  What do you mean how did I know to meet with
17  Yvette?
18      Q     Why did you meet with Yvette rather
19  than Mr. Guo?
20      A     That day I went there to see Mr. Guo
21  who stayed there at the time.  I bumped into
22  Yvette in the lobby.  I brought up the subject
23  that William was asking me to pay back a loan, and
24  I chatted with her briefly.
25      Q     Why did you think that Yvette knew

Page 38

HAN CHUNGUANG

1
2          MS. WANG:  She just called me a
3  bitch just now.  She said that.  I
4  want it on the record.  I'm sorry.
5          MR. PODHASKIE:  I didn't hear.
6          MR. GREIM:  Let's stop and get
7  an answer to this question.
8      A     At the time when I hired an
9  investigation company, and Yvette told me I needed
10  money to hire the company, that was why I borrowed
11  from William.
12          When William ask me to return the
13  money, I had to bring it up with Yvette because
14  Yvette was telling me somehow we got misled.  And
15  I wanted her to know results of investigation we
16  received.  I have to know.  I have to tell Yvette
17  about it.
18      Q     I have one more question, and then we
19  can take a restroom break.  You have been
20  referring to William.  What is William's full
21  name?
22      A     William.
23      Q     Can you please spell that?
24      A     YU.  I think Y-U.
25      Q     Is William Yu the same person as

Page 40

HAN CHUNGUANG

1
2  anything about the loan?
3      A     I don't understand your question.
4  What do you mean?
5      Q     You met with Yvette to discuss the
6  loan because you believed she knew about the loan;
7  correct?
8      A     I hired a company to investigate a
9  matter for me, and I asked Yvette to handle it for
10  me.  At the time I borrowed money from William to
11  hire this investigation company.  However, the
12  investigation didn't go anywhere.
13          William was asking me to pay back the
14  loan.  When I bumped into Yvette, I have to tell
15  Yvette what was going on.
16      Q     Why did you choose Yvette to tell
17  this to?
18      A     By the way, can I go to the bathroom
19  first.
20      Q     In a few minutes we will take a
21  break, but please answer the question.
22      A     Can you repeat your question?
23          (The requested portion of the
24          record was read back by the
25          reporter.)

Page 39

HAN CHUNGUANG

1
2  William Je, J-E?
3      A     I have no idea.
4      Q     When you've been using the name
5  William today since we've been talking, have you
6  always been referring to William Yu?
7      A     Yes.  Yes, I think so.
8          MS. DONNELLI:  Thank you.  You
9  requested a bathroom break.  I would
10  like to break for no more than 10
11  minutes.
12          (At this time, a brief recess
13          was taken.)
14  CONTINUED EXAMINATION
15  BY MS. DONNELLI:
16      Q     We are here after taking a break.
17  Is Golden Spring New York's business
18  office located at 162 East 64th Street?
19      A     I don't know.
20      Q     Why were you able to meet Yvette Wong
21  in that building if that's not where Golden Spring
22  New York does its business?
23      A     I don't understand your question.
24      Q     You testified that you bumped into
25  Yvette in that building, and I'm asking what

Page 41

11 (Pages 38 to 41)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG
1
2  caused her to be in that building.
3      A    I don't know.  You have to ask her.
4  It happened that I bumped into her that day, and I
5  talked to her about this matter.  That was it.
6  You have to ask her why.
7      Q    Where is your place of work located?
8      A    My place of work?
9      Q    Yes.
10     A    I'm not at liberty to disclose that
11 here.
12     Q    Is your place of work 162 East 64th
13 Street?
14     A    No.
15     Q    Why are you not at liberty to
16 disclose your place of work?
17         MR. CHUFF:  Objection.  Form.
18     A    What I'm concerned that once my
19 information is revealed, the communist party will
20 also learn about it too.
21     Q    Is your place of work the same place
22 of work of the family trust?
23     A    Your question is rather vague.  I
24 don't know how to answer your question.
25         MS. DONNELLI:  Can you read the

Page 42

HAN CHUNGUANG
1
2  question back.
3         (The requested portion of the
4         record was read back by the
5         reporter.)
6      A    In terms of her question, I don't
7  know how to answer it.
8      Q    When you performed things for Eastern
9  Profit, did you do that at 162 East 64th Street?
10     A    No.
11     Q    Where were you located when you
12 performed the things you did for Eastern Profit?
13     A    The headquarter of this company was
14 in Hong Kong.  However, I could choose anywhere I
15 wanted to work for this company.  I was quite
16 free.
17     Q    Where did you choose to do your work
18 for Eastern Profit?
19     A    When I took over this company, I was
20 in Hong Kong.
21     Q    Did you perform any work for Eastern
22 Profit anywhere other than Hong Kong?
23     A    In New York, I asked Yvette to do
24 thing for me on behalf of this company.
25     Q    When you say "this company," you mean

Page 43

HAN CHUNGUANG
1
2  Eastern Profit?
3      A    Yes.  I got permission from Guo Mei,
4  and I authorized Yvette to handle this particular
5  matter for me, which was a matter of hiring and
6  investigation company.
7      Q    Is that the only involvement that
8  Yvette had with Eastern Profit?
9      A    I'm so sorry.  Can you repeat your
10 question.
11         (The requested portion of the
12         record was read back by the
13         reporter.)
14     A    In terms of all matters related to
15 the investigation company, I gave my authorization
16 to Yvette so that she could act on my behalf.
17     Q    Did Yvette do anything for Eastern
18 Profit other than related to the investigation
19 company?
20     A    No.  No, because this company of mine
21 was frozen in Hong Kong and that was all I asked
22 her to do for me.
23     Q    Going back to this meeting that you
24 had with Yvette at 162 East 64th Street, when did
25 it occur?

Page 44

HAN CHUNGUANG
1
2      A    Several months ago, I think.
3      Q    In the year 2019?
4      A    Yes.
5      Q    Other than that meeting, did you ever
6  speak with or communicate with Yvette about the
7  loan?
8      A    I don't remember.
9      Q    The work that you currently do for
10 the family trust, is that the type of work you did
11 for Eastern Profit?
12     A    Again, since your question is related
13 to what my family trust is doing, I am not at
14 liberty to answer your question here.
15     Q    Why not?
16     A    Again, I'm concerned about my safety.
17 If I reveal too much information about myself, the
18 communist party eventually will also learn about
19 it too.
20     Q    You called this your, Y-O-U-R, family
21 trust.  Is it the Han Family Trust that you work
22 for?
23     A    My answer will be the same as what I
24 have given to you, to your previous answer -- to
25 your previous question.

Page 45

12 (Pages 42 to 45)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1
2      Q     You testified that you had to get
3  permission from Guo Mei to authorize Yvette to do
4  things for Eastern Profit.
5             MR. CHUFF:  Objection to form.
6      Q     Why did Guo Mei not simply go
7  directly to Yvette rather than through you?
8      A     Guo Mei was very busy.  Guo Mei gave
9  me the authorization to handle things for her, and
10  then I give the authorization to Yvette to do
11  things for me.  It was very logic.  This was the
12  way I did my business.
13      Q     Was any of the instruction that
14  Mr. Guo gave you about investments helpful to you
15  in your role with Eastern Profit?
16             MR. CHUFF:  Objection. Form.
17      A     Yes.  He has been teaching me a lot.
18  He has given me knowledge.  And whatever I learn
19  from him I'll apply it to the rest of my life to
20  apply it to my company, to apply it to my business
21  model.
22      Q     Why did you not apply it to Eastern
23  Profit and instead got Yvette involved?
24             MR. PODHASKIE:  Objection to
25        form.

Page 46

HAN CHUNGUANG

1
2      A     Firstly, my English is not great.  I
3  need someone in New York to help me.  Therefore, I
4  authorize Yvette to handle things for me.  It was
5  as simple as that.
6      Q     When you say handle, I understood you
7  to mean that Yvette had your full authority.  Do
8  you mean something less than that?
9      A     I got full authorization to Yvette to
10  handle the matters was this liar company.
11      Q     You testified that Guo Mei authorized
12  you.  Was that authorization in writing?
13      A     What do you mean, written
14  authorization?
15      Q     Yes.
16      A     No.  Orally.
17      Q     Where was Guo Mei located when she
18  gave you the permission to authorize Yvette to
19  undertake things that we've discussed?
20             MR. CHUFF:  Objection. Form.
21             THE INTERPRETER:  The
22        interpreter needs clarification from
23        the witness to repeat last sentence
24        because the interpreter did not hear
25        it clearly.

Page 47

HAN CHUNGUANG

1
2      A     I think she was in New York, but I'm
3  not sure.  Basically I had a phone conversation
4  with her, or I had phone conversations with her.
5  I was not sure where she was.
6             THE INTERPRETER:  Interpreter
7        note in Chinese we don't have a
8        singular or plurals.  Therefore the
9        interpreter does not know how many
10        phone conversation had with Miss Guo.
11      Q     When were the phone conversations?
12      A     In 2017.  Also in 2018.  There were
13  phone conversations in recent years.
14      Q     Can you be more specific as far as
15  even a month in those years?
16      A     Again, I don't remember the
17  specifics.  But I do remember in last few years I
18  spoke with her over the phone.
19      Q     Were you working for the family trust
20  when you spoke with Guo Mei about this?
21      A     Yes.  Continually.
22      Q     Why did you not choose someone from
23  the family trust to help you rather than choosing
24  Yvette?
25      A     This was due to a business

Page 48

HAN CHUNGUANG

1
2  consideration.
3      Q     Which was what?
4      A     This is rather personal.  I don't
5  think I should tell you my business' strategies
6  was.  I don't think I want to review it here.
7      Q     Did you have personal interests in
8  Eastern Profit?
9             MR. CHUFF:  Objection. Form.
10      A     When you say personal interest, what
11  do you mean by that?
12      Q     I was trying to understand your
13  answer, why something on a personal level affected
14  your decision for Eastern Profit.
15      A     I still don't understand your
16  question.  What do you mean that my personal way
17  of thinking affected my involvement with the
18  company?
19      Q     We will get to that more later.
20             Does the address 800 Fifth Avenue,
21  Suite 21F mean anything to you?
22      A     No.
23      Q     We've been speaking about an entity
24  called Eastern Profit; true?
25      A     Yes.

Page 49

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1
2     Q    What is the full name of that entity?
3     A    Eastern Profit.
4     Q    Do you know that entity to have any
5  other names?
6     A    I'm not sure.
7     Q    Your understanding is that the
8  entity's name is Eastern Profit; correct?
9     A    Yes.
10    Q    No other words in its name; correct?
11    A    No.
12    Q    When was Eastern Profit formed?
13    A    I acquired it somewhere around the
14  end of 2014.  I purchased it for someone, but I
15  didn't know whether the company had another name
16  or not before my purchase of it.
17    Q    When was your purchase of Eastern
18  Profit?
19    A    I think the end of 2014.
20    Q    Had you had any involvement with
21  Eastern Profit prior to the end of 2014?
22    A    No.
23    Q    Who did you acquire it from?
24    A    From a friend of mine.
25    Q    What was the name of the friend?

Page 50

HAN CHUNGUANG

1
2     A    The last name Xu, X-U.  Z-H-A-O,
3  H-U-I, X-U.
4          THE INTERPRETER:  The
5          interpreter is spelling, which may
6          not be the official spilling.
7          MS. DONNELLI:  Thank you.
8     Q    Why did you purchase Eastern Profit?
9     A    At the time I had just got to Hong
10  Kong.  I wanted to open the international market.
11  Therefore, I acquired this company.  I wanted to
12  use this company to do some investments.
13    Q    Investments in what industry?
14    A    Everything, as long as they were
15  legal and could be profitable.
16    Q    Why did you choose to purchase
17  Eastern Profit rather than another company?
18    A    Because I knew this friend of mine.
19  I knew about him and I kind of knew his business.
20         And this company was just a regular
21  company who did everything legally right.  But the
22  decision was based upon logic and no more business
23  consideration.
24    Q    What research did you do, if any,
25  before purchasing Eastern Profit to know that it

Page 51

HAN CHUNGUANG

1
2  did everything in a legal sense?
3          MR. CHUFF:  Objection.  Form.
4     A    Yes.  When I purchased this company
5  for my friend, I was going to use it to do
6  investment business.  Of course I wanted to do it
7  right.  I wanted to do it legally.  I wanted to do
8  it in sound business.
9     Q    What review or research did you do
10  before purchasing Eastern Profit to assure
11  yourself that it had, in fact, done things
12  legally?
13    A    I was to acquire this company.  I did
14  some analysis and performance evaluation.  I did
15  it also based upon my experience.  By the way, it
16  was a company legally listed.  Why would it not do
17  things legally?
18    Q    Did Mr. Guo provide you guidance or
19  advice when you were reviewing Eastern Profit to
20  purchase it?
21    A    No, not anything specific.
22    Q    Did you inform Mr. Guo that you were
23  intending to purchase Eastern Profit before you
24  purchased it?
25    A    No.

