# Exhibit L1

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1

 2          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3  -----------------------------------------X

 4  EASTERN PROFIT CORPORATION LIMITED,

 5       Plaintiff/Counterclaim Defendant,

 6             -against-                  Case No.
                                          18-cv-2185 (JGK)
 7  STRATEGIC VISION US, LLC,

 8       Defendants/Counterclaim Plaintiff,

 9             -against-

10  GUO WENGUI a/k/a MILES KWOK,

11                  Counterclaim Defendant.

12  -----------------------------------------X

13

14

15            VIDEOTAPED DEPOSITION OF

16                  YVETTE WANG

17             New York, New York

18             October 30, 2019

19

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    Www.depo.com
23
    REPORTED BY:   TERRI FUDENS
24
    FILE NO:   ADOABD6A
25
```

YVETTE WANG

2  A   Just my lawyer, I believe.
3  Q   So only with Miss Cline?
4  A   Yes.
5  Q   Now did you speak with any nonlawyers
6  in preparation for your testimony today?
7  A   For today?
8  Q   Mm-hmm.
9  A   No, I didn't.
10 Q   Did you speak with any representative
11 of Eastern Profit other than Miss Cline in
12 preparation for your deposition today?
13      MS. CLINE:  Objection to form.
14 A   I briefly ask some question.
15 Q   Okay.  Of whom?
16 A   The director and a representative of
17 Eastern Profit.
18 Q   Okay.  Are those two different people
19 or the same person?
20 A   Two different people.
21 Q   Who is the director of Eastern Profit
22 that you spoke with?
23 A   Mei Guo.  M-E-I G-U-O.
24 Q   Okay.  And who is the representative
25 that you spoke with?

Page 22

YVETTE WANG

2  A   Mr. Han, H-A-N.
3  Q   Is this Mr. Han Chunguang.
4  A   Correct.
5  Q   C-H-U-N-G-U-A-N-G; right?
6  A   C-H-U-N-G-U-A-N-G, yes.
7  Q   Does he sometimes go by Hank Han?
8  A   I don't know his English name.
9  You're talking about his English name?
10 Q   Yes.  You never heard him called Hank
11 before?
12 A   I don't know that name.
13 Q   When did you speak with Mei Guo?
14 A   I don't remember clearly.  Like a
15 couple of month ago.
16 Q   Was it in preparation for this
17 deposition?
18 A   I believe not because this deposition
19 was just ordered like a couple of days ago.  How I
20 can prepare this deposition, it involves like a
21 couple of month.
22 Q   What did you speak with Mei Guo
23 about?
24 A   I don't remember clearly.
25 Q   Who is she?

Page 23

YVETTE WANG

2  A   A business woman.
3  Q   She's Guo Wengui's daughter; correct?
4  A   Correct.
5  Q   And she is the sole director of
6  Eastern Profit; is that correct?
7  A   Correct.
8  Q   Why did you -- well, let me ask you
9  this.
10     Did you speak to her in person or
11 over the phone?
12 A   I don't remember clearly.  Should be
13 like in person, yeah.
14 Q   And is it your testimony that you do
15 not remember what you spoke to her about?
16 A   Is there any problem?  Like a couple
17 of months ago if you ask me specific question, I
18 may be able to recall my memory about that
19 conversation because we met and we talk a lot.  I
20 don't know which is the answer you ask.
21 Q   Okay.  So it was a long conversation
22 with Mei Guo?
23     MS. CLINE:  Objection to form.
24 A   I don't remember.
25 Q   I'm trying to understand, you said

Page 24

YVETTE WANG

2  you met and you talked a lot.  What did you talk
3  about?
4  A   I don't understand your question.
5  Q   Did you talk a lot with Mei Guo when
6  you spoke with her a few months ago?
7  A   I don't understand your question.
8  Q   Where were you when you spoke with
9  Mei Guo in person a couple of months ago?
10 A   In New York.
11 Q   Where in New York?
12 A   A restaurant.
13 Q   Okay.  Who else was with you?
14 A   Just myself and her.
15 Q   Had you met her before?
16 A   Yes.
17 Q   Was this a social meeting or a
18 business meeting?
19     MS. CLINE:  Objection to form.
20 A   What is your definition?  What is
21 social meeting?  What is business meeting?
22 Q   What was the purpose of your meeting?
23 A   I don't understand your question.
24 Q   Why did you meet with her?
25 A   To ask her what is about Eastern

Page 25

7 (Pages 22 to 25)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  Profit.
3      Q    Okay.  So the purpose of the meeting
4  was to ask her about Eastern Profit?
5      A    Kind of.
6      Q    Okay.  Well what was the other
7  purpose of the meeting?
8      A    Chat about the Chinese Communist
9  Party took more action mainland of China to
10 persecute my colleagues or my friends.
11     Q    Who requested the meeting?
12     A    Myself.
13     Q    Why did you want to talk to her about
14 the persecution of your colleagues on the
15 mainland?
16     A    Chat.  Just chat.
17     Q    So during this chat, you also talked
18 to her about Eastern Profit?
19     A    Correct.
20     Q    But at that time, as you said
21 earlier, you did not know that this continuation
22 deposition would be ordered?
23     A    What's your question?
24     Q    But at that time, as you testified
25 earlier, you did not know that the continue

Page 26

YVETTE WANG

1
2  deposition would be ordered; did you?
3          MS. CLINE:  Objection to form.
4      A    Should I know by then what will
5  happen after like a couple of month?  Fair; right?
6      Q    Right.  So the answer is no?
7      A    Correct.
8      Q    So why did you want to talk to her
9  about Eastern Profit during this restaurant
10 meeting?
11     A    Because Eastern Profit signed a
12 Limited Power of Attorney authorize Golden Spring
13 to handle this case.
14     Q    So were you reporting on the progress
15 of the case?
16     A    What do you mean report?
17     Q    Tell.  Were you telling her about the
18 progress of the case?
19     A    I told her.
20     Q    Okay.  And what did you tell her?
21     A    I told her Eastern Profit was
22 cheated.  And Eastern Profit right now is in a
23 lawsuit.  I probably need to know more, know more
24 about Eastern Profit so I can help to deal with
25 this litigation.

Page 27

YVETTE WANG

1
2      Q    What was her response?
3      A    She was upset and she said she didn't
4  know anything about this.  And she ask me to
5  handle everything.
6      Q    Okay.  How did you respond to her
7  request?
8      A    I said -- I don't remember the clear
9  precise quote, but I told her okay.  I have been
10 already dealing with this group of liars, and this
11 case, I will handle this for you.  You don't need
12 to worry because you don't know anything about
13 this at all.
14     Q    How did you know that she didn't know
15 anything about this at all?
16     A    I don't understand your question.
17     Q    How did you know that Guo Mei did not
18 know anything about this at all?
19     A    Oh.  That is my guess because I ask
20 her:  Did you hear or heard about these two liars,
21 French Wallop and Michael Waller?  She said I
22 don't know.
23     Q    Was this after Strategic Vision had
24 filed its counterclaim in this case?
25     A    When did you file counterclaim?

Page 28

YVETTE WANG

1
2      Q    July 23rd.
3      A    Which year?
4      Q    2019.
5      A    Oh.  I don't remember that.  It's in
6  summer, but I don't remember which month.  It's
7  before you or after you.  I don't remember that.
8      Q    What else did you discuss about
9  Eastern Profit?
10     A    I ask like I remember the general,
11 like basic information about Eastern Profit.
12     Q    What did she tell you?
13     A    The bank.  The first thing she told
14 me Eastern Profit bank accounts was frozen in Hong
15 Kong.
16     Q    Okay.  What else?
17     A    Eastern Profit is a Hong Kong
18 company.
19     Q    I think you knew that at your first
20 deposition.  Do you remember that?
21     A    I don't remember that.
22     Q    What else did she tell you?
23     A    Before the bank accounts like was
24 frozen, Eastern -- I don't remember that clearly.
25          Kind of she told me Eastern has

Page 29

8 (Pages 26 to 29)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  office in Hong Kong.  And Eastern Profit, they
3  have assets, yeah, because I was asking her about
4  the general, like basic information about this
5  company.
6     Q    Right.
7     A    So she told me these things.
8     Q    Do you remember anything else she
9  told you?
10          MS. CLINE:  I'm just going to
11       object to the line of inquiry.  There
12       is a narrow set of topics on which we
13       agreed and the court issued an order
14       that don't include, for example,
15       whether or not Eastern Profit has any
16       independent financial identities.
17          I'm not sure why we're delving
18       into every piece of every
19       conversation she had with Guo Mei,
20       and I think we should move on and get
21       to the substance of the deposition as
22       agreed upon.
23          MR. GREIM:  It's the only
24       natural person we've heard about, so
25       we're finally getting some relevant

Page 30

YVETTE WANG

1
2  testimony.  But I think we exhausted
3  the witness on this.
4     Q    I do have a question.  Did Guo Mei
5  mention to you Han Chung Uang?
6     A    Yes.
7     Q    What did she say?
8     A    I don't remember the precise quotes
9  again.  Kind of like she told me Mr. Han, she
10  trusted her -- trusted him, and he was running
11  Eastern before.
12          And Mei Guo, she has no problem or
13  issue with him, and having him still running
14  something on behalf of Eastern Profit.
15     Q    Did she say whether he actually still
16  was running something on Eastern Profit?
17     A    Sorry.  What's your question?
18     Q    Did she say whether he actually still
19  was running something on behalf of Eastern Profit?
20     A    You mean he; right?
21     Q    Right.
22     A    You're asking what time period?
23     Q    I'm trying to understand what she
24  told you.
25     A    Of course.

Page 31

YVETTE WANG

1
2     Q    So did she tell you during this
3  discussion that Hank, as you said, or Han Chung
4  Uang, was still running Eastern Profit at that
5  time?
6     A    In my understanding, yes.
7     Q    Did she tell you what he does for
8  Eastern Profit?
9     A    Not too much, because she expressed
10  like as a normal business if the bank account was
11  frozen or is frozen, what kind of business you can
12  continue.
13          But she emphasized Mr. Han as still
14  helping her to like manage the cars and -- yeah,
15  the cars.  Basically the assets of Eastern Profit.
16     Q    Did you say cars as in automobiles?
17     A    Yeah.  Driving car.
18     Q    Well, what else did she say about
19  Mr. Han?
20     A    Still I remember back to our like CCP
21  persecution chat.  Mr. Han has his family member
22  mainland of China also.  So they are threatened
23  and even arrested, integrated by Chinese Communist
24  Party also.
25     * Q    Did you tell Mei Guo that you're

Page 32

YVETTE WANG

1
2  member of the Chinese Communist Party?
3          MS. CLINE:  Objection.  This is
4       a deposition in her corporate
5       capacity.  This is not about Miss
6       Wong personally, and we really need
7       to move on and get to the substance
8       as to our agreement and the court's
9       order.
10          MR. GREIM:  Okay.  That's the
11       last question, and we'll move on to
12       your other prep for this deposition.
13          MS. CLINE:  No.  I object to the
14       question as beyond the scope.
15          MR. GREIM:  Well, the witness
16       opened the door by talking about this
17       persecution of Mr. Han.
18          MS. CLINE:  No.  No.  No.  I
19       object.  We can call the court on
20       this one if you want to, and we can
21       make a list of everybody, and we're
22       going to call the court.
23          You're asking her about
24       questions in her personal capacity,
25       and that's not why she's here.

Page 33

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2      MR. GREIM:  We will just simply
3   mark that and keep going.
4      **Q    Okay.  You said you also talked to**
5   **Mr. Han Chung Uang who you characterized as a**
6   **representative of Eastern Profit.**
7          **When did you talk to Han Chung Uang**
8   **in preparation for this case?  Let me give you a**
9   **different question.**
10         **When did you talk with Mr. Han Chung**
11  **Uang in preparation for this deposition?**
12     A    Again, this deposition was ordered
13  like two, three ago.  How I can prepare something
14  which by then was not expected to happen with a
15  precise date?
16         My answer is I didn't talk to Mr. Han
17  right before this deposition was ordered.
18     **Q    Okay.  Fair enough.  I will ask you a**
19  **question that covers a little bit more.**
20         **I would like to know whether you have**
21  **gained information from talking to Han Chung Uang**
22  **that you will use to answer the questions today?**
23     A    Obtained?
24     **Q    Obtained.**
25     A    Yes, I did.

Page 34

YVETTE WANG

1
2      A    Should be after, yeah.
3      **Q    Why do you say that?**
4      A    Because was Mei Guo, as I said, in
5   summer, yeah.  With Mr. Han should be like end of
6   the summer.
7      **Q    Where did you meet with Mr. Han?**
8      A    I met him in the lobby of my office.
9      **Q    This is the 162 East 64th Street?**
10     A    Yes.
11     **Q    How long was your conversation with**
12  **him?**
13     A    Not very long.  Like 20, 30 minutes.
14     **Q    So did you talk right there in the**
15  **lobby of Golden Spring?**
16     A    The lobby?  I don't mean like a
17  public everyone goes in and out.  Yeah.  There is
18  a conference room in the lobby.
19     **Q    What did you ask Mr. Han?**
20     A    He asked me.
21     **Q    He asked you questions?**
22     A    Yeah.
23     **Q    What did he ask you?**
24     A    He told me he was chased by the
25  lender for the one minute.

Page 36

YVETTE WANG

1
2      **Q    So when -- when were the**
3   **conversations that you had with Mr. Han Chung Uang**
4   **about Eastern Profit since your last deposition?**
5      A    When?  Since my last deposition.  My
6   last deposition is January of this year; right?
7          Yeah, the conversation for sure
8   happened in this year, yeah.
9      **Q    Okay.  So we know you did not talk to**
10  **him before your last deposition.  So my question**
11  **is that was January 31st, 2019.  When have you**
12  **talked to him since then to gain information about**
13  **Eastern Profit?**
14     A    A couple of months ago.
15     **Q    A couple of months ago?**
16     A    Yes.
17     **Q    Was that the only time you talked to**
18  **Mr. Chung Uang to gain information about Eastern**
19  **Profit?**
20     A    You mean after my first deposition?
21     **Q    Correct.**
22     A    Correct.
23     **Q    Was the conversation with Mr. Chung**
24  **Uang before or after your conversation with Mei**
25  **Guo?**

Page 35

YVETTE WANG

1
2      **Q    For the what?**
3      A    One million.
4          MS. CLINE:  One million.
5      A    U.S. dollars.
6      **Q    I see.**
7      A    He told me he doesn't speak too much
8   English, and he asked me to handle this.
9      **Q    What do you mean the lender of the**
