# Exhibit M1

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE SOUTHERN DISTRICT OF NEW YORK

4    ----------------------------------------x

5    EASTERN PROFIT CORPORATON LIMITED,,

6                    Plaintiff/Counterclaim Defendant,

7

8                         Case No.  18-cv-2185

9               v.

10   STRATEGIC VISION US, LLC,

11                   Defendant/Counterclaim Plaintiff.

12   ----------------------------------------x

13                    10:00 a.m.

                      November 19, 2019

14

                      405 Lexington Avenue

15                    New York, New York

16

17         DEPOSITION of JOHN MICHAEL WALLER,

18   testifying under Rule 30(b)(6) on behalf of

19   STRATEGIC VISION US, LLC in the above entitled

20   matter, pursuant to Notice, before Stephen J.

21   Moore, a Registered Professional Reporter,

22   Certified Realtime Reporter and Notary Public of

23   the State of New York.

24

25

Page 2

```
1
2  A P P E A R A N C E S :
3
4       GRAVES GARRETT LLC
5          Attorneys for Eastern Profit
6          Corporation Limited
7          1100 Main Street
8          Kansas City, Missouri  64105
9
10      BY:   EDWARD D. GREIM, ESQ.
11         and
12         JENNIFER DONNELLI, ESQ.
13
14      PEPPER HAMILTON, LLP
15         Attorneys for Strategic Vision US,
16         LLC
17         1313 N. Market Street 5100
18         Wilmington, Delaware 19899
19
20      BY:   JOANNA CLINE, ESQ.
21
22  ALSO PRESENT:
23      DANIEL PODHASKIE
24      YVETTE WANG
25
```

Page 3

```
1
2  EXAMINATION BY                   PAGE
3  MS. CLINE              5
4        E X H I B I T S
5  SV
6  EXBT 101 Strategic Vision's amended     11  14
7     Answer and counterclaims
8  EXBT 102 List of names          55  25
9  EXBT 103 Bank statement for         71  5
10    Georgetown Research for the
11    month of January, 2018
12 EXBT 104 Invoice from Team 1 leader     75  21
      to Georgetown Research for
13    $200,000
14 EXBT 105 Invoice from Allied Special    105  5
15    Operations Group from March
16    2018
17 EXBT 106 Handwritten notes         121  16
18 EXBT 107  Document Bates stamped SVUS    160 22.
19    1961 through 65
20 EXBT 108 Document Bates stamped 1966    160  22
21    through 1971
22 EXBT 109 Document Bates stamped 1972    160  22
23    through 1975
24 EXBT 110 Document Bates stamped SVUS    164  8
25    1976 through 1990
```

Page 4

```
1          MICHAEL WALLER
2          THE VIDEOGRAPHER:  Good morning.
3   We are recording and on the record at
4   9:09 a.m. on November 19, 2019.
5          Please note that the microphones
6   are sensitive and may pick up whispering,
7   private conversations and cellular
8   interference.
9          Please turn off all cell phones or
10  place them away from the microphones, as
11  they can interfere with the deposition
12  audio.
13         Recording will continue until all
14  parties agree to go off the record.
15         This is video 1 in the deposition
16  of Michael Waller, taken by counsel for
17  the Plaintiff, in the matter of Eastern
18  Profit Corporation, Limited, versus
19  Strategic Vision US, LLC, filed in the
20  U.S. District Court, Southern District of
21  New York, case number 18 CV 2185 JGP.
22         This deposition is being held at
23  405 Lexington Avenue, New York, New York.
24         My name is George Libbares the
25  court reporter is Stephen Moore and we are
```

Page 5

```
1          MICHAEL WALLER
2   here from Veritext New York.
3          Counsel will now state their
4   appearances and the court reporter will
5   administer the oath.
6          MS. CLINE:  This is Johanna
7   Cline, Pepper Hamilton for Eastern
8   Profit.
9          And just one clarification, today's
10  deposition is the deposition of Strategic
11  Vision, a 30(b)(6) deposition, and
12  Mr. Wallerer is Strategic Vision's first
13  deponent.
14         MR. GREIM:  Eddie Greim and
15  Jennifer dONNELLI, Graves Garrett LLC
16  for Strategic Vision.
17
18  J O H N    M I C H A E L   W A L L E R,
19  called as a witness, having been first
20  duly sworn by the Notary Public, was
21  examined and testified as follows:
22
23  EXAMINATION BY
24  MS. CLINE:
25
```

2 (Pages 2 - 5)

MICHAEL WALLER

1
2  attention to paragraph 18, so go ahead and read
3  that.
4      A    Okay.
5      Q    All right, let's just start with
6  sort of the first part of the first sentence
7  which says, "Guo represented to Strategic
8  Vision that he was a dissident."
9          Do you see that?
10     A    Yes.
11     Q    Where was that representation
12  made?
13     A    At his home at Sherry
14  Netherland.
15     Q    Do you remember on what date?
16     A    On the first time November 21,
17  2017.
18     Q    Was it made more than one time,
19  that representation?
20     A    Yes.
21     Q    So the first time was what did
22  you say, I'm sorry?
23     A    November 21, 2017.
24     Q    When was the next time it was
25  made?

MICHAEL WALLER

1
2      A    Also at his residence a couple
3  of weeks later in December.
4      Q    Those were the only two times
5  they were made?
6      A    No, they were all four times I
7  met him.
8      Q    Did you meet him all four times
9  at the Sherry?
10     A    Yes.
11     Q    Let's start with the first one,
12  November 21, who else was present?
13     A    French Wallop was present.
14  Lianchao Han was present and Guo Wengui was
15  present; that was all.
16     Q    When you met him in December
17  of -- we are talking 2017, who was present?
18     A    In the first meeting was the
19  same group, it was French Wallop, Lianchao Han,
20  Guo Wengui and myself.
21     Q    The third meeting, do you
22  remember when that was?
23     A    That would have been later in
24  the month.
25     Q    Who was present there?

MICHAEL WALLER

1
2      A    And it was French Wallop, Guo
3  Wengui and the third time I met him regardless
4  of the date, and Yvette Wang.
5      Q    And there was a fourth time?
6      A    Yes; it was later, it was around
7  January 26, 2018.
8      Q    Who was there?
9      A    It was French Wallop, Guo Wengui
10  and Yvette Wang.
11     Q    Is it Strategic Vision's
12  position that that statement, that Mr. Guo was
13  a dissident is a statement that Strategic
14  Vision relied upon in entering into the
15  research agreement at issue in this case?
16     A    We based our decision to work
17  with him on his profession that he was a
18  Chinese dissident against the Communist Party.
19     Q    So, was the notion that he was a
20  Chinese dissident important to Strategic
21  Vision?
22     A    Yes.
23     Q    But that notion isn't captured
24  in the research agreement itself, is it?
25     A    Of course it is.

MICHAEL WALLER

1
2      Q    Actually this one is already
3  marked, we will just call it Han 11.
4          Is Han 11 the research agreement
5  that's at issue in this case?
6      A    It appears to be.
7      Q    Could you show me where in Han
8  11 there is a representation that Mr. Guo is a
9  dissident?
10     A    Mr. Guo is not named in this
11  agreement, but Strategic Vision negotiated this
12  agreement with him personally and he was
13  explicit about using this project to promote
14  his dissident activities against the Chinese
15  Communist Party.
16     Q    Yes.  So you told me a moment
17  ago, I asked you whether the notion that
18  Mr. Guo was a dissident was memorialized in the
19  agreement, and you said of course it is.
20          MR. GREIM:  Objection, misstates
21      the last question and the witness'
22      answer.
23     Q    My question is -- let me ask it
24  again, the record reflects what you actually
25  said.

MICHAEL WALLER

1
2     Q     And then the next thing you
3  mentioned was May of '17?
4     A     Yes.
5     Q     Then the third thing you
6  mentioned was August of 2017?
7     A     August 26th.
8     Q     Of 2017?
9     A     Yes.
10     Q     And the year's long vexatious
11  litigation campaign that you identify, when did
12  that start?
13     A     It began in 2017.
14     Q     Do you know when in 2017?
15     A     No.  Later 2017.
16          He followed up on his litigation
17  by suing the very people he had been denouncing
18  as people who must die the previous March 5th,
19  2017.
20     Q     And the audio recording was
21  published where?
22     A     It appeared on YouTube first.
23     Q     And the statement that was made
24  in May of 2017, where was that published?
25     A     It appeared on YouTube and later

MICHAEL WALLER

1
2  Mr. Guo provided it to the Wall Street Journal.
3     Q     And then the statement that was
4  published in August of 2017, where was that
5  published?
6     A     That was -- that was -- there
7  were a couple, there was a video that was made
8  approximately on the 30th of August, 2017, on
9  Youtube, and then Mr. Guo made an interview
10  with a Chinese online news outlet that
11  translates to Mirror, roughly around the end of
12  August, early September 2017.
13     Q     Okay, other than those
14  recordings or statements that you just
15  mentioned and the litigation campaign as you
16  described it, does Strategic Vision have any
17  additional evidence in support of the notion
18  that Mr. Guo is not, in fact, a dissident?
19     A     Yes.
20     Q     Please describe it.
21     A     Mr. Guo made numerous public
22  statements that he published on Guo Media or
23  Voice of Guo announcing or pronouncing his
24  loyalty to Chinese communist party's leader Xi
25  Jingping and praising Xi Jingping as a gift

MICHAEL WALLER

1
2  from God, as the greatest and most humane
3  leader of China and other effusive comments
4  about the Chinese Communist Party leader.
5     Q     Do you know when those
6  statements were published?
7     A     They were published throughout
8  that whole period, from the spring of 2017 up
9  until I believe as recently as September 2019.
10     Q     Any other evidence that Mr. Guo
11  is not, in fact, a dissident?
12     A     Yes.  He owes his entire
13  business success to the Chinese secret police
14  called MSS, ministry of state security.
15     Q     How do you know that?
16     A     Mr. Guo told this to the Voice
17  of America in an extensive interview in April
18  2017 and he told journalist Bill Gertz, who was
19  then with the Washington Free Beacon, in an
20  article published in July 2017, and other
21  statements.
22          He also told Mike Forsythe of
23  The New York Times.
24     Q     In 2017?
25     A     Yes.

