# Exhibit Q1

 

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that Eastern Profit Corporation Limited, a Hong Kong corporation, and having its usual place of business at Rooms 805-806 8th Floor, Tai Yau Building, 181 Johnston Road, Wanchai, Hong Kong ("Eastern") hereby constitutes and appoints Golden Spring (New York) Limited ("Golden Spring"), a Delaware corporation, having its usual place of business at 800 5th Avenue, Ste 21F New York, NY 10065 as Eastern's true and lawful Attorney-in-Fact, in the Eastern's name, place and stead and for Eastern's benefit, in connection with Eastern's interactions, negotiations, contract and/or any litigation with Strategic Vision US, LLC ("SV"), solely for the purpose of performing such acts and executing such documents in the name of Eastern necessary and appropriate to effectuate the following enumerated transactions.

This Appointment shall apply only to the following enumerated transactions and nothing herein or in the Agreement shall be construed to the contrary:

1. Negotiating a contract between Eastern and SV;

2. Executing a contract between Eastern and SV;

3. The full enforcement and preservation of Eastern's rights under any contract between Eastern and SV, including but not limited to prosecuting and/or defending any and all claims concerning the relationship between Eastern and SV, including, but not limited to, any and all of the following acts:

    a. Retaining counsel to prosecute and/or defend any claims and/or litigation arising out of any relationship between Eastern and SV;
    b. Executing affidavits and pleadings on behalf of Eastern in any litigation between Eastern and SV;
    c. Resolving and/or settling any dispute(s) between Eastern and SV via execution of settlement agreement(s);

The undersigned gives said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby does ratify and confirm to all that said Attorney-in-Fact shall be effective as of <u>October 1, 2017.</u>

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and it is not to be construed as a general power of attorney. This Limited Power of Attorney is entered into and shall be

CONFIDENTIAL                EASTERN-000276

governed by the laws of the State of New York, without regard to conflicts of law principles of such state.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney; and may be satisfied that this Limited Power of Attorney shall continue in full force and effect and has not been revoked unless an instrument of revocation has been made in writing by the undersigned.

IN WITNESS WHEREOF, Eastern Profit Corporation Limited, has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this 30 n day of August, 2018

Eastern Profit Corporation Limited

By: _____
Name: Chunguang Han
Title: DIRECTOR

STATE OF NEW YORK )
                  ) ss:
COUNTY OF New York )

On the 30w day of August, 2018, before me, the undersigned, personally appeared Chunguang Han, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

KARIN MAISTRELLO
NOTARY PUBLIC STATE OF NEW YORK
Registration No. 01MA6376654
Qualified in NY County
Commission expires June, 18 2022

CONFIDENTIAL                                    EASTERN-000277