# Exhibit S1

存案 Filed


DEFENDANT'S EXHIBIT 30

# 更改公司秘書及董事通知書(委任／停任)
## Notice of Change of Company Secretary and Director (Appointment／Cessation)

**CR 公司註冊處 Companies Registry**

表格 Form **ND2A**

公司編號 Company Number: **1648534**

註 Note

**1** 公司名稱 Company Name

**EASTERN PROFIT CORPORATION LIMITED**
東利興業有限公司

**2** 公司秘書／董事的停任 Cessation to Act as Company Secretary／Director
(如超過一名公司秘書／董事停任，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary/director ceased to act)

**A.** 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

身分 Capacity: ☐ 公司秘書 Company Secretary   ☑ 董事 Director   ☐ 候補董事 Alternate Director

代替 Alternate to: (Nil)

公司秘書／董事的詳情(自然人) Particulars of Company Secretary／Director (Natural Person)

中文姓名 Name in Chinese: 韓春光

英文姓名 Name in English:
姓氏 Surname: Han
名字 Other Names: Chunguang

身分證明 Identification:
香港身分證號碼 Hong Kong Identity Card Number: (Nil)
護照號碼 Passport Number: (Nil)

**或 OR**

公司秘書／董事的詳情(法人團體) Particulars of Company Secretary／Director (Body Corporate)
中文及英文名稱 Chinese and English Names: (Nil)

**B.** 停任詳情 Details of Cessation

停任原因 Reason for Cessation: ☑ 辭職／其他 Resignation／Others   ☐ 去世 Deceased

停任日期 Date of Cessation: 27 / 06 / 2017 (DD/MM/YYYY)

上述董事或候補董事在停任日期後，是否仍然擔任該公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of cessation?   ☐ 是 Yes   ☑ 否 No

提交人資料 Presentor's Reference
姓名 Name:
地址 Address:
電話 Tel:
電郵 Email:
檔號 Reference:

請勿填寫本欄 For Official Use

CR 收件日期 RECEIVED 傳真 Fax: 2 7 JUN 2017 文件管理組 Document Management Section

22401474897 ND2A 27/06/2017   1648534

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

CSA by P & L Associates

EASTERN-000400

表格 Form **ND2A**

公司編號 Company Number: 1648534

**3  委任公司秘書／董事(自然人) Appointment of Company Secretary／Director (Natural Person)**
(如委任超過一名自然人為公司秘書／董事，請用續頁 B 填報 Use Continuation Sheet B if more than 1 natural person is appointed as company secretary／director)
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

| 身分 Capacity | 公司秘書 Company Secretary | ✓ 董事 Director | 候補董事 Alternate Director | 代替 Alternate to (Nil) |

中文姓名 Name in Chinese: 郭美
英文姓名 Name in English — 姓氏 Surname: Guo
名字 Other Names: Mei
前用姓名 Previous Names — 中文 Chinese: (Nil); 英文 English: (Nil)
別名 Alias — 中文 Chinese: (Nil); 英文 English: (Nil)

地址 Address: Majestic View Manor / 20 South Bay Road
國家／地區 Country／Region: Hong Kong

電郵地址 Email Address: (Nil)

身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number: R 6 4 2 5 9 1 (6)
(b) 護照 Passport — 簽發國家 Issuing Country: (Nil); 號碼 Number: (Nil)

委任日期 Date of Appointment: 27 DD / 06 MM / 2017 YYYY

上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?  是 Yes ☐   ✓ 否 No

提示 Advisory Note: 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

出任董事職位同意書 Consent to Act as Director   * 請剔去不適用者 Delete whichever does not apply

本人同意擔任公司的董事／候補董事*，並確認本人已年滿 18 歲。
I consent to act as Director／Alternate Director* of this company and confirm that I have attained the age of 18 years.

簽署 Signed: Guo Mei /signature/

第二頁 Page 2

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

CSA by P & L Associates

EASTERN-000401

| 表格<br>Form | **ND2A** | | 公司編號 Company Number |
|---|---|---|---|
| | | | 1648534 |

**4 委任公司秘書／董事（法人團體） Appointment of Company Secretary／Director (Body Corporate)**
*(如委任超過一個法人團體為公司秘書／董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 body corporate is appointed as company secretary／director)*
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

⑱ 身分 Capacity   ☐ 公司秘書 Company Secretary   ☐ 董事 Director   ☐ 候補董事 Alternate Director   代替 Alternate to [____]

⑲ 中文名稱 Name in Chinese: (Blank Section)

⑲ 英文名稱 Name in English: [____]

⑳ 地址 Address: [____]

國家／地區 Country／Region: [____]

㉑ 電郵地址 Email Address: [____]

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

委任日期 Date of Appointment: [DD] [MM] [YYYY]

㉒ 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?   ☐ 是 Yes   ☐ 否 No

㉓ 提示 Advisory Note: 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

㉓ **出任董事職位同意書 Consent to Act as Director**
本人謹代表上述公司確認，上述公司同意擔任公司的董事／候補董事＊。
I, acting on behalf of the above named company, confirm that the above company consents to act as Director／Alternate Director＊ of this company.

簽署 Signed: _____
董事(法人團體)的董事／公司秘書／獲授權人士＊
Director／Company Secretary／Authorized Person of the Director (Body Corporate)＊

本通知書包括下列續頁 This Notice includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

㉔ **5 確認(適用的話) Confirmation (If applicable)**
名列本通知書內的每一名獲委任為公司秘書的自然人通常居於香港。
Each natural person appointed as company secretary and named in this Notice ordinarily resides in Hong Kong.

⑥ 簽署 Signed: *(signature)*
姓名 Name: Han Chunguang
董事 Director／公司秘書 Company Secretary＊
日期 Date: 27 JUN 2017
DD / MM / YYYY

＊請刪去不適用者 Delete whichever does not apply

第三頁 Page 3

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

*CSA by P & L Associates*

EASTERN-000402