# Exhibit V1



**FOLEY HOAG** LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617.832.1000 main
617.832.7000 fax

Anthony D. Mirenda
617-832-1220 direct
ADM@foleyhoag.com

February 23, 2018



EXHIBIT
Wang
6  ml
1-31-19

<u>Via Federal Express</u>

**CONFIDENTIAL**

Ms. French C. Wallop, CEO
Strategic Vision US LLC
7260 W. Azure Drive, Suite 140-593
Las Vegas, NV  89130

    Re:    <u>Contract with Eastern Profit Corporation Limited dated January 6, 2018</u>

Dear Ms. Wallop:

    We have been engaged to represent Eastern Profit Corporation Limited ("Eastern") with regard to its Research Agreement contract with Strategic Vision US LLC ("Strategic Vision") dated January 6, 2018.

    As you are aware, Eastern has very serious concerns with Strategic Vision's wholly inadequate performance in the weeks since the contract was signed. In the contract, Strategic Vision promised that it would, among other things, conduct "high quality original research" and would provide detailed forensic financial reports, reports detailing tracking research, and reports detailing social media research concerning specific subjects as described therein. Per the contract, Strategic Vision was to deliver such reports concerning the specific subjects on a weekly basis over the course of the first month, and no less than on a monthly basis thereafter.

    Immediately after the contract was signed on January 6, problems concerning Strategic Vision's capabilities and competence began to surface. Because of what Strategic Vision described as "internal miscommunication" on the part of Strategic Vision's representatives, Eastern agreed to delay the start of the contract by 10 days, from January 6 to January 16. Even with this additional time, Strategic Vision failed to deliver its initial sets of weekly reports on time as required by the contract.

    Eventually, on January 30, Strategic Vision finally made its first delivery under the contract – an 80 GB dump of a combination of reports concerning particular subjects and

**CONFIDENTIAL**

February 23, 2018
French C. Wallop
Page 2

raw research materials. This "delivery" was wholly inadequate for a host of reasons. First and most fundamentally, while Eastern provided specific identifying information regarding the particular subjects of the research, most of Strategic Vision's reports and research materials concerned **different** subjects – not the particular ones specified by Eastern – and so the information was entirely irrelevant. For example, Eastern provided detailed identifying information concerning one particular subject, Chengjie LIU (including among other data his date of birth and a photograph), but Strategic Vision provided a 121-page report on an entirely different person, with a different date of birth and a different photograph – obviously useless. As another example, Eastern provided detailed identifying information concerning another particular subject, Qing YAO (including among other data his date of birth and a photograph), but Strategic Vision provided a 52-page report on an entirely different person, with a different date of birth and a different photograph – likewise obviously useless. The remainder of the materials included similarly irrelevant and useless materials, or suffered from other obvious flaws. This certainly does not represent anything close to "high quality original research" on the specified subjects.

Since that first delivery, Strategic Vision has consistently failed to deliver the reports required by the contract and has consistently failed to meet the schedule required there. Eastern committed a substantial amount of resources in good faith, and paid $1 million in advance as a deposit, based upon the representations and promises made by Strategic Vision's representatives.

Regrettably, Eastern is compelled to conclude that Strategic Vision misrepresented its capabilities to fraudulently induce Eastern to enter into the contract and pay the $1 million advance, and has breached its obligations under the contract. Therefore, Eastern is entitled to terminate the contract immediately and to receive a full and complete refund of the $1 million deposit. Strategic Vision should cease work immediately, and should immediately return or destroy all materials and information provided by Eastern to Strategic Vision. Eastern expects that Strategic Vision will refund the $1 million deposit immediately. Please send the funds, via wire transfer, to:

| | |
|---|---|
| Beneficiary Bank Name: | DBS Bank Ltd |
| Beneficiary Bank Address: | 12 Marina Boulevard, DBS Asia Central, Marina Bay Financial Centre Tower 3, Singapore 018982 |
| Beneficiary Bank SWIFT: | DBSSSGSG |
| Beneficiary Account Name: | ACA Capital Group Limited |
| Beneficiary Account No.: | 0003-039595-01-1 |
| Immediate Bank Name: | JP Morgan Chase Bank, N.A. |
| Immediate Bank SWIFT: | CHASUS33 |

Finally, and without waiver of or prejudice to Eastern's rights to terminate the contract immediately due to Strategic Vision's breach and to recover all legally available remedies, please consider this letter as written notice of termination of the contract pursuant to the contract's "Duration" section.

**CONFIDENTIAL**

February 23, 2018
French C. Wallop
Page 3

      We trust that Strategic Vision will respond appropriately, terminate the contract and return the deposit, and that litigation will not be necessary. However, should litigation become necessary, Eastern reserves all its rights to seek any and all remedies legally available to it, including recovery of all damages, costs, interest and attorney's fees.

      Please contact me immediately to resolve this situation. If we do not have a response by the close of business on February 27, 2018, Eastern will have no choice but to move forward to seek all legally available remedies.

                                      Regards,

                                      Anthony D. Mirenda

ADM/sml
Cc:   French C. Wallop, CEO (via Hand Delivery and Electronic Mail)
           Strategic Vision US LLC, 1557 22nd Street North, Arlington VA 22209