# Exhibit W1

 **DBS**

## Outgoing Telegraphic Transfer

ACA CAPITAL GROUP LIMITED-███████-USD

### Transaction Advice/s

| | | | |
|---|---|---|---|
| **Date** | : 02-Jan-2018 | **Customer Reference** | : ███████ |
| **Transaction Reference** | : ███████ | | |
| **Beneficiary Name** | : STRATEGIC VISION US, LLC | **Beneficiary Bank SWIFT/ BIC** | : CITIUS33XXX |
| **Beneficiary Account** | : ███████ | | |
| **Beneficiary Bank** | : CITIBANK N.A. | | |

### Transaction Details

| | Remittance Amount | Exchange Rate | Transaction Amount | Account Number |
|---|---|---|---|---|
| **Principal** | USD 500,000.00 | | USD 500,000.00 | ███████ |
| OT - Commission in lieu | | | USD 74.52 | ███████ |
| OT - Handling Commission | | | USD 74.52 | ███████ |
| OT - Cable | | | USD 14.90 | ███████ |

### Transaction Trail

| SWIFT gpi Transaction Status | SWIFT gpi Tracking Number | Elapse Time |
|---|---|---|
| | ███████ | |

**1 Originating Bank →**

DBSSSGSG

**Release date and time**
02 Jan 2018 11:59hr

**Amount remitted**
USD 500,000.00

EXHIBIT
Wang
1-31-19

 **DBS**

# Outgoing Telegraphic Transfer

SWIFT MT103

2018-01-02 12:00:04.114

MT S103 SINGLE CUSTOMER CREDIT TRANSFER

```
BASIC HEADER
APPLICATION HEADER
USER HEADER                     SERVICE CODE     103:
                                BANK. PRIORITY   113:NORQ
                                MSG USER REF.    108:
                                VALIDATION       119:
SENDER'S REF.
TIME INDICATION                 13C:CODE/        /TIME    SIGN OFFSET
BANK OPERATION CODE             23B:CRED
INSTRUCTION CODE                23E:
TRANS. TYPE CODE                26T:
SETTLEMENT AMOUNT               32A:DATE180102CURRENCYUSDAMOUNT500000
INSTRUCTED AMOUNT               33B:          CUR/CODEUSDAMOUNT500000
EXCHANGE RATE                   36 :
ORDERING CUSTOMER               50K:
                                    ACA CAPITAL GROUP LIMITED
                                    49TH FLOOR, BANK OF CHINA TOWER 1
                                    GARDEN ROAD CENTRAL, HONG KONG

SENDING INSTITUTION   51A:

ORDERING INST.        52 :




SENDER'S CORR.        53 :




RECEIVER'S CORR.      54 :




THIRD REIMBURS.INST.  55 :




INTERMEDIARY          56 :




ACCOUNT WITH INST.    57A://




BENEFICIARY CUSTOMER  59 :
                          STRATEGIC VISION US, LLC


REMITTANCE INFO.      70 :


DETAILS OF CHARGES    71A:SHA
SENDER'S CHARGES      71F:CURRENCYUSDAMOUNT163.94
RECEIVER'S CHARGES    71G:CURRENCY   AMOUNT
SEND. TO REC. INFO.   72 :




REGULATORY REPORT     77B:
```

CONFIDENTIAL

EASTERN-000022