# Exhibit Y1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **EASTERN PROFIT CORPORATION LIMITED,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | ) | **Case No. 18-cv-2185 (JGK)** |
| **v.** | ) | |
| | ) | |
| **STRATEGIC VISION US, LLC,** | ) | |
| | ) | |
| **Defendant/Counterclaim Plaintiff.** | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the deposition of Plaintiff/Counterclaim Defendant Eastern Profit Corporation Limited ("Eastern Profit" or "Eastern"), pursuant to Fed. R. Civ. P. 30(b)(6) and through one or more officers, directors, or other representatives who shall be designated to testify on Eastern Profit's behalf regarding all information known or reasonably available to Eastern Profit with respect to the subject matters identified in Attachment A, will be taken by Graves Garrett LLC, counsel for Defendant/Counterclaim Plaintiff, at the offices of Pepper Hamilton LLP, 620 Eighth Avenue, 37th Floor, New York, New York, on Wednesday, October 30, 2019, commencing at 9:00 a.m. and continuing until completed, before a person authorized by law to administer oaths and recorded by video and stenographic means. The court reporter and videographer will be supplied by Atkinson-Baker court reporters.

Dated October 28, 2019

Respectfully submitted,

GRAVES GARRETT LLC

*s/ Edward D. Greim*
Edward D. Greim, #4240172
Jennifer Donnelli (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
jdonnelli@gravesgarrett.com
ATTORNEYS FOR
DEFENDANT/COUNTERCLAIM PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, the foregoing was emailed to the following

parties:

Francis Lawall
Joanna J. Cline
Christopher B. Chuff
Pepper Hamilton LLP
1313 North Market Street
Suite 5100
Wilmington, DE 19801
lawallf@pepperlaw.com
clinej@pepperlaw.com
chuffc@pepperlaw.com

Erin Teske
Mark Harmon
Hodgson Russ LLP
605 Third Avenue
Suite 2300
New York, NY 10158
eteske@hodgsonruss.com
mharmon@hodgsonruss.com

*s/ Edward D. Greim*
Attorney for Defendant/Counterclaim
Plaintiff

2

EXHIBIT A

In accordance with Fed. R. Civ. P. 30(b)(6), Strategic Vision designates the matters identified below for examination.  In construing these topics, the following instructions and definitions shall apply:

A. All terms shall be construed to encompass as broad a range of information as permitted under the Federal Rules of Civil Procedure.

The deponent(s) shall be prepared to address the following topics:

1.    The Research Agreement signed on or about January 6, 2018 between Eastern and Strategic Vision (the "Agreement"), including negotiations concerning same.

2.    The corporate structure of Eastern, including its principals and affiliation with counterclaim defendant Guo Wengui ("Mr. Guo").

3.    The corporate structure of ACA Capital Group Limited, including its principals and affiliation with Eastern and/or Mr. Guo.

4.    Eastern's performance under the Agreement, including (i) all information provided by Eastern to Strategic Vision; and (ii) Eastern's adherence to Strategic Vision's directives.

5.    Strategic Vision's performance under the Agreement.

6.    Eastern's termination of the Agreement.

7.    The $1 million payment to Strategic Vision pursuant to the Agreement.