# Exhibit C2

Atkinson-Baker, Inc.
www.depo.com

## Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
EASTERN PROFIT CORPORATION LIMITED,
          Plaintiff/COUNTER-CLAIM DEFENDANT,
                    CASE NO.: 18-cv-2185(JGK)
     -against-

STRATEGIC VISION US, LLC
          Defendant/COUNTERCLAIM PLAINTIFF.
-------------------------------------------------X

Deposition of AMELIA COLLUCIO, taken on behalf of defendant/counterclaimant, at 620 Eighth Avenue, 27th Floor, New York, New York, commencing at 9:18 a.m., Tuesday, November 12, 2019, before Kiara Miller.

## Page 3

APPEARANCES:

GRAVES GARRETT, LLC
Attorneys for Plaintiff
1100 Main Street, Suite 2700
Kansas City, Missouri 64105

BY: EDWARD D. GREIM, ESQ.


HODGSON, RUSS
Attorneys for Defendant
605 Third Avenue, Suite 2300
New York, New York 10158

BY: ERIN N. TESKE, ESQ.

ALSO PRESENT:
JENNIFER DONNELLI
DANIEL PODHASKIE

## Page 4

FEDERAL STIPULATION

        IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties hereto, that the filing, sealing, and certification of the within deposition shall be and the same are hereby waived;
        IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of trial.
        IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any notary public with the same force and effect as if signed and sworn to before this court.

## Page 5

        VIDEOGRAPHER: Good morning, I am Thomas Del Vecchio, your videographer. I am present on behalf of Atkinson-Baker in Glendale, California. I am not financially interested in this action, nor am I a relative or employee of any attorneys or any of the parties.
        Today's date Tuesday, November 12, 2019. The time is 9:18 a.m. This deposition is taking place at the offices of Pepper Hamilton, 620 8th Avenue, New York, New York. The case number is 18-CV-2185, entitled Eastern Profit versus Strategic Vision.
        The deponent today is Ms. Amelia Coluccio. This deposition is being taken on behalf of the defendant/counterclaimant. The court reporter today is Kiara Miller from Atkinson Baker.
        Counsel will now please

2 (Pages 2 to 5)

30(b)(6): Amelia Coluccio
November 12, 2019

```
                                                              Page 1
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------x
      EASTERN PROFIT CORPORATION LIMITED,
 4
              Plaintiff-Counterclaim Defendant,
 5
                    - against -
 6
      STRATEGIC VISION US, LLC,
 7
              Defendant-Counterclaim Plaintiff,
 8
                    - against -
 9
      GUO WENGUI a/k/a MILES KWOK,
10
                          Counterclaim Defendant.
11    ------------------------------------------x

12                        340 Madison Avenue
                          New York, New York
13
                          January 31, 2019
14                        9:40 a.m.

15

16

17         EXAMINATION BEFORE TRIAL of YVETTE

18    WANG, a 30(b)(6) Witness on behalf of EASTERN

19    PROFIT CORPORATION LIMITED, the

20    Plaintiff-Counterclaim Defendant herein, taken

21    by the Defendant-Counterclaim Plaintiff,

22    pursuant to Court Order, held at the

23    above-mentioned time and place, before Michelle

24    Lemberger, a Notary Public of the State of New

25    York.
```

Atkinson-Baker, Inc.
www.depo.com

## Page 2

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
EASTERN PROFIT CORPORATION LIMITED,
     Plaintiff/Counterclaim Defendant,
V.
STRATEGIC VISION US, LLC,
     Defendants/Counterclaim Plaintiff.
-------------------------------------X




          Videotaped deposition of YVETTE WANG,
a 30(b)(6) witness taken on behalf of Eastern
Profit Corporation Ltd., the
Plaintiff-Counterclaim Defendant herein, taken by
the Defendant-Counterclaim Plaintiff pursuant to
Court Order held at 620 Eighth Avenue, New York,
New York, commencing at 9:55 A.M., Wednesday,
October 30, 2019, before Terri Fudens, a Stenotype
Reporter and Notary Public of the State of New
York.
```

## Page 3

```
A P P E A R A N C E S :
    HODGSON RUSS LLP
    Attorneys for Non-Party
    Golden Spring (New York) LTD.
        605 Third Avenue
        Suite 2300
        New York, New York  10158

    BY:  ERIN TESKE, ESQ.


    GRAVES GARETT LLC
    Attorneys for Defendant/Counterclaim
    Plaintiff - Strategic Vision US LLC
        1100 Main Street, Suite 2700
        Kansas City, Missouri  64105
        816.2563181
    BY:  EDWARD D. GREIM, ESQ.
         edgreim@gravesgarrett.com

         JENNIFER DONNELLI, ESQ.
         jdonnelli@gravesgarrett.com

    PEPPER HAMILTON LLP
    Attorneys for Plaintiff/Counterclaim
    Defendant - Eastern Profit Corporation, Ltd.
        1313 North Market Street
        Suite 5100
        Wilmington, Delaware  19801

    BY:  JOANNA CLINE, ESQ.
```

## Page 4

```
APPEARANCES CONTINUED:
    GOLDEN SPRING (NEW YORK) LTD.
    In-House Counsel for Golden Spring
        162 E. 64th Street
        New York, New York  10065
        917.941.9698
    BY:  DANIEL PODHASKIE, ESQ.


             *   *   *   *
```

## Page 5

```
                I N D E X
WITNESS:         EXAMINATION BY:         PAGES:
Yvette Wang      Mr. Greim                15


                E X H I B I T S
EXHIBIT:     DESCRIPTION:                 PAGES:
Wang 30      Notice of Deposition           18
Wang 31      A Loan Agreement Bates stamped 97
             Eastern-000278 to 280


        EXHIBITS MARKED BUT PREVIOUSLY PRODUCED
EXHIBIT:     DESCRIPTION:                 PAGES:
Guo 2        Limited Power of Attorney     41
             Bates stamped Eastern-000276
             and 277
Wang 2       Research Agreement dated     140
             December 29, 20107 Bates
             stamped Eastern-000005 to
             Eastern 000009

Wang 4       A document titled Research   162
             Agreement dated January 1,
             2018 and Bates stamped
             Eastern-000001 to Eastern-000004
Wang 3       A document titled Plaintiff  172
             Eastern Profit Corporation
             Limited's Responses and
             Objections to Defendant Strategic
             Vision US. LLC's First Set of
             Interrogatories.
```

2 (Pages 2 to 5)

30(b)(6) Yvette Wang
October 30, 2019