# Exhibit D2

# INVOICE



Michael Waller
Georgetown Research, LLC
PO Box 28171
Washington, DC 20038

Date: 1/6/18
Invoice Number: 20180108
Terms: Due upon receipt.

| Description | | Fee |
|---|---|---|
| One (1) month consulting for strategic research and business development in ▓▓▓▓▓ including startup costs. | | $ 200,000 |
| | Subtotal | $ 200,000 |
| | Total | $ 200,000 |

Thank you for your business. It is a pleasure to work with you on your project.

Payment may be made by bank wire transfer to:

Citi Bank
2101 L Street NW
Washington, DC 20037

Account # ▓▓▓▓▓▓▓▓
Routing # 254070116



EXHIBIT
SV 104
11/19/19