# Exhibit G2

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
EASTERN PROFIT CORPORATON LIMITED,

        Plaintiff/Counterclaim Defendant,


           Case No.  18-cv-2185
    v.
STRATEGIC VISION US, LLC,

        Defendant/Counterclaim Plaintiff.
-------------------------------------x
          1:47 p.m.
          November 19, 2019


          405 Lexington Avenue
          New York, New York


    DEPOSITION of FRENCH WALLOP, testifying
under Rule 30(b)(6) on behalf of STRATEGIC VISION
US, LLC in the above entitled matter, pursuant to
Notice, before Stephen J. Moore, a Registered
Professional Reporter, Certified Realtime Reporter
and Notary Public of the State of New York.

Page 14

1  FRENCH WALLOP
2  Q    Okay.  What do those entries
3  mean?
4  A    Well, it's Mike Waller and
5  French Wallop in New York meeting Guo at 11:00
6  a.m., which was about ten days after the
7  contract was underway.
8       It was actually underway
9  earlier, but we gave him a leeway of ten days;
10 so that's why I have ten days after.
11 Q    Looking up, sort of directly up
12 in that column, on January 5th, there is an
13 entry there that says, "Contract signed."  Do
14 you see that?
15 A    Yes.
16 Q    So I am trying to understand,
17 what does your entry on the 26th above the "ten
18 days after," what does that correspond to?
19 A    Well, if you go back ten days,
20 that would get it to the 16th, right?
21      The 16th of January, and we had
22 said to Guo at that meeting that it would have
23 been -- we were giving him an additional ten
24 days like credit, because we were trying to get
25 the team set up and we didn't get the wires

Page 15

1  FRENCH WALLOP
2  sort of into the account that we were using or
3  accessible until the -- truly until the 9th.
4       Because we didn't -- we didn't
5  have clean flash drives.  We had had bad flash
6  drives to begin with.
7       So when we got the clean flash
8  drive was when Mike and I got together with the
9  team members for Team 1 that week.
10      Because at that point then the
11 money became hard that was in the account, and
12 then we could begin the setup of getting the
13 team started.
14      So that's what ten days
15 afterwards means; it was ten days after the
16 16th.
17      And Guo had said he was, you
18 know, demanded to have massive amounts of
19 information within ten days of setting up,
20 which was highly unreasonable.
21 Q    Could you just decipher for us
22 your entry on January 16th?
23 A    16th.
24      Wire out to Georgetown Research
25 for $200,000, and then I think another wire for

Page 16

1  FRENCH WALLOP
2  $25,000.
3  Q    Then there is an EXP.  Does that
4  mean expenses?
5  A    Yes.  I'm sorry.
6  Q    So, the $25,000 wire to
7  Georgetown Research was for expenses?
8  A    It was.
9  Q    Was it you who was in charge of
10 setting up the wires?
11 A    Yes.
12 Q    Could you explain to us the
13 entry on January 31st?
14 A    Yeah, it was Michael Waller
15 returns with flash drive to Newark, and he had
16 done a 24 hour round trip to collect a flash
17 drive from his contact point in Europe.
18 Q    Why was that something important
19 enough to note on your calendar on January
20 31st?
21 A    Because it was important to show
22 the delivery of when we were complying with an
23 insistent Guo for information that he wanted to
24 have yesterday.
25 Q    And then if you go back up to

Page 17

1  FRENCH WALLOP
2  January 6th, where you wrote -- sorry, January
3  5th, where you wrote "bad flash drives," do you
4  see that?
5  A    Yes, that's correct.
6  Q    And you made that entry, you
7  physically wrote that in your calendar on
8  January 5th?
9  A    Yes.
10 Q    Why was it important for you to
11 write that at that point in time?
12 A    Because we were supposed to be
13 under contract, we had all these verbal
14 agreements that had been bouncing back and
15 forth like ping-pong balls, and Yvette arrived
16 and she had bad flash drives.
17      We had signed the contract, and
18 then in order to download whatever it was that
19 she had on her USB keys, I did that, and
20 clearly it was a bad, bad flash drive.
21      And it -- we agreed that I would
22 have to come back to New York on, it must have
23 been on Sunday, I remember, yes, it was Sunday,
24 where I got the new flash drives.
25      There were three flash drives,

