# Exhibit K2

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1              ***** C O N F I D E N T I A L ****

 2              IN THE UNITED STATES DISTRICT COURT

 3             FOR THE SOUTHERN DISTRICT OF NEW YORK

 4                          -  -  -

 5   EASTERN PROFIT CORPORATION,        )
     LIMITED,                           )
 6                                      )
        Plaintiff/Counterclaim Defendant, )
 7                                      )
        v.                             )  Case No.
 8                                      )  18-cv-2185
     STRATEGIC VISION US, LLC,          )  (JGK)
 9                                      )
        Defendant/Counterclaim Plaintiff. )
10   -------------------------------------

11

12

13                      DEPOSITION OF

14                      LIANCHAO HAN

15                    WASHINGTON, D.C.

16                   AUGUST 28, 2019

17

18   ATKINSON-BAKER, INC.
     (800) 288-3376
19   www.depo.com

20   REPORTED BY:  CATHERINE B. CRUMP
     FILE NO. AD07997
21

22
```

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1     Q.   After you came to the U.S., maybe if you | 09:19 |
| 2   just could walk us through your career since you've | 09:19 |
| 3   been here. | 09:19 |
| 4     A.   I went to a year of law school and I | 09:19 |
| 5   didn't quite -- I finished a program, but when the | 09:19 |
| 6   Tieneman Square massacre occurred and I become a | 09:19 |
| 7   student leader in this country, we organized protests | 09:20 |
| 8   against China's crackdown, and about 300 universities | 09:20 |
| 9   in this country, the Chinese student scholars formed | 09:20 |
| 10   a group that elected me as their first vice | 09:20 |
| 11   president.  So we carried out the pro-democracy | 09:20 |
| 12   protest of, you know, Chinese students in this | 09:20 |
| 13   country and, also, we prepared ourself for to | 09:20 |
| 14   practice democracy and to learn how democracy works | 09:20 |
| 15   here and, meanwhile, we lobby U.S. Congress, U.S. | 09:20 |
| 16   Government, for a tougher human rights policy against | 09:20 |
| 17   China. | 09:21 |
| 18     So after, I did that work in Washington, D.C. | 09:21 |
| 19   for about a year and I worked in the U.S. Senate for | 09:21 |
| 20   about 12 years.  I worked for three different | 09:21 |
| 21   Senators, served as a staff attorney, staff | 09:21 |
| 22   legislative counsel, and policy director.  After | 09:21 |

Page 10

| | |
|---|---|
| 1   that, I went back to finish my Ph.D., and after | 09:21 |
| 2   Ph.D., I went back to community college to study | 09:21 |
| 3   science and went to John Hopkins to get another | 09:21 |
| 4   master's degree in biotechnology, and when Liu | 09:21 |
| 5   Xiaobo, we promoted Liu Xiaobo to get the Nobel Peace | 09:21 |
| 6   Prize, and after that, I feel that we want to | 09:22 |
| 7   organize to run Liu Xiaobo. | 09:22 |
| 8     So I joined a human rights group called | 09:22 |
| 9   Citizens for Initiative for China and I served as the | 09:22 |
| 10   vice president of the group until now.  I'm still the | 09:22 |
| 11   vice president of the group.  So we basically lobby | 09:22 |
| 12   Congress, educate American general public about China | 09:22 |
| 13   and about, you know, for improved democracy for human | 09:22 |
| 14   rights. | 09:22 |
| 15     Q.   Now, is it true -- I mentioned earlier | 09:22 |
| 16   that you're an attorney.  You're a patent attorney; | 09:22 |
| 17   is that right? | 09:22 |
| 18     A.   Correct. | 09:22 |
| 19     Q.   Do you have any patents? | 09:22 |
| 20     A.   I didn't myself.  I didn't get a chance | 09:22 |
| 21   to file. | 09:22 |
| 22     Q.   Okay.  Okay.  Is it also fair to say | 09:22 |

Page 11

| | |
|---|---|
| 1   that you are a speaker and writer about U.S.-Chinese | 09:23 |
| 2   relations? | 09:23 |
| 3     A.   Correct. | 09:23 |
| 4     Q.   And you follow domestic politics in | 09:23 |
| 5   China as well? | 09:23 |
| 6     A.   Correct. | 09:23 |
| 7     Q.   If I were to ask you what Chairman -- | 09:23 |
| 8   well, let me back up for a second. | 09:23 |
| 9     Who is the president of China? | 09:23 |
| 10     A.   Xi Jinping. | 09:23 |
| 11     Q.   Is he also the chairman of the Chinese | 09:23 |
| 12   Communist Party? | 09:23 |
| 13     A.   Yes. | 09:23 |
| 14     Q.   Have you heard of a program of his | 09:23 |
| 15   called China Dream? | 09:23 |
| 16     A.   Yes. | 09:23 |
| 17     Q.   What is that? | 09:23 |
| 18     A.   It is his idea.  It's rhetoric about | 09:23 |
| 19   rejuvenating the nationalism of China.  That's | 09:23 |
| 20   basically what it is. | 09:23 |
| 21     Q.   Okay.  And what does rejuvenating of the | 09:23 |
| 22   nationalism of China entail, more specifically? | 09:24 |

Page 12

| | |
|---|---|
| 1     A.   More specifically -- | 09:24 |
| 2     MR. GAVENMAN:  Objection to form. | 09:24 |
| 3     THE WITNESS:  Huh? | 09:24 |
| 4     MR. GAVENMAN:  I said objection to form. | 09:24 |
| 5     THE WITNESS:  It's, basically, you know, make | 09:24 |
| 6   China the greatest country in the world. | 09:24 |
| 7   BY MR. GREIM: | 09:24 |
| 8     Q.   Does that entail competition with the | 09:24 |
| 9   United States? | 09:24 |
| 10     A.   Absolutely. | 09:24 |
| 11     Q.   Does it involve undermining United | 09:24 |
| 12   States' interests? | 09:24 |
| 13     A.   Of course. | 09:24 |
| 14     Q.   Now, I take it, based on the background | 09:24 |
| 15   that you've just given us, that one of your goals is | 09:24 |
| 16   not to advance President Xi's goals.  Am I right | 09:24 |
| 17   about that? | 09:24 |
| 18     MR. GRENDI:  Object to the form. | 09:24 |
| 19     THE WITNESS:  Yes. | 09:24 |
| 20     MR. GREIM:  Okay.  Brief interlude:  I want | 09:25 |
| 21   to mark as Exhibit 1 a production I received from | 09:25 |
| 22   your counsel in the wee hours. | 09:25 |

Page 13

4 (Pages 10 to 13)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | [Han Exhibit No. 1 was | 09:25 |
| 2 | marked for identification.] | 09:25 |
| 3 | BY MR. GREIM: | |
| 4 | Q.   I'll show you what's been marked as Han | 09:25 |
| 5 | Exhibit 1, and you'll see it starts off with a letter | 09:25 |
| 6 | from your attorney, Mr. Gavenman, that takes up the | 09:25 |
| 7 | first two pages and then there are a total of four | 09:25 |
| 8 | Bates-labeled pages.  Do you see that? | 09:25 |
| 9 | A.   Yeah. | 09:25 |
| 10 | Q.   Are those four pages the documents that | 09:25 |
| 11 | you gave to your attorney to produce to me? | 09:25 |
| 12 | A.   Yes. | 09:25 |
| 13 | Q.   And the redaction, I take it, is just | 09:25 |
| 14 | your communication with your counsel about what is | 09:25 |
| 15 | below; is that right? | 09:25 |
| 16 | A.   Yes. | 09:26 |
| 17 | Q.   Okay.  Now, this morning, you also | 09:26 |
| 18 | produced a folder of hard copy documents; is that | 09:26 |
| 19 | right? | 09:26 |
| 20 | A.   Yes. | 09:26 |
| 21 | Q.   Okay.  We are looking at those and we'll | 09:26 |
| 22 | cover those later after we have a chance for a break. | 09:26 |

Page 14

| | | |
|---|---|---|
| 1 | Okay? | 09:26 |
| 2 | A.   Okay. | 09:26 |
| 3 | Q.   I want to ask you do you have -- I have | 09:26 |
| 4 | mentioned to your counsel the other day that I | 09:26 |
| 5 | thought you may have text messages.  Did you search | 09:26 |
| 6 | for and find any text messages or Signal messages | 09:26 |
| 7 | with either Ms. Wallop or Mr. Waller? | 09:26 |
| 8 | A.   All the messages are deleted.  It said | 09:26 |
| 9 | automatically deleted.  I don't have any. | 09:26 |
| 10 | Q.   Now, I will represent to you that when | 09:26 |
| 11 | you use Signal and you change the settings on | 09:26 |
| 12 | there -- | 09:27 |
| 13 | A.   Correct. | 09:27 |
| 14 | Q.   -- it tells everybody else your | 09:27 |
| 15 | contacts. | 09:27 |
| 16 | A.   Yes. | 09:27 |
| 17 | Q.   And so, yesterday, I believe we saw a | 09:27 |
| 18 | notice that you had changed the settings to 10-second | 09:27 |
| 19 | delete.  Now, is that correct?  Did you do that? | 09:27 |
| 20 | A.   That's correct. | 09:27 |
| 21 | Q.   But your testimony -- well, let me ask | 09:27 |
| 22 | you.  That's not what deleted the messages, is it? | 09:27 |

Page 15

| | | |
|---|---|---|
| 1 | A.   No. | 09:27 |
| 2 | Q.   No.  Why did you set your -- | 09:27 |
| 3 | A.   I was searching for all the text | 09:27 |
| 4 | messages and I noticed my Signal with Mike and French | 09:27 |
| 5 | is not set correctly.  Sometimes, you know, it | 09:27 |
| 6 | changes.  So I set it to 10 seconds. | 09:27 |
| 7 | Q.   What was it set to before 10 seconds? | 09:27 |
| 8 | A.   Before, I set it usually automatically | 09:27 |
| 9 | just erase it after read. | 09:28 |
| 10 | Q.   Did you have any communications with Mr. | 09:28 |
| 11 | Guo that you did not produce? | 09:28 |
| 12 | A.   No.  With Mr. Guo, we don't use Signal. | 09:28 |
| 13 | Q.   What do you use to communicate with Mr. | 09:28 |
| 14 | Guo? | 09:28 |
| 15 | A.   With What's App.  WhatsApp, I also | 09:28 |
| 16 | automatically to delete it whenever I read the | 09:28 |
| 17 | message.  Can I add? | 09:28 |
| 18 | MR. GAVENMAN:  Sure. | 09:28 |
| 19 | BY MR. GREIM: | 09:28 |
| 20 | Q.   Sure. | 09:29 |
| 21 | A.   For this particular project, at the very | 09:29 |
| 22 | beginning, we all agreed we're not -- everything has | 09:29 |

Page 16

| | | |
|---|---|---|
| 1 | to be in person, face-to-face meeting, no digital | 09:29 |
| 2 | transmission of any sort of documents. | 09:29 |
| 3 | Q.   And why was that? | 09:29 |
| 4 | A.   Because everybody agreed to keep secret. | 09:29 |
| 5 | So we don't communicate on the digital platform | 09:29 |
| 6 | whatsoever. | 09:29 |
| 7 | Q.   However, do you recall that, in fact, | 09:29 |
| 8 | some text communications did occur between you and | 09:29 |
| 9 | Ms. Wallop and Mr. Waller? | 09:29 |
| 10 | A.   I don't remember. | 09:29 |
| 11 | Q.   Okay. | 09:29 |
| 12 | A.   If there is, it must be very vague.  I | 09:29 |
| 13 | don't think we discussed that directly. | 09:29 |
| 14 | Q.   Specifically, have you had | 09:30 |
| 15 | communications with Ms. -- well, let me back up. | 09:30 |
| 16 | Have you had communications with Mr. Guo about | 09:30 |
| 17 | this case? | 09:30 |
| 18 | A.   Let me think about this. | 09:30 |
| 19 | He called me on WhatsApp, blamed Mike and | 09:30 |
| 20 | French as a fraud, cheated him, and there was one | 09:30 |
| 21 | situation, one time, that his supporters started | 09:30 |
| 22 | about getting ready to attack me personally because I | 09:31 |

Page 17

5 (Pages 14 to 17)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 introduced Mike and French to Miles.  Miles feel like  09:31 | 1 platform.  09:34 |
| 2 he is cheated by them.  So when I learned the  09:31 | 2    Q.   Have you received any sort of threats  09:34 |
| 3 supporters are about to attack me personally, I sent  09:31 | 3 from Yvette Wang or Mr. Podhaskie, sitting here today  09:35 |
| 4 him a message and I said how can you, you know, let  09:31 | 4 on behalf of Golden Spring?  09:35 |
| 5 your supporters do this to me.  09:31 | 5    A.   No.  09:35 |
| 6    So he called me back and discussed and we  09:31 | 6    MR. GRENDI:  Objection to form.  09:35 |
| 7 argued, you know, for quite a while and then, you  09:31 | 7 BY MR. GREIM:  09:35 |
| 8 know, just ended that.  He kept asking me who gave  09:31 | 8    Q.   Let me ask you have you had any  09:35 |
| 9 you that information, who tell you that my supporters  09:31 | 9 communications with Mr. Podhaskie here before today?  09:35 |
| 10 are going to attack you personally.  I said I won't  09:31 | 10    A.   I did.  09:35 |
| 11 be able to tell you that, and he pressured me many,  09:32 | 11    Q.   What were those communications?  09:35 |
| 12 many times.  I refused to tell him.  09:32 | 12    A.   Mostly focused on the case against Clark  09:35 |
| 13    So when it ended, that's the only time we  09:32 | 13 Hill.  He asked me -- he's bothering me, actually,  09:35 |
| 14 discussed this, and a few times when I was in his  09:32 | 14 about, you know, the case and I have been giving my  09:35 |
| 15 office, he mentioned about it as well, but we  09:32 | 15 accounts five, six times to different lawyers.  I  09:35 |
| 16 obviously have different views about our perception.  09:32 | 16 just got really tired of that.  He pressured me for  09:36 |
| 17    Q.   The longer discussion that you just  09:32 | 17 giving more.  So that's why we were back and forth  09:36 |
| 18 testified to --  09:32 | 18 about it.  09:36 |
| 19    A.   Yeah.  09:32 | 19    Q.   I'm sorry.  What was the Clark Hill  09:36 |
| 20    Q.   -- was this after the lawsuit was filed?  09:32 | 20 case?  09:36 |
| 21    A.   I don't know when this lawsuit was  09:32 | 21    A.   Clark Hill case is Miles is suing them,  09:36 |
| 22 filed.  So I have no idea if it was before or after.  09:32 | 22 is about maybe suing them for his political asylum,  09:36 |
| Page 18 | Page 20 |

| | |
|---|---|
| 1    Q.   Okay.  Was it after the -- do you  09:32 | 1 and Clark Hill was representing him originally to do  09:36 |
| 2 recall, at some point, there was a letter terminating  09:32 | 2 the political asylum case and then right after, you  09:36 |
| 3 the contract from the Foley, Hogue law firm?  09:32 | 3 know, they file the application, the Chinese cyber  09:36 |
| 4    A.   I didn't.  09:32 | 4 attacked, basically hijacked the entire firm and  09:36 |
| 5    Q.   No?  Do you recall if it was soon after  09:32 | 5 forced the Clark Hill to drop representation of him.  09:36 |
| 6 the work on the project started -- stopped?  09:33 | 6    As a result, Miles' application was exposed  09:37 |
| 7    A.   That, I don't specifically remember.  I  09:33 | 7 because Chinese hackers got the information and  09:37 |
| 8 think it must be a while after it stopped.  09:33 | 8 posted online, which is damaging to his personal  09:37 |
| 9    Q.   Did Mr. Guo deny to you that he had  09:33 | 9 safety.  09:37 |
| 10 supporters who were going to attack you?  09:33 | 10    Q.   Now let me ask you when were your  09:37 |
| 11    A.   He didn't deny it.  09:33 | 11 interactions with Mr. Podhaskie about that matter?  09:37 |
| 12    Q.   What do you mean when you say that  09:33 | 12    A.   I would say I don't know when he was  09:37 |
| 13 supporters of Guo were going to personally attack  09:33 | 13 hired.  I think it's back and forth probably through  09:37 |
| 14 you?  09:33 | 14 maybe over half a year, maybe eight months.  I don't  09:37 |
| 15    A.   At one point, I think Miles made a video  09:33 | 15 remember specifically.  09:37 |
| 16 to see.  I assured him four times a hundred percent  09:34 | 16    Q.   Half a year or eight months ago?  09:37 |
| 17 Mike and French are going to deliver what he's asking  09:34 | 17    A.   Yes.  Eight months ago, maybe a year  09:37 |
| 18 for, which I did, and then the supporters say, you  09:34 | 18 ago.  09:37 |
| 19 know, I must be in the scam to cheat him, so asking  09:34 | 19    Q.   And we're about to move on.  I just want  09:37 |
| 20 him when should we attack Lianchao Han.  09:34 | 20 to make sure I understand this.  09:38 |
| 21    Q.   Were these supporters online supporters?  09:34 | 21    A.   Yeah.  09:38 |
| 22    A.   I think they were through a private chat  09:34 | 22    Q.   How is it that you would have  09:38 |
| Page 19 | Page 21 |

6 (Pages 18 to 21)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | information about the Clark Hill matter?  What was |
| 2 | your involvement? |
| 3 | A.   I was helping Miles for his asylum case. |
| 4 | Q.   So then you had interaction with the |
| 5 | Clark Hill lawyers? |
| 6 | A.   Correct. |
| 7 | Q.   How do you know that Chinese hackers did |
| 8 | hack the Clark Hill law firm? |
| 9 | A.   Clark Hill told me. |
| 10 | Q.   Do you believe them? |
| 11 | A.   Of course. |
| 12 | Q.   Okay.  Let me ask about -- you mentioned |
| 13 | a couple of different conversations with Mr. Guo |
| 14 | about this case. |
| 15 | A.   Yes. |
| 16 | Q.   We talked about the longer conversation |
| 17 | and then you said you met with him a few more times |
| 18 | in the office. |
| 19 | A.   Yes. |
| 20 | Q.   Now, whose office was that? |
| 21 | A.   Miles' office. |
| 22 | Q.   Where is that office? |

Page 22

| | |
|---|---|
| 1 | colleagues that agree with me, we try to persuade him |
| 2 | not to pursue it, and that was the earliest |
| 3 | discussion.  Of course, he won't listen to me and I |
| 4 | tried a few more times this, and then I don't think |
| 5 | he was -- you know, there's no way he agreed with me. |
| 6 | So that was that. |
| 7 | Then, later, I think we discussed.  He didn't |
| 8 | discuss specifically about the case at all.  He kept |
| 9 | saying French and Mike are frauds, cheated him, which |
| 10 | we always have a different view on that.  I disagree |
| 11 | with him on that.  So we argued back and forth.  So |
| 12 | that pretty much was our main conversation about the |
| 13 | case, whether they're cheating him or not. |
| 14 | Q.   Why do you disagree? |
| 15 | A.   Because I think everybody comes in with |
| 16 | a good intention at the beginning. |
| 17 | Q.   Who are the colleagues of Mr. Guo's that |
| 18 | agreed with your position early on? |
| 19 | MR. GAVENMAN:  Objection to form. |
| 20 | Go ahead. |
| 21 | THE WITNESS:  At the meeting was his -- |
| 22 | Victor Cedar and William Yu.  Williams, he's a |

Page 24

| | |
|---|---|
| 1 | A.   I think it -- what is that?  62 -- 64 |
| 2 | Street of New York. |
| 3 | Q.   64th Street on the upper east side? |
| 4 | A.   Yeah. |
| 5 | Q.   Are those also the Golden Spring |
| 6 | offices? |
| 7 | A.   That, I don't know. |
| 8 | Q.   When did those meetings occur, to the |
| 9 | best of your recollection? |
| 10 | A.   That's hard to know.  I think maybe two |
| 11 | months ago, there was one, or three months ago and |
| 12 | then early -- I have been there maybe three, four |
| 13 | times. |
| 14 | Q.   Does Mr. Guo ask for your advice about |
| 15 | this case? |
| 16 | A.   No. |
| 17 | Q.   What did you discuss with him about the |
| 18 | case?  Let's start with the earliest meeting that you |
| 19 | can remember. |
| 20 | A.   I think at the beginning, I strongly |
| 21 | advised when he mentioned he's going to sue French |
| 22 | and Mike, I opposed the idea.  I also got his |

Page 23

| | |
|---|---|
| 1 | manager, I think. |
| 2 | BY MR. GREIM: |
| 3 | Q.   Is this William Je, J-E? |
| 4 | A.   J-E?  I think Yu.  Right?  No. |
| 5 | I don't remember his last name, but he was -- |
| 6 | he was -- I remember he was at the meeting.  He also |
| 7 | agreed with me not to pursue this case, because we -- |
| 8 | yeah.  I predict what's going to happen exactly like |
| 9 | what's happening right now. |
| 10 | MR. GRENDI:  I'm sorry.  What was the name of |
| 11 | the first individual? |
| 12 | THE WITNESS:  Victor. |
| 13 | MR. GRENDI:  Sorry.  I was asking the court |
| 14 | reporter.  I apologize. |
| 15 | MR. GREIM:  That's okay.  I was going to ask |
| 16 | anyway. |
| 17 | MR. GRENDI:  Okay.  Fair enough. |
| 18 | BY MR. GREIM: |
| 19 | Q.   Victor, what was his last name? |
| 20 | A.   Cedar.  Cedar.  Correct? |
| 21 | Q.   Was he at Foley, Hogue? |
| 22 | A.   No.  He is a solo practitioner. |

Page 25

7 (Pages 22 to 25)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   Could you spell his last name? | 09:43 |
| 2 | A.   C-E-D-A-R.  I could be wrong.  I always | 09:43 |
| 3 | just call his first name. | 09:43 |
| 4 | Q.   What did you understand that William's | 09:43 |
| 5 | position was with Mr. Guo? | 09:44 |
| 6 | A.   I think he manages his financial assets. | 09:44 |
| 7 | Q.   Do you know if he is the director of a | 09:44 |
| 8 | company called ACA? | 09:44 |
| 9 | A.   That, I didn't know. | 09:44 |
| 10 | Q.   Have you heard of that company, ACA or | 09:44 |
| 11 | ACA Capital Group Limited? | 09:44 |
| 12 | A.   I'm not sure, but one time, I think -- I | 09:44 |
| 13 | don't know which one.  There's a trust fund or | 09:44 |
| 14 | something that French tried to buy real estate for | 09:44 |
| 15 | Miles that needed a letter of credit.  I think that | 09:44 |
| 16 | company provided it.  I don't know which company | 09:44 |
| 17 | provided it. | 09:44 |
| 18 | I don't remember that, but I think -- yeah. | 09:44 |
| 19 | Maybe that. | 09:45 |
| 20 | Q.   This William Yu -- | 09:45 |
| 21 | A.   Yeah. | 09:45 |
| 22 | Q.   -- where does he live? | 09:45 |

Page 26

| | | |
|---|---|---|
| 1 | A.   I don't know.  He seems to travel back | 09:45 |
| 2 | and forth, Hong Kong, London, and New York. | 09:45 |
| 3 | Q.   Does he have a role with McQuary Capital | 09:45 |
| 4 | Group?  Does that sound familiar? | 09:45 |
| 5 | A.   I don't remember.  Is that Australian? | 09:45 |
| 6 | Q.   It is. | 09:45 |
| 7 | A.   Then he used to be involved before Miles | 09:45 |
| 8 | hired him. | 09:45 |
| 9 | Q.   When the last time you saw William? | 09:45 |
| 10 | A.   Well, that may be a year ago or -- I | 09:45 |
| 11 | don't remember.  Maybe eight months ago. | 09:46 |
| 12 | Q.   I want to go back now.  I just want to | 09:46 |
| 13 | make sure we cover this.  Is there anything else that | 09:46 |
| 14 | you discussed with Mr. Guo in these meetings in his | 09:46 |
| 15 | office -- | 09:46 |
| 16 | A.   Yeah. | 09:46 |
| 17 | Q.   -- about the case that we haven't | 09:46 |
| 18 | covered yet? | 09:46 |
| 19 | A.   There may be something, but I don't | 09:46 |
| 20 | remember, but mainly, I remember the major picture, | 09:46 |
| 21 | big picture, thing is just this. | 09:46 |
| 22 | Q.   Did you tell Mr. Guo that Strategic | 09:46 |

Page 27

| | | |
|---|---|---|
| 1 | Vision would likely counterclaim against him? | 09:46 |
| 2 | A.   Yes.  Not specifically counterclaim.  I | 09:46 |
| 3 | have to take that back.  I think they will create | 09:46 |
| 4 | difficult situation that will jeopardize your | 09:46 |
| 5 | political asylum.  It's not worth it. | 09:47 |
| 6 | Q.   Did you ever speak with Yvette Wang, who | 09:47 |
| 7 | is sitting here at the table, about the lawsuit? | 09:47 |
| 8 | A.   No. | 09:47 |
| 9 | Q.   Do you know what role she plays for Mr. | 09:47 |
| 10 | Guo? | 09:47 |
| 11 | MR. GRENDI:  Object to the form. | 09:47 |
| 12 | THE WITNESS:  Roughly. | 09:47 |
| 13 | BY MR. GREIM: | 09:47 |
| 14 | Q.   What is that? | 09:47 |
| 15 | A.   She's been his longtime assistant.  He | 09:47 |
| 16 | managed -- she managed the office and she was | 09:47 |
| 17 | originally excluded from this discussion, this | 09:47 |
| 18 | project with Mike and French, and later, she was the | 09:47 |
| 19 | one who signed the contract, finished the | 09:48 |
| 20 | negotiation, signed the contract with them, managed | 09:48 |
| 21 | the project until, in the end, Miles asked -- took | 09:48 |
| 22 | her out, put me back in. | 09:48 |

Page 28

| | | |
|---|---|---|
| 1 | That's all I know.  I don't know specifically | 09:48 |
| 2 | what she does, but that's just based on my | 09:48 |
| 3 | observation. | 09:48 |
| 4 | Q.   Well, have you heard of an entity called | 09:48 |
| 5 | Golden Spring New York or Golden Spring Hong Kong? | 09:48 |
| 6 | A.   I heard about it, yeah. | 09:48 |
| 7 | MR. GRENDI:  Object to the form. | 09:48 |
| 8 | BY MR. GREIM: | 09:48 |
| 9 | Q.   Do you know whether Ms. Wang has a role | 09:48 |
| 10 | with either of the Golden Spring entities? | 09:48 |
| 11 | MR. GRENDI:  Objection to the form. | 09:48 |
| 12 | THE WITNESS:  I didn't. | 09:48 |
| 13 | BY MR. GREIM: | 09:48 |
| 14 | Q.   Why was it that Ms. Wang -- well, let me | 09:48 |
| 15 | back up. | 09:48 |
| 16 | Why do you say Ms. Wang was originally | 09:48 |
| 17 | excluded from the discussion? | 09:49 |
| 18 | A.   I didn't know.  I think, later -- I | 09:49 |
| 19 | forgot if he said in the meeting or he said to French | 09:49 |
| 20 | and Mike later, but the reason was Miles didn't trust | 09:49 |
| 21 | her and she has many relatives that is within the | 09:49 |
| 22 | system. | 09:49 |

Page 29

8 (Pages 26 to 29)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   What do you mean, "within the system"? | 09:49 |
| 2 | A.   With the communist, work for the Chinese | 09:49 |
| 3 | Government.  I didn't know the source, but I just | 09:49 |
| 4 | didn't remember if he said that in the meeting or | 09:49 |
| 5 | later, but that's my impression. | 09:49 |
| 6 | Q.   Well, let me back up for a second.  When | 09:49 |
| 7 | did you first remember meeting her? | 09:49 |
| 8 | A.   Meeting Yvette? | 09:50 |
| 9 | Q.   Um-hum. | 09:50 |
| 10 | A.   I think maybe two years ago. | 09:50 |
| 11 | Q.   Okay.  So it would be late summer of | 09:50 |
| 12 | 2017? | 09:50 |
| 13 | A.   It will be August or September.  August, | 09:50 |
| 14 | most likely, yeah, August. | 09:50 |
| 15 | Q.   How are you able to remember that time? | 09:50 |
| 16 | A.   That was political asylum.  Miles tried | 09:50 |
| 17 | to -- that's why we were introduced to him and he did | 09:50 |
| 18 | help him with his political asylum.  Yeah. | 09:50 |
| 19 | Q.   What I should have asked you in the very | 09:50 |
| 20 | beginning was when did you first meet Mr. Guo? | 09:50 |
| 21 | A.   I think it's either July or August, | 09:50 |
| 22 | early August or, you know, late July of 2017. | 09:50 |

Page 30

| | | |
|---|---|---|
| 1 | Q.   And who introduced you? | 09:50 |
| 2 | A.   His name is Jonathan Ho.  The Chinese | 09:51 |
| 3 | name is Chen Jun. | 09:51 |
| 4 | Q.   Is that the last name, H-O? | 09:51 |
| 5 | A.   Correct. | 09:51 |
| 6 | Q.   Jonathan Ho.  Who is Jonathan Ho? | 09:51 |
| 7 | A.   He is a longtime friend of mine.  He | 09:51 |
| 8 | also used to be an activist, pro-democracy activist. | 09:51 |
| 9 | He's a friend with the late Nobel Peace Prize winner | 09:51 |
| 10 | Liu Xiaobo. | 09:51 |
| 11 | Q.   So why did Mr. Ho introduce you to Mr. | 09:51 |
| 12 | Guo? | 09:51 |
| 13 | MR. GRENDI:  Objection, form. | 09:51 |
| 14 | MR. GAVENMAN:  Objection to form. | 09:51 |
| 15 | THE WITNESS:  I think, at the time, they were | 09:52 |
| 16 | talking about the options, what to do, whether to | 09:52 |
| 17 | seek political asylum or other form of protection, | 09:52 |
| 18 | and he knows that, you know, I'm familiar with the | 09:52 |
| 19 | American legal system.  So he brought me to discuss | 09:52 |
| 20 | those options with Miles. | 09:52 |
| 21 | BY MR. GREIM: | |
| 22 | Q.   And is it fair to say that you assisted | 09:52 |

Page 31

| | | |
|---|---|---|
| 1 | him with his various efforts to obtain political | 09:52 |
| 2 | asylum from that point forward? | 09:52 |
| 3 | A.   Correct. | 09:52 |
| 4 | Q.   What was your initial impression of Mr. | 09:52 |
| 5 | Guo? | 09:52 |
| 6 | A.   I think he's a genuine warm person.  He | 09:52 |
| 7 | has a deep knowledge of how the communist system | 09:53 |
| 8 | works and he has a reason to expose the high-ranking | 09:53 |
| 9 | government officials that are corrupt and, also, he | 09:53 |
| 10 | has many defects of the people from the communist | 09:53 |
| 11 | system. | 09:53 |
| 12 | Q.   What do you mean by that? | 09:53 |
| 13 | A.   Like -- | 09:53 |
| 14 | MR. GRENDI:  Objection to form. | 09:53 |
| 15 | THE WITNESS:  He probably won't tell you | 09:53 |
| 16 | exactly what he thinks.  Sometimes he exaggerates | 09:53 |
| 17 | what he's done and stuff like that. | 09:53 |
| 18 | BY MR. GREIM: | 09:53 |
| 19 | Q.   So you met Ms. Wang, then, within about | 09:53 |
| 20 | a month or so of having met Mr. Guo himself? | 09:54 |
| 21 | A.   Correct. | 09:54 |
| 22 | Q.   Did your impression of Mr. Guo change | 09:54 |

Page 32

| | | |
|---|---|---|
| 1 | over time? | 09:54 |
| 2 | A.   No. | 09:54 |
| 3 | Q.   Do you consider yourself to be a | 09:54 |
| 4 | personal friend of Mr. Guo? | 09:54 |
| 5 | A.   That's a very -- | 09:54 |
| 6 | Q.   Sorry. | 09:54 |
| 7 | A.   -- difficult question.  I think I | 09:54 |
| 8 | maintain a personal relationship with him and, also, | 09:54 |
| 9 | politically, I support his effort and I also have a | 09:55 |
| 10 | lot of reservation about him. | 09:55 |
| 11 | Q.   What are those reservations? | 09:55 |
| 12 | A.   He just brings troubles to me.  You | 09:55 |
| 13 | know, I live a very simple straightforward life. | 09:55 |
| 14 | This is my first deposition, first -- you know, this, | 09:55 |
| 15 | it's not fun. | 09:55 |
| 16 | My focus is the big picture, how to change | 09:55 |
| 17 | China, how to promote democracy.  I don't want to | 09:55 |
| 18 | sign on to derail from that goal.  This definitely is | 09:55 |
| 19 | troublesome to me. | 09:55 |
| 20 | Q.   Do you have any concern about whether | 09:55 |
| 21 | Guo is fully committed to overturning the Chinese | 09:56 |
| 22 | communist system? | 09:56 |

Page 33

9 (Pages 30 to 33)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1   A.   Well, I think he's fully committed.  At   09:56 | 1        MR. GRENDI:  Object to the form.   09:58 |
| 2   the same time, he also has his relatives, his   09:56 | 2        THE WITNESS:  I didn't know.   09:58 |
| 3   employees to be considered and his assets, although,   09:56 | 3   BY MR. GREIM:   09:58 |
| 4   all of it has been confiscated.  So I understand his   09:56 | 4        Q.   Do you know whether he is negotiating   09:58 |
| 5   position.   09:56 | 5   with Chinese officials even today?   09:59 |
| 6        Q.   And would it surprise you if Mr. Guo,   09:56 | 6        A.   I didn't know that either.   09:59 |
| 7   for example, vacillates in wanting regime change   09:56 | 7        Q.   Let's shift gears for a moment here and   09:59 |
| 8   versus something less than that?   09:56 | 8   -- well, before we move on.  After you met Guo, Mr.   09:59 |
| 9        MR. GRENDI:  Object to the form.   09:57 | 9   Guo --   09:59 |
| 10        MR. GAVENMAN:  Object to the form.   09:57 | 10        A.   Yeah.   09:59 |
| 11        THE WITNESS:  Can you rephrase that?   09:57 | 11        Q.   -- did he introduce you to others   09:59 |
| 12   BY MR. GREIM:   09:57 | 12   besides Yvette Wang over the next month or two?   09:59 |
| 13        Q.   Sure.  Sure.  Would it surprise you that   09:57 | 13        A.   I met all his families, family members,   09:59 |
| 14   Mr. Guo tries to bargain with Chinese officials?   09:57 | 14   through him.  I met with Tony Blair.  I met -- who   09:59 |
| 15        MR. GRENDI:  Object to the form.   09:57 | 15   else?  There were several other people that's   09:59 |
| 16        MR. GAVENMAN:  Objection to form.   09:57 | 16   significant maybe.   09:59 |
| 17        THE WITNESS:  Frankly, I think it's possible,   09:57 | 17        Q.   Did he introduce you to someone named   10:00 |
| 18   but it's unlikely, highly unlikely.  It's too late   09:57 | 18   Hansheng Wang?   10:00 |
| 19   for that.   09:57 | 19        A.   He never introduced me to Hansheng Wang.   10:00 |
| 20   BY MR. GREIM:   09:57 | 20   Hansheng Wang, I know used to be his staff.  I got to   10:00 |
| 21        Q.   What do you mean by it's too late for   09:57 | 21   know him in that capacity.   10:00 |
| 22   that?   09:57 | 22        Q.   What does Hansheng Wang do for Mr. Guo?   10:00 |
| Page 34 | Page 36 |

| | |
|---|---|
| 1        MR. GRENDI:  Object to the form.   09:57 | 1        MR. GRENDI:  Object to form.   10:00 |
| 2        MR. GAVENMAN:  Objection to form.   09:57 | 2        MR. GAVENMAN:  Object to the form.   10:00 |
| 3        THE WITNESS:  He's already put himself in the   09:57 | 3        THE WITNESS:  If I saw him, he do -- he does   10:00 |
| 4   position that he is the number one enemy of the   09:57 | 4   lots of different things, bodyguard, security.  He   10:00 |
| 5   regime.   09:57 | 5   also cooks.  What else he does?  Run errands, book   10:00 |
| 6   BY MR. GREIM:   09:57 | 6   hotel rooms, you know.   10:00 |
| 7        Q.   When did he cross that line?   09:57 | 7   BY MR. GREIM:   10:00 |
| 8        MR. GAVENMAN:  Objection to form.   09:58 | 8        Q.   Does he run any companies?   10:00 |
| 9        MR. GRENDI:  Objection to form.   09:58 | 9        A.   I have no knowledge.   10:00 |
| 10        THE WITNESS:  I don't know for sure.  My   09:58 | 10        Q.   Do you know if he's a principal of   10:00 |
| 11   speculation -- can I speculate?   09:58 | 11   Eastern Profit?   10:01 |
| 12        MR. GAVENMAN:  You shouldn't speculate.  Only   09:58 | 12        A.   I didn't know that.   10:01 |
| 13   speak to things that you know.   09:58 | 13        Q.   Does he actually live in Mr. Guo's   10:01 |
| 14        THE WITNESS:  All right.  But I think -- can   09:58 | 14   apartment?   10:01 |
| 15   I just say, more likely, after he turned the MSS   09:58 | 15        A.   I didn't know that either.   10:01 |
| 16   Secretary of Discipline into FBI, they busted them at   09:58 | 16        MR. GAVENMAN:  Objection to form.   10:01 |
| 17   La Guardia Airport and I think that's where he   09:58 | 17        MR. GRENDI:  Object to the form.   10:01 |
| 18   crossed the line.   09:58 | 18        THE WITNESS:  I saw him all the time there,   10:01 |
| 19   BY MR. GREIM:   09:58 | 19   but I didn't know he lived there.   10:01 |
| 20        Q.   Do you know whether he attempted to   09:58 | 20   BY MR. GREIM:   10:01 |
| 21   negotiate with Chinese officials even after that   09:58 | 21        Q.   Which Guo family members were you   10:01 |
| 22   point?   09:58 | 22   introduced to?   10:01 |
| Page 35 | Page 37 |

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.   I met his son, Wu Chun.  I met his | 10:01 |
| 2 | daughter, Wo Mei, his wife, Yu Chen Su. | 10:01 |
| 3 | **Q.   We'll get some of these names here on** | 10:01 |
| 4 | **the break.** | 10:01 |
| 5 | A.   Okay. | 10:01 |
| 6 | MR. GRENDI:  Eddie, I'm just going to jump in | 10:01 |
| 7 | here.  Are we going to get on topic here?  We're | 10:02 |
| 8 | talking about -- | 10:02 |
| 9 | MR. GREIM:  We are on topic. | 10:02 |
| 10 | MR. GRENDI:  Talking about Mr. Guo's family | 10:02 |
| 11 | and who Mr. Lianchao has met, this has nothing to do | 10:02 |
| 12 | with this dispute. | 10:02 |
| 13 | MR. GREIM:  Please don't disrupt the | 10:02 |
| 14 | deposition. | 10:02 |
| 15 | MR. GRENDI:  I'm not disrupting the | 10:02 |
| 16 | deposition.  I want to move it along and have it on | 10:02 |
| 17 | topic.  You know, we're discussing irrelevant stuff | 10:02 |
| 18 | right now, but please continue. | 10:02 |
| 19 | BY MR. GREIM: | 10:02 |
| 20 | **Q.   When was the first time that you met** | 10:02 |
| 21 | **French Wallop?** | 10:02 |
| 22 | A.   Let's see.  I would say September -- | 10:02 |

Page 38

| | | |
|---|---|---|
| 1 | October or September of 2017. | 10:02 |
| 2 | **Q.   Did you know her beforehand?** | 10:02 |
| 3 | A.   I didn't know her.  I know her -- I | 10:02 |
| 4 | worked with her husband many years ago.  So I had a | 10:02 |
| 5 | very good relationship with his office.  Naturally, I | 10:03 |
| 6 | know of her.  I didn't met her. | 10:03 |
| 7 | **Q.   Was this Senator Malcolm Wallop?** | 10:03 |
| 8 | A.   Correct. | 10:03 |
| 9 | **Q.   What about Mr. Waller?** | 10:03 |
| 10 | A.   That was the same time I met with | 10:03 |
| 11 | French. | 10:03 |
| 12 | **Q.   Did she you know of Mr. Waller before** | 10:03 |
| 13 | **the fall of 2017?** | 10:03 |
| 14 | A.   No. | 10:03 |
| 15 | **Q.   Let's talk a little bit about the** | 10:03 |
| 16 | **research project that's at issue here.  How is it** | 10:03 |
| 17 | **that -- well, let me ask you this:  Did there come a** | 10:03 |
| 18 | **time that you approached French Wallop about possible** | 10:03 |
| 19 | **work for Mr. Guo?** | 10:04 |
| 20 | A.   Say that again. | 10:04 |
| 21 | **Q.   Did there come a time when you** | 10:04 |
| 22 | **approached Ms. Wallop about possible work for Mr.** | 10:04 |

Page 39

| | | |
|---|---|---|
| 1 | Guo? | 10:04 |
| 2 | MR. GRENDI:  Object to the form. | 10:04 |
| 3 | THE WITNESS:  I didn't approach them. | 10:04 |
| 4 | BY MR. GREIM: | 10:04 |
| 5 | **Q.   Did Ms. Wallop approach you?** | 10:04 |
| 6 | A.   No.  That's not the case.  They were | 10:04 |
| 7 | introduced through Bill Gertz.  Bill Gertz called me | 10:04 |
| 8 | and said can you set up meeting with Miles; I want to | 10:04 |
| 9 | introduce Mike and French, Strategic Vision, to help | 10:04 |
| 10 | Miles.  So I set up meeting and we were introduced | 10:04 |
| 11 | that way. | 10:04 |
| 12 | **Q.   Okay.  Did you already know Mr. Gertz?** | 10:04 |
| 13 | A.   Yes. | 10:04 |
| 14 | **Q.   How long have you known him?** | 10:05 |
| 15 | A.   Thirty years. | 10:05 |
| 16 | **Q.   Now, did Mr. Gertz, then, already seem** | 10:05 |
| 17 | **to know or already seem to have a specific project in** | 10:05 |
| 18 | **mind for Mr. Guo?** | 10:05 |
| 19 | MR. GRENDI:  Objection. | 10:05 |
| 20 | MR. GAVENMAN:  Object to the form. | 10:05 |
| 21 | THE WITNESS:  Yes. | 10:05 |
| 22 | BY MR. GREIM: | 10:05 |

Page 40

| | | |
|---|---|---|
| 1 | **Q.   What was that?** | 10:05 |
| 2 | A.   I think that was the original proposal | 10:05 |
| 3 | French and Mike brought with them or maybe they first | 10:05 |
| 4 | gave it to me and I shared it with Miles to handle | 10:05 |
| 5 | his communication, pretty much. | 10:05 |
| 6 | **Q.   So when Mr. Gertz came to you --** | 10:05 |
| 7 | A.   Yes. | 10:05 |
| 8 | **Q.   -- and asked you to set up this** | 10:05 |
| 9 | **meeting --** | 10:05 |
| 10 | A.   Yes. | 10:05 |
| 11 | **Q.   -- did you understand that he had** | 10:05 |
| 12 | **already spoken to Ms. Wallop and Mr. Waller?** | 10:05 |
| 13 | A.   Absolutely. | 10:06 |
| 14 | MR. GRENDI:  Objection. | 10:06 |
| 15 | BY MR. GREIM: | 10:06 |
| 16 | **Q.   At that time, let's say when -- let me** | 10:06 |
| 17 | **strike that.** | 10:06 |
| 18 | **When Mr. Gertz first contacted you about** | 10:06 |
| 19 | **this --** | 10:06 |
| 20 | A.   Yeah. | 10:06 |
| 21 | **Q.   -- were you already aware that Mr. Guo** | 10:06 |
| 22 | **was looking for some type of research?** | 10:06 |

Page 41

11 (Pages 38 to 41)

**Atkinson-Baker, Inc.**
**www.depo.com**

1    A.   No.                                          10:06
2    MR. GAVENMAN:  Objection to form.                 10:06
3    MR. GRENDI:  Objection to the form.               10:06
4    THE WITNESS:  Miles didn't even know what he      10:06
5  was looking for.  He had -- this is not his idea    10:06
6  whatsoever.                                          10:06
7  BY MR. GREIM:                                        10:06
8    Q.   Why did you agree to set up a meeting        10:06
9  between Wallop and Waller and Guo?                   10:07
10   A.   I think French and Mike had very good        10:07
11 experience in handling strategic communication.  They  10:07
12 have a good reputation in Washington, D.C., also     10:07
13 under the strong recommendation by Bill Gertz.  I    10:07
14 also know Senator Wallop.  So I, of course, I        10:07
15 naturally think they could do the job.               10:07
16   Q.   Before this project came along --            10:07
17   A.   Yeah.                                         10:07
18   Q.   -- had you ever been involved with any       10:07
19 sort of research project into individuals?           10:07
20   MR. GAVENMAN:  Objection to form.                 10:08
21   THE WITNESS:  No.                                 10:08
22 BY MR. GREIM:                                        10:08

Page 42

1    Q.   Had you ever been involved with any sort     10:08
2  of research project into the Chinese Communist Party?  10:08
3    MR. GAVENMAN:  Objection to form.                 10:08
4    THE WITNESS:  Just personally on my -- what       10:08
5  type of research?  Can you rephrase that?            10:08
6  BY MR. GREIM:                                        10:08
7    Q.   Sure.  Maybe a project where there would     10:08
8  be an effort to find nonpublic information about     10:08
9  Chinese Communist Party members.                     10:08
10   MR. GAVENMAN:  Objection to form.                 10:08
11   THE WITNESS:  Not in -- we have done lots of      10:08
12 -- I've done lots of research on the Communist Party  10:08
13 members, particularly on the corruption side.  I     10:08
14 worked with Hudson Institute.  This Kleptocracy      10:08
15 Center, I helped them with the relationship, the     10:08
16 mapping of Chinese high-ranking government officials,  10:09
17 their corruption, you know, potential corruption.    10:09
18   I also worked on several other projects,          10:09
19 tried to pinpoint the Chinese high-ranking government  10:09
20 officials, the family corruption, and based on some  10:09
