# Exhibit O2



**Lianchao Han**
Tap here for settings

DEC 11, 2017



EXHIBIT
Wang
5   ML
1-31-19

Hi - Am downstairs in the lobby.
DEC 11, 2017 3:17 AM

coming
DEC 11, 2017 3:23 AM

DEC 13, 2017

SpockVulcan

$@SkA43
DEC 13, 2017 8:14 PM

Okay thanks
DEC 13, 2017 8:16 PM

It was good to see you. I hope you enjoy your travel and can speak with our friends at the club. I'll send you the code to access the house.

Tell everybody that we said hello.
DEC 13, 2017 8:30 PM

New Message       SVUS000061

**Lianchao Han**
Tap here for settings

> Tell everybody that we said hello.
> DEC 13, 2017 8:30 PM

DEC 14, 2017

> I had a very productive meeting with a key capabilities person who is ready. I asked him for another week's time to we don't lose his team. He agreed.
> DEC 14, 2017 8:02 PM

Thanks
DEC 14, 2017 8:07 PM

DEC 18, 2017

> We can now provide the entire menu that the friend requested, including items we said we could not provide. I hope your trip is fruitful.
> NOW

Great meeting with our friend. He is coming in two weeks in Washington.
DEC 18, 2017 10:51 AM

DEC 19, 2017

SVUS000062

**Lianchao Han**
Tap here for settings

coming in two weeks in Washington.
DEC 18, 2017 10:51 AM

DEC 19, 2017

Trump gave an excellent speech today to release his new National Security Strategy. Has a proper view of world politics that allows freedom causes room for maneuver. Take a look: https://www.whitehouse.gov/wp-content/uploads/2017/12/NSS-Final-12-18-2017-0905.pdf
DEC 19, 2017 3:50 AM

Yes SB talked about it here. Thanks.
DEC 19, 2017 3:55 AM

DEC 21, 2017

when can you meet our friend from Tokyo ?
DEC 21, 2017 7:41 PM

Any time after December 30. I am supposed to be in Mexico until January 4, but will cancel the trip if he wants to come sooner than what you said last night.
DEC 21, 2017 9:53 PM

SVUS000063

**Lianchao Han**
Tap here for settings

> sooner than what you said last night.
> DEC 21, 2017 9:53 PM

**DEC 22, 2017**

> Okay thanks. Will let him know
> DEC 22, 2017 12:52 AM

**DEC 23, 2017**

>> Any news?
>> DEC 23, 2017 4:58 AM

> He arrives on the 2nd
> DEC 23, 2017 5:43 AM

>> OK, good. Which day would he like to meet? Does he want to get over jet lag first, or get down to business?

>> What about the guy we saw last week?
>> DEC 23, 2017 5:44 AM

> I will ask. I think he is eager to meet since he has so many things to do. NY friend wants to do it but asks for more insurance.
> DEC 23, 2017 6:19 AM

New Message                                      SVUS000064

 

**Lianchao Han**
Tap here for settings

wants to do it but asks for more insurance.
DEC 23, 2017 6:19 AM

OK. Thanks. I don't think the NY guy is serious.
DEC 23, 2017 6:20 AM 

I have a mixed feeling about it. He wants to do it but wants to do it as cheap as possible.
DEC 23, 2017 6:22 AM

He will fail if he does it on the cheap. This project is not a Chinese sweatshop. Let's focus on the other guy. Please let me know which day because I need to know if I must cancel a trip (which I am pleased to do).
DEC 23, 2017 6:27 AM 

Filed 05/11/20 Page 6 of 17

Agree. He arrives on the 2nd. We can meet on the 3rd. I thought you already cancelled the trip.
DEC 23, 2017 6:50 AM

