# Exhibit P2



●●○○○ AT&T LTE 10:36 100%



French

点击此处前往设置




So I'm luckily the sole communicator on behalf of all of them. Look forward to working with you.



已读

As you know the Agreement is only viewed and cannot be sent by email for the purpose of absolute security. Other than ny, L, M, myself and you- we are the only ones privy to it. Ny was equally adamant about this.

Probably we should find another place to meet





新消息

 AT&T LTE 10:37  100%

French
点击此处前往设置

Probably we should find another place to meet after tomorrow, as I remember you nicely put me in the back seat of your car when the first time you showed me and L the houses, as you said you won't want people to see we're together.

I'm fine with anyplace, if you want to keep the frequent meetings at your home.

已读

2018年1月5日 22:04

Just take a taxi here.
The purpose of driving





新消息

CONFIDENTIAL

EASTERN-000215




●●○○○ AT&T LTE 10:37 100%





French
点击此处前往设置

2018年1月5日 22:04

Just take a taxi here.
The purpose of driving you when showing you both properties where cameras were present was to protect you from view. When driving you when you were last here and not in view of cameras, was a courtesy to you. When there are only 2 people in the car, it is customary for the passenger to seat in the front seat, unless the driver is a chauffeur 😁.

2018年1月5日 22:11

I apologize for the misunderstanding, as I just



新消息



●●○○○ AT&T LTE 10:37 100%



French

点击此处前往设置

2018年1月5日 22:11

I apologize for the misunderstanding, as I just don't want to bring you extra concern. 😇

So I'm the person to sign this contract tomorrow.

And I have to correct, and you can check with NY directly as he emphasized as well: this contract and all the communications from contract signed tomorrow, are exclusively between NY, you, M and me - four of us.

Please kindly confirm we







CONFIDENTIAL





●●○○○ AT&T LTE 10:37  100%



**French**

点击此处前往设置

between NY, you, M and me - four of us.

Please kindly confirm we agree with this line as now we have the project finally starts now. Thank you. 😊

2018年1月5日 22:18

Plus thank you for driving me last time, I know you would not need to do that.

I'm happy we are back to business relationship now. Cheers!

已读

2018年1月5日 22:42

Thank you. I will look forward to seeing you





新消息








●●○○○ AT&T LTE 10:37 100%

French

点击此处前往设置

2018年1月5日 22:42

Thank you. I will look forward to seeing you tomorrow here. We can make whatever minor changes here on my laptop and then print off 2 copies.
And we certainly do not want any further complications for either of us as we want to get our teams going early on Mon. We have already lost a week. So let's get to work and enjoy our work ahead! Best.












新消息

