# Exhibit S2



**Pyratz**
点击此处前往设置

Straightforward is important. This is not diplomatic work.

There's a disconnect that we need to resolve. Our understanding was that the first 90 days would be for starting up and developing the data, with regular reports to him so he can (1) see the progress, and (2) critique the work so we can make necessary adjustments. We did not understand that he expected actionable data in the first days or weeks. Had we understood this, we would



EXHIBIT
Wang
21    mL
1-31-19

CONFIDENTIAL    EASTERN-000259

  

**Pyratz**
点击此处前往设置

that he expected actionable data in the first days or weeks. Had we understood this, we would have told him that that is not how it works in our experience. So this is something that needs to be resolved fast. All my teams say that it is seldom practical or possible to produce such rapid results, and that the best way, for the reasons I explained to you, is to cultivate the measures that I explained to you. The results are not fast, but they are more impactful.



 新消息  

CONFIDENTIAL    EASTERN-000260