# Exhibit T2

 **DBS**

**Outgoing Telegraphic Transfer**

ACA CAPITAL GROUP LIMITED-████████-USD

## Transaction Advice/s

| | | | |
|---|---|---|---|
| Date | : 02-Jan-2018 | Customer Reference | : ████████ |
| Transaction Reference | : ████████ | | |
| Beneficiary Name | : STRATEGIC VISION US, LLC | Beneficiary Bank SWIFT/ BIC | : CITIUS33XXX |
| Beneficiary Account | : ████████ | | |
| Beneficiary Bank | : CITIBANK N.A. | | |

## Transaction Details

| | Remittance Amount | Exchange Rate | Transaction Amount | Account Number |
|---|---|---|---|---|
| Principal | | | | |
| | USD  500,000.00 | | USD  500,000.00 | ████████ |
| OT - Commission in lieu | | | USD  74.52 | ████████ |
| OT - Handling Commission | | | USD  74.52 | ████████ |
| OT - Cable | | | USD  14.90 | ████████ |

## Transaction Trail

| SWIFT gpi Transaction Status | SWIFT gpi Tracking Number | Elapse Time |
|---|---|---|
| | ████████ | |

| 1 | Originating Bank → |
|---|---|

**DBSSSGSG**

**Release date and time**
02 Jan 2018 11:59hr

**Amount remitted**
USD
500,000.00

EXHIBIT
Wang
7   ML
1-31-19

 **DBS**                                    Outgoing Telegraphic Transfer

---

SWIFT MT103

2018-01-02 12:00:04.114

MT S103 SINGLE CUSTOMER CREDIT TRANSFER

```
BASIC HEADER           ███████████████
APPLICATION HEADER     ██████████████
USER HEADER            SERVICE CODE     103:
                       BANK. PRIORITY   113:NORQ
                       MSG USER REF.    108:
                       VALIDATION       119:
SENDER'S REF.          ██████████████
TIME INDICATION        13C:CODE/         /TIME   SIGN OFFSET
BANK OPERATION CODE    23B:CRED
INSTRUCTION CODE       23E:
TRANS. TYPE CODE       26T:
SETTLEMENT AMOUNT      32A:DATE180102CURRENCYUSDAMOUNT500000
INSTRUCTED AMOUNT      33B:      CUR/CODEUSDAMOUNT500000
EXCHANGE RATE          36 :
ORDERING CUSTOMER      50K:█
                       ACA CAPITAL GROUP LIMITED
                       49TH FLOOR, BANK OF CHINA TOWER 1
                       GARDEN ROAD CENTRAL, HONG KONG

SENDING INSTITUTION    51A:

ORDERING INST.         52 :


SENDER'S CORR.         53 :


RECEIVER'S CORR.       54 :


THIRD REIMBURS.INST.   55 :


INTERMEDIARY           56 :


ACCOUNT WITH INST.     57A://  ███████████


BENEFICIARY CUSTOMER 59 : ███████████
                     STRATEGIC VISION US, LLC


REMITTANCE INFO.       70 :


DETAILS OF CHARGES     71A:SHA
SENDER'S CHARGES       71F:CURRENCYUSDAMOUNT163.94
RECEIVER'S CHARGES     71G:CURRENCY    AMOUNT
SEND. TO REC. INFO.    72 :


REGULATORY REPORT      77B:
```

---

CONFIDENTIAL                EASTERN-000022