# Exhibit U2

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1

 2            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   -----------------------------------------X

 4   EASTERN PROFIT CORPORATION LIMITED,

 5        Plaintiff/Counterclaim Defendant,

 6             -against-                    Case No.
                                           18-cv-2185 (JGK)
 7   STRATEGIC VISION US, LLC,

 8        Defendants/Counterclaim Plaintiff,

 9             -against-

10   GUO WENGUI a/k/a MILES KWOK,

11                  Counterclaim Defendant.

12   -----------------------------------------X

13

14

15            VIDEOTAPED DEPOSITION OF

16                  YVETTE WANG

17               New York, New York

18               October 30, 2019

19

20

21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     Www.depo.com
23
     REPORTED BY:   TERRI FUDENS
24
     FILE NO:   ADOABD6A
25
```

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2     A     Just my lawyer, I believe.
3     Q     So only with Miss Cline?
4     A     Yes.
5     Q     Now did you speak with any nonlawyers
6  in preparation for your testimony today?
7     A     For today?
8     Q     Mm-hmm.
9     A     No, I didn't.
10    Q     Did you speak with any representative
11 of Eastern Profit other than Miss Cline in
12 preparation for your deposition today?
13          MS. CLINE:  Objection to form.
14    A     I briefly ask some question.
15    Q     Okay.  Of whom?
16    A     The director and a representative of
17 Eastern Profit.
18    Q     Okay.  Are those two different people
19 or the same person?
20    A     Two different people.
21    Q     Who is the director of Eastern Profit
22 that you spoke with?
23    A     Mei Guo.  M-E-I G-U-O.
24    Q     Okay.  And who is the representative
25 that you spoke with?

Page 22

YVETTE WANG

1
2     A     Mr. Han, H-A-N.
3     Q     Is this Mr. Han Chunguang.
4     A     Correct.
5     Q     C-H-U-N-G-U-A-N-G; right?
6     A     C-H-U-N-G-U-A-N-G, yes.
7     Q     Does he sometimes go by Hank Han?
8     A     I don't know his English name.
9  You're talking about his English name?
10    Q     Yes.  You never heard him called Hank
11 before?
12    A     I don't know that name.
13    Q     When did you speak with Mei Guo?
14    A     I don't remember clearly.  Like a
15 couple of month ago.
16    Q     Was it in preparation for this
17 deposition?
18    A     I believe not because this deposition
19 was just ordered like a couple of days ago.  How I
20 can prepare this deposition, it involves like a
21 couple of month.
22    Q     What did you speak with Mei Guo
23 about?
24    A     I don't remember clearly.
25    Q     Who is she?

Page 23

YVETTE WANG

1
2     A     A business woman.
3     Q     She's Guo Wengui's daughter; correct?
4     A     Correct.
5     Q     And she is the sole director of
6  Eastern Profit; is that correct?
7     A     Correct.
8     Q     Why did you -- well, let me ask you
9  this.
10          Did you speak to her in person or
11 over the phone?
12    A     I don't remember clearly.  Should be
13 like in person, yeah.
14    Q     And is it your testimony that you do
15 not remember what you spoke to her about?
16    A     Is there any problem?  Like a couple
17 of months ago if you ask me specific question, I
18 may be able to recall my memory about that
19 conversation because we met and we talk a lot.  I
20 don't know which is the answer you ask.
21    Q     Okay.  So it was a long conversation
22 with Mei Guo?
23          MS. CLINE:  Objection to form.
24    A     I don't remember.
25    Q     I'm trying to understand, you said

Page 24

YVETTE WANG

1
2  you met and you talked a lot.  What did you talk
3  about?
4     A     I don't understand your question.
5     Q     Did you talk a lot with Mei Guo when
6  you spoke with her a few months ago?
7     A     I don't understand your question.
8     Q     Where were you when you spoke with
9  Mei Guo in person a couple of months ago?
10    A     In New York.
11    Q     Where in New York?
12    A     A restaurant.
13    Q     Okay.  Who else was with you?
14    A     Just myself and her.
15    Q     Had you met her before?
16    A     Yes.
17    Q     Was this a social meeting or a
18 business meeting?
19          MS. CLINE:  Objection to form.
20    A     What is your definition?  What is
21 social meeting?  What is business meeting?
22    Q     What was the purpose of your meeting?
23    A     I don't understand your question.
24    Q     Why did you meet with her?
25    A     To ask her what is about Eastern

Page 25

7 (Pages 22 to 25)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

Profit.

Q    Okay.  So the purpose of the meeting was to ask her about Eastern Profit?

A    Kind of.

Q    Okay.  Well what was the other purpose of the meeting?

A    Chat about the Chinese Communist Party took more action mainland of China to persecute my colleagues or my friends.

Q    Who requested the meeting?

A    Myself.

Q    Why did you want to talk to her about the persecution of your colleagues on the mainland?

A    Chat.  Just chat.

Q    So during this chat, you also talked to her about Eastern Profit?

A    Correct.

Q    But at that time, as you said earlier, you did not know that this continuation deposition would be ordered?

A    What's your question?

Q    But at that time, as you testified earlier, you did not know that the continue

Page 26

---

YVETTE WANG

deposition would be ordered; did you?

MS. CLINE:  Objection to form.

A    Should I know by then what will happen after like a couple of month?  Fair; right?

Q    Right.  So the answer is no?

A    Correct.

Q    So why did you want to talk to her about Eastern Profit during this restaurant meeting?

A    Because Eastern Profit signed a Limited Power of Attorney authorize Golden Spring to handle this case.

Q    So were you reporting on the progress of the case?

A    What do you mean report?

Q    Tell.  Were you telling her about the progress of the case?

A    I told her.

Q    Okay.  And what did you tell her?

A    I told her Eastern Profit was cheated.  And Eastern Profit right now is in a lawsuit.  I probably need to know more, know more about Eastern Profit so I can help to deal with this litigation.

Page 27

---

YVETTE WANG

Q    What was her response?

A    She was upset and she said she didn't know anything about this.  And she ask me to handle everything.

Q    Okay.  How did you respond to her request?

A    I said -- I don't remember the clear precise quote, but I told her okay.  I have been already dealing with this group of liars, and this case, I will handle this for you.  You don't need to worry because you don't know anything about this at all.

Q    How did you know that she didn't know anything about this at all?

A    I don't understand your question.

Q    How did you know that Guo Mei did not know anything about this at all?

A    Oh.  That is my guess because I ask her:  Did you hear or heard about these two liars, French Wallop and Michael Waller?  She said I don't know.

Q    Was this after Strategic Vision had filed its counterclaim in this case?

A    When did you file counterclaim?

Page 28

---

YVETTE WANG

Q    July 23rd.

A    Which year?

Q    2019.

A    Oh.  I don't remember that.  It's in summer, but I don't remember which month.  It's before you or after you.  I don't remember that.

Q    What else did you discuss about Eastern Profit?

A    I ask like I remember the general, like basic information about Eastern Profit.

Q    What did she tell you?

A    The bank.  The first thing she told me Eastern Profit bank accounts was frozen in Hong Kong.

Q    Okay.  What else?

A    Eastern Profit is a Hong Kong company.

Q    I think you knew that at your first deposition.  Do you remember that?

A    I don't remember that.

Q    What else did she tell you?

A    Before the bank accounts like was frozen, Eastern -- I don't remember that clearly.  Kind of she told me Eastern has

Page 29

---

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2  office in Hong Kong.  And Eastern Profit, they
3  have assets, yeah, because I was asking her about
4  the general, like basic information about this
5  company.
6      Q    Right.
7      A    So she told me these things.
8      Q    Do you remember anything else she
9  told you?
10          MS. CLINE:  I'm just going to
11     object to the line of inquiry.  There
12     is a narrow set of topics on which we
13     agreed and the court issued an order
14     that don't include, for example,
15     whether or not Eastern Profit has any
16     independent financial identities.
17     I'm not sure why we're delving
18     into every piece of every
19     conversation she had with Guo Mei,
20     and I think we should move on and get
21     to the substance of the deposition as
22     agreed upon.
23          MR. GREIM:  It's the only
24     natural person we've heard about, so
25     we're finally getting some relevant

Page 30

YVETTE WANG

1
2  testimony.  But I think we exhausted
3  the witness on this.
4      Q    I do have a question.  Did Guo Mei
5  mention to you Han Chung Uang?
6      A    Yes.
7      Q    What did she say?
8      A    I don't remember the precise quotes
9  again.  Kind of like she told me Mr. Han, she
10  trusted her -- trusted him, and he was running
11  Eastern before.
12          And Mei Guo, she has no problem or
13  issue with him, and having him still running
14  something on behalf of Eastern Profit.
15     Q    Did she say whether he actually still
16  was running something on Eastern Profit?
17     A    Sorry.  What's your question?
18     Q    Did she say whether he actually still
19  was running something on behalf of Eastern Profit?
20     A    You mean he; right?
21     Q    Right.
22     A    You're asking what time period?
23     Q    I'm trying to understand what she
24  told you.
25     A    Of course.

Page 31

YVETTE WANG

1
2      Q    So did she tell you during this
3  discussion that Hank, as you said, or Han Chung
4  Uang, was still running Eastern Profit at that
5  time?
6      A    In my understanding, yes.
7      Q    Did she tell you what he does for
8  Eastern Profit?
9      A    Not too much, because she expressed
10  like as a normal business if the bank account was
11  frozen or is frozen, what kind of business you can
12  continue.
13          But she emphasized Mr. Han as still
14  helping her to like manage the cars and -- yeah,
15  the cars.  Basically the assets of Eastern Profit.
16     Q    Did you say cars as in automobiles?
17     A    Yeah.  Driving car.
18     Q    Well, what else did she say about
19  Mr. Han?
20     A    Still I remember back to our like CCP
21  persecution chat.  Mr. Han has his family member
22  mainland of China also.  So they are threatened
23  and even arrested, integrated by Chinese Communist
24  Party also.
25     * Q    Did you tell Mei Guo that you're

Page 32

YVETTE WANG

1
2  member of the Chinese Communist Party?
3          MS. CLINE:  Objection.  This is
4     a deposition in her corporate
5     capacity.  This is not about Miss
6     Wong personally, and we really need
7     to move on and get to the substance
8     as to our agreement and the court's
9     order.
10          MR. GREIM:  Okay.  That's the
11     last question, and we'll move on to
12     your other prep for this deposition.
13          MS. CLINE:  No.  I object to the
14     question as beyond the scope.
15          MR. GREIM:  Well, the witness
16     opened the door by talking about this
17     persecution of Mr. Han.
18          MS. CLINE:  No.  No.  No.  I
19     object.  We can call the court on
20     this one if you want to, and we can
21     make a list of everybody, and we're
22     going to call the court.
23          You're asking her about
24     questions in her personal capacity,
25     and that's not why she's here.

Page 33

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2     MR. GREIM:  We will just simply
3  mark that and keep going.
4     Q    Okay.  You said you also talked to
5  Mr. Han Chung Uang who you characterized as a
6  representative of Eastern Profit.
7          When did you talk to Han Chung Uang
8  in preparation for this case?  Let me give you a
9  different question.
10         When did you talk with Mr. Han Chung
11 Uang in preparation for this deposition?
12    A    Again, this deposition was ordered
13 like two, three ago.  How I can prepare something
14 which by then was not expected to happen with a
15 precise date?
16         My answer is I didn't talk to Mr. Han
17 right before this deposition was ordered.
18    Q    Okay.  Fair enough.  I will ask you a
19 question that covers a little bit more.
20         I would like to know whether you have
21 gained information from talking to Han Chung Uang
22 that you will use to answer the questions today?
23    A    Obtained?
24    Q    Obtained.
25    A    Yes, I did.

Page 34

YVETTE WANG

1
2    A    Should be after, yeah.
3    Q    Why do you say that?
4    A    Because was Mei Guo, as I said, in
5  summer, yeah.  With Mr. Han should be like end of
6  the summer.
7    Q    Where did you meet with Mr. Han?
8    A    I met him in the lobby of my office.
9    Q    This is the 162 East 64th Street?
10   A    Yes.
11   Q    How long was your conversation with
12 him?
13   A    Not very long.  Like 20, 30 minutes.
14   Q    So did you talk right there in the
15 lobby of Golden Spring?
16   A    The lobby?  I don't mean like a
17 public everyone goes in and out.  Yeah.  There is
18 a conference room in the lobby.
19   Q    What did you ask Mr. Han?
20   A    He asked me.
21   Q    He asked you questions?
22   A    Yeah.
23   Q    What did he ask you?
24   A    He told me he was chased by the
25 lender for the one minute.

Page 36

YVETTE WANG

1
2    Q    So when -- when were the
3  conversations that you had with Mr. Han Chung Uang
4  about Eastern Profit since your last deposition?
5    A    When?  Since my last deposition.  My
6  last deposition is January of this year; right?
7         Yeah, the conversation for sure
8  happened in this year, yeah.
9    Q    Okay.  So we know you did not talk to
10 him before your last deposition.  So my question
11 is that was January 31st, 2019.  When have you
12 talked to him since then to gain information about
13 Eastern Profit?
14   A    A couple of months ago.
15   Q    A couple of months ago?
16   A    Yes.
17   Q    Was that the only time you talked to
18 Mr. Chung Uang to gain information about Eastern
19 Profit?
20   A    You mean after my first deposition?
21   Q    Correct.
22   A    Correct.
23   Q    Was the conversation with Mr. Chung
24 Uang before or after your conversation with Mei
25 Guo?

Page 35

YVETTE WANG

1
2    Q    For the what?
3    A    One million.
4         MS. CLINE:  One million.
5    A    U.S. dollars.
6    Q    I see.
7    A    He told me he doesn't speak too much
8  English, and he asked me to handle this.
9    Q    What do you mean the lender of the
10 $1 million?  What are you referring to?
11   A    I don't remember precisely his quote.
12 He said kind of like as per the loan agreement,
13 Eastern should pay back the 1 million loan.
14        And he was not sure, and he doesn't
15 know about the litigation, so he ask me to
16 continue, help and handle completely.
17   Q    Did Mr. Chung Uang say that someone
18 else told him that Eastern Profit should pay back
19 the million dollars, or did he tell you that
20 Eastern Profit should pay back the $1 million?
21   A    He told me Eastern Profit borrowed
22 this 1 million, and now Eastern is unable to pay
23 back that.  He was chased.
24   Q    Did he tell you who Eastern Profit
25 borrowed the money from?

Page 37

10 (Pages 34 to 37)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2     A    ACA.
3     Q    ACA?
4     A    ACA.
5     Q    Did he tell you that someone, a
6  person actually chased him around New York City
7  for the money?  I'm trying to understand what you
8  mean by chased?  What do you mean by chased?
9          MS. CLINE:  Objection to form.
10    Q    What do you mean by chased?
11    A    What do you mean by chased?  What do
12 you mean by chased, like a stalk.
13    Q    Did he explain to you what he meant
14 by chased?  Is that the word he used?
15    A    He speaks Mandarin, Chinese.
16    Q    True.  Okay.  What did he tell you
17 about the efforts of ACA to recover the
18 $1 million?
19    A    Oh, okay.  He mentioned to me he was
20 like called.  Called.  Called by a phone call.
21    Q    Called?
22    A    Yeah.  And, yeah, like called like a
23 couple of times he said.
24    Q    Did he say when he received the phone
25 calls?

Page 38

YVETTE WANG

1
2          MS. CLINE:  Same objection.
3     A    What is your question?
4     Q    Is dealing with ACA on behalf of
5  Eastern Profit regarding the $1 million loan part
6  of GSNY's duties under the limited Power of
7  Attorney?  I'm asking you for your understanding
8  as Eastern Profit.
9          MS. CLINE:  Objection to form.
10    A    I don't know what you mean dealing
11 with.
12    Q    Communicating with ACA.
13    A    When?  From when to when?
14    Q    Today.
15    A    He didn't clearly say that in our
16 conversation, but my understanding should be yes.
17    Q    So Eastern Profit believes that it is
18 authorized to deal with -- I'm sorry.  Eastern
19 Profit believes that Golden Spring is authorized
20 to deal directly with ACA on repayment of the
21 loan?
22          MS. CLINE:  Objection to the
23          form.  We may be going beyond the
24          scope.  It's not a memory test.  If
25          you have a question about the POA,

Page 40

YVETTE WANG

1
2     A    I guess -- I couldn't guess, of
3  course.  Before he talk to me.
4     Q    Were they recent or they happened a
5  long time ago?
6          MS. CLINE:  Objection to form.
7     A    I didn't ask him, but he was saying
8  that he wanted me to continue handle all of this.
9     Q    What did he mean by all of this?
10         MS. CLINE:  Objection.
11         Foundation.
12    Q    What did you understand that he meant
13 when he said continue to handle all of this?
14    A    You're asking my understanding?
15    Q    Yes.
16    A    My understanding is we were
17 authorized by a limited POA to deal with the
18 contract until now including litigation, including
19 like now I sit in front of you to be questioned.
20    Q    Is dealing with ACA on the loan part
21 of the Limited Power of Attorney?
22         MS. CLINE:  Objection to the
23         form.
24    Q    Is that covered within the limited
25 Power of Attorney?

Page 39

YVETTE WANG

1
2  you can put it in front of her and
3  ask her.
4     Q    What's the question?
5     Q    Would you need to see the Power of
6  Attorney to answer that question?
7     A    Yeah.  That would be good.
8     Q    Okay.  Let's do that.
9          (Guo Exhibit 2, Limited Power of
10         Attorney Bates stamped Eastern-000276
11         and 277 previously marked for
12         Identification as of this date.)
