# Exhibit V2

**Pyratz**
点击此处前往设置

long term project designed to produce the desired results. The information was to report their own internal material to help them understand their targets. This is a sophisticated group that has ably dealt with hostile military networks in combat environments. They hit all their targets. I trust them.

Yes, as you know, big budget is ready for this long term project. The investors can even pay your team without contract.

EXHIBIT
Wang
20 -ML
1-31-19

新消息    CONFIDENTIAL    EASTERN-000265

**Pyratz**
点击此处前往设置

But the investors would not continue to spend money on the things they don't need, for instance, the things of today.

Checked with them, we have 20 days to update them 2-3 times hopefully, with the financial and tracking results agreed in contract. Even partly, but please be correct....

Without above, the investors could not move to second month with us, and hard to do future with us, I'm afraid....

Good, please do

新消息

CONFIDENTIAL    EASTERN-000266