# Exhibit A3

**Atkinson-Baker, Inc.**
www.depo.com

```
 2           IN THE UNITED STATES DISTRICT COURT

 3         FOR THE SOUTHERN DISTRICT OF NEW YORK

 4   ----------------------------------------------X

 5   EASTERN PROFIT CORPORATION LIMITED,

 6               Plaintiff/COUNTER-CLAIM DEFENDANT,

 7                CASE NO.: 18-cv-2185(JGK)

 8         -against-

 9

10   STRATEGIC VISION US, LLC

11               Defendant/COUNTERCLAIM PLAINTIFF.

12   ----------------------------------------------X

13              30(b)(6)DEPOSITION OF

14      GOLDEN SPRING BY AND THROUGH AMELIA COLUCCIO

15                NEW YORK, NEW YORK

16                November 12, 2019

17

18   ATKINSON-BAKER, INC.

19   (800)288-3376

20   www.Depo.com

21   REPORTED BY:  KIARA MILLER

22   FILE NO.: AD0B4E5

23

24

25
```

Page 1

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Page 122**

```
 1                A. COLUCCIO
 2         You can answer?
 3      A   I don't know.
 4      Q   What did Golden Spring understand
 5   Guo's relationship to be with Golden Spring?
 6      A   That he's a client of Golden
 7   Spring.
 8      Q   Is he also part owner of Golden
 9   Spring?
10      A   No.  Not that I know of.
11      Q   Who owns Golden Spring?
12      A   I don't know.  I know Yvette's the
13   president, and I don't know who the owner
14   is.
15      Q   Well, who's the sole director of
16   Golden Spring?
17      A   I know Guo Qiang is a director.
18      Q   And who owns all the shares of
19   Golden Spring New York?
20      A   I don't know.
21      Q   Golden Spring Hong Kong, isn't it?
22          MS. TESKE:  Object to the
23       form.
24          You can answer.
25          THE WITNESS:  Okay.
```

**Page 123**

```
 1                A. COLUCCIO
 2      A   Yeah, I'm sorry.  China Golden
 3   Spring owns Golden Spring New York.
 4      Q   By the way, do you get paid by
 5   Golden Spring New York?
 6      A   Yes.
 7      Q   Does anybody else pay you for your
 8   work?
 9          MS. TESKE:  Object to the
10       form.
11      A   No.
12      Q   Who owns Golden Spring Hong Kong?
13      A   I don't know.
14      Q   Do you know what line of work it's
15   in?
16      A   No.
17      Q   Do you know what line of work
18   Golden Spring New York is in?
19      A   Yes.
20      Q   What does it do?
21      A   So it provides professional
22   services within the US to multiple clients.
23      Q   What do you mean by professional
24   services, what is that?
25      A   We just assist on various projects
```

**Page 124**

```
 1                A. COLUCCIO
 2   that our clients need help with.
 3      Q   Why do you call them professional?
 4      A   I don't know.
 5      Q   Well, is that what Yvette Wang
 6   told you to say last night, professional
 7   services?
 8          MS. TESKE:  Object to the form
 9       of the question.
10          I think it's an offensive and
11       inappropriate question.
12      A   I don't know if she used those
13   specific words.
14      Q   What did she tell you to say that
15   Golden Spring does?
16          MS. TESKE:  Object to the form
17       of the question.  I find it to be
18       offensive and an inappropriate
19       question.
20          You can answer.
21      A   She didn't specifically tell me to
22   say anything, but our conversation was from
23   what I understood is that we offer services
24   to clients within the US.
25      Q   What kind of services?
```

