# Exhibit D3

SASHA GONG  11/26/2019

## Page 1

1    THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
2
3    EASTERN PROFIT    )
     CORPORATION LIMITED,  )
4            )
       Plaintiff/    )
5      Counterclaim Defendant,)
            )
6    vs.      ) NO. 18-cv-2185(JGK)
            )
7            )
    STRATEGIC VISION US, LLC,  )
8            )
       Defendant/    )
9      Counterclaim Plaintiff,)
10
11
12
13    VIDEOTAPED DEPOSITION OF SASHA GONG
14      TAKEN ON BEHALF OF THE
15    DEFENDANT/COUNTERCLAIM PLAINTIFF
16      IN WASHINGTON, DC
17     ON NOVEMBER 26, 2019
18
19    REPORTED BY:  JANA C. HAZELBAKER, CSR
20
21
22
23
24
25

## Page 2

1
2    A P P E A R A N C E S
3
4    For the Plaintiff/    Joanna J. Cline
    Counterclaim Defendant:   Pepper, Hamilton, LLP
5             1313 North Market Street
             Suite 5100
6             Wilmington, DE  19899
             (302)777-6542
7             clinej@pepperlaw.com
8
9    For the Defendant/    Edward D Greim
    Counterclaim Plaintiff:  Graves, Garrett, LLC
10            1100 Main Street
             Suite 2700
11           Kansas City, MO  64105
             (816)256-3181
12           edgreim@gravesgarrett.com
13
14    Videographer:     Steven Jones
15
16    Also Present:     French Wallop
            Michael Waller
17
18
19
20
21
22
23
24
25

## Page 3

1    C O N T E N T S
2               Page
3    Stipulations ...............................    4
4    Direct Examination by Mr. Greim ...........    7
5    Cross-examination by Ms. Cline ............  171
6    Reporter's Certificate ....................  221
7
8
9    * * * * * *
10
11    INDEX OF EXHIBITS
12              Page
13    Exhibit Number 1 (Subpoena) ...............    7
14
15    * * * * * *
16
    (Exhibit was retained)
17
18
19
20
21
22
23
24
25

## Page 4

1    S T I P U L A T I O N S
2      IT IS HEREBY STIPULATED AND AGREED by and
3    among the attorneys for the respective parties hereto
4    that the videotaped deposition of SASHA GONG, may be
5    taken on behalf of the DEFENDANT/COUNTERCLAIM
6    PLAINTIFF, on NOVEMBER 26, 2019, in WASHINGTON, DC,
7    by Jana C. Hazelbaker, Certified Shorthand Reporter
8    within and for the State of Oklahoma, pursuant to
9    Subpoena.
10      IT IS FURTHER STIPULATED AND AGREED by and
11    among the attorneys for the respective parties hereto
12    that all objections, except as to the form of the
13    question, are reserved until the time of trial, at
14    which time they may be made with the same force and
15    effect as if made at the time of the taking of this
16    deposition.
17        * * * * * *
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

SASHA GONG  11/26/2019

## Page 9

1      Q   Very -- very well.  And, also, if you don't
2   understand one of my questions, I would like you to
3   please let me know that.
4          Will you do that?
5      A   Of course I will do that.
6      Q   Very good.
7      A   Never answer questions which I don't
8   understand.
9      Q   Okay.  Well, with that background, let's --
10   let's jump into this.
11          Now, Ms. Gong, I understand that you were
12   born in China and emigrated to the United States at
13   some point; is that right?
14      A   Yes.  I was born in 1956 in China, and I
15   came to study in the United States of America in
16   1987.  Later I got my citizenship, in 2001.
17      Q   Okay.  Could you just tell me about your --
18   just generally, about your life in China before you
19   came here to study in 1987?
20      A   That's a couple books.  I only wrote one on
21   this.  Several -- well, I came here -- I was born in
22   China in family of intellectuals.
23          And in 1965, my family was accused of being
24   counterrevolutionary and we were sent to countryside.
25   So my education stop, but -- at third grade.  And I

## Page 10

1   work in countryside for a few years, and later I was
2   assigned to work in a factory, so I was a mechanic
3   and a factory worker for seven years.
4          In 1974, before my 18th birthday, I got
5   involved -- you know, after reading books and reading
6   articles, I got involved in the underground protest
7   movement, which was a nationally famous case, very
8   famous case.  And we got persecuted, gradually
9   everybody got arrested and put in jail, detention,
10   interment, whatever you call it.
11          I was detained a couple of times, and then
12   later in early 1977, I don't remember the date, I was
13   arrested and I stay in jail for 11 months, almost a
14   year.  I -- a few days short for a year.
15          And I was lucky at that time because, you
16   know, my -- the allegation was I wrote so much
17   criticizing the Communist Party, I participate in
18   underground movement.  The accusation was we tried to
19   overthrown the government, which was not accurate.
20   I -- I'm -- I just -- we just criticize them.
21          So what happened is that Mao died in '76
22   and the things change dramatically in late '77.  I
23   was released in 1978, but still put under
24   surveillance and -- to go back to work in the
25   factory.

## Page 11

1      Q   Now, let me -- let me stop you for a second
2   here.  So you were arrested in 1977, but released in
3   1978?
4      A   Yes.
5      Q   Okay.  And then -- so then what happened
6   after you were released?
7      A   The release -- for a few months I was still
8   under government official surveillance, so they have
9   two people -- you know, every day I go to work the
10   two people would sit next to me and work with me, but
11   I have to report, say, "I'm going to the bathroom."
12          "You're going to the bathroom."
13          And "I'm going home."
14          "You're going home."
15          Watching when you get home -- and my mother
16   actually helped them to report down everywhere you
17   went, I got home and stuff like that.  That's
18   official surveillance.
19      Q   So how long did that persist?
20      A   For -- for, like, yeah, another 11 months
21   or something until -- until the end -- no, not --
22   nine -- nine months, until the end of 2000- -- well,
23   no, '7- -- gosh, 1978.  The end -- the last day of
24   1978.
25          That was when Mr. Xi Zhongxun -- last

## Page 12

1   name Xi, X-i, first name Z-h-o-n-g-x-u-n -- he was
2   in -- in China, he was persecuted by Mao, a Chinese
3   official -- sorry about that -- and he was -- he was
4   jailed for 16 years.
5          At that time, he was assigned to work as
6   the number one, the party's secretary in my province,
7   Guangdong Province.  Guangdong spelled like
8   G-u-a-n-g-d-o-n-g.  So he released my entire group.
9          By the way, it's very important to notice
10   that Mr. Xi Zhongxun was the father of
11   Mr. Xi Jinping, who is China's president now.
12      Q   Okay.  Okay.  Well, tell me, at -- so
13   after -- after your probation ended, what happened
14   next?
15      A   I -- I was given back the full right of
16   the -- of a Chinese citizen.  So Mr. Xi actually
17   asked me, "What do you want to do?"
18          I said, "My intention is to go to college."
19   And college were closed by Mao for 12 years.  It was
20   re-opened and -- in 1978.  And 1970- -- so everybody,
21   you know, grad- -- high school graduate for 12 years
22   jumping to taking the college exam.
23          And I took the college exam in 1979, the
24   first time, and I was very lucky, even only with
25   three years of education before.  I got the first

3 (Pages 9 to 12)

SASHA GONG  11/26/2019

## Page 13

1   among my province, 200,000 people.  I was told I was
2   ranked among top ten -- I mean, ten people in China.
3   That top ten people don't mean ten/ten because a lot
4   of people got the same scores, but it was a great
5   honor.  And then I went to Peking University, the
6   best one in China.  That one -- I was very happy.
7      **Q   Okay.  When did you graduate from Peking**
8   **University?**
9      A   I graduated from Peking University in 1983,
10   and then I went to the graduate program.  I
11   studied 20 -- I studied British Empire
12   and the British Empire Triangle Trade and the history
13   of British Empire and wrote a lot of articles on
14   that.
15        So I graduated in 1986 from Peking
16   University with a master's degree, and I -- at that
17   time, for very -- Americans with -- looks like very a
18   very silly reason why you would go abroad, because we
19   have a severe housing shortage.
20        My husband and I got married for three
21   years and we have no place to go, no place to live.
22   So we said how about try America?
23        So we go -- we both applied to American
24   schools.  He was re--- he was accepted by Harvard in
25   1986.  I was accepted by Harvard in 1988.  Both of us

## Page 14

1   were accepted in Ph.D. programs, but I came to
2   Harvard as a -- as a visiting scholar the year
3   before.
4      **Q   All right.  Let me -- let's continue with**
5   **the questioning.  So let me -- let me ask you, during**
6   **the time that you were in university and the graduate**
7   **program, were you performing any kind of function or**
8   **role for the government in China?**
9      A   The Chinese government?
10      **Q   Right.**
11      A   No.
12      **Q   Okay.**
13      A   Not only that, I'm a very rare one because
14   usually, you know, in China when you reach nine years
15   old you become a Young Pioneer, and then later it --
16   into the young -- Young Communist Youth Lead and
17   something in Communist Party.
18        I was never in because when I was nine, my
19   family was kicked out.  So, luckily, I was always the
20   target of the government, never part of the
21   government.
22      **Q   Okay.  Well, let me ask you the other**
23   **question then.  During your time at Peking University**
24   **and in graduate school, did you -- were you part of**
25   **any sort of protest movement?**

## Page 15

1      A   Oh, yes.
2      **Q   Okay.**
3      A   Very much.  And I think the entire Chinese
4   dissident movement can testify for me.  In fact,
5   before I went to Peking U, my group, who was just
6   exonerated, made the connection with the major
7   dissident group in Beijing.
8        And the head of that one has died.  One is
9   in New York.  I just int- -- gave him a long
10   interview.  Anyway, he was the first person -- that
11   protest underground group was the first person I met
12   in Beijing.  I jump in immediately.
13        Everybody in Beijing at times who has spent
14   time in jail, who was under -- who was in underground
15   movement, everybody knows me.  I was extremely
16   active.
17      **Q   Okay.  Let me ask you, after you came to**
18   **the United States, I think you testified you came in**
19   **19 --**
20      A   '87.
21      **Q   -- '87.  Okay.  After you came to the**
22   **United States, did you sever your ties with the**
23   **protest movement in China?**
24      A   No.  No.  I -- I have been there for 45
25   years.  I'm -- you know, I'm one -- I'm one of the --

## Page 16

1   the most senior, in a way, dissident in China because
2   this year is my 45th year in the dissident movement.
3        And I wrote articles, and I even ask all
4   the Tiananmen leader, and ask why so many people --
5   after they left the state, they ended up in Boston.
6   That was because of me.
7        I helped everybody and I, you know, helped
8   them full-heartedly, long record, never interrupted
9   by anything.
10      **Q   Is there such a thing as a Chinese**
11   **dissident movement in the United States?**
12      A   Yes.
13        MS. CLINE:  Objection to form.
14        THE WITNESS:  Oh, sorry.  You -- your
15   objection?
16        There is a movement.
17        MS. CLINE:  I'm just objecting to the form
18   of his question.  You can go ahead and answer it.
19      **Q   (By Mr. Greim) You -- you can go ahead.**
20   **You can complete your answer.**
21      A   Yes, of course, I am part of it, and their
22   organizations.  You know, these people may have,
23   well, difficulties in learning English or making a
24   living.  I considered myself very lucky, but we never
25   stopped fighting dictatorship.

4 (Pages 13 to 16)

SASHA GONG  11/26/2019

## Page 17

1  We think it's our duty.  That's my life and
2  that -- that will be my life in the future, to fight
3  dictatorship.  That's what I have done.  That's what
4  I paid the price for.  And that's what I will do.
5  **Q   Okay.  And, of course, you're in the U.S.**
6  **and not in China, so I guess my question is, how --**
7  **when you say you're "fighting dictatorship," what**
8  **concrete activities are you doing in the U.S. to**
9  **fight a dictatorship?**
10  A   By training, I'm a writer.  I write and I
11  disseminate information back to China.  Whenever it
12  is possible, I would publish in Chinese media.
13  Whenever -- I publish several books there.
14  And, of course, the Chinese government
15  would not allow me to say anything about -- to
16  criticize them.  So I wrote a lot -- plenty about
17  America democracy, about how we -- how our people
18  work in democracy.
19  Like, if you want example, 2009, I
20  participated in the election -- well, a local
21  election.  I ran for the Virginia House of Delegates.
22  And so I spent a year running for that and writing
23  this book.
24  The book entitled "Living Democracy," it's
25  a bestseller in China.  And the Chinese use that

## Page 18

1  as -- a lot of Chinese, small groups and the
2  students, they use that as a textbook of how to build
3  their future democracy.
4  **Q   Okay.  Now, you've mentioned books a couple**
5  **of times.  So you -- I take it you've written at**
6  **least a few books?**
7  A   Lots.
8  **Q   Okay.  Well, how -- how many books have**
9  **you -- have you written?**
10  A   I think -- well, in Chinese, I -- I think
11  altogether 11, but I -- well, unfortunately, the
12  English books are here, the Chinese books only
13  publish three.  And the manuscript, even including
14  one about 2016 election, it's in printing and the
15  Chinese government ban it.  So they ban most of my
16  books.
17  **Q   Okay.  Is it possible for someone here**
18  **to -- to buy one of your books?**
19  A   Oh, yes.  You can go online and can buy my
20  books.  And also my books in English, one is called
21  "Born American."  As I said, it's about my life in
22  China.  And, also, I wrote a cookbook.
23  **Q   Okay.**
24  A   And you'd love that cookbook because it's a
25  cookbook with stories of the culture of revolution.

## Page 19

1  I was using a cookbook form.  It's called a cultural
2  revolution cookbook.  I was using the cookbook form
3  to tell people the -- the persecution, the stories
4  of -- the ridiculous of the revolution, the Mao
5  revolution.
6  **Q   Now, Ms. Gong, here's what we're going to**
7  **do.  Thank -- thank you very much for your testimony**
8  **here, but we're going to try to make sure we have**
9  **more of a question/answer for me.  Okay?**
10  **So I -- we're laying some background right**
11  **now, but I'm going to try to be -- I want you to try**
12  **to focus and answer just the question that I ask as**
13  **we get into some more specific questions.  Okay?**
14  A   Okay.
15  **Q   And then that way, it'll give opposing**
16  **counsel a chance to object to it and -- and it'll**
17  **just make the record clearer.  Okay?**
18  A   All right.
19  **Q   Okay.  Very good.  So, now, after you --**
20  **I -- I take it you got a degree from Harvard, right?**
21  A   Yes.  I got a Ph.D. in sociology in 2000 --
22  no, sorry, 1995.  But I don't prefer to be called
23  "Doctor" because it sounds ridiculous.
24  **Q   Okay.  Well, what did you do after you got**
25  **your -- your doctorate?**

## Page 20

1  A   I ex- -- went to teach at UCLA for a couple
2  of years, and then I left the job and came to get a
3  job at Radio Free Asia to direct the Cantonese
4  service because I think I -- my personality is more
5  media person.
6  And after that, I went to work for AFL-CIO
7  as their China hand, and that also as a former labor
8  activist then.  Yeah, I learned a lot.
9  And after that, in 2011, I took a job at
10  Voice of America as the director of the Chinese
11  branch.
12  **Q   What were your duties as director of the**
13  **Chinese branch at Voice of America?**
14  A   I -- I have to take the job.  It's like
15  a -- the mother of the branch, 100 people, and I --
16  I -- I was the first Chinese/Asian and woman
17  direct- -- before -- before and after me, everybody
18  was -- or is a white man.
19  So my role was very different.  I took care
20  of the -- the -- well, and I focused on expanding our
21  audience and telling them more about our democracy
22  and the -- the -- more truth.
23  So, proudly, three years of the director
24  survey shows I increased the audience by 22 times.
25  **Q   Now, could you tell us, what is the**

5 (Pages 17 to 20)

## Page 21

1  Voice of America?
2      A    Voice of America is established by the
3  United States of America in 1942 with foreign
4  language broadcasting to tell the world about America
5  values and America to -- to tell the truth.  So truth
6  teller is our goal.
7          And for -- compared to commercial
8  industries, we don't have that sort of a financial
9  pressure, so we can focus more on doing our
10  programming.
11      Q    It's taxpayer-funded; is that right?
12      A    It's taxpayer-funded, Congress-funded.
13      Q    Okay.  Okay.  Now, are you still with
14  Voice of America?
15      A    No.  They fired me.
16      Q    And when was that?
17      A    November 2018.
18      Q    Okay.  And why did they fire you?
19          MS. CLINE:  Objection; foundation.
20          THE WITNESS:  Can I answer the question?
21      Q    (By Mr. Greim) You may.
22      A    Yes.  According to them, I disobey an order
23  of -- to -- to stop Mr. Guo Wengui.  Last name Guo,
24  G-u-o.  First name Wengui, W-e-n-g-u-i.  I hope I
25  spelled it right.

