UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| STRATEGIC VISION US, LLC | ) ) ) |
| Defendant. | ) ) ) |

Case No. 18-CV-2185 (LJL)

**NOTICE OF CHANGE IN CONTACT INFORMATION**

The undersigned counsel gives notice of a change of contact information as follows.

The firm name was changed from Pepper Hamilton LLP due to a combination with Troutman Sanders LLP.  The new firm name is Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), effective July 1, 2020.

The new email addresses to be used in the aforesaid action for service are as follows:

1. Francis Lawall:  Francis.Lawall@troutman.com

2. Joanna J. Cline:  Joanna.Cline@troutman.com.

3. Christopher B. Chuff:  Chris.Chuff@troutman.com.

The physical address will remain the same.

-2-

Dated:  July 1, 2020

OF COUNSEL:

Joanna J. Cline (*Pro Hac Vice*)
Christopher B. Chuff (*Pro Hac Vice*)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)

Respectfully submitted,

*/s/ Francis J. Lawall*
Francis J. Lawall (NY Bar ID No. FL1234)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4000
215.981.4750 (facsimile)

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2020, a true and correct copy of the foregoing *Plaintiff's Notice of Change of Contact Information* was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Dated: July 1, 2020

Respectfully submitted,

OF COUNSEL:

Joanna J. Cline (Admitted *Pro Hac Vice*)
Christopher B. Chuff (Admitted *Pro Hac Vice*)
PEPPER HAMILTON LLP
1313 North Market Streets, Suite 5100
Wilmington, DE  19801
302.777.6500
302.421.8390 (facsimile)

*/s/ Francis J. Lawall*
Francis J. Lawall (NY Bar ID No. FL1234)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103
215.981.4000
215.981.4750 (facsimile)