```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :
EASTERN PROFIT CORPORATION LIMITED,     :
                                                    :
                Plaintiff,                              :
                                                    :     18-cv-2185 (LJL)
      -v-                                       :
                                                    :        ORDER
STRATEGIC VISION US LLC,                          :
                                                    :
               Defendant.                           :
                                                    :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has secured a civil jury for this case for the week of November 2, 2020.

Accordingly, the parties are directed to appear in Courtroom 15C at 9:30 a.m. on November 2, 2020 prepared to begin trial.

      SO ORDERED.

Dated: September 4, 2020
       New York, New York                                                                      LEWIS J. LIMAN
                                                                                    United States District Judge