

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709

troutman.com

**Joanna J. Cline**
302.777.6542
joanna.cline@troutman.com

September 4, 2020

**HAND DELIVERY**

Judge Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*,  C.A. No. 18-cv-2185 (JGK)

Dear Judge Liman:

At Your Honor's request (Dkt. No. 286), I enclose a thumb drive containing the summary judgment motions that have been filed in this case.  The drive contains two folders:

- The first folder contains the papers associated with Eastern's Profit's March 16, 2020 Motion for Summary Judgment on Counts III and IV of its Second Amended Complaint (Dkt. No. 93) and Counts I and II of Strategic Vision's Counterclaims (Dkt. No. 127) and Strategic's Cross-Motion for Summary Judgment on Count III of Eastern's Second Amended Complaint.  *See* Dkt. Nos. 260-63, 271-75, 278-29, 282-83.

- The second folder contains the papers associated with Strategic Vision's March 16, 2020 Motion for Summary Judgment on Counts I, II, and IV of Eastern's Second Amended Complaint (Dkt. No. 93).  *See* Dkt. Nos. 264-70, 280-81.

We are available at the Court's convenience should it have any questions.

Respectfully,

/s/ *Joanna J. Cline*

Joanna J. Cline

Enclosure

cc:     All Counsel of Record (By CM/ECF)