```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EASTERN PROFIT CORPORATION LIMITED,                               :
                                                                  :
                          Plaintiff,                              :
                                                                  :         18-cv-2185 (LJL)
     -v-                                                          :
                                                                  :         ORDER
STRATEGIC VISION US LLC,                                          :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Defendant's letter. Dkt. No. 289.

It is hereby ORDERED that a conference is scheduled for September 29, 2020 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

SO ORDERED.

Dated: September 28, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge