```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

EASTERN PROFIT CORPORATION LIMITED,    :

                      :

            Plaintiff,       :

                      :          18-cv-2185 (LJL)

     -v-                  :

                      :          ORDER

STRATEGIC VISION US LLC,         :

                      :

            Defendant.     :

                      :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     For the reasons stated on the record at the October 5, 2020 conference, the motions for

summary judgment at Dkt. Nos. 260, 265, 271 are DENIED.

     As discussed at the conference, Plaintiff is directed to file a letter on ECF by October 7,

2020 at 5:00 p.m. in support of its oral motion that the Court bifurcate the issues for trial

pursuant to Fed. R. Civ. P. 42(b) and addressing the Court's authority and whether it should

exercise it to proceed to trial as currently scheduled on November 9, 2020, including—over the

objection of the Defendant—by proceeding remotely.  Defendant shall submit its response by

October 9, 2020 at 5:00 p.m.

     A bench trial is scheduled to begin in this action on November 9, 2020.  The parties shall

submit the joint pretrial order by October 16, 2020.  That order shall reflect that both Plaintiff

and Defendant waived the right to a jury trial at the October 5, 2020 conference.


     SO ORDERED.

Dated: October 6, 2020
      New York, New York                   LEWIS J. LIMAN
                                    United States District Judge