# Exhibit A

Atkinson-Baker, Inc.
www.depo.com

**Page 62**

```
 1              HAN CHUNGUANG
 2    would accept the correction.
 3        A    I formed a three year college.
 4    Secondly, Mr. Guo has been teaching me a lot.
 5    Thirdly, I love to read books.  Have educated me a
 6    lot.  Fourthly, society was also a good teacher
 7    that taught me a lot.
 8        Q    What educational institution gave you
 9    the degree after the three years of college?
10        A    It was Chinese school.
11        Q    What was the name?
12        A    This question is very specific.  I
13    don't think I want to answer such a specific
14    question.
15        Q    It is a very common question to be
16    asked where you received a degree from, so please
17    answer the question.
18        A    For me this question very specific.
19    This is a very private -- no, I don't mean very
20    private.  I just think this question has nothing
21    to do with this case.  I don't feel that I should
22    answer this question.
23        Q    Are you concerned about answering the
24    question because you did not receive a degree from
25    the Chinese school?
```

**Page 63**

```
 1              HAN CHUNGUANG
 2            MR. CHUFF:  Objection.
 3        A    I did.  I went to the school.
 4            THE INTERPRETER:  Interpreter
 5        would like to correct herself.
 6            According to the dictionary, the
 7        three year college actually was more
 8        like technical secondary school.
 9        Q    Did you receive a degree from a
10    technical school?
11        A    Yes.
12        Q    What was the name of the technical
13    school?
14            MR. CHUFF:  Objection.  Form.
15        A    It was a long time ago.  I don't
16    remember.
17        Q    How old are you?
18        A    I'm 30 years old.
19        Q    You can't remember the name of the
20    school that gave you a degree?
21            MR. CHUFF:  Objection.
22        Argumentative.
23        A    I don't remember.  I don't usually
24    remember small things like this because I'm always
25    very business.
```

**Page 64**

```
 1              HAN CHUNGUANG
 2        Q    Was it the athletic school of Lunan?
 3        A    I'm not familiar with the name you
 4    pronounced.  Lunan?  I'm not family with it, is
 5    the way you read it.
 6        Q    Did you receive a degree in athletics
 7    from your education?
 8        A    Yes.  I went to an athletic school.
 9        Q    Is that where you received your
10    degree from?
11        A    In terms of a degree, I always got
12    certificate from each level of school.  I attended
13    an elementary, from junior high to high school,
14    and from technical secondary school.
15        Q    The secondary school was the same
16    thing as the technical school; correct?
17        A    I'm not sure.  But in Chinese it is
18    called technical secondary school.
19        Q    The degree you received from the
20    technical secondary school was in athletics;
21    correct?
22        A    Yes.  Yes.  That's why.
23        Q    Have you received any other degrees
24    after high school?
25            MR. CHUFF:  Objection.  Form.
```

**Page 65**

```
 1              HAN CHUNGUANG
 2        A    I went to some institutions or
 3    institution to receive training or trainings.
 4        Q    In what?
 5        A    I would say I learned it by myself.
 6    For instance, about investment et cetera, et
 7    cetera.
 8        Q    Did you go to a military or state
 9    security school in China?
10        A    No.
11        Q    What about in Hong Kong?
12        A    No.
13        Q    I want to make sure I understand your
14    answer to my question about what educational
15    experience you had to prepare you to be a director
16    of Eastern Profit.  You've described your formal
17    education.
18            What else prepared you to be a
19    director of Eastern Profit?
20            MR. CHUFF:  Objection.  Asked
21        and answered.
22        A    Does she mean that only a person who
23    receives a formal education to be a director can
24    be a director in a company?  Is that what she
25    means when she asks this question?
```

17 (Pages 62 to 65)

Atkinson-Baker, Inc.
www.depo.com

```
                HAN CHUNGUANG
  Q    That is not the question.
       The question is what, besides the
education you described, prepared you to be a
director of Eastern Profit?
  A    I purchased it and I became the
director of the company.
  Q    So nothing other than the education
you described prepared you to be a director of
Eastern Profit?
       MR. CHUFF:  Objection.  Asked
       and answered.  Mischaracterizes the
       testimony.
  A    Let me put it this way.  My own
experience, Mr. Guo's teaching, myself learning
and what I have been learning from my family trust
or family fund, all this prepared me for it and
also prepared me for the future.  It doesn't mean
that I only learned things through a formal
education.
  Q    Did you review any written materials
about Eastern Profit when you became its director?
       MR. CHUFF:  Objection to form.
  A    I don't remember.  In terms of all
the documents related to the company, they were
```

Page 66

```
                HAN CHUNGUANG
handled by Natasha, whom I trusted very much.
  Q    When Natasha was doing this role,
where was she employed?
       MR. CHUFF:  Objection.  Asked
       and answered.
  A    I don't know whom she was working for
at the time.
  Q    Was she employed by Eastern Profit?
  A    She was an agent authorized by me.
  Q    An agent authorized for Eastern
Profit?
  A    No.  She was the agent authorized by
me.  At the time I was the boss of Eastern Profit,
I authorized Natasha to handle a lot of stuff in
Hong Kong for me.
  Q    Was she an employee of Eastern
Profit?
       MR. CHUFF:  Objection.  Asked
       and answered.
  A    An employee?  You can say that.
  Q    How long was she employed by Eastern
Profit?
  A    I think about two years.  I'm only
talking about she was handling matters for me in
```

Page 67

```
                HAN CHUNGUANG
Hong Kong.
  Q    Regarding Eastern Profit; correct?
  A    Yes.
  Q    Were you living in Hong Kong at the
time?
  A    Yes.  When I purchased Eastern
Profit, I lived in Hong Kong.
  Q    What education did Natasha have that
allowed her to serve this role?
       MR. CHUFF:  Objection.  This is
       completely beyond the scope.  I let
       this go long enough.  He's not --
       MS. DONNELLI:  Are you
       testifying for the witness?
       MR. CHUFF:  I'm explaining why
       this line of questioning has to stop.
       MS. DONNELLI:  Why don't you
       just object to it rather than coach
       him?
       MR. CHUFF:  I want to explain my
       basis.  I'm not coaching him because
       he's not going to answer it.
       This is not a case where he's
       being sued for managing Eastern
```

Page 68

```
                HAN CHUNGUANG
Profit a certain way.  This is about
a contract between an entity and
another entity.
       MS. DONNELLI:  Why don't you
       just say I'm going to instruct him
       not to answer.  It will save a lot of
       time, and it won't coach the witness.
       MR. CHUFF:  He's not answering.
  Q    Is Natasha's name spelled Q-U, first
name, last name G-U.  Last name is Q-U.  First
name G-U-O-J-I-A-O?
  A    I don't know this name.  I only know
the person I knew whose name was Natasha.
  Q    Have you personally seen the written
records of Eastern Profit's business dealings?
       MR. CHUFF:  Objection.  Vague.
  A    I think so, yes.
  Q    When was that?
       MR. CHUFF:  Objection.  Vague.
  A    I think several years ago.
  Q    What was the purpose of your review?
  A    When I purchase it, I of course
looked into the document.  I have to know what I
was purchasing.  Once I took over the company, I
```

Page 69

18 (Pages 66 to 69)

Han Chunguang
November 11, 2019