

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709

troutman.com

**Joanna J. Cline**
302.777.6542
joanna.cline@troutman.com

October 13, 2020

**VIA CM / ECF**

Judge Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*,  **C.A. No. 18-cv-2185 (LJL)**

Dear Judge Liman:

In light of the Court's order of today adjourning trial until January 11, 2021, the parties communicated today and now jointly request a two-week extension of the time within which the parties must submit their proposed Pre-Trial Order.  The current deadline is October 16, and the parties are requesting that that deadline be extended until October 30.  There were two prior adjournments of this deadline in the wake of questions around how and when to proceed given the complications caused by the pandemic.

Respectfully,

*/s/ Joanna J. Cline*

Joanna J. Cline


cc:   All Counsel of Record (By CM/ECF)

#110689710 v2