# EXHIBIT B

# EASTERN PROFIT CORPORATION'S
# TRIAL WITNESS LIST

**I.**     **WILL CALL**. Eastern Profit Corporation ("Eastern") intends to call the following fact witnesses to testify in person at trial:

| # | Witness | Substance of Testimony | Interpreter |
|---|---------|------------------------|-------------|
| 1 | Yvette Wang | Negotiation and execution of Research Agreement; Strategic's failed performance under Research Agreement | No |
| 2 | French Wallop | Negotiation and execution of Research Agreement; Strategic's failed performance under Research Agreement | No |
| 3 | J. Michael Waller | Negotiation and execution of Research Agreement; Strategic's failed performance under Research Agreement | No |

**II.**     **MAY CALL**. Eastern may call the following fact witnesses to testify in person at trial:

| # | Witness | Substance of Testimony | Interpreter |
|---|---------|------------------------|-------------|
| 1 | Guo Wengui a/k/a Miles Kwok | Negotiation and execution of Research Agreement; Strategic's failed performance under Research Agreement; Mr. Guo's status as a Chinese dissident that opposes the Chinese Communist Party | Yes |
| 2 | Han Chunguang a/k/a Hank | Negotiation and execution of loan from ACA Capital Group Limited to Eastern to fund deposit called for under Research Agreement | Yes |
| 3 | Lianchao Han | Negotiation and execution of Research Agreement; Strategic Vision's failed performance under Research Agreement; Mr. Guo's status as a Chinese dissident that opposes the Chinese Communist Party | No |
| 4 | William Gertz | Negotiation and execution of Research Agreement; Mr. Guo's status as a Chinese dissident that opposes the Chinese Communist Party | No |
| 5 | Witnesses on Strategic's trial witness list | N/A | N/A |

-2-

**III.** **<u>MAY PRESENT BY DESIGNATION</u>.** Eastern may present the testimony of the following fact witnesses by designation:

| # | Witness | Substance of Testimony | Interpreter |
|---|---------|------------------------|-------------|
| 1 | Lianchao Han | Negotiation and execution of Research Agreement; Strategic Vision's failed performance under Research Agreement; Mr. Guo's status as a Chinese dissident that opposes the Chinese Communist Party | No |
| 2 | William Gertz | Negotiation and execution of Research Agreement; Mr. Guo's status as a Chinese dissident that opposes the Chinese Communist Party | No |
| 3 | French Wallop | Negotiation and execution of Research Agreement; Strategic's failed performance under Research Agreement | No |
| 4 | J. Michael Waller | Negotiation and execution of Research Agreement; Strategic's failed performance under Research Agreement | No |