UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED <br><br> Plaintiff, <br><br> v. <br><br> STRATEGIC VISION US, LLC <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 18-CV-2185 (LJL) |

## **PLAINTIFF'S MOTION *IN LIMINE***

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Rules 401, 402, 403, 602, 701, 801, and 901 of the Federal Rules of Evidence, Plaintiff and Counterclaim Defendant Eastern Profit Corporation Limited ("Eastern") respectfully files this motion *in limine* (the "Motion), seeking to bar Defendant and Counterclaimant Strategic Vision US, LLC ("Strategic") from offering into evidence at trial various inadmissible testimony and documents

The categories of inadmissible testimony and documents that Eastern seeks to exclude pursuant to this Motion along with the grounds for excluding such testimony, documents, videos, and audio recordings are set forth the Memorandum of Law that Eastern has filed contemporaneously herewith.

Dated:  October 30, 2020

OF COUNSEL:

Joanna J. Cline (*Pro Hac Vice*)
Christopher B. Chuff (*Pro Hac Vice*)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)

Respectfully submitted,

*/s/ Joanna J. Cline*
Francis J. Lawall (Admitted to S.D.N.Y.)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4000
215.981.4750 (facsimile)

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2020, a true and correct copy of the foregoing *Plaintiff's Motion in Limine* was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Dated: October 30, 2020

Respectfully submitted,

OF COUNSEL:

Joanna J. Cline (*Pro Hac Vice*)
Christopher B. Chuff (*Pro Hac Vice*)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)

*/s/ Joanna J. Cline*
Francis J. Lawall (Admitted to S.D.N.Y.)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4000
215.981.4750 (facsimile)