# EXHIBIT A

 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   -----------------------------------x

 4   EASTERN PROFIT CORPORATION LIMITED,

 5          Plaintiff-Counterclaim Defendant,

 6                        Case No.

 7    -against-              18-cv-2185

 8   STRATEGIC VISION US, LLC,

 9          Defendant-Counterclaim Plaintiff,

10    vs.

11    GUO WENGUI a/k/a, MILES KWOK,

12          Counterclaim Defendant.

13    -----------------------------------x

14

15

16          VIDEOTAPED DEPOSITION

17                 OF

18       J. MICHAEL WALLER

19        New York, New York

20       Friday, February 8, 2019

21

22

23

24

25

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 2

```
 1
 2
 3
 4
 5
 6
 7                    Friday, February 8, 2019
 8                    10:00 a.m.
 9
10
11        Videotaped Deposition of J. MICHAEL WALLER,
12    held at the offices of Zeichner, Ellman & Krause
13    LLP, 1211 Avenue of the Americas, New York, New
14    York before Roberta Caiola, a Shorthand Reporter
15    and Notary Public within and for the State of New
16    York.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1  A P P E A R A N C E S:
 2
 3  ZEICHNER, ELLMAN & KRAUSE LLP
 4    Attorneys for Eastern Profit Corporation Limited
 5       1211 Avenue of the Americas
 6    New York, NY 10036
 7  BY:  ZACHARY GRENDI, ESQ.
 8       zgrendi@zeklaw.com
 9
10  HODGSON RUSS LLP
11       Attorneys for Guo Wengui a/k/a, Miles Kwok
12       605 Third Avenue, Suite 2300
13       New York, New York 10158
14  BY:  ERIN N. TESKE, ESQ.
15
16  PHILLIPS LYTLE LLP
17    Attorneys for Strategic Vision US, LLC
18       340 Madison Avenue
19       New York, New York 10173-1922
20  BY:  JOSEPH B. SCHMIDT, ESQ.
21       jschmit@phillipslytle.com
22
23  ALSO PRESENT:
24  JAYSUN LOUSHIN, The Videographer
25
```

Page 4

```
 1                    I N D E X
 2  WITNESS:  J. MICHAEL WALLER            PAGE
 3  BY:        MR. GRENDI              8
 4  BY:        MS. TESKE            281
 5  BY:        MR. GRENDI            282
 6
 7           LIST OF EXHIBITS
 8  WALLER       DESCRIPTION        PAGE
 9  Exhibit 1  Research Agreement       18
10           January 1, 2018
11  Exhibit 2  Research Agreement December  46
12           29, 2017
13  Exhibit 3  Handwritten document Bates  105
14           stamped Eastern 11
15  Exhibit 4  Document Bates stamped     113
16  Exhibit 5  Signal text message thread  116
17  Exhibit 6  Document entitled "Anita Yui 164
18           Suen"
19  Exhibit 7  Background Report on Qing   212
20           Yao
21  Exhibit 8  Letter dated February 23,   214
22           2018
23  Exhibit 9  Document Bates stamped     226
24           SVUS000077
25
```

Page 5

```
 1           LIST OF EXHIBITS
 2  WALLER       DESCRIPTION        PAGE
 3  Exhibit 10  Document Bates stamped    229
 4           SVUS80
 5  Exhibit 11  Document entitled "Time to  233
 6           Get Them Beginning the
 7           Psycho-Political Campaign
 8           For China," Bates stamped SV
 9           385 to SV 402
10  Exhibit 12  Document Bates stamped    255
11           SVUS260
12  Exhibit 13  Document Bates stamped    259
13           SVUS00262
14  Exhibit 14  Document entitled "All     261
15           Source Intelligence
16           Collection Posture"
17  Exhibit 15  Subject Chart, Bates stamped  263
18           SVUS278
19  Exhibit 16  Document Bates stamped    267
20           SVUS267 and 268
21  Exhibit 17  Document Bates stamped    270
22           Eastern 250
23  Exhibit 18  Supplemental Interrogatories  282
24           submitted by Strategic
25           Vision
```

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 6

```
1           LIST OF EXHIBITS
2    WALLER        DESCRIPTION        PAGE
3    Exhibit 19  Amended Answer and      283
4           Counterclaims
5    (Exhibits retained by Counsel.)
6
     (*r) DOCUMENTS:
7
        Page:  20
8       Page:  22
        Page:  40
9       Page:  154
        Page:  169
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1           THE VIDEOGRAPHER:  Good morning.  We
2    are now going on the record with the
3    deposition of Michael Waller in the matter
4    of Eastern Profit Corporation Limited versus
5    Strategic Vision US, LLC.  Today's date is
6    February 8th.  The time is 9:59.
7           I am the videographer, and the court
8    reporter is Roberta Caiola.  My name is
9    Jaysun Loushin from Huseby Global
10   Litigation.
11          Will counsel please introduce
12   themselves followed by the swearing in of
13   the witness.
14          MR. GRENDI:  Sure.  I'm Zach Grendi of
15   Zeichner, Ellman & Krause for the plaintiff,
16   Eastern Profit.
17          MR. SCHMIDT:  Hi.  I'm Joe Schmidt for
18   Strategic Vision and the witness.
19          MS. TESKE:  I'm Erin Teske with Hodgson
20   Russ, on behalf of Mr. Kwok.
21
22   J. MICHAEL WALLER, called as a witness, having
23   been first duly sworn by a Notary Public of the
24   State of New York, testifies as follows:
25
```

Page 8

```
1    EXAMINATION BY
2    MR. GRENDI:
3      Q.  Good morning, Mr. Waller.  My name is
4    Zach Grendi.  I represent the plaintiff in this
5    matter, Eastern Profit.
6          Have you ever taken a deposition
7    before, or given a deposition?
8      A.  Yes.
9      Q.  So I'm just going to go over a couple
10   of ground rules before we get started.  Please
11   wait until I finish asking a question to respond
12   to the question.  That way, the court reporter
13   can take down your testimony and my questions
14   accurately.  If we're talking over one another,
15   it's very hard for the court reporter.
16          If you need a break at any time, please
17   let us know and we can take one.  We're going to
18   try to get through as much of this as we can
19   today, and that's about it.
20          So please tell me your full legal name.
21   I know you go as J. Michael Waller.
22     A.  John Michael Waller.
23     Q.  That would be the name on your birth
24   certificate?
25     A.  Yes.
```

Page 9

```
1      Q.  What is your address?
2      A.  623 Lexington Place South – Northeast,
3    Washington, D.C., 20002.
4      Q.  And just briefly, can you describe your
5    educational background?
6      A.  I have a bachelor's degree Phi Beta
7    Kappa from George Washington University, a
8    master's degree from Boston University, and a
9    Ph.D. from Boston University.
10     Q.  And after you graduated from school,
11   what is your work history, briefly?
12     A.  Work history is working with non-profit
13   research and policy groups principally in
14   Washington, D.C. and as the Annenberg Professor
15   of International Communication at the Institute
16   of World Politics, a grad school, and then in
17   private business.
18     Q.  Okay.  What are some of the private
19   business work experience that you've had?
20     A.  Business development and opposition
21   research.
22     Q.  Can you name any entities that you
23   provided that service to?  And by that, I mean –
24   I just want to be clear, not the client, the name
25   of the companies that you were working for doing
```

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 10

1 that work.
2        MR. SCHMIDT:  Your employer.
3        MR. GRENDI:  Employer, yeah.
4        A.   I do mean principally, principally as
5 my own contractor for myself through my company,
6 through Oceanic Advisors or Liberty Tree
7 Partners.
8        Q.   How do you know French Wallop?
9        A.   I met her about, first about 35 years
10 ago. I had been a Senate staffer and her husband
11 was a U.S. senator.
12       Q.   Were you a staffer for Ms. Wallop's
13 husband?
14       A.   No.
15       Q.   Did you meet him through your work as a
16 staffer?
17       A.   The senator?
18       Q.   Yes.
19       A.   Yes.
20       Q.   Is that how you met French Wallop?
21       A.   I don't recall.  It could have been at
22 a reception or some other event.
23       Q.   When did you start working with
24 French Wallop in connection with
25 Strategic Vision?

Page 11

1        A.   2016, maybe 2017.
2        Q.   How did that come about?
3        A.   We had talked a lot about doing
4 different business projects.  We had worked
5 together during the Iraq War and the Afghanistan
6 War but never actually did contractual work.  It
7 was just mutual collaboration on work relating to
8 opposing jihadist movements, and then we
9 discussed ways to do business with a variety of
10 prospective clients in 2017.
11       Q.   You're saying 2017 now?
12       A.   2016-2017.  I feel more comfortable
13 saying early 2017.
14       Q.   Okay.  What was the nature of the work
15 you were doing with French Wallop before you
16 started talking about working with Strategic
17 Vision, the Iraq War and Afghanistan War?
18       A.   That was information opposition support
19 for the U.S. Special Operations Forces, or I'll
20 say U.S. Military in general.
21       Q.   So you were both providing that kind of
22 service to the U.S. Military?
23       A.   Yes, independently.  And we had – when
24 she was working on another project, we had talked
25 about bringing me in, but we didn't.

Page 12

1        Q.   And so when did you do your first
2 project with Strategic Vision and French Wallop?
3        You said you started talking in early
4 2017.  When did you do your first project with
5 Strategic Vision?
6        A.   We had several going on at once at
7 about the same time, so I can't – either late
8 2016 or early 2017.
9        Q.   So you jumped right in after discussing
10 with Ms. Wallop working together.  She said, "Can
11 you help on a couple of projects?"
12       Is that what happened?
13       A.   Yeah.  It's more of you get together
14 and you talk about ideas, and you brainstorm
15 about what kind of clients are out there or what
16 kind of work should be done or needs to be done,
17 and then where we would properly fit in and what
18 type of teams to build.
19       Q.   And so how many projects have you done
20 with Strategic Vision?
21       A.   None of it's written down, meaning we
22 don't have a contract, so we just work together
23 because we trust each other.  We have probably
24 two right now.
25       Q.   Just historically, how many different

Page 13

1 projects or clients have you serviced with
2 Strategic Vision?
3        A.   Probably two previous.  The ones we're
4 working on now are not yet clients.  We're just
5 working on building them as clients.
6        Q.   So you're not performing any service
7 for just Strategic Vision right now for any of
8 its clients?
9        A.   No.
10       Q.   And you're working on maybe doing two?
11       A.   Yes.
12       Q.   Other than the project that we're going
13 to discuss in this case with Eastern Profit, how
14 many other projects have you done for Strategic
15 Vision?
16       A.   Probably two.
17       Q.   That you actually performed work on?
18       A.   Yeah.
19       Q.   When was that?
20       A.   Let me correct my earlier statement.  I
21 think it was 2016 when I first did work with her.
22       Q.   That's fine.  So there were two other
23 projects that you performed for Strategic
24 Vision –
25       A.   Yes.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 14

1    Q.   – other than this one?
2    A.   Yes.
3    Q.   So three total that you've performed
4    work for Strategic Vision?
5    A.   This is the third one, yes.
6    Q.   And without identifying the name of any
7    of the clients or anything like that, what was
8    the substance of that kind of work, the other two
9    projects that you performed?
10   A.   Opposition research and political/
11   policy work, messaging.
12   Q.   What is the opposition research?  Can
13   you break that down a little bit and explain what
14   that means?
15   A.   Yeah, it's common in political
16   campaign-type work, but you can use it for really
17   anything where you want to research who your
18   opposition is, everything you can find out about
19   the opposition and use that for advancing your
20   political or policy purposes.
21   Q.   So was it investigation work?
22   A.   Yes.
23   Q.   What kind of investigation work?  Can
24   you describe it?
25   A.   Computer research, sort of academic

Page 15

1    research, good old-fashioned detective-type work.
2    The same way you would do a background
3    investigation.
4    Q.   And do you do that work personally?
5    A.   I do some of it personally, but I
6    arrange teams where it's beyond my expertise or
7    where the scope is too large.
8    Q.   So sometimes you'll perform the
9    investigatory research yourself if the resources
10   are available?
11   A.   Yes, or if my capabilities are there.
12   If they're beyond my capabilities, I'll hire out
13   the talent.
14   Q.   So you've done that for Strategic
15   Vision?
16   A.   Yes.
17   Q.   What if the research is beyond your
18   capabilities?
19   A.   You hire people who have those
20   capabilities.
21   Q.   You have contacts who can do that kind
22   of research when you can't do it?
23   A.   Yes.
24   Q.   Where is Strategic Vision located?
25   A.   At French Wallop's house.

Page 16

1    Q.   So it doesn't have a storefront or
2    office or anything like that?
3    A.   No.
4    Q.   Do you work in that office when you're
5    working on a project for Strategic Vision?
6    A.   No.  We'll meet at her house to talk,
7    that's all.
8    Q.   Just going back to your career.  How
9    many opposition research projects have you
10   performed in your career?
11   A.   More than a hundred.
12   Q.   Some of those are within the
13   United States?
14   A.   Both in the United States and abroad.
15   Q.   What's the split there, if you can
16   ballpark that?
17   A.   Roughly 50/50 either way.  I couldn't
18   quantify it.
19   Q.   So sometimes the subjects of an
20   investigation are in other countries and
21   sometimes they're in the United States?
22   A.   Yes.
23   Q.   Does French Wallop ever do this kind of
24   investigatory work, opposition research?
25   A.   She does, using different methods.

Page 17

1    Q.   So if you and French Wallop are working
2    on a project?  What's the division of labor?
3    What work would you do and what work would she
4    do?
5    A.   She normally does the networking in the
6    political or diplomatic or intelligence
7    communities through her personal networks.  Her
8    husband was on the Senate Intelligence Committee,
9    so she has connections going back longer than
10   I've known her.  She's maintained all those
11   contacts worldwide, and she's multilingual and
12   she's traveled very extensively.  So she'll use
13   those higher level contacts, and then I'll do the
14   more nuts-and-bolts work.
15   Q.   So in other words, Ms. Wallop might use
16   her network of contacts to get a certain amount
17   of information, investigatory research, and then
18   you might drill down on that data.
19   Is that fair to say?
20   A.   Yeah.  On occasion, yeah.
21   Q.   Let's look at a document here, and
22   we'll mark it as Waller 1.
23   MR. SCHMIDT:  Unless you just want to
24   continue numbering them.
25   MR. GRENDI:  I think I'm just going to

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 18

1  do them by name.  There's going to be some
2  overlap, so I don't want to mix and match.
3  I just want to keep them separate.  I have
4  to be careful not to give you the one that
5  I've marked up, so please bear with me.
6      (Waller Exhibit 1, Research Agreement
7  January 1, 2018, marked for identification.)
8      MS. TESKE:  Sorry, you said this is
9  Waller 1?
10      MR. GRENDI:  Yeah, this is Waller 1.
11      Q.  Mr. Waller, can you please just take a
12  moment to look at this document and let me know
13  when you're done reviewing it.  You don't have to
14  read every word.  Just familiarize yourself with
15  it.
16      A.  Okay.
17      Q.  Mr. Waller, do you recognize this
18  document?
19      A.  I recognize one with a different date
20  that's filled out.
21      Q.  Before today, you don't know if you've
22  ever seen this document?
23      A.  I'm not sure.  There are several
24  versions of it.
25      Q.  Let me ask you about that.  So does

Page 19

1  Strategic Vision have a standard research
2  agreement that it uses for its clients?
3      A.  I don't know.
4      Q.  Have you seen an agreement similar to
5  this in the past?
6      A.  No.  Well, apart from earlier drafts of
7  this one, no.
8      Q.  So you don't know, sitting here today,
9  whether Strategic Vision has a stock agreement
10  that it provides to its clients when there's a
11  project of this nature?
12      A.  I don't know.
13      Q.  So you don't know how long Strategic
14  Vision has used this document?
15      A.  I wrote the draft of this with Guo.
16      Q.  You wrote this document?
17      MR. SCHMIDT:  Just give me a chance to
18  object.
19      THE WITNESS:  Okay.
20      MR. SCHMIDT:  No, go ahead.  You're
21  good.
22      Q.  Did you write the original draft of
23  this research agreement?
24      A.  Not this draft, but I wrote drafts
25  leading up to what appears to be this draft.

Page 20

1  (*r)    MR. GRENDI:  Joe, I think we are going
2  to call for the production of any drafts
3  that weren't already produced.
4      MR. SCHMIDT:  All right.
5      Q.  So do you have those prior drafts in
6  your computer at home?
7      A.  I have one, I think, dated December 29,
8  2017.
9      Q.  Were there any drafts before
10  December 29, 2017?
11      A.  I don't know.  It was with Guo and
12  Lianchao Han and French Wallop, and then later on
13  with only French Wallop and Yvette Wang.
14      Q.  You said before that you worked on the
15  first draft of a document like this, is that
16  right?
17      A.  On initial drafts, but yes.
18      Q.  When did you do that initial draft?
19      MR. SCHMIDT:  Objection.
20      MR. GRENDI:  Is the witness going to
21  answer or are you saying he's not going to
22  answer?
23      MR. SCHMIDT:  It's a form objection.
24  You can answer.
25      THE WITNESS:  When there's an

Page 21

1  objection, am I bound to answer?
2      MR. SCHMIDT:  If I don't instruct you
3  not to answer, you can go ahead and answer.
4      THE WITNESS:  Repeat the question,
5  please.
6      MR. GRENDI:  Can you read it back,
7  please.
8      (Whereupon, the referred to question
9  was read back by the Reporter.)
10      A.  It's hard to say exactly because we
11  were developing the concept, developing the work
12  plan, developing the budgets, and so it would
13  have been depending on what an initial draft is,
14  in November or December of 2017, probably
15  December 2017.
16      Q.  Who did you work with on that draft,
17  the first draft?
18      A.  With Miles Kwok directly, with Lianchao
19  Han as the interpreter and facilitator, and with
20  French Wallop.
21      Q.  Where was that?  That sounds like it
22  was a meeting in person.
23      A.  Yes.  It was at Miles Kwok's residence
24  in New York City.
25      Q.  That was around, you're saying, early

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 22

1  December 2017?
2      A.   Roughly, yeah.  I'd have to go back and
3  check.  I can give you an absolute date.  We went
4  through ideas first, which wouldn't be a draft of
5  the contract, and then we did the draft of the
6  contract.  We did it directly at Kwok's
7  residence.
8      Q.   So did you handwrite it or did someone
9  else handwrite it or was there a computer
10  involved?  Can you just describe the writing
11  process?
12      A.   Yeah, I would have handwritten it
13  because we did not have computers in those
14  meetings.
15      Q.   So you took handwritten notes as to
16  what the provisions of the contract would be?
17      A.   Yes.
18      Q.   Did anyone else take notes like that?
19      A.   I don't recall.
20  (*r)    MR. GRENDI:  We would also call for the
21      production of those notes, Joe.
22      Q.   So please, if you would, describe what
23  was discussed at this meeting where the first
24  draft of the research agreement was memorialized
25  or discussed.

Page 23

1      A.   It was a lengthy meeting at his house.
2  It was split up by a sit-down in his living room
3  and then conversations in his dining room.  And
4  it was developed – he told us what he wanted to
5  do.  We then said how we could meet that.  We
6  told him some of the things to do may not be
7  legal in the United States to do.  He was fine
8  with that.
9          Then we developed the scope, and then
10  from the scope developed a budget.  And I can't
11  recall specifically if we discussed the budget in
12  that first meeting or subsequently, and I did not
13  save a lot of the notes on purpose.
14      Q.   So you threw away the notes?
15      A.   Yeah.
16      Q.   When did you dispose of the notes?
17      A.   Ordinarily I destroyed my notes on
18  things where they have to be confidential, where
19  there's a high-risk environment, to protect the
20  client and to protect our own people, so I don't
21  remember when I would have done that.  It would
22  have been certainly before any dispute arose.
23      Q.   You mentioned what – you said Mr. Guo
24  want.  Who are you talking about when you say
25  "Mr. Guo"?

Page 24

1      A.   He uses three names.  Miles Kwok, I
2  suppose, is the name he's using today for his
3  representation here.
4      Q.   Do you also know him as Guo Wengui?
5      A.   Yes.
6      Q.   You said there were three names.
7      A.   There was a third name that contained
8  the name "Guo."  I don't recall the exact part of
9  the name.
10      Q.   This meeting that you say occurred at
11  Mr. Guo's, you say, apartment –
12      A.   Yes, or whatever his unit is called.
13      Q.   – in December of 2017, was that the
14  first time you had met him?
15      A.   Yes.
16      Q.   You described he told you what he
17  wanted.  What did he tell you he wanted?
18      A.   He wanted to do battle with the Chinese
19  Communist Party leadership.
20      Q.   Can you explain a little bit more about
21  what you thought he meant by that?
22      A.   Yes.  He wanted to exploit divisions
23  within the Communist Party leadership as
24  President Xi was consolidating power.  He wanted
25  to take advantage.  He wanted to exploit

Page 25

1  differences within the regime and within other
2  Chinese billionaires living both inside and
3  outside the People's Republic of China for the
4  purposes of disrupting the Xi government.  He
5  also wanted to expose the family networks of
6  certain of those Communist Party officials,
7  including what he described was their children
8  born out of wedlock who lived under different
9  names with relatives who managed the party
10  leaders' illegally gained funds and a range of
11  things related to that.  The bottom line was it
12  was for disruption of the Chinese Communist Party
13  leadership.
14      Q.   Was this the first time you had heard
15  about that being the supposed goal of this
16  research or request?
17      A.   Before I met him, I was told that he
18  was going to do this, and that's why I took an
19  interest in doing it.
20      Q.   Who told you about that interest?
21      A.   French Wallop told me and Lianchao Han
22  told me and Bill Gertz told me.
23      Q.   Let's just go one at a time.  Who is
24  the first one of those three people to tell you
25  or was it maybe one meeting?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 26

1    A.  I believe it was French Wallop.
2    Q.  And then subsequent to that, you talked
3  to who about that?
4    A.  To Lianchao Han, L-i-a-n-c-h-a-o.  The
5  second name is H-a-n.
6    Q.  This is all before this December
7  meeting in Mr. Guo's apartment?
8    A.  Yes.
9    Q.  When did you talk to Bill Gertz?
10   A.  At about that same time.  Bill Gertz
11  had asked French Wallop if she could do this
12  work.  She said she would like to bring me in.
13  He thought it would be a great idea, in his
14  words, and Lianchao Han agreed.  And that's when
15  I was brought up to meet – then I conferred with
16  Lianchao and was brought up to meet Guo.
17   Q.  So Mr. Guo apparently described what he
18  wanted to do, and then you said that Strategic
19  Vision – let's strike that and start over.
20  Sorry.
21       So Mr. Guo told you what he wanted from
22  you and Ms. Wallop.  What did you tell him back
23  in terms of what Strategic Vision and you
24  yourself could provide as a service?
25   A.  First, I never spoke on behalf of

Page 27

1  Strategic Vision.
2    Q.  Okay.  Who were you speaking on behalf
3  of?
4    A.  On behalf of myself.
5    Q.  So you don't have an employment
6  agreement with Strategic Vision?
7    A.  No.
8    Q.  Did you explain to Mr. Guo and
9  Mr. Lianchao that you did not work for Strategic
10  Vision?
11   A.  Yes.
12   Q.  When was it?  Was that at this meeting
13  that you're talking about now?
14   A.  It was probably at the first meeting
15  with Guo.  I never implied anything that I worked
16  for Strategic Vision.
17   Q.  Did you explicitly say "I don't work
18  for Strategic Vision"?
19   A.  I don't recall if it was quite put that
20  way.  I would let Ms. Wallop answer that because
21  she was speaking for her company.  We presented
22  ourselves as a team, and we were specific that we
23  assemble teams on an as-needed basis to do this
24  type of research because there's no corporate
25  profile.  And that was essential for maintaining

Page 28

1  the client confidentiality and the
2  confidentiality of the work.
3    Q.  So you're saying at the outset here you
4  explained to Mr. Guo and Mr. Lianchao that
5  Strategic Vision and you personally are not
6  working together directly.  That you're, I guess,
7  an independent contractor?
8    A.  Yes, that would be accurate, as an
9  independent contractor.
10   Q.  And you explained that to Mr. Guo and
11  Mr. Lianchao?
12   A.  Yes.
13   Q.  Did they say anything when you
14  explained that?
15   A.  No.
16   Q.  Getting back to my original question,
17  what did you and Strategic Vision, through
18  Ms. Wallop, explain as a possible service that
19  could be provided to Eastern Profit?
20   A.  We could provide this opposition
21  research to Guo.  That we would set up the teams
22  to do the work.  That the work would have to be
23  done both in the United States and outside the
24  United States.  That we were starting up cold.
25  We never implied that we had a corporate entity

Page 29

1  with a staff and resources, that we would be
2  starting this up from scratch as we do with all
3  our projects.  So he was fine with that.
4    Q.  Did you or Ms. Wallop explain what
5  either your capabilities or Ms. Wallop's
6  capabilities were in terms of providing this
7  research?
8       MR. SCHMIDT:  Objection.  Go ahead.
9    Q.  Let me break it down, then.
10       Did you explain what you could provide
11  as a service in connection with this research?
12   A.  Yes.
13   Q.  And what did you explain to the parties
14  present?
15   A.  That I would assemble the research team
16  and supervise the research team.
17   Q.  That's the research team that would
18  perform investigatory research?
19   A.  Yes.
20   Q.  Did Ms. Wallop explain what Strategic
21  Vision could provide in connection with this
22  research?
23   A.  Yes.
24   Q.  What did she say, if you recall?
25   A.  I don't recall exactly.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 30

1    Q.   What do you recall generally?
2    A.   That she could get the work done.
3    Q.   Were any other services described or
4  offered at this meeting, other than – let's call
5  it investigatory research or, as you called it,
6  opposition research?
7    A.   Yes.  Guo had a big vision of things
8  that he wanted to do, and between Mrs. Wallop's
9  own research and connections and my own, we could
10  provide all of that or arrange for it to be
11  provided.
12    Q.   What were these other services?
13    A.   Guo was invested in purchasing real
14  estate in Washington, D.C. and in New York City
15  and Westchester County.  Mrs. Wallop had been
16  involved with high-end real estate in the past,
17  so she took that on.
18    Q.   So that was discussed at this meeting?
19    A.   I believe it was at that meeting.  If I
20  remember correctly, Lianchao first raised it with
21  us before we met Guo.
22    Q.   When you say "we," you mean you and
23  Ms. Wallop?
24    A.   Yes.
25    Q.   Now, at the time of this meeting in

Page 31

1  Mr. Guo's apartment, did you understand that
2  there had been prior meetings between either
3  Mr. Guo or Yvette Wang or Lianchao Han and
4  Strategic Vision?
5    A.   And Strategic Vision, no.
6    Q.   What about French Wallop?
7    A.   I don't know.  No, no.
8    MR. SCHMIDT:  No, you don't believe
9  they met before?
10    THE WITNESS:  I don't believe they met
11  before.
12    Q.   So you're not sure if French Wallop had
13  shown Mr. Guo or Yvette Wang real estate in the
14  Washington, D.C. area prior to this meeting?
15    A.   No, that was after the meeting.  There
16  was more that he wanted us to do.
17    Q.   Such as?
18    A.   He wanted to set up a foundation, a
19  non-profit foundation for public policy relating
20  to China based in Washington, D.C.  He discussed
21  certain properties he wanted to buy in
22  Washington, D.C. to house that foundation, a
23  prestige property in Georgetown and a property
24  right across from the U.S. Treasury Department
25  overlooking the White House.

Page 32

1    He also wanted to set up a media
2  organization tentatively called Guo Media, and we
3  discussed various aspects of that.
4    Q.   Did Strategic Vision and Mr. Guo ever
5  agree to those other services?  Let's call them
6  non-investigatory services?
7    A.   I don't think it was contractual.  I
8  think it was just verbal.  Because I do know that
9  she took Yvette around to look at certain
10  properties in Washington, D.C.
11    Q.   But to your knowledge, there was never
12  any written agreement between Mr. Guo and
13  Strategic Vision concerning these other services?
14    A.   Not that I know of.
15    Q.   Going back to the terms of the research
16  agreement that you were drafting at this meeting.
17  To the extent you can recall, what were the basic
18  terms that were discussed that you wrote down or
19  remember?
20    MR. SCHMIDT:  Just objection, but go
21  ahead.
22    A.   Okay.  First I'd have to sort out one
23  meeting from the other and then what we discussed
24  before or after the meeting without Guo present,
25  so everything might not be completely accurate.

Page 33

1    MR. SCHMIDT:  Is the question just what
2  he drafted at that December meeting, the
3  notes he took?  That's the problem with the
4  question.
5    MR. GRENDI:  That's fair.
6    MR. SCHMIDT:  Maybe we can narrow it,
7  take it one bite at a time.
8    Q.   What were the notes that you took, to
9  the extent you recall, regarding this agreement
10  at the meeting at Mr. Guo's apartment that we've
11  been discussing?
12    A.   The general things that he wanted were
13  he wanted to investigate up to 4,000 individuals
14  in China or Chinese nationals living outside
15  China, and he wanted to start with ten.  He
16  described the types of research he wanted done.
17    Q.   Would that include financial forensic
18  research?
19    A.   Yes.
20    Q.   And would it include tracking research?
21    A.   Yes.
22    Q.   How about social media research?
23    A.   Yes.
24    Q.   So if you look at what we marked as
25  Waller 1, do items A, B and C describe the type

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 34

1  of services that Mr. Guo apparently asked for at
2  this meeting?
3      A.  Yes.
4          MR. SCHMIDT:  Objection.
5      Q.  What else was discussed at the meeting,
6  other than the 4,000 individuals starting with
7  ten, and the types of research?
8      A.  Guo had a three-year plan.  He wanted a
9  three-year contract to fulfill that plan.  He had
10  a larger plan of his own of which this was just
11  supposedly a small part.
12      Q.  Anything else you recall?
13      A.  He was extremely conscious of his own
14  personal security.  He expressed fear that he
15  would be murdered.  He expressed concern for his
16  property that was still in China, his overall
17  interest in China.  He expressed concern that
18  under no circumstances should our relationship
19  ever be divulged to anyone.
20          We discussed security measures we would
21  take, which were rather extraordinary because
22  they were meant to avoid detection by the Chinese
23  intelligence services called MSS, which is
24  extremely active in the United States.
25      Q.  That's MMS, you said?

Page 35

1      A.  MSS, Ministry of State Security.
2      Q.  Thanks.  Did Strategic Vision or you
3  offer any terms or conditions to providing this
4  service?
5      A.  In which way?
6      Q.  In other words, you've described what
7  apparently Mr. Guo had requested.  Was there
8  anything that Strategic Vision requested in
9  connection with this service?
10      A.  From him?
11      Q.  Just in connection with providing this
12  investigatory research.  For example, price?
13      A.  Yeah, of course.
14          MR. SCHMIDT:  Do you mean terms that
15  they wanted?
16          MR. GRENDI:  Exactly.
17          MR. SCHMIDT:  Terms of the contract,
18  did you make any requests at that meeting?
19      A.  Sure.  We -- and I don't know if it was
20  at that specific meeting or one subsequent to it,
21  but at the time of working out the contract,
22  let's say sometime in December of 2017.  And some
23  of it was directly with him and some of it was
24  indirectly through Lianchao, and I can't recall
25  necessarily which was which.

Page 36

1          One of the issues was a deposit of $1
2  million to finance the start-up of getting the
3  teams in order and getting all the pieces in
4  place.
5      Q.  Is $1 million the kind of starting
6  negotiating point that Strategic Vision had, or
7  did they demand a different sum?
8      A.  No, we had a larger sum for the work
9  involved, but we needed the funds to start up the
10  teams and to get all the pieces in place.  We
11  were very explicit that we were starting up cold.
12  We requested it first as a signing bonus.  He
13  disagreed.  He objected to that completely, so we
14  agreed on a deposit which would be credited to
15  the last month, roughly month and a third of the
16  contract, so he wouldn't pay us a final payment
17  at the end of year one.  We would just deduct
18  that.  We would just deduct the deposit as our
19  payment.
20      Q.  What about other payment terms?  Were
21  they discussed?
22      A.  Yes.  They were to be, specifically to
23  be circuitous payments so that the Chinese
24  intelligence authorities could not find that he
25  was making payments to any of us.

Page 37

1      Q.  But other than the deposit, was there
2  any other financial consideration discussed for
3  Strategic Vision's services, or your services?
4      A.  Yes.  There was a $750,000-a-month
5  flat-rate payment that was due at the end of the
6  pay period.
7      Q.  And that was discussed at this meeting?
8      A.  At one of those meetings.  I don't
9  recall specifically which.
10      Q.  I just want to go back to this meeting
11  in early December at Mr. Guo's apartment.  Were
12  there any other terms and conditions that
13  Strategic Vision wanted in connection with this
14  research agreement?
15      A.  Financial terms?
16      Q.  Any terms.
17      A.  Yes, we wanted to be paid obviously on
18  time, within five days of the end of the pay
19  period.  We would not issue a formal invoice to
20  avoid having any paperwork or paper trail
21  directly with him.  He would arrange for the
22  payments at the end of the month to be made
23  through a circuitous route for the purpose of
24  avoiding detection by the Chinese authorities.
25          If you want to be more specific, I can

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 38

1  address things more specifically, but offhand I
2  can't think of anything else.
3      Q.   Okay.  And in terms of negotiating
4  these terms for Strategic Vision, were you taking
5  a lead on that or was Ms. Wallop taking the lead
6  on that?
7          MR. SCHMIDT:  Objection.
8      We teamed it.
9      Q.   Did you have –
10     A.   We worked with Lianchao as Guo's agent
11 or representative prior to this to determine the
12 scope.  Then when we met with Guo, he narrowed
13 the scope and then we came to the agreement for
14 750 a month.
15     Q.   What was your financial arrangement
16 with Strategic Vision in connection with this
17 research agreement?
18     A.   That French Wallop and I would split
19 the profits evenly.
20     Q.   Would it be you personally that would
21 split the profits evenly or one of your
22 companies?
23     A.   There were LLCs in my name, so it's
24 effectively me paid to one of my LLCs.
25     Q.   So your understanding through Strategic

Page 39

1  Vision was half of the money that comes in
2  through this research agreement would be paid
3  either to you or one of your LLCs?
4      A.   Half of the profits, yes.
5      Q.   Profits, okay.  So not just revenue.
6  Let's just say if the agreement was a million
7  dollars, you wouldn't get 500,000.  You would get
8  some smaller sum based on either overhead or
9  other costs?
10     A.   That's correct.
11     Q.   How did you plan on accounting for
12 that?
13     A.   Pardon.  There were also expenses paid
14 to one of my LLCs for the purpose of rerouting
15 this through a few channels to avoid detection by
16 the Chinese.
17     Q.   Which LLC was that?
18     A.   That was one that French and I both set
19 up called Georgetown Research LLC.
20     Q.   How much money was sent to Georgetown
21 Research LLC?
22     A.   I have the statements.  I'm guessing
23 $300,000, I'm guessing, but I can provide the
24 statements.
25     Q.   With respect to this agreement to split

Page 40

1  the profits, did you have a written agreement or
2  an oral agreement?
3      A.   Verbal agreement.
4      Q.   So there's no written agreement between
5  you and Ms. Wallop concerning how you or your
6  LLCs would be paid for your services in
7  connection with this research agreement?
8      A.   That's correct.
9      Q.   Other than the $300,000 payment, was
10 there any other payments from Strategic Vision to
11 you or one of your LLCs in connection with this
12 research agreement?
13     A.   Yeah.  I can provide those, the
14 documentation to that effect.
15 (*r)    MR. GRENDI:  Joe, I'm going to ask for
16     the production of Strategic Vision's records
17     with respect to these payments.
18         MR. SCHMIDT:  Okay.  I assume you're
19     going to follow up with a letter or
20     something detailing this, right?
21         MR. GRENDI:  Once we get the
22     transcript, we can do that.
23         MR. SCHMIDT:  Okay.  Because we
24     obviously owe you a letter from the last
25     deposition too.

Page 41

1          MR. GRENDI:  I understand.
2      Q.   You said you have records concerning
3  these transactions?
4      A.   The bank statements, yes.
5      Q.   Just ballpark, all in, do you know
6  about how much money was transferred from
7  Strategic Vision to you or your LLCs in
8  connection with this research agreement?
9      A.   I would say about that $300,000 figure
10 that I was referring to before was probably it,
11 but I would have to check, because the LLCs were
12 also used as a pass-through, by design.
13     Q.   Just in connection with this research
14 agreement, how many different LLCs were used?
15     A.   My own that I control?
16     Q.   Yes.
17     A.   Three.
18     Q.   What are those three?
19     A.   That would be Oceanic Advisors, Liberty
20 Tree Partners, although I don't recall if there
21 was a payment made to Liberty Tree, but that
22 would have been one, and then Georgetown Research
23 which was our joint LLC.
24     Q.   So why were these funds transferred to
25 your LLCs?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 42

1    A.  So that we could make payments to start
2  team 1 and to cover all related expenses in
3  starting up this project.
4    Q.  So these payments were not for, as you
5  described it earlier, splitting the profits?
6    A.  That was part of the start-up.  We did
7  not deplete the funds.  There were funds left
8  over, but there were all kinds of costs involved
9  to start this up.  So anything involved in
10  starting up this project, we did through this
11  means.
12    Q.  I understand.  Correct me if I'm wrong.
13  The payments that were made to your three LLCs
14  were made in connection with you or your LLCs
15  retaining team 1?
16    A.  Yes.  To building and retaining team 1
17  and all of its equipment and all associated
18  expenses.
19    Q.  Did there come a time when you received
20  payment for splitting the profits?
21    A.  Yes.  I took some of the funds at that
22  same time to pay for my own expenses and my own
23  work, but it was not a splitting of the profits.
24    Q.  Right.  What I'm asking about is not
25  these payments that you just described.  What I'm

Page 43

1  asking about is was there ever another time when
2  you received money from Strategic Vision for
3  splitting the profits from this research
4  agreement?
5    A.  Yeah, during the first month of work.
6    Q.  How much was that payment for?
7    A.  I don't remember.  I have the records.
8    Q.  But you did -- you do recall receiving
9  a payment from Strategic Vision for splitting the
10  profits?
11    A.  To one of the LLCs.
12    Q.  Is that a "yes," though?
13    A.  "Splitting the profits" is the wrong
14  term.  It was for the first months of our own
15  compensation.  One of the issues was we wanted to
16  be paid one month in advance.  Guo objected.  We
17  still had to pay ourselves for that month's work.
18  I'm speaking for myself.  I'm not speaking for
19  Ms. Wallop or Strategic Vision.
20    Q.  I understand.  I just want to make the
21  record clear.  Did there ever come a time when
22  the profits from this research agreement were
23  split between you and Strategic Vision?
24    A.  Yes, but there are still funds left
25  that were not spent.  I don't have access to the

Page 44

1  Strategic Vision account, so I wouldn't know.  I
2  imagine there were some residual things, so the
3  profits were not fully -- to the extent there
4  were profits, they were not fully split.
5        We were cheated out of the first
6  month's work and the second month's work, and
7  then his failure to give 30-days' notice because
8  we were left in limbo.  So as far as we're
9  concerned, there were no profits because Miles
10  Kwok, or Guo cheated us out of our earnings.
11    Q.  So you don't expect to get any money
12  from French Wallop for any profit in connection
13  with this engagement?
14    A.  There's no profit if we were cheated.
15    Q.  I would appreciate it if you would just
16  answer the question directly.  Was there no
17  profit from this engagement for you or Strategic
18  Vision?
19    A.  You have to define "profit."  What were
20  our opportunity costs?  What were our losses from
21  doing work and preparing work for them for which
22  we were not compensated, or for not taking on
23  other jobs because we were working on Guo's work
24  for which he did not compensate us?  So it's an
25  academic question on what constitutes profit.

Page 45

1    Q.  Let me ask you this.  Do you expect
2  Strategic Vision to send you any payment in the
3  future in connection with, quote-unquote "profit"
4  from this engagement?
5    A.  If Guo pays what he owes yes, I do.  He
6  owes us $2 million in failure to pay and failure
7  to give notice that he was terminating the
8  contract in 30 days.  If and when he pays that,
9  yes, I expect to receive my share of the profit.
10  That's how we operate.
11    Q.  Let's just say the only money that
12  Strategic Vision has is the million dollars.  Is
13  there any profit to split?
14    A.  Not anymore, not with this legal case.
15    Q.  Did you and Strategic Vision ever
16  detail how profit would be defined, in terms of
17  splitting the profits from this engagement?
18    A.  In terms of dividing up the revenues
19  from this engagement, it would be a 50/50 split
20  after expenses.
21    Q.  Expenses, okay.  What expenses would
22  those be?
23    A.  The research teams, any travel, any
24  legal, any contractors, any equipment, any
25  leases, any security measures, anything related

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 46

1  to running the business.
2      Q.   And I guess legal fees –
3      A.   To executing this contract.
4      Q.   I would guess legal fees are apparently
5  a part of that?
6      A.   It's a part of running a business.
7      Q.   I'm asking about what you and –
8      A.   Legal fees are part of running a
9  business, yeah.  They happen to be, yeah.
10          MR. GRENDI:  Let's do number 2.
11          (Waller Exhibit 2, Research Agreement
12      December 29, 2017, marked for
13      identification.)
14      Q.   Mr. Waller, do you recognize this
15  document?
16      A.   Yes.
17      Q.   What is it?
18      A.   This is the research agreement that I
19  was referring to before dated December 29th.
20  It's the signed and initialed agreement between
21  French Wallop and Yvette Wang, who was working as
22  the agent of Miles Kwok, dated January 6, 2018.
23      Q.   So this is different from the draft
24  agreement I had showed you earlier, Exhibit 1?
25      A.   It's not the exact same agreement.

Page 47

1      Q.   So there was subsequent negotiation of
2  this agreement after the first draft that we've
3  showed you was drafted?
4      A.   This draft, this January 1st draft,
5  Exhibit Waller 1 is dated after the signed
6  agreement, Waller Exhibit 2, so I don't know what
7  you mean by "first draft."
8      Q.   But you don't know if Exhibit 1 was
9  drafted before or after the signed agreement?
10     A.   I don't know.  It would appear here you
11  fill in the blanks, and there are several blank
12  areas.  I have not read the text to compare the
13  text, but obviously the December 29th agreement
14  looks more complete than the one that's dated
15  January 1st.
16     Q.   Were you physically present when
17  Exhibit 2 was signed?
18     A.   No.
19     Q.   Were you telephonically involved or
20  telephonically present when this Exhibit 2 was
21  signed?
22     A.   No.  I was not present in any way,
23  shape or form, human or electronic.
24     Q.   Good to know.
25          Just looking at the agreement, the

Page 48

1  research subjects are referred to as "Fish."  Do
2  you see that on – call it Eastern 7?  It's the
3  third page.
4      A.   Yes.
5      Q.   Where does that term "fish" come from?
6      A.   That was Guo's term.  It's admittedly a
7  very weird term to put in a contract.
8      Q.   You kind of anticipated my follow-up
9  question.  Have you ever done a contract that
10  referred to research subject as "fish"?
11     A.   No.
12     Q.   So this is the first one that you
13  ever –
14     A.   For fish?
15     Q.   Yes.
16     A.   Yes.  I mean, I wasn't going to deliver
17  him flounder as a deliverable, no.
18     Q.   Right.  And the contract refers to
19  "fish in the tank per year."  Do you see that?
20     A.   Yes.
21     Q.   What does the "tank" mean in that
22  context?
23     A.   This was a metaphor that Guo had in our
24  discussions with him about the number of people
25  to be researched at any given time and in the

Page 49

1  three categories outlined in the contract.  So if
2  you had ten individuals and three categories,
3  there would be 30 – a set of 30.  But on
4  occasion, it would be impossible to research
5  certain of them, so you might only research eight
6  or he might want 12.
7          There would still be the same number of
8  deliverables, though, so it wouldn't be all three
9  items on all of them.  It might be only one or
10  two on some or there might be more people.  So
11  you have a, in his words, a water level in the
12  tank that is constant.
13     Q.   Would that also perhaps be referred to
14  as a "waterline"?  Have you ever heard that term
15  "waterline"?
16     A.   I don't know the difference.
17     Q.   So you and Ms. Wallop had never heard
18  of this kind of jargon in connection with the
19  investigatory research project?
20     A.   Never.  It was very strange.
21     Q.   Did you guys ever talk about how
22  strange you thought that was?
23     A.   Wouldn't you?  Yes.
24     Q.   What was the nature of that
25  conversation between you and Ms. Wallop about

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 50

1 these terms being strange?
2   A.  Any normal person would have a – you
3 can imagine, if that was his way to quantify the
4 agreement and we put it down, then that was okay.
5 He was the client.  We all understood each other.
6 If you had a, let's say a body of ten names times
7 three issues per – so that's 30 deliverables –
8 and you couldn't find information on five of
9 them, you go to the next five, but you're really
10 researching 15 people but not on every single
11 category.  So you would have 15 people for, say,
12 an average of two categories per for a total of
13 15, and that's what the fish would be.  Or the
14 subject would be the fish times three.
15   Q.  Let me ask you this, then.  What term
16 would you normally use in a research agreement
17 like this to describe what is referred to here as
18 the "fish" or the "tank" or the "waterline"?
19   A.  I would say "subject" or "individual"
20 or "target," something more...
21   Q.  And in other agreements you used those
22 terms, not fish?
23   A.  Never, no, no.  In my mind I thought it
24 was sort of just a Chinese way of illustrating
25 something and it was a cultural difference, and

Page 51

1 we went along, okay, if you want to call it
2 "fish," we'll call it "fish."
3   Q.  So you or Ms. Wallop didn't object to
4 this terminology?
5   A.  No.  If that's the way he understood
6 it, then that was fine with us.
7   Q.  In your view, is Strategic Vision very
8 experienced in providing the research
9 contemplated by this agreement?
10   A.  I don't know what Strategic Vision has
11 done in the past on this, but in terms of French
12 Wallop being able to deliver on her contacts in
13 the political and policy and diplomatic and
14 intelligence communities, absolutely, yes.  In
15 terms of my capabilities to be brought on as a
16 contractor with Strategic Vision for the
17 remainder of the deliverables, absolutely, yes.
18   Q.  Did you convey that confidence in
19 providing this sort of research to Mr. Guo or
20 Lianchao or Yvette Wang prior to the execution of
21 this agreement?
22   A.  Yes, we explained it explicitly.  In
23 fact, we were so detailed in explaining it, Guo
24 said, "I don't want to know it.  I don't want to
25 know it.  Just go do it."  He got impatient about

Page 52

1 it.  We tried to explain all the methodology to
2 him, and he didn't want to know the methodology.
3 He just wanted the product.
4     MR. GRENDI:  Do you need a break?
5     MR. SCHMIDT:  No.
6   Q.  You said before you've worked on two
7 similar projects with Strategic Vision?
8   A.  Not similar to this, but similar in
9 terms of opposition research or messaging.
10   Q.  So let's drill down on that.  Have you
11 ever performed investigatory research for
12 Strategic Vision that entailed what's described
13 in the research agreement as financial, forensic,
14 historical research?
15   A.  Not for Strategic Vision.  That's why
16 she brought me on board, to perform that type of
17 work.
18   Q.  What about for current tracking
19 research?  The same answer or different?
20   A.  Current tracking, no.  I had not done
21 that.  That's what we got the team members to do.
22   Q.  What about social media research?
23   A.  Yes.
24   Q.  Let's just talk about – going to
25 Eastern 5 – the financial, forensic historical

Page 53

1 research.  I'm sorry, the document is Eastern 5
2 on the bottom right corner there.  It's page 1.
3     When I'm referring to either "Eastern"
4 or "Strategic Vision" X number, I'm talking about
5 the Bates number that's in the right-hand corner
6 there, just so you can follow along.
7   A.  Okay.
8   Q.  Do you see financial, forensic
9 historical research there?
10   A.  Yes.
11   Q.  This description of it, was that
12 drafted in conjunction with a conversation you
13 had with plaintiff here?
14   A.  I would say conversations plural and
15 with Lianchao who was acting as his agent.
16   Q.  Who is Lianchao Han?
17   A.  Lianchao Han was a former Chinese
18 foreign ministry official who was a political
19 prisoner in China.  He spent four years doing
20 slave labor in the Gulag there, breaking rocks.
21     He became involved in the democracy
22 movement.  He was a Tiananmen Square student
23 protest organizer.  I first met him about 30
24 years ago.  I did not keep contact with him, but
25 we traveled in the same universe of people, so we

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 54

1   had a familiarity with each other and each
2   other's work.
3           He was working with Guo.  Guo was
4   trying to hire him.  He was not, to my knowledge,
5   paid by Guo and did not want to be, but he was
6   acting as Guo's agent to set up this arrangement
7   and to serve as Guo's interpreter.
8       Q.   Does Mr. Guo speak English well?
9       A.   He speaks it well but not fluent.  You
10  can have a conversation with him and he can read
11  it fine, but he cannot -- he would need
12  assistance of an interpreter.
13      Q.   So you've spoken to Mr. Guo in English
14  before?
15      A.   Yes.
16      Q.   But did you have any kind of difficulty
17  understanding what he was saying or struggle with
18  his English?
19      A.   Yeah, he would struggle with his
20  English, and that's why Lianchao or Yvette would
21  be present during the meetings.
22      Q.   So Lianchao and Yvette were
23  interpreters for Mr. Guo, as you understood it?
24      A.   In addition to serving as his agents to
25  work with us.

Page 55

1       Q.   Just going back to the financial,
2   forensic historical research, has Strategic
3   Vision provided that service in the past?
4       A.   I can't speak for Strategic Vision.
5       Q.   What about for you personally?
6       A.   Yes, as part of another -- as part of
7   other teams.
8       Q.   I just want to talk about the reports
9   referenced on the next page concerning financial,
10  forensic historical research.
11          Do you see the first full paragraph on
12  Eastern 6, "Contractor will produce a progress
13  report"?
14      A.   Yes.
15      Q.   What did you understand a progress
16  report would include or entail?
17      A.   The progress reports were to be on
18  roughly a weekly basis to let him know the
19  progress of how the project was going underway.
20  Initially, the progress reports were simply this
21  is the progress.  We're setting up the team.  We
22  got the funds moved.  We've recruited the right
23  people.  They're in place and so forth.
24          And then the -- so those were the
25  progress reports, and then the, quote, reports to

Page 56

1   be defined was never intended as a finished
2   analytical essay or bound type of report that one
3   would be accustomed to in a legal or business or
4   an academic environment.  It was simply raw data
5   passed on a USB thumb drive, a flash drive from
6   team 1 through me straight to Guo or his agent.
7           He did not want an analytical product
8   in terms of the short-term reports.
9       Q.   Does this research agreement define
10  what a progress report will have in it?
11          MR. SCHMIDT:  Objection.
12      A.   I mean, it says what it says, a
13  progress report.  I want to know the status.  How
14  are things?  Well, great.  Everybody's recruited.
15  They're in place.  They've begun working.  It
16  takes X number of days to do this, which we told
17  him in advance.  We told him something specific
18  would take six days to do.
19          By day 2, Guo was getting impatient.
20  So we were giving him the reports to let him know
21  how the team was coming together.  And then once
22  the team started digging up information -- it's
23  an extremely time-consuming task.  He knew that,
24  so we gave him the information on the sticks
25  right after he asked for it.

Page 57

1       Q.   Right.  I just want to understand.  Do
2   you recall a specific discussion with Mr. Guo or
3   Lianchao or Yvette regarding what would be in a
4   progress report prior to the execution of this
5   research agreement?
6       A.   Yeah, the progress report is simply
7   what's the status of the project.
8       Q.   That's not exactly what I asked.
9       A.   It would be a verbal -- it would be a
10  verbal status report and anything on a stick that
11  the researchers came up with in its raw form, not
12  in an analyzed synthesized form.
13      Q.   I think you're missing my question a
14  little bit, so let me just ask it again.
15          Do you recall telling Mr. Guo or
16  Yvette Wang or Mr. Lianchao what you understood
17  would be in a progress report?
18      A.   Yes.
19      Q.   When was that?
20      A.   That was in -- that was before the
21  contract in December, and it was after the
22  contract was signed.
23      Q.   Let's talk about before.  When was it
24  that you -- well, who did you tell about what a
25  progress report would entail before the contract

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 58

1   was signed?
2       A.   For the first part of it, for the setup
3   part of it, it was merely to tell him the status
4   of putting the team together.  It's a very
5   complicated task to do.  And because of his own
6   security requirements, which was that everything
7   be delivered on a USB port physically – a USB
8   drive physically and not done online – nothing
9   would be done over the internet – that meant
10  physically traveling to a European country to
11  pick up the drive and then returning to New York
12  to deliver it to Guo or one of his agents.
13      Q.   Mr. Waller, I'm not trying to be
14  difficult here.  I'm trying to understand when
15  you were told – or when you told, I'm sorry.
16  You said before you told either Mr. Guo or
17  Lianchao or Ms. Yvette Wang about what a weekly
18  progress report included.
19      A.   Right.
20      Q.   And I'm asking you, when did you do
21  that and who did you tell?
22      A.   It would have been in December at some
23  point prior to the contract.
24      Q.   Okay.
25      A.   But it was a casual, it was a casual

Page 59

1   thing.  We're going to give you a progress
2   report.  He was concerned that he was going to
3   get ripped off, so he wanted proof that he wasn't
4   getting ripped off.  So he wanted to know the
5   status of everything as we were putting
6   everything together.  That's fair enough.
7           So if he were to say – or he did say
8   and through Lianchao and then through Yvette, –
9   although there was a difference between the
10  two – what's the status of things.  So we would
11  tell him verbally the status of the situation.
12  Then that would get into the second type of
13  report, preliminary report which was on that USB
14  drive.
15      Q.   What did you describe would be in a
16  progress report to Mr. Guo or Lianchao or
17  Ms. Yvette prior to the execution of this
18  agreement?
19      A.   The status of the project as of that
20  day.
21      Q.   That's all?
22      A.   Yeah, very simple.
23      Q.   So you didn't describe it in any kind
24  of detail as to the progress report will have
25  these metrics?

Page 60

1       A.   Oh, no, it was never spelled out.
2       Q.   What about –
3       A.   Now, for a progress report versus
4   reports.  Those are two different things.
5       Q.   I understand.  I was going to ask you
6   next about what the financial, forensic research
7   preliminary report was.
8       A.   The preliminary report was the status
9   of how the research is going, how we set it up,
10  where we're digging, how we're digging, what we
11  were able to find, and what we were able to not
12  find.
13          One of the issues we anticipated – and
14  it's addressed here in the contract two or three
15  times – is there will be times where it's
16  impossible to find information or extremely
17  difficult or time-consuming.  It will take weeks
18  or months to find certain information, and this
19  was understood.
20          So we would report back to him.  In the
21  initial stage, we just started up this operation.
22  We don't have the – there was never an
23  expectation that there would be all the
24  information in hand right away.  He developed
25  that expectation afterward when he was making

Page 61

1   demands.
2       Q.   Let me just hop in.
3           MR. SCHMIDT:  Are you finished?  Just
4   let him finish his answer and then you can
5   follow up.
6           Do you have anything further?
7       A.   Yes, he kept deviating in what he
8   wanted.  He never made it clear to us precisely
9   what he wanted.  He's an erratic personality
10  anyway, so we learned to expect that.
11      Q.   Mr. Waller, I just want you to answer
12  the question I'm asking you.
13      A.   Yes.
14      Q.   I just asked you before what would be
15  in a preliminary report.  That's what I'm trying
16  to get at here.
17      A.   Versus a progress report?
18      Q.   Yes.
19      A.   A preliminary report is simply what did
20  the research team dig up, the raw data that they
21  dug up on the USB port.  That is the, quote,
22  report.  No analytical product, no printed
23  product.  He didn't want paper.
24          A lot of the material was in Mandarin.
25  We did not have a team for that.  That was

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 62

1   stipulated also in the contract.  We ended up
2   needing one.  So it was just the raw data
3   regardless of how much or how little, as we were
4   building it up.
5       Q.   Before the contract was signed, do you
6   recall ever explaining what would be in a
7   preliminary report to Mr. Guo or Lianchao or
8   Yvette Wang?
9       A.   Yes.
10      Q.   When was that?
11      A.   Sometime in December.
12      Q.   And this was you personally?
13      A.   Yeah, yes, yes, because I was
14  supervising team 1.
15      Q.   Was there any disagreement about what a
16  preliminary report should be constituted by
17  between you and Mr. Guo or Waller – sorry,
18  Mr. Guo, Lianchao or Yvette?
19      A.   Not prior to the contract.
20      Q.   So you didn't have a discussion about
21  what would be in a preliminary report?
22      A.   Yes.  Send what you have.  Send what
23  you come up with.
24      Q.   That was after the execution of the
25  agreement, right?

Page 63

1       A.   No, that was before.  The preliminary
2   report is send us what you found.  For better or
3   for worse, send it.  If it's a little or a lot,
4   send it.
5       Q.   So you and Eastern discussed that?
6       A.   Not Eastern.  I discussed it
7   directly with Guo and/or through Lianchao or
8   Yvette.
9       Q.   I just want to be clear.  You're saying
10  that was before the execution agreement?
11      A.   Yes.
12      Q.   Do you recall where that representation
13  or discussion occurred?
14      A.   That would have been with him directly
15  at his residence, with either – French Wallop
16  was present whenever I was, and it would have
17  either been with Lianchao and/or Yvette.
18  Sometimes both were in the room.  Sometimes Kwok
19  dismissed Yvette because he didn't trust her.  So
20  on sensitive matters, he kept her out of a lot of
21  these things because he said he didn't trust her.
22      Q.   Mr. Waller, I'm just going to ask
23  again.  Please just answer the question.  You're
24  offering a lot of other information.  I know
25  you're trying to be helpful.

Page 64

1       A.   I am.
2       Q.   I appreciate that.
3       A.   You're trying to pin me down on
4   something I've already answered five times, which
5   is that the request is simply the data that we
6   got, for better or for worse, delivered on a USB
7   drive.  That's it; no more, no less.
8       Q.   What about the comprehensive historical
9   research report within three months?
10      A.   That would be all of the information
11  collected up to that period and collated.
12      Q.   And again, I want to ask about whether
13  you had a discussion about what would be in a
14  comprehensive historical research report prior to
15  the execution of this agreement.
16          Do you recall having that discussion?
17      A.   Yes, that was just delivering him the
18  raw data, but collated.  Let's say, for example,
19  we dig up a lot of information on various of the
20  individuals, but it's not collated.  We simply
21  collate it.  So in our first deliverable to him,
22  we had the electronic files for each of the 15
23  targets, or fish, so we were going to build out
24  from that.
25      Q.   So in your mind, I think you're talking

Page 65

1   about the January 30, 2018 delivery that you made
2   to Yvette Wang at Tracks Bar in New York City?
3       A.   Yes.
4       Q.   And you're saying that data --
5       A.   Repeat that because that would have
6   been the second deliverable.
7       Q.   You're saying that that was a – what
8   kind of report was that?
9       A.   That was a USB drive with about 60 or
10  80,000 lines of code, of which about 16 lines of
11  code were useful.  I notified them in advance.  I
12  said to them, "No sense in going to Europe just
13  for that because only 16 lines are useful.  Let
14  us work those 16 lines."  They said, "No, we want
15  to have it anyway."  So I went over to Europe,
16  picked it up and brought it back.
17      Q.   In your mind, though, what kind of
18  report was that USB flash drive that you gave to
19  Yvette Wang on or about January 30, 2018?
20      A.   That was a report that we're referring
21  to right here.
22      Q.   Which one?  Is it a progress report?  A
23  preliminary report?  A comprehensive report?  A
24  research report?
25      A.   That would have been a preliminary

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 66

1  report.  That would have been one of the weekly
2  reports.
3      Q.   Have you ever provided reports of this
4  nature to other clients in this format of
5  progress report, preliminary report,
6  comprehensive historical research report?
7      A.   Progress reports, of course, yes.
8  Preliminary reports, of course, but in a
9  different way.  It was not just raw data.  It was
10  more defined.  Then the comprehensive historical
11  research report, analogous reports to this type
12  of wording, yes.  You can even say comprehensive
13  historical research report, yeah, that would be
14  fine.
15      Q.   So in your mind, is this kind of like a
16  standard industry practice in terms of providing
17  investigatory research?
18      A.   Yes.  Now, where it's tailored to the
19  client, you're going to deviate from the
20  standard, like using the word "fish."
21      Q.   What about the current tracking
22  research?  You see a little bit lower down there,
23  there's a discussion of producing monthly
24  reports?
25      A.   Yes.

Page 67

1      Q.   Except the first month where there will
2  be weekly reports?
3      A.   Right.
4      Q.   What was your understanding of what the
5  weekly reports would entail?
6      A.   First it would be a status report until
7  we were able to make the deep dives into the
8  research.
9      Q.   What about the monthly reports?
10      A.   That would basically be a compilation
11  of the weekly reports and then anything that was
12  integratable in its raw form, we would submit.
13      Q.   In terms of completing -- let's just
14  start with a weekly report.  How would that be
15  completed?  In other words, who does the work to
16  put together that report?
17      A.   Team 1.  Team 1 did the work because it
18  was simply raw data.  There was no analytical
19  product.
20      Q.   What was your role in connection with
21  any weekly reports?  What would you do?
22      A.   I was the one you would -- I was the
23  liaison with team 1.  I would deliver Guo's
24  instructions to team 1.  I would get any
25  information back from them, and then I would

Page 68

1  physically go to Europe to pick up the drive and
2  then deliver it back to Guo or his agents.
3      Q.   Would you do any analytical work or
4  analysis of the report itself, or did you just,
5  as you described, just kind of pass it along?
6      A.   I simply acted as a pass-through for
7  delivering that.  We had envisioned doing -- in
8  terms of analytical work, if there was to be
9  paper as opposed to electronic information, I
10  would be collecting that and making sense of
11  that, but none of the computer work.
12      Q.   What about the preliminary reports?
13  Would you provide any analysis or use any of your
14  kind of experience in this field to create or
15  edit or do anything with those reports?
16      A.   We had talked about doing that.  Guo
17  specifically instructed us not to.
18      Q.   So again, you didn't edit or provide
19  any insight in terms of the data that you were
20  getting from team 1.  You just, again, passed it
21  along?
22      A.   Yes.  He didn't want it.  He just
23  wanted it passed straight to him.  Now --
24      Q.   Go ahead.
25      A.   Let me put a caveat on that.

Page 69

1      Q.   Sure.
2      A.   When we found a dead end or we found an
3  issue like bad names, names that were either not
4  real or spelled wrong or seemed to be the same
5  name among one or more different people, or two
6  or more different people, whether it's two people
7  with the same name or one person using two
8  persona, or if we found that some of the
9  information he gave us was false or inaccurate,
10  that's when I would get involved and deliver that
11  to him, as well as whatever information.
12      For example, he gave us copies of
13  passports of certain of the targets that he
14  wanted, and so we checked and found that some of
15  the passports were false.  So that was an
16  analytical piece of work that I did or had other
17  team members do apart from this.  I delivered
18  that separately, so that's apart from the raw
19  data.  We were trying to be as comprehensive as
20  we could for him.
21      Q.   So in other words, in terms of applying
22  your experience and background in this field,
23  that's where you would kind of participate in
24  focusing or refocusing one of these reports?
25      A.   Right.  Or if the team had said, we

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 70

1 found a lot of -- we were able to get information
2 on one of the individuals in Kwok's list -- there
3 were, if I recall correctly, about 92 names -- he
4 wanted the top 15 to research.
5          But he did say some of the people
6 further down in this chain might be of
7 importance. If you find anything, let me know.
8 So we found, yeah, there's one guy, Frank Suen,
9 S-u-e-n, who was a particular -- became a
10 particular object of interest. So I delivered
11 that news to Kwok, and said, "This is the kind of
12 information they got on him. How do you want to
13 dig on him? What else would you like to find?"
14          That was all verbal. I delivered it.
15 So when you refer to "reports" in quotes, it was
16 verbal. But in person, either to Kwok directly
17 or to one of his two agents.
18      Q.   So in terms of -- the reports didn't
19 have to be written?
20      A.   Correct.
21      Q.   What about your role in the
22 comprehensive historical research report? What
23 would you do for one of those reports? What
24 would you do?
25      A.   First of all, the contract didn't last

Page 71

1 three months for that to be produced. The way in
2 working with any client is that things will adapt
3 and you find new problems or solutions or needs
4 or discoveries or whatever, opportunities, and
5 you think, how would you like this done.
6          So for the comprehensive historical
7 research report, it would be a summary of the raw
8 stuff that we got based on what the researchers
9 told us, but not a summary of the raw computer
10 data itself because Guo didn't want that
11 analyzed. Meaning we were able to track targets
12 1, 2, 7, 8, 9 well, and we got this level of work
13 here. Or we have some leads here, but it's going
14 to take longer than we expected. Some of these
15 people are impossible to find. Or this person
16 appears to be a false person. So that would be a
17 comprehensive report.
18          For the point of doing the actual
19 research for the short-term, we would bring that
20 up if there was trouble right away, which we did.
21 But for a comprehensive one when we're getting a
22 bigger picture of the type of research we're
23 doing and the universe of people being
24 researched, we're finding oh, we might be going
25 after a false target here. Let's go down after

Page 72

1 this one, or the team went and did on its own.
2          Because it would take at least five
3 days or a week traveling, stopping what they're
4 doing, traveling to a common point in Europe,
5 coming back here, delivering, and then consulting
6 with Guo and his agents, and then going back to
7 deliver the information to team 1. That takes at
8 least a week just to deliver a message, round
9 trip.
10          So that would be immediate-term
11 reporting, say, weekly or monthly-type, quote,
12 reporting. The comprehensive one is now we got a
13 big picture of it. This is what we found.
14      Q.   So you would be, let's say,
15 synthesizing the research for one of these
16 comprehensive reports?
17      A.   Yeah, synthesizing what the team had
18 concluded or told me, but not synthesizing the
19 raw data that the teams came up with, yes.
20      Q.   Got it. In terms of your relationship
21 with Strategic Vision, who was going to do
22 that -- let's call it -- report synthesis, or
23 that work?
24      A.   Generally me. But what French Wallop
25 would do was she had her own contacts elsewhere

Page 73

1 throughout the U.S. government and other
2 governments. So what we did for
3 comprehensiveness of the research and to
4 double-check to make sure that we were on the
5 right path or not, we would consult with members
6 of -- or people associated with intelligence
7 services of the U.S. and other countries.
8      Q.   I see. So it was kind of two --
9      A.   She can speak more to that. She had
10 most of those contacts.
11      Q.   It sounds to me like it's two methods
12 of acquiring information?
13      A.   More than two.
14      Q.   Well, let's call it two categories.
15 There is the -- I'll call it Mr. Waller category
16 doing the work that you just described, and then
17 Ms. Wallop would do her category of research
18 using her network of people in politics or
19 government to get information. Is that fair to
20 say or do I have it wrong?
21      A.   In a law firm, you get defense
22 attorneys and litigators, so you have different
23 people with different skills, but they're in the
24 same general field.
25      Q.   Right. They're collaborating, but they

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 74

1 kind of do different things?
2    A.   Right.
3    Q.   Got it.
4         MR. GRENDI:  Why don't we take a brief
5    break and come back in five minutes.
6         THE VIDEOGRAPHER:  Off the record at
7    11:28.
8         (Whereupon, a short recess was taken.)
9         THE VIDEOGRAPHER:  Back on the record
10   at 11:37.
11   Q.   Mr. Waller, just to remind you you're
12   still under oath here.
13   A.   Yes.
14   Q.   Have you ever met anyone who works for
15   Strategic Vision, other than Ms. Wallop?
16   A.   No.
17   Q.   Going back to this contract, Waller 2.
18   Can you turn to this contract, Eastern 5, which is the first
19   page.  Do you see where it says, "Any and all
20   materials provided by the client to the
21   contractor will be treated with absolute
22   confidentiality and will not be shared by the
23   contractor with any other entity"?
24   A.   Yes.
25   Q.   Do you recall drafting this provision

Page 75

1 into the agreement, or how it got in there?
2    A.   No.
3    Q.   Does Strategic Vision share the
4    information from the client with other entities?
5    A.   Only those who are part of the
6    contract, to execute the contract.
7    Q.   But there were entities other than
8    Eastern Profit and Strategic Vision that receive
9    the materials from the client, which is –
10   A.   The research orders, yes.
11   Q.   So those were other entities.  They're
12   not part of Strategic Vision?
13   A.   They're part of the Strategic Vision
14   team, so they would be included.
15   Q.   They're not actually the same entity as
16   Strategic Vision, legally speaking, right?
17        MR. SCHMIDT:  Objection.
18   Q.   If you know?
19   A.   They're part of the same team.
20   Q.   So in your mind, "team" is what the
21   contractor is defined by in this agreement?
22   A.   Yes.
23   Q.   So it says "Strategic Vision" up top
24   here as the contractor, correct?
25   A.   Yes.  I cannot speak for the signed

Page 76

1 nature of this contract because I am not, I am
2    not part of Strategic Vision.
3    Q.   Right.
4    A.   But having been part of putting the
5    arrangement together, there's a team that's the
6    entity.
7    Q.   So you understood that Strategic Vision
8    U.S. LLC also entailed whoever it is that they
9    subcontracted work to?
10        MR. SCHMIDT:  Objection.
11   A.   Not even Mrs. Wallop knows the
12   identities of many of the people on the team.
13   Not even I know some of them.  That's how tight
14   we kept it.  Guo gave us the research material
15   that, in order to execute the contract, we had to
16   provide to the people doing the research.
17   Q.   But you don't know who those people
18   are, the people doing the research?
19   A.   Not all of them.
20   Q.   Some of them?
21   A.   Some of them, yes.
22   Q.   And who were the people doing the
23   research that you know of?
24   A.   I cannot provide the identities of
25   team 1 for reasons that we explained before.

Page 77

1 Team 2 we –
2    Q.   Hold on.  I just want to maintain that
3    we don't think that that's – this is a lawyer
4    part – a legitimate objection.  But in light of
5    the procedural posture of our motion to compel
6    request, I'll allow it.
7         I'm sorry, continue with your answer.
8    A.   Team 2 was a company in Addison, Texas
9    called ASOG.  I believe it is American Special
10   Operations Group, or words to that effect, based
11   in Addison, Texas.  That was team 2.
12   Q.   Sitting here today, you refuse to tell
13   me who's on team 1?
14   A.   I decline to tell you.
15        MR. SCHMIDT:  Objection.  Just be
16   clear, with respect to team 1, do you
17   actually know the members or do you just
18   know the intermediary?
19   A.   I only know the team leader.
20        MR. SCHMIDT:  That's all what I wanted
21   to clarify for the record in case we do a
22   motion to compel later.
23   Q.   You know the leader of who team 1 is?
24   A.   Yes.
25   Q.   But sitting here today, you refuse to

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 78

1  tell me that?
2      A.   Yes.
3      Q.   Why is it that you can't tell me who
4  the leader of team 1 is?
5      A.   Because the leader of team 1 lives in a
6  very high-risk area where there are a lot of very
7  bad actors who can cause physical harm, including
8  the worst kinds of violence you can imagine.
9      Q.   Did you promise the leader of team 1
10  not to disclose his identity?
11      A.   Yes.
12      Q.   Is that a promise that was made in
13  writing or orally?  How was it made?
14      A.   We do everything by handshake as much
15  as we can.  So that was literally a handshake
16  agreement.
17      Q.   That was an agreement between you and
18  the leader of team 1?
19      A.   Yes.
20      Q.   Does Strategic Vision know the name of
21  the leader of team 1?
22          MR. SCHMIDT:  Objection.
23      A.   You would have to ask Strategic Vision.
24      Q.   So you never talked to –
25      A.   I can't pretend to speak for Strategic

Page 79

1  Vision.  I'm not going to be put in that box.
2      Q.   I understand.  What I'm asking you,
3  though, is did you and Ms. Wallop ever talk about
4  who the leader of team 1 was?
5          MR. SCHMIDT:  You can answer whether
6      you had the conversation.
7      A.   Yes.
8      Q.   So she knows the name of the leader of
9  team 1?
10      A.   Yes.
11      Q.   Okay.  Let's go to Eastern 7.  It's the
12  third page of Waller 2.  In the criteria section,
13  do you see where it says, "The contractor
14  guarantees that all information provided is
15  genuine"?
16      A.   Yes.
17      Q.   What does that mean?
18      A.   It means that we're not going to make
19  up fake information in order to try to impress or
20  satisfy the client.  That everything we find is
21  legitimately – legitimate facts that were
22  legitimately researched.
23      Q.   How do you know if the research is
24  genuine if you're not the one doing it?
25          MR. SCHMIDT:  Objection.

Page 80

1      A.   It's all based on trusting the team.
2      Q.   So you know that team 1 only provides
3  genuine information?
4      A.   They provide – I know from the team 1
5  leader that all the information they dug up was
6  legitimate information that they did not
7  manufacture or fabricate.  It was just raw data.
8  As to the accuracy of the information they found,
9  that's different.
10          What we mean here by "genuine" is that
11  we did not create false or misleading
12  information.  In fact, we found that we had
13  informed the client of some false information
14  that we discovered.
15      Q.   Just going back to your answer there.
16  So you have a discussion or dialogue with the
17  leader of team 1 about the genuineness or quality
18  of the information that team 1 has found?
19      A.   Yes.
20      Q.   How was that conversation conducted?
21  Was it in person?
22      A.   Yes.
23      Q.   Ever over the phone?
24      A.   Never.
25      Q.   What about via secure text message

Page 81

1  service like Signal?
2      A.   We don't believe in secure text
3  messages, so the answer is no.
4      Q.   Fair enough.
5          So in your mind, Signal is not a secure
6  means of communication?
7      A.   I have no way of knowing, but we don't,
8  we don't – we have our own methods of
9  communicating, but anything in detail is only
10  done in person.
11      Q.   Do you think a Signal message is more
12  secure than other forms of electronic
13  communication like just email?
14          MR. SCHMIDT:  Objection.
15      A.   Yes, absolutely.
16      Q.   Because you never emailed with Mr. Guo
17  or Lianchao or Yvette Wang concerning this
18  matter, have you?
19      A.   No, it was only by end-to-end
20  encryption that doesn't reside on a server.
21      Q.   Signal does that, is that right?  That
22  application?
23      A.   Yeah.
24      Q.   How do you know the deliverables are
25  provided with the best practice and standards of

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 82

1  the industry?
2      A.   I know.
3      Q.   The contractor is saying that it will
4  provide the deliverables based on the best
5  practices and standards in the industry, right?
6      A.   That's right, yes.
7      Q.   How would Strategic Vision know that?
8      A.   The first best standard is the security
9  part.  We exceed those best standards.  The
10  second part is the actual computer research,
11  which we know from the methods that they're
12  using, which are state-of-the-art methods.
13      Q.   Without divulging who you were working
14  for or when it was, have you ever done the actual
15  research that team 1 was dispatched to do in this
16  case?
17      A.   Not using the same methods.
18      Q.   Similar methods?
19      A.   It takes a certain skill set that I
20  don't have, but I have been present and
21  supervising in person when it was done in other
22  cases.
23      Q.   What skill set is that?
24      A.   Deep dive research.
25      Q.   Go ahead.

Page 83

1      A.   Just like in a law firm where you have
2  the attorney and you have a paralegal.  It
3  doesn't mean the paralegal is incompetent.  It's
4  just the person is not an attorney.  Or you have
5  the partner who might not have passed the bar but
6  owns the firm and can run the firm or manage the
7  firm, right.
8          So you have people with different skill
9  sets, but they all know each other and they all
10  work together, or they all at least trust each
11  other.  And so you have certain of them delegate
12  the work to others to do.
13      Q.   How long have you known the leader of
14  team 1?
15      A.   For about four or five years.
16      Q.   And you've done other work with that
17  individual concerning investigatory research?
18      A.   Yes.
19      Q.   Did you run into any issues with the
20  quality of that work?
21      A.   Never.
22      Q.   Have you ever known the members of any
23  of the teams that are led by the leader of
24  team 1?
25      A.   The individuals that he was

Page 84

1  supervising?
2      Q.   In any event, including in this
3  engagement.  I know you don't know, right?
4      A.   Right.
5      Q.   What about in other engagements?
6          MR. SCHMIDT:  Objection.  That's kind
7      of impossible to answer.
8      A.   On some things you can never know
9  everybody on the team.  It's not possible, if
10  something is outsourced or whatever.  Yeah, there
11  have been other times where I have -- this whole
12  profession involves an unusually high degree of
13  trust that no -- it has to be personal trust, and
14  you learn that by trial and error over a number
15  of years.
16          So you then learn to trust people who
17  do the work for you and produce that work.
18  Sometimes I have been part of the actual teams,
19  but for the sake of protecting the client's
20  identity and the existence of the work, we had
21  worked through cutouts, and that's been similar
22  with other projects.
23      Q.   Let's go to translation issue on
24  Eastern 6.  Starting on the bottom of the page,
25  it says, "When the contractor encounters

Page 85

1  information requiring translation, the contractor
2  will provide electronic copies of the material to
3  the client for the client to evaluate and
4  translate."  Do you see that?
5      A.   Yes.
6      Q.   How would that work?  I take it that
7  you don't speak Mandarin?
8      A.   No.
9      Q.   Does Ms. Wallop speak Mandarin?
10      A.   She understands some.
11      Q.   Can she read it?
12      A.   I don't know.
13      Q.   How did this agreement contemplate the
14  use of translators?
15      A.   We had said from the beginning that
16  we're going to need to have linguists doing the
17  original research.
18      Q.   The members of team 1?
19      A.   Yes.  And Guo said he didn't want that.
20  He would take care of all of the translations.
21  We then raised the issue well, these people are
22  going to dig up raw material in a language they
23  don't speak.
24      Q.   Right.
25      A.   How are they going to evaluate what

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 86

1 they have? He says, "Just dig up the information
2 and send it to me and let me evaluate it." So we
3 ended up saying we really need to have people who
4 get the language. This was, I believe, through
5 Lianchao, who agreed. So we retained two fluent,
6 say, diplomatic-quality Mandarin language
7 linguists who were not Chinese nationals to be
8 part of that team.
9    Q.   What was the concern about them being
10 Chinese nationals?
11    A.   In case they were agents of the
12 Communist party. And Guo was pleased with that.
13    Q.   So who were the two individuals that
14 you retained to do this translation work?
15    A.   They were part of team 1. I don't know
16 their identities.
17    Q.   So team 1 did have Mandarin-speaking
18 and Mandarin-reading members?
19    A.   Yes. We added them on when we realized
20 we were going to need them. And I believe
21 Lianchao said, "Yeah, go ahead and get them, as
22 long as they're not Chinese nationals, or don't
23 live in China."
24    Q.   So were you involved in the vetting
25 process for those individuals, or no?

Page 87

1    A.   No.
2    Q.   So did you understand that you weren't
3 really going to be able to read a lot of the data
4 that was part of this research?
5    A.   That was explicit. A lot of it is just
6 code.
7       MR. GRENDI:   Do we have an issue?
8       THE VIDEOGRAPHER:   Move the mic up.
9       MR. GRENDI:   That's fine. Just let us
10 know.
11       THE WITNESS:   How is it now? Is this
12 good?
13       THE VIDEOGRAPHER:   It's just when your
14 hands are there. I want you to be
15 comfortable.
16       THE WITNESS:   I'm in the hot seat.
17    Q.   Why was it that only USB drives would
18 be used for deliverables?
19    A.   Guo specified that. He was insistent
20 on it.
21    Q.   Was there any pushback or discussion of
22 using USB drives for transmitting information?
23    A.   No, it made sense. He didn't want
24 anything distributed electronically or on paper.
25    Q.   Did he explain why?

Page 88

1    A.   Yeah, the Chinese could intercept it.
2    Q.   Paper?
3    A.   No, paper is just too cumbersome. And
4 you've got the digital forensics within the USB
5 drive so he could gauge what was in there. But
6 you don't want printouts of computer code. You
7 want to be able to exploit that code. You can't
8 do that on paper.
9    Q.   So some of the raw data just in terms
10 of feasibility and practicality had to be
11 electronic?
12    A.   Yes.
13    Q.   In terms of transmitting it?
14    A.   Yes, and in delivering it to him. He
15 simply specified no paper and nothing
16 electronically transmitted, so that was fair.
17 That was fine.
18    Q.   I want to talk about this irregular
19 circumstances clause. Do you see that on page
20 Eastern 7?
21    A.   Yes.
22    Q.   Was this concept of irregular
23 circumstances discussed prior to the execution of
24 the agreement?
25    A.   Yes.

Page 89

1    Q.   Who came up with that clause or
2 insisted upon it?
3    A.   I drafted this section of it.
4    Q.   You personally?
5    A.   Yes.
6    Q.   What were you trying to convey when you
7 drafted this section?
8    A.   That there is no even flow of data.
9 That we're going to face challenges as in any
10 research project. Like any legal case, you can't
11 state your case on the first month. You have to
12 build the case over a period of time. And
13 sometimes you're going to run into dead ends.
14 Sometimes you find false information. Sometimes
15 you'll be spoofed by the other side.
16       There are risks of detection, the
17 countermeasures the other side takes. There are
18 legal issues. There are logistical issues given
19 the cumbersome physical nature of delivery of the
20 information by USB drive. So we're just putting
21 this here that we both understand that it's not
22 all going to be a smooth delivery.
23    Q.   So does irregular circumstance in your
24 mind encompass items, only items that are out of
25 the control of the contractor or researching

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 90

1  party?
2        MR. SCHMIDT:  Objection.
3    Q.   Let me ask that again.  That's fair
4  enough.
5        If Strategic Vision makes a mistake or
6  fails to do its job for any reason, would that be
7  part of irregular circumstances?
8    A.   What do you mean by "failed to do its
9  job"?
10   Q.   Let me try it this way.
11   A.   If you get in an accident on the way to
12  work, are you failing to go to work?
13       MR. SCHMIDT:  Let him rephrase it.  You
14  said you don't understand it.  That's all
15  you have to do.
16   Q.   That's fine.
17       Does irregular circumstances only
18  include, let's just say, outside problems that
19  Strategic Vision would encounter?
20       MR. SCHMIDT:  Objection.  But go ahead
21  to the extent you can.
22   A.   Would you define "outside problem"?
23   Q.   Let's talk about -- you described it
24  earlier, third parties blocking the research or
25  there being dead ends.  Is that the full scope of

Page 91

1  irregular circumstances that you described
2  earlier?
3    A.   No, but it's indicative of an irregular
4  circumstance.
5    Q.   If irregular circumstances occur, does
6  the client still have to pay as though it's
7  getting full research?
8    A.   Yes.  It's right there in the contract.
9    Q.   Where does it say that under irregular
10  circumstances, the client still has to pay the
11  full price?
12   A.   It's right there in the price.  For
13  $750,000 a month, we're going to be doing the
14  following work, understanding that there will be
15  irregular circumstances that may prevent certain
16  of the work from being done at that point in
17  time.  This type of work is impossible to predict
18  when you're going after people who hide their
19  assets, who hide their activity, who operate
20  under false names, who have -- who use rigorous
21  security methods.  Or if there's a legal problem
22  and we discover hey, it's illegal to do this
23  thing that you want us to do, then that's going
24  to be a delay.  We have to figure out the right
25  way to do it.

Page 92

1    Q.   What if irregular circumstances just
2  totally prevented Strategic Vision from providing
3  any research reports?  Would the client still
4  have to pay?
5    A.   That's a hypothetical.  There's a
6  30-day clause to end the contract.
7    Q.   It's a hypothetical, and I'm asking you
8  to please answer the question.
9        What if irregular circumstances just
10  completely prevented Strategic Vision from
11  delivering any work?
12   A.   We go to the client and say it's not
13  possible to do.
14   Q.   And so they wouldn't -- the contract
15  would be over at that point?
16   A.   We would say, hopefully, we can't do it
17  this way.  Do you want to change the parameters?
18  Remember, there were 4,000 names he had, he
19  wanted.  So we can't do on these 15.  Let's
20  try another group of 15 or it can't be done.
21       And we had suggested on one way to do
22  something, and he didn't want do it that way even
23  though it made sense to do it that way.  So you
24  try to find a way to get the job done, but if
25  ultimately you can't get the job done, then that

Page 93

1  becomes apparent after a lot of back-and-forth
2  with the client, just like any job.
3    Q.   Right, but just to be clear, if
4  irregular circumstances prevent the contractor
5  from delivering any reports, then does the client
6  have to pay anything?
7    A.   If you don't do the work, why should
8  the client pay if you don't do the work, right?
9    Q.   Right.
10   A.   But if you do the work, then the
11  client pays, but there are going to be irregular
12  circumstances where the product is not going to
13  be what you want at a certain time, so we have to
14  get around that.  Or in the case of starting up,
15  it was explicitly understood from the start that
16  you're not going to get huge amounts of data
17  immediately.  You've gotta get the team to
18  understand the data first, and you gotta build
19  the channels for the data.
20   Q.   So long as Strategic Vision tries to
21  get the data, if irregular circumstances prevent
22  them from delivering any reports, that's good
23  enough.  They should still get paid?
24   A.   Well, no.  Let me give you an example.
25  There was around February -- between January 26th

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 94

1   and February 1st when the client was upset at the
2   way – things weren't moving fast enough for him.
3   We were directed – Yvette directed us in writing
4   to find another way of doing it.
5        So she was saying proceed with your
6   work.  Just find another way to do it.  That's
7   when we brought in team 2.
8        Q.   Okay.
9        A.   So that was an irregular circumstance.
10  Really it wasn't a delay on our part because we
11  were consistent with any research standard.  We
12  were doing it as rapidly as humanly and
13  mathematically possible.  It's just the client
14  objected because he thought it was a long delay.
15       If you recall in this, we prorated
16  things so that the first two weeks were not at
17  his expense.  He agreed.  So we had only been in
18  the contract effectively ten days, and he's
19  already objecting that we're not producing
20  monthly reports and everything else.
21       Q.   We'll get to that.
22       MR. SCHMIDT:  Let him finish.
23       Q.   Go ahead.
24       A.   Because in order to satisfy him and
25  what he wanted, we offered to go ahead with a

Page 95

1   different team using different methodologies in
2   parallel with team 1, and that's when Yvette
3   instructed us on or about February 1st in a
4   Signal text to go ahead and use the – start up
5   the other method.
6        So we were still doing the work, and we
7   were still finding a way to give him the
8   deliverables even though going with team 2 was
9   beyond what we had promised.  So we were doing
10  extra work for him at this time.
11       Q.   In this contract is Strategic Vision
12  compensated on a per-report basis?
13       MR. SCHMIDT:  Objection.  Go ahead.
14       A.   It's a flat rate basis.  It says "Up to
15  15."  It doesn't say 15.  It says "Up to 15."
16       Q.   Where are you looking, just so I know?
17       A.   The top of page 8.  "The first month,
18  January, of this contract will include up to 15
19  fish for a total of 30 reports and will decrease
20  to ten fish, etc.," for February, for March and
21  for the duration of the contract.  So this was
22  explicit.  It's not all going to be complete on
23  the first month.  Even digging into certain of
24  the names, we're just not going to have it in the
25  first month.

Page 96

1        And when we find that the – as our
2   team 1 discovered and as Lianchao Han confirmed,
3   at least two and as possibly as many as four of
4   the 15 were not real people.
5        Q.   You're talking about the fish?
6        A.   Yes.
7        Q.   But the contract does say that the
8   comprehensive historical reports are 300,000 per
9   report?
10       MR. SCHMIDT:  Objection.
11       MR. GRENDI:  It says it on that page,
12  Eastern 8.
13       A.   Per year.
14       Q.   Yeah.  And the tracking reports are –
15       A.   Look before that, please.  "The flat
16  price structure is as follows."  So whether it's
17  a small report or a large report, it's a flat
18  rate structure.  That is an annual number, it's
19  not a weekly or monthly number.
20       Q.   So in your mind, the report – strike
21  that.
22       In your mind, the reports are not
23  broken down on a per-report basis cost?
24       A.   Correct.
25       Q.   So there's no charge in this agreement

Page 97

1   for what a weekly report is?
2        A.   That's the whole problem or the whole
3   issue with calling them "fish" and "keeping
4   things up at a water tank level."  That was his
5   metaphor for explaining what he wanted at a
6   certain level.  We went ahead with that as long
7   as you keep it up at that metaphorical waterline.
8   The actual details of the report are going to
9   vary.  That's explicit in here in this contract.
10       We refer to the paragraph right above
11  flat price structure.  We refer to each of these
12  as "We will measure each of the 30 reports as,
13  quote, 'report equivalents' in the event that it
14  is necessary to stop work prematurely on one fish
15  and replace it with a second fish.  We will then
16  have the partial report on the terminated fish,"
17  etc.
18       So it's explicitly understood in this
19  contract that you're gonna be stop and go and
20  things are going to be incomplete, and then you
21  go on to the next one, but we'll still have that
22  same universe of individuals to be collecting
23  data on.
24       Q.   Just without identifying what you said
25  or who you said it to, did you consult a lawyer

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 98

1  in connection with drafting this agreement?
2      A.   The question answers itself.  No.
3      Q.   Why does it answer itself?
4      A.   It's not legalistic at all.  It's our
5  own wording.  It's more of like an MOU between
6  parties that was executed as a contract.  This is
7  the way we all understand this was going to work.
8  But it was signed as a contract.
9      Q.   What does "MOU" stand for?
10     A.   Memorandum of understanding or
11  statement of work, or whatever other word you
12  want to use.
13     Q.   Just going to Eastern 9, the last page
14  of this document.  Do you see where it says, "It
15  is understood that the client may direct other
16  entities to pay the contractor and that such
17  payments" --
18          (Court reporter interruption.)
19     Q.   -- "will be deemed satisfactory
20  compensation by the contractor."
21          Do you see that?
22     A.   Yes.
23     Q.   Why is this clause in the agreement?
24     A.   To be set up to conceal from the
25  Chinese authorities that Guo was funding this

Page 99

1  research.  So it was explicit that nothing from
2  any of his Hong Kong accounts straight to his
3  Strategic Vision account, but rather through a
4  circuitous route of various places in various
5  countries and various cutouts to conceal these
6  transfers from the Chinese intelligence service.
7      Q.   So it was understood that the client
8  would not directly pay the contractor because of
9  these security concerns?
10     A.   Right.  Well, the client would -- if
11  you think of it as a collaborative versus a legal
12  means, the client authorizes the payment to be
13  paid, or it instructs that the payment be paid,
14  and then it's done through a circuitous route.
15  So we understand that the funds have come on
16  Guo's instruction.  And then we let him know that
17  the funds have been received.  There were no
18  funds that were sent to Strategic Vision after
19  the execution of this contract.
20     Q.   Let me ask you this.  Do you know why
21  Eastern Profit is the client?
22     A.   No, we don't know why it's the client.
23     Q.   Well, how did it get into the contract?
24     A.   How did what get in?
25     Q.   Eastern Profit.

Page 100

1      A.   We never heard of Eastern Profit until
2  the day Yvette said it's gonna be Eastern Profit.
3      Q.   So that was January 6th?
4      A.   No, that was late December.
5      Q.   What did you say in response to Yvette
6  telling you that Eastern Profit was going to be
7  the counterparty to this research agreement?
8      A.   I was not there for the signing.
9      Q.   But this was not the signing?
10     A.   I had not heard of Eastern Profit.
11  There were several days in late December when it
12  was just Yvette and Ms. Wallop talking.
13     Q.   I see.  So you talked to Ms. Wallop
14  about how Eastern Profit got on the agreement?
15     A.   Yes.
16     Q.   But you don't know why yourself?
17     A.   No.  I would presume it's for the
18  reasons stated in the subsequent payments
19  portion, but I don't know that.  Because Eastern
20  Profit never paid us anything, and we never
21  received any money from any Guo entity after
22  execution of the contract.
23     Q.   It says here that "All client payments
24  must be received by the contractor by wire
25  transfer within five business days of invoice."

Page 101

1      A.   Right.
2      Q.   Do you know if Strategic Vision ever
3  sent any invoices to Eastern Profit?
4      A.   It was a verbal invoice.  There were
5  not to be written invoices.
6      Q.   Have you done verbal invoicing before?
7      A.   Yes.
8      Q.   It's a new one for me.  Can you just
9  describe how that works?
10     A.   If you want to keep something
11  untraceable, you don't leave a paper trail.  If
12  you don't leave a paper trail, you don't submit
13  invoices for those purposes, especially if the
14  purpose is to protect the client's identity from
15  one of the most notorious spy agencies in the
16  world who is out to get your client.  So you just
17  say, "Okay, it's the end of the pay date," and
18  then they will send the next one.
19          You're kind of smirking at that.
20     A.   No, it's a new thing for me.
21     A.   It's normal in our area of work.
22     Q.   That's fine.
23     A.   As long as we comply with the IRS and
24  report our income, then that's fine.  We've done
25  work in other ways to protect our clients and

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 102

1  it's not in writing.
2      Q.   Sure.  Do you know if a verbal invoice
3  was issued in this case?
4      A.   Yes.
5      Q.   When was that?
6      A.   On or about February 16th.
7      Q.   That would have been the first?
8      A.   15th or 16th.  Yes.  It was supposed to
9  be on or about January 31st, but we had agreed on
10  the 26th.  I had offered, with Ms. Wallop's
11  concurrence, to write off the first two weeks of
12  work to satisfy Guo, because he was so agitated.
13  We wanted to keep the contract with him.  So we
14  would not have invoiced until -- we normally
15  would have on January 31st, but we did not until
16  roughly February 15th.
17      And that was to Lianchao Han because by
18  that time, Yvette had instructed us not to
19  communicate with her anymore, or that Guo had
20  said not to communicate with her anymore.
21      Q.   Was it you or Ms. Wallop who, I guess,
22  called Lianchao to verbally invoice?
23      A.   We would only speak in person.
24      Q.   So were you there when the verbal
25  invoice was issued?

Page 103

1      A.   Yeah.  It was more like -- verbal
2  invoice, in quotes, is, "Hey, Lianchao, it's time
3  to pay the first month's 750,000."
4      Q.   Now, did he say anything in response to
5  that?
6      A.   He said "Guo's really upset right now.
7  Let me work with him on it."  But there was never
8  any indication of termination.
9      Q.   Were any other verbal invoices issued?
10      A.   Well, no, because a week later we got
11  served.
12      Q.   So the answer is no?
13      A.   No, because a week later we got served.
14      Q.   You're saying if you hadn't been
15  served, you would have issued the invoice for the
16  next month?
17      A.   We would have still been working with
18  Lianchao had we been paid.  This is to have been
19  paid within five days; that would have been
20  February 20th.  We would have stopped work by
21  then because we did not get paid.  But we did not
22  stop work because Lianchao said he was trying to
23  work it out.
24      Q.   I see.
25      A.   He's speaking as the agent of Guo, so

Page 104

1  we were talking to Guo as far as we were
2  concerned.
3      Q.   Do you know if Lianchao works for
4  Eastern Profit?
5      A.   No.
6      Q.   Do you know one way or another whether
7  he does or does not or you just don't know?
8      A.   He told me Guo has offered to pay him
9  many times, and he was only doing it as a
10  volunteer because he had larger interests in
11  promoting the Chinese democracy movement.
12      Q.   Because of his own political feelings
13  and history?
14      A.   Yeah.  He said Guo was very mercurial,
15  doesn't keep his word and rips off his law firms
16  and clients and customers and fellow investors,
17  and so we should be -- we should be sure to have
18  our money in hand before we continue to work.
19      Q.   When did he tell you that?
20      A.   In December and in January and in
21  February.
22      Q.   Was that an in-person meeting?
23      A.   In person.  And the public record shows
24  that Guo rips off a lot of people.
25      Q.   That is your perception of it?

Page 105

1      A.   No, that's the news reports of it.
2      Q.   How did that come up?  Did Lianchao
3  raise that issue or did you ask him about that?
4      A.   I don't remember.
5      MR. GRENDI:  Why don't we go off the
6  record.
7      THE VIDEOGRAPHER:  Off the record at
8  12:14.
9      (Whereupon, a short recess was taken.)
10      THE VIDEOGRAPHER:  Back on the record
11  at 12:20.
12      MR. GRENDI:  This is Waller 3.
13      (Waller Exhibit 3, Handwritten document
14  Bates stamped Eastern 11, marked for
15  identification.)
16      Q.   Mr. Waller, do you recognize this
17  document?
18      A.   No.
19      Q.   You've never seen it before?
20      A.   No.
21      Q.   Do you recognize the handwriting on the
22  document?
23      A.   It appears to be French Wallop's
24  handwriting.
25      Q.   Do you know her handwriting pretty good

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 106

1  or well?
2      A.   Enough to tell that it appears to be
3  hers.
4      Q.   Do you recognize any of these names?
5      A.   They're mostly Arabic names.
6      Q.   Do you know if any of the individuals
7  on this list of names are clients of
8  Strategic Vision?
9      A.   No, I don't know.
10     Q.   So you've never provided services for
11 any of the individuals listed on this document?
12         MR. SCHMIDT:  Him being personally?
13         MR. GRENDI:  Yes.
14     A.   No.
15     Q.   Okay.  Did you ever talk to Mr. Guo or
16 Lianchao or Yvette Wang about people who are
17 clients of Strategic Vision?
18     A.   Present clients or past clients or
19 prospective clients?
20     Q.   Either.
21     A.   No.  Okay.  Repeat the question, then.
22     Q.   Sure.  Did you ever talk to Mr. Guo,
23 Lianchao or Yvette Wang about people who are
24 clients of Strategic Vision?
25     A.   No.

Page 107

1      Q.   You never told any of those three
2  people, We've done work for X, Y or Z?
3      A.   Yeah, that's why I asked what you mean
4  by "clients," whether it's present, past, or
5  prospective.
6      Q.   Let's go with present or past.
7      A.   No, I wouldn't know Strategic Vision's
8  previous clients.
9      Q.   But you did provide work for – you
10 described before two clients of Strategic Vision?
11     A.   Yes, but none of them are on this list.
12     Q.   Right, but let me ask you this.  Did
13 you ever tell Mr. Guo, Yvette Wang or Lianchao
14 that you provided work for those two –
15     A.   Yes.
16     Q.   – entities.  You did.
17         And did you describe the names of those
18 entities to –
19     A.   At least one of them.  I don't recall
20 the exact.
21     Q.   Which name is that?
22     A.   Mikhail Khodorkovsky.
23     Q.   Why don't we help the court reporter
24 out with that one?
25     A.   M-i-k-h-a-i-l.  Forgive me if this is

Page 108

1  not an entirely accurate spelling for the next
2  one.  I believe it's K-o-d-o-r-k-h-o-v-s-k-y.  It
3  might be K-h in the beginning, but I think it's
4  K.  It's K, yeah.
5      Q.   It's for the ease of my own butchering
6  of the Russian language, who is that individual?
7  I'll call him Mr. K?
8      A.   He is a Russian dissident.  He's exiled
9  in London.
10     Q.   You and Strategic Vision have provided
11 investigatory services for that individual?
12     A.   Messaging services.
13     Q.   Message services?
14     A.   Yes.
15     Q.   But not investigation research?
16     A.   I didn't.  I don't know if Strategic
17 Vision did.
18     Q.   Okay.  You said before there was
19 another client that was described to Lianchao,
20 Mr. Guo or Yvette Wang.
21         Do you recall that?
22     A.   I'm not sure.
23     Q.   Without divulging the name of that
24 client, what kind of client was it?
25     A.   I don't know if it was a client in fact

Page 109

1  or just somebody that Strategic Vision had worked
2  with before, so I don't know.  I'm not going to
3  state as a fact that it was a client, so I don't
4  know.
5      Q.   So that was before the contract was
6  signed, those discussions?
7      A.   I don't recall.
8      Q.   Did you ever tell Mr. Guo or Lianchao
9  that you were helping Russian opposition groups?
10     A.   Yes.
11     Q.   When was that?
12     A.   When was I helping them?
13     Q.   No.  When did you tell them that you
14 were helping Russian opposition groups?
15     A.   Certainly before the contract and maybe
16 after the contract.
17     Q.   What did you tell them about that kind
18 of work that you were doing for Russian
19 opposition groups?
20     A.   Starting in – it was – how much
21 detail do you want?
22     Q.   You don't have to go crazy.  Just
23 generally.
24     A.   Starting in the late 1980s working with
25 anti-Soviet internal movements to help Ukraine,

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 110

1 Latvia, Lithuania, and Estonia secede from the
2 USSR. And then with Russian internal opposition
3 groups opposed to the Russian – the Soviet
4 Communist Party. So they were tied –
5 MR. SCHMIDT: Slow down.
6 A. Tied to Boris Yeltsin from, like,
7 roughly '87, '88 up to '93, '94.
8 Q. What about more recent work with
9 opposition groups and Putin regime?
10 A. With Mikhail Khodorkovsky, who is one
11 of the lead opposition people against Putin.
12 Q. So you told Mr. Guo about the services
13 that you provided to Mikhail Khodorkovsky?
14 A. Not so much the services as opposed to
15 ideas, because one of our ideas was to unite
16 Chinese internal opposition with Russian
17 opposition and help bring – this was on the
18 messaging part of the ideas, the brainstorming
19 with Guo. We brainstormed a lot in December and
20 had wide-ranging discussions. So in this case,
21 it was to work with Russian internal opposition
22 groups to bring things in and out of China over
23 the land border between Russia and China.
24 Q. Did you tell them that you had
25 connections with the Abu Dhabi princess?

Page 111

1 A. I didn't.
2 Q. Did Ms. Wallop?
3 A. Probably.
4 Q. What about connections in Saudi Arabia?
5 Did you tout that as one of the resources that
6 you had?
7 A. She has Saudi connections.
8 Q. What about connections in Qatar,
9 Turkey, Iran? Is that all Ms. Wallop?
10 A. She has those connections.
11 Q. So your connections are with the
12 Russian opposition groups?
13 A. She has connections with them also and
14 with Khodorkovsky.
15 Q. So you both provide services to these
16 Russian opposition groups?
17 A. Yes.
18 Q. Did you ever tell Mr. Guo that you had
19 20 or so projects going at a given time, research
20 projects?
21 A. At the same time?
22 Q. Yes.
23 A. No.
24 Q. Did Ms. Wallop while you were there
25 tell –

Page 112

1 A. Not while I was there.
2 Q. Did you ever tout connections to the
3 White House prior to the execution of the
4 contract?
5 A. What do you mean by "tout"?
6 Q. Like – I won't say advertise, but just
7 explain in terms of the quality of your services
8 or Strategic Vision's services that you're
9 connected to the White House?
10 A. Not so much in the services itself.
11 It's that I know people in the White House.
12 Q. And you told Mr. Guo?
13 A. Yes.
14 Q. Did you tell them that you worked for
15 the Trump presidential campaign?
16 A. No, I did not. I did not work for the
17 campaign, and I didn't tell them I did.
18 Q. Did Ms. Wallop?
19 A. Not that I know of. I would say I
20 don't know.
21 Q. That's fine.
22 Did you tell Mr. Guo, Ms. Wang or
23 Lianchao that you worked with the CIA and
24 continue to work with the CIA in the Middle East?
25 A. No. I had helped the CIA in the past,

Page 113

1 but I never said I still work with them.
2 Q. Do you still work with them?
3 A. No.
4 MR. GRENDI: Let's go to Waller 4.
5 (Waller Exhibit 4, Document Bates
6 stamped, marked for identification.)
7 Q. Do you recognize this document?
8 I gave you the one with my marks on it.
9 Would you mind switching that?
10 A. Sure. I should take a look at your
11 marks.
12 That's okay. There's nothing that good
13 there.
14 A. It looks like my LinkedIn page, but I
15 don't see an indication that it's on LinkedIn.
16 Q. Is this your background information?
17 A. It appears to be.
18 Q. Do you remember giving this information
19 to Mr. Guo?
20 A. No.
21 Q. Or Lianchao?
22 A. Maybe Lianchao.
23 Q. That would have been before this
24 contract was signed?
25 A. Yes.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 114

1    Q.   What does Georgetown Research do?
2    A.   It's an LLC that I set up with
3    French Wallop in the fall of 2017 to do joint
4    work, and then it became a vehicle for executing
5    this contract.
6    Q.   So Georgetown Research does
7    investigatory work?
8    A.   Yes.
9    Q.   That's in Washington, D.C., right?
10   A.   Yes.
11   Q.   Do you have an office or is that based
12   out of your home?
13   A.   No, it's just an LLC.
14   Q.   So there's no –
15   A.   No staff, no office, no physical
16   address.
17   Q.   And it's just you?
18   A.   Yes.  Pardon, it's French Wallop and me
19   for this LLC.
20       MR. SCHMIDT:  For Georgetown.
21   A.   For Georgetown Research.
22   Q.   So you're both members of that LLC?
23   A.   Yes.
24   Q.   Got it.  Just your bio it says that
25   you did special projects at Blackwater from 2007

Page 115

1    to 2009?
2    A.   Yes.
3    Q.   Is that company now known as – I think
4    it's Academi?
5    A.   Academi.  A-c-a-d-e-m-i.  I don't know
6    if it's still by that name or not, but it became
7    that name.
8    Q.   Is this the Blackwater that used to be
9    run by a fellow named Erik Prince?
10       THE WITNESS:  Is this relevant?
11   A.   Yes.
12   Q.   You worked at Blackwater with
13   Erik Prince?
14   A.   Yes.
15   Q.   Did you mention that experience with
16   Blackwater prior to the execution of the contract
17   to Mr. Guo?
18   A.   I don't know.  I don't remember.
19   Q.   Just below that it says "Vice President
20   and American Foreign Policy Council"?
21   A.   Yeah.
22   Q.   Is this the work you were previously
23   describing concerning working with Russian
24   opposition groups?
25   A.   Yes.  It's part of it, yes.

Page 116

1    Q.   But you don't do that work anymore
2    through the American Foreign Policy Council?
3    A.   No.
4    Q.   I guess you're not with that outfit
5    anymore?
6    A.   Correct.
7        MR. GRENDI:  Let's do 5.
8        (Waller Exhibit 5, Signal text message
9        thread, marked for identification.)
10   Q.   Mr. Waller, do you recognize this
11   Signal thread?
12   A.   Let me take a look.  Yes.
13   Q.   Who is this correspondence between?
14   A.   Between Lianchao Han and myself.
15   Q.   I know you mentioned before, but how
16   long do you know Lianchao Han?
17   A.   I first met him in the '80s, but I've
18   then lost contact with him.  I've known him for
19   over 30 years but haven't worked with him closely
20   until this project.
21   Q.   How did you get in touch with him in
22   connection with this project?
23   A.   Through French Wallop.
24   Q.   So French Wallop reintroduced you to
25   Lianchao Han?

Page 117

1    A.   As I, as I understand it from her,
2    Bill Gertz was working with Lianchao Han and Guo,
3    and then Guo said he wanted to do this project
4    that we're discussing now.  Bill Gertz
5    contacted – Bill Gertz is an intelligence and
6    defense reporter, and I've known him for 35
7    years.  So he talked to French about doing it.
8    She suggested bringing me in, and then through
9    that, I met Lianchao, re-met Lianchao.
10   Q.   So you weren't part of the – let's
11   call it – initial introduction of Bill Gertz and
12   Lianchao Han and Mr. Guo?
13   A.   No.
14   Q.   Does Lianchao Han have a relationship
15   with Strategic Vision?  Let's call it a financial
16   relationship.
17   A.   No, not that I know of.
18   Q.   Does he have a financial relationship
19   with you or any of your LLCs?
20   A.   No.
21   Q.   So he doesn't get any referral fees for
22   bringing work to you –
23   A.   No.
24   Q.   – or Strategic Vision?
25   A.   No.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 118

1    Q.   And I'll just be super clear, and
2    excuse the lawyer for being a little redundant.
3         Did Lianchao Han receive any
4    compensation for bringing Eastern Profit or
5    Mr. Guo to Strategic Vision?
6    A.   No.
7    Q.   I'll ask the same question for you or
8    your LLCs.  Did you ever pay Lianchao Han for
9    introducing you to Mr. Guo or Eastern Profit?
10   A.   No.
11   Q.   Let's turn to – this is SVUS62, the
12   second page there.  Between the two text bubbles,
13   there's a lighter one and a darker one.  Which
14   one is you and which one is Lianchao Han?
15   A.   I'm the darker one.
16   Q.   And Lianchao Han is the lighter one?
17   A.   Yes.
18   Q.   Looking at this page, who is the friend
19   you could provide the menu for on December 18th?
20   A.   Guo.
21   Q.   That's Mr. Guo?
22   A.   Yes.
23   Q.   I'm turning to the next page.  This is
24   your message about Trump giving an excellent
25   speech today?

Page 119

1    A.   Yes.
2    Q.   And the response is "Yes, SB talked
3    about it here."  Do you see that?
4    A.   Yes.
5    Q.   Who is SB?
6    A.   I would presume it's Steve Bannon.
7    Q.   In the next message, Lianchao Han asks
8    you about "our friend from Tokyo."
9         Do you see that?
10   A.   Yes.
11   Q.   Who's your friend from Tokyo?
12   A.   He's not referring to my friend.  He's
13   referring to "our" as a generic "our."  It was a
14   Chinese individual from Tokyo whose name, whose
15   real name I never knew.
16   Q.   So not Mr. Guo?
17   A.   No.
18   Q.   This is some other individual?
19   A.   Some other person.
20   Q.   So does Lianchao Han introduce you to
21   other potential clients for the services that you
22   provide?
23   A.   No.
24   Q.   So he didn't ever introduce you to this
25   other Chinese individual?

Page 120

1    A.   He did.  Yeah, he did introduce me to
2    him.
3    Q.   But you didn't end up doing business
4    with him?
5    A.   No.
6    Q.   Turning to 64.  Do you see where it
7    says "New York friend wants to do it but asks for
8    more insurance"?
9    A.   Yes.
10   Q.   Who did you understand the New York
11   friend to be there?
12   A.   Guo.
13   Q.   What do you think Mr. Han meant by
14   "more insurance"?
15   A.   I think he meant assurance.  Assurances
16   that the job could be done.
17   Q.   I see.  So it's kind of just a phonetic
18   mistake in terms of the text message?
19   A.   Or whatever, yeah.
20   Q.   On the next page, do you see where you
21   wrote, "I don't think the New York guy is
22   serious"?
23   A.   Yes.
24   Q.   What did you mean by that?
25   A.   Guo kept waffling on what he wanted,

Page 121

1    and he was saying things that seemed conflicted.
2    Q.   What do you mean by that?
3    A.   He was waffling back and forth on
4    price, on scope, on what he wanted.  He wanted to
5    buy two Rockefeller properties, plus a $25
6    million house in Washington, D.C., and a building
7    across the street from the U.S. Treasury
8    Department with a line of view sight to the
9    White House, and set up all this research at the
10   same time.  It looked like he didn't seem serious
11   to me because he – he seemed like he was a big
12   thinker, but it wasn't going to be.
13   Q.   So you didn't think that he was really
14   going to follow through with doing any of the
15   work that you guys were discussing at the time?
16   A.   I was apprehensive that he was going to
17   do any work with us.  Oh, and because the prices
18   that he was expecting to pay were nowhere near
19   what things were really going to cost.  That's
20   the next line.
21   Q.   Let me get there myself, if you don't
22   mind.  Lianchao Han's response was, "He wants do
23   it but wants to do it as cheap as possible."
24        Do you see that?
25   A.   Right.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 122

1    Q.   What do you recall about him wanting to
2  do it for as cheap as possible?
3    A.   Well, you can't blame a businessman for
4  wanting to do something as cheap as possible.
5    Q.   Do you remember prices being discussed?
6    A.   Yeah, prices were discussed, and for
7  the scope that he wanted, it was just simply not
8  possible to do.
9    Q.   What did he propose?
10   A.   I don't recall precisely what it was.
11   Q.   But it was certainly less than whatever
12  ended up being in the contract?
13   A.   Right.
14   Q.   You wrote, "He will fail if he does it
15  on the cheap."  Do you see that?
16   A.   Yes.
17   Q.   Why did you think it would fail if it
18  was done on the cheap?
19   A.   You don't get the top-quality industry
20  standard people.
21   Q.   So in other words, you didn't think
22  that you would be able to hire a team that would
23  be of the sufficient quality to do the research
24  that was being asked for?
25   A.   No, not with the level of

Page 123

1  professionalism and security experience,
2  certainly not.
3    Q.   You don't have any recollection as to
4  what price he had wanted at that time, or asked
5  for at that time?
6    A.   If I remember correctly, he didn't say
7  the price he wanted.  He wanted us to give him a
8  price and then he kept saying no.
9    Q.   I see.  So you had offered some prices
10  and he just said absolutely not?
11   A.   Right.  That's part of the haggling.  I
12  don't recall him giving a price that he was
13  willing to pay, but we settled on the price
14  that's in the contract and adjusted the scope
15  accordingly.
16   Q.   In the same text bubble you wrote,
17  "Let's focus on the other guy."
18       Who's the "other guy"?
19   A.   I am not sure who it was.
20   Q.   Is it the same Chinese individual from
21  Tokyo that was discussed earlier in the thread?
22   A.   I don't know.  It could have been
23  Bannon.  I honestly don't know.
24   Q.   You and Lianchao were talking about
25  doing work for Steve Bannon at that time?

Page 124

1    A.   I know Bannon.
2    Q.   What work were you discussing in this
3  thread about Steve Bannon, other than he made a
4  speech?
5    A.   Steve has a lot of ideas to do a whole
6  lot of things, and one of them was to confront
7  the threat that China poses against the
8  United States.
9    Q.   Did you have a dialogue with
10  Steve Bannon about the research contemplated by
11  this agreement?
12   A.   No.
13   Q.   So you never spoke to Steve Bannon
14  about Mr. Guo or Eastern Profit?
15   A.   No, or anything China related, except
16  maybe the military problem as a policy matter,
17  but nothing to do with Guo or Lianchao.
18   Q.   Turning to the next page.  Do you see
19  where you wrote, "I trust your judgment.  I'm not
20  anxious to dialogue with him further"?
21   A.   Yes.
22   Q.   Who were you talking about there?
23   A.   About Guo.
24   Q.   Why weren't you anxious to keep talking
25  to him?

Page 125

1    A.   Because he kept coming back with
2  different things that he wanted do which didn't
3  tie into one another, and then didn't seem serious.
4    Q.   Do you have experience with people who
5  ask for your services, but that ultimately you
6  think are really not serious about it?
7    A.   Yeah.  When you're trying to have an
8  serious discussion and he brings out his jacket
9  after jacket of expensive baby alligator skin
10  jackets that were soaked in milk and tailored in
11  Ferrari colors, you think what are we doing here?
12   Q.   When did that occur?
13   A.   Sometime at his home in December.
14   Q.   So you went to a meeting to talk about
15  this contract in December?
16   A.   Yes.
17   Q.   And he instead was showing you clothes?
18   A.   Clothes.  This part was made in Italy
19  and this part in Hong Kong, and a Lego set of the
20  Tower Bridge in London and all kinds of stuff
21  that had nothing to do with anything, and then he
22  was being difficult on the things that we wanted
23  to talk about.  So I said, "I'm not anxious to
24  dialogue with him further."
25   Q.   I got it.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 126

1    Do you see this message from Lianchao
2  Han on December 24, 2017 starting with "I talked
3  with him"?
4    A.  Um-hum.
5    Q.  What did you understand Lianchao Han to
6  be conveying in this message?
7    A.  Let me read the context.  So your
8  question?
9    Q.  Let me ask it this way.  The message
10  from Lianchao says, "If you fail to provide the
11  deliverables as defined in the scope, you should
12  return the deposit.  What do you think?"
13    A.  Right.
14    Q.  What did you understand that to mean?
15    A.  I spelled it out in the next, in my
16  response.  So we're dialoguing here.  We're not
17  defining things.  So my response explains – my
18  response would answer your question, my written
19  response here.
20    Q.  Just looking at your response here, you
21  wrote, "That probably won't be possible in the
22  first 30 days because of the start-up work.  I
23  suggest a minimum of 90 days."  Do you see that?
24    A.  Yes.
25    Q.  Did you put anything in the contract

Page 127

1  that memorialized that it wouldn't be possible to
2  do any deliverables in the first 90 days?
3    A.  It's addressed in the contract, yes.
4    Q.  Where is that?
5    A.  Well, let's look.  I'm saying the
6  concerns are addressed in the contract.  It has
7  the – it is understood that some of the reports
8  were produced on a regular schedule, meaning some
9  were not.  They'll be irregular.  There will
10  be – then it's followed by the irregular
11  circumstances clause that we discussed.
12    And then there is the 90-day period
13  concerning the comprehensive reports which we
14  already discussed, the progress reports, then the
15  weekly reports, and then the 90-day reports.  So
16  we're setting up the – this is the discussion
17  toward what ended up in the contract.
18    Q.  At this point, though, you were talking
19  about whether the deliverables meet the scope,
20  right?
21    A.  Yes.
22    Q.  What deliverables do you think would
23  meet the scope?  In other words, what's an
24  acceptable deliverable?
25    A.  He had asked for lots of data right

Page 128

1  away.  I said it's not possible.
2    Q.  That's what you're saying in here?
3  When did you tell him it wasn't possible?
4    A.  The whole time.  And Lianchao agreed
5  with it.  And he would have private meetings in
6  Mandarin with Guo about this.
7    Q.  So you were – just so we're clear, you
8  were communicating with Mr. Guo through Lianchao?
9    A.  Yes.  Lianchao was explicitly acting as
10  Guo's agent in this correspondence.
11    Q.  And did you ever sign at least via
12  Signal message or other electronic means with
13  Mr. Guo?
14    A.  No.  Pardon me.  Not that I recall.  I
15  don't believe I did, but there might have been in
16  the initial stages.  I would have destroyed that
17  data.
18    Q.  Okay.  Below that it says, "I don't
19  know who will sign."  Do you see that?
20    A.  Yes.
21    Q.  Do you know what Lianchao was talking
22  about there?
23    A.  Who would sign the contract.
24    Q.  Why was that a question?
25    A.  It would have been a security question,

Page 129

1  meaning Guo would have a surrogate who we would
2  understand was signing on his behalf.
3    Q.  Did Strategic Vision think about having
4  a surrogate sign on its behalf for security
5  reasons?
6    A.  You have to ask Strategic Vision.  I
7  can't answer that.
8    Q.  You didn't talk to Ms. Wallop about
9  that?
10    A.  No.  She was going to sign it because
11  it was her company.
12    Q.  Below that it says, "He proposed you
13  and asked us if that would be acceptable to us.
14  All of us agreed, let's keep the agreement."
15    Do you see that?
16    A.  Yes.  Okay, this refreshes my memory.
17  There was a back-and-forth between whether
18  Lianchao or Yvette would be the signer.
19    Q.  And that was on or about December 24th?
20    A.  Yes, and just prior to it.
21    Q.  So there was a meeting before that?
22    A.  There was a back-and-forth with
23  Lianchao this whole time.  It just wasn't all in
24  writing.
25    Q.  Do you mean on the phone or in person?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 130

1    A.  Never on the phone, always in person.
2    Q.  So regarding this agreement, you never
3 spoke to Lianchao on the phone?
4    A.  Correct.
5    Q.  What about Ms. Wang?  Did you ever
6 speak to her on the phone about this agreement?
7    A.  I think it was only by Signal.  Now,
8 let me correct myself.  We might have had some
9 brief talks on Signal audio.
10   Q.  Okay.
11   A.  But I wouldn't have a record of that.
12   Q.  I understand.
13   A.  Yes.  Here he says, "I don't know who
14 will sign," and I said "He," Guo, "proposed you,"
15 Lianchao, and asked – because there was a
16 question of Yvette doing it, and because Guo told
17 us he didn't trust Yvette, and she's a member of
18 the Communist Party, and her parents are senior
19 people in the Chinese police, that obviously she
20 would be an unreliable person.  I could never
21 figure out why Guo would hire somebody like that,
22 but that's why I did not want her to be involved
23 in the signing of the contract.
24   Q.  When did Mr. Guo tell you that about
25 Yvette?

Page 131

1    A.  I heard about it secondhand because I
2 research my clients.  The judge asked me about my
3 client and I know what he does for his business,
4 as well as the people around him.  So I found out
5 that she was a Communist Party member which Guo
6 later confirmed at a lunch at his house after the
7 contract was executed.  And if I recall, Lianchao
8 said something to that same effect, but I don't
9 remember if it was before or after the contract
10 was executed.
11   Q.  But even after you knew that or heard
12 that, you still continued to work with Yvette
13 Wang, right?
14   A.  Yes.
15   Q.  Didn't it occur to you that that could
16 be a security risk for this project?
17   A.  Yes, and I told Guo that, and he
18 agreed.
19   Q.  Didn't you feel that that would
20 endanger you or your team leader or your team?
21   A.  Not if it was compartmented.  Not if
22 there was an anonymity, a barrier between Guo and
23 the team that wouldn't endanger them at all.  But
24 even Guo himself made his fortune through the
25 partnership with the number 2 official in the

Page 132

1 Chinese secret police, and he still was having
2 dialogue with the ministry of state security
3 officials, as he even told us.
4          So I don't know what his game was.  I
5 don't know what divisions he was working.  I
6 presumed he was working on divisions within the
7 Communist Party.  So if he trusted her after
8 saying he didn't trust her, then he's the client.
9 It's his prerogative.
10   Q.  So even though you found information
11 that you thought really maybe endangered this
12 project, you still went ahead with it?
13       MR. SCHMIDT:  Objection.
14   A.  It didn't endanger the project.
15   Q.  You didn't feel that it did?
16   A.  No.
17   Q.  Let's go to SV69.  Do you see where you
18 wrote –
19   A.  Pardon me, I'm reading.
20   Q.  Go ahead.  Take a little bit of time.
21   A.  Just for the record, SV68 confirms what
22 I just told you.
23   Q.  Please wait for a pending question.
24   A.  69.
25   Q.  Do you see where he wrote – or I'm

Page 133

1 sorry, do you see where you wrote, "If he changes
2 his mind on you, it indicates to me he doesn't
3 fully trust you.  Not a good thing"?
4    A.  Yes.
5    Q.  What did you mean by that?
6    A.  If Guo changes his mind on trusting the
7 person he said he trusted, then that's a bad
8 sign.
9    Q.  Do you know why Lianchao didn't end up
10 signing the contract?
11   A.  No.
12   Q.  Do you know if Mr. Guo stopped trusting
13 Lianchao for some reason?
14   A.  I don't know.  He seemed not to trust
15 anybody.  Toward February 1st, as Yvette had
16 noted, Guo had instructed that we only
17 communicate through Lianchao again.  So he
18 regained his trust.  But he never told us to stop
19 talking to Lianchao.
20   Q.  So through the life of the agreement,
21 you continued to communicate with Lianchao?
22   A.  Yes.
23   Q.  Even after Mr. Guo had instructed you
24 that you shouldn't, because in his mind, he
25 didn't want him to be involved in this anymore?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 134

1   A.  He didn't say don't talk to – Guo did
2   not say don't talk to Lianchao.  He just said
3   Yvette is going to be the principal point of
4   contact.
5   Q.  So you understood that, I guess, let's
6   say, after late December 2017 that there would be
7   two points of contact?
8   A.  Yes.  She would be the primary point of
9   contact on anything major, but because we had the
10  relationship with Lianchao and Lianchao still had
11  Guo's confidence, we would talk to Lianchao about
12  issues coming up with the project and how we
13  might best address them.  Yvette did not seem
14  to – she was not able to answer those questions
15  for us.
16  Q.  In the response bubble to your last
17  bubble there, it says, "He has sensed my
18  disappointment with him."
19  A.  Yes.
20  Q.  Do you understand what Lianchao was
21  talking about there?
22  A.  That Guo has sensed Lianchao's
23  disappointment with Guo.
24  Q.  Right.  Did you understand what sense
25  of disappointment was being discussed?

Page 135

1   A.  No.  I think Lianchao is very direct
2   and methodical.  Guo is really not.
3   Q.  Why was it that you thought that
4   Lianchao was disappointed with Guo?
5   A.  Because Guo was exaggerating.  Guo was
6   being, again, bringing out his wardrobe to show
7   us, showing us his Lego set.
8   Q.  So Lianchao was at that meeting?
9   A.  Yes.
10  Q.  So after that meeting –
11  A.  Pardon me.  That may have been over the
12  course of two meetings.  I think the Tower Bridge
13  Lego set was at a second meeting.
14  Q.  But to your mind, Lianchao was
15  disappointed with Guo because of how he carried
16  himself at one or both of these meetings at his
17  apartment?
18  A.  Yes, and I believe other things
19  unrelated to our contract.
20  Q.  What were those other things?
21  A.  I don't know.
22  Q.  And Lianchao told you only through this
23  Signal message or did you have a discussion with
24  him about it?
25  A.  We had discussions about it.

Page 136

1   Q.  Can you just briefly describe what was
2   conveyed in those discussions?
3   A.  Similar to what was spelled out here.
4   There was a cause of frustration with Guo keeping
5   focus, Guo keeping a sensible scope of what he
6   wanted to do.  The difference between Guo being
7   unethical in his business practices, which is
8   another reason for a deposit, like a retainer,
9   but it was not a retainer.  Defending Guo when I
10  would say I've done research on him and found
11  that he's been involved in certain alleged
12  nefarious activities, what do you think about it.
13  Q.  So you raised those issues with
14  Lianchao?
15  A.  Yes.
16  Q.  What did he say?
17  A.  He said, "There's a lot there, John.
18  This is a complicated place.  You don't become a
19  billionaire in Communist China by playing by
20  American legal standards."
21  Q.  Let me just ask this.  Why do you think
22  Lianchao was interested at all in what Mr. Guo
23  was doing or trying to do through this contract
24  with Eastern Profit?
25  A.  Because Guo was in the United States

Page 137

1   under a form of sanctuary, he can't go back home
2   or he'll be arrested, so he's in opposition to
3   the Communist Party leadership.  That jived with
4   both Lianchao's and French Wallop's and my own
5   beliefs that the Communist government of China is
6   an evil regime, and if we can help fight it in
7   any way, great.  And if we can make a living
8   doing it, great.  And if we have a defector or a
9   deserter who's come to the United States to put
10  up funds to enable that, then this is a win-win
11  proposition.
12  Q.  So you and French Wallop and Mr. Guo
13  have kind of an ideological common purpose in
14  toppling the Communist regime in China?
15     MR. SCHMIDT:  Objection.  Go ahead.
16  A.  We thought we did.
17  Q.  At the time, let's say, December 2017?
18  A.  Right.  Later we began to suspect that
19  he was either a double agent or some other kind
20  of provocateur, but we could never prove it.
21  Q.  Just looking at the next text bubble,
22  who are Bernie and Judd?
23  A.  I don't remember Bernie.  Let me think
24  of Bernie.  Judd was former Senator Judd Gregg of
25  New Hampshire, G-r-e-g-g.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 138

1    Q.   Judd Greg was a friend of Lianchao?
2    A.   Lianchao had worked for him for many
3    years.  I knew him and his dad before he even was
4    elected.
5    Q.   Just taking a moment.  Who is the other
6    friend of Lianchao named Bernie, if you know?
7    A.   Bernie Yoh, Y-o-h.
8    Q.   Who is that?
9    A.   He's deceased.  He was a -- he fought
10   the Japanese and Mao in the Japanese invasion of
11   China and the Chinese Civil War as a free China
12   fighter.
13   Q.   For Chiang Kai-shek?
14   A.   With Chiang Kai-shek, and then came to
15   the United States.  He mentored me when I was a
16   kid in college and he mentored Lianchao.  That's
17   one of our trust litmus tests.
18   Q.   I see.  So because you had people who
19   you both knew that both seemed to like you, you
20   figured Lianchao was someone you could trust?
21   A.   No, there are a lot of people who I
22   like who I don't trust, no, not at all.  Bernie
23   Yoh was a guerilla fighter in the most literal
24   sense, and in that kind of insurgency where you
25   don't have a commander in control, everything is

Page 139

1    based on trusting the guys that you're with.
2         He based his life in America the same
3    way.  Just because he liked you doesn't mean he
4    trusted you and vice versa.  But he's the type of
5    mentor -- I say that in the deepest sense of the
6    word -- that if he mentored me, he got to know me
7    very well.  I got to know him very well.  If he
8    mentored Lianchao, the same thing.  If you were
9    mentored by Bernie Yoh, then that's solid stuff.
10   Q.   I got you, okay.
11        Just turning to the next page, SV70.
12   Do you see where you wrote, "Any attempt to do
13   anything in court will expose everything, and
14   that isn't worth a lousy million dollars for
15   either party"?
16   A.   Yes.
17   Q.   What were you talking about there?
18   A.   Because in our verbal discussions,
19   Lianchao had related that Guo was very afraid of
20   being defrauded and was understandably nervous of
21   putting up a million dollars in advance that was
22   not in escrow.  So he's nervous about that.  So
23   we have the contract.  I didn't know what he
24   meant by what would protect him, which is why I'm
25   asking.

Page 140

1    I said if this ever goes to court, it's
2    going to expose the existence of the contract,
3    which was never supposed to be known.  We kept
4    our side of that bargain.  It would expose who
5    Guo is tracking and why.  It would expose the
6    nature and extent of who he's following, and it
7    would completely upend the client's worth.  I
8    expressed doubt at this point that is it worth a
9    million dollars to him to risk everything he's
10   trying to do.
11   Q.   Why did you want Lianchao to sign
12   instead of someone else?
13   A.   Because I've known him for such a long
14   time and I trusted him, and he was not a member
15   of the Chinese Communist Party.
16   Q.   You're referring to Ms. Wang when you
17   say that, as someone who was a member of the
18   Chinese Communist Party?
19   A.   Yes.
20   Q.   Were any other alternatives provided?
21   A.   No.
22   Q.   Do you see where Lianchao wrote, "I
23   don't really care as long as we do it"?
24   A.   Yes.
25   Q.   Why did Lianchao care so much about

Page 141

1    this contract?
2    A.   He wanted to destabilize the Chinese
3    Communist Party.
4    Q.   He didn't really care about why or who
5    was going to do it.  He just wanted to hurt them?
6    A.   He just wanted it done.  It was a
7    natural synergy between someone who had the
8    motivation and the resources and the basic
9    information versus the people who could actually
10   do the work that would then provide the person
11   providing the funds with the means to make use of
12   that information over time.
13   Q.   Just looking at your response.  Why did
14   you say, "We must report to you and only you for
15   quality control"?
16   A.   Because of a trust issue.  Again, same
17   reason.  Lianchao understood exactly what we were
18   doing and how we were doing it.  Yvette did not
19   seem to know any of that.
20   Q.   Why did you think that Yvette didn't
21   know about any of that?
22   A.   She couldn't hold a real conversation
23   about what we were doing beyond interpreting.
24   She didn't know anything about opposition
25   research.  She didn't know -- she didn't seem to

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 142

1  know anything about computer research.  She would
2  keep saying – using very oversimplified terms
3  that really made no sense.  "That's garbage.
4  That's garbage."
5      "Well, what do you mean by 'garbage'"?
6  Tell me specifically what's useful and what's
7  not.  She couldn't even say that to us.  She
8  couldn't convey anything necessary to conduct the
9  job.
10     Q.   Let's talk about when are these
11  conversations occurring that you're describing
12  here?  Was this before the contract or after?
13     A.   That was on both.  The judgment of the
14  information was after the contract, but she could
15  not hold a conversation about the types of work
16  involved prior to the contract.
17     Q.   Do you feel that she understood the
18  research agreement?
19     A.   Yes, her English was good enough.
20     Q.   Did she understand what was going to be
21  provided in terms of a service?
22          You're saying she didn't really
23  understand what the work was?
24     A.   Well, for the same reason anybody hires
25  an expert, right?  You depend on the expert to do

Page 143

1  it, but you would at least want to have a
2  conversation about the modalities with that
3  expert, and she didn't – she wasn't up to having
4  that type of conversation.  Guo was, and she
5  interpreted for Guo.
6      Q.   I see.  Let's go to 72.  And just
7  before we talk about that.
8          When did Lianchao stop being your
9  primary point of contact?
10     A.   As I recall, it was the last few days
11  of December.
12     Q.   Okay.
13     A.   Roughly right after Christmas.
14     Q.   Before, you said he had gotten back
15  involved again later on.
16     A.   Yes.
17     Q.   When was that?
18     A.   When we were instructed to – well, it
19  was various, because sometimes he would indicate
20  that Guo wanted to convey a message through him
21  verbally and not through Yvette, but in writing
22  it was on February 1st when Yvette instructed me
23  that she would no longer be the point of contact
24  and that I was to communicate only through
25  Lianchao.

Page 144

1      Q.   I see.  When was that again?
2      A.   I believe it was February 1, 2018.
3  It's in a Signal message.
4      Q.   Let's look at SV72.  Do you see where
5  you wrote, "If it is, my main concern is that you
6  remain as the filter to ensure quality control
7  and ensure that we can protect our sources and
8  methods and ensure that New York doesn't release
9  information prematurely and put the entire
10  project and our people in danger."
11     A.   Yes.
12     Q.   "New York" there refers to Mr. Guo?
13     A.   Yes.
14     Q.   Why were you concerned about him
15  releasing information prematurely?
16     A.   Because he would go back and forth on
17  us in terms of long-term research that he would
18  release over time, and therefore not jeopardize
19  the existence of the research itself.  And then
20  because he was so impulsive, he might release
21  information prematurely and then alert people we
22  were watching that we were watching them.
23     Q.   I think you've answered it to an
24  extent.  What would be a premature release of
25  information?

Page 145

1      A.   Let's say he releases information on
2  person X while we are still researching person X.
3  Once you know you're being followed – once
4  person X knows he or she is being followed,
5  they're going to make it more difficult to put up
6  countermeasures or do whatever to prevent being
7  observed.  So we wanted to make sure that that
8  didn't happen so that we could continue to
9  execute on the project.
10     Q.   Did you understand that ultimately
11  information about the research subjects would be
12  released?
13     A.   Yes.
14     Q.   When did you come to that
15  understanding?
16     A.   That was explicit from the beginning.
17     Q.   Did Strategic Vision and Ms. Wallop
18  understand that too?
19     A.   Yes.
20     Q.   So the collateral damage you're talking
21  about there would be what?
22     A.   The collateral damage would be the
23  existence that we were invading the personal
24  information of senior members of the Chinese
25  Communist Party, the secret police, and their

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 146

1   family members.
2       Q.   And so you're talking about damage to
3   the investigation, not damage to anyone
4   personally or anything like that?
5       A.   People get pushed off buildings for
6   these things.
7       Q.   In this investigation?
8       A.   This type of work.
9       Q.   I see.
10      A.   Putin had two of my editorial board
11  members murdered for investigating his
12  corruption, so we're very wary of these types of
13  issues, as was Guo.  He's very afraid of being
14  pushed off his own balcony.
15      Q.   With respect to the members of your
16  team, I guess, that were, as you said, pushed off
17  a building, when did that occur?
18      A.   My team?  Galina Starovoitova.
19          (Court reporter interruption.)
20      A.   G-a-l-i-n-a, last name
21  S-t-a-r-o-v-o-i-t-o-v-a.  The other name is
22  worse.  And Yuri Shchekochikhin was poisoned.
23  She was murdered in '98, and he was within the
24  past – I don't remember exactly the date.  There
25  were 11 Russians I knew that have been murdered

Page 147

1   for investigating Putin.
2       Q.   You also said in this blurb that "There
3   was a deep concern that New York did not want to
4   include her, but now wants her to be in charge."
5       A.   Yes.
6       Q.   What was that concern?  First of all,
7   I'm sorry, who is "her"?
8       A.   Yvette.
9       Q.   What was the concern that you were
10  talking about, the "deep concern" there?
11      A.   Let me read it.
12      Q.   Sure.
13      A.   Okay, so your question?
14      Q.   I'm sorry, my question was what was the
15  deep concern?
16      A.   My deep concern was that Guo was now
17  putting Yvette in charge when he said he didn't
18  trust her.
19      Q.   And that concerned you because why?
20      A.   Well, if the client doesn't trust his
21  own person and wants to put her in charge of the
22  project, that will complicate the project a lot.
23  And both French and I had a relation with
24  Lianchao where he was very easy to work with.  He
25  understood precisely what we were doing and what

Page 148

1   needed to be done.
2       He was in a way to not simply be a
3   cutout or a translator for Guo, but actually a
4   facilitator to iron things out, or to come up
5   with new ideas, or to persuade Guo, or to convey
6   Guo's concerns adequately to us.  So we were
7   losing that type of relationship with her as the
8   person in charge.  That was my concern.
9       Q.   Because you had never met her before
10  this engagement?
11      A.   Right, and she was a party member, and
12  her parents were – her family is in the Chinese
13  enforcement unit.
14      Q.   Turning to the next page.  Do you see
15  where Lianchao wrote, "He wants me to work for
16  him exclusively, which I have to think about"?
17      A.   Yes.
18      Q.   What did you understand that to mean?
19      A.   Because for a while, even predating
20  this message, Guo had wanted to hire Lianchao on
21  salary or some other compensated basis to work
22  for him and only him.
23      Q.   And that didn't happen?
24      A.   Lianchao did not want to be dependent
25  on Guo.

Page 149

1       Q.   Was that the only reason that Lianchao
2   told you he did not want to work for Mr. Guo?
3       A.   He just didn't want to be dependent on
4   Guo.  He would not take a salary from Guo.
5       Q.   And that's what I'm saying.  Is that
6   the only reason he told you he wouldn't take that
7   job?
8       A.   As far as I know.
9       Q.   Looking down the page on 73.  Do you
10  see where you mention that "We had agreed in
11  writing on December 12th"?
12      A.   Yes.
13      Q.   What was agreed upon in writing on
14  December 12th?
15      A.   If memory serves, that was the
16  preliminary terms of the draft contract.
17      Q.   So there was a writing on December 12th
18  that memorialized that?
19      A.   Judging by this, yes.
20      Q.   Do you know where that document is
21  today?
22      A.   No.  Again, I made a point to not save
23  unnecessary information.
24      Q.   I see.  So is it possible that there
25  was a December 12th draft agreement that you

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 150

1 disposed of?
2    A.  Not draft agreement, but draft terms.
3 But then you keep revising drafts and you throw
4 away the drafts you don't need.
5    Q.  By "throw away," what do you mean?
6 Like delete an electronic copy?
7    A.  Yeah, destroy electronic copies and
8 paper copies of printouts.
9    Q.  To your recollection, in connection
10 with this contract, what do you remember
11 disposing of or destroying?
12    A.  My habit is to dispose of anything
13 that's not needed to execute the project or to
14 retain it only for as long as necessary.  For
15 example, the Signal messages with Yvette, I saved
16 those because we were still working with her and
17 I would need to go back and refer, but then I
18 would periodically delete.  But once we got
19 served, I saved everything.
20    Q.  Let's just talk about that.  Did you
21 delete Signal messages that were part of this
22 research agreement?
23       MR. SCHMIDT:  Objection, but go ahead.
24    A.  I presume I did.
25    Q.  Who would those communications have

Page 151

1 been with?
2    A.  Anybody necessary to put the work
3 together or to execute the work.
4    Q.  So you might have deleted messages from
5 Yvette Wang?
6    A.  I might have, but whatever is on that
7 string.  If I have the whole string, I can tell
8 you.  I certainly deleted some messages, but not
9 pertaining to Yvette.  Meaning with team 1, for
10 example, I deleted everything.
11    Q.  I see.  So you did communicate with the
12 leader of team 1 via Signal?
13    A.  By coded messages within the encrypted
14 message and very vague, yes.
15    Q.  You don't have to tell me which
16 application you used, but you used some sort of
17 encrypted messaging service?
18    A.  We used multiple ones, yes.
19    Q.  But you disposed of those?
20    A.  Yes.
21    Q.  Just in terms of your practice, was it
22 your practice to delete them a day after you used
23 them or immediately?
24    A.  It depends.  Sometimes it's upon
25 reading.  Sometimes it would be within 48 hours

Page 152

1 or a week.  Sometimes not at all depending on the
2 need to refer back to what was corresponded.
3    Q.  Let's just talk about this blurb I
4 mentioned with December 12th.  It says, "Please
5 call F.  We agreed on the deposit.  That wasn't
6 the problem.  However, today Y came back with
7 major unreasonable changes to things that we had
8 agreed to in writing on December 12th."
9    A.  Yes.
10    Q.  What were the major changes that you
11 were talking about there?
12    A.  Let me look at this.
13       MR. GRENDI:  We'll do a hard stop at
14       1:30.  I don't know if I'm going to get
15       through this by then.
16    A.  I don't remember precisely what those
17 major unreasonable changes were, but they
18 involved pricing and the deposit.  Guo had
19 already agreed with Lianchao present to pricing
20 and the deposit.  She came back on her own –
21 "she" being Yvette came back on her own making
22 her own changes.  This was not to me, but to
23 French Wallop.
24    Q.  So you weren't present when Yvette
25 proposed these changes that were, to your

Page 153

1 description, major and unreasonable?
2    A.  I don't think I was.
3    Q.  French told you about that?
4    A.  If I recall correctly, yes.
5    Q.  Okay.  Do you know why – I think you
6 later wrote, "She has no idea what she's talking
7 about"?  It's on the next page.
8    A.  Right.  This went on the top of 74?
9    Q.  Yeah.
10    A.  Yeah, she had no idea what she was
11 talking about.
12    Q.  And that was something French told you?
13    A.  Yes.
14    Q.  You weren't –
15    A.  Meaning Yvette, according to French,
16 has no idea what she, Yvette, is talking about.
17    Q.  I see.  So you weren't – you didn't
18 hear Yvette talk about these things because you
19 weren't there or on the phone or anything like
20 that?
21    A.  I don't remember.  On thinking back.  I
22 think I might have been privy in New York on that
23 meeting with Guo, but I don't remember.
24    Q.  Just sitting here today, you don't
25 recall maybe hearing that or knowing what Yvette

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 154

1  said that was described here as "major
2  unreasonable changes"?
3      A.  I don't remember what I heard firsthand
4  from Yvette versus what I heard secondhand from
5  French talking to Yvette. I don't remember in
6  this particular issue.  Yvette had come back with
7  her own handwritten changes to the contract that
8  were objectionable.  I don't know where that
9  version of the contract is or if it exists or
10  what.
11      Q.  Describe how you know about those
12  handwritten notes on the contract.
13      A.  French showed me.
14      Q.  You saw the physical document?
15      A.  Yes.
16      Q.  And it's French's document, not your
17  document?
18      A.  Yes, correct.
19  (*r)   MR. GRENDI:  We will just put a pin in
20      that one.  If that document still exists, we
21      would like to have it produced.
22      Q.  Do you remember what was handwritten on
23  that document by Yvette?
24      A.  No.
25      Q.  Let me just ask you about one last

Page 155

1  thing with this thread here and I'll take lunch.
2  If you could go to 67 -- or 76.  Do you see that
3  blurb that you wrote on January 4th at 3:25 a.m.?
4      A.  That sounds like the right time.  Yes.
5      Q.  Who's Amir? -- and I'm going to butcher
6  this, the pronunciation.
7      A.  Fakhravar.
8      Q.  Who is Amir F?
9      A.  He is a leader of an Iranian opposition
10  student movement.
11      Q.  You said here, "I helped him establish
12  seven years ago"?
13      A.  Yes.
14      Q.  Was that work you did for your own
15  company or working for someone else?
16      A.  It was working for a non-profit and
17  working on my own, because it was the right thing
18  to do.
19      Q.  You said, "this will be good for
20  New York and your present guest to see.  It shows
21  in real life what our team can do."
22      A.  Yes.
23      Q.  What did you mean by that?
24      A.  We helped organize student protests
25  inside Iran and in other parts of the world and

Page 156

1  then had brought in various Iranian opposition
2  factions together to help them put aside their
3  differences and to set up the basis for a
4  government in exile or a government that could
5  take place once the present regime was toppled.
6      Q.  I see.  So the -- what your team can do
7  for that group, were you talking about
8  investigatory research or something else?
9      A.  No.  This is if and when Guo would
10  succeed in destabilizing the Chinese regime, we
11  could help with protest organizing, with helping
12  unarmed people develop defensive methods against
13  armed force and riot police and armored vehicles
14  and so forth.
15      Actually, certain design flaws in
16  Chinese-built armored vehicles that the Iranians
17  and others were using to help the civilian
18  protesters defend themselves, and then to get
19  organized into some sort of a provisional
20  government and set up an interim constitution
21  that they could agree on or something like that.
22      Q.  But this is not about investigatory
23  research?
24      A.  No, this was not part of the contract.
25  This was part of what was the larger vision.

Page 157

1      MR. GRENDI:  Let's break for lunch.
2  Thank you very much.
3      THE VIDEOGRAPHER:  Off the record at
4  1:28.
5      (Whereupon, a luncheon recess was taken
6  at 1:28 p.m.)
7      THE VIDEOGRAPHER:  Back on the record
8  at 2:15.
9      Q.  Hello again.  Mr. Waller, did there
10  come a time when Strategic Vision got a wire for
11  $1 million in connection with this research
12  assignment?
13      A.  It got two wires of just under half a
14  million dollars apiece from a Hong Kong company.
15      Q.  And when was that?
16      A.  I don't know the exact date.  It wasn't
17  my account, but I think it was January 2nd.
18      Q.  Of 2018?
19      A.  Yes.
20      Q.  Was that before or after the research
21  agreement was signed?
22      A.  Before.
23      Q.  How did you first hear about these --
24  I'll call them "one wire" if that's okay, the two
25  of them the same day?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 158

1    A.  As long as it's clear that there are
2  two.
3    Q.  Let's call them "the two
4  half-million-dollar wires," how's that?
5    A.  Okay.
6    Q.  When did you first hear about the two
7  half-million-dollar wires?
8    A.  Right around the time French Wallop
9  realized that it had been deposited in her
10  account, in her company's account.
11    Q.  So January 2nd, January 3rd of 2018?
12    A.  Right.
13    Q.  What was your response or reaction to
14  hearing that news?
15    A.  I thought it was very curious because
16  we hadn't signed the contract yet.
17    Q.  Are there any issues about where the
18  money had come from or questions about where it
19  was from?
20    A.  Yes.  We were very upset that it had
21  come straight from a Hong Kong bank straight to
22  Strategic Vision's bank because that was not what
23  we had agreed with Guo.
24    Q.  What was that previous agreement you're
25  referring to?

Page 159

1    A.  That we would establish a circuitous
2  route through which to make payments in order to
3  avoid detection by the Chinese government.
4    Q.  And so what were the details of that
5  circuitous route?  What was contemplated or
6  discussed?
7    A.  Sending it through various accounts in
8  different countries where it would escape
9  detection from the Chinese.
10    Q.  Were any details of which entities
11  would be used to do that discussed?
12    A.  That had remained to be settled.
13    Q.  Okay.  When did you or Ms. Wallop plan
14  on having that conversation with the folks from
15  Eastern Profit?
16    A.  After signing the contract.
17    Q.  When did you discuss this circuitous
18  payment route idea with Mr. Guo or whoever?
19    A.  We discussed it on several occasions in
20  December, throughout December when we were going
21  over how we would do this, how we would arrange
22  payment and how we would keep security.  Guo
23  agreed, and we spoke about it in the presence of
24  Lianchao and Yvette both separately acting as
25  interpreters, and also in English with Guo, who

Page 160

1  speaks English.
2    Q.  When the wire came in, or the two
3  half-million-dollar wires came in, did you have a
4  discussion with Mr. Guo or Lianchao or Yvette
5  about this issue and the fact that a circuitous
6  payment route was not used?
7    A.  I believe I did with Lianchao right
8  away, as soon as I found out, and I know that
9  French Wallop certainly did with Yvette.
10    Q.  When did you speak to Lianchao about
11  that?  Was it January 3rd?
12    A.  I'm guessing.  I don't know, but it was
13  soon after.
14    Q.  Was that an in-person meeting or a
15  telephone call?
16    A.  They were never by telephone.  It was
17  in person.
18    Q.  So you met with him where?  In
19  Washington, D.C.?
20    A.  The D.C. area, greater D.C. area.
21    Q.  What did Lianchao say when you told him
22  this?  Did he know already?
23    A.  No.  He expressed surprise.
24    Q.  Did you have any doubt that the money
25  was from Eastern Profit when you received it?

Page 161

1    A.  Yes.
2    Q.  You had other clients that were maybe
3  going to send a million dollars?
4    A.  No, but somebody gets a million dollars
5  from a company they never heard of unrelated to
6  any contract that had been signed, it's rather
7  different.
8    Q.  But Yvette did eventually tell – well,
9  strike that.
10    Did you ever hear that Yvette told
11  French Wallop the wire was from Eastern Profit?
12    A.  Never from Eastern Profit.
13    Q.  From anyone else?
14    A.  It would have – we understood it to
15  have been authorized by Guo.  So we didn't say
16  hey, Eastern Profit, you haven't paid us.  Some
17  other company paid us, but we're not gonna – we
18  presumed that it was from Guo.
19    Q.  I see.
20    A.  Eastern Profit is a fake entity.  We're
21  talking about Guo.  It's a cutout for Guo, so we
22  can dispense with that fiction.
23    Q.  We're not going to dispense with any
24  fiction.  There's no fiction here, but let's just
25  continue.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 162

1    Did you ever discuss this research
2  assignment with Bill Gertz or William Gertz?
3    A.  Only at the beginning when he was
4  facilitating it.
5    Q.  Can you describe what that discussion
6  was and where that was?
7    A.  I don't recall.
8    Q.  Can you tell me when you talked to
9  Bill Gertz?
10    A.  Probably November, December of 2017.
11  It was pre-contract.
12    Q.  What was the nature of the discussion?
13  What was discussed?
14    A.  I thanked him for putting this
15  together.  I asked him if he wanted to be a part
16  of it.  He said no.
17    Q.  What do you mean by "be a part of it"?
18    A.  He's an investigative journalist, has
19  been for more than 30, 35 years ever since I've
20  known him, so I wondered if he wanted to be part
21  of it.  And since Guo trusted him, he would be an
22  ideal person to have on board.
23    Q.  In terms of an intermediary or someone
24  providing services?
25    A.  Providing services.  He has excellent

Page 163

1  contacts in the intelligence community.
2    Q.  I see.  That was the only time you ever
3  spoke to Bill Gertz about this matter?
4    A.  Yeah, as far as I can tell.  It might
5  have been a casual hey, things are still going.
6  It was nothing in any detail, not in violation of
7  any confidence.
8    Q.  I wasn't saying it was or wasn't.  I'm
9  just asking if you spoke to Bill Gertz about this
10  agreement or research agreement after your
11  initial meeting with him that you described from
12  November or December of 2017.
13    A.  I mean, we've been friends for a long
14  time, so more than a how's-it-going-type thing,
15  nothing of substance.
16    Q.  And you're still in touch with
17  Bill Gertz as friends or colleagues?
18    A.  Yeah.  I'm working with him and
19  Rich Higgins on another project.
20    Q.  Another investigation project?
21    A.  An information messaging project.
22    Q.  What do you mean by that?  Is that a
23  different service than investigatory research?
24    A.  Yeah, it's putting out a message as
25  opposed to investigating.

Page 164

1    Q.  So like social media or print
2  journalism, things like that?
3    A.  Yeah, public diplomacy, just messaging.
4    Q.  Let's go to the next exhibit.
5    MR. GRENDI:  Exhibit 6.
6    (Waller Exhibit 6, Document entitled
7  "Anita Yui Suen", marked for
8  identification.)
9    MR. GRENDI:  Joe, do you have any
10  objection to me giving this to co-counsel,
11  co-defendant?
12    MR. SCHMIDT:  No, that's fine.
13    Q.  Do you recognize this document?
14    A.  Yes.
15    Q.  Generally speaking, what is this?
16    A.  This is the document that Miles Kwok
17  provided for us for the research project.  This
18  is his list of targeted names.
19    Q.  Is this the list of fish that when
20  they're describing it?
21    A.  Yes.
22    Q.  When did you first see this document?
23    A.  As I recall, shortly after the contract
24  was executed, or signed.  It was shortly after it
25  was signed.

Page 165

1    Q.  Does January 8th or 9th sound right?
2    A.  Approximately.
3    Q.  How did you receive it?
4    A.  On a USB drive that Yvette had provided
5  to French Wallop.
6    Q.  So you received the USB drive with the
7  information in Exhibit 6 from French Wallop,
8  then?
9    A.  Yes.
10    Q.  Who had gotten the information from
11  Yvette Wang?
12    A.  Yvette had handed – she had given
13  us – or she had given French, rather, USB drives
14  that were corrupted.  So French had to go up to
15  New York to get uncorrupted versions of the drive
16  and then bring it down.  That's what was on this.
17  This document was on that drive.
18    Q.  Right.  So did you see this document
19  from the initial drive that was given to
20  French Wallop on January 6th or from, as you just
21  mentioned, drives that were given subsequently?
22    A.  As I recall, I did not see anything in
23  the corrupted drives.  This was the non-corrupted
24  drive a few days later.
25    Q.  Okay.  Do you recall when the

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 166

1  non-corrupted drives were given to Strategic
2  Vision?
3      A.   I can't say the day, but it was a few
4  days later.
5      Q.   A few days after what day?
6      A.   A few days after Strategic Vision
7  received the corrupted drives.
8      Q.   When was that?
9      A.   Sometime in the first week of January.
10     Q.   Do you know if it was January 6th, the
11 day that the contract was executed?
12     A.   I don't remember the exact date.
13     Q.   Okay.  And so once you got a
14 non-corrupted version, what did you do with this
15 document?
16     A.   We immediately gave that to the team 1
17 leader to start work.
18     Q.   Had you arranged in advance for the
19 team 1 leader to be kind of ready to do this
20 project?
21     A.   Yes.
22     Q.   When did you first talk to the team 1
23 leader about this project?
24     A.   In late November or early
25 December 2017.

Page 167

1      Q.   Is it fair to say as soon as you heard
2  about this engagement, you thought of the team 1
3  leader as the go-to guy?
4      A.   As one of the go-to guys.  So we had
5  him do a test which we presented to Guo.  He was
6  very satisfied with the results and wanted us to
7  continue.  That was in early December,
8  mid-December.
9      Q.   Let's talk about that test.  How did
10 that test come up?  Was that requested by Mr. Guo
11 or Ms. Wang or Lianchao?
12     A.   Guo requested it, with Lianchao being
13 present and French Wallop being present.  I don't
14 remember if Yvette was present.  I think she was
15 not present at that meeting.
16     Q.   What was the request?
17     A.   He wanted to hack into Anita Suen's
18 personal data, including the server of CITIC,
19 which is the Chinese state-owned – I believe
20 CITIC is C-I-T-I-C, China International
21 Investment Corporation and Trade.  Her email
22 address was residing on the CITIC security
23 server, and Guo wanted to see if we could access
24 that server.
25     Q.   What did you say in response to that

Page 168

1  request?
2      A.   That it's not legal to do from the
3  United States, but we would see what we could do.
4  So we did a capabilities test to see if it was
5  possible and found that yes, it is possible or it
6  was possible.
7      Q.   You had mentioned before that the
8  team 1 leader was involved in this.  Did you
9  dispatch the team 1 leader to see if it was legal
10 to do in another country?
11     A.   Yes.
12     Q.   What did the team 1 leader tell you?
13     A.   Yes, it's legal.  He gave screenshots
14 of the inside of the CITIC security server
15 showing that indeed we had the capabilities to
16 break into the server.
17     Q.   Did you show these screenshots – you
18 said you showed screenshots of this to Mr. Guo
19 and Lianchao Han?
20     A.   Yes.
21     Q.   When was that?
22     A.   Before the contract was executed, in
23 mid-December.
24     Q.   Where was that meeting?
25     A.   At Guo's residence.

Page 169

1      Q.   Did you present – so there were
2  computer screenshots on a laptop that you
3  brought?
4      A.   He didn't want a laptop.  He didn't
5  want electronic.  That was on paper.
6      Q.   That was on paper?
7      A.   That was before he said he didn't want
8  anything on paper.  He had electronic security in
9  his residence, so we couldn't use computers.
10     Q.   Did you hand him this information in
11 paper for him to keep or did you just show it to
12 him?
13     A.   I don't recall if he kept it or not.
14     Q.   Do you still have a copy of that?
15     A.   Yes.
16 (*r)    MR. GRENDI:  I'm going to call for the
17     production of that document if it has not
18     already been produced, but we'll see.  We
19     got a lot of information recently.
20     Q.   Did you show Mr. Guo and Lianchao bank
21 account information for Anita Suen?
22     A.   No.
23     Q.   What information was on those
24 screenshots?  Can you describe those screenshots?
25     A.   Yes, it was a screenshot of the code,

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 170

1  of the server code showing that it was at the
2  doorstep of the server, so to speak.  It was not
3  a break-in of the server.  It was just to show
4  we're right at the front door and we can go in.
5      Q.   During this discussion, did you refer
6  to this server like a wall that you could peer
7  over?
8      A.   It was some kind of metaphor.  We had
9  discussions about how to see the information, and
10  there were different ways to do it, and he just
11  wanted to brute force attack which is not a
12  feasible thing to do because that tells the
13  target that you're after them.  So there are
14  other ways to get access to it, and we described
15  to him those ways.
16      Q.   I just want to understand that a little
17  better.  So if you were to, as you described it,
18  break into the server, that would alert the
19  server host to the fact that there was a problem?
20      A.   Yes.
21      Q.   Why would that be problematic in terms
22  of doing investigatory research?
23      A.   That you couldn't see what's inside.
24      Q.   Because why?  I'm asking you to explain
25  this.  I understand that it's perhaps intuitive.

Page 171

1      A.   The server would put up its own
2  defenses to close down any access to it, or even
3  shut itself down, and that it would alert the
4  server administrator that there was an issue.
5      Q.   Did this information include anything
6  about there being a huge amount of illegal money
7  in the bank account that you were looking at?
8      A.   We weren't looking at a bank account.
9  Guo wanted us to look at bank accounts for
10  illegal money.
11      Q.   Was that research that Strategic Vision
12  was willing to do?
13      A.   We were willing to do it wherever it
14  was legal to do it.  Guo instructed us to break
15  into -- try to break into American bank accounts,
16  and we said no, that's a crime.  We advised him
17  of certain things he wanted to do, and we told
18  him these are crimes.  We're not going to do
19  them.  And he got very upset after earlier saying
20  he didn't want to break U.S. law.
21      Q.   How did he get upset?  Can you describe
22  that?  Was that during this meeting where you had
23  showed the server?
24      A.   I think it was a subsequent one.
25      Q.   I just want to stick with this meeting.

Page 172

1  You described kind of one screenshot.  How many
2  screenshots were there that you showed at this --
3      A.   Two or three.
4      Q.   So what were they one by one, if you
5  don't mind just kind of going through to the
6  extent that you remember?
7      A.   It's a shot of -- remember MS DOS?
8  Before Windows?
9      Q.   Sure.
10      A.   It looks kind of like that.
11      Q.   So it's like a command prompt?
12      A.   Yes.
13      Q.   What did that -- I guess that's one of
14  the screenshots, right?
15      A.   Yeah.  The other was related.  The
16  other one or two were related to that one.  They
17  all had that sort of --
18      Q.   DOS look?
19      A.   Yeah.
20      Q.   What would that information mean to a
21  layperson?  Did you explain what the screenshots
22  really meant?
23      A.   Yes.
24      Q.   Please explain to me what those
25  screenshots meant.

Page 173

1      A.   So we're right at the front door of
2  Anita Suen's CITIC security email account, but we
3  haven't opened the door.
4      Q.   Did you convey to Mr. Guo or Lianchao
5  that you could do that?
6      A.   Yes.
7      Q.   But you explained that you weren't
8  going to do that right now because it would
9  compromise the investigation in the future?
10      A.   Yes.
11      Q.   What was their reaction to this
12  presentation?
13      A.   That was fine.  That presentation was
14  what convinced Guo to proceed with the contract.
15      Q.   Did Strategic Vision subsequently
16  access that CITIC account?
17      A.   No.
18      Q.   And why not?
19      A.   As I recall, it was because Guo was
20  insisting on a brute force attack, and we were
21  telling him that's an unprofessional way to do
22  it.  It's going to defeat your purpose
23  completely, and they'll just throw up more
24  security and you'll never get what you want.
25  Allow us to do it by another means.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 174

1    Q.   Did there come a time when he just
2  said, do it by brute force.  I don't care what it
3  takes.  Just access that account?
4    A.   Not on that one particularly, but on
5  another one, that's when we told him it was
6  illegal and he got angry.
7    Q.   So Strategic Vision never accessed
8  Anita Suen's CITIC account?
9    A.   No.  If I recall correctly, it was that
10  team 1 reported they went back to access it, and
11  there were other people trying to access that
12  same account.  Guo had said to us on two
13  occasions that he had three or four other teams.
14      Team 1 raised a red flag for me.  Then
15  when I met with the team 1 leader, he explained
16  it.  He said they stopped the activity because
17  they did not want to damage anything that Guo's
18  other teams might be doing.
19    Q.   Where was that meeting with the team 1
20  leader?
21    A.   In Europe.
22    Q.   In which part?
23    A.   It would be in Ireland.  No, pardon me.
24  That one was in the United States.
25    Q.   The team 1 leader was in the

Page 175

1  United States, and you met with him here?
2    A.   Yes, on that occasion.
3    Q.   How many times did you meet with the
4  team 1 leader?
5    A.   I may have to amend this statement
6  later when I see the written transcript because
7  I'm not exactly sure of certain dates.
8      MR. SCHMIDT:  Just do the best you can.
9  Don't speculate.
10      MR. GRENDI:  Yeah, sure.
11    Q.   How many times did you meet with the
12  team 1 leader in connection with this engagement?
13    A.   Maybe eight or ten times.
14    Q.   And some of those meetings were in the
15  United States?
16    A.   Yes.
17    Q.   And some of them were in Ireland?
18    A.   Ireland and Germany.
19    Q.   Anywhere else?
20    A.   No.
21    Q.   So when did those meetings begin?
22    A.   The U.S. ones or the foreign ones?
23    Q.   The first one, wherever it was?
24    A.   The U.S. ones were to arrange the
25  parameters of the – set the parameters of what

Page 176

1  the job would be.  The European ones -- that was
2  before the contract.  The European ones were to
3  have him deliver, the quote, reports on the USB
4  drives after the contract was signed.
5    Q.   So those are the only two categories of
6  reasons to meet?
7    A.   Was to coordinate the scope of the
8  work, the nature of the work, the verification
9  that the work was being done, and then the work
10  product.
11    Q.   Just going back to this Exhibit 6.
12  What did you do with this information once you
13  got it?
14    A.   I gave it to team 1.
15    Q.   Where was that?
16    A.   That was by USB drive that I handed to
17  team 1 in Washington, D.C. or Arlington,
18  Virginia.
19    Q.   And then did you understand that team 1
20  was going to fly off to Europe to use the data?
21    A.   Yes, immediately.
22    Q.   What date was that?
23    A.   Within 24 hours of receiving the USB
24  drive.
25    Q.   So on or around January 9th,

Page 177

1  January 10th?
2    A.   Roughly.  It was very rapid.
3    Q.   Was the leader of team 1 like on
4  standby, kind of waiting to get the information
5  in the United States --
6    A.   Yes.
7    Q.   -- so that he could --
8    A.   Pardon me.  I didn't mean to intrude.
9      MR. SCHMIDT:  Let him finish the
10  question even if you know where it's going.
11      THE WITNESS:  Okay.
12    Q.   Looking at this document.  Did you
13  review it after receiving it to verify the
14  contents?
15    A.   Yes.  We printed it out to be able to
16  look at it, write it up, make sure we understood
17  what was in it, what things meant, what certain
18  of the relations were, and then to – and what
19  certain of the documentation was that was
20  displayed in them.
21    Q.   So when you first reviewed it, did you
22  have any reason to think the information included
23  was inaccurate or wrong?
24    A.   No.
25    Q.   You kind of indicated earlier that you

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 178

1 thought some of the information was wrong.  Can
2 you please – you don't have to say their names,
3 but just point to the numbered individuals where
4 you think that applies?
5     A.   I can't point to them off the top of my
6 head, but there were two data points here.  First
7 was from team 1 that said that they were – they
8 found two and possibly three that were wrong.
9 And then Lianchao said that three and possibly
10 four were wrong.
11    Q.   So one of the issues you encountered
12 you're saying is that the information provided
13 was what, inaccurate?  Or what did the leader of
14 team 1 tell you?
15    A.   The leader of team 1 said that at least
16 one of the names was misspelled in Mandarin, and
17 since there were various transliterations of the
18 names in English, they needed the accurate
19 transliteration.  Then they suspected that others
20 were simply false people, false persona.
21    Q.   What do you mean by that?  That they
22 were not real people or they were fake documents?
23 What does that mean?
24    A.   Team 1 suspected that they were not
25 real people.  They were false identities for the

Page 179

1 purposes of laundering money or committing other
2 illegal activity.
3     Q.   In other words, if I remember from the
4 "Shawshank Redemption," it's a fake person.
5 Someone who doesn't even exist?
6     A.   Yeah, that's the way we understood it.
7     Q.   Were there any other issues with the
8 list of fish here?
9     A.   For team 1?
10    Q.   Yeah.
11    A.   We found that some of the documents
12 that are displayed here themselves false.
13    Q.   What do you mean by that?  That they
14 were forgeries?
15    A.   Yes.  The Canadian passport of one of
16 the individuals was a forgery.
17    Q.   Anything else you can remember about
18 what you've described as fake documents?
19    A.   Not from team 1.  From team 2 we found
20 some more American passports that were forgeries.
21    Q.   Let's describe that.  Team 2 – who ran
22 team 2?
23    A.   That was the ASOG, A-S-O-G, in Texas.
24    Q.   When did you give this information to
25 ASOG?

Page 180

1     A.   In the first week in February, right
2 after Yvette instructed us to find a different
3 means of getting data.
4     Q.   So what did they report to you was a
5 problem with the list of fish?
6     A.   They said there were many problems with
7 this list of fish.  First, that there were
8 several passports that were false, and they
9 suspected they had been forged from a Chinese
10 infiltration of a passport office in Texas.
11       They found – the most important thing
12 they found was that all of the main 15 names had
13 been designated by federal authorities as records
14 protected, and that it was a crime to try to get
15 their records, because these individuals were
16 somehow either the subject of an active U.S.
17 criminal or counterintelligence investigation or
18 were Chinese nationals collaborating with the
19 U.S. authorities.
20    Q.   Okay.  So what does "records protected"
21 mean to you?
22    A.   The way we were told by the research
23 team was – and by others when we looked at it, I
24 had not heard the term before – that any records
25 pertaining – any official records pertaining to

Page 181

1 those individuals were protected by the
2 U.S. government.  Meaning you could not go to,
3 say, the state of California contact to get their
4 driver's license number.  That would be a crime.
5     Q.   How would a person know that it was a
6 crime?
7     A.   You don't know unless you know whose
8 record is protected.
9     Q.   Right.
10    A.   We didn't know, so we had no idea.  So
11 we related this to Guo, hey, this is a crime to
12 do it.  Let's figure out something else or get
13 another list of fish.
14    Q.   I want to go back there.  You're saying
15 that these people have information that's in the
16 public domain that you could otherwise, if they
17 weren't records-protected, access?
18    A.   Or they're in the semipublic domain.
19    Q.   Okay.  Something that a regular
20 investigator could find if they use databases or
21 other sources to get that information?
22    A.   Right.  Some of these are protected,
23 meaning they're not officially accessible, but if
24 you have a contact in the system, you can ask
25 them and they'll run a check for you.  So you

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 182

1  can't necessarily mine the data by computer
2  yourself.
3      Q.   Right.  So how would a person know that
4  a particular individual was records-protected?
5      A.   That's where the ASOG group came in
6  because these were people who had U.S. government
7  clearances and who worked with people on the
8  inside, and as they were researching each
9  individual, they found each and every one was
10 records-protected.
11     Q.   So ASOG described this to you?
12     A.   Yes.
13     Q.   Did you hear this through French?
14     A.   French and I both went to the Dallas
15 area to meet with them twice.
16     Q.   Who was it at ASOG that told you this
17 information?
18     A.   It was a group.  It was the CEO Adam
19 Kraft, with a K, and it was the CFO who was
20 there, Russell – his last name began with an
21 R – and the investigators themselves, the actual
22 computer guys.
23     Q.   So they said we can't get information
24 about these 15 people in the United States
25 because they're records protected?

Page 183

1      A.   Yes.
2      Q.   Did the records protection prevent
3  Strategic Vision from getting information about
4  these individuals outside of the United States?
5      A.   Well, this was the question because the
6  ASOG people said they judging by this
7  type of search, they think that Miles Kwok is a
8  double agent for the Chinese government, or is
9  representing a different faction of the Chinese
10 secret service, or is involved in criminal
11 activity, so it was a big red flag.
12          We went back to – by this time – this
13 was in February, so it was after Yvette had told
14 us to only communicate with Lianchao, and so we
15 told Lianchao and then asked for guidance.
16     Q.   So you didn't find out about this
17 record protection issue until after you had
18 delivered the 80 gigabytes of data on about
19 January 30th?
20     A.   That's correct.
21     Q.   Can you just describe exactly what the
22 ASOG folks encountered that tipped them off about
23 this records protection issue?
24     A.   Yes.  That every single person on the
25 list, all 15 of them all had the same designation

Page 184

1  by the federal government.  So 100 percent of the
2  15 were records-protected.
3      Q.   So you're saying there's a database
4  where the federal government has a list of people
5  who are records-protected?
6      A.   I don't know how that works.  All I
7  know is that they would do research on, let's
8  say, person number 1 and come back with a reply
9  from someone in the federal system, this person's
10 records-protected.  Okay, how about person number
11 2?  The same thing, and so on.  So I don't know
12 if they did it by iteration or there's a
13 database.
14     Q.   Did ASOG give you any documentation
15 about this records-protected designation that
16 they told you about?
17     A.   No.
18     Q.   It was just conveyed orally that each
19 and every one of the people on this list is,
20 quote-unquote, "records-protected"?
21     A.   Yes.  These are vetted cleared people
22 with active security clearances, so I had no
23 reason to doubt them.
24     Q.   Cleared with whom?
25     A.   Whatever federal agencies that they

Page 185

1  either had worked with or were working with.
2      Q.   Was it your understanding that the
3  folks at ASOG worked for the federal government
4  directly?
5      A.   They had had – so when you work for
6  the federal government and then you go into the
7  private sector, you can still have an active
8  clearance, so it was that type of a relationship
9  that they had.
10     Q.   So folks at ASOG were all in the
11 private sector now?
12     A.   Yes.
13     Q.   But they still had security clearance
14 with the federal government?
15     A.   That was my understanding, yes.
16     Q.   So they could see like classified
17 documents?
18     A.   Or they could talk to people who were
19 cleared.  It doesn't necessarily work that way,
20 but they could communicate with people in the
21 system who were cleared and say, hey, we want a
22 run on this person.  What do you have?  And that
23 person would come back and say sorry, that's an
24 RP, records protected.
25     Q.   So after you dispatched team 1 to

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 186

1  Europe, how did you monitor the research process,
2  if at all?
3      A.  I would meet with the team 1 leader
4  approximately every week during the beginning of
5  the contract.
6      Q.  Let's see if you remember.  What was
7  the first monitoring meeting you had with the
8  team 1 leader after the contract was signed?
9      A.  It was between January 17th and
10  January 20th, if I recall correct.
11      Q.  Just going back to this information in
12  Exhibit 6.  Was this more information than you
13  normally get when you start an investigation
14  project?
15      A.  This was very specific, and Guo
16  explained the meaning of it.  It was more in the
17  sense that Guo said he paid a quarter of a
18  billion dollars for this file that we have here
19  as Waller 6.  He paid $250 million, so he said.
20      Q.  Did you believe that statement?
21      A.  No.
22      Q.  You think maybe there was a translation
23  issue there?
24      A.  No, there was not.  I said, "Billion or
25  million?"  I couldn't believe it.  Guo insisted.

Page 187

1  Lianchao later said, "He likes to exaggerate."
2      Q.  The information in here includes dates
3  of birth –
4      A.  Right.
5      Q.  – ID numbers, locations, passport
6  numbers, is that right?
7      A.  Yes.
8      Q.  Is that more information than Strategic
9  Vision or you usually start with when you begin
10  an investigation?
11      A.  I can't speak for Strategic Vision, but
12  speaking personally it depends on the case.  It
13  depends on the nature of the information that we
14  get.  Sometimes it's even more specific.
15      Q.  Is this sort of information helpful in
16  terms of jump-starting or accelerating an
17  investigation?
18          MR. SCHMIDT:  Objection.
19      A.  You can't start an investigation
20  without a starting point.  This was the starting
21  point.
22      Q.  I'm saying have you ever started an
23  investigation just with someone's name?
24      A.  You need more than just a name,
25  generally.

Page 188

1      Q.  What's kind of the bare minimum
2  starting point?
3      A.  Place of work or residence, nationality
4  even.
5      Q.  So there's more than that kind of
6  information in here, right?
7      A.  Yes.
8      Q.  But it's not the most information you
9  were ever given?
10      A.  Oh, no, I've had far more detailed
11  information.
12      Q.  Did you get any more information about
13  how Eastern Profit or Mr. Guo acquired this list
14  of names and information?
15      A.  Guo told us that he had it done
16  himself.  He commissioned it all himself through
17  years of work through other research companies
18  worldwide.
19      Q.  So peers or competitors of Strategic
20  Vision or yourself?
21      A.  Yeah, yeah.  But also my suspicion was
22  that he also got this information from the
23  Communist Chinese secret police because of the
24  nature of how some of it is so specific in China;
25  like passports, for example.

Page 189

1      Q.  Regarding the research, what was your
2  understanding of why Eastern and Mr. Guo or
3  whoever wanted this information?
4      A.  He wanted it to tear apart the Chinese
5  Communist Party leadership.
6      Q.  So was it your understanding that, once
7  he got the research information from Strategic
8  Vision or you, that he would then publicize or
9  otherwise disseminate that information?
10      A.  Yes.
11      Q.  I just want to look at Strategic Vision
12  175.
13          MR. SCHMIDT:  You have to look at the
14  lower right-hand corner.
15      A.  Okay.
16      Q.  It looks like there was a Post-it note
17  on this document.  Do you see that?
18      A.  Yes.
19      Q.  Whose handwriting is on that Post-it
20  note?
21      A.  It looks like French Wallop's
22  handwriting.
23      Q.  That's not your handwriting?
24      A.  No.  I have not seen this before.  I
25  have not seen the Post-it note before.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 190

1    Q.   If you flip through the document, it
2    looks like there's handwritten notes kind of
3    interspersed throughout it?
4    A.   Yes.
5    Q.   And maybe items that are circled?
6    A.   Yes.
7    Q.   You didn't do any of those markings or
8    notes?
9    A.   No, I have not seen this before.
10    Q.   Let's look at 177.  Again, it looks
11    like there was a Post-it note or something
12    affixed on top of the document before it was
13    photocopied.  Do you see that?
14    A.   Yes.
15    Q.   Again, whose handwriting is that?
16    A.   It looks like French Wallop's
17    handwriting.
18    Q.   Did French tell you that she printed
19    out a copy of the list of fish and kind of put
20    notes and comments on it?
21    A.   Yes, yes.
22    Q.   She told you she did that or that's
23    what you think happened, I just want to be clear?
24    A.   I did it.  I printed them out
25    physically, one for her and one for me to work

Page 191

1    from.
2    Q.   I see.  Did you mark up and make
3    comments and notes on another version of this
4    document?
5    A.   No.
6    Q.   What did you do with your copy of it?
7    A.   I retained it.
8    Q.   You gave an electronic copy to team
9    leader 1?
10    A.   Yes.
11    Q.   And the folks at ASOG eventually?
12    A.   Yes.
13    Q.   Did you ever tell Mr. Guo that you like
14    him and trust him and think his work is great?
15    A.   I told him I liked him and I admired
16    his work.
17    Q.   When was that?
18    A.   I said -- we both said, let's build a
19    relationship of trust.  Neither one of us said we
20    trusted each other.
21    Q.   When was that discussion?
22    A.   I think it was the first time we met.
23    It was each time we met, actually.  Well, no, it
24    was not because he -- it was the first time we
25    met.  Words to that effect were said each of the

Page 192

1    times that we met in person.  The last time we
2    met it wasn't so trusting.
3    Q.   Cordial?
4    A.   But at the end, he gave me a huge hug
5    and said, "Let's work to trust each other."
6    Q.   So going back to your updates with the
7    leader of team 1.  What was the information you
8    got after the first update meeting with the
9    leader of team 1?
10    A.   So that was on a USB thumb drive, and
11    it consisted of files for most, if not all, of
12    the 15, quote, "fish."  It was the basic data
13    that the research team was using to orient
14    themselves to understand who they were
15    researching and some very preliminary
16    information.
17    Q.   Where was that meeting?  Where did that
18    take place, if you recall?
19    A.   I think it was Arlington, Virginia.
20    Q.   So the team leader had flown back after
21    going to Europe to update you on the research?
22    A.   Yes.
23    Q.   Was there any indication there was a
24    problem after that first meeting in terms of
25    getting the research done?

Page 193

1    A.   No.
2    Q.   Was there ever that internal
3    miscommunication that delayed the progress of the
4    investigation?
5         MR. SCHMIDT:  Objection.  You can go
6    ahead.
7    A.   There were several.
8    Q.   Let me break it down.  Was there ever
9    miscommunication between you and the leader of
10    team 1?
11    A.   No.
12    Q.   Was there ever a miscommunication
13    between you and French Wallop?
14         MR. SCHMIDT:  Objection.
15    A.   No, not that I can think of, no, no.
16    Q.   What did you do with the information
17    you received from the first -- let's call it --
18    follow-up meeting with the leader of team 1?  You
19    said you received a USB?
20    A.   Right, and we delivered it to Guo.
21    Q.   When was that delivery?
22    A.   Within a day or two of getting it, in
23    early January, mid-January.
24    Q.   Who did the delivery?
25    A.   The team 1 leader brought it to me, and

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 194

1  then if memory serves, I gave it to French, and I
2  don't remember whether I physically, I or French
3  physically gave it to Yvette.
4      Q.   So you don't know if the information
5  you received from the leader of team 1 in, as you
6  described it, early to mid-January was ever
7  actually conveyed to Yvette?
8      A.   Oh, yes, I did.
9      Q.   How do you know?
10     A.   Because Yvette came back and said,
11  "It's junk," and Guo actually complained about it
12  in person when we met him.
13     Q.   Between the execution of the contract
14  and when you were told that this information was
15  junk, how many meetings did you have with the
16  leader of team 1?
17     A.   It depends on when Guo said, "It's
18  junk," because he or Yvette said that
19  successively.
20     Q.   How about January 30th?  Between
21  January 6th and January 30, 2018, how many times
22  did you meet with the leader of team 1?
23     A.   Two or three.
24     Q.   Did you receive a USB drive from the
25  leader of team 1 at each of those meetings?

Page 195

1      A.   Yes.
2      Q.   So each time you met with him, you got
3  a USB?
4      A.   I got two drives from those two or
5  three meetings.
6      Q.   Okay.  Did the leader of team 1 tell
7  you there was any problem conducting the
8  research?
9      A.   No problems that were not standard.
10  Meaning you have -- it takes time to get into a
11  system and a minimum of six days for certain
12  procedures.  And we had told Guo this in the
13  beginning with the screenshot of that CITIC
14  server document.
15     Q.   So to your mind, this was a standard
16  investigation that was going as planned?
17     A.   Yes.
18     Q.   Did you ever tell Eastern or Mr. Guo or
19  Yvette that there were problems with the
20  investigation?
21     A.   No.  Challenges, but not problems.
22     Q.   What were the challenges?
23     A.   To explain to them why it takes so long
24  to get the data that they're requesting.  It
25  can't be turned around in days or even weeks.

Page 196

1  That was the purpose of the progress reports.
2      Q.   Do you think that Mr. Guo, Yvette, and
3  Lianchao had a misunderstanding about how easy it
4  would be to access the research information?
5          MR. SCHMIDT:  Objection.  You can
6      answer.
7      A.   I think in retrospect, Guo thought we
8  could simply pay off some crooked intelligence
9  officers here and get illegally obtained
10  information.
11     Q.   Why would he think that?  Why do you
12  think he thinks that?
13     A.   Because that's how you do it in China.
14  Second, it's physically impossible to -- even for
15  the NSA to dig out this information in the short
16  timeframe that Guo ended up seeking to expect.
17  It's mathematically impossible.
18         MS. TESKE:  Can we take a short break?
19         MR. GRENDI:  Let's take one.
20         THE VIDEOGRAPHER:  Off the record at
21     3:06.
22         (Whereupon, a short recess was taken.)
23         THE VIDEOGRAPHER:  We are now back on
24     the record at 3:16.
25     Q.   Did Strategic Vision ever deliver any

Page 197

1  reports under the agreement?
2      A.   Yes.
3      Q.   When was that?
4      A.   Every time we delivered a USB drive and
5  several times verbally.
6      Q.   Why don't you tell me about the times
7  that you believe you delivered a report to
8  Eastern?
9          MR. SCHMIDT:  Objection.
10     Q.   Let me put it this way.  Please tell me
11  about the first time you were present when a
12  report was delivered.
13     A.   I delivered them myself.
14     Q.   All the reports?
15     A.   Yes.
16     Q.   Okay.  When was the first report that
17  you delivered?
18     A.   The first were verbal progress reports
19  about the nature of the setup of the work,
20  immediately following signing of the contract.
21     Q.   So the first one, who did you convey
22  the report to?
23     A.   To -- that would have been to Yvette.
24     Q.   What was the date of that?
25     A.   I don't recall the date.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 198

1    Q.   Roughly speaking?
2    A.   It was – I don't recall the date.  It
3    was simply a status report on the progress, and
4    they were verbal.
5    Q.   Who else was present?
6    A.   French would have been present.
7    Q.   Anyone else?
8    A.   Not that I recall.
9    Q.   So it was you, French and Yvette –
10   A.   As I recall.
11   Q.   – had a discussion that you think was
12   the first report?
13   A.   I know it was the first report.
14   Q.   Where did that occur?
15   A.   I don't remember.  It was – I don't
16   recall.
17   Q.   What information was conveyed to
18   Yvette?
19   A.   The status of setting up team 1.
20   Q.   Anything else?
21   A.   No.
22   Q.   So it would have been after, let's say,
23   January 9th or 10th?
24   A.   Yeah, I would say the week, within that
25   week.

Page 199

1    Q.   Is there a date you could think of that
2    it was definitely before, had to have been before
3    X date?
4    A.   I can't give you a reasonable date.  It
5    was before – well, no.  It was within a week of
6    signing the contract.
7    Q.   Was it in New York perhaps?
8    A.   I would have to check my travel
9    records.  I don't know where it was.  Or it could
10   have been simply – I don't know.  I don't want
11   to say what it could have been.  I don't recall
12   the exact time.
13   Q.   Do you keep detailed travel records?
14   A.   Not detailed ones.
15   Q.   Do you keep travel records?
16   A.   Sometimes.
17   Q.   Like the flights that you take or maybe
18   when you take a train?
19   A.   Or sometimes I travel in ways that are
20   not traceable.  Remember, this is a contract.
21   Q.   Such as?
22   A.   You're trying to avoid the Chinese
23   intelligence service, so you're not going to keep
24   lawyerly notes of everything.
25   Q.   I wasn't expecting you to.  I'm just

Page 200

1    asking what you did or didn't do, that's all.
2    What about the second time you
3    delivered a report?  When was that?
4    A.   It was within, within a week of the
5    first one, approximately, and it was a very small
6    amount.
7    Q.   What, of data?
8    A.   Of data, yes.  So the verbal ones, and
9    there's constant verbal communication, but the
10   first report on a USB drive was roughly around
11   the 22nd, roughly.
12   Q.   I just want to break down what you mean
13   by "verbal."  Does a Signal message constitute in
14   your mind like a verbal report or do you mean
15   literally face-to-face?
16   A.   Face-to-face.  If it's done verbally on
17   Signal, that would count.  If it's simply how is
18   progress doing, here's what we're doing now.
19   This is the status report.
20   MR. SCHMIDT:  When you say "verbal,"
21   you mean an oral conversation as opposed to
22   a written or an electronic communication –
23   A.   That's correct.
24   Q.   – right?
25   Were any of the reports a written

Page 201

1    Signal message?
2    A.   I don't recall.
3    Q.   But in your mind, it's possible that
4    you could have conveyed a status report via a
5    Signal message?
6    A.   It's possible.
7    Q.   But you don't recall if you did or
8    didn't do that?
9    A.   No.
10   Q.   I want to talk to you about a meeting
11   that I think occurred on January 26, 2018.  Did
12   there come a time when you met with French,
13   Yvette, and Mr. Guo at the Pierre on or about
14   January 26th?
15   A.   At the Pierre.
16   Q.   I believe it's a hotel or apartment
17   complex.
18   A.   It was at Netherland's, something
19   Netherland's.
20   Q.   Sherry-Netherlands?
21   A.   Sherry-Netherlands.  That's where he
22   lived.  We met once in the first floor
23   restaurant.  That might have been the Pierre.  I
24   don't know if that's the name of it.
25   Q.   But you do recall a meeting on or about

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 202

1   January 26th?
2       A.   Yes.
3       Q.   Is that when you delivered this first
4   bit of USB data?
5       A.   Yes, I think.
6       Q.   Okay.  What was on that USB drive?
7       A.   It consisted of files containing most,
8   if not all, of the 15 main, quote, "fish," and
9   then some of the work, the demonstration of the
10  work that the researchers did so that they could
11  understand their targets, and then some very
12  basic interim electronic files that were attached
13  to them, that were attached to some of them.
14      Q.   Did you present the information on a
15  laptop or did you just hand over the disk and
16  say, here you go?
17      A.   I handed it over to him -- I think at
18  that point, I just handed it to him.
19      Q.   So there was no discussion about what
20  was actually there by looking at the data?
21      A.   Yes.  I said I informed in advance, and
22  then I explained it to Guo personally.
23      Q.   Was there ever a meeting where you
24  plugged a USB drive into a laptop to show Mr. Guo
25  or Yvette what research was being conducted?

Page 203

1       A.   The one I recall was at Penn Station at
2   a restaurant there on or around January 30th to
3   Yvette and a male companion of hers.
4       Q.   That's the only time you can remember
5   presenting information to Mr. Guo or Yvette on a
6   computer?
7       A.   That's the only one I recall because
8   he's very strict about computers in his
9   residence.
10      Q.   So going back to the meeting you were
11  just talking about.  On January 26, 2018, you
12  just kind of handed over a USB drive?
13      A.   I believe so.
14      Q.   Did Mr. Guo or Yvette put that into a
15  computer and look at it then?
16      A.   Actually, that was the one time when --
17  let me remember.  I'm not sure.
18      Q.   So you don't know if they reviewed the
19  data right then and there or if you guys left
20  after just handing over the disk?
21      A.   No, we stayed and we spent a few hours
22  with him.
23      Q.   Did you eat Chinese food at that
24  meeting?
25      A.   We always ate Chinese food with him.

Page 204

1       Q.   You recall eating a meal at that
2   meeting, though?
3       A.   Yes.
4       Q.   You said you met for about three hours?
5       A.   For a few hours.
6       Q.   A few hours, I'm sorry.
7            What was discussed?
8       A.   The --
9       Q.   I'm talking about the January 26, 2018
10  meeting.
11      A.   The nature of the information.  He
12  thought about it, then he got very upset when he
13  wasn't getting the quantity of information that
14  he wanted.  We explained to him again the
15  technology, the way we were -- the technical
16  means.  He didn't want to hear it.  He just said,
17  "I want it.  I want it now."
18      Q.   Do you recall Mr. Guo perhaps sitting
19  on a desk during this meeting or anything about
20  just the way the parties were situated as they
21  were discussing it?
22      A.   This was in his residence.  We would
23  sit in the living room.  He had his own chair,
24  and then we talked in the dining room over lunch.
25      Q.   When did he express what you described

Page 205

1   as disappointment and frustration?
2       A.   At that -- at that -- after being told
3   what was there.  And then he was quiet, and he
4   was very cordial, and then he exploded.
5       Q.   And what did he say when he, as you put
6   it, "he exploded"?
7       A.   He was attacking the integrity of the
8   project, questioning our motives, saying that
9   "This is all junk.  This is all garbage."  Then
10  he left the room, stomped around the house a
11  while, and then came back, and then sort of
12  stared me down.  Then I apologized to him for not
13  being able to produce the results, but this is
14  the way we did it.  This is the way we agreed to
15  do it, and this is the speed that I told you with
16  which we were going to get these results.  He was
17  still very angry, but he calmed down.
18      Q.   Did he explain to you --
19      A.   It was at that time --
20      Q.   Go ahead.
21      A.   No, please.
22      Q.   Did he explain to you why he wanted
23  information so promptly?
24      A.   No.
25      Q.   Did you ever come to understand why

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 206

1 there was a need for information promptly?
2     A.   No, because he would alternate between
3 saying he wanted this for a long-term political
4 attack and then he wanted it now.  We could never
5 reconcile that.
6     Q.   So after this confrontation, what
7 happened next during this meeting?
8     A.   During this meeting he was very
9 agitated, and after he calmed down, that's when
10 he saw us to his door, to the elevator and gave
11 me a big hug and said, "Let's just work this out
12 and work on it.  Let's work to trust each other."
13     Q.   Did you promise to deliver any
14 information subsequent to that meeting to placate
15 or otherwise please?
16     A.   Yes.  Well, first at that meeting, I
17 said, "Look, I know you're upset.  Why don't we
18 just write off the first two months of this and
19 have the contract start effectively on the 15th
20 of January?  That way, you don't" –
21     MR. SCHMIDT:  – two –
22     MR. GRENDI:  Excuse me.  Don't
23 interrupt the witness during the middle of
24 testimony.
25     A.   So we essentially moved the start date

Page 207

1 to the 15th of January so that he wouldn't be
2 paying for the first two weeks.  He was satisfied
3 with that and grateful for it.
4     Q.   Why was it that you offered to give the
5 first two weeks for free?
6     A.   Because he was very agitated, and he
7 thought he was getting – he was very agitated
8 and very angry, and he's a brand-new client that
9 we want to keep.  So you eat part of the cost to
10 keep the client.
11     Q.   So in your mind there wasn't any
12 problem with the start of the research or getting
13 it going that required you to write off two
14 weeks?
15     A.   No, there was no problem.
16     Q.   But the reason that you're saying is
17 that you wrote off that time is because the
18 client was upset?
19     A.   Yes.
20     Q.   Did he accept that offer?
21     A.   Yes.
22     He said, Okay.  All's well.  As long as
23 I get two weeks free, fine?
24     A.   Yes.
25     Q.   He said those words?

Page 208

1     A.   Words to that effect.
2     Q.   And Lianchao wasn't at that meeting,
3 right?
4     A.   No, just Yvette and French Wallop.
5     Q.   Do you know why Lianchao wasn't there?
6     A.   No.
7     Q.   Before you were saying that – sorry.
8 Before you were saying you agreed to give him
9 data after this January 26th meeting?
10     I'm sorry, you have to answer verbally.
11     A.   I thought you were continuing the
12 question.
13     Q.   You were shaking your head, so I was
14 confused.
15     A.   Oh, it was sort of like go ahead.  So
16 what was the question?
17     Q.   The question is did you promise to give
18 Mr. Guo Eastern information after this
19 January 26, 2018 meeting?
20     A.   Yes.
21     Q.   What did you promise to give him?
22     A.   The next tranche of electronic
23 information via USB drive from team 1.
24     Q.   And did you understand that you were
25 going to give that information on kind of an

Page 209

1 accelerated basis?
2     A.   Yes.
3     Q.   Why is that?
4     A.   Because he was so impatient.
5     Q.   What did you tell him that information
6 would contain?
7     A.   I said, "It's not going to have a lot
8 of new material because it's still just starting
9 out."  He said, "I don't care.  I just want
10 whatever they have."
11     Q.   Why did you apologize to Mr. Guo at
12 this meeting?
13     A.   There is the Asian tradition of losing
14 face, and I didn't want him to feel like he was
15 losing face when I continued to tell him that his
16 demands were not possible, as we had already
17 discussed.
18     Q.   So you were just trying to placate him?
19     A.   Placate the client.
20     Q.   But you weren't actually sorry about
21 anything?
22     A.   I was sorry that he was disappointed,
23 yes.  I did not apologize for the work or the
24 quality of the work or the delays.  I apologized
25 for the fact that he was disappointed.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 210

1    Q.   I understand.  Did you tell them that
2  you were going to fly to Europe to get the next
3  tranche of information?
4    A.   Yes.
5    Q.   And did you?
6    A.   Yes.
7    Q.   When was that?
8    A.   Within a couple of days.  I think it
9  was the 29th.
10   Q.   That you flew to Europe?
11   A.   Yes.
12   Q.   And then did you fly right back?
13   A.   Yes, the same day.
14   Q.   What country was that?
15   A.   I went to Ireland first, and then while
16  in Ireland, I booked a flight to Germany just so
17  that I would not have a preexisting flight to
18  Germany, to Frankfurt.  I met the contact in
19  Frankfurt.
20   Q.   Oh, I see.  So you flew to Ireland, and
21  then you booked a flight to Germany to meet the
22  leader of team 1?
23   A.   Yes.
24   Q.   That travel plan that you just
25  described is to avoid people knowing your

Page 211

1  itinerary?
2    A.   Right.
3    Q.   So then you met the leader of team 1 in
4  Germany on or about the 29th?
5    A.   I think it was the 30th.
6    Q.   Then you flew right back to the
7  United States?
8    A.   Yes.
9    Q.   What did you do next?
10   A.   Then I delivered the material to Yvette
11  at Penn Station.
12   Q.   Was that at Tracks Bar?
13   A.   Sounds right.
14   Q.   That was about 80 gigabytes of data or
15  thereabouts?
16   A.   Yes.
17   Q.   Did you even have a chance to review
18  that information?
19   A.   It was code.  I was told in advance
20  what it was.  Team 1 said it's only 80 gigs of
21  data of which 16 lines of code are important.  I
22  told this to Yvette before traveling.  She said,
23  "I don't care.  Bring it back anyway."
24   Q.   Just describe the meeting where you
25  handed the 80 gigabytes of data to Yvette.

Page 212

1    A.   I came in from Newark Airport by rail
2  to Penn Station, met her at that restaurant with
3  her male companion.  She and I sat next to each
4  other.  I used a virgin computer, meaning one
5  that had never been on the internet or had never
6  been used for anything besides my drives, and
7  scrolled through the information with her on the
8  screen.
9    Q.   This was in like the booth of the
10  restaurant?
11   A.   Yes.
12   Q.   What did you explain to her as you were
13  doing that?
14   A.   I said, "This is just as we reported.
15  There are 16 useful lines of code in here."
16       MR. GRENDI:  Let's do Exhibit 7.
17       (Waller Exhibit 7, Background Report on
18  Qing Yao, marked for identification.)
19   Q.   Just looking at the first page, do you
20  recognize this document?
21   A.   No.
22   Q.   Do you know whether or not this
23  information was in the 80 gigabytes of data?
24   A.   No.
25   Q.   And you never reviewed this report?

Page 213

1    A.   I'm not familiar with this report.  You
2  just said, "Look at the first page."
3    Q.   If you want to take a look through for
4  more to see if you know it, go ahead.
5    A.   I don't recognize this document.
6    Q.   So you don't know who created it?
7    A.   No.
8    Q.   Going back to that 80-gigabyte drive.
9  Did you on your flight back have a chance to
10  review it or look at any of the data?
11   A.   No.
12   Q.   Is that because you didn't have a
13  laptop with you?
14   A.   You don't – computers on planes are
15  not secure.
16   Q.   And you didn't have any time in Germany
17  before your flight home to look at the data?
18   A.   No.  The team 1 leader explained to me
19  what the data contained.  If it's 80 gigabytes of
20  code and only 16 lines are useful, you only need
21  to know what's on those 16 lines.  Those 16 lines
22  were the email addresses and encrypted passwords
23  of several people on Guo's target list.
24   Q.   So the team had been able to obtain the
25  email address and passwords for some of the

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 214

1 members or some of the individuals listed in the
2 Exhibit 6?
3    A.   Yes.  The encrypted passwords, not the
4 passwords themselves.
5    Q.   What is the difference?
6    A.   It shows – the encrypted password
7 shows the characters that aren't the characters
8 of the password.  So it's so-and-so@yahoo.com and
9 then a series of characters that are the
10 encrypted password.
11    Q.   What use is that information from an
12 investigation perspective?
13    A.   It gives you the email address and the
14 fact that there is a password that's decryptable.
15 It's within the code.  It's just a question of
16 mathematically decrypting it.
17    Q.   I see.  So the information provided
18 could show that there is a path to getting the
19 password of the individual fish?
20    A.   Yes.
21       And that through that, other
22 information could come?
23    A.   Yes.
24       MR. GRENDI:  Let's do 8.
25       (Waller Exhibit 8, Letter dated

Page 215

1 February 23, 2018, marked for
2 identification.)
3    Q.   Mr. Waller, do you recognize this
4 letter?
5    A.   Yes.
6    Q.   Just going back to the 80-gigabyte
7 drive we were talking about earlier.  Did you
8 give that information to Ms. Wallop before giving
9 it to Mrs. Wang?
10    A.   No.
11    Q.   So she never saw that information on
12 January 29th or January 30th?
13    A.   No.
14    Q.   Did there come a time when you reviewed
15 that information with Ms. Wallop?
16    A.   No.
17    Q.   Just turning back to 8 here.  When did
18 you first see this letter?
19    A.   On February 23, 2018.
20    Q.   How did you get it?
21    A.   I got it in a Signal text message from
22 Yvette.
23    Q.   Were you surprised by this letter?
24    A.   Yes.
25    Q.   Why is that?

Page 216

1    A.   Because we were working with Lianchao
2 to execute the contract and had not been in
3 contact at all with Yvette since February 1st
4 when she told us not to communicate with her, but
5 to communicate only with Lianchao.  So we had no
6 idea that anything representing a lawsuit was
7 ever under consideration.
8    Q.   After you started communicating
9 exclusively with Lianchao about this contract,
10 what other reports did you deliver?
11    A.   There was a third electronic thumb
12 drive and then verbal communication with
13 Lianchao.  By this time, Lianchao was saying that
14 Guo was very dissatisfied and for us to not
15 worry.  He's working on it.
16    Q.   I just want to understand the last
17 thing you said there.  Not to worry and you're
18 working on it, who are you talking about there?
19    A.   Lianchao said, "Guo is dissatisfied,
20 but no worries.  I'm working with him on it."  I,
21 Lianchao, am working with Guo on it.
22    Q.   What did the third USB drive that you
23 delivered contain?
24    A.   It contained more data, more extensive
25 data.

Page 217

1    Q.   How did you deliver?
2    A.   By hand.
3    Q.   To whom?
4    A.   To Lianchao.
5    Q.   Did you ever discuss that third
6 delivery with Mr. Guo or anyone from Eastern?
7    A.   No, because Lianchao was Guo's agent
8 and our sole interlocutor.
9    Q.   At that time?
10    A.   Right.  Varying back and forth with
11 Yvette.  But per Yvette's February 1st
12 instruction she said New York – or whatever
13 euphemism she used – now wants you to talk only
14 to a euphemism for Lianchao.  That's in the
15 February 1st Signal communication.
16    Q.   So what was the response to this third
17 delivery you're describing?
18    A.   He just accepted it and said he would
19 relay it.
20    Q.   Did you get any feedback?
21    A.   No.
22    Q.   About when was that?
23    A.   I'm guessing roughly February 10th.
24    Q.   Were there any reports that you
25 delivered after February 10th?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 218

1    A.   No.
2    Q.   When did team 1 –
3    A.   Pardon.  Correction.  No USB reports.
4  We had team 2 reports that we did provide after
5  February 10th.
6    Q.   Who were those provided to?
7    A.   They were provided to French Wallop and
8  me, and then we provided them to Lianchao.
9    Q.   What were the dates of those reports?
10   A.   Roughly within a few days after
11 February 10th.
12   Q.   These weren't USBs, he said, or they
13 were?  I'm sorry, I'm not clear.
14   A.   They were verbal because this was when
15 ASOG said we can't, we can't provide this
16 information because these are all restricted or
17 records-protected persons.
18   Q.   Was Mr. Guo present for you conveying
19 that information?
20   A.   No.
21   Q.   You just told it to Lianchao?
22   A.   Yes.
23   Q.   Was that via a Signal message or just
24 verbally?
25   A.   That was probably just verbally.  If

Page 219

1  it's a Signal message, it would be in that chain.
2    Q.   So you didn't delete any Signal
3  messages between you and Lianchao?
4    A.   I don't believe so.
5    Q.   When did you instruct team 1 and team 2
6  to stop working?
7    A.   Team 2 would not work for us.
8    Q.   When was that?
9    A.   That was when they gave us the
10 information about the RPs.  Now, they did provide
11 us other information which we relayed concerning
12 flights, travel of some of the individuals
13 involved, aircraft tail numbers, other personal
14 data which they showed visually and conveyed
15 verbally but did not physically give us.
16       They did provide a few pages of
17 information but not much.  They had a large file.
18 They presented us with a bill for $111,000 for
19 one week's research.  I said, "Well, if you're
20 not going to do the research, we're not going to
21 pay that bill if you're not going to hand over
22 the research."  So we paid them a very small
23 severance per their instruction that they did not
24 want to work with us.  They immediately suspected
25 that Guo was the client.

Page 220

1    Q.   How much did you pay to ASOG or did
2  Strategic Vision pay to ASOG?
3    A.   I believe $5,000.
4    Q.   So team 2, the all-in cost was $5,000?
5    A.   The final – it was budgeted at
6  111,000.  They did not provide the information
7  because it was a crime, so they severed the
8  relationship with us.
9    Q.   I see.  When did they sever that
10 relationship?
11   A.   Around mid-February.
12   Q.   What about team 1?
13   A.   Team 1, when it was clear that there
14 was not going to be a payment coming from Guo, I
15 told them that I would appreciate them to work on
16 spec for those who would, but I warned them that
17 there may be a long delay in paying.  So parts of
18 team 1 continued working.
19   Q.   Did there ever come a time when you
20 heard that members of team 1 quit?
21   A.   Yes, they wanted to quit.
22   Q.   I just want to be precise, though.  Did
23 you ever hear that members of team 1 quit?
24   A.   I believe two quit.  The whole team
25 wanted to quit.

Page 221

1    Q.   I see.
2    A.   And then team 2 quit.
3    Q.   When did you find out that two members
4  of team 1 quit?
5    A.   Early on sometime in January.
6    Q.   I see.
7    A.   Sometime in the last two weeks of
8  January.
9    Q.   I take it the leader of team 1 told you
10 that information?
11   A.   Yes.
12   Q.   Did he tell you why they quit?
13   A.   Yes.
14   Q.   What was that?
15   A.   They thought that Miles Kwok was up to
16 organized criminal activity or was working for
17 the Chinese government.
18   Q.   Did you see any information to support
19 that conclusion or hypothesis?
20   A.   No.  That was just what they suspected,
21 and that's why they wanted to leave.  They also
22 complained – the whole team complained that
23 Guo's security was deplorable because they could
24 see his fingerprints on the data that we provided
25 them, because he had put some of it up on his own

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 222

1 websites. He'd made it public. And because
2 there were other teams out there that were doing
3 the same research on the same targets, which they
4 suspected was part of his group.
5     Q.   But they don't have any way – did they
6 have any way of knowing that it was definitely
7 Miles's other teams?
8     A.   No. It's just other people doing the
9 same work on the same targets at the same time.
10 Team 1 had asked if there were other teams, and I
11 said Guo had said that there were three or four
12 other teams.
13    Q.   So just when did team 1 finally stop
14 working?
15    A.   On February 23rd.
16    Q.   So as soon as you got this letter, you
17 told them that's it?
18    A.   "Stand down."
19    Q.   How much was paid to team 1?
20    A.   Between 250 and $300,000.
21    Q.   Was that money paid by one of your
22 LLCs?
23    A.   By I believe one of French's LLCs and
24 by one or two of my LLCs.
25    Q.   So you broke up the payments?

Page 223

1     A.   Yes.
2     And that was to evade detection by the
3 Chinese communists?
4     A.   Yes.
5     Q.   Are you aware of any other costs that
6 were incurred to put together the investigation
7 teams?
8     A.   We incurred our own expenses. We had
9 opportunity costs where we were not doing other
10 work.
11    Q.   Let's go one at a time. How much was
12 the cost of travel, items of that nature?
13    A.   Between French and me?
14    Q.   Yeah.
15    A.   Probably less than $50,000.
16 Approximately $50,000.
17    Q.   Any other hard costs where you actually
18 incurred an expense?
19    A.   Yeah. They were the ordinary expenses
20 of running something in the D.C. area, going to
21 meetings, talking to people, working through our
22 own networks to research, sure.
23    Q.   Right. But I mean something that was
24 actually an out-of-pocket cost?
25    A.   Yes.

Page 224

1     Q.   So you just mean like the travel and
2 meals associated that?
3     A.   No, we'd pay people to investigate. We
4 had other people looking. We wanted to verify
5 that what team 1 was telling us was true or
6 accurate.
7     Q.   So you had contacts and resources that
8 were verifying whether team 1 was doing its job?
9     A.   Verifying whether the techniques that
10 team 1 was using were indeed accurate, after Guo
11 was complaining that it was too slow.
12    Q.   And you were paying those other third
13 parties?
14    A.   Yes.
15    Q.   How much money were you talking about
16 paying to those people essentially verifying
17 team 1?
18    A.   In the low tens of thousands.
19    Q.   Who were those people?
20    A.   Anonymous hackers.
21    Q.   So if they're anonymous, how do you
22 know how to pay them?
23    A.   They set up a way to pay them.
24    Q.   What is that, like a crypto currency?
25    A.   Discreet ways of paying without a paper

Page 225

1 trail.
2     Q.   You're refusing to disclose how you pay
3 them?
4     A.   We paid them in crypto and in cash.
5     Q.   How much money are we talking about?
6     A.   Low tens.
7     Q.   So between 10 and 20?
8     A.   10 and 20, 10 and 25.
9     Q.   How many anonymous hackers did you pay
10 that money to?
11    A.   Two.
12    Q.   Two. Was one paid more than the other
13 or was it about down the line?
14    A.   I don't recall if one did more work.
15    Q.   Any other hard costs that were incurred
16 in connection with this engagement that you're
17 aware of?
18    A.   Of a major nature?
19    Q.   Yeah. If it's not material, I don't
20 need to know about a meal.
21    A.   No, I don't believe so.
22    Q.   I'll just give you a moment to think
23 about it, if there's anything else.
24    A.   I can't think of anything.
25    Q.   Okay.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 226

1       MR. GRENDI:  Let's go to 9.
2       (Waller Exhibit 9, Document Bates
3    stamped SVUS000077, marked for
4    identification.)
5       Q.   Do you recognize this document?
6       A.   Yes.
7       Q.   Looking at that top right-hand corner,
8    there's some handwriting there.  Do you see that?
9       A.   Yes.
10      Q.   Is that your handwriting or someone
11   else's?
12      A.   No, it's someone else's.
13      Q.   Is it French's handwriting?
14      A.   It appears to be.
15      Q.   Did you draft this document?
16      A.   Yes.
17      Q.   Did you draft it alone or did you work
18   with French on it?
19      A.   I worked with French and Lianchao.
20      Q.   When was the first meeting with Guo?
21      A.   I want to say December 9th.  I'm not
22   certain.  I have the train receipt that would
23   mark that date.
24      Q.   Was Bill Gertz at that meeting?
25      A.   No.

Page 227

1       Q.   So who was there?
2       A.   It was French, Lianchao, Guo, and
3    myself.
4       Q.   Had you prepared this document in
5    advance of that meeting?
6       A.   Yes.
7       Q.   Where did you get the ideas for this
8    "Vision," as it's titled?
9       A.   Through my career of fighting
10   totalitarian dictatorships and helping defectors
11   or others to come up and be a spokesman for the
12   opposition.
13      Q.   Why did you think "Mr. G," as it's
14   titled in this document, would be interested in
15   this suite of services?
16      A.   This was based on our conversations
17   with Lianchao.
18      Q.   I see.  So had Lianchao described to
19   you what Mr. Guo was trying to do?
20      A.   Yes.
21      Q.   Based on those conversations, you
22   created this "Vision" document?
23      A.   Yes.
24      Q.   Is this sort of a Strategic Vision
25   playbook for waging a campaign to topple a, as

Page 228

1    you described it, "totalitarian regime"?
2       A.   It's not a Strategic Vision one; it's
3    my own.
4       Q.   It's your own?
5       A.   -yes.  And not a playbook; it was
6    designed custom to present to Guo.
7       Q.   So this is based on your analysis and
8    experience?
9       A.   Yeah.
10      Q.   This document?
11      A.   Yes.
12      Q.   What was Mrs. French's involvement with
13   creating this document, if any?
14      A.   Mrs. Wallop, she was part of the
15   discussions leading up to part of the
16   brainstorming with Lianchao to get the ideas
17   together to draw up this plan.
18      Q.   Were these your ideas as to what
19   Mr. Guo should do or did he tell you this is what
20   he wanted to do?
21      A.   He didn't tell us anything at that
22   time.  It was Lianchao who did.  So I combined
23   what he wanted with what I thought would best
24   suit his goals.
25      Q.   Did you give the document to Mr. Guo or

Page 229

1    Lianchao?
2       A.   Yes, to both of them.
3       Q.   You handed them a paper document?
4       A.   Yes.
5       Q.   But Mr. Guo didn't engage with
6    Strategic Vision or you to provide these
7    services, right?
8       A.   Not in a contractual way.
9       Q.   Let me ask you this.  Is there another
10   agreement between Mr. Guo -- strike that.
11      Did Strategic Vision and Mr. Guo come
12   to an agreement concerning the services in this
13   document?
14      A.   No, he decided just to go with the
15   opposition research.
16      Q.   So everything else in here was kind of
17   scrapped?
18      A.   Yes.
19      Q.   Do you know why Mr. Guo didn't engage
20   with Strategic Vision on these other items?
21      A.   No.
22      MR. GRENDI:  Let's do 10.
23      (Waller Exhibit 10, Document Bates
24   stamped SVUS80, marked for identification.)
25      Q.   Do you recognize this document?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 230

1   A.  Yes.
2   Q.  This is the first document.  It's Bates
3  stamped SV80.
4       Did you draft this document as well?
5   A.  Yes.
6   Q.  What was this document drafted for?
7   A.  This was a follow onto the previous
8  document, Waller 9, after we met with -- after
9  the first meeting with Guo.  So we then took
10  what -- our takeaways from our discussion with
11  him for further ones with Lianchao, and then I
12  wrote this three-year timeline to show Guo on our
13  second meeting.
14   Q.  And when was that second meeting?
15   A.  Mid-December.
16   Q.  That was, again, with you, French,
17  Lianchao and Mr. Guo?
18   A.  Yes, at his residence.
19   Q.  In New York?
20   A.  Yes.
21   Q.  What was discussed at that meeting?
22   A.  All of these issues were, including
23  everything stated here and a proposal for him to
24  get the domain .China, so that he could build a
25  global media presence that the Chinese government

Page 231

1  couldn't interfere with.
2   Q.  How long was that meeting?
3   A.  Three or four hours.
4   Q.  What was the feedback you got from
5  this -- I take it it was a presentation based on
6  this document?
7   A.  Yes, we discussed this document.  Each
8  of us had a copy of it.  He had a copy of it.  We
9  discussed the whole thing.  He was going along
10  with it in English.  Then we discussed -- what
11  came out of this, he wanted to go ahead and
12  explore the real estate.  He did not engage so
13  much on the media part.  He was interested in
14  buying property.
15   Q.  Where would that property be?
16   A.  That was the Evermay mansion in
17  Georgetown.  That was the property across the
18  Treasury Department building in Washington, D.C.
19  We talked about him buying the Newseum,
20  N-e-w-s-e-u-m building in downtown Washington,
21  D.C., and the Rockefeller properties in New York
22  City and outside New York.
23   Q.  Did you participate in showing these
24  properties to Mr. Guo?
25   A.  No.

Page 232

1   Q.  Do you know who did?
2   A.  French did to Yvette.
3   Q.  I see.  When was that, if you know?
4   A.  Late December.  I believe it was late
5  December.  It was obviously subsequent to this
6  meeting.
7   Q.  So this was the first time there was a
8  discussion about purchasing a Washington property
9  in connection with building this Washington
10  presence?
11   A.  No, that came up at the first meeting.
12  This is the takeaway from the first meeting, this
13  document 10 and the presentation of the follow-on
14  proposal for the second meeting.
15   Q.  And it has cost estimates, things of
16  that nature?
17   A.  Yes.
18   Q.  Did you ever give a gift to Mr. Guo?
19   A.  Maybe a token gift.  I don't remember.
20   Q.  You don't recall trying to give Mr. Guo
21  a gift?
22   A.  No, I don't remember.  It was something
23  very minor, but I don't recall.
24   Q.  Do you customarily give gifts to
25  clients or potential clients?

Page 233

1   A.  It depends on the nature of the client
2  or the interest of the client.
3   Q.  So sometimes?
4   A.  A bottle of wine or something small
5  scale, yeah.
6   Q.  Okay.
7       MR. GRENDI:  Let's do 11.
8       (Waller Exhibit 11, Document entitled
9  "Time to Get Them Beginning the
10  Psycho-Political Campaign For China," Bates
11  stamped SV385 to SV402, marked for
12  identification.)
13       MR. GRENDI:  I think there's a little
14  bit of a copying issue here.  We can come
15  back to it if we need to.  It should be
16  SV385 to SV402.
17   Q.  Mr. Waller, do you recognize this
18  document?
19   A.  Yes.
20   Q.  What is it?
21   A.  It is a PowerPoint presentation to Guo
22  elaborating on the discussions that we had had
23  and showing a game plan that we were recommending
24  for him.
25   Q.  So is this created subsequently to the

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 234

1   previous two documents you were just showed?
2      A.   I believe I created it at the same time
3   with this.
4      Q.   That would be Exhibit 10?
5      A.   Yes, for the second meeting.
6      Q.   Did you present it at the second
7   meeting on like a computer?
8      A.   No.  He didn't allow computer
9   presentations.  It was just by hand.
10     Q.   So you printed this out?
11     A.   Yes, in a color paper copy.
12     Q.   So that was at that same second meeting
13  you described earlier?
14     A.   I believe so.
15     Q.   Turning to 387.  It says, "Build and
16  operate a secret system for micro-targeted
17  intelligence collection and analysis."
18          Do you see that?
19     A.   Yes.
20     Q.   What does that mean?
21     A.   That was the project about which this
22  whole suit is about.
23     Q.   That's a description of the research
24  that was memorialized in the research agreement?
25     A.   Yes.

Page 235

1      Q.   It says, "The first ten targets are
2   identified."
3      A.   Yes.
4      Q.   What does that mean?
5      A.   He told us that he had ten targets he
6   wanted us to look at, and then gave us the name
7   of one to test earlier.
8      Q.   Who was that?
9      A.   That was Anita Suen.
10     Q.   Is that actually a picture of her on
11  the right?
12     A.   Yes.
13     Q.   And that test, was that test
14  demonstration before or after this meeting?
15     A.   I think it was before.
16     Q.   I see.  With respect to –
17     A.   Yes.  It was before because he provided
18  this picture for the presentation that we used.
19     Q.   What about the other nine targets?  Had
20  those been identified?
21     A.   I don't recall.  I think he hadn't
22  chosen which ones he wanted to prioritize, but I
23  don't recall.
24     Q.   You mentioned before that there were
25  like 92 non-prioritized names?

Page 236

1      A.   Yes.
2      Q.   Is that correct?
3      A.   Yes.
4      Q.   Where are you getting that list of 92
5   from?
6      A.   From Exhibit 6.
7      Q.   Which part of that?
8      A.   Throughout the entire document you have
9   the main person, the numbered individual in large
10  letters, and then all the people associated with
11  that individual on these trees, and that's a
12  total of 92.
13     Q.   I see.  So if you counted up all the
14  individuals referenced in Exhibit 6, it's 92?
15     A.   Yes.
16     Q.   Exhibit 92 also – excuse me –
17  Exhibit 6 also has 15 different named
18  individuals, correct?
19     A.   Yes.
20     Q.   And under those individuals' names
21  there's also the two reports that are requested,
22  two or three reports?
23     A.   Back on Exhibit 6?
24     Q.   Yes.
25     A.   Yes.

Page 237

1      Q.   Sitting here today, are you telling me
2   that you didn't understand that the 15 numbered
3   names were the 15 fish being identified?
4      A.   Yes, but we didn't get this until after
5   the contract.  Really, this is three weeks before
6   we received this.
7      Q.   Right, but when did you receive a list
8   of 92 names?
9      A.   The day we received Exhibit 6.
10     Q.   Right, but you're indicating that you
11  didn't understand that they were prioritized in
12  any way.
13     A.   No, we understood fully that they were
14  prioritized.  But he also said you'll also find
15  people in here – if you find data on some of
16  these other individuals, dig it out and let me
17  see it because they might replace one of the 15.
18     Q.   Right.  But in conducting the initial
19  research, you understood that the 15 fish were
20  the 15 names with numbers next to them on
21  Exhibit 6, right?
22     A.   Yes.
23     Q.   Going back to Exhibit 11.  It says,
24  "Document everything as leverage to gain
25  concessions, protect people, use as political

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 238

1  weapon or as aid in criminal prosecution and
2  asset recovery."
3       What do you mean by that?
4       A.   Those were memorializing Guo's – the
5  end results that he wanted from this information.
6       Q.   What did you understand that to be?
7       A.   He said he had family still in China
8  who he wanted to get released.  He said he had
9  assets still in China that he wanted to – that
10  had been confiscated that he wanted to recover,
11  and others that he wanted to prevent being
12  confiscated.
13      Q.   It also says "as aid in criminal
14  prosecution and asset recovery."
15      A.   Yes.
16      Q.   What does that mean in this context?
17      A.   The asset recovery part, I just
18  mentioned.
19      Q.   Oh, for recovery of his own assets?
20      A.   Of his own stolen assets.
21      Q.   I see.  Not the assets of others?
22      A.   No.
23      Q.   Continue.
24      A.   And then for criminal prosecution of
25  anybody of a criminal nature who is on the list.

Page 239

1       Q.   Criminal prosecution where?
2       A.   It was never specified.  It could be
3  London.  It could be United States.  He didn't
4  mean China.
5       Correction.  Also in China because he
6  had reasons for some of them who could be
7  prosecuted in China with the information that he
8  had.
9       Q.   In the next, I guess, little arrow or
10  bullet, it says, "Break the party's control of
11  corruption information."  What does that mean?
12      A.   The party keeps its control.  The
13  Chinese Communist Party keeps its control by –
14  it's sort of a symbiosis between the super rich
15  who got rich off the party, and then the
16  knowledge of their corrupt activities that the
17  party and the secret police have.
18      Q.   What does the "break the party's
19  control of corrupt information" mean?
20      A.   If you make the information public that
21  certain pillars of the Chinese government are
22  involved in corruption, right now it's only the
23  secret police that has that information or the
24  Chinese authorities who have that information,
25  and they're using it for purposes of political

Page 240

1  control, to blackmail people to stay in line.
2  His desire was to break that monopoly and get it
3  out there so that everybody would know.
4       Q.   I understand.  And it says, "Burrow
5  into commercial and political networks for
6  business purposes."  What does that mean?
7       A.   Yes.  He had some business applications
8  that he wanted to use this information for in
9  China or Hong Kong.
10      Q.   Let's go to 388.  It says, "Aggressive
11  grassroots online social media/activist network
12  in the United States, to mobilize key support
13  base."
14      A.   Yes.
15      Q.   What does that mean?
16      A.   He had political threats to himself
17  through Americans who were tied in with the
18  Chinese government, who were putting pressure on
19  him to be deported back to China.  So we wanted
20  to reduce the effectiveness of that political
21  pressure by organizing other groups that would be
22  rallying to say this guy is leading the
23  opposition to China.  Don't deport him back to
24  Beijing.
25      Q.   What is this network?  Is it other

Page 241

1  companies or individuals?  Who's in the network?
2       A.   Main political activist networks and
3  online activists.
4       Q.   How many different entities are in that
5  network?  Ballpark?
6       A.   It's really hard to say because there
7  are networks of networks, so they're not
8  necessarily cohesive.  It's really impossible to
9  say.
10      Q.   These are all American-based entities?
11      A.   North American, U.S. and Canada.
12      Q.   Below that it says, "Primarily the
13  loose coalition that got Trump elected and to
14  which Trump communicates through his Tweets."
15      A.   Yes.
16      Q.   What does that mean?
17      A.   That's the online "MAGA" network of
18  supporters of Trump who hate the Chinese
19  government.
20      Q.   How did they get Trump elected?  I'm
21  just trying to understand that comment.
22      A.   They were credited with doing the –
23  Trump was running his campaign not through out of
24  his pocket so much as saying outrageous things
25  and using social media to get other people to

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 242

1  echo everything he said.  So we would want to use
2  that network, and that was credited with getting
3  him elected.
4      Q.   So this isn't a group of Russian
5  hackers that got Trump elected?
6      A.   No, no.
7      Q.   It also says, "Citizen-journalists who
8  break news, expose opponents, attack opponents,
9  discredit critics"?
10     A.   Right.
11     Q.   So that's a different part of this
12 network?
13     A.   Yes.
14     Q.   How would you access that network?
15     A.   I know them.
16     Q.   So you can get these journalists to
17 write positive things about Mr. Guo or attack the
18 communists?
19     A.   Or attack the people who wanted to get
20 him deported and say this person is doing it, but
21 this person has money and is invested in
22 Chinese companies.  And there might be other
23 reasons that the Chinese regime uses to leverage
24 Americans to do their work for them, do their
25 work for it.

Page 243

1      Q.   So the previous group, that loose
2  coalition, is kind of just the broad MAGA group?
3      A.   Younger activists.
4      Q.   The second group is journalists for
5  hire essentially?
6      A.   Not really for hire so much as people
7  who want a good story.
8      Q.   I see.  Then it says, "Effective in
9  getting the President's attention and influencing
10 policy."  What does that mean?
11     A.   Well, the President is known for
12 following Twitter quite closely, and so he has
13 certain -- he follows a very small amount of
14 people, and he watches a certain network that's
15 in this building, so it's a question of getting
16 things on Fox and on Twitter.
17     Q.   I see.  And that gets the President's
18 eye on Mr. Guo in a positive light?
19     A.   Yes.
20     Q.   To prevent him from being deported?
21     A.   Yes.
22     Q.   Then it says, "Coordinate with the
23 above allied journalists in the U.S. and abroad
24 to remain on the information offensive."
25     A.   Yes.

Page 244

1      Q.   What do you mean by "information
2  offensive" there in italics?
3      A.   Yes.  Get off the defensive.  Change
4  his image from an eccentric, exiled
5  billionaire -- who can have sympathy for somebody
6  like that, right? -- to somebody who is trying to
7  do the right thing and bring democracy to China.
8      Q.   So this is kind of like a PR campaign
9  in a way that's being proposed?
10     A.   Yes.
11     Q.   Let's go to 390.  Who is the gentleman
12 pictured on the top right there?
13     A.   That is Mikhail Khodorkovsky.
14     Q.   That's the individual you mentioned
15 earlier today?
16     A.   Yes.  He's the Russian political
17 opposition leader who's exiled in London.
18     Q.   There's also a map here that's of the
19 Eurasian area with little numbers and
20 bull's-eyes.  Do you see that?
21     A.   Yes.
22     Q.   What do those little markers or
23 bull's-eyes represent?  There's numbers next to
24 them.
25     A.   Yes.  Those are locations in Russian

Page 245

1  where organized anti-Putin protests had just
2  taken place.
3      Q.   Let's just look at the one that's in
4  the Archangel region near Finland, the top left.
5  It says 100 to 150.  Do you see that?
6      A.   Yes.
7      Q.   What does that mean?
8      A.   That means that 100 to 150 people took
9  to the streets on that given day in the
10 nationwide-organized protests against Putin.
11     Q.   When was that protest?
12     A.   There were a few.  I don't recall.
13     Q.   It says below it, "Team with exiled
14 Russian opposition leaders and internal Russian
15 opposition activists."
16     A.   Yes.
17     Q.   What is the concept behind that idea?
18     A.   In this case it's a vision to transform
19 the whole Eurasian region into democratic
20 societies in Russia and China, and to use the
21 synergies of the China centric people with those
22 of the Russia centric people and have them work
23 together.
24     Q.   In other words, they're both oppressed
25 by horrible dictatorships.  They might as well be

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 246

1  on the same side?
2      A.  Right.
3      Q.  It says, "Link with Chinese people
4  inside of Russia including cross-border traders
5  for propaganda and organizational purposes."
6      A.  Yes.
7      Q.  What does that mean?
8      A.  There's a large Chinese population of
9  both permanent, semipermanent, and migratory
10  inside Russia, especially in central Russia and
11  the Russian Far East, and along the border area
12  illustrated on this chart on page 390.
13        The idea is you work with those
14  traders, Chinese traders who are in Russia, which
15  is freer than China in this regard, to have them
16  bring back pro-Guo, anti-regime material back
17  into China as part of their trading roots, and
18  the authorities don't bother them.
19        So this is just a new way -- as opposed
20  to flying into Beijing where you're going to get
21  caught.  You just do it through the trading
22  networks of Chinese nationals into Russia.
23      Q.  The idea would be to exploit the
24  commercial connection between China and Russia to
25  get information into China that's pro-Guo, so to

Page 247

1  speak?
2      A.  Or that suits what he wants to achieve,
3  yes.
4      Q.  Because it's typically difficult to
5  get -- let's call it -- controversial information
6  into China?
7      A.  Right.
8      Q.  Let's go to 394.  It says here for
9  single individual, regular monitoring with two
10  competitive teams, $2,805,000 per year, all costs
11  included.  Do you see that?
12      A.  Yes.
13      Q.  Was that like an initial price that was
14  quoted to Mr. Guo and Eastern?
15      A.  Yes.  Not Eastern, Mr. Guo.
16      Q.  It says above for one, but with one
17  team only $2,380,000.
18      A.  Yes.
19      Q.  Again, that was just an initial quote?
20      A.  Yes.
21      Q.  It says at the bottom, "This enterprise
22  can easily become a profit-making venture."
23      A.  Yes.
24      Q.  How is that?
25      A.  Mr. Guo is a man who likes to make a

Page 248

1  profit.  He had -- he's got his asset recovery
2  here.  He's getting leverage over bad actors in
3  China.  He can make a lot of money off this.  So
4  it's not simply a philanthropic or political
5  operation.  It could become advantageous to him
6  as a businessman.
7      Q.  In terms of recovering his own money?
8      A.  Yeah.
9      Q.  Is there any other way that it would
10  be?
11      A.  He spelled out some specific ways.
12  They were his ideas, not ours.  They were
13  itemized earlier in this exhibit.
14      Q.  Is that concerning exposing corruption
15  in China?
16      A.  Yes.
17      Q.  Let's go to 395.  It says, "U.S.-based
18  online army, same group as those who helped win
19  Trump election."  What does that mean?
20      A.  That was the online activists who I
21  referred to earlier.
22      Q.  It's the same group.  This is just a
23  kind of recitation of that?
24      A.  Yes.
25      Q.  It says, "Attack tactics include

Page 249

1  breaking news, creation & deployment of memes
2  (memetic warfare), defending friends, trolling
3  opponents, exposing and isolating opponents in
4  policy and media, swarming opponents."
5        Are these tactics that are issued to
6  this U.S.-based online army?
7      A.  That's what they practice already, so
8  we would hire them to carry them out.
9      Q.  In hiring them, you would just pay them
10  as you described earlier with anonymous hackers?
11      A.  No.  It's people who want to write
12  about it, want to develop those memes, want to
13  make a living doing this rather than have their
14  day job working at Walmart.
15      Q.  How are they paid, though?  I just want
16  to understand how they would make money.
17      A.  They would be paid either by check or
18  by cash through a series of LLCs.
19      Q.  I see.  Is it Strategic Vision that has
20  the connections to this online army or is it you
21  personally?
22      A.  Me personally.
23      Q.  Okay.  Just how would that normally
24  work?  You would contact one of these groups
25  online and send them a check if they agreed to

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 250

1   promote the content that you wanted?
2      A.   Yeah, or I know them personally.
3      Q.   How big is this online army that you're
4   able to access?
5      A.   It's 50 principal people with millions
6   of followers who add the volume and the mass to
7   the messages, so the re-tweeting and re-liking
8   and all that other stuff.
9      Q.   So what?  They, like, employ people who
10  have Twitter accounts to promote this content
11  or --
12     A.   Yes.
13     Q.   -- how does it work?
14     A.   Yeah, somebody is on Twitter, has a
15  certain following, has a certain stature in
16  whatever audience that you're looking at, and
17  then you pay them to do this type of work as part
18  of whatever else they're doing.
19     Q.   Do they typically disclose that they're
20  being paid to tweet about this subject?
21     A.   Some of them do.
22     Q.   But not all of them?
23     A.   I doubt it.
24     Q.   Let's go to 397.  I see here that
25  Hudson Institute and Atlas Foundation are

Page 251

1   circled?
2      A.   Um-hum.
3      Q.   Why is that?
4      A.   Because they are the smaller
5   foundations that are effective, despite their
6   small size.
7      Q.   I see.  So was this $11 million or so
8   price point being kind of promoted as you should
9   run an institution like these two?
10     A.   Yes.  It was in response to his request
11  for how much he was even thinking of pouring more
12  in.  And I said, "Pour too much in and people
13  aren't going to take it seriously."
14     Q.   In other words, it's counterproductive
15  to have an over-funded institution?
16     A.   It can be.
17     Q.   That's because people just think that
18  it's a mouthpiece for someone or?
19     A.   Oh, they know it's a mouthpiece anyway.
20  It's just an 800-pound gorilla as opposed to
21  somebody else who fits in with, you know, with
22  everyone else.
23     Q.   Let's go to 398.  It says, "Russia
24  Networking: Cost."  "We will facilitate, but not
25  manage or coordinate networking with Russian

Page 252

1   opponent leaders and group.  Costs depends on
2   your discussions with them."
3         I'm trying to understand that.  What
4   does that mean?
5      A.   We had offered to introduce Guo to
6   Khodorkovsky and others.
7      Q.   So does this have anything do with the
8   actual research?  This isn't a Russian network
9   that would perform the investigatory research
10  that you would request for an agreement like
11  this?
12     A.   No.
13     Q.   There are these examples of Russia
14  beyond Putin, China beyond communism.
15         Do you see that?
16     A.   Yeah.
17     Q.   What are you talking about there?  What
18  is that?
19     A.   Well, the "Russian beyond Putin" refers
20  to Khodorkovsky's plan to envision a Russia
21  beyond Putin, because so many people sort of
22  believed that Putin is forever.  And there's
23  going to be an end to it, so the question is how
24  will there be an end to Putin's regime and then
25  what's going to replace it.

Page 253

1         So we had that vision.  Let's stop
2   obsessing about Putin and think about post-Putin
3   Russia.  The same as China.  Nearly everyone
4   seems to think that the Chinese Communist Party
5   is forever.  Our vision is to have a finite limit
6   to the party rule, and so think of the People's
7   Republic of China beyond the Chinese Communist
8   Party.
9      Q.   I understand.  Please turn to 401.  It
10  says, "Global electronic intelligence gathering
11  and synthesis capability through social media
12  monitoring."
13     A.   Yes.
14     Q.   Is that the investigatory research kind
15  of work?
16     A.   That's part of what we had proposed,
17  but we did not do this.
18     Q.   This is a different service?
19     A.   Yes.
20     Q.   How is this different?  I just want to
21  understand.  What's the distinction between this
22  global electronic intelligence gathering and what
23  the research agreement contemplated?
24     A.   This particular line item is to
25  collect, harvest data by electronic means through

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 254

1 monitoring social media and then zeroing in on
2 who – as marketers do, for example.  And then
3 zero in on who are the opinion leaders who have
4 the interest in these subjects and then target
5 messaging to them, or collect information from
6 them.
7     Q.   Was it a way to get in contact with
8 like-minded people?  Is that what the goal is?
9     A.   Yes.  Like-minded people, regime
10 propagandists.  Guo supporters who have different
11 opinions of the regime or Guo opponents who have
12 different opinions of the regime.  So how do you
13 identify everyone and everything?  And then watch
14 what your adversaries are doing through social
15 media.
16     Q.   So this wasn't part of the research
17 agreement, though?
18     A.   No.
19     Q.   On then just on the last page of this
20 it says, "Begin work with Russian opposition."
21         Who would begin work with the Russian
22 opposition?
23     A.   French Wallop would have approached
24 Khodorkovsky, and if he agreed, fine.  If not, we
25 would go to other opposition figures and see if

Page 255

1 there was an interest.
2     Q.   That would be to what?  Coordinate with
3 Mr. Guo?
4     A.   Yes.
5         MR. GRENDI:  Let's do 12.
6         (Waller Exhibit 12, Document Bates
7 stamped SVUS260, marked for identification.)
8     Q.   Have you ever seen this document?
9     A.   Yes.
10     Q.   What is it?
11     A.   This is a proposed budget, monthly
12 budget by team 1, by the team 1 leader.
13     Q.   So the blacked-out portion of that,
14 that's some reference to the team 1 leader's
15 company?
16     A.   Yes.
17     Q.   The team 1 leader gave this to you?
18     A.   Yes.
19     Q.   It says, "1 Month Projected Cost
20 Analysis," right?
21     A.   Yes.
22     Q.   And is this just for the first month or
23 for kind of every month?
24     A.   No.  Some of these are start-up costs.
25 Although some of the things that look like

Page 256

1 start-up costs, they are for security measures.
2 You go through a lot of computers, let's say, so
3 you're buying computers very often, so they look
4 like start-up costs.
5     Q.   Right, but like a vehicle, for example,
6 is something you just buy once?
7     A.   That's correct.
8     Q.   So he would get $25,000 a month, a
9 program director?
10     A.   Yes.
11     Q.   And is this you understood the team
12 would be of this size, in terms of – looking
13 just at item A, there is different types of
14 specialists and officers?
15     A.   This was the initial one.  It changed.
16 So this was his first cut.
17     Q.   What was the second cut or subsequent
18 cut?
19     A.   The subsequent cut where there would be
20 ten computer operators, ten computer researchers
21 and two linguists.
22     Q.   Just so we're clear, this is the group
23 that you paid 250 to $300,000?
24     A.   Yes.
25     Q.   But no more than that.  That was the

Page 257

1 full sum of money paid to team 1?
2     A.   If it was more, it wasn't significantly
3 more.
4     Q.   Okay.  So did you negotiate this budget
5 or is this just kind of an estimate?
6     A.   It was his first estimate, and then
7 when we looked at the scope, he said, "Oh, we
8 need to do adjustments."  So we got the
9 adjustments.
10     Q.   He needed more people is what you're
11 saying?
12     A.   He needed more computer people.
13     Q.   Okay.  Were there any other items that
14 changed?
15     A.   I don't know.
16     Q.   Did you haggle or negotiate with the
17 leader of team 1 about these costs?
18     A.   Not the costs so much as the people.
19 We need to have X number of people on X number of
20 machines to meet the capacity for this first part
21 of the contract.
22     Q.   So you just accepted whatever the cost
23 of these items were, but you were just concerned
24 about getting the work done?
25     A.   Correct.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 258

1    Q.  Got it.
2        Did you give this to Ms. Wallop?
3    A.  Presumably, I don't recall.
4    Q.  You don't remember talking to her about
5  it?
6    A.  We talked about it.  I presume I gave
7  it to her, but I don't remember.
8    Q.  Did you ever get any money back from
9  team 1?
10   A.  No.
11   Q.  Did team 1 tell you that they were
12 disappointed or upset that the engagement ended
13 when it did?
14   A.  Yes.
15   Q.  What did they say?  Or what did he say,
16 I should say?
17   A.  He said that they liked the work.
18   Q.  Why is that?  Did he explain why?
19   A.  They liked the challenge.  They don't
20 like communists of any kind.  They don't like the
21 Chinese government.  They viewed it as the right
22 thing to do as opposed to just a job.
23   Q.  So ideologically, team 1 was on board
24 with this kind of work?
25   A.  All of our people were involved with

Page 259

1  this, yes, every last one.
2        MR. GRENDI:  Let's do 13.
3        (Waller Exhibit 13, Document Bates
4        stamped SVUS00262, marked for
5        identification.)
6    Q.  Do you recognize this document or
7  documents?
8    A.  Yes.
9    Q.  This is the business cards for ASOG?
10   A.  Yes.
11   Q.  Do you know why Adam Kraft has a little
12 "Ghost King" on his business card?  What does
13 that mean, if you know?
14   A.  I have no idea.  He was in the
15 military.
16   Q.  This invoice on the next page, SVUS263.
17   A.  Yes.
18   Q.  This is what you were talking about
19 before when you said that they invoiced you for
20 over a hundred thousand dollars, but they only
21 asked for $5,000 –
22   A.  Correct.
23   Q.  – at the end of the day.
24        And that was the money that was paid
25 there to ASOG?

Page 260

1    A.  Yes.
2    Q.  So the SVUS265, I guess that's the
3  different associates who worked on this
4  engagement?
5    A.  Yes, on team 2.
6    Q.  Right.  This is the team you described
7  before that you said basically encountered only
8  records-protected information?
9    A.  Yes.
10   Q.  And ASOG was only doing work within the
11 United States for Strategic Vision, correct?
12   A.  Yes.
13   Q.  Why wasn't ASOG retained in the
14 beginning of this engagement?
15   A.  Because as Exhibit 11 indicates, we had
16 a proposal for two teams, two research teams.
17 Guo agreed to only fund enough for one research
18 team.  So we didn't use a second team because we
19 were setting up team 1.  We had not – that was
20 not part of the arrangement.  So when Yvette
21 instructed on February 1st that we find other
22 means to do the work, that's when we engaged
23 team 2.
24   Q.  Was there any additional cost
25 contemplated by engaging team 2, at least with

Page 261

1  respect to Eastern's obligation?
2    A.  To Guo's obligation, yes.  We
3  anticipated paying something along these lines,
4  over $100,000 per tranche research per month,
5  even more.
6    Q.  But there wasn't any amendment to the
7  agreement with respect to this charge for Allied?
8    A.  No, we just wanted to keep the contract
9  that we had with Guo.
10   Q.  So Strategic Vision was offering this
11 ASOG service as a courtesy to try to save the
12 engagement?
13   A.  Not so much, well, courtesy, yeah,
14 courtesy to save the contract.  Yes, yes in
15 answer to your question.
16   Q.  Let's look at 14.
17        (Waller Exhibit 14, Document entitled
18        "All Source Intelligence Collection
19        Posture", marked for identification.)
20   Q.  Just looking at the first page which is
21 SV269, it says, "All Source Intelligence
22 Collection Posture."  What is this document?
23   A.  This is an ASOG document, part of their
24 team 2 – part of their own promotional material.
25   Q.  So they gave this to you in connection

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 262

1  with the assembly of team 2 engagement?
2      A.   Yeah, it's like a handout.  It's a
3  standard handout.
4      Q.   Do you understand what these little
5  symbols, geometric shapes kind of scattered all
6  over the globe represent or mean?
7      A.   Yes.  It's better to see them in color.
8  The legend is here on the right, so the shapes
9  match up with Open Source Intelligence, which is
10  OSINT.  SIGINT, Signals Intelligence.  GEOINT,
11  Geospatial Intelligence, and Satellites.  MASINT,
12  which I don't know what it is, and HUMINT, which
13  is Human Intelligence.
14      Q.   So this document describes what
15  capabilities ASOG has in different parts of the
16  world?
17      A.   Yes.  And then the capable, and then
18  developing and limited circles.  The different
19  colored circles show the extent of their
20  capabilities at the time.
21      Q.   I see.  So it looks like -- maybe the
22  colors are throwing me off here but -- or lack of
23  colors, I should say -- but in North America,
24  ASOG has essentially full capability and in other
25  places of the world not so much?

Page 263

1      A.   Yes, that's the way it looks.
2      Q.   Is there any reason Strategic Vision
3  elected to go with team 1 out the box instead of
4  ASOG?
5      A.   We thought team 1 would be more
6  aggressive for what Guo wanted to build his -- to
7  build what he said he wanted to build, and it was
8  in a country where it was legal to do certain of
9  the things that were needed to build out those
10  capabilities.
11      Q.   Whereas ASOG is based in the
12  United States and perhaps is subject to more
13  restrictions?  Is that what your understanding
14  was?
15      A.   Yes.  And we also did not want to be
16  involved with U.S. intelligence services for our
17  data.  We wanted to have it as our own individual
18  people.
19      MR. GRENDI:  We're on 15.
20      (Waller Exhibit 15, Subject Chart,
21      Bates stamped SVUS278, marked for
22      identification.)
23      Q.   Turn to the second page, it says
24  "Background Report" and it has two individuals
25  names.

Page 264

1      Q.   Do you know what this document is?
2      A.   I don't recognize it.
3      Q.   You didn't draft it?
4      A.   Pardon me, no.  Let me read it.
5      Q.   Oh, sure.  You can read it, go ahead.
6      A.   Okay.
7      Q.   I was asking did you create this
8  document?
9      A.   No.
10      Q.   Do you know who did?
11      A.   I don't know the people who created it.
12  I do know that this was something that
13  French Wallop had commissioned in Europe in
14  February, early to mid-February.
15      Q.   So is this Strategic Vision work
16  product?
17      A.   No.  It's a research product that we
18  were to have brought to Guo as part of the
19  ongoing research, so it's just a different type
20  of research.
21      Q.   Right.  This is dated March 21, 2018,
22  correct?
23      A.   Yes.
24      Q.   So was this research that was
25  commissioned by Mr. Guo or Eastern?

Page 265

1      A.   No.  French Wallop commissioned this
2  research as part of the contract in February.  So
3  if it's dated in March, that's probably when it
4  was delivered.  I don't know.
5      Q.   And was this ever delivered to Mr. Guo
6  or Yvette or Lianchao?
7      A.   Anything after February 23rd we would
8  not have delivered once there was litigation.
9      Q.   So you're saying this is research that
10  was created for the contract at issue in this
11  case?
12      A.   Yes.
13      Q.   Are these two individuals named on this
14  background report listed as fish in Exhibit 6?
15      A.   I can check if you want me to leaf
16  through it.
17      Q.   Just if you know right now off the top
18  of your head?
19      A.   I don't know.  What I know is the
20  reason they would be researched is because they
21  were objects of interest through Lianchao,
22  meaning Guo's objects of interest.
23      Q.   So do you know that these two
24  individuals were named as subjects who should be
25  researched?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 266

1   A.   I believe I know.  I mean, I did not
2   commission this.
3   Q.   Right.
4   A.   But remember, the whole fish metaphor
5   where you can't find something on one, well,
6   let's find something on somebody else who is not
7   in the top 15.
8   Q.   I see.
9   A.   And so it would have been under those
10  circumstances.
11  Q.   So you didn't write this report.  Do
12  you know who did?
13  A.   No.  We were not to write analytical
14  reports at all.
15  Q.   So who would have?
16  A.   This was a British firm.
17  Q.   I see.  Was it called Fletcher?
18  A.   I don't know.
19  Q.   Do you know if French Wallop edited or
20  participated in creating this report?
21  A.   I believe she just commissioned the
22  report.
23  Q.   In other words, she just ordered it
24  from another IT?
25  A.   She said, "Pull out what you can on

Page 267

1   these individuals."
2   Q.   I see.
3   MR. GRENDI:  Let's go to 16.
4   (Waller Exhibit 16, Document Bates
5   stamped SVUS267 and 268, marked for
6   identification.)
7   Q.   Do you recognize SV267 or 268?
8   A.   Yes.
9   Q.   Let's start with 267.  What is this
10  document?
11  A.   This is a product from team 2 showing
12  that different individuals on Guo's list shared
13  the same Social Security number, and shared it
14  with others who are not on the list, including
15  people with non-Chinese names.
16  Q.   How is that possible?
17  A.   Fraud.
18  Q.   Did you present SVUS267 to Mr. Guo or
19  Lianchao or Yvette?
20  A.   To Lianchao.
21  Q.   When was that?
22  A.   This would have been delivered around
23  mid-February, after we were instructed to
24  communicate only with Lianchao.
25  Q.   Okay.  Turning to the next page, it

Page 268

1   says SVUS268.  What is this document?  It looks
2   like a family tree of sorts.
3   A.   Yes.  I'm not sure who originated this
4   document.  I think it was team 2.  On several
5   occasions we were trying to map out the
6   relationships because it's all families of
7   Chinese Communist Party leaders working through
8   mainly their out-of-wedlock children to move
9   money around.  This is trying to visualize who is
10  related to whom and how to help the researchers
11  target who they're going after and understand the
12  dynamics among them.
13  Q.   Is it fair to say this is team 2
14  foundational work?
15  A.   Yes.
16  Q.   Was this presented to Lianchao?
17  A.   Yes.
18  Q.   When was that?
19  A.   Probably the same day the Document 267
20  was.
21  Q.   For both of these documents, did you
22  ever get any feedback from Lianchao about what
23  Mr. Guo or anyone else thought about this
24  information?
25  A.   Yes.

Page 269

1   Q.   What was that?
2   A.   That Guo was very upset.
3   Q.   Was it explained to you why?
4   A.   He thinks it's junk.
5   Q.   You don't have any more information on
6   that?  Just that he said it was junk?
7   A.   That's the whole paradox here.  You
8   have a client who says it's junk, but won't say
9   what's wrong.
10  Q.   So you didn't understand why Mr. Guo or
11  anyone else would be disappointed with these
12  documents?
13  A.   No.  We thought he would be delighted
14  because you can bring a criminal case against all
15  of these people on the list in United States
16  courts for Social Security fraud and tax fraud;
17  valuable stuff.
18  Q.   What about the second document?  Is
19  there anything that you thought was actionable
20  about this information?
21  A.   No.  To my knowledge, this was just to
22  help the researchers understand the relationships
23  and the dynamics among the targets.
24  Q.   Going back to 267, about the Social
25  Security numbers.  Did you explain the criminal

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 270

1  exposure that the individuals listed on this
2  document would have to Lianchao?
3      A.  Yes.
4      Q.  What did he say?
5      A.  He seemed excited.
6      Q.  But I take it that you subsequently
7  heard that Mr. Guo or Eastern was disappointed
8  with this information?
9      A.  Yes.  He thought it was junk.
10         MR. GRENDI:  Let's take five, if that's
11  okay.  We're in the homestretch here, try to
12  get through these.  We can go off the
13  record, please.
14         THE VIDEOGRAPHER:  Off the record at
15  4:58.
16         (Whereupon, a short recess was taken.)
17         THE VIDEOGRAPHER:  Back on the record
18  at 5:07.
19         MR. GRENDI:  I'm going to do
20  Exhibit 17.
21         (Waller Exhibit 17, Document Bates
22         stamped Eastern 250, marked for
23         identification.)
24  BY MR. GRENDI:
25      Q.  Mr. Waller, do you recognize this

Page 271

1  document?  The first one is marked Eastern 250.
2      A.  I do not recognize this one, but I
3  recognize it as a version of one that I have.
4      Q.  Are you Pyratz, or do you go by that
5  code number?
6      A.  Pyratz.
7      Q.  Not spelled like pirates, like the
8  "Pirates of the Caribbean."
9      A.  It was taken.  Not rats, Pyratz.
10      Q.  Pyratz, sorry.
11         And is this your – a Signal
12  conversation you had with Yvette Wang?
13      A.  It appears to be.  There are Chinese
14  characters, but I accept it as our
15  correspondence.
16      Q.  Why did you start messaging with Yvette
17  on or about January 29, 2018?
18      A.  Because Guo had instructed around the
19  26th that I communicate only with her.
20      Q.  So had you been communicating with
21  Lianchao prior to this date?
22      A.  Yes.  Let me correct that.  Let me
23  correct that.  At some time prior to this date.
24  This was in direct – I had not been
25  communicating with her before just because I had

Page 272

1  not on this medium.  To answer your question, the
2  purpose of starting this conversation was to set
3  up a meeting after my return from Europe.
4      Q.  That was the meeting in Germany with
5  the leader of team 1?
6      A.  Yes.
7      Q.  Looking at Eastern 257, this is your
8  response to a rather long message from Ms. Wang.
9  Do you see your response there starting with
10  "Good to know"?
11      A.  Yes.
12      Q.  You wrote, "The reports are not actual,
13  but to show how the work is being executed."
14         Do you see that?
15      A.  Yes.
16      Q.  What do you mean by that?
17      A.  Because she kept complaining that
18  there's no actionable information in these
19  reports, and I had to explain yet again to her
20  that they're not supposed to be actionable.
21  These are the – these are the preliminary
22  reports, and in this case, this was a progress
23  report to show how the work was being executed.
24      Q.  Turning to 259.  Eastern 259.  It says,
25  "There's a disconnect that needs to resolve.  Our

Page 273

1  understanding was that the first 90 days would be
2  for starting up and developing the data."
3         Do you see that?
4      A.  Correct.
5      Q.  What was your understanding about the
6  first 90 days of the research agreement?
7      A.  You're not going to get a substantial
8  data flow in large quantity until you set up the
9  operation.  We started cold.  We started in
10  January, mid-January, so it's going to take a
11  while.  And we explained this.  As one of the
12  earlier exhibits showed in our discussions prior
13  to the contract, it would take 90 days to gear up
14  to a full capacity, but we would start producing
15  information as we could right away.  And so I'm
16  talking to her about having to resolve this
17  disconnect because she did not understand this at
18  all.
19         Guo understood it perfectly and
20  Lianchao understood it perfectly.  So she's
21  coming back with these emphatic messages and
22  saying that – showing her deep satisfaction, as
23  well as Guo's by this point, and I'm saying we
24  need to resolve this disconnect.
25      Q.  You mean dissatisfaction?

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 274

1     A.  Dissatisfaction.
2     Q.  Did you understand that at times,
3   Ms. Wang was just conveying translated messages
4   from Guo or Eastern or other people?
5     A.  She indicated that.  Yes, she indicated
6   that in a couple of her texts.
7     Q.  So you understood that it wasn't just
8   Yvette that was dissatisfied with what was being
9   provided by Strategic Vision?
10    A.  Yes.  Where she said she was quoting
11  from Guo, she said it and she was apologetic
12  about it in writing.
13    Q.  So your understanding was during the
14  first 90 days of the agreement, it would be okay
15  if no actionable material was delivered because
16  that was the start-up phase?
17    A.  That was never the intent, and that was
18  explicitly understood, yes.
19    Q.  Just turning to the next page, 260.  It
20  says "Had we understood this, we would have told
21  him that it is not how it works in our
22  experience."
23        What are you conveying in that
24  sentence?
25    A.  When we worked this out with him and

Page 275

1   Lianchao, with Guo and Lianchao, it was explicit
2   that the first data was not going to be
3   actionable.
4     Q.  For the first three months?
5     A.  Roughly, yes.  When Yvette took over,
6   she expressed a very different view, that it had
7   to be actionable.
8     Q.  That was before the contract was
9   signed, right, when Yvette took over?
10    A.  She took over it during the final
11  negotiation of the contract.
12    Q.  Right.  Okay.  It also says, "All my
13  team say that it is seldom practical or possible
14  to produce such rapid results, and that the best
15  way for the reasons I explained to you is to
16  cultivate the measures that I explained to you."
17        What did your teams tell you about the
18  practicality of producing actionable results?
19    A.  Given the amount of computing power
20  involved in the type of work Guo wanted done,
21  it's not possible to produce those immediate
22  results.  Not even a NSA, National Security
23  Agency, can do that.  It takes time to do.
24    Q.  Is this something you just kind of
25  intuitively knew or did your team actually tell

Page 276

1   you this is impossible?
2     A.  No, we knew beforehand.  Like anything,
3   it takes time to ramp up.  It takes time to build
4   a case.
5     Q.  I see.  Then on the next page, 261, it
6   says, "Checked with him, the quickest and most
7   efficient way is to use the ID information which
8   you were provided to dive."  Do you see that?
9     A.  Yes.
10    Q.  Do you know what Yvette was talking
11  about in that message?
12    A.  Yes, she talking about Exhibit 6.
13    Q.  Right.  What did you understand her to
14  want Strategic Vision to do?
15    A.  To pull up large quantities of
16  actionable information immediately.  Where she's
17  talking about the social media stuff, we were
18  showing them how our team was trying to
19  understand their target.  It was not designed –
20  and we said this in the progress report.  It was
21  not designed to be part of the end product to
22  Guo.  It was just a progress report.
23    Q.  Then if you look at the following page,
24  262.  Is this at the time when you got in touch
25  with ASOG to create a second team?

Page 277

1     A.  Yes, roughly.
2     Q.  You said, "I will start a competing
3   team to verify."  Is that a reference to ASOG or
4   the individuals you talked about checking in on
5   team 1?
6     A.  Correct.  That is the start of team 2
7   right there.
8     Q.  That's team 2 you're talking about
9   there?
10    A.  Yes.
11    Q.  Is there any reference to – or did you
12  talk to Yvette or Lianchao or Mr. Guo about
13  verifying the work of team 1 that we discussed
14  earlier?
15    A.  Yeah.  I mentioned quality control and
16  to make sure that they were doing what we set
17  them to do.
18    Q.  Let's go to 264.
19    A.  If I may add, what they were asking is
20  far from best practices.  We were trying to suit
21  their needs by sticking to best practices.
22    Q.  Right.  You described how you don't get
23  the best data if you attack right away.  You
24  gotta build background information, right?
25    A.  Um-hum.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 278

1    Q.   Is that a "yes"?
2         MR. SCHMIDT:  Out loud.
3    A.   Yes.
4    Q.   That's all right.  It happens.
5         Let's go back to 264, or forward to
6    264, sorry.  What did you mean by "I don't accept
7    the kindergarten comments"?
8    A.   Above she said, we are advised many
9    times -- "As we advised many times before, both
10   of us are college professors, not kindergarten
11   kids."  So I just said I don't accept that.
12   Q.   What did you understand her comment
13   about kindergarten kids to mean?
14   A.   It was a juvenile condescending
15   comment, so I was just pushing back.
16   Q.   Just going to the next page, 265.  At
17   the end you said, "This is a sophisticated group
18   that has ably dealt with hostile military
19   networks in combat environments.  They hit all
20   their targets.  I trust them."
21   A.   Yes.
22   Q.   Who are you talking about there?
23   A.   Team 1.
24   Q.   How do you know that they've dealt with
25   hostile military networks in combat environments?

Page 279

1    A.   If I explain it I would have to
2    indicate who they are, and I cannot indicate who
3    they are.
4    Q.   So you're aware of -- let's just put it
5    this way.
6         Are you aware of the hostile military
7    network that they dealt with in a particular
8    combat environment?
9    A.   Yes.
10   Q.   But you don't want to reveal that
11   because you think that that will reveal the identity
12   of team 1?
13   A.   Yes.
14   Q.   But you do know that team 1 has
15   experience in attacking a military network in a
16   combat environment?
17   A.   Yes.
18        MR. GRENDI:  We will set this aside for
19   our motion to compel issue if and when we
20   get to that.  We would obviously like to
21   know the identity of team 1.  We discussed
22   that before.
23   Q.   Just going to the next comment there.
24   It says, "The investors can pay your team without
25   contract."

Page 280

1    Q.   Do you see that?
2    A.   It's not on the next page.  It's in the
3    bubble below.
4    A.   Yes.
5    Q.   Did you understand what Ms. Wang meant
6    by "investors"?
7    A.   No.  This was either the first or
8    second time she mentioned investors.  And the
9    first time I -- if this was not the first time, I
10   took it as a misstatement.  We'd never heard of
11   any investors before.
12   Q.   Right.  Did you ever discuss investors
13   with Mr. Guo?
14   A.   No.
15   Q.   Were you perplexed by this use of the
16   word "investors"?
17   A.   A lot of this perplexed me by this
18   time.
19   Q.   But this -- including the use of the
20   term "investors" there?
21   A.   Yes.
22        MR. GRENDI:  I'm going to call it for
23   now in terms of my examination.  If there's
24   a little time extra, I would like to come
25   back because I have a couple of other

Page 281

1    documents to go over.  But I want to make
2    sure that Ms. Teske has an opportunity to
3    examine.
4         MR. SCHMIDT:  Just to go on the record
5    here.  We're going to be closing in on
6    seven hours here, and so let's move it
7    along.  We've gone on to a lot of peripheral
8    issues.
9         We've gone over a lot of exhibits.  I
10   have not been interfering at all.  We have
11   not been late back from a break.  We have
12   had plenty of time, so let's just move
13   efficiently as we jump back and forth here.
14   We're getting near the end.
15   EXAMINATION BY
16   MS. TESKE:
17   Q.   Good afternoon, Mr. Waller.  My name is
18   Erin Teske, and I'm here today representing
19   Mr. Kwok, the third-party defendant in this
20   action.
21        Did you have any conversations with
22   Mr. Kwok that we have not discussed already
23   today?
24        MR. SCHMIDT:  Objection.  Do the best
25   you can.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 282

1    A.   Not that I'm aware of.
2    Q.   Did you meet with him in person at any
3  point that we have not already discussed today?
4    A.   No.
5    Q.   Did you have any phone conversations
6  with him that we have not already discussed
7  today?
8    A.   No.
9    Q.   Any Signal conversations with him or
10  other text-like conversations that haven't been
11  produced?
12    A.   No.
13    MS. TESKE:  That's it.
14    MR. SCHMIDT:  Are you all done, Zach?
15    MR. GRENDI:  I mean, I think if I can
16  get a couple of questions in.  I know that
17  this is an intimidating stack of documents,
18  but there's not too much to it.
19    Let's do this as 18.
20    (Waller Exhibit 18, Supplemental
21  Interrogatories submitted by Strategic
22  Vision, marked for identification.)
23  (FURTHER) EXAMINATION
24  BY MR. GRENDI:
25    Q.   Mr. Waller, do you recognize this

Page 283

1  document?
2    MR. GRENDI:  I'll offer in the spirit
3  of efficiency that this is supplemental
4  interrogatories that were submitted by
5  Strategic Vision.
6    A.   Okay.
7    Q.   Did you participate in creating this
8  document?
9    A.   Yes.
10    Q.   It says in interrogatory number 2 that
11  the principals of SV, Strategic Vision, are –
12  French Wallop is the only principal.
13    Do you see where it says that on the
14  second page?
15    A.   Yes.
16    Q.   Is it your understanding that there are
17  no other members of Strategic Vision?
18    A.   Yes.
19    Q.   That she's the sole member of Strategic
20  Vision?
21    A.   Yes.
22    Q.   Let's take a look at the amended
23  counterclaim, and that will be our last document.
24    (Waller Exhibit 19, Amended Answer and
25  Counterclaims, marked for identification.)

Page 284

1    Q.   Let's go to paragraph 48.  Just off the
2  bat, do you recognize this document?
3    A.   I believe I do.
4    Q.   I'll offer that this is the Amended
5  Answer and Counterclaims that was filed by
6  Strategic Vision in this case.
7    Is that your understanding of what this
8  document is?
9    A.   Not having read through the whole
10  thing, yes.
11    Q.   Fair enough.  Going to paragraph 48,
12  there are a number of conversations that are
13  referred to.
14    Take a look at that paragraph and let
15  me know when you're done looking at it?
16    A.   Okay.
17    Q.   It says that Strategic Vision informed
18  Mr. Guo of the seven different items there.  Are
19  those representations that Strategic Vision made
20  or that you made?
21    A.   I as a contractor with Strategic
22  Vision, as part of the Strategic Vision team
23  made.
24    Q.   Okay.  So you were authorized by
25  Ms. Wallop to speak for Strategic Vision in

Page 285

1  connection with this engagement?
2    A.   Yes.
3    Q.   Going to paragraph 49.  It says that:
4    "Mr. Guo informed Strategic Vision that
5  he would cause his agreement with Strategic
6  Vision to be entered into with a corporate entity
7  controlled by him that he would fund as necessary
8  to pay for Strategic Vision's services."
9    Do you see that clause?
10    A.   Yes.
11    Q.   Do you recall hearing that alleged
12  representation or were you not present?
13    A.   I was there.
14    Q.   You were there?
15    A.   Yes.
16    Q.   When was that?
17    A.   That was at one of the December
18  meetings at his residence.
19    Q.   It says, "It was explicitly agreed such
20  entity would not be based in the People's
21  Republic of China or Hong Kong."
22    A.   Yes.
23    Q.   Was that also part of that
24  conversation?
25    A.   Yes.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 286

1    Q.  Do you know where Eastern Profit
2    Corporation is based?
3    A.  No.
4    Q.  Did you ever check?
5    A.  We never heard of it before.
6    Q.  So you or Ms. Wallop never looked into
7    where Strategic Vision – I'm sorry, strike that.
8        You or Ms. Wallop never looked into
9    where Eastern Profit was domiciled or
10   incorporated?
11   A.  Your client doesn't even know.
12   Q.  I'm asking you.
13   A.  I'm just saying neither of us know.
14   Fair is fair.
15   Q.  I'm asking if you know where it is
16   incorporated?
17   A.  No.
18   Q.  And you never checked that?
19       MR. SCHMIDT:  Are you going to let us
20   know, Zach?
21       MR. GRENDI:  I think it's in the answer
22   and counterclaim, so I don't think we need
23   to worry about that.
24   A.  The judge asked you.  Fair is fair.
25   Q.  It's in Hong Kong?

Page 287

1    A.  If you don't even know, I don't know.
2        MR. SCHMIDT:  That's enough.
3    Q.  Let's cool our nerves here.  We're
4    almost done.
5        All I'm saying is, did you check to see
6    where Eastern Profit Corporation was
7    incorporated?
8    A.  No.
9    Q.  Okay.  And did, to your knowledge,
10   Ms. Wallop check that either?
11   A.  I don't know.
12   Q.  Let's go to paragraph 67.  It says in
13   this paragraph that some of the individuals had
14   taken precautions to block research into their
15   activities, and at least one of them appeared to
16   have laid a trap for Strategic Vision.
17       Do you see that?  It's in the middle of
18   the paragraph.
19   A.  Yes.
20   Q.  Did you understand this information
21   from team 1 or how did you learn this?
22   A.  From team 1.
23   Q.  So team 1's leader told you that some
24   of the fish listed in Exhibit 6 had taken
25   precautions to block research?

Page 288

1    A.  Yes.
2    Q.  Did the leader of team 1 describe what
3    precautions?
4    A.  There were electronic precautions in
5    terms of changing passwords or changing behavior,
6    changing electronic behavior.
7    Q.  What about laying a trap?
8    A.  There was a concern, not confirmed,
9    that somebody might have known in advance that we
10   were going to be researching them and they may
11   have laid an electronic trap for such research.
12   Q.  Can you describe that electronic trap a
13   little bit more?
14       I just want to understand kind of
15   conceptually what that means?
16   A.  I can't do it in a technical sense, but
17   in a conceptual sense, it would be that they put
18   out bait for us to follow, so that then they
19   could confirm that they were indeed being
20   followed.
21   Q.  And again, that was the leader of
22   team 1 that told you that?
23   A.  Yes.
24   Q.  Did you ever hear about attempts to
25   reverse the payment that came to Strategic

Page 289

1    Vision?
2    A.  Yes.
3    Q.  When did you hear about that?
4    A.  On or about February – on or about
5    January 8, 2018.
6    Q.  What did you hear?
7    A.  I heard from French Wallop that she got
8    a notice from her bank, from Strategic Vision's
9    bank that one of the wires had been – the sender
10   of the wires had requested that one of them be
11   returned.
12   Q.  Does she know when that reversal
13   request was sent?
14   A.  I don't know.  I'm sure she has the
15   records, but I don't know.
16   Q.  So sitting here today, you don't know
17   if the reversal of the wire was attempted before
18   the contract was even signed?
19   A.  I don't know.
20       MR. GRENDI:  Thank you very much for
21   your time and patience today, Mr. Waller.
22       Any redirect there?
23       MR. SCHMIDT:  No questions.
24       MR. GRENDI:  Let's go off the record,
25   please.

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019

Page 290

1  THE VIDEOGRAPHER: This concludes
2  today's deposition of Mr. Waller.  The time
3  is 5:35.  We are off the record.
4
5
6  (Whereupon, the within proceedings
7  concluded at 5:35 p.m., on the 8th day of
8  February, 2019.)
9
10  *    *    *    *    *    *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 291

1  D E C L A R A T I O N
2
3  I hereby certify that having been first
4  duly sworn to testify to the truth, I gave the
5  above testimony.
6
7  I FURTHER CERTIFY that the foregoing
8  transcript is a true and correct transcript of
9  the testimony given by me at the time and place
10  specified hereinbefore.
11
12
13  _____
14  J. MICHAEL WALLER
15
16
17
18  Subscribed and sworn to before me
19
20  this _____ day of _____ 20___.
21
22
23  _____
24  NOTARY PUBLIC
25

Page 292

1  ERRATA SHEET
2
3  NAME OF CASE:  EASTERN PROFIT v STRATEGIC
4  DATE OF DEPOSITION:  Friday, February 8, 2019
5  NAME OF WITNESS:  J. MICHAEL WALLER
6  PAGE LINE   FROM              TO
7
8  ____|____|_____|_____
9  ____|____|_____|_____
10  ____|____|_____|_____
11  ____|____|_____|_____
12  ____|____|_____|_____
13  ____|____|_____|_____
14  ____|____|_____|_____
15  ____|____|_____|_____
16  ____|____|_____|_____
17  ____|____|_____|_____
18  ____|____|_____|_____
19  ____|____|_____|_____
20  ____|____|_____|_____
21  ____|____|_____|_____
22  ____|____|_____|_____
23  ____|____|_____|_____
24
25

Page 293

1  REPORTER'S CERTIFICATE
2
3  STATE OF NEW YORK  )
4                    ) ss.
5  COUNTY OF NEW YORK )
6
7  I, ROBERTA CAIOLA, a Shorthand Reporter
8  and Notary Public within and for the State of New
9  York, do hereby certify:
10  That J. MICHAEL WALLER, the witness
11  whose deposition is hereinbefore set forth, was
12  duly sworn by me and that such deposition is a
13  true record of the testimony given by such
14  witness.
15  I further certify that I am not related
16  to any of the parties to this action by blood or
17  marriage and that I am in no way interested in
18  the outcome of this matter.
19  In witness whereof, I have hereunto set
20  my hand on this date, February 15, 2019.
21
22  ROBERTA CAIOLA
23
24
25

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: $1..12th

**$**

**$1**   36:1,5
  157:11

**$100,000**
  261:4

**$11**   251:7

**$111,000**
  219:18

**$2**   45:6

**$2,380,000**
  247:17

**$2,805,000**
  247:10

**$25**   121:5

**$25,000**
  256:8

**$250**   186:19

**$300,000**
  39:23 40:9
  41:9
  222:20
  256:23

**$5,000**
  220:3,4
  259:21

**$50,000**
  223:15,16

**$750,000**
  91:13

**$750,000-a-
month**   37:4

**\***

**\*r**   20:1
  22:20
  40:15
  154:19
  169:16

**-**

**-yes**   228:5

**1**

**1**   17:22
  18:6,7,9,
  10 33:25
  42:2,15,16
  46:24
  47:5,8
  53:2 56:6
  62:14
  67:17,23,
  24 68:20
  71:12 72:7
  76:25
  77:13,16,
  23 78:4,5,
  9,18,21
  79:4,9
  80:2,4,17,
  18 82:15
  83:14,24
  85:18
  86:15,17
  95:2 96:2
  144:2
  151:9,12

166:16,19,
  22 167:2
168:8,9,12
174:10,14,
  15,19,25
175:4,12
176:14,17,
  19 177:3
178:7,14,
  15,24
179:9,19
184:8
185:25
186:3,8
191:9
192:7,9
193:10,18,
  25 194:5,
  16,22,25
195:6
198:19
208:23
210:22
211:3,20
213:18
218:2
219:5
220:12,13,
  18,20,23
221:4,9
222:10,13,
  19 224:5,
  8,10,17
255:12,14,
  17,19
257:1,17
258:9,11,
  23 260:19

263:3,5
272:5
277:5,13
278:23
279:12,14,
  21 287:21,
  22 288:2,
  22

**1's**   287:23

**10**   225:7,8
  229:22,23
  232:13
  234:4

**100**   184:1
  245:5,8

**10th**   177:1
  198:23
  217:23,25
  218:5,11

**11**   105:14
  146:25
  233:7,8
  237:23
  260:15

**111,000**
  220:6

**11:28**   74:7

**11:37**   74:10

**12**   49:6
  255:5,6

**12:14**   105:8

**12:20**   105:11

**12th**
  149:11,14,

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                          Index: 13..26

17,25
152:4,8

**13**  259:2,3

**14**  261:16,
17

**15**  50:10,
11,13
64:22 70:4
92:19,20
95:15,18
96:4
180:12
182:24
183:25
184:2
192:12
202:8
236:17
237:2,3,
17,19,20
263:19,20
266:7

**150**  245:5,8

**15th**  102:8,
16 206:19
207:1

**16**  65:10,
13,14
211:21
212:15
213:20,21
267:3,4

**16th**  102:6,
8

**17**  270:20,

21

**175**  189:12

**177**  190:10

**17th**  186:9

**18**  282:19,
20

**18th**  118:19

**19**  283:24

**1980s**  109:24

**1:28**  157:4,
6

**1:30**  152:14

**1st**  47:4,15
94:1 95:3
133:15
143:22
216:3
217:11,15
260:21

———————

**2**

———————

**2**  46:10,11
47:6,17,20
56:19
71:12
74:17
77:1,8,11
79:12 94:7
95:8
131:25
179:19,21,
22 184:11
218:4
219:5,7

220:4
221:2
260:5,23,
25 261:24
262:1
267:11
268:4,13
277:6,8
283:10

**20**  111:19
225:7,8

**20002**  9:3

**2007**  114:25

**2009**  115:1

**2016**  11:1
12:8 13:21

**2016-2017**
11:12

**2017**  11:1,
10,11,13
12:4,8
20:8,10
21:14,15
22:1 24:13
35:22
46:12
114:3
126:2
134:6
137:17
162:10
163:12
166:25

**2018**  18:7
46:22

65:1,19
144:2
157:18
158:11
194:21
201:11
203:11
204:9
208:19
215:1,19
264:21
271:17
289:5

**2019**  290:8

**20th**  103:20
186:10

**21**  264:21

**22nd**  200:11

**23**  215:1,19

**23rd**  222:15
265:7

**24**  126:2
176:23

**24th**  129:19

**25**  225:8

**250**  222:20
256:23
270:22
271:1

**257**  272:7

**259**  272:24

**26**  201:11
203:11

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                          Index: 260..72

204:9
208:19

**260**   274:19

**261**   276:5

**262**   276:24

**264**   277:18
278:5,6

**265**   278:16

**267**   267:9
268:19
269:24

**268**   267:5,7

**26th**   93:25
102:10
201:14
202:1
208:9
271:19

**29**   20:7,10
46:12
271:17

**29th**   46:19
47:13
210:9
211:4
215:12

**2:15**   157:8

**2nd**   157:17
158:11

_____
                3
_____

**3**   105:12,13

**30**   45:8
49:3 50:7
53:23
65:1,19
95:19
97:12
116:19
126:22
162:19
194:21

**30-day**   92:6

**30-days'**
44:7

**300,000**   96:8

**30th**   183:19
194:20
203:2
211:5
215:12

**31st**   102:9,
15

**35**   10:9
117:6
162:19

**387**   234:15

**388**   240:10

**390**   244:11
246:12

**394**   247:8

**395**   248:17

**397**   250:24

**398**   251:23

**3:06**   196:21

**3:16**   196:24

**3:25**   155:3

**3rd**   158:11
160:11

_____
                4
_____

**4**   113:4,5

**4,000**   33:13
34:6 92:18

**401**   253:9

**48**   151:25
284:1,11

**49**   285:3

**4:58**   270:15

**4th**   155:3

_____
                5
_____

**5**   52:25
53:1 74:18
116:7,8

**50**   250:5

**50/50**   16:17
45:19

**500,000**   39:7

**5:07**   270:18

**5:35**   290:3

**5:35 p.m**
290:7

**6**

**6**   46:22
55:12
84:24
164:5,6
165:7
176:11
186:12,19
214:2
236:6,14,
17,23
237:9,21
265:14
276:12
287:24

**60**   65:9

**623**   9:2

**64**   120:6

**67**   155:2
287:12

**69**   132:24

**6th**   100:3
165:20
166:10
194:21

_____
                7
_____

**7**   48:2
71:12
79:11
88:20
212:16,17

**72**   143:6

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: 73..accurately

73   149:9

74   153:8

750   38:14

750,000
  103:3

76   155:2

_____

8

8   71:12
  95:17
  96:12
  214:24,25
  215:17
  289:5

80   183:18
  211:14,20,
  25  212:23
  213:19

80,000   65:10

80-gigabyte
  213:8
  215:6

800-pound
  251:20

80s   116:17

87   110:7

88   110:7

8th   7:6
  165:1
  290:7

_____

9

9   71:12
  98:13
  226:1,2
  230:8

90   126:23
  127:2
  273:1,6,13
  274:14

90-day
  127:12,15

92   70:3
  235:25
  236:4,12,
  14,16
  237:8

93   110:7

94   110:7

98   146:23

9:59   7:6

9th   165:1
  176:25
  198:23
  226:21

_____

A

A-C-A-D-E-M-I
  115:5

A-S-O-G
  179:23

a.m.   155:3

ably   278:18

abroad   16:14
  243:23

absolute
  22:3  74:21

absolutely
  51:14,17
  81:15
  123:10

Abu   110:25

Academi
  115:4,5

academic
  14:25
  44:25  56:4

accelerated
  209:1

accelerating
  187:16

accept
  207:20
  271:14
  278:6,11

acceptable
  127:24
  129:13

accepted
  217:18
  257:22

access   43:25
  167:23
  170:14
  171:2
  173:16

174:3,10,
  11  181:17
  196:4
  242:14
  250:4

accessed
  174:7

accessible
  181:23

accident
  90:11

account   44:1
  99:3
  157:17
  158:10
  169:21
  171:7,8
  173:2,16
  174:3,8,12

accounting
  39:11

accounts
  99:2  159:7
  171:9,15
  250:10

accuracy
  80:8

accurate
  28:8 32:25
  108:1
  178:18
  224:6,10

accurately
  8:14

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: accustomed..agent

accustomed
  56:3

achieve
  247:2

acquired
  188:13

acquiring
  73:12

acted  68:6

acting  53:15
  54:6 128:9
  159:24

action
  281:20

actionable
  269:19
  272:18,20
  274:15
  275:3,7,18
  276:16

active  34:24
  180:16
  184:22
  185:7

activist
  241:2

activists
  241:3
  243:3
  245:15
  248:20

activities
  136:12
  239:16

287:15

activity
  91:19
  174:16
  179:2
  183:11
  221:16

actors  78:7
  248:2

actual  71:18
  82:10,14
  84:18 97:8
  182:21
  252:8
  272:12

Adam  182:18
  259:11

adapt  71:2

add  250:6
  277:19

added  86:19

Addison
  77:8,11

addition
  54:24

additional
  260:24

address  9:1
  38:1
  114:16
  134:13
  167:22
  213:25
  214:13

addressed
  60:14
  127:3,6

addresses
  213:22

adequately
  148:6

adjusted
  123:14

adjustments
  257:8,9

administrator
  171:4

admired
  191:15

admittedly
  48:6

advance
  43:16
  56:17
  65:11
  139:21
  166:18
  202:21
  211:19
  227:5
  288:9

advancing
  14:19

advantage
  24:25

advantageous
  248:5

adversaries
  254:14

advertise
  112:6

advised
  171:16
  278:8,9

Advisors
  10:6 41:19

affixed
  190:12

Afghanistan
  11:5,17

afraid
  139:19
  146:13

afternoon
  281:17

afterward
  60:25

agencies
  101:15
  184:25

Agency
  275:23

agent  38:10
  46:22
  53:15 54:6
  56:6
  103:25
  128:10
  137:19
  183:8
  217:7

Case 1:18-cv-02185-LJL   Document 302-1   Filed 10/30/20   Page 81 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019    Index: agents..American-based

agents   54:24
  58:12 68:2
  70:17 72:6
  86:11

aggressive
  240:10
  263:6

agitated
  102:12
  206:9
  207:6,7

agree   32:5
  156:21

agreed   26:14
  36:14 86:5
  94:17
  102:9
  128:4
  129:14
  131:18
  149:10,13
  152:5,8,19
  158:23
  159:23
  205:14
  208:8
  249:25
  254:24
  260:17
  285:19

agreement
  18:6 19:2,
  4,9,23
  22:24 27:6
  32:12,16
  33:9 37:14

38:13,17
39:2,6,25
40:1,2,3,
  4,7,12
41:8,14
43:4,22
46:11,18,
  20,24,25
47:2,6,9,
  13,25
50:4,16
51:9,21
52:13 56:9
57:5 59:18
62:25
63:10
64:15
75:1,21
78:16,17
85:13
88:24
96:25
98:1,23
100:7,14
124:11
129:14
130:2,6
133:20
142:18
149:25
150:2,22
157:21
158:24
163:10
197:1
229:10,12
234:24
252:10

253:23
254:17
261:7
273:6
274:14
285:5

agreements
  50:21

ahead   19:20
  21:3 29:8
  32:21
  68:24
  82:25
  86:21
  90:20
  94:23,25
  95:4,13
  97:6
  132:12,20
  137:15
  150:23
  193:6
  205:20
  208:15
  213:4
  231:11
  264:5

aid   238:1,
  13

aircraft
  219:13

Airport
  212:1

alert   144:21
  170:18
  171:3

All's   207:22

all-in   220:4

alleged
  136:11
  285:11

allied
  243:23
  261:7

alligator
  125:9

alternate
  206:2

alternatives
  140:20

amend   175:5

amended
  283:22,24
  284:4

amendment
  261:6

America
  139:2
  262:23

American
  77:9
  115:20
  116:2
  136:20
  171:15
  179:20
  241:11

American-based
  241:10

Americans
  240:17
  242:24

Amir   155:5,
  8

amount   17:16
  171:6
  200:6
  243:13
  275:19

amounts
  93:16

analogous
  66:11

analysis
  68:4,13
  228:7
  234:17
  255:20

analytical
  56:2,7
  61:22
  67:18
  68:3,8
  69:16
  266:13

analyzed
  57:12
  71:11

and/or   63:7,
  17

angry   174:6
  205:17
  207:8

Anita   164:7
  167:17
  169:21
  173:2
  174:8
  235:9

Annenberg
  9:14

annual   96:18

anonymity
  131:22

anonymous
  224:20,21
  225:9
  249:10

answers   98:2

anti-putin
  245:1

anti-regime
  246:16

anti-soviet
  109:25

anticipated
  48:8 60:13
  261:3

anxious
  124:20,24
  125:23

anymore
  45:14
  102:19,20
  116:1,5
  133:25

apartment
  24:11 26:7
  31:1 33:10
  37:11
  135:17
  201:16

apiece
  157:14

apologetic
  274:11

apologize
  209:11,23

apologized
  205:12
  209:24

apparent
  93:1

apparently
  26:17 34:1
  35:7 46:4

appeared
  287:15

appears
  19:25
  71:16
  105:23
  106:2
  113:17
  226:14
  271:13

application
  81:22
  151:16

applications

240:7

applies
  178:4

applying
  69:21

apprehensive
  121:16

approached
  254:23

approximately
  165:2
  186:4
  200:5
  223:16

Arabia   111:4

Arabic   106:5

Archangel
  245:4

area   31:14
  78:6
  101:21
  160:20
  182:15
  223:20
  244:19
  246:11

areas   47:12

Arlington
  176:17
  192:19

armed   156:13

armored
  156:13,16

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: army..back

**army** 248:18
  249:6,20
  250:3

**arose** 23:22

**arrange** 15:6
  30:10
  37:21
  159:21
  175:24

**arranged**
  166:18

**arrangement**
  38:15 54:6
  76:5
  260:20

**arrested**
  137:2

**arrow** 239:9

**as-needed**
  27:23

**Asian** 209:13

**asks** 119:7
  120:7

**ASOG** 77:9
  179:23,25
  182:5,11,
  16 183:6,
  22 184:14
  185:3,10
  191:11
  218:15
  220:1,2
  259:9,25
  260:10,13

  261:11,23
  262:15,24
  263:4,11
  276:25
  277:3

**aspects** 32:3

**assemble**
  27:23
  29:15

**assembly**
  262:1

**asset** 238:2,
  14,17
  248:1

**assets** 91:19
  238:9,19,
  20,21

**assignment**
  157:12
  162:2

**assistance**
  54:12

**associates**
  260:3

**assume** 40:18

**assurance**
  120:15

**Assurances**
  120:15

**ate** 203:25

**Atlas** 250:25

**attached**
  202:12,13

**attack**
  170:11
  173:20
  206:4
  242:8,17,
  19 248:25
  277:23

**attacking**
  205:7
  279:15

**attempt**
  139:12

**attempted**
  289:17

**attempts**
  288:24

**attention**
  243:9

**attorney**
  83:2,4

**attorneys**
  73:22

**audience**
  250:16

**audio** 130:9

**authorities**
  36:24
  37:24
  98:25
  180:13,19
  239:24
  246:18

**authorized**
  161:15

  284:24

**authorizes**
  99:12

**average**
  50:12

**avoid** 34:22
  37:20
  39:15
  159:3
  199:22
  210:25

**avoiding**
  37:24

**aware** 223:5
  225:17
  279:4,6
  282:1

_____

**B**

**baby** 125:9

**bachelor's**
  9:6

**back** 16:8
  17:9 21:6,
  9 22:2
  26:22
  28:16
  32:15
  37:10 55:1
  60:20
  65:16
  67:25 68:2
  72:5,6
  74:5,9,17
  80:15

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019      Index: back-and-forth..Beijing

105:10
121:3
125:1
137:1
143:14
144:16
150:17
152:2,6,
20,21
153:21
154:6
157:7
174:10
176:11
181:14
183:12
184:8
185:23
186:11
192:6,20
194:10
196:23
203:10
205:11
210:12
211:6,23
213:8,9
215:6,17
217:10
233:15
236:23
237:23
240:19,23
246:16
258:8
269:24
270:17
273:21

278:5,15
280:25
281:11,13

**back-and-forth**
93:1
129:17,22

**background**
9:5 15:2
69:22
113:16
212:17
263:24
265:14
277:24

**bad** 69:3
78:7 133:7
248:2

**bait** 288:18

**balcony**
146:14

**ballpark**
16:16 41:5
241:5

**bank** 41:4
158:21,22
169:20
171:7,8,9,
15 289:8,9

**Bannon** 119:6
123:23,25
124:1,3,
10,13

**bar** 65:2
83:5
211:12

**bare** 188:1

**bargain**
140:4

**barrier**
131:22

**base** 240:13

**based** 31:20
39:8 71:8
77:10 80:1
82:4
114:11
139:1,2
227:16,21
228:7
231:5
263:11
285:20
286:2

**basic** 32:17
141:8
192:12
202:12

**basically**
67:10
260:7

**basis** 27:23
55:18
95:12,14
96:23
148:21
156:3
209:1

**bat** 284:2

**Bates** 53:5
105:14

113:5
226:2
229:23
230:2
233:10
255:6
259:3
263:21
267:4
270:21

**battle** 24:18

**bear** 18:5

**began** 137:18
182:20

**begin** 175:21
187:9
254:20,21

**beginning**
85:15
108:3
145:16
162:3
186:4
195:13
233:9
260:14

**begun** 56:15

**behalf** 7:20
26:25
27:2,4
129:2,4

**behavior**
288:5,6

**Beijing**
240:24

246:20

**beliefs**
137:5

**believed**
252:22

**Bernie**
137:22,23,
24 138:6,
7,22 139:9

**Beta**  9:6

**big**  30:7
72:13
121:11
183:11
206:11
250:3

**bigger**  71:22

**bill**  25:22
26:9,10
117:2,4,5,
11 162:2,9
163:3,9,17
219:18,21
226:24

**billion**
186:18,24

**billionaire**
136:19
244:5

**billionaires**
25:2

**bio**  114:24

**birth**  8:23
187:3

**bit**  14:13
24:20
57:14
66:22
132:20
202:4
233:14
288:13

**bite**  33:7

**blacked-out**
255:13

**blackmail**
240:1

**Blackwater**
114:25
115:8,12,
16

**blame**  122:3

**blank**  47:11

**blanks**  47:11

**block**
287:14,25

**blocking**
90:24

**blurb**  147:2
152:3
155:3

**board**  52:16
146:10
162:22
258:23

**body**  50:6

**bonus**  36:12

**booked**
210:16,21

**booth**  212:9

**border**
110:23
246:11

**Boris**  110:6

**born**  25:8

**Boston**  9:8,9

**bother**
246:18

**bottle**  233:4

**bottom**  25:11
53:2 84:24
247:21

**bound**  21:1
56:2

**box**  79:1
263:3

**brainstorm**
12:14

**brainstormed**
110:19

**brainstorming**
110:18
228:16

**brand-new**
207:8

**break**  8:16
14:13 29:9
52:4 74:5
157:1
168:16

170:18
171:14,15,
20 193:8
196:18
200:12
239:10,18
240:2
242:8
281:11

**break-in**
170:3

**breaking**
53:20
249:1

**Bridge**
125:20
135:12

**briefly**  9:4,
11 136:1

**bring**  26:12
71:19
110:17,22
165:16
211:23
244:7
246:16
269:14

**bringing**
11:25
117:8,22
118:4
135:6

**brings**  125:8

**British**
266:16

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: broad..capacity

**broad** 243:2

**broke** 222:25

**broken** 96:23

**brought**
26:15,16
51:15
52:16
65:16 94:7
156:1
169:3
193:25
264:18

**brute** 170:11
173:20
174:2

**bubble**
123:16
134:16,17
137:21
280:3

**bubbles**
118:12

**budget**
23:10,11
255:11,12
257:4

**budgeted**
220:5

**budgets**
21:12

**build** 12:18
64:23
89:12
93:18

191:18
230:24
234:15
263:6,7,9
276:3
277:24

**building**
13:5 42:16
62:4 121:6
146:17
231:18,20
232:9
243:15

**buildings**
146:5

**bull's-eyes**
244:20,23

**bullet**
239:10

**Burrow** 240:4

**business**
9:17,19,20
11:4,9
46:1,6,9
56:3
100:25
120:3
131:3
136:7
240:6,7
259:9,12

**businessman**
122:3
248:6

**butcher**

155:5

**butchering**
108:5

**buy** 31:21
121:5
256:6

**buying**
231:14,19
256:3

—————————

**C**

—————————

**C-I-T-I-C**
167:20

**Caiola** 7:8

**California**
181:3

**call** 20:2
22:20 30:4
32:5 48:2
51:1,2
72:22
73:14,15
108:7
117:11,15
152:5
157:24
158:3
160:15
169:16
193:17
247:5
280:22

**called** 7:22
24:12 30:5
32:2 34:23

39:19 77:9
102:22
266:17

**calling** 97:3

**calmed**
205:17
206:9

**campaign**
112:15,17
227:25
233:10
241:23
244:8

**campaign-type**
14:16

**Canada**
241:11

**Canadian**
179:15

**capabilities**
15:11,12,
18,20
29:5,6
51:15
168:4,15
262:15,20
263:10

**capability**
253:11
262:24

**capable**
262:17

**capacity**
257:20

273:14

card   259:12

cards   259:9

care   85:20
  140:23,25
  141:4
  174:2
  209:9
  211:23

career   16:8,
  10  227:9

careful   18:4

Caribbean
  271:8

carried
  135:15

carry   249:8

case   13:13
  45:14
  77:21
  82:16
  86:11
  89:10,11,
  12  93:14
  102:3
  110:20
  187:12
  245:18
  265:11
  269:14
  272:22
  276:4
  284:6

cases   82:22

cash   225:4
  249:18

casual   58:25
  163:5

categories
  49:1,2
  50:12
  73:14
  176:5

category
  50:11
  73:15,17

caught
  246:21

caveat   68:25

central
  246:10

centric
  245:21,22

CEO   182:18

certificate
  8:24

CFO   182:19

chain   70:6
  219:1

chair   204:23

challenge
  258:19

challenges
  89:9
  195:21,22

chance   19:17
  211:17

213:9

change   92:17
  244:3

changed
  256:15
  257:14

changing
  288:5,6

channels
  39:15
  93:19

characters
  214:7,9
  271:14

charge   96:25
  147:4,17,
  21  148:8
  261:7

chart   246:12
  263:20

cheap   121:23
  122:2,4,
  15,18

cheated
  44:5,10,14

check   22:3
  41:11
  181:25
  199:8
  249:17,25
  265:15
  286:4
  287:5,10

checked

69:14
  276:6
  286:18

checking
  277:4

Chiang
  138:13,14

children
  25:7 268:8

China   25:3
  31:20
  33:14,15
  34:16,17
  53:19
  86:23
  110:22,23
  124:7,15
  136:19
  137:5,14
  138:11
  167:20
  188:24
  196:13
  230:24
  233:10
  238:7,9
  239:4,5,7
  240:9,19,
  23  244:7
  245:20,21
  246:15,17,
  24,25
  247:6
  248:3,15
  252:14
  253:3,7
  285:21

**Chinese**
24:18
25:2,12
33:14
34:22
36:23
37:24
39:16
50:24
53:17
86:7,10,22
88:1 98:25
99:6
104:11
110:16
119:14,25
123:20
130:19
132:1
138:11
140:15,18
141:2
145:24
148:12
156:10
159:3,9
167:19
180:9,18
183:8,9
188:23
189:4
199:22
203:23,25
221:17
223:3
230:25
239:13,21,
24 240:18

241:18
242:22,23
246:3,8,
14,22
253:4,7
258:21
268:7
271:13

**Chinese-built**
156:16

**chosen**
235:22

**Christmas**
143:13

**CIA** 112:23,
24,25

**circled**
190:5
251:1

**circles**
262:18,19

**circuitous**
36:23
37:23
99:4,14
159:1,5,17
160:5

**circumstance**
89:23 91:4
94:9

**circumstances**
34:18
88:19,23
90:7,17
91:1,5,10,

15 92:1,9
93:4,12,21
127:11
266:10

**CITIC**
167:18,20,
22 168:14
173:2,16
174:8
195:13

**Citizen-
journalists**
242:7

**City** 21:24
30:14 65:2
231:22

**Civil** 138:11

**civilian**
156:17

**clarify**
77:21

**classified**
185:16

**clause** 88:19
89:1 92:6
98:23
127:11
285:9

**clear** 9:24
43:21 61:8
63:9 77:16
93:3 118:1
128:7
158:1
190:23

218:13
220:13
256:22

**clearance**
185:8,13

**clearances**
182:7
184:22

**cleared**
184:21,24
185:19,21

**client** 9:24
23:20 28:1
50:5 66:19
71:2 74:20
75:4,9
79:20
80:13 85:3
91:6,10
92:3,12
93:2,5,8,
11 94:1,13
98:15
99:7,10,
12,21,22
100:23
101:16
108:19,24,
25 109:3
131:3
132:8
147:20
207:8,10,
18 209:19
219:25
233:1,2
269:8

Case 1:18-cv-02185-LJL   Document 302-1   Filed 10/30/20   Page 89 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019      Index: client's..communicates

286:11

client's
84:19
101:14
140:7

clients
11:10
12:15
13:1,4,5,8
14:7 19:2,
10 66:4
101:25
104:16
106:7,17,
18,19,24
107:4,8,10
119:21
131:2
161:2
232:25

close   171:2

closely
116:19
243:12

closing
281:5

clothes
125:17,18

co-counsel
164:10

co-defendant
164:11

coalition
241:13
243:2

code   65:10,
11 87:6
88:6,7
169:25
170:1
211:19,21
212:15
213:20
214:15
271:5

coded   151:13

cohesive
241:8

cold   28:24
36:11
273:9

collaborating
73:25
180:18

collaboration
11:7

collaborative
99:11

collate
64:21

collated
64:11,18,
20

collateral
145:20,22

colleagues
163:17

collect
253:25

254:5

collected
64:11

collecting
68:10
97:22

collection
234:17
261:18,22

college
138:16
278:10

color   234:11
262:7

colored
262:19

colors
125:11
262:22,23

combat
278:19,25
279:8,16

combined
228:22

comfortable
11:12
87:15

command
172:11

commander
138:25

comment
241:21

278:12,15
279:23

comments
190:20
191:3
278:7

commercial
240:5
246:24

commission
266:2

commissioned
188:16
264:13,25
265:1
266:21

Committee
17:8

committing
179:1

common   14:15
72:4
137:13

communicate
102:19,20
133:17,21
143:24
151:11
183:14
185:20
216:4,5
267:24
271:19

communicates
241:14

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019   Index: communicating..computers

communicating
  81:9 128:8
  216:8
  271:20,25

communication
  9:15 81:6,
  13 200:9,
  22 216:12
  217:15

communications
  150:25

communism
  252:14

Communist
  24:19,23
  25:6,12
  86:12
  110:4
  130:18
  131:5
  132:7
  136:19
  137:3,5,14
  140:15,18
  141:3
  145:25
  188:23
  189:5
  239:13
  253:4,7
  268:7

communists
  223:3
  242:18
  258:20

communities

17:7 51:14

community
  163:1

companies
  9:25 38:22
  188:17
  241:1
  242:22

companion
  203:3
  212:3

company  10:5
  27:21 77:8
  115:3
  129:11
  155:15
  157:14
  161:5,17
  255:15

company's
  158:10

compare
  47:12

compartmented
  131:21

compel  77:5,
  22 279:19

compensate
  44:24

compensated
  44:22
  95:12
  148:21

compensation

43:15
98:20
118:4

competing
  277:2

competitive
  247:10

competitors
  188:19

compilation
  67:10

complained
  194:11
  221:22

complaining
  224:11
  272:17

complete
  47:14
  95:22

completed
  67:15

completely
  32:25
  36:13
  92:10
  140:7
  173:23

completing
  67:13

complex
  201:17

complicate
  147:22

complicated
  58:5
  136:18

comply
  101:23

comprehensive
  64:8,14
  65:23
  66:6,10,12
  69:19
  70:22
  71:6,17,21
  72:12,16
  96:8
  127:13

comprehensiven
ess  73:3

compromise
  173:9

computer
  14:25 20:6
  22:9 68:11
  71:9 82:10
  88:6 142:1
  169:2
  182:1,22
  203:6,15
  212:4
  234:7,8
  256:20
  257:12

computers
  22:13
  169:9
  203:8
  213:14

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: computing..consult

256:2,3

computing
275:19

conceal
98:24  99:5

concept
21:11
88:22
245:17

conceptual
288:17

conceptually
288:15

concern
34:15,17
86:9  144:5
147:3,6,9,
10,15,16
148:8
288:8

concerned
44:9  59:2
104:2
144:14
147:19
257:23

concerns
99:9  127:6
148:6

concessions
237:25

concluded
72:18
290:7

concludes
290:1

conclusion
221:19

concurrence
102:11

condescending
278:14

conditions
35:3  37:12

conduct
142:8

conducted
80:20
202:25

conducting
195:7
237:18

conferred
26:15

confidence
51:18
134:11
163:7

confidential
23:18

confidentialit
y  28:1,2
74:22

confirm
288:19

confirmed
96:2  131:6

288:8

confirms
132:21

confiscated
238:10,12

conflicted
121:1

confront
124:6

confrontation
206:6

confused
208:14

conjunction
53:12

connected
112:9

connection
10:24
29:11,21
35:9,11
37:13
38:16
40:7,11
41:8,13
42:14
44:12  45:3
49:18
67:20  98:1
116:22
150:9
157:11
175:12
225:16
232:9

246:24
261:25
285:1

connections
17:9  30:9
110:25
111:4,7,8,
10,11,13
112:2
249:20

conscious
34:13

consideration
37:2  216:7

consisted
192:11
202:7

consistent
94:11

consolidating
24:24

constant
49:12
200:9

constitute
200:13

constituted
62:16

constitutes
44:25

constitution
156:20

consult   73:5
97:25

consulting
  72:5

contact
  53:24
  116:18
  134:4,7,9
  143:9,23
  181:3,24
  210:18
  216:3
  249:24
  254:7

contacted
  117:5

contacts
  15:21
  17:11,13,
  16 51:12
  72:25
  73:10
  163:1
  224:7

contained
  24:7
  213:19
  216:24

contemplate
  85:13

contemplated
  51:9
  124:10
  159:5
  253:23
  260:25

content

250:1,10

contents
  177:14

context
  48:22
  126:7
  238:16

continue
  17:24  77:7
  104:18
  112:24
  145:8
  161:25
  167:7
  238:23

continued
  131:12
  133:21
  209:15
  220:18

continuing
  208:11

contract
  12:22
  22:5,6,16
  34:9
  35:17,21
  36:16  45:8
  46:3  48:7,
  9,18  49:1
  57:21,22,
  25  58:23
  60:14
  62:1,5,19
  70:25
  74:17  75:6

76:1,15
  91:8  92:6,
  14  94:18
  95:11,18,
  21  96:7
  97:9,19
  98:6,8
  99:19,23
  100:22
  102:13
  109:5,15,
  16  112:4
  113:24
  114:5
  115:16
  122:12
  123:14
  125:15
  126:25
  127:3,6,17
  128:23
  130:23
  131:7,9
  133:10
  135:19
  136:23
  139:23
  140:2
  141:1
  142:12,14,
  16  149:16
  150:10
  154:7,9,12
  156:24
  158:16
  159:16
  161:6
  164:23

166:11
  168:22
  173:14
  176:2,4
  186:5,8
  194:13
  197:20
  199:6,20
  206:19
  216:2,9
  237:5
  257:21
  261:8,14
  265:2,10
  273:13
  275:8,11
  279:25
  289:18

contractor
  10:5  28:7,
  9  51:16
  55:12
  74:21,23
  75:21,24
  79:13  82:3
  84:25  85:1
  89:25  93:4
  98:16,20
  99:8
  100:24
  284:21

contractors
  45:24

contractual
  11:6  32:7
  229:8

control
 41:15
 89:25
 138:25
 141:15
 144:6
 239:10,12,
 13,19
 240:1
 277:15
controlled
 285:7
controversial
 247:5
conversation
 49:25
 53:12
 54:10 79:6
 80:20
 141:22
 142:15
 143:2,4
 159:14
 200:21
 271:12
 272:2
 285:24
conversations
 23:3 53:14
 142:11
 227:16,21
 281:21
 282:5,9,10
 284:12
convey   51:18
 89:6 142:8

143:20
148:5
173:4
197:21

conveyed
 136:2
 184:18
 194:7
 198:17
 201:4
 219:14

conveying
 126:6
 218:18
 274:3,23

convinced
 173:14

cool   287:3

coordinate
 176:7
 243:22
 251:25
 255:2

copies   69:12
 85:2
 150:7,8

copy   150:6
 169:14
 190:19
 191:6,8
 231:8
 234:11

copying
 233:14

cordial

192:3
205:4

corner   53:2,
 5 189:14
 226:7

corporate
 27:24
 28:25
 285:6

Corporation
 7:4 167:21
 286:2
 287:6

correct
 13:20
 39:10 40:8
 42:12
 70:20
 75:24
 96:24
 116:6
 130:4,8
 154:18
 183:20
 186:10
 200:23
 236:2,18
 256:7
 257:25
 259:22
 260:11
 264:22
 271:22,23
 273:4
 277:6

Correction

218:3
239:5

correctly
 30:20 70:3
 123:6
 153:4
 174:9

corresponded
 152:2

correspondence
 116:13
 128:10
 271:15

corrupt
 239:16,19

corrupted
 165:14,23
 166:7

corruption
 146:12
 239:11,22
 248:14

cost   96:23
 121:19
 207:9
 220:4
 223:12,24
 232:15
 251:24
 255:19
 257:22
 260:24

costs   39:9
 42:8 44:20
 223:5,9,17

Case 1:18-cv-02185-LJL Document 302-1 Filed 10/30/20 Page 94 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: Council..D.C.

225:15
247:10
252:1
255:24
256:1,4
257:17,18

Council
  115:20
  116:2

counsel  7:11

count  200:17

counted
  236:13

counterclaim
  283:23
  286:22

Counterclaims
  283:25
  284:5

counterintelli
gence  180:17

countermeasure
s  89:17
  145:6

counterparty
  100:7

counterproduct
ive  251:14

countries
  16:20 73:7
  99:5 159:8

country
  58:10
  168:10

210:14
263:8

County  30:15

couple  8:9
  12:11
  210:8
  274:6
  280:25
  282:16

court  7:7
  8:12,15
  98:18
  107:23
  139:13
  140:1
  146:19

courtesy
  261:11,13,
  14

courts
  269:16

cover  42:2

crazy  109:22

create  68:14
  80:11
  264:7
  276:25

created
  213:6
  227:22
  233:25
  234:2
  264:11
  265:10

creating
  228:13
  266:20
  283:7

creation
  249:1

credited
  36:14
  241:22
  242:2

crime  171:16
  180:14
  181:4,6,11
  220:7

crimes
  171:18

criminal
  180:17
  183:10
  221:16
  238:1,13,
  24,25
  239:1
  269:14,25

criteria
  79:12

critics
  242:9

crooked
  196:8

cross-border
  246:4

crypto
  224:24

225:4

cultivate
  275:16

cultural
  50:25

cumbersome
  88:3 89:19

curious
  158:15

currency
  224:24

current
  52:18,20
  66:21

custom  228:6

customarily
  232:24

customers
  104:16

cut  256:16,
  17,18,19

cutout  148:3
  161:21

cutouts
  84:21 99:5

―――――――――

D

D.C.  9:3,14
  30:14
  31:14,20,
  22 32:10
  114:9
  121:6

160:19,20
176:17
223:20
231:18,21

dad  138:3

Dallas
182:14

damage
145:20,22
146:2,3
174:17

danger
144:10

darker
118:13,15

data  17:18
56:4 61:20
62:2 64:5,
18 65:4
66:9 67:18
68:19
69:19
71:10
72:19 80:7
87:3 88:9
89:8
93:16,18,
19,21
97:23
127:25
128:17
167:18
176:20
178:6
180:3
182:1

183:18
192:12
195:24
200:7,8
202:4,20
203:19
208:9
211:14,21,
25 212:23
213:10,17,
19 216:24,
25 219:14
221:24
237:15
253:25
263:17
273:2,8
275:2
277:23

database
184:3,13

databases
181:20

date  7:5
18:19 22:3
101:17
146:24
157:16
166:12
176:22
197:24,25
198:2
199:1,3,4
206:25
226:23
271:21,23

dated  20:7
46:19,22
47:5,14
214:25
264:21
265:3

dates  175:7
187:2
218:9

day  56:19
59:20
100:2
151:22
157:25
166:3,5,11
193:22
210:13
237:9
245:9
249:14
259:23
268:19
290:7

days  37:18
45:8
56:16,18
72:3 94:18
100:11,25
103:19
126:22,23
127:2
143:10
165:24
166:4,5,6
195:11,25
210:8
218:10

273:1,6,13
274:14

dead  69:2
89:13
90:25

dealt
278:18,24
279:7

deceased
138:9

December
20:7,10
21:14,15
22:1 24:13
26:6 33:2
35:22
37:11
46:12,19
47:13
57:21
58:22
62:11
100:4,11
104:20
110:19
118:19
125:13,15
126:2
129:19
134:6
137:17
143:11
149:11,14,
17,25
152:4,8
159:20
162:10

Case 1:18-cv-02185-LJL   Document 302-1   Filed 10/30/20   Page 96 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: decided..democratic

163:12
166:25
167:7
226:21
232:4,5
285:17

**decided**
229:14

**decline**
77:14

**decrease**
95:19

**decryptable**
214:14

**decrypting**
214:16

**deduct**
36:17,18

**deemed**   98:19

**deep**   67:7
82:24
147:3,10,
15,16
273:22

**deepest**
139:5

**defeat**
173:22

**defector**
137:8

**defectors**
227:10

**defend**

156:18

**defendant**
281:19

**defending**
136:9
249:2

**defense**
73:21
117:6

**defenses**
171:2

**defensive**
156:12
244:3

**define**   44:19
56:9 90:22

**defined**
45:16 56:1
66:10
75:21
126:11

**defining**
126:17

**defrauded**
139:20

**degree**   9:6,8
84:12

**delay**   91:24
94:10,14
220:17

**delayed**
193:3

**delays**

209:24

**delegate**
83:11

**delete**
150:6,18,
21 151:22
219:2

**deleted**
151:4,8,10

**delighted**
269:13

**deliver**
48:16
51:12
58:12
67:23 68:2
69:10
72:7,8
176:3
196:25
206:13
216:10
217:1

**deliverable**
48:17
64:21 65:6
127:24

**deliverables**
49:8 50:7
51:17
81:24 82:4
87:18 95:8
126:11
127:2,19,
22

**delivered**
58:7 64:6
69:17
70:10,14
183:18
193:20
197:4,7,
12,13,17
200:3
202:3
211:10
216:23
217:25
265:4,5,8
267:22
274:15

**delivering**
64:17 68:7
72:5 88:14
92:11
93:5,22

**delivery**
65:1
89:19,22
193:21,24
217:6,17

**demand**   36:7

**demands**   61:1
209:16

**democracy**
53:21
104:11
244:7

**democratic**
245:19

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019      Index: demonstration..deviating

demonstration
  202:9
  235:14

Department
  31:24
  121:8
  231:18

depend
  142:25

dependent
  148:24
  149:3

depending
  21:13
  152:1

depends
  151:24
  187:12,13
  194:17
  233:1
  252:1

deplete  42:7

deplorable
  221:23

deployment
  249:1

deport
  240:23

deported
  240:19
  242:20
  243:20

deposit
  36:1,14,18

37:1
126:12
136:8
152:5,18,
20

deposited
  158:9

deposition
  7:3 8:6,7
  40:25
  290:2

describe  9:4
  14:24
  22:10,22
  33:25
  50:17
  59:15,23
  101:9
  107:17
  136:1
  154:11
  162:5
  169:24
  171:21
  179:21
  183:21
  211:24
  288:2,12

describes
  262:14

describing
  115:23
  142:11
  164:20
  217:17

description

53:11
153:1
234:23

deserter
  137:9

design  41:12
  156:15

designated
  180:13

designation
  183:25
  184:15

designed
  228:6
  276:19,21

desire  240:2

desk  204:19

destabilize
  141:2

destabilizing
  156:10

destroy
  150:7

destroyed
  23:17
  128:16

destroying
  150:11

detail  45:16
  59:24 81:9
  109:21
  163:6

detailed

51:23
188:10
199:13,14

detailing
  40:20

details  97:8
  159:4,10

detection
  34:22
  37:24
  39:15
  89:16
  159:3,9
  223:2

detective-type
  15:1

determine
  38:11

develop
  156:12
  249:12

developed
  23:4,9,10
  60:24

developing
  21:11,12
  262:18
  273:2

development
  9:20

deviate
  66:19

deviating
  61:7

Dhabi   110:25

dialogue
80:16
124:9,20
125:24
132:2

dialoguing
126:16

dictatorships
227:10
245:25

difference
49:16
50:25 59:9
136:6
214:5

differences
25:1 156:3

difficult
58:14
60:17
125:22
145:5
247:4

difficulty
54:16

dig   61:20
64:19
70:13
85:22 86:1
196:15
237:16

digging
56:22
60:10

95:23

digital   88:4

dining   23:3
204:24

diplomacy
164:3

diplomatic
17:6 51:13

diplomatic-
quality   86:6

direct   98:15
135:1
271:24

directed
94:3

directly
21:18 22:6
28:6 35:23
37:21
44:16
63:7,14
70:16 99:8
185:4

director
256:9

disagreed
36:13

disagreement
62:15

disappointed
135:4,15
209:22,25
258:12
269:11

270:7

disappointment
134:18,23,
25 205:1

disclose
78:10
225:2
250:19

disconnect
272:25
273:17,24

discover
91:22

discovered
80:14 96:2

discoveries
71:4

discredit
242:9

Discreet
224:25

discuss
13:13
159:17
162:1
217:5
280:12

discussed
11:9
22:23,25
23:11
30:18
31:20
32:3,18,23

34:5,20
36:21
37:2,7
63:5,6
88:23
122:5,6
123:21
127:11,14
134:25
159:6,11,
19 162:13
204:7
209:17
230:21
231:7,9,10
277:13
279:21
281:22
282:3,6

discussing
12:9 33:11
117:4
121:15
124:2
204:21

discussion
57:2 62:20
63:13
64:13,16
66:23
80:16
87:21
125:8
127:16
135:23
160:4
162:5,12

Case 1:18-cv-02185-LJL   Document 302-1   Filed 10/30/20   Page 99 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019         Index: discussions..dollars

170:5
191:21
198:11
202:19
230:10
232:8

discussions
48:24
109:6
110:20
135:25
136:2
139:18
170:9
228:15
233:22
252:2
273:12

disk  202:15
203:20

dismissed
63:19

dispatch
168:9

dispatched
82:15
185:25

dispense
161:22,23

displayed
177:20
179:12

dispose
23:16
150:12

disposed
150:1
151:19

disposing
150:11

dispute
23:22

disrupting
25:4

disruption
25:12

dissatisfactio
n  273:25
274:1

dissatisfied
216:14,19
274:8

disseminate
189:9

dissident
108:8

distinction
253:21

distributed
87:24

dive  82:24
276:8

dives  67:7

dividing
45:18

division
17:2

divisions
24:22
132:5,6

divulged
34:19

divulging
82:13
108:23

document
17:21
18:12,18,
22 19:14,
16 20:15
46:15 53:1
98:14
105:13,17,
22 106:11
113:5,7
149:20
154:14,16,
17,20,23
164:6,13,
16,22
165:17,18
166:15
169:17
177:12
189:17
190:1,12
191:4
195:14
212:20
213:5
226:2,5,15
227:4,14,
22 228:10,
13,25

229:3,13,
23,25
230:2,4,6,
8 231:6,7
232:13
233:8,18
236:8
237:24
255:6,8
259:3,6
261:17,22,
23 262:14
264:1,8
267:4,10
268:1,4,19
269:18
270:2,21
271:1
283:1,8,23
284:2,8

documentation
40:14
177:19
184:14

documents
178:22
179:11,18
185:17
234:1
259:7
268:21
269:12
281:1
282:17

dollars  39:7
45:12
139:14,21

140:9
157:14
161:3,4
186:18
259:20

**domain**
181:16,18
230:24

**domiciled**
286:9

**door** 170:4
173:1,3
206:10

**doorstep**
170:2

**DOS** 172:7,
18

**double**
137:19
183:8

**double-check**
73:4

**doubt** 140:8
160:24
184:23
250:23

**downtown**
231:20

**draft** 19:15,
22,24,25
20:15,18
21:13,16,
17 22:4,5,
24 46:23

47:2,4,7
149:16,25
150:2
226:15,17
230:4
264:3

**drafted** 33:2
47:3,9
53:12
89:3,7
230:6

**drafting**
32:16
74:25 98:1

**drafts** 19:6,
24 20:2,5,
9,17
150:3,4

**draw** 228:17

**drill** 17:18
52:10

**drive** 56:5
58:8,11
59:14 64:7
65:9,18
68:1 88:5
89:20
165:4,6,
15,17,19,
24 176:16,
24 192:10
194:24
197:4
200:10
202:6,24
203:12

208:23
213:8
215:7
216:12,22

**driver's**
181:4

**drives**
87:17,22
165:13,21,
23 166:1,7
176:4
195:4
212:6

**due** 37:5

**dug** 61:21
80:5

**duly** 7:23

**duration**
95:21

**dynamics**
268:12
269:23

---

**E**

---

**earlier**
13:20 19:6
42:5 46:24
90:24 91:2
123:21
171:19
177:25
215:7
234:13
235:7
244:15

248:13,21
249:10
273:12
277:14

**early** 11:13
12:3,8
21:25
37:11
166:24
167:7
193:23
194:6
221:5
264:14

**earnings**
44:10

**ease** 108:5

**easily**
247:22

**East** 112:24
246:11

**Eastern** 7:4,
16 8:5
13:13
28:19 48:2
52:25
53:1,3
55:12
63:5,6
74:18 75:8
79:11
84:24
88:20
96:12
98:13
99:21,25

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: Eastern's..end

100:1,2,6,
10,14,19
101:3
104:4
105:14
118:4,9
124:14
136:24
159:15
160:25
161:11,12,
16,20
188:13
189:2
195:18
197:8
208:18
217:6
247:14,15
264:25
270:7,22
271:1
272:7,24
274:4
286:1,9
287:6

**Eastern's**
261:1

**easy** 147:24
196:3

**eat** 203:23
207:9

**eating** 204:1

**eccentric**
244:4

**echo** 242:1

**edit** 68:15,
18

**edited**
266:19

**editorial**
146:10

**educational**
9:5

**effect** 40:14
77:10
131:8
191:25
208:1

**effective**
243:8
251:5

**effectively**
38:24
94:18
206:19

**effectiveness**
240:20

**efficiency**
283:3

**efficient**
276:7

**efficiently**
281:13

**elaborating**
233:22

**elected**
138:4
241:13,20
242:3,5

263:3

**election**
248:19

**electronic**
47:23
64:22 68:9
81:12 85:2
88:11
128:12
150:6,7
169:5,8
191:8
200:22
202:12
208:22
216:11
253:10,22,
25 288:4,
6,11,12

**electronically**
87:24
88:16

**elevator**
206:10

**Ellman** 7:15

**else's**
226:11,12

**email** 81:13
167:21
173:2
213:22,25
214:13

**emailed**
81:16

**emphatic**

273:21

**employ** 250:9

**employer**
10:2,3

**employment**
27:5

**enable**
137:10

**encompass**
89:24

**encounter**
90:19

**encountered**
178:11
183:22
260:7

**encounters**
84:25

**encrypted**
151:13,17
213:22
214:3,6,10

**encryption**
81:20

**end** 36:17
37:5,18,22
69:2 92:6
101:17
120:3
133:9
192:4
238:5
252:23,24
259:23

Case 1:18-cv-02185-LJL   Document 302-1   Filed 10/30/20   Page 102 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: end-to-end..Europe

276:21
278:17
281:14

**end-to-end**
81:19

**endanger**
131:20,23
132:14

**endangered**
132:11

**ended** 62:1
86:3
122:12
127:17
196:16
258:12

**ends** 89:13
90:25

**enforcement**
148:13

**engage**
229:5,19
231:12

**engaged**
260:22

**engagement**
44:13,17
45:4,17,19
84:3
148:10
167:2
175:12
225:16
258:12
260:4,14

261:12
262:1
285:1

**engagements**
84:5

**engaging**
260:25

**English**
54:8,13,
18,20
142:19
159:25
160:1
178:18
231:10

**ensure**
144:6,7,8

**entail** 55:16
57:25 67:5

**entailed**
52:12 76:8

**entered**
285:6

**enterprise**
247:21

**entire** 144:9
236:8

**entities**
9:22 75:4,
7,11 98:16
107:16,18
159:10
241:4,10

**entitled**

164:6
233:8
261:17

**entity** 28:25
74:23
75:15 76:6
100:21
161:20
285:6,20

**environment**
23:19 56:4
279:8,16

**environments**
278:19,25

**envision**
252:20

**envisioned**
68:7

**equipment**
42:17
45:24

**equivalents**
97:13

**Erik** 115:9,
13

**Erin** 7:19
281:18

**erratic** 61:9

**error** 84:14

**escape** 159:8

**escrow**
139:22

**essay** 56:2

**essential**
27:25

**essentially**
206:25
224:16
243:5
262:24

**establish**
155:11
159:1

**estate**
30:14,16
31:13
231:12

**estimate**
257:5,6

**estimates**
232:15

**Estonia**
110:1

**euphemism**
217:13,14

**Eurasian**
244:19
245:19

**Europe**
65:12,15
68:1 72:4
174:21
176:20
186:1
192:21
210:2,10
264:13
272:3

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: European..expense

European
  58:10
  176:1,2

evade   223:2

evaluate
  85:3,25
  86:2

evenly
  38:19,21

event   10:22
  84:2 97:13

eventually
  161:8
  191:11

Evermay
  231:16

Everybody's
  56:14

evil   137:6

exact   24:8
  46:25
  107:20
  157:16
  166:12
  199:12

exaggerate
  187:1

exaggerating
  135:5

examination
  8:1 280:23
  281:15
  282:23

examine
  281:3

examples
  252:13

exceed   82:9

excellent
  118:24
  162:25

excited
  270:5

exclusively
  148:16
  216:9

excuse   118:2
  206:22
  236:16

execute   75:6
  76:15
  145:9
  150:13
  151:3
  216:2

executed
  98:6
  131:7,10
  164:24
  166:11
  168:22
  272:13,23

executing
  46:3 114:4

execution
  51:20 57:4
  59:17

62:24
63:10
64:15
88:23
99:19
100:22
112:3
115:16
194:13

exhibit   18:6
  46:11,24
  47:5,6,8,
  17,20
  105:13
  113:5
  116:8
  164:4,5,6
  165:7
  176:11
  186:12
  212:16,17
  214:2,25
  226:2
  229:23
  233:8
  234:4
  236:6,14,
  16,17,23
  237:9,21,
  23 248:13
  255:6
  259:3
  260:15
  261:17
  263:20
  265:14
  267:4
  270:20,21

276:12
282:20
283:24
287:24

exhibits
  273:12
  281:9

exile   156:4

exiled   108:8
  244:4,17
  245:13

exist   179:5

existence
  84:20
  140:2
  144:19
  145:23

exists
  154:9,20

expect   44:11
  45:1,9
  61:10
  196:16

expectation
  60:23,25

expected
  71:14

expecting
  121:18
  199:25

expense
  94:17
  223:18

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: expenses..fact

**expenses**
39:13
42:2,18,22
45:20,21
223:8,19

**expensive**
125:9

**experience**
9:19 68:14
69:22
115:15
123:1
125:4
228:8
274:22
279:15

**experienced**
51:8

**expert**
142:25
143:3

**expertise**
15:6

**explain**
14:13
24:20 27:8
28:18
29:4,10,
13,20 52:1
87:25
112:7
170:24
172:21,24
195:23
205:18,22
212:12

258:18
269:25
272:19
279:1

**explained**
28:4,10,14
51:22
76:25
173:7
174:15
186:16
202:22
204:14
213:18
269:3
273:11
275:15,16

**explaining**
51:23 62:6
97:5

**explains**
126:17

**explicit**
36:11 87:5
95:22 97:9
99:1
145:16
275:1

**explicitly**
27:17
51:22
93:15
97:18
128:9
274:18
285:19

**exploded**
205:4,6

**exploit**
24:22,25
88:7
246:23

**explore**
231:12

**expose**   25:5
139:13
140:2,4
242:8

**exposing**
248:14
249:3

**exposure**
140:5
270:1

**express**
204:25

**expressed**
34:14,15,
17 140:8
160:23
275:6

**extensive**
216:24

**extensively**
17:12

**extent**   32:17
33:9 44:3
90:21
140:6
144:24

172:6
262:19

**extra**   95:10
280:24

**extraordinary**
34:21

**extremely**
34:13,24
56:23
60:16

**eye**   243:18

---

**F**

---

**fabricate**
80:7

**face**   89:9
209:14,15

**face-to-face**
200:15,16

**facilitate**
251:24

**facilitating**
162:4

**facilitator**
21:19
148:4

**fact**   51:23
80:12
108:25
109:3
160:5
170:19
209:25
214:14

faction
  183:9

factions
  156:2

facts  79:21

fail
  122:14,17
  126:10

failed  90:8

failing
  90:12

fails  90:6

failure  44:7
  45:6

fair  17:19
  33:5 59:6
  73:19 81:4
  88:16 90:3
  167:1
  268:13
  284:11
  286:14,24

fake  79:19
  161:20
  178:22
  179:4,18

Fakhravar
  155:7

fall  114:3

false  69:9,
  15 71:16,
  25 80:11,
  13 89:14
  91:20

178:20,25
179:12
180:8

familiar
  213:1

familiarity
  54:1

familiarize
  18:14

families
  268:6

family  25:5
  146:1
  148:12
  238:7
  268:2

fast  94:2

fear  34:14

feasibility
  88:10

feasible
  170:12

February  7:6
  93:25 94:1
  95:3,20
  102:6,16
  103:20
  104:21
  133:15
  143:22
  144:2
  180:1
  183:13
  215:1,19

216:3
217:11,15,
23,25
218:5,11
222:15
260:21
264:14
265:2,7
289:4
290:8

federal
  180:13
  184:1,4,9,
  25 185:3,
  6,14

feedback
  217:20
  231:4
  268:22

feel  11:12
  131:19
  132:15
  142:17
  209:14

feelings
  104:12

fees  46:2,
  4,8 117:21

fellow
  104:16
  115:9

Ferrari
  125:11

fiction
  161:22,24

field  68:14
  69:22
  73:24

fight  137:6

fighter
  138:12,23

fighting
  227:9

figure  41:9
  91:24
  130:21
  181:12

figured
  138:20

figures
  254:25

file  186:18
  219:17

filed  284:5

files  64:22
  192:11
  202:7,12

fill  47:11

filled  18:20

filter  144:6

final  36:16
  220:5
  275:10

finally
  222:13

finance  36:2

financial

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                                    Index: find..force

33:17
37:2,15
38:15
52:13,25
53:8 55:1,
9 60:6
117:15,18

find 14:18
36:24 50:8
60:11,12,
16,18
70:7,13
71:3,15
79:20
89:14
92:24
94:4,6
96:1 180:2
181:20
183:16
221:3
237:14,15
260:21
266:5,6

finding
71:24 95:7

fine 13:22
23:7 29:3
51:6 54:11
66:14 87:9
88:17
90:16
101:22,24
112:21
164:12
173:13
207:23

254:24

fingerprints
221:24

finish 8:11
61:4 94:22
177:9

finished
56:1 61:3

finite 253:5

Finland
245:4

firm 73:21
83:1,6,7
266:16

firms 104:15

firsthand
154:3

fish 48:1,
5,10,14,19
50:13,14,
18,22 51:2
64:23
66:20
95:19,20
96:5 97:3,
14,15,16
164:19
179:8
180:5,7
181:13
190:19
192:12
202:8
214:19
237:3,19

265:14
266:4
287:24

fit 12:17

fits 251:21

flag 174:14
183:11

flash 56:5
65:18

flat 95:14
96:15,17
97:11

flat-rate
37:5

flaws 156:15

Fletcher
266:17

flew
210:10,20
211:6

flight
210:16,17,
21 213:9,
17

flights
199:17
219:12

flip 190:1

floor 201:22

flounder
48:17

flow 89:8
273:8

flown 192:20

fluent 54:9
86:5

fly 176:20
210:2,12

flying
246:20

focus 123:17
136:5

focusing
69:24

folks 159:14
183:22
185:3,10
191:11

follow 40:19
53:6 61:5
121:14
230:7
288:18

follow-on
232:13

follow-up
48:8
193:18

followers
250:6

food
203:23,25

force 156:13
170:11
173:20
174:2

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: Forces..full

**Forces**  11:19

**foreign**
  53:18
  115:20
  116:2
  175:22

**forensic**
  33:17
  52:13,25
  53:8 55:2,
  10 60:6

**forensics**
  88:4

**forever**
  252:22
  253:5

**forged**  180:9

**forgeries**
  179:14,20

**forgery**
  179:16

**Forgive**
  107:25

**form**  20:23
  47:23
  57:11,12
  67:12
  137:1

**formal**  37:19

**format**  66:4

**forms**  81:12

**fortune**
  131:24

**forward**
  278:5

**fought**  138:9

**found**  63:2
  69:2,8,14
  70:1,8
  72:13
  80:8,12,18
  131:4
  132:10
  136:10
  160:8
  168:5
  178:8
  179:11,19
  180:11,12
  182:9

**foundation**
  31:18,19,
  22 250:25

**foundational**
  268:14

**foundations**
  251:5

**Fox**  243:16

**Frank**  70:8

**Frankfurt**
  210:18,19

**fraud**  267:17
  269:16

**free**  138:11
  207:5,23

**freer**  246:15

**French**  10:8,
  20,24
  11:15 12:2
  15:25
  16:23 17:1
  20:12,13
  21:20
  25:21
  26:1,11
  31:6,12
  38:18
  39:18
  44:12
  46:21
  51:11
  63:15
  72:24
  105:23
  114:3,18
  116:23,24
  117:7
  137:4,12
  147:23
  152:23
  153:3,12,
  15 154:5,
  13 158:8
  160:9
  161:11
  165:5,7,
  13,14,20
  167:13
  182:13,14
  189:21
  190:16,18
  193:13
  194:1,2
  198:6,9

201:12
  208:4
  218:7
  223:13
  226:18,19
  227:2
  230:16
  232:2
  254:23
  264:13
  265:1
  266:19
  283:12
  289:7

**French's**
  154:16
  222:23
  226:13
  228:12

**friend**
  118:18
  119:8,11,
  12 120:7,
  11 138:1,6

**friends**
  163:13,17
  249:2

**front**  170:4
  173:1

**frustration**
  136:4
  205:1

**fulfill**  34:9

**full**  8:20
  55:11

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                     Index: fully..giving

90:25
91:7,11
257:1
262:24
273:14

**fully**  44:3,4
133:3
237:13

**fund**  260:17
285:7

**funding**
98:25

**funds**  25:10
36:9 41:24
42:7,21
43:24
55:22
99:15,17,
18 137:10
141:11

**future**  45:3
173:9

―――――――
        G
―――――――

**G-A-L-I-N-A**
146:20

**G-R-E-G-G**
137:25

**gain**  237:24

**gained**  25:10

**Galina**
146:18

**game**  132:4
233:23

**garbage**
142:3,4
205:9

**garbage'**
142:5

**gathering**
253:10,22

**gauge**  88:5

**gave**  56:24
65:18
69:9,12
76:14
113:8
166:16
168:13
176:14
191:8
192:4
194:1,3
206:10
219:9
235:6
255:17
258:6
261:25

**gear**  273:13

**general**
11:20
33:12
73:24

**generally**
30:1 72:24
109:23
164:15
187:25

**generic**
119:13

**gentleman**
244:11

**genuine**
79:15,24
80:3,10

**genuineness**
80:17

**GEOINT**
262:10

**geometric**
262:5

**George**  9:7

**Georgetown**
31:23
39:19,20
41:22
114:1,6,
20,21
231:17

**Geospatial**
262:11

**Germany**
175:18
210:16,18,
21 211:4
213:16
272:4

**Gertz**  25:22
26:9,10
117:2,4,5,
11 162:2,9
163:3,9,17

226:24

**get all**
36:10

**Ghost**  259:12

**gift**
232:18,19,
21

**gifts**  232:24

**gigabytes**
183:18
211:14,25
212:23
213:19

**gigs**  211:20

**give**  18:4
19:17 22:3
44:7 45:7
59:1 93:24
95:7 123:7
179:24
184:14
199:4
207:4
208:8,17,
21,25
215:8
219:15
225:22
228:25
232:18,20,
24 258:2

**giving**  56:20
113:18
118:24
123:12

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: global..guidance

164:10
215:8

global  7:9
230:25
253:10,22

globe  262:6

go-to  167:3,
4

goal  25:15
254:8

goals  228:24

good  7:1
8:3 15:1
19:21
47:24
87:12
93:22
105:25
113:12
133:3
142:19
155:19
243:7
272:10
281:17

gorilla
251:20

gotta  93:17,
18 277:24

government
25:4 73:1,
19 137:5
156:4,20
159:3
181:2

182:6
183:8
184:1,4
185:3,6,14
221:17
230:25
239:21
240:18
241:19
258:21

governments
73:2

grad  9:16

graduated
9:10

grassroots
240:11

grateful
207:3

great  26:13
56:14
137:7,8
191:14

greater
160:20

Greg  138:1

Gregg  137:24

Grendi  7:14
8:2,4 10:3
17:25
18:10
20:1,20
21:6 22:20
33:5 35:16

40:15,21
41:1 46:10
52:4 74:4
87:7,9
96:11
105:5,12
106:13
113:4
116:7
152:13
154:19
157:1
164:5,9
169:16
175:10
196:19
206:22
212:16
214:24
226:1
229:22
233:7,13
255:5
259:2
263:19
267:3
270:10,19,
24 279:18
280:22
282:15,24
283:2
286:21
289:20,24

ground  8:10

group  77:10
92:20
156:7

182:5,18
222:4
242:4
243:1,2,4
248:18,22
252:1
256:22
278:17

groups  9:13
109:9,14,
19 110:3,
9,22
111:12,16
115:24
240:21
249:24

guarantees
79:14

guerilla
138:23

guess  28:6
46:2,4
102:21
116:4
134:5
146:16
172:13
239:9
260:2

guessing
39:22,23
160:12
217:23

guest  155:20

guidance

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC

J. Michael Waller on 02/08/2019          Index: Gulag..Guo's

183:15

**Gulag** 53:20

**Guo** 19:15
20:11
23:23,25
24:4,8
26:16,17,
21 27:8,15
28:4,10,21
30:7,13,21
31:3,13
32:2,4,12,
24 34:1,8
35:7 38:12
43:16
44:10 45:5
48:23
51:19,23
54:3,5,8,
13,23
56:6,19
57:2,15
58:12,16
59:16
62:7,17,18
63:6,7
68:2,16
71:10 72:6
76:14
81:16
85:19
86:12
87:19
98:25
100:21
102:12,19
103:25

104:1,8,
14,24
106:15,22
107:13
108:20
109:8
110:12,19
111:18
112:12,22
113:19
115:17
117:2,3,12
118:5,9,
20,21
119:16
120:12,25
124:14,17,
23 128:6,
8,13 129:1
130:14,16,
21,24
131:5,17,
22,24
133:6,12,
16,23
134:1,22,
23 135:2,
4,5,15
136:4,5,6,
9,22,25
137:12
139:19
140:5
143:4,5,20
144:12
146:13
147:16
148:3,5,

20,25
149:2,4
152:18
153:23
156:9
158:23
159:18,22,
25 160:4
161:15,18,
21 162:21
167:5,10,
12,23
168:18
169:20
171:9,14
173:4,14,
19 174:12
181:11
186:15,17,
25 188:13,
15 189:2
191:13
193:20
194:11,17
195:12,18
196:2,7,16
201:13
202:22,24
203:5,14
204:18
208:18
209:11
216:14,19,
21 217:6
218:18
219:25
220:14
222:11

224:10
226:20
227:2,19
228:6,19,
25 229:5,
10,11,19
230:9,12,
17 231:24
232:18,20
233:21
242:17
243:18
247:14,15,
25 252:5
254:10,11
255:3
260:17
261:9
263:6
264:18,25
265:5
267:18
268:23
269:2,10
270:7
271:18
273:19
274:4,11
275:1,20
276:22
277:12
280:13
284:18
285:4

**Guo's** 24:11
26:7 31:1
33:10
37:11

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: guy..heard

38:10
44:23 48:6
54:6,7
67:23
99:16
103:6
128:10
134:11
148:6
168:25
174:17
213:23
217:7
221:23
238:4
261:2
265:22
267:12
273:23

guy  70:8
120:21
123:17,18
167:3
240:22

guys  49:21
121:15
139:1
167:4
182:22
203:19

────────
     H
────────

H-A-N  26:5

habit  150:12

hack  167:17

hackers
224:20
225:9
242:5
249:10

haggle
257:16

haggling
123:11

half  39:1,4
157:13

half-million-
dollar
158:4,7
160:3

Hampshire
137:25

Han  20:12
21:19
25:21
26:4,14
31:3
53:16,17
96:2
102:17
116:14,16,
25  117:2,
12,14
118:3,8,
14,16
119:7,20
120:13
126:2,5
168:19

Han's  121:22

hand  60:24
104:18
169:10
202:15
217:2
219:21
234:9

handed
165:12
176:16
202:17,18
203:12
211:25
229:3

handing
203:20

handout
262:2,3

hands  87:14

handshake
78:14,15

handwrite
22:8,9

handwriting
105:21,24,
25  189:19,
22,23
190:15,17
226:8,10,
13

handwritten
22:12,15
105:13
154:7,12,
22  190:2

happen  46:9
145:8
148:23

happened
12:12
190:23
206:7

hard  8:15
21:10
152:13
223:17
225:15
241:6

harm  78:7

harvest
253:25

hate  241:18

he'll  137:2

head  178:6
208:13
265:18

hear  153:18
157:23
158:6
161:10
182:13
204:16
220:23
288:24
289:3,6

heard  25:14
49:14,17
100:1,10
131:1,11
154:3,4

161:5
167:1
180:24
220:20
270:7
280:10
286:5
289:7

hearing
153:25
158:14
285:11

helped
112:25
155:11,24
248:18

helpful
63:25
187:15

helping
109:9,12,
14 156:11
227:10

hey  91:22
103:2
161:16
163:5
181:11
185:21

hide  91:18,
19

Higgins
163:19

high  84:12

high-end

30:16

high-risk
23:19 78:6

higher  17:13

hire  15:12,
19 54:4
122:22
130:21
148:20
243:5,6
249:8

hires  142:24

hiring  249:9

historical
52:14,25
53:9 55:2,
10 64:8,14
66:6,10,13
70:22 71:6
96:8

historically
12:25

history
9:11,12
104:13

hit  278:19

Hodgson  7:19

hold  77:2
141:22
142:15

home  20:6
114:12
125:13
137:1

213:17

homestretch
270:11

honestly
123:23

Hong  99:2
125:19
157:14
158:21
240:9
285:21
286:25

hop  61:2

horrible
245:25

host  170:19

hostile
278:18,25
279:6

hot  87:16

hotel  201:16

hours  151:25
176:23
203:21
204:4,5,6
231:3
281:6

house  15:25
16:6 23:1
31:22,25
112:3,9,11
121:6,9
131:6
205:10

how's  158:4

how's-it-
going-type
163:14

Hudson
250:25

hug  192:4
206:11

huge  93:16
171:6
192:4

human  47:23
262:13

humanly
94:12

HUMINT
262:12

hundred
16:11
259:20

hurt  141:5

husband
10:10,13
17:8

Huseby  7:9

hypothesis
221:19

hypothetical
92:5,7

_____

I

_____

ID  187:5
276:7

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019
Index: idea..incomplete

**idea** 26:13
153:6,10,
16 159:18
181:10
216:6
245:17
246:13,23
259:14

**ideal** 162:22

**ideas** 12:14
22:4
110:15,18
124:5
148:5
227:7
228:16,18
248:12

**identification**
18:7 46:13
105:15
113:6
116:9
164:8
212:18
215:2
226:4
229:24
233:12
255:7
259:5
261:19
263:22
267:6
270:23
282:22
283:25

**identified**
235:2,20
237:3

**identify**
254:13

**identifying**
14:6 97:24

**identities**
76:12,24
86:16
178:25

**identity**
78:10
84:20
101:14
279:11,21

**ideological**
137:13

**ideologically**
258:23

**illegal**
91:22
171:6,10
174:6
179:2

**illegally**
25:10
196:9

**illustrated**
246:12

**illustrating**
50:24

**image** 244:4

**imagine** 44:2
50:3 78:8

**immediate-term**
72:10

**immediately**
93:17
151:23
166:16
176:21
197:20
219:24
276:16

**impatient**
51:25
56:19
209:4

**implied**
27:15
28:25

**importance**
70:7

**important**
180:11
211:21

**impossible**
49:4 60:16
71:15 84:7
91:17
196:14,17
241:8
276:1

**impress**
79:19

**impulsive**
144:20

**in-person**
104:22
160:14

**inaccurate**
69:9
177:23
178:13

**include**
33:17,20
55:16
90:18
95:18
147:4
171:5
248:25

**included**
58:18
75:14
177:22
247:11

**includes**
187:2

**including**
25:7 78:7
84:2
167:18
230:22
246:4
267:14
280:19

**income**
101:24

**incompetent**
83:3

**incomplete**

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019     Index: incorporated..information

97:20

incorporated
  286:10,16
  287:7

incurred
  223:6,8,18
  225:15

independent
  28:7,9

independently
  11:23

indicating
  237:10

indication
  103:8
  113:15
  192:23

indicative
  91:3

indirectly
  35:24

individual
  50:19
  83:17
  108:6,11
  119:14,18,
  25 123:20
  182:4,9
  214:19
  236:9,11
  244:14
  247:9
  263:17

individuals

33:13 34:6
49:2 64:20
70:2 83:25
86:13,25
97:22
106:6,11
178:3
179:16
180:15
181:1
183:4
214:1
219:12
236:14,18
237:16
241:1
263:24
265:13,24
267:1,12
270:1
277:4
287:13

individuals'
  236:20

industry
  66:16
  82:1,5
  122:19

infiltration
  180:10

influencing
  243:9

information
  11:18
  17:17 50:8
  56:22,24

60:16,18,
24 63:24
64:10,19
67:25 68:9
69:9,11
70:1,12
72:7
73:12,19
75:4
79:14,19
80:3,5,6,
8,12,13,18
85:1 86:1
87:22
89:14,20
113:16,18
132:10
141:9,12
142:14
144:9,15,
21,25
145:1,11,
24 149:23
163:21
165:7,10
169:10,19,
21,23
170:9
171:5
172:20
176:12
177:4,22
178:1,12
179:24
181:15,21
182:17,23
183:3
186:11,12

187:2,8,
13,15
188:6,8,
11,12,14,
22 189:3,
7,9 192:7,
16 193:16
194:4,14
196:4,10,
15 198:17
202:14
203:5
204:11,13
205:23
206:1,14
208:18,23,
25 209:5
210:3
211:18
212:7,23
214:11,17,
22 215:8,
11,15
218:16,19
219:10,11,
17 220:6
221:10,18
238:5
239:7,11,
19,20,23,
24 240:8
243:24
244:1
246:25
247:5
254:5
260:8
268:24

269:5,20
270:8
272:18
273:15
276:7,16
277:24
287:20

**informed**
80:13
202:21
284:17
285:4

**initial**
20:17,18
21:13
60:21
117:11
128:16
163:11
165:19
237:18
247:13,19
256:15

**initialed**
46:20

**Initially**
55:20

**inside**   25:2
155:25
168:14
170:23
182:8
246:4,10

**insight**
68:19

**insisted**
89:2
186:25

**insistent**
87:19

**insisting**
173:20

**Institute**
9:15
250:25

**institution**
251:9,15

**instruct**
21:2 219:5

**instructed**
68:17 95:3
102:18
133:16,23
143:18,22
171:14
180:2
260:21
267:23
271:18

**instruction**
99:16
217:12
219:23

**instructions**
67:24

**instructs**
99:13

**insurance**
120:8,14

**insurgency**
138:24

**integratable**
67:12

**integrity**
205:7

**intelligence**
17:6,8
34:23
36:24
51:14 73:6
99:6 117:5
163:1
196:8
199:23
234:17
253:10,22
261:18,21
262:9,10,
11,13
263:16

**intended**
56:1

**intent**
274:17

**intercept**
88:1

**interest**
25:19,20
34:17
70:10
233:2
254:4
255:1
265:21,22

**interested**
136:22
227:14
231:13

**interests**
104:10

**interfere**
231:1

**interfering**
281:10

**interim**
156:20
202:12

**interlocutor**
217:8

**intermediary**
77:18
162:23

**internal**
109:25
110:2,16,
21 193:2
245:14

**International**
9:15
167:20

**internet**
58:9 212:5

**interpreted**
143:5

**interpreter**
21:19
54:7,12

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: interpreters..Iranians

interpreters
  54:23
  159:25

interpreting
  141:23

interrogatorie
s   282:21
  283:4

interrogatory
  283:10

interrupt
  206:23

interruption
  98:18
  146:19

interspersed
  190:3

intimidating
  282:17

introduce
  7:11
  119:20,24
  120:1
  252:5

introducing
  118:9

introduction
  117:11

intrude
  177:8

intuitive
  170:25

intuitively

275:25

invading
  145:23

invasion
  138:10

invested
  30:13
  242:21

investigate
  33:13
  224:3

investigating
  146:11
  147:1
  163:25

investigation
  14:21,23
  15:3 16:20
  108:15
  146:3,7
  163:20
  173:9
  180:17
  186:13
  187:10,17,
  19,23
  193:4
  195:16,20
  214:12
  223:6

investigative
  162:18

investigator
  181:20

investigators

182:21

investigatory
  15:9 16:24
  17:17
  29:18 30:5
  35:12
  49:19
  52:11
  66:17
  83:17
  108:11
  114:7
  156:8,22
  163:23
  170:22
  252:9
  253:14

Investment
  167:21

investors
  104:16
  279:24
  280:6,8,
  11,12,16,
  20

invoice
  37:19
  100:25
  101:4
  102:2,22,
  25 103:2,
  15 259:16

invoiced
  102:14
  259:19

invoices

101:3,5,13
  103:9

invoicing
  101:6

involved
  22:10
  30:16 36:9
  42:8,9
  47:19
  53:21
  69:10
  86:24
  130:22
  133:25
  136:11
  142:16
  143:15
  152:18
  168:8
  183:10
  219:13
  239:22
  258:25
  263:16
  275:20

involvement
  228:12

involves
  84:12

Iran   111:9
  155:25

Iranian
  155:9
  156:1

Iranians
  156:16

**Iraq**  11:5,
17

**Ireland**
174:23
175:17,18
210:15,16,
20

**iron**  148:4

**irregular**
88:18,22
89:23
90:7,17
91:1,3,5,
9,15 92:1,
9 93:4,11,
21 94:9
127:9,10

**IRS**  101:23

**isolating**
249:3

**issue**  37:19
69:3 84:23
85:21 87:7
97:3 105:3
141:16
154:6
160:5
171:4
183:17,23
186:23
233:14
265:10
279:19

**issued**
102:3,25

103:9,15
249:5

**issues**  36:1
43:15 50:7
60:13
83:19
89:18
134:12
136:13
146:13
158:17
178:11
179:7
230:22
281:8

**italics**
244:2

**Italy**  125:18

**item**  253:24
256:13

**itemized**
248:13

**items**  33:25
49:9 89:24
190:5
223:12
229:20
257:13,23
284:18

**iteration**
184:12

**itinerary**
211:1

——————————
J
——————————

**jacket**
125:8,9

**jackets**
125:10

**January**  18:7
46:22
47:4,15
65:1,19
93:25
95:18
100:3
102:9,15
104:20
155:3
157:17
158:11
160:11
165:1,20
166:9,10
176:25
177:1
183:19
186:9,10
193:23
194:20,21
198:23
201:11,14
202:1
203:2,11
204:9
206:20
207:1
208:9,19
215:12
221:5,8

271:17
273:10
289:5

**Japanese**
138:10

**jargon**  49:18

**Jaysun**  7:9

**jeopardize**
144:18

**jihadist**
11:8

**jived**  137:3

**job**  90:6,9
92:24,25
93:2
120:16
142:9
149:7
176:1
224:8
249:14
258:22

**jobs**  44:23

**Joe**  7:17
20:1 22:21
40:15
164:9

**John**  8:22
136:17

**joint**  41:23
114:3

**journalism**
164:2

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019Index: journalist..L-I-A-N-C-H-A-O

journalist
  162:18

journalists
  242:16
  243:4,23

Judd
  137:22,24
  138:1

judge  131:2
  286:24

judging
  149:19
  183:6

judgment
  124:19
  142:13

jump  281:13

jump-starting
  187:16

jumped  12:9

junk
  194:11,15,
  18 205:9
  269:4,6,8
  270:9

juvenile
  278:14

————————

K

————————

K-H  108:3

K-O-D-O-R-K-H-
O-V-S-K-Y
  108:2

Kai-shek
  138:13,14

Kappa  9:7

keeping  97:3
  136:4,5

key  240:12

Khodorkovsky
  107:22
  110:10,13
  111:14
  244:13
  252:6
  254:24

Khodorkovsky's
  252:20

kid  138:16

kids
  278:11,13

kind  11:21
  12:15,16
  14:8,23
  15:21
  16:23 36:5
  48:8 49:18
  54:16
  59:23
  65:8,17
  66:15
  68:5,14
  69:23
  70:11 73:8
  74:1 84:6
  101:19
  108:24
  109:17

120:17
137:13,19
138:24
166:19
170:8
172:1,5,10
177:4,25
188:1,5
190:2,19
203:12
208:25
229:16
243:2
244:8
248:23
251:8
253:14
255:23
257:5
258:20,24
262:5
275:24
288:14

kindergarten
  278:7,10,
  13

kinds  42:8
  78:8
  125:20

King  259:12

knew  56:23
  119:15
  131:11
  138:3,19
  146:25
  275:25
  276:2

knowing  81:7
  153:25
  210:25
  222:6

knowledge
  32:11 54:4
  239:16
  269:21
  287:9

Kong  99:2
  125:19
  157:14
  158:21
  240:9
  285:21
  286:25

Kraft  182:19
  259:11

Krause  7:15

Kwok  7:20
  21:18 24:1
  44:10
  46:22
  63:18
  70:11,16
  164:16
  183:7
  221:15
  281:19,22

Kwok's  21:23
  22:6 70:2

————————

L

————————

L-I-A-N-C-H-A-
O  26:4

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: labor..legitimate

**labor** 17:2
  53:20

**lack** 262:22

**laid** 287:16
  288:11

**land** 110:23

**language**
  85:22
  86:4,6
  108:6

**laptop**
  169:2,4
  202:15,24
  213:13

**large** 15:7
  96:17
  219:17
  236:9
  246:8
  273:8
  276:15

**larger** 34:10
  36:8
  104:10
  156:25

**late** 12:7
  100:4,11
  109:24
  134:6
  166:24
  232:4
  281:11

**Latvia** 110:1

**laundering**
  179:1

**law** 73:21
  83:1
  104:15
  171:20

**lawsuit**
  216:6

**lawyer** 77:3
  97:25
  118:2

**lawyerly**
  199:24

**laying** 288:7

**layperson**
  172:21

**lead** 38:5
  110:11

**leader**
  77:19,23
  78:4,5,9,
  18,21
  79:4,8
  80:5,17
  83:13,23
  131:20
  151:12
  155:9
  166:17,19,
  23 167:3
  168:8,9,12
  174:15,20,
  25 175:4,
  12 177:3
  178:13,15
  186:3,8

**leaders**
  245:14
  252:1
  254:3
  268:7

**leaders'**
  25:10

**leadership**
  24:19,23
  25:13
  137:3
  189:5

**leading**
  19:25
  228:15
  240:22

**leads** 71:13

191:9
192:7,9,20
193:9,18,
25 194:5,
16,22,25
195:6
210:22
211:3
213:18
221:9
244:17
255:12,17
257:17
272:5
287:23
288:2,21

**leader's**
  255:14

**leaf** 265:15

**learn** 84:14,
  16 287:21

**learned**
  61:10

**leases** 45:25

**leave**
  101:11,12
  221:21

**led** 83:23

**left** 42:7
  43:24 44:8
  203:19
  205:10
  245:4

**legal** 8:20
  23:7
  45:14,24
  46:2,4,8
  56:3
  89:10,18
  91:21
  99:11
  136:20
  168:2,9,13
  171:14
  263:8

**legalistic**
  98:4

**legally**
  75:16

**legend** 262:8

**legitimate**
  77:4 79:21

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: legitimately..lines

80:6

legitimately
  79:21,22

Lego  125:19
  135:7,13

lengthy  23:1

letter
  40:19,24
  214:25
  215:4,18,
  23 222:16

letters
  236:10

level  17:13
  49:11
  71:12
  97:4,6
  122:25

leverage
  237:24
  242:23
  248:2

Lexington
  9:2

liaison
  67:23

Lianchao
  20:12
  21:18
  25:21
  26:4,14,16
  27:9 28:4,
  11 30:20
  31:3 35:24

38:10
51:20
53:15,16,
17 54:20,
22 57:3,16
58:17
59:8,16
62:7,18
63:7,17
81:17
86:5,21
96:2
102:17,22
103:2,18,
22 104:3
105:2
106:16,23
107:13
108:19
109:8
112:23
113:21,22
116:14,16,
25 117:2,
9,12,14
118:3,8,
14,16
119:7,20
121:22
123:24
124:17
126:1,5,10
128:4,8,9,
21 129:18,
23 130:3,
15 131:7
133:9,13,
17,19,21

134:2,10,
11,20
135:1,4,8,
14,22
136:14,22
138:1,2,6,
16,20
139:8,19
140:11,22,
25 141:17
143:8,25
147:24
148:15,20,
24 149:1
152:19
159:24
160:4,7,
10,21
167:11,12
168:19
169:20
173:4
178:9
183:14,15
187:1
196:3
208:2,5
216:1,5,9,
13,19,21
217:4,7,14
218:8,21
219:3
226:19
227:2,17,
18 228:16,
22 229:1
230:11,17
265:6,21

267:19,20,
24 268:16,
22 270:2
271:21
273:20
275:1
277:12

Lianchao's
  134:22
  137:4

Liberty  10:6
  41:19,21

license
  181:4

life  133:20
  139:2
  155:21

light  77:4
  243:18

lighter
  118:13,16

like-minded
  254:8,9

likes  187:1
  247:25

limbo  44:8

limit  253:5

limited  7:4
  262:18

lines  65:10,
  13,14
  211:21
  212:15
  213:20,21

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: linguists..lower

261:3

**linguists**
85:16 86:7
256:21

**Link**  246:3

**Linkedin**
113:14,15

**list**  70:2
106:7
107:11
164:18,19
179:8
180:5,7
181:13
183:25
184:4,19
188:13
190:19
213:23
236:4
237:7
238:25
267:12,14
269:15

**listed**
106:11
214:1
265:14
270:1
287:24

**literal**
138:23

**literally**
78:15
200:15

**Lithuania**
110:1

**litigation**
7:10 265:8

**litigators**
73:22

**litmus**
138:17

**live**  86:23

**lived**  25:8
201:22

**lives**  78:5

**living**  23:2
25:2 33:14
137:7
204:23
249:13

**LLC**  7:5
39:17,19,
21 41:23
76:8
114:2,13,
19,22

**LLCS**  38:23,
24 39:3,14
40:6,11
41:7,11,
14,25
42:13,14
43:11
117:19
118:8
222:22,23,
24 249:18

**located**
15:24

**locations**
187:5
244:25

**logistical**
89:18

**London**  108:9
125:20
239:3
244:17

**long**  19:13
83:13
86:22
93:20
94:14 97:6
101:23
116:16
140:13,23
150:14
158:1
163:13
195:23
207:22
220:17
231:2
272:8

**long-term**
144:17
206:3

**longer**  17:9
71:14
143:23

**looked**
121:10
180:23

257:7
286:6,8

**loose**  241:13
243:1

**losing**  148:7
209:13,15

**losses**  44:20

**lost**  116:18

**lot**  11:3
23:13
61:24
63:3,20,24
64:19 70:1
78:6 87:3,
5 93:1
104:24
110:19
124:5,6
136:17
138:21
147:22
169:19
209:7
248:3
256:2
280:17
281:7,9

**lots**  127:25

**loud**  278:2

**Loushin**  7:9

**lousy**  139:14

**low**  224:18
225:6

**lower**  66:22

189:14

lunch   131:6
155:1
157:1
204:24

luncheon
157:5

_____

**M**
_____

M-I-K-H-A-I-L
107:25

machines
257:20

made   37:22
41:21
42:13,14
61:8 65:1
78:12,13
87:23
92:23
124:3
125:18
131:24
142:3
149:22
222:1
284:19,20,
23

MAGA   241:17
243:2

main   144:5
180:12
202:8
236:9
241:2

maintain
77:2

maintained
17:10

maintaining
27:25

major   134:9
152:7,10,
17 153:1
154:1
225:18

make   35:18
42:1 43:20
67:7 73:4
79:18
137:7
141:11
145:5,7
159:2
177:16
191:2
239:20
247:25
248:3
249:13,16
277:16
281:1

makes   90:5

making   36:25
60:25
68:10
152:21

male   203:3
212:3

man   247:25

manage   83:6
251:25

managed   25:9

Mandarin
61:24
85:7,9
86:6 128:6
178:16

Mandarin-
reading
86:18

Mandarin-
speaking
86:17

mansion
231:16

manufacture
80:7

Mao   138:10

map   244:18
268:5

March   95:20
264:21
265:3

mark   17:22
191:2
226:23

marked   18:5,
7 33:24
46:12
105:14
113:6
116:9
164:7

212:18
215:1
226:3
229:24
233:11
255:7
259:4
261:19
263:21
267:5
270:22
271:1
282:22
283:25

markers
244:22

marketers
254:2

markings
190:7

marks   113:8,
11

MASINT
262:11

mass   250:6

master's   9:8

match   18:2
262:9

material
61:24
76:14
85:2,22
209:8
211:10
225:19

246:16
261:24
274:15

**materials**
74:20 75:9

**mathematically**
94:13
196:17
214:16

**matter** 7:3
8:5 81:18
124:16
163:3

**matters**
63:20

**meal** 204:1
225:20

**meals** 224:2

**meaning**
12:21
71:11
127:8
129:1
151:9
153:15
181:2,23
186:16
195:10
212:4
265:22

**means** 14:14
42:11
79:18 81:6
99:12
128:12

141:11
173:25
180:3
204:16
245:8
253:25
260:22
288:15

**meant** 24:21
34:22 58:9
120:13,15
139:24
172:22,25
177:17
280:5

**measure**
97:12

**measures**
34:20
45:25
256:1
275:16

**media** 32:1,2
33:22
52:22
164:1
230:25
231:13
241:25
249:4
253:11
254:1,15
276:17

**media/activist**
240:11

**medium** 272:1

**meet** 10:15
16:6 23:5
26:15,16
127:19,23
175:3,11
176:6
182:15
186:3
194:22
210:21
257:20
282:2

**meeting**
21:22
22:23
23:1,12
24:10
25:25 26:7
27:12,14
30:4,18,
19,25
31:14,15
32:16,23,
24 33:2,10
34:2,5
35:18,20
37:7,10
104:22
125:14
129:21
135:8,10,
13 153:23
160:14
163:11
167:15
168:24
171:22,25
174:19

186:7
192:8,17,
24 193:18
201:10,25
202:23
203:10,24
204:2,10,
19 206:7,
8,14,16
208:2,9,19
209:12
211:24
226:20,24
227:5
230:9,13,
14,21
231:2
232:6,11,
12,14
234:5,7,12
235:14
272:3,4

**meetings**
22:14 31:2
37:8 54:21
128:5
135:12,16
175:14,21
194:15,25
195:5
223:21
285:18

**member**
130:17
131:5
140:14,17
148:11

283:19

**members**
52:21
69:17 73:5
77:17
83:22
85:18
86:18
114:22
145:24
146:1,11,
15 214:1
220:20,23
221:3
283:17

**memes** 249:1,
12

**memetic**
249:2

**Memorandum**
98:10

**memorialized**
22:24
127:1
149:18
234:24

**memorializing**
238:4

**memory**
129:16
149:15
194:1

**mention**
115:15
149:10

**mentioned**
23:23
116:15
152:4
165:21
168:7
235:24
238:18
244:14
277:15
280:8

**mentor** 139:5

**mentored**
138:15,16
139:6,8,9

**menu** 118:19

**mercurial**
104:14

**message** 72:8
80:25
81:11
108:13
116:8
118:24
119:7
120:18
126:1,6,9
128:12
135:23
143:20
144:3
148:20
151:14
163:24
200:13
201:1,5

215:21
218:23
219:1
272:8
276:11

**messages**
81:3
150:15,21
151:4,8,13
219:3
250:7
273:21
274:3

**messaging**
14:11 52:9
108:12
110:18
151:17
163:21
164:3
254:5
271:16

**met** 10:9,20
24:14
25:17
30:21
31:9,10
38:12
53:23
74:14
116:17
117:9
148:9
160:18
174:15
175:1
191:22,23,

25 192:1,2
194:12
195:2
201:12,22
204:4
210:18
211:3
212:2
230:8

**metaphor**
48:23 97:5
170:8
266:4

**metaphorical**
97:7

**method** 95:5

**methodical**
135:2

**methodologies**
95:1

**methodology**
52:1,2

**methods**
16:25
73:11 81:8
82:11,12,
17,18
91:21
144:8
156:12

**metrics**
59:25

**mic** 87:8

**Michael** 7:3,

22 8:21,22

**micro-targeted**
234:16

**mid-december**
167:8
168:23
230:15

**mid-february**
220:11
264:14
267:23

**mid-january**
193:23
194:6
273:10

**middle**
112:24
206:23
287:17

**migratory**
246:9

**Mikhail**
107:22
110:10,13
244:13

**Miles** 21:18,
23 24:1
44:9 46:22
164:16
183:7
221:15

**Miles's**
222:7

**military**

11:20,22
124:16
259:15
278:18,25
279:6,15

**milk** 125:10

**million**
36:2,5
39:6 45:6,
12 121:6
139:14,21
140:9
157:11,14
161:3,4
186:19,25
251:7

**millions**
250:5

**mind** 50:23
64:25
65:17
66:15
75:20 81:5
89:24
96:20,22
113:9
121:22
133:2,6,24
135:14
172:5
195:15
200:14
201:3
207:11

**mine** 182:1

**minimum**

126:23
188:1
195:11

**ministry**
35:1 53:18
132:2

**minor** 232:23

**minutes** 74:5

**miscommunicati
on** 193:3,9,
12

**misleading**
80:11

**missing**
57:13

**misspelled**
178:16

**misstatement**
280:10

**mistake** 90:5
120:18

**misunderstandi
ng** 196:3

**mix** 18:2

**MMS** 34:25

**mobilize**
240:12

**modalities**
143:2

**moment** 18:12
138:5
225:22

**money** 39:1,
20 41:6
43:2 44:11
45:11
100:21
104:18
158:18
160:24
171:6,10
179:1
222:21
224:15
225:5,10
242:21
248:3,7
249:16
257:1
258:8
259:24
268:9

**monitor**
186:1

**monitoring**
186:7
247:9
253:12
254:1

**monopoly**
240:2

**month** 36:15
37:22
38:14
43:5,16
67:1 89:11
91:13
95:17,23,
25 103:16

Case 1:18-cv-02185-LJL   Document 302-1   Filed 10/30/20   Page 126 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019      Index: month's..Netherland's

255:19,22,
23 256:8
261:4

**month's**
43:17 44:6
103:3

**monthly**
66:23 67:9
94:20
96:19
255:11

**monthly-type**
72:11

**months** 43:14
60:18 64:9
71:1
206:18
275:4

**morning** 7:1
8:3

**motion** 77:5,
22 279:19

**motivation**
141:8

**motives**
205:8

**MOU** 98:5,9

**mouthpiece**
251:18,19

**move** 87:8
268:8
281:6,12

**moved** 55:22
206:25

**movement**
53:22
104:11
155:10

**movements**
11:8
109:25

**moving** 94:2

**MSS** 34:23
35:1

**multilingual**
17:11

**multiple**
151:18

**murdered**
34:15
146:11,23,
25

**mutual** 11:7

———————

**N**

———————

**N-E-W-S-E-U-M**
231:20

**named** 115:9
138:6
236:17
265:13,24

**names** 24:1,6
25:9 50:6
69:3 70:3
91:20
92:18
95:24
106:4,5,7

107:17
164:18
178:2,16,
18 180:12
188:14
235:25
236:20
237:3,8,20
263:25
267:15

**narrow** 33:6

**narrowed**
38:12

**National**
275:22

**nationality**
188:3

**nationals**
33:14
86:7,10,22
180:18
246:22

**nationwide-
organized**
245:10

**natural**
141:7

**nature** 11:14
19:11
49:24 66:4
76:1 89:19
140:6
162:12
176:8
187:13

188:24
197:19
204:11
223:12
225:18
232:16
233:1
238:25

**necessarily**
35:25
182:1
185:19
241:8

**needed** 36:9
148:1
150:13
178:18
257:10,12
263:9

**needing** 62:2

**nefarious**
136:12

**negotiate**
257:4,16

**negotiating**
36:6 38:3

**negotiation**
47:1
275:11

**nerves** 287:3

**nervous**
139:20,22

**Netherland's**
201:18,19

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019      Index: network..objectionable

network
  17:16
  73:18
  240:11,25
  241:1,5,17
  242:2,12,
  14 243:14
  252:8
  279:7,15

networking
  17:5
  251:24,25

networks
  17:7 25:5
  223:22
  240:5
  241:2,7
  246:22
  278:19,25

Newark  212:1

news  70:11
  105:1
  158:14
  242:8
  249:1

Newseum
  231:19

non-chinese
  267:15

non-corrupted
  165:23
  166:1,14

non-
investigatory
  32:6

non-
prioritized
  235:25

non-profit
  9:12 31:19
  155:16

normal  50:2
  101:21

North  241:11
  262:23

Northeast
  9:2

Notary  7:23

note
  189:16,20,
  25 190:11

noted  133:16

notes  22:15,
  18,21
  23:13,14,
  16,17
  33:3,8
  154:12
  190:2,8,20
  191:3
  199:24

notice  44:7
  45:7 289:8

notified
  65:11

notorious
  101:15

November
  21:14

162:10
163:12
166:24

NSA  196:15
  275:22

number  46:10
  48:24 49:7
  53:4,5
  56:16
  84:14
  96:18,19
  131:25
  181:4
  184:8,10
  257:19
  267:13
  271:5
  283:10
  284:12

numbered
  178:3
  236:9
  237:2

numbering
  17:24

numbers
  187:5,6
  219:13
  237:20
  244:19,23
  269:25

nuts-and-bolts
  17:14

─────────

O

oath  74:12

object  19:18
  51:3 70:10

objected
  36:13
  43:16
  94:14

objecting
  94:19

objection
  20:19,23
  21:1 29:8
  32:20 34:4
  38:7 56:11
  75:17
  76:10
  77:4,15
  78:22
  79:25
  81:14 84:6
  90:2,20
  95:13
  96:10
  132:13
  137:15
  150:23
  164:10
  187:18
  193:5,14
  196:5
  197:9
  281:24

objectionable
  154:8

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: objects..opposition

objects
 265:21,22

obligation
 261:1,2

observed
 145:7

obsessing
 253:2

obtain
 213:24

obtained
 196:9

occasion
 17:20 49:4
 175:2

occasions
 159:19
 174:13
 268:5

occur  91:5
 125:12
 131:15
 146:17
 198:14

occurred
 24:10
 63:13
 201:11

occurring
 142:11

Oceanic  10:6
 41:19

offensive
 243:24

244:2

offer  35:3
 207:20
 283:2
 284:4

offered  30:4
 94:25
 102:10
 104:8
 123:9
 207:4
 252:5

offering
 63:24
 261:10

offhand  38:1

office  16:2,
 4 114:11,
 15 180:10

officers
 196:9
 256:14

official
 53:18
 131:25
 180:25

officially
 181:23

officials
 25:6 132:3

old-fashioned
 15:1

ongoing
 264:19

online  58:8
 240:11
 241:3,17
 248:18,20
 249:6,20,
 25 250:3

Open  262:9

opened  173:3

operate
 45:10
 91:19
 234:16

operation
 60:21
 248:5
 273:9

Operations
 11:19
 77:10

operators
 256:20

opinion
 254:3

opinions
 254:11,12

opponent
 252:1

opponents
 242:8
 249:3,4
 254:11

opportunities
 71:4

opportunity
 44:20
 223:9
 281:2

opposed  68:9
 110:3,14
 163:25
 200:21
 246:19
 251:20
 258:22

opposing
 11:8

opposition
 9:20 11:18
 14:10,12,
 18,19
 16:9,24
 28:20 30:6
 52:9
 109:9,14,
 19 110:2,
 9,11,16,
 17,21
 111:12,16
 115:24
 137:2
 141:24
 155:9
 156:1
 227:12
 229:15
 240:23
 244:17
 245:14,15
 254:20,22,
 25

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: oppressed..part

oppressed
  245:24

oral  40:2
  200:21

orally  78:13
  184:18

order  36:3
  76:15
  79:19
  94:24
  159:2

ordered
  266:23

orders  75:10

Ordinarily
  23:17

ordinary
  223:19

organization
  32:2

organizational
  246:5

organize
  155:24

organized
  156:19
  221:16
  245:1

organizer
  53:23

organizing
  156:11
  240:21

orient
  192:13

original
  19:22
  28:16
  85:17

originated
  268:3

OSINT  262:10

other's  54:2

out-of-pocket
  223:24

out-of-wedlock
  268:8

outfit  116:4

outlined
  49:1

outrageous
  241:24

outset  28:3

outsourced
  84:10

over-funded
  251:15

overhead
  39:8

overlap  18:2

overlooking
  31:25

oversimplified
  142:2

owe  40:24

owes  45:5,6

owns  83:6

———————————
        P
———————————

p.m.  157:6

pages  219:16

paid  37:17
  38:24
  39:2,13
  40:6 43:16
  54:5 93:23
  99:13
  100:20
  103:18,19,
  21 161:16,
  17 186:17,
  19 219:22
  222:19,21
  225:4,12
  249:15,17
  250:20
  256:23
  257:1
  259:24

paper  37:20
  61:23 68:9
  87:24
  88:2,3,8,
  15 101:11,
  12 150:8
  169:5,6,8,
  11 224:25
  229:3
  234:11

paperwork

37:20

paradox
  269:7

paragraph
  55:11
  97:10
  284:1,11,
  14 285:3
  287:12,13,
  18

paralegal
  83:2,3

parallel
  95:2

parameters
  92:17
  175:25

pardon  39:13
  114:18
  128:14
  132:19
  135:11
  174:23
  177:8
  218:3
  264:4

parents
  130:18
  148:12

part  24:8
  34:11 42:6
  46:5,6,8
  55:6 58:2,
  3 75:5,12,
  13,19

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: partial..payment

76:2,4
77:4 82:9,
10 84:18
86:8,15
87:4 90:7
94:10
110:18
115:25
117:10
123:11
125:18,19
150:21
156:24,25
162:15,17,
20 174:22
207:9
222:4
228:14,15
231:13
236:7
238:17
242:11
246:17
250:17
253:16
254:16
257:20
260:20
261:23,24
264:18
265:2
276:21
284:22
285:23

**partial**
97:16

**participate**

69:23
231:23
283:7

**participated**
266:20

**parties**
29:13
90:24 98:6
204:20
224:13

**partner** 83:5

**Partners**
10:7 41:20

**partnership**
131:25

**parts** 155:25
220:17
262:15

**party** 24:19,
23 25:6,9,
12 86:12
90:1 110:4
130:18
131:5
132:7
137:3
139:15
140:15,18
141:3
145:25
148:11
189:5
239:12,13,
15,17
253:4,6,8

268:7

**party's**
239:10,18

**pass** 68:5

**pass-through**
41:12 68:6

**passed** 56:5
68:20,23
83:5

**passport**
179:15
180:10
187:5

**passports**
69:13,15
179:20
180:8
188:25

**password**
214:6,8,
10,14,19

**passwords**
213:22,25
214:3,4
288:5

**past** 19:5
30:16
51:11 55:3
106:18
107:4,6
112:25
146:24

**path** 73:5
214:18

**patience**
289:21

**pay** 36:16
37:6,18
42:22
43:17 45:6
91:6,10
92:4 93:6,
8 98:16
99:8
101:17
103:3
104:8
118:8
121:18
123:13
196:8
219:21
220:1,2
224:3,22,
23 225:2,9
249:9
250:17
279:24
285:8

**paying** 207:2
220:17
224:12,16,
25 261:3

**payment**
36:16,19,
20 37:5
40:9 41:21
42:20
43:6,9
45:2
99:12,13

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: payments..person

159:18,22
160:6
220:14
288:25

**payments**
36:23,25
37:22
40:10,17
42:1,4,13,
25 98:17
100:18,23
159:2
222:25

**pays** 45:5,8
93:11

**peer** 170:6

**peers** 188:19

**pending**
132:23

**Penn** 203:1
211:11
212:2

**people** 15:19
23:20
25:24
48:24
49:10
50:10,11
53:25
55:23
69:5,6
70:5
71:15,23
73:6,18,23
76:12,16,

17,18,22
83:8 84:16
85:21 86:3
91:18 96:4
104:24
106:16,23
107:2
110:11
112:11
122:20
125:4
130:19
131:4
138:18,21
141:9
144:10,21
146:5
156:12
174:11
178:20,22,
25 181:15
182:6,7,24
183:6
184:4,19,
21 185:18,
20 210:25
213:23
222:8
223:21
224:3,4,
16,19
236:10
237:15,25
240:1
241:25
242:19
243:6,14
245:8,21,

22 246:3
249:11
250:5,9
251:12,17
252:21
254:8,9
257:10,12,
18,19
258:25
263:18
264:11
267:15
269:15
274:4

**People's**
25:3 253:6
285:20

**per-report**
95:12
96:23

**percent**
184:1

**perception**
104:25

**perfectly**
273:19,20

**perform** 15:8
29:18
52:16
252:9

**performed**
13:17,23
14:3,9
16:10
52:11

**performing**
13:6

**period** 37:6,
19 64:11
89:12
127:12

**periodically**
150:18

**peripheral**
281:7

**permanent**
246:9

**perplexed**
280:15,17

**person** 21:22
50:2 69:7
70:16
71:15,16
80:21
81:10
82:21 83:4
102:23
104:23
119:19
129:25
130:1,20
133:7
141:10
145:2,4
147:21
148:8
160:17
162:22
179:4
181:5
182:3

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: person's..point

183:24
184:8,10
185:22,23
192:1
194:12
236:9
242:20,21
282:2

person's
184:9

persona  69:8
178:20

personal
17:7 34:14
84:13
145:23
167:18
219:13

personality
61:9

personally
15:4,5
28:5 38:20
55:5 62:12
89:4
106:12
146:4
187:12
202:22
249:21,22
250:2

persons
218:17

perspective
214:12

persuade
148:5

pertaining
151:9
180:25

Ph.d.   9:9

phase  274:16

Phi  9:6

philanthropic
248:4

phone  80:23
129:25
130:1,3,6
153:19
282:5

phonetic
120:17

photocopied
190:13

physical
78:7 89:19
114:15
154:14

physically
47:16
58:7,8,10
68:1
190:25
194:2,3
196:14
219:15

pick  58:11
68:1

picked  65:16

picture
71:22
72:13
235:10,18

pictured
244:12

piece  69:16

pieces  36:3,
10

Pierre
201:13,15,
23

pillars
239:21

pin  64:3
154:19

pirates
271:7,8

placate
206:14
209:18,19

place  9:2
36:4,10
55:23
56:15
136:18
156:5
188:3
192:18
245:2

places  99:4
262:25

plaintiff
7:15 8:4
53:13

plan  21:12
34:8,9,10
39:11
159:13
210:24
228:17
233:23
252:20

planes
213:14

planned
195:16

playbook
227:25
228:5

playing
136:19

pleased
86:12

plenty
281:12

plugged
202:24

plural   53:14

pocket
241:24

point  36:6
58:23
71:18 72:4
91:16
92:15

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                                      Index: points..presence

127:18
134:3,8
140:8
143:9,23
149:22
178:3,5
187:20,21
188:2
202:18
251:8
273:23
282:3

points   134:7
  178:6

poisoned
  146:22

police
  130:19
  132:1
  145:25
  156:13
  188:23
  239:17,23

policy   9:13
  14:11,20
  31:19
  51:13
  115:20
  116:2
  124:16
  243:10
  249:4

political
  14:10,15,
  20 17:6
  51:13

53:18
104:12
206:3
237:25
239:25
240:5,16,
20 241:2
244:16
248:4

politics
  9:16 73:18

population
  246:8

port   58:7
  61:21

portion
  100:19
  255:13

poses   124:7

positive
  242:17
  243:18

possibly
  96:3
  178:8,9

Post-it
  189:16,19,
  25 190:11

post-putin
  253:2

posture   77:5
  261:19,22

potential
  119:21

232:25

Pour   251:12

pouring
  251:11

power   24:24
  275:19

Powerpoint
  233:21

PR   244:8

practical
  275:13

practicality
  88:10
  275:18

practice
  66:16
  81:25
  151:21,22
  249:7

practices
  82:5 136:7
  277:20,21

pre-contract
  162:11

precautions
  287:14,25
  288:3,4

precise
  220:22

precisely
  61:8
  122:10
  147:25

152:16

predating
  148:19

predict
  91:17

preexisting
  210:17

preliminary
  59:13
  60:7,8
  61:15,19
  62:7,16,21
  63:1
  65:23,25
  66:5,8
  68:12
  149:16
  192:15
  272:21

premature
  144:24

prematurely
  97:14
  144:9,15,
  21

prepared
  227:4

preparing
  44:21

prerogative
  132:9

presence
  159:23
  230:25

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: present..prisoner

232:10

present
  29:14
  32:24
  47:16,20,
  22 54:21
  63:16
  82:20
  106:18
  107:4,6
  152:19,24
  155:20
  156:5
  167:13,14,
  15 169:1
  197:11
  198:5,6
  202:14
  218:18
  228:6
  234:6
  267:18
  285:12

presentation
  173:12,13
  231:5
  232:13
  233:21
  235:18

presentations
  234:9

presented
  27:21
  167:5
  219:18
  268:16

presenting
  203:5

President
  24:24
  115:19
  243:11

President's
  243:9,17

presidential
  112:15

pressure
  240:18,21

prestige
  31:23

presume
  100:17
  119:6
  150:24
  258:6

presumed
  132:6
  161:18

pretend
  78:25

pretty
  105:25

prevent
  91:15
  93:4,21
  145:6
  183:2
  238:11
  243:20

prevented

92:2,10

previous
  13:3 107:8
  158:24
  230:7
  234:1
  243:1

previously
  115:22

price  35:12
  91:11,12
  96:16
  97:11
  121:4
  123:4,7,8,
  12,13
  247:13
  251:8

prices
  121:17
  122:5,6
  123:9

pricing
  152:18,19

Primarily
  241:12

primary
  134:8
  143:9

Prince
  115:9,13

princess
  110:25

principal

134:3
  250:5
  283:12

principally
  9:13 10:4

principals
  283:11

print  164:1

printed
  61:22
  177:15
  190:18,24
  234:10

printouts
  88:6 150:8

prior  20:5
  31:2,14
  38:11
  51:20 57:4
  58:23
  59:17
  62:19
  64:14
  88:23
  112:3
  115:16
  129:20
  142:16
  271:21,23
  273:12

prioritize
  235:22

prioritized
  237:11,14

prisoner

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: private..project

53:19

**private**
  9:17,18
  128:5
  185:7,11

**privy**  153:22

**pro-guo**
  246:16,25

**problem**  33:3
  90:22
  91:21 97:2
  124:16
  152:6
  170:19
  180:5
  192:24
  195:7
  207:12,15

**problematic**
  170:21

**problems**
  71:3 90:18
  180:6
  195:9,19,
  21

**procedural**
  77:5

**procedures**
  195:12

**proceed**  94:5
  173:14

**proceedings**
  290:6

**process**

22:11
86:25
186:1

**produce**
  55:12
  84:17
  205:13
  275:14,21

**produced**
  20:3 71:1
  127:8
  154:21
  169:18
  282:11

**producing**
  66:23
  94:19
  273:14
  275:18

**product**  52:3
  56:7
  61:22,23
  67:19
  93:12
  176:10
  264:16,17
  267:11
  276:21

**production**
  20:2 22:21
  40:16
  169:17

**profession**
  84:12

**professionalis
m**  123:1

**Professor**
  9:14

**professors**
  278:10

**profile**
  27:25

**profit**  7:4,
  16 8:5
  13:13
  28:19
  44:12,14,
  17,19,25
  45:3,9,13,
  16 75:8
  99:21,25
  100:1,2,6,
  10,14,20
  101:3
  104:4
  118:4,9
  124:14
  136:24
  159:15
  160:25
  161:11,12,
  16,20
  188:13
  248:1
  286:1,9
  287:6

**profit-making**
  247:22

**profits**
  38:19,21

39:4,5
40:1 42:5,
20,23
43:3,10,
13,22
44:3,4,9
45:17

**program**
  256:9

**progress**
  55:12,15,
  17,19,20,
  21,25
  56:10,13
  57:4,6,17,
  25 58:18
  59:1,16,24
  60:3 61:17
  65:22
  66:5,7
  127:14
  193:3
  196:1
  197:18
  198:3
  200:18
  272:22
  276:20,22

**project**
  11:24
  12:2,4
  13:12 16:5
  17:2 19:11
  42:3,10
  49:19
  55:19 57:7
  59:19

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC

89:10
116:20,22
117:3
131:16
132:12,14
134:12
144:10
145:9
147:22
150:13
163:19,20,
21 164:17
166:20,23
186:14
205:8
234:21

**Projected**
255:19

**projects**
11:4
12:11,19
13:1,14,23
14:9 16:9
29:3 52:7
84:22
111:19,20
114:25

**promise**
78:9,12
206:13
208:17,21

**promised**
95:9

**promote**
250:1,10

**promoted**

251:8

**promoting**
104:11

**promotional**
261:24

**prompt**
172:11

**promptly**
205:23
206:1

**pronunciation**
155:6

**proof**  59:3

**propaganda**
246:5

**propagandists**
254:10

**properly**
12:17

**properties**
31:21
32:10
121:5
231:21,24

**property**
31:23
34:16
231:14,15,
17 232:8

**proposal**
230:23
232:14
260:16

**propose**
122:9

**proposed**
129:12
130:14
152:25
244:9
253:16
255:11

**proposition**
137:11

**prorated**
94:15

**prosecuted**
239:7

**prosecution**
238:1,14,
24 239:1

**prospective**
11:10
106:19
107:5

**protect**
23:19,20
101:14,25
139:24
144:7
237:25

**protected**
180:14,20
181:1,8,22
182:25
185:24

**protecting**
84:19

**protection**
183:2,17,
23

**protest**
53:23
156:11
245:11

**protesters**
156:18

**protests**
155:24
245:1,10

**prove**  137:20

**provide**
26:24
28:20
29:10,21
30:10
39:23
40:13
68:13,18
76:16,24
80:4 82:4
85:2 107:9
111:15
118:19
119:22
126:10
141:10
218:4,15
219:10,16
220:6
229:6

**provided**
9:23 28:19
30:11 55:3

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: providing..question

66:3 74:20
79:14
81:25
106:10
107:14
108:10
110:13
140:20
142:21
164:17
165:4
178:12
214:17
218:6,7,8
221:24
235:17
274:9
276:8

providing
11:21 29:6
35:3,11
51:8,19
66:16 92:2
141:11
162:24,25

provision
74:25

provisional
156:19

provisions
22:16

provocateur
137:20

Psycho-
political
233:10

public   7:23
31:19
104:23
164:3
181:16
222:1
239:20

publicize
189:8

pull   266:25
276:15

purchasing
30:13
232:8

purpose
23:13
37:23
39:14
101:14
137:13
173:22
196:1
272:2

purposes
14:20 25:4
101:13
179:1
239:25
240:6
246:5

pushback
87:21

pushed
146:5,14,
16

pushing
278:15

put   27:19
48:7 50:4
67:16
68:25 79:1
126:25
137:9
144:9
145:5
147:21
151:2
154:19
156:2
171:1
190:19
197:10
203:14
205:5
221:25
223:6
279:4
288:17

Putin   110:9,
11 146:10
147:1
245:10
252:14,19,
21,22
253:2

Putin's
252:24

putting   58:4
59:5 76:4
89:20
139:21
147:17

162:14
163:24
240:18

Pyratz
271:4,6,9,
10

_____

Q
_____

Qatar   111:8

Qing   212:18

quality
80:17
83:20
112:7
122:23
141:15
144:6
209:24
277:15

quantify
16:18 50:3

quantities
276:15

quantity
204:13
273:8

quarter
186:17

question
8:11,12
21:4,8
28:16
33:1,4
44:16,25

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: questioning..recall

48:9 57:13
61:12
63:23 92:8
98:2
106:21
118:7
126:8,18
128:24,25
130:16
132:23
147:13,14
177:10
183:5
208:12,16,
17 214:15
243:15
252:23
261:15
272:1

**questioning**
205:8

**questions**
8:13
134:14
158:18
282:16
289:23

**quickest**
276:6

**quiet** 205:3

**quit**
220:20,21,
23,24,25
221:2,4,12

**quote** 55:25
61:21

72:11
97:13
176:3
192:12
202:8
247:19

**quote-unquote**
45:3
184:20

**quoted**
247:14

**quotes** 70:15
103:2

**quoting**
274:10

——————————
————— **R** —————
——————————

**rail** 212:1

**raise** 105:3

**raised** 30:20
85:21
136:13
174:14

**rallying**
240:22

**ramp** 276:3

**ran** 179:21

**range** 25:10

**rapid** 177:2
275:14

**rapidly**
94:12

**rate** 95:14
96:18

**rats** 271:9

**raw** 56:4
57:11
61:20 62:2
64:18 66:9
67:12,18
69:18
71:7,9
72:19 80:7
85:22 88:9

**re-liking**
250:7

**re-met** 117:9

**re-tweeting**
250:7

**reaction**
158:13
173:11

**read** 18:14
21:6,9
47:12
54:10
85:11 87:3
126:7
147:11
264:4,5
284:9

**reading**
132:19
151:25

**ready** 166:19

**real** 30:13,

16 31:13
69:4 96:4
119:15
141:22
155:21
178:22,25
231:12

**realized**
86:19
158:9

**reason** 90:6
133:13
136:8
141:17
142:24
149:1,6
177:22
184:23
207:16
263:2
265:20

**reasonable**
199:4

**reasons**
76:25
100:18
129:5
176:6
239:6
242:23
275:15

**recall** 10:21
22:19
23:11 24:8
27:19
29:24,25

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: receipt..recruited

| | | | |
|---|---|---|---|
| 30:1 32:17 | 285:11 | **recognize** | 181:8 |
| 33:9 34:12 | | 18:17,19 | 183:17 |
| 35:24 37:9 | **receipt** | 46:14 | 196:20,24 |
| 41:20 43:8 | 226:22 | 105:16,21 | 270:13,14, |
| 57:2,15 | **receive** 45:9 | 106:4 | 17 281:4 |
| 62:6 63:12 | 75:8 118:3 | 113:7 | 289:24 |
| 64:16 70:3 | 165:3 | 116:10 | 290:3 |
| 74:25 | 194:24 | 164:13 | |
| 94:15 | 237:7 | 212:20 | **records** |
| 107:19 | | 213:5 | 40:16 41:2 |
| 108:21 | **received** | 215:3 | 43:7 |
| 109:7 | 42:19 43:2 | 226:5 | 180:13,15, |
| 122:1,10 | 99:17 | 229:25 | 20,24,25 |
| 123:12 | 100:21,24 | 233:17 | 182:25 |
| 128:14 | 160:25 | 259:6 | 183:2,23 |
| 131:7 | 165:6 | 264:2 | 185:24 |
| 143:10 | 166:7 | 267:7 | 199:9,13, |
| 153:4,25 | 193:17,19 | 270:25 | 15 289:15 |
| 162:7 | 194:5 | 271:2,3 | |
| 164:23 | 237:6,9 | 282:25 | **records-** |
| 165:22,25 | | 284:2 | **protected** |
| 169:13 | **receiving** | | 181:17 |
| 173:19 | 43:8 | **recollection** | 182:4,10 |
| 174:9 | 176:23 | 123:3 | 184:2,5, |
| 186:10 | 177:13 | 150:9 | 10,15,20 |
| 192:18 | | | 218:17 |
| 197:25 | **recent** 110:8 | **recommending** | 260:8 |
| 198:2,8, | **recently** | 233:23 | |
| 10,16 | 169:19 | | **recover** |
| 199:11 | | **reconcile** | 238:10 |
| 201:2,7,25 | **reception** | 206:5 | |
| 203:1,7 | 10:22 | | **recovering** |
| 204:1,18 | **recess** 74:8 | **record** 7:2 | 248:7 |
| 225:14 | 105:9 | 43:21 | **recovery** |
| 232:20,23 | 157:5 | 74:6,9 | 238:2,14, |
| 235:21,23 | 196:22 | 77:21 | 17,19 |
| 245:12 | 270:16 | 104:23 | 248:1 |
| 258:3 | | 105:6,7,10 | |
| | **recitation** | 130:11 | **recruited** |
| | 248:23 | 132:21 | 55:22 |
| | | 157:3,7 | 56:14 |

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: red..remember

red  174:14
  183:11

Redemption
  179:4

redirect
  289:22

reduce
  240:20

redundant
  118:2

refer  70:15
  97:10,11
  150:17
  152:2
  170:5

reference
  255:14
  277:3,11

referenced
  55:9
  236:14

referral
  117:21

referred
  21:8 48:1,
  10 49:13
  50:17
  248:21
  284:13

referring
  41:10
  46:19 53:3
  65:20
  119:12,13

140:16
158:25

refers  48:18
  144:12
  252:19

refocusing
  69:24

refreshes
  129:16

refuse
  77:12,25

refusing
  225:2

regained
  133:18

regard
  246:15

regime  25:1
  110:9
  137:6,14
  156:5,10
  228:1
  242:23
  252:24
  254:9,11,
  12

region
  245:4,19

regular
  127:8
  181:19
  247:9

reintroduced
  116:24

related
  25:11 42:2
  45:25
  124:15
  139:19
  172:15,16
  181:11
  268:10

relating
  11:7 31:19

relation
  147:23

relations
  177:18

relationship
  34:18
  72:20
  117:14,16,
  18 134:10
  148:7
  185:8
  191:19
  220:8,10

relationships
  268:6
  269:22

relatives
  25:9

relay  217:19

relayed
  219:11

release
  144:8,18,
  20,24

released
  145:12
  238:8

releases
  145:1

releasing
  144:15

relevant
  115:10

remain  144:6
  243:24

remainder
  51:17

remained
  159:12

remember
  23:21
  30:20
  32:19 43:7
  92:18
  105:4
  113:18
  115:18
  122:5
  123:6
  131:9
  137:23
  146:24
  150:10
  152:16
  153:21,23
  154:3,5,22
  166:12
  167:14
  172:6,7

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: remind..rerouting

179:3,17
186:6
194:2
198:15
199:20
203:4,17
232:19,22
258:4,7
266:4

**remind** 74:11

**Repeat** 21:4
65:5
106:21

**rephrase**
90:13

**replace**
97:15
237:17
252:25

**reply** 184:8

**report**
55:13,16
56:2,10,13
57:4,6,10,
17,25
58:18
59:2,13,
16,24
60:3,7,8,
20 61:15,
17,19,22
62:7,16,21
63:2 64:5,
9,14 65:8,
18,20,22,
23,24

66:1,5,6,
11,13
67:6,14,16
68:4 70:22
71:7,17
72:22
96:9,17,20
97:1,8,13,
16 101:24
141:14
180:4
197:7,12,
16,22
198:3,12,
13 200:3,
10,14,19
201:4
212:17,25
213:1
263:24
265:14
266:11,20,
22 272:23
276:20,22

**reported**
174:10
212:14

**reporter** 7:8
8:12,15
21:9 98:18
107:23
117:6
146:19

**reporting**
72:11,12

**reports**
55:8,17,

20,25
56:8,20
60:4 66:2,
3,7,8,11,
24 67:2,5,
9,11,21
68:12,15
69:24
70:15,18,
23 72:16
92:3 93:5,
22 94:20
95:19
96:8,14,22
97:12
105:1
127:7,13,
14,15
176:3
196:1
197:1,14,
18 200:25
216:10
217:24
218:3,4,9
236:21,22
266:14
272:12,19,
22

**represent**
8:4 244:23
262:6

**representation**
24:3 63:12
285:12

**representations** 284:19

**representative**
38:11

**representing**
183:9
216:6
281:18

**Republic**
25:3 253:7
285:21

**request**
25:16 77:6
167:16
168:1
251:10
252:10
289:13

**requested**
35:7,8
36:12
167:10,12
236:21
289:10

**requesting**
195:24

**requests**
35:18

**required**
207:13

**requirements**
58:6

**requiring**
85:1

**rerouting**
39:14

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: research..respect

**research**
9:13,21
14:10,12,
17,25
15:1,9,17,
22 16:9,24
17:17 18:6
19:1,23
22:24
25:16
27:24
28:21
29:7,11,
15,16,17,
18,22
30:5,6,9
32:15
33:16,18,
20,22 34:7
35:12
37:14
38:17
39:2,19,21
40:7,12
41:8,13,22
43:3,22
45:23
46:11,18
48:1,10
49:4,5,19
50:16
51:8,19
52:9,11,
13,14,19,
22 53:1,9
55:2,10
56:9 57:5
60:6,9

61:20
64:9,14
65:24
66:6,11,
13,17,22
67:8 70:4,
22 71:7,
19,22
72:15
73:3,17
75:10
76:14,16,
18,23
79:23
82:10,15,
24 83:17
85:17 87:4
89:10
90:24 91:7
92:3 94:11
99:1 100:7
108:15
111:19
114:1,6,21
121:9
122:23
124:10
131:2
136:10
141:25
142:1,18
144:17,19
145:11
150:22
156:8,23
157:11,20
162:1
163:10,23

164:17
170:22
171:11
180:22
184:7
186:1
188:17
189:1,7
192:13,21,
25 195:8
196:4
202:25
207:12
219:19,20,
22 222:3
223:22
229:15
234:23,24
237:19
252:8,9
253:14,23
254:16
260:16,17
261:4
264:17,19,
20,24
265:2,9
273:6
287:14,25
288:11

**researched**
48:25
71:24
79:22
265:20,25

**researchers**
57:11 71:8

202:10
256:20
268:10
269:22

**researching**
50:10
89:25
145:2
182:8
192:15
288:10

**reside**  81:20

**residence**
21:23 22:7
63:15
168:25
169:9
188:3
203:9
204:22
230:18
285:18

**residing**
167:22

**residual**
44:2

**resolve**
272:25
273:16,24

**resources**
15:9 29:1
111:5
141:8
224:7

**respect**

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC

J. Michael Waller on 02/08/2019                    Index: respond..running

39:25
40:17
77:16
146:15
235:16
261:1,7

**respond**  8:11

**response**
100:5
103:4
119:2
121:22
126:16,17,
18,19,20
134:16
141:13
158:13
167:25
217:16
251:10
272:8,9

**restaurant**
201:23
203:2
212:2,10

**restricted**
218:16

**restrictions**
263:13

**results**
167:6
205:13,16
238:5
275:14,18,
22

**retain**
150:14

**retained**
86:5,14
191:7
260:13

**retainer**
136:8,9

**retaining**
42:15,16

**retrospect**
196:7

**return**
126:12
272:3

**returned**
289:11

**returning**
58:11

**reveal**
279:10,11

**revenue**  39:5

**revenues**
45:18

**reversal**
289:12,17

**reverse**
288:25

**review**
177:13
211:17
213:10

**reviewed**

177:21
203:18
212:25
215:14

**reviewing**
18:13

**revising**
150:3

**rich**  163:19
239:14,15

**right-hand**
53:5
189:14
226:7

**rigorous**
91:20

**riot**  156:13

**ripped**  59:3,
4

**rips**
104:15,24

**risk**  131:16
140:9

**risks**  89:16

**Roberta**  7:8

**Rockefeller**
121:5
231:21

**rocks**  53:20

**role**  67:20
70:21

**room**  23:2,3
63:18

204:23,24
205:10

**roots**  246:17

**roughly**
16:17 22:2
36:15
55:18
102:16
110:7
143:13
177:2
198:1
200:10,11
217:23
218:10
275:5
277:1

**round**  72:8

**route**  37:23
99:4,14
159:2,5,18
160:6

**RP**  185:24

**RPS**  219:10

**rule**  253:6

**rules**  8:10

**run**  83:6,19
89:13
115:9
181:25
185:22
251:9

**running**
46:1,6,8

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: Russ..scrolled

223:20
241:23

**Russ** 7:20

**Russell**
182:20

**Russia**
110:23
245:20,22
246:4,10,
14,22,24
251:23
252:13,20
253:3

**Russian**
108:6,8
109:9,14,
18 110:2,
3,16,21
111:12,16
115:23
242:4
244:16,25
245:14
246:11
251:25
252:8,19
254:20,21

**Russians**
146:25

─────────

**S**

─────────

**S-T-A-R-O-V-O-**
**I-T-O-V-A**
146:21

**S-U-E-N** 70:9

**sake** 84:19

**salary**
148:21
149:4

**sanctuary**
137:1

**sat** 212:3

**Satellites**
262:11

**satisfaction**
273:22

**satisfactory**
98:19

**satisfied**
167:6
207:2

**satisfy**
79:20
94:24
102:12

**Saudi** 111:4,
7

**save** 23:13
149:22
261:11,14

**saved**
150:15,19

**SB** 119:2,5

**scale** 233:5

**scattered**
262:5

**schedule**
127:8

**Schmidt** 7:17
10:2 17:23
19:17,20
20:4,19,23
21:2 29:8
31:8 32:20
33:1,6
34:4
35:14,17
38:7
40:18,23
52:5 56:11
61:3 75:17
76:10
77:15,20
78:22
79:5,25
81:14 84:6
90:2,13,20
94:22
95:13
96:10
106:12
110:5
114:20
132:13
137:15
150:23
164:12
175:8
177:9
187:18
189:13
193:5,14
196:5
197:9
200:20
206:21

**school** 9:10,
16

**scope** 15:7
23:9,10
38:12,13
90:25
121:4
122:7
123:14
126:11
127:19,23
136:5
176:7
257:7

**scrapped**
229:17

**scratch** 29:2

**screen** 212:8

**screenshot**
169:25
172:1
195:13

**screenshots**
168:13,17,
18 169:2,
24 172:2,
14,21,25

**scrolled**
212:7

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: search..services

search   183:7

seat   87:16

secede   110:1

secondhand
  131:1
  154:4

secret   132:1
  145:25
  183:10
  188:23
  234:16
  239:17,23

section
  79:12
  89:3,7

sector
  185:7,11

secure   80:25
  81:2,5,12
  213:15

security
  34:14,20
  35:1 45:25
  58:6 82:8
  91:21 99:9
  123:1
  128:25
  129:4
  131:16
  132:2
  159:22
  167:22
  168:14
  169:8
  173:2,24

184:22
185:13
221:23
256:1
267:13
269:16,25
275:22

seeking
  196:16

seldom
  275:13

semipermanent
  246:9

semipublic
  181:18

Senate   10:10
  17:8

senator
  10:11,17
  137:24

send   45:2
  62:22
  63:2,3,4
  86:2
  101:18
  161:3
  249:25

sender   289:9

Sending
  159:7

senior
  130:18
  145:24

sense   65:12

68:10
87:23
92:23
134:24
138:24
139:5
142:3
186:17
288:16,17

sensed
  134:17,22

sensitive
  63:20

sentence
  274:24

separate
  18:3

separately
  69:18
  159:24

series   214:9
  249:18

serve   54:7

served
  103:11,13,
  15 150:19

server   81:20
  167:18,23,
  24 168:14,
  16 170:1,
  2,3,6,18,
  19 171:1,
  4,23
  195:14

serves
  149:15
  194:1

service   9:23
  11:22 13:6
  26:24
  28:18
  29:11
  35:4,9
  55:3 81:1
  99:6
  142:21
  151:17
  163:23
  183:10
  199:23
  253:18
  261:11

serviced
  13:1

services
  30:3,12
  32:5,6,13
  34:1,23
  37:3 40:6
  73:7
  106:10
  108:11,12,
  13 110:12,
  14 111:15
  112:7,8,10
  119:21
  125:5
  162:24,25
  227:15
  229:7,12
  263:16

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: serving..signed

285:8

**serving**
 54:24

**set**  28:21
 31:18 32:1
 39:18 49:3
 54:6 60:9
 82:19,23
 98:24
 114:2
 121:9
 125:19
 135:7,13
 156:3,20
 175:25
 224:23
 272:2
 273:8
 277:16
 279:18

**sets**  83:9

**setting**
 55:21
 127:16
 198:19
 260:19

**settled**
 123:13
 159:12

**setup**  58:2
 197:19

**sever**  220:9

**severance**
 219:23

**severed**

220:7

**shaking**
 208:13

**shape**  47:23

**shapes**
 262:5,8

**share**  45:9
 75:3

**shared**  74:22
 267:12,13

**Shawshank**
 179:4

**Shchekochikhin**
 146:22

**she'll**  17:12

**Sherry-
netherlands**
 201:20,21

**short**  74:8
 105:9
 196:15,18,
 22 270:16

**short-term**
 56:8 71:19

**shortly**
 164:23,24

**shot**  172:7

**show**  135:6
 168:17
 169:11,20
 170:3
 202:24
 214:18

230:12
 262:19
 272:13,23

**showed**  46:24
 47:3
 154:13
 168:18
 171:23
 172:2
 219:14
 234:1
 273:12

**showing**
 125:17
 135:7
 168:15
 170:1
 231:23
 233:23
 267:11
 273:22
 276:18

**shown**  31:13

**shows**  104:23
 155:20
 214:6,7

**shut**  171:3

**side**  89:15,
 17 140:4
 246:1

**sight**  121:8

**SIGINT**
 262:10

**sign**
 128:19,23

129:4,10
 130:14
 133:8
 140:11

**Signal**  81:1,
 5,11,21
 95:4
 116:8,11
 128:12
 130:7,9
 135:23
 144:3
 150:15,21
 151:12
 200:13,17
 201:1,5
 215:21
 217:15
 218:23
 219:1,2
 271:11
 282:9

**Signals**
 262:10

**signed**  46:20
 47:5,9,17,
 21 57:22
 58:1 62:5
 75:25 98:8
 109:6
 113:24
 157:21
 158:16
 161:6
 164:24,25
 176:4
 186:8

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: signer..speak

275:9
289:18

**signer**
129:18

**significantly**
257:2

**signing**
36:12
100:8,9
129:2
130:23
133:10
159:16
197:20
199:6

**similar**  19:4
52:7,8
82:18
84:21
136:3

**simple**  59:22

**simply**  55:20
56:4  57:6
61:19
64:5,20
67:18  68:6
88:15
122:7
148:2
178:20
196:8
198:3
199:10
200:17
248:4

**single**  50:10
183:24
247:9

**sit**  204:23

**sit-down**
23:2

**sitting**  19:8
77:12,25
153:24
204:18
237:1
289:16

**situated**
204:20

**situation**
59:11

**size**  251:6
256:12

**skill**  82:19,
23  83:8

**skills**  73:23

**skin**  125:9

**slave**  53:20

**slow**  110:5
224:11

**small**  34:11
96:17
200:5
219:22
233:4
243:13
251:6

**smaller**  39:8

251:4

**smirking**
101:19

**smooth**  89:22

**so-and-so@
yahoo.com**
214:8

**soaked**
125:10

**social**  33:22
52:22
164:1
240:11
241:25
253:11
254:1,14
267:13
269:16,24
276:17

**societies**
245:20

**sole**  217:8
283:19

**solid**  139:9

**solutions**
71:3

**someone's**
187:23

**sophisticated**
278:17

**sort**  14:25
32:22
50:24
51:19

151:16
156:19
172:17
187:15
205:11
208:15
227:24
239:14
252:21

**sorts**  268:2

**sound**  165:1

**sounds**  21:21
73:11
155:4
211:13

**Source**
261:18,21
262:9

**sources**
144:7
181:21

**South**  9:2

**Soviet**  110:3

**speak**  54:8
55:4  73:9
75:25
78:25
85:7,9,23
102:23
128:11
130:6
160:10
170:2
187:11
247:1

284:25

**speaking**
27:2,21
43:18
75:16
103:25
164:15
187:12
198:1

**speaks**  54:9
160:1

**spec**  220:16

**special**
11:19 77:9
114:25

**specialists**
256:14

**specific**
27:22
35:20
37:25
56:17 57:2
186:15
187:14
188:24
248:11

**specifically**
23:11
36:22 37:9
38:1 68:17
142:6

**speculate**
175:9

**speech**
118:25

124:4

**speed**  205:15

**spelled**  60:1
69:4
126:15
136:3
248:11
271:7

**spelling**
108:1

**spent**  43:25
53:19
203:21

**spirit**  283:2

**split**  16:15
23:2
38:18,21
39:25
43:23 44:4
45:13,19

**splitting**
42:5,20,23
43:3,9,13
45:17

**spoke**  26:25
124:13
130:3
159:23
163:3,9

**spoken**  54:13

**spokesman**
227:11

**spoofed**
89:15

**spy**  101:15

**Square**  53:22

**stack**  282:17

**staff**  29:1
114:15

**staffer**
10:10,12,
16

**stage**  60:21

**stages**
128:16

**stamped**
105:14
113:6
226:3
229:24
230:3
233:11
255:7
259:4
263:21
267:5
270:22

**stand**  98:9
222:18

**standard**
19:1
66:16,20
82:8 94:11
122:20
195:9,15
262:3

**standards**
81:25

82:5,9
136:20

**standby**
177:4

**stared**
205:12

**Starovoitova**
146:18

**start**  10:23
26:19
33:15 36:9
42:1,9
67:14
93:15 95:4
166:17
186:13
187:9,19
206:19,25
207:12
267:9
271:16
273:14
277:2,6

**start-up**
36:2 42:6
126:22
255:24
256:1,4
274:16

**started**  8:10
11:16 12:3
56:22
60:21
187:22
216:8
273:9

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019                    Index: starting..Strategic

starting
  28:24 29:2
  34:6 36:5,
  11 42:3,10
  84:24
  93:14
  109:20,24
  126:2
  187:20
  188:2
  209:8
  272:2,9
  273:2

state  7:24
  35:1 89:11
  109:3
  132:2
  181:3

state-of-the-
art  82:12

state-owned
  167:19

stated
  100:18
  230:23

statement
  13:20
  98:11
  175:5
  186:20

statements
  39:22,24
  41:4

States
  16:13,14,
  21 23:7

28:23,24
34:24
124:8
136:25
137:9
138:15
168:3
174:24
175:1,15
177:5
182:24
183:4
211:7
239:3
240:12
260:11
263:12
269:15

Station
  203:1
  211:11
  212:2

stature
  250:15

status  56:13
  57:7,10
  58:3 59:5,
  10,11,19
  60:8 67:6
  198:3,19
  200:19
  201:4

stay  240:1

stayed
  203:21

Steve  119:6

123:25
124:3,5,
10,13

stick  57:10
  171:25

sticking
  277:21

sticks  56:24

stipulated
  62:1

stock  19:9

stolen
  238:20

stomped
  205:10

stop  97:14,
  19 103:22
  133:18
  143:8
  152:13
  219:6
  222:13
  253:1

stopped
  103:20
  133:12
  174:16

stopping
  72:3

storefront
  16:1

story  243:7

straight

56:6 68:23
99:2
158:21

strange
  49:20,22
  50:1

Strategic
  7:5,18
  10:25
  11:16
  12:2,5,20
  13:2,7,14,
  23 14:4
  15:14,24
  16:5 19:1,
  9,13
  26:18,23
  27:1,6,9,
  16,18
  28:5,17
  29:20
  31:4,5
  32:4,13
  35:2,8
  36:6 37:3,
  13 38:4,
  16,25
  40:10,16
  41:7 43:2,
  9,19,23
  44:1,17
  45:2,12,15
  51:7,10,16
  52:7,12,15
  53:4 55:2,
  4 72:21
  74:15

75:3,8,12,
13,16,23
76:2,7
78:20,23,
25 82:7
90:5,19
92:2,10
93:20
95:11
99:3,18
101:2
106:8,17,
24 107:7,
10 108:10,
16 109:1
112:8
117:15,24
118:5
129:3,6
145:17
157:10
158:22
166:1,6
171:11
173:15
174:7
183:3
187:8,11
188:19
189:7,11
196:25
220:2
227:24
228:2
229:6,11,
20 249:19
260:11
261:10

263:2
264:15
274:9
276:14
282:21
283:5,11,
17,19
284:6,17,
19,21,22,
25 285:4,
5,8 286:7
287:16
288:25
289:8

street   121:7

streets
245:9

strict   203:8

strike   26:19
96:20
161:9
229:10
286:7

string   151:7

structure
96:16,18
97:11

struggle
54:17,19

student
53:22
155:10,24

stuff   71:8
125:20
139:9

250:8
269:17
276:17

subcontracted
76:9

subject
48:10
50:14,19
180:16
250:20
263:12,20

subjects
16:19 48:1
145:11
254:4
265:24

submit   67:12
101:12

submitted
282:21
283:4

subsequent
26:2 35:20
47:1
100:18
171:24
206:14
232:5
256:17,19

subsequently
23:12
165:21
173:15
233:25
270:6

substance
14:8
163:15

substantial
273:7

succeed
156:10

successively
194:19

Suen   70:8
164:7
169:21
235:9

Suen's
167:17
173:2
174:8

sufficient
122:23

suggest
126:23

suggested
92:21
117:8

suit   228:24
234:22
277:20

suite   227:15

suits   247:2

sum   36:7,8
39:8 257:1

summary
71:7,9

super    118:1
  239:14

supervise
  29:16

supervising
  62:14
  82:21  84:1

supplemental
  282:20
  283:3

support
  11:18
  221:18
  240:12

supporters
  241:18
  254:10

suppose    24:2

supposed
  25:15
  102:8
  140:3
  272:20

supposedly
  34:11

surprise
  160:23

surprised
  215:23

surrogate
  129:1,4

suspect
  137:18

suspected
  178:19,24
  180:9
  219:24
  221:20
  222:4

suspicion
  188:21

SV    283:11

SV267    267:7

SV269    261:21

SV385
  233:11,16

SV402
  233:11,16

SV68    132:21

SV69    132:17

SV70    139:11

SV72    144:4

SV80    230:3

SVUS000077
  226:3

SVUS00262
  259:4

SVUS260
  255:7

SVUS263
  259:16

SVUS265
  260:2

SVUS267
  267:5,18

SVUS268
  268:1

SVUS278
  263:21

SVUS62
  118:11

SVUS80
  229:24

swarming
  249:4

swearing
  7:12

switching
  113:9

sworn    7:23

symbiosis
  239:14

symbols
  262:5

sympathy
  244:5

synergies
  245:21

synergy
  141:7

synthesis
  72:22
  253:11

synthesized
  57:12

synthesizing
  72:15,17,
  18

system
  181:24
  184:9
  185:21
  195:11
  234:16

─────────

T

─────────

tactics
  248:25
  249:5

tail    219:13

tailored
  66:18
  125:10

takeaway
  232:12

takeaways
  230:10

takes    56:16
  72:7  82:19
  89:17
  174:3
  195:10,23
  275:23
  276:3

taking    38:4,
  5  44:22
  138:5

talent    15:13

talk    12:14
  16:6  26:9
  49:21
  52:24  55:8

57:23 79:3
88:18
90:23
106:15,22
125:14,23
129:8
134:1,2,11
142:10
143:7
150:20
152:3
153:18
166:22
167:9
185:18
201:10
217:13
277:12

**talked**  11:3,
24 26:2
68:16
78:24
100:13
117:7
119:2
126:2
162:8
204:24
231:19
258:6
277:4

**talking**  8:14
11:16 12:3
23:24
27:13 53:4
64:25 96:5
100:12

104:1
123:24
124:22,24
127:18
128:21
133:19
134:21
139:17
145:20
146:2
147:10
152:11
153:6,11,
16 154:5
156:7
161:21
203:11
204:9
215:7
216:18
223:21
224:15
225:5
252:17
258:4
259:18
273:16
276:10,12,
17 277:8
278:22

**talks**  130:9

**tank**  48:19,
21 49:12
50:18 97:4

**target**  50:20
71:25
170:13

213:23
254:4
268:11
276:19

**targeted**
164:18

**targets**
64:23
69:13
71:11
202:11
222:3,9
235:1,5,19
269:23
278:20

**task**  56:23
58:5

**tax**  269:16

**team**  27:22
29:15,16,
17 42:2,
15,16
52:21
55:21
56:6,21,22
58:4
61:20,25
62:14
67:17,23,
24 68:20
69:17,25
72:1,7,17
75:14,19,
20 76:5,
12,25
77:1,8,11,

13,16,19,
23 78:4,5,
9,18,21
79:4,9
80:1,2,4,
17,18
82:15
83:14,24
84:9 85:18
86:8,15,17
93:17 94:7
95:1,2,8
96:2
122:22
131:20,23
146:16,18
151:9,12
155:21
156:6
166:16,19,
22 167:2
168:8,9,12
174:10,14,
15,19,25
175:4,12
176:14,17,
19 177:3
178:7,14,
15,24
179:9,19,
21,22
180:23
185:25
186:3,8
191:8
192:7,9,
13,20
193:10,18,

25 194:5,
16,22,25
195:6
198:19
208:23
210:22
211:3,20
213:18,24
218:2,4
219:5,7
220:4,12,
13,18,20,
23,24
221:2,4,9,
22 222:10,
13,19
224:5,8,
10,17
245:13
247:17
255:12,14,
17 256:11
257:1,17
258:9,11,
23 260:5,
6,18,19,
23,25
261:24
262:1
263:3,5
267:11
268:4,13
272:5
275:13,25
276:18,25
277:3,5,6,
8,13
278:23

279:12,14,
21,24
284:22
287:21,22,
23 288:2,
22

teamed   38:8

teams   12:18
15:6 27:23
28:21
36:3,10
45:23 55:7
72:19
83:23
84:18
174:13,18
222:2,7,
10,12
223:7
247:10
260:16
275:17

tear   189:4

technical
204:15
288:16

techniques
224:9

technology
204:15

telephone
160:15,16

telephonically
47:19,20

telling

57:15
100:6
173:21
224:5
237:1

tells   170:12

ten   33:15
34:7 49:2
50:6 94:18
95:20
175:13
235:1,5
256:20

tens   224:18
225:6

tentatively
32:2

term   43:14
48:5,6,7
49:14
50:15
180:24
280:20

terminated
97:16

terminating
45:7

termination
103:8

terminology
51:4

terms   26:23
29:6
32:15,18

35:3,14,17
36:20
37:12,15,
16 38:3,4
45:16,18
50:1,22
51:11,15
52:9 56:8
66:16
67:13
68:8,19
69:21
70:18
72:20
88:9,13
112:7
120:18
142:2,21
144:17
149:16
150:2
151:21
162:23
170:21
187:16
192:24
248:7
256:12
280:23
288:5

Teske   7:19
18:8
196:18
281:2,16,
18 282:13

test   167:5,
9,10 168:4

235:7,13

**testifies**
7:24

**testimony**
8:13
206:24

**tests** 138:17

**Texas** 77:8,
11 179:23
180:10

**text** 47:12,
13 80:25
81:2 95:4
116:8
118:12
120:18
123:16
137:21
215:21

**text-like**
282:10

**texts** 274:6

**thanked**
162:14

**thereabouts**
211:15

**thing** 59:1
91:23
101:20
133:3
139:8
155:1,17
163:14
170:12

180:11
184:11
216:17
231:9
244:7
258:22
284:10

**things** 23:6,
18 25:11
30:7 33:12
38:1 44:2
56:14
59:10 60:4
63:21 71:2
74:1 84:8
94:2,16
97:4,20
110:22
121:1,19
124:6
125:2,22
126:17
135:18,20
146:6
148:4
152:7
153:18
163:5
164:2
171:17
177:17
232:15
241:24
242:17
243:16
255:25
263:9

**thinker**
121:12

**thinking**
153:21
251:11

**thinks**
196:12
269:4

**third-party**
281:19

**thought**
24:21
26:13
49:22
50:23
94:14
132:11
135:3
137:16
158:15
167:2
178:1
196:7
204:12
207:7
208:11
221:15
228:23
263:5
268:23
269:13,19
270:9

**thousand**
259:20

**thousands**
224:18

**thread**
116:9,11
123:21
124:3
155:1

**threat** 124:7

**threats**
240:16

**three-year**
34:8,9
230:12

**threw** 23:14

**throw** 150:3,
5 173:23

**throwing**
262:22

**thumb** 56:5
192:10
216:11

**Tiananmen**
53:22

**tie** 125:3

**tied** 110:4,
6 240:17

**tight** 76:13

**time** 7:6
8:16 12:7
24:14
25:14,23
26:10
30:25 33:7
35:21
37:18
42:19,22

43:1,21
48:25
89:12
91:17
93:13
95:10
102:18
103:2
111:19,21
121:10,15
123:4,5,25
128:4
129:23
132:20
137:17
140:14
141:12
144:18
155:4
157:10
158:8
163:2,14
174:1
183:12
191:22,23,
24 192:1
195:2,10
197:4,11
199:12
200:2
201:12
203:4,16
205:19
207:17
213:16
215:14
216:13
217:9

220:19
222:9
223:11
228:22
232:7
233:9
234:2
262:20
271:23
275:23
276:3,24
280:8,9,
18,24
281:12
289:21
290:2

time-consuming
56:23
60:17

timeframe
196:16

timeline
230:12

times  50:6,
14 60:15
64:4 84:11
104:9
175:3,11,
13 192:1
194:21
197:5,6
274:2
278:9

tipped
183:22

titled

227:8,14

today  8:19
18:21 19:8
24:2
77:12,25
118:25
149:21
152:6
153:24
237:1
244:15
281:18,23
282:3,7
289:16,21

today's  7:5
290:2

token  232:19

Tokyo  119:8,
11,14
123:21

told  23:4,6
24:16
25:17,20,
21,22
26:21
56:16,17
58:15,16
71:9 72:18
104:8
107:1
110:12
112:12
130:16
131:17
132:3,22
133:18

135:22
149:2,6
153:3,12
160:21
161:10
171:17
174:5
180:22
182:16
183:13,15
184:16
188:15
190:22
191:15
194:14
195:12
205:2,15
211:19,22
216:4
218:21
220:15
221:9
222:17
235:5
274:20
287:23
288:22

top  70:4
75:23
95:17
153:8
178:5
190:12
226:7
244:12
245:4
265:17
266:7

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: top-quality..trust

top-quality
  122:19

topple
  227:25

toppled
  156:5

toppling
  137:14

total  14:3
  50:12
  95:19
  236:12

totalitarian
  227:10
  228:1

totally  92:2

touch  116:21
  163:16
  276:24

tout  111:5
  112:2,5

Tower  125:20
  135:12

traceable
  199:20

track  71:11

tracking
  33:20
  52:18,20
  66:21
  96:14
  140:5

Tracks  65:2

211:12

Trade  167:21

traders
  246:4,14

trading
  246:17,21

tradition
  209:13

trail  37:20
  101:11,12
  225:1

train  199:18
  226:22

tranche
  208:22
  210:3
  261:4

transactions
  41:3

transcript
  40:22
  175:6

transfer
  100:25

transferred
  41:6,24

transfers
  99:6

transform
  245:18

translate
  85:4

translated
  274:3

translation
  84:23 85:1
  86:14
  186:22

translations
  85:20

translator
  148:3

translators
  85:14

transliteratio
n  178:19

transliteratio
ns  178:17

transmitted
  88:16

transmitting
  87:22
  88:13

trap  287:16
  288:7,11,
  12

travel  45:23
  199:8,13,
  15,19
  210:24
  219:12
  223:12
  224:1

traveled
  17:12
  53:25

traveling
  58:10
  72:3,4
  211:22

Treasury
  31:24
  121:7
  231:18

treated
  74:21

tree  10:6
  41:20,21
  268:2

trees  236:11

trial  84:14

trip  72:9

trolling
  249:2

trouble
  71:20

true  224:5

Trump  112:15
  118:24
  241:13,14,
  18,20,23
  242:5
  248:19

trust  12:23
  63:19,21
  83:10
  84:13,16
  124:19
  130:17
  132:8

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: trusted..understand

133:3,14,
18 138:17,
20,22
141:16
147:18,20
191:14,19
192:5
206:12
278:20

trusted
132:7
133:7
139:4
140:14
162:21
191:20

trusting
80:1
133:6,12
139:1
192:2

Turkey   111:9

turn   74:18
118:11
253:9
263:23

turned
195:25

turning
118:23
120:6
124:18
139:11
148:14
215:17
234:15

267:25
272:24
274:19

tweet   250:20

Tweets
241:14

Twitter
243:12,16
250:10,14

type   12:18
27:24
33:25
52:16 56:2
59:12
66:11
71:22
91:17
139:4
143:4
146:8
148:7
183:7
185:8
250:17
264:19
275:20

types   33:16
34:7
142:15
146:12
256:13

typically
247:4
250:19

—————————————

U

—————————————

U.S.   10:11
11:19,20,
22 31:24
73:1,7
76:8 121:7
171:20
175:22,24
180:16,19
181:2
182:6
241:11
243:23
263:16

U.s.-based
248:17
249:6

Ukraine
109:25

ultimately
92:25
125:5
145:10

Um-hum   126:4
251:2
277:25

unarmed
156:12

uncorrupted
165:15

understand
31:1 41:1
42:12
43:20

55:15 57:1
58:14 60:5
79:2 87:2
89:21
90:14
93:18 98:7
99:15
117:1
120:10
126:5,14
129:2
130:12
134:20,24
142:20,23
145:10,18
148:18
170:16,25
176:19
192:14
202:11
205:25
208:24
210:1
216:16
237:2,11
238:6
240:4
241:21
249:16
252:3
253:9,21
262:4
268:11
269:10,22
273:17
274:2
276:13,19
278:12

Case 1:18-cv-02185-LJL   Document 302-1   Filed 10/30/20   Page 158 of 164

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019       Index: understandably..vehicles

280:5
287:20
288:14

understandably
139:20

understanding
38:25
54:17 67:4
91:14
98:10
145:15
185:2,15
189:2,6
263:13
273:1,5
274:13
283:16
284:7

understands
85:10

understood
50:5 51:5
54:23
57:16
60:19 76:7
93:15
97:18
98:15 99:7
127:7
134:5
141:17
142:17
147:25
161:14
177:16
179:6
237:13,19

256:11
273:19,20
274:7,18,
20

underway
55:19

unethical
136:7

unit   24:12
148:13

unite   110:15

United
16:13,14,
21 23:7
28:23,24
34:24
124:8
136:25
137:9
138:15
168:3
174:24
175:1,15
177:5
182:24
183:4
211:7
239:3
240:12
260:11
263:12
269:15

universe
53:25
71:23
97:22

University
9:7,8,9

unnecessary
149:23

unprofessional
173:21

unreasonable
152:7,17
153:1
154:2

unrelated
135:19
161:5

unreliable
130:20

untraceable
101:11

unusually
84:12

update
192:8,21

updates
192:6

upend   140:7

upset   94:1
103:6
158:20
171:19,21
204:12
206:17
207:18
258:12
269:2

USB   56:5
58:7 59:13
61:21 64:6
65:9,18
87:17,22
88:4 89:20
165:4,6,13
176:3,16,
23 192:10
193:19
194:24
195:3
197:4
200:10
202:4,6,24
203:12
208:23
216:22
218:3

USBS   218:12

USSR   110:2

_____

V
_____

vague   151:14

valuable
269:17

variety   11:9

vary   97:9

Varying
217:10

vehicle
114:4
256:5

vehicles

156:13,16

**venture**
  247:22

**verbal**  32:8
  40:3 57:9,
  10 70:14,
  16 101:4,6
  102:2,24
  103:1,9
  139:18
  197:18
  198:4
  200:8,9,
  13,14,20
  216:12
  218:14

**verbally**
  59:11
  102:22
  143:21
  197:5
  200:16
  208:10
  218:24,25
  219:15

**verification**
  176:8

**verify**
  177:13
  224:4
  277:3

**verifying**
  224:8,9,16
  277:13

**versa**  139:4

**version**
  154:9
  166:14
  191:3
  271:3

**versions**
  18:24
  165:15

**versus**  7:4
  60:3 61:17
  99:11
  141:9
  154:4

**vetted**
  184:21

**vetting**
  86:24

**vice**  115:19
  139:4

**view**  51:7
  121:8
  275:6

**viewed**
  258:21

**violation**
  163:6

**violence**
  78:8

**virgin**  212:4

**Virginia**
  176:18
  192:19

**vision**  7:5,
  18 10:25

11:17
12:2,5,20
13:2,7,15,
24 14:4
15:15,24
16:5 19:1,
9,14
26:19,23
27:1,6,10,
16,18
28:5,17
29:21 30:7
31:4,5
32:4,13
35:2,8
36:6 37:13
38:4,16
39:1 40:10
41:7 43:2,
9,19,23
44:1,18
45:2,12,15
51:7,10,16
52:7,12,15
53:4 55:3,
4 72:21
74:15
75:3,8,12,
13,16,23
76:2,7
78:20,23
79:1 82:7
90:5,19
92:2,10
93:20
95:11
99:3,18
101:2

106:8,17,
24 107:10
108:10,17
109:1
117:15,24
118:5
129:3,6
145:17
156:25
157:10
166:2,6
171:11
173:15
174:7
183:3
187:9,11
188:20
189:8,11
196:25
220:2
227:8,22,
24 228:2
229:6,11,
20 245:18
249:19
253:1,5
260:11
261:10
263:2
264:15
274:9
276:14
282:22
283:5,11,
17,20
284:6,17,
19,22,25
285:4,6

286:7
287:16
289:1

**Vision's**
37:3 40:16
107:7
112:8
158:22
285:8
289:8

**visualize**
268:9

**visually**
219:14

**volume**   250:6

**volunteer**
104:10

—————————

—————————
W
—————————

**waffling**
120:25
121:3

**waging**
227:25

**wait**  8:11
132:23

**waiting**
177:4

**wall**  170:6

**waller**  7:3,
22 8:3,21,
22 17:22
18:6,9,10,
11,17

33:25
46:11,14
47:5,6
58:13
61:11
62:17
63:22
73:15
74:11,17
79:12
105:12,13,
16 113:4,5
116:8,10
157:9
164:6
186:19
212:17
214:25
215:3
226:2
229:23
230:8
233:8,17
255:6
259:3
261:17
263:20
267:4
270:21,25
281:17
282:20,25
283:24
289:21
290:2

**Wallop**  10:8,
20,24
11:15
12:2,10

16:23
17:1,15
20:12,13
21:20
25:21
26:1,11,22
27:20
28:18
29:4,20
30:15,23
31:6,12
38:5,18
40:5 43:19
44:12
46:21
49:17,25
51:3,12
63:15
72:24
73:17
74:15
76:11 79:3
85:9
100:12,13
102:21
111:2,9,24
112:18
114:3,18
116:23,24
129:8
137:12
145:17
152:23
158:8
159:13
160:9
161:11
165:5,7,20

167:13
193:13
208:4
215:8,15
218:7
228:14
254:23
258:2
264:13
265:1
266:19
283:12
284:25
286:6,8
287:10
289:7

**Wallop's**
10:12
15:25 29:5
30:8
102:10
105:23
137:4
189:21
190:16

**Walmart**
249:14

**Wang**  20:13
31:3,13
46:21
51:20
57:16
58:17 62:8
65:2,19
81:17
106:16,23
107:13

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019      Index: wanted..wide-ranging

108:20
112:22
130:5
131:13
140:16
151:5
165:11
167:11
215:9
271:12
272:8
274:3
280:5

**wanted**  23:4
24:17,18,
22,24,25
25:5
26:18,21
30:8
31:18,21
32:1
33:12,13,
15,16 34:8
35:15
37:13,17
43:15 52:3
59:3,4
61:8,9
68:23
69:14 70:4
77:20
92:19
94:25 97:5
102:13
117:3
120:25
121:4
122:7

123:4,7
125:2,22
136:6
141:2,5,6
143:20
145:7
148:20
162:15,20
167:6,17,
23 170:11
171:9,17
189:3,4
204:14
205:22
206:3,4
220:21,25
221:21
224:4
228:20,23
231:11
235:6,22
238:5,8,9,
10,11
240:8,19
242:19
250:1
261:8
263:6,7,17
275:20

**wanting**
122:1,4

**War**  11:5,6,
17 138:11

**wardrobe**
135:6

**warfare**
249:2

**warned**
220:16

**wary**  146:12

**Washington**
9:3,7,14
30:14
31:14,20,
22 32:10
114:9
121:6
160:19
176:17
231:18,20
232:8,9

**watch**  254:13

**watches**
243:14

**watching**
144:22

**water**  49:11
97:4

**waterline**
49:14,15
50:18 97:7

**ways**  11:9
101:25
170:10,14,
15 199:19
224:25
248:11

**weapon**  238:1

**websites**
222:1

**wedlock**  25:8

**week**  72:3,8
103:10,13
152:1
166:9
180:1
186:4
198:24,25
199:5
200:4

**week's**
219:19

**weekly**  55:18
58:17 66:1
67:2,5,11,
14,21
72:11
96:19 97:1
127:15

**weeks**  60:17
94:16
102:11
195:25
207:2,5,
14,23
221:7
237:5

**weird**  48:7

**Wengui**  24:4

**Westchester**
30:15

**White**  31:25
112:3,9,11
121:9

**wide-ranging**
110:20

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC

J. Michael Waller on 02/08/2019                     Index: William..worked

William
  162:2

win  248:18

win-win
  137:10

Windows
  172:8

wine  233:4

wire  100:24
  157:10,24
  160:2
  161:11
  289:17

wires  157:13
  158:4,7
  160:3
  289:9,10

wondered
  162:20

word  18:14
  66:20
  98:11
  104:15
  139:6
  280:16

wording
  66:12 98:5

words  17:15
  26:14 35:6
  49:11
  67:15
  69:21
  77:10
  122:21

127:23
179:3
191:25
207:25
208:1
245:24
251:14
266:23

work  9:11,
  12,19
10:1,15
11:6,7,14
12:16,22
13:17,21
14:4,8,11,
  16,21,23
15:1,4
16:4,24
17:3,14
21:11,16
26:12
27:9,17
28:2,22
30:2 36:8
42:23
43:5,17
44:6,21,23
52:17
54:2,25
65:14
67:15,17
68:3,8,11
69:16
71:12
72:23
73:16 76:9
83:10,12,
  16,20

84:17,20
85:6 86:14
90:12
91:14,16,
  17 92:11
93:7,8,10
94:6 95:6,
  10 97:14
98:7,11
101:21,25
102:12
103:7,20,
  22,23
104:18
107:2,9,14
109:18
110:8,21
112:16,24
113:1,2
114:4,7
115:22
116:1
117:22
121:15,17
123:25
124:2
126:22
131:12
141:10
142:15,23
146:8
147:24
148:15,21
149:2
151:2,3
155:14
166:17
176:8,9

185:5,19
188:3,17
190:25
191:14,16
192:5
197:19
202:9,10
206:11,12
209:23,24
219:7,24
220:15
222:9
223:10
225:14
226:17
242:24,25
245:22
246:13
249:24
250:13,17
253:15
254:20,21
257:24
258:17,24
260:10,22
264:15
268:14
272:13,23
275:20
277:13

worked  11:4
20:14
27:15
38:10 52:6
84:21
109:1
112:14,23
115:12

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: working..York

116:19
138:2
182:7
185:1,3
226:19
260:3
274:25

**working**
9:12,25
10:23
11:16,24
12:10
13:4,5,10
16:5 17:1
28:6 35:21
44:23
46:21 54:3
56:15 71:2
82:13
103:17
109:24
115:23
117:2
132:5,6
150:16
155:15,16,
17 163:18
185:1
216:1,15,
18,20,21
219:6
220:18
221:16
222:14
223:21
249:14
268:7

**works** 74:14
101:9
104:3
184:6
274:21

**world** 9:16
101:16
155:25
262:16,25

**worldwide**
17:11
188:18

**worries**
216:20

**worry**
216:15,17
286:23

**worse** 63:3
64:6
146:22

**worst** 78:8

**worth** 139:14
140:7,8

**write** 19:22
102:11
177:16
206:18
207:13
242:17
249:11
266:11,13

**writing**
22:10
78:13 94:3
102:1

129:24
143:21
149:11,13,
17 152:8
274:12

**written**
12:21
32:12
40:1,4
70:19
101:5
126:18
175:6
200:22,25

**wrong** 42:12
43:13 69:4
73:20
177:23
178:1,8,10
269:9

**wrote** 19:15,
16,24
32:18
120:21
122:14
123:16
124:19
126:21
132:18,25
133:1
139:12
140:22
144:5
148:15
153:6
155:3
207:17

230:12
272:12

_____
**X**
_____

**Xi** 24:24
25:4

_____
**Y**
_____

**Y-O-H** 138:7

**Yao** 212:18

**year** 36:17
48:19
96:13
247:10

**years** 10:9
53:19,24
83:15
84:15
116:19
117:7
138:3
155:12
162:19
188:17

**Yeltsin**
110:6

**Yoh** 138:7,
23 139:9

**York** 7:24
21:24
30:14
58:11 65:2
120:7,10,
21 144:8,

EASTERN PROFIT CORPORATION LIMITED vs STRATEGIC VISION US, LLC
J. Michael Waller on 02/08/2019          Index: Younger..zeroing

12 147:3
153:22
155:20
165:15
199:7
217:12
230:19
231:21,22

**Younger**
243:3

**Yui**   164:7

**Yuri**   146:22

**Yvette**   20:13
31:3,13
32:9 46:21
51:20
54:20,22
57:3,16
58:17
59:8,17
62:8,18
63:8,17,19
65:2,19
81:17 94:3
95:2
100:2,5,12
102:18
106:16,23
107:13
108:20
129:18
130:16,17,
25 131:12
133:15
134:3,13
141:18,20
143:21,22

147:8,17
150:15
151:5,9
152:21,24
153:15,16,
18,25
154:4,5,6,
23 159:24
160:4,9
161:8,10
165:4,11,
12 167:14
180:2
183:13
194:3,7,
10,18
195:19
196:2
197:23
198:9,18
201:13
202:25
203:3,5,14
208:4
211:10,22,
25 215:22
216:3
217:11
232:2
260:20
265:6
267:19
271:12,16
274:8
275:5,9
276:10
277:12

**Yvette's**
217:11

_____

**Z**
_____

**Zach**   7:14
8:4 282:14
286:20

**Zeichner**
7:15

**zeroing**
254:1