# EXHIBIT B

Page 1

1

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE SOUTHERN DISTRICT OF NEW YORK

4   -----------------------------------------x

5   EASTERN PROFIT CORPORATON LIMITED,,

6                   Plaintiff/Counterclaim Defendant,

7

8                     Case No.  18-cv-2185

9              v.

10  STRATEGIC VISION US, LLC,

11                  Defendant/Counterclaim Plaintiff.

12  -----------------------------------------x

13                  10:00 a.m.

                    November 19, 2019

14

                    405 Lexington Avenue

15                  New York, New York

16

17          DEPOSITION of JOHN MICHAEL WALLER,

18  testifying under Rule 30(b)(6) on behalf of

19  STRATEGIC VISION US, LLC in the above entitled

20  matter, pursuant to Notice, before Stephen J.

21  Moore, a Registered Professional Reporter,

22  Certified Realtime Reporter and Notary Public of

23  the State of New York.

24

25

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4          GRAVES GARRETT LLC
 5                  Attorneys for Eastern Profit
 6                  Corporation Limited
 7                  1100 Main Street
 8                  Kansas City, Missouri  64105
 9
10          BY:   EDWARD D. GREIM, ESQ.
11                and
12                JENNIFER DONNELLI, ESQ.
13
14          PEPPER HAMILTON, LLP
15                  Attorneys for Strategic Vision US,
16                  LLC
17                  1313 N. Market Street 5100
18                  Wilmington, Delaware 19899
19
20          BY:   JOANNA CLINE, ESQ.
21
22   ALSO PRESENT:
23          DANIEL PODHASKIE
24          YVETTE WANG
25
```

Page 3

1

2    EXAMINATION BY                                PAGE

3    MS. CLINE                                       5

4                  E X H I B I T S

5    SV

6    EXBT 101 Strategic Vision's amended      11  14

7         Answer and counterclaims

8    EXBT 102 List of names                   55  25

9    EXBT 103 Bank statement for              71   5

10        Georgetown Research for the

11        month of January, 2018

12   EXBT 104 Invoice from Team 1 leader      75  21

          to Georgetown Research for

13        $200,000

14   EXBT 105 Invoice from Allied Special    105   5

15        Operations Group from March

16        2018

17   EXBT 106 Handwritten notes             121  16

18   EXBT 107   Document Bates stamped SVUS  160 22.

19        1961 through 65

20   EXBT 108 Document Bates stamped 1966    160  22

21        through 1971

22   EXBT 109 Document Bates stamped 1972    160  22

23        through 1975

24   EXBT 110 Document Bates stamped SVUS    164   8

25        1976 through 1990

Page 4

1                    MICHAEL WALLER

2                    THE VIDEOGRAPHER:  Good morning.

3            We are recording and on the record at

4            9:09 a.m. on November 19, 2019.

5                    Please note that the microphones

6            are sensitive and may pick up whispering,

7            private conversations and cellular

8            interference.

9                    Please turn off all cell phones or

10           place them away from the microphones, as

11           they can interfere with the deposition

12           audio.

13                   Recording will continue until all

14           parties agree to go off the record.

15                   This is video 1 in the deposition

16           of Michael Waller, taken by counsel for

17           the Plaintiff, in the matter of Eastern

18           Profit Corporation, Limited, versus

19           Strategic Vision US, LLC, filed in the

20           U.S. District Court, Southern District of

21           New York, case number 18 CV 2185 JGP.

22                   This deposition is being held at

23           405 Lexington Avenue, New York, New York.

24                   My name is George Libbares the

25           court reporter is Stephen Moore and we are

Page 5

```
 1                   MICHAEL WALLER
 2          here from Veritext New York.
 3                   Counsel will now state their
 4          appearances and the court reporter will
 5          administer the oath.
 6                   MS. CLINE:  This is Johanna
 7          Cline, Pepper Hamilton for Eastern
 8          Profit.
 9                   And just one clarification, today's
10          deposition is the deposition of Strategic
11          Vision, a 30(b)(6) deposition, and
12          Mr. Wallerer is Strategic Vision's first
13          deponent.
14                   MR. GREIM:  Eddie Greim and
15          Jennifer dONNELLI, Graves Garrett LLC
16          for Strategic Vision.
17
18  J O H N    M I C H A E L    W A L L E R,
19          called as a witness, having been first
20          duly sworn by the Notary Public, was
21          examined and testified as follows:
22
23  EXAMINATION BY
24  MS. CLINE:
25
```

```
                                          Page 6
 1                     MICHAEL WALLER
 2          Q      Mr. Waller, you understand that
 3   you are testifying today as a representative of
 4   Strategic Vision?
 5          A      Yes.
 6          Q      And you're authorized to testify
 7   on behalf of Strategic Vision?
 8          A      Yes.
 9          Q      How do you know?
10          A      Because the owner of the company
11   said so.
12          Q      And when did she say so?
13          A      As early as today, or as late as
14   today.
15          Q      So you weren't authorized until
16   today?
17          A      I'm authorized to appear here on
18   behalf of Strategic Vision when I was called, I
19   don't remember the date.
20          Q      And who called you?
21          A      French Wallop.
22          Q      Is there a written document
23   memorializing the authorization?
24          A      There was a message somewhere.
25   I don't have it handy.
```

```
 1                    MICHAEL WALLER
 2          Q       She sent you a text message?
 3          A       I'm not sure how I got the
 4   message to come here.
 5          Q       Was there any -- well, Strategic
 6   Vision is an LLC, right?
 7          A       Yes.
 8          Q       Are you a member of Strategic
 9   Vision?
10          A       No.
11          Q       Do you have a title with
12   Strategic Vision?
13          A       No.
14          Q       Are you an employee of Strategic
15   Vision?
16          A       No.
17          Q       So you are not an employee, you
18   have no title, but your testimony is that you
19   are still authorized to act?
20          A       Yes.
21          Q       Have you ever seen the Strategic
22   Vision operating agreement?
23          A       With -- the one that's the
24   subject of the suit?
25          Q       No, sorry.
```

Page 8

1          MICHAEL WALLER

2          So Strategic Vision is an LLC.
3  So then presumably there is an operating
4  agreement that is the governing document of
5  that LLC entity.

6          Have you ever seen that?

7     A     No.

8     Q     Have you ever seen a written
9  consent or resolution authorizing your
10 testimony here today?

11    A     No.

12    Q     Have you ever seen any minutes
13 of Strategic Vision authorizing your testimony
14 here today?

15    A     No.

16    Q     So, should the absence of any
17 written authority or memorialization of your
18 authority lead us to conclude that you're not
19 authorized?

20          MR. GREIM:  Objection, calls for
21     a legal conclusion and for speculation.

22    A     I cannot give a legal
23 conclusion, respectfully.

24    Q     Strategic Vision is suing
25 Eastern Profit for fraud, you understand that?

```
                                        Page 9

 1                  MICHAEL WALLER

 2        A      Yes.

 3        Q      Did you ever discuss that fraud

 4   claim with anyone other than Ms. Wallop or your

 5   counsel?

 6        A      Yes.

 7        Q      Tell me the first person with

 8   whom you discussed that?

 9        A      I don't know with whom I

10   discussed, I just know that I did.

11        Q      You can't tell me a single

12   person that you discussed the claim with?

13        A      Not -- not since -- since the

14   beginning, no.  I just know I got sued or the

15   company got sued, I am involved with it, and I

16   don't recall who I said it to.

17        Q      Okay, and --

18        A      It wasn't a material

19   conversation.

20        Q      Just to be clear, I'm speaking

21   specifically of Strategic Vision's fraud

22   counterclaim in this lawsuit.

23               So before that fraud

24   counterclaim was filed, did you speak with

25   anyone about the allegations in the fraud
```

                          MICHAEL WALLER

 1       counterclaim other than Ms. Wallop and counsel?

 2            A      Yes.

 3            Q      With whom did you speak?

 4            A      I don't remember.

 5            Q      More than one person?

 6            A      I would be speculating if I said

 7       it.

 8            Q      Well, let me put it this way

 9       what did you do to verify the veracity of the

10       fraud allegations before --

11                  MS. CLINE:  Strike that.

12            Q      What did Strategic Vision do to

13       verify the veracity of the fraud allegations

14       before the complaint was filed?

15                  The counterclaim was filed --

16            A      As a -- as somebody with

17       Strategic Vision, I knew they were false

18       claims, so I knew firsthand.

19            Q      How did you know?

20            A      Because I had been a participant

21       in working with Strategic Vision.

22            Q      Who is Watson Meng?

23            A      He is a Chinese writer who

24       opposes the Communist Party.

```
 1                      MICHAEL WALLER

 2        Q       You know Mr. Meng, right?

 3        A       I have met him once.

 4        Q       Did you talk to him about the

 5   allegations in your fraud -- in Strategic

 6   Vision's fraud counterclaim before the claim

 7   was filed?

 8        A       Not that I recall.

 9                MS. CLINE:  Can we mark this as

10        101, please.

11                (The above described document was

12        marked SV Exhibit 101 for identification

13        as of this date.)

14        Q       So, we have handed you what's

15   been marked as Strategic Vision 101, do you

16   recognize this document?

17        A       I believe I do.

18        Q       It's Strategic Vision's amended

19   Answer and counterclaims in this case, right?

20        A       Yes.

21        Q       Did you review Exhibit 101

22   before it was filed?

23        A       Yes.

24        Q       Do you know whether anyone

25   verified, signed a written verification
```

```
                                        Page 12
 1                    MICHAEL WALLER
 2   verifying the accuracy of these allegations?
 3           A       I don't recall.
 4           Q       Do you recall ever signing such
 5   a verification?
 6           A       No.
 7           Q       Turn, if you would, to paragraph
 8   62.
 9                   Just go ahead and take a moment
10   to read 62 and 63, if you would.
11                   Can I just take a look at that
12   for a second.
13                   So Mr. Podhaski points out that
14   there are multiple paragraphs 62 in this
15   document, so to clarify for the record, we are
16   going to talk about page 40, paragraph 62 which
17   leads on to page 41; apologies for that.
18           A       Yes.
19           Q       So, what factual research did
20   Strategic Vision do to verify the allegations
21   in paragraph 62 and 63?
22           A       63 also, let me read 63.
23                   Paragraph 62 comes from an audio
24   recording of Guo Wengui speaking on March 5,
25   2017 about harassing anti-communist
```

```
                                        Page 13
 1                    MICHAEL WALLER
 2   disdissidents in the United States.
 3           Q       How about with respect to
 4   paragraph 63?
 5           A       These I got from written
 6   statements by the two men whose pen names are
 7   Wei Shi and Shi Wei.
 8           Q       Wei Shi -- Wei Shi is Mr. Meng
 9   about whom we were just speaking, is that
10   correct?
11           A       Yes.
12           Q       Okay, and how did you get a
13   written statement from Mr. Meng?
14           A       He is a publisher or an editor
15   of a website and he's got very extensive
16   writings on that website and he's very active
17   on social media.
18           Q       So the written statement upon
19   which you relied was published by Mr. Meng on
20   social media?
21           A       Or on his Boxun.com media
22   outlet, to my recollection.
23           Q       Boxun, that's B-o-x-u-n?
24           A       Yes.
25           Q       Did you and Mr. Meng exchange
```

```
                                          Page 14
 1                     MICHAEL WALLER
 2  any private communications regarding these
 3  allegations?
 4          A      Yes.
 5          Q      Tell me about those
 6  communications?
 7          A      They were -- they were online
 8  communications and I met him on one occasion.
 9          Q      Tell me about what was the
10  nature of the online communications?
11          A      If I recall, the nature was
12  about his case.
13          Q      What do you mean by his case?
14          A      His case against Guo Wengui.
15          Q      What was his case against Guo
16  Wengui?
17          A      He and others are involved in
18  litigation either as Plaintiffs or Defendants
19  against Guo Wengui over allegations made
20  against one or the other.
21          Q      What was your role with respect
22  to Mr. Meng's case against Mr. Guo?
23          A      We just discussed the issues of
24  Guo Wengui in general.
25          Q      What issues in general did you
```

```
                                        Page 15

 1                     MICHAEL WALLER
 2    discuss?
 3          A      If I recall it was a basic
 4    discussion of how Guo came here as a dissident,
 5    but really spends most of his legal energy
 6    fighting Chinese dissidents and others who
 7    oppose the Chinese government.
 8          Q      Did Mr. Meng provide you with
 9    any evidence of this notion that Mr. Guo spends
10    his energy fighting Chinese dissidents?
11          A      Did he physically provide me?
12          Q      Yes.
13          A      No, it's through my own research
14    that he developed a pattern and looking at his
15    case history, at Guo's case history.
16          Q      All I'm trying to get with this
17    line of questioning is figure out whether
18    Mr. Meng gave you any evidence regarding
19    Mr. Guo and whether or not he's a Chinese
20    dissident?
21                 MR. GREIM:  Objection, vague.
22          A      Yes, if you could clarify.
23          Q      So, I'll just repeat the
24    question.
25                 I'm trying to understand whether
```

                          MICHAEL WALLER

1   Mr. Meng gave you any evidence that relates to

2   the subject of whether or not Mr. Guo is a

3   Chinese dissident?

4                MR. GREIM:  Objection, vague as

5        to evidence.

6        A     Right, do you mean physical

7   evidence or --

8        Q     Other than the written statement

9   that you mentioned that was published online,

10  did he provide you any evidence, written, oral

11  or otherwise, with respect to Mr. Guo's status

12  as a dissident?

13       A     Verbal.

14       Q     Verbal meaning oral?

15       A     Only verbal, yes.

16       Q     And when was that conversation?

17       A     Probably the spring of this

18  year, late spring, early summer of this year.

19       Q     So it was prior to the time

20  Strategic Vision filed it's amended

21  counterclaim, correct?

22       A     Yes.

23       Q     And where were you when you

24  spoke with him?

```
                                        Page 17

 1                      MICHAEL WALLER

 2          A       In Virginia.

 3          Q       Were you and he face-to-face?

 4          A       Yes.

 5          Q       Where were you?

 6          A       In Virginia.

 7          Q       Where in Virginia?

 8          A       I think Falls Church.

 9          Q       At a restaurant?

10          A       I think so, yes.

11          Q       Do you remember the name of the

12   restaurant?

13          A       No.

14          Q       Do you know whether the written

15   statement that Mr. Meng published online was

16   produced in this litigation?

17          A       Produced in discovery?  I'm not

18   sure.

19          Q       Yes, that's my question.  Was it

20   produced in discovery?

21          A       I'm not sure.

22          Q       Were your text messages with

23   Mr. Meng produced in discovery in this case?

24          A       No.

25          Q       What did you do to search for
```

```
                                          Page 18
 1                    MICHAEL WALLER
 2    your text messages in this case?
 3         A      They wouldn't have been -- they
 4    wouldn't have been saved.
 5         Q      Well, at the time Strategic
 6    Vision filed this amended counterclaim the
 7    litigation was already pending, right?
 8         A      Yes.
 9         Q      And Strategic Vision got a
10    litigation hold notice when the lawsuit was
11    filed, didn't it?
12         A      Let me correct myself, let me
13    correct what I just said.
14                I didn't speak to him
15    specifically about this case, I spoke to him
16    about his case.
17         Q      Okay, so let's just break that
18    down.
19                Did you have any conversations
20    or text messages or any communications with
21    Mr. Meng about the allegations that Strategic
22    Vision is making in this case?
23         A      Yes, but they were not about
24    Strategic Vision's allegations, per se, because
25    so many people have similar allegations.  I was
```

```
                                        Page 19

 1                    MICHAEL WALLER
 2     asking him about his case.
 3          Q       Okay, so what I'm trying to do
 4     is understand what evidence Strategic Vision
 5     has of its fraud claim in this case.
 6                  So my question is with respect
 7     to the communications that you had with
 8     Mr. Meng, did you rely on any of those
 9     communications -- did Strategic Vision rely on
10     any of those communications as the basis for
11     its fraud claim against Eastern Profit in this
12     case?
13          A       No.
14          Q       Who is -- I'm sorry, I don't
15     speak Mandarin, it is it Shi Wei?
16          A       Yes.
17          Q       Who is that?
18          A       He is another Defendant in
19     another Guo litigation, so he's a Chinese
20     democracy activist here in New York.
21          Q       And how do you know that the
22     allegations in paragraph 63 are true as to Mr.
23     Shi?
24          A       I follow the documents in his
25     case and they seem truthful and they matched
```

```
                                          Page 20
 1                    MICHAEL WALLER
 2    other information that I learned.
 3            Q       Did you have any communications
 4    with Mr. Shi about the allegations in this
 5    case?
 6            A       Not about this case, no.
 7            Q       So then what is the basis, if
 8    you didn't have any communications with
 9    Mr. Meng or Mr. Shi about the allegations in
10    this case, what is Strategic Vision's basis for
11    the allegations made in paragraph 63?
12            A       Because their cases reflect the
13    same as the allegations that we make, they
14    provide supporting evidence to what we
15    understood independently.
16                    MS. CLINE:  Would you read that
17            back, please.
18                    (The answer requested was read back
19            by the reporter.)
20            Q       So, with respect to paragraph
21    63, your -- Strategic Vision's allegations are
22    based on nothing more than allegations made in
23    other lawsuits, is that correct?
24                    MR. GREIM:  Objection,
25            argumentative, misstates the witness'
```

```
                                              Page 21

 1                     MICHAEL WALLER

 2          testimony.

 3          A        I agree with what my counsel

 4    said.

 5          Q        You have to answer the question.

 6          A        No, these were two sources out

 7    of many that we are using to corroborate or

 8    refute information to establish fact from

 9    nonfact.

10          Q        Okay, so other than the

11    allegations in lawsuits involving Mr. Shi and

12    Mr. Guo, what evidence does Strategic Vision

13    have, written or otherwise, that supports the

14    allegations made in paragraph 63?

15          A        I use Mr. Guo's statements

16    himself where he was threatening or making

17    threats about both Mr. Shi and Mr. Guo --

18    pardon me, Mr. Meng and Mr. Guo.

19          Q        What statements are you

20    referring to with respect to alleged threats?

21          A        Mr. Guo made numerous statements

22    in audio or video recordings that were

23    published online, some of which he published

24    himself.

25          Q        Okay, published where?
```

```
                                              Page 22
 1                    MICHAEL WALLER
 2          A       On YouTube or on Guo Media or
 3    Voice of Guo.
 4          Q       How about this allegation that
 5    Mr. Guo had their families followed, what is
 6    Strategic Vision's evidence for that
 7    allegation?
 8          A       Multi sourced statements by
 9    various parties involved.
10          Q       By whom?
11          A       I don't recall the exact
12    individual's names, but they were -- one
13    doesn't make allegations based on a sole
14    source, unless you know that it's a primary
15    source.
16                  In these two cases they were
17    also primary sources and they were both
18    different people in different cases in
19    different circumstances, so they corroborated
20    one another.
21          Q       Okay this is a federal lawsuit
22    in which you're accusing Mr. Guo and Eastern
23    Profit of committing fraud.
24                  And I am asking you what's the
25    basis for this allegation in paragraph 63 that
```

```
                                       Page 23
 1                     MICHAEL WALLER
 2    Mr. Guo had the families of Mr. Shi and
 3    Mr. Meng followed.
 4              MR. GREIM:  Objection,
 5         argumentative, asked and answered.  The
 6         witness is answering the question.
 7         A      Let's start out with Mr. Guo's
 8    statement of March 5, 2017 a recording of the
 9    authenticity of which he did not refute, where
10    he said these men are bastards, they must die.
11              And then he announced in that
12    audio recording that he was going to spend his
13    resources harassing them.
14              He also made several other
15    recorded statements as recently as July 2019
16    saying that he would destroy their lives
17    through endless litigation.
18              That's harassment.
19              So I am using Mr. Guo's own
20    words through original recordings of his own
21    voice and original video showing him making
22    these statements as recently as last July.
23         Q      And is your sworn testimony that
24    Mr. Guo made statements to the effect that he
25    had their families followed throughout the
```

1                    MICHAEL WALLER

2    greater New York City area?

3         A       That would be -- that would be

4    information based on what I got from those --

5    either of those witnesses.

6         Q       So, maybe I misunderstood.   I

7    thought you just told us that neither of these

8    gentlemen gave you any information relating to

9    the allegations in this lawsuit.

10                 So let's --

11                 MR. GREIM:   Objection, misstates

12          the witness' testimony.

13         Q       Well, the record is what it is,

14    but let me ask again.

15                 Where did you get evidence to

16    support the notion that Mr. Guo had the

17    families of Mr. Shi and Mr. Meng followed

18    throughout the greater New York City area?

19         A       I got that from those two

20    witnesses and I combined those with Mr. Guo's

21    repeated statements that he would harass those

22    people until their lives were destroyed; and he

23    said that they must die.

24         Q       And the statement that you got

25    from Mr. Shi, sorry, Mr. Shi, what type of

Page 25

```
 1                    MICHAEL WALLER
 2  statement was that, written?
 3          A     Those were his written
 4  statements, his own writings.
 5          Q     These are published statements
 6  or text messages?
 7          A     Yes, they were published
 8  statements, public domain statements.
 9          Q     And let's call him Mr. Meng.
10                With respect to Mr. Meng, the
11  statement that you got from him with respect to
12  the fact that his family was followed
13  throughout the greater New York City area,
14  where was that statement published?
15          A     I don't recall his exact
16  statement.
17                I don't recall the source for
18  it, correction.
19          Q     You never talked to any of the
20  family members of these two gentlemen to
21  confirm that they had been followed, right?
22          A     No.
23          Q     If you would turn to page 25 in
24  Exhibit 101.
25                I am going to direct your
```

```
                                          Page 26

 1                    MICHAEL WALLER
 2    attention to paragraph 18, so go ahead and read
 3    that.
 4           A       Okay.
 5           Q       All right, let's just start with
 6    sort of the first part of the first sentence
 7    which says, "Guo represented to Strategic
 8    Vision that he was a dissident."
 9                    Do you see that?
10           A       Yes.
11           Q       Where was that representation
12    made?
13           A       At his home at Sherry
14    Netherland.
15           Q       Do you remember on what date?
16           A       On the first time November 21,
17    2017.
18           Q       Was it made more than one time,
19    that representation?
20           A       Yes.
21           Q       So the first time was what did
22    you say, I'm sorry?
23           A       November 21, 2017.
24           Q       When was the next time it was
25    made?
```

```
                                         Page 27
 1                     MICHAEL WALLER
 2          A      Also at his residence a couple
 3   of weeks later in December.
 4          Q      Those were the only two times
 5   they were made?
 6          A      No, they were all four times I
 7   met him.
 8          Q      Did you meet him all four times
 9   at the Sherry?
10          A      Yes.
11          Q      Let's start with the first one,
12   November 21, who else was present?
13          A      French Wallop was present.
14   Lianchao Han was present and Guo Wengui was
15   present; that was all.
16          Q      When you met him in December
17   of -- we are talking 2017, who was present?
18          A      In the first meeting was the
19   same group, it was French Wallop, Lianchao Han,
20   Guo Wengui and myself.
21          Q      The third meeting, do you
22   remember when that was?
23          A      That would have been later in
24   the month.
25          Q      Who was present there?
```

                    MICHAEL WALLER

1

2       A       And it was French Wallop, Guo

3   Wengui and the third time I met him regardless

4   of the date, and Yvette Wang.

5       Q       And there was a fourth time?

6       A       Yes; it was later, it was around

7   January 26, 2018.

8       Q       Who was there?

9       A       It was French Wallop, Guo Wengui

10  and Yvette Wang.

11      Q       Is it Strategic Vision's

12  position that that statement, that Mr. Guo was

13  a dissident is a statement that Strategic

14  Vision relied upon in entering into the

15  research agreement at issue in this case?

16      A       We based our decision to work

17  with him on his profession that he was a

18  Chinese dissident against the Communist Party.

19      Q       So, was the notion that he was a

20  Chinese dissident important to Strategic

21  Vision?

22      A       Yes.

23      Q       But that notion isn't captured

24  in the research agreement itself, is it?

25      A       Of course it is.

                    MICHAEL WALLER

1

2          Q       Actually this one is already

3    marked, we will just call it Han 11.

4                  Is Han 11 the research agreement

5    that's at issue in this case?

6          A       It appears to be.

7          Q       Could you show me where in Han

8    11 there is a representation that Mr. Guo is a

9    dissident?

10         A       Mr. Guo is not named in this

11   agreement, but Strategic Vision negotiated this

12   agreement with him personally and he was

13   explicit about using this project to promote

14   his dissident activities against the Chinese

15   Communist Party.

16         Q       Yes.  So you told me a moment

17   ago, I asked you whether the notion that

18   Mr. Guo was a dissident was memorialized in the

19   agreement, and you said of course it is.

20                 MR. GREIM:  Objection, misstates

21          the last question and the witness'

22          answer.

23         Q       My question is -- let me ask it

24   again, the record reflects what you actually

25   said.

```
                                            Page 30

1                      MICHAEL WALLER
2                      Paragraph 18 of the Strategic
3    Vision's counterclaim says, "Guo represented to
4    Strategic Vision that he was a dissident."
5                      You agree with me so far, right?
6         A      Yes.
7         Q      And you agree with me that the
8    concept of Mr. Guo being a dissident is
9    important to Strategic Vision, right?
10        A      Yes.
11        Q      And I'm asking you if it was so
12   important to Strategic Vision, why isn't it
13   encompassed in --
14               MS. CLINE:  Strike that, let me
15          ask a threshold question first.
16        Q      Is the notion that Mr. Guo is a
17   dissident memorialized in the research
18   agreement?
19               MR. GREIM:  Objection, calls for
20          a legal conclusion.  The agreement
21          speaks for itself.
22        Q      To your knowledge?
23        A      The agreement speaks for itself,
24   however in negotiating the agreement with
25   Mr. Guo, it was -- the express purpose of this
```

```
                                            Page 31
 1                    MICHAEL WALLER
 2   project was to promote his dissident activity
 3   in China against the Chinese Communist Party.
 4   That was the purpose of the agreement.
 5           Q      And is that express purpose, as
 6   you call it, actually written in this agreement
 7   anywhere?
 8                  MR. GREIM:  Same objection.
 9           A      I do not see the word dissident
10   or Guo in this agreement.
11           Q      So, my question is if it was so
12   important to Strategic Vision that Mr. Guo is a
13   dissident, why didn't you insist upon it being
14   written down in the research agreement?
15           A      It was understood.
16                  It was an explicit understanding
17   that we would have had no other reason to work
18   with him if he wasn't interested in ousting the
19   Chinese Communist Party.
20           Q      I gather Strategic Vision's
21   position in this case is that Mr. Guo is, in
22   fact, not a dissident, is that correct?
23           A      That's correct.
24           Q      And tell me what evidence you
25   have, written or otherwise, that Mr. Guo is not
```

```
                                              Page 32

 1                    MICHAEL WALLER
 2   a dissident?
 3          A       First, March 5, 2017 audio
 4   recording of Guo Wengui announcing when he
 5   arrived in New York, "My operation has begun."
 6                 And then announcing how he was
 7   going to -- he was denouncing dissidents by
 8   name, he was calling them, he was insulting
 9   them, he was saying they deserved to die
10   because they were against the country of China.
11                 The government of Xi Jingping
12   and what he called our party, meaning the
13   Communist Party.
14                 That's not dissident talk.
15                 In May of 2017, he met with
16   senior Chinese Communist Party and secret
17   police officials where he talked about a deal
18   that he had with them, to the point of even
19   saying that he wanted the secret police to take
20   his wife and children back to China and that
21   his niece should be executed if she was found
22   guilty of what she was being accused in court.
23                 That is not a dissident's
24   activity.
25                 And on August 26, 2017, Guo
```

```
                                            Page 33
 1                    MICHAEL WALLER
 2   signed a lengthy letter to Communist Party
 3   leader Xi Jingping professing his profound
 4   subservience to Xi Jingping, offering to serve
 5   as, in his words, a propagandist for Xi
 6   Jingping, and setting up an agency relationship
 7   with Xi Jingping in the United States.
 8                    That is not dissident activity.
 9                    In each of these statements made
10   in his words, which he either did not dispute
11   or he acknowledged, he referred to Xi Jingping
12   by his Communist Party title and not his state
13   title, which is also not a dissident activity.
14                    He then embarked on a years'
15   long vexatious litigation campaign to harass
16   Chinese dissidents and democracy activists here
17   in the United States and people who supported
18   them.
19                    That is not dissident activity.
20        Q       Just let me clarify a couple of
21   dates.
22                    You mentioned an audio recording
23   that you said was March 5 of '17, is that
24   correct?
25        A       That's correct.
```

```
                                            Page 34
 1                      MICHAEL WALLER
 2          Q       And then the next thing you
 3   mentioned was May of '17?
 4          A       Yes.
 5          Q       Then the third thing you
 6   mentioned was August of 2017?
 7          A       August 26th.
 8          Q       Of 2017?
 9          A       Yes.
10          Q       And the year's long vexatious
11   litigation campaign that you identify, when did
12   that start?
13          A       It began in 2017.
14          Q       Do you know when in 2017?
15          A       No.  Later 2017.
16                  He followed up on his litigation
17   by suing the very people he had been denouncing
18   as people who must die the previous March 5th,
19   2017.
20          Q       And the audio recording was
21   published where?
22          A       It appeared on YouTube first.
23          Q       And the statement that was made
24   in May of 2017, where was that published?
25          A       It appeared on YouTube and later
```

Page 35

1                    MICHAEL WALLER

Mr. Guo provided it to the Wall Street Journal.

3        Q      And then the statement that was

4    published in August of 2017, where was that

5    published?

6        A      That was -- that was -- there

7    were a couple, there was a video that was made

8    approximately on the 30th of August, 2017, on

9    Youtube, and then Mr. Guo made an interview

10   with a Chinese online news outlet that

11   translates to Mirror, roughly around the end of

12   August, early September 2017.

13       Q      Okay, other than those

14   recordings or statements that you just

15   mentioned and the litigation campaign as you

16   described it, does Strategic Vision have any

17   additional evidence in support of the notion

18   that Mr. Guo is not, in fact, a dissident?

19       A      Yes.

20       Q      Please describe it.

21       A      Mr. Guo made numerous public

22   statements that he published on Guo Media or

23   Voice of Guo announcing or pronouncing his

24   loyalty to Chinese communist party's leader Xi

25   Jingping and praising Xi Jingping as a gift

```
                                          Page 36
 1                   MICHAEL WALLER
 2     from God, as the greatest and most humane
 3     leader of China and other effusive comments
 4     about the Chinese Communist Party leader.
 5          Q       Do you know when those
 6     statements were published?
 7          A       They were published throughout
 8     that whole period, from the spring of 2017 up
 9     until I believe as recently as September 2019.
10          Q       Any other evidence that Mr. Guo
11     is not, in fact, a dissident?
12          A       Yes.  He owes his entire
13     business success to the Chinese secret police
14     called MSS, ministry of state security.
15          Q       How do you know that?
16          A       Mr. Guo told this to the Voice
17     of America in an extensive interview in April
18     2017 and he told journalist Bill Gertz, who was
19     then with the Washington Free Beacon, in an
20     article published in July 2017, and other
21     statements.
22                   He also told Mike Forsythe of
23     The New York Times.
24          Q       In 2017?
25          A       Yes.
```

```
                                            Page 37

 1                      MICHAEL WALLER

 2          Q       Any other evidence that Mr. Guo

 3     was not, in fact, a dissident?

 4          A       Yes, he continues as recently as

 5     this year to show a profound affection and

 6     respect for the former vice minister of state

 7     security, his name is Ma Jian and he had made

 8     his fortune under Ma Jian's sponsorship.

 9                      And worked with Ma Jian to wire

10     his real estate properties, including the

11     Pangzhou Plaza Hotel and retail complex, to

12     wire everything electronically so that the

13     secret police; could take compromising videos

14     of anybody who it wished to.

15                      So he had in building his

16     fortune from his early beginnings with Ma Jian

17     at the provincial level all the way up to the

18     national level in Beijing, he relied on Ma Jian

19     as his patron and sponsor.

20          Q       And what's the basis of your

21     testimony regarding Mr. Jian?

22          A       These were Guo's own statements.

23          Q       The statements you have just

24     described?

25          A       Yes.
```

                                              Page 38

                            MICHAEL WALLER
1
2          Q       Any other evidence regarding the
3    notion that Mr. Guo is not, in fact, a
4    dissident?
5          A       Yes, unlike most dissidents from
6    communist countries who come to the United
7    States, Mr. Guo is not a defector, meaning he
8    did not turn against the system that he left.
9          Q       What's the basis for that
10   statement?
11         A       He was able to apply for a
12   defector Visa in 2017 when he sought a
13   permanent status in the United States.
14                 He -- according to what he --
15   according to Mr. Guo as reported by Bill Gertz
16   he opted not to be a defector.
17         Q       And the basis for that testimony
18   is reporting done by Mr. Gertz?
19         A       As Guo -- yes, as Guo told him.
20         Q       I apologize again for my
21   inability to speak Mandarin, but are you
22   familiar with a gentleman whose name is first
23   name Xia, X-i-a, second name Yeliang,
24   Y-e-l-i-a-n-g?
25         A       Yes.