Page 52

HAN CHUNGUANG

1
2     Q    Did Mr. Guo provide you the
3  compensation needed to purchase Eastern Profit?
4     A    No.
5     Q    When you were performing your
6  analysis and evaluation, did you review any
7  written materials from Eastern Profit?
8     A    At the time in Hong Kong I had an
9  agent.  I had this agent of mine to do all the
10  things for me.
11    Q    What was the name of the agent?
12    A    Natasha.
13         THE INTERPRETER:  Interpreter
14         note interpreter earlier
15         misinterpreted the person's gender.
16         Obviously right now we know the
17         gender is a woman.  The reason it's
18         not in Chinese, we don't have a
19         gender.
20    Q    What was Natasha's last name?
21    A    Natasha's last name is Q-U, which may
22  not be the official last name.  I don't know how
23  to spell it.  I only know she called herself
24  Natasha.  It's an English name, Natasha.
25    Q    What was Natasha's Chinese name?

Page 53

14 (Pages 50 to 53)

HAN CHUNGUANG
1
2     A   I don't know.
3     Q   Who did Natasha work for?
4     A   What do you mean by that?
5     Q   Natasha performed a service for you.
6  Who did she work for?
7     A   I didn't know what company she was
8  working for.  However, I knew him.  I trusted him.
9  In Hong Kong I gave her the authorization to
10 handle my stuff for me in Hong Kong.
11    Q   Did she report to you about her
12 review of Eastern Profit before you purchased it?
13    A   I think so.  But to tell you the
14 truth, I don't remember because it was a long time
15 ago.  I would say that I trusted her.  In Chinese,
16 trust is everything.
17        Since I trusted her, I gave her full
18 authorization to handle matters for me in Hong
19 Kong.
20    Q   Did you put that authorization in
21 writing?
22    A   Yes.
23    Q   What had Natasha done to earn your
24 trust?
25    A   I met her.  Also I met her in social

Page 54

HAN CHUNGUANG
1
2  settings.  From what I learned about her, I felt
3  that she was someone that I could trust.
4     Q   You testified that you purchased
5  Eastern Profit to make investments.  Once you
6  purchased Eastern Profit, did it make any
7  investments?
8     A   Yes, some.
9     Q   What were they?
10    A   I'm not at the liberty to reveal the
11 information here since that question is related to
12 my business secret.
13    Q   Can you describe your business secret
14 without revealing it?
15    A   Stocks.
16    Q   The investment was in stocks?
17        MR. CHUFF:  Objection to the
18        form.
19    A   No.  I invested in stocks.
20    Q   Did you invest Eastern Profit
21 resources in stock?
22    A   Yes.
23    Q   Isn't that public information?
24        MR. CHUFF:  Objection.  Form.
25    A   Yes.  However, here I don't want to

Page 55

HAN CHUNGUANG
1
2  talk about that.
3     Q   We'll talk about that later.
4         How much did you pay for Eastern
5  Profit?
6     A   1,000 Hong Kong currency.  1,000 HK
7  currency.
8     Q   Was that worth around 200 U.S.
9  dollars?
10    A   I don't know about exchange rate back
11 then.  This number is what I can remember right
12 now.  All the details about the purchase of the
13 company was handled by Natasha.  I didn't know
14 most of the details.
15    Q   What was Eastern Profit's
16 capitalization?
17        MR. CHUFF:  Objection.  The
18        court has already said that the
19        financial identity of Eastern Profit
20        is off limits.  Docket entry 189,
21        page 4.  To the extent the defendant
22        seeks to further -- inquire further
23        regarding plaintiff's financial
24        situation is a request for a leave to
25        do so.  Denied again for failure to

Page 56

HAN CHUNGUANG
1
2  establish relevance.
3     Q   Do you know the answer to my
4  question?
5     A   I don't understand to answer the
6  question.
7     Q   You don't want to say whether you
8  know the answer?
9     A   I just trying to tell you that I
10 don't want to answer it.  I don't want to answer
11 any question related to this.
12    Q   Describe what a capitalization is for
13 a business like Eastern Profit.
14        MR. PODHASKIE:  Objection.
15        Vague.
16    A   It's difficult for me to say.
17    Q   Where was Eastern Profit formed?
18    A   In Hong Kong.
19    Q   Does Eastern Profit have a business
20 address?
21    A   Yes.
22    Q   What is it?
23    A   Bank of China's building, 49th floor.
24        THE INTERPRETER:  Interpreter is
25        translation, which may not be the

Page 57

15 (Pages 54 to 57)

HAN CHUNGUANG

1
2    official address.
3        Q    Has that always been Eastern Profit's
4    business address?
5            MR. CHUFF:  Objection.
6    Foundation.
7        A    When you say that had this address
8    been the business address of Eastern Profit, what
9    do you mean by that?
10       Q    I understood you testified that
11   Eastern Profit had a business location.  Is that
12   true?
13       A    Yes.
14       Q    Where is Eastern Profit's business
15   location?
16       A    You asking me the company address;
17   right?  The company address was Bank of China
18   Building, 49th floor.
19       Q    Was that always Eastern Profit's
20   address since you purchased it?
21       A    Yes.
22       Q    Have you been there?
23       A    Yes, I did.
24       Q    When was that?
25       A    Wow.  It was several years ago.

Page 58

HAN CHUNGUANG

1
2    did not need anyone to select it for me.
3        Q    Did you sign any written document to
4    make yourself director of Eastern Profit?
5        A    Yes.
6        Q    Did you become a director of Eastern
7    Profit at the same time you purchased it?
8        A    Yes.
9        Q    What was the business of Eastern
10   Profit when you purchased it?
11       A    Investment.
12       Q    Did that purchase change over time?
13       A    No.  No.  It had not.
14       Q    Was the amount that Eastern Profit
15   invested the amount that you used to purchase
16   Eastern Profit in the first instance?
17            Where did the fund come from that
18   Eastern Profit used to make an investment?
19       A    For my family fund.
20       Q    Is that the family fund you work for
21   today?
22       A    Yes.
23       Q    Who at the family fund did you work
24   with to get the funds transferred so that Eastern
25   Profit could make investments?

Page 60

HAN CHUNGUANG

1
2        Q    How many times have you been to
3    Eastern Profit's office?
4        A    Several times.
5        Q    When you purchased Eastern Profit,
6    did it have any other owners?
7        A    No.  I was the only owner at the
8    time.
9        Q    Describe your role with Eastern
10   Profit other than that you owned it for a period
11   of time?
12            MR. PODHASKIE:  Objection.
13       Form.
14       A    Before I transferred the ownership to
15   Guo Mei, I was a director of the company.  After I
16   had it transferred to Guo Mei, she was the
17   director.  I became her agent.
18       Q    Is it true that you chose yourself to
19   be the director of Eastern Profit?
20       A    When you say I choose myself to be
21   director, I mean I don't really understand your
22   question, by the way.
23       Q    Did someone select you to be a
24   director of Eastern Profit?
25       A    I purchased it.  I was the boss.  I

Page 59

HAN CHUNGUANG

1
2            MR. CHUFF:  Objection to form.
3        A    This has nothing to do with this
4    case, and this question, it's very proven to my
5    privacy.  I don't want to answer it.
6        Q    To put it in a timeframe, you became
7    a director of Eastern Profit in 2014?
8            MR. CHUFF:  Objection to form.
9        A    That's correct.  When I purchased it
10   in 2014.
11       Q    What educational experience did you
12   have at that time to prepare you for the role of a
13   director of Eastern Profit?
14            MR. CHUFF:  Objection to form.
15       A    Is she asking me about my educational
16   background?
17       Q    Yes, but specifically to give you the
18   preparation that you needed to be a director of
19   Eastern Profit.
20       A    I went to two-year college.
21   Secondly, Mr. Guo has been teaching me a lot.
22            MS. WANG:  That was at least
23       three years, college.
24            THE INTERPRETER:  It's three
25       years in China.  The interpreter

Page 61

16 (Pages 58 to 61)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1  
2      would accept the correction.
3      A     I formed a three year college.
4  Secondly, Mr. Guo has been teaching me a lot.
5  Thirdly, I love to read books.  Have educated me a
6  lot.  Fourthly, society was also a good teacher
7  that taught me a lot.
8      Q     What educational institution gave you
9  the degree after the three years of college?
10     A     It was Chinese school.
11     Q     What was the name?
12     A     This question is very specific.  I
13 don't think I want to answer such a specific
14 question.
15     Q     It is a very common question to be
16 asked where you received a degree from, so please
17 answer the question.
18     A     For me this question very specific.
19 This is a very private -- no, I don't mean very
20 private.  I just think this question nothing
21 to do with this case.  I don't feel that I should
22 answer this question.
23     Q     Are you concerned about answering the
24 question because you did not receive a degree from
25 the Chinese school?

Page 62

HAN CHUNGUANG

1  
2      Q     Was it the athletic school of Lunan?
3      A     I'm not familiar with the name you
4  pronounced.  Lunan?  I'm not family with it, is
5  the way you read it.
6      Q     Did you receive a degree in athletics
7  from your education?
8      A     Yes.  I went to an athletic school.
9      Q     Is that where you received your
10 degree from?
11     A     In terms of a degree, I always got
12 certificate from each level of school.  I attended
13 an elementary, from junior high to high school,
14 and from technical secondary school.
15     Q     The secondary school was the same
16 thing as the technical school; correct?
17     A     I'm not sure.  But in Chinese it is
18 called technical secondary school.
19     Q     The degree you received from the
20 technical secondary school was in athletics;
21 correct?
22     A     Yes.  Yes.  That's why.
23     Q     Have you received any other degrees
24 after high school?
25           MR. CHUFF:  Objection.  Form.

Page 64

HAN CHUNGUANG

1  
2          MR. CHUFF:  Objection.
3      A     I did.  I went to the school.
4          THE INTERPRETER:  Interpreter
5  would like to correct herself.
6          According to the dictionary, the
7  three year college actually was more
8  like technical secondary school.
9      Q     Did you receive a degree from a
10 technical school?
11     A     Yes.
12     Q     What was the name of the technical
13 school?
14         MR. CHUFF:  Objection.  Form.
15     A     It was a long time ago.  I don't
16 remember.
17     Q     How old are you?
18     A     I'm 30 years old.
19     Q     You can't remember the name of the
20 school that gave you a degree?
21         MR. CHUFF:  Objection.
22 Argumentative.
23     A     I don't remember.  I don't usually
24 remember small things like this because I'm always
25 very business.

Page 63

HAN CHUNGUANG

1  
2      A     I went to some institutions or
3  institution to receive training or trainings.
4      Q     In what?
5      A     I would say I learned it by myself.
6  For instance, about investment et cetera, et
7  cetera.
8      Q     Did you go to a military or state
9  security school in China?
10     A     No.
11     Q     What about in Hong Kong?
12     A     No.
13     Q     I want to make sure I understand your
14 answer to my question about what educational
15 experience you had to prepare you to be a director
16 of Eastern Profit.  You've described your formal
17 education.
18         What else prepared you to be a
19 director of Eastern Profit?
20         MR. CHUFF:  Objection.  Asked
21 and answered.
22     A     Does she mean that only a person who
23 receives a formal education to be a director can
24 be a director in a company?  Is that what she
25 means when she asks this question?