10  **$1 million?  What are you referring to?**
11     A    I don't remember precisely his quote.
12  He said kind of like as per the loan agreement,
13  Eastern should pay back the 1 million loan.
14         And he was not sure, and he doesn't
15  know about the litigation, so he ask me to
16  continue, help and handle completely.
17     **Q    Did Mr. Chung Uang say that someone**
18  **else told him that Eastern Profit should pay back**
19  **the million dollars, or did he tell you that**
20  **Eastern Profit should pay back the $1 million?**
21     A    He told me Eastern Profit borrowed
22  this 1 million, and now Eastern is unable to pay
23  back that.  He was chased.
24     **Q    Did he tell you who Eastern Profit**
25  **borrowed the money from?**

Page 37

10 (Pages 34 to 37)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2      A    ACA.
3      Q    ACA?
4      A    ACA.
5      Q    Did he tell you that someone, a
6  person actually chased him around New York City
7  for the money?  I'm trying to understand what you
8  mean by chased?  What do you mean by chased?
9           MS. CLINE:  Objection to form.
10     Q    What do you mean by chased?
11     A    What do you mean by chased?  What do
12  you mean by chased, like a stalk.
13     Q    Did he explain to you what he meant
14  by chased?  Is that the word he used?
15     A    He speaks Mandarin, Chinese.
16     Q    True.  Okay.  What did he tell you
17  about the efforts of ACA to recover the
18  $1 million?
19     A    Oh, okay.  He mentioned to me he was
20  like called.  Called.  Called by a phone call.
21     Q    Called?
22     A    Yeah.  And, yeah, like called like a
23  couple of times he said.
24     Q    Did he say when he received the phone
25  calls?

Page 38

YVETTE WANG

1
2      A    I guess -- I couldn't guess, of
3  course.  Before he talk to me.
4      Q    Were they recent or they happened a
5  long time ago?
6           MS. CLINE:  Objection to form.
7      A    I didn't ask him, but he was saying
8  that he wanted me to continue handle all of this.
9      Q    What did he mean by all of this?
10          MS. CLINE:  Objection.
11  Foundation.
12     Q    What did you understand that he meant
13  when he said continue to handle all of this?
14     A    You're asking my understanding?
15     Q    Yes.
16     A    My understanding is we were
17  authorized by a limited POA to deal with the
18  contract until now including litigation, including
19  like now I sit in front of you to be questioned.
20     Q    Is dealing with ACA on the loan part
21  of the Limited Power of Attorney?
22          MS. CLINE:  Objection to the
23          form.
24     Q    Is that covered within the limited
25  Power of Attorney?

Page 39

YVETTE WANG

1
2           MS. CLINE:  Same objection.
3      A    What is your question?
4      Q    Is dealing with ACA on behalf of
5  Eastern Profit regarding the $1 million loan part
6  of GSNY's duties under the limited Power of
7  Attorney?  I'm asking you for your understanding
8  as Eastern Profit.
9           MS. CLINE:  Objection to form.
10     A    I don't know what you mean dealing
11  with.
12     Q    Communicating with ACA.
13     A    When?  From when to when?
14     Q    Today.
15     A    He didn't clearly say that in our
16  conversation, but my understanding should be yes.
17     Q    So Eastern Profit believes that it is
18  authorized to deal with -- I'm sorry.  Eastern
19  Profit believes that Golden Spring is authorized
20  to deal directly with ACA on repayment of the
21  loan?
22          MS. CLINE:  Objection to the
23          form.  We may be going beyond the
24          scope.  It's not a memory test.  If
25          you have a question about the POA,

Page 40

YVETTE WANG

1
2  you can put it in front of her and
3  ask her.
4      Q    What's the question?
5      Q    Would you need to see the Power of
6  Attorney to answer that question?
7      A    Yeah.  That would be good.
8      Q    Okay.  Let's do that.
9           (Guo Exhibit 2, Limited Power of
10          Attorney Bates stamped Eastern-000276
11          and 277 previously marked for
12          Identification as of this date.)
13          I'm going to hand you what we marked
14  as Guo Exhibit 2.  We're not going to remark this.
15  I'm just going to hand you what we marked as Guo
16  Exhibit 2.  Please give one to your attorney.  And
17  you'll see it already says Guo Exhibit 2, and it's
18  Bates labeled 276 -- Eastern 276 to Eastern 277.
19          Do you recognize this document?
20     A    Yes.
21     Q    Is this the Limited Power of Attorney
22  that Eastern Profit granted to Golden Spring, New
23  York?
24     A    Yes.
25     Q    And is the negotiation of -- we'll

Page 41

11 (Pages 38 to 41)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  start with -- I'm going to break this apart.
3  Okay?
4        I'm going to ask you about the loan
5  that Eastern Profit claims it has with ACA.  Okay?
6  My first question is is negotiation of that loan
7  between Eastern Profit and ACA one of the powers
8  that Eastern Profit granted Golden Spring under
9  this Power of Attorney?
10       MS. CLINE:  You're asking her to
11       read the document?
12  Q   I'm asking for Eastern Profit's
13  testimony.  If you want to look at the document if
14  that would help, that's fine.  If you think you
15  personally know it, that's fine too.
16       MS. CLINE:  This deposition is
17       not about her personal knowledge.
18  A   Can I read this?
19  Q   Go ahead.
20  A   (Reading)  What's your question?
21  Q   I'll have the court reporter just
22  read it back.
23       (The requested portion of the
24       record was read back by the
25       reporter.)

Page 42

YVETTE WANG

1
2       MS. CLINE:  I'm going to repeat
3       my objection to form.  You're asking
4       the witness to interpret a document
5       that speaks for itself and we can all
6       read.
7  A   This limited Power of Attorney in my
8  understanding is talking about Eastern Profit's
9  Corporation Limited authorized Golden Spring New
10  York Limited to deal with the contract with
11  Strategic Vision.
12  Q   There's no reference to ACA in here,
13  is there?
14  A   I didn't see that name on these two
15  pages.
16  Q   So let me ask you this.  Separate and
17  apart from this Limited Power of Attorney, has
18  Eastern Profit asked Golden Spring New York to
19  deal with ACA regarding the purported Eastern
20  Profit ACA loan?
21  A   What do you mean purported?
22  Q   The loan.
23  A   Okay.
24  Q   Has Eastern Profit -- I'll repeat the
25  question.

Page 43

YVETTE WANG

1
2       Has Eastern Profit asked Golden
3  Spring New York to deal on Eastern Profit's behalf
4  with ACA regarding the loan?
5  A   You asked about when?
6  Q   As of now.
7  A   In my conversation with Mr. Han, he
8  mentioned to me or he asked me can you please
9  explain what is happening to ACA about this loan,
10  because I was or I am chased to ask before pay
11  back.  I don't know how to explain to ACA.
12  Q   How did you respond him?
13  A   I said okay.
14  Q   Was this the first time Mr. Chunguang
15  had told you that ACA was trying to recover this
16  million dollar payment?
17  A   I don't remember clearly, but yes.
18  Q   Before your conversation with
19  Mr. Chunguang, had you heard from anyone, from any
20  other source, that ACA was trying to recover the
21  million dollar payment?
22  A   What's your question?
23  Q   Before this conversation with
24  Mr. Chunguang, had you heard from anyone, from any
25  other source that ACA was trying to recover the

Page 44

YVETTE WANG

1
2  million dollar payment?
3  A   Yes, I did.
4  Q   From where?
5  A   I remember ACA mentioned this to me
6  also.
7  Q   When was that?
8  A   Kind of like by the -- long time ago.
9  By the end of or fall of 2018.
10  Q   Who is the person from ACA who
11  contacted you?
12  A   William.
13  Q   William who?
14  A   William Yu.
15  Q   How do you spell that in English?
16  A   William?
17  Q   No.  Yu.
18  A   Y-U.
19  Q   Is William Yu also sometimes called
20  William Je, J-E?
21  A   I don't know his other name.
22  Q   Does he also go by Je Kin Ming, J-E
23  K-I-N  M-I-N-G?
24  A   I just know his name is William.
25  Q   Did William reach out to you by phone

Page 45

12 (Pages 42 to 45)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  or E-mail?
3      A    In the fall of 2018, like last year,
4  a year ago, I believe I met him in the restaurant
5  again.
6      Q    **And he mentioned it over lunch or**
7  **dinner?**
8      A    Dinner?
9      Q    **Yes, over dinner?**
10     A    Yes, dinner.
11     Q    **Who else was present, if anyone?**
12     A    Just me and him.
13     Q    **What did he say?**
14     A    About what?
15     Q    **About the million dollar loan.**
16     A    I don't remember precisely what he
17 said.  Kind of he asked, I heard you are cheated,
18 and then I briefly told her.
19     Q    **Told him?**
20     A    Yeah, told him.  Yeah.  We were
21 cheated by two liars.
22     Q    **So did he demand repayment of the**
23 **million dollars from Eastern Profit?**
24     A    You mean in our dinner?
25     Q    **Yes.**

Page 46

YVETTE WANG

1
2      Q    **Did you tell him at the dinner that**
3  **you met Eastern?**
4      A    What's the question?
5           MS. CLINE:  Objection to form.
6      Q    **Did you tell him at the dinner that**
7  **when you said that you were cheated, you actually**
8  **meant Eastern?**
9           MS. CLINE:  Objection to form.
10     A    You mean I mean Eastern or I said
11 Eastern?  What is the question?
12     Q    **Did you tell Mr. Je or Mr. Yu that**
13 **Eastern was the one that cheated?**
14          MS. CLINE:  Objection to form.
15     A    I didn't pronounce Eastern is worse,
16 but I said I was cheated.  Which
17 if you want to understand who they are, we or I,
18 in my understanding they are the Eastern people,
19 not including myself.
20     Q    **Who else?**
21     A    Who else?
22          MS. CLINE:  Objection to form.
23     A    Oh, yeah.  I forgot this one.  Miles,
24 M-I-L-E-S.
25     Q    **This is Guo Wengui?**

Page 48

YVETTE WANG

1
2      A    He mentioned that.  Kind of a -- he
3  said we are expecting the result, but you are
4  cheated.  And the loan agreement, the loan kind of
5  like need to be pay back.
6      Q    **What result did he say he was**
7  **expecting?**
8           MS. CLINE:  Objection to form.
9      A    Generally they corrupted Chinese
10 official information.
11     Q    **So William Je said he expected that**
12 **information?**
13          MS. CLINE:  Objection to form.
14     A    Correct.
15     Q    **Did you tell him that, in fact, you**
16 **were cheated?**
17          MS. CLINE:  Objection to form.
18     A    Yes.
19     Q    **And who is the "you" who was cheated?**
20     A    Myself.
21     Q    **"You," Yang Ping Wang?  (Phonetic)**
22     A    When I say I was cheated, I mean I
23 should say Eastern, because -- if you're asking
24 about contract.  But I was authorized by Eastern.
25 So if I say I, I mean Eastern.

Page 47

YVETTE WANG

1
2      A    Correct.
3      Q    **Okay.  Who else?**
4      A    Man Cho Han.
5      Q    **Who else?**
6      A    Who do you want else?
7      Q    **Who were the people?  You said the**
8  **Eastern people were cheated.  I'm asking who are**
9  **those Eastern people that you are referring to?**
10          **You mentioned Guo, you mentioned**
11 **Lianchao.**
12     A    You cannot define my term by
13 yourself, okay.  I say Eastern people.  I don't
14 mean Eastern's employee, or Eastern's director or
15 Eastern's like whatever.
16          I mean the people on Eastern's side
17 who are authorized, who is designated, and who has
18 the same goal to take down Chinese Communist
19 Party.
20          That is my definition about Eastern
21 people.
22     Q    **Very good.  We'll come back to that.**
23 **That's a separate section.  So let me bring us**
24 **back to the outline here so I cover everything.**
25          **Before we leave this discussion with**

Page 49

13 (Pages 46 to 49)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1          YVETTE WANG
2  **William Yu, did you commit to him that Eastern**
3  **Profit would pay him back the million dollars?**
4          MS. CLINE:  Objection to form.
5     A   What do you mean committed?
6     **Q   Tell.**
7     A   In my understanding, this is a low
8  agreement between lender and a borrower.  And the
9  borrower should pay back the money, which means
10  Eastern should pay back.
11     **Q   My question is what you told him**
12  **though.  Not how you characterize this, but my**
13  **question is:  What did you tell Mr. Yu?**
14     A   I prefer not to use told.  I agreed.
15     **Q   So you -- so Mr. Yu told you that he**
16  **expected Eastern Profit to pay a million dollars**
17  **to ACA.  You told him that you agreed?**
18     A   With interest.
19     **Q   With interest?**
20     A   Yeah.
21     **Q   Did you have authority to tell Mr. Yu**
22  **that on behalf of Eastern?**
23          MS. CLINE:  Objection to form.
24     A   Authority?  What do you mean
25  authority?

Page 50

1          YVETTE WANG
2     **Q   Well, had Eastern given you authority**
3  **to deal with ACA regarding the loan?**
4          MS. CLINE:  Objection to form.
5     A   Deal with ACA about the loan?  It's
6  too general.  I couldn't understand your question.
7     **Q   Well, we just looked at the limited**
8  **Power of Attorney.  It's not in there; is it?**
9          MS. CLINE:  Objection.
10     A   What is not there?
11     **Q   Your authority to deal with ACA**
12  **regarding its purported loan to Eastern Profit is**
13  **not set forth in the Power of Attorney; is it?  We**
14  **just looked at it.**
15          MS. CLINE:  Objection.  You're
16       mischaracterizing the document and
17       her testimony, and I think you're
18       trying to confuse the witness.  She's
19       here as a representative of Eastern
20       Profit.  Later you can ask her about
21       the role of Golden Spring.
22     **Q   I'm asking for Eastern Profit's**
23  **understanding about what power you had to deal**
24  **with ACA regarding the loan.**
25       **So when you were speaking with**

Page 51

1          YVETTE WANG
2  **Mr. Yu, had Eastern Profit given you authority to**
3  **deal with Mr. Yu about repayment of the loan?**
4          MS. CLINE:  Objection to form.
5     A   When William mentioned to me I will
6  have to ask the loan to be asked.  I have to ask
7  the loan to be fully paid back with interest.  I
8  said yes.  I agree with you.  I didn't say there
9  is any reason.  You couldn't.
10     **Q   My question to you --**
11     A   That was my conversation with William
12  about this loan.
13     **Q   Okay.  My question now to you is**
14  **Eastern Profit is -- were you acting as Eastern**
15  **Profit's agent in having that discussion with**
16  **William Yu about the loan?**
17     A   You mean before my dinner with
18  William?
19     **Q   During your dinner with William, were**
20  **you acting as Eastern Profits' agent in saying**
21  **yes, I agree with you that the loan should be**
22  **repaid, or you're just expressing your own**
23  **personal opinion?**
24     A   Oh.  It's much easier to understand