MICHAEL WALLER

1
2     Q     Any other evidence that Mr. Guo
3  was not, in fact, a dissident?
4     A     Yes, he continues as recently as
5  this year to show a profound affection and
6  respect for the former vice minister of state
7  security, his name is Ma Jian and he had made
8  his fortune under Ma Jian's sponsorship.
9          And worked with Ma Jian to wire
10  his real estate properties, including the
11  Pangzhou Plaza Hotel and retail complex, to
12  wire everything electronically so that the
13  secret police; could take compromising videos
14  of anybody who it wished to.
15          So he had in building his
16  fortune from his early beginnings with Ma Jian
17  at the provincial level all the way up to the
18  national level in Beijing, he relied on Ma Jian
19  as his patron and sponsor.
20     Q     And what's the basis of your
21  testimony regarding Mr. Jian?
22     A     These were Guo's own statements.
23     Q     The statements you have just
24  described?
25     A     Yes.

MICHAEL WALLER

1
2     Q     Any other evidence regarding the
3  notion that Mr. Guo is not, in fact, a
4  dissident?
5     A     Yes, unlike most dissidents from
6  communist countries who come to the United
7  States, Mr. Guo is not a defector, meaning he
8  did not turn against the system that he left.
9     Q     What's the basis for that
10  statement?
11     A     He was able to apply for a
12  defector Visa in 2017 when he sought a
13  permanent status in the United States.
14           He -- according to what he --
15  according to Mr. Guo as reported by Bill Gertz
16  he opted not to be a defector.
17     Q     And the basis for that testimony
18  is reporting done by Mr. Gertz?
19     A     As Guo -- yes, as Guo told him.
20     Q     I apologize again for my
21  inability to speak Mandarin, but are you
22  familiar with a gentleman whose name is first
23  name Xia, X-i-a, second name Yeliang,
24  Y-e-l-i-a-n-g?
25     A     Yes.

MICHAEL WALLER

1
2     Q     How do you pronounce that?
3     A     I am not Mandarin speaking
4  either, I X-i-a is pronounced Xia, or close
5  enough.
6     Q     And who is Mr. Xia?
7     A     She's a Defendant in one of
8  Guo's suits who's a critic of the Chinese
9  regime and of Guo.
10     Q     And you know Mr. Xia, right?
11     A     I met him once.
12     Q     Did you ever discuss with
13  Mr. Xia the subject of whether or not Mr. Guo
14  is a Chinese spy?
15     A     He told me that he contended
16  that Guo was a Chinese spy.
17     Q     Mr. Xia told you?
18     A     Yes.
19     Q     That Mr. Xia contended that Guo
20  was a spy?
21     A     Yes.
22     Q     And when did that conversation
23  take place?
24     A     Probably in June of this year.
25     Q     That was before -- was that --

MICHAEL WALLER

1
2  were your communications with Mr. Xia part of
3  the basis for Strategic Vision's fraud
4  allegations?
5     A     No.
6     Q     Did you and Mr. Xia exchange
7  text messages regarding --
8           MS. CLINE:  Strike that.
9     Q     Did you and Mr. Xia exchange any
10  written messages regarding Mr. Guo?
11     A     I don't recall.
12     Q     Are you aware of a lawsuit in
13  the Eastern District of Virginia in which
14  Mr. Guo sued Mr. Xia for defamation with regard
15  to the allegations regarding his being a spy?
16     A     Yes.
17     Q     And you are aware that Mr. Guo
18  won a jury verdict, correct?
19     A     He won parts of it on a jury
20  verdict.
21     Q     He won $100,000, right?
22     A     No, he had to also pay back, I
23  think, $20,000.
24     Q     He got a verdict in his favor of
25  $100,000?

MICHAEL WALLER

1
2     A     He got a partial verdict in his
3  favor, as far as I understand.
4     Q     So, the jury found that the
5  statement that Mr. Guo was a Chinese spy is
6  defamatory, right?
7           MR. GREIM:  Objection, calling
8        for this witness to speculate about what
9        a jury found in some other case.
10          It's beyond the scope of the notice
11        and it's calling for a legal conclusion.
12     A     I can't give a legal conclusion.
13     Q     Were you -- I'm just asking for
14  your understanding, not a legal conclusion.
15          MR. GREIM:  But his own personal
16        understanding of that case is not
17        relevant to anything in -- under the
18        notice.
19          I mean he said that we are not
20        relying upon that jury verdict for
21        anything in this case, so --
22     Q     No, I need an answer to my
23  question.  These allegations all go to
24  Mr. Guo's status as a dissident or not.
25          So, did you attend that trial by

11 (Pages 38 - 41)

MICHAEL WALLER

1
2 the way?
3     A     No.
4     Q     Were you involved in that trial
5 at all?
6     A     I was asked to be a witness in
7 that trial.
8     Q     Did you testify?
9     A     No.
10     Q     What were you asked to testify
11 about?
12     A     About my understanding of Guo as
13 a dissident.
14          MS. CLINE:  Sounds relevant to
15 me.
16     Q     Why did you not testify?
17          MR. GREIM:  Hold on, hold on,
18 wait a minute.
19          I'm going to object to being
20 outside the scope of the notice.  The
21 witness has said he was asked to testify
22 about his own personal understanding of
23 Guo as a dissident.
24          Strategic Vision was not asked to
25 testify in that case, and this is to --

MICHAEL WALLER

1
2 the purpose of this deposition is to
3 uncover the facts that Strategic Vision
4 has that form the basis of its pleading.
5          It's not to learn anything and
6 everything that Mr. Waller knows or about
7 his interaction with people in this other
8 case.
9          MS. CLINE:  Can you repeat my
10 question, please.
11          (The question requested was read
12 back by the reporter.)
13          MR. GREIM:  Okay, I'm going to
14 instruct the witness not to answer that
15 question.
16          This does not relate to Guo
17 Wengui's personal history, that's the
18 closest I can come here.
19          It does not relate to Strategic
20 Vision's contention under number 3, it
21 does not relate to the purported
22 misrepresentations Guo made to Strategic
23 Vision.
24          This person -- Mr. Waller's
25 individual decision on whether he did or

MICHAEL WALLER

1
2 did not testify is not within the topics
3 here.  He's not here to individually
4 testify.
5          MS. CLINE:  I just want to make a
6 record so we can take this to the court,
7 if need be.
8     Q     So you were asked to testify
9 regarding Mr. Guo's dissident status, correct?
10     A     I was asked to testify in my
11 individual capacity having nothing to do with
12 Strategic Vision.
13     Q     But you were asked to testify
14 about whether or not Mr. Guo was a dissident,
15 correct?
16     A     Actually my -- the -- it has
17 nothing to do with this case, so I cannot
18 answer that question, based on counsel
19 directing me not to answer.
20          MR. GREIM:  Let's see, here is
21 the thing, I think -- let's do this, the
22 question which is pending is whether
23 Mr. Waller was asked to testify about
24 Mr. Wengui's dissident status in another
25 case.

MICHAEL WALLER

1
2          Is that -- I think I understand
3 that.  I think if that is the question, I
4 would say we are beyond the scope, we are
5 beyond the scope of this notice.
6          This is not -- none of this is
7 information that is internal to Strategic
8 Vision, we are trying to, and some of
9 these questions understand Strategic
10 Vision's work product, we are right on the
11 edge of that, and I think -- and
12 Mr. Waller did not testify in the other
13 case, and so I think exploring these
14 communications is beyond the scope of the
15 notice.
16          So I will instruct the witness not
17 even to answer that question.
18          MS. CLINE:  Okay, so just so we
19 have it clear for the record, you are
20 instructing the witness not to testify
21 based on an argument that the question
22 is beyond the scope of this 30(b)(6) and
23 the question at issue is whether or not
24 Mr. Waller -- is Mr. Waller's -- the
25 request that Mr. Waller testify as to

12 (Pages 42 - 45)

MICHAEL WALLER

1
2     A     Yes.
3            Doesn't mean I used the
4  information, but I spoke to them.
5     Q     So you did have communications
6  with Xia that formed the basis for Strategic
7  Vision's allegations in this case?
8     A     Yes, I evaluated all the cases,
9  read the cases, evaluated them and then came to
10 my own conclusions.
11    Q     I'm talking about private
12 communications that you had with Mr. Xia.
13    A     Yes, yes.
14    Q     And did you have any private
15 conversations with Mr. Xia that formed the
16 basis for your allegations in this case?
17    A     Mr. Xia's material did not form
18 the basis of allegations in this case.
19    Q     Anyone else other than Mr. Meng,
20 Mr. Shi, Mr. Lee?
21    A     Not to my recollection.
22    Q     Do you know who Richard Frankel
23 is?
24    A     No.
25    Q     A moment ago we went through

MICHAEL WALLER

1
2  statements that Strategic Vision claims Mr. Guo
3  made regarding the fact that he was a
4  dissident, and I think you talked about four
5  different meetings; do you recall that?
6     A     Yes.
7     Q     Is your testimony that Mr. Guo
8  himself made these statements?
9     A     Yes.
10    Q     In which language?
11    A     In Mandarin and in English.  He
12 speaks better English than he let's on.
13    Q     So, my question is for -- on
14 each of those four occasions, it's your
15 testimony that he made the statement regarding
16 being a dissident in Mandarin and in English?
17    A     Yes, and if not using the word
18 dissident, saying he wants to destroy the
19 Communist Party of China.
20            MS. CLINE:  Let's mark this as
21 102, please.
22            (The above described document was
23       marked Exhibit SV 102 for identification
24       as of this date.)
25    Q     We have handed you a document