Page 18

```
 1                FRENCH WALLOP
 2  and out of those three, only one was good, the
 3  other two were bad.  In other words, that means
 4  there was malware in those flash drives.
 5            It's a reason for part of the
 6  delay.
 7       Q    But you knew on January 5th that
 8  it would be important to document that they
 9  were bad?
10       A    Yes, absolutely.
11       Q    And what was the basis for that
12  knowledge?
13       A    Because if they are bad, you
14  need to make a note of that in your record, if
15  you're monitoring something like this in the
16  way of a project; perfectly reasonable.
17       Q    Can you turn to February,
18  please?
19       A    Yes, I have it.
20       Q    Just if you could just read the
21  entry on February 1st.
22       A    It says "Mars, Walmart."
23       Q    Does that have anything to do
24  with Eastern Profit?
25       A    It may have been a phone call I
```

Page 19

```
 1                FRENCH WALLOP
 2  had with some members of the Board.  No, it had
 3  nothing to do with, probably should have been
 4  deleted.
 5       Q    I should say that the items that
 6  have been redacted I gather have been redacted
 7  for relevance?
 8       A    Because they pertain to other
 9  appointments or phone calls.  Have nothing to
10  do with Eastern Profit.
11       Q    On Groundhog Day there, what
12  does your entry there say?
13       A    "Dallas" and then "Possible Team
14  2."
15       Q    What did you mean by that?
16       A    Well, we decided we would go
17  down and see Team 2.
18       Q    Why does this --
19       A    I mean, we assumed that it was
20  going to be another team, because we were
21  concerned about what Team 1 was finding, and
22  Team 1 was finding all sorts of irregularities.
23            So we wanted to have a second
24  team to compare findings with.
25       Q    The entry says "POSS," is that
```

Page 20

```
 1                FRENCH WALLOP
 2  possibly?
 3       A    Possible.
 4       Q    Possible?
 5       A    Possible Team 2.
 6       Q    So Team 2 had not been hired at
 7  this point?
 8       A    No, I think we were just going
 9  there.
10       Q    And did you and Mr. Waller in
11  fact go to Dallas to meet with Team 2?
12       A    Oh, yes, we did.  I'm just
13  looking, I think we went twice.  So yes.
14       Q    And then most of these are just
15  handwriting questions, February 5th, can you
16  tell us what that entry says?
17       A    Sorry, I can't --
18            That was a rigging group, if
19  that's the right thing -- no, sorry, that looks
20  like -- that was a meeting at 4:30 at my home
21  with Lianchao and Mike.
22       Q    What was the -- it says here,
23  does that mean it was at your home?
24       A    Yes.
25       Q    And what was the subject of that
```

Page 21

```
 1                FRENCH WALLOP
 2  meeting?
 3       A    Well, it would have had to do
 4  with the Guo contract.
 5       Q    But just tell me as best you
 6  can, who said what to whom at that meeting on
 7  Monday, February 5th?
 8       A    I have no recollection, other
 9  than we were concerned that we were finding
10  issues with Guo's fake names and some of Guo's
11  fake information that he had given us out of
12  the 15 names that we had.
13            And we were concerned about
14  that, plus we also had inconsistencies with the
15  information that we had gotten on Yvette's
16  flash drives that we were using for Team 1.
17            And at that point they were
18  alerting us that there was a leak within the
19  Guo system, from Yvette's flash drives, and we
20  were very concerned as to what that was going
21  to do with something that we held as being
22  highly confidential and certainly of a concern.
23       Q    Did you share these concerns
24  with Mr. Han?
25       A    Yes.
```

6 (Pages 18 - 21)

Page 26

FRENCH WALLOP

So they had pulled together some pieces, but the pieces that we already had, we were planning to hire them as sort of Team 2, so that we could compare the two sets of retrievals on Guo's fish.