21 of the -- based on the international consortium, you  10:09
22 know, there was a leak from Wikipedia for the source,  10:09

Page 43

1  but there was a huge leak of data that exposed lots  10:09
2  of Chinese Government officials' offshore companies.  10:09
3  I looked into that.                                  10:09
4    We did a lot of research through different         10:09
5  means and we submitted it the U.S. Government about  10:10
6  those individuals, that corruption with a select few  10:10
7  that specifically -- you know, based on the          10:10
8  corruption and required the U.S. Government sanction  10:10
9  them under the FCP Act.                              10:10
10   Q.   And -- okay.  And was that with the          10:10
11 Hudson Institute?                                    10:10
12   A.   No.  With the Citizen Power initiative       10:10
13 and with the Hudson initiative.                      10:10
14   Q.   I see.  So in the fall of 2017 -- and        10:10
15 then we'll take a break here.                        10:10
16   A.   Yeah.                                         10:10
17   Q.   In the fall of 2017, had you discussed       10:10
18 with Mr. Guo that he might be able to contribute to  10:10
19 something like that, to that kind of an effort?      10:11
20   A.   Yes, I did.                                   10:11
21   Q.   And was that before Mr. Gertz contacted      10:11
22 you about Ms. Wallop and Mr. Waller?                 10:11

Page 44

1    A.   Yes.                                         10:11
2    Q.   So do you know whether Mr. Guo was at        10:11
3  least considering some sort of research project into  10:11
4  the Chinese Communist Party members?                 10:11
5    A.   It's not --                                   10:11
6    MR. GAVENMAN:  Objection to form.                 10:11
7    MR. GRENDI:  Objection to the form.               10:11
8    THE WITNESS:  Yeah.  It's not specific.  This     10:11
9  idea, my point at the time when I communicated with  10:11
10 Miles, I said in order to have this whistle-blowing,  10:11
11 this disruptive momentum you made to continue -- they  10:11
12 call it the whistle-blowing revolution to continue --  10:11
13 I told him you need very solid evidence to           10:11
14 sustainable expose Chinese communist high-ranking    10:11
15 government officials.                                10:12
16   So that was the principle.  We never get into     10:12
17 detail how to do it until Mike and French's proposal  10:12
18 come over.  I was the one -- originally, this project  10:12
19 basically is a communication, handling the           10:12
20 communication, P.R., not into the investigation.  I  10:12
21 was the one who approached -- I explored this        10:12
22 possibility with French and Mike first and they said  10:12

Page 45

12 (Pages 42 to 45)

**Lianchao Han - Confidential**
**August 28, 2019**

| | | |
|---|---|---|
| 1 | they can do it and then I convinced Miles to move to | 10:12 |
| 2 | this direction. It's not from Miles. It's from me. | 10:12 |
| 3 | MR. GREIM: Okay. I don't know that we've | 10:12 |
| 4 | been going for quite an hour yet, but let's go ahead | 10:12 |
| 5 | and take our first break, if that's okay. | 10:13 |
| 6 | THE WITNESS: All right. | 10:13 |
| 7 | MR. GREIM: We'll take a -- let's go ahead | 10:13 |
| 8 | and try to just make it five, if we can. | 10:13 |
| 9 | VIDEOGRAPHER: Going off the record. The | 10:13 |
| 10 | time is 10:15 a.m. | 10:13 |
| 11 | [Recess.] | 10:26 |
| 12 | VIDEOGRAPHER: We are back on the record. | 10:26 |
| 13 | The time is now 10:28 a.m. | 10:26 |
| 14 | BY MR. GREIM: | 10:26 |
| 15 | **Q. Welcome back, Mr. Han.** | 10:26 |
| 16 | A. Yes. | 10:26 |
| 17 | **Q. Let's go again to the same timeframe** | 10:26 |
| 18 | **we've been talking about, sort of late summer, early** | 10:26 |
| 19 | **fall of 2017. At that time, is it fair to say that** | 10:26 |
| 20 | **your interactions with Mr. Guo were, number one,** | 10:26 |
| 21 | **about his asylum application --** | 10:26 |
| 22 | A. Correct. | 10:26 |

| | | |
|---|---|---|
| 1 | **Q. -- and, number two, some general** | 10:26 |
| 2 | **discussions about what it would take for him to sort** | 10:26 |
| 3 | **of be a whistleblower about the Chinese Communist** | 10:26 |
| 4 | **Party?** | 10:26 |
| 5 | MR. GAVENMAN: Objection. | 10:26 |
| 6 | MR. GRENDI: Object to the form. | 10:26 |
| 7 | THE WITNESS: He was already a whistleblower | 10:26 |
| 8 | at the time. My suggestion was to sustain that | 10:27 |
| 9 | whistleblower. | 10:27 |
| 10 | BY MR. GREIM: | 10:27 |
| 11 | **Q. Now, by this point, had you done any** | 10:27 |
| 12 | **research of your own into Mr. Guo's background?** | 10:27 |
| 13 | A. A little bit. | 10:27 |
| 14 | **Q. Okay. What did you do to look into his** | 10:27 |
| 15 | **background?** | 10:27 |
| 16 | A. Just online information. | 10:27 |
| 17 | **Q. So you read some of the articles that** | 10:27 |
| 18 | **had been written about him?** | 10:27 |
| 19 | A. Correct. | 10:27 |
| 20 | **Q. And by this point, had he begun posting** | 10:27 |
| 21 | **things online himself?** | 10:27 |
| 22 | MR. GRENDI: Object to the form. | 10:27 |

| | | |
|---|---|---|
| 1 | THE WITNESS: You mean through social media? | 10:27 |
| 2 | BY MR. GREIM: | 10:27 |
| 3 | **Q. Through social media.** | 10:27 |
| 4 | A. Yes. | 10:27 |
| 5 | **Q. So you reviewed some of those items** | 10:27 |
| 6 | **yourself?** | 10:27 |
| 7 | A. Usually, you know, his media videos are | 10:27 |
| 8 | too long. I usually don't watch it unless there's a | 10:28 |
| 9 | specific issue I found interesting. | 10:28 |
| 10 | **Q. Now, did you talk with Mr. Guo about his** | 10:28 |
| 11 | **own background?** | 10:28 |
| 12 | **And this is -- we're going to limit it to, you** | 10:28 |
| 13 | **know, all your discussions with him up until the time** | 10:28 |
| 14 | **you introduced Strategic Vision to Mr. Guo.** | 10:28 |
| 15 | MR. GRENDI: Object to the form. | 10:28 |
| 16 | MR. GAVENMAN: Object to form. | 10:28 |
| 17 | THE WITNESS: There are some discussions, | 10:28 |
| 18 | because I think that's also privileged because of | 10:28 |
| 19 | related to his political asylum. I think it's better | 10:28 |
| 20 | not for me to talk about it. | 10:28 |
| 21 | BY MR. GREIM: | 10:28 |
| 22 | **Q. Did he retain you as counsel on the** | 10:28 |

| | | |
|---|---|---|
| 1 | **political asylum matter?** | 10:29 |
| 2 | A. Not as counsel, but as facilitator, you | 10:29 |
| 3 | know, sort of a legal assistant. We -- yeah. | 10:29 |
| 4 | **Q. Okay. So I want to make sure I'm clear.** | 10:29 |
| 5 | **Do you believe you were acting as his attorney?** | 10:29 |
| 6 | A. I wasn't -- | 10:29 |
| 7 | MR. GRENDI: Object to form. | 10:29 |
| 8 | MR. GAVENMAN: Object to the form. | 10:29 |
| 9 | [Interruption.] | 10:29 |
| 10 | BY MR. GREIM: | 10:29 |
| 11 | **Q. Were you able to finish your answer?** | 10:29 |
| 12 | A. Yes. | 10:29 |
| 13 | **Q. Were you being paid by Guo at this time?** | 10:29 |
| 14 | A. No. | 10:29 |
| 15 | MR. GRENDI: Object to the form. | 10:29 |
| 16 | BY MR. GREIM: | 10:29 |
| 17 | **Q. By the way, have you ever been paid by** | 10:29 |
| 18 | **Mr. Guo or by one of the entities he controls?** | 10:29 |
| 19 | A. No. | 10:30 |
| 20 | MR. GRENDI: Objection. | 10:30 |
| 21 | MR. GAVENMAN: Objection to form. | 10:30 |
| 22 | BY MR. GREIM: | 10:30 |

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   Have you been paid by the Rule of Law | 10:30 |
| 2 | Foundation? | 10:30 |
| 3 | A.   No. | 10:30 |
| 4 | Q.   Okay.  Then here's what I'll do.  I'm | 10:30 |
| 5 | not -- I don't believe a privilege will apply to | 10:30 |
| 6 | shield his disclosures to you about his past from | 10:30 |
| 7 | discovery, but what I'm going to do is just simply | 10:30 |
| 8 | ask you about your knowledge.  Okay? | 10:30 |
| 9 | And what we'll try to do is not put it -- we | 10:30 |
| 10 | will try not to ask about conversations that you had | 10:30 |
| 11 | with him while his asylum counsel were present. | 10:30 |
| 12 | Okay? | 10:30 |
| 13 | A.   [Gestures.] | 10:30 |
| 14 | Q.   Okay. | 10:30 |
| 15 | MR. GAVENMAN:  Let me caution you.  To the | 10:30 |
| 16 | extent you learned anything in the course of those | 10:31 |
| 17 | discussions, you shouldn't disclose that either. | 10:31 |
| 18 | THE WITNESS:  Correct. | 10:31 |
| 19 | BY MR. GREIM: | 10:31 |
| 20 | Q.   So did you understand that Mr. Guo | 10:31 |
| 21 | became a dissident during the Tieneman Square | 10:31 |
| 22 | demonstrations and massacre? | 10:31 |

Page 50

| | | |
|---|---|---|
| 1 | A.   Say that again. | 10:31 |
| 2 | Q.   Well, let me ask you a different | 10:31 |
| 3 | question, because that's -- did you understand that | 10:31 |
| 4 | Mr. Guo participated in the Tieneman Square | 10:31 |
| 5 | demonstrations and massacre? | 10:31 |
| 6 | MR. GRENDI:  Object to the form. | 10:31 |
| 7 | MR. GAVENMAN:  Objection. | 10:31 |
| 8 | THE WITNESS:  Understand? | 10:31 |
| 9 | BY MR. GREIM: | 10:31 |
| 10 | Q.   Yes.  Did you believe? | 10:31 |
| 11 | MR. GRENDI:  Objection. | 10:31 |
| 12 | MR. GAVENMAN:  Objection.  This is pretty far | 10:31 |
| 13 | afield from what Mr. Han is here to testify about. | 10:31 |
| 14 | I'm not sure how this is a good use of your time, but | 10:31 |
| 15 | you can keep going. | 10:32 |
| 16 | THE WITNESS:  That discussion is with his | 10:32 |
| 17 | counsel. | 10:32 |
| 18 | MR. GAVENMAN:  So objection, privilege.  I | 10:32 |
| 19 | instruct you not to answer. | 10:32 |
| 20 | THE WITNESS:  Right. | 10:32 |
| 21 | BY MR. GREIM: | 10:32 |
| 22 | Q.   Do you know why Mr. Guo left China? | 10:32 |

Page 51

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Objection to form. | 10:32 |
| 2 | MR. GRENDI:  Objection. | 10:32 |
| 3 | THE WITNESS:  A lot of that discussion, you | 10:32 |
| 4 | know, this is all from the meeting. | 10:32 |
| 5 | MR. GAVENMAN:  So I'm going to instruct you | 10:32 |
| 6 | not to answer, attorney-client privilege. | 10:32 |
| 7 | THE WITNESS:  Yeah. | 10:32 |
| 8 | BY MR. GREIM: | 10:32 |
| 9 | Q.   Did Mr. Guo make representations to | 10:32 |
| 10 | French Wallop or Mike Waller about his past? | 10:32 |
| 11 | MR. GAVENMAN:  Objection to form, foundation. | 10:33 |
| 12 | THE WITNESS:  During the meeting with them? | 10:33 |
| 13 | BY MR. GREIM: | 10:33 |
| 14 | Q.   Yes. | 10:33 |
| 15 | A.   I didn't remember exactly what he said | 10:33 |
| 16 | to them.  I think that maybe there is some | 10:33 |
| 17 | discussion. | 10:33 |
| 18 | Q.   Did Mr. Guo participate in the Tieneman | 10:33 |
| 19 | Square protest? | 10:33 |
| 20 | A.   During the time of that meeting? | 10:33 |
| 21 | MR. GAVENMAN:  Asked and answered. | 10:33 |
| 22 | MR. GRENDI:  Objection. | 10:33 |

Page 52

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  We've established that there | 10:33 |
| 2 | is privilege attached to that answer.  So I instruct | 10:33 |
| 3 | you not to answer as well. | 10:33 |
| 4 | BY MR. GREIM: | 10:33 |
| 5 | Q.   What do you remember about what Mr. Guo | 10:33 |
| 6 | said about himself to Ms. Wallop and Mr. Waller? | 10:34 |
| 7 | A.   I don't remember much. | 10:34 |
| 8 | Q.   What do you remember though? | 10:34 |
| 9 | A.   I remember specifically what was | 10:34 |
| 10 | discussed about the proposal, you know, what to do | 10:34 |
| 11 | about what information is required and the back and | 10:34 |
| 12 | forth. | 10:34 |
| 13 | Q.   What did Mr. Guo say he wanted to do | 10:34 |
| 14 | with the research? | 10:34 |
| 15 | A.   He wanted -- | 10:34 |
| 16 | MR. GAVENMAN:  Objection. | 10:34 |
| 17 | MR. GRENDI:  Objection to form. | 10:34 |
| 18 | THE WITNESS:  He wanted to expose the | 10:34 |
| 19 | corruption of the highest-ranking members of the | 10:34 |
| 20 | Communist Party. | 10:34 |
| 21 | BY MR. GREIM: | 10:34 |
| 22 | Q.   Did he say how he wanted to do that? | 10:34 |

Page 53

14 (Pages 50 to 53)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.   That was during the discussion.  How | 10:34 |
| 2 | he's going to do it, I don't think he has an idea. | 10:35 |
| 3 | We proposed -- I actually talked to French and Mike, | 10:35 |
| 4 | seeing whether we can use some unconventional way to | 10:35 |
| 5 | obtain this information. | 10:35 |
| 6 | **Q.   Do you know, roughly, when Mr. Guo began** | 10:35 |
| 7 | **speaking out against Communist Part members?** | 10:36 |
| 8 | MR. GAVENMAN:  Objection the form. | 10:36 |
| 9 | THE WITNESS:  I would say in the America, at | 10:36 |
| 10 | least, I know, maybe April of 2017.  This is during | 10:36 |
| 11 | his interview with Mirror Tv. | 10:36 |
| 12 | BY MR. GREIM: | 10:36 |
| 13 | **Q.   What the Mirrow Tv?** | 10:36 |
| 14 | A.   It's a Chinese language TV, maybe the | 10:36 |
| 15 | largest Chinese language media group here, based in | 10:36 |
| 16 | New York. | 10:36 |
| 17 | **Q.   Have you seen that interview?** | 10:36 |
| 18 | A.   I didn't. | 10:36 |
| 19 | **Q.   Have you seen --** | 10:36 |
| 20 | A.   Maybe just very part. | 10:37 |
| 21 | **Q.   I'm sorry?  You may have just seen part** | 10:37 |
| 22 | **of it.** | 10:37 |

Page 54

| | | |
|---|---|---|
| 1 | A.   Maybe a small part of it, not directly | 10:37 |
| 2 | from Tv.  They always, you know, like through You | 10:37 |
| 3 | Tube, somebody else posted it. | 10:37 |
| 4 | **Q.   Right.  Have you seen other interviews** | 10:37 |
| 5 | **of Mr. Guo on You Tube or on TV?** | 10:37 |
| 6 | A.   I might, but very limited. | 10:37 |
| 7 | **Q.   Do you remember what articles you** | 10:37 |
| 8 | **reviewed about Mr. Guo's past?** | 10:37 |
| 9 | A.   I didn't. | 10:37 |
| 10 | [Han Exhibit No. 2 was | 10:38 |
| 11 | marked for identification.] | 10:38 |
| 12 | BY MR. GREIM: | 10:38 |
| 13 | **Q.   I'm going to show you what we are** | 10:38 |
| 14 | **marking as Exhibit 2.  You'll see this is an article** | 10:38 |
| 15 | **by Bill Gertz, who we mentioned a few times earlier** | 10:38 |
| 16 | **today.  It appeared October 9, 2017.** | 10:38 |
| 17 | **Is this around the time, by the way, that you** | 10:38 |
| 18 | **were introducing Ms. Wallop and Mr. Waller to Mr.** | 10:38 |
| 19 | **Guo?** | 10:38 |
| 20 | A.   I think this is before the time that he | 10:38 |
| 21 | was introducing. | 10:38 |
| 22 | **Q.   That's right.** | 10:38 |

Page 55

| | | |
|---|---|---|
| 1 | A.   Let's make it clear. | 10:38 |
| 2 | **Q.   That's right.  So Mr. Gertz is the one** | 10:38 |
| 3 | **who introduced Wallop and Waller to you and then you** | 10:38 |
| 4 | **met with Wallop and Waller after that?** | 10:38 |
| 5 | A.   He is introducing them to Miles.  I am | 10:39 |
| 6 | the facilitator to set it up. | 10:39 |
| 7 | **Q.   Okay.  I'm going to direct you to --** | 10:39 |
| 8 | **and, first of all, this article is based on Mr.** | 10:39 |
| 9 | **Gertz's interview of Mr. Guo.  I want to direct you** | 10:39 |
| 10 | **first to -- before we do this, let me ask you are you** | 10:39 |
| 11 | **aware of an alleged Chinese origin cyber attack on** | 10:39 |
| 12 | **the Hudson Institute?** | 10:39 |
| 13 | A.   Yes. | 10:39 |
| 14 | **Q.   And you recall that Guo has frequently** | 10:39 |
| 15 | **cited that as evidence that the Chinese Government is** | 10:39 |
| 16 | **out to get him, basically?** | 10:39 |
| 17 | MR. GRENDI:  Objection to form. | 10:39 |
| 18 | MR. GAVENMAN:  Objection to the form. | 10:39 |
| 19 | THE WITNESS:  I didn't know. | 10:40 |
| 20 | BY MR. GREIM: | 10:40 |
| 21 | **Q.   Okay.  Were you helping to plan the** | 10:40 |
| 22 | **Hudson event?** | 10:40 |

Page 56

| | | |
|---|---|---|
| 1 | A.   Correct. | 10:40 |
| 2 | MR. GRENDI:  Objection. | 10:40 |
| 3 | BY MR. GREIM: | 10:40 |
| 4 | **Q.   Are you aware that the Hudson event --** | 10:40 |
| 5 | **well, who was in charge of the HUD event within the** | 10:40 |
| 6 | **institute?** | 10:40 |
| 7 | A.   It was Charles Davidson at the | 10:40 |
| 8 | beginning. | 10:40 |
| 9 | **Q.   What was the last name?** | 10:40 |
| 10 | A.   Davidson, and then I took it over, | 10:40 |
| 11 | because he said he's not able to do it.  He's afraid | 10:40 |
| 12 | that, you know, his son-in-law's -- his son's fiance, | 10:40 |
| 13 | who is Chinese, will be retaliated against.  So he | 10:40 |
| 14 | asked me to take over. | 10:40 |
| 15 | **Q.   Who is the person at Hudson who agreed** | 10:40 |
| 16 | **to cancel the event?** | 10:40 |
| 17 | A.   I think the -- | 10:40 |
| 18 | MR. GRENDI:  Objection to the form. | 10:40 |
| 19 | MR. GAVENMAN:  Objection. | 10:40 |
| 20 | THE WITNESS:  I think the head of -- the CEO, | 10:40 |
| 21 | Ken Winston.  I don't know exactly who agreed, but it | 10:41 |
| 22 | was Ken called me to tell me it's cancelled. | 10:41 |

Page 57

15 (Pages 54 to 57)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | THE WITNESS:  In the private meeting, he told | 10:58 |
| 2 | me that he's -- he expressed a very completely | 10:58 |
| 3 | different view about Xi, about Communist Party. | 10:58 |
| 4 | BY MR. GREIM: | 10:58 |
| 5 | Q.   What do you mean, a completely different | 10:58 |
| 6 | view? | 10:58 |
| 7 | A.   He's opposing Xi's dictatorship -- put | 10:58 |
| 8 | it that way -- strongly. | 10:59 |
| 9 | Q.   Sir, I'm going to play for you a video | 10:59 |
| 10 | of Mr. Guo speaking.  I'm going to see if this is | 10:59 |
| 11 | something you have heard before and I'm going to see | 10:59 |
| 12 | if you at least recognize his voice. | 11:00 |
| 13 | A.   Yeah. | 11:00 |
| 14 | Q.   This will be in Chinese.  So the court | 11:00 |
| 15 | reporter will not be able to transcribe it. | 11:00 |
| 16 | A.   Okay. | 11:00 |
| 17 | Q.   However, I'm going to distribute a | 11:00 |
| 18 | translation that we have already served on our | 11:00 |
| 19 | opposing counsel and I'll make it available to you as | 11:00 |
| 20 | well.  We are going to mark this as Han 3. | 11:00 |
| 21 | [Han Exhibit No. 3 was | 11:00 |
| 22 | marked for identification.] | 11:01 |

Page 74

| | | |
|---|---|---|
| 1 | MR. GREIM:  I'm going to arrange these | 11:01 |
| 2 | speakers so that, hopefully, everybody can hear this | 11:01 |
| 3 | really well. | 11:01 |
| 4 | MR. GRENDI:  Is this a certified translation? | 11:01 |
| 5 | MR. GREIM:  Yeah.  The affidavit that you | 11:01 |
| 6 | received goes with all of these.  This has been | 11:01 |
| 7 | produced to you. | 11:01 |
| 8 | MR. GRENDI:  I got a lot of stuff in the last | 11:01 |
| 9 | few days. | 11:01 |
| 10 | All right.  On your representation this is | 11:01 |
| 11 | certified translation, I would object to the extent | 11:01 |
| 12 | it's not certified. | 11:01 |
| 13 | MR. GREIM:  Okay. | 11:01 |
| 14 | MR. GRENDI:  Thank you. | 11:01 |
| 15 | MR. GREIM:  All right.  And here we go.  This | 11:01 |
| 16 | is about a three-minute-and-one-second clip. | 11:01 |
| 17 | Actually, the You Tube version of this, sir, has -- I | 11:01 |
| 18 | know someone from You Tube tried to translate it, and | 11:01 |
| 19 | just so you can see what I'm playing, I'm going to | 11:02 |
| 20 | turn my computer screen around so that you can see | 11:02 |
| 21 | it.  I know it's some distance from you, but I'm | 11:02 |
| 22 | going to ahead and play. | 11:02 |

Page 75

| | | |
|---|---|---|
| 1 | [Video presentation.] | 11:02 |
| 2 | MR. GREIM:  All right.  That's the end of the | 11:05 |
| 3 | clip. | 11:05 |
| 4 | MR. GRENDI:  I'm sorry.  Objection.  I just | 11:05 |
| 5 | don't understand.  Are there two speakers on that or | 11:05 |
| 6 | just one? | 11:05 |
| 7 | MR. GREIM:  This was -- let me read some more | 11:05 |
| 8 | background on this.  This was pulled from You Tube, | 11:05 |
| 9 | https://youtu.be/whKwuLpKbUQ published April 29, | 11:05 |
| 10 | 2017. | 11:05 |
| 11 | Let me ask the witness, first of all -- | 11:05 |
| 12 | MR. GRENDI:  Hold on. | 11:05 |
| 13 | BY MR. GREIM: | 11:05 |
| 14 | Q.   Do you recognize the voice on the | 11:05 |
| 15 | recording? | 11:05 |
| 16 | MR. GRENDI:  Objection.  Are there two | 11:05 |
| 17 | voices?  I don't understand.  It says Speaker 1. | 11:05 |
| 18 | MR. GREIM:  Please don't interrupt the | 11:05 |
| 19 | questioning.  There's only one thing that says | 11:06 |
| 20 | Speaker 1.  There are not two voices. | 11:06 |
| 21 | MR. GRENDI:  I don't know. | 11:06 |
| 22 | MR GREIM:  Please don't interrupt.  Please | 11:06 |

Page 76

| | | |
|---|---|---|
| 1 | don't interrupt the questioning. | 11:06 |
| 2 | MR. GRENDI:  Objection to the entire line of | 11:06 |
| 3 | questioning.  You may continue. | 11:06 |
| 4 | MR. GAVENMAN:  I object as well. | 11:06 |
| 5 | BY MR. GREIM: | 11:06 |
| 6 | Q.   All right.  Do you recognize the voice | 11:06 |
| 7 | on the recording, sir? | 11:06 |
| 8 | A.   Yes. | 11:06 |
| 9 | Q.   Whose voice is that? | 11:06 |
| 10 | A.   Miles. | 11:06 |
| 11 | Q.   I'm sorry? | 11:06 |
| 12 | A.   Miles. | 11:06 |
| 13 | Q.   Miles? | 11:06 |
| 14 | A.   Yes. | 11:06 |
| 15 | Q.   Have you heard any part of this before? | 11:06 |
| 16 | A.   No.  This is actually my first time. | 11:06 |
| 17 | Q.   And did you hear in the opening that Mr. | 11:06 |
| 18 | Guo said I have absolute faith in General Secretary | 11:06 |
| 19 | Xi? | 11:06 |
| 20 | MR. GRENDI:  Objection. | 11:06 |
| 21 | THE WITNESS:  Yes. | 11:06 |
| 22 | BY MR. GREIM: | 11:06 |

Page 77

20 (Pages 74 to 77)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   Did you also hear him criticize certain | 11:06 |
| 2 | dissidents in the United States? | 11:06 |
| 3 | A.   Yes. | 11:06 |
| 4 | MR. GAVENMAN:  Objection to form. | 11:06 |
| 5 | MR. GRENDI:  Objection. | 11:06 |
| 6 | BY MR. GREIM: | 11:06 |
| 7 | Q.   Have you heard him express similar views | 11:06 |
| 8 | to you? | 11:06 |
| 9 | MR. GAVENMAN:  Objection to form. | 11:06 |
| 10 | THE WITNESS:  About Xi? | 11:06 |
| 11 | BY MR. GREIM: | 11:06 |
| 12 | Q.   Let's start with Xi, about Xi. | 11:06 |
| 13 | MR. GAVENMAN:  Objection to form. | 11:07 |
| 14 | THE WITNESS:  Never. | 11:07 |
| 15 | BY MR. GREIM: | 11:07 |
| 16 | Q.   Have you heard him express similar views | 11:07 |
| 17 | regarding dissidents? | 11:07 |
| 18 | MR. GAVENMAN:  Objection to form. | 11:07 |
| 19 | MR. GRENDI:  Objection. | 11:07 |
| 20 | THE WITNESS:  It depends on what dissidents | 11:07 |
| 21 | you are talking about. | 11:07 |
| 22 | BY MR. GREIM: | 11:07 |

Page 78

| | | |
|---|---|---|
| 1 | Q.   So about some dissidents, he has | 11:07 |
| 2 | expressed a similar view? | 11:07 |
| 3 | MR. GAVENMAN:  Objection to form. | 11:07 |
| 4 | MR. GRENDI:  Objection to form. | 11:07 |
| 5 | THE WITNESS:  Yes. | 11:07 |
| 6 | BY MR. GREIM: | 11:07 |
| 7 | Q.   Okay.  What about -- I assume that he | 11:07 |
| 8 | has expressed similar views about Xi Nuo. | 11:07 |
| 9 | A.   Yes. | 11:07 |
| 10 | MR. GAVENMAN:  Objection to form. | 11:07 |
| 11 | MR. GRENDI:  Objection to form. | 11:07 |
| 12 | BY MR. GREIM: | 11:07 |
| 13 | Q.   Has he expressed to you that one of his | 11:07 |
| 14 | goals is to punish certain dissidents in the United | 11:07 |
| 15 | States? | 11:07 |
| 16 | A.   He didn't -- | 11:07 |
| 17 | MR. GRENDI:  Objection to form. | 11:07 |
| 18 | THE WITNESS:  -- put it that way. | 11:07 |
| 19 | BY MR. GREIM: | 11:07 |
| 20 | Q.   Did you hear him say in this tape that | 11:07 |
| 21 | they deserve to be punished? | 11:07 |
| 22 | A.   Yes. | 11:07 |

Page 79

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Objection to form. | 11:07 |
| 2 | BY MR. GREIM: | 11:07 |
| 3 | Q.   By the way, were you following along | 11:07 |
| 4 | with the translation while you were listening? | 11:07 |
| 5 | A.   Yeah. | 11:07 |
| 6 | Q.   Did you find the translation to be | 11:07 |
| 7 | generally accurate? | 11:07 |
| 8 | MR. GRENDI:  Objection. | 11:07 |
| 9 | THE WITNESS:  No.  I didn't look at English. | 11:07 |
| 10 | I just looked at the Chinese. | 11:08 |
| 11 | BY MR. GREIM: | 11:08 |
| 12 | Q.   I see.  Did you find the Chinese | 11:08 |
| 13 | transcription to be generally accurate? | 11:08 |
| 14 | MR. GRENDI:  Objection to form.  He didn't | 11:08 |
| 15 | read the English. | 11:08 |
| 16 | THE WITNESS:  The Chinese, yes. | 11:08 |
| 17 | BY MR. GREIM: | 11:08 |
| 18 | Q.   Does it surprise you that Guo made a | 11:08 |
| 19 | statement such as this? | 11:08 |
| 20 | MR. GAVENMAN:  Objection to form. | 11:08 |
| 21 | MR. GRENDI:  Objection to the form. | 11:08 |
| 22 | THE WITNESS:  No, not at all. | 11:08 |

Page 80

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 11:08 |
| 2 | Q.   Why not? | 11:08 |
| 3 | A.   Chinese politics -- | 11:08 |
| 4 | MR. GAVENMAN:  Objection. | 11:08 |
| 5 | MR. GRENDI:  Objection. | 11:08 |
| 6 | THE WITNESS:  -- are complicated.  What he | 11:08 |
| 7 | said on a public platform is not what he really | 11:08 |
| 8 | intended to say.  That's just my understanding and, | 11:08 |
| 9 | also, activists in this community, not all of them | 11:08 |
| 10 | are real activists.  Some are fake.  Some are | 11:08 |
| 11 | actually working for the Chinese regime, including | 11:08 |
| 12 | this guy, Xi Nuo. | 11:08 |
| 13 | BY MR. GREIM: | 11:09 |
| 14 | Q.   So you're aware the Xi Nuo works for the | 11:09 |
| 15 | Chinese regime? | 11:09 |
| 16 | A.   Yes. | 11:09 |
| 17 | MR. GAVENMAN:  Objection to form. | 11:09 |
| 18 | BY MR. GREIM: | 11:09 |
| 19 | Q.   How do you know that? | 11:09 |
| 20 | A.   I have informant that provides that some | 11:09 |
| 21 | people work with Xi Nuo. | 11:09 |
| 22 | Q.   Let's -- you know what?  Let's stop | 11:09 |

Page 81

21 (Pages 78 to 81)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | there, because everybody -- most people at this | 11:09 |
| 2 | table, I think, have the same goals and there are -- | 11:09 |
| 3 | we probably do not need to get into the answer to | 11:09 |
| 4 | that question. | 11:09 |
| 5 | Okay.  There's just no need to do that here. | 11:09 |
| 6 | A.   Okay. | 11:09 |
| 7 | MR. GRENDI:  Wait.  Stop. | 11:09 |
| 8 | MR. PODHASKIE:  It's one of his best friends | 11:09 |
| 9 | on Twitter.  Let him go on and explain. | 11:09 |
| 10 | MR. GRENDI:  Hold on, Dan.  You don't have an | 11:09 |
| 11 | appearance here. | 11:09 |
| 12 | MR. GREIM:  I would ask Mr. Podhaskie to | 11:09 |
| 13 | please stop interfering with the deposition. | 11:09 |
| 14 | MR. GAVENMAN:  As Mr. Han's counsel, he has | 11:09 |
| 15 | to be allowed to answer the question completely.  You | 11:09 |
| 16 | asked a question.  He can answer. | 11:09 |
| 17 | MR. GREIM:  Fair enough.  Fair enough.  I | 11:10 |
| 18 | detected some hesitance and I wanted to signal to the | 11:10 |
| 19 | witness that we didn't need to hear it, but if you | 11:10 |
| 20 | would like to finish the answer, go ahead. | 11:10 |
| 21 | MR. GAVENMAN:  Please complete you answer, | 11:10 |
| 22 | Mr. Han. | 11:10 |

Page 82

| | | |
|---|---|---|
| 1 | THE WITNESS:  Ys.  We have evidence that Xi | 11:10 |
| 2 | Nuo is working with the Chinese regime.  I have | 11:10 |
| 3 | submitted that evidence to the FBI. | 11:10 |
| 4 | BY MR. GREIM: | 11:10 |
| 5 | Q.   By the way, was there anything that you | 11:10 |
| 6 | heard in the clip that was inaudible to you or that | 11:10 |
| 7 | you did not understand? | 11:10 |
| 8 | A.   No. | 11:10 |
| 9 | Q.   Are you aware that Mr. Guo has filed | 11:10 |
| 10 | several lawsuits against dissidents in the United | 11:11 |
| 11 | States? | 11:11 |
| 12 | MR. GAVENMAN:  Objection to form. | 11:11 |
| 13 | MR. GRENDI:  Objection to form. | 11:11 |
| 14 | THE WITNESS:  Yes. | 11:11 |
| 15 | BY MR. GREIM: | 11:11 |
| 16 | Q.   And have you advised Mr. Guo on those | 11:11 |
| 17 | lawsuits? | 11:11 |
| 18 | MR. GAVENMAN:  Objection to form. | 11:11 |
| 19 | THE WITNESS:  No, but I did ask him not to | 11:11 |
| 20 | get involved, because my reason is this is Chinese | 11:11 |
| 21 | Communist regime strategy, to get him involved in the | 11:11 |
| 22 | lawsuit, consume his resources.  It's not just him | 11:11 |

Page 83

| | | |
|---|---|---|
| 1 | suing others.  It's the other side suing him as well. | 11:11 |
| 2 | BY MR. GREIM: | 11:11 |
| 3 | Q.   Is it your testimony that every | 11:11 |
| 4 | dissident that Mr. Guo is in litigation with -- well, | 11:11 |
| 5 | let me back up.  That's a closed question. | 11:11 |
| 6 | Let me just ask you this. | 11:11 |
| 7 | A.   Yeah. | 11:12 |
| 8 | Q.   Are you aware of whether Mr. Guo is in | 11:12 |
| 9 | litigation with any dissident who is not working with | 11:12 |
| 10 | the Chinese regime? | 11:12 |
| 11 | MR. GAVENMAN:  Objection to form. | 11:12 |
| 12 | MR. GRENDI:  Objection to form. | 11:12 |
| 13 | THE WITNESS:  I'm not sure.  I think there | 11:12 |
| 14 | are lots of them working with the regime, because | 11:12 |
| 15 | they, themselves, cannot afford this large amount | 11:12 |
| 16 | legal bill.  Nobody wants to pay that. | 11:12 |
| 17 | BY MR. GREIM: | 11:12 |
| 18 | Q.   As you said earlier, could some of these | 11:12 |
| 19 | dissidents be trying in their own way to use the | 11:12 |
| 20 | regime? | 11:12 |
| 21 | MR. GAVENMAN:  Objection, form. | 11:12 |
| 22 | MR. GRENDI:  Objection to form. | 11:12 |

Page 84

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Foundation. | 11:12 |
| 2 | THE WITNESS:  Yes. | 11:12 |
| 3 | BY MR. GREIM: | 11:12 |
| 4 | Q.   Earlier, we talked a little bit about | 11:12 |
| 5 | the visit by Chinese authorities to Mr. Guo in the | 11:13 |
| 6 | United States. | 11:13 |
| 7 | A.   Yeah. | 11:13 |
| 8 | Q.   Do you recall when that occurred? | 11:13 |
| 9 | A.   I didn't. | 11:13 |
| 10 | Q.   Does May 2017 sound correct to you? | 11:13 |
| 11 | A.   Yes. | 11:13 |
| 12 | MR. GAVENMAN:  Objection to form. | 11:13 |
| 13 | MR. GRENDI:  Objection to form. | 11:13 |
| 14 | BY MR. GREIM: | 11:13 |
| 15 | Q.   Is that one of the -- did part of your | 11:13 |
| 16 | research into Mr. Guo involve reading accounts of the | 11:13 |
| 17 | visit by Chinese officials to Guo's apartment? | 11:13 |
| 18 | MR. GRENDI:  Objection. | 11:14 |
| 19 | THE WITNESS:  Yes. | 11:14 |
| 20 | BY MR. GREIM: | 11:14 |
| 21 | Q.   And did Guo also discuss the visit with | 11:14 |
| 22 | you? | 11:14 |

Page 85

22 (Pages 82 to 85)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.  That was with the counsel. | 11:14 |
| 2 | Q.  With counsel? | 11:14 |
| 3 | A.  Yes. | 11:14 |
| 4 | Q.  Okay.  By the way, just to -- I want to | 11:14 |
| 5 | be clear about this.  Who were the names of the Clark | 11:14 |
| 6 | Hill attorneys who were involved in that matter?  Do | 11:14 |
| 7 | you remember? | 11:14 |
| 8 | MR. GRENDI:  Objection. | 11:14 |
| 9 | THE WITNESS:  Thomas Ragland. | 11:14 |
| 10 | BY MR. GREIM: | 11:14 |
| 11 | Q.  Okay. | 11:14 |
| 12 | A.  It's public information, by the way. | 11:14 |
| 13 | Q.  Jay Johnson, was he one of them? | 11:14 |
| 14 | A.  Never heard of him. | 11:14 |
| 15 | Q.  Are you aware that Mr. Guo recorded all | 11:14 |
| 16 | or large portions of those meetings? | 11:15 |
| 17 | MR. GAVENMAN:  Objection -- | 11:15 |
| 18 | MR. GRENDI:  Objection. | 11:15 |
| 19 | MR. GAVENMAN:  -- to form.  You're talking | 11:15 |
| 20 | about a privileged conversation? | 11:15 |
| 21 | MR. GREIM:  No.  I'm sorry.  Let me -- not | 11:15 |
| 22 | meetings with Clark Hill. | 11:15 |

Page 86

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Okay. | 11:15 |
| 2 | BY MR. GREIM: | 11:15 |
| 3 | Q.  Are you aware that Mr. Guo recorded all | 11:15 |
| 4 | or portions of his meetings with Chinese officials? | 11:15 |
| 5 | MR. GAVENMAN:  Objection. | 11:15 |
| 6 | MR. GRENDI:  Objection to form, relevance. | 11:15 |
| 7 | THE WITNESS:  With the counsel.  That was | 11:15 |
| 8 | also with counsel. | 11:15 |
| 9 | BY MR. GREIM: | 11:15 |
| 10 | Q.  I'm sorry.  I could not actually hear | 11:15 |
| 11 | your answer over the objections.  You're saying, yes, | 11:15 |
| 12 | he recorded meetings with counsel? | 11:15 |
| 13 | MR. GAVENMAN:  No. | 11:15 |
| 14 | THE WITNESS:  No.  I said that's information | 11:15 |
| 15 | -- | 11:15 |
| 16 | MR. GAVENMAN:  Mr. Han.  Mr. Han. | 11:15 |
| 17 | So what he's saying is, again, there was | 11:15 |
| 18 | conversations with counsel present that were | 11:15 |
| 19 | privileged conversations where he discussed this | 11:15 |
| 20 | material.  So he cannot get into that area.  That's | 11:15 |
| 21 | what he's saying. | 11:15 |
| 22 | Please do not answer. | 11:15 |

Page 87

| | | |
|---|---|---|
| 1 | MR. GREIM:  Sure, but whether Mr. Guo has | 11:15 |
| 2 | recordings of these meetings is not a privileged | 11:15 |
| 3 | matter.  Is it a fact.  It either happened or it did | 11:16 |
| 4 | not. | 11:16 |
| 5 | THE WITNESS:  I didn't know that. | 11:16 |
| 6 | MR. GAVENMAN:  Please don't reveal anything | 11:16 |
| 7 | that you learned in a privileged conversation. | 11:16 |
| 8 | THE WITNESS:  Yeah.  I didn't know whatever | 11:16 |
| 9 | public information, but all I know is what I learned | 11:16 |
| 10 | from the counsel regarding the meetings. | 11:16 |
| 11 | [Han Exhibit No. 4 was | 11:16 |
| 12 | marked for identification.] | 11:16 |
| 13 | BY MR. GREIM: | 11:16 |
| 14 | Q.  I'm going to show you what we're marking | 11:16 |
| 15 | as Exhibit 4, and you'll see this is a "Wall Street | 11:16 |
| 16 | Journal" article from October 22, 2017 and it goes on | 11:17 |
| 17 | for about six pages. | 11:17 |
| 18 | A.  Right. | 11:17 |
| 19 | Q.  But you'll see that the main topic here | 11:17 |
| 20 | is about the visit of the Chinese officials to Mr. | 11:17 |
| 21 | Guo. | 11:17 |
| 22 | A.  Right. | 11:17 |

Page 88

| | | |
|---|---|---|
| 1 | Q.  Correct? | 11:17 |
| 2 | A.  Um-hum. | 11:17 |
| 3 | Q.  And is that a picture of Mr. Guo at the | 11:17 |
| 4 | top there? | 11:17 |
| 5 | A.  Yes. | 11:17 |
| 6 | Q.  Is that taken in his Sherry Netherland | 11:17 |
| 7 | apartment? | 11:17 |
| 8 | MR. GRENDI:  Objection. | 11:17 |
| 9 | THE WITNESS:  It looks like it. | 11:17 |
| 10 | BY MR. GREIM: | 11:17 |
| 11 | Q.  All right.  Do you see in the third | 11:17 |
| 12 | paragraph, it says:  "Liu Yanping, the lead official, | 11:17 |
| 13 | said he had come on behalf of Beijing 'to find a | 11:17 |
| 14 | solution', according to Mr. Guo and a partial audio | 11:18 |
| 15 | recording Mr. Guo said he made of the May encounter | 11:18 |
| 16 | and posted online in September." | 11:18 |
| 17 | Do you see that? | 11:18 |
| 18 | A.  Um-hum. | 11:18 |
| 19 | Q.  Now let me ask you -- I don't want to | 11:18 |
| 20 | know -- well, unfortunately, you've got this | 11:18 |
| 21 | continuing instruction and if you heard it from | 11:18 |
| 22 | counsel, you can't even state the facts.  I'm going | 11:18 |

Page 89

23 (Pages 86 to 89)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 to ask you whether you recall reading articles like | 11:18 |
| 2 this about Mr. Guo's recording of the May encounter. | 11:18 |
| 3      MR. GRENDI:  Objection. | 11:18 |
| 4      THE WITNESS:  This is the first time I read | 11:18 |
| 5 this article. | 11:18 |
| 6 BY MR. GREIM: | 11:18 |
| 7      Q.   Okay.  Well, when you first met Mr. Guo, | 11:18 |
| 8 I suppose this had already happened, hadn't it? | 11:18 |
| 9 Because you said you met him for the first time in | 11:19 |
| 10 July or August? | 11:19 |
| 11      A.   Correct. | 11:19 |
| 12      MR. GRENDI:  Objection. | 11:19 |
| 13 BY MR. GREIM: | 11:19 |
| 14      Q.   By the way, have you met Steven Bannon | 11:19 |
| 15 before? | 11:19 |
| 16      MR. GRENDI:  Objection.  What does that have | 11:19 |
| 17 to do with this case, Counsel?  I'm sorry, but Steve | 11:19 |
| 18 Bannon, where does he come in?  I just don't get it. | 11:19 |
| 19      MR. GREIM:  Read the counterclaim. | 11:19 |
| 20      MR. GRENDI:  I have.  You put in stuff about | 11:19 |
| 21 Steve Bannon that has nothing to do with the case. | 11:19 |
| 22      MR. GREIM:  Please don't use up our time on | 11:19 |

Page 90

| | |
|---|---|
| 1 the record. | 11:19 |
| 2      Go ahead. | 11:19 |
| 3      THE WITNESS:  Before this? | 11:19 |
| 4 BY MR. GREIM: | 11:19 |
| 5      Q.   Yes. | 11:19 |
| 6      A.   Before what? | 11:19 |
| 7      Q.   Well, let's say when did you -- have you | 11:19 |
| 8 worked with Mr. Bannon in connection with Mr. Guo? | 11:19 |
| 9      MR. GAVENMAN:  Objection to form. | 11:19 |
| 10      MR. GRENDI:  Objection. | 11:19 |
| 11      THE WITNESS:  Bannon was introduced to him on | 11:19 |
| 12 October, early October of 2017. | 11:19 |
| 13 BY MR. GREIM: | 11:19 |
| 14      Q.   By you? | 11:19 |
| 15      A.   By Bill Gertz, not me. | 11:19 |
| 16      Q.   Now, how do you know that? | 11:20 |
| 17      A.   Because I was with them. | 11:20 |
| 18      Q.   Okay.  Have you ever listened to a | 11:20 |
| 19 recording of Mr. Guo's meeting with Chinese | 11:20 |
| 20 officials? | 11:20 |
| 21      MR. GRENDI:  Objection. | 11:20 |
| 22      MR. GAVENMAN:  Objection. | 11:20 |

Page 91

| | |
|---|---|
| 1      THE WITNESS:  That is with the counsel in the | 11:20 |
| 2 meeting. | 11:20 |
| 3      MR. GREIM:  Wait a minute.  Wait, wait, wait. | 11:20 |
| 4      Now, whether he's listened to it is not | 11:20 |
| 5 privileged information.  I'm not going to ask him the | 11:20 |
| 6 content of it, but it's a yes or no question -- yes | 11:21 |
| 7 or no answer whether he has listened to it.  I don't | 11:21 |
| 8 want to know anything else about the circumstance. | 11:21 |
| 9      MR. GAVENMAN:  I'm also very concerned here | 11:21 |
| 10 about attorney work product privilege and what's | 11:21 |
| 11 happening in that case.  I mean, it's not just the | 11:21 |
| 12 facts.  It's not just what communications.  There's | 11:21 |
| 13 attorney work product that's happening here, clearly, | 11:21 |
| 14 and you need to stay away from it. | 11:21 |
| 15      You need to stay away.  I don't know why | 11:21 |
| 16 you're bothering to go in there anyway, recordings, | 11:21 |
| 17 not recordings.  I mean, we don't need to be invading | 11:21 |
| 18 this privilege to get to the facts of this case. | 11:21 |
| 19      I mean, we're going to have a long day here | 11:21 |
| 20 if we're doing this and let's stay away from | 11:21 |
| 21 privileged information and get to the parts that | 11:21 |
| 22 matter, please. | 11:21 |

Page 92

| | |
|---|---|
| 1      MR. GREIM:  Well, we disagree to your claims | 11:21 |
| 2 of privilege.  We're just trying to work around them | 11:21 |
| 3 so that we can get through. | 11:21 |
| 4 BY MR. GREIM: | 11:21 |
| 5      Q.   Did you -- let me -- okay.  Let's go a | 11:21 |
| 6 little further. | 11:22 |
| 7      Why did you say that this incident of Mr. Guo | 11:22 |
| 8 meeting with the Chinese officials may have been a | 11:22 |
| 9 turning point for Mr. Guo? | 11:22 |
| 10      MR. GRENDI:  Objection. | 11:22 |
| 11      MR. GAVENMAN:  Objection. | 11:22 |
| 12      THE WITNESS:  I think because they were | 11:22 |
| 13 arrested, detained by the FBI.  I think the Chinese | 11:22 |
| 14 official may have believed that Miles sold them out | 11:22 |
| 15 and that he's working with American Government, | 11:23 |
| 16 busted them, take away their cellphones, computers. | 11:23 |
| 17 Yeah. | 11:23 |
| 18 BY MR. GREIM: | 11:23 |
| 19      Q.   All right.  So that's -- I understand | 11:23 |
| 20 that's what you think the Chinese officials may | 11:23 |
| 21 believe. | 11:23 |
| 22      A.   Right. | 11:23 |

Page 93

24 (Pages 90 to 93)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | Q.   Now my next question is how do you know   11:23 |
| 2 | -- what makes you believe that?  What facts do you   11:23 |
| 3 | have that form the basis for that belief?   11:23 |
| 4 | MR. GAVENMAN:  Objection to form.   11:23 |
| 5 | MR. GRENDI:  Objection.   11:23 |
| 6 | THE WITNESS:  I think since then, there was a   11:23 |
| 7 | -- as far as I can tell, the Chinese never sent   11:23 |
| 8 | another team to communicate with Miles, just on my   11:23 |
| 9 | knowledge, based on my best knowledge.   11:23 |
| 10 | BY MR. GREIM:   11:23 |
| 11 | Q.   Since then, has Guo sent anyone to China   11:24 |
| 12 | to communicate with Chinese officials?   11:24 |
| 13 | A.   I don't know.   11:24 |
| 14 | MR. GRENDI:  Objection.   11:24 |
| 15 | MR. GAVENMAN:  Objection to form.   11:24 |
| 16 | THE WITNESS:  I have no knowledge.   11:24 |
| 17 | BY MR. GREIM:   11:24 |
| 18 | Q.   Do you know whether Guo sent Steve   11:24 |
| 19 | Bannon to communicate with Wang Qishan?   11:24 |
| 20 | MR. GAVENMAN:  Objection.   11:24 |
| 21 | MR. GRENDI:  Objection, relevance.   11:24 |
| 22 | THE WITNESS:  That's not possible.   11:24 |

Page 94

| | |
|---|---|
| 1 | BY MR. GREIM:   11:24 |
| 2 | Q.  Why do you say that?   11:24 |
| 3 | A.   Wang Qishan invited Bannon to China   11:24 |