Thanks. I will cancel it now.
DEC 23, 2017 6:51 AM

 New Message  

SVUS000065

**Lianchao Han**
Tap here for settings

> Thanks. I will cancel it now.
> DEC 23, 2017 6:51 AM

We should wait a few more days for our NYC friend.
DEC 23, 2017 7:51 AM

> I trust your judgment. I'm not anxious to dialogue with him further.
> DEC 23, 2017 8:17 AM

Understand. Thanks
DEC 23, 2017 8:22 AM

---

DEC 24, 2017

I talked with him and he says he wants to do it but would like to put a clause in the contract which says if you fail to provide the deliverables as defined in the scope, you should return the deposit. What do you think?
DEC 24, 2017 9:18 PM

> Well, it's progress. The issue, of course, is the timeframe for determining whether the deliverables meet the scope. That probably won't be possible in the first 30

SVUS000066

**Lianchao Han**
Tap here for settings

> Well, it's progress. The issue, of course, is the timeframe for determining whether the deliverables meet the scope. That probably won't be possible in the first 30 days, because of startup work. I suggest a minimum of 90 days. What is his proposed timeframe for determining when the deliverables are satisfactory or not? Do you think that he will be dependable about scope, and will not say at some point that we failed to deliver according to the scope, simply because he changed his mind?
>
> As it stands, the...
>
> Tap for More
>
> DEC 24, 2017 9:56 PM

I don't know who will sign.
DEC 24, 2017 9:57 PM

> He proposed you and asked us if that would be acceptable to us. All of us agreed. Let's keep the agreement.

> If he changes his mind on you, it indicates to me that he doesn't fully trust you. No good thing.

SVUS000067



< Back          **Message**

Well, it's progress. The issue, of course, is the timeframe for determining whether the deliverables meet the scope. That probably won't be possible in the first 30 days, because of startup work. I suggest a minimum of 90 days. What is his proposed timeframe for determining when the deliverables are satisfactory or not? Do you think that he will be dependable about scope, and will not say at some point that we failed to deliver according to the scope, simply because he changed his mind?

As it stands, the written contract gives either party the right to terminate for any reason with 30 days' notice, so if he gives 30 days notice, we would prorate the 30 days from the deposit and return him the balance under any normal circumstance.

SVUS000068

**Lianchao Han**
Tap here for settings

DEC 24, 2017 9:56 PM

I don't know who will sign.
DEC 24, 2017 9:57 PM

He proposed you and asked us if that would be acceptable to us. All of us agreed. Let's keep the agreement.

If he changes his mind on you, it indicates to me that he doesn't fully trust you. Not a good thing.
DEC 24, 2017 10:00 PM

Interesting thought. He has sensed my disappointment with him.
DEC 24, 2017 10:06 PM

If you aren't part of the deal, I don't want to be, either. Anybody who was friends with Bernie and Judd is my kind of person.
DEC 24, 2017 10:29 PM

He thinks this'll protect me.
DEC 24, 2017 10:42 PM

Protect you from what? Any attempt to do anything in court will expose everything

SVUS000069

**Lianchao Han**
Tap here for settings

> Protect you from what? Any attempt to do anything in court will expose everything, and that isn't worth a lousy million dollars for either party.

> Do you see a necessity on your part to have someone else as a signer? I don't want to reveal our work to anybody else.
> DEC 24, 2017 10:53 PM

I will have to ask him.
DEC 24, 2017 10:54 PM

> What is your preference personally?

> My comfort level is that I know of you from 30 years ago, and he knows you, too, so you are the ideal intermediary.
> DEC 24, 2017 10:56 PM

I don't really care as long as we do it.
DEC 24, 2017 10:59 PM

> I don't want some stranger signing it, who doesn't know what he's talking about and will jerk us around. We must report to you and only you for quality control.
> DEC 24, 2017 11:04 PM

SVUS000070

**Lianchao Han**
Tap here for settings

and only you for quality control.
DEC 24, 2017 11:04 PM

DEC 25, 2017

I will talk to him. Thanks for your trust.
DEC 25, 2017 12:02 AM

DEC 28, 2017

I hope you had a good Christmas despite the challenges at home. My colleague told me of the changes that the NY man wants to do, and said that this is suitable with you.