13         I'm going to hand you what we marked
14 as Guo Exhibit 2.  We're not going to remark this.
15 I'm just going to hand you what we marked as Guo
16 Exhibit 2.  Please give one to your attorney.  And
17 you'll see it already says Guo Exhibit 2, and it's
18 Bates labeled 276 -- Eastern 276 to Eastern 277.
19         Do you recognize this document?
20    A    Yes.
21    Q    Is this the Limited Power of Attorney
22 that Eastern Profit granted to Golden Spring, New
23 York?
24    A    Yes.
25    Q    And is the negotiation of -- we'll

Page 41

11 (Pages 38 to 41)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  start with -- I'm going to break this apart.
3  Okay?
4           I'm going to ask you about the loan
5  that Eastern Profit claims it has with ACA.  Okay?
6  My first question is is negotiation of that loan
7  between Eastern Profit and ACA one of the powers
8  that Eastern Profit granted Golden Spring under
9  this Power of Attorney?
10          MS. CLINE:  You're asking her to
11      read the document?
12      Q   I'm asking for Eastern Profit's
13  testimony.  If you want to look at the document if
14  that would help, that's fine.  If you think you
15  personally know it, that's fine too.
16          MS. CLINE:  This deposition is
17      not about her personal knowledge.
18      A   Can I read this?
19      Q   Go ahead.
20      A   (Reading)  What's your question?
21      Q   I'll have the court reporter just
22  read it back.
23          (The requested portion of the
24      record was read back by the
25      reporter.)

Page 42

YVETTE WANG

1
2           MS. CLINE:  I'm going to repeat
3      my objection to form.  You're asking
4      the witness to interpret a document
5      that speaks for itself and we can all
6      read.
7      A   This limited Power of Attorney in my
8  understanding is talking about Eastern Profit's
9  Corporation Limited authorized Golden Spring New
10  York Limited to deal with the contract with
11  Strategic Vision.
12      Q   There's no reference to ACA in here,
13  is there?
14      A   I didn't see that name on these two
15  pages.
16      Q   So let me ask you this.  Separate and
17  apart from this Limited Power of Attorney, has
18  Eastern Profit asked Golden Spring New York to
19  deal with ACA regarding the purported Eastern
20  Profit ACA loan?
21      A   What do you mean purported?
22      Q   The loan.
23      A   Okay.
24      Q   Has Eastern Profit -- I'll repeat the
25  question.

Page 43

YVETTE WANG

1
2           Has Eastern Profit asked Golden
3  Spring New York to deal on Eastern Profit's behalf
4  with ACA regarding the loan?
5      A   You asked about when?
6      Q   As of now.
7      A   In my conversation with Mr. Han, he
8  mentioned to me or he asked me can you please
9  explain what is happening to ACA about this loan,
10  because I was or I am chased to ask before pay
11  back.  I don't know how to explain to ACA.
12      Q   How did you respond him?
13      A   I said okay.
14      Q   Was this the first time Mr. Chunguang
15  had told you that ACA was trying to recover this
16  million dollar payment?
17      A   I don't remember clearly, but yes.
18      Q   Before your conversation with
19  Mr. Chunguang, had you heard from anyone, from any
20  other source, that ACA was trying to recover the
21  million dollar payment?
22      A   What's your question?
23      Q   Before this conversation with
24  Mr. Chunguang, had you heard from anyone, from any
25  other source that ACA was trying to recover the

Page 44

YVETTE WANG

1
2  million dollar payment?
3      A   Yes, I did.
4      Q   From where?
5      A   I remember ACA mentioned this to me
6  also.
7      Q   When was that?
8      A   Kind of like by the -- long time ago.
9  By the end of or fall of 2018.
10      Q   Who is the person from ACA who
11  contacted you?
12      A   William.
13      Q   William who?
14      A   William Yu.
15      Q   How do you spell that in English?
16      A   William?
17      Q   No. Yu.
18      A   Y-U.
19      Q   Is William Yu also sometimes called
20  William Je, J-E?
21      A   I don't know his other name.
22      Q   Does he also go by Je Kin Ming, J-E
23  K-I-N M-I-N-G?
24      A   I just know his name is William.
25      Q   Did William reach out to you by phone

Page 45

12 (Pages 42 to 45)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2  or E-mail?
3      A    In the fall of 2018, like last year,
4  a year ago, I believe I met him in the restaurant
5  again.
6      **Q    And he mentioned it over lunch or**
7  **dinner?**
8      A    Dinner?
9      **Q    Yes, over dinner?**
10     A    Yes, dinner.
11     **Q    Who else was present, if anyone?**
12     A    Just me and him.
13     **Q    What did he say?**
14     A    About what?
15     **Q    About the million dollar loan.**
16     A    I don't remember precisely what he
17 said.  Kind of he asked, I heard you are cheated,
18 and then I briefly told her.
19     **Q    Told him?**
20     A    Yeah, told him.  Yeah.  We were
21 cheated by two liars.
22     **Q    So did he demand repayment of the**
23 **million dollars from Eastern Profit?**
24     A    You mean in our dinner?
25     **Q    Yes.**

Page 46

YVETTE WANG

1
2      **Q    Did you tell him at the dinner that**
3  **you met Eastern?**
4      A    What's the question?
5          MS. CLINE:  Objection to form.
6      **Q    Did you tell him at the dinner that**
7  **when you said that you were cheated, you actually**
8  **meant Eastern?**
9          MS. CLINE:  Objection to form.
10     A    You mean I mean Eastern or I said
11 Eastern?  What is the question?
12     **Q    Did you tell Mr. Je or Mr. Yu that**
13 **Eastern was the one that was cheated?**
14         MS. CLINE:  Objection to form.
15     A    I didn't pronounce Eastern is worse,
16 but I said I was cheated.  Which if you want to
17 if you want to understand who they are, we or I,
18 in my understanding they are the Eastern people,
19 not including myself.
20     **Q    Who else?**
21     A    Who else?
22         MS. CLINE:  Objection to form.
23     A    Oh, yeah.  I forgot this one.  Miles,
24 M-I-L-E-S.
25     **Q    This is Guo Wengui?**

Page 48

YVETTE WANG

1
2      A    He mentioned that.  Kind of a -- he
3  said we are expecting the result, but you are
4  cheated.  And the loan agreement, the loan kind of
5  like need to be pay back.
6      **Q    What result did he say he was**
7  **expecting?**
8          MS. CLINE:  Objection to form.
9      A    Generally they corrupted Chinese
10 official information.
11     **Q    So William Je said he expected that**
12 **information?**
13         MS. CLINE:  Objection to form.
14     A    Correct.
15     **Q    Did you tell him that, in fact, you**
16 **were cheated?**
17         MS. CLINE:  Objection to form.
18     A    Yes.
19     **Q    And who is the "you" who was cheated?**
20     A    Myself.
21     **Q    "You," Yang Ping Wang?  (Phonetic)**
22     A    When I say I was cheated, I mean I
23 should say Eastern, because -- if you're asking
24 about contract.  But I was authorized by Eastern.
25 So if I say I, I mean Eastern.

Page 47

YVETTE WANG

1
2      A    Correct.
3      **Q    Okay.  Who else?**
4      A    Man Cho Han.
5      **Q    Who else?**
6      A    Who do you want else?
7      **Q    Who were the people?  You said the**
8  **Eastern people were cheated.  I'm asking who are**
9  **those Eastern people that you are referring to?**
10         **You mentioned Guo, you mentioned**
11 **Lianchao.**
12     A    You cannot define my term by
13 yourself, okay.  I say Eastern people.  I don't
14 mean Eastern's employee, or Eastern's director or
15 Eastern's like whatever.
16         I mean the people on Eastern's side
17 who are authorized, who is designated, and who has
18 the same goal to take down Chinese Communist
19 Party.
20         That is my definition about Eastern
21 people.
22     **Q    Very good.  We'll come back to that.**
23 **That's a separate section.  So let me bring us**
24 **back to the outline here so I cover everything.**
25     **Before we leave this discussion with**

Page 49

13 (Pages 46 to 49)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  William Yu, did you commit to him that Eastern
3  Profit would pay him back the million dollars?
4          MS. CLINE:  Objection to form.
5      A   What do you mean committed?
6      Q   Tell.
7      A   In my understanding, this is a low
8  agreement between lender and a borrower.  And the
9  borrower should pay back the money, which means
10 Eastern should pay back.
11     Q   My question is what you told him
12 though.  Not how you characterize this, but my
13 question is:  What did you tell Mr. Yu?
14     A   I prefer not to use told.  I agreed.
15     Q   So you -- so Mr. Yu told you that he
16 expected Eastern Profit to pay a million dollars
17 to ACA.  You told him that you agreed?
18     A   With interest.
19     Q   With interest?
20     A   Yeah.
21     Q   Did you have authority to tell Mr. Yu
22 that on behalf of Eastern?
23         MS. CLINE:  Objection to form.
24     A   Authority?  What do you mean
25 authority?

Page 50

YVETTE WANG

1
2      Q   Well, had Eastern given you authority
3  to deal with ACA regarding the loan?
4          MS. CLINE:  Objection to form.
5      A   Deal with ACA about the loan?  It's
6  too general.  I couldn't understand your question.
7      Q   Well, we just looked at the limited
8  Power of Attorney.  It's not in there; is it?
9          MS. CLINE:  Objection to form.
10     A   What is not there?
11     Q   Your authority to deal with ACA
12 regarding its purported loan to Eastern Profit is
13 not set forth in the Power of Attorney; is it?  We
14 just looked at it.
15         MS. CLINE:  Objection.  You're
16         mischaracterizing the document and
17         her testimony, and I think you're
18         trying to confuse the witness.  She's
19         here as a representative of Eastern
20         Profit.  Later you can ask her about
21         the role of Golden Spring.
22     Q   I'm asking for Eastern Profit's
23 understanding about what power you had to deal
24 with ACA regarding the loan.
25         So when you were speaking with

Page 51

YVETTE WANG

1
2  Mr. Yu, had Eastern Profit given you authority to
3  deal with Mr. Yu about repayment of the loan?
4          MS. CLINE:  Objection to form.
5      A   When William mentioned to me I will
6  have to ask the loan to be asked.  I have to ask
7  the loan to be fully paid back with interest.  I
8  said yes.  I agree with you.  I didn't say there
9  is any reason.  You couldn't.
10     Q   My question to you --
11     A   That was my conversation with William
12 about this loan.
13     Q   Okay.  My question now to you is
14 Eastern Profit is -- were you acting as Eastern
15 Profit's agent in having that discussion with
16 William Yu about the loan?
17     A   You mean before my dinner with
18 William?
19     Q   During your dinner with William, were
20 you acting as Eastern Profits' agent in saying
21 yes, I agree with you that the loan should be
22 repaid, or you're just expressing your own
23 personal opinion?
24     A   Oh.  It's much easier to understand
25 now.  I would express my personal opinion and

Page 52

YVETTE WANG

1
2  Eastern's also.
3      Q   So why are you able to say that you
4  were expressing Eastern's opinion?
5          MS. CLINE:  Objection to form.
6      A   You're asking my personal
7  understanding; right?
8      Q   No.  I'm asking why is -- Eastern is
9  sitting here today telling me that when you told
10 William Yu yes, I agree with you, that you were
11 speaking on behalf of it.  And I'm saying on what
12 basis.  How or why did Eastern give you authority
13 to speak on its behalf with William Yu?
14         MS. CLINE:  Objection to form.
15     A   I still don't quite understand your
16 question.
17     Q   Okay.  We'll break it down.  We'll
18 break it down.
19         Did someone from Eastern tell you
20 that you should deal with William Yu regarding the
21 purported ACA to Eastern Profit loan?
22     A   By that dinner, I don't remember
23 clearly.  I don't remember clearly.  I was talking
24 with William.  Again, I was thinking that I have
25 this case in my hands.  And this is a -- sounds

Page 53

14 (Pages 50 to 53)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2   like in my understanding a no more business loan
3   agreement, and people should pay back.
4       Q    Now do you recall on January 31, 2019
5   at your first deposition you testified that you
6   had not seen the loan agreement.
7           Do you recall that?
8           MS. CLINE:  Objection.  If you
9           want to ask her about her testimony,
10          you can show her the transcript.
11      Q    I'm happy to show you the transcript.
12  Do you want to look at it?
13          Let me do this.  Do you recall
14  offhand whether you had seen the loan agreement
15  yet when you gave your first deposition in this
16  case?
17      A    You're asking when I was deposed for
18  the first time, by then did I ever see with my own
19  eyes the loan agreement or not?
20      Q    Right.
21      A    I heard --
22      Q    Right.
23      A    -- the loan agreement.
24      Q    So as of January, 2019, you had heard
25  there was a loan agreement.  You had not yet seen

Page 54

YVETTE WANG

1
2       A    Oh.  In my dinner --
3       Q    Yes.
4       A    -- with William?
5       Q    Yes.
6       A    I told him Eastern should pay back.
7       Q    Did Eastern have an understanding how
8   it was going to pay back the loan?
9       A    By this lawsuit.  That's why Eastern
10  sued, to get this 1 million back, because
11  Eastern's bank account was frozen.
12      Q    It wasn't frozen yet at that time in
13  the fall of 2018?
14          MS. CLINE:  Objection to form.
15      A    Eastern's bank account was frozen
16  around June of 2018, yes.
17      Q    Although that was after the lawsuit
18  was filed, wasn't it?  The lawsuit was filed in
19  March of 2018; isn't that right?
20          MS. CLINE:  Objection again.
21          This is a memory test.
22      A    Oh, yeah.  This is a memory test.  My
23  mistake.
24          You're confusing me with all these
25  dates back and forward, Eddie.

Page 56

YVETTE WANG

1
2   it?
3       A    Correct.
4       Q    So this discussion with Mr. Yu
5   happened in the fall of 2018.  You just testified
6   several months before your deposition.  So when
7   you were speaking with Mr. Yu, you had not yet
8   seen the loan agreement; correct?
9       A    I did not see physically the hard
10  copy paper in front of me was my personal
11  knowledge.  I was testifying my gained knowledge
12  or obtained knowledge.
13      Q    When did you first hear that there
14  was a loan between ACA and EP, Eastern Profit.
15      A    2018.
16      Q    Was it before the dinner with Mr. Yu?
17      A    I don't remember that.
18      Q    Do you think maybe you learned of the
19  loan agreement from Mr. Yu?
20      A    Possibly.  I don't remember that
21  clearly.
22      Q    Did you tell Mr. Yu how Eastern
23  Profit intended to repay the loan?
24      A    Intend?  What do you mean intend?
25      Q    Planned.

Page 55

YVETTE WANG

1
2           So correction.  Eastern's bank
3   account was frozen.  When is it this contract was
4   signed with SV's contract.
5       Q    It's dated -- it was signed
6   January 6, 2018.
7       A    January, 2018.  Eastern's bank
8   account was frozen in June of 2017.  This is the
9   correct answer.
10          MS. CLINE:  Can we take a break
11          pretty soon.  We've being going for
12          over an hour.
13          MR. GREIM:  Yes.  Good point.
14          I'm going to finish up with this.
15          I'm thinking the same thing because
16          I'm running low.
17      Q    Let me go back to your discussion
18  with Mr. Chunguang.
19          Who did he say was calling him from
20  ACA?
21          MS. CLINE:  Objection to form.
22      A    What was the question?
23      Q    You said that Mr. Chunguang told you
24  somebody was chasing him about the million dollar
25  loan.

Page 57

15 (Pages 54 to 57)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2      A    Correct.
3      Q    I gather that somebody was not
4  actually following him around the streets for
5  collection.  I gather that you mean somebody was
6  contacting him; correct?
7      A    Correct.
8      Q    And who was the person who was
9  contacting him?
10          MS. CLINE:  Objection.
11     Q    Who did he say?
12          MS. CLINE:  Objection to form.
13     A    You're asking the name; right?
14     A    Yes.  Yes.
15     A    William.
16     Q    Did he say whether William -- this is
17  the same William Yu, or the same William Yu that
18  you mentioned before?
19     A    Correct.
20     Q    Did he say how William Yu was
21  contacting him?
22     A    What was the question?
23     Q    Did he say how William Yu was
24  contacting him?
25     A    You mean by what kind of a

Page 58

YVETTE WANG

1
2      Q    Yes I am, actually.
3      A    Wow. Year?
4      Q    Something he said gave you the
5  impression that the calls had been happening for
6  about a year?
7      A    Yes.
8      Q    But you can't remember the exact
9  words he used?
10     A    If you want me to translate, because
11  he speaks Mandarin, he used long time, always some
12  words like that.
13     Q    Did he know William Je by the way;
14  was William Je known to him?
15          MS. CLINE:  Objection.
16          Foundation.
17          This is beyond the scope of a
18  30(b)(6) of Eastern Profit.
19     Q    It's important to understand whether
20  the Eastern Profit purported representative
21  dealing with ACA on repayment of the loan, whether
22  they're known to each other or not.
23          Did you get the understanding from
24  talking to Mr. Han that he was already familiar
25  with William Yu?

Page 60

YVETTE WANG

1
2  communication tool; right?
3      Q    Yes.  Yes.
4      A    He said phone call.
5      Q    Did he say how many phone calls?
6      A    A couple of.
7      Q    And your testimony is he did not say
8  when he had received these phone calls?
9          MS. CLINE:  Objection to form.
10     A    You're asking did he tell me on which
11  dates he was caught?
12     Q    Just generally when.  If he gave you
13  dates, great.
14     A    Which unfortunately he didn't give me
15  the dates.
16     Q    Did he tell you it was recent?
17          MS. CLINE:  Objection to form.
18     A    Not only recent.  Yeah.  He said --
19  he told me he was called or he was chased for long
20  time.
21     Q    Just a few more questions, and then
22  we will take a break here.
23          What do you mean for a long time?
24     A    You're asking my personal
25  understanding?

Page 59

YVETTE WANG

1
2          MS. CLINE:  Again, this is a
3  corporate designee deposition of
4  Eastern Profit.  You subpoenaed
5  everyone whose name has ever been
6  mentioned in this case.  You can ask
7  more appropriate people those types