**Page 125**

```
 1                A. COLUCCIO
 2      A   I think that would be confidential
 3   between us and our clients.
 4      Q   You don't have to tell me who the
 5   clients are.  What category?  Legal
 6   services?  Accounting?
 7      A   Yes.
 8      Q   Okay.  So the answer is yes to
 9   legal services?
10      A   To both.  Yes.
11      Q   You said yes to accounting as
12   well?
13      A   Yes.
14      Q   So is Golden Spring New York a law
15   firm?
16      A   No.
17          MS. TESKE:  Objection to the
18       form of the question.
19      Q   It provides the services of its
20   attorneys to clients?
21      A   I'm sorry.  I don't understand the
22   question.
23      Q   Well, what -- legal services can
24   mean being a lawyer for somebody.  Okay.  It
25   might involve filings.  So I'm going, again
```

**Page 170**

 1           A. COLUCCIO
 2      You can answer.
 3   A  Not that I know of.
 4   Q  Does Golden Spring New York -- I
 5 think we talked about its offices at 162
 6 East 64 Street right now?
 7   A  Right.
 8   Q  Most of your time that's where
 9 you've been working, right?
10   A  Right.
11   Q  Who pays its rent for that spot?
12   A  I don't know.
13   Q  Does Mr. Guo pay it?
14   A  I don't know.
15   Q  What about it's former spot, 800
16 Fifth Avenue, you know the answer to that
17 question?
18   A  No.
19   Q  What was GSNY's first office after
20 it was formed?
21   A  The first one I knew of was 800
22 Fifth Avenue.
23   Q  Do you know what a family office
24 is; have you ever heard that term before?
25   A  Yes.

**Page 171**

 1           A. COLUCCIO
 2   Q  Is GSNY a family office for Guo?
 3      MS. TESKE:  Object to the
 4    form.
 5      You can answer.
 6   A  Yes, but not only for Mr. Guo.
 7   Q  So have you ever heard of such a
 8 thing as a family office for more than one
 9 family?
10      MS. TESKE:  Object to the
11    form.
12   A  I don't know.
13   Q  Okay.  Is it your testimony that
14 Golden Spring New York is a family office
15 for families other than the Guo family?
16   A  Well, I just mean that the Guo
17 family isn't our only client.
18   Q  A family office handles the
19 investments for a family, right, it handles
20 the business affairs for a family?
21      MS. TESKE:  Object to the
22    form.
23   Q  Is that your understanding of what
24 a family office is?
25      MS. TESKE:  Same objection.

**Page 172**

 1           A. COLUCCIO
 2   A  Somewhat.  I guess not exactly.
 3   Q  Tell me what your understanding of
 4 what a family office is.
 5   A  I guess just a team of people who
 6 provide services to a family with whatever
 7 type of projects they need help with.
 8   Q  So is Golden Spring New York the
 9 family office for other families besides
10 Guo?
11   A  Not that I know of, but it's other
12 clients are associates of the Guo family or
13 business partners of the Guo family.
14   Q  Okay.  Does that include, for
15 example, the Saraca Media Group?
16      MS. TESKE:  Object to the
17    form.
18      Direct the witness not to
19    answer.
20   Q  Do you know the answer to that
21 question?
22      MS. TESKE:  Object.
23      And direct the witness not to
24    answer.
25   Q  I mean, look, one of the purposes