## Page 22

1          We -- actually, we -- well, I was the
2  online anchor and the interviewer of that -- that
3  program.  That program broadcasted 19 minutes longer
4  than the scheduled -- the scheduled one hour, and I
5  never receive any order before to stop it, so it
6  broadcasted a little longer, caused lots of, you
7  know, publicity, and so they blamed me for that.
8          They asked -- they asked me to lie.  I
9  refused to.  They asked me to say it's a technical
10  something problem.
11          I said, if I -- if I -- if I speak, it will
12  be all -- be the truth.  So I think I pay a price for
13  telling the truth.
14      Q    Let me -- let -- let's turn to someone --
15  oh, I'm sorry, before we do -- we'll come back to
16  this.  I'm going to make sure we finish some of your
17  background here.
18          Since you have been in the U.S., have you
19  been asked to become a member of any organization
20  that is concerned with China?
21      A    Yes.  Actually, I think earlier this year
22  that Frank Gaffney, who's the head of the Center for
23  Security policy, also a radio show host, he
24  interviewed me and he asked me to be a founding
25  member of the committee for -- for President Benger

## Page 23

1  (phonetic), China.
2          And I understand Mr. Stephen Bannon was
3  also very important founding member of the whole
4  venture.  And I agreed to be a member.
5      Q    So are you still a member of that entity?
6      A    Yes, I am still member of that entity.
7      Q    Okay.  Have you been an officer or a
8  director of any other U.S. entity that is concerned
9  with China?
10      A    Concerned with -- officer and director?
11          MS. CLINE:  Objection to form.
12      Q    (By Mr. Greim) Officer or director.
13      A    Oh, yeah.  Yes, I worked for two months as
14  director of the Rule of Law Society.  That was
15  Jul -- between July and September when I resign.
16      Q    July and September of this year?
17      A    September this year, I resign.
18      Q    And what -- what is the Rule of Law
19  Society?
20      A    Rule of Law Society was announced last --
21  November 20 in the press -- in the joint con- --
22  press conference of Mr. Steve Bannon and
23  Mr. Guo Wengui.
24          In the press conference -- I was the -- in
25  the press conference, they both announce that Mr. Guo

## Page 24

1  Wengui will donate $100 million to set up an entity
2  called Rule of Law Foundation to promote Rule of Law
3  in China.
4          And later that organization was split --
5  split into two branch.  One is Rule of Law
6  Foundation, a 501(c)(3).  The other one is the Rule
7  of Law Society, a 501(c)(4).
8          I am a board member of the 501(c)(4),
9  chaired by Mr. Stephen Cannon -- Bannon.  Sorry.
10  Yeah, he -- he sounds like a "Cannon" sometimes.
11      Q    That's okay.  Now, wait a sec.  You just
12  said you are a board member.  Are you?
13      A    No, I were -- I was.  I was a board member.
14      Q    You were.
15      A    I am no longer board member now.
16      Q    Okay.
17      A    But the strange thing is that a few days
18  ago, why the Board -- the -- for this, I -- I just
19  want to put that on the record.  Why would Jennifer
20  Mercur- -- Mercurio -- I -- I'm asking the opposing
21  counsel.  Why would she call me?
22          MR. GREIM:  Okay.  Hold -- hold on.  I'm
23  just going to instruct the witness.  The witness
24  cannot inquire of the two lawyers who are here.
25          THE WITNESS:  Sorry.

6 (Pages 21 to 24)

SASHA GONG  11/26/2019

## Page 29

1    Q    And -- okay.  Have you received any e-mails
2  from Jennifer?
3    A    Nothing.  No.  No e-mail, nothing.
4    Q    Any texts?
5    A    Texts or phone calls, no, nothing.  That's
6  the only communication I received regarding my
7  testimony.
8    Q    Okay.
9    A    Besides your subpoena.
10    Q    Did she offer to provide you an attorney?
11    A    I told her I don't need -- she did not
12  offer, but I told her I don't need an attorney
13  because I have very little idea of what the hell is
14  this case.
15    Q    All right.  Okay.  Let's -- let's switch
16  gears here and let me -- let's go back.  You were
17  testifying a moment ago about an interview with Guo
18  Wengui and with Voice of America.
19    A    I see.
20    Q    Okay.  So let's talk about that for a
21  second.  Could you tell us how you first met Mr. Guo?
22    A    I met Mr. Guo on April 17, 1970- --
23  April 17, 19 -- no, sorry, 2017, in the
24  evening around 7:15.
25         First, actually, when Mr. Guo went out

## Page 30

1  to -- for his expose', he attract some attention, but
2  not much.
3    Q    Wait.  Let -- let me stop you for a second.
4  What do you mean, "when he went out for his expose'"?
5    A    Well, I have to go a little bit even back
6  on that because in 19 -- 2015 and 2016, there were
7  lot of reports coming out of Chinese media, overseas
8  Chinese media, inside Chinese media, orders -- the
9  report indicated that Mr. Guo, who was working
10  closely with very, very high-ranking espionage,
11  Chinese intelligence officers to -- well, to earn
12  money, high-ranking corruption office, the -- perhaps
13  the highest-ranking corruption off- -- cases in China
14  since -- since very early on, since early 2000.
15         So we are talking about 15 years of -- you
16  know, reporting of 15 years of Mr. Guo's personal
17  involvement, and paying off the high-ranking
18  officials, and cheating people, and -- sort of --
19  in the reports.  And the --
20    Q    Now, wait.  Stop -- stop there for a
21  second.
22    A    Yeah.
23    Q    Are you saying that these are reports that
24  you read in the Chinese media in 2015 and 2016?
25    A    Yes.  And, also, I ask my reporters --

## Page 31

1  direct my reporters to cover it a little bit because
2  these are big cases, especially when it involve in
3  the -- the head of Chinese espionage, Mr. Ma Jian,
4  who was in charge of international espionage in
5  China, and who's closely -- who works closely with
6  Mr. Guo.  That's a newsworthy story, so I direct my
7  reporters to cover the story.
8    Q    Okay.  And this was back -- was this in
9  2015?
10    A    2016.
11    Q    2016.
12    A    2016, we started to cover his story.  But,
13  personally, my -- I did not pay any attention to him.
14         But in February 2017, one of my senior
15  correspondents, Fred Wang -- Fred, F-r-e-d, Wang,
16  W-a-n-g, last name -- Fred, who -- who was our
17  Beijing correspondent for many years, and who came
18  back to the states and is still focusing on the China
19  report, he contacted Mr. Guo and -- asking for an
20  interview.
21    Q    So let me stop you for a second.  Mr. Wang
22  connected Mr. Guo and asked him for an interview?
23    A    I believe so.
24    Q    Okay.  And was that at your direction or
25  was he acting on his own initiative?

## Page 32

1    A    He was acting on his own because he has --
2  he has that power.
3    Q    Okay.  Very good.  So what -- what
4  happened?
5    A    And Mr. Guo and Mr. Wang connected, and
6  Mr. Guo asked for an interview.
7         And Mr. Guo said, "I want a live interview,
8  not a pre-recorded interview."
9         The reason we said yes to that is we have a
10  show called "Pro and Con" every day at 9:00, which is
11  prime time in China.  We always have live show.
12    Q    I'm sorry, is that 9 a.m. or 9 p.m.?
13    A    9 p.m. in China.  9 a.m. in the states.
14    Q    Okay.
15    A    So we always -- that's always a live show.
16    Q    Okay.
17    A    Always.  Unless, you know, you have some --
18  but always a live show.
19         So we said, yes, we invite you -- you as a
20  guest.  It's all normal.
21         And then Mr. Guo later have two other
22  conditions.  One is that he want me to interview him,
23  nobody else.
24         Second is that he want -- he want the live
25  interview to be three hours instead of one.

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 33

1   **Q   Okay.  And so how did he communicate those**
2   **conditions?**
3       A   With Mr. Wang, Fred Wang.  I was not
4   involved.
5       **Q   Okay.  So is it fair to say that at the**
6   **time Mr. Guo communicated his conditions, you had not**
7   **yet had direct contact with Mr. Guo?**
8       A   That's true.
9       **Q   Okay.  Then -- so Mr. Wang then**
10  **communicated Mr. Guo's request to you; is that right?**
11      A   Yes.
12      **Q   And what -- and, I'm sorry, go ahead.**
13      A   It is very unusual because I was the head
14  of the service and I was not -- unless it's the
15  president or somebody like that, I would not go ahead
16  do the interview myself, right?
17          But one thing that I do know, I have a good
18  reputation as a very straightforward and very hard --
19  very hard questioner.  I question -- I do -- you can
20  see my other interviews.
21          So I thought that was a reasonable request
22  if someone that's that high-ranking in the espionage
23  field.  But for three hours.
24          So I consulted with my social media
25  assistant.  At that time, we started social media

## Page 34

1   live streaming.  So we put a lot of things live
2   stream there, but we don't have enough TV time for
3   the three hours.
4           So I said, in that case, we have one hour
5   of very formal interview on TV.  We have another two
6   hours not very formal question, and audience can
7   raise their questions by social media.
8           And for those two hours, I will give him
9   some leeway to discuss some cases because in -- in a
10  way, the formal interview -- if you guys read the
11  interview, I -- I did not give him a lot of leeway to
12  talk about things I cannot verify.  I only ask him
13  questions and talk about things I can verify.
14      **Q   Okay.  Let's stop there for a second.**
15      A   Uh-huh.
16      **Q   So I take it, then, that Voice of America**
17  **approved his request that you do the interview and**
18  **that it be live?**
19          MS. CLINE:  I'm just going to lodge an
20  objection.  I understand the need to do a little bit
21  of background, but we've been going for almost an
22  hour and there hasn't been a single question that has
23  any relevance to the contract at issue in this
24  litigation.
25          MR. GREIM:  All right.

## Page 35

1           MS. CLINE:  So if we could just move it
2   along and get to something relevant, that would be --
3           MR. GREIM:  To -- to the contrary, this
4   background is all necessary.
5       **Q   (By Mr. Greim) So, Ms. Gong, my question**
6   **is -- well, let -- let -- let's -- let's skip ahead.**
7           **When did you, yourself -- well, I -- okay.**
8   **I'll strike that as well.**
9           **You've testified you first met Mr. Guo on**
10  **April the 17th, 2017, at 7:15 p.m.  Was that for the**
11  **live interview or was that a discussion in advance of**
12  **the interview?**
13      A   Yeah, that was part of my condition.  If I
14  live interview him, I have to meet with him and do
15  extensive sit-down pre-interview, which is off the
16  record first.
17          So the first time I met him was the 17th,
18  and we questioned him for three hours.  And the
19  second time was the next day for a whole day.
20      **Q   Okay.  And none of that was recorded; is**
21  **that right?**
22      A   No.  That's the condition.  That's --
23  that's also off the record.
24      **Q   Okay.  Where was that?  Where were those**
25  **meetings?**

## Page 36

1       A   In Guo's apartment.
2       **Q   Oh, in New York?**
3       A   In New York.
4       **Q   Who else was present for those meetings?**
5       A   Fred.  Fred Wang.  And later, next day, I
6   brought my team, my team of six people.  Next day we
7   have five people there to set up.  So it's -- present
8   in the interview, mainly me and Fred.
9       **Q   Did Mr. Guo have anyone with him?**
10      A   Mr. Guo introduced me to his assistant,
11  Mr. -- Ms. Yvette Wang.  And that -- that's --
12  whatever you need, talk to my assistant.
13          And, also, Mr. Guo introduced us to his
14  cook, Mr. Han -- Mr. Han.  (Inaudible) Han, Little
15  Han.  He called him "Little Han."  And later I
16  learned his name is Han Truong Guang (phonetic).
17          And Mr. Guo -- because Fred -- my -- Fred,
18  who had some stomach prob- -- he's a stomach cancer
19  survivor, so he need the little bit noodle soup in
20  the middle, so Mr. Guo called Chef Han to cook, so
21  Han cooked for Mr. Wang for -- a little bowl of
22  noodle show -- soup.
23      **Q   I'm sorry.  Mr. Han Shune Guang (phonetic)**
24  **cooked a bowl of noodles for -- for your reporter**
25  **Fred?**

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 37

1      MS. CLINE:  Objection; relevance.  What
2  could the noodles possibly have to do with this case?
3      MR. GREIM:  You can answer the question.
4      THE WITNESS:  Yes.
5      Q    (By Mr. Greim) Did Mr. Guo tell you the
6  reason that he wanted you to interview him?
7      A    He did.  He thought I would be the one who,
8  you know, do a proper job because he did not know
9  other VOA reporters.
10     Q    Did he tell you that he knew anything about
11  you before the interview?
12     A    He said several times -- I can't pinpoint
13  when he said what, but he said several times that he
14  read my file in China.  I assume that's the -- that's
15  my -- I have a thick file in the state security.
16     MS. CLINE:  Objection; foundation.
17     THE WITNESS:  Yes, I give you the
18  foundation because I know that.
19     Q    (By Mr. Greim) All right.  Hold on.  Hold
20  on.  Let's not -- let's -- let's not do this.
21         Let me ask you, why -- why do you say you
22  assume that you have a thick file with state
23  security?
24     A    Every former political prisoner has one.
25  And, also, when I went to Peking University, my -- my

## Page 38

1  professor joke, my -- actually (inaudible), he said,
2  "Your file is as thick as everybody else combined,
3  the whole -- whole class."  My class would have 28
4  people.  So if my file is as thick as everybody
5  combined, I assume I have a thick file.
6      Q    Did Mr. Guo explain how he would have had
7  access to your file while he was in China?
8      MS. CLINE:  Objection to form; foundation.
9      THE WITNESS:  I was not very sure if I
10  asked that questions in -- in the -- in the
11  pre-interview, so I -- better not to answer that.
12     Q    (By Mr. Greim) I'm sorry?
13     A    It -- he is very simple.  I will not, you
14  know, disclose anything in the pre-interview.
15  That's -- but later we have conversation and Guo
16  actually said in public that he read my files.  He
17  said in his broadcasting.
18         Who else would have my file?
19     Q    So are you refusing to answer my question
20  on -- as -- as a reporter -- because you spoke with
21  him as a reporter?
22     A    I function only as a reporter in the
23  pre-interview.  That was about 16 hours.  And that
24  was a promise.  A promise is a promise.
25         But later I wasn't function as a reporter.

## Page 39

1      Q    Okay.  Very well.  Well, I -- I would just
2  ask -- and we may revisit this issue, but if there is
3  a time when you will not answer a question of mine
4  due to your reporter's privilege claim, I would just
5  simply ask that you make that clear that that is the
6  reason --
7      A    Yes.
8      Q    -- you're not answering the question.
9      A    I'm making it very clear.  I will not
10  answer any-- tell anything he told me during that
11  pre-interview.
12     Q    Okay.  So I understand that this broadcast
13  was cut short; is that right?
14     A    Yes.
15     Q    And what -- what happened after the
16  broadcast?
17     A    It's not what happened after is important,
18  what happened before is very important.  And on
19  April 18th, the Chinese government actually did a few
20  things first.
21         The Chinese embassy called Voice of America
22  dozens of times, dozens, requesting us to cancel the
23  interview.
24         And my editor contact me and said, "Well,
25  the Chinese said if you -- if you do that interview,

## Page 40

1  you will permanently destroy the relationship between
2  Voice of America and Chinese government."
3      I said, "You tell them Voice of America and
4  Chinese government has no relationship because we are
5  media."
6      And then later they also -- well, my
7  boss -- my boss did not think that way.  They thought
8  they did have a relationship.  So, of course -- so
9  Voice of America's leadership determined to cancel
10  the interview, but I think I have the editorial.  But
11  they determined they want me to cancel the interview.
12     I said, "No."
13     But they did not send out any -- any
14  request.  It's on the record, you know, they could
15  not find any record to say they canceled interview.
16     Q    Okay.  All right.  Let's --
17     A    But, anyway, so the Chinese later also send
18  out written notice against Guo.  Interpol.
19     Q    So after this interview happened, did
20  you -- did you do any other interviews with him?
21     A    On air, yes.
22     Q    Okay.
23     A    But that's in the one-year anniversary.
24     Q    Okay.
25     A    And it's on air, so that's not

10 (Pages 37 to 40)

SASHA GONG  11/26/2019

## Page 41

1  confidential.
2  **Q    When was the next time after your**
3  **Voice of America interview that you met or spoke with**
4  **Guo?**
5  A    Many times.  Next time with -- I actually
6  can't recall.  And -- but I spoke to him -- I can't
7  say "a lot," but time -- from time to time.
8  **Q    Well, let me ask you this.  Did you**
9  **introduce anyone to Guo?**
10  A    Yes.  I introduced several reporters to
11  Guo.
12  **Q    Okay.  Who did you introduce to Guo?**
13  A    I think the -- the Harvard -- gosh.
14  David -- no.  I forgot his first -- Ignatius at
15  Harvard Business Review, the chief editor.
16  And also Bill Gertz of Washington Times and
17  Washington Free Beacon.
18  And -- and I also brought Scott Savitt,
19  used to work for LA Times, and -- I forgot that kid's
20  name.
21  **Q    What was Mr. -- what's the Scott -- what's**
22  **his last name?**
23  A    Scott Savitt, S-a-u-v-i-t-t (sic), with --
24  who was a reporter in Beijing in the '80s and who
25  work for LA Times.  He still write for the media.