```
 1                     MICHAEL WALLER
 2        Q        How do you pronounce that?
 3        A        I am not Mandarin speaking
 4   either, I X-i-a is pronounced Xia, or close
 5   enough.
 6        Q        And who is Mr. Xia?
 7        A        She's a Defendant in one of
 8   Guo's suits who's a critic of the Chinese
 9   regime and of Guo.
10        Q        And you know Mr. Xia, right?
11        A        I met him once.
12        Q        Did you ever discuss with
13   Mr. Xia the subject of whether or not Mr. Guo
14   is a Chinese spy?
15        A        He told me that he contended
16   that Guo was a Chinese spy.
17        Q        Mr. Xia told you?
18        A        Yes.
19        Q        That Mr. Xia contended that Guo
20   was a spy?
21        A        Yes.
22        Q        And when did that conversation
23   take place?
24        A        Probably in June of this year.
25        Q        That was before -- was that --
```

```
                                         Page 40
 1                      MICHAEL WALLER
 2   were your communications with Mr. Xia part of
 3   the basis for Strategic Vision's fraud
 4   allegations?
 5            A       No.
 6            Q       Did you and Mr. Xia exchange
 7   text messages regarding --
 8                    MS. CLINE:  Strike that.
 9            Q       Did you and Mr. Xia exchange any
10   written messages regarding Mr. Guo?
11            A       I don't recall.
12            Q       Are you aware of a lawsuit in
13   the Eastern District of Virginia in which
14   Mr. Guo sued Mr. Xia for defamation with regard
15   to the allegations regarding his being a spy?
16            A       Yes.
17            Q       And you are aware that Mr. Guo
18   won a jury verdict, correct?
19            A       He won parts of it on a jury
20   verdict.
21            Q       He won $100,000, right?
22            A       No, he had to also pay back, I
23   think, $20,000.
24            Q       He got a verdict in his favor of
25   $100,000?
```

```
                                        Page 41
 1                    MICHAEL WALLER
 2        A      He got a partial verdict in his
 3   favor, as far as I understand.
 4        Q      So, the jury found that the
 5   statement that Mr. Guo was a Chinese spy is
 6   defamatory, right?
 7                 MR. GREIM:  Objection, calling
 8          for this witness to speculate about what
 9          a jury found in some other case.
10                 It's beyond the scope of the notice
11          and it's calling for a legal conclusion.
12        A      I can't give a legal conclusion.
13        Q      Were you -- I'm just asking for
14   your understanding, not a legal conclusion.
15                 MR. GREIM:  But his own personal
16          understanding of that case is not
17          relevant to anything in -- under the
18          notice.
19                 I mean he said that we are not
20          relying upon that jury verdict for
21          anything in this case, so --
22        Q      No, I need an answer to my
23   question.  These allegations all go to
24   Mr. Guo's status as a dissident or not.
25                 So, did you attend that trial by
```

```
                                        Page 42
 1                    MICHAEL WALLER
 2   the way?
 3        A      No.
 4        Q      Were you involved in that trial
 5   at all?
 6        A      I was asked to be a witness in
 7   that trial.
 8        Q      Did you testify?
 9        A      No.
10        Q      What were you asked to testify
11   about?
12        A      About my understanding of Guo as
13   a dissident.
14             MS. CLINE:  Sounds relevant to
15        me.
16        Q      Why did you not testify?
17             MR. GREIM:  Hold on, hold on,
18        wait a minute.
19             I'm going to object to being
20        outside the scope of the notice.  The
21        witness has said he was asked to testify
22        about his own personal understanding of
23        Guo as a dissident.
24             Strategic Vision was not asked to
25        testify in that case, and this is to --
```

```
                                    Page 43
 1                  MICHAEL WALLER
 2        the purpose of this deposition is to
 3        uncover the facts that Strategic Vision
 4        has that form the basis of its pleading.
 5              It's not to learn anything and
 6        everything that Mr. Waller knows or about
 7        his interaction with people in this other
 8        case.
 9              MS. CLINE:  Can you repeat my
10        question, please.
11              (The question requested was read
12        back by the reporter.)
13              MR. GREIM:  Okay, I'm going to
14        instruct the witness not to answer that
15        question.
16              This does not relate to Guo
17        Wengui's personal history, that's the
18        closest I can come here.
19              It does not relate to Strategic
20        Vision's contention under number 3, it
21        does not relate to the purported
22        misrepresentations Guo made to Strategic
23        Vision.
24              This person -- Mr. Waller's
25        individual decision on whether he did or
```

```
                                        Page 44

 1                   MICHAEL WALLER
 2         did not testify is not within the topics
 3         here.  He's not here to individually
 4         testify.
 5                   MS. CLINE:  I just want to make a
 6         record so we can take this to the court,
 7         if need be.
 8         Q     So you were asked to testify
 9   regarding Mr. Guo's dissident status, correct?
10         A      I was asked to testify in my
11   individual capacity having nothing to do with
12   Strategic Vision.
13         Q     But you were asked to testify
14   about whether or not Mr. Guo was a dissident,
15   correct?
16         A      Actually my -- the -- it has
17   nothing to do with this case, so I cannot
18   answer that question, based on counsel
19   directing me not to answer.
20                   MR. GREIM:  Let's see, here is
21         the thing, I think -- let's do this, the
22         question which is pending is whether
23         Mr. Waller was asked to testify about
24         Mr. Wengui's dissident status in another
25         case.
```

```
                                         Page 45

 1                   MICHAEL WALLER
 2              Is that -- I think I understand
 3         that.  I think if that is the question, I
 4         would say we are beyond the scope, we are
 5         beyond the scope of this notice.
 6              This is not -- none of this is
 7         information that is internal to Strategic
 8         Vision, we are trying to, and some of
 9         these questions understand Strategic
10         Vision's work product, we are right on the
11         edge of that, and I think -- and
12         Mr. Waller did not testify in the other
13         case, and so I think exploring these
14         communications is beyond the scope of the
15         notice.
16              So I will instruct the witness not
17         even to answer that question.
18              MS. CLINE:  Okay, so just so we
19         have it clear for the record, you are
20         instructing the witness not to testify
21         based on an argument that the question
22         is beyond the scope of this 30(b)(6) and
23         the question at issue is whether or not
24         Mr. Waller -- is Mr. Waller's -- the
25         request that Mr. Waller testify as to
```

                                              Page 46

                              MICHAEL WALLER

 1

 2          Mr. Guo's dissident status?

 3                    MR. GREIM:  Correct, it's whether

 4          or not he was asked to do that, and I am

 5          saying he cannot answer that question.

 6                    MS. CLINE:  There is no privilege

 7          basis for your instruction not to

 8          answer, right?

 9                    MR. GREIM:  It's just that we are

10          beyond the scope and we are starting to

11          harass Mr. Waller here.

12                    We are not following the topics.

13          Q      And so your testimony, then, is

14    that Mr. Xia -- your conversations with Mr. Xia

15    did not in any way support the allegations

16    Strategic Vision made in this lawsuit, is that

17    correct?

18          A      I don't accept the premise of

19    your question.

20                    It seems like a leading

21    question, I am -- it had nothing to do with the

22    Strategic Vision case.

23          Q      No, no, so --

24          A      So I am here as a Strategic

25    Vision witness, not as a personal witness.

```
                                                Page 47
 1                      MICHAEL WALLER
 2        Q       Understood.
 3        A       So I am not answering the
 4   question.
 5        Q       So where does Strategic Vision
 6   get the information on which it based its
 7   allegations of fraud in this case, from which
 8   individuals?
 9                Weren't you one of those
10   individuals?
11        A       Yes.
12        Q       So I am asking you to the extent
13   that you contributed to the allegation in
14   Strategic Vision's Complaint, what were the
15   sources of that information?
16                And specifically was Mr. Xia one
17   of the sources of that information?
18                MR. GREIM:  That is a fair
19        question that you can answer.
20        A       Okay, I used hundreds of
21   different sources to read, study, evaluate.
22                The ones I used to reach my
23   conclusions are much fewer, and I can't recall
24   which was which.
25                But Mr. Xia's information did
```

```
                                              Page 48
 1                      MICHAEL WALLER
 2    not form a basis of my conclusions.
 3           Q       And so my job is to try to
 4    understand what the basis for your conclusions
 5    were?
 6           A       Okay, fine.
 7           Q       And so you're saying, your sworn
 8    testimony is that your -- the information that
 9    you got from Mr. Xia did not in any way support
10    the allegations in this lawsuit?
11           A       I want to answer your question,
12    but I want to be clear.
13                   Support the allegations, meaning
14    support them in a factual sense or support them
15    in a sense that I used those allegations in my
16    own conclusions?
17           Q       The latter.  I'm trying to
18    understand whether you learned anything from
19    Mr. Xia that served as the basis for Strategic
20    Vision's allegations in this lawsuit?
21           A       No.
22                   MR. GREIM:  Just to also be very
23           clear, our position would be that if he
24           did, he could testify to that, but that
25           the questions regarding the testimony in
```

```
                                                Page 49
 1                      MICHAEL WALLER
 2          court went even beyond that.
 3          Q       Who is Lee Hong Kwon?
 4          A       He is another Chinese democracy
 5   activist.
 6          Q       And you know him personally,
 7   right?
 8          A       I met him once.
 9          Q       And did you meet him before
10   Strategic Vision filed it's counterclaim in
11   this lawsuit?
12          A       Yes.
13          Q       Did you have a conversation with
14   Mr. Lee about Mr. Guo?
15          A       Yes.
16          Q       What was the nature of your
17   conversation?
18          A       As it was with the others,
19   whether -- what his background was, his ties
20   with the Chinese secret police, his harassment
21   of Chinese dissidents, the fact that he sues
22   people who oppose the Chinese Communist Party
23   but doesn't sue people who help the Chinese
24   Communist Party.
25          Q       Where did you meet with Mr. Lee?
```

```
                                        Page 50

 1                    MICHAEL WALLER

 2         A       In northern Virginia at a

 3    restaurant.

 4         Q       Do you remember the name of the

 5    restaurant?

 6         A       No.

 7         Q       Do you remember the date?

 8         A       I am guessing around June or

 9    July of 2019.

10         Q       And did you and Mr. Lee exchange

11    any written messages about Mr. Guo?

12         A       We may have retweeted one

13    another.

14         Q       Other than retweeting, did you

15    and he -- did you and he exchange any private

16    messages about Mr. Guo?

17         A       Not to my recollection.

18         Q       And you're aware that Mr. Guo

19    sued Mr. Lee, correct?

20         A       Yes.

21         Q       Did you have any role in that

22    litigation?

23         A       No.

24         Q       Who is Robert Tucker?

25         A       There are several Robert
```

```
                                           Page 51
 1                    MICHAEL WALLER
 2   Tuckers, one is a Sovietologist, one is a
 3   security person who I believe was working for
 4   Guo Wengui.
 5           Q       Did the Mr. Tucker who you
 6   believe to have worked for Mr. Guo Wengui, did
 7   you have any conversations with him about the
 8   allegations in this lawsuit?
 9           A       No.
10           Q       Who is Endo Global?
11           A       I don't know.
12           Q       Enodo Global?
13           A       Enodo Global.
14           Q       Who is that?
15           A       That's a tech firm in Virginia.
16           Q       A tech firm that does what?
17           A       Social media network analysis.
18           Q       And do you have any
19   communications with Enodo Global about the
20   allegations in this lawsuit with anyone at
21   Enodo Global?
22           A       I don't recall ever having a
23   reason to, it has nothing to do with this case.
24           Q       Do you know the firm Arkin
25   Solbakken?
```

```
                                        Page 52
 1                    MICHAEL WALLER
 2          A       No.
 3          Q       So, just to kind of summarize or
 4   you correct me if I am summarizing incorrectly,
 5   could you tell me or confirm for me the names
 6   of people from whom you got information that
 7   helped form the basis for Strategic Vision's
 8   allegations in this lawsuit?
 9          A       First Guo Wengui himself,
10   Lianchao Han, L-i-a-n-c-h-a-o H-a-n, Yvette
11   Wang, and then a number of published --
12   published reports, public domain reports.
13          Q       What else or who else, I should
14   say?
15          A       A lot of court documents, I
16   can't recall precisely which ones they were,
17   but it was a great deal of material.
18                  Really anything in the public
19   domain about Guo Wengui I probably either read
20   or was referred to.
21          Q       Okay, and how about things that
22   were not in the public domain, did you have any
23   private conversations with anyone other than
24   Mr. Guo, Mr. Han and Ms. Wang, that formed the
25   basis for Strategic Vision's allegations in
```

```
                                         Page 53
 1                    MICHAEL WALLER
 2   this case?
 3        A       It was principally my own
 4   research, and then talking to other people who
 5   had done their own research on Guo.  We already
 6   discussed those names.
 7        Q       And I just want to make sure I
 8   have captured all of the names.
 9                What I am trying to do is make a
10   list of every person with whom you had a
11   private conversation that helped inform
12   Strategic Vision's allegations.
13                So can you just give me a list
14   of those names, private conversations, other
15   than Mr. Guo, Mr. Han and Ms. Wang?
16        A       The names that you brought up
17   earlier, you can just tack those in.
18        Q       Let me just make sure we are on
19   the -- so that would be Mr. Meng, correct?
20        A       Yes.
21        Q       And Mr. Shi Wei?
22        A       Yes.
23        Q       And who else?
24        A       Mr. Lee, who you raised.
25        Q       And Mr. Xia?
```

```
                                    Page 54
 1                    MICHAEL WALLER
 2        A      Yes.
 3               Doesn't mean I used the
 4   information, but I spoke to them.
 5        Q      So you did have communications
 6   with Xia that formed the basis for Strategic
 7   Vision's allegations in this case?
 8        A      Yes, I evaluated all the cases,
 9   read the cases, evaluated them and then came to
10   my own conclusions.
11        Q      I'm talking about private
12   communications that you had with Mr. Xia.
13        A      Yes, yes.
14        Q      And did you have any private
15   conversations with Mr. Xia that formed the
16   basis for your allegations in this case?
17        A      Mr. Xia's material did not form
18   the basis of allegations in this case.
19        Q      Anyone else other than Mr. Meng,
20   Mr. Shi, Mr. Lee?
21        A      Not to my recollection.
22        Q      Do you know who Richard Frankel
23   is?
24        A      No.
25        Q      A moment ago we went through
```

Page 55

1                      MICHAEL WALLER
2    statements that Strategic Vision claims Mr. Guo
3    made regarding the fact that he was a
4    dissident, and I think you talked about four
5    different meetings; do you recall that?
6            A      Yes.
7            Q      Is your testimony that Mr. Guo
8    himself made these statements?
9            A      Yes.
10           Q      In which language?
11           A      In Mandarin and in English.  He
12   speaks better English than he let's on.
13           Q      So, my question is for -- on
14   each of those four occasions, it's your
15   testimony that he made the statement regarding
16   being a dissident in Mandarin and in English?
17           A      Yes, and if not using the word
18   dissident, saying he wants to destroy the
19   Communist Party of China.
20                  MS. CLINE:  Let's mark this as
21           102, please.
22                  (The above described document was
23           marked Exhibit SV 102 for identification
24           as of this date.)
25           Q      We have handed you a document

```
                                      Page 56
 1                     MICHAEL WALLER
 2    that's been marked as Exhibit 102, have you
 3    ever seen it before?
 4            A       No.
 5            Q       Have you ever seen the names on
 6    this list before?
 7            A       Yes.
 8            Q       Do you know whether all of these
 9    individuals are members of the Chinese
10    Communist Party?
11            A       No.
12            Q       Do you know whether any of them
13    is?
14            A       Yes.
15            Q       Can you sort of identify, tell
16    us what you know about these people?
17            A       I would need a different
18    document to reference it.  It's a document
19    that's been produced before.
20                    So I can't accurately tell you
21    who is who unless I refer to that document.
22            Q       So sitting here just based on
23    looking at their names, you can't say who's a
24    communist and who's not?
25            A       No, it would say on the
```

Page 57

MICHAEL WALLER

1                    MICHAEL WALLER
2    document.  I know one of them is the grandson
3    of a Chinese Communist Party leader, I know
4    another one is a supposedly illegitimate child
5    of Wang Qishan, W-a-n-g Q-u-i-s-h-a-n.
6                    But offhand I can't say.
7                    I know one of them Lee June Soon
8    is one of the Chinese Communist Party and MSS
9    officers who visited Guo in his home in May,
10   but other than that, I can't tell you offhand.
11        Q       Okay that's fair.
12                So put Exhibit 102 aside and
13   just -- so Strategic Vision did, in fact, set
14   out to investigate a number of individuals on a
15   list, right?
16        A       Yes.
17        Q       It was called fish in the
18   parlance of the research agreement, right?
19        A       Yes.
20        Q       How many fish were there, do you
21   recall, initially?
22        A       Initially there were these 15
23   names.
24        Q       Did you come to -- did Strategic
25   Vision come to a conclusion as to whether those

```
                                           Page 58
 1                      MICHAEL WALLER
 2    15 were all members of the Communist Party?
 3          A      No.
 4          Q      You don't know one way or the
 5    other?
 6          A      No.
 7          Q      With respect to any of them?
 8          A      We were not tasked to produce
 9    analytical products.
10          Q      Did you come across any evidence
11    that suggested that those 15 individuals were
12    not members of the Chinese Communist Party?
13          A      It's hard to assess who's not,
14    so I can't answer that; no.
15          Q      Did you ever send a letter to
16    the United States Government claiming that
17    Mr. Guo was a Chinese spy?
18                 MR. GREIM:  I'm going to object,
19          that is beyond the scope of the
20          deposition.
21                 Again, whatever Mr. Waller and his
22          interactions with the United States
23          Government, is just beyond the scope of
24          this.
25                 The question -- we are trying to
```

```
                                           Page 59
  1                 MICHAEL WALLER
  2        learn about Strategic Vision's contentions
  3        about Guo Wengui not Mr. Waller's letters
  4        to the U.S. Government.
  5                 MS. CLINE:  So I'm going to
  6        repeat -- ask the court reporter to
  7        repeat the question.
  8                 The allegations, if such a letter
  9        were sent, the allegations in that letter,
 10        presumably would be similar to the
 11        allegations in the Complaint and
 12        presumably the research would have been
 13        duplicative, so it's fair game.
 14                 If you are going to instruct the
 15        witness not to answer, we will make a
 16        record so that we can take it up with the
 17        court if appropriate.
 18                 So, I'm sorry, can you read it
 19        back.
 20                 (The question requested was read
 21        back by the reporter.) of the
 22                 MR. GREIM:  And based on all the
 23        reasons that I articulated before,
 24        including the fact that based on what
 25        counsel said a moment ago I don't think
```

```
                                        Page 60
 1                    MICHAEL WALLER
 2          is relevant, I think there are too many
 3          jumps, I will instruct the witness not
 4          to answer that question.
 5                MS. CLINE:  Just to be clear,
 6          there is no privilege basis for your
 7          instruction not to answer?
 8                MR. GREIM:  Well, there would be
 9          no -- well, I want to say this, I
10          actually -- I'm not prepared to waive a
11          privilege to the extent that any
12          confidentiality attaches to someone's
13          communications to the government in an
14          asylum case, I just don't know the
15          answer to that question.
16                We weren't prepared to talk about
17          it here today and I don't want to waive
18          it.
19          Q     Did you -- so, you agree with me
20    that Strategic Vision alleges in this case that
21    Mr. Guo is not a dissident, correct?
22          A     Correct.
23          Q     Did you have any communications
24    with the United States Government about whether
25    or not Mr. Guo is a dissident?
```

```
                                           Page 61

 1                   MICHAEL WALLER

 2        A      I've been directed not to answer

 3   that question.

 4                MR. GREIM:  And I will stay with

 5           that same instruction.

 6                MS. CLINE:  So let me be very

 7           specific.  Prior to the filing of the

 8           fraud counterclaim in this lawsuit, my

 9           question is did you have any

10           communications with the United States

11           Government regarding whether Mr. Guo is

12           a dissident?

13                MR. GREIM:  And I will -- the

14           question is Mr. Waller individually --

15           well, I think I will -- I think I will

16           allow the question as to -- let me think

17           here for a minute here, Johanna.

18                No, I will instruct the witness not

19           to answer that question.

20                Again, if you want to understand

21           the information we have about Mr. Wengui,

22           which is what the attachment on the notice

23           asked for, we are here to provide that

24           information.

25                Our communications with the United
```

```
                                        Page 62

 1                     MICHAEL WALLER

 2          States Government, though, is beyond the

 3          scope.

 4                  MS. CLINE:  All right just to be

 5          clear, and we can fight about this

 6          later, Strategic Vision got its

 7          allegations from this human sitting

 8          right here, Mr. Waller, and to instruct

 9          him not to answer a question about his

10          communications regarding the allegations

11          is improper.

12                  We will just make a record and we

13          can take it up with the court.

14                  MR. GREIM:  Just to be very

15          clear, the instruction is his

16          communications to others about any

17          contentions he is making.

18                  We agree that communications with

19          others by which he gathered information

20          can be proper, assuming it does not

21          intrude upon work product.

22          Q       Did the United States Government

23     ever confirm the allegation that Mr. Guo was

24     not a dissident?

25                  MR. GREIM:  Objection assumes
```

```
                                        Page 63
 1                      MICHAEL WALLER
 2           facts not in evidence.
 3           A      Did they confirm it to me or --
 4      no.  I mean nothing.
 5           Q      You have no evidence from the
 6      United States Government confirming the
 7      allegation that Mr. Guo is not a dissident,
 8      correct?
 9           A      Correct.
10           Q      Did the government provide any
11      information to you one way or the other with
12      respect to Mr. Guo's dissident status?
13           A      No.
14           Q      So, the contract that is at
15      issue in this lawsuit is a contract between
16      Strategic Vision and Eastern Profit, right?
17           A      Yes.
18           Q      When you testified in your
19      personal capacity, I think it was in February,
20      you testified that you and Ms. Wallop had an
21      oral agreement that you and she would split the
22      profits that came of the contract, is that
23      accurate?
24           A      To my recollection, yes.
25           Q      And is the statement accurate as
```

```
                                        Page 64

 1                    MICHAEL WALLER
 2    you sit here today that was your agreement?
 3         A     Yes.
 4         Q     Has Strategic Vision ever done a
 5    calculation of what its profits were as --
 6    stemming from the Eastern Profit contract?
 7         A     I did not do it, but I
 8    understand, yes that it was, but I did not do
 9    it myself.
10         Q     Have you ever seen a calculation
11    of Strategic Vision's -- whether or not a
12    calculation that related to whether Strategic
13    Vision earned any profits from the Eastern
14    Profit contract?
15         A     Yes.
16         Q     Just ballpark, what's your
17    understanding of the amount of profit?
18         A     Pardon me, let me correct
19    myself.  I don't know that they would
20    constitute profits, but let's continue with the
21    questions.
22         Q     Okay, so let's just -- I don't
23    want to be confused about what I'm talking
24    about when I say profits, so can we just agree
25    that profits for purposes of this discussion
```

```
                                           Page 65
 1                    MICHAEL WALLER
 2   equal revenue minus expenses?
 3          A       For a given period, yes.
 4          Q       Fair.
 5                  Okay, so with that definition in
 6   mind, did Strategic Vision earn any profit as a
 7   result of the Eastern Profit contract?
 8          A       It would be fair to say divided
 9   earnings would be a proper way to define it.
10          Q       What do you mean by that?
11          A       So, our agreement was to split
12   earnings 50/50.
13          Q       Okay, and what -- sorry, I
14   didn't mean to cut you off.
15          A       So we did.
16          Q       And what do you mean by
17   earnings?
18          A       For whatever was paid, whatever
19   the residuals were, profit is a -- you're
20   asking me for a term that's it's more specific
21   than -- I mean I don't know the legal term
22   versus the human term difference, so let's just
23   say earnings from it.
24                  Yeah, we split earnings from
25   that period.
```

Page 66

1                           MICHAEL WALLER

2              Q       And the earnings, and I'm just

3      trying to use a word you're comfortable with,

4      so earnings, what does earnings mean?

5              A       Earnings would be weigh of the

6      grows versus what was paid out in expenses.

7              Q       So, to put it very simply, it

8      would be what came in minus what was paid out?

9              A       Yes.

10             Q       And did any -- what money came

11     into Strategic Vision in connection with this

12     contract?

13             A       There was a deposit of $1

14     million from ACA Capital, or almost $1 million

15     to ACA Capital -- from ACA Capital to Strategic

16     Vision.

17             Q       Any other money coming into

18     Strategic Vision with respect to this contract?

19             A       Not to my knowledge.

20             Q       And ballpark, how much money was

21     expended in costs by Strategic Vision with

22     respect to this contract?

23             A       That question would be best put

24     to my colleague, but I can tell you by negative

25     reasoning the -- my half of the residual was

Page 67

1                    MICHAEL WALLER
2    about $250,000.
3            Q       So your half of the earnings was
4    $250,000?
5            A       Yes.
6            Q       Okay, so you're not here to
7    testify about specific expenditures that
8    Strategic Vision made, is that correct?
9            A       Right.
10           Q       What is Oceanic Advisors?
11           A       Oceanic Advisors was -- was a
12   sole member LLC that I had that's defunct.
13           Q       Did Oceanic Advisors have any
14   role in connection with the research agreement
15   at issue here?
16           A       No.
17           Q       Did Oceanic Advisors ever
18   receive any money from Strategic Vision?
19           A       No.
20           Q       What is Liberty Tree Partners?
21           A       That's another one member LLC
22   that I own.
23           Q       And did Liberty Tree Partners
24   have any role with respect to the research
25   agreement at issue here?

```
                                      Page 68
 1                  MICHAEL WALLER
 2          A       No.
 3          Q       And did Liberty Tree Partners
 4   ever receive any payment from Strategic Vision?
 5          A       No.
 6          Q       What is Georgetown Research?
 7          A       Georgetown Research is the -- is
 8   an LLC set up to administer this contract
 9   that's at issue, meaning to sub out -- let me
10   rephrase that.
11                  Oceanic Advisors was an LLC set
12   up for the purposes of administering things
13   through or from Strategic Vision for part of
14   the contract.
15          Q       I think you just misspoke, you
16   said Oceanic Advisors.
17          A       Pardon me, yes.  No, Georgetown
18   Research.
19                  MS. CLINE:  So can you read back
20          his answer,
21                  (The answer requested was read back
22          by the reporter.)
23          Q       So, fair to say that Georgetown
24   Research was the LLC set up to administer
25   things with respect to Strategic Vision and
```

```
                                    Page 69
 1                  MICHAEL WALLER
 2   this contract?
 3         A      Yes, it was to administer
 4   certain aspects of the contract.
 5         Q      And which aspects were those?
 6         A      They were -- first we did -- by
 7   agreement with Mr. Guo we would use multiple
 8   entities to -- for funding so that things would
 9   be harder for the Chinese to trace.
10                So that was the primary reason
11   for setting up a company like that, and it was
12   mainly to serve as a payment mechanism or a
13   subcontracting mechanism.
14         Q      Any other aspects that were the
15   responsibility of Georgetown Research?
16         A      No.
17         Q      So when was Georgetown Research
18   established?
19         A      Late 2019 -- late 2017.
20         Q      Who are the members of -- it's
21   an LLC, correct?
22         A      Yes.
23         Q      Who are the members of
24   Georgetown Research?
25         A      French Wallop and myself.
```

```
                                            Page 70
 1                     MICHAEL WALLER
 2         Q        50/50?
 3         A        Yes.
 4         Q        And there is a written operating
 5    agreement, I assume?
 6         A        No.
 7         Q        It's registered to do business,
 8    the LLC?
 9         A        Yeah.
10         Q        And where is it registered?
11         A        I think it's Wyoming.
12         Q        Have there ever been any more
13    than two owners?
14         A        No.
15         Q        Georgetown Research did receive
16    payments from Strategic Vision, correct?
17         A        Yes.
18         Q        Can you just describe those
19    payments, very generally?
20         A        Sure, those were provided --
21    they were -- they were either payments to a
22    subcontractor who executed a lot of the work,
23    or to myself.
24                  MS. CLINE:  Can you mark this as
25         103.
```

1           MICHAEL WALLER

2               (The above described document was

3       marked Exhibit SV 103 for identification

4       as of this date.)

5       Q       We have handed you what's been

6    marked as Exhibit 103, and I can represent for

7    the record that the highlight on the first page

8    is mine.

9               But other than that, do you

10   recognize Exhibit 103?

11       A       Yes.

12       Q       What is it?

13       A       It's a bank statement for

14   Georgetown Research from -- for the month of

15   January, 2018.

16       Q       And the first page of Exhibit

17   103 indicates that Georgetown Research received

18   two wire transfers from Strategic Vision, is

19   that correct?

20       A       Yes.

21       Q       And one of them was for $25,000

22   and the other one for $200,000, correct?

23       A       Yes.

24       Q       And then those were made on --

25   those transfers were made on January 16th,

```
                                              Page 72

 1                    MICHAEL WALLER
 2    correct?
 3            A       Yes.
 4            Q       And on the same day there was a
 5    withdrawal of $200,000, correct?
 6            A       Yes.
 7            Q       Do you know where that money
 8    went?
 9            A       Yes.
10            Q       First of all, was it a
11    withdrawal in cash?
12            A       No.
13            Q       Tell us about that withdrawal.
14            A       It was a -- it was either a bank
15    transfer or a wire.
16            Q       Where did that money go?
17            A       That went to the subcontractor
18    for Team 1.
19            Q       And how was the subcontractor
20    for Team 1 paid?
21            A       Through that payment directly to
22    an account that the Team 1 leader held.
23            Q       By wire transfer?
24            A       Either wire transfer or ACH.
25            Q       So it wasn't a physical -- it
```

1                    MICHAEL WALLER

2    wasn't cash?

3         A       No, it was an electronic

4    payment.

5         Q       Can you turn to page 2 of

6    Exhibit 103, Bates stamped 1956.

7                    Does the transaction receipt

8    that has something to do with the $200,000?

9         A       This is very faint.  I can't

10   read the -- I can't read this.

11        Q       Okay, can you see that there are

12   two references to two checking accounts there?

13                  Are you able to make that out?

14        A       Yes.

15        Q       Do you know whose checking

16   accounts -- says withdrawal from checking then

17   deposit to checking, do you know whose deposits

18   those are?

19        A       I can't see the numbers.  If you

20   have a better copy I could tell you, on this

21   page?

22        Q       Correct?

23        A       Yes, I can't tell you.

24        Q       You would agree with me that

25   Georgetown Research's account ends in 034,

Page 74

1                    MICHAEL WALLER
2    correct?
3         A      Yes.
4         Q      Do you have any idea whose
5    checking account ends in 001?
6         A      I believe this was Team 1
7    leader.
8                If page 1956 matches this, then
9    it would be Team 1 leader.
10        Q      Was the transfer made to an
11   individual or to an entity?
12        A      To an entity.
13        Q      And are you willing to testify
14   about the name of that entity?
15        A      That's protected under an
16   initial court order by Judge kettle.
17        Q      Do you know what Team 1 leader,
18   was there -- what were the terms under which
19   Team 1's leader was to receive $200,000?
20        A      That was to set up Team 1
21   outside the United States to do the work.
22        Q      And was there any itemization of
23   that $200,000?
24        A      No.
25        Q      So, you have no idea what that

```
                                        Page 75
 1                      MICHAEL WALLER
 2    $200,000 was spent on?
 3           A       Yes, I do.
 4           Q       Okay, what was it?
 5           A       It was on computer gear and a
 6    computer team.
 7           Q       And did Strategic Vision ever
 8    get invoices or receipts for either the
 9    computer gear or the computer team?
10           A       We got an invoice.
11           Q       From whom?
12           A       Pardon me, Georgetown -- I don't
13    recall whether it was Strategic Vision or
14    Georgetown Research that got an invoice, but
15    one of the two got an invoice.
16                   MS. CLINE:  Mark this as the next
17           exhibit, please.
18                   (The above described document was
19           marked Exhibit SV 104 for identification
20           as of this date.)
21           A       Yes, this is the invoice.
22           Q       So, yes, so if you would just
23    describe for the record what Exhibit 104 is?
24           A       Exhibit 104 is an issue from
25    Team 1 leader to Georgetown Research for
```

```
                                              Page 76

  1                         MICHAEL WALLER

  2      $200,000.

  3              Q       Okay, so in the redacted section

  4      of text that's under the word invoice, is that

  5      where Team 1's leader's name would appear?

  6              A       I believe so, yes.

  7              Q       Other than this, is there any

  8      written evidence from Team 1 regarding that

  9      payment of $200,000?

 10              A       No, presumably illegible page

 11      1956, but that would be all.

 12              Q       Did Team 1 send you a receipt

 13      after you paid the invoice that's number 104?

 14              A       No.  Not to my recollection.

 15              Q       Did you create Exhibit 104?

 16              A       I provided the document.

 17              Q       So you created the invoice, did

 18      anyone at Team 1 ever touch Exhibit 104?

 19              A       No.

 20              Q       So you just created --

 21              A       Touch the --

 22              Q       So who created Exhibit 104?

 23              A       Team 1 did.  I created the

 24      exhibit in discovery, but Team 1 created the

 25      document.
```

```
                                        Page 77
 1                    MICHAEL WALLER
 2              I mean this is Team 1's invoice
 3     to Georgetown Research which I provided as
 4     Georgetown Research, I provided in discovery.
 5          Q      Okay, putting aside who produced
 6     it in discovery, who physically typed this up?
 7          A      Team 1.
 8          Q      Okay, and so you received this
 9     document that is Exhibit 104 from someone at
10     Team 1, correct?
11          A      Yes.
12          Q      Then just to close the loop, so
13     in connection with this invoice dated January
14     6, Georgetown Research made a wire transaction
15     on January 16th, is that right?
16          A      Yes.
17          Q      And then -- but you are not
18     aware of any receipt that Team 1 provided when
19     it received the funds, is that correct?
20          A      Correct.
21          Q      And you never got an itemization
22     from Team 1 as to how that $200,000 was spent,
23     correct?
24          A      Correct.
25          Q      To the best of your knowledge it
```

```
                                    Page 78
 1                    MICHAEL WALLER
 2   was spent on computer gear, computer teams, but
 3   you can't say anything more specific than that?
 4         A       Correct.
 5         Q       Was there an understanding
 6   between Strategic Vision and Team 1 about
 7   expenses beyond $200,000?
 8         A       No, that was a flat rate payment
 9   system that we had, and we structured
10   everything in a way to protect Mr. Guo from
11   being discovered by the Chinese.
12                 So in our discussing the
13   contract, as we were arranging this with
14   Mr. Guo, we said that all invoicing would be
15   kept to a minimum and there would be as little
16   paperwork as possible in order to prevent the
17   Chinese government from finding out about this
18   activity.
19                 So, likewise, we were not to
20   have invoiced either, there would just be
21   certain payments made verbally, through a
22   verbal arrangement.
23         Q       I'm sorry, there would be
24   payments made?
25         A       Right.
```

Page 79

1                    MICHAEL WALLER

2          Q        Through a verbal?

3          A        Right, so invoices would be

4    verbal.

5          Q        Invoices would be oral, you

6    mean, not written down?

7          A        Right.

8          Q        And how physically did Team 1

9    transmit this invoice to Georgetown Research?

10         A        By hand.

11         Q        And where did that take place?

12         A        Probably in Washington, D.C.

13         Q        Do you remember?

14         A        Not for facts.

15         Q        So you met face-to-face with the

16   leader of Team 1 in Washington, is that right?

17         A        Yes, in the D.C. area.

18         Q        What was the date on which you

19   and he met?

20         A        We met many times.

21                  In terms of this contract, we

22   met many times between November and -- November

23   2017 and March 2018.

24         Q        Do you remember when he gave you

25   this invoice that's Exhibit 104?