Page 65

17 (Pages 62 to 65)

Han Chunguang
November 11, 2019

HAN CHUNGUANG
1
2     Q    That is not the question.
3          The question is what, besides the
4   education you described, prepared you to be a
5   director of Eastern Profit?
6     A    I purchased it and I became the
7   director of the company.
8     Q    So nothing other than the education
9   you described prepared you to be a director of
10  Eastern Profit?
11         MR. CHUFF:  Objection.  Asked
12         and answered.  Mischaracterizes the
13         testimony.
14    A    Let me put it this way.  My own
15  experience, Mr. Guo's teaching, myself learning
16  and what I have been learning from my family trust
17  or family fund, all this prepared me for it and
18  also prepared me for the future.  It doesn't mean
19  that I only learned things through a formal
20  education.
21    Q    Did you review any written materials
22  about Eastern Profit when you became its director?
23         MR. CHUFF:  Objection to form.
24    A    I don't remember.  In terms of all
25  the documents related to the company, they were

Page 66

HAN CHUNGUANG
1
2   handled by Natasha, whom I trusted very much.
3     Q    When Natasha was doing this role,
4   where was she employed?
5          MR. CHUFF:  Objection.  Asked
6          and answered.
7     A    I don't know whom she was working for
8   at the time.
9     Q    Was she employed by Eastern Profit?
10    A    She was an agent authorized by me.
11    Q    An agent authorized for Eastern
12  Profit?
13    A    No.  She was the agent authorized by
14  me.  At the time I was the boss of Eastern Profit,
15  I authorized Natasha to handle a lot of stuff in
16  Hong Kong for me.
17    Q    Was she an employee of Eastern
18  Profit?
19         MR. CHUFF:  Objection.  Asked
20         and answered.
21    A    An employee?  You can say that.
22    Q    How long was she employed by Eastern
23  Profit?
24    A    I think about two years.  I'm only
25  talking about she was handling matters for me in

Page 67

HAN CHUNGUANG
1
2   Hong Kong.
3     Q    Regarding Eastern Profit; correct?
4     A    Yes.
5     Q    Were you living in Hong Kong at the
6   time?
7     A    Yes.  When I purchased Eastern
8   Profit, I lived in Hong Kong.
9     Q    What education did Natasha have that
10  allowed her to serve this role?
11         MR. CHUFF:  Objection.  This is
12         completely beyond the scope.  I let
13         this go long enough.  He's not --
14         MS. DONNELLI:  Are you
15         testifying for the witness?
16         MR. CHUFF:  I'm explaining why
17         this line of questioning has to stop.
18         MS. DONNELLI:  Why don't you
19         just object to it rather than coach
20         him?
21         MR. CHUFF:  I want to explain my
22         basis.  I'm not coaching him because
23         he's not going to answer it.
24         This is not a case where he's
25         being sued for managing Eastern

Page 68

HAN CHUNGUANG
1
2   Profit a certain way.  This is about
3   a contract between an entity and
4   another entity.
5          MS. DONNELLI:  Why don't you
6          just say I'm going to instruct him
7          not to answer.  It will save a lot of
8          time, and it won't coach the witness.
9          MR. CHUFF:  He's not answering.
10    Q    Is Natasha's name spelled Q-U, first
11  name, last name G-U.  Last name is Q-U.  First
12  name G-U-O-J-I-A-O?
13    A    I don't know this name.  I only know
14  the person I knew whose name was Natasha.
15    Q    Have you personally seen the written
16  records of Eastern Profit's business dealings?
17         MR. CHUFF:  Objection.  Vague.
18    A    I think so, yes.
19    Q    When was that?
20         MR. CHUFF:  Objection.  Vague.
21    A    I think several years ago.
22    Q    What was the purpose of your review?
23    A    When I purchase it, I of course
24  looked into the document.  I have to know what I
25  was purchasing.  Once I took over the company, I

Page 69

18 (Pages 66 to 69)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1
2  gave them to Natasha.  I also gave her the CO and
3  stuff so that she could handle stuff for me in
4  Hong Kong.
5       Q    When you were serving as a director
6  of Eastern Profit, were there any other directors
7  besides yourself?
8       A    When I was the director of the
9  company, no one else was.
10      Q    When you were director of Eastern
11 Profit, was it successful?
12      A    Was this successful company?  How are
13 you going to define whether a company is
14 successful or not?  Please teach me.
15      Q    Were you pleased with the performance
16 of Eastern Profit when you were the director of
17 it?
18           MR. CHUFF:  Objection.
19           Relevance.
20      A    It was okay.
21      Q    Did Eastern Profit have any debts
22 when you were a director?
23           MR. CHUFF:  Objection.  The
24           court already ruled on this.  There's
25           to be no questioning about the

Page 70

HAN CHUNGUANG

1
2  independent financial identity of
3  Eastern Profit.  That's Docket 189,
4  page 4.  There's only one debt that's
5  relevant to this case.
6       Q    Who took over from Natasha after she
7  left?
8       A    No one else by the time the company
9  was frozen.
10      Q    What caused the company to have its
11 assets frozen?
12      A    Actually, I wanted to know the answer
13 of your question.  I want to know why the police
14 took control of my company, and my assets was
15 frozen, and the police took my people away.
16           I really want to know the answer to
17 your question.
18      Q    Was there anything you did as a
19 director of Eastern Profit that caused that to
20 happen?
21           MR. CHUFF:  Objection.
22      A    No.  I have not done anything illegal
23 as a director.
24      Q    How did you come to know that Eastern
25 Profit's assets were frozen?

Page 71

HAN CHUNGUANG

1
2       A    What do you mean by that?
3       Q    You've testified that Eastern
4  Profit's assets were frozen.  How did you come to
5  know that?
6       A    Natasha told me.
7       Q    So the freezing, excuse me, of the
8  assets took place in the two years that Natasha
9  did services for Eastern Profit?
10      A    I don't remember.  It was a long time
11 ago.
12      Q    After the assets of Eastern Profit
13 were frozen, was it able to conduct any business?
14      A    Natasha could.  Just one second.
15           THE INTERPRETER:  Can you repeat
16           your question?  I wanted to have your
17           question read back.  I want to know
18           your question.
19           (The requested portion of the
20           record was read back by the
21           reporter.)
22      A    After the asset was frozen, the
23 company didn't do any business.
24      Q    What, as a director of Eastern
25 Profit, did you do to challenge the order freezing

Page 72

HAN CHUNGUANG

1
2  Eastern Profit's assets?
3           MR. CHUFF:  Objection.  Form.
4           THE INTERPRETER:  Interpreter
5           needs clarification from the witness.
6       A    At the end of 2017 Yvette told me
7  there was this company that was very good at the
8  investigation, and the company was able to find
9  out the government's corruption in China.  This
10 would help me to have my assets un-freezed.
11           When Yvette told me and say to me it
12 was a great idea, I mention it to Guo Mei, and
13 then I authorized Yvette to handle this matter for
14 me.
15      Q    Were you still a director of Eastern
16 Profit when that took place?
17      A    Guo Mei was the director at the time.
18 Why I was the agent.
19      Q    Was the freezing of the assets of
20 Eastern Profit while you were a director of
21 Eastern Profit?
22      A    When the assets was frozen, no, I was
23 not.
24      Q    So the freezing of the assets took
25 place after you were no longer director of Eastern

Page 73

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1
2    Profit?
3        A    That's correct.  I was an agent.
4        Q    How long had it been since you were a
5    director of Eastern Profit when the freezing of
6    the assets happened?
7            MR. CHUFF:  Objection to form.
8        How long?  Again, I don't remember
9    the specific, but I think about two years.
10       Q    So two years passed after you left
11   being a director of Eastern Profit and when the
12   assets of the company were frozen?
13           MR. CHUFF:  Objection to form.
14       A    Can you repeat your question?
15       Q    How much time passed after you
16   stopped being a director of Eastern Profit and
17   when the assets were frozen?
18       A    I don't remember.
19       Q    Who ordered the freezing of Eastern
20   Profit's assets?
21           MR. PODHASKIE:  Objection.
22       Form.
23       A    I didn't know who ordered it.  I
24   really wanted to know the answer to your question
25   I think it was an order from the communist party

Page 74

HAN CHUNGUANG

1
2    company to find out the Chinese government's
3    corruptions.  Number 2, to help me unfreeze my
4    assets.  Number 3 to have my company back to
5    normal.
6        Q    Did anyone replace Natasha after she
7    stopped doing work for Eastern Profit?
8            MR. CHUFF:  Objection.  Asked
9        and answered.  Relevance.
10       A    No.
11           MS. DONNELLI:  We'll make this
12       the last couple of questions before
13       our break.
14       Q    Prior to the time that Eastern
15   Profit's assets were frozen, did Eastern Profit
16   operate a private equity fund?
17           MR. CHUFF:  Objection.  This
18       goes to the independent financial
19       control and identity of Eastern
20       Profit, and the court has already
21       ruled this is not a permissible scope
22       of questioning.
23           MS. DONNELLI:  Are you
24       instructing the witness not to
25       answer?

Page 76

HAN CHUNGUANG

1
2    in China.
3        Q    You don't know why the assets were
4    frozen or what reason was given?
5            MR. CHUFF:  Objection.
6        Foundation.
7        A    No, I don't.
8        Q    You mentioned that transaction was
9    done by Eastern Profit with an investigation
10   company.
11           Do you remember your testimony?
12           THE INTERPRETER:  Can I have the
13       question read back?
14           (The requested portion of the
15       record was read back by the
16       reporter.)
17           MR. PODHASKIE:  Objection.
18       Form.
19       A    Yes.
20       Q    Was the purpose of the investigation
21   to allow Eastern Profit to have its assets
22   unfrozen?
23       A    That was a part of it.
24       Q    What was the other part?
25       A    Number 1, to hire this investigation

Page 75

HAN CHUNGUANG

1
2            MR. CHUFF:  Yes.
3        Q    When you were a director of Eastern
4    Profit, did it have any clients?
5            MR. CHUFF:  Same objection.  It
6        goes to independent financial
7        identity, and the court has already
8        ruled on this.
9        Q    Which family trust did Eastern Profit
10   give the money with which it was making
11   investments?
12           MR. CHUFF:  Same objection.
13       Q    Did you receive compensation as a
14   director of Eastern Profit?
15       A    When I was the director of the
16   company?
17       Q    Yes.
18           MR. PODHASKIE:  Objection.
19       Makes no sense.  He's the owner, but
20       I will let him answer.
21           MS. DONNELLI:  Please don't
22       testify for the witness, counsel.
23       A    I think so.
24       Q    What was it?
25       A    Are you talking about the revenue in

Page 77

20 (Pages 74 to 77)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1    my company?
2        Q    Any kind of compensation.
3            MR. CHUFF:  Objection.
4        Misleading.
5        A    Since I don't feel that this question
6    has anything to do with this case, this is about
7    the finance of the company.  I'm not going to
8    answer it.
9        Q    Was the reason that you stopped being
10   a director of Eastern Profit because you weren't
11   being paid for your work?
12           MR. CHUFF:  Objection.  Vague.
13       Confusing and misleading.
14       A    Again, this has nothing do with this
15   case.  I'm not going to answer it.
16       Q    Did you receive any compensation or
17   payments as an agent of Eastern Profit?
18       A    I believe so.  I believe when the
19   company's asset is unfreeze one day, I will
20   receive some compensation, because this is normal
21   business model where I will receive some
22   compensation one day.
23       Q    Before Eastern Profit's assets were
24   frozen, did you receive any compensation?