25  now.  I would express my personal opinion and

Page 52

1          YVETTE WANG
2  Eastern's also.
3     **Q   So why are you able to say that you**
4  **were expressing Eastern's opinion?**
5          MS. CLINE:  Objection to form.
6     A   You're asking my personal
7  understanding; right?
8     **Q   No.  I'm asking why is -- Eastern is**
9  **sitting here today telling me that when you told**
10  **William Yu yes, I agree with you, that you were**
11  **speaking on behalf of it.  And I'm saying on what**
12  **basis.  How or why did Eastern give you authority**
13  **to speak on its behalf with William Yu?**
14          MS. CLINE:  Objection to form.
15     A   I still don't quite understand your
16  question.
17     **Q   Okay.  We'll break it down.  We'll**
18  **break it down.**
19       **Did someone from Eastern tell you**
20  **that you should deal with William Yu regarding the**
21  **purported ACA to Eastern Profit loan?**
22     A   By that dinner, I don't remember
23  clearly.  I don't remember clearly.  I was talking
24  with William.  Again, I was thinking that I have
25  this case in my hands.  And this is a -- sounds

Page 53

14 (Pages 50 to 53)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1  
2  like in my understanding a no more business loan
3  agreement, and people should pay back.
4      **Q   Now do you recall on January 31, 2019**
5  **at your first deposition you testified that you**
6  **had not seen the loan agreement.**
7      **Do you recall that?**
8      MS. CLINE:  Objection.  If you
9      want to ask her about her testimony,
10      you can show her the transcript.
11      **Q   I'm happy to show you the transcript.**
12  **Do you want to look at it?**
13      **Let me do this.  Do you recall**
14  **offhand whether you had seen the loan agreement**
15  **yet when you gave your first deposition in this**
16  **case?**
17      A   You're asking when I was deposed for
18  the first time, by then did I ever see with my own
19  eyes the loan agreement or not?
20      **Q   Right.**
21      A   I heard --
22      **Q   Right.**
23      A   -- the loan agreement.
24      **Q   So as of January, 2019, you had heard**
25  **there was a loan agreement.  You had not yet seen**

Page 54

---

YVETTE WANG

1  
2      A   Oh.  In my dinner --
3      **Q   Yes.**
4      A   -- with William?
5      **Q   Yes.**
6      A   I told him Eastern should pay back.
7      **Q   Did Eastern have an understanding how**
8  **it was going to pay back the loan?**
9      A   By this lawsuit.  That's why Eastern
10  sued, to get this 1 million back, because
11  Eastern's bank account was frozen.
12      **Q   It wasn't frozen yet at that time in**
13  **the fall of 2018?**
14      MS. CLINE:  Objection to form.
15      A   Eastern's bank account was frozen
16  around June of 2018, yes.
17      **Q   Although that was after the lawsuit**
18  **was filed, wasn't it?  The lawsuit was filed in**
19  **March of 2018; isn't that right?**
20      MS. CLINE:  Objection again.
21      This is a memory test.
22      A   Oh, yeah.  This is a memory test.  My
23  mistake.
24      You're confusing me with all these
25  dates back and forward, Eddie.

Page 56

---

YVETTE WANG

1  
2  it?
3      A   Correct.
4      **Q   So this discussion with Mr. Yu**
5  **happened in the fall of 2018.  You just testified**
6  **several months before your deposition.  So when**
7  **you were speaking with Mr. Yu, you had not yet**
8  **seen the loan agreement; correct?**
9      A   I did not see physically the hard
10  copy paper in front of me was my personal
11  knowledge.  I was testifying my gained knowledge
12  or obtained knowledge.
13      **Q   When did you first hear that there**
14  **was a loan between ACA and EP, Eastern Profit.**
15      A   2018.
16      **Q   Was it before the dinner with Mr. Yu?**
17      A   I don't remember that.
18      **Q   Do you think maybe you learned of the**
19  **loan agreement from Mr. Yu?**
20      A   Possibly.  I don't remember that
21  clearly.
22      **Q   Did you tell Mr. Yu how Eastern**
23  **Profit intended to repay the loan?**
24      A   Intend?  What do you mean intend?
25      **Q   Planned.**

Page 55

---

YVETTE WANG

1  
2      So correction.  Eastern's bank
3  account was frozen.  When is it this contract was
4  signed with SV's contract.
5      **Q   It's dated -- it was signed**
6  **January 6, 2018.**
7      A   January, 2018.  Eastern's bank
8  account was frozen in June of 2017.  This is the
9  correct answer.
10      MS. CLINE:  Can we take a break
11      pretty soon.  We've being going for
12      over an hour.
13      MR. GREIM:  Yes.  Good point.
14      I'm going to finish up with this.
15      I'm thinking the same thing because
16      I'm running low.
17      **Q   Let me go back to your discussion**
18  **with Mr. Chunguang.**
19      **Who did he say was calling him from**
20  **ACA?**
21      MS. CLINE:  Objection to form.
22      A   What was the question?
23      **Q   You said that Mr. Chunguang told you**
24  **somebody was chasing him about the million dollar**
25  **loan.**

Page 57

15 (Pages 54 to 57)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2    A    Correct.
3    Q    I gather that somebody was not
4  actually following him around the streets for
5  collection.  I gather that you mean somebody was
6  contacting him; correct?
7    A    Correct.
8    Q    And who was the person who was
9  contacting him?
10         MS. CLINE:  Objection.
11   Q    Who did he say?
12         MS. CLINE:  Objection to form.
13   A    You're asking the name; right?
14   Q    Yes.  Yes.
15   A    William.
16   Q    Did he say whether William -- this is
17  the same William Yu, or the same William Yu that
18  you mentioned before?
19   A    Correct.
20   Q    Did he say how William Yu was
21  contacting him?
22   A    What was the question?
23   Q    Did he say how William Yu was
24  contacting him?
25   A    You mean by what kind of a

Page 58

YVETTE WANG

1
2    Q    Yes I am, actually.
3    A    Wow. Year?
4    Q    Something he said gave you the
5  impression that the calls had been happening for
6  about a year?
7    A    Yes.
8    Q    But you can't remember the exact
9  words he used?
10   A    If you want me to translate, because
11  he speaks Mandarin, he used long time, always some
12  words like that.
13   Q    Did he know William Je by the way;
14  was William Je known to him?
15         MS. CLINE:  Objection.
16         Foundation.
17         This is beyond the scope of a
18         30(b)(6) of Eastern Profit.
19   Q    It's important to understand whether
20  the Eastern Profit purported representative
21  dealing with ACA on repayment of the loan, whether
22  they're known to each other or not.
23         Did you get the understanding from
24  talking to Mr. Han that he was already familiar
25  with William Yu?

Page 60

YVETTE WANG

1
2  communication tool; right?
3    Q    Yes.  Yes.
4    A    He said phone call.
5    Q    Did he say how many phone calls?
6    A    A couple of.
7    Q    And your testimony is he did not say
8  when he had received these phone calls?
9         MS. CLINE:  Objection to form.
10   A    You're asking did he tell me on which
11  dates he was caught?
12   Q    Just generally when.  If he gave you
13  dates, great.
14   A    Which unfortunately he didn't give me
15  the dates.
16   Q    Did he tell you it was recent?
17         MS. CLINE:  Objection to form.
18   A    Not only recent.  Yeah.  He said --
19  he told me he was called or he was chased for long
20  time.
21   Q    Just a few more questions, and then
22  we will take a break here.
23         What do you mean for a long time?
24   A    You're asking my personal
25  understanding?

Page 59

YVETTE WANG

1
2         MS. CLINE:  Again, this is a
3  corporate designee deposition of
4  Eastern Profit.  You subpoenaed
5  everyone whose name has ever been
6  mentioned in this case.  You can ask
7  more appropriate people those types
8  of questions.
9         MR. GREIM:  Okay.  I'll just ask
10  Eastern Profit.
11   Q    Was William Yu familiar with -- I'm
12  sorry.  Was Mr. Han familiar with William Yu?
13         MS. CLINE:  Objection.
14         Foundation.
15   A    I don't remember my filling, that
16  conversation.  Eddie is asking my personal
17  filling.
18   Q    Well I'm not asking -- I'm asking --
19  forget about your feelings.  Sorry.  It sounds
20  terrible.
21   A    I'm fine.
22   Q    I'm asking Eastern Profit whether the
23  person it claims its principal is familiar with
24  William Yu.
25         MS. CLINE:  Objection.

Page 61

16 (Pages 58 to 61)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1    YVETTE WANG
2    Foundation.
3         You're going to depose Mr. Han.
4    You can ask him a question directly.
5         MR. GREIM:  Okay.  If this
6    representative doesn't know that,
7    that's okay.
8         **Q    But if Eastern Profit knows the**
9    **answer, I would like to know the answer.**
10        A    I cannot talk on behalf of any
11   individual.  His or her personal knows someone or
12   don't know someone, familiar with someone or not
13   familiar with someone.
14        MR. GREIM:  All right.  Let's
15   take a break.  Let's take a 10-minute
16   break, if that's okay.
17        Does that make sense?
18        THE VIDEOGRAPHER:  The time is
19   11:36 a.m., Wednesday, October 30,
20   2019.  This is the end of media
21   number one of the videotaped
22   deposition of Miss Yvette Wang.
23        We are off the record.
24        (At this time, a brief recess
25   was taken.)

Page 62

1    YVETTE WANG
2         THE VIDEOGRAPHER:  The time is
3    11:51 a.m., Wednesday, October 30,
4    2019.  This is media number 2 of the
5    videotaped deposition of this event.
6    We're back on the record.
7    CONTINUED EXAMINATION
8    BY MR. GREIM:
9         **Q    Okay.  I want to clear up a few**
10   **things from our last round of questions, and then**
11   **we'll move on to a new topic.  Okay?**
12        A    (Nodding)
13        **Q    In your conversation with Guo Mei,**
14   **did she ask you to handle Eastern Profit's**
15   **interactions with ACA regarding the million dollar**
16   **loan?**
17        A    You mean our dinner?
18        **Q    Yes.**
19        A    She didn't specifically say the
20   details, but basically she said, "I don't know any
21   of this.  Please handle all of this."
22        **Q    So is it Eastern Profit's position**
23   **that -- let me back up.**
24        **Is it Eastern Profit's position that**
25   **you are to handle negotiations or discussions with**

Page 63

1    YVETTE WANG
2    **ACA regarding the million dollar loan?**
3         MS. CLINE:  Objection to form.
4         A    In my understanding from the moment I
5    knew the loan, I should help Eastern to handle
6    everything.
7         **Q    From the first time you learned of**
8    **the loan, you believed it was your responsibility**
9    **to handle issues regarding the loan?**
10        MS. CLINE:  Objection to form.
11        A    Yes.
12        **Q    And you first learned of the loan**
13   **sometime in 2018; right?**
14        A    Yes.
15        **Q    Possibly you learned of it for the**
16   **first time in your dinner with William Yu?**
17        MS. CLINE:  Asked and answered.
18        A    I believe you asked this question
19   already.  The answer is possibly.
20        **Q    So what has Eastern done, or what has**
21   **Eastern told you to make you believe that you have**
22   **authority on its behalf to deal with ACA regarding**
23   **the loan?**
24        MS. CLINE:  Objection to form.
25        She's already testified about her

Page 64

1    YVETTE WANG
2    responsibilities.
3         A    I will repeat my answer again.
4         Both Mr. Han and Miss Mei Guo told me
5    can you please handle everything, because we do
6    not know the details.
7         **Q    But those two conversations happened**
8    **in the summer and the late summer of 2019; right?**
9         MS. CLINE:  Objection to form.
10        A    Yes.
11        **Q    So how did you get authority from**
12   **Eastern Profit before that time to deal with ACA**
13   **regarding the loan?**
14        A    What's your question?
15        **Q    How did you get authority from**
16   **Eastern Profit before your discussions with Guo**
17   **Mei and Han Chunguang to deal with ACA regarding**
18   **the loan?**
19        A    What I say before this conversation?
20        **Q    For example your fall, 2018 dinner**
21   **meeting with William Yu.**
22        A    In my understanding, that was a
23   dinner.  It's not specifically about anything.
24        **Q    Well, you testified earlier that when**
25   **you said yes, I agree, that you were speaking on**

Page 65

17 (Pages 62 to 65)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2     MS. CLINE:  Objection.  Eddie,
3  you're taking that Power of Attorney,
4  which has to do the authority granted
5  to Golden Spring, and you're using it
6  to misdirect the question to this
7  witness who is sitting on behalf of
8  Eastern Profit.
9     So the Power of Attorney has to
10  do with Golden Spring.  You can ask
11  about that later with respect to
12  Golden Spring's authority.
13     She's already answered your
14  question about her role at Eastern
15  Profit multiple times now.
16     MR. GREIM:  I'm asking for the
17  basis of it, and I would ask for the
18  speaking objections to stop.
19  **Q   So here's my question.  I'm going to**
20  **ask it a third time.  I haven't heard an answer**
21  **yet.**
22     **Is there any document that granted**
23  **you authority to deal with William Yu on behalf of**
24  **Eastern Profit relating to the ACA loan before**
25  **your fall, 2018 dinner with William Yu?**

Page 70

YVETTE WANG

1
2  words we said in that dinner to help you in here.
3  Okay?  William mentioned to me I heard you guys
4  were cheated by liars, which means I will have to
5  ask the loan to be paid back with interest.  I
6  remember I said yes, sadly, we were cheated, and
7  I'm sorry about that.
8     And I agree with you, since you guys
9  have a law agreement, the borrower should pay you
10  back, and we are in litigation right now trying to
11  get that 1 million U.S. dollars from the liars
12  back.
13     Hopefully we can get the justice, and
14  that 1 million U.S. dollars can be returned back
15  to Eastern Profits with even any damage.  So
16  Eastern, as you said, you told me borrower can pay
17  you back.
18  **Q   Okay.  My question --**
19     A   That is precisely a hundred percent.
20  No.  Too much hundred percent.  99 percent of
21  words we used in a conversation.
22  **Q   That was not my question.**
23     **My question is:  Was there anyone**
24  **from Eastern Profit who told you that you had**
25  **authority to deal with William Yu on its behalf**

Page 72

YVETTE WANG

1
2     A   I don't remember that.
3  **Q   Okay did someone from Eastern Profit**
4  **tell you, before the fall, 2018 meeting, that you**
5  **had authority to deal with William Yu on behalf of**
6  **Eastern Profit relating to the ACU loan?**
7     MS. CLINE:  Objection to form.
8     A   What's the question?
9  **Q   Did someone from Eastern Profit tell**
10  **you before your 2018 dinner meeting with William**
11  **Yu that you had authority to deal with him on**