MICHAEL WALLER

1
2  that's been marked as Exhibit 102, have you
3  ever seen it before?
4     A     No.
5     Q     Have you ever seen the names on
6  this list before?
7     A     Yes.
8     Q     Do you know whether all of these
9  individuals are members of the Chinese
10 Communist Party?
11    A     No.
12    Q     Do you know whether any of them
13 is?
14    A     Yes.
15    Q     Can you sort of identify, tell
16 us what you know about these people?
17    A     I would need a different
18 document to reference it.  It's a document
19 that's been produced before.
20            So I can't accurately tell you
21 who is who unless I refer to that document.
22    Q     So sitting here just based on
23 looking at their names, you can't say who's a
24 communist and who's not?
25    A     No, it would say on the

MICHAEL WALLER

1
2  document.  I know one of them is the grandson
3  of a Chinese Communist Party leader, I know
4  another one is a supposedly illegitimate child
5  of Wang Qishan, W-a-n-g Q-u-i-s-h-a-n.
6            But offhand I can't say.
7            I know one of them Lee June Soon
8  is one of the Chinese Communist Party and MSS
9  officers who visited Guo in his home in May,
10 but other than that, I can't tell you offhand.
11    Q     Okay that's fair.
12            So put Exhibit 102 aside and
13 just -- so Strategic Vision did, in fact, set
14 out to investigate a number of individuals on a
15 list, right?
16    A     Yes.
17    Q     It was called fish in the
18 parlance of the research agreement, right?
19    A     Yes.
20    Q     How many fish were there, do you
21 recall, initially?
22    A     Initially there were these 15
23 names.
24    Q     Did you come to -- did Strategic
25 Vision come to a conclusion as to whether those

MICHAEL WALLER

2    Q    And the earnings, and I'm just
3  trying to use a word you're comfortable with,
4  so earnings, what does earnings mean?
5    A    Earnings would be weigh of the
6  grows versus what was paid out in expenses.
7    Q    So, to put it very simply, it
8  would be what came in minus what was paid out?
9    A    Yes.
10    Q    And did any -- what money came
11  into Strategic Vision in connection with this
12  contract?
13    A    There was a deposit of $1
14  million from ACA Capital, or almost $1 million
15  to ACA Capital -- from ACA Capital to Strategic
16  Vision.
17    Q    Any other money coming into
18  Strategic Vision with respect to this contract?
19    A    Not to my knowledge.
20    Q    And ballpark, how much money was
21  expended in costs by Strategic Vision with
22  respect to this contract?
23    A    That question would be best put
24  to my colleague, but I can tell you by negative
25  reasoning the -- my half of the residual was

MICHAEL WALLER

2  about $250,000.
3    Q    So your half of the earnings was
4  $250,000?
5    A    Yes.
6    Q    Okay, so you're not here to
7  testify about specific expenditures that
8  Strategic Vision made, is that correct?
9    A    Right.
10    Q    What is Oceanic Advisors?
11    A    Oceanic Advisors was -- was a
12  sole member LLC that I had that's defunct.
13    Q    Did Oceanic Advisors have any
14  role in connection with the research agreement
15  at issue here?
16    A    No.
17    Q    Did Oceanic Advisors ever
18  receive any money from Strategic Vision?
19    A    No.
20    Q    What is Liberty Tree Partners?
21    A    That's another one member LLC
22  that I own.
23    Q    And did Liberty Tree Partners
24  have any role with respect to the research
25  agreement at issue here?

MICHAEL WALLER

2    A    No.
3    Q    And did Liberty Tree Partners
4  ever receive any payment from Strategic Vision?
5    A    No.
6    Q    What is Georgetown Research?
7    A    Georgetown Research is the -- is
8  an LLC set up to administer this contract
9  that's at issue, meaning to sub out -- let me
10  rephrase that.
11    Oceanic Advisors was an LLC set
12  up for the purposes of administering things
13  through or from Strategic Vision for part of
14  the contract.
15    Q    I think you just misspoke, you
16  said Oceanic Advisors.
17    A    Pardon me, yes.  No, Georgetown
18  Research.
19    MS. CLINE:  So can you read back
20    his answer,
21    (The answer requested was read back
22    by the reporter.)
23    Q    So, fair to say that Georgetown
24  Research was the LLC set up to administer
25  things with respect to Strategic Vision and

MICHAEL WALLER

2  this contract?
3    A    Yes, it was to administer
4  certain aspects of the contract.
5    Q    And which aspects were those?
6    A    They were -- first we did -- by
7  agreement with Mr. Guo we would use multiple
8  entities to -- for funding so that things would
9  be harder for the Chinese to trace.
10    So that was the primary reason
11  for setting up a company like that, and it was
12  mainly to serve as a payment mechanism or a
13  subcontracting mechanism.
14    Q    Any other aspects that were the
15  responsibility of Georgetown Research?
16    A    No.
17    Q    So when was Georgetown Research
18  established?
19    A    Late 2019 -- late 2017.
20    Q    Who are the members of -- it's
21  an LLC, correct?
22    A    Yes.
23    Q    Who are the members of
24  Georgetown Research?
25    A    French Wallop and myself.

18 (Pages 66 - 69)

Page 70

MICHAEL WALLER

1
2     Q     50/50?
3     A     Yes.
4     Q     And there is a written operating
5  agreement, I assume?
6     A     No.
7     Q     It's registered to do business,
8  the LLC?
9     A     Yeah.
10    Q     And where is it registered?
11    A     I think it's Wyoming.
12    Q     Have there ever been any more
13  than two owners?
14    A     No.
15    Q     Georgetown Research did receive
16  payments from Strategic Vision, correct?
17    A     Yes.
18    Q     Can you just describe those
19  payments, very generally?
20    A     Sure, those were provided --
21  they were -- they were either payments to a
22  subcontractor who executed a lot of the work,
23  or to myself.
24          MS. CLINE:  Can you mark this as
25     103.

Page 71

MICHAEL WALLER

1
2          (The above described document was
3     marked Exhibit SV 103 for identification
4     as of this date.)
5     Q     We have handed you what's been
6  marked as Exhibit 103, and I can represent for
7  the record that the highlight on the first page
8  is mine.
9          But other than that, do you
10  recognize Exhibit 103?
11    A     Yes.
12    Q     What is it?
13    A     It's a bank statement for
14  Georgetown Research from -- for the month of
15  January, 2018.
16    Q     And the first page of Exhibit
17  103 indicates that Georgetown Research received
18  two wire transfers from Strategic Vision, is
19  that correct?
20    A     Yes.
21    Q     And one of them was for $25,000
22  and the other one for $200,000, correct?
23    A     Yes.
24    Q     And then those were made on --
25  those transfers were made on January 16th,

Page 72

MICHAEL WALLER

1
2  correct?
3     A     Yes.
4     Q     And on the same day there was a
5  withdrawal of $200,000, correct?
6     A     Yes.
7     Q     Do you know where that money
8  went?
9     A     Yes.
10    Q     First of all, was it a
11  withdrawal in cash?
12    A     No.
13    Q     Tell us about that withdrawal.
14    A     It was a -- it was either a bank
15  transfer or a wire.
16    Q     Where did that money go?
17    A     That went to the subcontractor
18  for Team 1.
19    Q     And how was the subcontractor
20  for Team 1 paid?
21    A     Through that payment directly to
22  an account that the Team 1 leader held.
23    Q     By wire transfer?
24    A     Either wire transfer or ACH.
25    Q     So it wasn't a physical -- it

Page 73

MICHAEL WALLER

1
2  wasn't cash?
3     A     No, it was an electronic
4  payment.
5     Q     Can you turn to page 2 of
6  Exhibit 103, Bates stamped 1956.
7          Does the transaction receipt
8  that has something to do with the $200,000?
9     A     This is very faint.  I can't
10  read the -- I can't read this.
11    Q     Okay, can you see that there are
12  two references to two checking accounts there?
13          Are you able to make that out?
14    A     Yes.
15    Q     Do you know whose checking
16  accounts -- says withdrawal from checking then
17  deposit to checking, do you know whose deposits
18  those are?
19    A     I can't see the numbers.  If you
20  have a better copy I could tell you, on this
21  page?
22    Q     Correct?
23    A     Yes, I can't tell you.
24    Q     You would agree with me that
25  Georgetown Research's account ends in 034,

19 (Pages 70 - 73)

MICHAEL WALLER

1
2 correct?
3     A     Yes.
4     Q     Do you have any idea whose
5 checking account ends in 001?
6     A     I believe this was Team 1
7 leader.
8          If page 1956 matches this, then
9 it would be Team 1 leader.
10     Q     Was the transfer made to an
11 individual or to an entity?
12     A     To an entity.
13     Q     And are you willing to testify
14 about the name of that entity?
15     A     That's protected under an
16 initial court order by Judge kettle.
17     Q     Do you know what Team 1 leader,
18 was there -- what were the terms under which
19 Team 1's leader was to receive $200,000?
20     A     That was to set up Team 1
21 outside the United States to do the work.
22     Q     And was there any itemization of
23 that $200,000?
24     A     No.
25     Q     So, you have no idea what that

MICHAEL WALLER

1
2 $200,000 was spent on?
3     A     Yes, I do.
4     Q     Okay, what was it?
5     A     It was on computer gear and a
6 computer team.
7     Q     And did Strategic Vision ever
8 get invoices or receipts for either the
9 computer gear or the computer team?
10     A     We got an invoice.
11     Q     From whom?
12     A     Pardon me, Georgetown -- I don't
13 recall whether it was Strategic Vision or
14 Georgetown Research that got an invoice, but
15 one of the two got an invoice.
16     MS. CLINE:  Mark this as the next
17     exhibit, please.
18          (The above described document was
19     marked Exhibit SV 104 for identification
20     as of this date.)
21     A     Yes, this is the invoice.
22     Q     So, yes, so if you would just
23 describe for the record what Exhibit 104 is?
24     A     Exhibit 104 is an issue from
25 Team 1 leader to Georgetown Research for

MICHAEL WALLER

1
2 $200,000.
3     Q     Okay, so in the redacted section
4 of text that's under the word invoice, is that
5 where Team 1's leader's name would appear?
6     A     I believe so, yes.
7     Q     Other than this, is there any
8 written evidence from Team 1 regarding that
9 payment of $200,000?
10     A     No, presumably illegible page
11 1956, but that would be all.
12     Q     Did Team 1 send you a receipt
13 after you paid the invoice that's number 104?
14     A     No.  Not to my recollection.
15     Q     Did you create Exhibit 104?
16     A     I provided the document.
17     Q     So you created the invoice, did
18 anyone at Team 1 ever touch Exhibit 104?
19     A     No.
20     Q     So you just created --
21     A     Touch the --
22     Q     So who created Exhibit 104?
23     A     Team 1 did.  I created the
24 exhibit in discovery, but Team 1 created the
25 document.