Q  Was Team 2 working on the same fish that Team 1 was working on?
A  Yes, for certainly the first five.
Q  Can you just read what the February 9th entry says?
A  I had something at 9:30, and then it got cancelled due to my flight to Dallas.
   So, I'm not sure. I'm not sure if we went down on the 8th or we went down on the 9th, but it looks like we came back to D.C. on the 10th.
Q  Did you have a meeting with -- so we talked about the meeting you had with Mr. Han on February 5th.
A  Correct.
Q  Did you have a meeting with Mr. Han in February subsequent to that day?

Page 27

FRENCH WALLOP

A  I am looking. I can't read my own handwriting sometimes.
   I did not, but I think that Mike and Lianchao met on the 16th. I was not present.
Q  Okay, so just so the -- sorry to ask you to do this, but just on February 16th, what does that entry say?
A  It says "11:00 to 3:00, L and M," then it looks like something "9:00 p.m." I don't know what that is.
Q  How did you know that you weren't at the meeting?
A  Because you can see here, I left for London on the 18th, and I did not return from London and Zurich until maybe the 1st of March.
   I don't know, because I don't have March here, so I can't tell you.
Q  Just trying to follow, so the entry for February 18th says "Depart LHR," right?
A  Yes.
Q  That's Heathrow?

Page 28

FRENCH WALLOP

A  Yes.
   That meant depart for LHR, sorry.
Q  So I'm asking two days prior to that, on February 16th, you said, "I think there was a meeting with Lianchao and Mr. Waller," right?
A  Yes.
   It's such a bad copy, I can't really tell where the lines went.
   So, it looks like Lianchao and Michael got together on the 16th. I can't remember if I was present or not.
Q  Would you have written it, would it have been your practice to write it on your calendar if you weren't going to be present?
A  Yes. Regarding this project, yes.
Q  Just why would you do that?
A  Why wouldn't I do it?
   Because it pertained to sort of a crisis situation with the information that was -- that we were receiving back from now two teams, and Lianchao was one of the people who

Page 29

FRENCH WALLOP

had introduced us to Guo, along with Bill Gertz.
Q  Skip ahead to February 25th. That's the day you got home from London?
A  Yes.
Q  And did you meet with Mr. Waller and Mr. Lianchao Han on that day?
A  Yes.
Q  Do you remember what happened on that meeting?
A  I'm sure we were discussing the project.
Q  Eastern Profit had terminated the contract prior to then, correct?
A  I gather they had, but I was out of the country, so I didn't -- I hadn't seen anything about that.
   I think Mike had told me.
Q  Were you out of the country on a trip related to Eastern Profit?
A  Yes.
Q  And what were you doing?
A  Gathering intelligence.
Q  How did you go about that?

```
                                                    Page 30                                                     Page 32
 1              FRENCH WALLOP                                 1              FRENCH WALLOP
 2      A    Because I have a number of                       2   and I were trying to figure out how to handle
 3   people that would have helped me and did help            3   Guo, because of the fact that we were
 4   me in pulling information on Guo and on his              4   delivering information and nothing seemed to
 5   people, that he was asking for research on.              5   satisfy him.
 6      Q    You were pulling information on                  6      Q    Did you and Mr. Waller and
 7   Guo in the --                                            7   Mr. Lianchao discuss litigation at that meeting
 8      A    For Guo.                                         8   on February 25th?
 9      Q    For Guo.                                         9      A    No.
10           Were those people part of Team                  10      Q    Did you --
11   1?                                                      11      A    Never.
12      A    No.                                             12      Q    Did you discuss whether
13      Q    Were they part of Team 2?                       13   Strategic Vision would interfere with Mr. Guo's
14      A    No.                                             14   asylum application at that meeting?
15      Q    So, who were those people?                      15      A    No.
16      A    They were additional people.                    16      Q    Did you ever have that
17      Q    Did Strategic Vision pay for any                17   conversation with Mr. Han?
18   services of the people you are referring to?            18      A    No.
19      A    I believe so, yes.                              19      Q    There is an entry on -- do you
20      Q    Are you talking about Fletcher?                 20   happen to know whether February 2018 was a leap
21      A    Yes.                                            21   year?
22      Q    Did you meet with anyone else                   22           In other words, does that say
23   other than Fletcher?                                    23   February 29?
24      A    I did.                                          24      A    It's 28th.
25      Q    Who else?                                       25           It just goes to 28.  If you look

                                                    Page 31                                                     Page 33
 1              FRENCH WALLOP                                 1              FRENCH WALLOP
 2      A    That's sort of confidential.                     2   above, the calendar, it's 27/28, so there is no
 3           MR. GREIM:  Let's keep it there                  3   29.
 4      for now.  There is apparently an order                4      Q    What's -- so the last, just
 5      in this case.                                         5   humor me, the last column, the bottom column on
 6           I don't know if it covers this or                6   the page, right, starts with the 25th.
 7      not, but if it doesn't, we will give the              7           That's when you got home from
 8      answer.                                               8   London?
 9           Just if we could do it when we take              9      A    Right.
10      our next break.                                      10      Q    26th is blank, right?
11           MS. CLINE:  Okay.                               11      A    Yes.
12      Q    So you and Mr. Waller met with                  12      Q    27th you did something at 9:30,
13   Mr. Han on February 25th after Eastern Profit           13   but it's redacted, right?
14   had terminated the contract, right?                     14      A    Yes.
15      A    Yes.                                            15      Q    28th you did something at 11:10,
16      Q    What did you all say to each                    16   but that's redacted, correct?
17   other?  First of all, was the meeting in                17      A    Correct.
18   person?                                                 18      Q    I am trying to figure out what
19      A    Yes.                                            19   the entry is on what would be February 29th
20      Q    And it was at your home in                      20   there?
21   Virginia?                                               21      A    I can't really tell unless it
22      A    Yes.                                            22   just says "depart 6:00 a.m." So I don't know,
23      Q    What did you all say to each                    23   where is the rest of the calendar?
24   other at that meeting?                                  24           If you have the March calendar,
25      A    I'm sure that Mike and Lianchao                 25   I can maybe piece it together.
```