| 4 | before he even know who Miles Kwok is.   11:24 |
| 5 | Q.   Before who knows who Miles Kwok was?   11:24 |
| 6 | A.   Before Steve had ever heard his name.   11:24 |
| 7 | Q.   How do you know that?   11:24 |
| 8 | A.   Because at the time, he was -- the   11:24 |
| 9 | timeline, just look at the timeline.  I forgot when   11:24 |
| 10 | he went to China, but that was way before Steve met   11:25 |
| 11 | with the Miles Kwok.   11:25 |
| 12 | Q.   Do you know who arranged the Bannon-Wang   11:25 |
| 13 | Qishan meeting?   11:25 |
| 14 | MR. GRENDI:  Objection.   11:25 |
| 15 | MR. GAVENMAN:  Objection.   11:25 |
| 16 | THE WITNESS:  Is that relevant?  I think John   11:25 |
| 17 | Thornton.   11:25 |
| 18 | BY MR. GREIM:   11:25 |
| 19 | Q.   And do you know whether Bannon discussed   11:25 |
| 20 | Guo with Wang Qishan?   11:25 |
| 21 | MR. GAVENMAN:  Objection.   11:25 |
| 22 | MR. GRENDI:  Objection.  How would he know?   11:25 |

Page 95

| | |
|---|---|
| 1 | THE WITNESS:  I don't know.  This is a little   11:25 |
| 2 | too far, you know.   11:25 |
| 3 | MR. GRENDI:  I'm just going to hop in here.   11:25 |
| 4 | If we went to the judge with this right now, she   11:25 |
| 5 | would say why are you asking these questions, please   11:25 |
| 6 | move it along.  I'm pretty sure that's what she would   11:25 |
| 7 | say, because this has zero connection to whether or   11:25 |
| 8 | not Eastern Profit --   11:25 |
| 9 | THE WITNESS:  Can I get some water?   11:26 |
| 10 | MR. GRENDI:  -- and Strategic Vision --   11:26 |
| 11 | MR. GREIM:  Why don't we do this.  We have   11:26 |
| 12 | five minutes left.  I mean, this goes directly to   11:26 |
| 13 | whether Mr. Guo is working with the regime or not.   11:26 |
| 14 | This would be one of the contacts, but let's take a   11:26 |
| 15 | break.  We have five minutes left on the tape.  Let's   11:26 |
| 16 | take about a five- or ten-minute break.   11:26 |
| 17 | VIDEOGRAPHER:  This end Disk No. 1, going off   11:26 |
| 18 | the record.  The time is now 11:28 a.m.   11:26 |
| 19 | [Recess.]   11:41 |
| 20 | VIDEOGRAPHER:  This begins Disk No. 2 in the   11:41 |
| 21 | video deposition of Lianchao Han.  We are back on the   11:41 |
| 22 | record.  The time is 11:43 a.m.   11:41 |

Page 96

| | |
|---|---|
| 1 | BY MR. GREIM:   11:41 |
| 2 | Q.   Okay.  Mr. Han --   11:41 |
| 3 | A.   Yes.   11:41 |
| 4 | Q.   -- I'm going to make sure something is   11:41 |
| 5 | very clear from our last series of questions.  Is it   11:41 |
| 6 | true that you have knowledge of the purpose of the   11:42 |
| 7 | Bannon trip to Wang Qishan?   11:42 |
| 8 | MR. GRENDI:  Objection.   11:42 |
| 9 | MR. GAVENMAN:  Objection.   11:42 |
| 10 | You can answer.   11:42 |
| 11 | THE WITNESS:  I don't know exactly what's the   11:42 |
| 12 | purpose, but I know for a fact it has nothing to do   11:42 |
| 13 | with Miles Kwok.   11:42 |
| 14 | BY MR. GREIM:   11:42 |
| 15 | Q.   Well, now that you -- I have to ask you   11:42 |
| 16 | how do you know for a fact it has nothing to do with   11:42 |
| 17 | it?   11:42 |
| 18 | A.   Because Steve talked to me about his   11:42 |
| 19 | trip.   11:42 |
| 20 | Q.   Okay.  What did he tell you?  What did   11:42 |
| 21 | he tell you the purpose of the trip was?   11:42 |
| 22 | MR. GRENDI:  Objection.  Why are we talking   11:42 |

Page 97

25 (Pages 94 to 97)

| | Page 98 | | |
|---|---|---|---|
| 1 | about a trip when the witness just said it has | 11:42 |
| 2 | nothing to do with this case? | 11:42 |
| 3 | MR. GREIM:  Well, he said it doesn't.  He was | 11:42 |
| 4 | about to tell us why it doesn't. | 11:42 |
| 5 | THE WITNESS:  First of all, Steve didn't know | 11:42 |
| 6 | Miles.  He never heard of Miles before this trip.  I | 11:42 |
| 7 | mean during this during this trip. | 11:42 |
| 8 | He met with Miles on October 6th, I think I | 11:42 |
| 9 | believe of 2017.  So he didn't know, and that meeting | 11:42 |
| 10 | was about economic nationalism.  Wang Qishan lectured | 11:43 |
| 11 | him for the entire session of his meeting.  That's | 11:43 |
| 12 | what Bannon told me. | 11:43 |
| 13 | BY MR. GREIM: | 11:43 |
| 14 | Q.    Is that the extent of your knowledge | 11:43 |
| 15 | about the trip? | 11:43 |
| 16 | A.    Correct. | 11:43 |
| 17 | Q.    All right.  Have you ever discussed the | 11:43 |
| 18 | trip with Guo Wengui? | 11:43 |
| 19 | A.    No, because the meeting, you know, what | 11:43 |
| 20 | Steve and Miles, when we sit down, Steve told what | 11:43 |
| 21 | happened. | 11:43 |
| 22 | Q.    Okay.  I'm sorry.  Steve told Miles what | 11:43 |

Page 98

| | Page 99 | | |
|---|---|---|---|
| 1 | happened? | 11:43 |
| 2 | A.    Steve, me, Miles, we have a dinner, | 11:43 |
| 3 | several dinners.  So I think at the beginning, you | 11:44 |
| 4 | know, he mentioned about this trip.  He described the | 11:44 |
| 5 | meeting with Wang Qishan. | 11:44 |
| 6 | Q.    Are you aware of a letter that Mr. Guo | 11:44 |
| 7 | wrote to President Xi in August of 2017? | 11:44 |
| 8 | A.    I didn't. | 11:44 |
| 9 | Q.    Have you ever heard of that before? | 11:44 |
| 10 | A.    No. | 11:44 |
| 11 | [Han Exhibit No. 5 was | 11:44 |
| 12 | marked for identification.] | 11:44 |
| 13 | BY MR. GREIM: | 11:45 |
| 14 | Q.    I'm going to show you what we are | 11:45 |
| 15 | marking as Exhibit 5, and what I'm showing you here | 11:45 |
| 16 | is a certified translation that was filed in the New | 11:45 |
| 17 | York County Supreme Court in another matter, and this | 11:45 |
| 18 | purports to be a letter from Guo Wengui to the | 11:45 |
| 19 | Honorable Leader, parentheses "S".  It starts with | 11:45 |
| 20 | "Greetings" and it's signed, Respectfully, s/Guo | 11:45 |
| 21 | Wengui, August 26, 2017. | 11:45 |
| 22 | Now, I've got an actual Chinese copy of this | 11:45 |

Page 99

| | Page 100 | | |
|---|---|---|---|
| 1 | that I can show you here in a moment, but I just want | 11:45 |
| 2 | you to take a look at this and tell me whether, now | 11:46 |
| 3 | having looked through this document, you have ever | 11:46 |
| 4 | heard of it or seen it before. | 11:46 |
| 5 | A.    Never heard, never seen this before. | 11:46 |
| 6 | Can I see the Chinese version? | 11:46 |
| 7 | Q.    Yes.  I'm going to play for you a | 11:46 |
| 8 | newscast with I, believe, the Mirror in which Mr. | 11:46 |
| 9 | Wengui discusses -- I'm sorry -- Mr. Guo discusses | 11:46 |
| 10 | the letter.  I'm going to go ahead for our counsel | 11:46 |
| 11 | here and I'm going to go ahead and mark as Exhibit 6 | 11:46 |
| 12 | a transcription and translation of that.  Again, this | 11:46 |
| 13 | has been previously produced to counsel and the | 11:47 |
| 14 | translation is accompanied with an affidavit of the | 11:47 |
| 15 | translator, Jessica Ju.  This is from | 11:47 |
| 16 | https://youtu.be/7qVmEsw_ZX8, and it was published on | 11:47 |
| 17 | January 18, 2018. | 11:47 |
| 18 | What I'm going to do, sir, is I'm going to try | 11:47 |
| 19 | to make sure you can see my screen, because the | 11:47 |
| 20 | newscast -- | 11:47 |
| 21 | [Video presentation.] | 11:47 |
| 22 | MR. GREIM:  I'm pausing it.  What I'm going | 11:48 |

Page 100

| | Page 101 | | |
|---|---|---|---|
| 1 | to do is move my computer closer to you without | 11:48 |
| 2 | wrecking the entire setup that we have here. | 11:48 |
| 3 | THE WITNESS:  Yeah.  Oh, that's the Chinese | 11:48 |
| 4 | version? | 11:48 |
| 5 | MR. GREIM:  Yes, sir, but I just encourage | 11:48 |
| 6 | you to listen, and if there were even a way for you | 11:48 |
| 7 | to pause as you need to -- | 11:48 |
| 8 | THE WITNESS:  Yeah. | 11:48 |
| 9 | MR. GREIM:  -- I'll try to allow that. | 11:48 |
| 10 | THE WITNESS:  Okay. | 11:48 |
| 11 | MR. GREIM:  And what you may do is, if you | 11:48 |
| 12 | know how to work this -- | 11:48 |
| 13 | THE WITNESS:  That's fine.  I can listen. | 11:48 |
| 14 | MR. GREIM:  Okay. | 11:48 |
| 15 | [Video presentation.] | 11:49 |
| 16 | THE WITNESS:  This is a half an hour thing. | 11:49 |
| 17 | Are we going to go through everything? | 11:49 |
| 18 | [Mr. Greim gestures in the negative.] | 11:50 |
| 19 | [Continued video presentation.] | 11:53 |
| 20 | MR. GREIM:  All right.  I have stopped this | 11:56 |
| 21 | exactly at seven minutes and thirty seconds.  As the | 11:56 |
| 22 | witness points out, this particular clip is a total | 11:56 |

Page 101

26 (Pages 98 to 101)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | of about 23 minutes and eventually goes to 31:43. We | 11:56 |
| 2 | won't play the entire clip here, but we can if it's | 11:56 |
| 3 | necessary. | 11:56 |
| 4 | BY MR. GREIM: | 11:56 |
| 5 | Q.   So my question to the witness, first of | 11:56 |
| 6 | all, is that -- what did you see, first of all, on | 11:56 |
| 7 | the video? | 11:56 |
| 8 | A.   What did I see? | 11:56 |
| 9 | Q.   Sure. | 11:56 |
| 10 | MR. GRENDI:  I'll just object to line of | 11:56 |
| 11 | questioning. | 11:56 |
| 12 | THE WITNESS:  Just, you know, it's his letter | 11:56 |
| 13 | to the Chinese leaders and he explains who he | 11:56 |
| 14 | addressed it to. | 11:56 |
| 15 | BY MR. GREIM: | 11:56 |
| 16 | Q.   And who is interviewing Mr. Guo? | 11:56 |
| 17 | A.   Chen Xiaoping. | 11:57 |
| 18 | Q.   Who is that? | 11:57 |
| 19 | A.   Chen Xiaoping is the host of Mirror Tv. | 11:57 |
| 20 | Q.   This is the TV program you mentioned | 11:57 |
| 21 | earlier? | 11:57 |
| 22 | A.   Correct. | 11:57 |

Page 102

| | | |
|---|---|---|
| 1 | Q.   All right.  And do you recognize Mr. Guo | 11:57 |
| 2 | and Mr. Guo's voice answering his questions? | 11:57 |
| 3 | A.   Yes. | 11:57 |
| 4 | Q.   And did you hear Mr. Guo to ask the host | 11:57 |
| 5 | that the letter be put up on the screen? | 11:57 |
| 6 | A.   Correct. | 11:57 |
| 7 | MR. GRENDI:  Objection. | 11:57 |
| 8 | BY MR. GREIM: | 11:57 |
| 9 | Q.   And did you see the letter? | 11:57 |
| 10 | A.   Yes. | 11:57 |
| 11 | Q.   How many pages did it have? | 11:57 |
| 12 | A.   Four or five.  Four. | 11:57 |
| 13 | Q.   Were you able to read it in Chinese? | 11:57 |
| 14 | A.   Yes. | 11:57 |
| 15 | Q.   And then after the actual letter was | 11:57 |
| 16 | shown, did you see a transcription that followed | 11:57 |
| 17 | while some piano music played? | 11:57 |
| 18 | A.   Yes. | 11:57 |
| 19 | Q.   What were Chinese characters in the | 11:57 |
| 20 | transcription after the letter? | 11:57 |
| 21 | MR. GRENDI:  Objection. | 11:57 |
| 22 | MR. GAVENMAN:  Objection. | 11:57 |

Page 103

| | | |
|---|---|---|
| 1 | THE WITNESS:  Just exactly the same letter, | 11:58 |
| 2 | just done into segments. | 11:58 |
| 3 | BY MR. GREIM: | 11:58 |
| 4 | Q.   Okay.  And so let me ask you again, now | 11:58 |
| 5 | that you've seen it in Chinese -- | 11:58 |
| 6 | A.   Yeah. | 11:58 |
| 7 | Q.   -- and you've heard Mr. Guo talking | 11:58 |
| 8 | about it, had you ever heard of this letter before | 11:58 |
| 9 | today? | 11:58 |
| 10 | MR. GAVENMAN:  Objection, form. | 11:58 |
| 11 | THE WITNESS:  No.  This is the first time I | 11:58 |
| 12 | saw this video clip.  I didn't know the letter. | 11:58 |
| 13 | BY MR. GREIM: | 11:58 |
| 14 | Q.   Okay.  Well, if we could go to the | 11:58 |
| 15 | English version -- | 11:58 |
| 16 | A.   Yes. | 11:58 |
| 17 | Q.   -- you'll see that the beginning of the | 11:58 |
| 18 | letter after the word "Greetings" says:  "Thank you | 11:58 |
| 19 | very much for your hospitality to meet members of my | 11:58 |
| 20 | family and staff yesterday." | 11:59 |
| 21 | Do you see that? | 11:59 |
| 22 | A.   Yes. | 11:59 |

Page 104

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  I'm just going to object to | 11:59 |
| 2 | the extent this is not an accurate translation, just | 11:59 |
| 3 | to that extent, but we can go on. | 11:59 |
| 4 | MR. GRENDI:  Same objection. | 11:59 |
| 5 | BY MR. GREIM: | 11:59 |
| 6 | Q.   Now, we can go back to Chinese text, if | 11:59 |
| 7 | you would like, sir, to take a look at the -- | 11:59 |
| 8 | A.   Yeah.  Let's go back and see exactly.  I | 11:59 |
| 9 | think there is a mistranslation here.  I can see at | 11:59 |
| 10 | least one error here, but that's the Chinese -- the | 11:59 |
| 11 | English version.  It's the beginning of the letter, I | 11:59 |
| 12 | think. | 12:00 |
| 13 | Q.   You're now looking at the beginning of | 12:00 |
| 14 | the letter? | 12:00 |
| 15 | A.   Yeah.  Can we enlarge this a little bit? | 12:00 |
| 16 | Q.   I'm afraid we can't. | 12:00 |
| 17 | A.   I can't read it. | 12:00 |
| 18 | Q.   Let me see if I can, sir. | 12:00 |
| 19 | A.   There it goes. | 12:00 |
| 20 | Q.   And you can feel free to use my controls | 12:00 |
| 21 | on the my computer to move.  We may have a few other | 12:00 |
| 22 | questions on other pages here. | 12:00 |

Page 105

27 (Pages 102 to 105)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | [Witness peruses document.]   12:00 |
| 2 | THE WITNESS: Yeah.   12:00 |
| 3 | BY MR. GREIM:   12:01 |
| 4 | Q.   So was there a mistranslation in the   12:01 |
| 5 | transcription that I showed you?   12:01 |
| 6 | A.   Just for this part, no, for the first   12:01 |
| 7 | paragraph.   12:01 |
| 8 | Q.   Okay.  Now, are you aware of a -- other   12:01 |
| 9 | than the meeting that we talked about earlier in May,   12:01 |
| 10 | are you aware of another meeting between Mr. Guo and   12:01 |
| 11 | any Chinese officials?   12:01 |
| 12 | A.   No.   12:01 |
| 13 | Q.   Do you see under paragraph 1 of the   12:01 |
| 14 | English translation, under paragraph 1, Mr. Guo is   12:01 |
| 15 | making certain requests of the Chinese leaders?  Are   12:01 |
| 16 | you aware of him having made such requests in or   12:01 |
| 17 | around August of 2017?   12:01 |
| 18 | MR. GRENDI:  Objection.   12:01 |
| 19 | MR. GAVENMAN:  Objection, form.   12:01 |
| 20 | THE WITNESS:  I didn't know he made any   12:01 |
| 21 | requests, specific requests, like that, but I know   12:01 |
| 22 | there were -- he tried to negotiation -- tried to   12:02 |

Page 106

| | |
|---|---|
| 1 | translation.   12:03 |
| 2 | BY MR. GREIM:   12:03 |
| 3 | Q.   Well, what -- which of those conditions,   12:03 |
| 4 | are any of the conditions inaccurate in the   12:03 |
| 5 | transcription?   12:03 |
| 6 | A.   Yeah.  Roughly, it's correct, but he's   12:03 |
| 7 | talking about like overseas, to stop overseas use the   12:03 |
| 8 | army.  He uses a specific term, sui jin.  Sui jin   12:03 |
| 9 | means -- how to translate?   12:03 |
| 10 | Sui jin is the Communist hired thugs or hired   12:03 |
| 11 | crowds that's suing him.  So that was not translated   12:03 |
| 12 | accurately.   12:04 |
| 13 | Q.   I see.  So does that apply to the phrase   12:04 |
| 14 | that says "drop the illegal action that is being   12:04 |
| 15 | taken against me overseas"?   12:04 |
| 16 | A.   Yeah, but he's specifically -- by those   12:04 |
| 17 | hired, you know, sui jin, army of Communist Party.   12:04 |
| 18 | Q.   Let me take you to the first -- if you   12:04 |
| 19 | continue in that paragraph, there are some text in   12:04 |
| 20 | bold.  It's in bold both in Chinese characters and in   12:04 |
| 21 | English translation.   12:04 |
| 22 | A.   Yeah.   12:04 |

Page 108

| | |
|---|---|
| 1 | negotiate to protect his employees, his assets.   12:02 |
| 2 | That, I know in general.   12:02 |
| 3 | BY MR. GREIM:   12:02 |
| 4 | Q.   If you look on -- let's go to the second   12:02 |
| 5 | paragraph.  You'll see he says:  "The key condition   12:02 |
| 6 | for me to desist from revealing information is that   12:02 |
| 7 | you take my name off the Red Notice --   12:02 |
| 8 | A.   Yes.   12:02 |
| 9 | Q.   -- "permit me to resume the operation of   12:02 |
| 10 | my business in Hong Kong and drop the legal action   12:02 |
| 11 | that is being taken against me overseas."   12:02 |
| 12 | Did I read that correctly?   12:02 |
| 13 | A.   Yes.   12:02 |
| 14 | Q.   And can you satisfy yourself that that   12:02 |
| 15 | is, in fact, what's in the Chinese version of the   12:02 |
| 16 | letter?   12:02 |
| 17 | And if you need to, if it's not on this page,   12:02 |
| 18 | we can toggle to the next.   12:02 |
| 19 | A.   Okay.   12:03 |
| 20 | [Witness peruses document.]   12:03 |
| 21 | THE WITNESS:  It's roughly correct, but it's   12:03 |
| 22 | not straight -- you know, it's not an accurate   12:03 |

Page 107

| | |
|---|---|
| 1 | Q.   And it says:  "My current situation can   12:04 |
| 2 | be summed up in eight Chinese characters", colon and   12:04 |
| 3 | then after that, it's bolded:  "I am now doing things   12:04 |
| 4 | not out of my own volition and talking things that I   12:04 |
| 5 | do not really mean."   12:04 |
| 6 | Do you see that?   12:05 |
| 7 | A.   I saw that.   12:05 |
| 8 | Q.   Is that a correct Chinese translation?   12:05 |
| 9 | A.   Roughly, yes.   12:05 |
| 10 | Q.   Did Mr. Guo ever express a similar   12:05 |
| 11 | sentiment to you?   12:05 |
| 12 | MR. GRENDI:  Objection.   12:05 |
| 13 | BY MR. GREIM:   12:05 |
| 14 | Q.   About his speech in the United States?   12:05 |
| 15 | MR. GAVENMAN:  Objection, form.   12:05 |
| 16 | MR. GRENDI:  Objection.   12:05 |
| 17 | THE WITNESS:  No.   12:05 |
| 18 | BY MR. GREIM:   12:05 |
| 19 | Q.   Then if you go on, there's some more   12:05 |
| 20 | that's bolded.  I want to ask you about the English   12:05 |
| 21 | sentence that says:  "My public exposures of   12:05 |
| 22 | information before."   12:05 |

Page 109

28 (Pages 106 to 109)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1  A.  Where is that?   12:05 | 1  very end and then we're just about done with this,   12:07 |
| 2  Q.  It's about two sentences later?   12:05 | 2  sir.   12:08 |
| 3  A.  Here, in the English?   12:05 | 3  A.  All right.   12:08 |
| 4  Q.  Oh, yes, in the English.  I'm just going   12:05 | 4  Q.  If you go to page 5 of the   12:08 |
| 5  to point out to you.   12:05 | 5  transcription -- actually, I think it's really page   12:08 |
| 6  A.  Okay.   12:05 | 6  3.  Sorry.  You'll see that there is a little six.   12:08 |
| 7  Q.  "My public exposures of information   12:05 | 7  A.  Yeah.   12:08 |
| 8  before was done under coercion.  My choice to perform   12:05 | 8  Q.  It says "A few".   12:08 |
| 9  publicly was not voluntary."   12:05 | 9  A.  Yes.   12:08 |
| 10  Do you see that in the Chinese?   12:05 | 10  Q.  Actually, before we get there, it's   12:08 |
| 11  A.  Yeah.  It's not a very accurate   12:05 | 11  really under five.  I apologize.  You'll see it says:   12:08 |
| 12  translation.   12:06 | 12  "I will put our national interest first and I am   12:08 |
| 13  Q.  Okay.  How would you, if you could --   12:06 | 13  willing to devote my life to protecting our nation's   12:08 |
| 14  what is inaccurate about it?   12:06 | 14  interest to defend Chairman Xi Jinping's value as our   12:08 |
| 15  MR. GAVENMAN:  Objection to form.   12:06 | 15  nation's core faith and make ultimate dedication of   12:08 |
| 16  MR. GRENDI:  Objection.   12:06 | 16  myself to safeguard Chairman Xi Jinping."   12:08 |
| 17  THE WITNESS:  Let's see.  So he basically   12:06 | 17  Did I read that correctly?   12:08 |
| 18  says they hold the entire situation, it's not alone I   12:06 | 18  A.  Yes, you read that correctly, but let me   12:08 |
| 19  can decide and control, and it's involved with my --   12:06 | 19  just see what's the Chinese version.   12:08 |
| 20  the country I reside in and other relevant interests,   12:06 | 20  Q.  Absolutely.  Let's go there.   12:08 |
| 21  stakeholders.   12:06 | 21  [Video presentation.]   12:09 |
| 22  BY MR. GREIM:   12:06 | 22  THE WITNESS:  This is No. 5?   12:09 |
| **Page 110** | **Page 112** |
| 1  Q.  That actually wasn't the sentence I read   12:06 | 1  BY MR. GREIM:   12:09 |
| 2  to you, but I see that.   12:06 | 2  Q.  Yes, sir.  Do we need to go to another   12:09 |
| 3  A.  Right.  Right, but after that, he says,   12:06 | 3  page?   12:09 |
| 4  you know, like the whistle-blowing exposure before   12:06 | 4  A.  No, no.  This is the page.   12:09 |
| 5  was forced and also like a reluctant choice.   12:07 | 5  [Witness peruses document.]   12:09 |
| 6  Q.  I see.   12:07 | 6  THE WITNESS:  Yeah.  I get it.   12:10 |
| 7  A.  So that would be my understanding of the   12:07 | 7  BY MR. GREIM:   12:10 |
| 8  translation.   12:07 | 8  Q.  Is that an accurate translation?   12:10 |
| 9  Q.  So instead of done under coercion and   12:07 | 9  MR. GRENDI:  Objection.   12:10 |
| 10  was not voluntary, you would say forced?   12:07 | 10  THE WITNESS:  It's not -- you know, I think   12:10 |
| 11  A.  Yes, because how you translate the whole   12:07 | 11  it's exaggerated a little bit on the side of -- yeah.   12:10 |
| 12  paragraph, the context of the thing.   12:07 | 12  It's a different tone, yeah, different.  The scale of   12:10 |
| 13  Q.  Did Mr. Guo ever tell you that he felt   12:07 | 13  emphasis, yeah, roughly correct.   12:10 |
| 14  he was forced to engage in his whistle-blowing speech   12:07 | 14  BY MR. GREIM:   12:10 |
| 15  in the U.S.?   12:07 | 15  Q.  Okay.  I mean, the English translation   12:10 |
| 16  MR. GRENDI:  Objection.   12:07 | 16  ends with an exclamation point.  Right?   12:10 |
| 17  THE WITNESS:  I don't think so, because it   12:07 | 17  A.  Right.  Chinese also.   12:10 |
| 18  depends on, you know, how it's forced, forced by the   12:07 | 18  Q.  Chinese also, okay.  So what is it in   12:10 |
| 19  situation, forced by the individual.  He didn't   12:07 | 19  the English translation that you would change then?   12:10 |
| 20  specify that.   12:07 | 20  I want to make sure I understand precisely where you   12:10 |
| 21  BY MR. GREIM:   12:07 | 21  disagree with this translation.   12:10 |
| 22  Q.  If you could go to -- let's go to the   12:07 | 22  MR. GRENDI:  Objection.   12:10 |
| **Page 111** | **Page 113** |

**Lianchao Han - Confidential**
**August 28, 2019**

| | |
|---|---|
| 1      THE WITNESS: Let's see I think it's the | 12:10 |
| 2   tone. Yeah. It's not -- I mean, it's roughly | 12:10 |
| 3   correct. | 12:10 |
| 4   BY MR. GREIM: | 12:10 |
| 5      Q. Okay. | 12:10 |
| 6      A. That's my -- the tone seems to me more | 12:10 |
| 7   weighted on you, you know, how he's going to devote | 12:10 |
| 8   everything. | 12:11 |
| 9      Q. Do you have any doubt that Mr. Guo | 12:11 |
| 10   actually sent this letter? | 12:11 |
| 11      A. I have no idea if he did or not. | 12:11 |
| 12      Q. Okay. Let me take you now to the final | 12:11 |
| 13   part of this paragraph 6, and that may go into the | 12:11 |
| 14   next page. Do we need to change yet? | 12:11 |
| 15      A. No, not yet. Let me just see what you | 12:11 |
| 16   want. | 12:11 |
| 17      Q. So you see six says: "A few small | 12:11 |
| 18   suggestions from the bottom of Wengui's heart." | 12:11 |
| 19      A. Yeah. | 12:11 |
| 20      Q. Then he has actually, A, B, C, D, E, F, | 12:11 |
| 21   and G. | 12:11 |
| 22      A. Correct. | 12:11 |

Page 114

| | |
|---|---|
| 1      Q. And so if you look under "A," he says: | 12:11 |
| 2   "Give Wengui an opportunity to chant for our nation." | 12:11 |
| 3      And then the translator says that they have | 12:12 |
| 4   added Communist China. Do you see? | 12:12 |
| 5      A. Yeah. | 12:12 |
| 6      Q. That's not in the Chinese. Correct? | 12:12 |
| 7      A. No. That's not in Chinese. | 12:12 |
| 8      Q. Then he says: "In advocating our | 12:12 |
| 9   nation's legal system solely for propagandizing | 12:12 |
| 10   Chairman Xi Jinping's call for the Rule of Law in | 12:12 |
| 11   China," exclamation point. | 12:12 |
| 12      A. Right, but that's also -- this | 12:12 |
| 13   translation is bad. It's not accurate. Yeah. It | 12:12 |
| 14   is, you know, like advocating for nation's legal | 12:12 |
| 15   system beauty. | 12:12 |
| 16      Q. Okay. And does it -- | 12:12 |
| 17      A. There's no for propaganda. You know, | 12:12 |
| 18   like a -- yeah. There is that propaganda. Sorry. | 12:12 |
| 19   Advocate, you can see advocate for Xi Jinping's Rule | 12:12 |
| 20   of Law in Chinese. It's a matter of translation. | 12:12 |
| 21      Q. Okay. And then if you look at "B": | 12:13 |
| 22   "Can you consider to convert Wengui's influence and | 12:13 |

Page 115

| | |
|---|---|
| 1   resources momentarily into best serving Chairman Xi | 12:13 |
| 2   Jinping's Chinese Dream", exclamation point. | 12:13 |
| 3      A. Yes. | 12:13 |
| 4      Q. Is that fair? | 12:13 |
| 5      A. Yes. | 12:13 |
| 6      Q. And then under -- let's skip to "G". | 12:13 |
| 7      "G"? | 12:13 |
| 8      Q. Which might have to be the next page | 12:13 |
| 9   now. | 12:13 |
| 10      A. Yeah. | 12:13 |
| 11      [Video presentation.] | 12:13 |
| 12      THE WITNESS: Yes. | 12:13 |
| 13   BY MR. GREIM: | 12:14 |
| 14      Q. And the English translation is in bold | 12:14 |
| 15   and italics. It says: "Assign me tasks to | 12:14 |
| 16   accomplish in furtherance of our national interests | 12:14 |
| 17   initiative and engage in Chairman Xi Jinping's global | 12:14 |
| 18   strategy so that I can redeem myself by my good | 12:14 |
| 19   service, demonstrating my patriotism and loyalty to | 12:14 |
| 20   Chairman Xi Jinping." | 12:14 |
| 21      Did I read that correctly? | 12:14 |
| 22      A. This is number -- it should be number | 12:14 |

Page 116

| | |
|---|---|
| 1   what? Let's see. | 12:14 |
| 2      Q. "G", 6(g). | 12:14 |
| 3      A. One, two, three, four, five, six, seven. | 12:14 |
| 4   The last one? | 12:14 |
| 5      Q. Correct. | 12:14 |
| 6      A. Yeah. Yes. | 12:14 |
| 7      Q. Is that an accurate translation? | 12:15 |
| 8      A. Not quite. | 12:15 |
| 9      Q. What is off in the translation? | 12:15 |
| 10      A. I think he says let's redeem myself, | 12:15 |
| 11   like let me correct my mistakes and perform, you | 12:15 |
| 12   know, like contribute. Yeah. | 12:15 |
| 13      Q. So other than -- so you would change | 12:15 |
| 14   "redeem" to "correct my mistakes"? | 12:15 |
| 15      A. Yeah. | 12:15 |
| 16      Q. And will you have any change to good | 12:15 |
| 17   service, demonstrating my patriotism and loyalty to | 12:15 |
| 18   Chairman Xi Jinping? | 12:15 |
| 19      A. That is -- it's not accurate | 12:15 |
| 20   translation, because I want to use the translation, | 12:16 |
| 21   direct translation, literal translation, use the | 12:16 |
| 22   result to express my support of Xi and my patriots. | 12:16 |

Page 117

30 (Pages 114 to 117)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    Q.   Very well.  Okay.  Now, have you ever        12:16 | |
| 2  heard Guo Wengui express similar sentiments?          12:16 | |
| 3    A.   No.                                            12:16 | |
| 4    Q.   And when you helped to set up the             12:16 | |
| 5  meeting between Strategic Vision and Guo Wengui, you  12:16 | |
| 6  were not aware of this letter?                        12:16 | |
| 7    A.   No.                                            12:16 | |
| 8    Q.   Do you know whether Guo Wengui received       12:16 | |
| 9  the specific instructions he was asking for in this   12:16 | |
| 10  letter?                                              12:16 | |
| 11    MR. GAVENMAN:  Objection to form.                  12:16 | |
| 12    MR. GRENDI:  Objection.                            12:16 | |
| 13    THE WITNESS:  No, but he explained what           12:16 | |
| 14  instructions he got from the video.                  12:16 | |
| 15  BY MR. GREIM:                                        12:16 | |
| 16    Q.   Oh.  Do you believe in the video, he         12:16 | |
| 17  actually explains the instructions he did receive?   12:16 | |
| 18    A.   Yes.  Yes.  You have to give the             12:17 | |
| 19  transcript of the entire thing so you would know what 12:17 | |
| 20  he's talking about.                                  12:17 | |
| 21    Q.   Well, is this based on what you have          12:17 | |
| 22  heard or what you see later in the transcript?       12:17 | |

Page 118

| | |
|---|---|
| 1    A.   I heard.                                       12:17 | |
| 2    Q.   Okay.  So --                                   12:17 | |
| 3    A.   Just now.                                      12:17 | |
| 4    Q.   I'm sorry.  Tell us.  What did he say?         12:17 | |
| 5    A.   He said --                                     12:17 | |
| 6    MR. GRENDI:  Objection.  I just want to --          12:17 | |
| 7  hold on.  I want to go the record.  He didn't listen  12:17 | |
| 8  to the whole video.  So he's testifying as to what he 12:17 | |
| 9  heard so far in the video.                            12:17 | |
| 10    MR. GREIM:  I agree.  I agree.                      12:17 | |
| 11    THE WITNESS:  Yeah.  Just the beginning part,      12:17 | |
| 12  he specifically -- the interview -- the reporter      12:17 | |
| 13  asked him what instruction they give you.  He         12:17 | |
| 14  explained, basically, don't expose, you know, the     12:17 | |
| 15  high-ranking government officials', you know,         12:17 | |
| 16  corruption and don't use her Twitter, expose the      12:17 | |
| 17  dirt.                                                 12:18 | |
| 18    That's basically it.  That's the instruction.      12:18 | |
| 19  BY MR. GREIM:                                         12:18 | |
| 20    Q.   And do you know when Guo Wengui last          12:18 | |
| 21  exposed dirt on a high-ranking public officials?      12:18 | |
| 22    MR. GAVENMAN:  Objection.                           12:18 | |

Page 119

| | |
|---|---|
| 1    MR. GRENDI:  Objection to form.                     12:18 | |
| 2    THE WITNESS:  I don't specifically know that.       12:18 | |
| 3  BY MR. GREIM:                                          12:18 | |
| 4    Q.   Did he do it after this?                       12:18 | |
| 5    MR. GRENDI:  Objection.                              12:18 | |
| 6    MR. GAVENMAN:  Objection.                            12:18 | |
| 7    THE WITNESS:  I think there's plenty he did         12:18 | |
| 8  after that, but I just didn't follow whatever he       12:18 | |
| 9  said.                                                  12:18 | |
| 10  BY MR. GREIM:                                         12:18 | |
| 11    Q.   And your testimony is that you have no        12:18 | |
| 12  knowledge of any other contacts -- well, let me       12:18 | |
| 13  strike that.                                          12:18 | |
| 14    You have no knowledge of any contacts that Guo     12:18 | |
| 15  or anyone working on his behalf had with the Chinese  12:18 | |
| 16  Government after August of 2017?                      12:18 | |
| 17    MR. GRENDI:  Objection.                             12:18 | |
| 18    MR. GAVENMAN:  Objection, form.                     12:19 | |
| 19    THE WITNESS:  August of 2017?  No.                  12:19 | |
| 20  BY MR. GREIM:                                         12:19 | |
| 21    Q.   And do you know that he did not have          12:19 | |
| 22  contacts with the Chinese Government after August of  12:19 | |

Page 120

| | |
|---|---|
| 1  2017?                                                  12:19 | |
| 2    MR. GAVENMAN:  Objection.                            12:19 | |
| 3    MR. GRENDI:  Objection.                              12:19 | |
| 4    THE WITNESS:  I don't have any knowledge            12:19 | |
| 5  whether he has or have not.                            12:19 | |
| 6  BY MR. GREIM:                                          12:19 | |
| 7    Q.   Do you know whether it's true that Mr.         12:19 | |
| 8  Guo has been unable to move money from Hong Kong       12:19 | |
| 9  after he began speaking out as a dissident?            12:19 | |
| 10    MR. GAVENMAN:  Objection.                           12:20 | |
| 11    MR. GRENDI:  Objection.                             12:20 | |
| 12    MR. GAVENMAN:  Form and asked and answered,        12:20 | |
| 13  I'm fairly certain.                                   12:20 | |
| 14    You can answer, but it's been asked before.        12:20 | |
| 15    THE WITNESS:  Okay.  I don't have that             12:20 | |
| 16  knowledge.                                            12:20 | |
| 17  BY MR. GREIM:                                          12:20 | |
| 18    Q.   Have you advised Mr. Guo on any              12:20 | |
| 19  statements that he or his attorney has made in the    12:20 | |
| 20  press about this case?                                12:20 | |
| 21    A.   About this particular case, no.               12:20 | |
| 22    MR. GRENDI:  Objection.                             12:20 | |

Page 121

31 (Pages 118 to 121)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1  THE WITNESS:  And except at the very | 12:20 |
| 2  beginning, I advised him not to go forward with the | 12:20 |
| 3  lawsuit. | 12:20 |
| 4  BY MR. GREIM: | 12:20 |
| 5  Q.  Okay.  Let's forge ahead.  The very -- | 12:20 |
| 6  did there come a time when you had a meeting just | 12:20 |
| 7  with French Wallop and Mike Waller -- | 12:20 |
| 8  A.  Uh-huh. | 12:20 |
| 9  Q.  -- before Mr. Guo was present? | 12:20 |
| 10  A.  I don't have recollection. | 12:21 |
| 11  Q.  Okay.  Do you recall -- | 12:21 |
| 12  A.  We might. | 12:21 |
| 13  Q.  Okay.  Well, do you recall having a | 12:21 |
| 14  meeting with them in order to determine whether you | 12:21 |
| 15  felt comfortable connecting Strategic Vision to Mr. | 12:21 |
| 16  Guo? | 12:21 |
| 17  A.  I don't recall that, but I always | 12:21 |
| 18  caution all the people I introduce to Miles and | 12:21 |
| 19  including Hudson, that Miles, some of what he exposed | 12:21 |
| 20  is verified.  Some is not verified and comes from the | 12:21 |
| 21  Chinese, you know, communist system and you never | 12:21 |
| 22  know, you know, what to expect. | 12:21 |

Page 122

| | |
|---|---|
| 1  A.  Yeah. | 12:23 |
| 2  Q.  -- I'm really referring to either French | 12:23 |
| 3  Wallop or Mike Waller.  Okay? | 12:23 |
| 4  A.  Yes. | 12:23 |
| 5  Q.  So did you give them any other cautions | 12:23 |
| 6  about Mr. Guo? | 12:23 |
| 7  A.  I don't recall.  I probably did say | 12:23 |
| 8  something, yeah, because as I said, I warned on both | 12:23 |
| 9  sides to be cautious as they move forward. | 12:23 |
| 10  Q.  Because in October or November of 2017, | 12:23 |
| 11  you had only known Mr. Guo for a few months. | 12:23 |
| 12  Correct? | 12:23 |
| 13  A.  Correct. | 12:23 |
| 14  Q.  And at that time, did you have some | 12:23 |
| 15  doubt about whether everything he had told you was | 12:23 |
| 16  true? | 12:23 |
| 17  MR. GRENDI:  Objection to form. | 12:23 |
| 18  MR. GAVENMAN:  Objection. | 12:23 |
| 19  THE WITNESS:  I do have some doubt, but I | 12:23 |
| 20  think what he's done, the whistle-blowing, is very | 12:24 |
| 21  significant, is very disruptive to Chinese Communist | 12:24 |
| 22  regime.  So based on that, I was there to help. | 12:24 |

Page 124

| | |
|---|---|
| 1  I did caution them.  At the same time, I also | 12:21 |
| 2  cautioned Miles.  I have never deal with Mike French | 12:22 |
| 3  in a business transaction.  So I didn't know if they | 12:22 |
| 4  are -- you know, they can do whatever they can do. | 12:22 |
| 5  So I warned both sides. | 12:22 |
| 6  Q.  And just so the testimony is clear, at | 12:22 |
| 7  the beginning of your answer, did you say that Mr. | 12:22 |
| 8  Guo came from the Chinese Communist system? | 12:22 |
| 9  MR. GRENDI:  Objection. | 12:22 |
| 10  MR. GAVENMAN:  Objection. | 12:22 |
| 11  THE WITNESS:  Come from -- everybody in China | 12:22 |
| 12  comes out of the rule, the system of the CCP.  That's | 12:22 |
| 13  my meaning. | 12:22 |
| 14  BY MR. GREIM: | 12:22 |
| 15  Q.  Did you give Strategic Vision -- and by | 12:22 |
| 16  the way, when I say Strategic Vision -- | 12:22 |
| 17  A.  I don't want to see your message. | 12:22 |
| 18  Q.  Oh, you're right.  You get to see | 12:22 |
| 19  everything here. | 12:23 |
| 20  [Witness views computer screen.] | 12:23 |
| 21  BY MR. GREIM: | 12:23 |
| 22  Q.  When I say Strategic Vision -- | 12:23 |

Page 123

| | |
|---|---|
| 1  BY MR. GREIM: | 12:24 |
| 2  Q.  And that was your state of mind at the | 12:24 |
| 3  time you introduced Mr. Guo to Strategic Vision? | 12:24 |
| 4  A.  Correct. | 12:24 |
| 5  Q.  Did you convey that -- did you convey | 12:24 |
| 6  those thoughts to Strategic Vision? | 12:24 |
| 7  MR. GRENDI:  Objection to form. | 12:24 |
| 8  MR. GAVENMAN:  Objection. | 12:24 |
| 9  THE WITNESS:  I think I did, because I said | 12:24 |
| 10  some of what he said is not verifiable.  You cannot | 12:24 |
| 11  verify it at the time and some, indeed, has been | 12:24 |
| 12  verified like HNA. | 12:24 |
| 13  BY MR. | 12:24 |
| 14  Q.  Did they include his attendance at the | 12:24 |
| 15  Tieneman Square massacre? | 12:24 |
| 16  MR. GRENDI:  Objection. | 12:24 |
| 17  MR. GAVENMAN:  Objection, form, privilege, | 12:24 |
| 18  we've established.  He's not answering that question. | 12:25 |
| 19  THE WITNESS:  I'm not answering that | 12:25 |
| 20  question, yeah. | 12:25 |
| 21  BY MR. GREIM: | 12:25 |
| 22  Q.  Did you advise Strategic Vision that it | 12:25 |

Page 125

32 (Pages 122 to 125)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | should obtain a deposit from Mr. Guo? | 12:25 |
| 2 | MR. GRENDI:  Objection. | 12:25 |
| 3 | THE WITNESS:  I don't recall that.  I might. | 12:25 |
| 4 | I might have. | 12:25 |
| 5 | BY MR. GREIM: | 12:25 |
| 6 | Q.   At that point, by, let's say, November | 12:25 |
| 7 | of 2017, were you aware of concerns with Mr. Guo not | 12:25 |
| 8 | paying everyone he had hired to do specific tasks? | 12:25 |
| 9 | MR. GRENDI:  Objection. | 12:25 |
| 10 | MR. GAVENMAN:  Objection. | 12:25 |
| 11 | THE WITNESS:  No. | 12:25 |
| 12 | BY MR. GREIM: | 12:25 |
| 13 | Q.   So other than your statement about Mr. | 12:25 |
| 14 | Guo, what did you -- what, if anything, did you tell | 12:26 |
| 15 | Strategic Vision about potential projects for Guo? | 12:26 |
| 16 | A.   Say that again. | 12:26 |
| 17 | Q.   Let me just -- it was a confusing | 12:26 |
| 18 | question. | 12:26 |
| 19 | In your very first meeting with Strategic | 12:26 |
| 20 | Vision -- | 12:26 |
| 21 | A.   Yeah. | 12:26 |
| 22 | Q.   -- what, if anything, did you tell | 12:26 |

Page 126

| | | |
|---|---|---|
| 1 | Strategic Vision about projects that Guo needed done? | 12:26 |
| 2 | A.   I don't remember exactly the first | 12:26 |
| 3 | meeting, what we discussed.  I think the idea come to | 12:26 |
| 4 | me to investigate through some conventional way, that | 12:26 |
| 5 | was later, probably later on, not the first meeting. | 12:26 |
| 6 | The first meeting was focused on how they can help | 12:27 |
| 7 | the communication, the P.R., but I don't remember | 12:27 |
| 8 | exactly when, you know. | 12:27 |
| 9 | Q.   Did Strategic Vision bring any documents | 12:27 |
| 10 | to that first meeting? | 12:27 |
| 11 | A.   Yes.  There is a proposal that I | 12:27 |
| 12 | obtained pre -- before the meeting. | 12:27 |
| 13 | Q.   Okay. | 12:27 |
| 14 | A.   To offer their services, specific | 12:27 |
| 15 | services. | 12:27 |
| 16 | Q.   Did you share that proposal with Mr. | 12:27 |
| 17 | Guo? | 12:27 |
| 18 | A.   I think I did. | 12:27 |
| 19 | Q.   Did you share it with Mr. Gertz? | 12:27 |
| 20 | A.   It had come from Gertz. | 12:27 |
| 21 | Q.   Okay. | 12:27 |
| 22 | A.   And I forwarded it to Miles.  I don't | 12:27 |

Page 127

| | | |
|---|---|---|
| 1 | think he read it, because his English was not good at | 12:27 |
| 2 | the time. | 12:27 |
| 3 | Q.   So you didn't translate it for him? | 12:27 |
| 4 | A.   No. | 12:27 |
| 5 | Q.   Do you recall what Strategic Vision's | 12:27 |
| 6 | initial proposal was? | 12:28 |
| 7 | A.   I don't remember, but I think mostly | 12:28 |
| 8 | it's how to help him, media strategy, communication | 12:28 |
| 9 | strategy, that sort of thing. | 12:28 |
| 10 | Q.   Okay.  Do you remember where that | 12:28 |
| 11 | meeting was?  I know your memory is not good of the | 12:28 |
| 12 | very first meeting, but do you remember where you | 12:28 |
| 13 | would have met French and Michael? | 12:28 |
| 14 | A.   I don't know where that meeting, the | 12:28 |
| 15 | first meeting, I met with them, whether it was before | 12:28 |
| 16 | we go to New York or, you know, we met in New York. | 12:28 |
| 17 | So but definitely, the first -- the meeting we had, I | 12:28 |
| 18 | remember is in New York, the apartment of Miles Kwok. | 12:28 |
| 19 | Q.   Was it around Thanksgiving? | 12:29 |
| 20 | A.   It's November, yeah, during the time.  I | 12:29 |
| 21 | don't know if it's, you know, Thanksgiving or close | 12:29 |
| 22 | to Thanksgiving. | 12:29 |