If it is, my main concern is that you remain as the filter to ensure quality control and to ensure that we can protect our sources and methods, and ensure that NY doesn't release information prematurely and put the entire project - and our people - in danger. If you are not in place to do that, it will risk exposure and could inflict coll...

Tap for More

DEC 28, 2017 10:05 PM

I appreciate your trust. I think it is

New Message                                    SVUS000071

< Back    Message

I hope you had a good Christmas despite the challenges at home. My colleague told me of the changes that the NY man wants to do, and said that this is suitable with you.

If it is, my main concern is that you remain as the filter to ensure quality control and to ensure that we can protect our sources and methods, and ensure that NY doesn't release information prematurely and put the entire project - and our people - in danger. If you are not in place to do that, it will risk exposure and could inflict collateral damage on anything else we do. I am partial to working only with the man who is coming to visit us, if NY will risk exposure of the project. It is a deep concern that NY did not want to include her in our discussions yet wants her to be in charge now. It appears that he wants someone under his personal control rather than someone he cannot control. This is understandable, but the ever-changing circumstances make me cautious.

SVUS000072



**Lianchao Han**
Tap here for settings

> ...will risk exposure and could inflict coll...
> Tap for More
> DEC 28, 2017 10:05 PM

> I appreciate your trust. I think it is important to get him sign the contract. We can work on security later. He wants me to work for him exclusively which I have to think about it.
> DEC 28, 2017 10:20 PM

> OK. Do you think the contract will be signed today?
> DEC 28, 2017 10:20 PM

> Don't know. I think she wants to talk about the deposit
> NOW

---

DEC 30, 2017

> Please call F. We agreed on the deposit - that wasn't a problem. However, today Y came back with major, unreasonable changes to things that we had agreed in writing on December 12. She has no idea what she's talking about. We made a compromise for the first month yesterday,

New Message

SVUS000073

**Lianchao Han**
Tap here for settings

> Please call F. We agreed on the deposit - that wasn't a problem. However, today Y came back with major, unreasonable changes to things that we had agreed in writing on December 12. She has no idea what she's talking about. We made a compromise for the first month yesterday but today she came back with crazy and unreasonable changes. So nothing was signed. She is on her way back to NY now.
> DEC 30, 2017 1:01 AM

> I talked with F. it's better to wait a couple of days. Miles communicated with me a few times today but did not mention the failure.

> Can we meet our friend from Japan on the 2nd?
> DEC 30, 2017 6:56 AM

> Yes!
> DEC 30, 2017 6:57 AM

> Great
> DEC 30, 2017 6:57 AM

> Looking forward t[o]
> DEC 30, 2017 7:02 AM

SVUS000074

**Lianchao Han**
Tap here for settings

> Looking forward to it.
> DEC 30, 2017 7:02 AM

TUE, JAN 2

> Happy New Year! Do you know where and when we meet tomorrow? What written material will be necessary?
> JAN 2 2:47 AM

I think we'll meet at F's place. No need for written stuff for tomorrow
JAN 2 2:51 AM

> OK. Looking forward to it. Do you know an approximate time?
> JAN 2 2:52 AM

10 as scheduled but will confirm tonight
JAN 2 2:59 AM

> Thanks! F and I just spoke.
> JAN 2 3:03 AM

THU, JAN 4

You may want to see Hannity tonight. Iranian friend Amir Fakhravar will be on.

SVUS000075

**Lianchao Han**
Tap here for settings

THU, JAN 4

> You may want to see Hannity tonight. My Iranian friend Amir Fakhravar will be on. His organization, which I helped him establish 7 years ago, is the one that called for the mass protests across Iran. This will be good for both NY and your present guest to see. It shows in real life what our team can do.
> JAN 4 3:25 AM

Okay thanks
JAN 4 3:26 AM

SVUS000076