8  of questions.
9          MR. GREIM:  Okay.  I'll just ask
10  Eastern Profit.
11     Q    Was William Yu familiar with -- I'm
12  sorry.  Was Mr. Han familiar with William Yu?
13          MS. CLINE:  Objection.
14          Foundation.
15     A    I don't remember my filling, that
16  conversation.  Eddie is asking my personal
17  filling.
18     Q    Well I'm not asking -- I'm asking --
19  forget about your feelings.  Sorry.  It sounds
20  terrible.
21     A    I'm fine.
22     Q    I'm asking Eastern Profit whether the
23  person it claims its principal is familiar with
24  William Yu.
25          MS. CLINE:  Objection.

Page 61

16 (Pages 58 to 61)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1  
2  Foundation.
3      You're going to depose Mr. Han.
4  You can ask him a question directly.
5      MR. GREIM:  Okay.  If this
6  representative doesn't know that,
7  that's okay.
8      Q    But if Eastern Profit knows the
9  answer, I would like to know the answer.
10      A    I cannot talk on behalf of any
11  individual.  His or her personal knows someone or
12  don't know someone, familiar with someone or not
13  familiar with someone.
14      MR. GREIM:  All right.  Let's
15  take a break.  Let's take a 10-minute
16  break, if that's okay.
17      Does that make sense?
18      THE VIDEOGRAPHER:  The time is
19  11:36 a.m., Wednesday, October 30,
20  2019.  This is the end of media
21  number one of the videotaped
22  deposition of Miss Yvette Wang.
23      We are off the record.
24      (At this time, a brief recess
25  was taken.)

Page 62

YVETTE WANG

1  
2      THE VIDEOGRAPHER:  The time is
3  11:51 a.m., Wednesday, October 30,
4  2019.  This is media number 2 of the
5  videotaped deposition of this event.
6  We're back on the record.
7  CONTINUED EXAMINATION
8  BY MR. GREIM:
9      Q    Okay.  I want to clear up a few
10  things from our last round of questions, and then
11  we'll move on to a new topic.  Okay?
12      A    (Nodding)
13      Q    In your conversation with Guo Mei,
14  did she ask you to handle Eastern Profit's
15  interactions with ACA regarding the million dollar
16  loan?
17      A    You mean our dinner?
18      Q    Yes.
19      A    She didn't specifically say the
20  details, but basically she said, "I don't know any
21  of this.  Please handle all of this."
22      Q    So is it Eastern Profit's position
23  that -- let me back up.
24      Is it Eastern Profit's position that
25  you are to handle negotiations or discussions with

Page 63

YVETTE WANG

1  
2  ACA regarding the million dollar loan?
3      MS. CLINE:  Objection to form.
4      A    In my understanding from the moment I
5  knew the loan, I should help Eastern to handle
6  everything.
7      Q    From the first time you learned of
8  the loan, you believed it was your responsibility
9  to handle issues regarding the loan?
10      MS. CLINE:  Objection to form.
11      A    Yes.
12      Q    And you first learned of the loan
13  sometime in 2018; right?
14      A    Yes.
15      Q    Possibly you learned of it for the
16  first time in your dinner with William Yu?
17      MS. CLINE:  Asked and answered.
18      A    I believe you asked this question
19  already.  The answer is possibly.
20      Q    So what has Eastern done, or what has
21  Eastern told you to make you believe that you have
22  authority on its behalf to deal with ACA regarding
23  the loan?
24      MS. CLINE:  Objection to form.
25      She's already testified about her

Page 64

YVETTE WANG

1  
2  responsibilities.
3      A    I will repeat my answer again.
4      Both Mr. Han and Miss Mei Guo told me
5  can you please handle everything, because we do
6  not know the details.
7      Q    But those two conversations happened
8  in the summer and the late summer of 2019; right?
9      MS. CLINE:  Objection to form.
10      A    Yes.
11      Q    So how did you get authority from
12  Eastern Profit before that time to deal with ACA
13  regarding the loan?
14      A    What's your question?
15      Q    How did you get authority from
16  Eastern Profit before your discussions with Guo
17  Mei and Han Chunguang to deal with ACA regarding
18  the loan?
19      A    What I say before this conversation?
20      Q    For example your fall, 2018 dinner
21  meeting with William Yu.
22      A    In my understanding, that was a
23  dinner.  It's not specifically about anything.
24      Q    Well, you testified earlier that when
25  you said yes, I agree, that you were speaking on

Page 65

YVETTE WANG

1
2       MS. CLINE:  Objection.  Eddie,
3   you're taking that Power of Attorney,
4   which has to do the authority granted
5   to Golden Spring, and you're using it
6   to misdirect the question to this
7   witness who is sitting on behalf of
8   Eastern Profit.
9       So the Power of Attorney has to
10  do with Golden Spring.  You can ask
11  about that later with respect to
12  Golden Spring's authority.
13      She's already answered your
14  question about her role at Eastern
15  Profit multiple times now.
16      MR. GREIM:  I'm asking for the
17  basis of it, and I would ask for the
18  speaking objections to stop.
19  **Q     So here's my question.  I'm going to**
20  **ask it a third time.  I haven't heard an answer**
21  **yet.**
22      **Is there any document that granted**
23  **you authority to deal with William Yu on behalf of**
24  **Eastern Profit relating to the ACA loan before**
25  **your fall, 2018 dinner with William Yu?**

Page 70

YVETTE WANG

1   words we said in that dinner to help you in here.
2   Okay?  William mentioned to me I heard you guys
3   were cheated by liars, which means I will have to
4   ask the loan to be paid back with interest.  I
5   remember I said yes, sadly, we were cheated, and
6   I'm sorry about that.
7       And I agree with you, since you guys
8   have a law agreement, the borrower should pay you
9   back, and we are in litigation right now trying to
10  get that 1 million U.S. dollars from the liars
11  back.
12      Hopefully we can get the justice, and
13  that 1 million U.S. dollars can be returned back
14  to Eastern Profits with even any damage.  So
15  Eastern, as you said, you told me borrower can pay
16  you back.
17  **Q     Okay.  My question --**
18      A     That is precisely a hundred percent.
19  No.  Too much hundred percent.  99 percent of
20  words we used in a conversation.
21  **Q     That was not my question.**
22      **My question is:  Was there anyone**
23  **from Eastern Profit who told you that you had**
24  **authority to deal with William Yu on its behalf**
25

Page 72

YVETTE WANG

1
2       A     I don't remember that.
3   **Q     Okay did someone from Eastern Profit**
4   **tell you, before the fall, 2018 meeting, that you**
5   **had authority to deal with William Yu on behalf of**
6   **Eastern Profit relating to the ACU loan?**
7       MS. CLINE:  Objection to form.
8       A     What's the question?
9   **Q     Did someone from Eastern Profit tell**
10  **you before your 2018 dinner meeting with William**
11  **Yu that you had authority to deal with him on**
12  **Eastern Profit's behalf regarding the ACA loan?**
13      MS. CLINE:  Objection to form.
14      A     I don't remember that.
15  **Q     So why do you believe that you did**
16  **have authority to deal with Mr. Yu then?**
17      MS. CLINE:  Asked and answered.
18      A     Did I believe?  You're confusing me.
19  **Q     On what basis does Eastern Profit**
20  **claim that you had authority to deal with William**
21  **Yu regarding the ACA loan at the fall, 2018**
22  **meeting?**
23      A     Eddie, I will repeat my reply for the
24  fourth time for you.
25      I tried to recall every inch of the

Page 71

YVETTE WANG

1   **before you had that meeting?  It's a yes or no.**
2   **Someone did or someone didn't.**
3       MS. CLINE:  Is not necessarily.
4       Objection to form.  Asked and
5       answered.
6       A     I don't remember that.
7   **Q     Now had the contract not terminated,**
8   **how was Eastern Profit ever going to pay ACA back?**
9       A     What's the question?
10  **Q     If the contract had not been**
11  **terminated and Strategic Vision had given Eastern**
12  **Profit what it wanted, how was is it ever going to**
13  **repay the loan to ACA, or even make interest**
14  **payments?**
15      A     If they're not liars, we were not
16  cheated, they're professional qualified
17  investigation company.  You're talking about if
18  that is the scenario.
19  **Q     How is Eastern Profit going to repay**
20  **Strategic or ACA?**
21      A     Which means if this contract with
22  Strategic Vision, let's say, let's imagine work
23  out, right, succeed by the end; right?  Okay.
24      Eastern Profit has bank account.  And

Page 73

19 (Pages 70 to 73)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1   I heard there are assets.  The bank account was
2   frozen by Chinese Communist Party in Hong Kong.
3   By Eastern believes if the corrupted CCP are taken
4   down, they are -- there are assets.  Nobody can
5   take them.
6           So the bank account will be unfrozen,
7   and Eastern will back to their normal business.
8       Q    Which is what?
9       A    I heard again -- this is my obtain
10  knowledge, like investment.
11      Q    You said that at your first
12  deposition.  What about investment management?
13      A    What do you mean investment
14  management?
15      Q    Well I'm just trying to ask you, what
16  do you mean investment?  What is that?  I don't
17  understand what you mean by that.
18      A    It could be like the investment on
19  the cars, which they already have right now, in
20  any profitable investment.
21          What's your question?  Sorry.
22      Q    Are they a car dealership?
23          MS. CLINE:  Objection to form.
24      Q    You say investment in cars.  They

Page 74

YVETTE WANG

1   You're asking her the nature of
2   Eastern Profit's business.  Fine.
3   But beyond that, getting into the
4   nature of investments and so forth I
5   think goes beyond the appropriate
6   scope.  Again, I know the judge gave
7   you seven hours.  But we can get to
8   the topics we agreed upon and are
9   covered by the court's order, that
10  would be the goal of this deposition.
11      Q    What more do you know about Eastern
12  Profit's business?
13      A    Eastern is registered in 2011.
14      Q    Right.
15      A    In Hong Kong.  They are operating
16  from 2011 until they're their bank account was
17  frozen.
18      Q    You said their business is
19  investments, which was your answer in the last
20  deposition, and also that they own cars.
21          Now is this part of their business?
22  Do they buy and sell cars, or do they just happen
23  to own a company car?
24          MS. CLINE:  Again, objection.

Page 76

YVETTE WANG

1   invest in antique cars?
2       A    I didn't say that.
3       Q    Okay.  How does one invest in cars?
4           MS. CLINE:  Objection.
5       Q    I just want to understand.  I don't
6   think we have to go far into this.  I truly don't
7   understand the investment business in cars.  What
8   do you know about this?
9           MS. CLINE:  Objection to form
10  and mischaracterizes the testimony.
11      Q    Tell me where I'm wrong.  So far we
12  know that they own cars and that they do
13  investments.
14          What more can you tell me about the
15  business of Eastern Profit?
16          MS. CLINE:  I'm going to lodge
17  another objection having now brought
18  up the opinion which says beyond the
19  scope of this testimony is whether
20  plaintiff has any independent
21  financial identity.
22          MR. GREIM:  I'm not asking that.
23  I'm asking what it does.
24          MS. CLINE:  Let me finish.

Page 75

YVETTE WANG

1   Beyond the scope.
2       Q    In other words, is this just as an
3   asset that they happened to have, in which case I
4   don't care about it whatsoever, or is it their
5   business to own cars, to invest, buy and sell
6   cars?
7       A    I believe their investment is not
8   only buy and sell cars.
9       Q    Okay.  Is that one of the
10  investments?  Do they make investments in cars?
11      A    Sorry.  What's the question?
12      Q    Do they make investments in cars?
13          MS. CLINE:  Objection to form.
14      A    They own cars.  It could come from
15  investment.
16      Q    Let me ask it this way.
17          Do they own a fleet of cars, or do
18  they have a few company cars?
19          MS. CLINE:  Objection to form.
20      A    There's no difference in my
21  understanding.
22      Q    Do they have one or two cars, or do
23  they have many cars that they have bought as an
24  investment?

Page 77

20 (Pages 74 to 77)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

2   **Q    Have you discussed the loan document**
3   **with any other representative of Eastern Profit?**
4   A    I don't remember that.
5   **Q    Have you asked them whether it is**
6   **genuine?**
7            MS. CLINE:  Objection.
8   A    Whether it is what?
9   **Q    Whether it is genuine.**
10           MS. CLINE:  Objection.
11  A    What do you mean genuine?
12  **Q    Whether it is what it purports to be.**
13  A    I still don't understand your
14  question.  Purport to be, you mean what?
15  **Q    Is it a real loan document signed by**
16  **ACA and Eastern Profit?**
17           MS. CLINE:  Objection to form.
18  A    Okay.  Back to your question.  You
19  answer my question.
20           What is your question of this?
21  **Q    Have you asked anyone at Eastern**
22  **Profit whether it is genuine?**
23           MS. CLINE:  Objection to form.
24  A    Why should I ask?  I don't remember
25  asking.  This is a normal, normal business law

Page 94

YVETTE WANG

2   he actually signed it?
3            MS. CLINE:  Objection to form.
4   A    He told me.
5   **Q    Okay.**
6   A    Mm-hmm.
7   **Q    When did he tell you this?**
8   A    In our conversation.
9   **Q    Which conversation?**
10  A    The conversation in the lobby.
11  **Q    This is the conversation at the end**
12  **of the summer?**
13  A    Yes.
14  **Q    Did you have a copy of the loan**
15  **agreement in front of you at the time?**
16  A    You mean when I was talking with him;
17  right?
18  **Q    Yes.**
19  A    Nope.
20  **Q    Have you asked whether anyone**
21  **witnessed his signature?**
22  A    What's the question?
23  **Q    Have you asked -- let me be clear.**
24       Have you asked Mr. Han whether anyone
25  else was present when he signed it?

Page 96

YVETTE WANG

2   agreement.
3   **Q    How do you know?**
4            MS. CLINE:  Objection to form.
5   A    As a law agreement you have lender,
6   you have borrower, you have term, you have
7   interest and drafted, I believe, by lawyers, I
8   believe.  So this is what I believe.
9   **Q    Why do you believe it was drafted by**
10  **lawyers?**
11  A    This is my guess.
12           MS. CLINE:  Don't guess.
13           THE WITNESS:  Okay.
14  A    Very simple.  Mr. Han doesn't speak
15  English and write English at all.
16  **Q    Do you know whether Mr. Han actually**
17  **signed it?**
18  A    Yes.
19  **Q    How?**
20           MS. CLINE:  Objection to form.
21  A    You mean by pen?
22  **Q    How do you know Mr. Han signed it?**
23  A    Oh.  Because I saw the law agreement.
24  There was signature on there.
25  **Q    Have you ever asked Mr. Han whether**

Page 95

YVETTE WANG

2   A    I didn't ask that.
3   **Q    Have you asked Mr. Je or Yu whether**
4   **anyone else was present when he signed it?**
5   A    I did not ask that.
6   **Q    How do you know Mr. Yu signed it?**
7       Let me step.  Do you know Mr. Yu
8   signed it?
9            MS. CLINE:  Objection to form.
10           Object to the whole line of
11           questioning.
12  A    So from the paper which Zack showed
13  me.  Z-A-C-K.
14           MS. CLINE:  I want to make sure
15           you don't talk about anything that
16           Zack told you, so be careful.
17           THE WITNESS:  Okay.
18  A    The law agreement was signed by both
19  lender and borrower.
20           (Wang Exhibit 31, a Loan
21           Agreement Bates stamped
22           Eastern-000278 to 280 previously
23           marked for Identification as of this
24           date.)
25  **Q    I'm going to hand you what we're**

Page 97

25 (Pages 94 to 97)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

marking Wang 31.  I have a blank one for you to
hand to your counsel next door.
          MS. CLINE:  So the Notice of
          Deposition that you marked first,
          which was the exhibit number.
          MR. GREIM:  30.  We started in
          the 30s for some reason.  I'm not
          sure why.
     Q    So let me ask you first.  Have you
seen this document before?
     A    Yes.
     Q    Is this the document Mr. Grendi
(phonetic) showed you?
     A    Yes.
     Q    When he showed it to you, was it the
first time you had seen it?
          MS. CLINE:  Objection.  Asked
          and answered.
     A    The hard copy, yes.
     Q    Well, had you seen it in some
electronic version beforehand?
     A    No.
     Q    You qualified your answer was in hard
copy.  I'm just asking did you see it in some

                                        Page 98

YVETTE WANG

other format before Mr. Grendi showed it to you?
     A    I understand your question.  I just a
hundred percent tell you what did I see before.
     Q    I don't think I understand your
answer.  I will ask you again.
          I understand that you had not seen --
when you say in hard copy, are you telling me that
this is the first time you saw the loan agreement
in paper form?
     A    Nope.
     Q    Was it the first time you had seen a
loan agreement at all?
     A    No.
     Q    When did you first see the loan
agreement?
     A    You mean this one?
     Q    When did you first see a loan
agreement between ACA and Eastern Profit?
     A    I don't remember that.
     Q    But it was sometime before Mr. Grendi
showed you what we've marked as Wong Exhibit 31?
     A    I don't remember that.  I saw this
agreement from Zack's file.
     Q    From his file, what do you mean?

                                        Page 99

YVETTE WANG

          MS. CLINE:  Again, the same
          caution.  I don't want you to testify
          about any conversations you had with
          Zack.
          Mr. Greim is trying to figure
          out if the first time you saw it is
          when Zack gave it to you or if there
          was another time.
     Q    When you say from Zack's file, what
do you mean Zack's file?
     A    I don't remember that.  Zack's file,
I mean Zack showed me or not.  What he tell me, I
cannot remember that.
     Q    I'm not asking you for right now what
he told you.  I'm asking when you say from Zack's
file, what file are you referring to?
     A    This agreement.
     Q    Did he give it to you in person?
     A    I don't remember that.
     Q    Did he E-mail it to you?
     A    I don't remember that.