**Page 173**

 1           A. COLUCCIO
 2 of the research agreement was for Guo to use
 3 his own media to publicize the findings;
 4 isn't that right?
 5      MS. TESKE:  Just object to the
 6    form of the question.
 7   A  I believe so.
 8   Q  And is Saraca Media Group one of
 9 the entities that was to do that work under
10 the research agreement?
11      MS. TESKE:  Object to the
12    form.
13   A  I'm not sure.
14   Q  Who knows the answer to that?
15   A  I don't know.
16   Q  Someone at Golden Spring knows
17 that, don't they?
18      MS. TESKE:  Object to the
19    form?
20   A  I don't know.
21   Q  How about Guo Media, was that the
22 entity that was supposed to publicize the
23 research results under the research
24 agreement?
25   A  I'm not sure.

```
                A. COLUCCIO
 1
 2     A    No.
 3     Q    Who typically does give direction
 4  to Golden Spring on behalf of the Guo
 5  family?
 6          MS. TESKE:  Object to the
 7     form.  It's beyond the scope as it
 8     pertains to other clients.  It's
 9     outside of the balance of the
10     Court's order, so if you're talk
11     about with respect to this case,
12     then she can answer.
13          MR. GREIM:  Okay.  Let's keep
14     it with respect to this case.
15     Q    Who on behalf of the Guo Family
16  gives direction to Golden Spring New York?
17          MS. TESKE:  Object to the
18     form?
19     A    I believe Mr. Guo.
20          MR. GREIM:  Well, we're going
21     to hold this deposition open.  We
22     have some disputes about the topics
23     in the scope.  I think we've had a
24     lot of talk on the record about it,
25     but we're not going to use up the
```
Page 186

```
                A. COLUCCIO
 1
 2     fingers and forearms of the court
 3     reporter or the tape any longer on
 4     that.  So we're just going to hold
 5     it open and then we'll have our
 6     discussion after we're done, but I
 7     want to thank you for your time
 8     today.
 9          x:  Object to the holding of
10     the deposition open.  We made the
11     witness available all day today.  If
12     we're ending now then that is the
13     end of the deposition.  That's our
14     position.
15          MR. GREIM:  And just to be
16     clear, the basis of our objection or
17     of our holding this deposition open
18     is the witnesses lack of preparation
19     and lack of knowledge about pretty
20     much everything about the case.  And
21     so we will explore that in more
22     detail off the record, but thank you
23     very much for being with us today.
24     It was nice to meet you.
25          COURT REPORTER:  Are you
```
Page 187

```
                A. COLUCCIO
 1
 2  ordering a copy of the transcript?
 3          MS. TESKE:  No one will be
 4     provided to us as a nonparty.
 5          MR. GREIM:  I will order a
 6     copy.
 7          VIDEOGRAPHER:  The time is
 8     1:09 p.m. Tuesday, November 12,
 9     2019.  This is the end of media
10     number Three and complete today 's
11     videotape deposition of Ms. Amelia
12     Coluccio.
13  (Continued on the next page to accommodate the
14                   jurat).
```
Page 188

```
                A. COLUCCIO
 1
 2     We are off the record.
 3          MR. GREIM:  I will order from
 4     you and then I'll give it to her as
 5     we've been doing.
 6          (Whereupon, this examination was
 7           concluded at 1:10 p.m.)
 8
 9
10     _____
11     AMELIA COLUCCIO
12
13
14     Subscribed and sworn to
       before me on this ____ day
15     of _____, _____.
16
17     _____
       Notary Public
18
```
Page 189

48 (Pages 186 to 189)

30(b)(6): Amelia Coluccio
November 12, 2019

```
                INDEX

EXAMINATION BY                    PAGE
Mr. Greim                          7


              EXHIBITS
GOLDEN SPRING    DESCRIPTION      PAGE
     1      Notice of Deposition    7

     2      Limited Power of Attorney  112

     3      Declaration              129

     4      Golden Spring's
            Corporate Filings        181
```

```
                INDEX

             REQUESTS
DESCRIPTION                       PAGE
Notes                              68

Limited Power of Attorney          76


        MARKED FOR RULING

             PAGE/LINE

              50/19
   "Q   After January 1, 2017, what work did
   Golden Spring do for Eastern Profit?
```

```
        C E R T I F I C A T E

STATE OF NEW YORK)
                 :ss
COUNTY OF NASSAU)

     I, KIARA M. MILLER, a Notary Public within
and for the State of New York, do hereby certify:
     That, Amelia Coluccio, the witness whose
deposition is herein before set forth, was duly
sworn by me and that such deposition is a true
record of the testimony given by such witness.
     I further certify that I am not related to
any of the parties to this action by blood or
marriage and that I am in no way interested in the
outcome of this matter.



                    Signature requested.
                    _____

                    KIARA M. MILLER
```