## Page 42

1  **Q    Why did you introduce Guo to these**
2  **individuals?**
3  A    To me, that's a media story.  Any of my
4  media colleagues wants me to make an introduction, I
5  do.
6  **Q    After the -- after your meeting with Guo in**
7  **his apartment, the two meetings that we just talked**
8  **about, when was the next time that you were there?**
9  A    The next time what?
10  **Q    That you were in Guo's apartment.**
11  MS. CLINE:  Objection; relevance.
12  THE WITNESS:  I honestly can't recall.  A
13  few months later.
14  **Q    (By Mr. Greim) Do you remember the purpose**
15  **for your next visit to Guo's apartment?**
16  A    Well, Guo wants to set up a media
17  organization.  And so I actually sent -- sent him
18  something and then talked with him about how American
19  media organizations is set up.
20  I said, first, it's the separation between
21  ownership and editorial.  You have to have -- the
22  corporate board should be different from the
23  editorial board.  So, apparently, he wasn't
24  interested.
25  **Q    Oh, why -- why do you -- I want to make**

## Page 43

1  sure I understand this.  Were you talking with him
2  about the media organization later in 2017?
3  A    Yes.
4  **Q    And why do you say he wasn't interested?**
5  A    Well, you can tell some -- because I --
6  specifically, I told him the separation between
7  ownership and editorial, and he said, "That's
8  impossible."
9  And I was thinking, you know, you got to
10  understand that.  That's the foundation of American
11  free media.
12  **Q    Did you -- so it sounds like you gave him**
13  **advice on the media organization issue.**
14  **What other topics do you remember**
15  **discussing with him, let's just say, in the remainder**
16  **of 2017?**
17  MS. CLINE:  Objection.  Again, none of this
18  has anything to do with the contract between Eastern
19  Profit and Strategic Vision.  This is a waste of
20  time.
21  THE WITNESS:  Yes.  Well, actually a lot.
22  How did he -- how did he work with the Chinese
23  government or the corruption?
24  I specifically asking questions as -- I
25  think my question's how he work with the North Korean

## Page 44

1  Dictator, Kim Jong-il.
2  He said he -- Kim Jong-un and his father,
3  Kim Jong-il, they had -- because they said he knew
4  them, the whole family, very well.  He was close to
5  the family.
6  So I specifically asked him about the --
7  the -- the -- the smuggling.  The smuggling, which --
8  actually -- forgive me, it's the -- the name -- now
9  I -- Golden -- what's the comp- -- name of your
10  company you're representing?
11  MS. CLINE:  Eastern Profit.
12  THE WITNESS:  Dong Li.  Now I know.  Yes,
13  it's related.  Now I'm excited as a reporter.  Yeah,
14  Eastern Profit and Golden Spring, right?  Are you
15  representing Golden Spring as well?
16  **Q    (By Mr. Greim) Let me just ask the**
17  **witness -- this is -- the format for this is that I**
18  **will ask you questions and you will --**
19  A    Sorry.
20  **Q    -- you'll -- so -- so --**
21  A    Again --
22  **Q    So, please -- okay.  Let --**
23  A    Because --
24  **Q    Just -- just -- I'd just ask you to stop**
25  **for a second.  Okay?**

11 (Pages 41 to 44)

SASHA GONG  11/26/2019

Page 45

1  A   Yeah.
2      Q   Let me ask you a question, and then I want
3  you to answer my question.  Okay?
4      A   Okay.
5      Q   Because without that, it is going to be
6  hard for us to go through the transcript and
7  understand --
8      A   All right.
9      Q   -- what you've said.  Okay?
10     So let me ask you this.  Okay.  First of
11  all, I think you just said a name, Dong Li?
12     A   Yes.  Because I --
13     Q   Can -- can you, first of all, spell that
14  for us?  What is it?
15     A   Dong is the last name -- but not -- Jesus,
16  I'm sorry.  It's spelled like D-o-n-g, L-i.
17     Q   Okay.  What is -- what is Dong Li?
18     A   That was -- Dong Li was one of Guo's two
19  companies, according to the Chinese media.
20     The other is Jing Quan, J-i-n-g, Q-u-a-n,
21  and in English, it should be Golden Spring.  That's
22  what I read.
23     Q   Does Dong Li have an English name?
24     A   I don't know.  Maybe that's the name of
25  your client.

Page 46

1      Q   Okay.
2      A   Eastern Profit.  It's -- because that's the
3  meaning.
4      Q   All right.  Let -- let -- let's go back.
5  Let's go -- we'll -- the question -- and I want to
6  make sure we get a full answer to this -- is:  What
7  other topics did you discuss with Mr. Guo?
8      And we're going to go through the remainder
9  of 2017.
10     A   Yeah.  How did he involved in armed
11  smuggling in 2- -- nuclear smuggling in North
12  Korea -- to North Korea.  Was he part of China's
13  efforts there?
14     Q   Okay.
15     A   He said he had --
16     Q   That --
17     A   -- all the record.
18     Q   Hold on.  Let's just stop.  Okay?  I just
19  want to list the topics.  Okay?  Otherwise, we'll
20  have a narrative answer --
21     A   All right.
22     Q   -- on some of these.  Okay?
23     A   Okay.
24     Q   And so that's one topic.  What are some
25  other topics you discussed with him?

Page 47

1      A   Corruption.
2      Q   Okay.  Corruption involving who?
3      A   Involving one of -- Zhou Yongkang.
4  Z-h-o-u, last name, first name, Y-o-n-g-k-a-n-g.  And
5  there -- there are reports -- there are reports
6  indicating that Guo was -- that guy was very
7  high-ranking.  He was the top of China's whole legal
8  system in the party -- in the party system.  And he
9  was arrested and the report said they actually found
10  seven trucks of cash in his home.
11     And I was- -- I wasn't present.  I could
12  not testify, but that was a huge case.  That case
13  involved -- involved hundreds of billions -- I mean,
14  billions in the "B" -- dollars of corruption.  And
15  report -- reports indicate that Guo -- Mr. Guo had
16  something to do with it.
17     Q   Did you discuss this with Guo?
18     A   I asked him about it.
19     He said he has the whole file.
20     And I said, "When can you show me?"
21     He did not show me.
22     Q   Okay.  What other topics did you discuss
23  with Guo in 2017?
24     A   That's --
25     Q   Let -- let -- let me ask you this.  Did Guo

Page 48

1  tell you that he was considering a project to
2  research certain relatives of Chinese officials who
3  were either in the U.S. or abroad?
4      A   He said that on air.
5      Q   Okay.
6      A   He said that he hires the best
7  investigative companies in the world to -- he would
8  investigate all those people and get them to the --
9  to jail.  So I was very curious as -- as well.
10     Q   Okay.  Did you discuss that with him
11  yourself?
12     A   He's very secretive about that.  I tried.
13     Q   Okay.  Did -- did Mr. Guo mention
14  Strategic Vision to you in 2017?
15     A   No, I never heard of it.
16     Q   Okay.  Did he mention them to you in 2018?
17     A   Never heard of -- no, I never -- that was
18  never a subject between my condition -- but Guo
19  actually did mention once, he said there are two --
20  he was swindled by two Americans.  That was this
21  year.
22     He actually gave me the whole court file.
23  I think I saw it somewhere in the -- I think
24  that's -- that was in -- I think in late May or early
25  June this year.

12 (Pages 45 to 48)

SASHA GONG  11/26/2019

## Page 49

1      And -- and Guo -- well, the previous night,
2  Guo I, Steve Bannon and a couple of us have
3  dinner.
4      And Guo said, "Would you come and pick up
5  some documents?  It's important to me.  It's
6  important."
7      I said, "Okay.  Well, I will stop by."
8      So next day -- I actually have a picture of
9  it -- stopped by Guo's hotel, Hay-Adams.  He gave me
10  three big -- big, thick files.  He said was -- I
11  never opened that because the files look -- you know,
12  and at that time I was rushing to Europe, so I -- and
13  he gave me a whole big copy of that.
14      Q    Okay.  And so if you didn't open it, how
15  did you know that it was the file from this case?
16      A    I did not open to read it, I just read --
17  you know, I don't even make the connection because
18  it's -- it's not interesting.  To me, it's not
19  interesting.  I was -- then I was rushing to Europe
20  for a whole month.
21      Q    Let me ask you about a few other people,
22  then we'll return to Mr. Guo.
23      Do you know Steve Bannon?
24      A    Yes.
25      Q    How do you know him?

## Page 50

1      A    I think I first met him in 2010, in the Tea
2  Party Movement or something, but I was there meeting
3  with Andrew -- Andrew -- Andrew Breitbart, and I did
4  not met -- remember him that well, but that was a
5  meeting I think both of us remembered later.
6      So the first time I met him was early 2018.
7  I forgot when.  That was the day when Guo came to
8  Washington, live in Hay-Adams.
9      I met with Steve Bannon, but that was
10  also -- in some meetings I -- that was not important
11  at -- because -- and then that's -- that night Guo
12  and I and my colleagues came back to Hay-Adams, and I
13  saw Steve Bannon standing there, shaking hands.
14      And the one that got 20 feet away from him
15  was John Thornton from, I think -- well, now he's
16  from China now.  So because John Thornton --
17      Q    Wait.  Let's stop.  Let's stop here.
18      A    Okay.
19      Q    I just -- I want to -- let's try to focus
20  this.  Okay?
21      So did you -- it sounds like there was an
22  early 2018 meeting.  Was there an actual meeting
23  involving you, Guo, and Mr. Bannon?
24      A    No.
25      Q    No.

## Page 51

1      A    No, because I -- you know, that was a
2  meeting.  Guo took us back to Hay-Adams, and Bannon
3  was there at the door and John Thornton was there at
4  the door.
5      Q    Okay.  Did you observe Guo talking to
6  Bannon?
7      A    No.  Guo -- Guo went to talk to John
8  Thornton.  I went to talk to Bannon.
9      Q    Okay.  What did -- okay.  So you spoke with
10  Mr. Bannon at that point?
11      A    Yes.  And first thing I said, "Mr. Bannon,
12  I want an interview."  That's what I said.
13      Q    Okay.  Did you talk about Mr. Guo with
14  Mr. Bannon?
15      A    No.  No.  I -- I just want -- I talk to --
16  his nephew, Shawn, was there.  What -- what I want
17  was to set up the date and time and -- for an
18  interview.  I'm very hungry for interviews.
19      Q    Okay.  Well, let's -- okay.  Let's -- let's
20  move on.
21      Do you know Lianchao Han?
22      A    Very well, for 30 years.
23      Q    And have you discussed this case with
24  Mr. Han?
25      A    Which case?

## Page 52

1      Q    The Strategic -- Eastern Profit versus
2  Strategic Vision, the case that you're --
3      A    No.
4      Q    -- you're on now.
5      A    Because I think Lianchao got very depressed
6  on this and Lianchao sent on -- sent out Tweet that
7  both side have problems and -- something.
8      I think, as a friend, I -- I'm very
9  considerate.  I just don't want to, you know, raise
10  that uncomfortable issue.
11      Q    Okay.  Have you spoken with him about the
12  Strategic Vision research project?
13      A    No.
14      Q    Okay.  And earlier you said you introduced
15  Mr. Guo to Bill Gertz.  Did you already know
16  Mr. Gertz?
17      A    Yes, for years.
18      Q    How -- how did you know him?
19      A    We're both reporters, so I think
20  specifically 2012 or '13, something, he came to my
21  office and we discuss a -- a research proj-- -- not a
22  re- -- a reporting subject.
23      Q    Have you spoken with Mr. Gertz about this
24  case?
25      A    Again, the Eastern --

13 (Pages 49 to 52)

SASHA GONG  11/26/2019

## Page 57

1      Q   (By Mr. Greim) Okay.  Fair -- fair enough.
2  Let -- let me ask you this.
3          MS. CLINE:  Let me just -- let me just put
4  a -- an objection on the record.
5          The way the deposition is proceeding, it's
6  hard to interject with objections, and it's difficult
7  for me to discern what the witness is testifying to
8  based on her own knowledge versus based on what folks
9  have told her.
10         So I have lots of foundation objections, in
11 addition to relevance and everything else, but I just
12 want to -- just want to note that I have an ongoing
13 objection to foundation and relevance, and I'm having
14 a really hard time understanding the basis for the
15 witness's testimony.
16         THE WITNESS:  Okay.
17         MR. GREIM:  Right.  Right.
18         THE WITNESS:  Let me defend my
19 reputation --
20         MR. GREIM:  No, no.
21         THE WITNESS:  -- as a reporter.
22     Q   (By Mr. Greim) No, no.  No, no.  Hold on.
23 It's not about your reputation as a reporter.  This
24 is about -- this is not about you, it is about the
25 way the questions are being asked and laying the

## Page 58

1  proper foundation and the way I'm asking you
2  questions.
3          There's -- opposing counsel's not attacking
4  you in any way.  So --
5      A   But, still, I want to say that --
6      Q   No, no.  But --
7      A   I would not say --
8      Q   But you can't.
9      A   -- anything in single source.
10     Q   Okay.  Thank you.  But here's what we have
11 to do.  Whoever reads this transcript needs to be
12 able to understand the basis for the statements that
13 you are making, and they are either going to be
14 admissible or they're not going to be admissible.
15         So our job here is to make clear to the
16 person who finds the facts where this information's
17 coming from.  Okay?
18         So I'm now going to ask you -- let's go
19 back a little bit to the discussions you directly
20 have had with Mr. Guo.  Okay?
21         And so my question to you is:  Did you
22 discuss Mr. Guo's background with him?
23     A   Yes, I did.
24     Q   Okay.  And the things that you just told us
25 about Mr. Guo's -- let's start with his time in jail,

## Page 59

1  okay, and the reason for his arrest.
2          Are the things that you told us consistent
3  with the things that he told you?
4      A   No.
5      Q   Okay.  What did he tell you?
6      A   Very wake (phonetic).  Let me say really
7  awake (phonetic).  He said he was in jail be- --
8  because he supported Tiananmen movement, and he
9  donated a lot of money, according to him.
10         However, I check with all Tiananmen student
11 movement leaders who I can find here.  Nobody
12 remembered.
13     Q   Okay.
14         MS. CLINE:  Again, Eddie, we'll -- we'll
15 have to sort this out, but there's a -- there's a
16 blurry line between her testimony as a fact witness,
17 based on firsthand knowledge, and her -- her work as
18 a reporter.
19         And so I have -- to the extent she's
20 testifying as to things she found out from other
21 people when she was reporting, we'll have foundation
22 and hearsay objections and all of that.  And we'll
23 have to -- if you're going to try to get this into
24 trial, we're going to have a -- a mess.
25         MR. GREIM:  I -- I understand.  We're

## Page 60

1  doing -- we're doing the best we can with the sources
2  we can get.  And so we're just going to -- what we
3  can do today is try to be clear.  We can try to
4  preserve your objections and understand the basis for
5  the witness's testimony.
6      Q   (By Mr. Greim) And -- okay.  So let's --
7  let's go ahead.
8          Now, the information about Mr. Guo going to
9  Hong Kong, okay, is that consistent with what Mr. Guo
10 has told you personally?
11         MS. CLINE:  Objection to form; foundation.
12         THE WITNESS:  Yes.
13     Q   (By Mr. Greim) Okay.  And do you have an
14 understanding about whether it would be common for
15 the Chinese regime in this period to allow someone
16 who is on probation to go to Hong Kong to work?
17         MS. CLINE:  Objection; foundation.
18         THE WITNESS:  I never heard of it.
19         And, also, the Hong Kong government,
20 under -- at that time still under the British rule,
21 would not allow a convicted felon -- felon to go and
22 change his name and date of birth.
23     Q   (By Mr. Greim) Okay.  Well, let me ask you,
24 did Mr. Guo change his name and date of birth in
25 Hong Kong?