```
                                            Page 80
 1                    MICHAEL WALLER
 2         A      On or about January 6, 2018.
 3         Q      Did Strategic Vision ask Team 1
 4   to search its records for documents relevant to
 5   this litigation?
 6         A      Yes.
 7         Q      And did they provide any?
 8         A      There were no documents.
 9         Q      Turn, if you would, in Exhibit
10   103 to Bates page 1957.
11                And this relates to -- it's a
12   bank account statement as of February 28th of
13   2018, correct?
14         A      Yes.
15         Q      There are two payments that are
16   American Express payments, do you see those?
17         A      Yes.
18         Q      Whose American Express is being
19   paid there?
20         A      That was my American Express.
21         Q      And then there is a wire
22   transfer to Allied Special Operations Group, do
23   you see that?
24         A      Yes.
25         Q      That's been referred to as Team
```

```
                                        Page 81

 1                   MICHAEL WALLER

 2   2 in this litigation, is that correct?

 3        A     Yes.

 4        Q     And that was the entirety of the

 5   payment to Team 2, correct?

 6        A     Yes.

 7        Q     So, in terms of outgoing funds

 8   from Georgetown Research, we have a $200,000

 9   deposit that goes to Team 1, correct?

10        A     Yes.

11        Q     And we have call it

12   approximately $3,000 in your American Express

13   payment, correct?

14        A     Yes.

15        Q     And then the transfer to Team 2

16   for approximately $5,400, right?

17        A     Yes.

18        Q     And then turn, if you would, to

19   the next page, to 1958, you see there are two

20   more American Express payments, right?

21        A     Yes.

22        Q     And those coordinate or

23   correspond to reimbursement invoices that you

24   submitted personally, correct?

25        A     Yes, I believe so.
```

```
                                    Page 82
 1                    MICHAEL WALLER
 2        Q      Do you know why there are two
 3   payments to American Express in the same month?
 4        A      No.
 5        Q      Was Georgetown research paying
 6   anyone's American Express bill other than
 7   yours?
 8        A      No.
 9        Q      All right, so then in March we
10   have approximately $8,000 in business expenses,
11   right?
12        A      Well, they were February, but
13   credited in March.
14        Q      Excuse me, fair, yes.
15               Turn the page to 1959, do you
16   see that?
17        A      Yes.
18        Q      There is one payment in April,
19   correct?
20        A      Yes.
21        Q      And that's made to your American
22   Express account?
23        A      Yes.
24        Q      And do those expenses tie out to
25   a reimbursement invoice, do you know?
```

```
                                        Page 83
 1                      MICHAEL WALLER
 2          A        Probably, because it's an odd
 3   number.
 4          Q        But that's your American
 5   Express?
 6          A        Yes.
 7          Q        The bill, correct?
 8          A        Yes.
 9          Q        And then turn to the last page,
10   if you would, which is a bank statement as of
11   May 31; do you see that?
12          A        Yes.
13          Q        And the first entry is a wire
14   transfer from Strategic Vision for $15,000; do
15   you see that?
16          A        Yes.
17          Q        Why was that transfer made?
18          A        I don't recall.
19          Q        Do you know whether that was
20   part of the $250,000 in earnings that you
21   received personally?
22          A        I don't recall.
23          Q        Do you recall when the research
24   agreement at issue here was terminated?
25          A        It would have been effective
```

```
                                            Page 84

 1                     MICHAEL WALLER
 2    around March 25th of 2018.
 3          Q       Right, so in light of that, do
 4    you have any explanation for why there are
 5    still being payments made in May to Georgetown
 6    Research?
 7          A       Because we ended up using
 8    Georgetown Research for other purposes.
 9          Q       When did that start taking
10    place?
11          A       After the termination of the
12    contract.
13          Q       When specifically?
14          A       Well, if you find the date of
15    the termination of the contract, you get the
16    date of the change.
17          Q       What were the purposes for which
18    you used it immediately after the contract
19    termination?
20          A       First there were still bills to
21    be paid, and second there was other business to
22    be done through things having nothing to do
23    with this contract.
24          Q       So, with respect to the
25    transaction listed in the May bank statement,
```

Page 85

1                    MICHAEL WALLER

2    we talked about the $15,000 credit and you

3    don't know why that was made, correct?

4            A       Correct.

5            Q       Then there is a payment to you,

6    the $15,000; do you see that?

7            A       Yes.

8            Q       I'm sorry if you answered this,

9    is that included in your $250,000, or no?

10           A       I would have to go back and

11   check, but I did say approximately $250,000.

12           Q       And then there is another AMEX

13   payment on May 7, do you see that?

14           A       Yes.

15           Q       And what business expenses could

16   be being paid on May 7th with respect to this

17   contract if it terminated effective in March?

18           A       I didn't say this was related to

19   the contract.

20           Q       Okay, so then you tell me then,

21   is this bill payment on May 7, is that not

22   related to this case, not related to Eastern

23   Profit?

24           A       I don't know, I don't believe

25   so.

```
                                        Page 86
 1                     MICHAEL WALLER
 2          Q      Are any of these payments
 3   subsequent to or on this May statement related
 4   to the Eastern Profit agreement?
 5          A       Something could have been a
 6   residual dividing up of remainder funds, but I
 7   don't have an accounting for it here.
 8          Q      Sitting here you can't say one
 9   way or the other?
10          A      Correct.
11          Q      Who is Psyber Solutions?
12          A      That's somebody whose business
13   was not related to the case.
14          Q      Then the wire to you on May
15   16th, does that relate to Eastern Profit at
16   all?
17          A      I don't recall sitting here.
18                 MS. CLINE:  All right, let's take
19          a break.
20                 THE VIDEOGRAPHER:  The time is
21          10:43 a.m., this is the end of video 1,
22          we are off the record.
23                 (At this point in the proceedings
24          there was a recess, after which the
25          deposition continued as follows:)
```

```
                                        Page 87
 1                     MICHAEL WALLER
 2                THE VIDEOGRAPHER:  The time is
 3        11:08 a.m. we are back on the record.
 4                This is video 2.
 5        Q        So, Mr. Waller, I started by
 6   asking you to confirm that you are -- to
 7   confirm you are here as a representative of
 8   Strategic Vision here today?
 9        A        Correct.
10        Q        Is Strategic Vision compensating
11   you for your time here today?
12        A        No.
13        Q        Are they compensating you for
14   your testimony in any way?
15        A        No.
16        Q        Is anyone paying you for your
17   time here today?
18        A        No.
19        Q        Is anyone compensating you for
20   your role in this lawsuit?
21        A        No.
22        Q        Who paid your expenses to come
23   to New York today?
24        A        I did.
25        Q        Has anyone paid for any of
```

```
                                          Page 88
 1                    MICHAEL WALLER
 2    your -- other than yourself, paid for your
 3    travel expenses with respect to this
 4    litigation?
 5            A       No.
 6                    If I might complete an answer to
 7    your question from before, regarding the
 8    checking activity from May 1st in the Exhibit
 9    SV 103, page 1960.
10                    The $15,000 funds transfer was a
11    payment to me for work performed and then that
12    funds turn out the following day, was paid the
13    same payment to my personal account.
14                    And then the funds transfer from
15    May 16th had nothing to do with this matter at
16    all.
17            Q       All right, can you just repeat
18    that?
19                    So the -- sorry.
20            A       So the May 1st funds transfer
21    credit $15,000, that was payment to Strategic
22    Vision as a corporation, to me as an
23    individual.
24            Q       And is that --
25            A       For me as an individual.
```

```
                                          Page 89
 1                   MICHAEL WALLER
 2        Q        Was that part of the $250,000 in
 3   earnings?
 4        A        I believe so.
 5        Q        And then go ahead?
 6        A        And then the May 2nd, funds turn
 7   out, that wire to me, that's that same payment.
 8        Q        Correct, so as I understand, the
 9   money came in from Strategic Vision on May 1
10   and then out to you on May 2nd?
11        A        Correct.
12                 And then the May 16th funds
13   transfer is something that has nothing to do
14   with this case at all, or it has nothing to do
15   with Strategic Vision.
16        Q        Okay, so turn, if you would, to
17   Han Exhibit 11, and we have already established
18   that's the research agreement that's in dispute
19   in this litigation, right?
20        A        Yes.
21        Q        The contract was signed on
22   behalf of Strategic Vision on January 6, 2018,
23   is that right?
24        A        Yes.
25        Q        And the contract was negotiated
```

Page 90

```
 1                MICHAEL WALLER
 2   by Strategic Vision and Eastern Profit in part
 3   in Ms. Wallop's home in Virginia, correct?
 4         A      Most of it was negotiated with
 5   Guo Wengui in his home in New York City.
 6         Q      Didn't some of the negotiations
 7   take place in Ms. Wallop's home in Virginia?
 8         A      To my understanding, yes.
 9         Q      And the contract was signed in
10   Ms. Wallop's home in Virginia, correct?
11         A      She signed it there with Yvette
12   Wang.
13         Q      Strategic Vision signed the
14   contract in Virginia?
15         A      With Yvette Wang in Virginia,
16   yes.
17         Q      Right above the signature page
18   there is a subheading called duration, do you
19   see that?
20         A      Yes.
21         Q      In the last sentence of that
22   paragraph says, "Either party may terminate the
23   contract with 30 days written notice."
24                Do you see that?
25         A      Yes.
```

```
                                    Page 91
 1                   MICHAEL WALLER
 2          Q       That was your understanding of
 3   the terms of the agreement, correct?
 4          A       Yes.
 5          Q       And there didn't need to be
 6   cause to terminate, there didn't need to be a
 7   reason to terminate, correct?
 8          A       Yes; correct.
 9          Q       Thank you.
10                  And the contract was terminated
11   by Eastern Profit on or about February 23, is
12   that correct?
13          A       To my recollection, yes.
14          Q       I'm still looking on page 5 of
15   the agreement here, the parties agreed that --
16   it says, "The client will pay the contractor a
17   deposit of U.S. $1 million."
18                  Do you see that?
19          A       Yes.
20          Q       And a deposit, in fact, was
21   paid, correct?
22          A       By ACA Capital, yes.
23          Q       And the parties -- with respect
24   to the deposit, the parties agreed that the
25   deposit would be credited on a prorated basis
```

```
                                        Page 92
 1                   MICHAEL WALLER
 2   at the end of the contract, right?
 3          A      Yes.
 4                 MR. GREIM:  Objection, calls for
 5          a legal conclusion.
 6          Q      That was your understanding?
 7          A      I withdraw my legal conclusion.
 8          Q      I'm not asking you -- you're a
 9   business person, right?
10          A      Yes.
11          Q      I'm just asking you for your
12   understanding of the parties' terms.  You don't
13   have to have a JD to do that.
14                 So your understanding was that
15   the deposit would be credited on a pro rata
16   basis to the end of the contract, correct?
17                 MR. GREIM:  I just object once
18          again because this is for Strategic
19          Vision's vision's understanding and not
20          Mr. Waller's.
21          Q      Yeah, I'm asking for your
22   understanding.
23                 You've no reason to disagree
24   with what I just said, correct?
25          A      I agree it says the deposit will
```

```
                                        Page 93
 1                    MICHAEL WALLER
 2   be credited on a prorated basis to the final
 3   one, one-third month's of the contract.
 4          Q      And you understood that the
 5   Strategic Vision understood that the $1 million
 6   was a downpayment, not a signing fee, correct?
 7          A      No, it was a deposit.
 8          Q      So you did understand that it
 9   was a downpayment, not a signing fee?
10          A      Correct.
11                 MR. GREIM:  Objection, vague.
12          A      In our negotiations with Mr. Guo
13   on this contract, he did not like the idea of a
14   a signing bonus or a deposit, so we settled
15   on -- pardon me, he didn't like the idea of a
16   signing bonus or an advance, so he chose to
17   call it a deposit, so we called it a deposit,
18   too.
19          Q      But you agree that it's not a
20   signing fee?
21          A      Correct.
22          Q      And you just testified, and I
23   think we saw, maybe we didn't yet, but the $1
24   million deposit came in through ACA Capital,
25   correct?
```

```
                                        Page 94
 1                  MICHAEL WALLER
 2        A       Yes.
 3        Q       And Strategic Vision did not
 4   return any portion of that deposit to ACA
 5   Capital, did it?
 6        A       Correct.  No, it did not.
 7        Q       Turn, if you would again, you
 8   might still be there, page 5 of the research
 9   agreement.
10                Sort of in the middle of the
11   page there is a paragraph that starts with the
12   word subsequent, do you see that?
13        A       Yes.
14        Q       Then so there is a sentence that
15   starts with the word I will just read it all,
16   "subsequent payments will be made to the same
17   account unless mutually agreed otherwise in
18   writing."
19                Do you see that?
20        A       Yes.
21        Q       Then it says, "It is understood
22   that the client may direct other entities to
23   pay the contractor and that such payments will
24   be deemed satisfactory."
25                Do you see that?
```

```
                                          Page 95
 1                   MICHAEL WALLER
 2        A      Yes.
 3        Q      Are you aware of any prohibition
 4   in the contract that prohibited Eastern Profit
 5   from making payments from entities other than
 6   Eastern Profit?
 7        A      It was explicit that they would
 8   be all entities controlled by Guo Wengui, that
 9   it was his money, and that he would -- he may
10   use various vehicles to conceal from the
11   Chinese government the fact that he was making
12   these payments.
13        Q      And there was no prohibition
14   that --
15              MS. CLINE:  Strike that.
16        Q      The parties -- there was no
17   prohibition in the contract preventing Eastern
18   Profit from making payment from an entity based
19   in Hong Kong, was there?
20        A      Let me review this.
21              In our negotiations with him, it
22   was explicit that there would never be a
23   payment straight from Hong Kong, because that
24   would violate basic operational security
25   compromising both Mr. Guo and all of us.
```

```
 1                   MICHAEL WALLER
 2          Q       But that never got memorialized
 3   in the written contract, correct?
 4          A       Correct.
 5          Q       Just generally speaking, from a
 6   business perspective of Strategic Vision, what
 7   was -- what services was Strategic Vision
 8   agreeing to provide to Eastern Profit under the
 9   agreement?
10               MR. GREIM:  Objection, vague.
11               And one thing I'll say is this is
12          all material that was in the original
13          petition -- sorry, claim and counterclaim,
14          it was already covered in the 30(b)(6) of
15          Strategic Vision.
16               So none of this about the
17          statements of the services to be provided
18          is new, and that's what we are limiting
19          today to.
20               MS. CLINE:  The notice does call
21          for documents that were newly produced,
22          including a giant stack of handwritten
23          notes by Mr. Waller regarding the
24          negotiations of the contract.
25               So I'm entitled to ask him his
```

```
 1                      MICHAEL WALLER
 2          understanding of the contract.
 3                    If they are inconsistent with his
 4          notes, then I will impeach him.
 5                    MR. GREIM:  Fair enough.  I agree
 6          with that.
 7                    MS. CLINE:  Would you read back
 8          the last question and answer.
 9                    (The portion of the record
10          requested was read back by the reporter.)
11          Q       Can you answer that question?
12          A        In summary, the agreements were
13    to dig up information on Chinese Communist
14    Party members and their family members and
15    their illegitimate children who would not
16    overtly be connected to them, who were running
17    or managing illegally gotten gains or money
18    stolen by the CCP officials for their own self
19    enrichment and any other kind of information
20    that would show their breaking Chinese law or
21    Communist Party "morality," anything that would
22    cause them to be shown to be breaking Chinese
23    law, American law and by extension discrediting
24    the party leadership.
25          Q       And there were certain reports
```

```
                                        Page 98

 1                    MICHAEL WALLER
 2    or deliverables to be provided under the
 3    contract, correct?
 4           A      Yes.
 5           Q      And the deliverables would be
 6    delivered by USB only, correct?
 7           A      Correct.
 8           Q      Turn, if you would, to the first
 9    page of Exhibit Han 11.
10                  I direct your attention to the
11    bottom of the page, paragraph A.
12                  There is a sub-bullet there that
13    says, "Financial forensic historical research."
14                  Do you see that?
15           A      Yes.
16           Q      And that was one of the types of
17    deliverables to be provided, correct?
18           A      Yes.
19           Q      And specifically if you go to
20    the second line of that paragraph, it says,
21    "Research will consist of in-depth and detailed
22    reports of existing and historical business and
23    financial transactions."
24                  Do you see that?
25           A      Yes.
```

```
                                          Page 99

 1                    MICHAEL WALLER
 2         Q       Did Strategic Vision ever
 3   produce such a deliverable?
 4         A       Mr. Guo did not give us time.
 5         Q       But just -- can you just answer
 6   my question so the record is clear.
 7                  Did Strategic Vision ever
 8   produce such a deliverable?
 9         A       Mr. Guo made it impossible for
10   us to deliver that kind of material.
11         Q       So Strategic Vision did not
12   deliver that material, correct?
13         A       I already said my answer.
14         Q       I need an answer to the question
15   I understand.
16         A       I answered your question.
17         Q       I understand that you have
18   another argument, but I need an answer to the
19   question.
20                  Did Strategic Vision ever
21   provide the in-depth and detailed reports of
22   existing and historical business and financial
23   transactions mentioned in the last paragraph of
24   page 1?
25         A       I will say again, Mr. Guo did
```

```
                                            Page 100
 1                     MICHAEL WALLER
 2    not permit us to do that, so we did not deliver
 3    them.
 4           Q       If you turn the page and go to
 5    section B, it says, "Current tracking
 6    research."
 7                   Do you see that?
 8           A       Yes.
 9           Q       And it says, "Current tracking
10    research shall consist of, but not will be
11    limited to in depth and detailed reports on
12    movements of specified subjects by land, air
13    and sea."
14                   Do you see that?
15           A       Yes.
16           Q       Did Strategic Vision deliver any
17    reports of that nature?
18           A       Yes.
19           Q       Describe that?
20           A       We found movements of specific
21    subjects by land and air, private and
22    commercial, addresses and lodging, means of
23    transportation, geolocation, and Mr. Guo
24    refused to accept that information.
25           Q       Did you attempt to provide that
```

```
                                            Page 101
 1                    MICHAEL WALLER
 2   information to Mr. Guo?
 3          A       Yes.
 4          Q       By what means?
 5          A       By -- through Lianchao Han in
 6   February, the first or second week of February,
 7   2018.
 8          Q       Tell me about that.
 9          A       This was work we had found
10   through Team 2.
11          Q       Team 2 is the ASOG team?
12          A       Yes.
13          Q       And what was the deliverable
14   that --
15                  MS. CLINE:  Well, strike that.
16          Q       Tell me about what Team 2 found?
17          A       Well, first of all we had a
18   problem because there were questions about
19   whether the research methodology was legal.
20                  We sought Mr. Guo's guidance on
21   that and he refused to give that guidance, so
22   we could not produce the data for him that had
23   been retrieved.
24                  We could not provide him with
25   the data that had been retrieved because we
```

```
                                        Page 102
 1                    MICHAEL WALLER
 2   were concerned about the legality of the way in
 3   which it was collected.
 4          Q      Did Strategic Vision then
 5   receive from Team 2 a deliverable on a USB?
 6          A      No, we received the deliverable
 7   on paper in their offices.  They refused to
 8   provide all of the data because of their
 9   concerns about legality, but they gave us a
10   summary of it.
11                 We went back to Mr. Guo through
12   Lianchao Han for guidance saying we found
13   information but we have hit an impasse, can you
14   give us guidance on what to do?
15                 He refused to provide that
16   guidance.
17          Q      The -- so, ASOG gave you written
18   documentation?
19          A      He showed us.
20          Q      What did they show you?
21          A      It was a stack of about half an
22   inch thick or more, maybe three-quarters of an
23   inch thick of their actual documentation
24   concerning flights from Shanghai to Los Angeles
25   International Airport on private planes with
```

```
1                     MICHAEL WALLER
2    the tail numbers that went to a private hangar
3    where U.S. Customs had no inspectors.
4                   It had an airport in Wisconsin
5    where these planes would be parked.
6                   It had names of individuals
7    doing transit on those and other aircraft,
8    these were private flights.
9                   It had -- let me see, back on
10   this tracking research, it had significant
11   contacts of the subjects involved.
12                  So it was a perfect set of
13   datapoints through which to begin a serious
14   deep dive, but we asked Mr. Guo for guidance
15   because we -- he refused to provide that
16   guidance, that's why we did not provide him the
17   data.
18        Q     So, Strategic Vision -- sorry,
19   ASOG showed you this information in hard copy
20   form?
21        A     Yes.
22        Q     And you didn't receive a
23   photocopy of that information?
24        A     No, they refused to provide it;
25   because of questions of legality.
```

Page 104

                         MICHAEL WALLER

1

2          Q       And Strategic Vision subpoenaed

3    ASOG in this case, right?

4          A       Yes.

5          Q       And is there anything of the

6    sort of what you're describing produced by ASOG

7    in this case?

8                  MR. GREIM:  Hold on, hold on.

9          Actually Eastern Profit subpoenaed ASOG,

10         Strategic Vision subpoenaed the person

11         named in ASOG's response to your client.

12         Q       Okay, so Strategic Vision

13   subpoenaed Adam Kraft?

14                 MR. GREIM:  That's right.

15         Q       Is that your understanding?

16         A       I stand corrected from my

17   previous statement.  Yes, that is my

18   understanding.

19         Q       And did Mr. Kraft produce any

20   documents in response to the subpoena, to your

21   knowledge?

22         A       I don't know.

23                 MR. GREIM:  I will take this one

24         just to be clear; he did not.

25                 MS. CLINE:  Let's mark this one

```
                                           Page 105

 1                       MICHAEL WALLER

 2           as the next up, please.

 3                       (The above described document was

 4           marked Exhibit SV 105 for identification

 5           as of this date.)

 6           Q       Have you seen Exhibit number 105

 7   before?

 8           A       Yes.

 9           Q       What is it?

10           A       This is an invoice from Allied

11   Special Operations Group, ASOG, from March 2018

12   for the work that we just discussed.

13           Q       Originally they were set to

14   invoice Strategic Vision over $100,000,

15   correct?

16           A       Correct.

17           Q       And then ultimately they only

18   invoiced Strategic Vision $5,400,

19   approximately?

20           A       Yes.

21           Q       You see on the page 2 of the

22   invoice there is an asterisk at the top next to

23   the words termination credit, do you see that?

24           A       Yes.

25           Q       It says see note below?
```

Page 106

MICHAEL WALLER

1
2          A       Yes.

3          Q       Then at the bottom -- well, the
4     last text on the page there is a bullet that
5     says "termination credit," do you see that?

6          A       Yes.

7          Q       It says, "Client advised all
8     targets are RP by NCS."

9                  Do you see that?

10         A       Yes.

11         Q       What does that mean?

12         A       This was the reason why they,
13    ASOG, did not provide us physical copies of the
14    data, because of questions of legality.

15                 The targets that Mrs. Wang gave
16    us on behalf of Mr. Guo were -- which we
17    provided to ASOG, were designated as RP or
18    records protected.

19                 And what ASOG told us is that RP
20    stands for -- as a designation for foreign
21    nationals whose files are protected by federal
22    authorities either because they are subject of
23    national security investigation,
24    counterterrorism investigation, criminal
25    investigation, or they may be subject to it, or

1                    MICHAEL WALLER

2      conversely they may be collaborating with U.S.

3      authorities.

4                    So they want to keep those

5      records private so that nobody finds out about

6      any of this until the government deems

7      necessary.

8                    It was because of ASOG

9      discovering this RP designation that it was

10     unable to provide us with the data that it

11     provided.

12          Q      And do you know, did they tell

13     you what NCS means?

14          A      If I recall correctly it's

15     National Counterterrorism Service but I am not

16     sure.

17          Q      Did they provide a statutory

18     site about this restricted persons concept?

19          A      No.

20          Q      Had you ever heard it before?

21          A      No.

22          Q      The next line says, "ASOG

23     requests explanation by client.  No explanation

24     provided."

25                    Do you see that?

1                    MICHAEL WALLER

2         A       Yes.

3         Q       Do you know what that means?

4         A       Yes.

5         Q       Can you explain it?

6         A       Yes.  They wanted to know who we

7    were seeking this information for, and we

8    wouldn't tell them in order to protect our

9    agreement with Mr. Guo, and they immediately

10   suspected that it was Mr. Guo because of how

11   those names could be found open source linked

12   to his.

13                 And we wouldn't acknowledge that

14   either, and then they suspected that this may

15   be a China's foreign counterintelligence

16   operation and that we were being used for those

17   purposes to assist the Chinese Secret Service

18   in finding information on that selective list

19   of people, meaning what did the U.S. Government

20   know or what was the status of the U.S.

21   criminal investigation of them.

22        Q       Can you just describe what you

23   mean by open source linked?

24        A       So, you go through social media

25   or any online media that's open source and you

```
                                        Page 109
  1                    MICHAEL WALLER
  2    collect that on a very large scale, aggregate
  3    it, then do your link analysis to find out what
  4    some of the common names are.
  5                    And Guo had apparently denounced
  6    a lot of these people in his videos or in his
  7    public statements, and they -- leading these
  8    analysts here immediately to assume that our
  9    client was Guo.
 10         Q      Does open source mean public?
 11         A      Yes.
 12         Q      How did ASOG deliver this
 13    invoice that's Exhibit 105 to Strategic Vision?
 14         A      I don't remember if it was by
 15    hand or by e-mail, but -- I know it was by
 16    e-mail, but I don't know if it was both.
 17         Q      The documents that they showed
 18    you, that was in Texas?
 19         A      Yes.
 20         Q      And who was present for that
 21    meeting?
 22         A      That was Adam Kraft who was the
 23    CEO, that was the CFO, Russ, last name began
 24    with R, I will remember it, and then the COO I
 25    will recall his name, it's -- if I see their
```

```
                         MICHAEL WALLER
 1
 2   website I can tell you who the names were.
 3                 And then there were three
 4   analysts who I only knew by their first names.
 5         Q      Was anyone there on behalf of
 6   Strategic Vision other than yourself?
 7         A      Yes, French Wallop was there.
 8         Q      Was anyone else present other
 9   than the three individuals you described?
10         A      No.
11         Q      And, I'm sorry, you may have
12   said this and I just didn't remember, where in
13   Texas was the meeting?
14         A      Addison, Texas, it was right
15   outside Dallas.
16         Q      At their offices?
17         A      Yes.
18         Q      Other than that -- so that
19   information never ended up on a USB drive that
20   was in your possession, correct?
21         A      No.
22         Q      And it certainly never made its
23   way to Eastern Profit, correct?
24         A      Correct.  We got into a big
25   argument with them about it, saying we were
```

```
                                    Page 111
 1                      MICHAEL WALLER
 2   ready to pay for it, she should have told us
 3   this ahead of time, and this was causing
 4   problems for us and for the client, and they
 5   said this, if we give it to you, it's going to
 6   break federal law, so no.
 7                   That's when we went back to
 8   Mr. Guo for guidance through Lianchao Han about
 9   what to do next.
10        Q       When you say we and they,
11   meaning Strategic Vision got into an argument
12   with ASOG?
13        A       Correct.
14        Q       So, other than the stack of hard
15   copy papers that you described that you saw but
16   didn't receive from ASOG, did Strategic Vision
17   compile any other tracking research consistent
18   with paragraph B on page 2 of the agreement?
19        A       No, that was our first crack at
20   the tracking research.
21        Q       And then -- just bear with me.
22        A       I might also add that it was a
23   problem on the legality side because while
24   Lianchao Han was scrupulous about obeying U.S.
25   law, Yvette Wang was not, and she even once
```

```
                                          Page 112
 1                    MICHAEL WALLER
 2   said I don't care if it's legal, just get it.
 3                    MS. CLINE:  Move to strike.
 4        A        That is a completion of my
 5   answer.  I ask that my comments be retained for
 6   the record.
 7        Q        If you drop down to paragraph C
 8   on page 2 of the agreement, social media
 9   research, do you see that subtitle?
10        A     Yes.
11        Q        It goes on to say, "Shall
12   consist of in-depth and detailed reports on the
13   social media usage and networks of specified
14   subjects and public figures."
15                    Do you see that?
16        A     Yes.
17        Q        Did Strategic Vision ever
18   provide a deliverable that meets that
19   description?
20        A     Yes.
21        Q        Tell me about that.
22        A        It first obviously is to
23   research anything or anyone you need to do
24   basic research on it, so Team 1 did its own
25   initial research through open source or public
```

```
                                        Page 113
 1                      MICHAEL WALLER
 2    social media on certain of the targets on that
 3    15 person list.
 4                   That was their own basic work.
 5    So the only report, in quotes, that we provided
 6    as a deliverable was showing how the research
 7    team was setting up its methodology to collect
 8    this data, but we did not -- that was the
 9    extent of the report, it was just an initial
10    status report after the first week.
11            Q       Okay.
12            A       Or two.
13            Q       So there was a report on
14    methodology, correct?
15            A       Yes, but keep in mind our
16    reports were not supposed to be analytical,
17    they were supposed to be simply raw data.
18                   But we wanted to demonstrate to
19    the client the methodology that was being used
20    so that the client would understand how the
21    work was being done.
22            Q       Okay, but was there a
23    deliverable provided that detailed the social
24    media usage and networks of the subjects?
25            A       No, only the methodology
```

```
 1                      MICHAEL WALLER
 2    deliverable that I just mentioned.
 3            Q       Just to close the loop, that
 4    methodology report was delivered how and when
 5    and to whom?
 6            A       It was delivered to Yvette Wang
 7    by USB port and I was told, "This is all shit,
 8    it's worthless.  Don't bother with this."
 9            Q       And was this the delivery on
10    January of 26th?
11            A       It was said on two occasion.
12            Q       The delivery of the methodology
13    report with respect to social media research,
14    when was that made?
15            A       It was either January 26th, I
16    think it was -- I think it was January 26th.
17            Q       Was there more than one report
18    on social media methodology?
19            A       No, but I don't remember if it
20    was on -- if it was delivered on that day or at
21    a nearby day, I just want to be careful about
22    the date.
23            Q       And, in total, how many USB
24    drives did Strategic Vision deliver to Eastern
25    Profit?
```

```
                                          Page 115

 1                     MICHAEL WALLER

 2          A        Either two or three to Yvette

 3   Wang.  I think it was two, but it might have

 4   been three.

 5          Q        So, one would be the social

 6   media research methodology report you just

 7   mentioned, correct?

 8          A        Yes.

 9          Q        And what was the nature of the

10   other USB deliverable?

11          A        It was raw code.

12          Q        When was that delivery made?

13          A        On or about the 30th of January

14   2018.

15          Q        And did the raw code relate

16   to --

17                   MS. CLINE:  Sorry, let me strike

18          that.

19          Q        Turn back to page 1 of the

20   contract, if you would.

21                   You see that there are the three

22   indented bullets, financial, forensic

23   historical research, current tracking research

24   and social media research; do you see that?

25          A        Yes.
```

```
                                     Page 116

 1                      MICHAEL WALLER

 2         Q      And the second USB that was all

 3   code, does that relate to any of those three

 4   subject matter areas?

 5         A      It related to all three.

 6                Let me say it potentially

 7   related to all three.

 8         Q      What do you mean by potentially?

 9         A      It was still encrypted code and

10   Ms. Wang and Mr. Guo were insistent that we

11   deliver it regardless.

12                I said it hasn't been decrypted

13   yet, and they essentially said we don't care,

14   we want it anyway.

15                We said it won't be of any use

16   to you until it's decrypted.  So I went and

17   retrieved it anyway for them.

18         Q      I am just going to show you a

19   document, I'm not going to mark it yet because

20   I think I know what the answer to this question

21   is going to be.

22                Do you see this document, it has

23   a color code key at the top of it?