Page 78

HAN CHUNGUANG

1        MR. CHUFF:  As an agent or a
2        director?
3        Q    Either in your capacity as an agent
4    or a director?
5            MR. CHUFF:  Objection.
6        Compound.  And to the extent it's
7        asking for compensation as an owner
8        is misleading.
9        A    When you say about compensation, can
10   you be more specific, because I really don't
11   understand the word compensation.
12       Q    It means wages, salary, money for any
13   reason.
14       A    When I was a director, when I was a
15   boss, of course I received some money.  Because I
16   was making money or cost, I reaped the benefits.
17       Q    At Eastern Profit is there a
18   difference between a principal and a director
19   role?
20       A    Between principal and the director?
21       Q    Yes.
22       A    Right now Guo Mei is the director of
23   the company while I am her agent.  When I'm
24   handling her stuff for her out of respect, I will

Page 79

HAN CHUNGUANG

1    ask her for opinion.  Just part of a business
2    routine.
3        Q    Have you ever been a principal of
4    Eastern Profit?
5            MR. CHUFF:  Objection.  Asked
6        and answered.
7        A    When are you talking about?
8        Q    Any time since 2014 to the present.
9            MR. CHUFF:  Same objection.
10       A    I am always acting on behalf of
11   Eastern Profit.
12       Q    Has he ever held the title principal
13   of Eastern Profit?  Have you?
14           MR. CHUFF:  Same objection.
15       A    I don't really understand your
16   question.  All I can say to you is that before I
17   transfer it, my company to her, I was the
18   director.  After I transfer my company to her, I
19   was the agent.  That is it.
20       Q    Do you receive compensation from
21   Golden Spring, New York?
22       A    No.
23       Q    Have you ever?
24       A    No.

Page 80

HAN CHUNGUANG

1        MS. DONNELLI:  We'll take a
2        break.
3        (At this time, a brief recess
4        was taken.)
5        (Time noted: 12:54 p.m.)
6        (After a luncheon recess was
7        taken, the following was had:)
8        (Time noted:  1:48 p.m.)
9
10
11    A F T E R N O O N   S E S S I O N
12   CONTINUED EXAMINATION
13   BY MS. DONNELLI:
14       Q    We're here after a break.
15       Would you say that --
16           MR. CHUFF:  Could I just make
17       one thing on the record.
18       So we've been going for two and
19       a half hours now, and virtually none
20       of the questioning has been within
21       the scope of what the court ordered
22       Mr. Han to appear for.
23       If it continues, we reserve our
24       rights to seek fees from the court
25       after this deposition.

Page 81

21 (Pages 78 to 81)

HAN CHUNGUANG

1
2      Q      Would you say, Mr. Han, that you were
3  very careful in your role as a director of Eastern
4  Profit?
5      A      What do you mean by that?
6      Q      You wanted everything done right as a
7  director of Eastern Profit; correct?
8      A      Yes.
9      Q      You wouldn't have signed something
10  for Eastern Profit unless you were a director of
11  it; right?
12          MR. CHUFF:  Objection.
13      Misleading.  Mischaracterizes
14      testimony.
15      A      I don't understand your question.
16  What do you mean by that?
17      Q      You wouldn't have signed something
18  for Eastern Profit unless you were a director of
19  Eastern Profit; right?
20          MR. CHUFF:  Same objection.
21      A      When I was an agent for a company, I
22  had also signed some documents.
23      Q      Is one of Eastern Profit's
24  investments cars?
25          MR. CHUFF:  Objection.  This is

Page 82

HAN CHUNGUANG

1
2      A      I don't think Eastern Profit had ever
3  invested in car.  But the company owned cars.
4      Q      How many cars did the company own
5  when Mr. Han was a director?
6          MR. CHUFF:  Objection.  This is
7      all irrelevant.
8      A      Several.
9      Q      Have you ever attended a director's
10  meeting for Eastern Profit?
11          MR. CHUFF:  Objection.  This
12      goes into the financial independence
13      of Eastern Profit, and the court
14      already ruled on this.  You're not
15      permitted to ask questions about it.
16      Q      You testified that you put a
17  signature on documents as an agent for Eastern
18  Profit.  In connection with that, did you ever
19  attend any meeting giving you authority to do
20  that?
21      A      What kind of meeting?
22      Q      Any kind of meeting in which,
23  Mr. Han, you were given authority to make your
24  signature on behalf of Eastern Profit?
25          MR. CHUFF:  Objection.  Asked

Page 84

HAN CHUNGUANG

1
2  beyond the scope of the court order
3  Mr. Han is here for.
4          MS. DONNELLI:  Are you
5      instructing the witness not to answer
6      that?  It comes directly from
7      Miss Wang's testimony for Eastern
8      Profit within the last couple of
9      weeks.
10          MR. CHUFF:  It's beyond the
11      scope of what the court ordered for
12      Mr. Han.
13          MS. DONNELLI:  So are you
14      instructing the witness not to
15      answer?
16          MR. CHUFF:  You can ask your
17      question.
18          MS. DONNELLI:  Okay.  Can you
19      read it back?  Thank you.
20          (The requested portion of the
21      record was read back by the
22      reporter.)
23      A      What cars?
24      Q      Any kind of investment in cars,
25  vehicles.

Page 83

HAN CHUNGUANG

1
2  and answered.
3      A      In New York I authorized Yvette to
4  handle the affairs for me here.
5      Q      What kind of reporting did Yvette do
6  to you after you authorized her?
7      A      Yvette --
8          MR. CHUFF:  Objection.  Form.
9      A      Not much reporting from her because I
10  trust her very much in the same position against
11  communist party in China.
12          I have full confidence in her to
13  handle the affair for me.  There's not much
14  reporting required from her.  Of course
15  occasionally we talked a little bit about it.
16      Q      Did you authorize Yvette to handle
17  all the affairs of eastern profit or just the one
18  involving the investigative project?
19      A      Everything.
20      Q      For the everything, did you ever
21  authorize Yvette to approve an invoice for Eastern
22  Profit?
23          MR. CHUFF:  Objection.  Assuming
24      facts.
25      A      When I'm talking about my

Page 85

22 (Pages 82 to 85)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1       authorization to Yvette, I'm actually talking
2   about everything related to the hired
3   investigation company.
4       Q    I thought your testimony was that you
5   authorized a Yvette to handle all of the affairs
6   of Eastern Profit?
7       A    No.  Thing related to this matter.
8       Q    What do you mean by "this matter"?
9       A    To hire this investigation company
10  and also to handle everything related to the hired
11  investigation company.
12      Q    Was there anything else that you
13  authorized Yvette to handle for Eastern Profit?
14      A    Only for this investigation and
15  everything related to it.
16      Q    Did you get permission from Guo Mei
17  to authorize Yvette?
18          MR. CHUFF:  Objection.  Asked
19          and answered.
20      A    I did not have to have permission for
21  Guo Mei.  However, I did report it to her.  I did
22  speak to her about it.
23      Q    Were you the person who chose Yvette
24  for her role versus someone else?

Page 86

HAN CHUNGUANG

1       A    Yes.
2       Q    In connection with Yvette's work, did
3   she have control over Eastern Profit's bank
4   accounts?
5           MR. CHUFF:  Objection.  It's
6           beyond the scope of what the court
7           allowed Mr. Han to testify about.
8       A    I don't want to answer this question.
9       Q    Are you instructing the witness not
10  to answer the question?  It relates specifically
11  to the work that Yvette did in relation to Eastern
12  Profit and the investigative project?
13          MR. CHUFF:  Can you explain that
14          to me?  I don't see how it does.
15          MS. DONNELLI:  In connection
16          with that work I've asked did Yvette
17          have control over Eastern Profit's
18          bank accounts in connection with that
19          work.
20          MR. CHUFF:  You didn't use that
21          last phrase.
22      Q    In relation to the investigative
23  project.
24      A    She couldn't.

Page 87

HAN CHUNGUANG

1       Q    Was that because the assets of
2   Eastern Profit were frozen?
3       A    Yes.
4       Q    What volume of assets of Eastern
5   Profit were frozen?
6           MR. CHUFF:  Objection.  Vague as
7           to what volume means.
8       A    Are you asking me to give you a
9   number or what?
10      Q    More of a category.  Was it all of
11  Eastern Profit's assets that were frozen, a
12  portion of them, something less than all?
13      A    My company account or accounts was --
14  all were freezed.
15          THE INTERPRETER:  Again in
16          Chinese there's no singular or
17          plural.
18      Q    In total or just in part?
19      A    All.
20      Q    You testified that the reason that
21  Eastern Profit got involved with the investigative
22  company was to unfreeze Eastern Profit's assets.
23  Do you remember that testimony?
24          MR. PODHASKIE:  Objection.

Page 88

HAN CHUNGUANG

1       Mischaracterizes the testimony.
2       A    Yes, I did.
3       Q    Was that project successful to
4   unfreeze Eastern Profit's assets?
5       A    Up to now, no.  It's not successful.
6       Q    Eastern Profit's assets remain frozen
7   today; is that true?
8       A    Yes.
9       Q    Do you know how long that the
10  investigative company was allowed to do its work?
11      A    When Yvette talked to me at the time,
12  she said it would only take several months and we
13  will see the result of it.
14      Q    When Eastern Profit didn't see the
15  result of it, did it hire any other company to do
16  the investigation?
17          MR. CHUFF:  Objection.  Are you
18          asking of the same targets, that's
19          strategic vision?
20          MS. DONNELLI:  Counsel, please
21          don't testify for the witness.  You
22          made an objection to form.  Let us go
23          on.
24          MR. CHUFF:  I'm just trying to

Page 89

23 (Pages 86 to 89)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1
2  help you.
3      MS. DONNELLI:  I don't think
4  you're trying to help.
5      MR. CHUFF:  I am because the
6  court said you're allowed to ask
7  about the subjects that were part of
8  the Strategic Vision contract and not
9  other subjects.
10     So if you want to ask about
11 those subjects, it's permissible.
12 Otherwise it's not.
13     Q    Regarding any of the work that
14 Eastern Profit hired the investigative company to
15 do, once that unfreezing of assets didn't happen,
16 did Eastern Profit hire any other company for the
17 purpose of unfreezing the assets through
18 investigative work?
19     A    This has nothing to do as it is.
20     Q    Please answer the question.
21     A    I don't want to answer.
22     MR. CHUFF:  You can answer, if
23 you know.
24     A    Are you asking if Eastern Profit
25 hires another investigative company to do the same

Page 90

HAN CHUNGUANG

1
2  job.
3      Q    Yes.  After the first investigative
4  company is no longer doing the project.
5      A    I'm not sure.
6      Q    Your testimony is that you're not
7  aware of any other company that came in after to
8  do the same work; true?
9      A    Yes.
10     Q    When Eastern Profit was entering into
11 the project with the investigation company, did
12 Eastern Profit pass a resolution to allow that
13 transaction?
14     A    I authorized Yvette to take care of
15 this business, and Yvette had my full
16 authorization to take care of things like this.
17     Q    Was a resolution signed by you
18 allowing Yvette to do this?
19     A    I don't really understand what you
20 mean by resolution.
21     Q    Do you know what the term resolution
22 means in the context of a private company?
23     A    Yes, I do.
24     Q    Did Eastern Profit's company bylaws
25 require a resolution before Yvette was permitted

Page 91

HAN CHUNGUANG

1
2  to enter into an arrangement with the
3  investigative company?
4      MR. PODHASKIE:  Objection.
5      Beyond the scope of the court's
6      order.
7      A    No.  I give the full authorization to
8  Yvette.  It was not necessary to require a
9  resolution.
10     Okay.  Let me tell you why I give
11 Yvette full authorization over this matter.  The
12 reason was that Miss Guo was against communist
13 party in China.  I followed Mr. Guo's example.  I
14 was also strongly against the communist party in
15 China wands that was why the Chinese government
16 freeze my asset.
17     And when Yvette told me about this
18 wonderful company that would be able to expose the
19 Chinese government's corruption and it will give
20 me an opportunity to get my asset back.  She also
21 assured me that in U.S., this could be done
22 legally, and I thought that this was wonderful
23 idea.  I get gave her my full authorization to
24 handle this matters.
25     Like Miss Guo, we were all against

Page 92

HAN CHUNGUANG

1
2  the communist parties in China.  I gave her my
3  full authorization to take charge of this matter.
4      Q    What is located at the Tai Yau
5  building located at 181 Johnston Road, Wanchai,
6  W-A-N-C-H-A-I, Hong Kong, if you know?
7      MR. CHUFF:  Objection. Beyond
8      the scope of the court's order.
9      A    This has nothing to do with this
10 case.  I am not at liberty to answer this
11 question.
12     Q    How do you know that the Chinese
13 communist party was involved in the freezing of
14 Eastern Profit's assets?
15     A    Can you repeat your question?
16     (Interpreter complying)
17     A    Mr. Guo was in stanch option to
18 Chinese communist party.  I followed his example,
19 and as a result of my position, my family was
20 persecuted by the Chinese communist party, and
21 then my accounts in Hong Kong were freezed, and my
22 workers were taken away by the police.
23     Who else -- did they have such kind
24 of power to take away my people without leaving a
25 trace.  It was only the communist party in China.