12  **Eastern Profit's behalf regarding the ACA loan?**
13     MS. CLINE:  Objection to form.
14     A   I don't remember that.
15  **Q   So why do you believe that you did**
16  **have authority to deal with Mr. Yu then?**
17     MS. CLINE:  Asked and answered.
18     A   Did I believe?  You're confusing me.
19  **Q   On what basis does Eastern Profit**
20  **claim that you had authority to deal with William**
21  **Yu regarding the ACA loan at the fall, 2018**
22  **meeting?**
23     A   Eddie, I will repeat my reply for the
24  fourth time for you.
25     I tried to recall every inch of the

Page 71

YVETTE WANG

1
2  before you had that meeting?  It's a yes or no.
3  Someone did or someone didn't.
4     MS. CLINE:  Is not necessarily.
5     Objection to form.  Asked and
6     answered.
7     A   I don't remember that.
8  **Q   Now had the contract not terminated,**
9  **how was Eastern Profit ever going to pay ACA back?**
10     A   What's the question?
11  **Q   If the contract had not been**
12  **terminated and Strategic Vision had given Eastern**
13  **Profit what it wanted, how was is it ever going to**
14  **repay the loan to ACA, or even make interest**
15  **payments?**
16     A   If they're not liars, we were not
17  cheated, they're professional qualified
18  investigation company.  You're talking about if
19  that is the scenario.
20  **Q   How is Eastern Profit going to repay**
21  **Strategic or ACA?**
22     A   Which means if this contract with
23  Strategic Vision, let's say, let's imagine work
24  out, right, succeed by the end; right?  Okay.
25     Eastern Profit has bank account.  And

Page 73

19 (Pages 70 to 73)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG
1
2   I heard there are assets.  The bank account was
3   frozen by Chinese Communist Party in Hong Kong.
4   By Eastern believes if the corrupted CCP are taken
5   down, they are -- there are assets.  Nobody can
6   take them.
7         So the bank account will be unfrozen,
8   and Eastern will back to their normal business.
9       Q   Which is what?
10      A   I heard again -- this is my obtain
11  knowledge, like investment.
12      Q   You said that at your first
13  deposition.  What about investment management?
14      A   What do you mean investment
15  management?
16      Q   Well I'm just trying to ask you, what
17  do you mean investment?  What is that?  I don't
18  understand what you mean by that.
19      A   It could be like the investment on
20  the cars, which they already have right now, in
21  any profitable investment.
22          What's your question?  Sorry.
23      Q   Are they a car dealership?
24          MS. CLINE:  Objection to form.
25      Q   You say investment in cars.  They

Page 74

YVETTE WANG
1
2   You're asking her the nature of
3   Eastern Profit's business.  Fine.
4   But beyond that, getting into the
5   nature of investments and so forth I
6   think goes beyond the appropriate
7   scope.  Again, I know the judge gave
8   you seven hours.  But we can get to
9   the topics we agreed upon and are
10  covered by the court's order, that
11  would be the goal of this deposition.
12      Q   What more do you know about Eastern
13  Profit's business?
14      A   Eastern is registered in 2011.
15      Q   Right.
16      A   In Hong Kong.  They are operating
17  from 2011 until they're their bank account was
18  frozen.
19      Q   You said their business is
20  investments, which was your answer in the last
21  deposition, and also that they own cars.
22          Now is this part of their business?
23  Do they buy and sell cars, or do they just happen
24  to own a company car?
25          MS. CLINE:  Again, objection.

Page 76

YVETTE WANG
1
2   invest in antique cars?
3       A   I didn't say that.
4       Q   Okay.  How does one invest in cars?
5           MS. CLINE:  Objection.
6       Q   I just want to understand.  I don't
7   think we have to go far into this.  I truly don't
8   understand the investment business in cars.  What
9   do you know about this?
10          MS. CLINE:  Objection to form
11  and mischaracterizes the testimony.
12      Q   Tell me where I'm wrong.  So far we
13  know that they own cars and that they do
14  investments.
15          What more can you tell me about the
16  business of Eastern Profit?
17          MS. CLINE:  I'm going to lodge
18  another objection having now brought
19  up the opinion which says beyond the
20  scope of this testimony is whether
21  plaintiff has any independent
22  financial identity.
23          MR. GREIM:  I'm not asking that.
24  I'm asking what it does.
25          MS. CLINE:  Let me finish.

Page 75

YVETTE WANG
1
2   Beyond the scope.
3       Q   In other words, is this just as an
4   asset that they happened to have, in which case I
5   don't care about it whatsoever, or is it their
6   business to own cars, to invest, buy and sell
7   cars?
8       A   I believe their investment is not
9   only buy and sell cars.
10      Q   Okay.  Is that one of the
11  investments?  Do they make investments in cars?
12      A   Sorry.  What's the question?
13      Q   Do they make investments in cars?
14          MS. CLINE:  Objection to form.
15      A   They own cars.  It could come from
16  investment.
17      Q   Let me ask it this way.
18          Do they own a fleet of cars, or do
19  they have a few company cars?
20          MS. CLINE:  Objection to form.
21      A   There's no difference in my
22  understanding.
23      Q   Do they have one or two cars, or do
24  they have many cars that they have bought as an
25  investment?

Page 77

20 (Pages 74 to 77)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  **Q   Have you discussed the loan document**
3  **with any other representative of Eastern Profit?**
4  A   I don't remember that.
5  **Q   Have you asked them whether it is**
6  **genuine?**
7        MS. CLINE:  Objection.
8  A   Whether it is what?
9  **Q   Whether it is genuine.**
10        MS. CLINE:  Objection.
11  A   What do you mean genuine?
12  **Q   Whether it is what it purports to be.**
13  A   I still don't understand your
14  question.  Purport to be, you mean what?
15  **Q   Is it a real loan document signed by**
16  **ACA and Eastern Profit?**
17        MS. CLINE:  Objection to form.
18  A   Okay.  Back to your question.  You
19  answer my question.
20        What is your question of this?
21  **Q   Have you asked anyone at Eastern**
22  **Profit whether it is genuine?**
23        MS. CLINE:  Objection to form.
24  A   Why should I ask?  I don't remember
25  asking.  This is a normal, normal business law

Page 94

YVETTE WANG

1
2  he actually signed it?
3        MS. CLINE:  Objection to form.
4  A   He told me.
5  **Q   Okay.**
6  A   Mm-hmm.
7  **Q   When did he tell you this?**
8  A   In our conversation.
9  **Q   Which conversation?**
10  A   The conversation in the lobby.
11  **Q   This is the conversation at the end**
12  **of the summer?**
13  A   Yes.
14  **Q   Did you have a copy of the loan**
15  **agreement in front of you at the time?**
16  A   You mean when I was talking with him;
17  right?
18  **Q   Yes.**
19  A   Nope.
20  **Q   Have you asked whether anyone**
21  **witnessed his signature?**
22  A   What's the question?
23  **Q   Have you asked -- let me be clear.**
24        **Have you asked Mr. Han whether anyone**
25  **else was present when he signed it?**

Page 96

YVETTE WANG

1
2  agreement.
3  **Q   How do you know?**
4        MS. CLINE:  Objection to form.
5  A   As a law agreement you have lender,
6  you have borrower, you have term, you have
7  interest and drafted, I believe, by lawyers, I
8  believe.  So this is what I believe.
9  **Q   Why do you believe it was drafted by**
10  **lawyers?**
11  A   This is my guess.
12        MS. CLINE:  Don't guess.
13        THE WITNESS:  Okay.
14  A   Very simple.  Mr. Han doesn't speak
15  English and write English at all.
16  **Q   Do you know whether Mr. Han actually**
17  **signed it?**
18  A   Yes.
19  **Q   How?**
20        MS. CLINE:  Objection to form.
21  A   You mean by pen?
22  **Q   How do you know Mr. Han signed it?**
23  A   Oh.  Because I saw the law agreement.
24  There was signature on there.
25  **Q   Have you ever asked Mr. Han whether**

Page 95

YVETTE WANG

1
2  A   I didn't ask that.
3  **Q   Have you asked Mr. Je or Yu whether**
4  **anyone else was present when he signed it?**
5  A   I did not ask that.
6  **Q   How do you know Mr. Yu signed it?**
7        Let me step.  Do you know Mr. Yu
8  signed it?
9        MS. CLINE:  Objection to form.
10        Object to the whole line of
11        questioning.
12  A   So from the paper which Zack showed
13  me.  Z-A-C-K.
14        MS. CLINE:  I want to make sure
15        you don't talk about anything that
16        Zack told you, so be careful.
17        THE WITNESS:  Okay.
18  A   The law agreement was signed by both
19  lender and borrower.
20        (Wang Exhibit 31, a Loan
21        Agreement Bates stamped
22        Eastern-000278 to 280 previously
23        marked for Identification as of this
24        date.)
25  **Q   I'm going to hand you what we're**

Page 97

25 (Pages 94 to 97)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  marking Wang 31.  I have a blank one for you to
3  hand to your counsel next door.
4              MS. CLINE:  So the Notice of
5          Deposition that you marked first,
6          which was the exhibit number.
7              MR. GREIM:  30.  We started in
8          the 30s for some reason.  I'm not
9          sure why.
10        Q    So let me ask you first.  Have you
11  seen this document before?
12        A    Yes.
13        Q    Is this the document Mr. Grendi
14  (phonetic) showed you?
15        A    Yes.
16        Q    When he showed it to you, was it the
17  first time you had seen it?
18              MS. CLINE:  Objection.  Asked
19          and answered.
20        A    The hard copy, yes.
21        Q    Well, had you seen it in some
22  electronic version beforehand?
23        A    No.
24        Q    You qualified your answer was in hard
25  copy.  I'm just asking did you see it in some

Page 98

---

YVETTE WANG

1
2  other format before Mr. Grendi showed it to you?
3        A    I understand your question.  I just a
4  hundred percent tell you what did I see before.
5        Q    I don't think I understand your
6  answer.  I will ask you again.
7              I understand that you had not seen --
8  when you say in hard copy, are you telling me that
9  this is the first time you saw the loan agreement
10  in paper form?
11        A    Nope.
12        Q    Was it the first time you had seen a
13  loan agreement at all?
14        A    No.
15        Q    When did you first see the loan
16  agreement?
17        A    You mean this one?
18        Q    When did you first see a loan
19  agreement between ACA and Eastern Profit?
20        A    I don't remember that.
21        Q    But it was sometime before Mr. Grendi
22  showed you what we've marked as Wong Exhibit 31?
23        A    I don't remember that.  I saw this
24  agreement from Zack's file.
25        Q    From his file, what do you mean?

Page 99

---

YVETTE WANG

1
2              MS. CLINE:  Again, the same
3          caution.  I don't want you to testify
4          about any conversations you had with
5          Zack.
6              Mr. Greim is trying to figure
7          out if the first time you saw it is
8          when Zack gave it to you or if there
9          was another time.
10        Q    When you say from Zack's file, what
11  do you mean Zack's file?
12        A    I don't remember that.  Zack's file,
13  I mean Zack showed me or not.  What he tell me, I
14  cannot remember.
15        Q    I'm not asking you for right now what
16  he told you.  I'm asking when you say from Zack's
17  file, what file are you referring to?
18        A    This agreement.
19        Q    Did he give it to you in person?
20        A    I don't remember that.
21        Q    Did he E-mail it to you?
22        A    I don't remember that.
23        Q    Was it part of a larger set of
24  documents?
25              MS. CLINE:  That's a yes or no

Page 100

---

YVETTE WANG

1
2  question.  I don't want to get into
3  which documents Mr. Grendi might have
4  given you.
5        A    Yes.
6        Q    Were the other documents drafts of
7  the loan agreement?
8        A    Sorry.  What's the question?
9        Q    Were the other documents drafts of
10  the loan agreement?
11        A    I don't understand the question.
12              MS. CLINE:  It's just a yes or
13          no question.
14        Q    I will be clear.
15              Do you understand the idea of a draft
16  of a document, what a draft is?
17        A    Draft to me which means a draft
18  without signature.  Am I right?
19        Q    Yes.  Yes.
20              So were the other documents drafts of
21  this loan agreement?
22        A    No.  What I see from Zack or saw from
23  Zack.
24              MS. CLINE:  I don't want you
25          to -- he's only asking about the loan

Page 101

26 (Pages 98 to 101)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

agreement.  If the documents were
something other than versions of the
loan agreement, I don't want you to
answer the question.
   A   I never saw any draft of this
agreement.  When I saw it, it's a completed
agreement already finished.
   Q   You testified at your first
deposition that you first heard of ACA after a
liar went from ACA to Strategic Vision.  Do you
recall that?
   A   I don't remember that.
   Q   Let's take me a second.  I will point
you to that, because I want to be very clear about
this.
       Here we go.  I'm going to slide over
to you a final copy of your deposition from
January 31, 2019.
   A   Yes.
   Q   I don't have a whole bunch of print
offs of these, but I assume that everybody -- let
me ask you.
       Did you review your old testimony in
preparation for today?

Page 102

YVETTE WANG

   A   I didn't.
   Q   Look at page 40, please.  Are you
there yet?
   A   Page 40, right?
   Q   Mm-hmm.
   A   Yes, I'm here.
   Q   So look at line 6.  You see there's a
que there.  That's the question of the other
lawyer, it wasn't me, who was asking you
questions.
       You see it says:  The entity ACA
Capital Group Limited, are you with that?
       Answer:  I heard this name.
       Question: How did you hear this
name?
       Answer, from this project.
       MS. CLINE:  Let me just
interrupt.  The witness needs a
minute to read some more of the
transcript for context.
       You should feel free.
       MR. GREIM:  Let's do that.
   Q   So far did I read it correctly?
       MS. CLINE:  Give her a minute to

Page 103

YVETTE WANG

read it.
       MR. GREIM:  But I don't want to
loose my spot.
   Q   Did I read the first few lines
correctly?
   A   Yes.
   Q   Let's take a pause.  Read through
whatever you need to read there on that page to
see what else to get context.
   A   You want me to read until which page?
   Q   There's a long discussion about why
the money was wired, which is not what my question
is about.
       I'm asking you about the answer you
gave on lines 20 through -- question and answer on
lines 20 through 23.
       Have you had a chance to get to
line 20 to 23 yet on page 40?
   A   Yes, I'm here.
   Q   So the attorney asked you prior to
them wiring a million dollars to Strategic Vision,
you had never heard of ACA Capital.  Answer:  No,
I didn't.