MICHAEL WALLER

1
2          I mean this is Team 1's invoice
3 to Georgetown Research which I provided as
4 Georgetown Research, I provided in discovery.
5     Q     Okay, putting aside who produced
6 it in discovery, who physically typed this up?
7     A     Team 1.
8     Q     Okay, and so you received this
9 document that is Exhibit 104 from someone at
10 Team 1, correct?
11     A     Yes.
12     Q     Then just to close the loop, so
13 in connection with this invoice dated January
14 6, Georgetown Research made a wire transaction
15 on January 16th, is that right?
16     A     Yes.
17     Q     And then -- but you are not
18 aware of any receipt that Team 1 provided when
19 it received the funds, is that correct?
20     A     Correct.
21     Q     And you never got an itemization
22 from Team 1 as to how that $200,000 was spent,
23 correct?
24     A     Correct.
25     Q     To the best of your knowledge it

MICHAEL WALLER

1
2 was spent on computer gear, computer teams, but
3 you can't say anything more specific than that?
4       A       Correct.
5       Q       Was there an understanding
6 between Strategic Vision and Team 1 about
7 expenses beyond $200,000?
8       A       No, that was a flat rate payment
9 system that we had, and we structured
10 everything in a way to protect Mr. Guo from
11 being discovered by the Chinese.
12              So in our discussing the
13 contract, as we were arranging this with
14 Mr. Guo, we said that all invoicing would be
15 kept to a minimum and there would be as little
16 paperwork as possible in order to prevent the
17 Chinese government from finding out about this
18 activity.
19              So, likewise, we were not to
20 have invoiced either, there would just be
21 certain payments made verbally, through a
22 verbal arrangement.
23       Q       I'm sorry, there would be
24 payments made?
25       A       Right.

MICHAEL WALLER

1
2       Q       Through a verbal?
3       A       Right, so invoices would be
4 verbal.
5       Q       Invoices would be oral, you
6 mean, not written down?
7       A       Right.
8       Q       And how physically did Team 1
9 transmit this invoice to Georgetown Research?
10       A       By hand.
11       Q       And where did that take place?
12       A       Probably in Washington, D.C.
13       Q       Do you remember?
14       A       Not for facts.
15       Q       So you met face-to-face with the
16 leader of Team 1 in Washington, is that right?
17       A       Yes, in the D.C. area.
18       Q       What was the date on which you
19 and he met?
20       A       We met many times.
21              In terms of this contract, we
22 met many times between November and -- November
23 2017 and March 2018.
24       Q       Do you remember when he gave you
25 this invoice that's Exhibit 104?

MICHAEL WALLER

1
2       A       On or about January 6, 2018.
3       Q       Did Strategic Vision ask Team 1
4 to search its records for documents relevant to
5 this litigation?
6       A       Yes.
7       Q       And did they provide any?
8       A       There were no documents.
9       Q       Turn, if you would, in Exhibit
10 103 to Bates page 1957.
11              And this relates to -- it's a
12 bank account statement as of February 28th of
13 2018, correct?
14       A       Yes.
15       Q       There are two payments that are
16 American Express payments, do you see those?
17       A       Yes.
18       Q       Whose American Express is being
19 paid there?
20       A       That was my American Express.
21       Q       And then there is a wire
22 transfer to Allied Special Operations Group, do
23 you see that?
24       A       Yes.
25       Q       That's been referred to as Team

MICHAEL WALLER

1
2 2 in this litigation, is that correct?
3       A       Yes.
4       Q       And that was the entirety of the
5 payment to Team 2, correct?
6       A       Yes.
7       Q       So, in terms of outgoing funds
8 from Georgetown Research, we have a $200,000
9 deposit that goes to Team 1, correct?
10       A       Yes.
11       Q       And we have call it
12 approximately $3,000 in your American Express
13 payment, correct?
14       A       Yes.
15       Q       And then the transfer to Team 2
16 for approximately $5,400, right?
17       A       Yes.
18       Q       And then turn, if you would, to
19 the next page, to 1958, you see there are two
20 more American Express payments, right?
21       A       Yes.
22       Q       And those coordinate or
23 correspond to reimbursement invoices that you
24 submitted personally, correct?
25       A       Yes, I believe so.

21 (Pages 78 - 81)

Page 82

```
1              MICHAEL WALLER
2      Q     Do you know why there are two
3  payments to American Express in the same month?
4      A     No.
5      Q     Was Georgetown research paying
6  anyone's American Express bill other than
7  yours?
8      A     No.
9      Q     All right, so then in March we
10 have approximately $8,000 in business expenses,
11 right?
12     A     Well, they were February, but
13 credited in March.
14     Q     Excuse me, fair, yes.
15           Turn the page to 1959, do you
16 see that?
17     A     Yes.
18     Q     There is one payment in April,
19 correct?
20     A     Yes.
21     Q     And that's made to your American
22 Express account?
23     A     Yes.
24     Q     And do those expenses tie out to
25 a reimbursement invoice, do you know?
```

Page 83

```
1              MICHAEL WALLER
2      A     Probably, because it's an odd
3  number.
4      Q     But that's your American
5  Express?
6      A     Yes.
7      Q     The bill, correct?
8      A     Yes.
9      Q     And then turn to the last page,
10 if you would, which is a bank statement as of
11 May 31; do you see that?
12     A     Yes.
13     Q     And the first entry is a wire
14 transfer from Strategic Vision for $15,000; do
15 you see that?
16     A     Yes.
17     Q     Why was that transfer made?
18     A     I don't recall.
19     Q     Do you know whether that was
20 part of the $250,000 in earnings that you
21 received personally?
22     A     I don't recall.
23     Q     Do you recall when the research
24 agreement at issue here was terminated?
25     A     It would have been effective
```

Page 84

```
1              MICHAEL WALLER
2  around March 25th of 2018.
3      Q     Right, so in light of that, do
4  you have any explanation for why there are
5  still being payments made in May to Georgetown
6  Research?
7      A     Because we ended up using
8  Georgetown Research for other purposes.
9      Q     When did that start taking
10 place?
11     A     After the termination of the
12 contract.
13     Q     When specifically?
14     A     Well, if you find the date of
15 the termination of the contract, you get the
16 date of the change.
17     Q     What were the purposes for which
18 you used it immediately after the contract
19 termination?
20     A     First there were still bills to
21 be paid, and second there was other business to
22 be done through things having nothing to do
23 with this contract.
24     Q     So, with respect to the
25 transaction listed in the May bank statement,
```

Page 85

```
1              MICHAEL WALLER
2  we talked about the $15,000 credit and you
3  don't know why that was made, correct?
4      A     Correct.
5      Q     Then there is a payment to you,
6  the $15,000; do you see that?
7      A     Yes.
8      Q     I'm sorry if you answered this,
9  is that included in your $250,000, or no?
10     A     I would have to go back and
11 check, but I did say approximately $250,000.
12     Q     And then there is another AMEX
13 payment on May 7, do you see that?
14     A     Yes.
15     Q     And what business expenses could
16 be being paid on May 7th with respect to this
17 contract if it terminated effective in March?
18     A     I didn't say this was related to
19 the contract.
20     Q     Okay, so then you tell me then,
21 is this bill payment on May 7, is that not
22 related to this case, not related to Eastern
23 Profit?
24     A     I don't know, I don't believe
25 so.
```

22 (Pages 82 - 85)

MICHAEL WALLER

1
2  by Strategic Vision and Eastern Profit in part
3  in Ms. Wallop's home in Virginia, correct?
4      A    Most of it was negotiated with
5  Guo Wengui in his home in New York City.
6      Q    Didn't some of the negotiations
7  take place in Ms. Wallop's home in Virginia?
8      A    To my understanding, yes.
9      Q    And the contract was signed in
10  Ms. Wallop's home in Virginia, correct?
11     A    She signed it there with Yvette
12  Wang.
13     Q    Strategic Vision signed the
14  contract in Virginia?
15     A    With Yvette Wang in Virginia,
16  yes.
17     Q    Right above the signature page
18  there is a subheading called duration, do you
19  see that?
20     A    Yes.
21     Q    In the last sentence of that
22  paragraph says, "Either party may terminate the
23  contract with 30 days written notice."
24          Do you see that?
25     A    Yes.