9 (Pages 30 - 33)

Page 34

FRENCH WALLOP

2  Q  Did you take any, putting aside
3  the calendar, do you remember whether you took
4  any business trips with respect to the Eastern
5  Profit matter subsequent to your trip to London
6  where you got home on February 25th?
7  A  Yes.
8  Q  And describe those.
9  A  Well, without a calendar, I
10 can't.
11 Q  You have no memory, you know you
12 went somewhere, but you just don't remember
13 what the nature of the trip was?
14 A  That's correct.  Unless I look
15 at the calendar I can be more explicit.
16 Q  Do you recall the purpose for
17 making a trip after the contract had been
18 terminated?
19 A  To continue gathering the
20 information that was sitting and available to
21 us to retrieve.
22     But these things had to be done
23 face-to-face, not by on the internet.
24 MS. CLINE:  Would you mark that,
25     please.

Page 35

FRENCH WALLOP

2     (The above described document was
3     marked Exhibit SV 112 for identification,
4     as of this date.)
5  Q  All right.  We have handed you
6  what's been marked as Exhibit 112, and the
7  first question is just whether you can identify
8  the document for us, please?
9  A  I believe it was one of the
10 documents that we used to show, Strategic
11 Vision used to show Guo how we would operate
12 with each one -- with each specific fish in
13 a -- in a sort of graph, so that he could
14 understand it more clearly.
15 Q  Did you put Exhibit 112
16 together?
17 A  No, I did not.
18 Q  Do you know who did?
19 A  I believe Michael.  Michael and
20 I talked about it, and then he put it together.
21 Q  It was put together before the
22 contract was signed?
23 A  Yes.
24 Q  Did you use, did Strategic
25 Vision use Exhibit 8 in a meeting with Eastern

Page 36

FRENCH WALLOP

2  Profit?
3  A  With Miles Guo, yes.  We didn't
4  know who Eastern Profit was until the contract
5  turned up.
6  Q  And what were the -- so did you
7  have communications with Mr. Guo about Exhibit
8  112?
9  A  Yes.
10 Q  Describe those, please.
11 A  Well, we walked him through it
12 based on the information that we had after we
13 finally got a clean flash drive from Yvette
14 Wang on how it would work.
15     Because obviously we didn't have
16 the 15 fish or the 10 fish names, so we could
17 break out how the tracking would work with each
18 one of these targets.
19     So we didn't have the names, in
20 other words, until we had gotten a clean flash
21 drive, which was not until, what did I say?
22 January 8th of 2018.
23 Q  Do you remember where you were
24 when Strategic Vision walked Mr. Guo through
25 Exhibit 112?