Page 128

| | | |
|---|---|---|
| 1 | MR. GREIM:  All right.  It is now about | 12:29 |
| 2 | 12:30.  Why don't we -- I know we just took a break | 12:29 |
| 3 | about an hour ago.  So why don't we take another | 12:29 |
| 4 | break for lunch.  Let's make it like 45 minutes and | 12:29 |
| 5 | then we'll come back and just march through the | 12:29 |
| 6 | documents. | 12:29 |
| 7 | Does that make sense? | 12:29 |
| 8 | MR. GAVENMAN:  Sounds good. | 12:29 |
| 9 | MR. GREIM:  Okay.  Very good. | 12:29 |
| 10 | VIDEOGRAPHER:  Going off the record.  The | 12:29 |
| 11 | time is now 12:31 p.m. | 12:29 |
| 12 | [Whereupon, at 12:31 p.m., a lunch recess was | 12:29 |
| 13 | taken, to reconvene at 1:15 p.m. this same day.] | 12:29 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

Page 129

33 (Pages 126 to 129)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | Page 130 |
|---|---|
| 1 | A F T E R N O O N   S E S S I O N   12:29 |
| 2 | VIDEOGRAPHER:  We are back on the record. 13:20 |
| 3 | The time is now 1:22 p.m. 13:20 |
| 4 | MR. GREIM:  Let the record reflect the thumb 13:20 |
| 5 | drive from which I played two video clips that the 13:21 |
| 6 | witness viewed has been marked as Han Exhibit 7. 13:21 |
| 7 | We'll just keep this with the original exhibits, for 13:21 |
| 8 | now at least. 13:21 |
| 9 | [Han Exhibit No. 7 was 13:21 |
| 10 | marked for identification.] 13:21 |
| 11 | FURTHER EXAMINATION BY COUNSEL FOR 13:21 |
| 12 | DEFENDANT/COUNTERCLAIM PLAINTIFF 13:21 |
| 13 | BY MR. GREIM: 13:21 |
| 14 | Q.   Okay.  So, Mr. Han, earlier, we talked 13:21 |
| 15 | about a proposal that Strategic Vision had given to 13:21 |
| 16 | Mr. Gertz, who then gave it to you.  Do you recall that? 13:21 |
| 17 | A.   Yes. 13:21 |
| 18 | MR. GREIM:  I'm going to show you what we are 13:21 |
| 19 | marking as Exhibit 8. 13:21 |
| 20 | [Han Exhibit No. 8 was 13:21 |
| 21 | marked for identification.] 13:21 |
| 22 | MR. GREIM:  I'm going to ask you take a look 13:21 |

**Page 130**

| | Page 131 |
|---|---|
| 1 | at that and see if you recognize this document.  It's 13:21 |
| 2 | Bates labeled SVU77 to 79, and the top of the page 13:21 |
| 3 | says "Vision". 13:22 |
| 4 | There's also handwriting in the upper 13:22 |
| 5 | right-hand corner that says "1st Mtg w/Guo". 13:22 |
| 6 | [Witness peruses exhibit.] 13:22 |
| 7 | MR. GRENDI:  Can you repeat what the question 13:22 |
| 8 | is? 13:22 |
| 9 | THE WITNESS:  Did you ask me a question? 13:22 |
| 10 | BY MR. GREIM: 13:22 |
| 11 | Q.   All right.  So, Mr. -- do you recognize 13:22 |
| 12 | this document, Mr. Han? 13:22 |
| 13 | A.   Yeah.  It looks like the original.  Yes. 13:23 |
| 14 | Q.   And I'll just ask you, if look at the 13:23 |
| 15 | very first paragraph, it says:  "This is a vision 13:23 |
| 16 | from Mr. G." 13:23 |
| 17 | Is that Mr. Guo? 13:23 |
| 18 | A.   Yes. 13:23 |
| 19 | Q.   "To remain safely in this country and 13:23 |
| 20 | accomplish his mission back home." 13:23 |
| 21 | And then it presents a three-year roadmap to 13:23 |
| 22 | enable him to accomplish his immediate objectives of 13:23 |

**Page 131**

| | Page 132 |
|---|---|
| 1 | not being forced to leave and lay out his long-term 13:23 |
| 2 | objectives of guiding historic change in his 13:23 |
| 3 | homeland.  Did I read that right? 13:23 |
| 4 | A.   Yes. 13:23 |
| 5 | Q.   And are those the objectives that, even 13:23 |
| 6 | apart from the Strategic Vision work, you were trying 13:23 |
| 7 | to advise Mr. Guo on? 13:23 |
| 8 | MR. GRENDI:  Objection. 13:23 |
| 9 | MR. GAVENMAN:  Objection. 13:23 |
| 10 | THE WITNESS:  Yes. 13:23 |
| 11 | BY MR. GREIM: 13:23 |
| 12 | Q.   Now, did you translate for Mr. Guo? 13:23 |
| 13 | A.   I don't think so.  I gave him a rough 13:24 |
| 14 | idea about what was proposed. 13:24 |
| 15 | Q.   And would you agree with me that most of 13:24 |
| 16 | this document deals with, for lack of a better word, 13:24 |
| 17 | public relations? 13:24 |
| 18 | A.   Pretty much, yes. 13:24 |
| 19 | Q.   Or maybe, better, it would be public 13:24 |
| 20 | communications? 13:24 |
| 21 | A.   I think it's public image.  Also, if you 13:24 |
| 22 | look at the layout, help him to accomplish his 13:24 |

**Page 132**

| | Page 133 |
|---|---|
| 1 | objectives here, and I would say my perception at the 13:24 |
| 2 | beginning is the P.R., you know, strategic P.R. 13:24 |
| 3 | Q.   What was Mr. Guo's reaction after you 13:24 |
| 4 | summarized this? 13:24 |
| 5 | A.   I don't remember specifically what he 13:24 |
| 6 | reacted to it, how he reacted to it.  I have no 13:25 |
| 7 | recollection. 13:25 |
| 8 | Q.   Well, after you reviewed it, what was 13:25 |
| 9 | your reaction to it? 13:25 |
| 10 | A.   I think this is, you know, for me, he 13:25 |
| 11 | needs someone to steer him through this media world, 13:25 |
| 12 | focused world.  I think he needs someone to help him. 13:25 |
| 13 | You know, that's just my understanding.  I 13:25 |
| 14 | think this is perfect for him as well. 13:25 |
| 15 | Q.   At this point in time, did Mr. Guo have 13:25 |
| 16 | Guo Media yet? 13:25 |
| 17 | A.   No. 13:25 |
| 18 | MR. GRENDI:  Objection. 13:25 |
| 19 | MR. GAVENMAN:  Objection. 13:25 |
| 20 | THE WITNESS:  No. 13:25 |
| 21 | BY MR. GREIM: 13:25 |
| 22 | Q.   Have you heard of something called Guo 13:25 |

**Page 133**

34 (Pages 130 to 133)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Media? | 13:25 |
| 2 | A.   No. | 13:25 |
| 3 | Q.   Oh.  You've never heard of that? | 13:25 |
| 4 | A.   I heard of Guo Media, yeah. | 13:26 |
| 5 | Q.   What is it? | 13:26 |
| 6 | A.   That's his, Miles, his media platform, I | 13:26 |
| 7 | think probably set up in 2018. | 13:26 |
| 8 | Q.   Would it surprise you to learn that Mr. | 13:26 |
| 9 | Guo doesn't know who owns Guo Media? | 13:26 |
| 10 | MR. GAVENMAN:  Objection. | 13:26 |
| 11 | MR. GRENDI:  Objection. | 13:26 |
| 12 | THE WITNESS:  Nothing surprises me anymore. | 13:26 |
| 13 | MR. GREIM:  All right.  I'm now going to hand | 13:26 |
| 14 | you what's marked as Han Exhibit 9. | 13:26 |
| 15 | [Han Exhibit No. 9 was | 13:26 |
| 16 | marked for identification.] | 13:26 |
| 17 | MR. GREIM:  Sorry, guys.  I'm just handing | 13:26 |
| 18 | them over across for your own internal distribution. | 13:26 |
| 19 | MR. GRENDI:  That's fine. | 13:26 |
| 20 | MR. GREIM:  You'll see this is a four-page | 13:26 |
| 21 | document Bates labeled SVUS000080 to 83, and it says | 13:27 |
| 22 | "Three-Year Timeline at the top.  Please take a | 13:27 |

Page 134

| | | |
|---|---|---|
| 1 | second to review it, Mr. Han. | 13:27 |
| 2 | [Witness peruses exhibit.] | 13:27 |
| 3 | THE WITNESS:  Yeah. | 13:28 |
| 4 | BY MR. GREIM: | 13:28 |
| 5 | Q.   Have you seen this document before? | 13:28 |
| 6 | A.   I might have.  I have some recollection, | 13:28 |
| 7 | but it's not as clear as this one. | 13:28 |
| 8 | Q.   Well, if you look at the strategic | 13:28 |
| 9 | objectives in the very beginning, the five bullet | 13:28 |
| 10 | points, while there are five bullet points, do they | 13:28 |
| 11 | seem similar to the objectives identified in Exhibit | 13:28 |
| 12 | 8? | 13:28 |
| 13 | MR. GRENDI:  Objection. | 13:28 |
| 14 | MR. GAVENMAN:  Objection. | 13:28 |
| 15 | THE WITNESS:  Yeah. | 13:29 |
| 16 | BY MR. GREIM: | 13:29 |
| 17 | Q.   And you'll see down under "Personal | 13:29 |
| 18 | Presence", it says:  "Create a personal presence in | 13:29 |
| 19 | Washington." | 13:29 |
| 20 | And then it goes on.  Do you see that? | 13:29 |
| 21 | A.   Yes. | 13:29 |
| 22 | Q.   On the very first page? | 13:29 |

Page 135

| | | |
|---|---|---|
| 1 | A.   Yes. | 13:29 |
| 2 | Q.   And then it mentions a Washington | 13:29 |
| 3 | residence to show purpose and power and provide | 13:29 |
| 4 | hospitality? | 13:29 |
| 5 | A.   Yes. | 13:29 |
| 6 | Q.   Now, do you recall being involved in | 13:29 |
| 7 | discussions between Strategic Vision and Mr. Guo | 13:29 |
| 8 | about Washington, a Washington residence? | 13:29 |
| 9 | A.   I think so.  I remember that. | 13:29 |
| 10 | Q.   And do you recall, in fact, Mr. Guo | 13:29 |
| 11 | talking to Strategic Vision about real estate | 13:29 |
| 12 | purchases both in Washington and in New York? | 13:29 |
| 13 | MR. GRENDI:  Objection. | 13:29 |
| 14 | THE WITNESS:  Yes.  I think so. | 13:29 |
| 15 | BY MR. GREIM: | 13:29 |
| 16 | Q.   For example, do you recall that they | 13:29 |
| 17 | discussed even buying the former home of David | 13:29 |
| 18 | Rockefeller in New York? | 13:29 |
| 19 | A.   I didn't remember who initiated it, but | 13:30 |
| 20 | I think there is such a discussion. | 13:30 |
| 21 | Q.   And were the discussions about real | 13:30 |
| 22 | estate and offices mixed in with the discussions | 13:30 |

Page 136

| | | |
|---|---|---|
| 1 | about public campaign? | 13:30 |
| 2 | MR. GAVENMAN:  Objection, form. | 13:30 |
| 3 | MR. GRENDI:  Objection. | 13:30 |
| 4 | THE WITNESS:  Yeah.  It's hard for me to | 13:30 |
| 5 | remember exactly.  I think maybe they were separate | 13:30 |
| 6 | times or they were all together, yeah.  Because it's | 13:30 |
| 7 | part of the package, it might have yeah, more likely. | 13:30 |
| 8 | BY MR. GREIM: | 13:30 |
| 9 | Q.   Okay.  So they were discussed at the | 13:30 |
| 10 | same time? | 13:30 |
| 11 | MR. GRENDI:  Objection. | 13:30 |
| 12 | THE WITNESS:  You know, sometimes when you | 13:30 |
| 13 | talk about real estate, I think they're purely | 13:30 |
| 14 | focused on real estate and not mentioned about some | 13:30 |
| 15 | other part.  I mean, just sometimes, that might be | 13:30 |
| 16 | mixed.  So I don't recall specific events. | 13:30 |
| 17 | BY MR. GREIM: | 13:31 |
| 18 | Q.   It's hard to generalize? | 13:31 |
| 19 | A.   Correct. | 13:31 |
| 20 | Q.   Okay.  Now, if you notice, in these four | 13:31 |
| 21 | pages, there's still no discussion of a research | 13:31 |
| 22 | project.  Do you agree with me? | 13:31 |

Page 137

35 (Pages 134 to 137)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

---

**Page 138**

1  A.  Correct.                                              13:31
2  Q.  So let me ask you do you recall when in              13:31
3  these discussions a research project actually began       13:31
4  to be discussed?                                          13:31
5  A.  I didn't remember, but I know for a fact             13:31
6  I was the one who talked Miles into this.  I              13:31
7  discussed with Mike and French to initiate this           13:31
8  research project.                                         13:31
9  Q.  So I'm going to make sure I understand                13:31
10  your testimony.                                          13:31
11  A.  Yes.                                                 13:31
12  Q.  You -- did the research -- was the                   13:31
13  research project discussed between you and French and    13:32
14  Mike before it was discussed with Mr. Guo?               13:32
15  A.  I didn't remember --                                 13:32
16  MR. GAVENMAN:  Form.                                     13:32
17  THE WITNESS:  -- which comes first, but I                13:32
18  come up with the idea, I believe to continue to          13:32
19  disrupt the Communist regime, we need sustainable        13:32
20  fact-based, evidence-based exposure of Chinese           13:32
21  corruption.  So I thought, you know, this project        13:32
22  could fill into that and I discussed with -- I don't     13:32

**Page 139**

1  know who I discussed first, because I didn't know        13:32
2  there -- first, I think maybe I discussed with Mike      13:32
3  and French whether they have the capability to do        13:32
4  this, because in our conversation about these two        13:32
5  projects or, I mean, these two proposals, I              13:32
6  mentioned, I asked -- you know, they talked about        13:33
7  their accreditation for doing stuff for government,      13:33
8  for contracts, for some other issues.  I felt maybe I    13:33
9  asked them whether they have the capability to do        13:33
10  this type of research, and they gave me -- you know,    13:33
11  they confirmed that they could have.                    13:33
12  So I went back to Miles and said why don't we           13:33
13  expand this proposal, do some research on those         13:33
14  corrupt officials; once we have solid evidence, we      13:33
15  can expose them.  So that's how it started.             13:33
16  Q.  Now, when you made this proposal to Mr.             13:33
17  Guo, did you have in mind yet which officials should    13:33
18  be targeted?                                             13:33
19  A.  No, but I was -- mainly, I think we                  13:33
20  understand the top officials.                            13:33
21  Q.  Okay.  By the way, did Mr. Gertz play a             13:34
22  role in coming up with the idea of research?            13:34

**Page 140**

1  A.  No.  It was purely my responsibility.               13:34
2  Q.  So do you know where -- well, let me                 13:34
3  back up.                                                 13:34
4  Do you understand that the initial research             13:34
5  was to occur on a set of 15 names?                       13:34
6  A.  That was the nature, I think,                        13:34
7  originally.  I don't know what names would be will.     13:34
8  Q.  It was more amorphous at the beginning?             13:34
9  A.  Correct.                                             13:34
10  MR. GRENDI:  Objection.                                 13:34
11  MR. GREIM:  Well, let's see.  I'm going to              13:34
12  now show you what we're going to mark as Exhibit 10.    13:34
13  [Han Exhibit No. 10 was                                 13:34
14  marked for identification.]                             13:34
15  MR. GREIM:  Wait a minute.  This is a set               13:35
16  of texts involving you, and I see -- let me make sure I  13:35
17  didn't --                                               13:35
18  MR. GRENDI:  You've got notes on one of them?          13:35
19  MR. GREIM:  I thought I did.  Maybe not.               13:35
20  Maybe I don't.                                          13:35
21  MR. GRENDI:  Just for the record, this is the          13:35
22  document you produced to me last night, you produced   13:35

**Page 141**

1  to Eastern Profit last night?                            13:35
2  THE WITNESS:  Correct.  This is a -- these              13:35
3  are Bates numbered SVUS001842 to 1903 and they began    13:35
4  in November 12, 2017 and they go to July 15, 2018.      13:36
5  MR. GAVENMAN:  Do you have a copy for me?               13:36
6  MR. GREIM:  Unfortunately, I only have three            13:36
7  copies.  I was thinking there was something wrong        13:36
8  here.  So if you don't mind, if you guys can share.     13:36
9  I'm sorry.  I'm missing one copy of that set.           13:36
10  I hope that's not going to be the case for -- I've      13:36
11  got other -- for some reason, we're missing one copy.   13:36
12  I know what happened.  I know what happened.            13:36
13  [Discussion held off the record.]                       13:37
14  MR. GREIM:  This is the only one like this.             13:37
15  So I'm sorry, everybody.                                13:37
16  BY MR. GREIM:                                           13:37
17  Q.  Okay.  So I will represent to you that             13:37
18  this is a compendium of your texts with French Wallop   13:37
19  and you'll see that they begin on November 12th.        13:37
20  A.  Yes.                                                13:37
21  Q.  My question for you, by the way, os did            13:37
22  you first meet French at lunch at her home with Bill    13:37

**36 (Pages 138 to 141)**

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Gertz before Mr. Waller was there?  Do you recall | 13:38 |
| 2 | that? | 13:38 |
| 3 | A.   I don't. | 13:38 |
| 4 | Q.   Okay.  Well, you'll see that you are | 13:38 |
| 5 | writing to her on -- in the morning of the 12th and | 13:38 |
| 6 | you say: "Hi, French.  Great meeting you.  I talked | 13:38 |
| 7 | with Miles and he's eager to meet you.  He wants to | 13:38 |
| 8 | invite you to Mar a Lago now, but I think it's better | 13:38 |
| 9 | to wait until I come back from Japan." | 13:38 |
| 10 | And then you're proposing a meeting on the | 13:38 |
| 11 | following week, on November the 19th.  Do you see | 13:38 |
| 12 | that? | 13:38 |
| 13 | A.   Right. | 13:38 |
| 14 | MR. GRENDI:  Objection. | 13:38 |
| 15 | BY MR. GREIM: | 13:38 |
| 16 | Q.   And you mention real estate.  Correct? | 13:38 |
| 17 | A.   Um-hum. | 13:38 |
| 18 | MR. GRENDI:  Objection. | 13:38 |
| 19 | BY MR. GREIM: | 13:38 |
| 20 | Q.   And you say:  "His priority is the | 13:38 |
| 21 | building opposite the Treasury." | 13:38 |
| 22 | A.   Um-hum. | 13:38 |

Page 142

| | | |
|---|---|---|
| 1 | Q.   Okay.  So by this point, do you believe | 13:38 |
| 2 | you at least met French Wallop? | 13:38 |
| 3 | A.   Yeah.  I might have. | 13:38 |
| 4 | Q.   And you already talked to Mr. Guo about | 13:38 |
| 5 | her? | 13:38 |
| 6 | A.   Yes. | 13:38 |
| 7 | Q.   Let's forge ahead here.  Then you see he | 13:38 |
| 8 | she wrote you back, your report back about Japan. | 13:38 |
| 9 | You say: "Steve Bannon stirred up things here.  I am | 13:39 |
| 10 | happy." | 13:39 |
| 11 | Did I read that right? | 13:39 |
| 12 | A.   Yes. | 13:39 |
| 13 | Q.   Let's continue marching on, and if you | 13:39 |
| 14 | look at around November 20th, do you see that you're | 13:39 |
| 15 | setting -- | 13:39 |
| 16 | A.   Where is the 20th? | 13:39 |
| 17 | Q.   Oh.  It's SVUS001844. | 13:39 |
| 18 | A.   44? | 13:39 |
| 19 | Q.   Um-hum.  You got ahead of us a little | 13:39 |
| 20 | bit there. | 13:39 |
| 21 | A.   Yes. | 13:39 |
| 22 | Q.   All right.  So do you see that French | 13:39 |

Page 143

| | | |
|---|---|---|
| 1 | Wallop there is asking that the lunch be pushed back | 13:39 |
| 2 | to one? | 13:40 |
| 3 | A.   Um-hum. | 13:40 |
| 4 | Q.   I'm sorry.  I'm sorry.  I take that | 13:40 |
| 5 | back.  You see that you're asking that the lunch be | 13:40 |
| 6 | pushed back because Bannon wants an urgent meeting at | 13:40 |
| 7 | 11:30? | 13:40 |
| 8 | A.   Yes. | 13:40 |
| 9 | Q.   And by the way, was it common around | 13:40 |
| 10 | this time for Bannon to have, you know, meetings with | 13:40 |
| 11 | Mr. Guo? | 13:40 |
| 12 | MR. GAVENMAN:  Objection. | 13:40 |
| 13 | MR. GRENDI:  Objection. | 13:40 |
| 14 | THE WITNESS:  Say that again. | 13:40 |
| 15 | BY MR. GREIM: | 13:40 |
| 16 | Q.   Was it common around this time for | 13:40 |
| 17 | Bannon to have meetings with Mr. Guo? | 13:40 |
| 18 | MR. GAVENMAN:  Objection. | 13:40 |
| 19 | MR. GRENDI:  Objection. | 13:40 |
| 20 | THE WITNESS:  Common?  What do you mean, | 13:40 |
| 21 | common? | 13:40 |
| 22 | BY MR. GREIM: | 13:40 |

Page 144

| | | |
|---|---|---|
| 1 | Q.   Was it a -- | 13:40 |
| 2 | A.   Common practice? | 13:40 |
| 3 | Q.   Yeah.  Did it happen on a regular basis? | 13:40 |
| 4 | A.   No, but Steve Bannon is very | 13:40 |
| 5 | unpredictable.  His schedule is always messed up. | 13:40 |
| 6 | Always, we have to accommodate him.  So that's | 13:40 |
| 7 | common. | 13:40 |
| 8 | Q.   I see.  If you go on now to page 45, | 13:40 |
| 9 | you'll see that Ms. Wallop asked that you not | 13:40 |
| 10 | disclose their identities to Mr. Bannon. | 13:41 |
| 11 | A.   Correct. | 13:41 |
| 12 | Q.   And you say, in fact, Mr. Guo does not | 13:41 |
| 13 | know her name yet. | 13:41 |
| 14 | A.   Correct. | 13:41 |
| 15 | Q.   And does that sound right, that you did | 13:41 |
| 16 | not disclose her name? | 13:41 |
| 17 | A.   I didn't, yeah, because French asked me | 13:41 |
| 18 | not to mention their names at all.  At the early | 13:41 |
| 19 | stage, I didn't.  Steve Bannon even didn't know they | 13:41 |
| 20 | were going to be in that meeting at one o'clock. | 13:41 |
| 21 | Q.   Okay.  Very good.  If you -- let's flip | 13:41 |
| 22 | ahead now to 1852. | 13:41 |

Page 145

37 (Pages 142 to 145)

Lianchao Han - Confidential
August 28, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.   52? | 13:41 |
| 2 | Q.   Um-hum.  We're now into December 3rd. | 13:41 |
| 3 | A.   Yes. | 13:41 |
| 4 | Q.   Do you see that you are being sent by | 13:41 |
| 5 | Ms. Wallop, it looks like, a Hotel Washington | 13:42 |
| 6 | property? | 13:42 |
| 7 | A.   Um-hum. | 13:42 |
| 8 | Q.   Do you remember discussing that | 13:42 |
| 9 | property? | 13:42 |
| 10 | A.   No. | 13:42 |
| 11 | Q.   All right. | 13:42 |
| 12 | A.   There's just so many properties being | 13:42 |
| 13 | discussed. | 13:42 |
| 14 | Q.   Okay.  Do you remember at this time -- I | 13:42 |
| 15 | know there's not a lot of detail in these texts, but | 13:43 |
| 16 | do you remember whether the idea of a research | 13:43 |
| 17 | project had begun to be discussed by early December? | 13:43 |
| 18 | A.   I don't think so, not in this meeting. | 13:43 |
| 19 | Q.   Okay. | 13:43 |
| 20 | A.   Because we just set up a preliminary | 13:43 |
| 21 | meeting, first meeting. | 13:43 |
| 22 | Q.   Okay.  And did it appear to you based on | 13:43 |

Page 146

| | | |
|---|---|---|
| 1 | the earlier text that maybe the very initial meeting, | 13:43 |
| 2 | at least involving you and Strategic Vision, would | 13:43 |
| 3 | have been around Thanksgiving, in late November? | 13:43 |
| 4 | A.   Yeah.  About that time, yeah.  I just | 13:43 |
| 5 | don't know exactly.  I would say -- did I mention | 13:43 |
| 6 | here 17, that Bannon meeting?  That's the date they | 13:43 |
| 7 | first met, I think. | 13:43 |
| 8 | Remember here, where it says Bannon had a | 13:43 |
| 9 | meeting at 11:30, that pushed back to one o'clock? | 13:43 |
| 10 | Q.   Oh, right. | 13:44 |
| 11 | A.   So that day should be their first | 13:44 |
| 12 | meeting. | 13:44 |
| 13 | Q.   I see.  So does it look to you like that | 13:44 |
| 14 | was November 20th? | 13:44 |
| 15 | A.   Yes.  So that's the first meeting they | 13:44 |
| 16 | actually met in person. | 13:44 |
| 17 | Q.   And you were there for that meeting? | 13:44 |
| 18 | A.   Yes.  I was there with Steve Bannon and | 13:44 |
| 19 | then with them. | 13:44 |
| 20 | Q.   Then after Bannon left, they came in? | 13:44 |
| 21 | A.   Yes. | 13:44 |
| 22 | Q.   Was a meal served? | 13:44 |

Page 147

| | | |
|---|---|---|
| 1 | A.   I think so, but -- yeah.  I just don't | 13:44 |
| 2 | remember. | 13:44 |
| 3 | Q.   By the way, do people drink alcohol when | 13:44 |
| 4 | meals were served when they met? | 13:44 |
| 5 | A.   Sometimes they do. | 13:44 |
| 6 | MR. GAVENMAN:  Objection, form. | 13:44 |
| 7 | THE WITNESS:  Sometimes they don't.  Steve, I | 13:44 |
| 8 | think Steve didn't want to drink. | 13:44 |
| 9 | BY MR. GREIM: | 13:44 |
| 10 | Q.   Forget about -- I'm sorry.  I don't mean | 13:44 |
| 11 | about Steve Bannon.  I mean -- | 13:45 |
| 12 | A.   In general? | 13:45 |
| 13 | Q.   -- when Strategic Vision met with Mr. | 13:45 |
| 14 | Guo. | 13:45 |
| 15 | MR. GAVENMAN:  Objection. | 13:45 |
| 16 | THE WITNESS:  I think I remember there was | 13:45 |
| 17 | served alcohol, wine. | 13:45 |
| 18 | BY MR. GREIM: | 13:45 |
| 19 | Q.   Okay.  Did Mr. Guo have alcohol in these | 13:45 |
| 20 | meetings? | 13:45 |
| 21 | MR. GAVENMAN:  Objection. | 13:45 |
| 22 | THE WITNESS:  He had some. | 13:45 |

Page 148

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 13:45 |
| 2 | Q.   What do you remember being discussed at | 13:45 |
| 3 | the very first meeting? | 13:45 |
| 4 | A.   Very little.  I think it was more around | 13:45 |
| 5 | like the projects here, the vision stuff. | 13:45 |
| 6 | Q.   If you could skip to page 1854. | 13:45 |
| 7 | A.   54? | 13:45 |
| 8 | Q.   Yeah.  Actually, it's a few pages back | 13:45 |
| 9 | from where we were.  I'm just trying to pin down | 13:45 |
| 10 | other dates of meetings. | 13:45 |
| 11 | A.   Okay. | 13:45 |
| 12 | Q.   And it looks like there's going to be a | 13:45 |
| 13 | meeting that day in New York City. | 13:46 |
| 14 | A.   On December 9? | 13:46 |
| 15 | Q.   Correct. | 13:46 |
| 16 | A.   Um-hum. | 13:46 |
| 17 | Q.   So do you believe -- this is clearly the | 13:46 |
| 18 | second meeting, maybe the third meeting.  Do you | 13:46 |
| 19 | recall? | 13:46 |
| 20 | MR. GRENDI:  Objection. | 13:46 |
| 21 | THE WITNESS:  That, I don't remember exactly. | 13:46 |
| 22 | The first, this is definitely not the first, but I | 13:46 |

Page 149

38 (Pages 146 to 149)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | don't know if it's the second or third or fourth.  13:46 |
| 2 | That, I'm not sure.  13:46 |
| 3 | BY MR. GREIM:  13:46 |
| 4 | Q.   By the way, does Ms. Wallop tend to use  13:46 |
| 5 | emoticons in her text?  13:46 |
| 6 | A.   Say that again.  13:46 |
| 7 | Q.   Does Ms. Wallop tend to use emoticons in  13:46 |
| 8 | her texts?  13:46 |
| 9 | A.   Emoticons is like an emoji?  13:46 |
| 10 | Q.   Emojis, yes.  13:46 |
| 11 | Emoticons, is that even a word?  I think I  13:46 |
| 12 | meant emojis.  I don't even know what an emoticon is.  13:46 |
| 13 | A.   Yeah.  13:46 |
| 14 | Q.   Okay.  If you see -- now let's go ahead  13:46 |
| 15 | now and turn to 1858.  13:47 |
| 16 | A.   58.  13:47 |
| 17 | Q.   And December 16th, there's the long  13:47 |
| 18 | series of texts that runs from the 16th to the 17th.  13:47 |
| 19 | You're advising that you landed back from a trip and  13:47 |
| 20 | there's a -- do you see in green?  Is that commentary  13:47 |
| 21 | from Ms. Wallop?  13:47 |
| 22 | A.   Yeah.  13:47 |

Page 150

| | |
|---|---|
| 1 | Q.   Okay.  Let's skip ahead.  Do you see on  13:47 |
| 2 | the next page -- this is now 1859 -- at the top, Ms.  13:47 |
| 3 | Wallop says: "By the way, when your M asked for  13:47 |
| 4 | names elsewhere, I gave him a mini list, not the real  13:48 |
| 5 | list."  13:48 |
| 6 | A.   We're on 58?  13:48 |
| 7 | Q.   I'm sorry.  We're on 59 now.  We moved,  13:48 |
| 8 | the same text.  13:48 |
| 9 | A.   "By the way".  Okay.  Yeah.  13:48 |
| 10 | [Witness peruses exhibit.]  13:48 |
| 11 | BY MR. GREIM:  13:48 |
| 12 | Q.   Do you know whether you or Mr. Guo ever  13:48 |
| 13 | followed up to check with any of these contacts?  13:48 |
| 14 | MR. GAVENMAN:  Objection, form.  13:48 |
| 15 | THE WITNESS:  I have no idea.  13:48 |
| 16 | [Interruption.]  13:48 |
| 17 | BY MR. GREIM:  13:48 |
| 18 | Q.   My question was -- well, first of all,  13:48 |
| 19 | let's back up.  13:49 |
| 20 | Do you remember getting a list of references  13:49 |
| 21 | from French Wallop?  13:49 |
| 22 | A.   No.  13:49 |

Page 151

| | |
|---|---|
| 1 | Q.   Okay.  So you don't remember checking  13:49 |
| 2 | names, checking other contacts that she provided to  13:49 |
| 3 | Mr. Guo?  13:49 |
| 4 | A.   No.  13:49 |
| 5 | Q.   You don't?  13:49 |
| 6 | A.   No.  13:49 |
| 7 | Q.   Do you know if Mr. Guo, if he checked  13:49 |
| 8 | the names?  13:49 |
| 9 | A.   I have no idea.  13:49 |
| 10 | Q.   But does this indicate to you that as of  13:49 |
| 11 | mid-December, the parties are still very much in  13:49 |
| 12 | discussions?  13:49 |
| 13 | A.   Correct.  13:49 |
| 14 | Q.   Okay.  13:49 |
| 15 | MR. GRENDI:  For the record, just wait for  13:49 |
| 16 | him to finish the question.  13:49 |
| 17 | THE WITNESS:  Okay.  13:49 |
| 18 | BY MR. GREIM:  13:50 |
| 19 | Q.   On the next page, in white, you respond  13:50 |
| 20 | to this text from Ms. Wallop.  She asked how your day  13:50 |
| 21 | went and you say "not good".  13:50 |
| 22 | A.   Yes.  13:50 |

Page 152

| | |
|---|---|
| 1 | Q.   What -- I don't understand.  What is --  13:50 |
| 2 | what are you talking about in that text, if you can  13:50 |
| 3 | recall?  13:50 |
| 4 | A.   Yeah.  I didn't know exactly what was --  13:50 |
| 5 | I think I had a fight with Steve Bannon, but I didn't  13:50 |
| 6 | know -- I didn't remember exactly what it was about.  13:50 |
| 7 | Q.   Okay.  Let's continue on with the string  13:50 |
| 8 | here.  You see now, moving into page 1861 from 1860,  13:50 |
| 9 | we are now under the heading December 18, 2017 and  13:51 |
| 10 | Ms. Wallop says: "Safe journey back, please."  13:51 |
| 11 | And you respond: "Great meeting with our  13:51 |
| 12 | friend.  He is coming in two weeks to Washington."  13:51 |
| 13 | Do you see that?  13:51 |
| 14 | A.   Yes.  13:51 |
| 15 | Q.   Do you know who you were referring to  13:51 |
| 16 | there?  13:51 |
| 17 | A.   I think it's, perhaps, Miles.  I'm just  13:51 |
| 18 | speculating.  Maybe he came to Washington to look at  13:51 |
| 19 | houses.  13:51 |
| 20 | Q.   Okay.  Did he come to Washington at some  13:51 |
| 21 | point to look at houses?  13:51 |
| 22 | A.   I think he did, yes.  At least I  13:51 |

Page 153

39 (Pages 150 to 153)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | remember once. 13:51 |
| 2 | Q.   Okay.  It looks like on the 19th, the 13:51 |
| 3 | discussion continues here.  She says:  "Just checked 13:52 |
| 4 | with M and after three is fine for him as well." 13:52 |
| 5 | On the 20th, she checks again.  Do you recall 13:52 |
| 6 | having another meeting, setting up another meeting 13:52 |
| 7 | with Mr. Guo and Wallop and Waller?  If you need to 13:52 |
| 8 | page forward or backward in this to help yourself, 13:52 |
| 9 | please do. 13:52 |
| 10 | A.   Page 4?  Oh.  I think that trip, most 13:52 |
| 11 | likely, was looking for real estate in Washington. 13:52 |
| 12 | Q.   Let's move to December 21. 13:53 |
| 13 | A.   21, okay. 13:53 |
| 14 | Q.   There, you say:  "Our friend from Tokyo 13:53 |
| 15 | wants to know when is earliest he can come to meet." 13:53 |
| 16 | A.   Wants to know when is the earliest that 13:53 |
| 17 | he can come to meet. 13:53 |
| 18 | Q.   Is this referring to Mr. Guo or a 13:53 |
| 19 | different person? 13:53 |
| 20 | A.   It's a different person. 13:53 |
| 21 | Q.   So were you working with Strategic 13:53 |
| 22 | Vision on a different potential client? 13:53 |

Page 154

| | |
|---|---|
| 1 | A.   Yes. 13:53 |
| 2 | Q.   And might that have been the person that 13:53 |
| 3 | you're referring to back on the previous page, 1862? 13:53 |
| 4 | A.   1862? 13:53 |
| 5 | MR. GRENDI:  Objection. 13:53 |
| 6 | MR. GAVENMAN:  Objection. 13:53 |
| 7 | BY MR. GREIM: 13:53 |
| 8 | Q.   I'm sorry.  1861. 13:53 |
| 9 | A.   Oh, yeah.  It could be that person.  So 13:53 |
| 10 | yeah. 13:53 |
| 11 | Q.   It could have been the Tokyo person? 13:54 |
| 12 | A.   It could have been the Tokyo person, not 13:54 |
| 13 | Miles.  It's just very confusing.  Yeah. 13:54 |
| 14 | Q.   So throughout this string, are you kind 13:54 |
| 15 | of talking about both matters at once? 13:54 |
| 16 | A.   Yes. 13:54 |
| 17 | Q.   The Guo and the Tokyo matter? 13:54 |
| 18 | A.   Yes.  They are all mixed. 13:54 |
| 19 | Q.   Let's keep going now. 13:54 |
| 20 | A.   Yeah. 13:54 |
| 21 | Q.   If you could go to the bottom of 1863, 13:54 |
| 22 | December 22, 2017. 13:54 |

Page 155

| | |
|---|---|
| 1 | A.   Yes. 13:54 |
| 2 | Q.   French Wallop says: "Hi there.  Were 13:54 |
| 3 | you able to set a time to visit New York?  I know you 13:54 |
| 4 | will let us know as the conversation unfolds." 13:54 |
| 5 | And then if you continue to page 1864, there's 13:54 |
| 6 | your response.  You say: "Not yet.  He is 13:54 |
| 7 | incommunicado." 13:54 |
| 8 | Then you say: "Our Japan friend arrives on 13:54 |
| 9 | the 2nd." 13:54 |
| 10 | Do you see that? 13:55 |
| 11 | A.   Yes. 13:55 |
| 12 | Q.   So was there a time in mid-December when 13:55 |
| 13 | Mr. Guo sort of stopped conferring with you about 13:55 |
| 14 | this matter? 13:55 |
| 15 | MR. GAVENMAN:  Objection, form. 13:55 |
| 16 | MR. GRENDI:  Objection. 13:55 |
| 17 | THE WITNESS:  I don't think specifically on 13:55 |
| 18 | this matter.  Just he's not reachable at the time. 13:55 |
| 19 | BY MR. GREIM: 13:55 |
| 20 | Q.   Okay.  If you go down to December 24th, 13:55 |
| 21 | you have another followup to Ms. Wallop.  You say: 13:55 |
| 22 | "I talked with him and he says he wants to do it, but 13:55 |

Page 156

| | |
|---|---|
| 1 | would like to put a clause in the contract which says 13:55 |
| 2 | if you failed to provide the deliverables as defined 13:55 |
| 3 | in the scope, you should return the deposit.  What do 13:55 |
| 4 | you think? 13:55 |
| 5 | Do you see that? 13:55 |
| 6 | A.   Yes. 13:55 |
| 7 | Q.   Now, were you conveying a message from 13:55 |
| 8 | Mr. Guo there? 13:55 |
| 9 | A.   Yes. 13:55 |
| 10 | Q.   And so by December 24th, were 13:55 |
| 11 | discussions far enough along that you had already 13:55 |
| 12 | begun discussing the actual research project at 13:55 |
| 13 | issue? 13:55 |
| 14 | A.   Correct. 13:55 |
| 15 | Q.   Okay.  Then if you go on, you can see 13:55 |
| 16 | Ms. Wallop's response actually consumes the rest of 13:56 |
| 17 | 1864 through 1866.  If you could, could you take a 13:56 |
| 18 | second to review that, sir. 13:56 |
| 19 | A.   Um-hum. 13:56 |
| 20 | [Witness peruses exhibit.] 13:56 |
| 21 | THE WITNESS:  Yeah. 13:56 |
| 22 | BY MR. GREIM: 13:57 |

Page 157

40 (Pages 154 to 157)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you recall this conversation? | 13:57 |
| 2 | A.   Yes.  Now, I remember, yes. | 13:57 |
| 3 | Q.   And you recall that Ms. Wallop did not | 13:57 |
| 4 | want to agree to return of the deposit.  Correct? | 13:57 |
| 5 | A.   Um-hum. | 13:57 |
| 6 | Q.   You also see she references that you, | 13:57 |
| 7 | yourself, would be on the hook, because as of this | 13:57 |
| 8 | time, she understood that you were going to sign the | 13:57 |
| 9 | contract.  Do you see that part? | 13:57 |
| 10 | MR. GRENDI:  Objection. | 13:57 |
| 11 | THE WITNESS:  "We will have entered -- which | 13:57 |
| 12 | part? | 13:58 |
| 13 | BY MR. GREIM: | 13:58 |
| 14 | Q.   Really, it's sort of at the bottom of | 13:58 |
| 15 | 1865 into 1866.  Do you see it says -- at the very | 13:58 |
| 16 | bottom of 65, it says:  "Since he wants you to sign." | 13:58 |
| 17 | A.   Yeah. | 13:58 |
| 18 | Q.   "And, therefore, be responsible for | 13:58 |
| 19 | payments, that is also very complex and unfair to | 13:58 |
| 20 | you." | 13:58 |
| 21 | A.   Right.  What's the question? | 13:58 |
| 22 | Q.   Well, do you recall that at some point, | 13:58 |

Page 158

| | | |
|---|---|---|
| 1 | you were going to be the person to sign the | 13:58 |
| 2 | agreement? | 13:58 |
| 3 | A.   It wasn't that clear at the time who's | 13:58 |
| 4 | going to sign, because, obviously, I didn't want to | 13:58 |
| 5 | get in the middle.  That was my intention from the | 13:58 |
| 6 | very beginning. | 13:58 |
| 7 | Q.   Well, where did the idea of you signing | 13:58 |
| 8 | come from?  Was it suggested by someone? | 13:58 |
| 9 | A.   I think French wants me to sign that as | 13:58 |
| 10 | go-between so I can communicate better with them and | 13:58 |
| 11 | with Miles.  That's my recollection. | 13:58 |
| 12 | Q.   Okay.  Now, why wouldn't Guo just sign | 13:59 |
| 13 | it himself? | 13:59 |
| 14 | A.   That, I don't know. | 13:59 |
| 15 | Q.   Did Guo not want to sign it himself? | 13:59 |
| 16 | MR. GAVENMAN:  Objection. | 13:59 |
| 17 | MR. GRENDI:  Objection. | 13:59 |
| 18 | THE WITNESS:  I have no idea. | 13:59 |
| 19 | BY MR. GREIM: | 13:59 |
| 20 | Q.   Well, did you discuss it with him? | 13:59 |
| 21 | A.   No.  We hadn't got -- you know, who is | 13:59 |
| 22 | going to sign, I think we have not got that far, but | 13:59 |

Page 159

| | | |
|---|---|---|
| 1 | my understanding is he doesn't want me to sign it. | 13:59 |
| 2 | Q.   Guo does not want you to sign it? | 13:59 |
| 3 | A.   No.  He does not. | 13:59 |
| 4 | Q.   Let me back up for a second here before | 13:59 |
| 5 | we go further. | 13:59 |
| 6 | A.   Yeah. | 13:59 |
| 7 | Q.   We can stop looking at those texts for a | 13:59 |
| 8 | second. | 13:59 |
| 9 | A.   That's okay. | 13:59 |
| 10 | Q.   What was your role here?  Did you see | 13:59 |
| 11 | yourself as an intermediary between the two sides or | 13:59 |
| 12 | as a representative of Guo? | 13:59 |
| 13 | A.   I think I'm a person to facilitate this | 13:59 |
| 14 | project.  I am friend on both sides.  I have no | 14:00 |
| 15 | financial interest in there. | 14:00 |
| 16 | My entire thing is driven by the political | 14:00 |
| 17 | agenda.  So I just want to get the things done, you | 14:00 |
| 18 | know, achieve what we said we're going to do.  That's | 14:00 |
| 19 | it. | 14:00 |
| 20 | Q.   By the way, during this period, did Guo | 14:00 |
| 21 | approach you and ask you to work for him full time? | 14:00 |
| 22 | MR. GAVENMAN:  Objection to form. | 14:00 |

Page 160

| | | |
|---|---|---|
| 1 | THE WITNESS:  He did.  I don't know when. | 14:00 |
| 2 | BY MR. GREIM: | 14:00 |
| 3 | Q.   And what was your response? | 14:00 |
| 4 | A.   I thought I said I have to think about | 14:00 |
| 5 | it, but it's probably, I think way before this, | 14:00 |
| 6 | before the project. | 14:00 |
| 7 | Q.   You don't recall telling Mr. Waller or | 14:00 |
| 8 | Ms. Wallop right around the time of the project that | 14:01 |
| 9 | Mr. Guo had made the suggestion to you and you were | 14:01 |
| 10 | considering it? | 14:01 |
| 11 | A.   I think -- | 14:01 |
| 12 | MR. GAVENMAN:  Objection to form. | 14:01 |
| 13 | THE WITNESS:  I didn't remember if I | 14:01 |
| 14 | mentioned it.  I probably did, but I didn't recall | 14:01 |
| 15 | the time and the contents -- the context. | 14:01 |
| 16 | BY MR. GREIM: | 14:01 |
| 17 | Q.   Did there come a time when you | 14:01 |
| 18 | ultimately told Mr. Guo that you wouldn't do it? | 14:01 |
| 19 | MR. GAVENMAN:  Objection to form. | 14:01 |
| 20 | THE WITNESS:  I never made a specific -- we | 14:01 |
| 21 | just leave it at that. | 14:01 |
| 22 | BY MR. GREIM: | 14:01 |

Page 161

41 (Pages 158 to 161)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    Q.   Well, after this time, did he ever come    14:01 | officials, Wang Qishan, nephew -- not nephew --    14:03 |

1    Q.   Well, after this time, did he ever come    14:01
2  back to you again and say he would like you to work   14:01
3  for him exclusively?    14:01
4    A.   What do you mean, after this?    14:01
5    Q.   Well, let's say after December of 2017.    14:01
6    A.   2017?  I think we haven't discussed    14:01
7  since.  I didn't see anything at all.  I didn't    14:02
8  respond, confirm or deny or reject.  He never    14:02
9  mentioned it again.    14:02
10    Q.   Do you remember a moment when Ms. Wallop    14:02
11  called you to come over to her apartment --    14:02
12    A.   Yes.    14:02
13    Q.   -- late at night and look at something?    14:02
14    MR. GAVENMAN:  Objection to form.    14:02
15    THE WITNESS:  There is some time, I think she    14:02
16  called me to come to her house.    14:02
17  BY MR. GREIM:    14:02
18    Q.   And what was the purpose of that visit?    14:02
19    MR. GAVENMAN:  Objection to form.    14:02
20    THE WITNESS:  I think -- I don't specifically    14:02
21  remember.  It probably has to do with the project.    14:02
22  BY MR. GREIM:    14:02

Page 162

1    Q.   Did it have to do with something that    14:02
2  she said she could find, some research that she could   14:02
3  find?    14:02
4    A.   Research she could find?    14:02
5    MR. GRENDI:  Objection.    14:02
6    THE WITNESS:  We had so many meetings in her    14:02
7  house.  So I don't, you know, specifically recall.    14:03
8  You know, mostly, it relate to the research projects.    14:03
9  BY MR. GREIM:    14:03
10    Q.   Okay.  Do you recall her asking you to    14:03
11  come over so she can show you that she was able to    14:03
12  get into a certain bank account on her computer?    14:03
13    A.   Yes.    14:03
14    MR. GAVENMAN:  Objection.    14:03
15  BY MR. GREIM:    14:03
16    Q.   All right.  And did you come over and    14:03
17  view it?    14:03
18    A.   Yes.    14:03
19    Q.   What did you see?    14:03
20    A.   I saw -- I think Mike showed me that,    14:03
21  not French, and, actually, it's a screen shot that    14:03
22  shows one of the Chinese Government high-ranking    14:03

Page 163

1  officials, Wang Qishan, nephew -- not nephew --    14:03
2  niece's E-mail account or bank account -- I forgot --   14:04
3  something to that effect.  Yeah.    14:04
4    Q.   And did they represent to you that they    14:04
5  had done anything illegal?    14:04
6    A.   Well, first of all, I cannot verify that    14:04
7  is the real bank account or information.  I just saw    14:04
8  the screen shot and there's a -- you know, it showed    14:04