     Q    Was it part of a larger set of
documents?
          MS. CLINE:  That's a yes or no

                                        Page 100

YVETTE WANG

question.  I don't want to get into
which documents Mr. Grendi might have
given you.
     A    Yes.
     Q    Were the other documents drafts of
the loan agreement?
     A    Sorry.  What's the question?
     Q    Were the other documents drafts of
the loan agreement?
     A    I don't understand the question.
          MS. CLINE:  It's just a yes or
          no question.
     Q    I will be clear.
          Do you understand the idea of a draft
of a document, what a draft is?
     A    Draft to me which means a draft
without signature.  Am I right?
     Q    Yes.  Yes.
          So were the other documents drafts of
this loan agreement?
     A    No.  What I see from Zack or saw from
Zack.
          MS. CLINE:  I don't want you
          to -- he's only asking about the loan

                                        Page 101

26 (Pages 98 to 101)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

agreement.  If the documents were
something other than versions of the
loan agreement, I don't want you to
answer the question.
    A   I never saw any draft of this
agreement.  When I saw it, it's a completed
agreement already finished.
    Q   You testified at your first
deposition that you first heard of ACA after a
liar went from ACA to Strategic Vision.  Do you
recall that?
    A   I don't remember that.
    Q   Let's take me a second.  I will point
you to that, because I want to be very clear about
this.
    Here we go.  I'm going to slide over
to you a final copy of your deposition from
January 31, 2019.
    A   Yes.
    Q   I don't have a whole bunch of print
offs of these, but I assume that everybody -- let
me ask you.
    Did you review your old testimony in
preparation for today?

Page 102

---

YVETTE WANG

    A   I didn't.
    Q   Look at page 40, please.  Are you
there yet?
    A   Page 40, right?
    Q   Mm-hmm.
    A   Yes, I'm here.
    Q   So look at line 6.  You see there's a
que there.  That's the question of the other
lawyer, it wasn't me, who was asking you
questions.
    You see it says:  The entity ACA
Capital Group Limited, are you with that?
    Answer:  I heard this name.
    Question:  How did you hear this
name?
    Answer, from this project.
    MS. CLINE:  Let me just
interrupt.  The witness needs a
minute to read some more of the
transcript for context.
    You should feel free.
    MR. GREIM:  Let's do that.
    Q   So far did I read it correctly?
    MS. CLINE:  Give her a minute to

Page 103

---

YVETTE WANG

read it.
    MR. GREIM:  But I don't want to
loose my spot.
    Q   Did I read the first few lines
correctly?
    A   Yes.
    Q   Let's take a pause.  Read through
whatever you need to read there on that page to
see what else to get context.
    A   You want me to read until which page?
    Q   There's a long discussion about why
the money was wired, which is not what my question
is about.
    I'm asking you about the answer you
gave on lines 20 through -- question and answer on
lines 20 through 23.
    Have you had a chance to get to
line 20 to 23 yet on page 40?
    A   Yes, I'm here.
    Q   So the attorney asked you prior to
them wiring a million dollars to Strategic Vision,
you had never heard of ACA Capital.  Answer:  No,
I didn't.
    Did I read that right?

Page 104

---

YVETTE WANG

    A   Correct.
    Q   So you recall now testifying at your
first deposition that you had not heard of ACA
before the wire went to Strategic Vision?
    A   You're repeating what we said here;
right?
    Q   Correct.  Do you recall testifying to
that at your first deposition?
    A   Yes.
    Q   Is that true?  I mean is it true that
you had not learned -- you have not heard of ACA
capital until the money was wired to Strategic
Vision?
    A   Correct.
    Q   That's all I wanted to ask you.
    So now I'm going to come back to this
agreement.  When is the first time that you sought
any kind of writing, not necessarily Exhibit 31,
but any kind of writing that contained the terms
of the loan agreement?
    MS. CLINE:  Asked and answered.
    A   You mean any draft without any
signature?
    Q   Sure.

Page 105

27 (Pages 102 to 105)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2      MS. CLINE:  Objection.  Again,
3  she's sitting here in her capacity as
4  a representative of 30(b)(6) -- a
5  30(b)(6) representative for Eastern
6  Profit.
7      You have yet to ask a single
8  question about the contract that is
9  the subject of this lawsuit.
10      Now you're again asking
11  questions about Mr. Je and ACA, which
12  is specifically not within the scope
13  of this deposition.
14      So if we can just get to what
15  we're actually litigating, that would
16  be amazing.
17   **Q   Did you ask Mr. Je about whether he**
18 **signed this purported loan agreement from ACA to**
19 **Eastern Profit?**
20      MS. CLINE:  Objection to form.
21  A   He told me he signed.
22   **Q   When did he tell you that?**
23  A   I don't remember that.
24   **Q   Was it in 2019?**
25  A   I believe it was in 2018.  The

Page 110

YVETTE WANG

1
2  understand he's talking about ACA.
3   **Q   But you didn't see this loan**
4 **agreement until sometime in 2019 when Mr. Grendi**
5 **gave it to you; correct?**
6  A   I don't remember the time.  Again, I
7  told you I don't remember first time agreement.
8   **Q   You testified at your deposition that**
9 **you had asked for a copy of the loan agreement and**
10 **hadn't gotten one.**
11      **Do you remember that?**
12      MS. CLINE:  Objection to form.
13  Again if you want to show her
14  testimony.
15      MR. GREIM:  We will.
16   **Q   Turn to page 45, please.  Are you**
17 **there?**
18  A   45, yes.
19   **Q   You see line 8 there is a question**
20 **from the lawyer.  He says:  Is there documentation**
21 **to support this loan?  Answer:  I requested there**
22 **should be some documents.  Question:  Have you**
23 **ever seen the documents supporting this loan**
24 **answer?  Answer:  I didn't see that.  Question:**
25 **You did not see it?  Answer:  No.**

Page 112

YVETTE WANG

1
2  dinner, that should be the first time he clearly
3  told me, yes.
4   **Q   So how did this come up that he**
5 **signed it?  Did you ask him or did he just**
6 **volunteer that information?**
7  A   He told me.
8      MS. CLINE:  Objection to form.
9  A   He told me we sign a loan agreement.
10  We had a loan agreement.
11   **Q   So he told you two things.  One, that**
12 **there was a loan agreement, and two, that he had**
13 **been the signer on behalf of the ACA?**
14      MS. CLINE:  Objection to form.
15  A   You remember my first deposition in
16  January, 2019, I said I even didn't hear about ACA
17  company.  My dinner with William was by light
18  2018, that dinner.  William just told me they sign
19  a loan agreement.  He didn't even mention to me
20  what company.
21   **Q   What company he signed on behalf of?**
22  A   Yes.
23   **Q   Did you understand that it was ACA,**
24 **or did you think it was maybe a different company?**
25  A   When I saw this loan agreement and

Page 111

YVETTE WANG

1
2   **Did I read that correctly?**
3  A   Yes.
4   **Q   Now do you recall testifying at your**
5 **deposition that you had not seen a copy of the**
6 **loan agreement?**
7      MS. CLINE:  Objection to the
8  form.
9  A   And you're helping yourself to answer
10  your own question.  By January, my first
11  deposition, I testify I didn't see the law
12  agreement which you're helping yourself.  I saw
13  this law agreement after my first deposition.
14   **Q   Good.  And so -- but you cannot tell**
15 **us today when that was.  Was it soon after the**
16 **deposition, was it recently before Mr. Grendi left**
17 **the case?**
18  A   I don't remember.
19      MS. CLINE:  Objection to form.
20  A   I don't remember that.
21   **Q   Once you got the loan document, did**
22 **you question Mr. Han Chunguang about it?**
23  A   Question?
24   **Q   Did you ask him questions about the**
25 **document?**

Page 113

29 (Pages 110 to 113)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG
1
2    Q    What, if any, was Guo Wengui's
3  involvement in the discussion of the loan,
4  negotiation of the loan?
5    A    I'm not quite clear about his role in
6  this discussion.
7    Q    Well, was he acting as Eastern
8  Profits' agent in connection with the loan
9  negotiation?
10    A    Correct.
11    Q    Was he acting as Eastern Profit's
12  agent -- let me strike that.
13        Has he been the acting as Eastern
14  Profit's agent in connection with discussions with
15  ACA regarding payment or a collection of the loan?
16    A    I heard William mention to be paid
17  back to Mr. Guo also.
18    Q    Where did you hear that?
19    A    From William.
20    Q    When did he tell you this?
21    A    I forgot the precise words, but my
22  impression is he's chasing everyone he can chase.
23    Q    My question was when did William Je
24  mention to you that he had talked to Guo about
25  paying back the loan?

Page 126

YVETTE WANG
1
2  agent of Eastern Profit with respect to the loan?
3    A    I said Mr. Guo acted as an agent on
4  behalf of Eastern Profit to talk with Strategic
5  Vision and Waller and wallop.  W-A-L-L-E-R and
6  W-A-L-L-O-P.
7    Q    I'm sorry.  My question is about the
8  loan, not about the discussions with Strategic
9  Vision.  I will be very clear.
10        In fact, let me take a second.
11        Does Mr. Guo have any E-mails or
12  texts that he sent to Mr. Ye or anyone else on
13  Eastern Profit's behalf in connection with the
14  loan?
15    A    I don't believe so.
16    Q    Did Eastern Profit check for those
17  E-mails or texts before the deposition today?
18        MS. CLINE:  Again, that was not
19    a subject of the depo notice.
20        If you know the answer, you may
21    respond.
22    A    I asked about the loan agreement.  I
23  was advised they were our discussion.
24        So I didn't change further and say
25  let me search your E-mail or search your texts,

Page 128

YVETTE WANG
1
2    A    Should be quite a long time.  2018.
3    Q    Is this in the 2018 dinner?
4    A    Yes.  In a dinner he mentioned to me
5  also, yeah.
6    Q    In a dinner or the dinner that we
7  discussed earlier?
8    A    I believe we were talking about their
9  dinner. I'm ready to tell you where is the
10  restaurant.
11    Q    Where is the restaurant?
12    A    Avra.
13    Q    Spell that for the record.
14    A    A-V-R-A.  It's a great seafood
15  restaurant.
16    Q    Well, other than Guo and other than
17  Han Chunguang, who else was involved in
18  negotiation of the ACA Eastern Profit loan?
19    A    Mei is aware of this loan also.
20    Q    Well, you say she is aware.  My
21  question is who was involved in the negotiation of
22  the loan?
23    A    Oh.  Negotiation.  William, Mr. Han.
24  Yeah.
25    Q    You said Mr. Guo also acted as the

Page 127

YVETTE WANG
1
2  because I believe I was told the truth.
3    Q    Did you ask Mr. Guo that question?
4    A    I didn't ask him.  I don't remember
5  that.
6    Q    Now the research agreement called for
7  a fee of $750,000 a month; is that right?
8        MS. CLINE:  Objection to form.
9    A    $750,000, U.S. dollars, based on
10  their weekly reports and general monthly reports.
11  Without seeing or received the reports, $750,000
12  U.S. dollars should not be paid.
13    Q    What steps, if any, did Eastern
14  Profit take to raise the money for the first
15  $750,000 payment to Strategic Vision?
16        MS. CLINE:  Objection to form.
17    A    Sorry.  What's the question?  Raised
18  the money?
19    Q    Sure.
20    A    What's the question?
21    Q    What steps, if any, did Eastern
22  Profit take to raise the money for the first
23  $750,000 payment to Strategic Vision?
24        MS. CLINE:  So hold your answer
25    for a minute.  Again, the Judge has

Page 129

33 (Pages 126 to 129)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

the very back.
A   Which page?
Q   Page 3.  Was Chu -- do you see
Chunguang Han's signature?  Do you see it?
A   I see a signature behind Chunguang
Han's name.
Q   Is that his signature?
    MS. CLINE:  Objection.
Foundation.
A   This is accurate, as you said, true
loan agreement.  Of course this is his signature.
What do you mean, like someone made up?  I don't
understand your question.
Q   I'm asking Eastern Profit if this is
really its director's signature.
A   I'm telling you this is a true loan
agreement.  So the signature on this loan
agreement, the signature are accurate and true.
Q   And how do you know that this is a
true loan agreement; did someone tell you this?
    MS. CLINE:  Objection.  Asked
and answered.  You're badgering the
witness.  You asked her about the
signature.  She answered the

Page 138

YVETTE WANG

Q   Whose name is it?
A   It's a signature.
Q   Of who?
A   It could be a (inaudible) or any
symbolic.
Q   Let's go ahead and get it out.  We
have it.
A   Let's get it.
    (Wang Exhibit 2, Research
Agreement dated December 29, 2017
Bates stamped Eastern-000005 to
Eastern 000009 previously marked for
Identification as of this date.)
Q   I'm going to show you what we marked
in your first deposition as Wong 2.
    Do you recognize this document?  The
question pending is whether you recognize the
document.
A   I'm preparing to answer your
question.
Q   Just making sure.
A   Yes.
Q   What is it?
A   It's called a Research Agreement.

Page 140

YVETTE WANG

question.
Q   Other than Mr. Grendi, has anyone
else told you this is Mr. Chunguang Han's
signature?
    MS. CLINE:  Objection to form.
Mischaracterizes testimony.
Q   Did you sign Chunguang Han's
signature on the research agreement in this case?
A   Pardon?
Q   Did you sign Chunguang Han's
signature on the research agreement at issue in
this case?
A   How I can sign his signature?
Q   Do you sign his name to the research
agreement in this case?
A   You're confusing me.  Which
agreement?
Q   The research agreement at issue in
this case.
A   That is a signature I was authorized
to sign.
Q   So you were authorized to write his
name on that document?
A   I don't believe that's his name.

Page 139

YVETTE WANG

Q   It's an agreement that you signed in
French Wallop's presence; isn't it?
A   Yes.
Q   And whose name did you sign?
A   I didn't.  I did not mean to sign
anyone's name here.
Q   Did you sign any name?
A   Are you Chinese Mandarin,
linguistics?  Do you read Mandarin?
Q   Answer the question.  Whose name did
you sign?
A   I didn't sign anyone's name.  This is
a signature.
Q   What does it read?
A   It's simple.
Q   So this is not a name?  I'm
indicating the Chinese handwriting on page 3.
    MS. CLINE:  Objection to form.
A   It could be a name.
Q   What is it?  Whose name is this?
A   I am authorized to sign this contract
on behalf of Eastern Profit Limited.  I sign here.
This is my signature on behalf of Eastern Profit
Limited.

Page 141

36 (Pages 138 to 141)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2     **Q    Fair enough.**
3       A    I can say this is my name.  I can say
4   this is in my English name or Chinese name, and
5   this is my authorized signature here.
6   (Indicating)
7       **Q    My question is whose name is it?**
8       A    Nobody's name.
9       **Q    So a Mandarin speaker would look at**
10  **this and say this is just squiggly lines, it's no**
11  **one's name.  Does it make out a name?**
12      A    I don't know think any Mandarin say
13  this name.
14      **Q    This is Han Chunguang's name; isn't**
15  **it?**
16      A    I didn't say that.
17      **Q    I'm asking you.  Is this Han**
18  **Chunguang's name?**
19      A    I didn't say that.  I don't think it
20  is.
21      **Q    Okay.  So your testimony under oath**
22  **is that you did not sign Han Chunguang's name?**
23      A    Correct.
24      **Q    You signed -- did you sign any name?**
25          MS. CLINE:  Objection.  Asked

Page 142

YVETTE WANG

1
2   and answered.
3       A    I repeat again.  I didn't mean to be
4   anyone's name.  I was authorized to sign on
5   Eastern Profits, and I just sign that.
6       **Q    Who authorized you to sign this**
7   **agreement on behalf of Eastern Profit?**
8       A    Eastern Profit.
9       **Q    Who?**
10      A    Is both May, M-E-I, and Mr. Han.
11      **Q    So Guo Mei and Mr. Han authorized you**
12  **sometime before January 6th or on January 6th to**
13  **sign something on this line?**
14          MS. CLINE:  Objection to form.
15      A    They authorized me to handle this
16  research project with everything this project
17  needs Eastern to do.
18      **Q    How did they authorize you to handle**
19  **this project on or before January 6th?**
20          MS. CLINE:  Objection.  Asked
21          and answered.
22      A    How?
23      **Q    By what method did they give this**
24  **authorization to you?**
25      A    You have a limited Power of Attorney.

Page 143

YVETTE WANG

1
2       **Q    What date was that signed?**
3       A    You mean as Power of Attorney?
4       **Q    Yes.**
5          MS. CLINE:  Just to be clear, is
6          your line of inquiry -- this is the
7          Eastern Profit 30(b)(6).  Your line
8          of inquiry, am I correct, relates to
9          your authority on behalf of Eastern
10         Profit.
11         MR. GREIM:  Correct.
12      A    What's your question?
13      **Q    When was the limited Power of**
14  **Attorney signed?**
15      A    You went me to read this; right?
16      **Q    Just answer the question.**
17      A    I need to know the question.  What
18  was the question?
19      **Q    The question is:  When was the**
20  **limited Power of Attorney signed?  When was it**
21  **signed?**
22      A    August 30, 2018.
23      **Q    Right.  So my question is how did you**
24  **get your authority; was it orally, or was it in**
25  **writing, on or before January 6, 2018 to affix**

Page 144

YVETTE WANG

1
2   **something to exhibit number 2, the research**
3   **screen?**
4       A    You should ask me these questions
5   from the very beginning.  I will give you what you
6   need to know and what you want to know.
7       **Q    Great.  I can't wait to hear it.**
8          MS. CLINE:  I object.  Please
9          don't stare her down.  You can ask a
10         question, and she can answer it.  The
11         stipulation is the stares we can do
12         without.
13         MR. GREIM:  Okay.  But she's
14         making a funny face at me.  That's
15         okay.
16      **Q    I would just like to know the answer**
17  **to the question.**
18      **How did you get the authority to sign**
19  **Exhibit 2?**
20         MS. CLINE:  When you say
21         Exhibit 2, you mean --
22         MR. GREIM:  The research
23         agreement.
24         MS. CLINE:  -- Wang Exhibit 2.
25         You have two exhibits with the

Page 145

37 (Pages 142 to 145)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|

**Page 146**