15 (Pages 57 to 60)

SASHA GONG  11/26/2019

Page 61

1    A   Yes.
2    Q   Okay.  And what's the basis for your
3    understanding of that?
4    A   I asked Mr. Guo, "Why would you have three
5    different date of births, '67, '68, and '70?"
6    And he said, well, his mother mis-memorized
7    his birth date.
8    He had seven -- he had seven other -- eight
9    brothers, sisters, you know.  Why would his mother --
10   a mother mis-- well, make such a mistake?  That's a
11   very peculiar thing, and I questioned him more than
12   once.
13   Q   What about his name changes?  Did he
14   explain why he changed his name in Hong Kong?
15   A   I did not question him.  And my
16   understanding is that his name, Wengui Guo, was sort
17   of very country bumpkin type of name.  He wants a
18   more high -- higher-status name in Hong Kong.  That's
19   my understanding.  He did not tell me that.
20   Q   Okay.  Did Mr. Guo tell you how he was able
21   to amass wealth after he returned from Hong Kong?
22   A   No.  I tried to ask him.  I tried, but he
23   never answer that question.
24   Q   What did Mr. Guo tell you about his
25   activities in China between the time he came back

Page 62

1    from Hong Kong and the time he left China?
2    A   He said he build real estate and he made
3    lots of friends, high-ranking friends, and he became
4    one of the major players, according to him, in the
5    Chinese intelligence community.
6    And, at that time, I questioned him on air
7    in 2000 -- in April sev-- -- 8/19, 2018, on air.  I
8    was -- I focus very much on two people who is his
9    associate.
10   Q   Okay.
11   A   One of his associate.  One is the --
12   Q   Okay.  Who were those two people?
13   A   The first one, it's a -- a guy named
14   Zhang Yue.  Last name Zhang, Z-h-a-n-g, first name
15   Yue, Y-u-e.
16   The reason I was interested in Zhang --
17   Mr. Zhang closest.  Guo admitted on air many times
18   that Mr. Zhang Yue was his close friend and he
19   appreciated Mr. Zhang very much.
20   But this Mr. Zhang, I know some of his
21   background, and Mr. Zhang was -- was a commissar in
22   the biggest Chinese prison in -- in the -- after
23   Tiananmen movement.  He interrogated many of my
24   friends.  He participated in arresting one of my very
25   good friends for 40 years, Mr. Wang Juntao.  Last

Page 63

1    name Wang, W-a-n-g, first name Juntao,
2    J-u-n-tay- t-a-o.
3    Mr. Wang was accused by the Chinese
4    government to be the black hand behind the Tiananmen
5    movement.  And Mr. Zhang participated and escorted,
6    in a way, Mr. Wang when they arrested Mr. Wang.
7    So he also interrogated several other my
8    dissident friends, like Mr. Wei Jingsheng.  Last name
9    W-e-i, first name J-i-n-g-s-h-e-n-g.  Mr. Wei
10   Jingsheng spent 18, 19 years in jail, the most famous
11   dissident in China.
12   The last time he saw Mr. Zhang Yue was when
13   Bill Clinton's government demanded Mr. Wei's release.
14   And when he was released and sent to airport,
15   Mr. Zhang was accompanying him there.
16   So Mr. Zhang clearly, according to all my
17   friends, dissident friends, many of them, he was a
18   leading figure in controlling or suppressing the
19   Chinese pro-democracy movement.  And, yet, he's
20   Mr. Guo's close friend.
21   And that's when -- the time I was wondering
22   where he could get my files.  And Mr. Zhang is the
23   very -- perhaps a very good source.  I can't testify
24   for that.
25   Q   Okay.  Let -- let me ask you --

Page 64

1    MS. CLINE:  Let me just lodge an objection.
2    Again, foundation.  Sounds like she's reporting on
3    what others have told her.  It's not firsthand
4    knowledge.
5    Q   (By Mr. Greim) What did Mr. --
6    A   I have them on air -- I -- I have him on
7    air.  He told me.  Mr. Guo told me.  It's not other
8    people told me.  I also inter- -- interview other
9    people on the record, not off the record.
10   Q   Let -- let me ask you what Mr. -- so what
11   did Mr. Guo tell you about Mr. Zhang Yue?
12   A   He refused to tell me what his function.
13   He just say he's a very good friend, he's such a
14   great guy, he run, he have -- has good figure, and
15   he -- his body is so lean, or something like that.
16   He refuse to tell me what was Mr. Zhang's
17   function.  Even that was in the record.  He looks
18   like -- when I question him on air, look like he's
19   obsessed with Mr. Zhang's body instead of his
20   function.
21   Q   Okay.  Well, who is the second person that
22   you asked Mr. Guo about?
23   A   That was Mr. Liu.  Last name -- Liu Zhihua.
24   Last name L-i-u, Liu, first name Zhihua, Z-h-i-h-u-a.
25   Q   I'm sorry, could you give the -- the first

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

SASHA GONG  11/26/2019

Page 65

1  name again?
2      A    Liu, L-i-u -- oh, the first name.
3  Z-h-i-h-u-a.
4      Q    Very well.  Thank you.
5      A    Mr. Liu -- Mr. Liu was the vice-mayor of
6  Beijing.  Very, very powerful figure.  So this is
7  also a very famous case.  I questioned Mr. Guo
8  several times to the extent that he complain on air
9  that I was the only one who would follow the case.
10  This is the case.  So not -- this is firsthand
11  knowledge.
12      Q    Okay.
13      A    Mr. Liu was vice-mayor in Beijing.  And in
14  2003, Mr. Guo obtained a prime real estate, a piece
15  of land.  I think it's the Golden -- Golden Profit?
16  No.  Golden -- some -- one of his companies.  It may
17  be your company.  Anyway, a piece of land, prime land
18  in Beijing, and -- and tried to develop it.
19          And -- but Mr. Liu, as the vice-mayor of
20  Beijing, a powerful vice -- vice-mayor in Beijing,
21  took the land and gave it to some other company.
22      So Mr. Guo -- this is firsthand knowledge.
23  Again, Mr. Guo told me.  And I -- I read a lot of
24  reports.  And it said he went to see Mr. Liu.
25          And Mr. Liu goes, "Who the hell are you?"

Page 66

1  Said, "Well, I am not going to" -- you know, you're
2  nobody.
3          And Mr. Guo said, "Let -- let's see if I'm
4  nobody."  So --
5      MS. CLINE:  I'm sorry, is there a question
6  pending?
7      Q    (By Mr. Greim) There is.  I'm asking her
8  what Mr. Guo told her about Mr. Liu.  So why --
9      A    Yes.
10      Q    Why don't we do this.  What -- what did
11  Mr. Guo tell you that he told Mr. Liu after Mr. Liu
12  would -- took the property?
13      A    He said, "Just wait, see who I am."
14      Q    So what --
15      A    So what happened is that later Mr. Guo
16  and -- went to look for Mr. Ma Jian.  Last name Ma,
17  M-a, first name Jin, J-i-n (sic).
18          Ma Jian at that time was a bureau chief in
19  the Chinese MSS, the Minister of State Security, and
20  later became the deputy of the Minister of Public
21  Security and -- who was in charge -- that's on the
22  record -- in charge of international espionage.
23      Q    Now, wait a second.
24      A    China -- uh-huh.
25      Q    Who -- who told you that Mr. Jian was

Page 67

1  the -- was in charge of international espionage?
2      A    Chinese government document.
3      Q    What did Mr. Guo tell you about Mr. Jian?
4      A    Mr. -- Mr. Ma, not Mr. Jian.
5      Q    I'm sorry, Mr. Ma.  Yes.
6      A    Mr. Ma.
7      Q    Uh-huh.
8      A    Guo said they became very close friends.
9  And with Mr. Ma Jian's direction -- Mr. Ma's
10  direction, Guo mobilize many personnels and other
11  mechanism to follow Mr. Liu, vice-mayor Liu Zhihua,
12  for more than a year recording whatever he -- well,
13  his activities.  And they recorded his sex -- sexual
14  relationship, a sex tape with his -- with his -- with
15  his lover --
16      Q    So --
17      A    -- one of his lovers.
18      Q    So how did Guo tell you that he used that
19  information?
20      A    Guo told me --
21      MS. CLINE:  Objection to form.
22      THE WITNESS:  Yeah.  Not only Guo told me,
23  it's also publicize, and Guo -- and he -- he took the
24  sex tape -- because the woman involved in the sex
25  tape was related to the company who took his land.

Page 68

1          And Guo took that tape and directly went
2  into Zhongnanhai, where the Communist Party leaders
3  live, and he gave the tape to Mr. Hu Jintao.
4          Guo said several times he was one of three
5  people who could go to Hu Jintao's place without
6  appointment.  So --
7      Q    (By Mr. Greim) Now, I'm sorry --
8      A    Uh-huh.
9      Q    -- let -- let's stop there.
10      A    Uh-huh.
11      Q    This name, "Hu Jintao" --
12      A    Okay.
13      Q    -- I think I recognize that, but let me --
14  let me try this.  Is it H-u, last name?  First name,
15  J-i-n-t-a-o?
16      A    Yes, that's the correct -- correct spell.
17      Q    Okay.
18      A    And he was the number one -- the general
19  secretary of the Chinese Communist Party, the most
20  powerful person in China.
21      Q    Now, let me ask you, did Mr. Guo -- is it
22  Mr. Guo who told you that he was one of three people
23  who -- well, let -- let -- let me just ask you.
24          What did Mr. Guo tell you about his
25  relationship to Mr. Hu?

17 (Pages 65 to 68)

SASHA GONG  11/26/2019

## Page 69

1    A   Mr. Guo told me he -- well, first, he has a
2  very close relationship with Mr. Hu's wife.  Name is
3  Liu Yongqing -- last name L-i-u, first name
4  Y-o-n-g-q-i-n-g -- who is also very powerful in
5  Beijing's real estate development, who was in charge
6  of the Beijing Planning Commission or something.
7         Anyway, so Mr. Guo did not only tell me, he
8  told the whole world that he's close to Hu, and he
9  was among three people who can -- who could go to
10  Hu's place without appointment.
11    Q   Okay.  So let -- let's move forward with
12  this, and then we'll move on to -- to another topic.
13         What did -- what -- what was Mr. Hu --
14  well, let me strike that.
15         What did Guo tell you that Mr. Hu did for
16  him once he gave him the tape?
17    A   Well, Mr. Hu was very angry, and Mr. Hu
18  ordered to arrested -- to arrest Mr. Liu.  And
19  Mr. Liu was sentenced to death -- suspended -- given
20  a suspended death sentence, and he's still in jail.
21    Q   And how did this benefit Mr. Guo?  What --
22  what did he tell you?
23    A   Mr. Guo took --
24    MS. CLINE:  Objection.
25    THE WITNESS:  -- the land --

## Page 70

1    MS. CLINE:  Objection.
2    THE WITNESS:  -- back.
3    MR. GREIM:  Okay.
4    MS. CLINE:  Objection.
5    THE WITNESS:  But the land is back.
6    MS. CLINE:  Objection --
7    THE WITNESS:  Everybody knows.
8    MS. CLINE:  -- to form.  Objection;
9  founda- -- lack of foundation.
10    MR. GREIM:  Let's let Counsel make her
11  objection.
12    Q   (By Mr. Greim) My question to you is:  What
13  did Guo tell you about how this benefited him?
14    A   He took the land back.  He build his
15  trademark building on it, the Pangu Building.
16  P-a-n-g-u.  The Pangu Building.
17    Q   Okay.  Did Mr. Guo discuss with you any
18  other work that he did in cooperation with the MSS?
19    MS. CLINE:  Objection to form.
20    THE WITNESS:  Yes.  He did say he'd visited
21  Dalai Lama on behalf of the security of the MSS, and
22  he got a medal for it.
23    Q   (By Mr. Greim) I'm sorry, a what for it?
24    A   He receive a medal.
25    Q   A medal.

## Page 71

1    A   That's what he said.
2    Q   A medal from who?
3    A   From the Minister of Public -- of -- of
4  State Security, or from the Chinese government.
5    Q   Okay.  What else did Mr. Guo tol- -- tell
6  you that he did on behalf of the MSS?
7    MS. CLINE:  Objection to form.
8    THE WITNESS:  Another case that I
9  remember -- I talked -- was -- oh, no, he did not
10  tell me that, I read about it, so I think I better
11  not to talk about the Chen Lingyu case, but you guys
12  can find it.  He talk to the public.
13         The case is -- last name Chen, C-h-e-n,
14  first name L-i-n-g-y-u.  In a media report -- and Guo
15  said to the public that he helped to kidnap Chen
16  Lingyu's son back to China using his private
17  airplane.
18         But that's not -- he -- I did not discuss
19  with him that, and he discuss with the public that.
20    Q   (By Mr. Greim) Okay.  Was this -- did this
21  involve someone who was in Malaysia?
22    A   Yes.
23    Q   Okay.  And so recognizing that you are now
24  telling us what Guo has said in a broadcast, rather
25  than in a direct conversation --

## Page 72

1    A   Right.
2    Q   -- with you, what did Guo say about his
3  work on the Chen Lingyu matter?
4    MS. CLINE:  Just -- same objection.
5    THE WITNESS:  I -- actually, I did not
6  focus on that case, so -- and my memory -- I can only
7  testify for things I clearly memorize, date and
8  stuff, as a reporter.  For this, it's a very rare
9  thing.  You guys need to find out.
10         I think what he said was he went to
11  Malaysia and persuaded Chen Lingyu's son -- Chen
12  Lingyu was -- was on trial.  And he used his private
13  airplane to kidnap his son back to China.  That's all
14  I can say which the only accurate part.  Date and
15  time and -- I cannot.
16    Q   (By Mr. Greim) Okay.  Very well.  Earlier
17  you mentioned -- I -- I -- I'm not sure I followed --
18  something about North Korea.
19         Did Mr. Guo ever tell you about any
20  activities he embarked upon for the CCP or PRC
21  regarding North Korea?
22    MS. CLINE:  Objection; form, relevance.
23    THE WITNESS:  See, I try to ask him what
24  his role.  Since very few people got to -- according
25  to his claim to me -- he knows the Kim family so well

18 (Pages 69 to 72)

SASHA GONG  11/26/2019

## Page 73

1  and he would, you know, dine with them and play with
2  them.  He also witness Kim -- Kim Jong-un's sister
3  kill a horse and something.
4        If they're -- he's that close, he got to
5  have some role in China and North Korea.  I tried to
6  question him.  So he said he has the full record of
7  the truck goes in -- go in and out of the -- China,
8  because I know Korea border, and -- and I have no way
9  to verify.
10       Q    (By Mr. Greim) Okay.
11       MS. CLINE:  Objection; foundation.
12       Q    (By Mr. Greim) When -- when did he make
13  this statement to you?
14       A    A year ago, something like that.
15       MR. GREIM:  Let's go ahead and take our
16  first break at this point, if that's okay.  Maybe
17  just about ten minutes.
18       Is that okay with the reporter?
19       THE REPORTER:  Sounds good.
20       MR. GREIM:  Okay.  Very good.  Let's take
21  a --
22       THE WITNESS:  Okay.
23       MR. GREIM:  -- ten-minute break.
24       THE WITNESS:  Bathroom break.
25       VIDEOGRAPHER:  Going off the record.  The

## Page 74

1  time is now 10:44 a.m.
2        MR. GREIM:  Okay.
3        VIDEOGRAPHER:  This ends Disc Number 1.
4        (Whereupon, a recess was had from
5  10:44 a.m. until 11:03 a.m.)
6        VIDEOGRAPHER:  This begins Disc Number 2 in
7  video deposition of Sasha Gong.  We are back on
8  the record.  The time is 11:03 a.m.
9        Q    (By Mr. Greim) Ms. Gong, let's finish up
10  talking about Mr. Guo's activities.  Let me ask you,
11  did he ever discuss with you whether he was acting as
12  a dissident against the regime when he was in China?
13       MS. CLINE:  Objection to form.
14       THE WITNESS:  No.
15       Q    (By Mr. Greim) Did he ever tell you that,
16  during the time he was amassing his wealth, he was
17  also acting in opposition to the regime?
18       A    No, I don't think so.
19       Q    Now, at some point Mr. Guo came to the
20  United States, correct?
21       A    Yes.
22       Q    Okay.  And what did Mr. Guo tell you about
23  why he came?
24       Well, first of all, what did Mr. Guo tell
25  you about when he came to the United States?