24         A      Yes.

25         Q      What's the Bates label on the
```

```
                                          Page 117
  1                      MICHAEL WALLER
  2    bottom of the page?
  3          A        SVUS 001939.
  4          Q        That's Ms. Wallop's document, is
  5    that correct?
  6          A        Yes.
  7          Q        You are not here to testify
  8    about that?
  9          A        Correct.
 10          Q        So turn back, if you would, to
 11    the Strategic Vision's counterclaim.
 12                   And specifically page 31
 13    paragraph 36?
 14          A        Yes.
 15          Q        All right, let's start with the
 16    first sentence, says, "Strategic Vision's team
 17    working in other countries also found troubling
 18    breaches of security by Eastern Profit and Guo
 19    that frustrated and prevented Strategic
 20    Vision's performance."
 21                   Do you see that?
 22          A        Yes.
 23          Q        Which team is Strategic Vision
 24    referring to there?
 25          A        Team 1.
```

```
                                    Page 118

 1                    MICHAEL WALLER
 2         Q      And what -- can you describe the
 3   troubling breaches of security that are
 4   alleged?
 5         A      Yes.  One of them was that Guo
 6   Wengui's name kept coming up in searches for
 7   the names on the target list in a way that
 8   appeared to be a pattern.
 9                Meaning it gave away the
10   identity of the client, and we had stressed the
11   importance of protecting the client, and they
12   said there is too much out there where Guo has
13   already -- we know who your client is and he's
14   compromised those names already on his own, if
15   he wants to keep the list a secret.
16                Second one was it appeared that
17   there were other people out there who were
18   searching for the exact same obscure data at
19   about the same time.
20                And that two of the people on
21   the list appeared to know in advance that they
22   were being searched and had taken measures to
23   take down information available that we were --
24   had been tasked to search for.
25                And the Team 1 suspected that a
```

Page 119

```
 1                    MICHAEL WALLER
 2    trap had been laid for them, and they also
 3    suspected that this was for illicit purposes.
 4                    So all of that was basic
 5    troubling breaches of operational security.
 6        Q       So let's break that down a
 7    little bit.
 8                    When you -- let's specifically
 9    talk about the breaches of security.
10                    So what specifically was one of
11    the breaches of security?
12        A       So, Guo was publicly denouncing
13    the very people who -- some of the very people
14    who Team 1 had been tasked to dig up
15    information on.
16                    Meaning that his name was being
17    connected with them, so that any work they were
18    doing, someone who is watching could presume
19    that they were working for Guo.
20                    Guo was stressing the extreme
21    sensitivity of this information, and if any of
22    this was known, people would be killed, and
23    he's testified to this effect in this suit.
24                    He had told us that at the same
25    time, so we were very alarmed that this was
```

```
 1                    MICHAEL WALLER
 2   going to compromise our people who were doing
 3   the work, as one example of a breach.
 4                    Meaning when you are doing
 5   confidential investigative work, you don't
 6   speak out loud with the names of the people you
 7   are having investigated.
 8         Q      And so that information that you
 9   just described came from Team 1?
10         A      Yes.
11         Q      And there isn't any writing from
12   Team 1 to that effect yet?
13         A      Right, because Guo had
14   instructed us not to have electronic
15   communication.
16         Q      Any other examples of troubling
17   breaches of security?
18         A      Yes.
19                The computer researchers
20   themselves had detected that at least two of
21   the targets had taken down the very specific
22   information that these researchers had been
23   tasked to look for within hours, days or hours
24   of Team 1 doing this research, and they felt
25   that in their experience it was so unusual that
```

```
 1                      MICHAEL WALLER
 2    somebody on Guo's team had compromised their
 3    activities in their country where they were
 4    doing the work.
 5                      This is -- this and other
 6    examples are reflected in my notes.
 7                      Team 1 warned us that, "You have
 8    an enemy in your own camp."  Meaning in the
 9    client's camp.
10                      So when you get these warnings
11    from seasoned professionals, you take them
12    seriously.
13                      MS. CLINE:  Next exhibit, please.
14                      (The above described document was
15          marked Exhibit SV 106 for identification
16          as of this date.)
17          Q      So we have handed you what's
18    been marked as Exhibit 106.
19                      Are these your handwritten notes
20    to which you just referred?
21          A      Yes.
22          Q      So, just as a threshold matter,
23    can you kind of describe, like where did these
24    notes come from and what generally was your
25    notetaking practice?
```

```
                                        Page 122

 1                      MICHAEL WALLER
 2          A       These are my handwritten notes,
 3     the first page was from the first time we met
 4     Guo when I did not use a notebook, most if not
 5     all of the remainder were from my notebooks.
 6          Q       Just meaning page 1 was sort of
 7     a looseleaf?
 8          A       Yes, it was the back of a page
 9     of something else.
10          Q       Okay, and then the rest of
11     Exhibit 106 is a bound notebook?
12          A       Yes, I believe they were from
13     two notebooks.
14                  No, this is just one.
15          Q       What is your note taking
16     practice, generally speaking?
17          A       In some meetings I don't take
18     notes at all, because people won't be as open
19     or they don't want them taken, or you just want
20     to keep things confidential.
21                  In these types of meetings I
22     take notes which is a combination of what's
23     being said, what -- so it's not quite minutes,
24     but it's virtually minutes of the meeting, to
25     memorialize what was said at the meeting.
```

```
                                              Page 123
 1                        MICHAEL WALLER
 2                   It also has brainstorming in
 3      there and then own ideas that I develop or
 4      notes that I make to myself about later
 5      follow-up.
 6                   So it's -- you won't see a
 7      consistent method to all the notes.
 8          Q      So I think you referred a moment
 9      ago to notes that you took when you're meeting
10      with Team 1, is that correct?
11          A      The Team 1 leader.
12                   No, no, I said it's reflected in
13      my notes what Team 1 had said, but I didn't
14      take notes.  I don't recall that I took notes
15      with Team 1 leader.
16                   We will probably explore that as
17      you question me.
18          Q      And I'll ask you to do a little
19      work here, could you find the notes to which
20      you were just referring in this packet?
21          A      Okay, there is another set of
22      notes that I provided in discovery that I don't
23      see here, so if -- there is an off chance it
24      could be in there.
25                   Okay.  Page 1788, it's
```

                                                Page 124

                              MICHAEL WALLER
1
2      underlined follow-up 1/25.
3                      This is notes from a meeting
4      with team leader one, Team 1 leader and about a
5      little below, halfway down the capital letter
6      says security flaws.
7                      So we were told Guo and Yvette
8      Wang both said these slides were extremely
9      secret, never to reveal anything.
10                     Team 1 found the exact slide of
11     number one already online on something that
12     Guo's network of people had already posted in
13     public.
14          Q       So just when you say the exact
15     slide of number 1, you are referring to one
16     page in a hard copy document that Eastern
17     Profit provided to Strategic Vision?
18          A       In a -- one page in an
19     electronic document that Eastern Profit
20     provided to Strategic Vision.
21          Q       Okay.
22          A       Okay, that was slide number one.
23                  "Information on number 2 on the
24     confidential slide was found on the same
25     website as they found information on number 1."

Page 125

                          MICHAEL WALLER

1

2                    So there was a breach somewhere

3     there.

4                    And then it says "Team," meaning

5     Team 1, "knows that others are doing searches."

6     This was searches on the exact same people at

7     the exact same time.

8                    He said, "Big risk of getting

9     caught," which means the team felt that even

10    though they had taken all the measures they

11    had, this was going to compromise them.

12                   "Team hesitated because they

13    found other" word illegible "into e-mails and

14    accounts and they feared getting caught

15    therefore need more security or risk lock down.

16                   "And we can screw it up for the

17    other team," meaning another team that we would

18    either hire or Guo had said he had three or

19    four other teams, so we told them to be

20    cautious because we didn't want Team 1 to be

21    compromising anything that Guo might have had

22    with any other teams that he might have hired.

23                   He never told us if he actually

24    did hire them.

25                   So the same slide, "raises

Page 126

1                    MICHAEL WALLER
2    alarms," so after "they", Team 1, "came to us
3    for guidance," and we go to M, which is Miles
4    Kwok or Wengui, "for guidance to provide it
5    back," so they were requesting guidance on
6    that.
7            Q      I was confused by your
8    testimony, did Mr. Guo ever represent to
9    Strategic Vision that he had hired other teams
10   to do similar research?
11           A      He said he had in the past, but
12   he said he had three or four other teams,
13   meaning at his disposal, but he didn't say one
14   way or another whether he had hired them at the
15   same time.
16           Q      So the only basis for the
17   allegation that there were other teams actively
18   researching the same targets is what you
19   learned from Team 1, isn't that correct?
20           A      Yes, so these were the people
21   actually doing the work, and they found someone
22   else out there is searching in the same
23   territory we were and we fear a security
24   breach.
25                       I believe I have other notes on

```
                                    Page 127
 1                     MICHAEL WALLER
 2    the other notebook which is not in this
 3    exhibit.
 4         Q      While we are on that page, there
 5    is, sort of talking about page 1788, there is a
 6    list of cities sort of on the right margin,
 7    what do those represent?
 8         A      Those are the codes where we
 9    would say let's meet at a certain place,
10    because Mr. Guo insisted that all of the
11    exchanges of information be done in person by
12    USB drive and not online.
13               So, I would send a text, see you
14    at 17, with I would mean see you in Zurich, so
15    that was our code key.
16         Q      But this particular conversation
17    that was on January 25th was it -- was by
18    phone?
19         A      No, it was in person.
20         Q      You see right under your
21    follow-up 1/25 there is an asterisk, do you see
22    that?
23         A      Um-hum.
24         Q      It says, "Called for a status
25    report on all 30 pieces?"
```

```
                                        Page 128
 1                    MICHAEL WALLER
 2        A       Yes.
 3        Q       What does called mean?
 4        A       That means the client had called
 5   for a status report.  It doesn't mean telephone
 6   call.
 7        Q       So meaning Eastern Profit had
 8   called you?
 9        A       No, Mr. Guo had contacted us
10   through Yvette Wang.
11        Q       Called for, meaning requested?
12        A       Yes.  Ms. Wang contacted us to
13   get the latest status report.
14        Q       And what do you mean by all 30
15   pieces?
16        A       I would presume that meant a
17   reference to the fish.  So it's 30 in the
18   contract.
19        Q       Please turn to the next page, if
20   you would.
21        A       By the way, right below that it
22   says, "We can't do a hard start each month."
23                That referred to the -- what
24   amounted to tortious interference of stopping
25   Team 1 by having the leader travel abroad and
```

1                    MICHAEL WALLER
2    then having me travel abroad to meet every few
3    days to exchange whatever partial data that
4    they were able to recover.
5                    So this was impeding their
6    efforts.
7         Q     So what were the terms of the
8    contract between you and Team 1?
9         A     Strategic Vision and Team 1?
10        Q     Sorry, Strategic Vision and Team
11   1.
12        A     That the contract was to do the
13   deep dive research on -- for the first month on
14   all 15 of the -- all the main 15 names listed
15   on that 89 page document  and then from that
16   point on ten more names or ten names every
17   month, not 15.
18        Q     But what did the -- we saw an
19   invoice for $200,000 earlier, do you recall
20   that?
21        A     Yes.
22        Q     And what was supposed to have
23   been accomplished for that $200,000?
24        A     So that was the setup for the --
25   because we did not have, nor did we ever

```
                                            Page 130
 1                    MICHAEL WALLER
 2     present the notion that we had an existing
 3     office or set of offices for this, we would do
 4     all our work setting out fresh teams, so there
 5     is no continuity, and it avoids detection, so
 6     we want to keep security for our clients.
 7                    In this case we would set up a
 8     new team abroad, and that team needed new
 9     computer equipment, so you want to make sure
10     there is no electronic ability to trace
11     anything that's being done, so you are buying
12     devices in cash in third countries to be
13     brought to another country where the team is
14     set up.
15                    So it's all those start up
16     costs, related security costs, and then the
17     team members themselves.
18          Q     Did you -- did Strategic
19     Vision --
20                    MS. CLINE:  So strike that.
21          Q     When we looked at the research
22     agreement between Eastern Profit and Strategic
23     Vision there was a concept of deliverables,
24     right?
25          A     Yes.
```

MICHAEL WALLER

1

2      Q      When Strategic Vision turned
3   around and contracted with Team 1, did it
4   import any concept of deliverables into the
5   contract between Team 1 and Strategic Vision?
6      A      Simply give us the raw data that
7   you have when requested.
8      Q      Did you provide Team 1 with a
9   copy of the Eastern Profit research agreement?
10     A      No.
11     Q      How did Team 1 know what the
12  subject matters were, what the deliverable
13  format was supposed to be?
14            How did they know those things?
15     A      We just provided Team 1 with the
16  list.
17            That's all the client requested,
18  he just said find out everything you can on
19  this list of 15 names.
20            The problem, of course, was
21  there is so much data to find and how do you
22  narrow it down?
23            And some of the data is either
24  security or illegal to obtain, and some of it
25  doesn't exist, and as Team 1 found out, two of

```
                                        Page 132

 1                      MICHAEL WALLER
 2      the names were either misspelled and sent the
 3      researchers in the wrong direction, or they
 4      might not have been real names of real people
 5      in the first place.
 6                  So you have to sift all that out
 7      in the beginning and then narrow down what does
 8      the client want, that's why the whole thing
 9      always required client guidance.
10          Q      And did Strategic Vision give
11      Team 1 any guidance regarding financial,
12      forensic historical research, current tracking
13      research or social media research?
14          A      Yes.
15          Q      Tell us about that, what kind of
16      guidance did Strategic Vision give Team 1?
17          A      So first the team has to
18      familiarize themselves with the subject matter,
19      that meant for them to go through all open
20      source material so they could learn everything
21      they could so they would know where to look and
22      where not to look; that's standard for any
23      research project.
24                  And then they would go for what
25      was easiest to retrieve, figure out what's
```

Page 133

                         MICHAEL WALLER
1
2  easiest to get and then bring that data back,
3  and that's going to be mainly open source
4  material.
5                 And then to go into the more
6  difficult parts, but first you have to
7  establish what you can find, the most easiest
8  way, and then go for the tougher stuff later.
9                 But it's an iterative process
10 and you are constantly going back to the client
11 for guidance.
12                 And it takes a while to start
13 up.
14                 Did the pricing that Strategic
15 Vision established with Team 1, was it related
16 in any way to the pricing in the contract
17 between Eastern Profit and Strategic Vision?
18        A      It was a flat rate pricing for
19 Team 1.
20        Q      But was that flat rate in any
21 way tied to the Eastern Profit contract?
22                 MR. GREIM:  Objection, vague.
23        A      I don't know what you mean by
24 tied.
25        Q      How did you come up with a flat

```
                                        Page 134
 1                    MICHAEL WALLER
 2    rate of $200,000?
 3           A      It was $250,000.
 4           Q      How did you come up with that?
 5           A      That's what they agreed to do it
 6    for.
 7           Q      But you didn't try to price it
 8    out in comparison to what the price of the
 9    contract with Eastern Profit was?
10                    MR. GREIM:  Objection, vague.
11           A      No, because it wasn't just
12    for -- it just wasn't for that one team, there
13    were other elements of this project.
14           Q      So there was no -- there was no
15    deliverable based pricing with respect to Team
16    1, it was all a flat fee?
17           A      Yes.
18           Q      And other than Team 1 and Team
19    2, did Eastern -- did Strategic Vision have any
20    contracts with any other teams who were going
21    to perform the subject matter of the contract?
22           A      Just Team 1 and Team 2.  We
23    didn't have a contractual -- written
24    contractual relation with either, it was all
25    verbal.
```

1                      MICHAEL WALLER

2          Q       But your testimony is that there

3    was a contract with each of them, right?

4          A       No, there were verbal agreements

5    with each of them.

6          Q       But an oral contract?  Are you

7    saying -- was there an oral?

8                   MS. CLINE:  Strike that.

9          Q       There was an oral agreement

10   between Strategic Vision and Team 1, correct?

11         A       Correct.

12         Q       And the parties agreed orally

13   that the initial payment to Team 1 would be

14   $200,000, right?

15                  Actually, can you pull out

16   Exhibit 104?

17         A       Okay.

18         Q       So was the flat fee between

19   Georgetown Research as the subcontractor for

20   Strategic Vision and Team 1 $200,000?

21         A       Yes, but I think the overall was

22   $250,000.

23         Q       So the total price of the

24   contract with team -- the agreement with Team 1

25   was going to be $250,000?

```
                                      Page 136
 1                   MICHAEL  WALLER
 2          A       Yes.
 3                   MR.  GREIM:   Objection, vague as
 4          to time period.
 5          A       Say for that month, it was
 6   month-to-month.
 7          Q       What was -- so the first month
 8   is $200,000, right?
 9          A       No, that was paid out of that
10   pocket, but it was -- remember, we are setting
11   up something that the Chinese Government was
12   not supposed to detect, so it's not going to
13   have exact sums being transferred from point A
14   to point B at the same time, it's going to come
15   from different sources all for the same
16   purpose.
17                   This is all to protect the
18   integrity of the project.
19          Q       Well, I thought you testified,
20   and correct me if I'm wrong, I thought you had
21   testified earlier that this $200,000 invoice
22   was paid with a $200,000 either a wire or an
23   ACH transaction?
24          A       That's correct.
25          Q       Correct?
```

MICHAEL WALLER

1

2      A      But that's not the only payment.

3      Q      Were there other payments made

4  to Team 1?

5      A      I believe from Strategic Vision

6  itself.

7      Q      And how much, do you know?

8      A      That's in the -- that's in the

9  financials that you just showed me that you

10  said you would discuss later.

11      Q      Ms. Wallop will testify to that?

12      A      I believe so.

13      Q      To your knowledge, did Team 1

14  ever make contact with any other teams who were

15  researching the same targets?

16      A      They did not.

17      Q      Turn, if you would, so now we

18  are on the Strategic Vision's counterclaim,

19  turn to page 36, and specifically paragraph 51.

20           I just direct your attention to

21  the first sentence of paragraph 51, and my

22  questions are going to be when did that

23  representation take place and who was present?

24      A      The whole sentence or part of

25  the sentence, there may be two --

Page 138

```
                           MICHAEL WALLER
 1
 2        Q        Let's clean it up.
 3        A        (Continuing) --  parts.
 4        Q        Paragraph 51 states, "Guo claims
 5   and claims to Strategic Vision that he was
 6   arrested and imprisoned in May 1989 during the
 7   TienanmenTienamen Square massacre for providing
 8   money to help protesters."
 9              Do you see that?
10        A        Yes.
11        Q        And my question, first question
12   is when was that representation made to
13   Strategic Vision?
14        A        He said that at his residence in
15   one of his meetings with us that Yvette Wang
16   interpreted for and then he commented it was
17   May 10th, which happened to be his birthday.
18        Q        So he made that --
19        A        He made that statement straight
20   to us.
21        Q        And he made it in Mandarin, then
22   it was translated?
23        A        Yes, but sometimes he would use
24   English to stress a point, or when Yvette
25   wasn't either in the room or translating the
```

```
                                      Page 139
 1                    MICHAEL WALLER
 2   way he wanted to.
 3           Q      Do you happen to remember which
 4   of the four meetings you described before it
 5   was in which that representation was made?
 6           A      That would have probably been
 7   the third meeting, the one before April --
 8   pardon me, the one before January 26th.
 9           Q      Turn to paragraph 52 on the next
10   page.
11                  And the question is just what is
12   Strategic Vision's basis for these allegations?
13           A      This was all straight what Guo
14   had told us directly, personally and through
15   Lianchao Han and Yvette Wang and also press
16   reports, Wall Street Journal profiles, New York
17   Times profiles.
18           Q      Then drop down to paragraph 53,
19   paragraph 53 says, "Guo's protector, beginning
20   at about 2004, was Ma Jian, Vice Minister of
21   theMinistry of State Security.
22                  "Until Ma's arrest and
23   expulstion from the Party in December 2014
24   after losing an intraparty power struggle."
25                  Do you see that?
```

```
                                        Page 140
 1                   MICHAEL WALLER
 2        A       Yes.
 3        Q       What is Strategic Vision's basis
 4    for that allegation?
 5        A       Guo told this to us personally
 6    himself; and it was widely recorded in the
 7    press.
 8                And I might add this intraparty
 9    power struggle is important because that was
10    another clue that he was not a real dissident.
11                He had claimed to us that he
12    opposed the entire Communist Party, but as his
13    spokesman, Mr. Podhaskie told the Wall Street
14    Journal last July, it was only -- he was only
15    fighting a radical faction within the Communist
16    Party.
17                So that's not dissident
18    activity.
19        Q       How do you define dissident
20    activity?
21        A       You're opposing the ruling
22    party.
23                You're not picking a faction
24    fight within the party.
25                That means you are still a
```

```
 1                     MICHAEL WALLER
 2    communist, that's not a dissident.
 3          Q      So, with respect to the first
 4    sentence of paragraph 53, when did Mr. Guo make
 5    that representation to Strategic Vision?
 6          A      On the first day we met him,
 7    which would have been November 21, 2017.
 8                 He had already spoken about it
 9    in his April 2017 Voice of America interview
10    and his July 2017 interview with Bill Gertz.
11          Q      How about just dropping down a
12    couple of sentences still in paragraph 53,
13    there is a sentence that starts, "One of Ma's
14    duties."
15                 Do you see that?
16          A      Yes.
17          Q      "One of Ma's duties was to run
18    the MSS's Number 8 Bureau."
19                 Do you see that?
20          A      Yes.
21          Q      What's the basis for Strategic
22    Vision's allegation there?
23          A      That comes from Guo himself as
24    related through Bill Gertz in the July 2018
25    Washington Free Beacon article.
```

```
                                              Page 142

   1                        MICHAEL WALLER

   2         Q       And then drop down to the next

   3    sentence, it says, "The MSS has a role not only

   4    in repressing domestic political dissent, but

   5    also in monitoring and suppressing activities

   6    overseas that are deemed to be subversive of

   7    the Chinese Communist Party."

   8                   Do you see that?

   9         A       Yes.

  10         Q       What is the basis of Strategic

  11    Vision's allegations there?

  12         A       That is from that same previous

  13    source that I just told you, Guo telling Gertz,

  14    but it's also through my own work.

  15                   I got my doctorate in studying

  16    communist secret police systems and studied the

  17    Soviet system, of which the Chinese system is a

  18    Sinofide copy, so I understand through my own

  19    professional work on how precisely how these

  20    systems work and also how fortunes are made by

  21    people who get under the wing of certain of

  22    their officials.

  23                   The MSS learned a lot from the

  24    KGB.

  25         Q       Drop down to paragraph 54, first
```

```
                                    Page 143
 1                    MICHAEL WALLER
 2   sentence, "On information and belief 'Guo was a
 3   long time employee of Vice Minister Ma Jian.'"
 4              Do you see that?
 5        A     Yes.
 6        Q     First of all, do you know why
 7   Strategic Vision has that part of that sentence
 8   in quotes there?
 9        A     If it was in quotes it would
10   have been quoted from a public source.
11        Q     Do you know what the public
12   source is you are relying on there?
13        A     Probably the footnote was pulled
14   out, but I am surmising that it's also from
15   that same July 2017 Gertz article based on the
16   Guo interview.
17        Q     Okay, next sentence, "On
18   information and belief, Guo paid MSS officials
19   and bought surveillance equipment for the MSS
20   in exchange for favors."
21              What is Strategic Vision's basis
22   for that allegation?
23        A     Guo told that to Bill Gertz in
24   some of Gertz's writings and he told me
25   personally on November 21st, 2017.
```

```
 1                    MICHAEL WALLER
 2        Q       Guo told you personally?
 3        A       Yes, because I was interested
 4   in -- I had commented to him how I had worked
 5   on the Soviet side of things and saw how Soviet
 6   entrepreneurs made their money through the KGB,
 7   and he said yeah, he said -- and then he
 8   described how he built the Penghzhou Plaza
 9   Hotel and how he blackmailed the vice mayor
10   of -- or extorted the vice mayor of Beijing by
11   having surreptitious sex videos made of him in
12   order to advance a property acquisition that
13   Guo had wanted or to recover property that the
14   Party had taken away from him.
15        Q       Just move to the last sentence
16   of paragraph 54, "Guo was able to use his
17   connection with Ma and the MSS against Guo's
18   business arrivals in Cline?"
19        A       Yes.
20        Q       "While the MSS was able to use
21   Guo's business empire against its own targets
22   in China?"
23        A       Yes.
24        Q       Same question, what's the basis
25   for that allegation.
```

1                         MICHAEL WALLER

2          A       Same answer, Guo told Bill Gertz

3   who reported on it and Guo told me in at least

4   two discussions and then it was out there in

5   other open source journalistic accounts.

6          Q       So, did you have nonpublic

7   conversations with Mr. Gertz regarding Mr. Guo?

8          A       Only in the beginning when he

9   arranged for us to -- arranged for Strategic

10  Vision to do work for Mr. Guo.

11         Q       Okay, did any of your

12  conversations, private conversations with

13  Mr. Gertz form the basis for the allegations in

14  Strategic Vision's counterclaim?

15         A       No.

16                 Bill Gertz and I both understand

17  that a lot of people can do really terrible

18  things, and then they see the light and then

19  they convert to the right cause.

20                 As a dissident, for example, as

21  an opponent of the Communist Party, and you can

22  forgive the guy and work with the guy because

23  now you have a similar cause.

24                 So he's using his contacts and

25  methodology against the Chinese regime, so we

```
                                      Page 146
 1                    MICHAEL WALLER
 2    didn't see anything unusual in how he made his
 3    fortune, how Guo made his fortune.
 4                    What was unusual was how Guo
 5    kept those relationships.
 6         Q      Did Strategic Vision consult
 7    with Mr. Gertz at all regarding the allegations
 8    in the fraud claim in Strategic Vision?
 9         A      In which particular --
10                    MS. CLINE:  Let me just strike
11            that and start again.
12         Q      Did Strategic Vision consult
13    with Mr. Gertz regarding its fraud counterclaim
14    against Eastern Profit?
15         A      Once I asked -- I asked Bill
16    Gertz to persuade Guo not to file suit because
17    it's just going to cause problems for
18    everybody.
19                    Bill said he relayed that he
20    happened to agree, but nothing came of it, that
21    was the only discussion.
22         Q      So there were no discussions to
23    your knowledge between Strategic Vision and
24    Bill Gertz about Strategic Vision's fraud
25    claim?
```

```
                                           Page 147

 1                     MICHAEL WALLER
 2         A       No.  Not that I recall.
 3         Q       You testified earlier that you
 4    had some private conversations with Mr. Watson
 5    among about the allegations in Strategic
 6    Vision's fraud counterclaim.
 7                  Who else was present at your
 8    conversation with Mr. Meng?
 9         A       I think I only had one
10    conversation with him, and then there were some
11    other Chinese people present, but I don't
12    remember their names.
13         Q       You don't know who they were?
14         A       I was introduced, but I didn't
15    retain their names.
16         Q       Was one of them Bruno Wu?
17         A       No.
18         Q       You would know it if he were
19    there?
20         A       Yes.
21         Q       You know Mr. Wu?
22         A       I have never met him.
23         Q       Have you had any communications
24    with Mr. Wu about the subject matter of
25    Strategic Vision's counterclaims?
```

```
                                         Page 148
 1                    MICHAEL WALLER
 2          A       No.
 3          Q       Is Mr. Wu funding this lawsuit
 4   in any way, directly or indirectly?
 5                  MR. GREIM:  I'm going to object.
 6          Who is funding this lawsuit is beyond
 7          the scope of the notice.  It's
 8          irrelevant to the case.  I instruct the
 9          witness not to answer.
10          Q       Are you going to go by --
11          A       I won't answer that question.
12          Q       So you know the answer to the
13   question, you are just refusing to answer, is
14   that right?
15                  MR. GREIM:  I will also instruct
16          the witness not to answer that question.
17          A       I won't answer that question.
18          Q       Strategic Vision in its prayer
19   for relief in this case is seeking attorneys'
20   fees, correct?
21                  MR. GREIM:  I will answer that we
22          are not seeking attorneys' fees.
23                  I am aware it's pled, but Strategic
24          Vision is not seeking attorneys' fees in
25          this case; that's a judicial admission.
```

```
 1                    MICHAEL WALLER
 2              MS. CLINE:  You are going to
 3         withdraw your claim for fees?
 4              MR. GREIM:  I mean the fees are
 5         listed in a catch-all in the wherefore
 6         clause along with court cost and other
 7         relief the court deems just and
 8         appropriate.
 9              And I will tell you that we have
10         asserted no cause of action under the law
11         that would allow us to recover attorneys'
12         fees, and we are not seeking them in this
13         case.
14         Q    Did you have a conversation with
15    Mr. Wu about whether Strategic Vision should
16    seek attorneys' fees in this case?
17              MS. CLINE:  It is not privileged.
18              MR. GREIM:  You can answer that
19         question.
20         A    No.
21         Q    Did you have any communications
22    with Mr. Wu on that subject?
23              THE WITNESS:  Counsel?
24              MR. GREIM:  I am going to go
25         ahead -- I allowed that one, I am not
```

```
                                      Page 150

 1                    MICHAEL WALLER

 2          going to allow any other questions about

 3          the payment of attorneys' fees in this

 4          case.  This is not within the scope of

 5          the notice, nothing to do with the case.

 6          Q      Did Mr. Wu introduce you to any

 7   of the gentlemen who provided some of the

 8   information which form the basis for Strategic

 9   Vision's allegations in this case?

10          A      No.

11          Q      So Mr. Wu did not introduce you

12   to Mr. Meng?

13          A      No.

14          Q      Who did?

15          A      I think he asked me on Twitter

16   and we got together, it was direct.

17          Q      And who introduced to you Mr.

18   Shi Wei?

19                 MR. GREIM:  I am just going to

20          say I think we are out again on the edge

21          of the notice here.

22                 You want to understand the factual

23          basis for the allegations in the

24          Complaint, we have given you the sources,

25          now learning how Strategic Vision met
```

```
 1                    MICHAEL WALLER
 2          those sources is getting into our work
 3          product, and it doesn't lead to any
 4          admissible evidence.
 5                    It can't lead to any discovery of
 6          admissible evidence.
 7                    And so I am going to say questions
 8          about where information came from that's
 9          in the Complaint is fair, but who
10          introduced Mr. Waller to an individual
11          person is not.
12          Q      Are you listening to your
13   counsel's advice not to answer the question?
14          A      I always want to take my
15   counsel's advice.
16          Q      You might not on this one.
17                    When you had a conversation with
18   Mr. Shi Wei regarding the allegations in
19   Strategic Vision's counterclaim, who else was
20   present?
21          A      Shi Wei was pending for which
22   one?
23          Q      Turn to paragraph 62, page 41 of
24   the complaint or the counterclaim.
25          A      Okay.
```

```
 1                    MICHAEL WALLER
 2              Would you repeat the question?
 3       Q      Yes, so when you had your
 4  conversation with Mr. Shi Wei about the
 5  allegations in Strategic Vision's counterclaim,
 6  who else was present?
 7       A      Just him.
 8       Q      Do you know where he got his
 9  information, the information on which Strategic
10  Vision relied in making its allegations?
11       A      First, Strategic Vision didn't
12  rely on him, we simply spoke to him and read a
13  lot of what he wrote, he's a prolific writer
14  and he had, if I recall correctly, he had
15  gotten so far under Guo's skin and Guo was
16  calling him such terrible names and he was one
17  of the first two people, as with Wei Shi,
18  Watson Meng, they were the first two people Guo
19  threatened by name that we could find, so I
20  wanted to find them and I found them on
21  Twitter.
22       Q      What is Boxun.com?
23       A      That's a Chinese language news
24  site, opinion site, blog that's very popular
25  with both dissidents but it's also popular even
```

```
                                     Page 153
 1                    MICHAEL WALLER
 2      in China, and so it's a lot of commentary on --
 3      independent commentary on China.
 4           Q       Was that website, did Strategic
 5      Vision use that website as a source for any of
 6      the allegations in this Complaint?
 7           A       I remember referring to it, it's
 8      all in Mandarin and I don't speak or read
 9      Mandarin, so it was very limited what utility
10      it could be, but I went through it just to see
11      who I was dealing with when I was talking to
12      different of the authors.
13           Q       Did you ever get anybody to
14      translate for you articles on Boxun so that you
15      could use them in connection with this
16      litigation?
17           A       I generally use machine
18      translation, three different kinds and sort of
19      averaged into each of the translations to
20      understand what was being written.
21           Q       And did you ever have any humans
22      translate anything on Boxun.com with you in
23      connection with this litigation?
24           A       No.
25           Q       Do you know who Jim Cisco is?
```

```
                                            Page 154
  1                   MICHAEL WALLER
  2         A      Yes.
  3         Q      Who is he?
  4         A      He's the CEO of Inodo, that has
  5    nothing to do with this case.
  6         Q      Did you have any conversations
  7    with Mr. Cisco about whether or not Mr. Guo was
  8    a dissident?
  9         A      I can't remember why I ever
 10    would have reason to.
 11         Q      Do you remember one way or the
 12    other whether you had any such conversations?
 13         A      I have told a lot of people that
 14    he's not a dissident, so I can't answer the
 15    question, it would be speculation.
 16                I will have to answer no with a
 17    caveat that I really don't remember.
 18         Q      Did you consult with
 19    Mr. Cisco -- did Strategic Vision consult
 20    Mr. Cisco about the allegations in the
 21    Complaint?
 22         A      No.
 23         Q      I should say counterclaim.
 24                In the conversation you had with
 25    Mr. Meng, does he speak English?
```

```
                                    Page 155

 1                    MICHAEL WALLER
 2          A       A little bit.
 3          Q       Did you have --
 4          A       Watson Meng, pardon me, yes, he
 5   does.
 6          Q       So you didn't need a translator
 7   for that conversation?
 8          A       I don't think so.
 9          Q       Same question as to Mr. Shi Wei,
10   did you need a translator for that one?
11          A       It was -- our discussion was
12   very brief and I don't remember if I needed
13   one.  I met with so many people I can't keep
14   track.
15          Q       With respect to each of those
16   two meetings, forgive me if I asked this
17   before, the meeting with Mr. Meng, I think you
18   said it was shortly before the counterclaim was
19   filed, is that right?
20          A       Yes.
21          Q       Do you remember any more details
22   about that meeting, where it was?
23          A       Northern Virginia.
24          Q       At a restaurant?
25          A       Yes.
```

```
                                              Page 156
 1                     MICHAEL WALLER
 2          Q       Do you remember which one?
 3          A       No.
 4          Q       And about how many people were
 5    there with you?
 6          A       Maybe two or three.
 7          Q       And your testimony --
 8          A       Again, it's a blur, I honestly
 9    can't tell you precisely.
10          Q       Your testimony is as you sit
11    here you can't remember any of their names?
12          A       That's correct.
13          Q       Your meeting with Mr. Shi Wei?
14          A       I went to meet with him and
15    there were other people there, but I don't know
16    who they were.
17          Q       Did you bring anybody with you?
18          A       No.
19          Q       Did you take notes of that
20    meeting?
21          A       No.
22          Q       Did you take notes after the
23    meeting about the meeting?
24          A       No.
25          Q       And your meeting with Mr. Shi
```

```
                                        Page 157
 1                    MICHAEL WALLER
 2   Wei, was that also in northern Virginia?
 3           A      Yes.
 4           Q      Was that also slightly before
 5   the counterclaim was filed?
 6           A      Yes.
 7           Q      And was that at a restaurant?
 8           A      Yes.
 9           Q      Which one?
10           A      I don't remember.
11           Q      How many people were there?
12           A      It would have been one or two
13   others, but I don't remember.  One or two or
14   more others; it was a small group.
15           Q      Did you invite any of those
16   people to attend the meeting?
17           A      No.
18           Q      And your testimony is you don't
19   remember any of them?
20           A      Yes.
21           Q      Did that meeting require a
22   translation?
23           A      If I remember correctly, he
24   spoke in English, other people chimed in
25   whether to clarify something or disagree with
```

Page 158

1                          MICHAEL WALLER
2    the use of a term.
3                    So it wasn't an interpreter
4    based meeting.
5           Q      Was the purpose for the meeting
6    to garner support for the counterclaim?
7           A      No, it was to get to meet this
8    little Uber driver who this supposed
9    billionaire from China was so upset about and
10   said he wanted to have die, and finish him off,
11   literally, in the March 2017 audio.
12                   That's why it was so interesting
13   to me, both of these two characters.
14                   Guo Wengui tells someone my
15   operation is on, he's smashing these guys for
16   speaking out against the Chinese Communist
17   Party and Xi Jinping.  I want them to die.
18   They are bastards, I must finish them.
19                   Then he proceeds to run this
20   litigation and smear campaign against them, so
21   of course I'm going to be interested in talking
22   to these guys.
23          Q      Okay, but part of the purpose of
24   the meeting was to supplement the allegations
25   of Strategic Vision's fraud claim, right?

```
                                        Page 159

 1                     MICHAEL WALLER

 2          A      No, it was to understand the

 3   situation better.

 4          Q      At the point in time you met

 5   with them, you were intending to file a --

 6   Strategic Vision was intending to file a fraud

 7   counterclaim against Eastern Profit?

 8                 MR. GREIM:  I'm going to object

 9          at this point.  Now we are getting into

10          work product and methods of gathering

11          evidence.