Page 93

24 (Pages 90 to 93)

HAN CHUNGUANG

1
2     Q     You say that your workers were taken
3  away.  Did they work for Eastern Profit?
4         MR. PODHASKIE:  Objection.
5  Beyond the scope.
6     A     Natasha.  Natasha was taken away.
7     Q     Is Natasha the workers, plural, that
8  you just described?
9         THE INTERPRETER:  The
10  interpreter note the plurals should
11  be the mistake of interpreter,
12  because interpreter would not know
13  how many workers because Chinese
14  doesn't have singular or plural.
15     A     Yes, Natasha.  I was talking about
16  Natasha, my agent back then.
17     Q     Did the interpreter use the name
18  Q-U-G-A-I-O -- G-U-O-J-I-A-O in relation to that
19  last answer?
20     A     Interpreter only repeated what the
21  witness said.  Now unfortunately interpreter has
22  no memory of what my reputation is.
23     Q     Mr. Han, what did you do to qualify
24  as a dissident in the eyes of the Chinese
25  communist party?

HAN CHUNGUANG

1
2         MR. CHUFF:  Objection.  It's way
3  beyond the scope and the Court has
4  already said you can't ask about
5  personal history for coming to the
6  United States.
7         MS. DONNELLI:  Right.  I'm
8  asking for background to understand
9  the causation for why Eastern Profit
10  entered into the investigative
11  project.
12         The witness has said it's
13  because he's gotten on the wrong side
14  of the Chinese communist party.  And
15  I'm asking him what did he do to get
16  on the wrong side of the Chinese
17  communist party?
18         MR. CHUFF:  It's not relevant.
19         MS. DONNELLI:  I'm not asking
20  for truth of what he did, but what
21  did he do that led the communist
22  party to take this action against
23  Eastern Profit that led to the
24  investigative project.  That's
25  straight from this witness'

HAN CHUNGUANG

1
2  testimony.
3         MR. CHUFF:  This court has
4  already ruled that you can't ask
5  those questions.  Is not tied to any
6  claim or defense in this action.
7         MS. DONNELLI:  See the problem
8  is that the time the court entered
9  that order, the representation had
10  been made by your side of things that
11  Mr. Han didn't have knowledge.  There
12  was no reason to have him as a
13  witness.  He didn't have anything to
14  say.
15         We now know based on Miss Wang's
16  testimony a couple of weeks ago that
17  Mr. Han does have information and he,
18  in fact, has been describing that
19  information today.
20         MR. CHUFF:  Why the assets got
21  seized has nothing to with the
22  contract and whether the contract was
23  performed, or whether someone lied
24  about whether Guo was a dissident.
25         It's irrelevant and it's beyond

HAN CHUNGUANG

1
2  the scope of what the court allowed
3  this witness to testify to.
4         MS. DONNELLI:  This witness has
5  testified that the actions by the
6  Chinese communist party directly led
7  to Eastern Profit getting involved in
8  the investigation project I think is
9  how this witness has described it.
10         I'm asking what does this
11  witness do on behalf of his company
12  that he is owning and taking -- being
13  the face of that led to the need to
14  have this investigative project.
15         I think it's absolutely
16  relevant.  I don't think your order
17  says it's not.
18         MR. CHUFF:  The order says it
19  has to be relevant to a claim or
20  defense.  So tell me what element of
21  what claim or defense this is
22  relevant to.
23         MS. DONNELLI:  This is the event
24  leading up to the research agreement,
25  the investigative project.

25 (Pages 94 to 97)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1
2      MR. CHUFF:  What element of what
3  defense or claim does this relate to.
4      MS. DONNELLI:  There are fraud
5  claims.
6      MR. CHUFF:  I know that's what
7  you guys keep saying.  But explain it
8  to me because I don't understand it,
9  and the court hasn't understood it.
10      THE INTERPRETER:  It's getting
11  real long.
12      MS. DONNELLI:  I'm sorry.  I've
13  gotten a little lost.
14      You made an objection.  I
15  responded.  Are you instructing the
16  witness not to answer?
17      MR. CHUFF:  Can you just repeat
18  the question for me one more time?
19      (The requested portion of the
20  record was read back by the
21  reporter.)
22      MR. CHUFF:  The answer to
23  counsel's question is yes.
24      MS. DONNELLI:  So the witness is
25  being instructed not to answer that

Page 98

HAN CHUNGUANG

1
2  question?
3      MR. CHUFF:  Because it's beyond
4  the scope of what the court allowed
5  him to testify to.
6   Q    Are you familiar with the name Meng
7  Jianzhu.  Last name is M-E-N-G.  First name is
8  J-I-A-N-Z-H-U.
9   A    I have heard this person before.
10   Q    Who do you know the person to be?
11   A    When I was with Mr. Guo and we were
12  against Chinese communist party, I heard about
13  this person.  I think this person was a Chinese
14  official.
15   Q    Was this person one of the subjects
16  that Eastern Profit asked the investigative
17  company to research?
18      MR. CHUFF:  Objection.
19  Foundation.
20   A    As far as the specifics, we related
21  it to the investigation project.  I don't have a
22  clear idea.  I authorized Yvette to take charge of
23  it.
24   Q    So you don't know the answer to that
25  question?

Page 99

HAN CHUNGUANG

1
2   A    I don't know the specific, but I
3  heard about this person before.
4   Q    From.
5      MR. CHUFF:  Note my objection.
6  Asked and answered.
7   A    For Mr. Guo.  Mr. Guo mentioned him
8  before.
9   Q    In relation to Mr. Guo wanting to
10  find out information about this person.
11   A    No.  I didn't know why Mr. Guo
12  mentioned about this person.
13   Q    This name, are you familiar with Sun,
14  S-U-N, the first name or the last name, and then
15  the first name is Lijun, L-I-J-U-N?
16   A    Again, I heard those people before.
17   Q    From Mr. Guo?
18   A    Yes.
19   Q    Did you understand that that
20  individual was one of the subjects that the
21  investigative company was going to research?
22   A    Again, I don't know any specifics
23  about the project.
24   Q    When you authorized Yvette to get
25  involved with the investigation project, did you

Page 100

HAN CHUNGUANG

1
2  give Yvette any names or subjects that should be
3  researched?
4   A    No.
5   Q    Why did you resign from being a
6  director of Eastern Profit?
7      MR. CHUFF:  Objection.  Assumes
8  facts.  Mischaracterizes the
9  testimony.
10   A    Does this question have anything to
11  do with this case?  If not, I'm not going to
12  answer the question.
13   Q    Yes, it does.
14   A    I remained an agent for the company
15  even after I had transferred the company to Guo
16  Mei.
17   Q    It was more than a transfer, was it
18  not, also a resignation by you as director of
19  Eastern Profit?
20   A    Yes.  But I transferred the company
21  to Guo Mei.  However, she still authorized me to
22  handle the affairs for the company.
23   Q    Did you resign from Eastern Profit as
24  a director?
25   A    Yes.

Page 101

26 (Pages 98 to 101)

Han Chunguang
November 11, 2019

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1    Q    When did you resign as a director?
2    A    On June 27, 2017 the company was
3  transferred to Guo Mei, and Guo Mei asked me to
4  continue to handle the company's affairs as an
5  agent for her.
6            MS. DONNELLI:  Can you read the
7        question, because the witness did not
8        accept it.
9            (The requested portion of the
10       record was read back by the
11       reporter.)
12   A    June 27, 2017.
13   Q    Why did you resign as a director of
14 Eastern Profit?
15   A    This was one of my business'
16 strategies which has nothing to do with this case.
17 I'm not going to answer it.
18           MS. DONNELLI:  We'll need to ask
19       the witness to answer the question.
20           MR. CHUFF:  Objection.
21       Argumentative.  Asked and answered.
22   A    I don't want to answer this question,
23 and I insist that I not answer this question.
24   Q    Do you have the answer to the

HAN CHUNGUANG

1  question in your mind?
2    A    What answer?
3    Q    If the answer to the question is you
4  don't know why you resigned from the company,
5  that's one thing.  But if the witness has the
6  answer in his mind, he needs to give it in
7  response to the question.
8            MR. CHUFF:  Objection.  I
9        disagree.  It's clearly beyond the
10       scope of what the court ordered.
11   A    I am not going to answer this
12 question.
13   Q    Explain why you resigned as director
14 of Eastern Profit that remained as you are
15 testifying in a role allowing you to be involved
16 with Eastern Profit?
17           MR. CHUFF:  Objection.  Asked
18       and answered.
19   A    This was a business strategy of mine.
20 And when I transferred the company to Guo Mei, Guo
21 Mei had some intention to how to use this company.
22 She had her idea what she was going
23 to do about it.  And then she asked me to be an
24 agent for this company to handle the affairs for

HAN CHUNGUANG

1  her.  All this was not contradictory to each
2  other.
3    Q    What do you mean by contradictory to
4  each other?
5            MR. CHUFF:  Objection.
6    A    She asked me to be her agent, to take
7  care of the affairs for her, and we were good
8  friends.  And I say okay.  Fine.  I will do so.
9            I became an agent of the company.
10 That was it.
11   Q    So Guo Mei asked you to resign from
12 your directorship of Eastern Profit?
13           MR. CHUFF:  Objection.  Assumes
14       facts.  Mischaracterizes testimony.
15   A    No.
16   Q    How did you come to know that Guo Mei
17 had a plan that required you to resign as director
18 from Eastern Profit?
19           MR. CHUFF:  Objection.  Assumes
20       facts.  Mischaracterizes the
21       testimony.  Beyond the scope of what
22       the court ordered him to testify to.
23   A    She told me she wanted to purchase my
24 company to get into movie business.  Then it's

HAN CHUNGUANG

1  long.  Then she asked me to stay on to help her
2  out as an agent.
3    Q    Wasn't it Mr. Guo's wish for his
4  daughter to purchase Eastern Profit from you?
5            MR. CHUFF:  Objection.  Beyond
6        the scope.
7    A    I don't know.
8    Q    Did you resign from Eastern Profit
9  because you needed someone to buy the stock from
10 you, you were short on money?
11           MR. CHUFF:  Objection.  This is
12       way beyond the scope that the court
13       allowed this witness to appear, and
14       the topic then, the court allowed
15       them to testify to.
16           MS. DONNELLI:  I'm about to hand
17       the witness a document that was
18       produced by Eastern Profit.  I think
19       it is relevant.  Why else would it
20       have been produced?
21           MR. CHUFF:  Whether he needs the
22       money is in a document?  I doubt it.
23           MS. DONNELLI:  We're marking
24       this as Exhibit 30.