       Did I read that right?

Page 104

YVETTE WANG

   A   Correct.
   Q   So you recall now testifying at your
first deposition that you had not heard of ACA
before the wire went to Strategic Vision?
   A   You're repeating what we said here;
right?
   Q   Correct.  Do you recall testifying to
that at your first deposition?
   A   Yes.
   Q   Is that true?  I mean is it true that
you had not learned -- you have not heard of ACA
capital until the money was wired to Strategic
Vision?
   A   Correct.
   Q   That's all I wanted to ask you.
       So now I'm going to come back to this
agreement.  When is the first time that you sought
any kind of writing, not necessarily Exhibit 31,
but any kind of writing that contained the terms
of the loan agreement?
       MS. CLINE:  Asked and answered.
   A   You mean any draft without any
signature?
   Q   Sure.

Page 105

27 (Pages 102 to 105)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

MS. CLINE: Objection. Again, she's sitting here in her capacity as a representative of 30(b)(6) -- a 30(b)(6) representative for Eastern Profit.

You have yet to ask a single question about the contract that is the subject of this lawsuit.

Now you're again asking questions about Mr. Je and ACA, which is specifically not within the scope of this deposition.

So if we can just get to what we're actually litigating, that would be amazing.

Q   Did you ask Mr. Je about whether he signed this purported loan agreement from ACA to Eastern Profit?

MS. CLINE: Objection to form.

A   He told me he signed.

Q   When did he tell you that?

A   I don't remember that.

Q   Was it in 2019?

A   I believe it was in 2018.  The

Page 110

---

YVETTE WANG

dinner, that should be the first time he clearly told me, yes.

Q   So how did this come up that he signed it?  Did you ask him or did he just volunteer that information?

A   He told me.

MS. CLINE: Objection to form.

A   He told me we sign a loan agreement. We had a loan agreement.

Q   So he told you two things.  One, that there was a loan agreement, and two, that he had been the signer on behalf of the ACA?

MS. CLINE: Objection to form.

A   You remember my first deposition in January, 2019, I said I even didn't hear about ACA company.  My dinner with William was by light 2018, that dinner.  William just told me they sign a loan agreement.  He didn't even mention to me what company.

Q   What company he signed on behalf of?

A   Yes.

Q   Did you understand that it was ACA, or did you think it was maybe a different company?

A   When I saw this loan agreement and

Page 111

---

YVETTE WANG

understand he's talking about ACA.

Q   But you didn't see this loan agreement until sometime in 2019 when Mr. Grendi gave it to you; correct?

A   I don't remember the time.  Again, I told you I don't remember first time agreement.

Q   You testified at your deposition that you had asked for a copy of the loan agreement and hadn't gotten one.

Do you remember that?

MS. CLINE: Objection to form. Again if you want to show her testimony.

MR. GREIM: We will.

Q   Turn to page 45, please.  Are you there?

A   45, yes.

Q   You see line 8 there is a question from the lawyer.  He says: Is there documentation to support this loan?  Answer: I requested there should be some documents.  Question: Have you ever seen the documents supporting this loan answer?  Answer: I didn't see that.  Question: You did not see it?  Answer: No.

Page 112

---

YVETTE WANG

Did I read that correctly?

A   Yes.

Q   Now do you recall testifying at your deposition that you had not seen a copy of the loan agreement?

MS. CLINE: Objection to the form.

A   And you're helping yourself to answer your own question.  By January, my first deposition, I testify I didn't see the law agreement which you're helping yourself.  I saw this law agreement after my first deposition.

Q   Good.  And so -- but you cannot tell us today when that was.  Was it soon after the deposition, was it recently before Mr. Grendi left the case?

A   I don't remember.

MS. CLINE: Objection to form.

A   I don't remember that.

Q   Once you got the loan document, did you question Mr. Han Chunguang about it?

A   Question?

Q   Did you ask him questions about the document?

Page 113

29 (Pages 110 to 113)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

Q   What, if any, was Guo Wengui's involvement in the discussion of the loan, negotiation of the loan?

A   I'm not quite clear about his role in this discussion.

Q   Well, was he acting as Eastern Profits' agent in connection with the loan negotiation?

A   Correct.

Q   Was he acting as Eastern Profit's agent -- let me strike that.

Has he been the acting as Eastern Profit's agent in connection with discussions with ACA regarding payment or a collection of the loan?

A   I heard William mention to be paid back to Mr. Guo also.

Q   Where did you hear that?

A   From William.

Q   When did he tell you this?

A   I forgot the precise words, but my impression is he's chasing everyone he can chase.

Q   My question was when did William Je mention to you that he had talked to Guo about paying back the loan?

Page 126

YVETTE WANG

A   Should be quite a long time. 2018.

Q   Is this in the 2018 dinner?

A   Yes.  In a dinner he mentioned to me also, yeah.

Q   In a dinner or the dinner that we discussed earlier?

A   I believe we were talking about their dinner. I'm ready to tell you where is the restaurant.

Q   Where is the restaurant?

A   Avra.

Q   Spell that for the record.

A   A-V-R-A.  It's a great seafood restaurant.

Q   Well, other than Guo and other than Han Chunguang, who else was involved in negotiation of the ACA Eastern Profit loan?

A   Mei is aware of this loan also.

Q   Well, you say she is aware.  My question is who was involved in the negotiation of the loan?

A   Oh.  Negotiation.  William, Mr. Han. Yeah.

Q   You said Mr. Guo also acted as the

Page 127

YVETTE WANG

agent of Eastern Profit with respect to the loan?

A   I said Mr. Guo acted as an agent on behalf of Eastern Profit to talk with Strategic Vision and Waller and wallop.  W-A-L-L-E-R and W-A-L-L-O-P.

Q   I'm sorry.  My question is about the loan, not about the discussions with Strategic Vision.  I will be very clear.

In fact, let me take a second.

Does Mr. Guo have any E-mails or texts that he sent to Mr. Ye or anyone else on Eastern Profit's behalf in connection with the loan?

A   I don't believe so.

Q   Did Eastern Profit check for those E-mails or texts before the deposition today?

MS. CLINE:  Again, that was not a subject of the depo notice.

If you know the answer, you may respond.

A   I asked about the loan agreement.  I was advised they were our discussion.

So I didn't change further and say let me search your E-mail or search your texts,

Page 128

YVETTE WANG

because I believe I was told the truth.

Q   Did you ask Mr. Guo that question?

A   I didn't ask him.  I don't remember that.

Q   Now the research agreement called for a fee of $750,000 a month; is that right?

MS. CLINE:  Objection to form.

A   $750,000, U.S. dollars, based on their weekly reports and general monthly reports. Without seeing or received the reports, $750,000 U.S. dollars should not be paid.

Q   What steps, if any, did Eastern Profit take to raise the money for the first $750,000 payment to Strategic Vision?

MS. CLINE:  Objection to form.

A   Sorry.  What's the question?  Raised the money?

Q   Sure.

A   What's the question?

Q   What steps, if any, did Eastern Profit take to raise the money for the first $750,000 payment to Strategic Vision?

MS. CLINE:  So hold your answer for a minute.  Again, the Judge has

Page 129

33 (Pages 126 to 129)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

the very back.

2   the very back.
3       A    Which page?
4       Q    Page 3.  Was Chu -- do you see
5   Chunguang Han's signature?  Do you see it?
6       A    I see a signature behind Chunguang
7   Han's name.
8       Q    Is that his signature?
9            MS. CLINE:  Objection.
10           Foundation.
11      A    This a accurate, as you said, true
12  loan agreement.  Of course this is his signature.
13  What do you mean, like someone made up?  I don't
14  understand your question.
15      Q    I'm asking Eastern Profit if this is
16  really its director's signature.
17      A    I'm telling you this is a true loan
18  agreement.  So the signature on this loan
19  agreement, are accurate and true.
20      Q    And how do you know that this is a
21  true loan agreement; did someone tell you this?
22           MS. CLINE:  Objection.  Asked
23           and answered.  You're badgering the
24           witness.  You asked her about the
25           signature.  She answered the

Page 138

YVETTE WANG

2       Q    Whose name is it?
3       A    It's a signature.
4       Q    Of who?
5       A    It could be a (inaudible) or any
6   symbolic.
7       Q    Let's go ahead and get it out.  We
8   have it.
9       A    Let's get it.
10           (Wang Exhibit 2, Research
11           Agreement dated December 29, 2017
12           Bates stamped Eastern-000005 to
13           Eastern 000009 previously marked for
14           Identification as of this date.)
15      Q    I'm going to show you what we marked
16  in your first deposition as Wong 2.
17           Do you recognize this document?  The
18  question pending is whether you recognize the
19  document.
20      A    I'm preparing to answer your
21  question.
22      Q    Just making sure.
23      A    Yes.
24      Q    What is it?
25      A    It's called a Research Agreement.

Page 140

YVETTE WANG

2   question.
3       Q    Other than Mr. Grendi, has anyone
4   else told you this is Mr. Chunguang Han's
5   signature?
6            MS. CLINE:  Objection to form.
7            Mischaracterizes testimony.
8       Q    Did you sign Chunguang Han's
9   signature on the research agreement in this case?
10      A    Pardon?
11      Q    Did you sign Chunguang Han's
12  signature on the research agreement at issue in
13  this case?
14      A    How I can sign his signature?
15      Q    Do you sign his name to the research
16  agreement in this case?
17      A    You're confusing me.  Which
18  agreement?
19      Q    The research agreement at issue in
20  this case.
21      A    That is a signature I was authorized
22  to sign.
23      Q    So you were authorized to write his
24  name on that document?
25      A    I don't believe that's his name.

Page 139

YVETTE WANG

2       Q    It's an agreement that you signed in
3   French Wallop's presence; isn't it?
4       A    Yes.
5       Q    And whose name did you sign?
6       A    I didn't.  I did not mean to sign
7   anyone's name here.
8       Q    Did you sign any name?
9       A    Are you Chinese Mandarin,
10  linguistics?  Do you read Mandarin?
11      Q    Answer the question.  Whose name did
12  you sign?
13      A    I didn't sign anyone's name.  This is
14  a signature.
15      Q    What does it read?
16      A    It's simple.
17      Q    So this is not a name?  I'm
18  indicating the Chinese handwriting on page 3.
19           MS. CLINE:  Objection to form.
20      A    It could be a name.
21      Q    What is it?  Whose name is this?
22      A    I am authorized to sign this contract
23  on behalf of Eastern Profit Limited.  I sign here.
24  This is my signature on behalf of Eastern Profit
25  Limited.

Page 141

36 (Pages 138 to 141)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  Q   Fair enough.
3  A   I can say this is my name.  I can say
4  this is in my English name or Chinese name, and
5  this is my authorized signature here.
6  (Indicating)
7  Q   My question is whose name is it?
8  A   Nobody's name.
9  Q   So a Mandarin speaker would look at
10 this and say this is just squiggly lines, it's no
11 one's name.  Does it make out a name?
12 A   I don't know think any Mandarin say
13 this name.
14 Q   This is Han Chunguang's name; isn't
15 it?
16 A   I didn't say that.
17 Q   I'm asking you.  Is this Han
18 Chunguang's name?
19 A   I didn't say that.  I don't think it
20 is.
21 Q   Okay.  So your testimony under oath
22 is that you did not sign Han Chunguang's name?
23 A   Correct.
24 Q   You signed -- did you sign any name?
25     MS. CLINE:  Objection.  Asked

Page 142

YVETTE WANG

1
2  Q   What date was that signed?
3  A   You mean as Power of Attorney?
4  Q   Yes.
5     MS. CLINE:  Just to be clear, is
6     your line of inquiry -- this is the
7     Eastern Profit 30(b)(6).  Your line
8     of inquiry, am I correct, relates to
9     your authority on behalf of Eastern
10    Profit.
11    MR. GREIM:  Correct.
12 A   What's your question?
13 Q   When was the limited Power of
14 Attorney signed?
15 A   You went me to read this; right?
16 Q   Just answer the question.
17 A   I need to know the question.  What
18 was the question?
19 Q   The question is:  When was the
20 limited Power of Attorney signed?  When was it
21 signed?
22 A   August 30, 2018.
23 Q   Right.  So my question is how did you
24 get your authority; was it orally, or was it in
25 writing, on or before January 6, 2018 to affix

Page 144

YVETTE WANG

1
2  and answered.
3  A   I repeat again.  I didn't mean to be
4  anyone's name.  I was authorized to sign on
5  Eastern Profits, and I just sign that.
6  Q   Who authorized you to sign this
7  agreement on behalf of Eastern Profit?
8  A   Eastern Profit.
9  Q   Who?
10 A   Is both May, M-E-I, and Mr. Han.
11 Q   So Guo Mei and Mr. Han authorized you
12 sometime before January 6th or on January 6th to
13 sign something on this line?
14    MS. CLINE:  Objection to form.
15 A   They authorized me to handle this
16 research project with everything this project
17 needs Eastern to do.
18 Q   How did they authorize you to handle
19 this project on or before January 6th?
20    MS. CLINE:  Objection.  Asked
21    and answered.
22 A   How?
23 Q   By what method did they give this
24 authorization to you?
25 A   You have a limited Power of Attorney.

Page 143

YVETTE WANG

1
2  something to exhibit number 2, the research
3  screen?
4  A   You should ask me these questions
5  from the very beginning.  I will give you what you
6  need to know and what you want to know.
7  Q   Great.  I can't wait to hear it.
8     MS. CLINE:  I object.  Please
9     don't stare her down.  You can ask a
10    question, and she can answer it.  The
11    stipulation is the stares we can do
12    without.
13    MR. GREIM:  Okay.  But she's
14    making a funny face at me.  That's
15    okay.
16 Q   I would just like to know the answer
17 to the question.
18     How did you get the authority to sign
19 Exhibit 2?
20     MS. CLINE:  When you say
21     Exhibit 2, you mean --
22     MR. GREIM:  The research
23     agreement.
24     MS. CLINE:  -- Wang Exhibit 2.
25     You have two exhibits with the

Page 145

37 (Pages 142 to 145)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1   YVETTE WANG
2   number 2 on them.
3   THE WITNESS:  Can I answer?
4   MS. CLINE:  Yes.
5   A   I was authorized both by orally and
6   Power of Attorney.
7   Q   What was the first word?
8   A   Orally.  O-R-A-L-L-Y.
9   Q   So is there another Power of Attorney
10  that predates Guo Exhibit 2?
11  MS. CLINE:  Again, the questions
12  that have to do with Golden Spring
13  and Golden Spring's authority are for
14  a separate deposition.
15  MR. GREIM:  I agree.
16  MS. CLINE:  Right now we're
17  talking about Eastern Profit.