MICHAEL WALLER

1
2      Q    That was your understanding of
3  the terms of the agreement, correct?
4      A    Yes.
5      Q    And there didn't need to be
6  cause to terminate, there didn't need to be a
7  reason to terminate, correct?
8      A    Yes; correct.
9      Q    Thank you.
10          And the contract was terminated
11  by Eastern Profit on or about February 23, is
12  that correct?
13     A    To my recollection, yes.
14     Q    I'm still looking on page 5 of
15  the agreement here, the parties agreed that --
16  it says, "The client will pay the contractor a
17  deposit of U.S. $1 million."
18          Do you see that?
19     A    Yes.
20     Q    And a deposit, in fact, was
21  paid, correct?
22     A    By ACA Capital, yes.
23     Q    And the parties -- with respect
24  to the deposit, the parties agreed that the
25  deposit would be credited on a prorated basis

MICHAEL WALLER

1
2  at the end of the contract, right?
3      A    Yes.
4          MR. GREIM:  Objection, calls for
5      a legal conclusion.
6      Q    That was your understanding?
7      A    I withdraw my legal conclusion.
8      Q    I'm not asking you -- you're a
9  business person, right?
10     A    Yes.
11     Q    I'm just asking you for your
12  understanding of the parties' terms.  You don't
13  have to have a JD to do that.
14          So your understanding was that
15  the deposit would be credited on a pro rata
16  basis to the end of the contract, correct?
17          MR. GREIM:  I just object once
18     again because this is for Strategic
19     Vision's vision's understanding and not
20     Mr. Waller's.
21     Q    Yeah, I'm asking for your
22  understanding.
23          You've no reason to disagree
24  with what I just said, correct?
25     A    I agree it says the deposit will

MICHAEL WALLER

1
2  be credited on a prorated basis to the final
3  one, one-third month's of the contract.
4      Q    And you understood that the
5  Strategic Vision understood that the $1 million
6  was a downpayment, not a signing fee, correct?
7      A    No, it was a deposit.
8      Q    So you did understand that it
9  was a downpayment, not a signing fee?
10     A    Correct.
11          MR. GREIM:  Objection, vague.
12     A    In our negotiations with Mr. Guo
13  on this contract, he did not like the idea of a
14  signing bonus or a deposit, so we settled
15  on -- pardon me, he didn't like the idea of a
16  signing bonus or an advance, so he chose to
17  call it a deposit, so we called it a deposit,
18  too.
19     Q    But you agree that it's not a
20  signing fee?
21     A    Correct.
22     Q    And you just testified, and I
23  think we saw, maybe we didn't yet, but the $1
24  million deposit came in through ACA Capital,
25  correct?

24 (Pages 90 - 93)

Page 94

MICHAEL WALLER

1
2    A    Yes.
3    Q    And Strategic Vision did not
4 return any portion of that deposit to ACA
5 Capital, did it?
6    A    Correct.  No, it did not.
7    Q    Turn, if you would again, you
8 might still be there, page 5 of the research
9 agreement.
10        Sort of in the middle of the
11 page there is a paragraph that starts with the
12 word subsequent, do you see that?
13   A    Yes.
14   Q    Then so there is a sentence that
15 starts with the word I will just read it all,
16 "subsequent payments will be made to the same
17 account unless mutually agreed otherwise in
18 writing."
19        Do you see that?
20   A    Yes.
21   Q    Then it says, "It is understood
22 that the client may direct other entities to
23 pay the contractor and that such payments will
24 be deemed satisfactory."
25        Do you see that?

Page 95

MICHAEL WALLER

1
2    A    Yes.
3    Q    Are you aware of any prohibition
4 in the contract that prohibited Eastern Profit
5 from making payments from entities other than
6 Eastern Profit?
7    A    It was explicit that they would
8 be all entities controlled by Guo Wengui, that
9 it was his money, and that he would -- he may
10 use various vehicles to conceal from the
11 Chinese government the fact that he was making
12 these payments.
13   Q    And there was no prohibition
14 that --
15        MS. CLINE:  Strike that.
16   Q    The parties -- there was no
17 prohibition in the contract preventing Eastern
18 Profit from making payment from an entity based
19 in Hong Kong, was there?
20   A    Let me review this.
21        In our negotiations with him, it
22 was explicit that there would never be a
23 payment straight from Hong Kong, because that
24 would violate basic operational security
25 compromising both Mr. Guo and all of us.

Page 96

MICHAEL WALLER

1
2    Q    But that never got memorialized
3 in the written contract, correct?
4    A    Correct.
5    Q    Just generally speaking, from a
6 business perspective of Strategic Vision, what
7 was -- what services was Strategic Vision
8 agreeing to provide to Eastern Profit under the
9 agreement?
10       MR. GREIM:  Objection, vague.
11       And one thing I'll say is this is
12   all material that was in the original
13   petition -- sorry, claim and counterclaim,
14   it was already covered in the 30(b)(6) of
15   Strategic Vision.
16       So none of this about the
17   statements of the services to be provided
18   is new, and that's what we are limiting
19   today to.
20       MS. CLINE:  The notice does call
21   for documents that were newly produced,
22   including a giant stack of handwritten
23   notes by Mr. Waller regarding the
24   negotiations of the contract.
25       So I'm entitled to ask him his

Page 97

MICHAEL WALLER

1
2 understanding of the contract.
3        If they are inconsistent with his
4 notes, then I will impeach him.
5        MR. GREIM:  Fair enough.  I agree
6 with that.
7        MS. CLINE:  Would you read back
8 the last question and answer.
9        (The portion of the record
10   requested was read back by the reporter.)
11   Q    Can you answer that question?
12   A    In summary, the agreements were
13 to dig up information on Chinese Communist
14 Party members and their family members and
15 their illegitimate children who would not
16 overtly be connected to them, who were running
17 or managing illegally gotten gains or money
18 stolen by the CCP officials for their own self
19 enrichment and any other kind of information
20 that would show their breaking Chinese law or
21 Communist Party "morality," anything that would
22 cause them to be shown to be breaking Chinese
23 law, American law and by extension discrediting
24 the party leadership.
25   Q    And there were certain reports

25 (Pages 94 - 97)

MICHAEL WALLER

1
2 or deliverables to be provided under the
3 contract, correct?
4      A      Yes.
5      Q      And the deliverables would be
6 delivered by USB only, correct?
7      A      Correct.
8      Q      Turn, if you would, to the first
9 page of Exhibit Han 11.
10          I direct your attention to the
11 bottom of the page, paragraph A.
12          There is a sub-bullet there that
13 says, "Financial forensic historical research."
14          Do you see that?
15      A      Yes.
16      Q      And that was one of the types of
17 deliverables to be provided, correct?
18      A      Yes.
19      Q      And specifically if you go to
20 the second line of that paragraph, it says,
21 "Research will consist of in-depth and detailed
22 reports of existing and historical business and
23 financial transactions."
24          Do you see that?
25      A      Yes.

MICHAEL WALLER

1
2      Q      Did Strategic Vision ever
3 produce such a deliverable?
4      A      Mr. Guo did not give us time.
5      Q      But just -- can you just answer
6 my question so the record is clear.
7          Did Strategic Vision ever
8 produce such a deliverable?
9      A      Mr. Guo made it impossible for
10 us to deliver that kind of material.
11      Q      So Strategic Vision did not
12 deliver that material, correct?
13      A      I already said my answer.
14      Q      I need an answer to the question
15 I understand.
16      A      I answered your question.
17      Q      I understand that you have
18 another argument, but I need an answer to the
19 question.
20          Did Strategic Vision ever
21 provide the in-depth and detailed reports of
22 existing and historical business and financial
23 transactions mentioned in the last paragraph of
24 page 1?
25      A      I will say again, Mr. Guo did

MICHAEL WALLER

1
2 not permit us to do that, so we did not deliver
3 them.
4      Q      If you turn the page and go to
5 section B, it says, "Current tracking
6 research."
7          Do you see that?
8      A      Yes.
9      Q      And it says, "Current tracking
10 research shall consist of, but not will be
11 limited to in depth and detailed reports on
12 movements of specified subjects by land, air
13 and sea."
14          Do you see that?
15      A      Yes.
16      Q      Did Strategic Vision deliver any
17 reports of that nature?
18      A      Yes.
19      Q      Describe that?
20      A      We found movements of specific
21 subjects by land and air, private and
22 commercial, addresses and lodging, means of
23 transportation, geolocation, and Mr. Guo
24 refused to accept that information.
25      Q      Did you attempt to provide that

MICHAEL WALLER

1
2 information to Mr. Guo?
3      A      Yes.
4      Q      By what means?
5      A      By -- through Lianchao Han in
6 February, the first or second week of February,
7 2018.
8      Q      Tell me about that.
9      A      This was work we had found
10 through Team 2.
11      Q      Team 2 is the ASOG team?
12      A      Yes.
13      Q      And what was the deliverable
14 that --
15          MS. CLINE:  Well, strike that.
16      Q      Tell me about what Team 2 found?
17      A      Well, first of all we had a
18 problem because there were questions about
19 whether the research methodology was legal.
20          We sought Mr. Guo's guidance on
21 that and he refused to give that guidance, so
22 we could not produce the data for him that had
23 been retrieved.
24          We could not provide him with
25 the data that had been retrieved because we

26 (Pages 98 - 101)

Page 102

MICHAEL WALLER

1  were concerned about the legality of the way in
2  which it was collected.
3  Q   Did Strategic Vision then
4  receive from Team 2 a deliverable on a USB?
5  A   No, we received the deliverable
6  on paper in their offices.  They refused to
7  provide all of the data because of their
8  concerns about legality, but they gave us a
9  summary of it.
10      We went back to Mr. Guo through
11  Lianchao Han for guidance saying we found
12  information but we have hit an impasse, can you
13  give us guidance on what to do?
14      He refused to provide that
15  guidance.
16  Q   The -- so, ASOG gave you written
17  documentation?
18  A   He showed us.
19  Q   What did they show you?
20  A   It was a stack of about half an
21  inch thick or more, maybe three-quarters of an
22  inch thick of their actual documentation
23  concerning flights from Shanghai to Los Angeles
24  International Airport on private planes with

Page 103

MICHAEL WALLER

1  the tail numbers that went to a private hangar
2  where U.S. Customs had no inspectors.
3      It had an airport in Wisconsin
4  where these planes would be parked.
5      It had names of individuals
6  doing transit on those and other aircraft,
7  these were private flights.
8      It had -- let me see, back on
9  this tracking research, it had significant
10  contacts of the subjects involved.
11      So it was a perfect set of
12  datapoints through which to begin a serious
13  deep dive, but we asked Mr. Guo for guidance
14  because we -- he refused to provide that
15  guidance, that's why we did not provide him the
16  data.
17  Q   So, Strategic Vision -- sorry,
18  ASOG showed you this information in hard copy
19  form?
20  A   Yes.
21  Q   And you didn't receive a
22  photocopy of that information?
23  A   No, they refused to provide it;
24  because of questions of legality.