Page 37

FRENCH WALLOP

2  A  I do not.
3  Q  Do you remember when the meeting
4  was?
5  A  Well, if we meet with Guo, it
6  would have been in his apartment.
7  Q  And --
8  A  And I'm not sure which meeting
9  it was, it might have been December.
10     Sorry.
11 Q  I was confused by your testimony
12 on this.
13 A  I'm confused actually right now.
14     I think -- I think in fact that
15 we did talk about it.  He had this big file of
16 names which he said he had paid $250 million
17 for, with all of these same names and
18 photographs and everything else that he showed
19 us early on.
20     Which, if I go back to my
21 calendar, I think that could have been either
22 the 4th of December or the -- sorry, or the
23 11th of December.
24     It looks like maybe the 11th of
25 December, because it shows I had put here

Page 42

FRENCH WALLOP

2  A    Yes, I came up to New York in a
3  snow storm and to the Pierre and met Yvette in
4  the Pierre lobby.
5       Q    Just, there is a New York on
6  January 8th, what's the abbreviation before
7  that?
8       A    Me, FW.
9       Q    You refer to yourself in the
10 third person?
11      A    Sometimes.  FW New York, you
12 will see on here.
13           MW, FW, you will see many things
14 MW, FW.
15      Q    So going back to Exhibit 112 --
16      A    Yes.
17      Q    -- just, fish means what?
18      A    It was the term we used to
19 identify and tag each person that was in -- on
20 the list of people that Guo wanted to have
21 researched.
22      Q    And what does unit mean?
23      A    23 units.  Well, it was a very
24 complex way we were trying to set it up, so
25 that we could put fish in and take fish out at

Page 43

FRENCH WALLOP

2  the same time if they were not -- if the
3  information wasn't retrievable, if it wasn't
4  acceptable.
5           Either to Guo, in other words,
6  if it was just superficial information versus
7  really some good deep dives.
8       Q    So, in the first scenario in
9  Exhibit 112 --
10      A    Yes.
11      Q    -- it contemplates a flat number
12 of fish, but not always 30 units, right?
13      A    That's correct.  And I think
14 that the 30 units 10, 10, and 10 makes the 30,
15 right, for 10 fish?
16           So we were looking at each
17 individual cell to see which ones we could dive
18 for certain information on in each one of these
19 cells.
20           And some of the cells were not
21 relevant or were not -- the information was not
22 there because they were either fake or the
23 names were wrong or whatever.
24      Q    And in the scenario, in this
25 scenario on this first page, the Strategic

Page 44

FRENCH WALLOP

2  Vision says, "The unpredictable work in
3  pricing."
4           Do you see that?
5       A    Yes.
6       Q    That's the pricing is
7  unpredictable because the number of units
8  wasn't steady, correct?
9       A    That's correct.
10      Q    So the pricing was based per
11 unit, correct?
12      A    Yes.
13      Q    And then, if you go to the
14 second page of the same exhibit, if there are
15 always 30 units, then the pricing is
16 predictable, right?
17      A    I guess so.
18           Again, this is a question for
19 Mike, because we tossed this thing back and
20 forth about ten times, discussing how the best
21 way would be for the tracking research to be
22 done.
23           That's a question also for him.
24      Q    I might have gotten that one
25 wrong.  I thought it was a question for you.