9  the person's name and stuff, and so I didn't, you    14:04
10  know, register anything of that thought.    14:04
11    Q.   Sure.  And my question is not what you    14:04
12  think determined.  It's did they represent to you    14:04
13  that they had done anything illegal in pulling up the   14:04
14  information?    14:04
15    A.   I didn't know, because we discussed    14:04
16  about how to do it legally, and I think this was    14:05
17  during the project formation of what we needed to be   14:05
18  done, how to not violate law in this country and go    14:05
19  outside of the country and do stuff that the other    14:05
20  country might be legally obtained, this information.    14:05
21    Q.   What impact did that have on you when    14:05
22  you saw what they pulled up on the screen?    14:05

Page 164

1    A.   I first thought they have the ability,    14:05
2  the capacity, to dig into the information Miles is    14:05
3  looking for, I was looking for, and if it's, you    14:05
4  know, really real.  So that was my first impression.    14:05
5  So I told Miles they have the capability to    14:06
6  get the information they needed.  I mean we needed.    14:06
7  Yeah.    14:06
8    Q.   Now, do you have any reason to think    14:06
9  that what they showed you wasn't real?    14:06
10    A.   I don't, because it's hard -- with just    14:06
11  the one screen shot, it's very hard to say this is    14:06
12  the real thing.    14:06
13    Q.   Do you remember anything else they told    14:06
14  you about the screen shot?    14:06
15    A.   Yeah.  They told me they have a team    14:06
16  that got into the system and the system, you know, we   14:06
17  have to be very careful with the team outside of this   14:06
18  country, and they want to be very careful and track    14:06
19  information, because they can have some trigger    14:06
20  mechanisms, a switch that can turn it off, and then    14:07
21  we should monitor the accounts rather than extract    14:07
22  the information.  I think that's the only thing I    14:07

Page 165

42 (Pages 162 to 165)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 remember. | 14:07 |
| 2 **Q.  Did they actually mention that to you** | 14:07 |
| 3 **repeatedly, that it was important to monitor rather** | 14:07 |
| 4 **than, simply, breaking into the accounts?** | 14:07 |
| 5 MR. GRENDI:  Objection.  You can answer. | 14:07 |
| 6 THE WITNESS:  Yes. | 14:07 |
| 7 MR. GRENDI:  Sorry. | 14:07 |
| 8 THE WITNESS:  Yeah.  The emphasis was on that | 14:07 |
| 9 point. | 14:07 |
| 10 BY MR. GREIM: | 14:07 |
| 11 **Q.  And was that your understanding of what** | 14:07 |
| 12 **they were supposed to be doing under the contract?** | 14:07 |
| 13 MR. GAVENMAN:  Objection. | 14:07 |
| 14 MR. GRENDI:  Objection. | 14:07 |
| 15 THE WITNESS:  Under the contract, I think | 14:07 |
| 16 there's specifically -- it says specific information | 14:07 |
| 17 that, you know, they were looking for and they were | 14:07 |
| 18 supposed to deliver, and I think whether always | 14:07 |
| 19 monitor or not always monitor and extract at one | 14:08 |
| 20 time, there's no such specification, you know, | 14:08 |
| 21 specific provision in there. | 14:08 |
| 22 BY MR. GREIM: | 14:08 |

Page 166

| | |
|---|---|
| 1 **Q.  So, however, your understanding is not** | 14:08 |
| 2 **that the contract required them to break into the** | 14:08 |
| 3 **accounts.  Correct?** | 14:08 |
| 4 MR. GRENDI:  Objection. | 14:08 |
| 5 MR. GAVENMAN:  Objection. | 14:08 |
| 6 THE WITNESS:  Please rephrase. | 14:08 |
| 7 BY MR. GREIM: | 14:08 |
| 8 **Q.  Sure.  Your understanding is not that** | 14:08 |
| 9 **the contract required them to break into these** | 14:08 |
| 10 **accounts, is it?** | 14:08 |
| 11 MR. GRENDI:  Objection. | 14:08 |
| 12 MR. GAVENMAN:  Objection. | 14:08 |
| 13 THE WITNESS:  Not necessarily, but the | 14:08 |
| 14 discussion, during the discussion, the deliverables | 14:08 |
| 15 made it very clear that three types of -- three or | 14:08 |
| 16 four types information that the contract is going to | 14:08 |
| 17 require.  That is including the detailed information | 14:08 |
| 18 of financial statements, bank account, credit cards, | 14:09 |
| 19 all of that. | 14:09 |
| 20 BY MR. GREIM: | 14:09 |
| 21 **Q.  Okay.  Did French and Mike tell you that** | 14:09 |
| 22 **all of the people working on the project would be** | 14:09 |

Page 167

| | |
|---|---|
| 1 their own employees? | 14:09 |
| 2 MR. GAVENMAN:  Objection. | 14:09 |
| 3 THE WITNESS:  I think they didn't | 14:09 |
| 4 specifically say that's their employees.  They just | 14:09 |
| 5 hire contract people to do the work.  I think that's | 14:09 |
| 6 my recollection. | 14:09 |
| 7 BY MR. GREIM: | 14:09 |
| 8 **Q.  Let's talk now about the 15 names.  We** | 14:09 |
| 9 **touched on this just a little bit earlier.** | 14:09 |
| 10 A.  Yeah. | 14:09 |
| 11 **Q.  Do you remember sitting with Mr. Guo --** | 14:09 |
| 12 A.  Yeah. | 14:10 |
| 13 **Q.  -- and Ms. Wallop and Mr. Waller and** | 14:10 |
| 14 **walking through a packet of the 15 names?** | 14:10 |
| 15 MR. GAVENMAN:  Objection. | 14:10 |
| 16 THE WITNESS:  I think, yeah.  I think -- I | 14:10 |
| 17 don't know if I were there or Yvette, because at the | 14:10 |
| 18 very beginning, maybe I was there.  We talked about a | 14:10 |
| 19 fish tank of things, and the names, maybe I learned | 14:10 |
| 20 later, because at one point, he didn't want me to get | 14:10 |
| 21 involved. | 14:10 |
| 22 So I didn't know the names at the time. | 14:10 |

Page 168

| | |
|---|---|
| 1 Basically, I'm saying I'm a little confused about | 14:10 |
| 2 whether I was present when the 15 names presented, | 14:10 |
| 3 but I learned later on.  At least I know who they | 14:10 |
| 4 are. | 14:10 |
| 5 BY MR. GREIM: | 14:10 |
| 6 **Q.  All right.  By the way, when did -- when** | 14:10 |
| 7 **exactly did Yvette Wang get involved here?** | 14:11 |
| 8 A.  So when they reached -- when we | 14:11 |
| 9 basically negotiated the project, the contract was | 14:11 |
| 10 pretty done, like how much he's going to pay, who -- | 14:11 |
| 11 what the chunk, tranche of information they're going | 14:11 |
| 12 to provide, and then we solved the deposit issue. | 14:11 |
| 13 How we solved it, I didn't remember, and at the time, | 14:11 |
| 14 the basic foundation is done.  So he said, I don't | 14:11 |
| 15 want you to get involved; so you're out. | 14:11 |
| 16 I didn't know what was going on afterwards, | 14:11 |
| 17 how the contract restructured, because there were | 14:11 |
| 18 changes afterward.  So I have no idea. | 14:11 |
| 19 **Q.  Do you recall that Mr. Guo walked away** | 14:11 |
| 20 **from the project, abandoned it, and a company called** | 14:12 |
| 21 **Eastern Profit came in to take his place?** | 14:12 |
| 22 MR. GAVENMAN:  Objection. | 14:12 |

Page 169

43 (Pages 166 to 169)

**Lianchao Han - Confidential**
**August 28, 2019**

| | |
|---|---|
| 1    MR. GRENDI:  Objection. | 14:12 |
| 2    THE WITNESS:  I didn't know it. | 14:12 |
| 3  BY MR. GREIM: | 14:12 |
| 4    Q.   Do you believe that happened? | 14:12 |
| 5    MR. GAVENMAN:  Objection. | 14:12 |
| 6    MR. GRENDI:  Objection. | 14:12 |
| 7    THE WITNESS:  I didn't remember or recall how | 14:12 |
| 8  he walked out.  At some point, he asked me, you know, | 14:12 |
| 9  you need to step in to manage the project. | 14:12 |
| 10  BY MR. GREIM: | 14:12 |
| 11    Q.   So you were gone and then you were back? | 14:12 |
| 12    A.   Yes. | 14:12 |
| 13        [Wang Exhibit No. 12 was | 14:12 |
| 14        identified for the record.] | 14:12 |
| 15  BY MR. GREIM: | 14:12 |
| 16    Q.   Okay.  Let's go to the names.  I'm going | 14:12 |
| 17  to show what we've marked in another deposition as | 14:12 |
| 18  Exhibit 12, and you'll see that this is Wang Exhibit | 14:12 |
| 19  12.  It starts at SVUS000171 and goes to 258, and if | 14:13 |
| 20  you thumb through, you'll see it follows the same | 14:13 |
| 21  format always.  There is a number with someone's | 14:13 |
| 22  name, and then behind it is some information about | 14:13 |

Page 170

| | |
|---|---|
| 1  that person, and it goes on for several pages, and | 14:13 |
| 2  then there is a second name and so on. | 14:13 |
| 3    Take a second, if you could, just to study | 14:13 |
| 4  this and then I'll ask you a few questions about it. | 14:13 |
| 5    A.   Yeah.  I'm familiar with this. | 14:13 |
| 6    Q.   Okay. | 14:13 |
| 7    MR. GRENDI:  On the record, has Mr. Han | 14:13 |
| 8  signed the addendum to the protective order? | 14:13 |
| 9    MR. GREIM:  Oh, no.  He hasn't.  Okay.  Let's | 14:13 |
| 10  cover this.  So we have a protective order in this | 14:13 |
| 11  case, confidential order, and many of the documents | 14:13 |
| 12  that we have here today are marked as confidential, | 14:14 |
| 13  at least as of right now. | 14:14 |
| 14    THE WITNESS:  Yeah. | 14:14 |
| 15    MR. GREIM:  So we'll ask you, and I'll work | 14:14 |
| 16  with your attorney on this, to sign an order agreeing | 14:14 |
| 17  to be bound by the protective order in this case, | 14:14 |
| 18  which means that you can take things here and, you | 14:14 |
| 19  know, show them around, talk them outside.  Now, not | 14:14 |
| 20  all of this is going to end up remaining | 14:14 |
| 21  confidential, but until we've worked it out with the | 14:14 |
| 22  judge, that's sort of our status quo. | 14:14 |

Page 171

| | |
|---|---|
| 1    MR. GAVENMAN:  Okay. | 14:14 |
| 2  BY MR. GREIM: | 14:14 |
| 3    Q.   All right.  So tell me what do you | 14:14 |
| 4  recall about this document? | 14:14 |
| 5    A.   I remember this is -- I don't remember I | 14:14 |
| 6  saw this in my Miles' place.  Probably I saw it | 14:14 |
| 7  through French, at French's house, but I'm not, you | 14:14 |
| 8  know, a hundred percent sure. | 14:14 |
| 9    Q.   Do you remember that this is a document | 14:14 |
| 10  that Mr. Guo showed to Mr. Wallop and -- Mr. Waller | 14:15 |
| 11  and Ms. Wallop? | 14:15 |
| 12    A.   Most likely. | 14:15 |
| 13    MR. GRENDI:  Objection. | 14:15 |
| 14    MR. GAVENMAN:  Objection. | 14:15 |
| 15  BY MR. GREIM: | 14:15 |
| 16    Q.   And did you know that -- well, do you | 14:15 |
| 17  know where these names came from? | 14:15 |
| 18    MR. GAVENMAN:  Objection. | 14:15 |
| 19    THE WITNESS:  I don't know where it comes | 14:15 |
| 20  from, but I know this is probably what Miles wanted | 14:15 |
| 21  them to look into. | 14:15 |
| 22  BY MR. GREIM: | 14:15 |

Page 172

| | |
|---|---|
| 1    Q.   Did you discuss with Mr. Guo which names | 14:15 |
| 2  would be good for the project? | 14:15 |
| 3    A.   No, not at all.  This is entirely his. | 14:15 |
| 4    Q.   Do you know who did? | 14:15 |
| 5    A.   I have no idea. | 14:15 |
| 6    Q.   Do you remember a meeting in Guo's | 14:15 |
| 7  apartment where he had this stack of names and sort | 14:15 |
| 8  of tossed it out on the table to Ms. Wallop and Mr. | 14:15 |
| 9  Waller and said this cost him $250 million? | 14:15 |
| 10    MR. GRENDI:  Objection. | 14:15 |
| 11    MR. GAVENMAN:  Objection. | 14:15 |
| 12    THE WITNESS:  I don't remember that.  I think | 14:15 |
| 13  the $2 million, you know, that phrase, that, I | 14:16 |
| 14  remember vaguely, yeah. | 14:16 |
| 15  BY MR. GREIM: | 14:16 |
| 16    Q.   Okay.  Let me -- that was a compound | 14:16 |
| 17  question too.  So let me ask you do you remember Mr. | 14:16 |
| 18  Guo claiming that this research had cost him, let's | 14:16 |
| 19  say, over $200 million just to compile this? | 14:16 |
| 20    A.   $200 million?  I don't remember $200 | 14:16 |
| 21  million.  He exaggerates somewhat, like some certain | 14:16 |
| 22  amount for this research. | 14:16 |

Page 173

44 (Pages 170 to 173)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | Q. Do you remember telling Ms. Wallop and |
| 2 | Mr. Waller that the $200 hundred was probably an |
| 3 | exaggeration? |
| 4 | A. I probably did. |
| 5 | Q. So did there come a time when you did |
| 6 | study the names and information in this packet? |
| 7 | A. Yeah. |
| 8 | Q. When was that? |
| 9 | A. I don't recall the exact date. |
| 10 | Q. Do you remember why you would have |
| 11 | looked through the names? |
| 12 | A. Why would he look? |
| 13 | Q. No. Why you would have? |
| 14 | MR. GAVENMAN: Objection. |
| 15 | THE WITNESS: I think -- I don't remember |
| 16 | exactly how when they first come out. The first time |
| 17 | I look at this name, I don't remember exactly, but I |
| 18 | did see the list either in New York or in French's |
| 19 | house, but I just don't remember exactly where. |
| 20 | BY MR. GREIM: |
| 21 | Q. Okay. Do you remember forming any -- |
| 22 | let me just ask you this: Do you remember having any |

Page 174

| | |
|---|---|
| 1 | thoughts about whether some of these names would be |
| 2 | good subjects for research? |
| 3 | A. I think they're all good subjects for |
| 4 | research. |
| 5 | Q. Why is that? |
| 6 | A. Because this is the key group in the |
| 7 | control of China's bank system and investment. |
| 8 | Q. So do you know that that's what all |
| 9 | these names have in common? |
| 10 | A. Yes, except -- |
| 11 | MR. GAVENMAN: Objection. |
| 12 | THE WITNESS: -- there's -- huh? |
| 13 | MR. GAVENMAN: Objection to form. You can |
| 14 | answer. |
| 15 | THE WITNESS: Except there's also like the |
| 16 | former party chief's grandson, but for Wang Qishan's |
| 17 | group, may of the names here that were in Wang |
| 18 | Qishan's group, I think they're all involved in |
| 19 | Chinese banging corruption. |
| 20 | BY MR. GREIM: |
| 21 | Q. What's the name? Could you spell out |
| 22 | the name that you're telling us? Wang? |

Page 175

| | |
|---|---|
| 1 | A. Wang Qishan, W-A-N-G, Q-I-S-H-A-N. |
| 2 | Q. This is the same person that Bannon had |
| 3 | met with. Right? |
| 4 | A. Yes, and Mu Jen Ju is another person |
| 5 | that is a Chinese security chief. He's also in here. |
| 6 | He persecuted Miles' family. |
| 7 | Q. Now, do you know whether Mr. Guo ended |
| 8 | up getting research on these individuals from some |
| 9 | other source other than Strategic Vision? |
| 10 | MR. GRENDI: Objection. |
| 11 | MR. GAVENMAN: Objection. |
| 12 | THE WITNESS: That, I don't know. |
| 13 | BY MR. GREIM: |
| 14 | Q. Do you know whether he shared this |
| 15 | information with any of research group after |
| 16 | Strategic Vision? |
| 17 | A. I didn't know that either. |
| 18 | MR. GAVENMAN: Objection. |
| 19 | BY MR. GREIM: |
| 20 | Q. Do you know whether he ever hired a |
| 21 | group called ASOG out of Texas? |
| 22 | A. ASOG? No. |

Page 176

| | |
|---|---|
| 1 | Q. Do you know whether he hired an |
| 2 | individual named Adam Craft? |
| 3 | A. No. |
| 4 | Q. Does that name ring a bell to you? |
| 5 | A. Not at all. |
| 6 | Q. Does the name ASOG sound familiar to |
| 7 | you? |
| 8 | A. Not at all. |
| 9 | Q. So what did Mr. Guo tell you about this |
| 10 | list, if anything? |
| 11 | A. He didn't really discuss this list with |
| 12 | me at all, but when I saw it, I know what he's after. |
| 13 | Q. Is some of the same information that's |
| 14 | in this list already on the internet? Have you seen |
| 15 | it on there? |
| 16 | MR. GRENDI: Objection. |
| 17 | MR. GAVENMAN: Objection. |
| 18 | THE WITNESS: There might be some. |
| 19 | BY MR. GREIM: |
| 20 | Q. Do you have any understanding about who |
| 21 | actually paid Strategic Vision, if anyone, for the |
| 22 | work under this agreement? |

Page 177

45 (Pages 174 to 177)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | MR. GRENDI:  Objection. | 14:20 |
| 2 | THE WITNESS:  I have no idea. | 14:20 |
| 3 | BY MR. GREIM: | 14:20 |
| 4 | Q.   Do you know if it was Guo himself? | 14:20 |
| 5 | MR. GAVENMAN:  Objection. | 14:21 |
| 6 | THE WITNESS:  I have no idea. | 14:21 |
| 7 | BY MR. GREIM: | 14:21 |
| 8 | Q.   Do you know whether Guo consulted with | 14:21 |
| 9 | anyone else in coming up with the names? | 14:21 |
| 10 | MR. GAVENMAN:  Objection. | 14:21 |
| 11 | MR. GRENDI:  Objection. | 14:21 |
| 12 | THE WITNESS:  He might have, but he didn't | 14:21 |
| 13 | mention that to me. | 14:21 |
| 14 | BY MR. GREIM: | 14:21 |
| 15 | Q.   Do you know whether Guo planned to share | 14:21 |
| 16 | the research results from this agreement with any | 14:21 |
| 17 | other person? | 14:21 |
| 18 | MR. GRENDI:  Objection. | 14:21 |
| 19 | MR. GAVENMAN:  Objection, form | 14:21 |
| 20 | THE WITNESS:  I didn't know that. | 14:21 |
| 21 | BY MR. GREIM: | 14:21 |
| 22 | Q.   So do you recall, roughly, the date when | 14:21 |

Page 178

| | | |
|---|---|---|
| 1 | -- well, let me back up for a second. | 14:22 |
| 2 | I understand your testimony to be that while | 14:22 |
| 3 | you were involved with Mr. Guo and Strategic Vision, | 14:22 |
| 4 | some deal was agreed to in principle.  Correct? | 14:22 |
| 5 | A.   Yes. | 14:22 |
| 6 | MR. GRENDI:  Objection. | 14:22 |
| 7 | BY MR. GREIM: | 14:22 |
| 8 | Q.   Then at that point, Yvette Wang came in | 14:22 |
| 9 | to take over negotiating the details of the contract | 14:22 |
| 10 | itself? | 14:22 |
| 11 | MR. GAVENMAN:  Objection. | 14:22 |
| 12 | MR. GRENDI:  Objection. | 14:22 |
| 13 | THE WITNESS:  Yes. | 14:22 |
| 14 | BY MR. GREIM: | 14:22 |
| 15 | Q.   Did it -- knowing that Mr. Guo had been | 14:22 |
| 16 | concerned about Ms. Wang earlier, did it surprise you | 14:22 |
| 17 | that she was brought in to negotiate the contract? | 14:22 |
| 18 | MR. GRENDI:  Objection. | 14:22 |
| 19 | MR. GAVENMAN:  Objection. | 14:22 |
| 20 | THE WITNESS:  No. | 14:22 |
| 21 | BY MR. GREIM: | 14:22 |
| 22 | Q.   Did it concern you? | 14:22 |

Page 179

| | | |
|---|---|---|
| 1 | A.   No. | 14:22 |
| 2 | Q.   Why not? | 14:22 |
| 3 | A.   Because I know she is with him for, you | 14:22 |
| 4 | know, 16 years at the time.  So he trusted her very | 14:22 |
| 5 | much. | 14:23 |
| 6 | Q.   But why would Mr. Guo tell other people | 14:23 |
| 7 | that he did not trust her? | 14:23 |
| 8 | MR. GRENDI:  Objection. | 14:23 |
| 9 | MR. GAVENMAN:  Objection. | 14:23 |
| 10 | THE WITNESS:  I have no idea. | 14:23 |
| 11 | BY MR. GREIM: | 14:23 |
| 12 | Q.   Well, do you know why you, once again, | 14:23 |
| 13 | replaced Yvette Wang later on in the parties' | 14:23 |
| 14 | dealings? | 14:23 |
| 15 | MR. GRENDI:  Objection. | 14:23 |
| 16 | MR. GAVENMAN:  Objection. | 14:23 |
| 17 | THE WITNESS:  I think he tried to salvage the | 14:23 |
| 18 | project.  He saw the project falling apart because he | 14:23 |
| 19 | didn't get what he is paying for and he thought maybe | 14:23 |
| 20 | I can better communicate with French and Mike's team | 14:23 |
| 21 | and get what he's looking for. | 14:24 |
| 22 | BY MR. GREIM: | 14:24 |

Page 180

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you know whether Strategic | 14:24 |
| 2 | Vision wanted to have you as their point, their main | 14:24 |
| 3 | point of contact? | 14:24 |
| 4 | MR. GAVENMAN:  Objection. | 14:24 |
| 5 | THE WITNESS:  Yes. | 14:24 |
| 6 | BY MR. GREIM: | 14:24 |
| 7 | Q.   And did they say why that was? | 14:24 |
| 8 | MR. GAVENMAN:  Objection. | 14:24 |
| 9 | THE WITNESS:  I think they feel they can | 14:24 |
| 10 | better communicate with me and also they trust me, I | 14:24 |
| 11 | think. | 14:24 |
| 12 | BY MR. GREIM: | 14:24 |
| 13 | Q.   By the way, did you discuss with | 14:24 |
| 14 | Strategic Vision the importance of not using Chinese | 14:24 |
| 15 | entities as either the contracting parties or the | 14:24 |
| 16 | funding parties for the contract? | 14:24 |
| 17 | MR. GAVENMAN:  Objection. | 14:24 |
| 18 | MR. GRENDI:  Objection. | 14:24 |
| 19 | THE WITNESS:  I didn't remember specifically | 14:25 |
| 20 | that suggestion. | 14:25 |
| 21 | BY MR. GREIM: | 14:25 |
| 22 | Q.   Knowing what you know about the mainland | 14:25 |

Page 181

46 (Pages 178 to 181)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | and about the Chinese Government -- |
| 2 | A.   Right. |
| 3 | Q.   -- do you agree that it would be prudent |
| 4 | not to use a Chinese entity or a Chinese bank to pay |
| 5 | Strategic Vision under the contract? |
| 6 | MR. GRENDI:  Objection. |
| 7 | MR. GAVENMAN:  Objection. |
| 8 | THE WITNESS:  I didn't -- I -- from the very |
| 9 | beginning, we want to keep this highly confidential. |
| 10 | Everything we do has to be, you know, like very |
| 11 | cautious, and whether I made that specific |
| 12 | suggestion, I don't remember, but if I did, it must |
| 13 | be based on that principle. |
| 14 | BY MR. GREIM: |
| 15 | Q.   And that would be common sense, wouldn't |
| 16 | it? |
| 17 | MR. GRENDI:  Objection. |
| 18 | MR. GAVENMAN:  Objection. |
| 19 | THE WITNESS:  It is not necessarily Chinese |
| 20 | company.  I think it's how confidential, how |
| 21 | trustworthy they are, not the entities, from where. |
| 22 | It's the discrete nature of the entity that matters. |

Page 182

| | |
|---|---|
| 1 | BY MR. GREIM: |
| 2 | Q.   Well, what about the ability of Chinese |
| 3 | officials to follow the wire from, you know, a |
| 4 | Chinese account directly to Strategic Vision? |
| 5 | MR. GRENDI:  Objection. |
| 6 | MR. GAVENMAN:  Objection. |
| 7 | THE WITNESS:  Well, yeah.  It's definitely |
| 8 | easier to track if it's a Chinese company based in |
| 9 | China. |
| 10 | BY MR. GREIM: |
| 11 | Q.   What about an entity based in Hong Kong? |
| 12 | MR. GAVENMAN:  Objection to form. |
| 13 | MR. GRENDI:  Objection. |
| 14 | MR. GAVENMAN:  I'm not sure what that |
| 15 | question even is.  Can you rephrase that question? |
| 16 | THE WITNESS:  Yes. |
| 17 | BY MR. GREIM: |
| 18 | Q.   Did you understand it? |
| 19 | A.   Maybe you can rephrase. |
| 20 | Q.   Is it also easier to track if the money |
| 21 | comes from an entity based in Hong Kong? |
| 22 | MR. GRENDI:  Objection. |

Page 183

| | |
|---|---|
| 1 | MR. GAVENMAN:  Objection. |
| 2 | THE WITNESS:  It's possible, yes.  Hong Kong |
| 3 | has a different system, but China has a lot of |
| 4 | difference there. |
| 5 | BY MR. GREIM: |
| 6 | Q.   When did you first hear of the entity |
| 7 | called Eastern Profit? |
| 8 | A.   I don't think I ever heard that term |
| 9 | until this case, you know, showed up. |
| 10 | Q.   Did you know that Mr. Guo's daughter is |
| 11 | the sole shareholder and director of Eastern Profit? |
| 12 | MR. GRENDI:  Objection. |
| 13 | MR. GAVENMAN:  Objection. |
| 14 | THE WITNESS:  No. |
| 15 | BY MR. GREIM: |
| 16 | Q.   Do you know whether Mr. Guo typically |
| 17 | has his children hold companies that he uses for his |
| 18 | projects? |
| 19 | A.   I didn't. |
| 20 | MR. GRENDI:  Objection. |
| 21 | MR. GAVENMAN:  Objection. |
| 22 | THE WITNESS:  I didn't know. |

Page 184

| | |
|---|---|
| 1 | BY MR. GREIM: |
| 2 | Q.   Did you always understand that |
| 3 | regardless of who signed the contract that that |
| 4 | person or entity would be reporting to Mr. Guo? |
| 5 | MR. GRENDI:  Objection. |
| 6 | MR. GAVENMAN:  Objection to form. |
| 7 | THE WITNESS:  Yes. |
| 8 | BY MR. GREIM: |
| 9 | Q.   Have you ever heard that Hansheng Wang |
| 10 | was actually in charge of Eastern Profit? |
| 11 | A.   I didn't know that.  I thought you said |
| 12 | his daughter. |
| 13 | Q.   Would it surprise to hear that in this |
| 14 | case, Eastern Profit claims that its principal is |
| 15 | Hansheng Wang? |
| 16 | MR. GAVENMAN:  Objection, form. |
| 17 | THE WITNESS:  I have no idea. |
| 18 | BY MR. GREIM: |
| 19 | Q.   Did you ever talk to Hansheng Wang about |
| 20 | this project at all? |
| 21 | A.   No. |
| 22 | Q.   Would it surprise if Hansheng Wang was |

Page 185

47 (Pages 182 to 185)

**in charge of a research project like for this for Mr. Guo?** 14:29
MR. GRENDI: Objection. 14:29
MR. GAVENMAN: Objection, form. 14:29
THE WITNESS: As I said, nothing surprises me. 14:29
BY MR. GREIM: 14:29
**Q. Have you ever heard of an entity called Celestial Tide Holdings?** 14:29
A. Never. 14:29
**Q. Do you recall that after Yvette Wang came in to finalize the contract with Strategic Vision that new disputes erupted?** 14:30
MR. GRENDI: Objection. 14:30
MR. GAVENMAN: Objection. 14:30
THE WITNESS: I didn't. If I did, maybe from French, not from Miles or Yvette. 14:30
BY MR. GREIM: 14:30
**Q. Okay. If you look on December 30th, this is on page 1867 of Han Exhibit 10.** 14:30
A. 67? 14:30
**Q. Um-hum.** 14:30

A. There it is. Yeah. 14:30
**Q. You'll see that Ms. Wallop begins that day responding to a question from you about the other matter that you were working on.** 14:31
A. Yes. 14:31
**Q. It looks like you were taking some CLE.** 14:31
A. Yes. 14:31
**Q. And you see at the bottom of that, the first thing she says: "What time on Tuesday? Did you speak with NY?"** 14:31
A. Let me see. 14:31
**Q. It's right before the three emojis.** 14:31
A. Okay. "What time on Tuesday? Did you speak with NY?" 14:31
Yeah. Yeah. That's New York. It refers to Miles Kwok. 14:31
**Q. Okay. And you'll see that she goes on that morning and sends you some hotel recommendations?** 14:31
A. Yes. 14:31
**Q. And many other things?** 14:31
A. Yes. 14:31

**Q. And then if you keep going -- I think it's still the same thread -- you'll go to page 1869. You'll see that toward the top, she says: "Also on other fav subject, Y mentioned on Wed she needs to get back to NY to collect her bonus for the year. So she would be excited that NY would be glad that we had an agreement finally."** 14:32
**Does that appear to be a reference to Yvette Wang?** 14:32
A. Correct. 14:32
MR. GAVENMAN: Objection. 14:32
MR. GRENDI: Objection. 14:32
BY MR. GREIM: 14:32
**Q. Does it appear to you that by December 30th, Yvette Wang was now negotiating directly with French Wallop?** 14:32
A. Yes. 14:32
MR. GAVENMAN: Objection. 14:32
MR. GREIM: All right. Let's go ahead and take a break at that point, because we're about done with the video. 14:32
VIDEOGRAPHER: This ends Disk No. 2, going off the record. The time is now 2:34 p.m. 14:32

[Recess.] 14:52
VIDEOGRAPHER: This begins Disk No. 3 in the video deposition of Lianchao Han. We are back on the record. The time is 2:54 p.m. 14:52
BY MR. GREIM: 14:52
**Q. Mr. Han, welcome back.** 14:52
A. Thank you. 14:52
**Q. If you could, we left on page 1869, but I've got a question for you -- this is still in Exhibit 10 -- about the pages 1884 through 1903, which is the last page.** 14:53
A. Right. 14:53
**Q. And my question for you is would you agree with me that everything from 1884 to 1903 refers to matters other than the Strategic Vision Eastern Profit contract?** 14:53
A. I think most the time, most of it, yes. That's correct, except maybe 86. 14:53
**Q. Oh.** 14:53
A. I think that looks like -- 14:53
**Q. Yeah.** 14:53

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 A. -- about their disputes. | 14:53 |
| 2 Q. Okay. And that's a text exchange on | 14:53 |
| 3 February 26th, it looks like. Right? | 14:53 |
| 4 A. Yes. | 14:54 |
| 5 Q. Okay. All right. Then I guess -- all | 14:54 |
| 6 right. I follow you. I guess on February 28th, on | 14:54 |
| 7 1887, that is about the lawsuit as well. | 14:54 |
| 8 A. Correct. I mean the dispute of some | 14:54 |
| 9 sort. | 14:54 |
| 10 Q. Okay. So would you agree with me, | 14:54 |
| 11 though, that everything else in here is about other | 14:54 |
| 12 work that you were discussing with Ms. Wallop? | 14:54 |
| 13 A. Correct. | 14:54 |
| 14 Q. Did any of those dealings come to | 14:54 |
| 15 fruition? | 14:54 |
| 16 A. No. | 14:54 |
| 17 Q. Let me ask you -- let's go back to 1869. | 14:54 |
| 18 A. Yeah. | 14:54 |
| 19 Q. And I want you to focus on after the | 14:54 |
| 20 three question marks that end a sentence somewhere | 14:54 |
| 21 about in the middle or so. | 14:55 |
| 22 A. 89? | 14:55 |

Page 190

| | |
|---|---|
| 1 Q. On 1869. | 14:55 |
| 2 A. 69? | 14:55 |
| 3 Q. Yeah. | 14:55 |
| 4 A. Sorry. Okay. | 14:55 |
| 5 Q. Three question marks, and then Ms. | 14:55 |
| 6 Wallop says: "I naturally asked tea or water ginger | 14:55 |
| 7 ale, and her comment, quote, no, we need to talk | 14:55 |
| 8 about agreement. I spoke for two hours with HK and | 14:55 |
| 9 they told me I cannot sign for monthly amount, | 14:55 |
| 10 exclamation point, but her boss told her to do it and | 14:55 |
| 11 come back with signed doc." | 14:55 |
| 12 Did I read that right? | 14:55 |
| 13 A. Um-hum. | 14:55 |
| 14 Q. Now, did you ever hear Yvette Wang or | 14:55 |
| 15 Mr. Guo talk about having to check with individuals | 14:55 |
| 16 in Hong Kong? | 14:56 |
| 17 A. No. | 14:56 |
| 18 Q. If you go to page 1871, after the emojis | 14:56 |
| 19 toward the top, you'll see: "She said and as she | 14:56 |
| 20 kept saying with abundant authority, I am project | 14:56 |
| 21 manager. I decide." | 14:56 |
| 22 Do you see that? | 14:56 |

Page 191

| | |
|---|---|
| 1 A. Um-hum. | 14:56 |
| 2 Q. Did you have any understanding that | 14:56 |
| 3 Yvette Wang was a project manager on this? | 14:56 |
| 4 MR. GAVENMAN: Object to the form. | 14:56 |
| 5 MR. GRENDI: Objection. | 14:56 |
| 6 THE WITNESS: I didn't know until maybe | 14:56 |
| 7 later. | 14:56 |
| 8 BY MR. GREIM: | 14:56 |
| 9 Q. Okay. | 14:56 |
| 10 A. Not at that point. | 14:56 |
| 11 Q. Had you ever heard that title used with | 14:56 |
| 12 respect to Yvette Wang, that she was a project | 14:56 |
| 13 manager? | 14:56 |
| 14 A. I didn't know. I didn't, no. | 14:56 |
| 15 Q. Now you said until maybe later. Was | 14:56 |
| 16 there some point where you did learn that she was | 14:56 |
| 17 project manager? | 14:56 |
| 18 MR. GAVENMAN: Objection to form. | 14:57 |
| 19 MR. GRENDI: Objection. | 14:57 |
| 20 THE WITNESS: I don't think they ever used | 14:57 |
| 21 the project manager, but she is in charge of the | 14:57 |
| 22 project. | 14:57 |

Page 192

| | |
|---|---|
| 1 BY MR. GREIM: | 14:57 |
| 2 Q. If you look at page 1879 and go to the | 14:57 |
| 3 top -- | 14:57 |
| 4 A. Yeah. | 14:57 |
| 5 Q. -- you see this is a carryover from the | 14:57 |
| 6 previous page. | 14:57 |
| 7 A. Right. | 14:57 |
| 8 Q. But Ms. Wallop is sending you a piece | 14:57 |
| 9 about HNA that was in "The Financial Times". Do you | 14:57 |
| 10 see that? | 14:58 |
| 11 A. Okay. | 14:58 |
| 12 [Witness peruses exhibit.] | 14:58 |
| 13 THE WITNESS: Okay. | 14:58 |
| 14 BY MR. GREIM: | 14:58 |
| 15 Q. And then your response to her is: "I | 14:58 |
| 16 gave the story to WSJ a week ago. They're too slow, | 14:58 |
| 17 but we have more details." | 14:58 |
| 18 And then continuing to the next page: "My | 14:58 |
| 19 advice is to focus on what already in place to | 14:58 |
| 20 harvest and what will be harvested would be harvested | 14:58 |
| 21 in the next batch. Good luck." | 14:58 |
| 22 Did I read the right? | 14:58 |

Page 193

49 (Pages 190 to 193)

1   A.   Yes.                                            14:58
2        Q.   What was your intent -- first of all,     14:58
3   were you talking to her about the Strategic Vision   14:58
4   work?                                                14:58
5        MR. GAVENMAN:  Objection to form.               14:58
6        MR. GRENDI:  Objection.                         14:58
7        THE WITNESS:  When was this?                    14:58
8        Okay.  But we have more detail.  Okay.  Yeah.   14:58
9   I know what -- can you reframe your question, please?  14:59
10  BY MR. GREIM:                                        14:59
11       Q.   Sure.  Were you speaking with her about    14:59
12  the Strategic Vision work on the research?           14:59
13       MR. GRENDI:  Objection.                         14:59
14       MR. GAVENMAN:  Objection, form.                 14:59
15       THE WITNESS:  Yeah.  It looks like it.          14:59
16  BY MR. GREIM:                                        14:59
17       Q.   And what was your advice to her?           14:59
18       A.   I don't remember specifically.  It looks   14:59
19  like my advice is to focus on what's already in place  14:59
20  to harvest and what will be harvested in the next    14:59
21  batch.  Yeah.  I think that I advised them to follow  14:59
22  the schedule of the deliverables, don't deviate from  14:59

Page 194

1   that.                                               14:59
2        Q.   So let me move on now to 1882 and you'll   14:59
3   see -- this is probably the last thing we'll get to  15:00
4   in this packet here.  You'll see on February 17,     15:00
5   2018, you say:  "F, I am disappointed with the       15:00
6   result.  Even there are five RP people, but we still  15:00
7   many left.  We didn't get anything.  I put me in a   15:00
8   very difficult spot.  More importantly, it failed to  15:00
9   advance our agenda.  We have to push the teams to    15:00
10  produce and we will in trouble."                     15:00
11       Then you go and it looks like you discuss       15:00
12  another topic for the end of that.                   15:00
13       What were you referring to in that first        15:00
14  paragraph with five RP people?                       15:00
15       A.   Yeah.  This, if I recall correctly, this   15:00
16  was Miles put me back in charge, in charge of        15:00
17  managing the project, and I think Mike French and the  15:01
18  team didn't produce anything of substance.  So I said  15:01
19  I'm really disappointed with the result.             15:01
20       They claimed the difficulty of extracting       15:01
21  information, because there are five people that is on  15:01
22  the restriction of American Government.  You're not   15:01

Page 195

1   supposed to touch them, even look into them.  I don't  15:01
2   know if that's true or not, but I said my point is   15:01
3   even if you have five people you can't touch, but    15:01
4   there's so many on the list.  At least you need to   15:01
5   produce something substantial that will satisfy Miles  15:01
6   and the contractual, you know, obligations and       15:01
7   satisfy Miles; otherwise, I said we're going to be   15:01
8   trouble.  I think that's what I see coming.  Miles   15:02
9   will terminate the contract.  There will be lawsuits  15:02
10  going on between the two sides, exactly what I said   15:02
11  at the time.                                          15:02
12       Q.   And that what you were trying to avoid     15:02
13  here?                                                15:02
14       A.   Correct.                                   15:02
15       MR. GRENDI:  Objection.                         15:02
16       MR. GREIM:  Okay.  I'm now going to show you    15:02
17  what we marked in another deposition as Exhibit 5.   15:02
18       [Wang Exhibit No. 5 was                         15:02
19       identified for the record.]                     15:02
20  BY MR. GREIM:                                         15:02
21       Q.   And these are -- this is Wang Exhibit 5,   15:02
22  Bates labeled SVUS000061 to 76.  These are a series  15:02

Page 196

1   of texts between you and not Ms. Wallop but,         15:02
2   instead, with Mr. Waller.                            15:02
3        A.   Um-hum.                                    15:03
4        Q.   And so the very first thing we see here    15:03
5   is from December 11, 2017, and I think the first     15:03
6   order of business is let's figure out who's dark gray  15:03
7   and who's light gray.                                15:03
8        A.   Okay.                                      15:03
9        Q.   So can you tell so far which one of        15:03
10  these two speakers is you?                           15:03
11       A.   I think the light gray, that must be me.   15:03
12       Q.   Okay.                                      15:03
13       A.   Because mine is short.  I type really      15:03
14  slow.                                                15:03
15       Q.   Well, you are definitely a shorter         15:03
16  texter than most people.  You don't use emojis.      15:03
17       A.   I don't.                                   15:03
18       Q.   So is it -- does it appear to you that     15:03
19  you met with at least Mr. Waller around December 11,  15:03
20  2017.                                                15:04
21       A.   Yeah.  I don't recall the specific date.   15:04
22       Q.   Right.                                     15:04

Page 197

50 (Pages 194 to 197)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.   And I don't know where we met, because | 15:04 |
| 2 | he was -- he didn't show up -- no.  I don't remember | 15:04 |
| 3 | was he in the first meeting with Miles.  Probably | 15:04 |
| 4 | not.  He was behind.  Yeah.  I don't recall | 15:04 |
| 5 | specifically the date. | 15:04 |
| 6 | Q.   Did you feel that you had a good rapport | 15:04 |
| 7 | with Mr. Waller? | 15:04 |
| 8 | A.   What? | 15:04 |
| 9 | Q.   Did you feel that you a good rapport | 15:04 |
| 10 | with Mr. Waller? | 15:04 |
| 11 | A.   Yes. | 15:04 |
| 12 | Q.   In fact, did you share the same mentor, | 15:04 |
| 13 | someone named Bernie? | 15:04 |
| 14 | A.   Correct.  Yes. | 15:04 |
| 15 | Q.   And so Bernie had been -- had served | 15:04 |
| 16 | with Chaing Kai-shek or something like that? | 15:04 |
| 17 | A.   He was hero in anti-Japanese war.  He | 15:04 |
| 18 | was involved in the KMT, the Taiwan Government | 15:04 |
| 19 | intelligence. | 15:05 |
| 20 | Q.   I see.  So he was a mentor to you, but | 15:05 |
| 21 | also a mentor to Mr. Waller? | 15:05 |
| 22 | A.   Correct. | 15:05 |

Page 198

| | | |
|---|---|---|
| 1 | Q.   But probably not at the same time? | 15:05 |
| 2 | A.   Roughly around the time. | 15:05 |
| 3 | Q.   Oh, around the same time.  Okay. | 15:05 |
| 4 | A.   Yes. | 15:05 |
| 5 | Q.   Sorry. | 15:05 |
| 6 | Okay.  So let's go to the next page.  You'll | 15:05 |
| 7 | see that on December the 14th now, the dark gray is | 15:05 |
| 8 | saying: "I had a very productive meeting with a key | 15:05 |
| 9 | capabilities person who is ready.  I asked him for | 15:05 |
| 10 | another week's time to we don't lose his team.  He | 15:05 |
| 11 | agreed." | 15:05 |
| 12 | Do you see that? | 15:05 |
| 13 | A.   Yes. | 15:05 |
| 14 | Q.   Do you recall what Mr. Waller is telling | 15:05 |
| 15 | you there, what he's talk about? | 15:05 |
| 16 | A.   I don't.  No.  I don't remember | 15:06 |
| 17 | specifically -- | 15:06 |
| 18 | Q.   Okay. | 15:06 |
| 19 | A.   -- the content. | 15:06 |
| 20 | Q.   Let's go down a few days later.  Mr. | 15:06 |
| 21 | Waller says:  "We can now provide the entire menu | 15:06 |
| 22 | that the friend requested, including items we said we | 15:06 |

Page 199

| | | |
|---|---|---|
| 1 | could not provide.  I hope your trip is fruitful." | 15:06 |
| 2 | Do you see that? | 15:06 |
| 3 | A.   Um-hum. | 15:06 |
| 4 | Q.   And then you say:  Great meeting with | 15:06 |
| 5 | our friend.  He is coming in two weeks in | 15:06 |
| 6 | Washington." | 15:06 |
| 7 | Who are you speaking of there? | 15:06 |
| 8 | A.   I think this is a friend from Tokyo. | 15:06 |
| 9 | Q.   This is Tokyo? | 15:06 |
| 10 | A.   Yeah. | 15:06 |
| 11 | Q.   Is Mr. Waller talking about this | 15:06 |
| 12 | particular project or another one?  Can you tell? | 15:06 |
| 13 | MR. GAVENMAN:  Objection, form. | 15:06 |
| 14 | MR. GRENDI:  Objection. | 15:06 |
| 15 | THE WITNESS:  62? | 15:06 |
| 16 | BY MR. GREIM: | 15:06 |
| 17 | Um-hum. | 15:06 |
| 18 | A.   Another week's time -- I think this is | 15:06 |
| 19 | talking about -- he's talking about Miles' research | 15:07 |
| 20 | project. | 15:07 |
| 21 | Q.   Well, were there some things that | 15:07 |
| 22 | Strategic Vision said that they could not provide and | 15:07 |

Page 200

| | | |
|---|---|---|
| 1 | then they say, no, they could? | 15:07 |
| 2 | MR. GRENDI:  Objection, form. | 15:07 |
| 3 | MR. GAVENMAN:  Objection. | 15:07 |
| 4 | THE WITNESS:  I don't specifically recall | 15:07 |
| 5 | what they say they cannot provide.  I think | 15:07 |
| 6 | everything is based on what's in the contract. | 15:07 |
| 7 | BY MR. GREIM: | 15:07 |
| 8 | Q.   Okay. | 15:07 |
| 9 | A.   If they said they can't provide, that's | 15:07 |
| 10 | supposed to be specified in the contract. | 15:07 |
| 11 | Q.   Let me direct you now to the December | 15:07 |
| 12 | 23rd texts.  They go from 64 to 65. | 15:07 |
| 13 | A.   65. | 15:07 |
| 14 | Q.   It starts off with Mr. Waller asking | 15:07 |
| 15 | you: "Any news?" | 15:07 |
| 16 | Any news?  Yeah.  This is, again, I | 15:07 |
| 17 | think this is the Tokyo guy. | 15:08 |
| 18 | Q.   Okay.  And then what about your text at | 15:08 |
| 19 | 6:19 a.m.? | 15:08 |
| 20 | You say -- it looks like Mr. Waller says: | 15:08 |
| 21 | "What about the guy we saw last week?" | 15:08 |
| 22 | And then you respond:  "I will ask." | 15:08 |

Page 201

51 (Pages 198 to 201)