```
 1                YVETTE WANG
 2          number 2 on them.
 3               THE WITNESS:  Can I answer?
 4               MS. CLINE:  Yes.
 5        A    I was authorized both by orally and
 6    Power of Attorney.
 7        Q    What was the first word?
 8        A    Orally.  O-R-A-L-L-Y.
 9        Q    So is there another Power of Attorney
10    that predates Guo Exhibit 2?
11               MS. CLINE:  Again, the questions
12          that have to do with Golden Spring
13          and Golden Spring's authority are for
14          a separate deposition.
15               MR. GREIM:  I agree.
16               MS. CLINE:  Right now we're
17          talking about Eastern Profit.
18               MR. GREIM:  Yup.  That's exactly
19          right.
20        Q    So the question is -- first of all,
21    Exhibit 2, Wang Exhibit 2, the Research Agreement
22    was signed by Eastern Profit; right?
23        A    Correct.
24        Q    So you've just testified that you
25    received the authority to sign by Eastern Profit
```

**Page 147**

```
 1                YVETTE WANG
 2    from two different sources, orally and by limited
 3    Power of Attorney.
 4          So my first question is what is the
 5    limited Power of Attorney that authorized you to
 6    sign the research agreement for Eastern Profit?
 7               MS. CLINE:  Objection to form.
 8        A    I have to correct my linguistic or
 9    your understanding.  I told you orally or Power of
10    Attorney.
11        Q    Okay.  So is it your testimony that
12    there is a Power of Attorney that granted you the
13    authority to sign Wang Exhibit 2, or are you
14    saying there is no limited Power of Attorney?
15    Which one is it?
16        A    I repeat again.  I was authorized by
17    eastern both orally and Power of Attorney.
18        Q    I see.  And so we just looked at one
19    Power of Attorney, but it mentions Golden Spring,
20    and it's from later in the year.
21               MS. CLINE:  Objection to form.
22        Q    So my question is is there some other
23    Power of Attorney that I haven't seen yet that
24    gave you the authority to sign the research
25    agreement on behalf of Eastern Property?
```

**Page 148**