## Page 75

1        A    Somewhere in 2014.
2        Q    Okay.  And of a -- did he say if it was
3  earlier in 2014, later in 2014?
4        A    I don't remember.
5        Q    Did he tell you why he came to the U.S.?
6        A    He said the Chinese might arrest him and
7  almost arrested his daughter.  And, also, he told me
8  his son was lucky because ten minutes before he would
9  be arrested and he -- Guo got a tip and his son flew
10  out in their private airplane.  That's all I can
11  remember.
12       Q    Okay.  So did he tell you why he believed
13  he was going to be arrested?
14       A    Because his patron, Ma Jian, again, the
15  Deputy Minister of State Security, while -- thinks
16  that he would be -- he would be targeted in the
17  anti-corruption campaign.
18       Q    Okay.  Did Mr. Guo tell you what he first
19  did when he came to the United States?
20       A    I -- I don't have much knowledge, except he
21  told me he continue to make business deals,
22  worldwide, and he says he made billions after he got
23  to the states.  He had business in Japan, England,
24  and some other countries, something like that.
25       I have to say I don't understand the

## Page 76

1  investment world much, so I did not pay much
2  attention.
3        Q    Did Guo begin to speak out as a dissident
4  against China immediately after he came to the United
5  States?
6        MS. CLINE:  Objection; form, foundation.
7        THE WITNESS:  No, not until, like, sometime
8  last year.
9        Q    (By Mr. Greim) In 2018?
10       A    Yeah.
11       Q    Well, what about when you interviewed him
12  in 2017?
13       A    He -- in the interview, he -- actually, on
14  the record he claimed many times he's -- he was very
15  loyal to President Xi Jinping in China.  He only
16  wanted to target the corrupt ones.  But he thought
17  Xi Jinping was a good leader.
18       Q    Did he express that view to you privately
19  as well?
20       A    Yes.
21       Q    What did he say?  What -- why did he tell
22  you he thought President Xi was a good leader?
23       A    Well --
24       MS. CLINE:  Objection to form.
25       THE WITNESS:  -- I -- actually, I have

19 (Pages 73 to 76)

SASHA GONG  11/26/2019

## Page 77

1  other things to question.  I thought that was --
2  people who -- you know, who was so bought (phonetic)
3  in to the Chinese corrupt system and express their
4  opinion is fine.
5      Q     (By Mr. Greim) I'm sorry.  Let me make sure
6  I understand.
7      A     Yes.
8      Q     And maybe my question wasn't clear.  Did --
9  did Mr. Guo tell you why he thought President Xi was
10  a good leader?
11      MS. CLINE:  Objection to form.
12      THE WITNESS:  Yeah, I did not question him
13  that.
14      Q     (By Mr. Greim) Did Mr. Guo tell you about
15  any business deals he tried to do in China after he
16  came to the United States?
17      A     I don't recall any.  And perhaps the
18  company names and the stuff I actually have trouble
19  to understand.
20      However, there's one thing I -- I'm -- I'm
21  thinking, you know, it's always in my mind.  I got a
22  little curious because I met with Yu Jianmin, a
23  Chinese name -- last name Y-u, and first name
24  J-i-a-n-m-i-n.  I met him once.  And Guo said he was
25  his money man.  That was right after the November 20,

## Page 78

1  2018, press conference.
2      And so I went back to check Mr. Yu's -- or
3  I think his English name's William Je, J-e.  I went
4  to check on his background.
5      I said, "Why would Guo have somebody who
6  clearly work so closely and be part of the Chinese
7  government, work so closely with him?"
8      At that point, that was always my question.
9      Q     Now, what --
10      MS. CLINE:  Let me just object.  As to some
11  other portions of the testimony, it's not clear which
12  was based on personal knowledge and what she was --
13      Q     (By Mr. Greim) Well --
14      MS. CLINE:  -- investigating.
15      Q     (By Mr. Greim) Sure.  Let's unpack that.
16  Okay?
17      A     Okay.
18      Q     Let's unpack that.  So -- first of all, let
19  me just ask you this.  Have you met an individual
20  named William Je or William Yu?
21      A     Yes, I have, once.
22      Q     Okay.  When was that?
23      A     On November 20, for lunch, 2018.
24      Q     Okay.  And who was present?
25      A     Mr. Guo -- that's in Guo's apartment.

## Page 79

1  Mr. Guo, me, and Lianchao Han, Steve Bannon and Bill
2  Gertz.
3      Q     And why were you all getting together at
4  Guo's apartment?
5      A     That was -- that day they -- Guo and Steve
6  Bannon had a press conference.  I -- I was present in
7  that press conference.  And after that, I got a phone
8  call from -- I think from Wang Yin Ping (phonetic),
9  Yvette.
10      Q     Right.
11      A     I'm not sure if that's from Yvette.  I
12  think it's from Yvette, said Mr. Guo invite you over
13  to his apartment for lunch.
14      So I went there with Lian- -- she said
15  invite you and Lianchao and Bill.  So I grabbed
16  Bill -- Bill Gertz and Lianchao, and we left together
17  and walked to Guo's apartment.
18      Q     Okay.  This is in New York City?
19      A     In New York City, yes.
20      Q     Okay.
21      A     The Sherry-Netherland Hotel.
22      Q     So this is the lunch where you met Mr. Je?
23      A     Yes.
24      Q     And when I say that, I'm referring to --
25  it's J-e, but it's the same person you've referred to

## Page 80

1  as William Yu or Yu Jianmin?
2      A     Yes.  And I talked to him.  He is from
3  Hong Kong, clearly from accent.  I am Cantonese, so I
4  speak Cantonese, and I spoke Cantonese with him.
5      Q     Okay.  And what -- what did Mr. Guo say
6  when he introduced you to Mr. Yu?
7      A     Guo said, "He's the money guy."
8      Q     What else did Mr. Guo say about Mr. Je?
9  Well, I'll go with "Mr. Je."  Okay.
10      A     Okay.
11      Q     What else did Mr. Guo say about Mr. Je?
12      A     I don't recall, but later -- I actually
13  think Mr. Bannon or -- and Lianchao also know he's
14  the money guy because we have a conversation a few
15  days after that lunch, and it was in Mr. Bannon's
16  home in the Breitbart embassy.
17      And Lianchao and I -- and that was
18  Mr. Bannon's birthday party.  Oh, God, his birthday
19  is, like -- anyway, so --
20      Q     That was -- so it was around late
21  November of 2018?
22      A     November, I think, 24th and 25th, something
23  like that, a few days later.  You can check his
24  birthday.  I don't remember, but I know it was a few
25  days later.

ALARIS LITIGATION SERVICES
www.alaris.us     Phone: 1.800.280.3376     Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 81

1    Q   Okay.  So you were at Mr. Bannon's house
2  for a birthday party in Washington, D.C., and you
3  were in the presence of Mr. Bannon and Mr. Han?
4    A   Yes, because Mr. Bannon want to talk us --
5  talk to us about Guo.  And I told Mr. Bannon that I
6  doubt Guo would pay for that hundred million dollars
7  he -- he promised.  So that was -- I have my reasons,
8  but I told Mr. Bannon I don't think he would get the
9  money.
10    Q   Okay.
11    A   And Mr. Han then said to me and Mr. Bannon
12  that, "Well, William Je is a quite honest person, and
13  ask him, he may pay."
14        That's what relate to Mr. Je -- Je.
15    Q   Okay.  So I don't forget this, was there
16  any other discussion with Mr. Bannon or Mr. Han at
17  that time about Mr. Guo or Mr. Je?
18    A   That's the only discussion related to this.
19  Is Mr. Je have anything to do with --
20    Q   No.  No.  You can't -- remember --
21    A   Sorry.
22    Q   Remember now, you're not acting -- we are
23  questioning you today, Ms. Gong.
24    A   Okay.
25    Q   Okay?

## Page 82

1    A   Because I don't know if that's -- the
2  company's related to -- because he's ATA, that's
3  go -- what goes to it, whatever.  So I -- I have to
4  understand it --
5    Q   Do you --
6    A   -- so I have question about it.
7    Q   Okay.  Do you know whether -- well, let me
8  ask you this.  Do you know whether Mr. Je ever
9  provided funding to the entity that you were a
10  director of, Rule of Law Society?
11    A   I have no idea.
12    Q   Do you know whether he provided funding to
13  Rule of Law Foundation?
14    A   I have no idea, as well.
15    Q   Okay.  Now, are you familiar with an entity
16  called "ACA"?
17    A   I read about it.
18    Q   But was ACA ever discussed in the context
19  of William Je, when you were having talks about
20  William Je?
21    A   I -- no.  I only found out online.  I --
22  first, I was mistaken.  I thought ACA was CA- -- CAA,
23  which was the Sovereign Fund.  I -- that's why I have
24  problem.
25        I would -- I would not -- well, I -- I

## Page 83

1  would not, at least as the director, allow any
2  Chinese money to taint our politics and our,
3  whatever, organization.
4        And then I check and found out the ACA and
5  CAA are two different things and -- which I'm -- I'm
6  not sure if ACA is also Sovereign Fund.
7    Q   Now, let me ask you -- and then we'll --
8  we'll -- we'll go back to our other questions.  Just
9  now you said, "I would not allow any Chinese money to
10  taint the organization."
11        What did you mean by that?
12    A   You know, the Chinese have been buying off
13  Washington and Wall Street so much recently, and to
14  the extent that it's threatened our national
15  security.  And it has been so much a threat and I
16  worry about -- you know, it's a -- actually, it's a
17  joke among the Chinese that American poli- --
18  politicians and people are cheap to buy, have many
19  ways to buy.  So I would guard it as a hawk.
20        Well, since I was in the Rule of Law
21  Society, particularly at -- I would guard Mr. Bannon,
22  because Mr. Bannon's special connection was the
23  White House.  And I would watch it like a hawk, that
24  the Chinese money should not taint his reputation.
25        And I told Mr. Bannon, I said, "Don't take

## Page 84

1  money from Mr. Guo.  Not a penny of his money is
2  clean, my understanding."
3    Q   Okay.  Well, let me ask you now, do you
4  know whether Mr. Bannon has taken money from Mr. Guo?
5    A   Only from the report that he took a million
6  bucks, so I have no other personal knowledge.
7  However, I know he use his private airplane and use
8  his other -- his bodyguard and stuff like that.
9        And I was joking to Mr. Bannon once, I said
10  I would rather -- I always take a coach.  I'm not
11  going to -- coach to any of those because that taints
12  your soul.
13    Q   I'm sorry, you're saying Mr. Bannon used
14  Mr. Guo's private plane and bodyguards?
15    A   Yes.  Mr. Guo told me that.  And there's
16  a -- there -- there is a photo online to show
17  Mr. Bannon guarded by Mr. Guo's bodyguard.
18        MS. CLINE:  Objection; foundation.
19        THE WITNESS:  Mr. Guo's -- Mr. Guo's
20  associate said that much on Twitter, said, "Look
21  Mr. Bannon, look at Mr. Guo's bodyguard."  So that is
22  the foundation.  I don't make it -- I just make the
23  observation.
24        MS. CLINE:  I just repeat my evidentiary
25  objection to the witness's testimony.

21 (Pages 81 to 84)

SASHA GONG  11/26/2019

## Page 109

1       Q    (By Mr. Greim) Although he's offered things
2   to you, you've said?
3           MS. CLINE:  Objection to form.
4           THE WITNESS:  Yes.  On air, that is.  Even
5   privately and publicly.
6       Q    (By Mr. Greim) Do you know whether Guo has
7   given money to any other journalist or media outlet?
8       A    I have no knowledge.
9       Q    Are you familiar with the entity -- or the
10  website "FollowCN.com"?
11      A    "Follow CN"?
12      Q    Yeah.  It's the word "follow," capital C,
13  capital N, dot com.
14      A    No.
15      Q    Have you -- are you familiar with an entity
16  called "Guo Media"?
17      A    Yes.
18      Q    What is that?
19      A    That was Guo's personal social media
20  platform.  He's the only one speaking there.
21      Q    Did Guo ever tell you who actually owned
22  it?
23      A    No.  Everybody assume he owned it.
24      Q    Do you know of any of the PR firms or
25  agents that Guo has used?

## Page 110

1           MS. CLINE:  Objection to form; foundation.
2           THE WITNESS:  No.
3       Q    (By Mr. Greim) Has Mr. Guo or one of his
4   entities given to Lianchao Han's organization?
5       A    You mean, citizens -- (inaudible) --
6           MS. CLINE:  Objection.  Oh, sorry.
7           THE WITNESS:  According to Guo, yes, he
8   did.  And Guo told me long time ago -- I don't know
9   what had happened -- he said he gave them 180,000.
10  And he give them later -- I have no idea -- you
11  know, more money?  I have no idea.
12      Q    (By Mr. Greim) Did Mr. Guo tell you exactly
13  which of his entities gave $180,000 to Mr. Han's
14  entity?
15      A    No.  I did not question.
16      Q    Have you ever been given money by Mr. Han's
17  entity?
18      A    No.  And I gave them $5,000 for a different
19  project last year.  That was supposed to be a loan,
20  they just did not repay me.
21      Q    Let me ask you about the Rule of Law
22  entities, a follow-up question.
23           Are you aware whether the Rule of Law
24  (c)(3) or (c)(4) has actually given money to any
25  group?

## Page 111

1       A    I was -- I serve as a director of C(4), so
2   am -- should -- am I obligated to keep that secret?
3   And this should be reported in -- in the 1099 -- or,
4   no, in the 990, right?
5       Q    Well, let -- let me suggest this.  If --
6   you know, there is the opportunity to designate parts
7   of this transcript as "Confidential."
8       A    Uh-huh.
9       Q    I can't -- I'm not your lawyer, so I can't
10  advise you on what you can or cannot disclose.  Can't
11  do that.  But I can tell you that you will have the
12  opportunity to designate parts of this transcript
13  "confidential" under our protective order.
14           What I can't promise you is that the other
15  parties won't contest that, including -- including my
16  own client.  And so all I can do is put the question
17  to you.
18      A    I think, in that case, I -- I may decline
19  to answer that question because I have to consult
20  with people whether or not -- you know, I can call
21  Jennifer right away and see if I -- you know, if I
22  have the legal obligation to answer that question.
23      Q    Is this the Jennifer --
24      A    Or conceal that question.
25      Q    Is this the Jennifer Mercurio you spoke

## Page 112

1   about earlier?
2       A    Yes.
3       Q    Did Ms. Mercurio caution you not to reveal
4   information from your time as a director?
5       A    No, she did not, but I'm cautious on -- on
6   this.
7       Q    Okay.  Well, let me ask you this.  Just
8   without naming names, has the (c)(3) or (c)(4) given
9   money to any U.S. dissidents?
10          MS. CLINE:  She just -- she just testified
11  that she wants to refuse to answer the question.
12          THE WITNESS:  Yeah.
13      Q    (By Mr. Greim) Well, I actually asked for
14  the names of groups, not just asking --
15      A    Let me say, not to my knowledge.
16      Q    Okay.  Has -- has the (c)(3) or (c)(4)
17  given money to any dissidents of any kind?
18      A    Not to my knowledge.
19      Q    Has the (c)(4) undertaken any activities of
20  any kind?
21          MS. CLINE:  Objection to form.
22          THE WITNESS:  I can't -- I can't answer
23  that.
24      Q    (By Mr. Greim) Is it because you -- you
25  don't know or because you believe it's confidential?

28 (Pages 109 to 112)

SASHA GONG  11/26/2019

Page 113

1    A   I do know, but I think it's confidential.
2       MS. CLINE:  Eddie, let me just put
3  something on the record.  You had asked a question a
4  moment ago about something that a lawyer and Ms. Wang
5  (sic) spoke about, and she actually answered the
6  question.
7       So just for the record, Ms. Wang's not
8  represented by counsel, the Rule of Law Society has
9  no counsel here, so I just don't want there to be
10  a -- an argument later that the fact that she
11  answered that question is some sort of subject matter
12  waiver.
13      MR. GREIM:  No.  We -- we don't believe
14  that that's true and, frankly, I don't believe that
15  my question called for any privileged discussion.
16      My question was about whether you'd
17  received any directives, and we don't view that as
18  disclosure of any privileged information, and we
19  certainly don't view it as a waiver.  We believe that
20  any privilege there is completely intact.
21      THE WITNESS:  Yeah, here's what -- my
22  understanding is that I'm no longer a -- a member, so
23  I'm -- she's not representing me.
24      MS. CLINE:  I -- I under- -- understand.
25  There's just a -- Eddie and I can have a fight later

Page 114

1  about whether you're permitted to answer those
2  questions, but I just don't want anybody who's not
3  here to be waiving a privilege.
4       MR. GREIM:  That's right.  And, frankly, I
5  mean, I -- I don't think we need to delve any further
6  into that topic.
7       Q   (By Mr. Greim) Okay.  Let me -- I'm going
8  to go through and ask you about a few individuals, to
9  the extent that I haven't already done this before.
10      First of all, I think you testified that
11  you had met Yon Ping (phonetic) or Yvette Wang?
12      A   Yes.
13      Q   How many times have you met her?
14      A   Perhaps two or three times.  I don't recall
15  that much.
16      Q   Have you -- did you have any opportunity to
17  discuss her background with -- with her?
18      A   No.  However, as a reporter, I went to
19  check the Chinese site, and I believe she's a
20  graduate from the Liu Yung (phonetic) PLA Information
21  Technology.  Now it's called the People's Republican
22  Army's Information Technology -- Information some --
23  Engineering University.
24      I only have two sources as a reporter, and
25  I can't testify to truth of that.  And that's the

Page 115

1  only, you know, thing.  But I have two sources I can
2  state.  One source I would not state.
3       MS. CLINE:  Again --
4       MR. GREIM:  Well --
5       MS. CLINE:  -- same -- same objections I've
6  been raising all day.
7       Q   (By Mr. Greim) And, you know, the other
8  thing -- I'll just tell you that there are two
9  purposes for a deposition.  You know, one is to
10  obtain testimony that will itself be admissible.
11  Another purpose is to learn information from which we
12  can try to find things that will be admissible.
13      And -- and so some things you are telling
14  us here are -- you've made clear are based on your
15  review of other sources.  Some things are based on
16  things that the individuals involved have told you.
17      So we'll just try to make clear.  And I
18  thank you for making clear where that information
19  came from.
20      A   I would make that distinction --
21      Q   Okay.
22      A   -- clearly, what I -- personal knowledge
23  and secondhand knowledge.
24      Q   Very good.
25      Did you ever talk with Mr. Guo about