12                 The witness is open to testify

13          everything he's learned from these

14          individuals, but what Strategic Vision's

15          intent was and at what time on the

16          counterclaim is not part of the notice and

17          it's work product and I will instruct you

18          not to answer that.

19          A      I won't answer that.

20          Q      Based on your counsel's

21   instruction?

22          A      Yes.

23                 MS. CLINE:  All right, let's go

24          off the record.

25                 THE VIDEOGRAPHER:  The time is
```

```
                                            Page 160

 1                    MICHAEL WALLER

 2          12:30 p.m.  This is the end of video 2.

 3          We are off the record.

 4                 (At this point in the proceedings

 5          there was a recess, after which the

 6          deposition continued as follows:)

 7                 THE VIDEOGRAPHER:  The time is

 8          1:22 p.m.

 9                 We are back on the record, this is

10          video 3.

11                 MS. CLINE:  All right,

12          Mr. Waller, I'm going to hand you three

13          exhibits that have been marked 107, 108

14          and 109 and let me just describe them

15          for the record.

16                 So, Exhibit 107 bears a Bates stamp

17          SVUS 1961 through 65, Exhibit 108 is 1966

18          through 1971 and Exhibit 109 is 1972

19          through 1975.

20                 (The above described documents were

21          marked Exhibits SV 107 through 109, for

22          identification, as of this date.).

23          Q     First question, Mr. Waller, is

24    if you could just identify these documents for

25    us?
```

MICHAEL WALLER

1

2        A       These documents are my

3   reimbursement invoices to Georgetown Research.

4        Q       So you put these documents

5   together, correct?

6        A       Yes.

7        Q       And starting with 107, just look

8   at the first page, so can you confirm that all

9   of these expenditures were incurred in

10  connection with the Eastern Profit matter?

11       A       Yes.

12       Q       There is a note there that you

13  made that the amount of $464.30 was refunded by

14  Delta, what did you mean by that?

15       A       That was a cancelled or a

16  changed flight, so they reminded it was

17  probably a nonrefundable ticket, so they issued

18  me credit or refunded it, I don't remember.

19       Q       Okay, then let's look at 108.

20       A       Yes.

21       Q       Same question, is it your

22  testimony that all of the expenses detailed on

23  Exhibit first page of 108 were incurred in

24  connection with the Eastern Profit matter?

25       A       Yes.

```
                                       Page 162
 1                        MICHAEL WALLER
 2          Q       And then look at 109, if you
 3   would, the same question there, were all of the
 4   expenses on the first page of Exhibit 109
 5   incurred in connection with the Eastern Profit
 6   matter?
 7          A       Yes.
 8          Q       In each case these expenses were
 9   billed on your American Express card, is that
10   correct?
11          A       Yes.
12          Q       And then you had Georgetown
13   Research pay your AMEX bill directly, is that
14   correct?
15          A       Yes.
16          Q       Now, if you could sort of
17   simultaneously go back to Exhibit 103?
18          A       Okay.
19          Q       What I'm hoping to do is line up
20   the AMEX payments with the payments referenced
21   in Exhibit 103 with the invoices that you
22   submitted in Exhibits 107, 108 and 109.
23                  So -- and I can help with some
24   of it, then I have a question for you with one
25   of them, so if you could turn to page -- in
```

```
                                         Page 163
 1                    MICHAEL WALLER
 2   Exhibit 103, turn to page 1958?
 3           A      Okay.
 4           Q      And at the bottom of the page
 5   you see there is an AMEX payment of $1,053.79,
 6   do you see that?
 7           A      Yes.
 8           Q      And does that payment correspond
 9   with Exhibit 109?
10           A      Yes.
11           Q      All right, then the second bill
12   payment entry on Exhibit 103 page 1958 is an
13   AMEX payment for $6,890.06, do you see that?
14           A      Yes.
15           Q      Does that correspond with
16   Exhibit 108?
17           A      Yes.
18           Q      So then my question for you is
19   does the invoice reimbursement invoice number 1
20   that is Exhibit 107, is that reflected anywhere
21   in Exhibit 103?
22           A      Yeah, it could be the first two
23   items on February 9th, one for $211 and one for
24   $2,068.50 I'm not adding up the exact total but
25   it's a similar total.
```

```
                                        Page 164
 1                    MICHAEL WALLER
 2         Q      Do you know why it doesn't add
 3    up exactly?
 4         A      No, no.
 5                MS. CLINE:  Would you mark this.
 6                (The above described document was
 7         marked Exhibit 110 for identification as
 8         of this date.)
 9         Q      So we have handed you an exhibit
10    that's been marked as Exhibit 110, we are in
11    the process of retrieving a paper clip for it.
12                But for the record, the Bates
13    stamp Bates range, thank you, is SVUS 1976
14    through 1990.
15                My first question for you
16    Mr. Waller is just whether you can identify the
17    document for us?
18         A      Looks like a list of receipts.
19         Q      Is Exhibit 110 something you put
20    together?
21         A      Yes.
22         Q      And what's the relationship, if
23    any, between Exhibit 110 and 107, 108, 109?
24         A      The relation?
25         Q      Yes.
```

```
                                          Page 165

 1                      MICHAEL WALLER

 2          A      I don't know, it's a list of --

 3    it's a list of receipts.

 4          Q      Just scanning the first page,

 5    some of the -- some of the line items on page 1

 6    of 110 are the same as some line items on

 7    Exhibits 107 through 109, right?

 8          A      Right.

 9          Q      So, what was the purpose for

10    which you compiled Exhibit 110?

11          A      To create a logical list of

12    receipts.

13          Q      I mean is this totaling all of

14    your receipts?

15          A      I have no idea from just looking

16    at this.

17                 You would have to add it up and

18    look, it's my own collection of receipts from

19    my own LLC.

20          Q      And did you use Exhibit 110 as

21    the basis for creating the reimbursement

22    invoices in 107, 108, 109?

23          A      Presumably.

24          Q      And sitting here you don't

25    remember?
```

```
                                    Page 166
 1                 MICHAEL WALLER
 2         A       No, I get a bill, a pay the
 3    bill.  If it's for one account to another, I
 4    will just pay it, then I try to keep order for
 5    tax purposes.
 6         Q       Did Georgetown Research file tax
 7    returns for the year 2018?
 8         A       No.
 9                 It's attached to my Social
10    Security number, it's not an SPU.
11         Q       A pass-through?
12         A       Yes.
13         Q       Did you personally then claim
14    the expenses in 107 through 109 as business
15    expenses on your tax return?
16         A       I don't think my personal tax
17    returns have any relation to this case.
18         Q       I'm trying to understand whether
19    these are business expenses.
20                 I asked whether Georgetown
21    Research submitted tax returns, your answer was
22    no.
23                 So I'm asking whether there is
24    other evidence that you represented to the IRS
25    that these are business expenses.
```

Page 167

1                    MICHAEL WALLER

2              So my question is on your

3    personal tax returns, did you report these

4    expenses reflected in Exhibits 107 through 109

5    to the IRS?

6                    MR. GREIM:  You know, I'm going

7              to object, I think the question here,

8              the legal question is Strategic Vision's

9              damages.

10                   And amounts were paid downstream to

11             the individuals who were paid under the

12             contract.

13                   I think drilling down into the

14             taxes of the individuals who draw from the

15             people at Strategic Vision were paid, I

16             think that's a bridge too far, because it

17             doesn't make it more or less likely that

18             Strategic Vision had certain costs that

19             are reimbursable under the fraud theory.

20                   MS. CLINE:  Sure it does, I'm

21             just trying to establish whether these

22             are business expenses that -- whether

23             there is additional evidence that these

24             are business expenses that you felt

25             comfortable reporting to the IRS in

1             MICHAEL WALLER

2         addition, just like you felt comfortable

3         submitting them for reimbursement to

4         Georgetown Research which are part of

5         your damages claim in the case against

6         my client.

7             So I am going to repeat the

8         question.  If your counsel instructs you

9         not to answer, we will make yet another

10        record so that we have it and we can take

11        it up with the court as is appropriate.

12        Q     So my question is the business

13   expenses that are reflected in -- the expenses

14   that you say are business expenses that are

15   reflected in Exhibits 107, 108 and 109, did you

16   report them to the IRS in your own personal

17   income taxes as business expenses?

18             MR. GREIM:  We will instruct the

19        witness not to answer because

20        Mr. Waller's personal treatment of these

21        is no concern of Strategic Vision's and

22        it's irrelevant to this case.

23             MS. CLINE:  So you are

24        instructing him not to answer on

25        privileged -- on relevance grounds.

```
                                    Page 169

 1                 MICHAEL WALLER

 2              I am asking about evidence relating

 3         to the appropriateness of these claimed

 4         damages.

 5              MR. GREIM:  Yeah, and further

 6         it's just harassment of Mr. Waller,

 7         getting into his own personal tax

 8         matters.

 9              He was happy to testify as to what

10         the business expenses of Strategic Vision

11         are, he's here for that purpose, not to

12         talk about his own personal tax returns.

13              MS. CLINE:  Personal questions

14         are harassment.

15         Q      Do you know whether you sought

16    reimbursement --

17              MS. CLINE:  Strike that.

18         Q      Do you have any -- is Strategic

19    Vision claiming any business expenses incurred

20    by you other than those -- including by you,

21    Mr. Waller -- other than those tabulated in

22    Exhibits 107 to 109?

23         A      I can't speak for that, so I

24    can't answer your question.

25         Q      That's a question for Ms.
```

```
                                        Page 170
 1                    MICHAEL WALLER
 2   Wallop?
 3          A      Yes.
 4          Q      I can't remember whether I asked
 5   you this question before, so I'm going to ask
 6   it again just to be sure.
 7                  Did you and Mr. Bruno Wu have
 8   conversations, did you have any --
 9                  MS. CLINE:  Strike that, let me
10          start over.
11          Q      Did you have any communications
12   with Mr. Wu or any of his representatives or
13   affiliates about Strategic Vision's fraud
14   allegations in this case?
15          A      No.
16          Q      Did you and -- did you have any
17   communications of any nature about Mr. Wu or
18   any of his representatives regarding the
19   payment of attorneys' fees in this case?
20                  MR. GREIM:  And we will instruct
21          the witness not to answer on the same
22          grounds that we outlined earlier.
23                  MS. CLINE:  Okay, I just want to
24          make a record about what those grounds
25          are.
```

```
 1                    MICHAEL WALLER
 2             We actually have case law that
 3        confirms that the identity of a litigation
 4        funder is not privileged Cohen v. Cohen
 5        2015 U.S. District Lexus 21319, Alfata v.
 6        Fen, 1994 U.S. District Lexus 11939.
 7             I assume you are not making an
 8        argument that it's a privilege assertion,
 9        right?
10             MR. GREIM:  I am not waiving the
11        argument, but on independent grounds is
12        that it is not within the notice, it's
13        not the reason that we produced
14        witnesses for another 7 hours of
15        deposition, and it's harassment.
16             It's not relevant to the claims or
17        defenses in this case.
18             MS. CLINE:  So, you are
19        instructing the witness not to answer on
20        relevance grounds?
21             MR. GREIM:  And on harassment
22        grounds, and on the basis that we agreed
23        to do another 7 hours of 30(b)(6) based
24        solely on the topics on Attachment A and
25        the funder appears nowhere on here, it's
```

1                    MICHAEL WALLER

2       completely irrelevant to this case.

3              MS. CLINE:  I mean we will make a

4       record of it later, there is New York

5       law regarding whether one can wander

6       outside the scope of a 30(b)(6) notice

7       and we can take that up with the court

8       later.

9              MR. GREIM:  We have been

10      consistently blocked from discovering

11      things that are actually relevant to the

12      case.

13             MS. CLINE:  We have objected to

14      your questions based when a court has

15      ruled, when a court -- when the court

16      has already ruled that the subject of

17      your questions are irrelevant, then we

18      have drawn a line.

19             But for something like this which

20      there has been no motion practice on it,

21      there is no ruling from the court as to

22      its relevance, we just -- we disagree.

23             MR. GREIM:  The problem is there

24      is an agreement among counsel about what

25      exactly could be inquired, that was the

```
                                    Page 173

  1                     MICHAEL WALLER

  2          condition for us making the witness

  3          available.

  4                  We did not make that agreement only

  5          to come and have different topics be

  6          brought.

  7                  MS. CLINE:  All right, so we will

  8          just make a record for the court.

  9                  So from your perspective -- so I

 10          actually have no further questions of you

 11          at this time, subject to further

 12          negotiation and dispute resolution with

 13          your lawyers.

 14                  So thanks.

 15                  THE WITNESS:  Okay.

 16                  MR. GREIM:  Do you want to take a

 17          short break?

 18                  MS. CLINE:  Do you have any

 19          questions?

 20                  MR. GREIM:  I have no questions

 21          for the witness.

 22                  MS. CLINE:  We can go off.

 23                  THE VIDEOGRAPHER:  The time is

 24          1:39.

 25                  We are concluded and off the
```

```
                                        Page 174
 1                    MICHAEL WALLER
 2          record.
 3                   (At this point in the proceedings
 4          there was a recess, after which the
 5          deposition continued as follows:)
 6   J O H N    M I C H A E L   W A L L E R, recalled
 7          as a witness, having been previously duly
 8          sworn by the Notary Public, was further
 9          examined and testified as follows:
10                   THE VIDEOGRAPHER:  The time is
11          4:24 p.m. we are back on the record,
12          this is video 3B.
13
14   CONTINUED EXAMINATION BY
15   MS. CLINE:
16
17          Q     Okay, Mr. Waller, welcome back,
18   let's take a look at Exhibit 113, please.
19                 I understand this isn't your
20   document, but I am going to use it to ask you
21   some questions.
22                 So turn, if you would, to the
23   second page and on the right-hand side there is
24   a column that has a heading that says wires out
25   to GR -- second page, there you are.
```

```
                                          Page 175

  1                    MICHAEL WALLER

  2         A      1940?

  3         Q      Yes, sir.

  4                You see at the top there is a

  5    heading that says wires out to GR?

  6         A      Yes.

  7         Q      And is it your understanding

  8    that the first wire amount of $50,000 went to

  9    someone called or an entity called Hill?

 10         A      Yes.

 11         Q      And is that Team 1?

 12         A      Yes.

 13         Q      And then the second entry

 14    reflects a $200,000 wire to Psyber Sol, what's

 15    Psyber Sol?

 16         A      Psyber Solutions is a cutout

 17    LLC.

 18         Q      Owned by whom?

 19         A      Not by me, but I used it as a

 20    cutout to pay -- to pay myself.

 21         Q      What do you mean used it as a

 22    cutout, I don't know what that means?

 23         A      As a pass-through.

 24         Q      And who is the owner of it?

 25         A      That person is not part of this,
```

```
 1                    MICHAEL WALLER
 2   but it answers your question about for whom the
 3   money was -- that was money used to pay me.
 4   This was an extra layer to protect Mr. Guo from
 5   the Chinese tracking or to see where his money
 6   was going.
 7          Q      So the $200,000 came from
 8   Strategic Vision, flowed through Psyber Sol and
 9   just went to you personally?
10          A      Exactly.
11          Q      And that was part of your
12   $250,000 earnings or your personal allotment?
13          A      Yes.
14          Q      And on the same page there are
15   two entries with respect to wires to Georgetown
16   Research, do you see those?
17          A      Yes.
18          Q      What was the purpose of those
19   wires?
20          A      Those were for Team 1, the
21   200,000 one was for Team 1, the $25,000 one, if
22   I can look back to the bank account statement.
23          Q      Sure.
24          A      Exhibit 103, was to cover start
25   up costs for beginning the operation.
```

```
                                          Page 177
 1                   MICHAEL WALLER
 2        Q      So, Team 1 in January received
 3   both the $200,000 wire and --
 4                MS. CLINE:  Well, strike that, we
 5           talked about this earlier but I have
 6           lost track.
 7        Q      The $200,000 that went to
 8   Georgetown Research and then out to Team 1, how
 9   was that transferred to Team 1?
10        A      Either wire or other electronic
11   transfer.
12        Q      Okay, so in January Team 1
13   received two transfers from Strategic Vision,
14   one for $50,000 and one for $200,000, is that
15   correct?
16        A      Yes.
17        Q      And are you aware of a written
18   invoice that related to the Hill payment?
19        A      No, that's the one that was paid
20   out of Strategic Vision?
21        Q      Yes.
22        A      No.
23        Q      So you have never seen an
24   invoice from Hill?
25        A      No.
```

```
                                    Page 178
 1                    MICHAEL WALLER
 2              I verbally talked about it with
 3   him and it was a verbal approval from my side
 4   with Ms. Wallop.
 5         Q      Did the $200,000 from Georgetown
 6   Research also end up with Hill?
 7         A      Yes.
 8         Q      Is Hill Team 1?
 9         A      He's the leader of Team 1.
10         Q      Then if you would go to page --
11   1945 in Exhibit 113.
12         A      Yes.
13         Q      Okay, so the first entry is one
14   for over $17,000.
15              Is it your understanding that
16   that wire went to Fletcher?
17         A      Yes.
18         Q      And then there is a second entry
19   for a wire for $15,000 to Georgetown Research,
20   right?
21         A      Yes.
22         Q      And what was the purpose of that
23   wire?
24         A      That is shown in Exhibit 103,
25   that was a payment to me, it shows it on page
```

MICHAEL WALLER

1

2    1960.

3         Q      So was that also part of your

4    $250,000 personal allotment?

5         A      Yes.  Well, when I said

6    approximate earlier in my testimony it was

7    approximate from January/February.

8         Q      And then back on page -- Exhibit

9    113, page 1946, there is an entry there that

10   says, "50,000" do you see that?

11        A      Yes.

12        Q      Then the initials OE, do you

13   know who that is?

14        A      Yes, and I was mistaken in my

15   earlier I don't know if it's testimony with you

16   or some other process about Oceanic Advisors,

17   it shouldn't be OE, it should be OA, that was

18   an LLC that I had and a bank account that I had

19   that I didn't use.

20              I had testified before that I

21   didn't have anything on that because I had

22   forgotten that was there.

23              I didn't remember I had used

24   that account, so that was what that was for,

25   that was payment to me from January/February.

```
                                    Page 180
 1                    MICHAEL WALLER
 2         Q      What do you mean from
 3   January/February?
 4         A      From the work that I performed
 5   in January and February of 2017.
 6         Q      Okay, so you were getting paid
 7   in June for work that you had done in
 8   January/February?
 9         A      Right.
10         Q      In June of 2018 did Strategic
11   Vision sort of do a -- renew its calculation of
12   profits or earnings that were to be split
13   between you and Ms. Wallop?
14         A      When I said there was residuals
15   I said I would -- I invoiced for a $50,000
16   residual.
17         Q      Well, let me go at it this way
18   there came a point in time at which Strategic
19   Vision decided that you and Ms. Wallop would
20   each get $250,000, correct?
21         A      Yes.
22         Q      Do you remember when that took
23   place?
24         A      That was in the initiation,
25   around the initiation of the contract.
```

```
 1                     MICHAEL WALLER
 2          Q       Okay.  And then did there come a
 3   time subsequently when Strategic Vision decided
 4   that there was enough money for each of you to
 5   get a little bit more?
 6          A       Yes.
 7          Q       And that happened in June?
 8          A       That happened in -- no that
 9   happened in late February.
10          Q       How much more did Strategic
11   Vision decide you would each get?
12          A       I didn't ask her what she got, I
13   just said I would take $50,000.
14                  Maybe that extra $15, I don't
15   recall, but it was those two payments.
16          Q       Okay, so just so in terms of
17   money that went to you personally, there was a
18   $200,000 that went through Psyber Solutions,
19   right?
20          A       Yes.
21          Q       Then there was a $15,000 wire
22   that went to Georgetown Research, right?
23          A       Yes.
24          Q       And then there was a $50,000
25   wire that went to Oceanic advisors, correct?
```

```
                                    Page 182

 1                   MICHAEL WALLER

 2        A      Yes.

 3        Q      Did any other money come from

 4   Strategic Vision to you, either directly or

 5   indirectly, but personally for a personal

 6   payment?

 7        A      No.

 8        Q      So, the total amount of your

 9   personal payment ended up being $275,000, is

10   that correct?

11        A      Is that how it adds up?

12        Q      Well, let's just do it again.

13               So there is $200,000 from Psyber

14   Solutions, right, $50,000 from Oceanic

15   advisors, so we are at $250,000, correct?

16        A      Yes.  $265, that sounds better.

17        Q      $265, is that consistent with

18   your recollection?

19        A      Right, that's why I had

20   corrected before when I said approximately

21   $250, that was the approximation.

22        Q      And do you know whether Ms.

23   Wallop -- do you know what her ultimate

24   personal allocation ended up being?

25        A      I do not.
```

MICHAEL WALLER

1
2          Q       Did you ever audit the books of
3   Strategic Vision to see whether there, in fact,
4   had been even more money left over?
5          A       No.
6          Q       Okay, so just so we are clear,
7   we talked about I think there were three wires
8   to -- let me go through, hang on.
9                  So I just want to total
10  everything up to make sure we are all on the
11  same page.
12                 So there were three wires from
13  Strategic Vision to Georgetown Research total,
14  correct?
15         A       Yes.
16         Q       There was one wire from
17  Strategic Vision to Psyber Solutions, correct?
18         A       Yes.
19         Q       And there was another wire from
20  Strategic Vision to Oceanic Advisors, correct?
21         A       Yes.
22         Q       Other than those wires I just
23  mentioned, were there any other wires from
24  Strategic Vision to entities owned or
25  controlled by you?

```
                                          Page 184

 1                     MICHAEL WALLER

 2          A      No.

 3          Q      And other than the $265,000 we

 4   just discussed, did you personally take any

 5   additional compensation from Strategic Vision?

 6          A      No.

 7          Q      And other than the wires and the

 8   business expenses that are recorded on Exhibit

 9   113, are you aware of any business expenditures

10   made by Strategic Vision in connection with the

11   Eastern Profit transaction?

12          A      No.

13                 MS. CLINE:  I have no further

14          questions.

15                 MR. GREIM:  We don't have any

16          questions for him either.

17                 MS. CLINE:  We will just, for the

18          record, we have had a number of disputes

19          today, so we will circle back and meet

20          and confer about them and see if there

21          is any additional action to take with

22          the court or otherwise.

23                 MR. GREIM:  Very well, and we

24          will read and sign, too.

25                 MS. CLINE:  All right.  Thank
```

Page 185

MICHAEL WALLER

you.

                    THE VIDEOGRAPHER:   The time is
4:37 p.m.   We have concluded and are off
the record.

Page 186

1
                  C E R T I F I C A T E
2
                  I, the undersigned, a Certified
3       Shorthand Reporter of the State of New
        York, do hereby certify:
4                 That the foregoing proceedings were
        taken before me at the time and place
5       herein set forth; that any witnesses in
        the foregoing proceedings, prior to
6       testifying, were duly sworn; that a record
        of the proceedings was made by me using
7       machine shorthand which was thereafter
        transcribed under my direction;
8                 That the foregoing transcript is a
        true record of the testimony given.
9                 Further, that if the foregoing
        pertains to the original transcript of a
10      deposition in a federal case before
        completion of the proceedings, review of
11      the transcript [x ] was [ ] was not
        requested.
12
                  I further certify I am neither
13      financially interested in the action nor a
        relative or employee of any attorney or
14      party to this action.
                  IN WITNESS WHEREOF, I have this
15      date subscribed my name.
16                Dated: 12/4/19
17
18
19
20

21
                  Stephen J. Moore
22                RPR, CRR
23
24
25

Page 187

DECLARATION UNDER PENALTY OF PERJURY

Case Name: EASTERN v. STRATEGIC

Date of Deposition: November 19,

2019


I, MICHAEL WALLER, hereby certify

Under penalty of perjury under the

laws of the State of New York that the

foregoing is true and correct.

Executed this _____ day of

_____, 2019, at

_____.




_____


MICHAEL WALLER

Page 188