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1
2          (Defendant's Exhibit 30, Notice
3     of Change of Company Secretary and
4     Director (Appointment/Cessation)
5     Bates stamped EASTERN-000400 to 402
6     marked for Identification as of this
7     date.)
8          MS. DONNELLI:  This is the first
9     exhibit we've used.
10     Q     Mr. Han, if you turn to the third
11 page of the document.  At the bottom of the
12 document do you see your name typewritten?
13     A     Yes.
14     Q     Is that the handwritten form of your
15 name above it?
16     A     Yes.
17     Q     Did you place your name on this
18 document?
19     A     Yes.
20     Q     Did you place your name on this
21 document on June 27, 2017?
22     A     Yes.
23     Q     The second page of the document, on
24 the box that is numbered 17, the second 17 at the
25 bottom --

Page 106

HAN CHUNGUANG

1
2     A     Yes.
3     Q     -- who has signed there?
4          MR. CHUFF:  Objection.
5          Foundation.
6     A     Guo Mei's signature.
7     Q     Did Guo Mei ask you to sign this
8 Exhibit 30?
9          MR. CHUFF:  Objection.  This is
10          treading into what the court has said
11          counsel may not ask about which is
12          the sale of Eastern Profit from
13          Mr. Han to Guo Mei.  It's docket
14          entry 189, pages 3 and 4.  It was on
15          the relevance grounds.
16     Q     Mr. Han, is Exhibit 30 the official
17 record of your resignation as a director of
18 Eastern Profit?
19          THE INTERPRETER:  The witness
20          wants the interpreter to retranslate
21          the question.  Interpreter will do
22          so.
23          (Interpreter complying)
24     A     Yes.
25          MS. DONNELLI:  Do we want to

Page 107

HAN CHUNGUANG

1
2 take a break?
3          MR. CHUFF:  If it's okay with
4 you, yes.
5          MS. DONNELLI:  Let's take a
6 break at the witness' request for,
7 say, 10 minutes.
8          (At this time, a brief recess
9          was taken.)
10 CONTINUED EXAMINATION
11 BY MS. DONNELLI:
12     Q     We're back on the record.
13          MR. CHUFF:  We've gone another
14          hour and still haven't hit the topics
15          that the court Mr. Han to testify to.
16          We're reserving the right to seek
17          fees for this waste of time.
18     Q     I'm going to hand you, Mr. Han, a
19 piece of paper.  I have written three lines, and
20 I've asked for you to write your name, hand write
21 your name on those three lines.
22          I'm going to hand you a document that
23 we're going to mark.  By the way, that is
24 Exhibit 31, this piece of paper.  The three places
25 that the witness has written his name is 31.

Page 108

HAN CHUNGUANG

1
2          (Defendant's Exhibit 31, a
3     piece of yellow paper containing the
4     witness' name handwritten three times
5     marked for Identification as of this
6     date.)
7          MR. CHUFF:  Will that be going
8 to the reporter?
9          MS. DONNELLI:  Yes.  The
10 reporter is going to keep the
11 exhibits.
12          We're going to mark as
13 Exhibit 32 a document.  It already
14 has an exhibit label as Guo.
15          (Defendant's Exhibit 32, a
16     two-page document titled Limited
17     Power of Attorney Bates stamped
18     EASTERN-000276 and 277 marked for
19     Identification as of this date.)
20     Q     What is the title of this document,
21 Mr. Han?
22     A     Can you translate it for me.
23          MS. DONNELLI:  Can you translate
24          the title of the document for him?
25     A     I understand.

Page 109

28 (Pages 106 to 109)

HAN CHUNGUANG

1
2      Q      All right.  The second page, is that
3   your handwritten name above the words Chunguang
4   Han?
5      A      Yes.
6      Q      Did you place your handwritten
7   signature there?
8      A      Yes.
9      Q      Was this on behalf of Eastern Profit?
10     A      Yes.
11     Q      What was the purpose of this
12  document?
13     A      This was a Power of Attorney that I
14  gave Yvette the authority to handle the
15  investigation company's matter.
16     Q      When did you sign this?
17     A      Last year, 2018.
18     Q      Who asked you to sign this on behalf
19  of Eastern Profit?
20     A      I don't understand your question.
21            (The requested portion of the
22            record was read back by the
23            reporter.)
24            MR. CHUFF:  Objection.  Assumes
25  facts.

Page 110

HAN CHUNGUANG

1
2      A      Yvette told me at the time we were
3   lied to, we were deceased, and we might have to
4   file a lawsuit against the other parties.
5            One day last year Yvette called me
6   saying that she had this document for me to sign
7   to authorize her to handle all these matters.  I
8   said okay.  And then I went to Yvette's, yes,
9   Yvette's office to sign this document.
10     Q      Where was Yvette's office located?
11            MR. CHUFF:  Objection.  Asked
12            and answered.
13     A      800 Fifth Avenue.
14     Q      So you did not prepare this document
15  yourself?
16     A      No, I did not.
17     Q      Why did Guo Mei not sign this
18  document?
19     A      Because Guo Mei gave me the
20  authorization to handle the matters, and I gave
21  the authorization to Yvette to handle the matters.
22  And Yvette would report to me.
23     Q      So we have two authorizations, one
24  from Guo Mei to you and one from you to Yvette;
25  correct?

Page 111

HAN CHUNGUANG

1
2            MR. PODHASKIE:  Objection.
3   Asked and answered.
4            THE INTERPRETER:  Interpreter
5            needs the witness to repeat one
6            portion of answer.
7            (Witness complying)
8      A      Guo Mei gave me authorization to
9   agent, and then I gave the authorization to Yvette
10  to handle the matters.
11     Q      Was Yvette an agent also?
12     A      Yes.  After I gave her the
13  authorization, she handled the matters, all the
14  matters on my behalf.
15     Q      Were the authorizations done at the
16  same time?
17            MR. CHUFF:  Objection.  Asked
18            and answered.
19     A      After June 27, 2017 when I
20  transferred my company to Guo Mei, Guo Mei
21  authorized me to be her agent.  And then not long
22  after that, I authorized Yvette to handle the
23  matter for me.
24     Q      Was the authorization from Guo Mei to
25  you put in writing?

Page 112

HAN CHUNGUANG

1
2            MR. CHUFF:  Objection.  Asked
3            and answered.
4      A      No.  Orally only.
5      Q      Was your authorization to Yvette put
6   in writing?
7      A      Here.
8      Q      I'm sorry.  It's Exhibit 32?
9      A      Yes.
10     Q      At the time that you signed
11  Exhibit 32, you were no longer a director of
12  Eastern Profit; correct?
13            MR. CHUFF:  Objection.  Asked
14            and answered.
15     A      That's correct.
16     Q      As a director of Eastern Profit, you
17  never allowed it to enter into a transaction
18  without signing a contract; correct?
19     A      I don't understand your question.
20     Q      When you were a director of Eastern
21  Profit, did it enter into any transaction without
22  signing a written document?
23            MR. CHUFF:  Objection.  Form.
24     A      I don't understand your question.
25  What do you mean by transaction without contract.

Page 113

29 (Pages 110 to 113)

HAN CHUNGUANG
1
2        Q    Mr. Han, you wouldn't enter into a
3   transaction for Eastern Profit without a contract;
4   true?
5        A    In general, yes.
6        Q    So why didn't you require Guo Mei to
7   put her authorization to you in writing?
8             MR. CHUFF:  Objection.
9        Misleading.  Irrelevant.
10       A    No.  It was not necessary.  I had
11  known her for a long time.  I built enough trust
12  to trust in her over this.
13       Q    When Yvette asked you to sign
14  Exhibit 32, did you say:  Wait a second.  I can't
15  sign this.  I'm no longer a director of Eastern
16  Profit?
17            MR. CHUFF:  Objection.
18       Misleading.  He's already testified a
19       number of times that he's an agent.
20            MS. DONNELLI:  Please stop
21       testifying for the witness.
22            MR. CHUFF:  Stop trying to
23       confuse the witness.
24            MS. DONNELLI:  Please stop
25       testifying for the witness.

Page 114

HAN CHUNGUANG
1
2        Misleading.  Attempting to confuse
3        the witness.
4        A    No.  I signed the document because I
5   was an agent for Eastern Profit.
6        Q    Explain to me why Guo Mei took your
7   role as director of Eastern Profit.  Why did she
8   not coordinate directly with Yvette and leave you
9   out of this document 32?
10       A    I don't know why she didn't do that.
11  However, I was an agent of the company.  And over
12  this matter, Yvette and I initiated the project.
13            When the project became problematic,
14  of course I will continue to finish it off as an
15  agent of the company.
16       Q    What is the difference, Mr. Han,
17  between an agent and a director of Eastern Profit?
18            MR. CHUFF:  Objection.  Calls
19       for a legal conclusion.
20       A    The director is Guo Mei, and Guo Mei
21  tells me it's her agent.  I can handle matters for
22  her on her behalf.
23       Q    But you weren't handling matters for
24  her, you were delegating to Yvette; isn't that
25  true?

Page 116

HAN CHUNGUANG
1
2            MR. CHUFF:  He testified five
3       times now that he's an agent.
4            MS. DONNELLI:  You're
5       discontinuing it on.
6            MR. CHUFF:  I'm continuing it
7       on?
8            MS. DONNELLI:  Yes.
9            MR. CHUFF:  Someone is.
10            MS. DONNELLI:  Testifying for
11       the witness is unacceptable, and
12       we'll bring that up later.
13            MR. CHUFF:  Merely repeating the
14       answer that he's given times now.
15       A    My attorney say I didn't have to
16  answer this question.
17       Q    Not true.
18            MR. CHUFF:  When she fixes the
19       question, you can answer it.
20            MS. DONNELLI:  Will you please
21       read the question back.
22            (The requested portion of the
23       record was read back by the
24       reporter.)
25            MR. CHUFF:  Objection.

Page 115

HAN CHUNGUANG
1
2            MR. CHUFF:  Objection.
3       Mischaracterizes the testimony.
4       Argumentative.
5       A    That's correct.  I ask Yvette to help
6   me because Yvette and I had the same goal, that we
7   were against Chinese communist parties.  And when
8   Yvette told me there was this wonderful company
9   who could expose the Chinese government's
10  corruption, I felt this was a good opportunity,
11  because my company was freezed and my family were
12  persecuted.
13            I also was angry over this.  And I
14  was interested in doing so.  I asked Yvette to
15  help me out over this matter.
16       Q    Isn't it true that Yvette had skills
17  that you didn't have and would, therefore, be a
18  benefit to Eastern Profit?
19            MR. CHUFF:  Objection to form.
20       A    What you have just said is not
21  completely right.  It happened that Yvette at that
22  time had this wonderful source which was the
23  investigation company.  And when she brought it up
24  to me, I thought this was a wonderful opportunity
25  to do so.  That was why I asked her for her help.

Page 117

30 (Pages 114 to 117)

HAN CHUNGUANG
1
2       Q     The help that you asked her for was
3   Exhibit 32; correct?
4       A     Yes.  And it started from the moment
5   she mentioned that she had found this
6   investigation company.  I authorized her to deal
7   with the investigation company and all other
8   related issues.
9             (Defendant's Exhibit 33, a
10            document titled Substitution of
11            Counsel consisting of two pages
12            marked for Identification as of this
13            date.)
14      Q     I'm going to hand you what we marked
15  as Exhibit 33.  Is that your handwriting signature
16  above the typewritten words of your name?
17      A     Can you tell me what this is?
18      Q     Answer the question first, and then
19  I'm happy to.
20      A     Before you tell me what this document
21  is, I cannot tell whether this is my signature.
22      Q     Are you, Mr. Han, saying you cannot
23  recognize your signature, whether it appears on
24  this document?
25            MR. CHUFF:  Objection.