18  MR. GREIM:  Yup.  That's exactly
19  right.
20  Q   So the question is -- first of all,
21  Exhibit 2, Wang Exhibit 2, the Research Agreement
22  was signed by Eastern Profit; right?
23  A   Correct.
24  Q   So you've just testified that you
25  received the authority to sign by Eastern Profit

Page 146

1   YVETTE WANG
2   MS. CLINE:  Objection to form.
3   Mischaracterizes the document.
4   THE WITNESS:  Should I answer?
5   MS. CLINE:  You can answer.
6   A   I don't remember the dates.  80
7   percent.  Again, she doesn't want me to guess.
8   I sign this research agreement based
9   on a firm, confirmative, very firm, F-I-R-M, oral
10  authorization.
11  Q   From who?
12  A   From Mr. Han.
13  Q   When did he give you the oral
14  authorization to sign the research agreement?
15  A   December, 2017.
16  Q   Okay.  When in December of 2017?  A
17  lot of negotiations in that month.
18  When in December of 2017 did Mr. Han
19  give you this authority?
20  A   I don't remember the dates, but it
21  was before we entered into this research
22  agreement.
23  Q   So did you discuss with Mr. Han the
24  terms of the research agreement?
25  A   Nope.

Page 148

1   YVETTE WANG
2   from two different sources, orally and by limited
3   Power of Attorney.
4   So my first question is what is the
5   limited Power of Attorney that authorized you to
6   sign the research agreement for Eastern Profit?
7   MS. CLINE:  Objection to form.
8   A   I have to correct my linguistic or
9   your understanding.  I told you orally or Power of
10  Attorney.
11  Q   Okay.  So is it your testimony that
12  there is a Power of Attorney that granted you the
13  authority to sign Wang Exhibit 2, or are you
14  saying there is no limited Power of Attorney?
15  Which one is it?
16  A   I repeat again.  I was authorized by
17  eastern both orally and Power of Attorney.
18  Q   I see.  And so we just looked at one
19  Power of Attorney, but it mentions Golden Spring,
20  and it's from later in the year.
21  MS. CLINE:  Objection to form.
22  Q   So my question is is there some other
23  Power of Attorney that I haven't seen yet that
24  gave you the authority to sign the research
25  agreement on behalf of Eastern Property?

Page 147

1   YVETTE WANG
2   Q   Did you translate it for him?
3   A   He didn't ask.  I don't remember I
4   offered.
5   Q   Did you talk to Mr. Chunguang about
6   the deal with Strategic Vision?
7   A   Yes, I did.
8   Q   Did he give you approval that he
9   agreed with the deal?
10  A   He authorized me to deal with this
11  deal.  But he is aware we're trying to disclosure
12  the Chinese corrupted official by investigation.
13  And he is on same page with us, which means he
14  agree with what we are doing.
15  Q   So how did you know that that was the
16  purpose of the research agreement?
17  MS. CLINE:  I'm sorry.  I was
18  coughing.  Can I hear that back.
19  (The requested portion of the
20  record was read back by the
21  reporter.)
22  MS. CLINE:  Objection to form.
23  A   How did I know?  I don't remember
24  that clearly, but I heard -- this is about Chinese
25  corrupted official.  They're illegal like

Page 149

38 (Pages 146 to 149)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

investigation from Miles and from Wallop, Waller.
Both.
         I don't remember like which dates,
the precise language, but Miles is looking for
some professional company, and Waller, Wallop
represented themselves, the best research company,
professional qualified who can help our research.
So I got to know about this research from there.
     Q    Why did you -- what made you
understand that Mr. Han was the person to go to
for authority to sign the research agreement?
         MS. CLINE:  Objection to form.
     A    What's the question?
     Q    How did you come to understand that
Mr. Han was the person for you to go to to seek
authority to sign the research agreement?
         MS. CLINE:  Objection to form.
     A    Because Waller and Wallop, obviously
they did not want Mile's name on any of the
contracts.
     Q    I'm sorry?
     A    I didn't finish.
     Q    Okay.  Go ahead.
     A    And Miles, he expressed okay.  Let's

Page 150

YVETTE WANG

look for someone who can be on this contract
pursuing the same goal with us.  I didn't finish.
     Q    Okay.  Keep going.
     A    So I start to look for, and I asked
Mr. Han.  He was onboard.  That's it.
     Q    Okay.  But my question unfortunately
was:  How did you know that Mr. Han was the right
person to speak with to obtain Eastern Profit's
authority?
         MS. CLINE:  Objection to form.
     Q    Okay.  I'm still confused by you.
     Q    We know that at some point you
identified Eastern Profit.  We know that.
     A    Mm-hmm.
     Q    You had to go to a real person though
to speak on behalf of Eastern Profit to give you
authority; right?
         MS. CLINE:  Objection to the
         form.
     A    Continue.
     Q    You agree with me so far; right?
     A    I heard you so far.
     Q    Okay.  Fine.  My question is why did
you go to Mr. Han?  Why not some other person?

Page 151

YVETTE WANG

**How did you know Mr. Han was the person to go to
to get authority from Eastern Profit?**
         MS. CLINE:  Objection to form.
     A    I started to ask and look for someone
as I just said.  It was Mr. Han.  He mentioned to
me Eastern Profit could be on the contract.
     Q    This is Chunguang Han?
     A    Mr. Han.
     Q    Han Chunguang; right?
     A    Correct.  He gave me Eastern Profit's
name.
     Q    So the person who suggested Eastern
Profit to take Mr. Guo's place was Han Chunguang?
         MS. CLINE:  Objection to form.
     A    What do you mean take Mr. Guo's
place?
     Q    Who was the first person who
mentioned Eastern Profit to you?
     A    I don't remember clearly.  It could
be either Mr. Han or Mr. Guo, but I don't remember
that clearly.
     Q    You remember testifying at your first
deposition it was Mr. Guo?
     A    You want me to read the page?  Which

Page 152

YVETTE WANG

page?
     Q    Before we go back and do this, why
don't we do it the right way.  I'm just going to
ask you.  You remember testifying before that you
first heard the words Eastern Profit from Mr. Guo?
     A    You're asking me is that my testimony
in my first deposition?
     Q    Yes.  Yes.
         MS. CLINE:  He's asking whether
         you remember.
     A    I don't remember that.
     Q    All right.  Look at page 12, please,
of your transcript.
     A    12, right.
     Q    Yes.  Let's look at page 10.  Even
better, it's all over these pages.
         Let's start on 10.  Why don't you
just take a look at pages 10 through 13.  Just
take a second to read through.
     A    From page 10 to 13?
     Q    Yes, to the correct answer at the
bottom of 13.  You can go to the bottom of 13.
         Are you finished?
     A    Yes.

Page 153

39 (Pages 150 to 153)

YVETTE WANG

2  Q   Okay.  Now do you recall now that you
3  testified that Mr. Guo introduced you to Eastern
4  Profit?
5       MS. CLINE:  Objection to form.
6  A   Now I do.
7  Q   All right.  I don't want to get you
8  too far down the road with Han Chunguang, because
9  I remember his testimony.
10      So how is it then that you learned
11 that Han Chunguang had anything to do with Eastern
12 Profit?
13 A   What's the question?
14 Q   How did you learn that Han Chunguang
15 had anything to do with Eastern Profit?
16 A   How did I learn?
17 Q   Mm-hmm.
18 A   That was I asked him there's a
19 project in here, kind of like are you interested.
20 And then he told me Eastern Profit probably could
21 join this project.
22 Q   Han Chunguang said this to you?
23 A   I don't remember the precise words
24 quote, okay.  That is my impression.  I was asking
25 him, and then he agree with our big goal, to take

Page 154

YVETTE WANG

2  down CCB.  And he said kind of like it's a great
3  job.  Let's do it.
4  Q   Who told you that Han Chunguang had
5  any authority to act on behalf of Eastern Profit?
6       MS. CLINE:  Objection to form.
7  A   You mean when?
8  Q   No.  Who.  Who told you that Han
9  Chunguang had any authority to act on behalf of
10 Eastern Profit?
11 A   Mei told me.
12 Q   When did she tell you that?
13 A   I forgot the precise time.  It should
14 be sometime in 2018.
15 Q   Okay.  But back in December of 2017,
16 all right --
17 A   Yes.
18 Q   -- when you testified that Han
19 Chunguang gave you authority to sign the research
20 agreement on behalf of Eastern Profit, who told
21 you that Han Chunguang had any authority to speak
22 on behalf of Eastern Profit?
23      MS. CLINE:  Objection to form.
24 A   He told me.
25 Q   He told you?

Page 155

YVETTE WANG

2  A   Should I continue?
3  Q   Go ahead.  I'm sorry.  I thought you
4  were done.
5  A   He told me Eastern Profit could be
6  onboard.  I can go ahead to sign a contract.
7  Q   Did he explain to you what his
8  relationship with Eastern Profit was?
9  A   I forgot the precise words he told
10 me, but he expressed he was or he is running
11 Eastern Profits, and he told me Eastern Profits
12 will be on the same side with our big anti-CCP,
13 Chinese Communist Party.
14 Q   Did Mr. Han tell you what his duties
15 and responsibilities were?
16 A   He was running.  My impression is he
17 was running.
18 Q   Who told you he was the, quote,
19 principal of Eastern?
20      MS. CLINE:  Objection to form.
21 A   Called principal.
22 Q   Who told you that he was the
23 principal of Eastern?
24      MS. CLINE:  Objection to form.
25 A   That is my understanding, he's the

Page 156

YVETTE WANG

2  principal.
3  Q   And who told you that?
4  A   Mr. Han expressed Eastern could be
5  onboard and he runs eastern.  So I recognize him.
6  He is a principal.
7       And later on Mei confirmed her
8  authorization to Mr. Han also which double confirm
9  my recognition to Mr. Han as the principal of
10 Eastern Profit.
11 Q   Do you remember testifying at your
12 deposition in January that you didn't know what
13 Mr. Han's duties and responsibilities were, and it
14 was Mr. Guo who told you he was the principal of
15 Eastern?
16      MS. CLINE:  Objection to form.
17 A   Which page?
18 Q   Page 97.  You can start up on 96 if
19 you want to.  The person starts asking about
20 Chunguang Han at line 13.
21      All right Miss Wang, do you see that
22 the questioner asked you at the bottom of 96, he
23 says, line 18:  What is his exact position
24 Eastern?
25      You answer:  He is the President of

Page 157

40 (Pages 154 to 157)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1  before and after those couple of days.  I don't
2  have the precise dates.
3      Q    You first learned of Eastern Profit's
4  existence just before going down to Virginia to
5  sign the contract with Miss Wallop; isn't that
6  right?
7          MS. CLINE:  Objection to form.
8      A    That's correct.
9          (Wang Exhibit 4, a document
10         titled Research Agreement dated
11         January 1, 2018 and Bates stamped
12         Eastern-000001 to Eastern-000004
13         previously marked for Identification
14         as of this date.)
15     Q    I'm going to hand you what we marked
16 in the original deposition as Exhibit 4.  I'm
17 giving you another copy for your attorney.
18         This is Wong Exhibit 4, Eastern Bates
19 numbers 1 through 4.  This is a document that you,
20 or that Eastern produced to us in this case.  And
21 if you want, you can compare it.  Maybe it will be
22 helpful to compare it to the actual research
23 agreement which is Exhibit -- Wang Exhibit 2.
24         You'll see they're not the same

Page 162

YVETTE WANG

1  document; are they?
2      A    You're right.
3      Q    Wang Exhibit 4 doesn't have
4  signatures on it; right?
5      A    Correct.
6      Q    It doesn't have the same payment
7  terms.  The amount is only $250,000.  If you look
8  on page 4 of Wang Exhibit 4, do you see that?
9      A    I'm reading this.  You want me just
10 to read this paragraph; right?
11     Q    Yeah.  My only question is I just
12 wanted you to look at the payment terms paragraph.
13 And I'm just asking you to see that this is only
14 $250,000 a month in this draft; is that right?
15     A    Correct.
16     Q    And strategic was demanding a much
17 higher amount, which it ultimately got, $750,000 a
18 month; isn't that right?
19         MS. CLINE:  Objection to form.
20     A    Correct.
21     Q    If you go to the front of Wong
22 Exhibit 4, you see the date typed up in the top is
23 January 1, 2018?
24     A    Yes.

Page 163

YVETTE WANG

1      Q    Do you recall this being -- first of
2  all, the agreement wasn't signed on January 1; was
3  it?
4      A    You're right.
5      Q    And do you recall this being a draft
6  of the agreement, at least a draft, maybe not the
7  only draft, as of January 1, 2018?
8          MS. CLINE:  Exhibit 41.
9          MR. GREIM:  Yes, Exhibit 4.
10     A    It has been almost 20 months.  I
11 don't remember clearly what was the negotiation,
12 but since this is Eastern, we produce this.  I
13 have to say yes.
14     Q    And do you recall that at this time I
15 won't -- I don't want to characterize this the
16 wrong way, but do you agree that at this time
17 Eastern Profit had not been identified yet as the
18 entity that would be entering the contract?
19         MS. CLINE:  At which time?
20         MR. GREIM:  As of January 1,
21 2018.
22     A    You are asking me by January 1, 2018,
23 Eastern Profit was not recognized?
24     Q    Right.

Page 164

YVETTE WANG

1      A    No.  I don't agree with you.
2      Q    Okay.  Okay.
3          So when was Eastern Profit first
4  identified as the contracting party for we'll call
5  it your side of the contract?
6      A    Was identified?  You mean confirmed
7  or found; right?
8      Q    Sure.
9      A    I don't remember that clearly, but I
10 started to talk to Hank kind of like November
11 earliest, November, December of 2017.
12     Q    But you testified that you didn't
13 learn the name of Eastern Profit until just before
14 going down to Virginia to negotiate with French
15 Wallop.  So how could Eastern Profit have been
16 identified back in November of 2017?
17         MS. CLINE:  Objection to form.
18         Mischaracterizes testimony.
19     A    Why before?  Like two hours right
20 before I came down to Virginia?  I'm talking about
21 like a month or two month.  Less than two month.
22 I don't think that is a long time.  I can still
23 quote that as right before.
24     Q    Is it your testimony that you first

Page 165

42 (Pages 162 to 165)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2  learned that Eastern Profit would be the
3  contracting party in November of 2017?
4      A    I don't remember that clearly, but
5  it's for sure the latest is November -- no,
6  December or even November, late November of 2017.
7      Q    Mr. Chunguang Han is not a director
8  of Eastern Profit, is he?
9      A    You're asking about now?
10     Q    Right.
11     A    He is not.
12     Q    Between September, 2017 and March,
13 2018 he was not a director of Eastern Profit, was
14 he?
15     A    Between September of 2017 until when?
16     Q    March, 2018 he was not a director,
17 was he?
18     A    He was not.
19     Q    Is there any document appointing
20 Mr. Han as any sort of an officer or