Page 104

MICHAEL WALLER

1  Q   And Strategic Vision subpoenaed
2  ASOG in this case, right?
3  A   Yes.
4  Q   And is there anything of the
5  sort of what you're describing produced by ASOG
6  in this case?
7      MR. GREIM:  Hold on, hold on.
8      Actually Eastern Profit subpoenaed ASOG,
9      Strategic Vision subpoenaed the person
10      named in ASOG's response to your client.
11  Q   Okay, so Strategic Vision
12  subpoenaed Adam Kraft?
13      MR. GREIM:  That's right.
14  Q   Is that your understanding?
15  A   I stand corrected from my
16  previous statement.  Yes, that is my
17  understanding.
18  Q   And did Mr. Kraft produce any
19  documents in response to the subpoena, to your
20  knowledge?
21  A   I don't know.
22      MR. GREIM:  I will take this one
23      just to be clear; he did not.
24      MS. CLINE:  Let's mark this one

Page 105

MICHAEL WALLER

1  as the next up, please.
2      (The above described document was
3      marked Exhibit SV 105 for identification
4      as of this date.)
5  Q   Have you seen Exhibit number 105
6  before?
7  A   Yes.
8  Q   What is it?
9  A   This is an invoice from Allied
10  Special Operations Group, ASOG, from March 2018
11  for the work that we just discussed.
12  Q   Originally they were set to
13  invoice Strategic Vision over $100,000,
14  correct?
15  A   Correct.
16  Q   And then ultimately they only
17  invoiced Strategic Vision $5,400,
18  approximately?
19  A   Yes.
20  Q   You see on the page 2 of the
21  invoice there is an asterisk at the top next to
22  the words termination credit, do you see that?
23  A   Yes.
24  Q   It says see note below?

27 (Pages 102 - 105)

MICHAEL WALLER

1
2   A    Yes.
3   Q    Then at the bottom -- well, the
4  last text on the page there is a bullet that
5  says "termination credit," do you see that?
6   A    Yes.
7   Q    It says, "Client advised all
8  targets are RP by NCS."
9         Do you see that?
10  A    Yes.
11  Q    What does that mean?
12  A    This was the reason why they,
13  ASOG, did not provide us physical copies of the
14  data, because of questions of legality.
15        The targets that Mrs. Wang gave
16  us on behalf of Mr. Guo were -- which we
17  provided to ASOG, were designated as RP or
18  records protected.
19        And what ASOG told us is that RP
20  stands for -- as a designation for foreign
21  nationals whose files are protected by federal
22  authorities either because they are subject of
23  national security investigation,
24  counterterrorism investigation, criminal
25  investigation, or they may be subject to it, or

MICHAEL WALLER

1
2  conversely they may be collaborating with U.S.
3  authorities.
4         So they want to keep those
5  records private so that nobody finds out about
6  any of this until the government deems
7  necessary.
8         It was because of ASOG
9  discovering this RP designation that it was
10  unable to provide us with the data that it
11  provided.
12  Q    And do you know, did they tell
13  you what NCS means?
14  A    If I recall correctly it's
15  National Counterterrorism Service but I am not
16  sure.
17  Q    Did they provide a statutory
18  site about this restricted persons concept?
19  A    No.
20  Q    Had you ever heard it before?
21  A    No.
22  Q    The next line says, "ASOG
23  requests explanation by client.  No explanation
24  provided."
25        Do you see that?

MICHAEL WALLER

1
2   A    Yes.
3   Q    Do you know what that means?
4   A    Yes.
5   Q    Can you explain it?
6   A    Yes.  They wanted to know who we
7  were seeking this information for, and we
8  wouldn't tell them in order to protect our
9  agreement with Mr. Guo, and they immediately
10  suspected that it was Mr. Guo because of how
11  those names could be found open source linked
12  to his.
13        And we wouldn't acknowledge that
14  either, and then they suspected that this may
15  be a China's foreign counterintelligence
16  operation and that we were being used for those
17  purposes to assist the Chinese Secret Service
18  in finding information on that selective list
19  of people, meaning what did the U.S. Government
20  know or what was the status of the U.S.
21  criminal investigation of them.
22  Q    Can you just describe what you
23  mean by open source linked?
24  A    So, you go through social media
25  or any online media that's open source and you

MICHAEL WALLER

1
2  collect that on a very large scale, aggregate
3  it, then do your link analysis to find out what
4  some of the common names are.
5         And Guo had apparently denounced
6  a lot of these people in his videos or in his
7  public statements, and they -- leading these
8  analysts here immediately to assume that our
9  client was Guo.
10  Q    Does open source mean public?
11  A    Yes.
12  Q    How did ASOG deliver this
13  invoice that's Exhibit 105 to Strategic Vision?
14  A    I don't remember if it was by
15  hand or by e-mail, but -- I know it was by
16  e-mail, but I don't know if it was both.
17  Q    The documents that they showed
18  you, that was in Texas?
19  A    Yes.
20  Q    And who was present for that
21  meeting?
22  A    That was Adam Kraft who was the
23  CEO, that was the CFO, Russ, last name began
24  with R, I will remember it, and then the COO I
25  will recall his name, it's -- if I see their

28 (Pages 106 - 109)

Page 110

MICHAEL WALLER

1
2  website I can tell you who the names were.
3       And then there were three
4  analysts who I only knew by their first names.
5       Q    Was anyone there on behalf of
6  Strategic Vision other than yourself?
7       A    Yes, French Wallop was there.
8       Q    Was anyone else present other
9  than the three individuals you described?
10      A    No.
11      Q    And, I'm sorry, you may have
12  said this and I just didn't remember, where in
13  Texas was the meeting?
14      A    Addison, Texas, it was right
15  outside Dallas.
16      Q    At their offices?
17      A    Yes.
18      Q    Other than that -- so that
19  information never ended up on a USB drive that
20  was in your possession, correct?
21      A    No.
22      Q    And it certainly never made its
23  way to Eastern Profit, correct?
24      A    Correct.  We got into a big
25  argument with them about it, saying we were

Page 111

MICHAEL WALLER

1
2  ready to pay for it, she should have told us
3  this ahead of time, and this was causing
4  problems for us and for the client, and they
5  said this, if we give it to you, it's going to
6  break federal law, so no.
7       That's when we went back to
8  Mr. Guo for guidance through Lianchao Han about
9  what to do next.
10      Q    When you say we and they,
11  meaning Strategic Vision got into an argument
12  with ASOG?
13      A    Correct.
14      Q    So, other than the stack of hard
15  copy papers that you described that you saw but
16  didn't receive from ASOG, did Strategic Vision
17  compile any other tracking research consistent
18  with paragraph B on page 2 of the agreement?
19      A    No, that was our first crack at
20  the tracking research.
21      Q    And then -- just bear with me.
22      A    I might also add that it was a
23  problem on the legality side because while
24  Lianchao Han was scrupulous about obeying U.S.
25  law, Yvette Wang was not, and she even once

Page 112

MICHAEL WALLER

1
2  said I don't care if it's legal, just get it.
3       MS. CLINE:  Move to strike.
4       A    That is a completion of my
5  answer.  I ask that my comments be retained for
6  the record.
7       Q    If you drop down to paragraph C
8  on page 2 of the agreement, social media
9  research, do you see that subtitle?
10      A    Yes.
11      Q    It goes on to say, "Shall
12  consist of in-depth and detailed reports on the
13  social media usage and networks of specified
14  subjects and public figures."
15      Do you see that?
16      A    Yes.
17      Q    Did Strategic Vision ever
18  provide a deliverable that meets that
19  description?
20      A    Yes.
21      Q    Tell me about that.
22      A    It first obviously is to
23  research anything or anyone you need to do
24  basic research on it, so Team 1 did its own
25  initial research through open source or public

Page 113

MICHAEL WALLER

1
2  social media on certain of the targets on that
3  15 person list.
4       That was their own basic work.
5  So the only report, in quotes, that we provided
6  as a deliverable was showing how the research
7  team was setting up its methodology to collect
8  this data, but we did not -- that was the
9  extent of the report, it was just an initial
10  status report after the first week.
11      Q    Okay.
12      A    Or two.
13      Q    So there was a report on
14  methodology, correct?
15      A    Yes, but keep in mind our
16  reports were not supposed to be analytical,
17  they were supposed to be showing raw data.
18      But we wanted to demonstrate to
19  the client the methodology that was being used
20  so that the client would understand how the
21  work was being done.
22      Q    Okay, but was there a
23  deliverable provided that detailed the social
24  media usage and networks of the subjects?
25      A    No, only the methodology

29 (Pages 110 - 113)

MICHAEL WALLER

1
2 deliverable that I just mentioned.
3      Q      Just to close the loop, that
4 methodology report was delivered how and when
5 and to whom?
6      A      It was delivered to Yvette Wang
7 by USB port and I was told, "This is all shit,
8 it's worthless.  Don't bother with this."
9      Q      And was this the delivery on
10 January of 26th?
11      A      It was said on two occasion.
12      Q      The delivery of the methodology
13 report with respect to social media research,
14 when was that made?
15      A      It was either January 26th, I
16 think it was -- I think it was January 26th.
17      Q      Was there more than one report
18 on social media methodology?
19      A      No, but I don't remember if it
20 was on -- if it was delivered on that day or at
21 a nearby day, I just want to be careful about
22 the date.
23      Q      And, in total, how many USB
24 drives did Strategic Vision deliver to Eastern
25 Profit?

MICHAEL WALLER

1
2      A      Either two or three to Yvette
3 Wang.  I think it was two, but it might have
4 been three.
5      Q      So, one would be the social
6 media research methodology report you just
7 mentioned, correct?
8      A      Yes.
9      Q      And what was the nature of the
10 other USB deliverable?
11      A      It was raw code.
12      Q      When was that delivery made?
13      A      On or about the 30th of January
14 2018.
15      Q      And did the raw code relate
16 to --
17           MS. CLINE:  Sorry, let me strike
18      that.
19      Q      Turn back to page 1 of the
20 contract, if you would.
21      You see that there are the three
22 indented bullets, financial, forensic
23 historical research, current tracking research
24 and social media research; do you see that?
25      A      Yes.