Page 45

FRENCH WALLOP

2           MR. GREIM:  Actually, I will tell
3      you, we actually did say that this
4      document was for Ms. Wallop, but some of
5      the questions you are raising are going
6      back to contractual things that, as you
7      are asking the witness, she's saying
8      it's better for Mr. Waller.
9           So we did our best to try to find,
10     to try to divide these documents up and --
11          MS. CLINE:  Yeah, well, we will
12     see how it goes.  I would have asked him
13     about this had you designated it as
14     such.
15          MR. GREIM:  Well, all right, I
16     guess if we have exhausted this witness
17     and there are some questions about the
18     document itself that we still need, then
19     we have got him here.
20          We can, I hate to do this, but
21     maybe we can put him back on at the end to
22     ask whatever the questions are.
23          I just want to know what those are,
24     to be clear, what it is that Ms. Wallop
25     isn't able to say about the document

12 (Pages 42 - 45)

|  | Page 46 |  | Page 48 |
|---|---|---|---|
| 1 | FRENCH WALLOP | 1 | FRENCH WALLOP |

```
Page 46
 1              FRENCH WALLOP
 2      itself.
 3            I mean, because to be clear, we
 4      have had a lot of testimony already on
 5      what the fish were, what the contract
 6      means, that was all in the first
 7      deposition.
 8            I understand this is to be about
 9      this document --
10            MS. CLINE:  That's all I'm asking
11      about.
12            MR. GREIM:  We should look at the
13      transcript, because it occurs to me a
14      lot of the questions are moving into the
15      thing about fish and units and pricing,
16      which I understand it springs from
17      looking at the document, but those are
18      questions that actually have been asked
19      and answered a long time ago.
20            So I don't -- we don't need to have
21      a fight about it.  Let's just see what the
22      questions are about the document itself
23      that she can't answer, and if there are
24      some, we can put him on to answer those
25      questions.

Page 47
 1              FRENCH WALLOP
 2            MS. CLINE:  Would you go back to
 3      the last question I asked.
 4            (The question requested was read
 5      back by the reporter.)
 6      Q     So, I'm asking you, when this
 7 exhibit, this Power Point Exhibit 112 was
 8 discussed with Mr. Guo, was there a
 9 conversation around having pricing predictable
10 and tied to units?
11      A     I believe so, yes.
12      Q     Tell me what you remember about
13 that conversation.
14      A     We discussed -- he needed an
15 example as to how this would work.
16            So we chose the concept of fish
17 in an aquarium, and he understood that.
18            So that if we took -- we
19 initially were going to take 10 fish, that was
20 the deal, we would take 10 fish, the first
21 time, the first month, and then see where that
22 went.
23            If we took the first 10 fish and
24 we found that we, out of those 10, which they
25 then decided oh, no, we wouldn't to make it 15

Page 48
 1              FRENCH WALLOP
 2 fish in the first month, which actually
 3 unbalanced a lot of our programming as to how
 4 we were going to process the 10 plus 5 fish,
 5 making it 15 fish, it made us have to work 33
 6 percent harder to pull up additional numbers
 7 when we had only planned originally on the 10
 8 based on the budget.
 9            So our ability to walk him
10 through what we could pull within a certain
11 time frame, if we found that one or two of
12 these fish were dead, we would throw them out
13 of the tank and replace them with another fish,
14 so with another name, and then we would go to
15 work on those names to see how much we could
16 pull up on those names.
17            But it was -- when somebody
18 tells you they have got 4,000 names they want
19 investigated from the very beginning, we never
20 expected to be doing 4,000 names, we expected
21 to be able to work with about maybe 100 names
22 over the year, over the course of a year.
23            That's how we were sort of
24 trying to balance out the numbers of the people
25 that we were doing the research on based on

Page 49
 1              FRENCH WALLOP
 2 what it was that he wanted in the way of
 3 information back.
 4            So again, it's really a much
 5 better question for Mike.  He's the expert on
 6 this sort of --
 7      Q     I will ask him if you don't
 8 know, but predictable pricing, that was
 9 something Strategic Vision was interested in?
10      A     Yeah, whatever, yes, predictable
11 and unpredictable.
12      Q     Which?
13      A     Well, predictable pricing, if
14 that's what you're talking about, is that what
15 we are on, the 30 units?
16      Q     Yes.
17      A     Sorry.
18      Q     So, let me --
19      A     One is predictable and one is
20 unpredictable.
21      Q     Let me try it this way, and if
22 you don't know, we will ask Mr. Waller, but
23 scenario number one entails or would result in
24 unpredictable pricing, correct?
25      A     Correct.
```