```
 1        A.   I always correct him and maybe I didn't      15:16
 2   see, you know, I would accept his offer to work for    15:16
 3   him.                                                    15:16
 4        Q.   Well, you say you'd always correct him,       15:16
 5   but in what sense were you disappointed with him?       15:16
 6        A.   I -- let's see.  In one sense, he won't       15:16
 7   listen to me, to my advice.  That's the main reason.    15:16
 8   We have a political agenda, you know, we both agree     15:16
 9   to push, and I always gave advice, I think sound        15:16
10   advice.  He just wouldn't listen to me.                 15:17
11        Q.   Is there anyone he does listen to?            15:17
12        A.   No.                                           15:17
13   MR. GAVENMAN:  Objection, form.                         15:17
14   MR. GRENDI:  Objection.                                 15:17
15   BY MR. GREIM:                                           15:17
16        Q.   Then you see Mr. Waller responds:  "If        15:17
17   you aren't part of the deal, I don't want to be         15:17
18   either."                                                15:17
19        A.   Yes.                                          15:17
20        Q.   "Anybody who is friends with Bernie and       15:17
21   Judd is my kind of person."                             15:17
22        Who is Judd?                                       15:17
```

                                                        Page 210

```
 1        A.   Judd is my boss, a senator from New           15:17
 2   Hampshire.                                              15:17
 3        Q.   Oh, okay.  Well, then you respond:  "He       15:17
 4   thinks this will protect me."                           15:17
 5        Right?                                             15:17
 6        A.   Yes.                                          15:17
 7        Q.   And do you remember Mr. Guo saying that?      15:17
 8        A.   Because --                                    15:17
 9   MR. GAVENMAN:  Objection to form.                       15:17
10   MR. GRENDI:  Objection.                                 15:17
11   THE WITNESS:  I think this is, you know, like           15:17
12   several days, kind of different days, and then he       15:17
13   didn't want me to sign.  He said, you know, the         15:17
14   reason I didn't want you to got involved because I      15:17
15   want to protect you.                                    15:17
16   BY MR. GREIM:                                           15:17
17        Q.   Then you see -- go to the next page, 70.      15:17
18   Mr. Waller says:  "Protect you from what?  Any          15:18
19   attempt to do anything in court will expose             15:18
20   everything and that isn't worth a lousy million         15:18
21   dollars for either party.  Do you see a necessity on    15:18
22   your part to have some else as a signer?  I don't       15:18
```

                                                        Page 211