```
 1                YVETTE WANG
 2               MS. CLINE:  Objection to form.
 3    Mischaracterizes the document.
 4               THE WITNESS:  Should I answer?
 5               MS. CLINE:  You can answer.
 6        A    I don't remember the dates.  80
 7    percent.  Again, she doesn't want me to guess.
 8          I sign this research agreement based
 9    on a firm, confirmative, very firm, F-I-R-M, oral
10    authorization.
11        Q    From who?
12        A    From Mr. Han.
13        Q    When did he give you the oral
14    authorization to sign the research agreement?
15        A    December, 2017.
16        Q    Okay.  When in December of 2017?  A
17    lot of negotiations in that month.
18          When in December of 2017 did Mr. Han
19    give you this authority?
20        A    I don't remember the dates, but it
21    was before we entered into this research
22    agreement.
23        Q    So did you discuss with Mr. Han the
24    terms of the research agreement?
25        A    Nope.
```

**Page 149**

```
 1                YVETTE WANG
 2        Q    Did you translate it for him?
 3        A    He didn't ask.  I don't remember I
 4    offered.
 5        Q    Did you talk to Mr. Chunguang about
 6    the deal with Strategic Vision?
 7        A    Yes, I did.
 8        Q    Did he give you approval that he
 9    agreed with the deal?
10        A    He authorized me to deal with this
11    deal.  But he is aware we're trying to disclosure
12    the Chinese corrupted official by investigation.
13    And he is on same page with us, which means he
14    agree with what we are doing.
15        Q    So how did you know that that was the
16    purpose of the research agreement?
17               MS. CLINE:  I'm sorry.  I was
18          coughing.  Can I hear that back.
19               (The requested portion of the
20          record was read back by the
21          reporter.)
22               MS. CLINE:  Objection to form.
23        A    How did I know?  I don't remember
24    that clearly, but I heard -- this is about Chinese
25    corrupted official.  They're illegal like
```

38 (Pages 146 to 149)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

```
1                YVETTE WANG
2  investigation from Miles and from Wallop, Waller.
3  Both.
4           I don't remember like which dates,
5  the precise language, but Miles is looking for
6  some professional company, and Waller, Wallop
7  represented themselves, the best research company,
8  professional qualified who can help our research.
9  So I got to know about this research from there.
10         Q    Why did you -- what made you
11  understand that Mr. Han was the person to go to
12  for authority to sign the research agreement?
13             MS. CLINE:  Objection to form.
14         A    What's the question?
15         Q    How did you come to understand that
16  Mr. Han was the person for you to go to to seek
17  authority to sign the research agreement?
18             MS. CLINE:  Objection to form.
19         A    Because Waller and Wallop, obviously
20  they did not want Mile's name on any of the
21  contracts.
22         Q    I'm sorry?
23         A    I didn't finish.
24         Q    Okay.  Go ahead.
25         A    And Miles, he expressed okay.  Let's
```

Page 150

```
1                YVETTE WANG
2  look for someone who can be on this contract
3  pursuing the same goal with us.  I didn't finish.
4         Q    Okay.  Keep going.
5         A    So I start to look for, and I asked
6  Mr. Han.  He was onboard.  That's it.
7         Q    Okay.  But my question unfortunately
8  was:  How did you know that Mr. Han was the right
9  person to speak with to obtain Eastern Profit's
10  authority?
11             MS. CLINE:  Objection to form.
12         A    Okay.  I'm still confused by you.
13         Q    We know that at some point you
14  identified Eastern Profit.  We know that.
15         A    Mm-hmm.
16         Q    You had to go to a real person though
17  to speak on behalf of Eastern Profit to give you
18  authority; right?
19             MS. CLINE:  Objection to the
20        form.
21         A    Continue.
22         Q    You agree with me so far; right?
23         A    I heard you so far.
24         Q    Okay.  Fine.  My question is why did
25  you go to Mr. Han?  Why not some other person?
```

Page 151

```
1                YVETTE WANG
2  How did you know Mr. Han was the person to go to
3  to get authority in Eastern Profit?
4             MS. CLINE:  Objection to form.
5         A    I started to ask and look for someone
6  as I just said.  It was Mr. Han.  He mentioned to
7  me Eastern Profit could be on the contract.
8         Q    This is Chunguang Han?
9         A    Mr. Han.
10         Q    Han Chunguang; right?
11         A    Correct.  He gave me Eastern Profit's
12  name.
13         Q    So the person who suggested Eastern
14  Profit to take Mr. Guo's place was Han Chunguang?
15             MS. CLINE:  Objection to form.
16         A    What do you mean take Mr. Guo's
17  place?
18         Q    Who was the first person who
19  mentioned Eastern Profit to you?
20         A    I don't remember clearly.  It could
21  be either Mr. Han or Mr. Guo, but I don't remember
22  that clearly.
23         Q    You remember testifying at your first
24  deposition it was Mr. Guo?
25         A    You want me to read the page?  Which
```

Page 152

```
1                YVETTE WANG
2  page?
3         Q    Before we go back and do this, why
4  don't we do it the right way.  I'm just going to
5  ask you.  You remember testifying before that you
6  first heard the words Eastern Profit from Mr. Guo?
7         A    You're asking me is that my testimony
8  in my first deposition?
9         Q    Yes.  Yes.
10             MS. CLINE:  He's asking whether
11        you remember.
12         A    I don't remember that.
13         Q    All right.  Look at page 12, please,
14  of your transcript.
15         A    12, right.
16         Q    Yes.  Let's look at page 10.  Even
17  better, it's all over these pages.
18             Let's start on 10.  Why don't you
19  just take a look at pages 10 through 13.  Just
20  take a second to read through.
21         A    From page 10 to 13?
22         Q    Yes, to the correct answer at the
23  bottom of 13.  You can go to the bottom of 13.
24             Are you finished?
25         A    Yes.
```

Page 153

39 (Pages 150 to 153)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

2  Q    Okay.  Now do you recall now that you
3  testified that Mr. Guo introduced you to Eastern
4  Profit?
5        MS. CLINE:  Objection to form.
6     A   Now I do.
7     Q    All right.  I don't want to get you
8  too far down the road with Han Chunguang, because
9  I remember his testimony.
10       So how is it then that you learned
11 that Han Chunguang had anything to do with Eastern
12 Profit?
13    A   What's the question?
14    Q    How did you learn that Han Chunguang
15 had anything to do with Eastern Profit?
16    A   How did I learn?
17    Q   Mm-hmm.
18    A   That was I asked him there's a
19 project in here, kind of like are you interested.
20 And then he told me Eastern Profit probably could
21 join this project.
22    Q    Han Chunguang said this to you?
23    A   I don't remember the precise words
24 quote, okay.  That is my impression.  I was asking
25 him, and then he agree with our big goal, to take

Page 154

YVETTE WANG

2  down CCB.  And he said kind of like it's a great
3  job.  Let's do it.
4     Q    Who told you that Han Chunguang had
5  any authority to act on behalf of Eastern Profit?
6        MS. CLINE:  Objection to form.
7     A   You mean when?
8     Q    No.  Who.  Who told you that Han
9  Chunguang had any authority to act on behalf of
10 Eastern Profit?
11    A   Mei told me.
12    Q    When did she tell you that?
13    A   I forgot the precise time.  It should
14 be sometime in 2018.
15    Q    Okay.  But back in December of 2017,
16 all right --
17    A   Yes.
18    Q    -- when you testified that Han
19 Chunguang gave you authority to sign the research
20 agreement on behalf of Eastern Profit, who told
21 you that Han Chunguang had any authority to speak
22 on behalf of Eastern Profit?
23        MS. CLINE:  Objection to form.
24    A   He told me.
25    Q   He told you?

Page 155

YVETTE WANG

2  A   Should I continue?
3     Q    Go ahead.  I'm sorry.  I thought you
4  were done.
5     A   He told me Eastern Profit could be
6  onboard.  I can go ahead to sign a contract.
7     Q    Did he explain to you what his
8  relationship with Eastern Profit was?
9     A   I forgot the precise words he told
10 me, but he expressed he was or he is running
11 Eastern Profits, and he told me Eastern Profits
12 will be on the same side with our big anti-CCP,
13 Chinese Communist Party.
14    Q    Did Mr. Han tell you what his duties
15 and responsibilities were?
16    A   He was running.  My impression is he
17 was running.
18    Q    Who told you he was the, quote,
19 principal of Eastern?
20        MS. CLINE:  Objection to form.
21    A   Called president.
22    Q    Who told you that he was the
23 principal of Eastern?
24        MS. CLINE:  Objection to form.
25    A   That is my understanding, he's the

Page 156

YVETTE WANG

2  principal.
3     Q    And who told you that?
4     A   Mr. Han expressed Eastern could be
5  onboard and he runs eastern.  So I recognize him.
6  He is a principal.
7        And later on Mei confirmed her
8  authorization to Mr. Han also which double confirm
9  my recognition to Mr. Han as the principal of
10 Eastern Profit.
11    Q    Do you remember testifying at your
12 deposition in January that you didn't know what
13 Mr. Han's duties and responsibilities were, and it
14 was Mr. Guo who told you he was the principal of
15 Eastern?
16        MS. CLINE:  Objection to form.
17    A   Which page?
18    Q    Page 97.  You can start up on 96 if
19 you want to.  The person starts asking about
20 Chunguang Han at line 13.
21        All right Miss Wang, do you see that
22 the questioner asked you at the bottom of 96, he
23 says, line 18:  What is his exact position
24 Eastern?
25        You answer:  He is the President of

Page 157

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1    YVETTE WANG
2    before and after those couple of days.  I don't
3    have the precise dates.
4         Q    You first learned of Eastern Profit's
5    existence just before going down to Virginia to
6    sign the contract with Miss Wallop; isn't that
7    right?
8              MS. CLINE:  Objection to form.
9         A    That's correct.
10             (Wang Exhibit 4, a document
11             titled Research Agreement dated
12             January 1, 2018 and Bates stamped
13             Eastern-000001 to Eastern-000004
14             previously marked for Identification
15             as of this date.)
16        Q    I'm going to hand you what we marked
17   in the original deposition as Exhibit 4.  I'm
18   giving you another copy for your attorney.
19             This is Wong Exhibit 4, Eastern Bates
20   numbers 1 through 4.  This is a document that you,
21   or that Eastern produced to us in this case.  And
22   if you want, you can compare it.  Maybe it will be
23   helpful to compare it to the actual research
24   agreement which is Exhibit -- Wang Exhibit 2.
25             You'll see they're not the same

Page 162

YVETTE WANG

1    YVETTE WANG
2         Q    Do you recall this being -- first of
3    all, the agreement wasn't signed on January 1; was
4    it?
5         A    You're right.
6         Q    And do you recall this being a draft
7    of the agreement, at least a draft, maybe not the
8    only draft, as of January 1, 2018?
9              MS. CLINE:  Exhibit 41.
10             MR. GREIM:  Yes, Exhibit 4.
11        A    It has been almost 20 months.  I
12   don't remember clearly what was the negotiation,
13   but since this is Eastern, we produce this.  I
14   have to say yes.
15        Q    And do you recall that at this time I
16   won't -- I don't want to characterize this the
17   wrong way, but do you agree that at this time
18   Eastern Profit had not been identified yet as the
19   entity that would be entering the contract?
20             MS. CLINE:  At which time?
21             MR. GREIM:  As of January 1,
22   2018.
23        A    You are asking me by January 1, 2018,
24   Eastern Profit was not recognized?
25        Q    Right.

Page 164

1    YVETTE WANG
2    document; are they?
3         A    You're right.
4         Q    Wang Exhibit 4 doesn't have
5    signatures on it; right?
6         A    Correct.
7         Q    It doesn't have the same payment
8    terms.  The amount is only $250,000.  If you look
9    on page 4 of Wang Exhibit 4, do you see that?
10        A    I'm reading this.  You want me just
11   to read this paragraph; right?
12        Q    Yeah.  My only question is I just
13   wanted you to look at the payment terms paragraph.
14   And I'm just asking you to see that this is only
15   $250,000 a month in this draft; is that right?
16        A    Correct.
17        Q    And strategic was demanding a much
18   higher amount, which it ultimately got, $750,000 a
19   month; isn't that right?
20             MS. CLINE:  Objection to form.
21        A    Correct.
22        Q    If you go to the front of Wong
23   Exhibit 4, you see the date typed up in the top is
24   January 1, 2018?
25        A    Yes.

Page 163

1    YVETTE WANG
2         A    No.  I don't agree with you.
3         Q    Okay.  Okay.
4              So when was Eastern Profit first
5    identified as the contracting party for we'll call
6    it your side of the contract?
7         A    Was identified?  You mean confirmed
8    or found; right?
9         Q    Sure.
10        A    I don't remember that clearly, but I
11   started to talk to Hank kind of like November
12   earliest, November, December of 2017.
13        Q    But you testified that you didn't
14   learn the name of Eastern Profit until just before
15   going down to Virginia to negotiate with French
16   Wallop.  So how could Eastern Profit have been
17   identified back in November of 2017?
18             MS. CLINE:  Objection to form.
19             Mischaracterizes testimony.
20        A    Why before?  Like two hours right
21   before I came down to Virginia?  I'm talking about
22   like a month or two month.  Less than two month.
23   I don't think that is a long time.  I can still
24   quote that as right before.
25        Q    Is it your testimony that you first

Page 165

42 (Pages 162 to 165)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2  learned that Eastern Profit would be the
3  contracting party in November of 2017?
4        A     I don't remember that clearly, but
5  it's for sure the latest is November -- no,
6  December or even November, late November of 2017.
7        Q     Mr. Chunguang Han is not a director
8  of Eastern Profit, is he?
9        A     You're asking about now?
10       Q     Right.
11       A     He is not.
12       Q     Between September, 2017 and March,
13 2018 he was not a director of Eastern Profit, was
14 he?
15       A     Between September of 2017 until when?
16       Q     March, 2018 he was not a director,
17 was he?
18       A     He was not.
19       Q     Is there any document appointing
20 Mr. Han as any sort of an officer or
21 representative of Eastern Profit for the period
22 September, 2017 to March, 2018?
23       A     He is authorized.
24       Q     My question is is there a document
25 giving him that authority?

Page 166

YVETTE WANG

1
2  me also, but I don't remember that clearly.
3        Q     Okay.  So other than a recollection
4  that at some point Mr. Han and Miss Mei told you
5  that he had authority to act for Eastern Profit
6  between September, 2017 and March, 2018, can
7  Eastern Profit point to any other documents
8  reflecting that he had that role?
9        A     I didn't ask.
10       Q     Do they exist?  Do the documents
11 exist?
12       A     I did not ask.
13             MR. GREIM:  Why don't we take a
14       short break.  Let's take a
15       five-minute break.
16             THE VIDEOGRAPHER:  The time is
17       3:25 p.m., Wednesday, October 30,
18       2019.
19             This is the end of media number
20       3 of the videotaped deposition of
21       Yvette Wang.
22             We're off the record.
23             (At this time, a brief recess
24       was taken.)
25             THE VIDEOGRAPHER:  The time is

Page 168

YVETTE WANG

1
2        A     I didn't remember I saw that document
3  paper, no.
4        Q     Why do you believe he is authorized?
5  Let's stick to the period of September of 2017 to
6  March, 2018.
7             Why does Eastern Profit say he's
8  authorized to act during that period?
9        A     September, 2017 until March, 2018;
10 right?
11             I don't remember the precise words.
12 My impression is I was told he was the director.
13 He is still running the company authorized by the
14 director.
15             And then later on Mei confirmed
16 Mr. Han made the correct representation about
17 himself and his wife.
18       Q     Okay.  So who is the person that told
19 you that he had been given authority to act on
20 behalf of Eastern Profit between September, 2017
21 and March, 2018?
22             MS. CLINE:  Objection to form.
23       Asked and answered.
24       A     Mr. Han, he expressed it to me.  I
25 don't remember clearly.  Miss Mei mentioned it to

Page 167

YVETTE WANG

1
2  3:39 p.m., Wednesday, October 30,
3  2019.  This is media number 4 of the
4  videotaped deposition of Miss Yvette
5  Wang.  We're back on the record.
6  CONTINUED EXAMINATION
7  BY MR. GREIM:
8        Q     All right, Miss Wang.  Welcome back.
9             Based on your most recent testimony,
10 it sounds like there are two individuals who we
11 can say had knowledge of the negotiation of the
12 contract between Eastern Profit and Strategic
13 Division, Guo Mei and Han Chunguang.  Is that
14 correct?
15             MS. CLINE:  Objection.
16       Q     Let me strike that.
17       A     Too long a question.  I going to
18 forget.
19       Q     Is it fair to say that Han Chunguang
20 and Guo Mei had knowledge of Eastern Profit's
21 negotiation of the contract with Eastern -- with
22 Strategic Vision?
23       A     You're talking about this research
24 agreement; right?
25       Q     I am.

Page 169

43 (Pages 166 to 169)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2     A   They don't have the details like in
3 terms of this contract. But they know or they
4 knew we hired a so-called professional
5 investigation company which really Shell Company
6 and liars.
7     **Q   But if I understand you correctly,**
8 **you have now testified that Han Chunguang knew of**
9 **the agreement before it was signed, approved of**
10 **its purpose, and authorized you to sign it?**
11       MS. CLINE: Objection to form.
12     **Q   Is that correct?**
13     A   Mr. Han did not get that deeply
14 involved.
15     **Q   However, it is true, isn't it, that**
16 **you told Han Chunguang about the contract, you**
17 **told him about the goals of the contract, and you**
18 **asked for his authority to sign it.**
19     **That is your testimony today; isn't**
20 **it?**
21       MS. CLINE: Objection to form.
22     A   I told him we found a research
23 company. Miles was meeting with their
24 representatives. They seem like qualified and
25 professional by them. Most likely we can contract

Page 170

YVETTE WANG

1
2     **Q   Very good. Please take a look at**
3 **what we marked in your other deposition as Wang**
4 **Exhibit 3.**
5       **(Wang Exhibit 3, a document**
6         **titled Plaintiff Eastern Profit**
7         **Corporation Limited's Responses and**
8         **Objections to Defendant Strategic**
9         **Vision US, LLC's First Set of**
10         **Interrogatories previously marked for**
11         **Identification as of this date.)**
12     **Q   Do you recognize these as Eastern**
13 **Profit Limited's responses and objections to**
14 **Strategic Vision's first set of interrogatories?**
15     **You'll see that the second to last**
16 **page you have signed it, and Karen Maistrello**
17 **notarized your signature on December 20, 2018.**
18     A   You want me to read through all the
19 pages?
20     **Q   No. I'm just asking do you remember**
21 **verifying the interrogatory responses on behalf of**
22 **Eastern Profit in this case. That's you, isn't**
23 **it? You signed this?**
24     A   Correct.
25     **Q   Then if you go to page 1 -- I'm**

Page 172

YVETTE WANG

1
2 them, start research.
3     **Q   And before January 6, he told you**
4 **that you can sign the agreement; is that right?**
5     A   After I told him that, he said please
6 go ahead. You are the miles. We believe you
7 guys. Go ahead with this company.
8     **Q   And your testimony also is that the**
9 **reason you believed you had authority or -- I'm**
10 **sorry. Let me strike that.**
11     **The reason you believe that Han had**
12 **authority to give you that approval, is that Han**
13 **told you he had the authority and Guo Mei may told**
14 **you he had the authority before you signed the**
15 **contract; is that right?**
16       MS. CLINE: Objection to form.
17     A   Before I sign a contract I was
18 authorized to proceed and execute with this
19 contract. I was told I'm authorized to sign it.
20     **Q   My question though is who told you**
21 **that Han Chunguang could give you the authority**
22 **to sign the contract? Who told you Han Chunguang**
23 **had the authority on behalf of Eastern Profit?**
24       MS. CLINE: Objection to form.
25     A   Both Mr. Han and Miss Mei.

Page 171

YVETTE WANG

1
2 sorry, page 2, question 1, you see the very first
3 thing says: Identify all persons with whom
4 Eastern consulted when answering these
5 interrogatories or who were otherwise involved in
6 any way in answering these interrogatories?
7     Do you see that question? Then in
8 response, first Eastern objects, and then the
9 second sentence you see where it says subject to
10 Eastern's objection, Yvette Wong and Guo Wengui
11 were consulted with answering these
12 interrogatories.
13     Did I read that right?
14     A   Yes.
15     Q   In fact you did consult with Guo
16 Wengui when answering these interrogatories;
17 didn't you?
18       MS. CLINE: Objection to form.
19     A   I don't remember. This is the
20 conversation my lawyer worked with.
21     Q   Then let's turn to -- well, let me
22 ask you: Did you provide any input into these
23 interrogatory responses?
24       MS. CLINE: That's a yes or no
25     question.

Page 173

44 (Pages 170 to 173)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