Page 116

1  Ms. Wang's background?
2       A   No.
3       Q   Did you ever talk with Ms. -- Mr. Guo or
4  Ms. Wang about whether she was still a member of the
5  Chinese Communist Party?
6       A   I never talk to them.  Ms. Wang said that
7  much herself in an interview, so it's a public --
8  it's public knowledge.  She said she was the party --
9  that's 2017.  She said she's a -- she was a party
10  member for 17 years, she was still a loyal party
11  member, at least as to -- as to 2017.
12      Q   Do you know -- do you know when this
13  interview was in 2017?
14      A   I think it's later part of 2017, somewhere
15  in September, November, that -- that time frame.
16      Q   Who was the interview with?
17      A   The Mirror -- the Mirror host,
18  Chen Xiaoping.  Last name C-h-e-n, first name
19  Xiaoping, X-i-a-o-p-i-n-g.
20      Q   Did you witness Ms. Wang acting in any role
21  with Guo other than as his assistant?
22      MS. CLINE:  Objection to form.
23      THE WITNESS:  No.
24      Q   (By Mr. Greim) Let me ask you maybe one or
25  two more questions about Han Chunguang.  Did you ever

29 (Pages 113 to 116)

SASHA GONG  11/26/2019

## Page 117

1    converse with him?
2        A   No.
3        Q   Did you ever hear him speak?
4        A   Just a few words.
5        Q   And what language was he speaking?
6        A   Northern dialect.
7        Q   Okay.  I'm sorry, is that -- is that
8    Mandarin?
9        A   Mandarin, yes.
10       Q   And you're familiar with Mandarin speakers?
11       A   Yes.  I actually speak four dialects.
12       Q   Okay.  Well, what -- what are those four
13   dialects?
14       A   Oh, I speak -- I -- Cantonese, Mandarin,
15   Toisanese and Hunanese.
16       Q   All right.  And could you -- could you draw any
17   conclusions about Mr. Han's level of education by
18   hearing his speaking of Mandarin?
19           MS. CLINE:  Objection; foundation.  You're
20   not qualifying her as an expert.
21           THE WITNESS:  I think -- well -- well, I --
22   as a standard Mandarin speaker, reporter, and a
23   teacher, I guess his education sounds like he -- he
24   does not have the high school certificate kind.
25       Q   (By Mr. Greim) I'm sorry, what -- what --

## Page 118

1    what do you mean by that?
2        A   Not very well educated.
3        Q   Would you be surprised to hear that he ran
4    an investment or a media company?
5        A   No.  No way.
6            MS. CLINE:  Objection to form.
7            THE WITNESS:  So -- so -- all right.  I
8    have no knowledge and -- but I'd be surprised.
9        Q   (By Mr. Greim) Okay.
10       A   So why would someone who ran an investment
11   firm to -- to serve as a cook?
12       Q   All right.  Let's --
13       A   That's my journalistic question.
14       Q   Okay.  Well, remember, we are asking you
15   the questions here, Ms. Gong.
16       A   All right.
17       Q   Okay.  Have you ever met someone named
18   J. Kyle Bass?
19       A   No.
20       Q   Do you know his role with Guo?
21       A   Yes.
22       Q   What is it?
23       A   He is the -- he is the chairman of the
24   Rule of Law (c)(3).
25       Q   And have you ever discussed Mr. Bass with

## Page 119

1    Mr. Guo?
2        A   No.
3        Q   Have you ever been present with Mr. Guo and
4    Mr. Bass together?
5        A   No.
6        Q   Have you ever been to an office where
7    Mr. Guo works, aside from his apartment?
8        A   Yes.
9        Q   Where was that?
10       A   It's somewhere in -- 5th Avenue and 62
11   and -- someplace like that.  It's a six-split-story
12   building, very modern building.
13       Q   Okay.  Was that 162 East 64th Street?
14       A   I can't testify for the address, I just
15   went there.
16       Q   Was that -- did that appear to be the
17   office of an entity with "Golden Spring" in the name?
18           MS. CLINE:  Objection.
19           THE WITNESS:  I don't know.  I know that
20   Guo's broadcasting studio is there.
21       Q   (By Mr. Greim) Okay.  Did -- did you see
22   where Guo's office was in that building?
23       A   Yes.
24       Q   Where was it?
25       A   You know, that's the building.  I think

## Page 120

1    that Guo's office was on the top floor.
2        Q   Who else has an office there?
3            MS. CLINE:  Objection; foundation,
4    relevance.
5            THE WITNESS:  Yeah.  The foundation, here
6    is that.  Guo told me that was also the -- the -- the
7    office of the Rule of Law Society and Rule of Law
8    Foundation.  And he told me, if you come to work
9    here, you have an office here.
10           And he also pointed out an office or so,
11   you know, on the top floors, that was Mr. Bannon's
12   office.  And there was a kitchen and there was some
13   other offices, but I have no idea what other entity
14   was there besides the Guo Media.
15       Q   (By Mr. Greim) Did you see the Guo Media
16   setup within this building?
17       A   Yes.  I actually help him to -- you know,
18   to -- to straighten up some broadcasting equipment.
19   And his people sent me a budget for $2 million to
20   build a studio.
21           I thought it was nuts because the whole
22   studio design and thing for that space -- at first,
23   it was designed wrong.  And the -- and then the
24   two -- well, I decided, with everything together, it
25   would not exceed 150,000.

30 (Pages 117 to 120)

SASHA GONG  11/26/2019

Page 129

1    Q    And so you did not begin to become
2   concerned until November of 2018?
3    A    I began to -- I began to be more concerned
4   of Mr. Bannon after November 20.  Before that I had a
5   lot of concern, but my concern focus on, you know,
6   how the Chinese -- Chinese government infiltrate in
7   Amer- -- in the United States and all that, because
8   it's -- I don't think we have time to discuss all the
9   details, but I have -- I was very, very concerned.
10   Q    Well, you -- when did you accept the -- a
11  directorship on Rule of Law Society?
12   A    July 2018.
13   Q    And that is over a year after you first met
14  Mr. Guo?
15   A    Yes.
16   Q    And your training as an investigative
17  journalist in that entire year did not raise enough
18  concerns to you for you to decline the invitation to
19  serve as a director?
20   A    The reason is that Mr. Bannon wants to do
21  that.  And a couple of people in the CPDC talk to me
22  and told me to somewhat, you know, watch over
23  Mr. Bannon.
24       So Mr. Bannon personally invited me in to
25  the foun- -- to the -- Board.  And later he said

Page 130

1   he could not function without me being there.
2    Q    Now, wait.  Let me stop you.
3    A    Uh-huh.
4    Q    We're -- we're -- we're switching around
5   here.
6    A    Uh-huh.
7    Q    Let's go ahead and finish this, and then I
8   want to come back to my other question.
9       So what is -- which -- which Board is it
10  that Mr. Bannon invited you to be a part of?
11   A    (c)4.
12   Q    The (c)4.  Rule of Law Society?
13   A    Yes.
14   Q    Okay.  Okay.  Thank you.
15       And did Mr. Bannon explain to you why he
16  think -- thought he needed to rely upon you in the
17  Rule of Law Society?
18   A    Because I'm the only one there who speaks
19  both language fluently, who understand the situation.
20   Q    Okay.  I guess my question to you is:  Why
21  did it take you at least a year from your first
22  meeting with Mr. Guo to begin to have concerns about
23  him?
24   A    I had concern before, so that's why I have
25  all the documents and check and everything and every

Page 131

1   case -- following every case.  I had my concern
2   and -- to check all the details, but -- well, the
3   Rule of Law Foundation, because of Mr. Bannon's
4   involvement, I thought I was obligated to help out.
5    Q    So, in other words --
6    A    (Inaudible).
7    Q    Okay.  But you still advised Mr. Guo on
8   things like the Guo Media setup and -- and other
9   things after you had conducted the initial interviews
10  with Mr. Guo?
11   A    Yes.
12   Q    And you still did another interview with
13  Mr. Guo an entire year later, in April 2018, correct?
14   A    Yes.
15   Q    So you were not so concerned with him yet
16  that you were prepared to deny him a platform to
17  speak?
18   A    No.  That's somebody else platform.  If you
19  listen to that inter- -- that interview is a
20  four-hour interview.  You could hear -- I grill him
21  on those details, what I concern.
22       The Mr. Liu Zhihua's (phonetic) case, as I
23  said, Mr. Jianhua (phonetic), he try to, you know, go
24  around and -- that was my concern.
25       You can clearly hear I want to know what

Page 132

1   the Chinese intelligence -- how the Chinese
2   intelligence works through him and they work with him
3   and what he knew about the operation of the Chinese
4   intelligence and the corrupted officials.
5    Q    Let me ask you, I mean, did Mr. Guo -- has
6   he told you pointblank that he is no longer working
7   with the Chinese intelligence?
8       MS. CLINE:  Objection to form.
9       THE WITNESS:  No.  And on the contrary, he
10  talk all the time about his close connection with
11  the -- the high-ranking leaders and the Chinese and
12  this or that.  And he -- he -- actually, he's very
13  proud in public of his maintaining connections with
14  people -- the leaders -- the Chinese Comm- --
15  Communist Party inside China.
16   Q    (By Mr. Greim) Well, when is the last time
17  that Mr. Guo said to you that he was in contact with
18  high-ranking officials within China?
19   A    Well, it's not to me.  He -- actually, just
20  weeks ago he broadcast it out.  I haven't paid that
21  much attention his -- to his recent broadcasting, but
22  I know he talk about it on air.
23   Q    Okay.  Let me ask you about -- you
24  mentioned an entity, CPDC.  What is that?
25   A    The Committee for Present Dang- --

33 (Pages 129 to 132)

SASHA GONG  11/26/2019

## Page 133

1   Committee for Present Danger China, which is a group
2   of China hawks.  And so they organize and they focus
3   on -- I should say "we," because I'm a member --
4   focus on, you know, pushing the U.S. -- U.S./China
5   policy certain way.  So this is a group of the China
6   hawks.
7       Q.   Okay.  And you're a member of that, I think
8   you've said?
9       A.   Yes.
10      Q.   Were you -- who -- is Mr. Bannon a member?
11      A.   Mr. Bannon's -- well, I'm a founding member
12   and then Mr. Bannon's a founding member as well.
13      Q.   Is Mr. Waller a member of it?
14      A.   Mr. Waller is a member, yes.
15      Q.   Is Ms. Wallop?
16      A.   I don't remember, because the list keep
17   expanding.
18      Q.   Okay.  Has Mr. Bannon tried to raise money
19   for CPDC?
20      A.   Well, I don't -- I don't think he made any
21   attempt, or so I heard -- I don't remember where I
22   heard he told people that Bannon has more money than
23   God -- or, no, Guo has more money than God and he
24   can -- something.  But people's impressions that,
25   with Steve Bannon there, money would not be a big

## Page 134

1   issue.
2       Q.   Has any member of the CPDC expressed
3   concern to you about Mr. Guo?
4       A.   Yes.
5       Q.   Who?
6       A.   I think I don't want to disclose the
7   private conversation, and I -- without their
8   permission.
9       Q.   Okay.  Well, don't disclose the identity
10   then, but what did the -- what was the concern that
11   this person expressed?
12      A.   This -- not -- I don't mean this person, I
13   mean, these pers- -- peop -- persons.  And they
14   believe Guo is a bad person and a liar.  And that
15   they -- they have concern of Mr. Bannon's connection
16   with Mr. Guo.  And one of them even asked me to watch
17   over and then talk to Bannon.
18      Q.   Did you do that?
19      A.   Yes, I did.
20      Q.   And what did you tell Mr. Bannon?
21      A.   Several things.  First, about Guo Media, I
22   told Mr. Bannon Guo's number -- Guo always claimed
23   there are millions of people listening to his
24   broadcast.  I said, "It's not true."
25          And say Guo would show, hey, today we

## Page 135

1   broadcast for four -- for three hours and that there
2   are 4 million VPN.  Each VPN have ten people behind,
3   so 40 million people are listening.
4          I said -- well, mostly my experience.  Most
5   of those VPNs are tech VPNs.  So they call it denied
6   service, the VPN.  So, like, if you broadcast, they
7   get into you a few second each, a few second each, so
8   other people try to get -- get on and they have
9   trouble.  So 4 million -- and other entities also
10   report millions of VPN attacks to deny service.
11          So it's not -- it's -- it's wrong if you
12   expect the Chinese attack you and -- the VPNs would
13   not be -- you know, 4 million VPN may be just, like,
14   100 VPN attack you.  It should attack you 100,000
15   times and deny other people service.  It's not 40 --
16   does not represent 40 million listeners.
17      Q.   I'm -- okay.
18          MS. CLINE:  Objection; foundation.
19          MR. GREIM:  Okay.  And --
20          THE WITNESS:  The foundation is that I -- I
21   do know this.  I'm a broadcaster.
22      Q.   (By Mr. Greim) So -- so -- but -- but
23   here's my question.  Is this something that -- this
24   is in context of you talking to Bannon and giving --
25   and giving him concerns, correct?

## Page 136

1       A.   Yes.
2       Q.   Okay.  And what Guo had said is that lots
3   of people are listening to Guo Media?
4       A.   Right.
5       Q.   Is that right?
6       A.   Uh-huh.
7       Q.   And if I understand your testimony, you
8   tried to explain to Mr. Bannon that, because of this
9   VPN issue, that, in fact, not as many people were
10   probably listening to Guo Media as Guo suggested.
11      A.   Right.  I said the normal calculation at --
12   in my experience, is that if you have, say, 10,000
13   people -- if you have 10,000 people on your -- on
14   YouTube, and then your -- your own V- -- your own
15   platform might be, like, 20 percent to 30 percent of
16   that.
17      Q.   Okay.
18      A.   That's my experience.
19      Q.   Okay.  What else did you tell Mr. Bannon?
20      A.   And I told him he should not participate in
21   Guo's showing off wealth sessions, like drinking --
22   not drinking -- smoking cigar -- cigar and all that.
23   I said, "The Chinese -- actually, the Chinese people
24   despise that."
25          Well, this -- I said, none -- none of

34 (Pages 133 to 136)

SASHA GONG  11/26/2019

Page 141

1        MS. CLINE:  Objection to form; foundation.
2        THE WITNESS:  Huge impact because people
3    were afraid of being sued and people were afraid of,
4    you know, any -- because Mr. Guo launch attack to
5    different dissidents a lot.
6        Whenever he attacked -- you know, a
7    lawsuit -- these people, you know, they left their
8    country, they left -- they -- they have problem of
9    paying legal fee, and they're very afraid.
10        So the Chinese community actually developed
11    a term called "Teflon."  Teflon's because Guo's
12    name -- the word "Guo" in Chinese sounds like a pot
13    or a pan.
14        So -- and you talk to people, said, "Hey,
15    have you heard of this?"  So I'm Teflon, means I
16    don't even want you touch -- touch the subject.
17        The problem is that Guo have touched so
18    many tough subjects.  Hong Kong mainland and the --
19    and the intelligence office and Chinese espionage.
20        The dissident community used to discuss the
21    subject a lot.  Now they afraid to even touch the
22    subject.
23        For example, we all know Guo works very
24    closely with the Chinese intelligence.  Say Chinese
25    intelligence had Ma Jian -- last name M-a, J- --

Page 142

1    first name J-i-a-n -- who was accused of -- you know,
2    who was sentenced to life in prison for taking Guo's
3    money.
4        And, normally -- normally, the Chinese
5    media, Chinese dissidents would focus on that, say,
6    hey, how corruption, and what's the -- international
7    corruption, how the -- you know, the espionage and
8    how they infiltrated.
9        Nobody dare to touch it now because if you
10    touch it, Guo would say, "Hey, you are attacking my
11    buddy Ma Jian."  So he would make up a lot of stories
12    like he make up stories on me.
13        I am this -- I have to express my personal
14    opinion.  I am mad as hell.
15        Q    Okay.  Okay.
16        MS. CLINE:  And, Ed -- before you clean
17    that up, Eddie, again, I just register my objection
18    to this type of testimony when personal knowledge is
19    interspersed with opinion is interspersed with what's
20    reported and -- and -- and hearsay and so forth, so
21    we object and we'd move to strike.
22        THE WITNESS:  Can I talk about my personal
23    knowledge then?
24        Q    (By Mr. Greim) Yes.  That was -- my next
25    question is:  Do you have any personal knowledge of

Page 143

1    Guo retaliating against any dissident?
2        MS. CLINE:  Objection to form.
3        THE WITNESS:  How about to me?
4        Q    (By Mr. Greim) Okay.  How about to you.
5    Tell --
6        A    Yes.
7        Q    Tell us about that.
8        A    And this is very peculiar.  I never have a
9    bad relationship with Guo and I was okay with him
10    until, you know, I was -- I -- you know, in the past
11    year I was making a movie -- and Mr. Bannon also
12    participate in it -- on the dissident movement in
13    former Soviet Union and Eastern Europe and China.  So
14    that's a -- a whole docuseries on dissident
15    movements.
16        And I didn't tell Guo much about it until I
17    came back from Europe.  I came back from Europe, I
18    gave him a call.  I said, "Hey, I came back, I did a
19    lot of interviews, I'm making a movie on this."
20        And so --
21        Q    What was Guo's response?
22        A    Just -- well, he would say, "Oh, yeah,"
23    just like, "good" and whatever.
24        But later I -- I -- I interviewed the
25    former KGB counterint- -- the head of

Page 144

1    counterintelligence, which means intelligence,
2    Oleg Kalugin, Mr. Kalugin, who defected to the states
3    25 years ago.  So I'm happy to clear (phonetic) out
4    is that I just interviewed a KGB guy.
5        Suddenly, Guo made a broadcast -- made a --
6    made up a story, said I went -- I drove from Italy
7    to -- Russia and to meet with the -- with the top
8    Chinese intelligence and the KGB guys.  Then I took
9    $10 million from the Chinese to separate him from
10    Mr. Bannon.
11        I said, "Hey, first, the interview was -- I
12    did not say that" --
13        Q    Let -- let -- let -- let me stop you for a
14    second.  So those are allegations that Guo publicly
15    made about you?
16        A    Yes.
17        Q    Okay.
18        A    Yes.  And he -- he said, you know, I was
19    bought out and to separate -- separate him from
20    Mr. Bannon.  I -- I don't know Mr. -- what Mr. Bannon
21    said to Guo.  And --
22        Q    Are those allegations true?
23        A    Of course not.  Of course not.  I -- you
24    know, I can show you my passport and the U.S. border
25    records and the -- the strange thing is that

36 (Pages 141 to 144)

SASHA GONG  11/26/2019

## Page 145

1    Mr. Bannon actually knew where I was in Europe.
2         And I came back from Europe, two months
3    later I interview with the KGB guy.  Never left the
4    country.  And while -- the strange -- very, very
5    strange thing, you know, the story he made up was --
6    he said, you know, I took $10 million.
7         How the hell I took 10 mil- -- I thought
8    Mr. Bannon, with his current condition, if you want
9    to separate Guo, somebody paid him $10 million, he
10   would take it.
11        Well, I don't know if he would take it, but
12   that's -- you know, that's what I thought.
13        Q    Did you ever talk directly with -- have you
14   spoken directly with Guo after he made this
15   allegation against you?
16        A    Of course not.
17        Q    Okay.
18        A    I was mad as hell.  And -- would you?
19   Would you be mad as hell to ex- -- face (phonetic) a
20   liar like that?  Of course you will.  If I tell --
21   you know, make up all the story, of course I was mad
22   as hell.
23        And how could someone say -- you know, a
24   friend, to make up a story like that and to say that
25   to the whole world.