```
 1
 2              DEPOSITION ERRATA SHEET
 3              Case Name: EASTERN v. STRATEGIC.
 4              Name of Witness: MICHAEL WALLER
 5              Date of Deposition: November 19,
 6              2019
 7              Reason Codes:  1. To clarify the
 8              record.
 9              2. To conform to the facts.
10              3. To correct transcription errors.
11    Page _____ Line _____ Reason _____
      From _____ to _____
12    Page _____ Line _____ Reason _____
      From _____ to _____
13    Page _____ Line _____ Reason _____
      From _____ to _____
14    Page _____ Line _____ Reason _____
      From _____ to _____
15    Page _____ Line _____ Reason _____
      From _____ to _____
16    Page _____ Line _____ Reason _____
      From _____ to _____
17    Page _____ Line _____ Reason _____
      From _____ to _____
18    Page _____ Line _____ Reason _____
      From _____ to _____
19    Page _____ Line _____ Reason _____
      From _____ to _____
20    Page _____ Line _____ Reason _____
      From _____ to _____
21    Page _____ Line _____ Reason _____
      From _____ to _____
22    Page _____ Line _____ Reason _____
      From _____ to _____
23    Page _____ Line _____ Reason _____
      From _____ to _____
24    Page _____ Line _____ Reason _____
      From _____ to _____
25
```

Page 189

1
2                    **DEPOSITION ERRATA SHEET**
3    Page _____ Line _____ Reason _____
     From _____ to _____
4    Page _____ Line _____ Reason _____
     From _____ to _____
5    Page _____ Line _____ Reason _____
     From _____ to _____
6    Page _____ Line _____ Reason _____
     From _____ to _____
7    Page _____ Line _____ Reason _____
     From _____ to _____
8    Page _____ Line _____ Reason _____
     From _____ to _____
9    Page _____ Line _____ Reason _____
     From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17            _____ Subject to the above
18       changes, I certify that the transcript is
19       true and correct
20            _____ No changes have been
21       made. I certify that the transcript  is
22       true and correct.
23
24       _____
25            **MICHAEL WALLER**

**[001 - 2017]**                                                      Page 1

| | |
|---|---|

**0**

**001**   74:5
**001939**   117:3
**034**   73:25

**1**

**1**   3:12 4:15 66:13
66:14 72:18,20,22
74:6,9,17,20 75:25
76:8,12,18,23,24
77:7,10,18,22 78:6
79:8,16 80:3 81:9
86:21 89:9 91:17
93:5,23 99:24
112:24 115:19
117:25 118:25
119:14 120:9,12
120:24 121:7
122:6 123:10,11
123:13,15 124:4
124:10,15,25
125:5,20 126:2,19
128:25 129:8,9,11
131:3,5,8,11,15,25
132:11,16 133:15
133:19 134:16,18
134:22 135:10,13
135:20,24 137:4
137:13 163:19
165:5 175:11
176:20,21 177:2,8
177:9,12 178:8,9
188:7
**1's**   74:19 76:5 77:2
**1,053.79**   163:5
**1/25**   124:2 127:21
**100,000**   40:21,25
105:14
**101**   3:6 11:10,12
11:15,21 25:24

**102**   3:8 55:21,23
56:2 57:12
**103**   3:9 70:25 71:3
71:6,10,17 73:6
80:10 88:9 162:17
162:21 163:2,12
163:21 176:24
178:24
**104**   3:12 75:19,23
75:24 76:13,15,18
76:22 77:9 79:25
135:16
**105**   3:14,14 105:4
105:6 109:13
**106**   3:17 121:15,18
122:11
**107**   3:18 160:13,16
160:21 161:7
162:22 163:20
164:23 165:7,22
166:14 167:4
168:15 169:22
**108**   3:20 160:13,17
161:19,23 162:22
163:16 164:23
165:22 168:15
**109**   3:22 160:14,18
160:21 162:2,4,22
163:9 164:23
165:7,22 166:14
167:4 168:15
169:22
**10:00**   1:13
**10:43**   86:21
**10th**   138:17
**11**   3:6 29:3,4,8
89:17 98:9
**110**   3:24 164:7,10
164:19,23 165:6
165:10,20

**1100**   2:7
**113**   174:18 178:11
179:9 184:9
**11939**   171:6
**11:08**   87:3
**12/4/19**   186:16
**121**   3:17
**12:30**   160:2
**1313**   2:17
**14**   3:6
**15**   57:22 58:2,11
113:3 129:14,14
129:17 131:19
181:14
**15,000**   83:14 85:2
85:6 88:10,21
178:19 181:21
**16**   3:17
**160**   3:18,20,22
**164**   3:24
**16th**   71:25 77:15
86:15 88:15 89:12
**17**   33:23 34:3
127:14
**17,000**   178:14
**1788**   123:25 127:5
**18**   1:8 4:21 26:2
30:2
**19**   1:13 4:4 187:4
188:5
**1940**   175:2
**1945**   178:11
**1946**   179:9
**1956**   73:6 74:8
76:11
**1957**   80:10
**1958**   81:19 163:2
163:12
**1959**   82:15
**1960**   88:9 179:2

**1961**   3:19 160:17
**1966**   3:20 160:17
**1971**   3:21 160:18
**1972**   3:22 160:18
**1975**   3:23 160:19
**1976**   3:25 164:13
**1989**   138:6
**19899**   2:18
**1990**   3:25 164:14
**1994**   171:6
**1:22**   160:8
**1:39**   173:24
**1st**   88:8,20

**2**

**2**   73:5 81:2,5,15
87:4 101:10,11,16
102:5 105:21
111:18 112:8
124:23 134:19,22
160:2 188:9
**2,068.50**   163:24
**20,000**   40:23
**200,000**   3:13 71:22
72:5 73:8 74:19
74:23 75:2 76:2,9
77:22 78:7 81:8
129:19,23 134:2
135:14,20 136:8
136:21,22 175:14
176:7,21 177:3,7
177:14 178:5
181:18 182:13
**2004**   139:20
**2014**   139:23
**2015**   171:5
**2017**   12:25 23:8
26:17,23 27:17
32:3,15,25 34:6,8
34:13,14,15,19,24
35:4,8,12 36:8,18
36:20,24 38:12

69:19 79:23 141:7
141:9,10 143:15
143:25 158:11
180:5
**2018**   3:11,16 28:7
71:15 79:23 80:2
80:13 84:2 89:22
101:7 105:11
115:14 141:24
166:7 180:10
**2019**   1:13 4:4
23:15 36:9 50:9
69:19 187:5,12
188:6
**20932**   186:20
**21**   3:12 26:16,23
27:12 141:7
**211**   163:23
**21319**   171:5
**2185**   1:8 4:21
**21st**   143:25
**22**   3:18,20,22
**23**   91:11
**25**   3:8 25:23
**25,000**   71:21
176:21
**250**   182:21
**250,000**   67:2,4
83:20 85:9,11
89:2 134:3 135:22
135:25 176:12
179:4 180:20
182:15
**25th**   84:2 127:17
**26**   28:7 32:25
**265**   182:16,17
**265,000**   184:3
**26th**   34:7 114:10
114:15,16 139:8
**275,000**   182:9

**28th**   80:12
**2nd**   89:6,10

**3**

**3**   43:20 160:10
188:10
**3,000**   81:12
**30**   1:18 5:11 45:22
90:23 96:14
127:25 128:14,17
171:23 172:6
**30th**   35:8 115:13
**31**   83:11 117:12
**36**   117:13 137:19
**3b**   174:12

**4**

**40**   12:16
**405**   1:14 4:23
**41**   12:17 151:23
**464.30**   161:13
**4:24**   174:11
**4:37**   185:4

**5**

**5**   3:3,9,14 12:24
23:8 32:3 33:23
91:14 94:8
**5,400**   81:16 105:18
**50,000**   175:8
177:14 179:10
180:15 181:13,24
182:14
**50/50**   65:12 70:2
**51**   137:19,21 138:4
**5100**   2:17
**52**   139:9
**53**   139:18,19 141:4
141:12
**54**   142:25 144:16
**55**   3:8
**5th**   34:18

**6**

**6**   1:18 5:11 45:22
77:14 80:2 89:22
96:14 171:23
172:6
**6,890.06**   163:13
**62**   12:8,10,14,16
12:21,23 151:23
**63**   12:10,21,22,22
13:4 19:22 20:11
20:21 21:14 22:25
**64105**   2:8
**65**   3:19 160:17

**7**

**7**   85:13,21 171:14
171:23
**71**   3:9
**75**   3:12
**7th**   85:16

**8**

**8**   3:24 141:18
**8,000**   82:10
**89**   129:15

**9**

**9:09**   4:4
**9th**   163:23

**a**

**a.m.**   1:13 4:4
86:21 87:3
**ability**   130:10
**able**   38:11 73:13
129:4 144:16,20
**abroad**   128:25
129:2 130:8
**absence**   8:16
**aca**   66:14,15,15
91:22 93:24 94:4
**accept**   46:18
100:24

**accomplished**
129:23
**account**   72:22
73:25 74:5 80:12
82:22 88:13 94:17
166:3 176:22
179:18,24
**accounting**   86:7
**accounts**   73:12,16
125:14 145:5
**accuracy**   12:2
**accurate**   63:23,25
**accurately**   56:20
**accused**   32:22
**accusing**   22:22
**ach**   72:24 136:23
**acknowledge**
108:13
**acknowledged**
33:11
**acquisition**   144:12
**act**   7:19
**action**   149:10
184:21 186:13,14
**active**   13:16
**actively**   126:17
**activist**   19:20 49:5
**activists**   33:16
**activities**   29:14
121:3 142:5
**activity**   31:2 32:24
33:8,13,19 78:18
88:8 140:18,20
**actual**   102:23
**adam**   104:13
109:22
**add**   111:22 140:8
164:2 165:17
**adding**   163:24
**addison**   110:14

addition   168:2
additional   35:17
  167:23 184:5,21
addresses   100:22
adds   182:11
administer   5:5
  68:8,24 69:3
administering
  68:12
admissible   151:4,6
admission   148:25
advance   93:16
  118:21 144:12
advice   151:13,15
advised   106:7
advisors   67:10,11
  67:13,17 68:11,16
  179:16 181:25
  182:15 183:20
affection   37:5
affiliates   170:13
agency   33:6
aggregate   109:2
ago   29:17 54:25
  59:25 123:9
agree   4:14 21:3
  30:5,7 60:19
  62:18 64:24 73:24
  92:25 93:19 97:5
  146:20
agreed   91:15,24
  94:17 134:5
  135:12 171:22
agreeing   96:8
agreement   7:22
  8:4 28:15,24 29:4
  29:11,12,19 30:18
  30:20,23,24 31:4,6
  31:10,14 57:18
  63:21 64:2 65:11
  67:14,25 69:7

70:5 83:24 86:4
  89:18 91:3,15
  94:9 96:9 108:9
  111:18 112:8
  130:22 131:9
  135:9,24 172:24
  173:4
agreements   97:12
  135:4
ahead   12:9 26:2
  89:5 111:3 149:25
air   100:12,21
aircraft   103:7
airport   102:25
  103:4
alarmed   119:25
alarms   126:2
alfata   171:5
allegation   22:4,7
  22:25 47:13 62:23
  63:7 126:17 140:4
  141:22 143:22
  144:25
allegations   9:25
  10:11,14 11:5
  12:2,20 14:3,19
  18:21,24,25 19:22
  20:4,9,11,13,21,22
  21:11,14 22:13
  24:9 40:4,15
  41:23 46:15 47:7
  48:10,13,15,20
  51:8,20 52:8,25
  53:12 54:7,16,18
  59:8,9,11 62:7,10
  139:12 142:11
  145:13 146:7
  147:5 150:9,23
  151:18 152:5,10
  153:6 154:20
  158:24 170:14

alleged   21:20
  118:4
alleges   60:20
allied   3:14 80:22
  105:10
allocation   182:24
allotment   176:12
  179:4
allow   61:16
  149:11 150:2
allowed   149:25
amended   3:6
  11:18 16:21 18:6
america   36:17
  141:9
american   80:16,18
  80:20 81:12,20
  82:3,6,21 83:4
  97:23 162:9
amex   85:12
  162:13,20 163:5
  163:13
amount   64:17
  161:13 175:8
  182:8
amounted   128:24
amounts   167:10
analysis   51:17
  109:3
analysts   109:8
  110:4
analytical   58:9
  113:16
angeles   102:24
announced   23:11
announcing   32:4,6
  35:23
answer   3:7 11:19
  20:18 21:5 29:22
  41:22 43:14 44:18
  44:19 45:17 46:5

46:8 47:19 48:11
  58:14 59:15 60:4
  60:7,15 61:2,19
  62:9 68:20,21
  88:6 97:8,11 99:5
  99:13,14,18 112:5
  116:20 145:2
  148:9,11,12,13,16
  148:17,21 149:18
  151:13 154:14,16
  159:18,19 166:21
  168:9,19,24
  169:24 170:21
  171:19
answered   23:5
  85:8 99:16
answering   23:6
  47:3
answers   176:2
anti   12:25
anybody   37:14
  153:13 156:17
anyone's   82:6
anyway   116:14,17
apologies   12:17
apologize   38:20
apparently   109:5
appear   6:17 76:5
appearances   5:4
appeared   34:22,25
  118:8,16,21
appears   29:6
  171:25
apply   38:11
appropriate   59:17
  149:8 168:11
appropriateness
  169:3
approval   178:3
approximate
  179:6,7

**approximately**
35:8 81:12,16
82:10 85:11
105:19 182:20
**approximation**
182:21
**april** 36:17 82:18
139:7 141:9
**area** 24:2,18 25:13
79:17
**areas** 116:4
**argument** 45:21
99:18 110:25
111:11 171:8,11
**argumentative**
20:25 23:5
**arkin** 51:24
**arranged** 145:9,9
**arrangement**
78:22
**arranging** 78:13
**arrest** 139:22
**arrested** 138:6
**arrivals** 144:18
**arrived** 32:5
**article** 36:20
141:25 143:15
**articles** 153:14
**articulated** 59:23
**aside** 57:12 77:5
**asked** 23:5 29:17
42:6,10,21,24 44:8
44:10,13,23 46:4
61:23 103:14
146:15,15 150:15
155:16 166:20
170:4
**asking** 19:2 22:24
30:11 41:13 47:12
65:20 87:6 92:8
92:11,21 166:23

169:2
**asog** 101:11
102:17 103:19
104:3,6,9 105:11
106:13,17,19
107:8,22 109:12
111:12,16
**asog's** 104:11
**aspects** 69:4,5,14
**asserted** 149:10
**assertion** 171:8
**assess** 58:13
**assist** 108:17
**assume** 70:5 109:8
171:7
**assumes** 62:25
**assuming** 62:20
**asterisk** 105:22
127:21
**asylum** 60:14
**attached** 166:9
**attaches** 60:12
**attachment** 61:22
171:24
**attempt** 100:25
**attend** 41:25
157:16
**attention** 26:2
98:10 137:20
**attorney** 186:13
**attorneys** 2:5,15
148:19,22,24
149:11,16 150:3
170:19
**audio** 4:12 12:23
21:22 23:12 32:3
33:22 34:20
158:11
**audit** 183:2
**august** 32:25 34:6
34:7 35:4,8,12

**authenticity** 23:9
**authorities** 106:22
107:3
**authority** 8:17,18
**authorization** 6:23
**authorized** 6:6,15
6:17 7:19 8:19
**authorizing** 8:9,13
**authors** 153:12
**available** 118:23
173:3
**avenue** 1:14 4:23
**averaged** 153:19
**avoids** 130:5
**aware** 40:12,17
50:18 77:18 95:3
148:23 177:17
184:9

**b**

**b** 1:18 3:4 5:11
13:23 45:22 96:14
100:5 111:18
136:14 171:23
172:6
**back** 20:17,18
32:20 40:22 43:12
59:19,21 68:19,21
85:10 87:3 97:7
97:10 102:11
103:9 111:7
115:19 117:10
122:8 126:5 133:2
133:10 160:9
162:17 174:11,17
176:22 179:8
184:19
**background** 49:19
**ballpark** 64:16
66:20
**bank** 3:9 71:13
72:14 80:12 83:10

84:25 176:22
179:18
**based** 20:22 22:13
24:4 28:16 44:18
45:21 47:6 56:22
59:22,24 95:18
134:15 143:15
158:4 159:20
171:23 172:14
**basic** 15:3 95:24
112:24 113:4
119:4
**basis** 19:10 20:7
20:10 22:25 37:20
38:9,17 40:3 43:4
46:7 48:2,4,19
52:7,25 54:6,16,18
60:6 91:25 92:16
93:2 126:16
139:12 140:3
141:21 142:10
143:21 144:24
145:13 150:8,23
165:21 171:22
**bastards** 23:10
158:18
**bates** 3:18,20,22
3:24 73:6 80:10
116:25 160:16
164:12,13
**beacon** 36:19
141:25
**bear** 111:21
**bears** 160:16
**began** 34:13
109:23
**beginning** 9:14
132:7 139:19
145:8 176:25
**beginnings** 37:16

begun 32:5

behalf 1:18 6:7,18
89:22 106:16
110:5

beijing 37:18
144:10

belief 143:2,18

believe 11:17 36:9
51:3,6 74:6 76:6
81:25 85:24 89:4
122:12 126:25
137:5,12

best 66:23 77:25

better 55:12 73:20
159:3 182:16

beyond 41:10 45:4
45:5,14,22 46:10
49:2 58:19,23
62:2 78:7 148:6

big 110:24 125:8

bill 36:18 38:15
82:6 83:7 85:21
141:10,24 143:23
145:2,16 146:15
146:19,24 162:13
163:11 166:2,3

billed 162:9

billionaire 158:9

bills 84:20

birthday 138:17

bit 119:7 155:2
181:5

blackmailed 144:9

blocked 172:10

blog 152:24

blur 156:8

bonus 93:14,16

books 183:2

bother 114:8

bottom 98:11
106:3 117:2 163:4

bought 143:19

bound 122:11

boxun 13:23
153:14

boxun.com 13:21
152:22 153:22

brainstorming
123:2

breach 120:3
125:2 126:24

breaches 117:18
118:3 119:5,9,11
120:17

break 18:17 86:19
111:6 119:6
173:17

breaking 97:20,22

bridge 167:16

brief 155:12

bring 133:2
156:17

brought 53:16
130:13 173:6

bruno 147:16
170:7

building 37:15

built 144:8

bullet 98:12 106:4

bullets 115:22

bureau 141:18

business 36:13
70:7 82:10 84:21
85:15 86:12 92:9
96:6 98:22 99:22
144:18,21 166:14
166:19,25 167:22
167:24 168:12,14
168:17 169:10,19
184:8,9

buying 130:11

**c**

c 2:2 5:18 52:10
112:7 174:6 186:1
186:1

calculation 64:5
64:10,12 180:11

call 25:9 29:3 31:6
81:11 93:17 96:20
128:6

called 5:19 6:18,20
32:12 36:14 57:17
90:18 93:17
127:24 128:3,4,8
128:11 175:9,9

calling 32:8 41:7
41:11 152:16

calls 8:20 30:19
92:4

camp 121:8,9

campaign 33:15
34:11 35:15
158:20

cancelled 161:15

capacity 44:11
63:19

capital 66:14,15
66:15 91:22 93:24
94:5 124:5

captured 28:23
53:8

card 162:9

care 112:2 116:13

careful 114:21

case 1:8 4:21
11:19 14:12,13,14
14:15,22 15:15,15
17:23 18:2,15,16
18:22 19:2,5,12,25
20:5,6,10 28:15
29:5 31:21 41:9
41:16,21 42:25

43:8 44:17,25
45:13 46:22 47:7
51:23 53:2 54:7
54:16,18 60:14,20
85:22 86:13 89:14
104:3,7 130:7
148:8,19,25
149:13,16 150:4,5
150:9 154:5 162:8
166:17 168:5,22
170:14,19 171:2
171:17 172:2,12
186:10 187:3
188:3

cases 20:12 22:16
22:18 54:8,9

cash 72:11 73:2
130:12

catch 149:5

caught 125:9,14

cause 91:6 97:22
145:19,23 146:17
149:10

causing 111:3

cautious 125:20

caveat 154:17

ccp 97:18

cell 4:9

cellular 4:7

ceo 109:23 154:4

certain 69:4 78:21
97:25 113:2 127:9
142:21 167:18

certainly 110:22

certified 1:22
186:2

certify 186:3,12
187:7 189:18,21

cfo 109:23

chance 123:23

change  84:16
changed  161:16
changes  189:18,20
characters  158:13
check  85:11
checking  73:12,15
  73:16,17 74:5
  88:8
child  57:4
children  32:20
  97:15
chimed  157:24
china  31:3 32:10
  32:20 36:3 55:19
  144:22 153:2,3
  158:9
china's  108:15
chinese  10:24 15:6
  15:7,10,19 16:4
  19:19 28:18,20
  29:14 31:3,19
  32:16 33:16 35:10
  35:24 36:4,13
  39:8,14,16 41:5
  49:4,20,21,22,23
  56:9 57:3,8 58:12
  58:17 69:9 78:11
  78:17 95:11 97:13
  97:20,22 108:17
  136:11 142:7,17
  145:25 147:11
  152:23 158:16
  176:5
chose  93:16
church  17:8
circle  184:19
circumstances
  22:19
cisco  153:25 154:7
  154:19,20

cities  127:6
city  2:8 24:2,18
  25:13 90:5
claim  9:4,12 11:6
  19:5,11 96:13
  146:8,25 149:3
  158:25 166:13
  168:5
claimed  140:11
  169:3
claiming  58:16
  169:19
claims  10:19 55:2
  138:4,5 171:16
clarification  5:9
clarify  12:15
  15:22 33:20
  157:25 188:7
clause  149:6
clean  138:2
clear  9:20 45:19
  48:12,23 60:5
  62:5,15 99:6
  104:24 183:6
client  91:16 94:22
  104:11 106:7
  107:23 109:9
  111:4 113:19,20
  118:10,11,13
  128:4 131:17
  132:8,9 133:10
  168:6
client's  121:9
clients  130:6
cline  2:20 3:3 5:6
  5:7,24 10:12 11:9
  20:16 30:14 40:8
  42:14 43:9 44:5
  45:18 46:6 55:20
  59:5 60:5 61:6
  62:4 68:19 70:24

75:16 86:18 95:15
96:20 97:7 101:15
104:25 112:3
115:17 121:13
130:20 135:8
144:18 146:10
149:2,17 159:23
160:11 164:5
167:20 168:23
169:13,17 170:9
170:23 171:18
172:3,13 173:7,18
173:22 174:15
177:4 184:13,17
184:25
clip  164:11
close  39:4 77:12
  114:3
closest  43:18
clue  140:10
code  115:11,15
  116:3,9,23 127:15
codes  127:8 188:7
cohen  171:4,4
collaborating
  107:2
colleague  66:24
collect  109:2 113:7
collected  102:3
collection  165:18
color  116:23
column  174:24
combination
  122:22
combined  24:20
come  7:4 38:6
  43:18 57:24,25
  58:10 87:22
  121:24 133:25
  134:4 136:14
  173:5 181:2 182:3

comes  12:23
  141:23
comfortable  66:3
  167:25 168:2
coming  66:17
  118:6
commentary
  153:2,3
commented
  138:16 144:4
comments  36:3
  112:5
commercial
  100:22
committing  22:23
common  109:4
communication
  120:15
communications
  14:2,6,8,10 18:20
  19:7,9,10 20:3,8
  40:2 45:14 51:19
  54:5,12 60:13,23
  61:10,25 62:10,16
  62:18 147:23
  149:21 170:11,17
communist  10:25
  12:25 28:18 29:15
  31:3,19 32:13,16
  33:2,12 35:24
  36:4 38:6 49:22
  49:24 55:19 56:10
  56:24 57:3,8 58:2
  58:12 97:13,21
  140:12,15 141:2
  142:7,16 145:21
  158:16
company  6:10
  9:15 69:11
comparison  134:8

compensating 87:10,13,19
compensation 184:5
compile 111:17
compiled 165:10
complaint 10:15 47:14 59:11 150:24 151:9,24 153:6 154:21
complete 88:6
completely 172:2
completion 112:4 186:10
complex 37:11
compromise 120:2 125:11
compromised 118:14 121:2
compromising 37:13 95:25 125:21
computer 75:5,6,9 75:9 78:2,2 120:19 130:9
conceal 95:10
concept 30:8 107:18 130:23 131:4
concern 168:21
concerned 102:2
concerning 102:24
concerns 102:9
conclude 8:18
concluded 173:25 185:4
conclusion 8:21,23 30:20 41:11,12,14 57:25 92:5,7
conclusions 47:23 48:2,4,16 54:10

condition 173:2
confer 184:20
confidential 120:5 122:20 124:24
confidentiality 60:12
confirm 25:21 52:5 62:23 63:3 87:6,7 161:8
confirming 63:6
confirms 171:3
conform 188:9
confused 64:23 126:7
connected 97:16 119:17
connection 66:11 67:14 77:13 144:17 153:15,23 161:10,24 162:5 184:10
consent 8:9
consist 98:21 100:10 112:12
consistent 111:17 123:7 182:17
consistently 172:10
constantly 133:10
constitute 64:20
consult 146:6,12 154:18,19
contact 137:14
contacted 128:9 128:12
contacts 103:11 145:24
contended 39:15 39:19
contention 43:20

contentions 59:2 62:17
continue 4:13 64:20
continued 86:25 160:6 174:5,14
continues 37:4
continuing 138:3
continuity 130:5
contract 63:14,15 63:22 64:6,14 65:7 66:12,18,22 68:8,14 69:2,4 78:13 79:21 84:12 84:15,18,23 85:17 85:19 89:21,25 90:9,14,23 91:10 92:2,16 93:3,13 95:4,17 96:3,24 97:2 98:3 115:20 128:18 129:8,12 131:5 133:16,21 134:9,21 135:3,6 135:24 167:12 180:25
contracted 131:3
contractor 91:16 94:23
contracts 134:20
contractual 134:23,24
contributed 47:13
controlled 95:8 183:25
conversation 9:19 16:17 39:22 49:13 49:17 53:11 127:16 147:8,10 149:14 151:17 152:4 154:24 155:7

conversations 4:7 18:19 46:14 51:7 52:23 53:14 54:15 145:7,12,12 147:4 154:6,12 170:8
conversely 107:2
convert 145:19
coo 109:24
coordinate 81:22
copies 106:13
copy 73:20 103:19 111:15 124:16 131:9 142:18
corporation 2:6 4:18 88:22
corporaton 1:5
correct 13:10 16:22 18:12,13 20:23 31:22,23 33:24,25 40:18 44:9,15 46:3,17 50:19 52:4 53:19 60:21,22 63:8,9 64:18 67:8 69:21 70:16 71:19,22 72:2,5 73:22 74:2 77:10,19,20,23,24 78:4 80:13 81:2,5 81:9,13,24 82:19 83:7 85:3,4 86:10 87:9 89:8,11 90:3 90:10 91:3,7,8,12 91:21 92:16,24 93:6,10,21,25 94:6 96:3,4 98:3,6,7,17 99:12 105:15,16 110:20,23,24 111:13 113:14 115:7 117:5,9 123:10 126:19 135:10,11 136:20

[correct - democracy]

136:24,25 148:20
156:12 161:5
162:10,14 177:15
180:20 181:25
182:10,15 183:14
183:17,20 187:10
188:10 189:19,22
**corrected** 104:16
182:20
**correction** 25:18
**correctly** 107:14
152:14 157:23
**correspond** 81:23
163:8,15
**corroborate** 21:7
**corroborated**
22:19
**cost** 149:6
**costs** 66:21 130:16
130:16 167:18
176:25
**counsel** 4:16 5:3
9:5 10:2 21:3
44:18 59:25
149:23 168:8
172:24
**counsel's** 151:13
151:15 159:20
**counterclaim** 1:6
1:11 9:22,24 10:2
10:16 11:6 16:22
18:6 30:3 49:10
61:8 96:13 117:11
137:18 145:14
146:13 147:6
151:19,24 152:5
154:23 155:18
157:5 158:6 159:7
159:16
**counterclaims** 3:7
11:19 147:25

**counterintellige...**
108:15
**counterterrorism**
106:24 107:15
**countries** 38:6
117:17 130:12
**country** 32:10
121:3 130:13
**couple** 27:2 33:20
35:7 141:12
**course** 28:25
29:19 131:20
158:21
**court** 1:2 4:20,25
5:4 32:22 44:6
49:2 52:15 59:6
59:17 62:13 74:16
149:6,7 168:11
172:7,14,15,15,21
173:8 184:22
**cover** 176:24
**covered** 96:14
**crack** 111:19
**create** 76:15
165:11
**created** 76:17,20
76:22,23,24
**creating** 165:21
**credit** 85:2 88:21
105:23 106:5
161:18
**credited** 82:13
91:25 92:15 93:2
**criminal** 106:24
108:21
**critic** 39:8
**crr** 186:22
**current** 100:5,9
115:23 132:12
**customs** 103:3

**cut** 65:14
**cutout** 175:16,20
175:22
**cv** 1:8 4:21

**d**

**d** 2:10
**d.c.** 79:12,17
**dallas** 110:15
**damages** 167:9
168:5 169:4
**daniel** 2:23
**data** 101:22,25
102:8 103:17
106:14 107:10
113:8,17 118:18
129:3 131:6,21,23
133:2
**datapoints** 103:13
**date** 6:19 11:13
26:15 28:4 50:7
55:24 71:4 75:20
79:18 84:14,16
105:5 114:22
121:16 160:22
164:8 186:15
187:4 188:5
**dated** 77:13
186:16
**dates** 33:21
**day** 72:4 88:12
114:20,21 141:6
187:11
**days** 90:23 120:23
129:3
**deal** 32:17 52:17
**dealing** 153:11
**december** 27:3,16
139:23
**decide** 181:11
**decided** 180:19
181:3

**decision** 28:16
43:25
**declaration** 187:2
**decrypted** 116:12
116:16
**deemed** 94:24
142:6
**deems** 107:6 149:7
**deep** 103:14
129:13
**defamation** 40:14
**defamatory** 41:6
**defector** 38:7,12
38:16
**defendant** 1:6,11
19:18 39:7
**defendants** 14:18
**defenses** 171:17
**define** 65:9 140:19
**definition** 65:5
**defunct** 67:12
**delaware** 2:18
**deliver** 99:10,12
100:2,16 109:12
114:24 116:11
**deliverable** 99:3,8
101:13 102:5,6
112:18 113:6,23
114:2 115:10
131:12 134:15
**deliverables** 98:2
98:5,17 130:23
131:4
**delivered** 98:6
114:4,6,20
**delivery** 114:9,12
115:12
**delta** 161:14
**democracy** 19:20
33:16 49:4

demonstrate 113:18
denounced 109:5
denouncing 32:7 34:17 119:12
deponent 5:13
deposit 66:13 73:17 81:9 91:17 91:20,24,25 92:15 92:25 93:7,14,17 93:17,24 94:4
deposition 1:17 4:11,15,22 5:10,10 5:11 43:7 58:20 86:25 160:6 171:15 174:5 186:10 187:4 188:2,5 189:2
deposits 73:17
depth 98:21 99:21 100:11 112:12
describe 35:20 70:18 75:23 100:19 108:22 118:2 121:23 160:14
described 11:11 35:16 37:24 55:22 71:2 75:18 105:3 110:9 111:15 120:9 121:14 139:4 144:8 160:20 164:6
describing 104:6
description 112:19
deserved 32:9
designated 106:17
designation 106:20 107:9
destroy 23:16 55:18

destroyed 24:22
detailed 98:21 99:21 100:11 112:12 113:23 161:22
details 155:21
detect 136:12
detected 120:20
detection 130:5
develop 123:3
developed 15:14
devices 130:12
die 23:10 24:23 32:9 34:18 158:10 158:17
difference 65:22
different 22:18,18 22:19 47:21 55:5 56:17 136:15 153:12,18 173:5
difficult 133:6
dig 97:13 119:14
direct 25:25 94:22 98:10 137:20 150:16
directed 61:2
directing 44:19
direction 132:3 186:7
directly 72:21 139:14 148:4 162:13 182:4
disagree 92:23 157:25 172:22
discovered 78:11
discovering 107:9 172:10
discovery 17:17 17:20,23 76:24 77:4,6 123:22 151:5

discrediting 97:23
discuss 9:3 15:2 39:12 137:10
discussed 9:8,10 9:12 14:23 53:6 105:12 184:4
discussing 78:12
discussion 15:4 64:25 146:21 155:11
discussions 145:4 146:22
disdissidents 13:2
disposal 126:13
dispute 33:10 89:18 173:12
disputes 184:18
dissent 142:4
dissident 15:4,20 16:4,13 26:8 28:13,18,20 29:9 29:14,18 30:4,8,17 31:2,9,13,22 32:2 32:14 33:8,13,19 35:18 36:11 37:3 38:4 41:24 42:13 42:23 44:9,14,24 46:2 55:4,16,18 60:21,25 61:12 62:24 63:7,12 140:10,17,19 141:2 145:20 154:8,14
dissident's 32:23
dissidents 15:6,10 32:7 33:16 38:5 49:21 152:25
district 1:2,3 4:20 4:20 40:13 171:5 171:6

dive 103:14 129:13
divided 65:8
dividing 86:6
doctorate 142:15
document 3:18,20 3:22,24 6:22 8:4 11:11,16 12:15 55:22,25 56:18,18 56:21 57:2 71:2 75:18 76:16,25 77:9 105:3 116:19 116:22 117:4 121:14 124:16,19 129:15 164:6,17 174:20
documentation 102:18,23
documents 19:24 52:15 80:4,8 96:21 104:20 109:17 160:20,24 161:2,4
doing 103:7 119:18 120:2,4,24 121:4 125:5 126:21
domain 25:8 52:12 52:19,22
domestic 142:4
donnelli 2:12 5:15
downpayment 93:6,9
downstream 167:10
draw 167:14
drawn 172:18
drilling 167:13
drive 110:19 127:12

driver 158:8
drives 114:24
drop 112:7 139:18
  142:2,25
dropping 141:11
duly 5:20 174:7
  186:6
duplicative 59:13
duration 90:18
duties 141:14,17

**e**

e 2:2,2 3:4 5:18,18
  38:24 109:15,16
  125:13 174:6,6
  186:1,1
earlier 53:17
  129:19 136:21
  147:3 170:22
  177:5 179:6,15
early 6:13 16:19
  35:12 37:16
earn 65:6
earned 64:13
earnings 65:9,12
  65:17,23,24 66:2,4
  66:4,5 67:3 83:20
  89:3 176:12
  180:12
easiest 132:25
  133:2,7
eastern 1:5 2:5
  4:17 5:7 8:25
  19:11 22:22 40:13
  63:16 64:6,13
  65:7 85:22 86:4
  86:15 90:2 91:11
  95:4,6,17 96:8
  104:9 110:23
  114:24 117:18
  124:16,19 128:7
  130:22 131:9

133:17,21 134:9
  134:19 146:14
  159:7 161:10,24
  162:5 184:11
  187:3 188:3
eddie 5:14
edge 45:11 150:20
editor 13:14
edward 2:10
effect 23:24
  119:23 120:12
effective 83:25
  85:17
efforts 129:6
effusive 36:3
either 14:18 24:5
  33:10 39:4 52:19
  70:21 72:14,24
  75:8 78:20 90:22
  106:22 108:14
  114:15 115:2
  125:18 131:23
  132:2 134:24
  136:22 138:25
  177:10 182:4
  184:16
electronic 73:3
  120:14 124:19
  130:10 177:10
electronically
  37:12
elements 134:13
embarked 33:14
empire 144:21
employee 7:14,17
  143:3 186:13
encompassed
  30:13
encrypted 116:9
ended 84:7 110:19
  182:9,24

endless 23:17
endo 51:10
ends 73:25 74:5
enemy 121:8
energy 15:5,10
english 55:11,12
  55:16 138:24
  154:25 157:24
enodo 51:12,13,19
  51:21
enrichment 97:19
entering 28:14
entire 36:12
  140:12
entirety 81:4
entities 69:8 94:22
  95:5,8 183:24
entitled 1:19 96:25
entity 8:5 74:11,12
  74:14 95:18 175:9
entrepreneurs
  144:6
entries 176:15
entry 83:13
  163:12 175:13
  178:13,18 179:9
equal 65:2
equipment 130:9
  143:19
errata 188:2 189:2
errors 188:10
esq 2:10,12,20
essentially 116:13
establish 21:8
  133:7 167:21
established 69:18
  89:17 133:15
estate 37:10
evaluate 47:21
evaluated 54:8,9

everybody 146:18
evidence 15:9,18
  16:2,6,8,11 19:4
  20:14 21:12 22:6
  24:15 31:24 35:17
  36:10 37:2 38:2
  58:10 63:2,5 76:8
  151:4,6 159:11
  166:24 167:23
  169:2
exact 22:11 25:15
  118:18 124:10,14
  125:6,7 136:13
  163:24
exactly 164:3
  172:25 176:10
examination 3:2
  5:23 174:14
examined 5:21
  174:9
example 120:3
  145:20
examples 120:16