Page 118

HAN CHUNGUANG
1
2   Argumentative.  This was an English
3   speaking witness.  They would be able
4   to read the document.  You should
5   tell them what they're looking at.
6             MS. DONNELLI:  He can answer the
7   question.
8       A     It doesn't look like my signature.
9             MR. CHUFF:  Are you going to
10  tell him what you were looking at?
11  You said you would after he answered
12  the question.
13            MS. DONNELLI:  We're moving on.
14            MR. CHUFF:  Okay.
15            MS. DONNELLI:  We're going to
16  look at what we have marked as
17  Exhibit 34.
18            (Defendant's Exhibit 34, a
19            document titled Research Agreement
20            dated December 29, 2017 Bates stamped
21            EASTERN-000005 to 000009 marked for
22            Identification as of this date.)
23      Q     I would ask for you to turn to the
24  last page of this document.
25            On the bottom right-hand side, is

Page 119

HAN CHUNGUANG
1
2   that your signature?
3             MR. CHUFF:  Objection.  I would
4   ask the translator to read the title
5   of the document to the witness.
6             MS. DONNELLI:  I would ask the
7   witness if this is the handwritten
8   form of his signature on the last
9   page of Exhibit 34.
10            MR. CHUFF:  You're not providing
11  translated copies of the document.  I
12  would ask the translator to read the
13  title.
14            MS. DONNELLI:  I'm instructing
15  you not to.  The witness can be asked
16  questions after I'm done.
17            At least for my question,
18  Exhibit 34, is that the handwritten
19  form of the witness' signature on the
20  last page?
21            MS. DONNELLI:  Miss translator,
22  please just listen to my instruction
23  as the attorney taking the
24  deposition.
25            MR. CHUFF:  You have to

Page 120

HAN CHUNGUANG
1
2   translate the objection too.  That's
3   ridiculous.
4             THE INTERPRETER:  The
5   interpreter has translated the
6   question three times per instruction
7   of the questioning witness.
8             MS. DONNELLI:  Can you read the
9   most recent question that I've asked?
10            THE INTERPRETER:  The signature?
11            MS. DONNELLI:  We'll start it
12  like this.
13      Q     The last page of Exhibit 34, is that
14  the handwritten form of your name?
15            MR. CHUFF:  I instruct the
16  witness to ask what document it is
17  that he's looking at.
18            MS. DONNELLI:  You can instruct
19  the witness, which is improper.  The
20  witness can answer the question, and
21  you can ask your witness questions
22  after I'm done.
23            MR. CHUFF:  You are being
24  completely unfair to the witness.  He
25  cannot read what document.

Page 121

31 (Pages 118 to 121)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

MS. DONNELLI:  How do you know
what he can and can't do?  That in
itself is an interesting question.
But the one that matters for now is
the last one I asked.
Can you repeat that to the
witness?
THE INTERPRETER:  (Complying)
MR. CHUFF:  I instruct the
witness not to answer it until
counsel tells him what he's looking
at.
MS. DONNELLI:  The witness is
going to heed your instruction?
A   Yes, I will listen to my attorney.
MS. DONNELLI:  So that we have a
clear record, the witness on
instruction of his counsel is
refusing to answer the question
whether his signature appears in
handwritten form on the last page of
Exhibit 34.
MR. CHUFF:  Because defendant's
counsel refuses to identify the

Page 122

HAN CHUNGUANG

document?
MR. CHUFF:  Objection.
Mischaracterizes the testimony.
A   Since you show me an English
document, which I cannot read, and then you ask me
whether my signature is on it, I think it is
normal in nature for me to ask what this document
is before I answer your question.  I have right to
know what this document, English document, is.
Q   Is today the first day you've seen
Exhibit 34?
A   Yes.
MS. DONNELLI:  We may come back
to Exhibit 34 in a moment.  For now I
will mark Exhibit 35.
(Defendant's Exhibit 35, a
document titled Loan Agreement Bates
stamped EASTERN-000278 to 280 marked
for Identification as of this date.)
Q   If we turn to the last page of
Exhibit 35.
A   Yes.  I'm looking at it.
Q   Thank you.  Do you see two
handwritten signatures on the last page of

Page 124

HAN CHUNGUANG

document for a non English-speaking
witness.
Q   I'm going to hand you Exhibit 31,
Mr. Han.  Do you need me to tell you what that
document is before you can recognize whether it's
the handwritten form of your signature?
A   Can you ask the interpreter to tell
me what this document is.
Q   Can you answer the question about
Exhibit 31, please?
A   Yes.  So what is your question
related to this document?
Q   Do you need me to tell you what
Exhibit 31 is before you can tell me if that's the
handwritten form of your name?
A   No, I don't.
MS. DONNELLI:  I would like to
look back at Exhibit 34.  So that I
have a clear understanding, is the
witness' testimony that the witness
cannot identify whether it is the
handwritten form of his name on
Exhibit 34, last page, unless I tell
him what the title is of the

Page 123

HAN CHUNGUANG

Exhibit 35?
A   Yes.
Q   Is one of them the handwritten form
of your name?
MR. CHUFF:  Same objection.
A   The one above is.
Q   Is that signature to the right of the
typewritten form of your name?
A   Yes.
Q   Did you place your signature on this
Exhibit 35?
MR. CHUFF:  Objection.  How can
he answer the question without
knowing what it is?
Q   Have you ever seen Exhibit 35 until
today?
MR. CHUFF:  Same objection.
A   Can I ask my interpreter what the
title of this document is?
Q   No.  Please answer the question
whether or not you have seen this two and a half
page document labeled Exhibit 35 before today.
MR. CHUFF:  Same objection.
A   Based upon my recollection, this was

Page 125

32 (Pages 122 to 125)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG
2  the loan agreement between William and I.
3      Q    Did Mr. Han, you place your signature
4  and handwriting on page 3 of this Exhibit 35.
5      A    Yes.
6      Q    When did you do that?
7      A    In 2018.  No.  I think at end of
8  2017.
9      Q    Which is your answer?
10         MR. CHUFF:  Objection.
11     A    What?
12     Q    Which is your answer?
13         MR. PODHASKIE:  Only if you
14         know.  Don't speculate.
15     A    The end of 2017.
16     Q    You said that William G's signature
17  is below yours?
18         MR. CHUFF:  Objection.
19         Mischaracterizes the testimony.
20     A    I don't understand your question.
21     Q    Does the signature of William G.
22  appear below your signature on Exhibit 35, page 3?
23     A    My signature is above his.
24     Q    When you placed your signature on
25  Exhibit 35, was Mr. G's signature already there or

Page 126

HAN CHUNGUANG
2  not?
3         MR. CHUFF:  I'm sorry.  Go
4         ahead.
5      A    Both of us were in a hotel lobby when
6  I asked him for loan to pay for the investigation
7  company.  At the time I signed first, and then he
8  signed.
9      Q    So you both signed it the same day;
10  is that your testimony?
11     A    William and I signed on the same day.
12     Q    What was the name of the hotel?
13     A    Palace.  That's right.
14     Q    Was it here in New York City?
15     A    Yes.
16     Q    Does William G. live in New York
17  City?
18         MR. CHUFF:  Objection.  Beyond
19         the scope of the deposition.
20     A    I don't know.  I had no idea where he
21  lived.
22     Q    Was Exhibit 35 the first time you had
23  met William G. in person?
24     A    No.  I had met him before this.
25     Q    On what occasion?

Page 127

HAN CHUNGUANG
2      A    In business meetings in Hong Kong I
3  met William, as a result of which we became good
4  friends.
5      Q    Was the meeting in Hong Kong about
6  Eastern Profit business?
7      A    No.
8      Q    Who does Mr. G work for?
9         MR. CHUFF:  Objection.  The
10         court already ruled that you cannot
11         ask about ACA's financial
12         information.
13         MS. DONNELLI:  Counsel, I think
14         you just hinted something to the
15         witness that was improper.  So why
16         don't you just object to form.
17         MR. WHO:
18         MR. PODHASKIE:  This whole thing
19         is improper.
20         MR. CHUFF:  No.  I'm instructing
21         him not to answer because it's beyond
22         the scope of what the court ordered.
23         MS. DONNELI:  Then that is
24         probably better than instructing the
25         witness how to answer.

Page 128

HAN CHUNGUANG
2         MR. CHUFF:  I did not --
3         MS. DONNELLI:  An Object.
4         MR. CHUFF:  If you would have
5         let me finish, I would have gotten
6         there.
7         MS. DONNELLI:  I don't know how
8         more information you might have
9         revealed.
10         Can you repeat the question.
11         (The requested portion of the
12         record was read back by the
13         reporter.)
14     A    I don't want to answer this question
15  because this has nothing to do with this case.
16     Q    When you signed this Exhibit 35, what
17  gave you reason to believe that William G. had
18  money to loan to Eastern Profit?
19     A    Because at the time I called him, I
20  said I had a project that would need $1 million.
21  I asked him if he could lend me the money.  He
22  thought about it and he said okay, because at the
23  time we were good friends.
24     Q    You testified that you asked Mr. G to
25  lend you the money.  Do you mean you, Mr. Han,

Page 129

33 (Pages 126 to 129)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1
2   personally or something else?
3       A    On behalf of Eastern Profit.
4       Q    We see from the first page of
5   Exhibit 35 that it's dated December 29, 2017.
6           Do you see that on the first line?
7           MR. CHUFF:  Objection.
8       A    Yes.
9       Q    By December, 2017, you hadn't been a
10  director of Eastern Profit for several months;
11  correct?
12      A    Yes, that's correct.
13      Q    So why did you believe you were in a
14  position to ask to borrow money for Eastern Profit
15  at that time?
16          MR. CHUFF:  Objection.  Asked
17          and answered.
18          MS. DONNELLI:  Counsel, we
19          haven't even gotten into this
20          document.  How it could be asked and
21          answered, I believe it couldn't have
22          been.
23          MR. CHUFF:  He testified to
24          his --
25          MS. DONNELLI:  Please stop

Page 130

HAN CHUNGUANG

1
2   testifying for the witness.
3           MR. CHUFF:  You're trying to
4   confuse the witness.  He testified to
5   his authority earlier.  That's all I
6   will say.
7           MS. DONNELLI:  Oh, because
8   you've answered the question for him,
9   so you can just stop; is that it?
10  Please stop instructing this witness
11  how to answer.
12          MR. CHUFF:  You need to stop
13  trying to confusion the witness.
14          MS. DONNELLI:  Can you read the
15  question back, please.
16          (The requested portion of the
17          record was read back by the
18          reporter.)
19      A    Yes.  As I have previously testified
20  numerous times, Guo Mei authorized me as her agent
21  to handle matters on behalf of Eastern Profit.
22      Q    How did you know that Eastern Profit
23  needed to borrow money as this Exhibit 35 shows?
24      A    Because Natasha at the time told me
25  the company assets were frozen.  And at the time

Page 131

HAN CHUNGUANG

1
2   the payment was going to come from the company
3   itself since the asset was freezed.  I instead
4   borrowed money from him.
5       Q    I thought you testified that Natasha
6   stopped working for Eastern Profit in 2016, two
7   years after you became director.
8           MR. CHUFF:  Objection.
9           Mischaracterizes the testimony.
10      A    Who are you talking about?
11      Q    The person who the witness, Mr. Han,
12  talked about.  Mr. Han, I believe you testified
13  that Natasha worked for Eastern Profit for two
14  years.
15          Did I remember that correctly?
16      A    I think you misunderstood my answer.
17  Previously when I say that she had worked for the
18  company for two years, I thought I was trying to
19  tell you she worked for a company during the two
20  years I was the director.
21          But after that, she still helped out
22  with the company's affairs.
23      Q    Mr. Han, weren't you a director of
24  Eastern Profit for three years, not two?
25      A    I don't remember exactly how long.

Page 132

HAN CHUNGUANG

1
2   It was more than two years.
3       Q    I thought you also testified,
4   Mr. Han, that Natasha was a person who was taken
5   by the Chinese communist party?
6       A    Yes.
7       Q    So how was Natasha able to inform you
8   in December of 2017 that Eastern Profit needed to
9   borrow money?
10      A    I don't think she was taken away in
11  2017.  I think she was taken by the police last
12  year in 2018.
13      Q    How many times did you meet with
14  Mr. G in person about this loan agreement?
15      A    I think two or three times.
16      Q    Was that before or after the meeting
17  in the hotel lobby?
18      A    I think before.
19      Q    Mr. G brought this loan agreement
20  with him to meet you in the hotel lobby; correct?
21      A    Before this, we talked about a loan
22  over the phone, and then William drafted the
23  document.  At the end, he brought it to the hotel
24  lobby, to which both of us signed.
25      Q    You were the one then who negotiated

Page 133

34 (Pages 130 to 133)

Atkinson-Baker, Inc.
www.depo.com

HAN CHUNGUANG

1
2  the terms of the loan on behalf of Eastern Profit;
3  correct?
4          MR. CHUFF:  Objection.
5  Mischaracterizes the testimony.
6      A    Yes.  William and I talked over the
7  phone about the interest payment of 2 percent and
8  about a half year and stuff like that.
9      Q    How about the amount of the loan, did
10  you negotiate that?
11     A    A million dollars.
12          THE INTERPRETER:  Interpreter
13  need to clear it with the witness.
14     A    Yes, U.S.D.
15     Q    When Mr. G handed you this document,
16  did you say to him wait, I can't sign this because
17  I'm no longer a director of Eastern Profit?
18          MR. CHUFF:  Objection.
19  Misleading.
20     A    No, I did not.
21     Q    Did you keep a copy of this loan
22  agreement after you signed it that day in the
23  hotel lobby with Mr. G?
24     A    No.
25     Q    Why not?