21 representative of Eastern Profit for the period
22 September, 2017 to March, 2018?
23     A    He is authorized.
24     Q    My question is is there a document
25 giving him that authority?

Page 166

YVETTE WANG

1
2  me also, but I don't remember that clearly.
3      Q    Okay.  So other than a recollection
4  that at some point Mr. Han and Miss Mei told you
5  that he had authority to act for Eastern Profit
6  between September, 2017 and March, 2018, can
7  Eastern Profit point to any other documents
8  reflecting that he had that role?
9      A    I didn't ask.
10     Q    Do they exist?  Do the documents
11 exist?
12     A    I did not ask.
13         MR. GREIM:  Why don't we take a
14 short break.  Let's take a
15 five-minute break.
16         THE VIDEOGRAPHER:  The time is
17 3:25 p.m., Wednesday, October 30,
18 2019.
19         This is the end of media number
20 3 of the videotaped deposition of
21 Yvette Wang.
22         We're off the record.
23         (At this time, a brief recess
24 was taken.)
25         THE VIDEOGRAPHER:  The time is

Page 168

YVETTE WANG

1
2      A    I didn't remember I saw that document
3  paper, no.
4      Q    Why do you believe he is authorized?
5  Let's stick to the period of September of 2017 to
6  March, 2018.
7      Why does Eastern Profit say he's
8  authorized to act during that period?
9      A    September, 2017 until March, 2018;
10 right?
11         I don't remember the precise words.
12 My impression is I was told he was the director.
13 He is still running the company authorized by the
14 director.
15         And then later on Mei confirmed
16 Mr. Han made the correct representation about
17 himself and his wife.
18     Q    Okay.  So who is the person that told
19 you that he had been given authority to act on
20 behalf of Eastern Profit between September, 2017
21 and March, 2018?
22         MS. CLINE:  Objection to form.
23         Asked and answered.
24     A    Mr. Han, he expressed it to me.  I
25 don't remember clearly.  Miss Mei mentioned it to

Page 167

YVETTE WANG

1
2  3:39 p.m., Wednesday, October 30,
3  2019.  This is media number 4 of the
4  videotaped deposition of Miss Yvette
5  Wang.  We're back on the record.
6  CONTINUED EXAMINATION
7  BY MR. GREIM:
8      Q    All right, Miss Wang.  Welcome back.
9  Based on your most recent testimony,
10 it sounds like there are two individuals who we
11 can say had knowledge of the negotiation of the
12 contract between Eastern Profit and Strategic
13 Division, Guo Mei and Han Chunguang.  Is that
14 correct?
15         MS. CLINE:  Objection.
16     Q    Let me strike that.
17     A    Too long a question.  I going to
18 forget.
19     Q    Is it fair to say that Han Chunguang
20 and Guo Mei had knowledge of Eastern Profit's
21 negotiation of the contract with Eastern -- with
22 Strategic Vision?
23     A    You're talking about this research
24 agreement; right?
25     Q    I am.

Page 169

43 (Pages 166 to 169)

YVETTE WANG

1
2    A    They don't have the details like in
3  terms of this contract.  But they know or they
4  knew we hired a so-called professional
5  investigation company which really Shell Company
6  and liars.
7    Q    But if I understand you correctly,
8  you have now testified that Han Chunguang knew of
9  the agreement before it was signed, approved of
10  its purpose, and authorized you to sign it?
11    MS. CLINE:  Objection to form.
12    Q    Is that correct?
13    A    Mr. Han did not get that deeply
14  involved.
15    Q    However, it is true, isn't it, that
16  you told Han Chunguang about the contract, you
17  told him about the goals of the contract, and you
18  asked for his authority to sign it.
19    That is your testimony today; isn't
20  it?
21    MS. CLINE:  Objection to form.
22    A    I told him we found a research
23  company.  Miles was meeting with their
24  representatives.  They seem like qualified and
25  professional by them.  Most likely we can contract

Page 170

YVETTE WANG

1
2    Q    Very good.  Please take a look at
3  what we marked in your other deposition as Wang
4  Exhibit 3.
5    (Wang Exhibit 3, a document
6    titled Plaintiff Eastern Profit
7    Corporation Limited's Responses and
8    Objections to Defendant Strategic
9    Vision US, LLC's First Set of
10    Interrogatories previously marked for
11    Identification as of this date.)
12    Q    Do you recognize these as Eastern
13  Profit Limited's responses and objections to
14  Strategic Vision's first set of interrogatories?
15    You'll see that the second to last
16  page you have signed it, and Karen Maistrello
17  notarized your signature on December 20, 2018.
18    A    You want me to read through all the
19  pages?
20    Q    No.  I'm just asking do you remember
21  verifying the interrogatory responses on behalf of
22  Eastern Profit in this case.  That's you, isn't
23  it?  You signed this?
24    A    Correct.
25    Q    Then if you go to page 1 -- I'm

Page 172

YVETTE WANG

1
2  them, start research.
3    Q    And before January 6, he told you
4  that you can sign the agreement; is that right?
5    A    After I told him that, he said please
6  go ahead.  You are the miles.  We believe you
7  guys.  Go ahead with this company.
8    Q    And your testimony also is that the
9  reason you believed you had authority or -- I'm
10  sorry.  Let me strike that.
11    The reason you believe that Han had
12  authority to give you that approval, is that Han
13  told you he had the authority and Guo Mei may told
14  you he had the authority before you signed the
15  contract; is that right?
16    MS. CLINE:  Objection to form.
17    A    Before I sign a contract I was
18  authorized to proceed and execute with this
19  contract.  I was told I'm authorized to sign it.
20    Q    My question though is who told you
21  that Han Chunguang  could give you the authority
22  to sign the contract?  Who told you Han Chunguang
23  had the authority on behalf of Eastern Profit?
24    MS. CLINE:  Objection to form.
25    A    Both Mr. Han and Miss Mei.

Page 171

YVETTE WANG

1
2  sorry, page 2, question 1, you see the very first
3  thing says:  Identify all persons with whom
4  Eastern consulted when answering these
5  interrogatories or who were otherwise involved in
6  any way in answering these interrogatories?
7    Do you see that question?  Then in
8  response, first Eastern objects, and then the
9  second sentence you see where it says subject to
10  Eastern's objection, Yvette Wong and Guo Wengui
11  were consulted with answering these
12  interrogatories.
13    Did I read that right?
14    A    Yes.
15    Q    In fact you did consult with Guo
16  Wengui when answering these interrogatories;
17  didn't you?
18    MS. CLINE:  Objection to form.
19    A    I don't remember.  This is the
20  conversation my lawyer worked with.
21    Q    Then let's turn to -- well, let me
22  ask you:  Did you provide any input into these
23  interrogatory responses?
24    MS. CLINE:  That's a yes or no
25    question.

Page 173

44 (Pages 170 to 173)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2        A    I reply you before, I believe, but I
3  can repeat again.  I put together name list.
4  took advice from Mr. Guo.  I put together name
5  list based on Internet whistle blow information.
6  And I'm aware, like some of the bad guy, they go
7  after Mr. Han and Miss Mei family in China.
8        So if you won't say anyone put
9  together so that is my name list, I can tell you
10  maximal there's people.
11        Q    Now originally there were to be 10
12  names, and 5 were added; is that correct?
13        A    You're asking about negotiation of
14  the contract terms?
15        Q    Yes, I am.
16        A    Kind of like, yes.
17        Q    What was the reason that five
18  additional names were added?  Let me ask you this.
19        Did those five additional names have
20  anything in common?
21        A    What do you mean in common?
22        Q    Well, for example did the same person
23  recommend all five of the additional names?
24        A    The only thing --
25        MS. CLINE:  Objection to form.

Page 194

YVETTE WANG

1
2        Sorry.  Go ahead.
3        A    The only thing in common is five
4  names, and 10 name, 15 name, they're all corrupted
5  Chinese Communist Party official, or their family,
6  or their like kids.  I don't know that words.
7  Private case.  And that is the only thing they're
8  in common.
9        Q    Other than with ACA, is there any
10  other -- and I guess Mr. Guo, was there any other
11  person with whom Eastern Profit intended to share
12  the research results?
13        A    What's the question?
14        Q    Other than ACA and Mr. Guo, was there
15  any other person with whom Eastern Profit intended
16  to share the research results?
17        MS. CLINE:  Objection to form.
18        A    Eastern, of course, is happy to share
19  the results.  It was all Chinese people who are
20  pursuing the rule of law and democracy of China.
21        Q    Did Eastern Profit engage anyone to
22  research any of these 15 names, anyone other than
23  Strategic Vision to research the 15 names?
24        A    To best of my knowledge, no.
25        Q    Okay.  Now I want to ask you more

Page 195

YVETTE WANG

1
2  than just to the best of your knowledge.  I'm
3  asking Eastern Profit.
4        Did it engage anyone to research --
5  anyone else other than Strategic Vision to
6  research any of these 15 names?
7        A    Nope.
8        Q    What was the -- let me strike that.
9        What was Eastern's plan for
10  publicizing and using the information that
11  Strategic Vision was supposed to obtain?
12        A    Of course to send this criminal
13  person or criminal Chinese Communist Party
14  officials into jail and to -- including Eastern
15  Profit, the company, they're assets back.
16        Q    So Eastern Profit believed that the
17  public outcry resulting from publicity would cause
18  its assets to be unfrozen in Hong Kong?
19        MS. CLINE:  Objection to form.
20        A    There are some words I don't
21  understand in your sentence.  Archive, what is
22  that?  What's your question?
23        Q    So Eastern Profit believed that the
24  public outcry --
25        A    Wait a second.  Public outcry, what's

Page 196

YVETTE WANG

1
2  this?
3        Q    You never heard outcry?  Let me
4  choose a different word?
5        A    Sorry.  Foreigner here.
6        MS. CLINE:  No need for
7  commentary.
8        MR. GREIM:  No one says she's a
9  foreigner here.  I don't understand
10  the reason for the comment.
11        MS. CLINE:  She's not a native
12  English speaking person.
13        MR. GREIM:  I'm trying to ask a
14  question, please.
15        Q    So Eastern Profits?
16        MR. GREIM:  Please stop
17  interrupting.  Finally.
18        Q    So Eastern Profit's plan was that the
19  public reaction to it's publicizing this
20  information would cause it's assets to be unfrozen
21  in Hong Kong?
22        MS. CLINE:  Objection to form.
23        A    Eastern Profits believes to
24  disclosure this corrupted Chinese official, bring
25  the justice to Chinese people, and itself also.

Page 197

50 (Pages 194 to 197)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

We'll be able to help all the Chinese
people and itself, including I'm frozen, Eastern
itself assets and back to normal business, which
Eastern was conducting before their bank accounts
was frozen.

**Q   So I just want to understand this.
This is the first time we're hearing about Eastern
Profit wanting to unfreeze its assets.**

**Did Eastern Profit believe that it
would put its own prosecutors in jail in Hong
Kong?  Let me ask you this.**

**What was Eastern Profit's specific
plan to use the research in Hong Kong?**

MS. CLINE:  Objection.  It's
Beyond the scope of your topics.

**Q   Well, the very first topic is why did
Eastern Profit enter into the contract.  Question
number 1.  That's what we're trying to find out.**

**We just learned it's to unfreeze its
assets.  So I would like to know about the
specifics of this.**

**How specifically did Eastern Profit
believe it was going to be able to use the Hong Kong
research results to unfreeze it's Hong Kong**

Page 198

YVETTE WANG

**assets?**

MS. CLINE:  What was the
number 1 that you were just referring
to?

MR. GREIM:  I'm referring you to
the long list, item 1, very first
question sent to you on August 13.

MS. CLINE:  You're not referring
to the deposition notice; right?

MR. GREIM:  No.  Within the
deposition notice it's under research
agreement including negotiations
concerning the same.

Question 1:  Why did EP enter
into the contract?

MS. CLINE:  I mean the notice
topic is the research agreement and
negotiations.  I will give you a
little leeway.

MR. GREIM:  We're in between
counsel, which is supposed to be
honored by the court's order, which I
sent to you October 3rd is this list.

And the very first question

Page 199

YVETTE WANG

appearing on the list is why did EP
enter into the contract.  The second
sentence is:  What circumstances led
EP to seek research.

MR. PODHASKIE:  Join.  I'm --
MR. GREIM:  Please do not enter
into the record.

MS. CLINE:  Which is the letter
you're referring to?

MR. GREIM:  I'll just give you
a copy.  This is my E-mail to you of
October 3rd, 2019.  I attached a word
document.  You can pass it over to
your attorney.

Let's go off the record.
MS. CLINE:  No.  Let's keep
going.

MR. GREIM:  We're using up time
now.  I think it's a spurious
objection.

THE VIDEOGRAPHER:  Off the
record.

MS. CLINE:  On the record.

**Q   So the question is:  What was Eastern**

Page 200

YVETTE WANG

**Profit's specific plan to use the research to free
up its Hong Kong assets?**

MS. CLINE:  You're representing
that that question isn't on here?

MR. GREIM:  No.  It's the first
two questions.

**Q   Why did Eastern Profit enter into the
contract?  You just learned for the first time
that it's to free up some frozen Hong Kong.**

**I'm trying to learn about the
specific plan that Eastern Profit had.**

MS. CLINE:  You're
mischaracterizing her testimony.  If
you want to know why did Eastern
Profit enter into the contract, you
can ask her that question again.

You're twisting --
MR. GREIM:  I'm not limited to
using the exact words on that
document.  I'm following up on the
witness' questioning, and I'm being
obstructed.

I would like to get an answer to
the question.

Page 201

51 (Pages 198 to 201)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG
2    Q    What was Eastern Profit's specific
3  plan to use the research results to unfreeze its
4  Hong Kong assets?
5              MS. CLINE:  Objection to form.
6         Mischaracterizes testimony and beyond
7         the scope of counsel's agreement
8         regarding the scope of the
9         deposition.
10             You can answer.
11      A    I'm happy to tell you.  I remember on
12  my name list there are two person.  One is called
13  M-E-N-G, J-I-A-N, Z-H-U.  He was the hat or steel
14  head of entire China, police, court, persecutor.
15  Almost -- most of the law enforcement.  He's the
16  head of that.  The most powerful person.  One of
17  the most powerful person in China.
18      Q    And so you hoped --
19      A    Let me finish.
20      Q    You paused for so long, I thought you
21  were done.
22      A    I'm trying to help you.
23      Q    I'm sorry.  Keep going.