MICHAEL WALLER

1
2      Q      And the second USB that was all
3 code, does that relate to any of those three
4 subject matter areas?
5      A      It related to all three.
6      Let me say it potentially
7 related to all three.
8      Q      What do you mean by potentially?
9      A      It was still encrypted code and
10 Ms. Wang and Mr. Guo were insistent that we
11 deliver it regardless.
12      I said it hasn't been decrypted
13 yet, and they essentially said we don't care,
14 we want it anyway.
15      We said it won't be of any use
16 to you until it's decrypted.  So I went and
17 retrieved it anyway for them.
18      Q      I am just going to show you a
19 document, I'm not going to mark it yet because
20 I think I know what the answer to this question
21 is going to be.
22      Do you see this document, it has
23 a color code key at the top of it?
24      A      Yes.
25      Q      What's the Bates label on the

MICHAEL WALLER

1
2 bottom of the page?
3      A      SVUS 001939.
4      Q      That's Ms. Wallop's document, is
5 that correct?
6      A      Yes.
7      Q      You are not here to testify
8 about that?
9      A      Correct.
10      Q      So turn back, if you would, to
11 the Strategic Vision's counterclaim.
12      And specifically page 31
13 paragraph 36?
14      A      Yes.
15      Q      All right, let's start with the
16 first sentence, says, "Strategic Vision's team
17 working in other countries also found troubling
18 breaches of security by Eastern Profit and Guo
19 that frustrated and prevented Strategic
20 Vision's performance."
21      Do you see that?
22      A      Yes.
23      Q      Which team is Strategic Vision
24 referring to there?
25      A      Team 1.

30 (Pages 114 - 117)

Page 122

MICHAEL WALLER
1
2     A     These are my handwritten notes,
3  the first page was from the first time we met
4  Guo when I did not use a notebook, most if not
5  all of the remainder were from my notebooks.
6     Q     Just meaning page 1 was sort of
7  a looseleaf?
8     A     Yes, it was the back of a page
9  of something else.
10    Q     Okay, and then the rest of
11 Exhibit 106 is a bound notebook?
12    A     Yes, I believe they were from
13 two notebooks.
14          No, this is just one.
15    Q     What is your note taking
16 practice, generally speaking?
17    A     In some meetings I don't take
18 notes at all, because people won't be as open
19 or they don't want them taken, or you just want
20 to keep things confidential.
21          In these types of meetings I
22 take notes which is a combination of what's
23 being said, what -- so it's not quite minutes,
24 but it's virtually minutes of the meeting, to
25 memorialize what was said at the meeting.

Page 123

MICHAEL WALLER
1
2          It also has brainstorming in
3  there and then own ideas that I develop or
4  notes that I make to myself about later
5  follow-up.
6          So it's -- you won't see a
7  consistent method to all the notes.
8     Q     So I think you referred a moment
9  ago to notes that you took when you're meeting
10 with Team 1, is that correct?
11    A     The Team 1 leader.
12          No, no, I said it's reflected in
13 my notes what Team 1 had said, but I didn't
14 take notes. I don't recall that I took notes
15 with Team 1 leader.
16          We will probably explore that as
17 you question me.
18    Q     And I'll ask you to do a little
19 work here, could you find the notes to which
20 you were just referring in this packet?
21    A     Okay, there is another set of
22 notes that I provided in discovery that I don't
23 see here, so if -- there is an off chance it
24 could be in there.
25          Okay. Page 1788, it's

Page 124

MICHAEL WALLER
1
2  underlined follow-up 1/25.
3          This is notes from a meeting
4  with team leader one, Team 1 leader and about a
5  little below, halfway down the capital letter
6  says security flaws.
7          So we were told Guo and Yvette
8  Wang both said these slides were extremely
9  secret, never to reveal anything.
10          Team 1 found the exact slide of
11 number one already online on something that
12 Guo's network of people had already posted in
13 public.
14    Q     So just when you say the exact
15 slide of number 1, you are referring to one
16 page in a hard copy document that Eastern
17 Profit provided to Strategic Vision?
18    A     In a -- one page in an
19 electronic document that Eastern Profit
20 provided to Strategic Vision.
21    Q     Okay.
22    A     Okay, that was slide number one.
23          "Information on number 2 on the
24 confidential slide was found on the same
25 website as they found information on number 1."

Page 125

MICHAEL WALLER
1
2          So there was a breach somewhere
3  there.
4          And then it says "Team," meaning
5  Team 1, "knows that others are doing searches."
6  This was searches on the exact same people at
7  the exact same time.
8          He said, "Big risk of getting
9  caught," which means the team felt that even
10 though they had taken all the measures they
11 had, this was going to compromise them.
12          "Team hesitated because they
13 found other" word illegible "into e-mails and
14 accounts and they feared getting caught
15 therefore need more security or risk lock down.
16          "And we can screw it up for the
17 other team," meaning another team that we would
18 either hire or Guo had said he had three or
19 four other teams, so we told them to be
20 cautious because we didn't want Team 1 to be
21 compromising anything that Guo might have had
22 with any other teams that he might have hired.
23          He never told us if he actually
24 did hire them.
25          So the same slide, "raises

32 (Pages 122 - 125)

MICHAEL WALLER

1          MICHAEL WALLER
2  alarms," so after "they", Team 1, "came to us
3  for guidance," and we go to M, which is Miles
4  Kwok or Wengui, "for guidance to provide it
5  back," so they were requesting guidance on
6  that.
7      Q    I was confused by your
8  testimony, did Mr. Guo ever represent to
9  Strategic Vision that he had hired other teams
10  to do similar research?
11     A    He said he had in the past, but
12  he said he had three or four other teams,
13  meaning at his disposal, but he didn't say one
14  way or another whether he had hired them at the
15  same time.
16     Q    So the only basis for the
17  allegation that there were other teams actively
18  researching the same targets is what you
19  learned from Team 1, isn't that correct?
20     A    Yes, so these were the people
21  actually doing the work, and they found someone
22  else out there is searching in the same
23  territory we were and we fear a security
24  breach.
25          I believe I have other notes on

1          MICHAEL WALLER
2  the other notebook which is not in this
3  exhibit.
4      Q    While we are on that page, there
5  is, sort of talking about page 1788, there is a
6  list of cities sort of on the right margin,
7  what do those represent?
8      A    Those are the codes where we
9  would say let's meet at a certain place,
10  because Mr. Guo insisted that all of the
11  exchanges of information be done in person by
12  USB drive and not online.
13          So, I would send a text, see you
14  at 17, with I would mean see you in Zurich, so
15  that was our code key.
16     Q    But this particular conversation
17  that was on January 25th was it -- was by
18  phone?
19     A    No, it was in person.
20     Q    You see right under your
21  follow-up 1/25 there is an asterisk, do you see
22  that?
23     A    Um-hum.
24     Q    It says, "Called for a status
25  report on all 30 pieces?"

1          MICHAEL WALLER
2      A    Yes.
3      Q    What does called mean?
4      A    That means the client had called
5  for a status report.  It doesn't mean telephone
6  call.
7      Q    So meaning Eastern Profit had
8  called you?
9      A    No, Mr. Guo had contacted us
10  through Yvette Wang.
11     Q    Called for, meaning requested?
12     A    Yes.  Ms. Wang contacted us to
13  get the latest status report.
14     Q    And what do you mean by all 30
15  pieces?
16     A    I would presume that meant a
17  reference to the fish.  So it's 30 in the
18  contract.
19     Q    Please turn to the next page, if
20  you would.
21     A    By the way, right below that it
22  says, "We can't do a hard start each month."
23          That referred to the -- what
24  amounted to tortious interference of stopping
25  Team 1 by having the leader travel abroad and

1          MICHAEL WALLER
2  then having me travel abroad to meet every few
3  days to exchange whatever partial data that
4  they were able to recover.
5          So this was impeding their
6  efforts.
7      Q    So what were the terms of the
8  contract between you and Team 1?
9      A    Strategic Vision and Team 1?
10     Q    Sorry, Strategic Vision and Team
11  1.
12     A    That the contract was to do the
13  deep dive research on -- for the first month on
14  all 15 of the -- all the main 15 names listed
15  on that 89 page document  and then from that
16  point on ten more names or ten names every
17  month, not 15.
18     Q    But what did the -- we saw an
19  invoice for $200,000 earlier, do you recall
20  that?
21     A    Yes.
22     Q    And what was supposed to have
23  been accomplished for that $200,000?
24     A    So that was the setup for the --
25  because we did not have, nor did we ever

Page 130

MICHAEL WALLER

1   MICHAEL WALLER
2   present the notion that we had an existing
3   office or set of offices for this, we would do
4   all our work setting out fresh teams, so there
5   is no continuity, and it avoids detection, so
6   we want to keep security for our clients.
7           In this case we would set up a
8   new team abroad, and that team needed new
9   computer equipment, so you want to make sure
10  there is no electronic ability to trace
11  anything that's being done, so you are buying
12  devices in cash in third countries to be
13  brought to another country where the team is
14  set up.
15          So it's all those start up
16  costs, related security costs, and then the
17  team members themselves.
18      Q    Did you -- did Strategic
19  Vision --
20          MS. CLINE:  So strike that.
21      Q    When we looked at the research
22  agreement between Eastern Profit and Strategic
23  Vision there was a concept of deliverables,
24  right?
25      A    Yes.