13 (Pages 46 - 49)

Page 106

1       C E R T I F I C A T E
2
         I, the undersigned, a Certified
3   Shorthand Reporter of the State of New
    York, do hereby certify:
4       That the foregoing proceedings were
    taken before me at the time and place
5   herein set forth; that any witnesses in
    the foregoing proceedings, prior to
6   testifying, were duly sworn; that a record
    of the proceedings was made by me using
7   machine shorthand which was thereafter
    transcribed under my direction;
8       That the foregoing transcript is a
    true record of the testimony given.
9       Further, that if the foregoing
    pertains to the original transcript of a
10  deposition in a federal case before
    completion of the proceedings, review of
11  the transcript [ ] was [x ] was not
    requested.
12
         I further certify I am neither
13  financially interested in the action nor a
    relative or employee of any attorney or
14  party to this action.
         IN WITNESS WHEREOF, I have this
15  date subscribed my name.
16
17
18
19
20
         Stephen J. Moore
21       RPR, CRR
22
23
24
25

Page 107

1
2       DECLARATION UNDER PENALTY OF PERJURY
3       Case Name: EASTERN v. STRATEGIC
4       Date of Deposition: November 19,
5       2019
6
7       I, FRENCH WALLOP, hereby certify
8       Under penalty of perjury under the
9   laws of the State of New York that the
10  foregoing is true and correct.
11      Executed this _____ day of
12      _____, 2019, at
13      _____.
14
15
16      _____
17
18      FRENCH WALLOP
19
20
21
22
23
24
25

Page 108

1
2       DEPOSITION ERRATA SHEET
3       Case Name: EASTERN v. STRATEGIC.
4       Name of Witness: FRENCH WALLOP
5       Date of Deposition: November 19,
6       2019
7       Reason Codes:  1. To clarify the
8       record.
9       2. To conform to the facts.
10      3. To correct transcription errors.
11  Page _____ Line _____ Reason _____
    From _____ to _____
12  Page _____ Line _____ Reason _____
    From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14  Page _____ Line _____ Reason _____
    From _____ to _____
15  Page _____ Line _____ Reason _____
    From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17  Page _____ Line _____ Reason
    From _____ to _____
18  Page _____ Line _____ Reason _____
    From _____ to _____
19  Page _____ Line _____ Reason _____
    From _____ to _____
20  Page _____ Line _____ Reason _____
    From _____ to _____
21  Page _____ Line _____ Reason _____
    From _____ to _____
22  Page _____ Line _____ Reason _____
    From _____ to _____
23  Page _____ Line _____ Reason _____
    From _____ to _____
24  Page _____ Line _____ Reason _____
    From _____ to _____
25

Page 109

1
2       DEPOSITION ERRATA SHEET
3   Page _____ Line _____ Reason _____
    From _____ to _____
4   Page _____ Line _____ Reason _____
    From _____ to _____
5   Page _____ Line _____ Reason _____
    From _____ to _____
6   Page _____ Line _____ Reason _____
    From _____ to _____
7   Page _____ Line _____ Reason _____
    From _____ to _____
8   Page _____ Line _____ Reason _____
    From _____ to _____
9   Page _____ Line _____ Reason _____
    From _____ to _____
10  Page _____ Line _____ Reason _____
    From _____ to _____
11  Page _____ Line _____ Reason _____
    From _____ to _____
12  Page _____ Line _____ Reason _____
    From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14  Page _____ Line _____ Reason _____
    From _____ to _____
15  Page _____ Line _____ Reason _____
    From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17      _____ Subject to the above
18  changes, I certify that the transcript is
19  true and correct
20      _____ No changes have been
21  made. I certify that the transcript is
22  true and correct.
23
24      _____
25      FRENCH WALLOP

28 (Pages 106 - 109)