```
 1   want to reveal our work to anybody else."               15:18
 2        Do you see that?                                   15:18
 3        A.   Yes.                                          15:18
 4        Q.   Do you remember Strategic Vision              15:18
 5   generally being concerned about others learning about   15:18
 6   this project?                                           15:18
 7        A.   Right.                                        15:18
 8   MR. GAVENMAN:  Objection.                               15:18
 9   BY MR. GREIM:                                           15:18
10        Q.   Do you recall them being concerned that       15:18
11   their research teams or research methods might be       15:18
12   exposed to others?                                      15:18
13   MR. GAVENMAN:  Objection.                               15:18
14   MR. GRENDI:  Objection.                                 15:18
15   THE WITNESS:  Yes.                                      15:18
16   BY MR. GREIM:                                           15:18
17        Q.   And did you understand that they felt         15:18
18   that you were the most trustworthy person on the        15:18
19   other side of the contract?                             15:18
20   MR. GAVENMAN:  Objection.                               15:18
21   MR. GRENDI:  Objection.                                 15:18
22   THE WITNESS:  Yes.                                      15:18
```

                                                        Page 212

```
 1   BY MR. GREIM:                                           15:18
 2        Q.   You see, next, Mr. Waller maybe senses        15:18
 3   something.  So he says:  "What is your preference?"     15:19
 4        And your response is that you don't really         15:19
 5   care; is that right?                                    15:19
 6        A.   Right.                                        15:19
 7        Q.   Were you actually willing to sign the         15:19
 8   contract if you had to?                                 15:19
 9        A.   Yes.                                          15:19
10        Q.   If you had, do you know who would have        15:19
11   paid for it?                                            15:19
12        A.   I don't.                                      15:19
13        Q.   Do you see Mr. Waller say in response:        15:19
14   "I don't want some stranger signing it who doesn't      15:19
15   know what he's talking about and will jerk us around.   15:19
16   We must report to you and only you for quality          15:19
17   control."                                               15:19
18        A.   Um-hum.                                       15:19
19        Q.   Then you thank Mr. Waller for his trust.      15:19
20        A.   Um-hum.                                       15:19
21        Q.   Mr. Han, do you think that there was a        15:19
22   misunderstanding between Mr. Guo and Strategic Vision   15:19
```

                                                        Page 213

                                            54 (Pages 210 to 213)

| | |
|---|---|
| 1 | Waller's E-mail of concern -- or I'm sorry -- text of |
| 2 | concern, which is at SVUS000072, you see he discusses |
| 3 | the concerns that we just talk about. |
| 4 | A.   Yeah. |
| 5 | Q.   Then you can see your response at 10:20 |
| 6 | on December 28t:  "I appreciate your trust.  I think |
| 7 | it is important to get him to sign the contract." |
| 8 | Are you talking about Mr. Guo? |
| 9 | A.   Yes. |
| 10 | Q.   You see we can work on security later. |
| 11 | He wants me to work for him exclusively, which I have |
| 12 | to think about. |
| 13 | A.   Correct. |
| 14 | Q.   So is it something you were still |
| 15 | considering on December 28th? |
| 16 | MR. GRENDI:  Objection. |
| 17 | MR. GAVENMAN:  Objection. |
| 18 | THE WITNESS:  Yes. |
| 19 | BY MR. GREIM: |
| 20 | Q.   When did you decide that it was |
| 21 | something you really did not want to do? |
| 22 | MR. GRENDI:  Objection. |

Page 218

| | |
|---|---|
| 1 | MR. GAVENMAN:  Objection. |
| 2 | THE WITNESS:  I have no idea when. |
| 3 | BY MR. GREIM: |
| 4 | Q.   Even while Yvette Wang was negotiating |
| 5 | with Strategic Vision, were you still getting some |
| 6 | information about the negotiations? |
| 7 | MR. GRENDI:  Objection. |
| 8 | MR. GAVENMAN:  Objection. |
| 9 | THE WITNESS:  Not from Miles, but from French |
| 10 | and Mike a little bit. |
| 11 | BY MR. GREIM: |
| 12 | Q.   Right. |
| 13 | A.   Whatever they could share. |
| 14 | Q.   So if you look, for example, at the |
| 15 | bottom of SVUS000073, you see Mike reaches out and |
| 16 | says "Please call F".  Is that French? |
| 17 | A.   Yes. |
| 18 | Q.   "We agreed on the deposit.  That wasn't |
| 19 | a problem.  However, today, Y came back with major, |
| 20 | reasonable changes to thing that we had agreed in |
| 21 | writing on December 12th." |
| 22 | Do you see that? |

Page 219

| | |
|---|---|
| 1 | A.   Yes. |
| 2 | Q.   Now let me stop you there for a second. |
| 3 | Do you see that above that, back on December 28th, |
| 4 | you had forecast that Yvette wanted to talk about the |
| 5 | deposit? |
| 6 | MR. GAVENMAN:  Objection. |
| 7 | MR. GRENDI:  Objection. |
| 8 | MR. GAVENMAN:  Form. |
| 9 | THE WITNESS:  Which? |
| 10 | BY MR. GREIM: |
| 11 | Q.   If you look, we're on 73. |
| 12 | A.   Yeah. |
| 13 | Q.   If you go right above there, that's on |
| 14 | December 30th.  Go back to the 28th. |
| 15 | You see he asks you, he says:  "Okay.  Do you |
| 16 | think the contract will be signed today?" |
| 17 | And then you say:  "Don't know.  I think he |
| 18 | wants to talk about the deposit." |
| 19 | A.   Right. |
| 20 | Q.   So does that make you think maybe you |
| 21 | were privy to discussions between Yvette and Mr. Guo |
| 22 | before she was sent down to sign the contract? |

Page 220

| | |
|---|---|
| 1 | A.   Absolutely no. |
| 2 | MR. GRENDI:  Objection. |
| 3 | MR. GAVENMAN:  Objection. |
| 4 | THE WITNESS:  No. |
| 5 | BY MR. GREIM: |
| 6 | Q.   No? |
| 7 | A.   No.  I'm pretty sure about that. |
| 8 | Q.   Okay.  And let's now move to 74.  After |
| 9 | Mr. Waller raises his concern about changes being |
| 10 | proposed by Yvette, you see you respond later that |
| 11 | day on the 30th and you say: "I talked with F." |
| 12 | That's French.  Right? |
| 13 | A.   Yes. |
| 14 | Q.   "It's better to wait a couple of days. |
| 15 | Miles -- that's Mr. Guo? |
| 16 | A.   Yes. |
| 17 | Q.   "Communicated with me a few times today, |
| 18 | but did not mention the failure." |
| 19 | A.   Right. |
| 20 | Q.   Did you see that? |
| 21 | A.   Yes. |
| 22 | Q.   Now, do you think it's possible that Mr. |

Page 221

56 (Pages 218 to 221)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1   Guo didn't know about the interaction between 15:27 | 1   Q.   I guess I'll tell you this.  Feel free 15:31 |

Guo didn't know about the interaction between
Ms. Wang and French?
    MR. GAVENMAN:  Objection to form.
    MR. GRENDI:  Objection.
    THE WITNESS:  I have no idea.  I don't think
it's possible.
    MR. GREIM:  Okay.  Now, earlier, I
represented to you that the agreement was signed on
January 6th.  I'm going to show -- we're going to go
ahead and mark this even though it's been used
before.  I'll just mark it again.  I'm going to show
you what we're marking as Han Exhibit 11.
    [Han Exhibit No. 11 was
    marked for identification.]
BY MR. GREIM:
    Q.   I'll represent to you that this is the
final signed agreement.  Could you turn to page 5.
It's labeled Eastern-000009.
    Can you tell us the name that is signed there
for Eastern Profit?
    MR. GRENDI:  Objection.
    THE WITNESS:  It looks like Han G. Wang, but

Page 222

it's script.  It's hard to tell, but it looks like --
it's hard to tell, but maybe it's Han.
BY MR. GREIM:
    Q.   Does it look like Yanping Wang?
    A.   No.
    Q.   What's the date that you seen underneath
it?
    A.   January 6th.
    Q.   Did you understand whether the deposit
would be refundable?
    MR. GAVENMAN:  Objection, form.
    MR. GRENDI:  Objection.
    THE WITNESS:  I don't know.  Where is it in
the paper, in the document?
BY MR. GREIM:
    Q.   If you see on page 5, under Payment
Terms --
    A.   Yeah.
    Q.   -- that's the reference that I see, but
I don't want to suggest to you an answer.
    [Witness peruses exhibit.]
BY MR. GREIM:

Page 223

    Q.   I guess I'll tell you this.  Feel free
to look at the agreement if you want to.  What I
really wanted to ask is if you could remember having
an understanding about it.
    A.   About the deposit?
    Q.   About the deposit.
    A.   I didn't know the end result of what
they put in the signed form.
    Q.   Okay.  Then what about the contents of
the weekly reports; did you have an understanding
about -- if you want to look at the agreement because
you think it will refresh your memory, do it.  That's
fine, but I first want to ask you did you have an
understanding about what was going to be in those
weekly reports?
    MR. GRENDI:  Objection to the form.
    MR. GAVENMAN:  Objection.
    THE WITNESS:  I have a rough idea, because I
think we discussed during the meeting he wants
something of substance, not, you know, junk
information, and that, I'm pretty sure.
BY MR. GREIM:

Page 224

    Q.   Do you recall, though, the idea that
there would be a ramp-up period, as Mr. Waller texted
to you --
    A.   Yes.
    Q.   -- in which the reports would not be the
same as the reports that would come later?
    MR. GRENDI:  Objection to form.
    MR. GAVENMAN:  Objection.
    THE WITNESS:  He mentioned that to me.  I
also expressed my concern, those types, because the
assignments, the target is very clear.  So there's no
point going around and around for those information
that the client already has.  I made that point so
many times in the past.
BY MR. GREIM:
    Q.   Do you recall after an initial meeting
that the start date of the contract was postponed?
    A.   Say that again.
    Q.   Do you recall that after an initial
meeting that the start date of the contract was
postponed?
    A.   I was not involved in that.  So I don't

Page 225

57 (Pages 222 to 225)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | recall specifically.  There are some glitches, you | 15:34 |
| 2 | know, like something going.  I also remember French | 15:34 |
| 3 | told me in the middle, you know, the wire transfer | 15:34 |
| 4 | and Miles tried to stop the second payment. | 15:34 |
| 5 |     Q.   I'm going to be -- make sure I'm a clear | 15:34 |
| 6 | on a couple of questions about representations.  I | 15:34 |
| 7 | know we covered these much earlier today, but I want | 15:34 |
| 8 | to make sure I've got them. | 15:34 |
| 9 |     A.   Yeah. | 15:34 |
| 10 |     Q.   Did Guo represent to Strategic Vision | 15:34 |
| 11 | that he was a dissident? | 15:34 |
| 12 |     MR. GAVENMAN:  Objection, form. | 15:34 |
| 13 |     MR. GRENDI:  Objection to form. | 15:34 |
| 14 |     THE WITNESS:  I don't think he specifically | 15:34 |
| 15 | said he's a dissident, but I think he made his | 15:35 |
| 16 | intention clear to them that he's anti-CCP.  This is | 15:35 |
| 17 | the agenda.  The reason we're doing this is to | 15:35 |
| 18 | disrupt the regime. | 15:35 |
| 19 | BY MR. GREIM: | 15:35 |
| 20 |     Q.   And when you say disrupt the regime, | 15:35 |
| 21 | what do you mean by that? | 15:35 |
| 22 |     A.   Just expose them to corruption, to the | 15:35 |

Page 226

| | | |
|---|---|---|
| 1 | scandals so that people will see the nature of the | 15:35 |
| 2 | Communist regime and even disturb internal power | 15:35 |
| 3 | struggle among the leaders. | 15:35 |
| 4 |     Q.   Did he say it was his goal to actually | 15:35 |
| 5 | overthrow the Communist Part? | 15:35 |
| 6 |     MR. GAVENMAN:  Objection to form. | 15:35 |
| 7 |     MR. GRENDI:  Objection to form. | 15:35 |
| 8 |     THE WITNESS:  That, I didn't remember | 15:35 |
| 9 | specifically.  I think Miles has been involved from | 15:36 |
| 10 | the original -- you know, the beginning of the 19 -- | 15:36 |
| 11 | 2017 to this later stage. | 15:36 |
| 12 |     Until now, there's an evolution going on with | 15:36 |
| 13 | him.  He's political agenda are slight different in | 15:36 |
| 14 | each stage. | 15:36 |
| 15 | BY MR. GREIM: | 15:36 |
| 16 |     Q.   What do you mean by that? | 15:36 |
| 17 |     A.   From the very beginning, you know, I | 15:36 |
| 18 | think he is trying to protect his family, his | 15:36 |
| 19 | employees, and his assets, his own life, and revenge. | 15:36 |
| 20 | That's the goals, three goals, he proposed, and that | 15:36 |
| 21 | later evolved into anti-CCP, but still support CGP. | 15:36 |
| 22 | Now he's moved along that line to overthrow the CCP | 15:37 |

Page 227

| | | |
|---|---|---|
| 1 | and Rule of Law and perfectly, he mentioned many | 15:37 |
| 2 | times to me that he strongly opposed to CGP's | 15:37 |
| 3 | dictatorship. | 15:37 |
| 4 |     Q.   When did he move from second to the | 15:37 |
| 5 | third phase, overthrow CCP? | 15:37 |
| 6 |     MR. GRENDI:  Objection to form. | 15:37 |
| 7 |     MR. GAVENMAN:  Objection to form. | 15:37 |
| 8 |     THE WITNESS:  I don't remember specifically. | 15:37 |
| 9 | We can go back and look at the timeline, but I don't | 15:37 |
| 10 | remember. | 15:37 |
| 11 | BY MR. GREIM: | 15:37 |
| 12 |     Q.   Did you observe the information that was | 15:37 |
| 13 | loaded onto hard drives given by Yvette Wang to | 15:37 |
| 14 | French Wallop? | 15:38 |
| 15 |     MR. GAVENMAN:  Objection to form. | 15:38 |
| 16 |     MR. GRENDI:  Objection to form. | 15:38 |
| 17 |     THE WITNESS:  I think it might be -- Mike | 15:38 |
| 18 | shoot me.  I don't specifically remember.  Maybe I | 15:38 |
| 19 | recall that, but it's all junk, full of junk.  I was | 15:38 |
| 20 | disappointed with that.  I expressed my | 15:38 |
| 21 | disappointment to Mike.  It doesn't advance our | 15:38 |
| 22 | agenda.  It doesn't help the deliverables. | 15:38 |

Page 228

| | | |
|---|---|---|
| 1 | Yes.  I think I saw it. | 15:38 |
| 2 | BY MR. GREIM: | 15:38 |
| 3 |     Q.   I'm sorry.  My question was different | 15:38 |
| 4 | though. | 15:38 |
| 5 |     A.   Okay.  Sorry. | 15:38 |
| 6 |     Q.   My question was whether you saw the hard | 15:38 |
| 7 | drives that Yvette Wang gave to French Wallop with | 15:38 |
| 8 | the initial information to begin the research? | 15:38 |
| 9 |     A.   Oh, no.  Maybe -- | 15:38 |
| 10 |     MR. GRENDI:  Objection to the form. | 15:38 |
| 11 |     MR. GAVENMAN:  Objection to form. | 15:38 |
| 12 |     THE WITNESS:  Maybe French shoot me, but | 15:38 |
| 13 | French mentioned that when he installed, there some | 15:39 |
| 14 | weird stuff going on. | 15:39 |
| 15 | BY MR. GREIM: | 15:39 |
| 16 |     Q.   Did you -- do you remember hearing that | 15:39 |
| 17 | there was Malware in the drives? | 15:39 |
| 18 |     A.   That's what French told me. | 15:39 |
| 19 |     MR. GAVENMAN:  Objection to form. | 15:39 |
| 20 |     THE WITNESS:  I have not -- yeah. | 15:39 |
| 21 | BY MR. GREIM: | 15:39 |
| 22 |     Q.   Did you realize that that required | 15:39 |

Page 229

58 (Pages 226 to 229)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | MR. GRENDI:  Objection to the form.                   15:42 |
| 2 | THE WITNESS:  Yes.                   15:42 |
| 3 | BY MR. GREIM:                   15:42 |
| 4 | Q.   Do you recall that Strategic Vision                   15:42 |
| 5 | reported to you that they had found Customs fraud?   15:42 |
| 6 | MR. GRENDI:  Objection to form.                   15:42 |
| 7 | MR. GAVENMAN:  Objection to form.                   15:42 |
| 8 | THE WITNESS:  Yes.                   15:42 |
| 9 | BY MR. GREIM:                   15:42 |
| 10 | Q.   Do you recall that Strategic Vision                   15:42 |
| 11 | reported to you that they had found possible human   15:42 |
| 12 | trafficking?                   15:42 |
| 13 | MR. GAVENMAN:  Objection to form.                   15:42 |
| 14 | MR. GRENDI:  Objection to form.                   15:42 |
| 15 | THE WITNESS:  Yes.                   15:42 |
| 16 | BY MR. GREIM:                   15:42 |
| 17 | Q.   And did you report those facts to Mr.                   15:42 |
| 18 | Guo?                   15:42 |
| 19 | A.   Yes.                   15:42 |
| 20 | Q.   What was his response?                   15:42 |
| 21 | A.   He -- I forgot.  I cannot recall exactly   15:42 |
| 22 | his reaction, but my impression now, I think he   15:43 |

Page 234

| | |
|---|---|
| 1 | second week, but he wants to see you're able to get   15:44 |
| 2 | this information as you said.                   15:44 |
| 3 | Q.   Do you recall whether Mr. Guo had some   15:44 |
| 4 | event or some specific reason for wanting to have   15:45 |
| 5 | information within the first couple of weeks?   15:45 |
| 6 | MR. GRENDI:  Objection to form.                   15:45 |
| 7 | MR. GAVENMAN:  Objection to form.                   15:45 |
| 8 | THE WITNESS:  No.  I think he wants to get,   15:45 |
| 9 | you know, his money's worth.  I think also -- this is   15:45 |
| 10 | just my speculation, that he planned to have a global   15:45 |
| 11 | press conference.  I don't know if he's planning to   15:45 |
| 12 | expose it, but he wants to get information so he will   15:45 |
| 13 | be comfortable when he do this, you know, global   15:45 |
| 14 | press release conference.                   15:45 |
| 15 | BY MR. GREIM:                   15:45 |
| 16 | Q.   Did he disclose that conference to   15:45 |
| 17 | Strategic Vision?                   15:45 |
| 18 | MR. GAVENMAN:  Objection to form.                   15:45 |
| 19 | THE WITNESS:  I don't know.                   15:45 |
| 20 | MR. GRENDI:  Objection to form.                   15:45 |
| 21 | THE WITNESS:  Not in my presence.  I don't   15:45 |
| 22 | recall that, I should say.                   15:46 |

Page 236

| | |
|---|---|
| 1 | didn't understand the significance of this   15:43 |
| 2 | information and he's so into whatever is in the   15:43 |
| 3 | contract, you know, bank statements, how they --   15:43 |
| 4 | money transferred, that type of information.  That's   15:43 |
| 5 | just my guess.                   15:43 |
| 6 | Q.   So did Mr. Guo tell you that he believed   15:43 |
| 7 | that within the first week or two, he would be   15:43 |
| 8 | getting actual bank statements for the subjects?   15:43 |
| 9 | A.   Say that again.                   15:43 |
| 10 | Q.   Did Mr. Guo tell you that within the   15:43 |
| 11 | first week or two, he thought he would be getting   15:43 |
| 12 | actual bank statements for the subjects?   15:44 |
| 13 | A.   No.  I think he wants to see whatever is   15:44 |
| 14 | in the contract, not just bank accounts.  I'm just   15:44 |
| 15 | using that as an example.                   15:44 |
| 16 | Q.   Sure.                   15:44 |
| 17 | A.   Because there are three or four   15:44 |
| 18 | different categories of information.  He wants to   15:44 |
| 19 | see, you know, the progress each time, each month,   15:44 |
| 20 | each week that there is a progress on those type of   15:44 |
| 21 | information.  I don't think he expected to get, you   15:44 |
| 22 | know, like good intelligence in the first week or   15:44 |

Page 235

| | |
|---|---|
| 1 | BY MR. GREIM:                   15:46 |
| 2 | Q.   Do you believe that -- or, well, let me   15:46 |
| 3 | -- I'll strike that.  Did Mr. Guo ever end up getting   15:46 |
| 4 | research on these 15 individuals and using it for the   15:46 |
| 5 | purposes that he claimed he would use it?   15:46 |
| 6 | MR. GRENDI:  Objection to the form.                   15:46 |
| 7 | MR. GAVENMAN:  Objection.                   15:46 |
| 8 | THE WITNESS:  Please rephrase that.                   15:46 |
| 9 | BY MR. GREIM:                   15:46 |
| 10 | Q.   Sure.  Did Mr. Guo ever end up getting   15:46 |
| 11 | information on the 15 individuals and then using it   15:46 |
| 12 | for the purposes he claimed he was going to use   15:46 |
| 13 | Strategic Vision's research?                   15:46 |
| 14 | MR. GRENDI:  Objection to the form.                   15:46 |
| 15 | MR. GAVENMAN:  Objection to form.                   15:46 |
| 16 | THE WITNESS:  That's a hypothetic question.   15:46 |
| 17 | BY MR. GREIM:                   15:46 |
| 18 | Q.   Well, no.  I wonder it if it actually   15:46 |
| 19 | happened?                   15:46 |
| 20 | A.   No.  It never happened, because the   15:46 |
| 21 | information is not what he's asking for.   15:47 |
| 22 | Q.   But did he ever go to somebody else --   15:47 |

Page 237

60 (Pages 234 to 237)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    A.   I don't know.                                              15:47 |
| 2         Q.   -- and get the research and then go                   15:47 |
| 3    expose Chinese Communist leaders?                                15:47 |
| 4         MR. GRENDI:  Objection to form.                            15:47 |
| 5         MR. GAVENMAN:  Objection to form.                          15:47 |
| 6         THE WITNESS:  I'm not aware of that.                       15:47 |
| 7    BY MR. GREIM:                                                    15:47 |
| 8         Q.   Do you recall Strategic Vision asking                 15:47 |
| 9    you to ask Guo to provide some non-records-protected            15:47 |
| 10   names?                                                          15:47 |
| 11        MR. GRENDI:  Objection to form.                            15:47 |
| 12        THE WITNESS:  I don't know that.  Say that                 15:47 |
| 13   again.  Non-record?                                             15:47 |
| 14   BY MR. GREIM:                                                    15:47 |
| 15        Q.   Do you recall that Strategic Vision                   15:47 |
| 16   asked you to ask Guo to provide some                            15:47 |
| 17   non-records-protected names?                                    15:47 |
| 18        MR. GRENDI:  Objection to the form.                        15:47 |
| 19        THE WITNESS:  I don't remember, but there's                15:47 |
| 20   plenty in this list that is not protected.                      15:47 |
| 21   BY MR. GREIM:                                                    15:47 |
| 22        Q.   Do you know that?                                     15:48 |

Page 238

| | |
|---|---|
| 1         A.   Yeah, because they told me they have                 15:48 |
| 2    four or five people that is under, you know, the                15:48 |
| 3    protection, but there's so many here.  Even they said          15:48 |
| 4    15, but there's plenty, because Miles tried to stack           15:48 |
| 5    more names into this research project.                          15:48 |
| 6         Q.   So did you tell Strategic Vision that it             15:48 |
| 7    should just move on and start investigating other             15:48 |
| 8    members of the family tree?                                     15:48 |
| 9         A.   Yes.  It's in here.                                   15:48 |
| 10        MR. GAVENMAN:  Objection to form.                          15:48 |
| 11        THE WITNESS:  I think in the texts made it                 15:48 |
| 12   very specific.                                                  15:48 |
| 13   BY MR. GREIM:                                                    15:48 |
| 14        Q.   Let's see.  Show me where you're                      15:48 |
| 15   pointing to.                                                    15:48 |
| 16        A.   I don't remember, but it's in here.                   15:48 |
| 17        Q.   Okay.  I would like to go -- because you             15:48 |
| 18   pointed to your text.  I would like to see where you           15:48 |
| 19   provided that advice.  It would have to be --                   15:48 |
| 20        A.   Okay.  Let me see.  Like, for example,               15:48 |
| 21   in 82, I discuss with French, said I'm disappointed           15:48 |
| 22   with the result.  Ever there are five RP people, but          15:49 |

Page 239

| | |
|---|---|
| 1    we still have many left.  I mean here, the many left,          15:49 |
| 2    but we didn't get anything.                                     15:49 |
| 3         Q.   So when you said we have many left, it's             15:49 |
| 4    your testimony you're referring to people who are not          15:49 |
| 5    part of 15 whose names might have appeared?                     15:49 |
| 6         A.   No, no, no.  If you read this, 82, page              15:49 |
| 7    82, I said even there are five RP people, that means          15:49 |
| 8    people in this list that's under protection.  There           15:49 |
| 9    are -- we still have many left.  That means many in           15:49 |
| 10   this list that left, we can go after them, but I said         15:49 |
| 11   we didn't get anything.  I mean they didn't do                 15:49 |
| 12   anything to collect that information.  It put me in a         15:49 |
| 13   very difficult spot.                                           15:49 |
| 14        More importantly, it failed to advance our               15:49 |
| 15   agenda.  So that's what said this project to do, to           15:50 |
| 16   get information to expose the corruption of Chinese          15:50 |
| 17   Communist, you know, high-ranking officials.                   15:50 |
| 18        Q.   I guess --                                            15:50 |
| 19        A.   That's what I was upset about.                       15:50 |
| 20        Q.   Right, but I guess my question to you is            15:50 |
| 21   how do you know they were not gathering that                   15:50 |
| 22   information?                                                    15:50 |

Page 240

| | |
|---|---|
| 1         A.   Because they told me they only found                15:50 |
| 2    five or four.  They are not sure how many actually            15:50 |
| 3    are in this PR under protection, but if they only            15:50 |
| 4    found two, I mean, or four or five, there's so many         15:50 |
| 5    here.                                                          15:50 |
| 6         Q.   Didn't they go and get information on             15:50 |
| 7    someone named Frank Swen?                                      15:50 |
| 8         MR. GRENDI:  Objection.                                   15:50 |
| 9         MR. GAVENMAN:  Objection to form.                        15:50 |
| 10        THE WITNESS:  But that's not information in             15:50 |
| 11   the contract.  The information is only on surface,          15:50 |
| 12   some kind of, you know, like use the, you know,             15:50 |
| 13   Social Security account, maybe some passport issue.        15:50 |
| 14   It's not the information.  You know, they touched          15:51 |
| 15   some things, but not the information, you know, as         15:51 |
| 16   specified.                                                    15:51 |
| 17   BY MR. GREIM:                                                  15:51 |
| 18        Q.   Let me ask you this:  Your text says and         15:51 |
| 19   you've been saying today that only five are records        15:51 |
| 20   protected.                                                    15:51 |
| 21        A.   That's what they told me.                          15:51 |
| 22        Q.   That's -- well, I think you're reading          15:51 |

Page 241

61 (Pages 238 to 241)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1  MR. GRENDI:  Objection to the form. | 15:55 |
| 2  MR. GAVENMAN:  Objection. | 15:55 |
| 3  THE WITNESS:  I don't recall.  I think I | 15:55 |
| 4  probably heard from Mike and French, not from Miles. | 15:55 |
| 5  BY MR. GREIM: | 15:56 |
| 6  Q.  When you heard that was happening, what | 15:56 |
| 7  did you do? | 15:56 |
| 8  A.  I don't remember.  I was disappointed. | 15:56 |
| 9  I know that I put lots of hope in this project and I | 15:56 |
| 10  hoped its success.  I feel I failed on both sides.  I | 15:56 |
| 11  tried to put two sides together, have Miles to pay | 15:56 |
| 12  for this, dig up something that we can use to expose | 15:56 |
| 13  the Communist regime's corruption so that it advances | 15:56 |
| 14  our agenda on anti-CCP, but I failed because I | 15:56 |
| 15  unforeseen the difficulties of finding this | 15:56 |
| 16  information and working together. | 15:56 |
| 17  So that's just my assessment. | 15:56 |
| 18  Q.  But to be fair, you don't know of Mr. | 15:56 |
| 19  Guo being able to do project like this with anyone | 15:56 |
| 20  else, do you? | 15:57 |
| 21  MR. GRENDI:  Objection. | 15:57 |
| 22  MR. GAVENMAN:  Objection to form. | 15:57 |

Page 246

| | |
|---|---|
| 1  THE WITNESS:  Can you rephrase that? | 15:57 |
| 2  BY MR. GREIM: | 15:57 |
| 3  Q.  But to be fair, you don't of Mr. Guo | 15:57 |
| 4  doing a project like this with anyone else, do you? | 15:57 |
| 5  MR. GRENDI:  Objection. | 15:57 |
| 6  MR. GAVENMAN:  Objection to form. | 15:57 |
| 7  THE WITNESS:  I don't know if he's doing | 15:57 |
| 8  anything or have done anything with other group | 15:57 |
| 9  whatsoever except this one. | 15:57 |
| 10  BY MR. GREIM: | 15:57 |
| 11  Q.  On that point, have you ever heard of | 15:57 |
| 12  T&M -- that's the letter T and M --Protection | 15:57 |
| 13  Resources? | 15:57 |
| 14  A.  No.  Can you -- who -- is that his | 15:57 |
| 15  security team? | 15:57 |
| 16  Q.  At one time, I believe. | 15:57 |
| 17  MR. GRENDI:  Objection.  I mean, who's | 15:57 |
| 18  testifying?  Sorry. | 15:57 |
| 19  MR. GREIM:  Yeah.  That's right.  Let's keep | 15:57 |
| 20  it Q&A.  I'm sorry. | 15:57 |
| 21  MR. GRENDI:  Thanks. | 15:57 |
| 22  BY MR. GREIM: | 15:57 |

Page 247

| | |
|---|---|
| 1  Q.  We're getting too conversational, Mr. | 15:57 |
| 2  Han. | 15:57 |
| 3  A.  Yeah. | 15:57 |
| 4  Q.  Let me ask you another question.  Have | 15:57 |
| 5  you heard of Robert S. Tucker or Duncan Levin? | 15:57 |
| 6  A.  Yes. | 15:57 |
| 7  Q.  Have you met them? | 15:58 |
| 8  A.  I met with Tucker. | 15:58 |
| 9  Q.  Okay.  And was he a member of the | 15:58 |
| 10  security team for Guo? | 15:58 |
| 11  A.  At the time. | 15:58 |
| 12  MR. GAVENMAN:  Objection to form. | 15:58 |
| 13  MR. GRENDI:  Objection to form. | 15:58 |
| 14  BY MR. GREIM: | 15:58 |
| 15  Q.  Was this in, what, 2017? | 15:58 |
| 16  A.  Yes. | 15:58 |
| 17  Q.  Do you know if Guo used Mr. Tucker to do | 15:58 |
| 18  this research? | 15:58 |
| 19  A.  I didn't. | 15:58 |
| 20  MR. GAVENMAN:  Objection to the form. | 15:58 |
| 21  BY MR. GREIM: | 15:58 |
| 22  Q.  Or research similar to this? | 15:58 |

Page 248

| | |
|---|---|
| 1  A.  I didn't. | 15:58 |
| 2  Q.  Did there come a time when Tucker was no | 15:58 |
| 3  longer being used as the security person for Guo? | 15:58 |
| 4  A.  I didn't know when they terminate his | 15:58 |
| 5  thing and I just later learned because they changed | 15:58 |
| 6  security.  I didn't ask why. | 15:58 |
| 7  Q.  Do you know anything about what Mr. | 15:58 |
| 8  Tucker did for Mr. Guo? | 15:58 |
| 9  A.  I didn't. | 15:58 |
| 10  MR. GRENDI:  Objection. | 15:58 |
| 11  MR. GAVENMAN:  Objection. | 15:58 |
| 12  THE WITNESS:  Except one thing. | 15:58 |
| 13  MR. GAVENMAN:  You can answer. | 15:58 |
| 14  THE WITNESS:  I can answer?  Okay.  Except | 15:58 |
| 15  one thing.  I had a breakfast with Tucker and he told | 15:58 |
| 16  me that during the breakfast that one of his | 15:59 |
| 17  Communist -- we suspect a Communist agent approached | 15:59 |
| 18  him.  We suspect this guy is the smear campaign | 15:59 |
| 19  commander in this country.  We know he's very close | 15:59 |
| 20  to CCP, high ranking, and this guy, his name is Bruno | 15:59 |
| 21  Wu. | 15:59 |
| 22  Bruno Wu approached Tucker, offered him 20 | 15:59 |

Page 249

63 (Pages 246 to 249)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | million cash to switch to espionage on Miles, and | 15:59 |
| 2 | Tucker asked where you get the cash and he said from | 15:59 |
| 3 | Jack Ma, Alibaba, and then he said they had this | 16:00 |
| 4 | conversation in the open.  He videotaped the | 16:00 |
| 5 | conversation. | 16:00 |

1  million cash to switch to espionage on Miles, and
2  Tucker asked where you get the cash and he said from
3  Jack Ma, Alibaba, and then he said they had this
4  conversation in the open.  He videotaped the
5  conversation.
6  BY MR. GREIM:
7      Q.   Tucker did?
8      A.   Tucker did.  That's the only thing I
9  remember during the conversation I had with him.
10      MR. GREIM:  All right.  Okay.  Let's take a
11  short break.
12      MR. GRENDI:  Yeah.
13      VIDEOGRAPHER:  Going off the record.  The
14  time is 4:02 p.m.
15      [Recess.]
16      VIDEOGRAPHER:  We are back on the record.
17  The time is now 4:20 p.m.
18  BY MR. GREIM:
19      Q.   Mr. Han, you testified earlier that the
20  projects being discussed at the end of the packet
21  we've marked as Exhibit 10, that those projects did
22  not come to fruition?

Page 250

1      MR. GAVENMAN:  Objection.
2      THE WITNESS:  With --
3  BY MR. GREIM:
4      Q.   With Strategic Vision?
5      A.   No.
6      Q.   And did that include the Taiwan project?
7      A.   Correct.  We are still waiting for that
8  response.
9      Q.   Do you recall the contact in Taiwan
10  citing the political article as a concern in working
11  with Strategic Vision?
12      A.   No.  What's that?  Can you remind me?
13      Q.   Well, are you aware of an article in
14  "Politico" about -- written about Eastern Profit and
15  Strategic Vision in this case?
16      A.   I saw that article, but that has nothing
17  to do with the Taiwan project.
18      Q.   Oh.  I understand.  It doesn't discuss
19  the Taiwan project at all, but do you recall that the
20  contact in the Taiwan project mentioned the
21  "Politico" article?
22      MR. GAVENMAN:  Objection, form, asked and

Page 251

1  answered.
2      THE WITNESS:  I don't remember I saw that.
3  BY MR. GREIM:
4      Q.   Okay.  Would you have introduced
5  Strategic Vision to the Japan and Taiwan projects if
6  you thought that Strategic Vision was dishonest?
7      MR. GAVENMAN:  Objection to form.
8      MR. GRENDI:  Objection.
9      THE WITNESS:  I wouldn't.
10  BY MR. GREIM:
11      Q.   Okay.  Let's see.  I didn't ask you this
12  before:  Have you ever met Karin Maestrello?
13      A.   Who is that?
14      Q.   Okay.  Then I guess -- have you heard
15  that name before?
16      A.   Carol?
17      Q.   Karin Maestrello.
18      A.   Karin?  Karin?  You mean Miles'
19  assistant, Karin?
20      Q.   Yes.
21      A.   Yes.  I met.  The Italian girl?
22      Q.   The what?

Page 252

1      A.   Italian girl.
2      Q.   Italian girl, that's right.
3      A.   Yes.  I met her.
4      Q.   Do you know what she does for Mr. Guo?
5      A.   She's just --
6      MR. GAVENMAN:  Objection to form.
7      MR. GRENDI:  Objection to form.
8      THE WITNESS:  My understanding is like an
9  assistant, office assistant.
10  BY MR. GREIM:
11      Q.   Do you recall that -- do you recall
12  hearing that Mr. Guo, himself, told Ms. Wallop and
13  Mr. Waller that Yvette Wang was still a member of the
14  Chinese Communist Party?
15      A.   No.  I don't recall that.
16      Q.   Do you recall telling Ms. Wallop and Mr.
17  Waller that Yvette Wang was still a member of the
18  Chinese Communist Party?
19      A.   I don't.  I don't recall that.
20      Q.   Do you think it's possible and just
21  don't remember?
22      A.   I think it's possible.

Page 253

64 (Pages 250 to 253)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

---

**Page 266**