```
1              YVETTE WANG
2       A    I reply you before, I believe, but I
3  can repeat again.  I put together name list.  I
4  took advice from Mr. Guo.  I put together name
5  list based on Internet whistle blow information.
6  And I'm aware, like some of the bad guy, they go
7  after Mr. Han and Miss Mei family in China.
8       So if you won't say anyone put
9  together so that is my name list, I can tell you
10 maximal there's people.
11      Q    Now originally there were to be 10
12 names, and 5 were added; is that correct?
13      A    You're asking about negotiation of
14 the contract terms?
15      Q    Yes, I am.
16      A    Kind of like, yes.
17      Q    What was the reason that five
18 additional names were added?  Let me ask you this.
19      Did those five additional names have
20 anything in common?
21      A    What do you mean in common?
22      Q    Well, for example did the same person
23 recommend all five of the additional names?
24      A    The only thing --
25           MS. CLINE:  Objection to form.
```

Page 194

```
1              YVETTE WANG
2       Sorry.  Go ahead.
3       A    The only thing in common is five
4  names, and 10 name, 15 name, they're all corrupted
5  Chinese Communist Party official, or their family,
6  or their like kids.  I don't know that words.
7  Private case.  And that is the only thing they're
8  in common.
9       Q    Other than with ACA, is there any
10 other -- and I guess Mr. Guo, was there any other
11 person with whom Eastern Profit intended to share
12 the research results?
13      A    What's the question?
14      Q    Other than ACA and Mr. Guo, was there
15 any other person with whom Eastern Profit intended
16 to share the research results?
17           MS. CLINE:  Objection to form.
18      A    Eastern, of course, is happy to share
19 the results.  It was all Chinese people who are
20 pursuing the rule of law and democracy of China.
21      Q    Did Eastern Profit engage anyone to
22 research any of these 15 names, anyone other than
23 Strategic Vision to research the 15 names?
24      A    To best of my knowledge, no.
25      Q    Okay.  Now I want to ask you more
```

Page 195

```
1              YVETTE WANG
2  than just to the best of your knowledge.  I'm
3  asking Eastern Profit.
4       Did it engage anyone to research --
5  anyone else other than Strategic Vision to
6  research any of these 15 names?
7       A    Nope.
8       Q    What was the -- let me strike that.
9       What was Eastern's plan for
10 publicizing and using the information that
11 Strategic Vision was supposed to obtain?
12      A    Of course to send this criminal
13 person or criminal Chinese Communist Party
14 officials into jail and to -- including Eastern
15 Profit, the company, they're assets back.
16      Q    So Eastern Profit believed that the
17 public outcry resulting from publicity would cause
18 its assets to be unfrozen in Hong Kong?
19           MS. CLINE:  Objection to form.
20      A    There are some words I don't
21 understand in my sentence.  Archive, what is
22 that?  What's your question?
23      Q    So Eastern Profit believed that the
24 public outcry --
25      A    Wait a second.  Public outcry, what's
```

Page 196