## Page 146

1         I did not respond because I thought that
2    was beyond my -- beyond, you know, my integrity to
3    respond to something so ridiculous, but that's how he
4    made up.  So I -- of course, I began to review and --
5    you know, other things he said.  That is something I
6    know.
7         And he -- it's very, very -- it's -- and
8    also Mr. Bannon.  Mr. Bannon knows, and I wrote him
9    and wrote him frequently when -- in my -- when I was
10   traveling in Europe, "I'm here today, I'm in the
11   solidarity," I'm something.
12        And eventually he said, "Would you want to
13   see Trisulti in Italy?"
14        Q    This is something Mr. Bannon said to you?
15        A    Yes, e-mail.
16        Q    Okay.
17        A    And he said, "Well" -- I said, "Okay.  I
18   would love to."  So I actually spend my own money and
19   went to Mr. Bannon's gladiator school for two days
20   and came back right to the United States --
21        Q    Okay.
22        A    -- of America.
23        Q    Very good.
24        A    Mr. Bannon knows that.  And I -- I'm
25   supposed to be his friend?  He does not defend me?

## Page 147

1    Of course, I'm mad as hell.  I don't want to talk to
2    him anymore.
3         Q    Okay.  Have you heard or have you witnessed
4    Guo make similar accusations against other
5    dissidents?
6         MS. CLINE:  Objection to form.
7         THE WITNESS:  Once he made accusations
8    a lot in his broadcasting, and -- but, you know,
9    because I did -- this thing is -- I personally
10   involved.  And also they made up another lie to --
11   against me.
12        And Mr. Guo said, "We have a lawsuit.  We
13   apply for" -- Mr. Guo said I swindle all the money
14   because we -- our lawyer is free.
15        Q    (By Mr. Greim) Hold on.  Hold on.  Wait a
16   second.  This is a separate statement Mr. Guo has
17   made?
18        A    Yes.
19        Q    Okay.  And what was -- was the statement
20   about you?
21        A    About our legal fee because we apply for
22   that -- some help from the Rule of Law --
23        Q    I see.  Okay.  So he was -- the statement
24   was about your --
25        A    Legal fee.

## Page 148

1         Q    -- legal fees in your Voice of America
2    lawsuit?
3         A    Yes.
4         Q    Okay.  What was the statement?
5         A    He -- the statement he -- he and his trolls
6    (phonetic) said I have no legal fee, I raised all the
7    money and took all the money myself.
8         Q    I see.
9         A    And the -- the funniest thing is that the
10   two -- two directors of -- of Guo's trow (phonetic)
11   at -- in the Rule of Law Foundation knew about -- you
12   know, in the board meeting I submitted all the
13   legal -- legal bills, and the -- the lawyer of the
14   Rule of Law Foundation know about it.
15        So the other thing -- why I was so angry
16   was Jennifer is, "Jennifer, do you know about it?"
17        Jennifer said --
18        MS. CLINE:  Hang on.  Hang on.  I'm
19   concerned about privilege if she's talking to a
20   lawyer.
21        Q    (By Mr. Greim) Well, was this statement
22   aft- --
23        A    That's not my lawyer.
24        Q    Was this statement after you have left the
25   Rule of Law Society?

37 (Pages 145 to 148)

SASHA GONG  11/26/2019

Page 157

1  million dollars --
2  Q  (By Mr. Greim) Is -- I'm sorry, is this the
3  Guo --
4  A  Guo --
5  Q  I'm sorry, the Bannon --
6  A  -- Bannon.  Bannon took a million dollars
7  from Eastern -- Eastern Profit?
8  Q  Now, Ms. Gong, please, just -- just
9  answer -- answer the --
10  A  Yes.
11  Q  Let's -- let's do question and answer.  So
12  my question to you is -- well, let -- let's go back.
13  So my question was actually whether
14  Mr. Guo's public interaction with members of the
15  China hawk community have any effect on, let's say,
16  the credibility of U.S. China hawks.
17  MS. CLINE:  Objection to form; foundation.
18  THE WITNESS:  A lot.  And he make them look
19  unreasonable, ridiculous, and base so much of the
20  policy opinion on rumors.
21  Q  (By Mr. Greim) Do you know whether Mr. Guo
22  has attempted to make payments or contributions or
23  loans to members of the China hawk community?
24  MS. CLINE:  Objection to form.
25  THE WITNESS:  I only know he paid

Page 158

1  Mr. Bannon and later learned pay Mr. -- Mr. Gertz and
2  other people I don't.
3  Q  (By Mr. Greim) Okay.  I just have a few
4  questions left for you here.
5  So, Ms. Gong, you -- do you still stay in
6  touch with individuals living in China?
7  A  Not much because I'm afraid, you know, they
8  might be -- they might be tainted in a way.
9  Q  And does someone living in the U.S. who is
10  a high-profile dissident opposing the CCP face risk
11  of surveillance if they make regular phone calls over
12  open cell phone lines to the mainland?
13  MS. CLINE:  Objection to form; lacks
14  foundation.
15  THE WITNESS:  Of course, because I don't
16  even call my family that much, being afraid of, you
17  know, the -- the -- the secret police going after
18  them.
19  Q  (By Mr. Greim) And what about -- are there
20  also risks in calling Hong Kong phone numbers?
21  MS. CLINE:  Objection; foundation.
22  THE WITNESS:  Well, Hong Kong, I don't
23  think -- well -- well, not now.  Now I -- you know,
24  in the new Internet age and in the surveillance age,
25  I think people are afraid.

Page 159

1  Q  (By Mr. Greim) Do you think that the risk
2  of placing regular phone calls over open cell lines
3  to the mainland is known to politically active
4  Chinese dissidents in the U.S.?
5  MS. CLINE:  Objection; form, foundation.
6  THE WITNESS:  You mean, the risk?
7  Q  (By Mr. Greim) Yes.
8  A  Yes, everybody knows that, so we are all
9  trying to minimize our contact with China.
10  Q  Or do you try to use encrypted services
11  like WhatsApp or Signal?
12  A  The Chinese blocked WhatsApp -- WhatsApp
13  and Signal, so unless you can, you know, find a way
14  to cross the great firewall, Whats and Signal and
15  Google and -- none of this works.
16  MR. GREIM:  I am now -- oh.  I'm going to
17  play -- the final few questions.  I'm going to play
18  for you a few clips that I -- I doubt you've heard
19  before, but I'll ask you.  I'll play for you a few
20  clips.  I'm going to see if you recognize the voices
21  on these.
22  And I'll -- I'll represent that the very
23  first clip is what we have previously produced and
24  played, and we've produced a transcription, as
25  Video 1.

Page 160

1  What I'm going to do is I'm going to turn
2  my laptop around and I'm going to play it for you.
3  THE WITNESS:  Uh-huh.
4  Q  (By Mr. Greim) This is in Chinese.  I'm
5  going to try to do it so that opposing counsel can
6  hear it, too, and -- and see what's on my screen.  I
7  know it may not be as bright as it could be.
8  MS. CLINE:  So I just -- this may have been
9  sorted out before I got involved in the case, but I
10  have no idea what Video 1 is and whether it's been
11  authenticated, but, I mean, I'll allow you to --
12  MR. GREIM:  Well, right.  That's one --
13  MS. CLINE:  -- ask the question.
14  MR. GREIM:  That's one reason we're going
15  to do it.  So this has been produced -- you remember
16  we produced a binder to the Court of different
17  trans- -- translations?  This was since you've been
18  in the case, I -- I believe.  And so this is the very
19  first of those.  It's a three-minute clip and it just
20  appears online.
21  MS. CLINE:  Online where?
22  MR. GREIM:  Here, let me pause so that we
23  don't get too far.  You know what?  I've got -- on
24  the translation, we have the -- we have the string
25  that you can find it on.  I actually don't have it

40 (Pages 157 to 160)

SASHA GONG  11/26/2019

## Page 161

1  here.  This is just a file that I have on my computer
2  that I'm going to play.
3        So I will -- I will just simply make a
4  record that this is Video 1, and then we will -- we
5  will send Video 1, this very clip that we're playing,
6  so that it's part of this record.
7        And then I'll refer to you -- you'll be
8  able to see that -- you know, what the exact address
9  is for Video 1 where you can pull it up off the
10  Internet.
11        So let me go back to the beginning because
12  it just starts right off the bat.  Make sure it's --
13  the volume is going.  I don't know if I've got it or
14  not.
15        (Counsel is playing Video 1 for witness.)
16  Q   (By Mr. Greim) All right.
17  A   That's Guo, that's for sure.
18  Q   No.  Hold on.  Let me -- let me ask you
19  this as questions.
20        First of all, you've spoken with Guo in
21  person many times, correct?
22  A   Yes.
23  Q   And you've heard his voice on prior
24  recordings on the Internet?
25  A   Yes.

## Page 162

1  Q   And my question to you is:  Is the voice
2  that we just heard the voice of Guo?
3        MS. CLINE:  I'm just going to -- I'm going
4  to lodge an objection.  Again, I don't know if this
5  is appropriate for lay witness testimony.  Obviously,
6  I'll let you ask the question, but I'm objecting.
7        MR. GREIM:  Your objection is preserved.
8        THE WITNESS:  That is him.
9  Q   (By Mr. Greim) Okay.
10  A   And not only the voice, but the way he
11  speaks.  He has a very distinguished way to speak.
12        And, actually, you can find similar tapes
13  with the same contents, and he send it out.  But this
14  one I've -- I -- I never heard it before.  And -- but
15  he pledge allegiance to the Chinese many times and
16  that's one very clearly.  The -- the way the
17  colloq-- the colloquium he used, very, very
18  specific.
19  Q   (By Mr. Greim) Now, have you heard of a
20  YouTube channel that is -- that goes by the desig- --
21  designation "RPLRG"?
22  A   Wasn't that -- was -- gosh, I'm scratching
23  my memory here.  I thought that RPLRG -- give me a
24  few seconds.
25        Yeah, that was some -- you know, 2017.  One

## Page 163

1  of Guo's closest -- it's somebody with the status
2  of -- Yvette Wang left him and took a lot of tapes
3  and something, you know, back to China.  So later
4  they placed some online, including -- I only saw a
5  few.  It's sort of a -- not -- but I never heard of
6  them.
7        That's RPLRG's tape?
8  Q   Well, I just want to ask you this.  I want
9  to -- has -- have you heard anyone say that RP- --
10  well, let me ask you this.
11        Have you heard Guo say that RPLRG is a
12  channel associated with the Chinese Communist Party?
13  A   I don't recall.  It's something I -- I
14  think, you know, I have to scratch my memory, is that
15  I don't recall he said to me personally, but I recall
16  some events like that.
17  Q   Okay.  I'm going to show you one more clip.
18  This one is a little bit longer, but this is -- and
19  this is the last one here.
20        What I'm going to show now is what we have
21  previously produced -- and I think this will be more
22  familiar to you -- as Video 4.  It has been
23  transcribed and -- and we've played it with a few
24  other witnesses.
25        MS. CLINE:  Yeah, and I'm just -- again,

## Page 164

1  lodge an objection to this method and line of
2  inquiry.  I don't know about the authenticity of it,
3  nor do I know that this witness is qualified --
4        THE WITNESS:  Well, this -- this one's
5  authenticate.  I can -- I -- I know that.
6        MS. CLINE:  Let me just finish my
7  objection.
8        I'm not sure this is an appropriate means
9  of questioning a lay witness.  To get this over with,
10  I'll sit here while you do it, but we preserve our
11  objections.
12        MR. GREIM:  Understood.
13  Q   (By Mr. Greim) Now I'm going to show you
14  what we have previously produced to the parties and
15  transcribed in English as Video 4.
16        (Counsel plays Video 4 for the witness.)
17        MR. GREIM:  Okay.  I've stopped it at the
18  6:47 mark.
19  Q   (By Mr. Greim) So my first question to you
20  is:  Did -- did you recognize the two individuals who
21  were on screen at the beginning of the clip?
22  A   Yes.  The interview -- the interviewer is
23  Mr. Xiaoping Chen.  Last name C-h-e-n, first name
24  Xiaoping, X-i-a-o-p-i-n-g, of Mirror Media.
25  Q   That's a name you mentioned earlier today?

41 (Pages 161 to 164)

SASHA GONG  11/26/2019

## Page 177

1  supporting Mr. Bannon.

2     Q   No, you -- you -- you became the be

3  director in November of 2018; isn't that correct?

4     A   That's not true.  At that time, the -- the

5  foundation was not -- was not even -- was not -- did

6  not exist.  And I signed the documents -- I think

7  it's in June or July 2019.

8     Q   Okay.  So let's just get this on the record

9  then.  When -- when did you become a director of the

10 Rule of Law -- Law Society?

11    A   I think it's May or June in 2000- --

12 whenever they incorporate, you know, they sent me

13 the -- those things.  But the -- I think the --

14 the -- the Society did not officially exist until the

15 first board meeting, which was, I think -- let me

16 see -- May 2019.

17    Q   So your testimony is that you didn't become

18 a board member of the Rule of Law Society until May

19 of this year?

20    A   That's my understanding.

21    Q   Okay.  And then you resigned in September

22 of this year?

23    A   Yes.

24    Q   And what happened between May and September

25 that caused you to resign?

## Page 178

1     A   I was -- first I was in Europe and --

2  for -- and the second in -- in -- during that time I

3  had a lot of exchange with Mr. Bannon, and I heard

4  Mr. Guo claim so many times he -- you know, he -- he

5  is in control of the -- this -- these entities.  And

6  I talk to Mr. Bannon and I feel very uncomfortable.

7     The day I resign was the day I -- they sent

8  me the financial statement and I realized whatever

9  money they promised never exist.

10    And so that's why I thought I would not

11 become part of -- you know, I would not cheat the

12 public.  It's very simple.  Just think of it.  The

13 day I got the -- I got the financial statement to see

14 how much money is there, and I realized they have

15 been lying to the public all the time, so I resign.

16    Q   Okay.  But the source of your discomfort

17 didn't have anything to do with the fact that you

18 thought Mr. Guo was backed by the Chinese Communist

19 Party, correct?

20    A   No.  Because, you know, the ways that the

21 Chinese Communist Party control, they stole the

22 entire country.  So someone who lived in China one

23 way or another, you have to work with the Chinese

24 Communist Party.

25    I understand that whoever said they never

## Page 179

1  work with the Chinese Communist Party in whatever

2  way, not related, that's -- that's bullshit.