  121:6
exbt 3:6,8,9,12,14
  3:17,18,20,22,24
exchange 13:25
  40:6,9 50:10,15
  129:3 143:20
exchanges 127:11
excuse 82:14
executed 32:21
  70:22 187:11
exhibit 11:12,21
  25:24 55:23 56:2
  57:12 71:3,6,10,16
  73:6 75:17,19,23
  75:24 76:15,18,22
  76:24 77:9 79:25
  80:9 88:8 89:17
  98:9 105:4,6

109:13 121:13,15
121:18 122:11
127:3 135:16
160:16,17,18
161:23 162:4,17
162:21 163:2,9,12
163:16,20,21
164:7,9,10,19,23
165:10,20 174:18
176:24 178:11,24
179:8 184:8
**exhibits** 160:13,21
162:22 165:7
167:4 168:15
169:22
**exist** 131:25
**existing** 98:22
99:22 130:2
**expended** 66:21
**expenditures** 67:7
161:9 184:9
**expenses** 65:2 66:6
78:7 82:10,24
85:15 87:22 88:3
161:22 162:4,8
166:14,15,19,25
167:4,22,24
168:13,13,14,17
169:10,19 184:8
**experience** 120:25
**explain** 108:5
**explanation** 84:4
107:23,23
**explicit** 29:13
31:16 95:7,22
**explore** 123:16
**exploring** 45:13
**express** 30:25 31:5
80:16,18,20 81:12
81:20 82:3,6,22
83:5 162:9

**expulstion** 139:23
**extension** 97:23
**extensive** 13:15
36:17
**extent** 47:12 60:11
113:9
**extorted** 144:10
**extra** 176:4 181:14
**extreme** 119:20
**extremely** 124:8

**f**

**f** 186:1
**face** 17:3,3 79:15
79:15
**fact** 21:8 25:12
31:22 35:18 36:11
37:3 38:3 49:21
55:3 57:13 59:24
91:20 95:11 183:3
**faction** 140:15,23
**facts** 43:3 63:2
79:14 188:9
**factual** 12:19
48:14 150:22
**faint** 73:9
**fair** 47:18 57:11
59:13 65:4,8
68:23 82:14 97:5
151:9
**falls** 17:8
**false** 10:18
**familiar** 38:22
**familiarize** 132:18
**families** 22:5 23:2
23:25 24:17
**family** 25:12,20
97:14
**far** 30:5 41:3
152:15 167:16
**favor** 40:24 41:3

**favors** 143:20
**fear** 126:23
**feared** 125:14
**february** 63:19
80:12 82:12 91:11
101:6,6 163:23
179:7,25 180:3,5,8
181:9
**federal** 22:21
106:21 111:6
186:10
**fee** 93:6,9,20
134:16 135:18
**fees** 148:20,22,24
149:3,4,12,16
150:3 170:19
**felt** 120:24 125:9
167:24 168:2
**fen** 171:6
**fewer** 47:23
**fight** 62:5 140:24
**fighting** 15:6,10
140:15
**figure** 15:17
132:25
**figures** 112:14
**file** 146:16 159:5,6
166:6
**filed** 4:19 9:24
10:15,16 11:7,22
16:21 18:6,11
49:10 155:19
157:5
**files** 106:21
**filing** 61:7
**final** 93:2
**financial** 98:13,23
99:22 115:22
132:11
**financially** 186:13

**financials** 137:9
**find** 84:14 109:3
123:19 131:18,21
133:7 152:19,20
**finding** 78:17
108:18
**finds** 107:5
**fine** 48:6
**finish** 158:10,18
**firm** 51:15,16,24
**first** 5:12,19 9:7
26:6,6,16,21 27:11
27:18 30:15 32:3
34:22 38:22 52:9
69:6 71:7,16
72:10 83:13 84:20
98:8 101:6,17
110:4 111:19
112:22 113:10
117:16 122:3,3
129:13 132:5,17
133:6 136:7
137:21 138:11
141:3,6 142:25
143:6 152:11,17
152:18 160:23
161:8,23 162:4
163:22 164:15
165:4 175:8
178:13
**firsthand** 10:19
**fish** 57:17,20
128:17
**flat** 78:8 133:18,20
133:25 134:16
135:18
**flaws** 124:6
**fletcher** 178:16
**flight** 161:16
**flights** 102:24
103:8

flowed   176:8
follow   19:24 123:5
   124:2 127:21
followed   22:5 23:3
   23:25 24:17 25:12
   25:21 34:16
following   46:12
   88:12
follows   5:21 86:25
   160:6 174:5,9
footnote   143:13
foregoing   186:4,5
   186:8,9 187:10
foreign   106:20
   108:15
forensic   98:13
   115:22 132:12
forgive   145:22
   155:16
forgotten   179:22
form   43:4 48:2
   52:7 54:17 103:20
   145:13 150:8
format   131:13
formed   52:24 54:6
   54:15
former   37:6
forsythe   36:22
forth   186:5
fortune   37:8,16
   146:3,3
fortunes   142:20
found   32:21 41:4,9
   100:20 101:9,16
   102:12 108:11
   117:17 124:10,24
   124:25 125:13
   126:21 131:25
   152:20
four   27:6,8 55:4
   55:14 125:19

126:12 139:4
fourth   28:5
frankel   54:22
fraud   8:25 9:3,21
   9:23,25 10:11,14
   11:5,6 19:5,11
   22:23 40:3 47:7
   61:8 146:8,13,24
   147:6 158:25
   159:6 167:19
   170:13
free   36:19 141:25
french   6:21 27:13
   27:19 28:2,9
   69:25 110:7
fresh   130:4
frustrated   117:19
funder   171:4,25
funding   69:8
   148:3,6
funds   77:19 81:7
   86:6 88:10,12,14
   88:20 89:6,12
further   169:5
   173:10,11 174:8
   184:13 186:9,12

g

g   38:24 57:5
gains   97:17
game   59:13
garner   158:6
garrett   2:4 5:15
gather   31:20
gathered   62:19
gathering   159:10
gear   75:5,9 78:2
general   14:24,25
generally   70:19
   96:5 121:24
   122:16 153:17

gentleman   38:22
gentlemen   24:8
   25:20 150:7
geolocation
   100:23
george   4:24
georgetown   3:10
   3:12 68:6,7,17,23
   69:15,17,24 70:15
   71:14,17 73:25
   75:12,14,25 77:3,4
   77:14 79:9 81:8
   82:5 84:5,8
   135:19 161:3
   162:12 166:6,20
   168:4 176:15
   177:8 178:5,19
   181:22 183:13
gertz   36:18 38:15
   38:18 141:10,24
   142:13 143:15,23
   145:2,7,13,16
   146:7,13,16,24
gertz's   143:24
getting   125:8,14
   151:2 159:9 169:7
   180:6
giant   96:22
gift   35:25
give   8:22 41:12
   53:13 99:4 101:21
   102:14 111:5
   131:6 132:10,16
given   65:3 150:24
   186:8
global   51:10,12,13
   51:19,21
go   4:14 12:9 26:2
   41:23 72:16 85:10
   89:5 98:19 100:4
   108:24 126:3

132:19,24 133:5,8
   148:10 149:24
   159:23 162:17
   173:22 178:10
   180:17 183:8
god   36:2
goes   81:9 112:11
going   12:16 23:12
   25:25 32:7 42:19
   43:13 58:18 59:5
   59:14 111:5
   116:18,19,21
   120:2 125:11
   133:3,10 134:20
   135:25 136:12,14
   137:22 146:17
   148:5,10 149:2,24
   150:2,19 151:7
   158:21 159:8
   160:12 167:6
   168:7 170:5
   174:20 176:6
good   4:2
gotten   97:17
   152:15
governing   8:4
government   15:7
   32:11 58:16,23
   59:4 60:13,24
   61:11 62:2,22
   63:6,10 78:17
   95:11 107:6
   108:19 136:11
gr   174:25 175:5
grandson   57:2
graves   2:4 5:15
great   52:17
greater   24:2,18
   25:13
greatest   36:2

**greim** 2:10 5:14,14
8:20 15:21 16:5
20:24 23:4 24:11
29:20 30:19 31:8
41:7,15 42:17
43:13 44:20 46:3
46:9 47:18 48:22
58:18 59:22 60:8
61:4,13 62:14,25
92:4,17 93:11
96:10 97:5 104:8
104:14,23 133:22
134:10 136:3
148:5,15,21 149:4
149:18,24 150:19
159:8 167:6
168:18 169:5
170:20 171:10,21
172:9,23 173:16
173:20 184:15,23
**grounds** 168:25
170:22,24 171:11
171:20,22
**group** 3:15 27:19
80:22 105:11
157:14
**grows** 66:6
**guessing** 50:8
**guidance** 101:20
101:21 102:12,14
102:16 103:14,16
111:8 126:3,4,5
132:9,11,16
133:11
**guilty** 32:22
**guo** 12:24 14:14
14:15,19,22,24
15:4,9,19 16:3
19:19 21:12,17,18
21:21 22:2,3,5,22
23:2,24 24:16

26:7 27:14,20
28:2,9,12 29:8,10
29:18 30:3,8,16,25
31:10,12,21,25
32:4,25 35:2,9,18
35:21,22,23 36:10
36:16 37:2 38:3,7
38:15,19,19 39:9
39:13,16,19 40:10
40:14,17 41:5
42:12,23 43:16,22
44:14 49:14 50:11
50:16,18 51:4,6
52:9,19,24 53:5,15
55:2,7 57:9 58:17
59:3 60:21,25
61:11 62:23 63:7
69:7 78:10,14
90:5 93:12 95:8
95:25 99:4,9,25
100:23 101:2
102:11 103:14
106:16 108:9,10
109:5,9 111:8
116:10 117:18
118:5,12 119:12
119:19,20 120:13
122:4 124:7
125:18,21 126:8
127:10 128:9
138:4 139:13
140:5 141:4,23
142:13 143:2,16
143:18,23 144:2
144:13,16 145:2,3
145:7,10 146:3,4
146:16 152:15,18
154:7 158:14
176:4
**guo's** 15:15 16:12
21:15 23:7,19

24:20 37:22 39:8
41:24 44:9 46:2
63:12 101:20
121:2 124:12
139:19 144:17,21
152:15
**guy** 145:22,22
**guys** 158:15,22

## h

**h** 3:4 5:18,18
52:10,10 57:5
174:6,6
**half** 66:25 67:3
102:21
**halfway** 124:5
**hamilton** 2:14 5:7
**han** 27:14,19 29:3
29:4,7 52:10,24
53:15 89:17 98:9
101:5 102:12
111:8,24 139:15
**hand** 79:10 109:15
160:12 174:23
**handed** 11:14
55:25 71:5 121:17
164:9
**handwritten** 3:17
96:22 121:19
122:2
**handy** 6:25
**hang** 183:8
**hangar** 103:2
**happen** 139:3
**happened** 138:17
146:20 181:7,8,9
**happy** 169:9
**harass** 24:21
33:15 46:11
**harassing** 12:25
23:13

**harassment** 23:18
49:20 169:6,14
171:15,21
**hard** 58:13 103:19
111:14 124:16
128:22
**harder** 69:9
**heading** 174:24
175:5
**heard** 107:20
**held** 4:22 72:22
**help** 49:23 138:8
162:23
**helped** 52:7 53:11
**hesitated** 125:12
**highlight** 71:7
**hill** 175:9 177:18
177:24 178:6,8
**hire** 125:18,24
**hired** 125:22
126:9,14
**historical** 98:13,22
99:22 115:23
132:12
**history** 15:15,15
43:17
**hit** 102:13
**hold** 18:10 42:17
42:17 104:8,8
**home** 26:13 57:9
90:3,5,7,10
**honestly** 156:8
**hong** 49:3 95:19
95:23
**hoping** 162:19
**hotel** 37:11 144:9
**hours** 120:23,23
171:14,23
**hum** 127:23
**human** 62:7 65:22

humane  36:2
humans  153:21
hundreds  47:20

**i**

idea  74:4,25 93:13
  93:15 165:15
ideas  123:3
identification
  11:12 55:23 71:3
  75:19 105:4
  121:15 160:22
  164:7
identify  34:11
  56:15 160:24
  164:16
identity  118:10
  171:3
illegal  131:24
illegally  97:17
illegible  76:10
  125:13
illegitimate  57:4
  97:15
illicit  119:3
immediately  84:18
  108:9 109:8
impasse  102:13
impeach  97:4
impeding  129:5
import  131:4
importance
  118:11
important  28:20
  30:9,12 31:12
  140:9
impossible  99:9
imprisoned  138:6
improper  62:11
inability  38:21
inch  102:22,23

included  85:9
including  37:10
  59:24 96:22
  169:20
income  168:17
inconsistent  97:3
incorrectly  52:4
incurred  161:9,23
  162:5 169:19
indented  115:22
independent  153:3
  171:11
independently
  20:15
indicates  71:17
indirectly  148:4
  182:5
individual  43:25
  44:11 74:11 88:23
  88:25 151:10
individual's  22:12
individually  44:3
  61:14
individuals  47:8
  47:10 56:9 57:14
  58:11 103:6 110:9
  159:14 167:11,14
inform  53:11
information  20:2
  21:8 24:4,8 45:7
  47:6,15,17,25 48:8
  52:6 54:4 61:21
  61:24 62:19 63:11
  97:13,19 100:24
  101:2 102:13
  103:19,23 108:7
  108:18 110:19
  118:23 119:15,21
  120:8,22 124:23
  124:25 127:11
  143:2,18 150:8

151:8 152:9,9
initial  74:16
  112:25 113:9
  135:13
initially  57:21,22
initials  179:12
initiation  180:24
  180:25
inodo  154:4
inquired  172:25
insist  31:13
insisted  127:10
insistent  116:10
inspectors  103:3
instruct  43:14
  45:16 59:14 60:3
  61:18 62:8 148:8
  148:15 159:17
  168:18 170:20
instructed  120:14
instructing  45:20
  168:24 171:19
instruction  46:7
  60:7 61:5 62:15
  159:21
instructs  168:8
insulting  32:8
integrity  136:18
intending  159:5,6
intent  159:15
interaction  43:7
interactions  58:22
interested  31:18
  144:3 158:21
  186:13
interesting  158:12
interfere  4:11
interference  4:8
  128:24
internal  45:7

international
  102:25
interpreted
  138:16
interpreter  158:3
interview  35:9
  36:17 141:9,10
  143:16
intraparty  139:24
  140:8
introduce  150:6
  150:11
introduced  147:14
  150:17 151:10
intrude  62:21
investigate  57:14
investigated  120:7
investigation
  106:23,24,25
  108:21
investigative
  120:5
invite  157:15
invoice  3:12,14
  75:10,14,15,21
  76:4,13,17 77:2,13
  79:9,25 82:25
  105:10,14,22
  109:13 129:19
  136:21 163:19,19
  177:18,24
invoiced  78:20
  105:18 180:15
invoices  75:8 79:3
  79:5 81:23 161:3
  162:21 165:22
invoicing  78:14
involved  9:15
  14:17 22:9 42:4
  103:11

**involving** 21:11
**irrelevant** 148:8
  168:22 172:2,17
**irs** 166:24 167:5
  167:25 168:16
**issue** 28:15 29:5
  45:23 63:15 67:15
  67:25 68:9 75:24
  83:24
**issued** 161:17
**issues** 14:23,25
**itemization** 74:22
  77:21
**items** 163:23
  165:5,6
**iterative** 133:9

**j**

**j** 1:20 5:18 174:6
  186:21
**january** 3:11 28:7
  71:15,25 77:13,15
  80:2 89:22 114:10
  114:15,16 115:13
  127:17 139:8
  177:2,12 179:7,25
  180:3,5,8
**jd** 92:13
**jennifer** 2:12 5:15
**jgp** 4:21
**jian** 37:7,9,16,18
  37:21 139:20
  143:3
**jian's** 37:8
**jim** 153:25
**jingping** 32:11
  33:3,4,6,7,11
  35:25,25
**jinping** 158:17
**joanna** 2:20
**job** 48:3

**johanna** 5:6 61:17
**john** 1:17
**journal** 35:2
  139:16 140:14
**journalist** 36:18
**journalistic** 145:5
**judge** 74:16
**judicial** 148:25
**july** 23:15,22
  36:20 50:9 140:14
  141:10,24 143:15
**jumps** 60:3
**june** 39:24 50:8
  57:7 180:7,10
  181:7
**jury** 40:18,19 41:4
  41:9,20

**k**

**kansas** 2:8
**keep** 107:4 113:15
  118:15 122:20
  130:6 155:13
  166:4
**kept** 78:15 118:6
  146:5
**kettle** 74:16
**key** 116:23 127:15
**kgb** 142:24 144:6
**killed** 119:22
**kind** 52:3 97:19
  99:10 121:23
  132:15
**kinds** 153:18
**knew** 10:18,19
  110:4
**know** 6:9 9:9,10
  9:14 10:20 11:2
  11:24 17:14 19:21
  22:14 34:14 36:5
  36:15 39:10 49:6
  51:11,24 54:22

56:8,12,16 57:2,3
57:7 58:4 60:14
64:19 65:21 72:7
73:15,17 74:17
82:2,25 83:19
85:3,24 104:22
107:12 108:3,6,20
109:15,16 116:20
118:13,21 131:11
131:14 132:21
133:23 137:7
143:6,11 147:13
147:18,21 148:12
152:8 153:25
156:15 164:2
165:2 167:6
169:15 175:22
179:13,15 182:22
182:23
**knowledge** 30:22
  66:19 77:25
  104:21 137:13
  146:23
**known** 119:22
**knows** 43:6 125:5
**kong** 95:19,23
**kraft** 104:13,19
  109:22
**kwok** 126:4
**kwon** 49:3

**l**

**l** 5:18,18,18 38:24
  52:10 174:6,6,6
**label** 116:25
**laid** 119:2
**land** 100:12,21
**language** 55:10
  152:23
**large** 109:2
**late** 6:13 16:19
  69:19,19 181:9

**latest** 128:13
**law** 97:20,23,23
  111:6,25 149:10
  171:2 172:5
**laws** 187:9
**lawsuit** 9:22 18:10
  22:21 24:9 40:12
  46:16 48:10,20
  49:11 51:8,20
  52:8 61:8 63:15
  87:20 148:3,6
**lawsuits** 20:23
  21:11
**lawyers** 173:13
**layer** 176:4
**lead** 8:18 151:3,5
**leader** 3:12 33:3
  35:24 36:3,4 57:3
  72:22 74:7,9,17,19
  75:25 79:16
  123:11,15 124:4,4
  128:25 178:9
**leader's** 76:5
**leadership** 97:24
**leading** 46:20
  109:7
**leads** 12:17
**learn** 43:5 59:2
  132:20
**learned** 20:2 48:18
  126:19 142:23
  159:13
**learning** 150:25
**lee** 49:3,14,25
  50:10,19 53:24
  54:20 57:7
**left** 38:8 183:4
**legal** 8:21,22 15:5
  30:20 41:11,12,14
  65:21 92:5,7
  101:19 112:2

167:8
**legality** 102:2,9
  103:25 106:14
  111:23
**lengthy** 33:2
**letter** 33:2 58:15
  59:8,9 124:5
**letters** 59:3
**level** 37:17,18
**lexington** 1:14
  4:23
**lexus** 171:5,6
**lianchao** 27:14,19
  52:10 101:5
  102:12 111:8,24
  139:15
**libbares** 4:24
**liberty** 67:20,23
  68:3
**light** 84:3 145:18
**likewise** 78:19
**limited** 1:5 2:6
  4:18 100:11 153:9
**limiting** 96:18
**line** 15:17 98:20
  107:22 162:19
  165:5,6 172:18
  188:11,12,13,14
  188:15,16,17,18
  188:19,20,21,22
  188:23,24 189:3,4
  189:5,6,7,8,9,10
  189:11,12,13,14
  189:15,16
**link** 109:3
**linked** 108:11,23
**list** 3:8 53:10,13
  56:6 57:15 108:18
  113:3 118:7,15,21
  127:6 131:16,19
  164:18 165:2,3,11

**listed** 84:25
  129:14 149:5
**listening** 151:12
**literally** 158:11
**litigation** 14:18
  17:16 18:7,10
  19:19 23:17 33:15
  34:11,16 35:15
  50:22 80:5 81:2
  88:4 89:19 153:16
  153:23 158:20
  171:3
**little** 78:15 119:7
  123:18 124:5
  155:2 158:8 181:5
**lives** 23:16 24:22
**llc** 1:10,19 2:4,16
  4:19 5:15 7:6 8:2
  8:5 67:12,21 68:8
  68:11,24 69:21
  70:8 165:19
  175:17 179:18
**llp** 2:14
**lock** 125:15
**lodging** 100:22
**logical** 165:11
**long** 33:15 34:10
  143:3
**look** 12:11 120:23
  132:21,22 161:7
  161:19 162:2
  165:18 174:18
  176:22
**looked** 130:21
**looking** 15:14
  56:23 91:14
  165:15
**looks** 164:18
**loop** 77:12 114:3
**looseleaf** 122:7

**los** 102:24
**losing** 139:24
**lost** 177:6
**lot** 52:15 70:22
  109:6 142:23
  145:17 152:13
  153:2 154:13
**loud** 120:6
**loyalty** 35:24

### m

**m** 5:18 126:3
  174:6
**ma** 37:7,8,9,16,18
  139:20 143:3
  144:17
**ma's** 139:22
  141:13,17
**machine** 153:17
  186:7
**mail** 109:15,16
**mails** 125:13
**main** 2:7 129:14
**making** 18:22
  21:16 23:21 62:17
  95:5,11,18 152:10
  171:7 173:2
**managing** 97:17
**mandarin** 19:15
  38:21 39:3 55:11
  55:16 138:21
  153:8,9
**march** 3:15 12:24
  23:8 32:3 33:23
  34:18 79:23 82:9
  82:13 84:2 85:17
  105:11 158:11
**margin** 127:6
**mark** 11:9 55:20
  70:24 75:16
  104:25 116:19
  164:5

**marked** 11:12,15
  29:3 55:23 56:2
  71:3,6 75:19
  105:4 121:15,18
  160:13,21 164:7
  164:10
**market** 2:17
**massacre** 138:7
**matched** 19:25
**matches** 74:8
**material** 9:18
  52:17 54:17 96:12
  99:10,12 132:20
  133:4
**matter** 1:20 4:17
  88:15 116:4
  121:22 132:18
  134:21 147:24
  161:10,24 162:6
**matters** 131:12
  169:8
**mayor** 144:9,10
**mean** 14:13 16:7
  41:19 54:3 63:4
  65:10,14,16,21
  66:4 77:2 79:6
  106:11 108:23
  109:10 116:8
  127:14 128:3,5,14
  133:23 149:4
  161:14 165:13
  172:3 175:21
  180:2
**meaning** 16:15
  32:12 38:7 48:13
  68:9 108:19
  111:11 118:9
  119:16 120:4
  121:8 122:6 125:4
  125:17 126:13
  128:7,11

means   100:22
101:4 107:13
108:3 125:9 128:4
140:25 175:22
meant   128:16
132:19
measures   118:22
125:10
mechanism   69:12
69:13
media   13:17,20,21
22:2 35:22 51:17
108:24,25 112:8
112:13 113:2,24
114:13,18 115:6
115:24 132:13
meet   27:8 49:9,25
127:9 129:2
156:14 158:7
184:19
meeting   27:18,21
109:21 110:13
122:24,25 123:9
124:3 139:7
155:17,22 156:13
156:20,23,23,25
157:16,21 158:4,5
158:24
meetings   55:5
122:17,21 138:15
139:4 155:16
meets   112:18
member   7:8 67:12
67:21
members   25:20
56:9 58:2,12
69:20,23 97:14,14
130:17
memorialization
8:17

memorialize
122:25
memorialized
29:18 30:17 96:2
memorializing
6:23
men   13:6 23:10
meng   10:23 11:2
13:8,13,19,25 15:8
15:18 16:2 17:15
17:23 18:21 19:8
20:9 21:18 23:3
24:17 25:9,10
53:19 54:19 147:8
150:12 152:18
154:25 155:4,17
meng's   14:22
mentioned   16:10
33:22 34:3,6
35:15 99:23 114:2
115:7 183:23
message   6:24 7:2,4
messages   17:22
18:2,20 25:6 40:7
40:10 50:11,16
met   11:3 14:8 27:7
27:16 28:3 32:15
39:11 49:8 79:15
79:19,20,22 122:3
141:6 147:22
150:25 155:13
159:4
method   123:7
methodology
101:19 113:7,14
113:19,25 114:4
114:12,18 115:6
145:25
methods   159:10
michael   1:17 4:1
4:16 5:1 6:1 7:1

8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1

132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
187:7,18 188:4
189:25
microphones   4:5
4:10
middle   94:10
mike   36:22
miles   126:3
million   66:14,14
91:17 93:5,24
mind   65:6 113:15
mine   71:8
minimum   78:15
minister   37:6
139:20 143:3
ministry   36:14
minus   65:2 66:8
minute   42:18
61:17
minutes   8:12
122:23,24
mirror   35:11
misrepresentatio...
43:22

**missouri** 2:8
**misspelled** 132:2
**misspoke** 68:15
**misstates** 20:25
24:11 29:20
**mistaken** 179:14
**misunderstood**
24:6
**moment** 12:9
29:16 54:25 59:25
123:8
**money** 66:10,17
66:20 67:18 72:7
72:16 89:9 95:9
97:17 138:8 144:6
176:3,3,5 181:4,17
182:3 183:4
**monitoring** 142:5
**month** 3:11 27:24
71:14 82:3 128:22
129:13,17 136:5,6
136:6,7
**month's** 93:3
**moore** 1:21 4:25
186:21
**morality** 97:21
**morning** 4:2
**motion** 172:20
**move** 112:3
144:15
**movements**
100:12,20
**mss** 36:14 57:8
142:3,23 143:18
143:19 144:17,20
**mss's** 141:18
**multi** 22:8
**multiple** 12:14
69:7
**mutually** 94:17

**n**

**n** 2:2,17 5:18
13:23 38:24 52:10
52:10 57:5,5
174:6
**name** 4:24 17:11
32:8 37:7 38:22
38:23,23 50:4
74:14 76:5 109:23
109:25 118:6
119:16 152:19
186:15 187:3
188:3,4
**named** 29:10
104:11
**names** 3:8 13:6
22:12 52:5 53:6,8
53:14,16 56:5,23
57:23 103:6
108:11 109:4
110:2,4 118:7,14
120:6 129:14,16
129:16 131:19
132:2,4 147:12,15
152:16 156:11
**narrow** 131:22
132:7
**national** 37:18
106:23 107:15
**nationals** 106:21
**nature** 14:10,11
49:16 100:17
115:9 170:17
**ncs** 106:8 107:13
**nearby** 114:21
**necessary** 107:7
**need** 41:22 44:7
56:17 91:5,6
99:14,18 112:23
125:15 155:6,10

**needed** 130:8
155:12
**negative** 66:24
**negotiated** 29:11
89:25 90:4
**negotiating** 30:24
**negotiation** 173:12
**negotiations** 90:6
93:12 95:21 96:24
**neither** 24:7
186:12
**netherland** 26:14
**network** 51:17
124:12
**networks** 112:13
113:24
**never** 25:19 77:21
95:22 96:2 110:19
110:22 124:9
125:23 147:22
177:23
**new** 1:3,15,15,23
4:21,23,23 5:2
19:20 24:2,18
25:13 32:5 36:23
87:23 90:5 96:18
130:8,8 139:16
172:4 186:3 187:9
**newly** 96:21
**news** 35:10 152:23
**niece** 32:21
**nonfact** 21:9
**nonpublic** 145:6
**nonrefundable**
161:17
**northern** 50:2
155:23 157:2
**notary** 1:22 5:20
174:8
**note** 4:5 105:25
122:15 161:12

**notebook** 122:4,11
127:2
**notebooks** 122:5
122:13
**notes** 3:17 96:23
97:4 121:6,19,24
122:2,18,22 123:4
123:7,9,13,14,14
123:19,22 124:3
126:25 156:19,22
**notetaking** 121:25
**notice** 1:20 18:10
41:10,18 42:20
45:5,15 61:22
90:23 96:20 148:7
150:5,21 159:16
171:12 172:6
**notion** 15:9 24:16
28:19,23 29:17
30:16 35:17 38:3
130:2
**november** 1:13
4:4 26:16,23
27:12 79:22,22
141:7 143:25
187:4 188:5
**number** 4:21
43:20 52:11 57:14
76:13 83:3 105:6
124:11,15,22,23
124:25 141:18
163:19 166:10
184:18
**numbers** 73:19
103:2
**numerous** 21:21
35:21

**o**

**o** 5:18 13:23 52:10
174:6

oa   179:17
oath   5:5
obeying   111:24
object   42:19 58:18
  92:17 148:5 159:8
  167:7
objected   172:13
objection   8:20
  15:21 16:5 20:24
  23:4 24:11 29:20
  30:19 31:8 41:7
  62:25 92:4 93:11
  96:10 133:22
  134:10 136:3
obscure   118:18
obtain   131:24
obviously   112:22
occasion   14:8
  114:11
occasions   55:14
oceanic   67:10,11
  67:13,17 68:11,16
  179:16 181:25
  182:14 183:20
odd   83:2
oe   179:12,17
offering   33:4
offhand   57:6,10
office   130:3
officers   57:9
offices   102:7
  110:16 130:3
officials   32:17
  97:18 142:22
  143:18
okay   9:17 13:12
  18:17 19:3 21:10
  21:25 22:21 26:4
  35:13 43:13 45:18
  47:20 48:6 52:21
  57:11 64:22 65:5

65:13 67:6 73:11
  75:4 76:3 77:5,8
  85:20 89:16
  104:12 113:11,22
  122:10 123:21,25
  124:21,22 135:17
  143:17 145:11
  151:25 158:23
  161:19 162:18
  163:3 170:23
  173:15 174:17
  177:12 178:13
  180:6 181:2,16
  183:6
once   11:3 39:11
  49:8 92:17 111:25
  146:15
ones   47:22 52:16
online   14:7,10
  16:10 17:15 21:23
  35:10 108:25
  124:11 127:12
open   108:11,23,25
  109:10 112:25
  122:18 132:19
  133:3 145:5
  159:12
operating   7:22 8:3
  70:4
operation   32:5
  108:16 158:15
  176:25
operational   95:24
  119:5
operations   3:15
  80:22 105:11
opinion   152:24
opponent   145:21
oppose   15:7 49:22
opposed   140:12

opposes   10:25
opposing   140:21
opted   38:16
oral   16:11,15
  63:21 79:5 135:6
  135:7,9
orally   135:12
order   74:16 78:16
  108:8 144:12
  166:4
original   23:20,21
  96:12 186:9
originally   105:13
ousting   31:18
outgoing   81:7
outlet   13:22 35:10
outlined   170:22
outside   42:20
  74:21 110:15
  172:6
overall   135:21
overseas   142:6
overtly   97:16
owes   36:12
owned   175:18
  183:24
owner   6:10 175:24
owners   70:13

**p**

p   2:2,2
p.m.   160:2,8
  174:11 185:4
packet   123:20
page   3:2 12:16,17
  25:23 71:7,16
  73:5,21 74:8
  76:10 80:10 81:19
  82:15 83:9 88:9
  90:17 91:14 94:8
  94:11 98:9,11
  99:24 100:4

105:21 106:4
  111:18 112:8
  115:19 117:2,12
  122:3,6,8 123:25
  124:16,18 127:4,5
  128:19 129:15
  137:19 139:10
  151:23 161:8,23
  162:4,25 163:2,4
  163:12 165:4,5
  174:23,25 176:14
  178:10,25 179:8,9
  183:11 188:11,12
  188:13,14,15,16
  188:17,18,19,20
  188:21,22,23,24
  189:3,4,5,6,7,8,9
  189:10,11,12,13
  189:14,15,16
paid   65:18 66:6,8
  72:20 76:13 80:19
  84:21 85:16 87:22
  87:25 88:2,12
  91:21 136:9,22
  143:18 167:10,11
  167:15 177:19
  180:6
pangzhou   37:11
paper   102:7
  164:11
papers   111:15
paperwork   78:16
paragraph   12:7
  12:16,21,23 13:4
  19:22 20:11,20
  21:14 22:25 26:2
  30:2 90:22 94:11
  98:11,20 99:23
  111:18 112:7
  117:13 137:19,21
  138:4 139:9,18,19

141:4,12 142:25
144:16 151:23
**paragraphs**  12:14
**pardon**  21:18
64:18 68:17 75:12
93:15 139:8 155:4
**parked**  103:5
**parlance**  57:18
**part**  26:6 40:2
68:13 83:20 89:2
90:2 137:24 143:7
158:23 159:16
168:4 175:25
176:11 179:3
**partial**  41:2 129:3
**participant**  10:21
**particular**  127:16
146:9
**parties**  4:14 22:9
91:15,23,24 92:12
95:16 135:12
**partners**  67:20,23
68:3
**parts**  40:19 133:6
138:3
**party**  10:25 28:18
29:15 31:3,19
32:12,13,16 33:2
33:12 36:4 49:22
49:24 55:19 56:10
57:3,8 58:2,12
90:22 97:14,21,24
139:23 140:12,16
140:22,24 142:7
144:14 145:21
158:17 186:14
**party's**  35:24
**pass**  166:11
175:23
**patron**  37:19

**pattern**  15:14
118:8
**pay**  40:22 91:16
94:23 111:2
162:13 166:2,4
175:20,20 176:3
**paying**  82:5 87:16
**payment**  68:4
69:12 72:21 73:4
76:9 78:8 81:5,13
82:18 85:5,13,21
88:11,13,21 89:7
95:18,23 135:13
137:2 150:3 163:5
163:8,12,13
170:19 177:18
178:25 179:25
182:6,9
**payments**  70:16
70:19,21 78:21,24
80:15,16 81:20
82:3 84:5 86:2
94:16,23 95:5,12
137:3 162:20,20
181:15
**pen**  13:6
**penalty**  187:2,8
**pending**  18:7
44:22 151:21
**penghzhou**  144:8
**people**  18:25
22:18 24:22 33:17
34:17,18 43:7
49:22,23 52:6
53:4 56:16 108:19
109:6 118:17,20
119:13,13,22
120:2,6 122:18
124:12 125:6
126:20 132:4
142:21 145:17

147:11 152:17,18
154:13 155:13
156:4,15 157:11
157:16,24 167:15
**pepper**  2:14 5:7
**perfect**  103:12
**perform**  134:21
**performance**
117:20
**performed**  88:11
180:4
**period**  36:8 65:3
65:25 136:4
**perjury**  187:2,8
**permanent**  38:13
**permit**  100:2
**person**  9:7,12 10:6
43:24 51:3 53:10
92:9 104:10 113:3
127:11,19 151:11
175:25
**personal**  41:15
42:22 43:17 46:25
63:19 88:13
166:16 167:3
168:16,20 169:7
169:12,13 176:12
179:4 182:5,9,24
**personally**  29:12
49:6 81:24 83:21
139:14 140:5
143:25 144:2
166:13 176:9
181:17 182:5
184:4
**persons**  107:18
**perspective**  96:6
173:9
**persuade**  146:16
**pertains**  186:9

**petition**  96:13
**phone**  127:18
**phones**  4:9
**photocopy**  103:23
**physical**  16:7
72:25 106:13
**physically**  15:11
77:6 79:8
**pick**  4:6
**picking**  140:23
**pieces**  127:25
128:15
**place**  4:10 39:23
79:11 84:10 90:7
127:9 132:5
137:23 180:23
186:4
**plaintiff**  1:6,11
4:17
**plaintiffs**  14:18
**planes**  102:25
103:5
**plaza**  37:11 144:8
**pleading**  43:4
**please**  4:5,9 11:10
20:17 35:20 43:10
55:21 75:17 105:2
121:13 128:19
174:18
**pled**  148:23
**pocket**  136:10
**podhaski**  12:13
**podhaskie**  2:23
140:13
**point**  32:18 86:23
129:16 136:13,14
138:24 159:4,9
160:4 174:3
180:18
**points**  12:13

police 32:17,19
    36:13 37:13 49:20
    142:16
political 142:4
popular 152:24,25
port 114:7
portion 94:4 97:9
position 28:12
    31:21 48:23
possession 110:20
possible 78:16
posted 124:12
potentially 116:6
    116:8
power 139:24
    140:9
practice 121:25
    122:16 172:20
praising 35:25
prayer 148:18
precisely 52:16
    142:19 156:9
premise 46:18
prepared 60:10,16
present 2:22 27:12
    27:13,14,15,17,25
    109:20 110:8
    130:2 137:23
    147:7,11 151:20
    152:6
press 139:15 140:7
presumably 8:3
    59:10,12 76:10
    165:23
presume 119:18
    128:16
prevent 78:16
prevented 117:19
preventing 95:17
previous 34:18
    104:17 142:12

previously 174:7
price 134:7,8
    135:23
pricing 133:14,16
    133:18 134:15
primary 22:14,17
    69:10
principally 53:3
prior 16:20 61:7
    186:5
private 4:7 14:2
    50:15 52:23 53:11
    53:14 54:11,14
    100:21 102:25
    103:2,8 107:5
    145:12 147:4
privilege 46:6 60:6
    60:11 171:8
privileged 149:17
    168:25 171:4
pro 92:15
probably 16:18
    39:24 52:19 79:12
    83:2 123:16 139:6
    143:13 161:17
problem 101:18
    111:23 131:20
    172:23
problems 111:4
    146:17
proceedings 86:23
    160:4 174:3 186:4
    186:5,6,10
proceeds 158:19
process 133:9
    164:11 179:16
produce 58:8 99:3
    99:8 101:22
    104:19
produced 17:16
    17:17,20,23 56:19

77:5 96:21 104:6
    171:13
product 45:10
    62:21 151:3
    159:10,17
products 58:9
professing 33:3
profession 28:17
professional 1:21
    142:19
professionals
    121:11
profiles 139:16,17
profit 1:5 2:5 4:18
    5:8 8:25 19:11
    22:23 63:16 64:6
    64:14,17 65:6,7,19
    85:23 86:4,15
    90:2 91:11 95:4,6