Page 134

HAN CHUNGUANG

1
2      A    There was no reason why.
3      Q    Mr. Han, you signed this document on
4  behalf of Eastern Profit; correct?
5      A    Yes.
6      Q    Was any other representative of
7  Eastern Profit with you at the meeting in the
8  hotel lobby where you signed this loan agreement?
9      A    No.
10     Q    Did you have any certainty that
11  Eastern Profit, for which you've testified you
12  were an agent, was going to even get a copy of
13  this loan agreement if you didn't leave that
14  meeting with a copy of it?
15          MR. CHUFF:  Objection to form.
16     A    After the assets of Eastern Profit
17  was freezed, this was the only one loan I made was
18  such a huge amount.  Of course I remembered.  Once
19  the asset is un-freezed, I would tell the fiscal
20  about it.  He had money, the one handle the money.
21     Q    What does the term fiscal mean in
22  relation to Eastern Profit?
23     A    What I mean is that the time I
24  borrowed this money on behalf of the company, of
25  course eventually the loan has to be paid.  And I

Page 135

HAN CHUNGUANG

1
2  would tell the fiscal department about this loan.
3      Q    The fiscal department at Eastern
4  Profit or somewhere else?
5      A    Of course Eastern Profit.
6      Q    Did you explore what the terms would
7  be for Eastern Profit if it borrowed the money
8  from someone other than Mr. G?
9      A    No.
10     Q    Why not?
11     A    There was no reason why.  Besides, if
12  you look at these tons, they were acquired no more
13  in terms of Hong Kong needs market.  As a matter
14  of fact, if you compare the terms to other loans,
15  they were quite reasonable.
16     Q    But Mr. Han, did you compare the
17  terms of any other possible loan before signing
18  this document?
19     A    No.
20     Q    Is it your testimony that you and
21  Mr. G placed your respective signatures on this
22  document on December 29, 2017?
23          MR. CHUFF:  Objection.  Asked
24  and answered.
25     A    Yes.

Page 136

HAN CHUNGUANG

1
2      Q    When you met with Mr. G to sign this
3  loan agreement, did you have anything to eat or
4  drink with him?
5      A    No.
6          MR. CHUFF:  Counsel, whenever
7  you get to a natural spot, can we
8  take a 5 or 10-minute break.
9          MS. DONNELLI:  Okay.
10          MR. CHUFF:  It doesn't have to
11  be right now.  Just whenever you get
12  there.
13          MS. DONNELLI:  Thank you.
14     Q    What is the status of this loan as we
15  sit here today?
16     A    The money is still owed.
17     Q    Has Eastern Profit made any payment
18  on this loan?
19     A    No, because the asset continues being
20  freezed.
21          MS. DONNELLI:  The witness'
22  counsel has asked for break.  We'll
23  take a short 10-minute break.
24          (At this time, a brief recess
25  was taken.)

Page 137

35 (Pages 134 to 137)

Han Chunguang
November 11, 2019

HAN CHUNGUANG

1  CONTINUED EXAMINATION
2  BY MS. DONNELLI:
3      Q    We are back after a short break.
4          Mr. Han, I would ask you to look at
5  Exhibit 34.  This is a document entitled Research
6  Agreement.
7          Would you agree that this is the
8  research agreement for the investigative project
9  that you testified about today?
10         MR. CHUFF:  Objection.
11         MR. PODHASKIE:  Objection.
12  Foundation.
13     A    I have never seen this document
14  before.
15     Q    Could you turn to the last page of
16  the document.  Is that the handwritten form of
17  your name on the last page at the bottom?
18     A    Can the interpreter tell me again
19  what this is.
20     Q    The name of the document, sure.
21         THE INTERPRETER:  (Interpreter
22  complying)
23     A    This is not my signature.
24     Q    But does it reflect your name?

Page 138

HAN CHUNGUANG

1      A    Where?
2      Q    On the last page of the document.
3          MR. CHUFF:  Can I direct him?
4      Q    Can you point it out to me?
5      Q    I don't need to point it out.  If the
6  witness does not recognize the handwritten form of
7  his name, then that's the answer that I'll take.
8      A    This was not my signature.  This is
9  not my signature.  I did not see my name.  I don't
10  see my name on it.
11     Q    Now Mr. Han, you testified that you
12  were good friends with William G.  Did I recall
13  that correctly?
14     A    Yes.
15     Q    You have had positive interactions
16  with Mr. G over the years?
17     A    Yes.
18     Q    You met Mr. G in Hong Kong on
19  business at least one time.
20     A    I would say more like business
21  activities or events.
22     Q    But you've been able to have a good
23  interaction with Mr. G in those events; true?
24         MR. CHUFF:  Objection.  Form.

Page 139

HAN CHUNGUANG

1      A    Yes.
2      Q    Then why don't you just work out the
3  Eastern Profit loan with Mr. G rather than having
4  Yvette do that job as you asked her to do in the
5  lobby of her building?
6          MR. CHUFF:  Objection.
7  Mischaracterizes testimony.
8      A    I don't understand your question.
9  Which lobby of the building, and what did I tell
10  Yvette?
11     Q    Has Mr. G attempted to collect the
12  loan back from Eastern Profit?
13     A    Yes.
14     Q    How has he done that?
15     A    He called and he said so in
16  face-to-face meeting.
17     Q    Was Yvette at that meeting?
18     A    No.
19     Q    What did Mr. G say to you?
20     A    William called me over the phone and
21  said that it was time to pay back the loan,
22  including accrued interest.
23     Q    What did you do with that
24  information?

Page 140

HAN CHUNGUANG

1      A    When he told me that, I say to him we
2  got into some trouble.  We encountered some liars.
3  People were trying to scam us.  I definitely tell
4  him that we needed more time to pay back the loan.
5      Q    Was Eastern Profit a client of ACA?
6      A    I don't think you can say that.
7      Q    Meaning that it's not true?
8          MR. CHUFF:  Objection.  Beyond
9  the scope.
10     A    Let me put it this way.  What you
11  have just said can be true.  The fact is that I
12  borrowed the money from William.  As far as what
13  company William took the money out to lend me, it
14  was his business.
15     Q    Does William --
16     A    He could be getting the money from
17  ACA or somewhere else, that I had no control over,
18  but the fact was that I borrowed the money from
19  William.
20     Q    So in your mind, Eastern Profit was
21  borrowing $1 million from William G?
22         MR. CHUFF:  Objection.  Form.
23     A    I borrowed money from him.  Of course
24  he issued the money to me from one of his

Page 141

36 (Pages 138 to 141)

HAN CHUNGUANG

1        HAN CHUNGUANG
2   Yvette told you that you needed to get money and
3   when you actually got the money from William G?
4      A   Several days.
5      Q   Was it less than a month?
6         MR. CHUFF:  Objection.  Asked
7   and answered.
8      A   Again, I don't remember, but I think
9   it was a month, several days later.
10      Q   What collateral did Eastern Profit
11   give for the loan?
12         MR. PODHASKIE:  Objection.
13         MR. CHUFF:  Objection.  Assumes
14   facts.
15      A   When you say collateral, what do you
16   mean?
17      Q   Security for the repayment of the
18   loan.
19      A   Number 1, the guarantee was that when
20   the assets company was un-freezed as a result of
21   the investigation, I will return him the money and
22   pay him back the loan.
23         Secondly, we were good friends.  We
24   had enough trust.
25      Q   If you had enough trust, why isn't

Page 146

HAN CHUNGUANG

1        HAN CHUNGUANG
2   Yvette dealing with William G now instead of you?
3         MR. CHUFF:  Objection.  Form.
4      A   There was no why.  I give Yvette the
5   full authority to take care of this matter, and
6   she took care of this matter for me.  That was it.
7      Q   Do you know the individual name Je
8   Kin Ming?  J-E  K-I-N  M-I-N-G.
9      A   No.
10      Q   Do you ever exchange E-mails with
11   William G?
12      A   No.
13      Q   You've never received an E-mail from
14   William G?
15      A   No.
16      Q   Have you ever met Karen Maistrello?
17         MR. CHUFF:  Objection to form.
18      A   I don't have impression of her.
19      Q   You've never met Karen Maistrello?
20         MR. CHUFF:  Objection.
21         Mischaracterizes the testimony.
22      A   When you just bring this name up, I
23   don't have any impression of it.
24      Q   What about if the first name is
25   Karen?

Page 147

HAN CHUNGUANG

1        HAN CHUNGUANG
2      A   No.
3      Q   Do you know who Lianchao Han is?
4   L-I-A-N-C-H-A-O H-A-N.
5      A   Can you just repeat it again.
6      Q   Lianchao Han.
7      A   The way you read it, I don't think
8   so.  You're not telling me.  I don't know this
9   person the way you read it.  The way you spell it,
10   L-I-A-N-C-H-A-O.  Lianchao, I don't know this
11   person.
12      Q   Do you know someone with a name
13   similar to that?
14         MR. CHUFF:  Objection to form.
15      A   Again, I don't have any impression of
16   this name.
17      Q   This morning I introduced you to
18   French Wallop who is sitting to my left.
19      A   Mm-hmm.
20      Q   Have you ever seen Miss Wallop before
21   today?
22      A   No.  I don't have a memory of it.
23      Q   Did you ever prepare a meal for
24   Miss Wallop and in Mr. Guo's apartment?
25         MR. PODHASKIE:  Objection.  I

Page 148

HAN CHUNGUANG

1        HAN CHUNGUANG
2   don't understand scope.
3      A   Why would I prepare a meal for her,
4   especially I am not even a chef.
5      Q   So it's a yes or no question.  Please
6   answer it.
7      A   No.
8         MR. CHUFF:  Objection.
9      Q   I introduced you this morning to
10   Mr. Michael Waller, who is sitting to the left of
11   me.
12         Mr. Waller, have you ever seen
13   Mr. Waller before today?
14      A   Again, I don't have any impression of
15   him.
16      Q   Were you present when the terms of
17   the investigation contract between Eastern Profit
18   and the investigation company were negotiated?
19         MR. PODHASKIE:  Objection.
20         Asked and answered.
21      A   No.
22      Q   Did you have any role in the
23   negotiation of the contract between Eastern Profit
24   and the investigative company?
25         MR. CHUFF:  Same objection.

Page 149

38 (Pages 146 to 149)

Atkinson-Baker, Inc.
www.depo.com

```
1
2          A C K N O W L E D G M E N T
3
4   STATE OF NEW YORK      )
5                   ss:
6   COUNTY OF _____ )
7
8       I, Han Chunguang, hereby certify that I
9   have read the transcript of my testimony taken
10  under oath in my deposition of November 11, 2019;
11  that the transcript is a true and complete record
12  of my testimony, and that the answers on the
13  record as given by me are true and correct.
14
15
16      _____
17           HAN CHUNGUANG
18
19
20  Subscribed and sworn to before me
21  This      day of          2019
22  _____
23      (NOTARY PUBLIC)
24
25
                                    Page 158
```

```
2
3          C E R T I F I C A T E
4
5       I, Terri Fudens, a stenotype reporter
6   and Notary Public within and for the State of New
7   York, do hereby certify:
8           That the witness whose testimony is
9   hereinbefore set forth was duly sworn by me and
10  that such testimony is a true record of the
11  testimony given by such witness.
12          I further certify that I am not related
13  to any of the parties by blood or marriage, and
14  that I am in no way interested in the outcome of
15  this matter.
16          IN WITNESS WHEREOF, I have hereunto set
17  my hand.
18  Signature Requested
19
20
21      _____
22           Terri Fudens
23
24
25
                                    Page 159
```

41 (Pages 158 to 159)

Han Chunguang
November 11, 2019