24      A    I told you I have language barrier.
25  You have to allow me finish.

Page 202

YVETTE WANG
2    Q    I thought you were finished with the
3  sentence when a few second ticked by.  Go on
4  ahead.
5      A    So clearly of Eastern's previous
6  directors, current directors, they were all
7  persecuted by this corrupted Chinese official.
8         So Eastern would like to disclousure
9  this corrupted Chinese official.  His legal
10  assets, his crimes, et cetera to bring the justice
11  to China.
12         And it should be a natural
13  understanding to Eastern and all the Chinese
14  people who are persecuted by this bad official.
15         If this official is completely
16  removed, sent to jail, and they will be able to
17  get their justice back including -- you know the
18  relationship between Hong Kong and Beijing; right?
19  You don't need me to explain that.  That will
20  naturally bring justice to Hong Kong for Eastern
21  Profit to release his assets which are illegally
22  frozen.
23      Q    In Hong Kong?
24      A    Correct.
25      Q    And this Mr. Meng is a CCP or, I'm

Page 203

YVETTE WANG
2  sorry, PRC official?
3      A    He is Chinese Communist Party
4  official, yes.
5      Q    So that's one person.  You said there
6  was a second person.  Who was that?
7      A    The second person is Sun Li Jum.
8  S-U-N, L-I, J-U-M.
9      Q    Okay.  Go ahead.
10     A    I finished.
11     Q    I'm sorry.  That time you were done.
12  Okay.
13         What was the plan with respect to
14  him?  How was that going to unfreeze the assets?
15     A    A similar plan.
16     Q    Anyone else in your list of 15 names
17  that were going to help unfreeze the Eastern
18  Profit assets in Hong Kong?
19             MS. CLINE:  Objection to form.
20     A    Everyone.
21     Q    Okay.  How were ACA assets able to
22  flow out of Hong Kong?
23             MS. CLINE:  Objection.  Beyond
24         the scope.
25             MR. GREIM:  Let's take a short

Page 204

YVETTE WANG
2  break.
3             THE VIDEOGRAPHER:  The time is
4         4:39 p.m., Wednesday, October 30,
5         2019.  This is the end of Media 4 in
6         the deposition of Yvette Wang.
7         We're off the record.
8             (At this time, a brief recess
9         was taken.)
10            THE VIDEOGRAPHER:  The time is
11         4:56 p.m., Wednesday, October 30,
12         2019.
13            This is media number 5 of the
14         videotaped deposition of Missy Wong.
15         We're back on the record.
16  EXAMINATION CONTINUED
17  BY MR. GREIM:
18     Q    Miss Wong, we're going to jump around
19  a little bit between some different topics and try
20  to wrap up today.
21         My first question is earlier we
22  talked about the Power of Attorney by which
23  Eastern Profit granted to Gold Spring, New York.
24         My question for you is who on behalf
25  of Eastern Profit  authorized Han Chunguang to

Page 205

52 (Pages 202 to 205)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

sign that Power of Attorney?

    MS. CLINE:  Objection.  I'm not sure that's within the scope.

    If you know the answer, you can answer.

A   I have, I believe, Miss Mei.  M-E-I.

Q   Were any lenders, other than ACA, approached by Eastern Profit for purposes of this contract?

    MS. CLINE:  Again, objection. Beyond the scope.

A   I didn't hear about that.

Q   In other words, did ACA try to find a competitive -- find competitive loan terms?

A   Find competitive loan terms?

Q   Right.  In other words, did it see if it could find cheaper financing from somebody other than ACA?

A   You're asking do I know or not?

Q   My question is did Eastern Profit try to shop for the best loan terms it could?

A   I didn't hear about this.

Q   Does Eastern Profit have any plan to repay the loan other than getting its assets

Page 206

YVETTE WANG

unfrozen in Hong Kong?

    MS. CLINE:  Objection to form.

Q   What do you mean other than assets?

Q   Let me go back.

    So let's suppose that Strategic Vision -- I asked a question, not the same question, but a similar one earlier.

    Let's suppose Strategic Vision had given Eastern Profit all of the research it wanted for an entire year, for the entire term of the contract.  Let's say that it happened.

    Did Eastern Profit have any plan to repay ACA's loan other than by effecting political change in China?

    MS. CLINE:  Objection to form. Hypothetical.

    You can answer, if you can.

A   It's hard to understand your question.  Still I don't quite understand your question.  You mean F, Strategic Vision, they are -- which they are not, they are qualified to deliver the reports which agreed in the contract, which means the contract happened.  I mean with merits or with facts happened.

Page 207

YVETTE WANG

So besides Eastern is looking for release their bank accounts from Hong Kong to pay back the loan, is there any other way Eastern planned to pay back?

Q   Correct.

A   Okay.  I didn't discuss that yet, but I heard kind of like William would have been happy to contribute this fund into the entire taking down Chinese Communist Party campaign.  But I don't have too much details.

Q   So had the research been successful, Mr. Yu would have been happy to write off the loan?

    MS. CLINE:  Objection to form.

A   Possible.

Q   Did Eastern Profit intend to keep borrowing from ACA for the rest of the contract?

    MS. CLINE:  Objection to the form.

A   I think I replied to your question. Still the same answer.  Possible.

Q   Did Eastern Profit hire T and M Security to research these names, any of these 15 names?

Page 208

YVETTE WANG

A   No.

Q   Did it hire Robert Tucker or Dunkin Levitt to research any of these 15 names?

A   No.

Q   Did Eastern Profit expend any money in coming up with its list of 15 names?

A   I don't understand the question. Sorry.

Q   Did Eastern Profit -- so you've testified that you and Mr. Guo came up with a list of 15 names, and that you considered various factors.

    My question to you is did Eastern Profit spend any money in developing its list of 15 names?

    MS. CLINE:  Objection to form.

A   Spend any money in developing my name at least; right?

Q   Correct.

A   If you are talking about Eastern's assets were frozen, they could not continue their normal business.  The damage should be count as cost to spend.

Q   I'm sorry.  My question was did

Page 209

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  **Eastern Profit spend money in developing the list**
3  **of 15 names?**
4          MS. CLINE:  Objection to form.
5      A    I don't know, but I will say no.
6      **Q    Did Eastern Profit spend any money to**
7  **develop the supporting materials it provided to**
8  **Strategic Vision along with the 15 names?**
9          MS. CLINE:  Objection to form.
10     A    The 15 names, they are public,
11  international.  No, international information.
12  Why Eastern Profits should spend money to the
13  American names, should spend money to build the
14  list.
15     **Q    That's my question to you.  Did it?**
16     A    I believe I reply to your question
17  with my question.
18     **Q    But I would like an answer.**
19          MS. CLINE:  Asked and answered.
20     A    No.  It's public Internet
21  information.  Let me repeat again.  Everyone has
22  access.
23     **Q    Was Eastern Profit aware that Guo had**
24  **hired researchers to investigate the same 15 names**
25  **that Strategic Vision was researching?**

Page 210

YVETTE WANG

1
2          MS. CLINE:  Objection to form.
3      Assumes facts not in evidence.
4      A    No.
5      **Q    By the way, some of the accompanying**
6  **information in the 15 names that Eastern Profit**
7  **gave to Strategic Vision included birthdays,**
8  **passport numbers, Social Security numbers.**
9          **Is it your testimony that all that**
10  **information was already on the Internet?**
11     A    Correct.  You can try.
12     **Q    You recall an attempt to retract the**
13  **two $500,000 wires that ACA sent to Strategic**
14  **Vision?**
15     A    How much money?
16     **Q    Two $500,000 wires for a total of**
17  **$1 million.**
18          **Do you recall an attempt to retract**
19  **those wires?**
20     A    $250,000.
21     **Q    No.  Two $500,000 wires.**
22     A    Oh.  Two half million; right?
23     **Q    Correct?**
24     A    Yes, I remember it.
25     **Q    And do you recall asking French**

Page 211

YVETTE WANG

1
2  **Wallop to have Strategic Vision send the money**
3  **back to ACA?**
4      A    Yes.  I asked Wallop.
5      **Q    Why did you ask her to send the money**
6  **back to ACA instead of to Eastern Profit?**
7          MS. CLINE:  Objection.  To the
8      extent all this stuff was asked in
9      the first deposition, and now we're
10     reinventing wheels again.
11          You can answer.
12     A    Eastern Profits bank account is
13  frozen.  How can Eastern be able to receive
14  refund, return, let's say.  Sorry about my
15  language.  Return of money.
16     **Q    What is the latest conversation**
17  **you've had with ACA or William Je about the**
18  **million dollars?**
19          MS. CLINE:  Objection.  Asked
20     and answered.
21     A    Latest conversation, you mean the
22  last conversation today?
23     **Q    The most recent, yes.**
24     A    Last month.
25     **Q    Okay.**

Page 212

YVETTE WANG

1
2      A    Or yeah, like a month ago or a month
3  and a half, yeah.
4      **Q    Have you spoken with anyone other**
5  **than William Je at ACA about the loan?**
6      A    Nope.
7      **Q    A few of the people we've been**
8  **talking about today here, for one, William Je,**
9  **where does he reside?**
10          MS. CLINE:  Objection.  Again,
11     this is a 30(b)(6) of the Eastern
12     Profit designee.  We specifically had
13     an agreement that we would not go
14     into ACA, it's corporate structure or
15     anything like that, and you know it.
16     This is way outside the scope of our
17     agreement.
18          MR. GREIM:  It sounds like he is
19     a witness.  And if you want to
20     instruct the witness not to answer
21     because it's outside the scope of the
22     agreement, so be it.  I can't make --
23          MS. CLINE:  He's outside the
24     scope.
25     **Q    What about Guo Mei, is she in the**

Page 213

54 (Pages 210 to 213)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| YVETTE WANG<br>1<br>2     A    Are you talking about first<br>3 deposition?<br>4     Q    Yes.  Do you recall that you were a<br>5 30(b)(6) witness before?<br>6     A    I should be.<br>7     Q    Did you confer with Mr. Je, I say it<br>8 different every time, about the research agreement<br>9 in this case in December of 2017?<br>10    A    December of 2017 Mr. Je?<br>11    Q    Correct.<br>12    A    Who is Mr. Je?<br>13    Q    Well, Mr. Yu.<br>14    A    You're talking about William.<br>15    Q    I am.  William.  I should just call<br>16 him William probably.<br>17    A    Much easier.  Talk to him about what?<br>18    Q    About the research agreement?<br>19    A    I didn't remember that.<br>20    Q    How about in January, 2018?<br>21       MS. CLINE:  Again, our agreement<br>22    regarding the scope of questioning<br>23    about ACA was limited to the<br>24    negotiations of the loan.<br>25    Q    My question is is one of the people<br><br>Page 222 | YVETTE WANG<br>1<br>2     A    Ask William by when, January 2018?<br>3     Q    Sure.  December, 2017 or January,<br>4 2018.<br>5     A    I don't remember.<br>6     Q    Does Eastern Profit report on the<br>7 progress of this case to William Yu?<br>8       MS. CLINE:  Objection.  Form.<br>9     A    Does Eastern Profit?  If you are<br>10 talking about the previous director and the<br>11 current director, no, because these two people<br>12 fully authorized everything to me.  They don't<br>13 know the details.  They're not involved.  If you<br>14 are talking about me, mention what to William?<br>15    Q    The progress of this case.<br>16    A    Yeah, I mentioned the progress of<br>17 this case to him.  Yeah.<br>18       MR. GREIM:  Can I ask -- I think<br>19    I'm done here.<br>20       Can I ask that the witness<br>21    produce her copy of the 15 names to<br>22    counsel and that they just be<br>23    produced to us?<br>24       MS. CLINE:  We will take that<br>25    under advisement?<br><br>Page 224 |
| YVETTE WANG<br>1<br>2 that you were conferring with for direction as you<br>3 were negotiating the contract with Strategic<br>4 Vision William Yu?<br>5     A    Conferring what?  I --<br>6     Q    Talking to.<br>7     A    Okay.  Talking to William about.<br>8     Q    Correct, the research.<br>9     A    The research agreement.<br>10    Q    Right.<br>11    A    When?  By January --<br>12    Q    January, 2018.<br>13    A    2018.<br>14    Q    Yes.<br>15    A    I don't remember.<br>16    Q    Did you ask for his advice in any of<br>17 the 15 names?<br>18    A    Ask William; right?<br>19    Q    Correct.<br>20    A    No.<br>21    Q    Did you check with him to determine<br>22 whether getting information on these names would<br>23 help to unfreeze Eastern Profit's assets in Hong<br>24 Kong?<br>25       MS. CLINE:  Objection.<br><br>Page 223 | 1<br>2       MR. GREIM:  Okay.<br>3       I know what you've said here<br>4    today, but I believe that was what we<br>5    had.  I'll just make the request and<br>6    you can take it under advisement.<br>7       I don't have any other questions<br>8    for the witness.<br>9       We're off the record.  The<br>10   deposition is concluded.<br>11      THE VIDEOGRAPHER:  The time is<br>12   5:28 p.m.  Wednesday, October 30,<br>13   2019.  This is the end of media<br>14   number 5 and completes the videotaped<br>15   deposition of Miss Yvette Wang.<br>16      We're off the record.<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br><br>Page 225 |

57 (Pages 222 to 225)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

2
3          A C K N O W L E D G M E N T
4
5    STATE OF NEW YORK      )
6                           ss:
7    COUNTY OF _____ )
8
9          I, Yvette Wang, hereby certify that I have
10   read the transcript of my testimony taken under
11   oath in my deposition of October 30, 2019; that
12   the transcript is a true and complete record of my
13   testimony, and that the answers on the record as
14   given by me are true and correct.
15
16
17          _____
18                YVETTE WANG
19
20
21   Subscribed and sworn to before me
22   This      day of           2019
23   _____
24        (NOTARY PUBLIC)
25

Page 226

2
3          C E R T I F I C A T E
4
5          I, Terri Fudens, a stenotype reporter
6    and Notary Public within and for the State of New
7    York, do hereby certify:
8          That the witness whose testimony is
9    hereinbefore set forth was duly sworn by me and
10   that such testimony is a true record of the
11   testimony given by such witness.
12         I further certify that I am not related
13   to any of the parties by blood or marriage, and
14   that I am in no way interested in the outcome of
15   this matter.
16         IN WITNESS WHEREOF, I have hereunto set
17   my hand.
18
19
20
21         _____
              Terri Fudens
22
23
24
25

Page 227

58 (Pages 226 to 227)

**30(b)(6) Yvette Wang**
**October 30, 2019**