Page 131

1   MICHAEL WALLER
2       Q    When Strategic Vision turned
3   around and contracted with Team 1, did it
4   import any concept of deliverables into the
5   contract between Team 1 and Strategic Vision?
6       A    Simply give us the raw data that
7   you have when requested.
8       Q    Did you provide Team 1 with a
9   copy of the Eastern Profit research agreement?
10      A    No.
11      Q    How did Team 1 know what the
12  subject matters were, what the deliverable
13  format was supposed to be?
14          How did they know those things?
15      A    We just provided Team 1 with the
16  list.
17          That's all the client requested,
18  he just said find out everything you can on
19  this list of 15 names.
20          The problem, of course, was
21  there is so much data to find and how do you
22  narrow it down?
23          And some of the data is either
24  security or illegal to obtain, and some of it
25  doesn't exist, and as Team 1 found out, two of

Page 132

1   MICHAEL WALLER
2   the names were either misspelled and sent the
3   researchers in the wrong direction, or they
4   might not have been real names of real people
5   in the first place.
6           So you have to sift all that out
7   in the beginning and then narrow down what does
8   the client want, that's why the whole thing
9   always required client guidance.
10      Q    And did Strategic Vision give
11  Team 1 any guidance regarding financial,
12  forensic historical research, current tracking
13  research or social media research?
14      A    Yes.
15      Q    Tell us about that, what kind of
16  guidance did Strategic Vision give Team 1?
17      A    So first the team has to
18  familiarize themselves with the subject matter,
19  that meant for them to go through all open
20  source material so they could learn everything
21  they could so they would know where to look and
22  where not to look; that's standard for any
23  research project.
24          And then they would go for what
25  was easiest to retrieve, figure out what's

Page 133

1   MICHAEL WALLER
2   easiest to get and then bring that data back,
3   and that's going to be mainly open source
4   material.
5           And then to go into the more
6   difficult parts, but first you have to
7   establish what you can find, the most easiest
8   way, and then go for the tougher stuff later.
9           But it's an iterative process
10  and you are constantly going back to the client
11  for guidance.
12          And it takes a while to start
13  up.
14      Q    Did the pricing that Strategic
15  Vision established with Team 1, was it related
16  in any way to the pricing in the contract
17  between Eastern Profit and Strategic Vision?
18      A    It was a flat rate pricing for
19  Team 1.
20      Q    But was that flat rate in any
21  way tied to the Eastern Profit contract?
22          MR. GREIM:  Objection, vague.
23      A    I don't know what you mean by
24  tied.
25      Q    How did you come up with a flat

34 (Pages 130 - 133)

Page 142

MICHAEL WALLER

1
2     Q     And then drop down to the next
3 sentence, it says, "The MSS has a role not only
4 in repressing domestic political dissent, but
5 also in monitoring and suppressing activities
6 overseas that are deemed to be subversive of
7 the Chinese Communist Party."
8         Do you see that?
9     A     Yes.
10    Q     What is the basis of Strategic
11 Vision's allegations there?
12    A     That is from that same previous
13 source that I just told you, Guo telling Gertz,
14 but it's also through my own work.
15    I got my doctorate in studying
16 communist secret police systems and studied the
17 Soviet system, of which the Chinese system is a
18 Sinofide copy, so I understand through my own
19 professional work on how precisely how these
20 systems work and also how fortunes are made by
21 people who get under the wing of certain of
22 their officials.
23        The MSS learned a lot from the
24 KGB.
25    Q     Drop down to paragraph 54, first

Page 143

MICHAEL WALLER

1
2 sentence, "On information and belief 'Guo was a
3 long time employee of Vice Minister Ma Jian.'"
4         Do you see that?
5     A     Yes.
6     Q     First of all, do you know why
7 Strategic Vision has that part of that sentence
8 in quotes there?
9     A     If it was in quotes it would
10 have been quoted from a public source.
11    Q     Do you know what the public
12 source is you are relying on there?
13    A     Probably the footnote was pulled
14 out, but I am surmising that it's also from
15 that same July 2017 Gertz article based on the
16 Guo interview.
17    Q     Okay, next sentence, "On
18 information and belief, Guo paid MSS officials
19 and bought surveillance equipment for the MSS
20 in exchange for favors."
21        What is Strategic Vision's basis
22 for that allegation?
23    A     Guo told that to Bill Gertz in
24 some of Gertz's writings and he told me
25 personally on November 21st, 2017.

Page 144

MICHAEL WALLER

1
2     Q     Guo told you personally?
3     A     Yes, because I was interested
4 in -- I had commented to him how I had worked
5 on the Soviet side of things and saw how Soviet
6 entrepreneurs made their money through the KGB,
7 and he said yeah, he said -- and then he
8 described how he built the Penghzhou Plaza
9 Hotel and how he blackmailed the vice mayor
10 of -- or extorted the vice mayor of Beijing by
11 having surreptitious sex videos made of him in
12 order to advance a property acquisition that
13 Guo had wanted or to recover property that the
14 Party had taken away from him.
15    Q     Just move to the last sentence
16 of paragraph 54, "Guo was able to use his
17 connection with Ma and the MSS against Guo's
18 business arrivals in Cline?"
19    A     Yes.
20    Q     "While the MSS was able to use
21 Guo's business empire against its own targets
22 in China?"
23    A     Yes.
24    Q     Same question, what's the basis
25 for that allegation.

Page 145

MICHAEL WALLER

1
2     A     Same answer, Guo told Bill Gertz
3 who reported on it and Guo told me in at least
4 two discussions and then it was out there in
5 other open source journalistic accounts.
6     Q     So, did you have nonpublic
7 conversations with Mr. Gertz regarding Mr. Guo?
8     A     Only in the beginning when he
9 arranged for us to -- arranged for Strategic
10 Vision to do work for Mr. Guo.
11    Q     Okay, did any of your
12 conversations, private conversations with
13 Mr. Gertz form the basis for the allegations in
14 Strategic Vision's counterclaim?
15    A     No.
16        Bill Gertz and I both understand
17 that a lot of people can do really terrible
18 things, and then they see the light and then
19 they convert to the right cause.
20        As a dissident, for example, as
21 an opponent of the Communist Party, and you can
22 forgive the guy and work with the guy because
23 now you have a similar cause.
24        So he's using his contacts and
25 methodology against the Chinese regime, so we

37 (Pages 142 - 145)

Page 186

```
1
2          C E R T I F I C A T E
3          I, the undersigned, a Certified
     Shorthand Reporter of the State of New
     York, do hereby certify:
4          That the foregoing proceedings were
5     taken before me at the time and place
     herein set forth; that any witnesses in
     the foregoing proceedings, prior to
6     testifying, were duly sworn; that a record
     of the proceedings was made by me using
7     machine shorthand which was thereafter
     transcribed under my direction;
8          That the foregoing transcript is a
     true record of the testimony given.
9          Further, that if the foregoing
     pertains to the original transcript of a
10    deposition in a federal case before
     completion of the proceedings, review of
11    the transcript [x ] was [ ] was not
     requested.
12
13         I further certify I am neither
     financially interested in the action nor a
     relative or employee of any attorney or
14    party to this action.
          IN WITNESS WHEREOF, I have this
15    date subscribed my name.
16         Dated: 12/4/19
17
18
19
20
21
          Stephen J. Moore
22         RPR, CRR
23
24
25
```

Page 187

```
1
2     DECLARATION UNDER PENALTY OF PERJURY
3         Case Name: EASTERN v. STRATEGIC
4         Date of Deposition: November 19,
5     2019
6
7         I, MICHAEL WALLER, hereby certify
8         Under penalty of perjury under the
9     laws of the State of New York that the
10    foregoing is true and correct.
11        Executed this _____ day of
12    _____, 2019, at
13        _____.
14
15
16    _____
17
18    MICHAEL WALLER
19
20
21
22
23
24
25
```

Page 188

```
1
2     DEPOSITION ERRATA SHEET
3     Case Name: EASTERN v. STRATEGIC.
4     Name of Witness: MICHAEL WALLER
5     Date of Deposition: November 19,
6     2019
7     Reason Codes:  1. To clarify the
8     record.
9     2. To conform to the facts.
10    3. To correct transcription errors.
11    Page _____ Line _____ Reason _____
      From _____ to _____
12    Page _____ Line _____ Reason _____
      From _____ to _____
13    Page _____ Line _____ Reason _____
      From _____ to _____
14    Page _____ Line _____ Reason _____
      From _____ to _____
15    Page _____ Line _____ Reason _____
      From _____ to _____
16    Page _____ Line _____ Reason _____
      From _____ to _____
17    Page _____ Line _____ Reason _____
      From _____ to _____
18    Page _____ Line _____ Reason _____
      From _____ to _____
19    Page _____ Line _____ Reason _____
      From _____ to _____
20    Page _____ Line _____ Reason _____
      From _____ to _____
21    Page _____ Line _____ Reason _____
      From _____ to _____
22    Page _____ Line _____ Reason _____
      From _____ to _____
23    Page _____ Line _____ Reason _____
      From _____ to _____
24    Page _____ Line _____ Reason _____
      From _____ to _____
25
```

Page 189

```
1
2     DEPOSITION ERRATA SHEET
3     Page _____ Line _____ Reason _____
      From _____ to _____
4     Page _____ Line _____ Reason _____
      From _____ to _____
5     Page _____ Line _____ Reason _____
      From _____ to _____
6     Page _____ Line _____ Reason _____
      From _____ to _____
7     Page _____ Line _____ Reason _____
      From _____ to _____
8     Page _____ Line _____ Reason _____
      From _____ to _____
9     Page _____ Line _____ Reason _____
      From _____ to _____
10    Page _____ Line _____ Reason _____
      From _____ to _____
11    Page _____ Line _____ Reason _____
      From _____ to _____
12    Page _____ Line _____ Reason _____
      From _____ to _____
13    Page _____ Line _____ Reason _____
      From _____ to _____
14    Page _____ Line _____ Reason _____
      From _____ to _____
15    Page _____ Line _____ Reason _____
      From _____ to _____
16    Page _____ Line _____ Reason _____
      From _____ to _____
17         _____ Subject to the above
18    changes, I certify that the transcript is
19    true and correct
20         _____ No changes have been
21    made. I certify that the transcript  is
22    true and correct.
23
24    _____
25         MICHAEL WALLER
```

48 (Pages 186 - 189)