```
 1   matter?                                            16:35
 2        MR. GREIM:  Objection, calls for speculation  16:35
 3   and opinion and also vague.                        16:35
 4        THE WITNESS:  I think they have a good         16:35
 5   intention at the beginning and want to do the right 16:35
 6   thing, and yeah.  I have no doubt, otherwise, I     16:35
 7   wouldn't introduce him to Miles.                    16:35
 8   BY MR. GRENDI:                                      16:35
 9        Q.   Do you think they cared about the money?  16:35
10        A.   They do care about the money, but they    16:35
11   do also care about the political agenda.            16:35
12        Q.   What is Hansheng Wang look like?          16:35
13        A.   He's a very quiet guy, very reserved,     16:35
14   never participated in any of our meetings.          16:35
15        Q.   Have you ever talked to him?              16:35
16        A.   Occasionally.                             16:35
17        Q.   If you recall, what did you talk to him   16:35
18   about?                                              16:36
19        A.   I think it's like what he -- where he     16:36
20   come from, where's his native province and what the 16:36
21   family were doing.  I think he just come from a poor 16:36
22   family, like a rural farmer, stuff like that.       16:36
```

**Page 267**

```
 1        Q.   How many times have you met him?          16:36
 2        A.   I don't know.  I don't remember exactly   16:36
 3   how many times, but every time I've been to the     16:36
 4   apartment, most of the time he's there.             16:36
 5        Q.   Is he a dissident?                         16:36
 6        MR. GREIM:  Objection, calls for opinion.      16:36
 7        THE WITNESS:  Well, no.  I think he is part    16:36
 8   of, you know, Miles' team.  You know, you can't     16:36
 9   escape that.  Everybody becomes a dissident now.    16:36
10   BY MR GRENDI                                        16:37
11        Q.   Anyone who does business with Miles       16:37
12   and --                                              16:37
13        A.   Anyone associated with him, does          16:37
14   business with him, they will all become a dissident. 16:37
15        Q.   And they're putting their lives at risk   16:37
16   if they go back to China by doing so?               16:37
17        MR. GREIM:  Objection, calls for speculation.  16:37
18        THE WITNESS:  Absolutely.                       16:37
19   BY MR. GREIM:                                        16:37
20        Q.   I'm sorry.  What was your --               16:37
21        A.   Absolutely.                                16:37
22        Q.   Okay.  Do you know if the CCP employees   16:37
```

**Page 268**

```
 1        -- I'll call them fake dissidents, people are  16:37
 2   pretending to be dissidents?                         16:37
 3        A.   Yes.                                        16:37
 4        Q.   And what do those fake dissidents do?     16:37
 5   What is their purpose?                               16:37
 6        A.   If we're talking about specifically       16:37
 7   related to this project --                           16:37
 8        Q.   Sure.                                      16:37
 9        A.   They're a smear campaign against Miles    16:37
10   Kwok.  That was number one that those fake dissidents 16:37
11   are doing, and in addition to that, there are a lot 16:38
12   of people that Miles sued or countersued who are    16:38
13   involved in fake political asylum business and they 16:38
14   are to survive to make money, like fake persons.    16:38
15        We have evidence to show they made -- he       16:38
16   helped people to fabricate fake political asylum     16:38
17   cases, and there are many more.  Like another guy, a 16:38
18   lawyer, also does the same thing and then he's also 16:38
19   somehow connected with the MSS and the Chinese      16:38
20   Embassy.                                             16:38
21        There are so many of them.  You know, I think  16:38
22   you probably need to talk to the FBI to get this    16:38
```

**Page 269**

```
 1   information.                                         16:39
 2        Q.   So you believe the CCP is employing       16:39
 3   hundreds of fake dissidents, if you know, however   16:39
 4   many you think?                                      16:39
 5        A.   I don't know how many.  I have no idea    16:39
 6   how many, but in this particular case against Miles, 16:39
 7   they hired very many to do their dirty work,        16:39
 8   basically drag them into this lawsuit.  At the       16:39
 9   beginning, I think lots of dissidents, whether fake 16:39
10   or real, they come to Miles and try to get support, 16:39
11   financial support, from him, and when that failed and 16:39
12   they started fighting over social media, criticized 16:39
13   Miles, and that caused them anger from Miles' side. 16:39
14   So he started suing them, and those dissidents or   16:40
15   activists, so called, they have now resources to do 16:40
16   this and then we saw the money transfer from the    16:40
17   Chinese Government.  They use one singular law firm  16:40
18   to do -- you know, didn't bother to change their    16:40
19   complaints, and then we have some evidence           16:40
20   independently -- it has nothing to do with Miles --  16:40
21   we obtained from people that we know, showing that  16:40
22   they work closely with the Chinese consulate in New 16:40
```

68 (Pages 266 to 269)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | York, the embassy here, and money their transferred | 16:40 |
| 2 | from different channels to pay for the legal bill. | 16:40 |
| 3 | Q.   Are you familiar with a website called | 16:41 |
| 4 | Boxun, B-O-X-U-N, I think? | 16:41 |
| 5 | A.   Yes. | 16:41 |
| 6 | Q.   And what does that website do? | 16:41 |
| 7 | A.   That website used to be a dissident | 16:41 |
| 8 | Chinese language dissident -- you know, it's like a | 16:41 |
| 9 | free press.  It's a free platform.  Everybody can put | 16:41 |
| 10 | their stuff in there, but mostly, it's the dissidents | 16:41 |
| 11 | who use that website to access information, post | 16:41 |
| 12 | their grievances or the articles they wrote. | 16:41 |
| 13 | Q.   So it's sort of open source; anyone can | 16:41 |
| 14 | post on it? | 16:41 |
| 15 | A.   Correct. | 16:41 |
| 16 | Q.   Have fake dissidents posted information | 16:41 |
| 17 | on that website? | 16:41 |
| 18 | A.   I'm sure there are many Chinese | 16:41 |
| 19 | Communists, you know, like sui jin.  The water army, | 16:41 |
| 20 | that's the term that posts stuff on that website as | 16:41 |
| 21 | well. | 16:41 |
| 22 | Q.   So you wouldn't necessarily trust | 16:41 |

Page 270

| | | |
|---|---|---|
| 1 | Q.   Do they ever post fake images? | 16:43 |
| 2 | A.   Could be. | 16:43 |
| 3 | Q.   Fake videos? | 16:43 |
| 4 | A.   That, I'm not expert on that.  So I | 16:43 |
| 5 | can't tell. | 16:43 |
| 6 | Q.   Would it surprise you if they did? | 16:43 |
| 7 | A.   No.  I'm not surprised by that. | 16:43 |
| 8 | Q.   Are you aware that Google recently took | 16:43 |
| 9 | down a number of videos from its platform that were | 16:43 |
| 10 | posted by fake dissidents? | 16:43 |
| 11 | A.   Yes. | 16:43 |
| 12 | Q.   Do you know if any of those videos were | 16:43 |
| 13 | critical of Miles Kwok or Guo Wengui? | 16:43 |
| 14 | A.   I don't know specific.  I suspect, yeah. | 16:43 |
| 15 | There might be some. | 16:43 |
| 16 | Q.   Because Guo Wengui is a real dissident. | 16:43 |
| 17 | Right? | 16:43 |
| 18 | A.   Guo Wengui, yes.  I would characterize | 16:43 |
| 19 | him as a real dissident. | 16:44 |
| 20 | Q.   And the CCP pretty desperate to get him | 16:44 |
| 21 | back to China and put him in jail? | 16:44 |
| 22 | A.   Correct. | 16:44 |

Page 272

| | | |
|---|---|---|
| 1 | anything coming out of Boxun because fake dissidents | 16:41 |
| 2 | post information there? | 16:42 |
| 3 | A.   No.  It depends on the information. | 16:42 |
| 4 | Q.   Do you happen know where Exhibit 3 and | 16:42 |
| 5 | Exhibit 3 were posted, where they came from? | 16:42 |
| 6 | A.   No, I don't.  Which one? | 16:42 |
| 7 | Q.   Three. | 16:42 |
| 8 | A.   Okay.  Yeah. | 16:42 |
| 9 | Q.   Do you know if Boxun was the uploading | 16:42 |
| 10 | entity that put this video out there? | 16:42 |
| 11 | A.   I didn't know that. | 16:42 |
| 12 | Q.   Would you trust it if it came from | 16:42 |
| 13 | Boxun? | 16:42 |
| 14 | A.   It depends on the content.  I think it | 16:42 |
| 15 | depends on the information. | 16:42 |
| 16 | Q.   Well, let me ask you this. | 16:42 |
| 17 | A.   Not necessarily whether it showed on the | 16:42 |
| 18 | platform. | 16:42 |
| 19 | Q.   Have fake dissidents posted false | 16:42 |
| 20 | information about other dissidents to disrupt the -- | 16:42 |
| 21 | I'll call it the effort to damage the CCP? | 16:42 |
| 22 | A.   Yeah.  There are some. | 16:42 |

Page 271

| | | |
|---|---|---|
| 1 | Q.   In drafting the contract, was there a | 16:44 |
| 2 | concern about Mr. Wengui being identified in | 16:44 |
| 3 | connection with the research agreement? | 16:44 |
| 4 | A.   I think there was, if I recall | 16:44 |
| 5 | correctly. | 16:44 |
| 6 | Q.   I'll take you back to the contract.  Do | 16:44 |
| 7 | you remember if there was a specific schedule in that | 16:44 |
| 8 | agreement concerning when reports were to be | 16:44 |
| 9 | delivered? | 16:44 |
| 10 | A.   Yes.  There is. | 16:44 |
| 11 | Q.   Was it -- did it call for reports within | 16:44 |
| 12 | the first week, in the first month of the contract? | 16:45 |
| 13 | A.   Yeah.  I think there is a specific | 16:45 |
| 14 | requirement on the first week.  I think it's just | 16:45 |
| 15 | trying to show the progress, we're on the right | 16:45 |
| 16 | track. | 16:45 |
| 17 | Q.   Well, let's look at the agreement.  What | 16:45 |
| 18 | number is that?  It's number -- | 16:45 |
| 19 | MR. GAVENMAN:  Eleven. | 16:45 |
| 20 | MR. GRENDI:  Eleven. | 16:45 |
| 21 | MR. GREIM:  Let me just say while we're | 16:45 |
| 22 | pulling it up, the witness was instructed not to | 16:45 |

Page 273

69 (Pages 270 to 273)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | answer previously about the agreement on the ground | 16:45 |
| 2 | it was calling for a legal conclusion. So I would | 16:45 |
| 3 | hope we'd have consistence. | 16:45 |
| 4 | MR. GAVENMAN: It depends on what the | 16:45 |
| 5 | question is. | 16:45 |
| 6 | MR. GRENDI: I wasn't asking about a legal | 16:45 |
| 7 | opinion on it. | 16:45 |
| 8 | Oh, there's my copy. I'm sorry. | 16:45 |
| 9 | BY MR. GRENDI: | 16:45 |
| 10 | Q.   Just looking at the second page, it says | 16:45 |
| 11 | the contractor will produce progress reports on this | 16:46 |
| 12 | -- | 16:46 |
| 13 | A.   Where is that? | 16:46 |
| 14 | Q.   Oh, I'm sorry. The first full paragraph | 16:46 |
| 15 | on the second page. | 16:46 |
| 16 | A.   Okay. Okay. Yes. | 16:46 |
| 17 | Q.   It says: "The contractor will produce a | 16:46 |
| 18 | progress report on this financial forensic research | 16:46 |
| 19 | each week in the first month, one preliminary report | 16:46 |
| 20 | in the first month and one comprehensive historical | 16:46 |
| 21 | research report within three months." | 16:46 |
| 22 | And then it goes on to talk about update | 16:46 |

Page 274

| | | |
|---|---|---|
| 1 | reports. Do you see that section there? | 16:46 |
| 2 | A.   Yes. | 16:46 |
| 3 | Q.   Did Strategic Vision deliver financial | 16:46 |
| 4 | forensic research reports each week in the first | 16:46 |
| 5 | month? | 16:46 |
| 6 | MR. GREIM: Objection. Counsel has not | 16:46 |
| 7 | actually read the portion of the contract that he's | 16:46 |
| 8 | purporting to ask about. | 16:46 |
| 9 | MR. GRENDI: What are you talking about? | 16:46 |
| 10 | THE WITNESS: No. | 16:46 |
| 11 | MR. GRENDI: Would you like me to read the | 16:46 |
| 12 | full sentence, Mr. Greim? Is that what you're | 16:46 |
| 13 | getting at? | 16:46 |
| 14 | BY MR. GRENDI: | 16:46 |
| 15 | Q.   Let me try it again. Looking at this | 16:46 |
| 16 | first full paragraph on the second page, it says: | 16:46 |
| 17 | "The contractor will produce a progress report on | 16:46 |
| 18 | this financial forensic research each week in the | 16:47 |
| 19 | first month, one preliminary report in the first | 16:47 |
| 20 | month, and one comprehensive historical research | 16:47 |
| 21 | report within three months and with update reports | 16:47 |
| 22 | sin each following month. The client may require | 16:47 |

Page 275

| | | |
|---|---|---|
| 1 | reports per individual subject to the client within a | 16:47 |
| 2 | specified timeframe as well as all relevant | 16:47 |
| 3 | supporting data." | 16:47 |
| 4 | Do you see that? | 16:47 |
| 5 | A.   Yes. | 16:47 |
| 6 | Q.   I'll ask you again did Strategic Vision | 16:47 |
| 7 | deliver weekly reports within the first month of the | 16:47 |
| 8 | agreement? | 16:47 |
| 9 | A.   No. | 16:47 |
| 10 | Q.   If you look further down the page, it | 16:47 |
| 11 | says: "The contractor will produce social media | 16:47 |
| 12 | research per individual subject to the client on a | 16:47 |
| 13 | weekly basis for the first month and on a monthly | 16:47 |
| 14 | basis thereafter except under circumstances that | 16:47 |
| 15 | require more frequent reporting, paren, weekly or | 16:47 |
| 16 | fortnightly, as the client directs or irregular | 16:48 |
| 17 | emergencies that the contractor may discover." | 16:48 |
| 18 | Do you see that? | 16:48 |
| 19 | A.   Um-hum. | 16:48 |
| 20 | Q.   Did Strategic Vision deliver weekly | 16:48 |
| 21 | reports during the first month of the agreement | 16:48 |
| 22 | concerning social media research? | 16:48 |

Page 276

| | | |
|---|---|---|
| 1 | MR. GREIM: Objection, foundation. | 16:48 |
| 2 | THE WITNESS: No. | 16:48 |
| 3 | BY MR. GRENDI: | 16:48 |
| 4 | Q.   And if you look in the middle of the | 16:48 |
| 5 | page there, again, we're on Eastern-000006, the | 16:48 |
| 6 | middle paragraph says: "The contractor will produce | 16:48 |
| 7 | concurrent tracking research per individual subject | 16:48 |
| 8 | to the client on a month basis except in the first | 16:48 |
| 9 | month that weekly reports shall be delivered and | 16:48 |
| 10 | under circumstances that require more frequent | 16:48 |
| 11 | reporting, paren, weekly or fortnightly, end paren, | 16:48 |
| 12 | as the client directs up to a six-month period." | 16:48 |
| 13 | Do you see that? | 16:48 |
| 14 | A.   Yes. | 16:48 |
| 15 | Q.   Did Strategic Vision deliver weekly | 16:49 |
| 16 | reports on tracking research per individual subject | 16:49 |
| 17 | during the first month of the agreement? | 16:49 |
| 18 | A.   No. | 16:49 |
| 19 | Q.   Okay. Did there come a time when | 16:49 |
| 20 | Strategic Vision delivered a 60-gigabyte hard drive | 16:49 |
| 21 | of data to Eastern Profit? | 16:49 |
| 22 | A.   Yes. | 16:49 |

Page 277

70 (Pages 274 to 277)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   And what was on that hard drive? | 16:49 |
| 2 | A.   It's lots of junk information. | 16:49 |
| 3 | Q.   Was any of that information the kind of | 16:49 |
| 4 | useful reporting that Eastern Profit would have | 16:49 |
| 5 | expected under this agreement? | 16:49 |
| 6 | MR. GREIM:  Objection, foundation, calls for | 16:49 |
| 7 | opinion. | 16:49 |
| 8 | THE WITNESS:  No. | 16:49 |
| 9 | BY MR. GRENDI: | 16:49 |
| 10 | Q.   Okay.  I believe you testified before | 16:49 |
| 11 | that you had heard that Team 2 found evidence of -- | 16:50 |
| 12 | strike that. | 16:50 |
| 13 | Did you ever hear that Team 2 of Strategic | 16:50 |
| 14 | Vision's team found evidence of Social Security | 16:50 |
| 15 | number fraud or human trafficking or customs fraud? | 16:50 |
| 16 | A.   Say that again. | 16:50 |
| 17 | Q.   Sorry.  Did there ever come a time when | 16:50 |
| 18 | you heard from Strategic Vision that its second team | 16:50 |
| 19 | -- they call it Team 2 -- had found evidence of | 16:50 |
| 20 | Social Security fraud, human trafficking, or customs | 16:50 |
| 21 | fraud concerning the subjects of the research | 16:50 |
| 22 | agreement? | 16:50 |

Page 278

| | | |
|---|---|---|
| 1 | A.   Yes, but I don't hear the Team 2, that | 16:50 |
| 2 | term.  I was not familiar with the Team 2. | 16:50 |
| 3 | Q.   Let's just say Strategic Vision.  Did | 16:51 |
| 4 | Strategic Vision tell you it had found that kind of | 16:51 |
| 5 | information? | 16:51 |
| 6 | A.   Yes. | 16:51 |
| 7 | Q.   They did ever give you any documents to | 16:51 |
| 8 | prove that or show that that was the case? | 16:51 |
| 9 | A.   No. | 16:51 |
| 10 | Q.   No.  Okay.  And the whole point of this | 16:51 |
| 11 | agreement was to get that, like you said, the | 16:51 |
| 12 | concrete evidence that there was corruption in the | 16:51 |
| 13 | CCP.  Right? | 16:51 |
| 14 | A.   Correct. | 16:51 |
| 15 | Q.   But that was never delivered under this | 16:51 |
| 16 | agreement, was it? | 16:51 |
| 17 | A.   No. | 16:51 |
| 18 | Q.   I'll ask about this one, but I think | 16:51 |
| 19 | we're going to have to eventually go off the record | 16:51 |
| 20 | on it.  What is the name of project in Taiwan that | 16:51 |
| 21 | you were talking about with Attorney Greim just | 16:51 |
| 22 | before the break? | 16:51 |

Page 279

| | | |
|---|---|---|
| 1 | A.   Is this relevant? | 16:51 |
| 2 | Q.   Well, that's what I'm going to get at | 16:51 |
| 3 | here, because my understanding would probably be that | 16:51 |
| 4 | you don't want to reveal the name of that entity. | 16:51 |
| 5 | A.   No. | 16:52 |
| 6 | Q.   Okay.  Is that because it's normally | 16:52 |
| 7 | confidential; you don't disclose the dealings of | 16:52 |
| 8 | private investigatory research clients that you're | 16:52 |
| 9 | working with with Strategic Vision? | 16:52 |
| 10 | A.   Correct. | 16:52 |
| 11 | MR. GRENDI:  So, Attorney Greim, we can talk | 16:52 |
| 12 | about whether you're going to try to use that in | 16:52 |
| 13 | damages and we can talk about who this client is and | 16:52 |
| 14 | find out information about it or you can -- we can | 16:52 |
| 15 | lay off on that and maybe talk to your client about | 16:52 |
| 16 | it. | 16:52 |
| 17 | MR. GREIM:  Yeah.  Let's just -- let's take | 16:52 |
| 18 | one minute. | 16:52 |
| 19 | MR. GRENDI:  Sure.  Off the record. | 16:52 |
| 20 | VIDEOGRAPHER:  Going off the record.  The | 16:52 |
| 21 | time is now 4:54 p.m. | 16:52 |
| 22 | [Mr. Greim confers with Ms. Wallop and Mr. | 16:52 |

Page 280

| | | |
|---|---|---|
| 1 | Waller.] | 16:54 |
| 2 | VIDEOGRAPHER:  We are back on the record. | 16:54 |
| 3 | The time is now 4:57 p.m. | 16:55 |
| 4 | BY MR. GRENDI: | 16:55 |
| 5 | Q.   So, Mr. Han, if you would please | 16:55 |
| 6 | identify the client or potential client from Taiwan | 16:55 |
| 7 | that you spoke of politically concerning a newspaper | 16:55 |
| 8 | article in "Politico". | 16:55 |
| 9 | A.   There is a -- I saw that article.  I | 16:55 |
| 10 | didn't know what it referred to.  They specifically | 16:55 |
| 11 | talked about the Taiwan project. | 16:55 |
| 12 | Q.   No, no.  I'm sorry.  You know what? | 16:55 |
| 13 | Let's strike that question.  I'll start over. | 16:55 |
| 14 | what is the name of the entity you and | 16:55 |
| 15 | Strategic Vision have been working on that comes from | 16:55 |
| 16 | Taiwan?  Who is that? | 16:55 |
| 17 | A.   There are several.  The Taiwan National | 16:55 |
| 18 | Security Council and Taiwan DPP, which is the ruling | 16:55 |
| 19 | party, and the embassy here. | 16:55 |
| 20 | Q.   And is Strategic Vision trying to | 16:55 |
| 21 | solicit business from those entities? | 16:55 |
| 22 | A.   Correct. | 16:56 |

Page 281

71 (Pages 278 to 281)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | MR. GRENDI:  Thank you. |
| 2 | MR. GREIM:  Thank you. |
| 3 | VIDEOGRAPHER:  This concludes today's video |
| 4 | deposition of Lianchao Han.  This is Disk 3 of 3, |
| 5 | going off the record.  The time is 5:11 p.m. |
| 6 | [Whereupon, at 5:11 p.m., the deposition |
| 7 | concluded.] |
| 8 | [Signature not waived.] |

(Lines 3–5 timestamped 17:09)

Page 294

CERTIFICATE OF NOTARY PUBLIC

I, CATHERINE B. CRUMP, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me stenographically and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

_____

**Signature                CATHERINE B. CRUMP
Requested**                Notary Public in and for the
                           District of Columbia
My Commission Expires:  October 31, 2022

Page 296

CERTIFICATE OF DEPONENT

I have read the foregoing 294 pages which contain the correct transcript of the answers made by me to the questions therein recorded.

_____

Lianchao Han

- - -

Subscribed and sworn to before me this
_____ day of _____, 2019.

_____

Notary Public in and for

My Commission Expires:

Page 295

75 (Pages 294 to 296)

Lianchao Han - Confidential
August 28, 2019