```
1              YVETTE WANG
2  this?
3       Q    You never heard outcry?  Let me
4  choose a different word?
5       A    Sorry.  Foreigner here.
6           MS. CLINE:  No need for
7  commentary.
8           MR. GREIM:  No one says she's a
9  foreigner here.  I don't understand
10 the reason for the comment.
11          MS. CLINE:  She's not a native
12 English speaking person.
13          MR. GREIM:  I'm trying to ask a
14 question, please.
15      Q    So Eastern Profits?
16          MR. GREIM:  Please stop
17 interrupting.  Finally.
18      Q    So Eastern Profit's plan was that the
19 public reaction to it's publicizing this
20 information would cause it's assets to be unfrozen
21 in Hong Kong?
22          MS. CLINE:  Objection to form.
23      A    Eastern Profits believes to
24 disclosure this corrupted Chinese official, bring
25 the justice to Chinese people, and itself also.
```

Page 197

50 (Pages 194 to 197)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1  YVETTE WANG
2      We'll be able to help all the Chinese
3  people and itself, including I'm frozen, Eastern
4  itself assets and back to normal business, which
5  Eastern was conducting before their bank accounts
6  was frozen.
7      **Q   So I just want to understand this.**
8  **This is the first time we're hearing about Eastern**
9  **Profit wanting to unfreeze its assets.**
10     **Did Eastern Profit believe that it**
11 **would put its own prosecutors in jail in Hong**
12 **Kong?  Let me ask you this.**
13     **What was Eastern Profit's specific**
14 **plan to use the research in Hong Kong?**
15     MS. CLINE:  Objection. It's
16 Beyond the scope of your topics.
17     **Q   Well, the very first topic is why did**
18 **Eastern Profit enter into the contract.  Question**
19 **number 1.  That's what we're trying to find out.**
20     **We just learned it's to unfreeze its**
21 **assets.  So I would like to know about the**
22 **specifics of this.**
23     **How specifically did Eastern Profit**
24 **believe it was going to be able to use the Hong Kong**
25 **research results to unfreeze it's Hong Kong**

Page 198

1  YVETTE WANG
2  appearing on the list is why did EP
3  enter into the contract.  The second
4  sentence is:  What circumstances led
5  EP to seek research.
6      MR. PODHASKIE:  Join.  I'm --
7      MR. GREIM:  Please do not enter
8  into the record.
9      MS. CLINE:  Which is the letter
10 you're referring to?
11     MR. GREIM:  I'll just give you
12 a copy.  This is my E-mail to you of
13 October 3rd, 2019.  I attached a word
14 document.  You can pass it over to
15 your attorney.
16     Let's go off the record.
17     MS. CLINE:  No.  Let's keep
18 going.
19     MR. GREIM:  We're using up time
20 now.  I think it's a spurious
21 objection.
22     THE VIDEOGRAPHER:  Off the
23 record.
24     MS. CLINE:  On the record.
25     **Q   So the question is:  What was Eastern**

Page 200

1      **YVETTE WANG**
2  **assets?**
3      MS. CLINE:  What was the
4  number 1 that you were just referring
5  to?
6      MR. GREIM:  I'm referring you to
7  the long list, item 1, very first
8  question sent to you on August 13.
9      MS. CLINE:  You're not referring
10 to the deposition notice; right?
11     MR. GREIM:  No.  Within the
12 deposition notice it's under research
13 agreement including negotiations
14 concerning the same.
15     Question 1:  Why did EP enter
16 into the contract?
17     MS. CLINE:  I mean the notice
18 topic is the research agreement and
19 negotiations.  I will give you a
20 little leeway.
21     MR. GREIM:  We're in between
22 counsel, which is supposed to be
23 honored by the court's order, which I
24 sent to you October 3rd is this list.
25     And the very first question

Page 199

1      **YVETTE WANG**
2  **Profit's specific plan to use the research to free**
3  **up its Hong Kong assets?**
4      MS. CLINE:  You're representing
5  that that question isn't on here?
6      MR. GREIM:  No.  It's the first
7  two questions.
8      **Q   Why did Eastern Profit enter into the**
9  **contract?  You just learned for the first time**
10 **that it's to free up some frozen Hong Kong.**
11     **I'm trying to learn about the**
12 **specific plan that Eastern Profit had.**
13     MS. CLINE:  You're
14 mischaracterizing her testimony.  If
15 you want to know why did Eastern
16 Profit enter into the contract, you
17 can ask her that question again.
18     You're twisting --
19     MR. GREIM:  I'm not limited to
20 using the exact words on that
21 document.  I'm following up on the
22 witness' questioning, and I'm being
23 obstructed.
24     I would like to get an answer to
25 the question.

Page 201

51 (Pages 198 to 201)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG
2  **Q    What was Eastern Profit's specific**
3  **plan to use the research results to unfreeze its**
4  **Hong Kong assets?**
5          MS. CLINE:  Objection to form.
6      Mischaracterizes testimony and beyond
7      the scope of counsel's agreement
8      regarding the scope of the
9      deposition.
10         You can answer.
11     A    I'm happy to tell you.  I remember on
12  my name list there are two person.  One is called
13  M-E-N-G, J-I-A-N, Z-H-U.  He was the hat or steel
14  head of entire China, police, court, persecutor.
15  Almost -- most of the law enforcement.  He's the
16  head of that.  The most powerful person.  One of
17  the most powerful person in China.
18     **Q    And so you hoped --**
19     A    Let me finish.
20     **Q    You paused for so long, I thought you**
21  **were done.**
22     A    I'm trying to help you.
23     **Q    I'm sorry.  Keep going.**
24     A    I told you I have language barrier.
25  You have to allow me finish.

Page 202

---

YVETTE WANG
2  **Q    I thought you were finished with the**
3  **sentence when a few second ticked by.  Go on**
4  **ahead.**
5      A    So clearly of Eastern's previous
6  directors, current directors, they were all
7  persecuted by this corrupted Chinese official.
8         So Eastern would like to disclosure
9  this corrupted Chinese official.  His legal
10  assets, his crimes, et cetera to bring the justice
11  to China.
12         And it should be a natural
13  understanding to Eastern and all the Chinese
14  people who are persecuted by this bad official.
15         If this official is completely
16  removed, sent to jail, and they will be able to
17  get their justice back including -- you know the
18  relationship between Hong Kong and Beijing; right?
19  You don't need me to explain that.  That will
20  naturally bring justice to Hong Kong for Eastern
21  Profit to release his assets which are illegally
22  frozen.
23     **Q    In Hong Kong?**
24     A    Correct.
25     **Q    And this Mr. Meng is a CCP or, I'm**

Page 203

---

YVETTE WANG
2  sorry, PRC official?
3      A    He is Chinese Communist Party
4  official, yes.
5      **Q    So that's one person.  You said there**
6  **was a second person.  Who was that?**
7      A    The second person is Sun Li Jum.
8  S-U-N, L-I, J-U-M.
9      **Q    Okay.  Go ahead.**
10     A    I finished.
11     **Q    I'm sorry.  That time you were done.**
12  **Okay.**
13         **What was the plan with respect to**
14  **him?  How was that going to unfreeze the assets?**
15     A    A similar plan.
16     **Q    Anyone else in your list of 15 names**
17  **that were going to help unfreeze the Eastern**
18  **Profit assets in Hong Kong?**
19         MS. CLINE:  Objection to form.
20     A    Everyone.
21     **Q    Okay.  How were ACA assets able to**
22  **flow out of Hong Kong?**
23         MS. CLINE:  Objection.  Beyond
24     the scope.
25         MR. GREIM:  Let's take a short

Page 204

---

YVETTE WANG
2  break.
3         THE VIDEOGRAPHER:  The time is
4  4:39 p.m., Wednesday, October 30,
5  2019.  This is the end of Media 4 in
6  the deposition of Yvette Wang.
7  We're off the record.
8         (At this time, a brief recess
9  was taken.)
10        THE VIDEOGRAPHER:  The time is
11  4:56 p.m., Wednesday, October 30,
12  2019.
13        This is media number 5 of the
14  videotaped deposition of Missy Wong.
15  We're back on the record.
16  EXAMINATION CONTINUED
17  BY MR. GREIM:
18     **Q    Miss Wong, we're going to jump around**
19  **a little bit between some different topics and try**
20  **to wrap up today.**
21         **My first question is earlier we**
22  **talked about the Power of Attorney by which**
23  **Eastern Profit granted to Gold Spring, New York.**
24         **My question for you is who on behalf**
25  **of Eastern Profit  authorized Han Chunguang to**

Page 205

---

52 (Pages 202 to 205)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2   sign that Power of Attorney?
3        MS. CLINE:  Objection.  I'm not
4   sure that's within the scope.
5        If you know the answer, you can
6   answer.
7   A   I have, I believe, Miss Mei.  M-E-I.
8   Q   Were any lenders, other than ACA,
9   approached by Eastern Profit for purposes of this
10  contract?
11       MS. CLINE:  Again, objection.
12  Beyond the scope.
13  A   I didn't hear about that.
14  Q   In other words, did ACA try to find a
15  competitive -- find competitive loan terms?
16  A   Find competitive loan terms?
17  Q   Right.  In other words, did it see if
18  it could find cheaper financing from somebody
19  other than ACA?
20  A   You're asking do I know or not?
21  Q   My question is did Eastern Profit try
22  to shop for the best loan terms it could?
23  A   I didn't hear about this.
24  Q   Does Eastern Profit have any plan to
25  repay the loan other than getting its assets

Page 206

YVETTE WANG

1
2   So besides Eastern is looking for
3   release their bank accounts from Hong Kong to pay
4   back the loan, is there any other way Eastern
5   planned to pay back?
6   Q   Correct.
7   A   Okay.  I didn't discuss that yet, but
8   I heard kind of like William would be happy to
9   contribute this fund into the entire taking down
10  Chinese Communist Party campaign.  But I don't
11  have too much details.
12  Q   So had the research been successful,
13  Mr. Yu would have been happy to write off the
14  loan?
15       MS. CLINE:  Objection to form.
16  A   Possible.
17  Q   Did Eastern Profit intend to keep
18  borrowing from ACA for the rest of the contract?
19       MS. CLINE:  Objection to the
20       form.
21  A   I think I replied to your question.
22  Still the same answer.  Possible.
23  Q   Did Eastern Profit hire T and M
24  Security to research these names, any of these 15
25  names?

Page 208

YVETTE WANG

1
2   unfrozen in Hong Kong?
3        MS. CLINE:  Objection to form.
4   A   What do you mean other than assets?
5   Q   Let me go back.
6        So let's suppose that Strategic
7   Vision -- I asked a question, not the same
8   question, but a similar one earlier.
9        Let's suppose Strategic Vision had
10  given Eastern Profit all of the research it wanted
11  for an entire year, for the entire term of the
12  contract.  Let's say that it happened.
13       Did Eastern Profit have any plan to
14  repay ACA's loan other than by effecting political
15  change in China?
16       MS. CLINE:  Objection to form.
17  Hypothetical.
18       You can answer, if you can.
19  A   It's hard to understand your
20  question.  Still I don't quite understand your
21  question.  You mean F, Strategic Vision, they
22  are -- which they are not, they are qualified to
23  deliver the reports which agreed in the contract,
24  which means the contract happened.  I mean with
25  merits or with facts happened.

Page 207

YVETTE WANG

1
2   A   No.
3   Q   Did it hire Robert Tucker or Dunkin
4   Levitt to research any of these 15 names?
5   A   No.
6   Q   Did Eastern Profit expend any money
7   in coming up with its list of 15 names?
8   A   I don't understand the question.
9   Sorry.
10  Q   Did Eastern Profit -- so you've
11  testified that you and Mr. Guo came up with a list
12  of 15 names, and that you considered various
13  factors.
14       My question to you is did Eastern
15  Profit spend any money in developing its list of
16  15 names?
17       MS. CLINE:  Objection to form.
18  A   Spend any money in developing my name
19  at least; right?
20  Q   Correct.
21  A   If you are talking about Eastern's
22  assets were frozen, they could not continue their
23  normal business.  The damage should be count as
24  cost to spend.
25  Q   I'm sorry.  My question was did

Page 209

53 (Pages 206 to 209)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

2  Eastern Profit spend money in developing the list
3  of 15 names?
4      MS. CLINE:  Objection to form.
5    A    I don't know, but I will say no.
6    Q    Did Eastern Profit spend any money to
7  develop the supporting materials it provided to
8  Strategic Vision along with the 15 names?
9      MS. CLINE:  Objection to form.
10   A    The 15 names, they are public,
11  international.  No, international information.
12  Why Eastern Profits should spend money to the
13  American names, should spend money to build the
14  list.
15   Q    That's my question to you.  Did it?
16   A    I believe I reply to your question
17  with my question.
18   Q    But I would like an answer.
19     MS. CLINE:  Asked and answered.
20   A    No.  It's public Internet
21  information.  Let me repeat again.  Everyone has
22  access.
23   Q    Was Eastern Profit aware that Guo had
24  hired researchers to investigate the same 15 names
25  that Strategic Vision was researching?

Page 210

YVETTE WANG

2      MS. CLINE:  Objection to form.
3      Assumes facts not in evidence.
4    A    No.
5    Q    By the way, some of the accompanying
6  information in the 15 names that Eastern Profit
7  gave to Strategic Vision included birthdays,
8  passport numbers, Social Security numbers.
9      Is it your testimony that all that
10  information was already on the Internet?
11   A    Correct.  You can try.
12   Q    You recall an attempt to retract the
13  two $500,000 wires that ACA sent to Strategic
14  Vision?
15   A    How much money?
16   Q    Two $500,000 wires for a total of
17  $1 million.
18      Do you recall an attempt to retract
19  those wires?
20   A    $250,000.
21   Q    No.  Two $500,000 wires.
22   A    Oh.  Two half million; right?
23   Q    Correct?
24   A    Yes, I remember it.
25   Q    And do you recall asking French

Page 211

YVETTE WANG

2  Wallop to have Strategic Vision send the money
3  back to ACA?
4    A    Yes.  I asked Wallop.
5    Q    Why did you ask her to send the money
6  back to ACA instead of to Eastern Profit?
7      MS. CLINE:  Objection.  To the
8      extent all this stuff was asked in
9      the first deposition, and now we're
10     reinventing wheels again.
11        You can answer.
12   A    Eastern Profits bank account is
13  frozen.  How can Eastern be able to receive
14  refund, return, let's say.  Sorry about my
15  language.  Return of money.
16   Q    What is the latest conversation
17  you've had with ACA or William Je about the
18  million dollars?
19     MS. CLINE:  Objection.  Asked
20     and answered.
21   A    Latest conversation, you mean the
22  last conversation today?
23   Q    The most recent, yes.
24   A    Last month.
25   Q    Okay.

Page 212

YVETTE WANG

2    A    Or yeah, like a month ago or a month
3  and a half, yeah.
4    Q    Have you spoken with anyone other
5  than William Je at ACA about the loan?
6    A    Nope.
7    Q    A few of the people we've been
8  talking about today here, for one, William Je,
9  where does he reside?
10     MS. CLINE:  Objection.  Again,
11     this is a 30(b)(6) of the Eastern
12     Profit designee.  We specifically had
13     an agreement that we would not go
14     into ACA, it's corporate structure or
15     anything like that, and you know it.
16     This is way outside the scope of our
17     agreement.
18        MR. GREIM:  It sounds like he is
19     a witness.  And if you want to
20     instruct the witness not to answer
21     because it's outside the scope of the
22     agreement, so be it.  I can't make --
23        MS. CLINE:  He's outside the
24     scope.
25   Q    What about Guo Mei, is she in the

Page 213

54 (Pages 210 to 213)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

2  A   Are you talking about first
3  deposition?
4  Q   Yes.  Do you recall that you were a
5  30(b)(6) witness before?
6  A   I should be.
7  Q   Did you confer with Mr. Je, I say it
8  different every time, about the research agreement
9  in this case in December of 2017?
10  A   December of 2017 Mr. Je?
11  Q   Correct.
12  A   Who is Mr. Je?
13  Q   Well, Mr. Yu.
14  A   You're talking about William.
15  Q   I am.  William.  I should just call
16  him William probably.
17  A   Much easier.  Talk to him about what?
18  Q   About the research agreement?
19  A   I didn't remember that.
20  Q   How about in January, 2018?
21       MS. CLINE:  Again, our agreement
22       regarding the scope of questioning
23       about ACA was limited to the
24       negotiations of the loan.
25  Q   My question is is one of the people

Page 222

YVETTE WANG

2  A   Ask William by when, January 2018?
3  Q   Sure.  December, 2017 or January,
4  2018.
5  A   I don't remember.
6  Q   Does Eastern Profit report on the
7  progress of this case to William Yu?
8       MS. CLINE:  Objection.  Form.
9  A   Does Eastern Profit?  If you are
10  talking about the previous director and the
11  current director, no, because these two people
12  fully authorized everything to me.  They don't
13  know the details.  They're not involved.  If you
14  are talking about me, mention what to William?
15  Q   The progress of this case.
16  A   Yeah, I mentioned the progress of
17  this case to him.  Yeah.
18       MR. GREIM:  Can I ask -- I think
19       I'm done here.
20       Can I ask that the witness
21       produce her copy of the 15 names to
22       counsel and that they just be
23       produced to us?
24       MS. CLINE:  We will take that
25       under advisement?

Page 224

YVETTE WANG

2  that you were conferring with for direction as you
3  were negotiating the contract with Strategic
4  Vision William Yu?
5  A   Conferring what?  I --
6  Q   Talking to.
7  A   Okay.  Talking to William about.
8  Q   Correct, the research.
9  A   The research agreement.
10  Q   Right.
11  A   When?  By January --
12  Q   January, 2018.
13  A   2018.
14  Q   Yes.
15  A   I don't remember.
16  Q   Did you ask for his advice in any of
17  the 15 names?
18  A   Ask William; right?
19  Q   Correct.
20  A   No.
21  Q   Did you check with him to determine
22  whether getting information on these names would
23  help to unfreeze Eastern Profit's assets in Hong
24  Kong?
25       MS. CLINE:  Objection.

Page 223

2       MR. GREIM:  Okay.
3       I know what you've said here
4  today, but I believe that was what we
5  had.  I'll just make the request and
6  you can take it under advisement.
7       I don't have any other questions
8  for the witness.
9       We're off the record.  The
10  deposition is concluded.
11       THE VIDEOGRAPHER:  The time is
12  5:28 p.m.  Wednesday, October 30,
13  2019.  This is the end of media
14  number 5 and completes the videotaped
15  deposition of Miss Yvette Wang.
16       We're off the record.

Page 225

57 (Pages 222 to 225)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

2
3        A C K N O W L E D G M E N T
4
5    STATE OF NEW YORK        )
6                         ss:
7    COUNTY OF _____ )
8
9        I, Yvette Wang, hereby certify that I have
10   read the transcript of my testimony taken under
11   oath in my deposition of October 30, 2019; that
12   the transcript is a true and complete record of my
13   testimony, and that the answers on the record as
14   given by me are true and correct.
15
16
17   _____
18        YVETTE WANG
19
20
21   Subscribed and sworn to before me
22   This      day of          2019
23   _____
24        (NOTARY PUBLIC)
25

Page 226

2
3        C E R T I F I C A T E
4
5        I, Terri Fudens, a stenotype reporter
6    and Notary Public within and for the State of New
7    York, do hereby certify:
8        That the witness whose testimony is
9    hereinbefore set forth was duly sworn by me and
10   that such testimony is a true record of the
11   testimony given by such witness.
12       I further certify that I am not related
13   to any of the parties by blood or marriage, and
14   that I am in no way interested in the outcome of
15   this matter.
16       IN WITNESS WHEREOF, I have hereunto set
17   my hand.
18
19
20
21   _____
         Terri Fudens
22
23
24
25

Page 227

58 (Pages 226 to 227)

**30(b)(6) Yvette Wang**
**October 30, 2019**