3     And, also, Mr. Guo making that much money

4  with that much -- and so what I support?  I support

5  anyone who would rebel that system.  And you see

6  that -- look at Mr. Gorbachev and --

7     Q   I just need you --

8     A   -- look at all --

9     Q   I just need you to answer my questions.

10    A   Yes, I'm answering your question.  You need

11 to understand that.  You need to understand we, as

12 dissidents, support anyone who rebel against the

13 Communist Party.

14    Q   Did Mr. Guo rebel against the Communist

15 Party?

16    A   For a time, appears so.

17    Q   And what was that period of time?

18    A   Well, when he started his -- his expose' in

19 2017 and -- well, no, 2017 he was still supporting

20 Mr. Xi.

21    But one thing we -- as a journalist, I'm

22 extremely interested is that we know the Chinese

23 government is corrupt.  We know hundreds of billions

24 of dollars was stolen from the Chinese people and

25 Mr. Guo clearly was part of that.  I so welcome for

## Page 180

1  Mr. Guo to expose how the Chinese government saw it,

2  even he is part of that --

3     Q   Ms. Gong --

4     A   Yeah.

5     Q   -- I just need you to answer my questions.

6     A   I am answering your question because that's

7  not a yes or no answer.

8     Q   Okay.  So I thought you had testified

9  earlier that from the day -- even before you met

10 Mr. Guo, you thought he was backed by and supportive

11 of the Chinese --

12    A   Yep.

13    Q   -- Communist Party.

14    A   But I think he might have rebelled.

15    Q   Okay.  So just chronologic- --

16    A   I still think that -- chronol- --

17 chronog- -- chronologically, 2016, I heard his name,

18 and the rest is I knew he escape and he started to

19 expose a lot of details of corruption in China.

20    I -- of course, we welcome that.  I think

21 United States government should welcome that and it

22 should question that.

23    So, repeatedly, I question him.  I offer

24 him to sit down with him and write out all the

25 details.  He repeatedly denied me.

45 (Pages 177 to 180)

SASHA GONG  11/26/2019

## Page 181

1      Q   Okay.  I'm just trying to get the
2   chronology.  So when was the –
3      A   Yes.
4      Q   When was the first time you met Mr. Guo?
5      A   April 17th, 2017.
6      Q   Okay.  And prior to that, I thought you
7   said you believed that he was supportive of the CCP?
8      A   Oh, of course.  And it's all in the media.
9      Q   Okay.  And when did you come to think that
10  he was rebelling against the CCP?
11     A   Well, after – I think in – in late 2017,
12  after he – actually, let me put it back.
13         First, I was – I was wondering, why would
14  the Chinese – you know, our – our – our interview,
15  why would the Chinese government put so much
16  objection to our interview?
17         And so, you see, I interview a lot of
18  people, top Chinese dissident.  I say – like, if you
19  want example, the blind activist, Chen Guangcheng,
20  when he was in Beijing, you know, I interviewed him
21  on air.  No problem.
22     Q   Ms. Gong, I just need to know when you
23  first thought Mr. – Mr. Guo was rebelling against
24  the CCP.
25     A   For a while.  And I think 2018, when he

## Page 182

1   started to say "I'm against CCP," and I don't
2   remember which date.
3          But, you know, all the time I thought he
4   was – he was also someone who deal with CCP because
5   he talk about his old leaders and – all the time and
6   have been, you know, trying to put stuff on the
7   record.
8      Q   So you wrote an article in the Wall Street
9   Journal about the Voice of America interview,
10  correct?
11     A   Yes.
12     Q   And you wrote – that was published in May
13  of 2017, correct?
14     A   Right.
15     Q   And at that point in time you characterized
16  Mr. Guo as making claims about "extensive corruption
17  in the Chinese Communist Party" –
18     A   Yes.
19     Q   – is that correct?
20     A   That's true.
21     Q   Okay.
22     A   Otherwise, I won't interview him.
23     Q   Okay.  So at – at least in April and May
24  of 2017, your view was that Mr. Guo was making claims
25  against the Chinese Communist Party?

## Page 183

1      A   That's not that true because – it's really
2   simple.  For people who can expose corruption, most
3   of them are part of corruption.
4          So you're making – you're – he's – he
5   was making claims against some people in the Chinese
6   government.  And I would love to know, even today,
7   what are the details?  How they stole money from
8   Chin– from the Chinese people.  That's why.
9          I was making a claim that he – he makes
10  claim against certain individuals and he expose
11  details of corruption.  And those details we still
12  don't know at this point.
13         As I said, the, Mr. Lui case, I said before,
14  the (inaudible) case, remember that?  How much money?
15  It's because that was billions of dollars of
16  real estate.  How –
17     Q   So I just want to make sure I'm
18  understanding.
19         So at the time of your Wall Street Journal
20  article in May of 2017, is it your view that Mr. Guo
21  was a supporter of the Chinese government or was he
22  rebelling against it?
23     A   My –
24         MR. GREIM:  Objection; asked and answered.
25         THE WITNESS:  Yeah.  Okay.  My reveal – my

## Page 184

1   view is that he – he supports the Chinese.  He was
2   part of the corruption, but now he wants to get his
3   revenge.  I don't know – I was still doing my
4   investiga– – investigation at that time.  I don't
5   know his – his personal view.
6      Q   (By Ms. Cline) Okay.  But you reported that
7   you were – you were reporting on his claims of
8   corruption in the CCP, correct?
9      A   Of course.
10     Q   And, in fact, in the – in or around the –
11  the time that the – that the video – sorry, that
12  the interview was to take place, the Chinese
13  government issued a warrant for Mr. Guo's
14  arrest; isn't that true?
15     A   That was April 17, 2017, in the morning, I
16  think.
17         You know, that was very strange to me,
18  because, you know, if you issue an arrest warrant to
19  someone who's already abroad, how do you realize that
20  arrest warrant?  That, I – well, the Chinese
21  government rarely did things like that.  They may
22  claim.  They may claim someone's a criminal,
23  whatever.
24         I have to be thinking of that.  You know,
25  all the Chinese – that never happens, shenanigan,

46 (Pages 181 to 184)

SASHA GONG  11/26/2019

## Page 185

1    that -- calling Voice of America, threatening us, was
2    to make the publicity, to give Guo credibility,
3    because Mr. Guo had very little credibility before
4    that.  After that, he -- he gained credibility from
5    my interview.
6        Q    Okay.  I -- I just need you to answer my
7    question.
8        A    Yes, that's an answer.  It's a more
9    complicated answer, yes.
10        Q    Okay.  You report -- you -- you -- you try
11    to be truthful and accurate in your reporting,
12    correct?
13        A    Very much.
14        Q    Right.  And in your Wall Street Journal --
15    Journal article, you reported that on April 17th the
16    Chinese government issued an arrest warrant for
17    Mr. Guo.
18        A    Yes, I did.
19        Q    And that's a -- that was a true statement,
20    right?
21        A    That's a true statement.  And I also have
22    secondhand sources.
23        Q    Okay.
24        A    Second or third sources for that.
25        Q    And you believe that the reason the Chinese

## Page 186

1    government issued for -- a warrant for Mr. Guo's
2    arrest was that he was speaking out against members
3    of the Communist Party, correct?
4        A    Yes, he's --
5        MR. GREIM:  Objection.
6        THE WITNESS:  -- speaking out the details
7    of corruption, which is very important.
8        Sorry for the objection --
9        MR. GREIM:  That's okay.
10        THE WITNESS:  -- but I -- you know, the
11    detail -- the corruption, Jesus Christ, and the
12    human -- human history never saw that sort of
13    corruption in our history from the Chinese
14    government.
15        Q    (By Ms. Cline) And Mr. Guo was speaking out
16    against that corruption?
17        A    Against the members and the -- the -- so
18    that's why I grill him so much in the -- I -- I
19    believe.  And he is part of the corruption.  And we
20    welcome for anyone who's part of the corruption to
21    expose the corruption.
22        Q    So is he part of the corruption or is he
23    against the corruption?
24        MR. GREIM:  Objection; asked and answered.
25        THE WITNESS:  No, he's -- he's part of the

## Page 187

1    corruption, but -- well, he want to expose.  I'm not
2    sure if he's against the corruption, otherwise, you
3    know, when somebody brag about so much money having,
4    so he's part of the corruption.
5        Q    (By Ms. Cline) And you resigned from the
6    Rule of Law Society in September of this year,
7    correct?
8        A    Yes.
9        Q    And isn't it true that Mr. Guo suggested
10    that you should resign?
11        A    Yeah.  He also suggest -- I was also
12    thinking -- I actually stand -- talk to Mr. Bannon
13    before Mr. Guo make any suggestions.  And Guo
14    actually make the claim he kicked me out of the --
15    the -- the Board.
16        Q    Well, Mr. Guo kicked you out of the Board
17    because --
18        A    That's what he said.
19        Q    -- or he asked you to resign because he was
20    upset about some of the -- the traveling and the
21    reporting you were doing overseas, correct?
22        A    I didn't do any report traveling.
23        Q    What were you doing in the Ukraine and --
24        A    I did not go to Ukraine at all.
25        Q    Okay.  Did you go to Russia?

## Page 188

1        A    No, not at all.  I need a visa.  I did want
2    to go because, you know, I want to interview
3    Mr. Gorbachev, and the -- Russia would deny any
4    journalistic visa that --
5        Q    Okay.  I mis- -- misremembered your
6    testimony.
7        Did you testify earlier that you did some
8    traveling overseas for the purposes of making a
9    journalistic movie?
10        A    Yes.
11        Q    Okay.  Where did you go?
12        A    Well, Austria.  And from Austria, because
13    we carry orders, and -- and to -- to Czech Republic,
14    Slovakia, Poland, Lithuania and Hungary.
15        Q    Okay.
16        A    And Bannon -- Mr. Bannon asked me to stop
17    by Italy.  I did for two days.  That's it.
18        Q    Okay.  And when you were in those
19    countries, did you interview people for purposes of
20    your movie?
21        A    Oh, yes.
22        Q    Okay.  And part of the reason Mr. Guo asked
23    you to resign was because he was -- he was in
24    disagreement with the things you were doing with
25    those interviews?

47 (Pages 185 to 188)

SASHA GONG  11/26/2019

Page 213

1    time.
2        Dissident are people who defend freedom,
3    who are freedom fighters.  Dissident's where we --
4    I -- personally, I don't include people who, you
5    know, try to say when you took the money and they try
6    to get the money back, you are accused, and then you
7    claim you're dissident.  You're not.  That's not my
8    community.
9        My community, we -- we risk everything to
10   fight -- to fight against communism.  We risk
11   everything from young -- very young age.  We're --
12   people risk lives.  So many people got executed,
13   killed, jailed.  We suffered.
14       Q    (By Ms. Cline) So you would consider
15   yourself a dissident?
16       A    Absolutely.
17       Q    What -- how about Mr. Lianchao Han, is he a
18   dissident?
19       A    Yes.
20       Q    And how about Mr. Guo, is he a dissident?
21       A    No.
22       Q    And why do you say that?
23       A    Because he never resisted communism when he
24   live under communism.
25       Q    Was he -- was he ever a dissident?

Page 214

1        A    No.
2        Q    And when you say, "He never resisted
3    communism," how do you know?
4        A    Because he made so much money and, you
5    know, because he work -- no dissident work -- work
6    that closely with the head of Chinese espionage, with
7    the -- with dissident persecutors like Mr. John Greer
8    (phonetic).
9        Think of it.  If I'm a dissident, how do I
10   work closely with the one who hunt us, who
11   interrogate?  How do I -- do I be a friend?  How do I
12   even get close?
13       Like, in your case, would you -- would you,
14   like, hate that person's guts?  So I can't be a
15   friend.  If you're friend with that corrupt group,
16   with the persecutors, with the killers, you're not.
17       Q    So if you're a friend with -- of someone
18   who supports the CCP, then you can't be a dissident?
19       A    Not support CCP.  No.  No.  No.  Millions
20   of people support CCP, but who are part of the
21   persecutors, who are dissident hunters, who
22   persecute, who are commissars in jail, who control
23   the legal system to persecute dissidents.  You
24   cannot.
25       Q    So is -- in your view, is Mr. Guo a

Page 215

1    dissident hunter?
2        A    No.  He -- he said he was a friend of
3    dissident hunter.  I don't know if he's a dissident
4    hunter.  Maybe he is, maybe he's not, but he's so
5    close to so many dissident hunters.
6        Q    But -- but not so close that it didn't stop
7    you from being his friend, right?
8        A    Well, as I said, yes.  When whoever --
9    whoever have the intention to expose CCP, yes.
10       And I'll -- as I said, I feel sorry for
11   him.  I was his friend because I'm friend of lots of
12   people who left China, who felt so alo- -- you know,
13   who -- just being persecuted, family being arrested.
14   Even they, well, corrupted themself because, as I
15   said, we have to be -- well, we have to have
16   compassion.
17       Q    Do you --
18       A    That's my compassion.
19       Q    Do you have any firsthand personal
20   knowledge -- not what you read in the -- not what you
21   talked to -- interviewed somebody about, not what
22   you've read online.
23       Do you have any firsthand knowledge about
24   whether or not Mr. Guo resisted communism?
25       A    I don't have any personal knowledge of him

Page 216

1    resisting communism under communism.  And he -- and,
2    now, whatever he claim -- when you -- anyone in the
3    United States, a free country, can claim they resist
4    communism, but a dissident is -- is someone who
5    resist communism under communism, who risk
6    everything.
7        Q    Do you have any firsthand knowledge that
8    Mr. Guo supported communism?
9        A    Yes.
10       Q    What --
11       A    Mr. Guo told me that, because he said he
12   was -- he partic- -- I have -- I have record here --
13   he participate in high-ranking communist government's
14   meetings, and he even describe, not only to me, but
15   also to other journalists present.
16       He said he was part of the decision-making
17   group of the CCP, and they had meetings in
18   Zhongnanhai.
19       Q    What -- when did he tell you that?
20       A    2018.
21       Q    And where -- where -- where was that
22   conversation?
23       A    In his apartment with the chief editor of
24   Harvard Business Review and a few other -- with a few
25   other journalists.

54 (Pages 213 to 216)

**SASHA GONG  11/26/2019**

## Page 221

1
2            C E R T I F I C A T E

3    STATE OF OKLAHOMA  )
            ) SS:
3    COUNTY OF OKLAHOMA )

4
5        I, Jana C. Hazelbaker, Certified Shorthand
6    Reporter within and for the State of Oklahoma, do
7    hereby certify that SASHA GONG, was by me first duly
8    sworn to testify the truth, the whole truth, and
9    nothing but the truth, in the case aforesaid; that
10   the above and foregoing videotaped deposition was by
11   me taken in shorthand and thereafter transcribed;
12   that the same was taken on NOVEMBER 26, 2019, in
13   WASHINGTON, DC; that I am not an attorney for nor
14   relative of any of said parties or otherwise
15   interested in the event of said action.
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand and official seal this 9th day of December,
18   2019.
19
20
21
22        --------------------------
         Jana C. Hazelbaker, CSR
23       State of Oklahoma CSR No. 1506
24
25

## Page 222

1        ALARIS LITIGATION SERVICES
2
3    December 11, 2019
4
5    EDWARD D GREIM
     GRAVES, GARRETT, LLC
6    1100 MAIN STREET
     SUITE 2700
7    KANSAS CITY, MO  64105

8    IN RE: EASTERN PROFIT CORPORATION LIMITED v.
         STRATEGIC VISION US, LLC
9
10   Dear EDWARD D GREIM:
11
12   Please find enclosed your copies of the deposition of
     SASHA GONG taken on November 26, 2019 in the
13   above-referenced case. Also enclosed is the original
     signature page and errata sheets.
14
15   Please have the witness read your copy of the
     transcript, indicate any changes and/or corrections
16   desired on the errata sheets, and sign the signature
     page before a notary public.
17   Please return the errata sheets and notarized
18   signature page within 30 days to our office at 1608
     Locust Street, Kansas City, MO 64108 for filing.
19
     Sincerely,
20
21
22   Jana C. Hazelbaker
23
24   Enclosures
25

## Page 223

1            ERRATA SHEET
2    Witness Name: SASHA GONG
     Case Name: EASTERN PROFIT CORPORATION LIMITED v.
3        STRATEGIC VISION US, LLC
     Date Taken: NOVEMBER 26, 2019
4
5    Page #_____  Line #_____
6    Should read: _____
7    Reason for change: _____
8
9    Page #_____  Line #_____
10   Should read: _____
11   Reason for change: _____
12
13   Page #_____  Line #_____
14   Should read: _____
15   Reason for change: _____
16
17   Page #_____  Line #_____
18   Should read: _____
19   Reason for change: _____
20
21   Page #_____  Line #_____
22   Should read: _____
23   Reason for change: _____
24
25   Witness Signature: _____

## Page 224

1    STATE OF _____)
2
3    COUNTY OF _____)
4
5    I, SASHA GONG, do hereby certify:
6        That I have read the foregoing deposition;
7        That I have made such changes in form
8    and/or substance to the within deposition as might
9    be necessary to render the same true and correct;
10       That having made such changes thereon, I
11   hereby subscribe my name to the deposition.
12       I declare under penalty of perjury that the
13   foregoing is true and correct.
14       Executed this _____ day of _____,
15   20___, at _____.
16
17
18
19       _____
20       SASHA GONG
21
22       _____
23       NOTARY PUBLIC
24   My Commission Expires:
25

56 (Pages 221 to 224)