    95:18 96:8 104:9
    110:23 114:25
    117:18 124:17,19
    128:7 130:22
    131:9 133:17,21
    134:9 146:14
    159:7 161:10,24
    162:5 184:11
profits 63:22 64:5
    64:13,20,24,25
    180:12
profound 33:3
    37:5
prohibited 95:4
prohibition 95:3
    95:13,17
project 29:13 31:2
    132:23 134:13
    136:18
prolific 152:13
promote 29:13
    31:2

pronounce 39:2
pronounced 39:4
pronouncing
    35:23
propagandist 33:5
proper 62:20 65:9
properties 37:10
property 144:12
    144:13
prorated 91:25
    93:2
protect 78:10
    108:8 136:17
    176:4
protected 74:15
    106:18,21
protecting 118:11
protector 139:19
protesters 138:8
provide 15:8,11
    16:11 20:14 61:23
    63:10 80:7 96:8
    99:21 100:25
    101:24 102:8,15
    103:15,16,24
    106:13 107:10,17
    112:18 126:4
    131:8
provided 35:2
    70:20 76:16 77:3
    77:4,18 96:17
    98:2,17 106:17
    107:11,24 113:5
    113:23 123:22
    124:17,20 131:15
    150:7
providing 138:7
provincial 37:17
psyber 86:11
    175:14,15,16
    176:8 181:18

**[psyber - records]** 

182:13 183:17
**public** 1:22 5:20
25:8 35:21 52:12
52:18,22 109:7,10
112:14,25 124:13
143:10,11 174:8
**publicly** 119:12
**published** 13:19
16:10 17:15 21:23
21:23,25 25:5,7,14
34:21,24 35:4,5,22
36:6,7,20 52:11,12
**publisher** 13:14
**pull** 135:15
**pulled** 143:13
**purported** 43:21
**purpose** 30:25
31:4,5 43:2
136:16 158:5,23
165:9 169:11
176:18 178:22
**purposes** 64:25
68:12 84:8,17
108:17 119:3
166:5
**pursuant** 1:20
**put** 10:9 57:12
66:7,23 161:4
164:19
**putting** 77:5

**q**

**qishan** 57:5
**quarters** 102:22
**question** 15:24
17:19 19:6 21:5
23:6 29:21,23
30:15 31:11 41:23
43:10,11,15 44:18
44:22 45:3,17,21
45:23 46:5,19,21
47:4,19 48:11

55:13 58:25 59:7
59:20 60:4,15
61:3,9,14,16,19
62:9 66:23 88:7
97:8,11 99:6,14,16
99:19 116:20
123:17 138:11,11
139:11 144:24
148:11,13,16,17
149:19 151:13
152:2 154:15
155:9 160:23
161:21 162:3,24
163:18 164:15
167:2,7,8 168:8,12
169:24,25 170:5
176:2
**questioning** 15:17
**questions** 45:9
48:25 64:21
101:18 103:25
106:14 137:22
150:2 151:7
169:13 172:14,17
173:10,19,20
174:21 184:14,16
**quite** 122:23
**quoted** 143:10
**quotes** 113:5
143:8,9

**r**

**r** 2:2 5:18 109:24
174:6 186:1
**radical** 140:15
**raised** 53:24
**raises** 125:25
**range** 164:13
**rata** 92:15
**rate** 78:8 133:18
133:20 134:2

**raw** 113:17 115:11
115:15 131:6
**reach** 47:22
**read** 12:10,22
20:16,18 26:2
43:11 47:21 52:19
54:9 59:18,20
68:19,21 73:10,10
94:15 97:7,10
152:12 153:8
184:24
**ready** 111:2
**real** 37:10 132:4,4
140:10
**really** 15:5 52:18
145:17 154:17
**realtime** 1:22
**reason** 31:17
51:23 69:10 91:7
92:23 106:12
154:10 171:13
188:7,11,12,13,14
188:15,16,17,18
188:19,20,21,22
188:23,24 189:3,4
189:5,6,7,8,9,10
189:11,12,13,14
189:15,16
**reasoning** 66:25
**reasons** 59:23
**recall** 9:16 11:8
12:3,4 14:11 15:3
22:11 25:15,17
40:11 47:23 51:22
52:16 55:5 57:21
75:13 83:18,22,23
86:17 107:14
109:25 123:14
129:19 147:2
152:14 181:15

**recalled** 174:6
**receipt** 73:7 76:12
77:18
**receipts** 75:8
164:18 165:3,12
165:14,18
**receive** 67:18 68:4
70:15 74:19 102:5
103:22 111:16
**received** 71:17
77:8,19 83:21
102:6 177:2,13
**recess** 86:24 160:5
174:4
**recognize** 11:16
71:10
**recollection** 13:22
50:17 54:21 63:24
76:14 91:13
182:18
**record** 4:3,14
12:15 24:13 29:24
44:6 45:19 59:16
62:12 71:7 75:23
86:22 87:3 97:9
99:6 112:6 159:24
160:3,9,15 164:12
168:10 170:24
172:4 173:8 174:2
174:11 184:18
185:5 186:6,8
188:8
**recorded** 23:15
140:6 184:8
**recording** 4:3,13
12:24 23:8,12
32:4 33:22 34:20
**recordings** 21:22
23:20 35:14
**records** 80:4
106:18 107:5

recover 129:4
144:13 149:11
redacted 76:3
refer 56:21
reference 56:18
128:17
referenced 162:20
references 73:12
referred 33:11
52:20 80:25
121:20 123:8
128:23
referring 21:20
117:24 123:20
124:15 153:7
reflect 20:12
reflected 121:6
123:12 163:20
167:4 168:13,15
reflects 29:24
175:14
refunded 161:13
161:18
refused 100:24
101:21 102:7,15
103:15,24
refusing 148:13
refute 21:8 23:9
regard 40:14
regarding 14:2
15:18 37:21 38:2
40:7,10,15 44:9
48:25 55:3,15
61:11 62:10 76:8
88:7 96:23 132:11
145:7 146:7,13
151:18 170:18
172:5
regardless 28:3
116:11

regime 39:9
145:25
registered 1:21
70:7,10
reimbursable
167:19
reimbursement
81:23 82:25 161:3
163:19 165:21
168:3 169:16
relate 43:16,19,21
86:15 115:15
116:3
related 64:12
85:18,22,22 86:3
86:13 116:5,7
130:16 133:15
141:24 177:18
relates 16:2 80:11
relating 24:8
169:2
relation 134:24
164:24 166:17
relationship 33:6
164:22
relationships
146:5
relative 186:13
relayed 146:19
relevance 168:25
171:20 172:22
relevant 41:17
42:14 60:2 80:4
171:16 172:11
relied 13:19 28:14
37:18 152:10
relief 148:19 149:7
rely 19:8,9 152:12
relying 41:20
143:12

remainder 86:6
122:5
remember 6:19
10:5 17:11 26:15
27:22 50:4,7
79:13,24 109:14
109:24 110:12
114:19 136:10
139:3 147:12
153:7 154:9,11,17
155:12,21 156:2
156:11 157:10,13
157:19,23 161:18
165:25 170:4
179:23 180:22
reminded 161:16
renew 180:11
repeat 15:23 43:9
59:6,7 88:17
152:2 168:7
repeated 24:21
rephrase 68:10
report 113:5,9,10
113:13 114:4,13
114:17 115:6
127:25 128:5,13
167:3 168:16
reported 38:15
145:3
reporter 1:21,22
4:25 5:4 20:19
43:12 59:6,21
68:22 97:10 186:3
reporting 38:18
167:25
reports 52:12,12
97:25 98:22 99:21
100:11,17 112:12
113:16 139:16
represent 71:6
126:8 127:7

representation
26:11,19 29:8
137:23 138:12
139:5 141:5
representative 6:3
87:7
representatives
170:12,18
represented 26:7
30:3 166:24
repressing 142:4
request 45:25
requested 20:18
43:11 59:20 68:21
97:10 128:11
131:7,17 186:11
requesting 126:5
requests 107:23
require 157:21
required 132:9
research 3:10,12
12:19 15:13 28:15
28:24 29:4 30:17
31:14 53:4,5
57:18 59:12 67:14
67:24 68:6,7,18,24
69:15,17,24 70:15
71:14,17 75:14,25
77:3,4,14 79:9
81:8 82:5 83:23
84:6,8 89:18 94:8
98:13,21 100:6,10
101:19 103:10
111:17,20 112:9
112:23,24,25
113:6 114:13
115:6,23,23,24
120:24 126:10
129:13 130:21
131:9 132:12,13
132:13,23 135:19

161:3 162:13
166:6,21 168:4
176:16 177:8
178:6,19 181:22
183:13
**research's** 73:25
**researchers**
120:19,22 132:3
**researching**
126:18 137:15
**residence** 27:2
138:14
**residual** 66:25
86:6 180:16
**residuals** 65:19
180:14
**resolution** 8:9
173:12
**resources** 23:13
**respect** 13:3 14:21
16:12 19:6 20:20
21:20 25:10,11
37:6 58:7 63:12
66:18,22 67:24
68:25 84:24 85:16
88:3 91:23 114:13
134:15 141:3
155:15 176:15
**respectfully** 8:23
**response** 104:11
104:20
**responsibility**
69:15
**rest** 122:10
**restaurant** 17:9,12
50:3,5 155:24
157:7
**restricted** 107:18
**result** 65:7
**retail** 37:11

**retain** 147:15
**retained** 112:5
**retrieve** 132:25
**retrieved** 101:23
101:25 116:17
**retrieving** 164:11
**return** 94:4
166:15
**returns** 166:7,17
166:21 167:3
169:12
**retweeted** 50:12
**retweeting** 50:14
**reveal** 124:9
**revenue** 65:2
**review** 11:21
95:20 186:10
**richard** 54:22
**right** 7:6 11:2,19
16:7 18:7 25:21
26:5 30:5,9 39:10
40:21 41:6 45:10
46:8 49:7 57:15
57:18 62:4,8
63:16 67:9 77:15
78:25 79:3,7,16
81:16,20 82:9,11
84:3 86:18 88:17
89:19,23 90:17
92:2,9 104:3,14
110:14 117:15
120:13 127:6,20
128:21 130:24
135:3,14 136:8
145:19 148:14
155:19 158:25
159:23 160:11
163:11 165:7,8
171:9 173:7
174:23 178:20
180:9 181:19,22

182:14,19 184:25
**risk** 125:8,15
**robert** 50:24,25
**role** 14:21 50:21
67:14,24 87:20
142:3
**room** 138:25
**roughly** 35:11
**rp** 106:8,17,19
107:9
**rpr** 186:22
**rule** 1:18
**ruled** 172:15,16
**ruling** 140:21
172:21
**run** 141:17 158:19
**running** 97:16
**russ** 109:23

**s**

**s** 2:2 3:4 57:5
**satisfactory** 94:24
**saved** 18:4
**saw** 93:23 111:15
129:18 144:5
**saying** 23:16 32:9
32:19 46:5 48:7
55:18 102:12
110:25 135:7
**says** 26:7 30:3
73:16 90:22 91:16
92:25 94:21 98:13
98:20 100:5,9
105:25 106:5,7
107:22 117:16
124:6 125:4
127:24 128:22
139:19 142:3
174:24 175:5
179:10
**scale** 109:2

**scanning** 165:4
**scope** 41:10 42:20
45:4,5,14,22 46:10
58:19,23 62:3
148:7 150:4 172:6
**screw** 125:16
**scrupulous** 111:24
**se** 18:24
**sea** 100:13
**search** 17:25 80:4
118:24
**searched** 118:22
**searches** 118:6
125:5,6
**searching** 118:18
126:22
**seasoned** 121:11
**second** 12:12
38:23 84:21 98:20
101:6 116:2
118:16 163:11
174:23,25 175:13
178:18
**secret** 32:16,19
36:13 37:13 49:20
108:17 118:15
124:9 142:16
**section** 76:3 100:5
**security** 36:14
37:7 51:3 95:24
106:23 117:18
118:3 119:5,9,11
120:17 124:6
125:15 126:23
130:6,16 131:24
139:21 166:10
**see** 26:9 31:9
44:20 73:11,19
80:16,23 81:19
82:16 83:11,15
85:6,13 90:19,24

91:18 94:12,19,25
98:14,24 100:7,14
103:9 105:21,23
105:25 106:5,9
107:25 109:25
112:9,15 115:21
115:24 116:22
117:21 123:6,23
127:13,14,20,21
138:9 139:25
141:15,19 142:8
143:4 145:18
146:2 153:10
163:5,6,13 175:4
176:5,16 179:10
183:3 184:20
seek 149:16
seeking 108:7
148:19,22,24
149:12
seen 7:21 8:6,8,12
56:3,5 64:10
105:6 177:23
selective 108:18
self 97:18
send 58:15 76:12
127:13
senior 32:16
sense 48:14,15
sensitive 4:6
sensitivity 119:21
sent 7:2 59:9 132:2
sentence 26:6
90:21 94:14
117:16 137:21,24
137:25 141:4,13
142:3 143:2,7,17
144:15
sentences 141:12
september 35:12
36:9

serious 103:13
seriously 121:12
serve 33:4 69:12
served 48:19
service 107:15
108:17
services 96:7,17
set 57:13 68:8,11
68:24 74:20
103:12 105:13
123:21 130:3,7,14
186:5
setting 33:6 69:11
113:7 130:4
136:10
settled 93:14
setup 129:24
sex 144:11
shanghai 102:24
sheet 188:2 189:2
sherry 26:13 27:9
shi 13:7,7,8,8
19:15,23 20:4,9
21:11,17 23:2
24:17,25,25 53:21
54:20 150:18
151:18,21 152:4
152:17 155:9
156:13,25
shit 114:7
short 173:17
shorthand 186:3,7
shortly 155:18
show 29:7 37:5
97:20 102:20
116:18
showed 102:19
103:19 109:17
137:9
showing 23:21
113:6

shown 97:22
178:24
shows 178:25
side 111:23 144:5
174:23 178:3
sift 132:6
sign 184:24
signature 90:17
186:20
signed 11:25 33:2
89:21 90:9,11,13
significant 103:10
signing 12:4 93:6
93:9,14,16,20
similar 18:25
59:10 126:10
145:23 163:25
simply 66:7
113:17 131:6
152:12
simultaneously
162:17
single 9:11
sinofide 142:18
sir 175:3
sit 64:2 156:10
site 107:18 152:24
152:24
sitting 56:22 62:7
86:8,17 165:24
situation 159:3
skin 152:15
slide 124:10,15,22
124:24 125:25
slides 124:8
slightly 157:4
small 157:14
smashing 158:15
smear 158:20
social 13:17,20
51:17 108:24

112:8,13 113:2,23
114:13,18 115:5
115:24 132:13
166:9
sol 175:14,15
176:8
solbakken 51:25
sole 22:13 67:12
solely 171:24
solutions 86:11
175:16 181:18
182:14 183:17
somebody 10:17
86:12 121:2
someone's 60:12
soon 57:7
sorry 7:25 19:14
24:25 26:22 59:18
65:13 78:23 85:8
88:19 96:13
103:18 110:11
115:17 129:10
sort 26:6 56:15
94:10 104:6 122:6
127:5,6 153:18
162:16 180:11
sought 38:12
101:20 169:15
sounds 42:14
182:16
source 22:14,15
25:17 108:11,23
108:25 109:10
112:25 132:20
133:3 142:13
143:10,12 145:5
153:5
sourced 22:8
sources 21:6 22:17
47:15,17,21
136:15 150:24

151:2
**southern**  1:3 4:20
**soviet**  142:17
  144:5,5
**sovietologist**  51:2
**speak**  9:24 10:4
  18:14 19:15 38:21
  120:6 153:8
  154:25 169:23
**speaking**  9:20
  12:24 13:9 39:3
  96:5 122:16
  158:16
**speaks**  30:21,23
  55:12
**special**  3:14 80:22
  105:11
**specific**  61:7 65:20
  67:7 78:3 100:20
  120:21
**specifically**  9:21
  18:15 47:16 84:13
  98:19 117:12
  119:8,10 137:19
**specified**  100:12
  112:13
**speculate**  41:8
**speculating**  10:7
**speculation**  8:21
  154:15
**spend**  23:12
**spends**  15:5,9
**spent**  75:2 77:22
  78:2
**split**  63:21 65:11
  65:24 180:12
**spoke**  16:25 18:15
  54:4 152:12
  157:24
**spoken**  141:8

**spokesman**  140:13
**sponsor**  37:19
**sponsorship**  37:8
**spring**  16:18,19
  36:8
**spu**  166:10
**spy**  39:14,16,20
  40:15 41:5 58:17
**square**  138:7
**stack**  96:22 102:21
  111:14
**stamp**  160:16
  164:13
**stamped**  3:18,20
  3:22,24 73:6
**stand**  104:16
**standard**  132:22
**stands**  106:20
**start**  23:7 26:5
  27:11 34:12 84:9
  117:15 128:22
  130:15 133:12
  146:11 170:10
  176:24
**started**  87:5
**starting**  46:10
  161:7
**starts**  94:11,15
  141:13
**state**  1:23 5:3
  33:12 36:14 37:6
  139:21 186:3
  187:9
**statement**  3:9
  13:13,18 16:9
  17:15 23:8 24:24
  25:2,11,14,16
  28:12,13 34:23
  35:3 38:10 41:5
  55:15 63:25 71:13
  80:12 83:10 84:25

86:3 104:17
  138:19 176:22
**statements**  13:6
  21:15,19,21 22:8
  23:15,22,24 24:21
  25:4,5,8,8 33:9
  35:14,22 36:6,21
  37:22,23 55:2,8
  96:17 109:7
**states**  1:2 13:2
  33:7,17 38:7,13
  58:16,22 60:24
  61:10 62:2,22
  63:6 74:21 138:4
**status**  16:12 38:13
  41:24 44:9,24
  46:2 63:12 108:20
  113:10 127:24
  128:5,13
**statutory**  107:17
**stay**  61:4
**stemming**  64:6
**stephen**  1:20 4:25
  186:21
**stolen**  97:18
**stopping**  128:24
**straight**  95:23
  138:19 139:13
**strategic**  1:10,19
  2:15 3:6 4:19 5:10
  5:12,16 6:4,7,18
  7:5,8,12,14,21 8:2
  8:13,24 9:21
  10:13,18,22 11:5
  11:15,18 12:20
  16:21 18:5,9,21,24
  19:4,9 20:10,21
  21:12 22:6 26:7
  28:11,13,20 29:11
  30:2,4,9,12 31:12
  31:20 35:16 40:3

42:24 43:3,19,22
  44:12 45:7,9
  46:16,22,24 47:5
  47:14 48:19 49:10
  52:7,25 53:12
  54:6 55:2 57:13
  57:24 59:2 60:20
  62:6 63:16 64:4
  64:11,12 65:6
  66:11,15,18,21
  67:8,18 68:4,13,25
  70:16 71:18 75:7
  75:13 78:6 80:3
  83:14 87:8,10
  88:21 89:9,15,22
  90:2,13 92:18
  93:5 94:3 96:6,7
  96:15 99:2,7,11,20
  100:16 102:4
  103:18 104:2,10
  104:12 105:14,18
  109:13 110:6
  111:11,16 112:17
  114:24 117:11,16
  117:19,23 124:17
  124:20 126:9
  129:9,10 130:18
  130:22 131:2,5
  132:10,16 133:14
  133:17 134:19
  135:10,20 137:5
  137:18 138:5,13
  139:12 140:3
  141:5,21 142:10
  143:7,21 145:9,14
  146:6,8,12,23,24
  147:5,25 148:18
  148:23 149:15
  150:8,25 151:19
  152:5,9,11 153:4
  154:19 158:25

159:6,14 167:8,15
167:18 168:21
169:10,18 170:13
176:8 177:13,20
180:10,18 181:3
181:10 182:4
183:3,13,17,20,24
184:5,10 187:3
188:3
**street** 2:7,17 35:2
139:16 140:13
**stress** 138:24
**stressed** 118:10
**stressing** 119:20
**strike** 10:12 30:14
40:8 95:15 101:15
112:3 115:17
130:20 135:8
146:10 169:17
170:9 177:4
**structured** 78:9
**struggle** 139:24
140:9
**studied** 142:16
**study** 47:21
**studying** 142:15
**stuff** 133:8
**sub** 68:9 98:12
**subcontracting**
69:13
**subcontractor**
70:22 72:17,19
135:19
**subheading** 90:18
**subject** 7:24 16:3
39:13 106:22,25
116:4 131:12
132:18 134:21
147:24 149:22
172:16 173:11
189:17

**subjects** 100:12,21
103:11 112:14
113:24
**submitted** 81:24
162:22 166:21
**submitting** 168:3
**subpoena** 104:20
**subpoenaed** 104:2
104:9,10,13
**subscribed** 186:15
**subsequent** 86:3
94:12,16
**subsequently**
181:3
**subservience** 33:4
**subtitle** 112:9
**subversive** 142:6
**success** 36:13
**sue** 49:23
**sued** 9:14,15 40:14
50:19
**sues** 49:21
**suggested** 58:11
**suing** 8:24 34:17
**suit** 7:24 119:23
146:16
**suits** 39:8
**summarize** 52:3
**summarizing** 52:4
**summary** 97:12
102:10
**summer** 16:19
**sums** 136:13
**supplement**
158:24
**support** 24:16
35:17 46:15 48:9
48:13,14,14 158:6
**supported** 33:17
**supporting** 20:14

**supports** 21:13
**supposed** 113:16
113:17 129:22
131:13 136:12
158:8
**supposedly** 57:4
**suppressing** 142:5
**sure** 7:3 17:18,21
53:7,18 70:20
107:16 130:9
167:20 170:6
176:23 183:10
**surmising** 143:14
**surreptitious**
144:11
**surveillance**
143:19
**suspected** 108:10
108:14 118:25
119:3
**sv** 3:5 11:12 55:23
71:3 75:19 88:9
105:4 121:15
160:21
**svus** 3:18,24 117:3
160:17 164:13
**sworn** 5:20 23:23
48:7 174:8 186:6
**system** 38:8 78:9
142:17,17
**systems** 142:16,20

**t**

**t** 3:4 186:1,1
**tabulated** 169:21
**tack** 53:17
**tail** 103:2
**take** 12:9,11 32:19
37:13 39:23 44:6
59:16 62:13 79:11
86:18 90:7 104:23
118:23 121:11

122:17,22 123:14
137:23 151:14
156:19,22 168:10
172:7 173:16
174:18 181:13
184:4,21
**taken** 4:16 118:22
120:21 122:19
125:10 144:14
186:4
**takes** 133:12
**talk** 11:4 12:16
32:14 60:16 119:9
169:12
**talked** 25:19 32:17
55:4 85:2 177:5
178:2 183:7
**talking** 27:17 53:4
54:11 64:23 127:5
153:11 158:21
**target** 118:7
**targets** 106:8,15
113:2 120:21
126:18 137:15
144:21
**tasked** 58:8
118:24 119:14
120:23
**tax** 166:5,6,15,16
166:21 167:3
169:7,12
**taxes** 167:14
168:17
**team** 3:12 72:18
72:20,22 74:6,9,17
74:19,20 75:6,9,25
76:5,8,12,18,23,24
77:2,7,10,18,22
78:6 79:8,16 80:3
80:25 81:5,9,15
101:10,11,11,16

102:5 112:24
113:7 117:16,23
117:25 118:25
119:14 120:9,12
120:24 121:2,7
123:10,11,13,15
124:4,4,10 125:4,5
125:9,12,17,17,20
126:2,19 128:25
129:8,9,10 130:8,8
130:13,17 131:3,5
131:8,11,15,25
132:11,16,17
133:15,19 134:12
134:15,18,18,22
134:22 135:10,13
135:20,24,24
137:4,13 175:11
176:20,21 177:2,8
177:9,12 178:8,9
**teams** 78:2 125:19
125:22 126:9,12
126:17 130:4
134:20 137:14
**tech** 51:15,16
**telephone** 128:5
**tell** 9:7,11 14:5,9
31:24 52:5 56:15
56:20 57:10 66:24
72:13 73:20,23
85:20 101:8,16
107:12 108:8
110:2 112:21
132:15 149:9
156:9
**telling** 142:13
**tells** 158:14
**ten** 129:16,16
**term** 65:20,21,22
158:2

**terminate** 90:22
91:6,7
**terminated** 83:24
85:17 91:10
**termination** 84:11
84:15,19 105:23
106:5
**terms** 74:18 79:21
81:7 91:3 92:12
129:7 181:16
**terrible** 145:17
152:16
**territory** 126:23
**testified** 5:21
63:18,20 93:22
119:23 136:19,21
147:3 174:9
179:20
**testify** 6:6 42:8,10
42:16,21,25 44:2,4
44:8,10,13,23
45:12,20,25 48:24
67:7 74:13 117:7
137:11 159:12
169:9
**testifying** 1:18 6:3
186:6
**testimony** 7:18
8:10,13 21:2
23:23 24:12 37:21
38:17 46:13 48:8
48:25 55:7,15
87:14 126:8 135:2
156:7,10 157:18
161:22 179:6,15
186:8
**texas** 109:18
110:13,14
**text** 7:2 17:22 18:2
18:20 25:6 40:7
76:4 106:4 127:13

**thank** 91:9 164:13
184:25
**thanks** 173:14
**theministry**
139:21
**theory** 167:19
**thick** 102:22,23
**thing** 34:2,5 44:21
96:11 132:8
**things** 52:21 68:12
68:25 69:8 84:22
122:20 131:14
144:5 145:18
172:11
**think** 17:8,10
40:23 44:21 45:2
45:3,11,13 55:4
59:25 60:2 61:15
61:15,16 63:19
68:15 70:11 93:23
114:16,16 115:3
116:20 123:8
135:21 147:9
150:15,20 155:8
155:17 166:16
167:7,13,16 183:7
**third** 27:21 28:3
34:5 93:3 130:12
139:7
**thought** 24:7
136:19,20
**threatened** 152:19
**threatening** 21:16
**threats** 21:17,20
**three** 102:22 110:3
110:9 115:2,4,21
116:3,5,7 125:18
126:12 153:18
156:6 160:12
183:7,12

**threshold** 30:15
121:22
**ticket** 161:17
**tie** 82:24
**tied** 133:21,24
**tienanmentiena...**
138:7
**ties** 49:19
**time** 16:20 18:5
26:16,18,21,24
28:3,5 86:20 87:2
87:11,17 99:4
111:3 118:19
119:25 122:3
125:7 126:15
136:4,14 143:3
159:4,15,25 160:7
173:11,23 174:10
180:18 181:3
185:3 186:4
**times** 27:4,6,8
36:23 79:20,22
139:17
**title** 7:11,18 33:12
33:13
**today** 6:3,13,14,16
8:10,14 60:17
64:2 87:8,11,17,23
96:19 184:19
**today's** 5:9
**told** 24:7 29:16
36:16,18,22 38:19
39:15,17 106:19
111:2 114:7
119:24 124:7
125:19,23 139:14
140:5,13 142:13
143:23,24 144:2
145:2,3 154:13
**top** 105:22 116:23
175:4

[topics - vague]

topics  44:2 46:12
171:24 173:5
tortious  128:24
total  114:23
135:23 163:24,25
182:8 183:9,13
totaling  165:13
touch  76:18,21
tougher  133:8
trace  69:9 130:10
track  155:14
177:6
tracking  100:5,9
103:10 111:17,20
115:23 132:12
176:5
transaction  73:7
77:14 84:25
136:23 184:11
transactions  98:23
99:23
transcribed  186:7
transcript  186:8,9
186:11 189:18,21
transcription
188:10
transfer  72:15,23
72:24 74:10 80:22
81:15 83:14,17
88:10,14,20 89:13
177:11
transferred
136:13 177:9
transfers  71:18,25
177:13
transit  103:7
translate  153:14
153:22
translated  138:22
translates  35:11

translating  138:25
translation  153:18
157:22
translations
153:19
translator  155:6
155:10
transmit  79:9
transportation
100:23
trap  119:2
travel  88:3 128:25
129:2
treatment  168:20
tree  67:20,23 68:3
trial  41:25 42:4,7
troubling  117:17
118:3 119:5
120:16
true  19:22 186:8
187:10 189:19,22
truthful  19:25
try  48:3 134:7
166:4
trying  15:16,25
19:3 45:8 48:17
53:9 58:25 66:3
166:18 167:21
tucker  50:24 51:5
tuckers  51:2
turn  4:9 12:7
25:23 38:8 73:5
80:9 81:18 82:15
83:9 88:12 89:6
89:16 94:7 98:8
100:4 115:19
117:10 128:19
137:17,19 139:9
151:23 162:25
163:2 174:22

turned  131:2
twitter  150:15
152:21
two  13:6 21:6
22:16 24:19 25:20
27:4 70:13 71:18
73:12,12 75:15
80:15 81:19 82:2
113:12 114:11
115:2,3 118:20
120:20 122:13
131:25 137:25
145:4 152:17,18
155:16 156:6
157:12,13 158:13
163:22 176:15
177:13 181:15
type  24:25
typed  77:6
types  98:16 122:21

**u**

u  13:23 57:5
u.s.  4:20 59:4
91:17 103:3 107:2
108:19,20 111:24
171:5,6
uber  158:8
ultimate  182:23
ultimately  105:17
um  127:23
unable  107:10
uncover  43:3
underlined  124:2
undersigned  186:2
understand  6:2
8:25 15:25 19:4
41:3 45:2,9 48:4
48:18 61:20 64:8
89:8 93:8 99:15
99:17 113:20
142:18 145:16

150:22 153:20
159:2 166:18
174:19
understanding
31:16 41:14,16
42:12,22 64:17
78:5 90:8 91:2
92:6,12,14,19,22
97:2 104:15,18
175:7 178:15
understood  20:15
31:15 47:2 93:4,5
94:21
united  1:2 13:2
33:7,17 38:6,13
58:16,22 60:24
61:10,25 62:22
63:6 74:21
unusual  120:25
146:2,4
upset  158:9
usage  112:13
113:24
usb  98:6 102:5
110:19 114:7,23
115:10 116:2
127:12
use  21:15 66:3
69:7 95:10 116:15
122:4 138:23
144:16,20 153:5
153:15,17 158:2
165:20 174:20
179:19
utility  153:9

**v**

v  1:9 171:4,5
187:3 188:3
vague  15:21 16:5
93:11 96:10
133:22 134:10

136:3

**various** 22:9 95:10

**vehicles** 95:10

**veracity** 10:10,14

**verbal** 16:14,15,16
78:22 79:2,4
134:23 135:4
178:3

**verbally** 78:21
178:2

**verdict** 40:18,20
40:24 41:2,20

**verification** 11:25
12:5

**verified** 11:25

**verify** 10:10,14
12:20

**verifying** 12:2

**veritext** 5:2

**versus** 4:18 65:22
66:6

**vexatious** 33:15
34:10

**vice** 37:6 139:20
143:3 144:9,10

**video** 4:15 21:22
23:21 35:7 86:21
87:4 160:2,10
174:12

**videographer** 4:2
86:20 87:2 159:25
160:7 173:23
174:10 185:3

**videos** 37:13 109:6
144:11

**violate** 95:24

**virginia** 17:2,6,7
40:13 50:2 51:15
90:3,7,10,14,15
155:23 157:2

**virtually** 122:24

**visa** 38:12

**vision** 1:10,19 2:15
4:19 5:11,16 6:4,7
6:18 7:6,9,12,15
7:22 8:2,13,24
10:13,18,22 11:15
12:20 16:21 18:6
18:9,22 19:4,9
21:12 26:8 28:14
28:21 29:11 30:4
30:9,12 31:12
35:16 42:24 43:3
43:23 44:12 45:8
46:16,22,25 47:5
49:10 55:2 57:13
57:25 60:20 62:6
63:16 64:4,13
65:6 66:11,16,18
66:21 67:8,18
68:4,13,25 70:16
71:18 75:7,13
78:6 80:3 83:14
87:8,10 88:22
89:9,15,22 90:2,13
93:5 94:3 96:6,7
96:15 99:2,7,11,20
100:16 102:4
103:18 104:2,10
104:12 105:14,18
109:13 110:6
111:11,16 112:17
114:24 117:23
124:17,20 126:9
129:9,10 130:19
130:23 131:2,5
132:10,16 133:15
133:17 134:19
135:10,20 137:5
138:5,13 141:5
143:7 145:10

146:6,8,12,23
148:18,24 149:15
150:25 152:10,11
153:5 154:19
159:6 167:15,18
169:10,19 176:8
177:13,20 180:11
180:19 181:3,11
182:4 183:3,13,17
183:20,24 184:5
184:10

**vision's** 3:6 5:12
9:21 11:6,18
18:24 20:10,21
22:6 28:11 30:3
31:20 40:3 43:20
45:10 47:14 48:20
52:7,25 53:12
54:7 59:2 64:11
92:19,19 117:11
117:16,20 137:18
139:12 140:3
141:22 142:11
143:21 145:14
146:24 147:6,25
150:9 151:19
152:5 158:25
159:14 167:8
168:21 170:13

**visited** 57:9

**voice** 22:3 23:21
35:23 36:16 141:9

**w**

**w** 5:18 57:5 174:6

**wait** 42:18

**waive** 60:10,17

**waiving** 171:10

**wall** 35:2 139:16
140:13

**waller** 1:17 4:1,16
5:1 6:1,2 7:1 8:1

9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1,6 44:1,23
45:1,12,24,25 46:1
46:11 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1,21 59:1 60:1
61:1,14 62:1,8
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1,5 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1,23 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1

129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1,10
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
160:12,23 161:1
162:1 163:1 164:1
164:16 165:1
166:1 167:1 168:1
169:1,6,21 170:1
171:1 172:1 173:1
174:1,17 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 187:7,18
188:4 189:25
**waller's** 43:24
45:24 59:3 92:20
168:20
**wallerer** 5:12
**wallop** 6:21 9:4
10:2 27:13,19
28:2,9 63:20
69:25 110:7
137:11 170:2
178:4 180:13,19
182:23
**wallop's** 90:3,7,10
117:4
**wander** 172:5
**wang** 2:24 28:4,10
52:11,24 53:15
57:5 90:12,15
106:15 111:25

114:6 115:3
116:10 124:8
128:10,12 138:15
139:15
**want** 44:5 48:11
48:12 53:7 60:9
60:17 61:20 64:23
107:4 114:21
116:14 122:19,19
125:20 130:6,9
132:8 150:22
151:14 158:17
170:23 173:16
183:9
**wanted** 32:19
108:6 113:18
139:2 144:13
152:20 158:10
**wants** 55:18
118:15
**warned** 121:7
**warnings** 121:10
**washington** 36:19
79:12,16 141:25
**watching** 119:18
**watson** 10:23
147:4 152:18
155:4
**way** 10:9 37:17
42:2 46:15 48:9
58:4 63:11 65:9
78:10 86:9 87:14
102:2 110:23
118:7 126:14
128:21 133:8,16
133:21 139:2
148:4 154:11
180:17
**website** 13:15,16
110:2 124:25
153:4,5

**week** 101:6 113:10
**weeks** 27:3
**wei** 13:7,7,8,8
19:15 53:21
150:18 151:18,21
152:4,17 155:9
156:13 157:2
**weigh** 66:5
**welcome** 174:17
**wengui** 12:24
14:14,16,19,24
27:14,20 28:3,9
32:4 51:4,6 52:9
52:19 59:3 61:21
90:5 95:8 126:4
158:14
**wengui's** 43:17
44:24 118:6
**went** 49:2 54:25
72:8,17 102:11
103:2 111:7
116:16 153:10
156:14 175:8
176:9 177:7
178:16 181:17,18
181:22,25
**wherefore** 149:5
**whereof** 186:14
**whispering** 4:6
**widely** 140:6
**wife** 32:20
**willing** 74:13
**wilmington** 2:18
**wing** 142:21
**wire** 37:9,12 71:18
72:15,23,24 77:14
80:21 83:13 86:14
89:7 136:22 175:8
175:14 177:3,10
178:16,19,23
181:21,25 183:16

183:19
**wires** 174:24
175:5 176:15,19
183:7,12,22,23
184:7
**wisconsin** 103:4
**wished** 37:14
**withdraw** 92:7
149:3
**withdrawal** 72:5
72:11,13 73:16
**witness** 5:19 20:25
23:6 24:12 29:21
41:8 42:6,21
43:14 45:16,20
46:25,25 59:15
60:3 61:18 148:9
148:16 149:23
159:12 168:19
170:21 171:19
173:2,15,21 174:7
186:14 188:4
**witnesses** 24:5,20
171:14 186:5
**won** 40:18,19,21
**word** 31:9 55:17
66:3 76:4 94:12
94:15 125:13
**words** 23:20 33:5
33:10 105:23
**work** 28:16 31:17
45:10 62:21 70:22
74:21 88:11 101:9
105:12 113:4,21
119:17 120:3,5
121:4 123:19
126:21 130:4
142:14,19,20
145:10,22 151:2
159:10,17 180:4,7

**worked**  37:9 51:6
  144:4
**working**  10:22
  51:3 117:17
  119:19
**worthless**  114:8
**writer**  10:24
  152:13
**writing**  94:18
  120:11
**writings**  13:16
  25:4 143:24
**written**  6:22 8:8
  8:17 11:25 13:5
  13:13,18 16:9,11
  17:14 21:13 25:2
  25:3 31:6,14,25
  40:10 50:11 70:4
  76:8 79:6 90:23
  96:3 102:17
  134:23 153:20
  177:17
**wrong**  132:3
  136:20
**wrote**  152:13
**wu**  147:16,21,24
  148:3 149:15,22
  150:6,11 170:7,12
  170:17
**wyoming**  70:11

**x**

**x**  1:4,12 3:4 13:23
  38:23 39:4 186:11
**xi**  32:11 33:3,4,5,7
  33:11 35:24,25
  158:17
**xia**  38:23 39:4,6
  39:10,13,17,19
  40:2,6,9,14 46:14
  46:14 47:16 48:9
  48:19 53:25 54:6

  54:12,15
**xia's**  47:25 54:17

**y**

**y**  38:24
**yeah**  65:24 70:9
  92:21 144:7
  163:22 169:5
**year**  16:19,19 37:5
  39:24 166:7
**year's**  34:10
**years**  33:14
**yeliang**  38:23
**york**  1:3,15,15,23
  4:21,23,23 5:2
  19:20 24:2,18
  25:13 32:5 36:23
  87:23 90:5 139:16
  172:4 186:3 187:9
**youtube**  22:2
  34:22,25 35:9
**yvette**  2:24 28:4
  28:10 52:10 90:11
  90:15 111:25
  114:6 115:2 124:7
  128:10 138:15,24
  139:15

**z**

**zurich**  127:14

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.