# EXHIBIT C

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   -----------------------------------x

4   EASTERN PROFIT CORPORATION LIMITED,

5           Plaintiff-Counterclaim Defendant,

6                           Case No.

7     -against-              18-cv-2185 JGK

8   STRATEGIC VISION US, LLC,

9           Defendant-Counterclaim Plaintiff,

10  vs.

11   GUO WENGUI a/k/a, MILES KWOK,

12          Counterclaim Defendant.

13   -----------------------------------x

14

15

16          VIDEOTAPED DEPOSITION

17                 OF

18            FRENCH WALLOP

19          New York, New York

20        Tuesday, February 12, 2019

21

22

23

24

25

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 2

```
 1
 2
 3
 4
 5
 6                  Tuesday, February 12, 2019
 7                  9:58 a.m.
 8
 9
10       Videotaped Deposition of FRENCH WALLOP, at
11   the offices of Zeichner, Ellman & Krause LLP,
12   1211 Avenue of the Americas, New York, New York,
13   before Roberta Caiola, a Shorthand Reporter and
14   Notary Public within and for the State of New
15   York.
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S :
 2
 3   ZEICHNER, ELLMAN & KRAUSE LLP
 4   Attorneys for Eastern Profit Corporation Limited
 5        1211 Avenue of the Americas
 6        New York, NY 10036
 7   BY:  ZACHARY GRENDI, ESQ.
 8        zgrendi@zeklaw.com
 9
10   HODGSON RUSS LLP
11        Attorneys for Guo Wengui a/k/a, Miles Kwok
12        605 Third Avenue, Suite 2300
13        New York, New York 10158
14   BY:  ERIN N. TESKE, ESQ.
15
16   PHILLIPS LYTLE LLP
17   Attorneys for Strategic Vision US, LLC
18        340 Madison Avenue
19        New York, New York 10173-1922
20   BY:  JOSEPH B. SCHMIDT, ESQ.
21        jschmit@phillipslytle.com
22
23   ALSO PRESENT:
24   YVETTE WANG (Morning session only)
25   JAYSUN LOUSHIN, The Videographer
```

Page 4

```
 1                     INDEX
 2   WITNESS:    FRENCH WALLOP            PAGE
 3   BY:         MR. GRENDI          8
 4   BY:         MS. TESKE          292
 5
 6              LIST OF EXHIBITS
 7   WALLOP         DESCRIPTION         PAGE
 8   Exhibit 1   Notice of Deposition      24
 9   Exhibit 2   Document Bates stamped      27
10              Eastern 000017
11   Exhibit 3   Document Bates stamped      30
12              SVUS000077
13   Exhibit 4   Document entitled        41
14              "Three-Year Timeline" Bates
15              stamped SVUS000080
16   Exhibit 5   Handwritten document      65
17   Exhibit 6   Document entitled "Time to    73
18              Get Them Beginning the
19              Psycho-Political Campaign
20              For China"
21   Exhibit 7   Document entitled "1:  Anita   84
22              Yiu Suen"
23   Exhibit 8   Research Agreement,        107
24              January 1, 2018
25
```

Page 5

```
 1              LIST OF EXHIBITS
 2   WALLOP         DESCRIPTION         PAGE
 3   Exhibit 9   Research Agreement dated      126
 4              December 29, 2017
 5   Exhibit 10  Signal messages, Bates      186
 6              stamped Eastern-0000201
 7   Exhibit 11  Background Report on Qing    226
 8              Yao
 9   Exhibit 12  Signal message thread       228
10   Exhibit 13  Letter dated February 23,    241
11              2018
12   Exhibit 14  Document Bates stamped      247
13              SVUS000040 and SVUS000041
14   Exhibit 15  Document entitled "Line-Item   251
15              Budget 1 Month Projected
16              Cost Analysis" Bates stamped
17              SVUS260
18   Exhibit 16  Invoice from Allied Special    254
19              Operations Group, Bates
20              stamped SVUS000262
21   Exhibit 17  Document Bates stamped      257
22              SVUS000272 to SVUS000277
23   Exhibit 18  Document entitled "Subject    260
24              Chart," Bates SVUS000278
25
```

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 6

```
1           LIST OF EXHIBITS
2    WALLOP        DESCRIPTION        PAGE
3    Exhibit 19  Strategic Vision's Responses  262
4              and Objections to
5              Plaintiff's First Set of
6              Interrogatories
7    Exhibit 20  Strategic Vision's        271
8              Supplemental and Amended
9              Response and Objections to
10             Plaintiff's First Set of
11             Interrogatories
12   Exhibit 21  Amended Answer and        275
13             Counterclaims
14   (Exhibits retained by Counsel.)
15
16   (*r) DOCUMENTS REQUESTED:
17       Page: 118       11
         Page: 253       22
18       Page: 273       6
19
20
21
22
23
24
25
```

Page 7

```
1         THE VIDEOGRAPHER:  Good morning.  This
2    is the beginning of media 1 in the
3    deposition of French Wallop, in the matter
4    of Eastern Profit Corporation Limited versus
5    Strategic Vision US, LLC.
6         Today's date is February 12, 2019.  My
7    name is Jaysun Loushin, I am the
8    videographer, and the court reporter is
9    Roberta Caiola.  We are here with Huseby
10   Global Litigation.
11        Counsel, please introduce yourself,
12   after which the court reporter will swear in
13   the witness.  The time on the monitor is
14   9:58.
15        MR. GRENDI:  Good morning.  I'm Zach
16   Grendi.  I'm counsel for Eastern Profit
17   Corporation.  My law firm is Zeichner,
18   Ellman & Krause.
19        MR. SCHMIDT:  Joe Schmidt from Phillips
20   Lytle, on behalf of Strategic Vision as well
21   as the witness, French Wallop.
22        MS. TESKE:  Erin Teske with Hodgson
23   Russ, on behalf of third-party defendant
24   Miles Kwok.
25
```

Page 8

```
1         FRENCH WALLOP, called as a witness, having been
2    first duly sworn by a Notary Public of the State
3    of New York, testifies as follows:
4    EXAMINATION BY
5    MR. GRENDI:
6         Q.   Good morning, Ms. Wallop.  I'm Zach
7    Grendi, as you just heard, counsel for Eastern
8    Profit.  I'm just going to be asking you some
9    questions today.
10        Just for the courtesy of the court
11   reporter and the clarity of the record, I'm just
12   going to ask that, please wait until after I
13   finish asking a question to answer it.  Unlike in
14   normal conversation, in a deposition you need to
15   allow one person to stop talking and the other
16   person to start.
17        Also, shrugs and nods are things that
18   the court reporter can't take down, so I ask that
19   you please answer all questions verbally.  And if
20   you need a break, just let me know, let anyone
21   know, we can take one.  We're going to try to
22   move through this -- these materials as quickly
23   as possible, but breaks are allowed.
24        A.   Thank you.
25        Q.   What's your full legal name?
```

Page 9

```
1         A.   French Carter Wallop.
2         Q.   And where do you reside?
3         A.   1557 North 22nd Street, Arlington,
4    Virginia 22209.
5         Q.   And --
6         A.   And I also have a Wyoming address.
7         Q.   Do you have a Las Vegas address?
8         A.   Yes.
9         Q.   Where is that?
10        A.   It's on Lakes Avenue.  It's -- it's
11   where we use as our agent for the LLC for
12   Strategic Vision.
13        Q.   So that's Strategic Vision's address --
14        A.   Yes.
15        Q.   -- in Las Vegas?
16        A.   Not personal.
17        Q.   Okay.  What's your educational
18   background?
19        Q.   Where would you want to start?
20        Q.   You can start in the beginning, but --
21        A.   Kindergarten?
22        Q.   -- no need to go into great depth.
23   Just an overview, if that's all right.
24        MR. SCHMIDT:  From college up.
25        A.   I went to a school in Switzerland for
```

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 10

1  four years.  And then I was at the Ecole
2  D'Interpretes in Geneva.  And then I came back to
3  Georgetown University and got my linguistic's
4  degree in simultaneous interpreting.
5      Q.   Anything else?
6      A.   I did – I didn't finish, but I went to
7  SAIS, The School of Advanced International Study,
8  which is part of Johns Hopkins; so it doesn't
9  count as a degree, sadly.
10     Q.   What about your work experience, let's
11 just say the last 20 years or so?
12     A.   Oh, my goodness.
13     Q.   You don't have to say everything.  Just
14 an overview.
15     A.   Well, I've run two companies, and
16 plus – and I sold them in 2000.  And then in
17 about 2005, I started up my Strategic Vision
18 group.
19     Q.   In 2005, starting Strategic Vision, is
20 that what you've been doing ever since?
21     A.   Yes.
22     Q.   Any other employment that you have or
23 businesses that you're running, other than
24 Strategic Vision?
25     A.   Yes.  I have another company that's

Page 11

1  called Regency Mayfair Worldwide, and that works
2  overseas on projects.
3      Q.   What kind of projects?
4      A.   Family office groups.
5      Q.   What do you mean by that?  What kind of
6  projects do you do for family office groups
7  through this Mayfair company?
8      A.   Investment – investment advisory.
9      Q.   Okay.  So nothing to do with
10 investigatory research or things of that nature?
11     A.   No.
12     Q.   How do you know Michael Waller, or John
13 Michael Waller?
14     A.   Well, Mike Waller is the way we refer
15 to him, or Dr. Waller.  Gosh, I've known Mike for
16 many, many years.  I would say, certainly,
17 certainly 20.  And our paths have crossed many
18 times in Washington on both international affairs
19 and intelligence groups.
20     Q.   When did Mr. Waller – well, I'll call
21 him Dr. Waller.
22     A.   Yes, he is Dr. Waller.
23     Q.   He didn't insist on it the last time,
24 but fair enough.  When did you start – or when
25 did Strategic Vision start working with

Page 12

1  Dr. Waller?
2      A.   I would say in the last year and a
3  half.
4      Q.   And how did that come about?
5      A.   We had an – I had an introduction by
6  Bill Gertz and Lianchao Han regarding this
7  particular client.  I'm not sure, by the way, how
8  to refer to this client.  We've referred to him
9  as Miles Guo, G-u-o.
10     Q.   Eastern Profit is fine.
11         MR. SCHMIDT:  Well, you know, you refer
12     to him however you think the client is.
13     A.   He has about six names, so I'm not sure
14 what goes into the record.
15     Q.   Whatever you know.
16     A.   We refer to him as Miles Guo.  But I
17 was referred to him by both Bill Gertz, the
18 Washington Times and the Free Beacon, and
19 Lianchao.  And I – when they approached me,
20 that's when I decided Mike was one of the people
21 I really wanted to work with on this.
22     Q.   But I wanted to ask you.  Have you ever
23 worked with Dr. Waller on any investigatory
24 research before, as you said, you were introduced
25 to Mr. Guo?

Page 13

1      A.   No.  No.
2      Q.   Since you were introduced to Mr. Guo,
3  have you and Dr. Waller worked on any other
4  investigatory research together for another
5  client?  You don't have to name them.
6      A.   I can't name them.
7      Q.   No, I'm saying whether you have or have
8  not provided –
9      A.   Yes.
10     Q.   – a service to another client?
11     A.   Yes, but – yes.
12     Q.   Okay.  I didn't ask you to name the
13 client.
14     A.   Don't worry.
15     Q.   And how many other clients have you and
16 Dr. Waller worked on investigatory research for?
17     A.   I can't answer that.
18     Q.   So you're refusing to answer that
19 question?
20         MR. SCHMIDT:  No, no, I don't think
21     that's what she's saying.
22         MR. GRENDI:  Okay.
23     Q.   How many?
24     A.   Four.
25         MR. SCHMIDT:  Approximately?  Okay.

**EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC**
French Wallop on 02/12/2019

Page 14

1      THE WITNESS:  Approximately, yeah.
2      MR. GRENDI:  I'm going to ask that you
3   not try to interrupt.
4      MR. SCHMIDT:  I'm trying to keep you
5   guys moving forward.
6      MR. GRENDI:  I appreciate that, but I'm
7   not trying to –
8      MR. SCHMIDT:  I think you knew what she
9   meant and kind of accused her of refusing to
10   answer.  I don't think that was appropriate,
11   so that's when I had to step in, okay?
12      MR. GRENDI:  I didn't think that that's
13   what I was doing.  I was –
14      MR. SCHMIDT:  Okay.  That's how it was
15   coming across on the record, so I clarified
16   it.
17      MR. GRENDI:  Okay.  Fair enough.
18   Q.  So you and Dr. Waller have worked on
19   approximately five different investigatory
20   research projects with Strategic Vision?
21   A.  Yes.
22   Q.  And none of them preceded your
23   introduction to Mr. Guo?
24   A.  No.
25   Q.  No, they did not precede –

Page 15

1   A.  No.
2   Q.  – or –
3   A.  They did not.
4   Q.  Prior to working with Dr. Waller, did
5   you work with someone else in terms of
6   investigatory research for Strategic Vision?
7   A.  When?
8   Q.  Before you started working with
9   Dr. Waller, so let's say prior to a year and a
10   half ago.
11   A.  Yes.
12   Q.  And was it just one entity or several
13   entities?
14   A.  I can't remember.
15   Q.  Without going into any detail.  Was
16   that a similar arrangement to your arrangement
17   with Dr. Waller in terms of the provisioning of
18   investigatory research?
19   A.  No.
20   Q.  How was it different?
21   A.  I can't remember.
22   Q.  When did you stop working with someone
23   else on investigatory research prior to working
24   with Dr. Waller?
25   A.  That's an odd question.  I don't know

Page 16

1   how to answer it.
2   Q.  You don't understand the question?
3   A.  No, I don't understand the question.
4   Q.  Okay.  What I'm saying is, when did you
5   stop working with someone else in terms of
6   providing investigatory research?
7   A.  I didn't say I had stopped.
8   Q.  So you work with, concurrently, other
9   individuals who provide investigatory research
10   for Strategic Vision?
11   A.  From time to time.
12   Q.  Okay.  So you don't have an exclusive
13   relationship with Dr. Waller in terms of
14   investigatory research that he provides?
15   A.  No.
16   Q.  Okay.  You said that you founded
17   Strategic Vision in 2005?
18   A.  I think so.  I'd have to look.
19   Q.  Okay.  Was anyone else involved in the
20   company at the time?
21   A.  No.
22   Q.  So it's always been your company?
23   A.  Yes.
24   Q.  And you've never had any other
25   officers?

Page 17

1   A.  No.
2   Q.  Or directors?
3   A.  No.
4   Q.  Or unit holders?
5   A.  No.
6   Q.  Have there been any other principals of
7   Strategic Vision, other than you?
8   A.  No.
9   Q.  So what's your role in Strategic
10   Vision?
11   A.  I run certain advisory clients and work
12   with them as clients, private clients.
13   Q.  Do you have a title, like CEO?
14   A.  Yes, I think it's CEO.
15   Q.  So what services does Strategic Vision
16   provide to its clients?
17   A.  I've already answered that.
18   Q.  I don't think you have.
19   A.  I said advisory services.
20   Q.  What do you mean by advisory services?
21   A.  Advisory client services.
22   Q.  Does that include investigatory
23   research?
24   A.  Yes, in some cases.
25   Q.  What does that investigatory research

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 18

1  involve?
2      A.  Exactly as it says.  Each client is
3  different, isn't it?
4      Q.  Right.  What I'm asking is, what does
5  Strategic Vision's investigatory research
6  services entail?
7      A.  Every client is different.
8  Investigatory services is exactly that, depending
9  upon how you want to define investigations.
10     Q.  How does Strategic Vision provide that
11 service, what does it do?
12     A.  Investigate.
13     Q.  How?
14     A.  The usual ways.
15     Q.  What are the usual ways?
16     A.  I find it's a repetitive question.
17     Q.  I don't care if you find it a
18 repetitive question.  What I'm asking you to do
19 is answer my question.
20         I want to know how Strategic Vision
21 performs investigations?
22     A.  We look everybody up on Facebook.
23     Q.  That's it?
24     A.  Sure.  It's an idiotic question.
25         MR. SCHMIDT:  Don't comment.  Just

Page 19

1  answer the question.
2      Q.  Excuse me, ma'am, I'm just trying to
3  understand things.  And I think – maybe you
4  don't understand how a deposition works, but I'm
5  just trying to understand basic information.  You
6  might think something is obvious or intuitive,
7  but the record doesn't know that and we don't
8  know that.  So I please ask you to cooperate.
9      A.  Of course.
10     Q.  So other than looking people up on
11 Facebook, how does Strategic Vision perform
12 investigations?
13     A.  We do investigative background work on
14 individuals that other clients are interested in
15 pursuing information on.
16     Q.  So that background work, does that
17 involve surveillance or electronic research; give
18 me a little detail on what it means to
19 investigate someone for background?
20     A.  Precisely.  Just as you said.
21     Q.  Does Strategic Vision do that
22 investigatory research itself?
23     A.  No.
24     Q.  So you never perform any research
25 yourself?

Page 20

1      A.  No.
2      Q.  Who does?
3      A.  Whomever we bring on board to do the
4  investigation.
5      Q.  So Strategic Vision hires independent
6  contractors?
7      A.  Our own team of people that we have
8  worked with off and on through the years, yes.
9      Q.  Do you or Strategic Vision provide any
10 input or edits to any of the reports?  I mean,
11 what does Strategic do in terms of –
12     A.  We review the reports.
13     Q.  Do you ever edit them?
14     A.  I wouldn't say edit them, no.
15     Q.  How does Strategic Vision contribute to
16 the end work product of an investigatory research
17 report?
18     A.  Well, when we get them, we look at them
19 and we read them, depending upon who the teams
20 are, and discuss them, and then produce them.
21 Sometimes they can be verbal, sometimes they can
22 be on flash drives.  It depends what the client
23 needs.
24     Q.  Does Strategic Vision – well, let me
25 ask you this.  Strike that.

Page 21

1          Do you ever access a network of
2  individuals that you're familiar with to get
3  information for investigatory research?
4      A.  Sometimes.
5      Q.  And just, without naming any names,
6  describe what that entails?
7      A.  Experience.
8      Q.  Right.  Do you speak to individuals in
9  the intelligence community?
10     A.  Yes.
11     Q.  Politicians?
12     A.  Sometimes.
13     Q.  People in the business community?
14     A.  Yes.
15     Q.  And then you take that information and
16 perhaps include that in an investigatory research
17 report, or how does that work?
18     A.  It depends on the client.
19     Q.  Give me an example of a client where
20 you did access that network in order to
21 contribute?
22     A.  I can't do that precisely.
23     Q.  Not with any specificity?
24     A.  Just as I said.  We are very careful
25 about the investigations that we do, they're

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 22

1   private, and if they are what the client has
2   requested, that's what we do.
3       MR. SCHMIDT:  French, maybe you can
4   give a response to these questions just kind
5   of a 30,000-foot level in general of what
6   you do would, different ideas you've done
7   over the years, that might be helpful.
8       THE WITNESS:  Okay.
9       MR. SCHMIDT:  Like types of things
10  you've done to research people, that sort of
11  thing.
12  Q.  Please go ahead.
13      MR. SCHMIDT:  Yeah, go ahead.
14  A.  With what?
15  Q.  What he just asked.
16  A.  Go ahead, ask me the question again.
17  Q.  Can you please give an overview of the
18  types of research investigations that Strategic
19  Vision does and how they do them?
20  A.  We look at individual clients or groups
21  or companies or areas of interest on behalf of
22  our clients, whether it's international, whether
23  it's domestic.
24  Q.  And how many investigations over the
25  years has Strategic Vision handled?

Page 23

1   A.  Oh, my goodness, I have no idea.
2   Q.  Ballpark?
3   A.  I have no idea.
4   Q.  Fifty?
5   A.  No.  I would say probably, maybe 15,
6   20, something like that.
7   Q.  That's since 2005?
8   A.  It's probably more than that, but since
9   2005, yeah.
10  Q.  Okay.  And other than investigatory
11  services, what kind of services does Strategic
12  Vision provide?
13  A.  As I've said earlier, we work with
14  clients on advisory services for family offices.
15  Q.  That's part of Strategic Vision's
16  business?
17  A.  I've already stated that.
18  Q.  You mentioned another entity, that's
19  why I wasn't sure if you'd separated the two
20  entities or you –
21  A.  No, you were very sure.  You didn't –
22  that's not a fair statement.
23      MR. SCHMIDT:  Just answer the question,
24  French.
25      THE WITNESS:  Okay.

Page 24

1   Q.  And Strategic Vision doesn't have any
2   employees?
3   A.  No.
4       MR. GRENDI:  Let's do Exhibit 1 here.
5       (Wallop Exhibit 1, Notice of
6   Deposition, marked for identification.)
7   Q.  Ms. Wallop, do you recognize this
8   document?
9   A.  I'm sure it's in the file.  I don't
10  recognize it particularly.
11  Q.  If you turn to the third page there, do
12  you see that, Attachment A?
13  A.  Yes.
14  Q.  And just generally speaking, do you
15  understand that this is a 30(b)(6) deposition
16  notice?
17  A.  Yes.
18  Q.  And did you review this document prior
19  to today?
20  A.  Actually, I did not.
21  Q.  Did you prepare for this deposition in
22  any way?
23  A.  Of course.
24  Q.  You met with your attorneys?  And I'll
25  just caution you right away, don't tell me

Page 25

1   anything you said to your attorneys or your
2   attorneys said to you.
3   A.  Well, exactly, of course I discussed it
4   with my attorneys.
5   Q.  And did you meet and go over documents
6   in preparation for this deposition?
7       MR. SCHMIDT:  You can say yes or no.
8   A.  Yes.
9   Q.  How long did you do that for?
10  A.  Today, or ever, or?
11  Q.  All in, sure, all together.
12  A.  Sure.  I have no idea what the answer
13  would be.
14      MR. SCHMIDT:  Just do the best you can.
15  A.  Okay.  How about – for today's
16  deposition?
17  Q.  Yes.
18  A.  Okay.  How about 3 hours, by telephone
19  or something.
20      MR. SCHMIDT:  We had met in person
21  before, you should tell him that.
22  A.  Oh, we had a coffee before, or I had a
23  coffee.
24  Q.  And you prepared with your attorney
25  here, Mr. Schmidt?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 26

1   A.  Yes.
2   Q.  Did you go over any documents?
3   A.  No.
4     MR. SCHMIDT:  I think you should tell
5   him that, at the initial meeting we had, we
6   went over the –
7   A.  Oh, well, of course –
8     MR. SCHMIDT:  – the documents.  That
9   counts as well.  You should –
10     THE WITNESS:  I thought he was talking
11   about the 30 minutes that we met for coffee
12   before we walked across the street.  So,
13   okay.
14     MR. SCHMIDT:  Fill out the record.
15     THE WITNESS:  So, all right.  Yeah, no,
16   obviously.
17   Q.  Let's clean that up, just so I
18   understand.  Did you go over documents in
19   preparation for this deposition?
20   A.  Yes.
21   Q.  Okay.  Let's go to the next document.
22   Just generally speaking, you understand that I'll
23   be asking questions addressed to Strategic
24   Vision.  In response to those, you'll be
25   answering on behalf of Strategic Vision; you

Page 27

1   understand that, right?
2   A.  Correct.
3     MR. GRENDI:  This is Exhibit 2.
4     (Wallop Exhibit 2, Document Bates
5   stamped Eastern 000017, marked for
6   identification.)
7   Q.  Ms. Wallop, I've handed you a document
8   that has the Bates number Eastern 17 in the
9   bottom right-hand corner of the first page, do
10   you see that?
11   A.  Correct.
12   Q.  Just so you – for the clarity of the
13   record and for your own edification, sometimes
14   I'll be referring to documents by their Bates
15   number, just to be clear, and I just want to make
16   sure you know what a Bates number was.
17   A.  Thank you.
18   Q.  Do you recognize this document?
19   A.  It looks like a LinkedIn document or
20   print-off.
21   Q.  So did you create the content in this
22   document?
23   A.  Yes.
24   Q.  And did you ever give this information
25   to Mr. Guo or Yvette Wang or Michael – or

Page 28

1   Dr. Waller – or, I'm sorry, Lianchao Han?
2   A.  It's public.
3   Q.  I understand that.
4   A.  I have no idea whether they saw it or
5   not.
6   Q.  I'm asking whether you personally gave
7   it to them?
8   A.  I have no idea.
9     MR. SCHMIDT:  Do you remember giving it
10   to them?
11     THE WITNESS:  No.
12   Q.  Okay.  And it says here, "over a
13   40-year period, the principal has developed and
14   maintained connections with many U.S.
15   administrations, Congress, DOD, DOE and other
16   agencies."  Do you see that?
17   A.  Correct.
18   Q.  And that's your network of contacts
19   being referred to there?
20   A.  Correct.
21   Q.  And if you look a little further down
22   the page, it mentions strategic research, do you
23   see that?
24   A.  Yes.
25   Q.  Is that investigatory research; I mean,

Page 29

1   what does that mean?
2   A.  It can be.
3   Q.  What about competitive intelligence,
4   that's the last item there?
5   A.  Yes.  What about it?
6   Q.  Is that inclusive of investigatory
7   private research or investigations?
8   A.  In some cases, yes.
9   Q.  Is private investigations a specialty
10   of Strategic Vision or does it really provide a
11   broader suite of services?
12   A.  Broader suite, but it's inclusive of
13   that, if required.
14   Q.  Would you consider investigatory
15   research a core service of Strategic Vision?
16     MR. SCHMIDT:  Objection.  Go ahead.
17   A.  No.
18   Q.  So it's kind of like a side service
19   that Strategic Vision provides?
20     MR. SCHMIDT:  Same objection, but go
21   ahead.
22   A.  It depends on the client's request.
23   Q.  So sometimes it's the general focus of
24   Strategic Vision's service to a client and other
25   times it's not even part of the service?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 30

1    A.   Correct.
2    Q.   Does Strategic Vision provide lobbying
3  services?
4    A.   Again, that depends on the client.  We
5  don't do it directly, but we will work with
6  people that are lobbyists.
7    Q.   So sometimes –
8    A.   Sometimes.
9    Q.   – Strategic Vision provides lobbying
10  services?
11    A.   Sometimes, yes.
12    MR. GRENDI:  This is 3.
13    (Wallop Exhibit 3, Document Bates
14    stamped SVUS000077, marked for
15    identification.)
16    Q.   Ms. Wallop, do you recognize this
17  document?
18    A.   I do.
19    Q.   What is it?
20    A.   It is a preliminary sort of vision for
21  Miles Guo, for our first meeting, I believe, with
22  him, that both Mike Waller, Dr. Waller and I
23  worked on.
24    Q.   So the handwriting on the top right
25  corner, is that your handwriting?

Page 31

1    A.   Yes.
2    Q.   And when did you make that note, if you
3  recall?
4    A.   I'd have to – to look on my paper
5  calendar.  I don't remember.
6    Q.   You have a paper calendar that you
7  keep?
8    A.   No.  I'd have to look – I'd have to
9  look.  I remember it was sort of – there was –
10  there was one meeting in early December, and I
11  don't have that with me.
12    Q.   Ms. Wallop, do you keep a calendar?
13    A.   No, I don't keep anything on – I keep
14  notes, sticky notes, so.
15    Q.   You don't keep like a Google
16  calendar –
17    A.   No.
18    Q.   – or electronic calendar?
19    A.   God, no.
20    Q.   You keep paper Post-it notes to track
21  your meetings and schedule?
22    A.   Yes.
23    Q.   How were you introduced to Mr. Guo?
24    A.   Through Bill Gertz and Lianchao Han.
25    Q.   And when did that come about?

Page 32

1    A.   I think sometime in late October or
2  early November.
3    Q.   Of what year?
4    A.   2017.
5    Q.   Do you recall if it was Mr. Gertz or
6  Mr. Han that called you, or how did that
7  interaction occur?
8    A.   That's a good question.  I think it was
9  Bill Gertz.  I think he may have called me.
10    Q.   And what did he tell you?
11    A.   He knew that I had been working in the
12  past for Taiwan and had been very active in
13  pro-democracy work, and I think he said at that
14  point he would like to have lunch with me, and,
15  possibly, Lianchao was at that first lunch.  I
16  think that was how it went.
17    Q.   Those were the three people who were
18  present at that lunch?
19    A.   Yes.  The three of us, yes.
20    Q.   And what was discussed there?
21    A.   He discussed Mr. Guo, and that he had
22  met with him, I guess, a number of times, I don't
23  know over what period of time, but that he
24  believed that he was looking for a group that
25  could help change his – Mr. Guo – Miles Guo's

Page 33

1  image in America.  He explained a little bit
2  about Miles Guo's issues, and we discussed at the
3  time how perhaps there might be a way of helping
4  him stay in the United States.
5    Q.   What were the issues that you just
6  mentioned?
7    A.   Pro-communist people that were
8  apparently after him.  There were many lawsuits
9  apparently that had been filed against Mr. Guo.
10  We didn't know anything about Mr. Guo, per se,
11  other than some of the media reports.
12    So Lianchao suggested that we meet with
13  him, and I said, well, I will – I'll think about
14  it and get back to you.
15    Q.   And so, you said before that you knew
16  Mr. Gertz from years in politics or what's
17  your –
18    A.   He used to be, he still is, he's still
19  at the Washington Times, and he writes for the
20  Washington Times, and he's now with the
21  Washington – Washington Times.
22    MR. SCHMIDT:  Times or Post?
23    THE WITNESS:  Washington Times.  Good
24  God, not the Washington Times.
25    Q.   It's a different – it's a different

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 34

1   outfit.
2       A.   Yeah.  And the -- it's certainly
3   conservative, it was run under the time when
4   Arnaud de Borchgrave was the editor, along with
5   several other close friends, and he's now at the
6   Washington Free Beacon, I think, mostly.
7       Q.   Is that another right of center
8   publication?
9       A.   Um-hum.  I think I would call it a
10  center and conservative.  I wouldn't call it
11  right of center.
12      Q.   I was --
13      A.   I mean, really?
14      Q.   -- asking for your -- I was asking for
15  your understanding of it.
16      A.   Well, you've got my understanding of
17  it.
18      Q.   Thank you.
19      A.   You're welcome.
20      Q.   And how do you know Lianchao Han?
21      A.   Lianchao and I have crossed paths in
22  Washington off and on over the years, maybe
23  because of some of the Taiwan activities in
24  Washington.  But I've always sort of known him
25  and liked him.  I never worked with him.  But

Page 35

1   he's an excellent individual.
2       Q.   Did Strategic Vision pay any referral
3   fees or any other consideration to Mr. Han for
4   introducing Mr. Guo to you?
5       A.   Good Lord, no.
6       Q.   What about Mr. Gertz?
7       A.   Never.
8       Q.   Okay.  And going back to this first
9   meeting document.  Did you present this document
10  to Mr. Guo or was this just you and Mr. Waller's
11  notes?
12      A.   I know that we presented one that was
13  very similar to this, and I think a bit more --
14  it might have been a bit more extensive, but it
15  encapsulated.  We were probably trying to keep it
16  short and concise, but we did -- we did work on
17  this vision based upon what both Mr. Gertz and
18  Lianchao had told us about him and what his sort
19  of ambitions were for remaining in the United
20  States.
21      Q.   So did you and Dr. Waller create this
22  document after your meeting with Mr. Han and
23  Mr. Gertz?
24      A.   Yes.
25      Q.   And how did that collaboration come

Page 36

1   about?
2       A.   Well, I talked -- I mentioned to Bill,
3   I said, one of the people that I like a lot and
4   have worked with on a couple of things, but not
5   monetary, but just ideological, was Dr. Waller,
6   and I'd like to bring Dr. Waller in on this.  And
7   he said, wow, that would be phenomenal.  So, here
8   we are.
9       Q.   And did you speak to Mr. Guo before
10  putting this document together or was this just
11  based on your conversations with Mr. Han and
12  Mr. Gertz?
13      A.   I know that we had a preliminary one,
14  then we met with Mr. Guo, we did something
15  similar to this and gave it to him, I believe,
16  and -- and then we had, obviously, several other
17  meetings after that with Mr. Guo.
18      Q.   So, just speaking about this first
19  meeting.  Where did it occur?
20      A.   With Mr. Guo?
21      Q.   Yes.
22      A.   Okay.  In his apartment at the
23  Sherry-Netherland, his penthouse.
24      Q.   And when was that?
25      A.   I don't have a date on here, so I can't

Page 37

1   tell you.
2       Q.   From your memory.
3       A.   Well, it would have been in December at
4   some point.
5       Q.   December 2017?
6       A.   Yes, sorry.
7       Q.   That's okay.  What occurred at that
8   meeting?  What did you present and what did
9   Mr. Guo say?
10      A.   I believe Lianchao was also there -- I
11  know he was there, and Dr. Waller and I were
12  there, and we discussed his -- that is, Miles
13  Guo's life, his intentions, his questions about
14  investigative work; all of that was part of the
15  conversation.
16          He wanted to be -- he wanted to have a
17  presence in Washington, he wanted to buy real
18  estate in Washington, he wanted to buy a very
19  large bank building in Washington right across
20  from the White House, he wanted to buy a huge
21  house in Washington.  All of these things were
22  part of his sort of image building.
23      Q.   And those were his ideas?
24      A.   Yes.
25      Q.   But you hadn't met with Mr. Guo before

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 38

1  this meeting, right?
2     A.  No.  But the meeting went on for hours
3  and hours and hours.  You're asking what was the
4  content of the meeting.
5     Q.  Yes.
6     A.  Yes, that's what I'm saying.
7     Q.  So was this document written during the
8  meeting or before?
9     A.  I think this one may have been – may
10  have been before, but – yes, I think it was
11  before, because it doesn't mention the real
12  estate and so forth that he got into during the
13  meeting.  So this might have been sort of like
14  a – it is sort of a vision paper, based on a
15  conversation with Mr. – with Bill Gertz and with
16  Lianchao Han.
17     Q.  What do you recall saying about
18  Strategic Vision's capabilities and background?
19  Actually, let's just start with capabilities.
20     Do you recall presenting about what
21  Strategic Vision could do for Mr. Guo?
22     A.  We were talking ideologically mostly
23  about what could be done to help present his
24  views on communist China, on mainland China.  And
25  so we didn't get into specifics at the very

Page 39

1  beginning.  We just started sort of having an
2  initial conversation about how – how we felt he
3  could be represented in Washington and how we
4  could show his positive side.
5     Q.  And did you explain what Strategic
6  Vision does or how Strategic Vision could help
7  with that?
8     A.  Probably.
9     Q.  Do you recall what, if anything, you
10  said about that?
11     A.  Not precisely, no.  Generalities.  This
12  was someone we just met, and it is the custom in
13  Asia not to dive into a lot of details unless
14  you're asked.
15     Q.  So did Mr. Lianchao Han or Mr. Guo ask
16  about Strategic Vision's capabilities?
17     A.  Eventually.
18     Q.  But not at this meeting?
19     A.  Not entire – I don't recall.
20     Q.  Okay.
21     A.  But they could have, but I don't
22  precisely recall.
23     Q.  Was investigatory research discussed in
24  any detail at this first meeting?
25     A.  It could have been.  It could have

Page 40

1  been.
2     Q.  What do you remember about that?
3     A.  I remember that we discussed that Miles
4  Guo said that he had a number of people that he
5  wanted to know more about that were in mainland
6  China, but we didn't have any specifics at that
7  time what he was talking about.
8     Q.  Did Strategic Vision mention that it
9  could provide that information or that it had
10  that capability?
11     A.  I don't recall.  It could have.
12     Q.  Turning to the last page there, SV79.
13  It says, "Mr. G should maintain his statesmanlike
14  status by not engaging in everyday defense or
15  counterattack, and should leave it up to his own
16  surrogates."
17     Do you see that?
18     A.  Where is that?
19     Q.  It's the first sentence of the last
20  paragraph.
21     A.  Oh, the regime, yeah.  Okay.  "Those
22  surrogates will be in journalism, academia,
23  business, policy."  Yes, yes.  Okay.
24     Q.  Do you remember talking about that
25  subject at this meeting?

Page 41

1     A.  Probably.
2     Q.  And what do you remember?
3     A.  I don't remember precisely.  It's over
4  a year ago.
5     Q.  And you don't remember what Mr. Guo
6  said about that, or anybody else?
7     A.  It was a general, initial conversation
8  with somebody that we did not know, and we were
9  asked to produce something that we felt could be
10  a good vision for him to consider, perhaps, yeah.
11     (Wallop Exhibit 4, Document entitled
12  "Three-Year Timeline" Bates stamped
13  SVUS000080, marked for identification.)
14     Q.  Do you recognize what's been marked as
15  Waller 4?
16     A.  Yes.
17     Q.  And what is this document?
18     A.  Wallop.
19     Q.  Oh, sorry, Wallop.  I apologize.  The
20  W. Wallop 4.
21     A.  Yes.
22     Q.  Did you create this document?
23     A.  Yes.  Mike and I did.
24     Q.  When was that?
25     A.  That was at the second meeting with

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 42

1   Miles Guo.
2       Q.   So you remember literally typing and
3   creating this document during the meeting?
4       A.   No.  Prior to the meeting.
5       Q.   Okay.  And when was this second
6   meeting?
7       A.   Again, I'd have to ask Mike.  I think
8   it was -- I know it was in December of 2017.
9       Q.   And who was present?
10      A.   Dr. Waller, Mike Waller, myself,
11  Lianchao, and, obviously, Miles Guo.
12      Q.   What was Lianchao's role in the
13  meeting; was he translating?
14      A.   Yes, mostly.  And explaining, walking
15  through some of the explanations, not only the
16  translation, but, again, we were having a
17  generalized conversation.
18      Q.   And just for the clarity of the record.
19  Mr. Han was translating for Mr. Guo?
20      A.   Yes.  Both ways.
21      Q.   Of course.
22      A.   Mr. Guo speaks very good English, so he
23  doesn't really need an interpreter, but it's
24  better to have one.
25      Q.   Did Mr. Han actually read this whole

Page 43

1   document to Mr. Guo and translate it for him; was
2   that part of the meeting?
3       A.   Yes.  I think we walked through each
4   one of these paragraphs, yes.
5       Q.   And going back to the prior document,
6   Exhibit 3.  Was the same process employed where
7   Mr. Han, to your understanding, was translating
8   the document for Mr. Guo?
9       A.   To my understanding, yes.
10      Q.   But, obviously, you don't speak
11  Mandarin, do you?
12      A.   A little bit.  Not as much as I'd like.
13      Q.   Fair enough.  But you're not fluent?
14      A.   No.
15      Q.   Okay.  And so, to the extent you
16  recall, what occurred at this second meeting?
17      A.   This was a broader timeline based on
18  the first meeting and the first vision paper that
19  we had in our discussion, and this gave sort of a
20  menu, so to speak, a la carte, or menu of ideas
21  as to how we could help Miles Guo, at his
22  request, to set up sort of a strategic plan for
23  him.
24      Q.   So what was his response to the
25  presentation that you made?

Page 44

1       A.   He liked it very much.
2       Q.   Does that include all of the items in
3   this timeline or was he more receptive to some
4   services than others?
5       A.   It was interesting.  He was very keen
6   on having a -- a big, a huge, large presence in
7   the way of a residence, and then also purchasing
8   the American Security and Trust building across
9   from the Treasury Department in Washington as an
10  office building for him.  He liked the idea of
11  the Washington-based educational and cultural
12  foundation, which we thought might be a good way
13  of exposing him to or introducing him to
14  Washington and the Hill, and working on a more
15  positive anti-communist role.
16      Q.   And in terms of this real estate
17  portion of it, acquiring what, a residence?
18      A.   Yes.
19      Q.   And also an office building, I guess,
20  for a foundation?
21      A.   Yes.  I just said that.
22      Q.   Yes.  I understand.  And so, is that a
23  service that Strategic Vision typically provides
24  for clients?
25      A.   Yes, sometimes.

Page 45

1       Q.   So Strategic Vision will help people
2   locate properties and acquire them?
3       A.   Correct.
4       Q.   Is that in the D.C. area or nationwide;
5   how does that work?
6       A.   Yes, both.  D.C. area, nationwide,
7   globally, whatever.
8       Q.   And how was that, let's just call it
9   real estate project, followed up on subsequently?
10      A.   Well, actually, Lianchao -- I picked up
11  Lianchao and Yvette at a hotel downtown off M
12  Street, because she wanted to see all of the
13  properties that we had in mind.  I think it must
14  have been obviously -- honestly I can't remember.
15  I think it was -- I think it was after this
16  second meeting, when she came to Washington, and
17  Lianchao lives in Washington, so we picked him
18  up, and I had a brochure, a set of brochures of
19  homes and the office building that we drove
20  around, because there are a lot of cameras in
21  Washington.
22          We put her in the back seat with
23  Lianchao.  I have a Jeep, so those windows happen
24  to have a, whatever it is, sun -- more blacked
25  out windows than the front two seats.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 46

1   Q.   Tinted windows?
2   A.   Tinted, yes.  So we drove them around,
3   and I pointed out the homes.  I never made any
4   appointments to see the homes, because the last
5   thing we wanted to do was sort of bring Yvette or
6   anybody else in to see the homes.  We had the
7   brochures that had all of the interiors in the
8   homes, photographs, so she could easily see it.
9        We went around Kalorama, we went around
10  Georgetown, we went into what they call Spring
11  Valley.
12       Q.   And, Ms. Wang, was this the first time
13  you met her?
14       A.   No.  She was also in one of those
15  meetings, probably in the first meeting we had,
16  this one, sorry; whenever the first meeting was
17  with Guo, she was present.
18       Q.   So, I'm sorry, I just want to clarify
19  the record then.  Who was present at the first
20  meeting that you had with Mr. Guo?
21       A.   I think Yvette, Lianchao, Dr. Waller,
22  myself and Miles Guo.
23       Q.   Okay.  And when was this –
24       A.   Walkabout?
25       Q.   Yeah.  Little soldiering through the

Page 47

1   D.C. metro area?
2   A.   It was sometime in December.  It must
3   have been, you know, somewhere from the –
4   somewhere between the 10th and the 20th of
5   December of 2017.
6        Q.   And what did you understand that
7   Ms. Wang and Mr. Guo were doing with that trip?
8   What was their purpose in being there?
9        A.   She wanted to see the brochures that we
10  had, and I think I – I can't remember, I think I
11  showed the Evermay property to Miles Guo during
12  that second meeting.  I happen to have a copy of
13  it with me.  I had to ask to get copies of the
14  other homes from Washington Fine Properties so
15  that I knew what he wanted as far as large
16  estates or large homes, and he wanted to have a
17  presence, he wanted to be close enough to Capitol
18  Hill.
19       Q.   And just going back.  You didn't show
20  them the interiors of the property because you
21  were concerned about surveillance or –
22       A.   Well, the way it works is, if it's in
23  Washington particularly, if you take an
24  individual in, you have to identify the
25  individual into multi-million-dollar, 10, 20, 30,

Page 48

1   $50 million homes.  You have to give a full
2   background.  I can say – I can go in and look at
3   it, but when I bring somebody like Yvette, and
4   then I'd have to also identify Lianchao; it was
5   better just to drive around, take a look, decide
6   what sort of looked like something that both
7   Lianchao and Yvette thought might fit his
8   persona, and then go back and go and look at the
9   homes, if that's what he wanted to do.
10       Q.   Did anything come of that –
11       A.   No.
12       Q.   – process?
13       A.   No.  And we did make a big foray into
14  trying to get the Riggs Bank building, which is
15  something that he wanted – I'm sorry, excuse me,
16  the American Security and Trust building, which
17  is what he wanted, opposite the Treasury
18  Department.
19       Q.   And what was that effort, if you could
20  just generally describe that?
21       A.   Well, I called three or four people
22  that I think were private owners somehow through
23  a trust, and they told me repeatedly it wasn't
24  for sale.  And then I finally found out that of
25  course it was for sale at the right price.

Page 49

1   Q.   Sure.
2   A.   And we hadn't even gotten down that far
3   down the lane.  So I don't know what the number
4   would have been, but it was substantial, hundreds
5   of millions.
6        Q.   And you were – so were those the only,
7   we'll call them sellers, you were in contact with
8   in connection with this real estate project?
9        A.   Well, on the office building, yes.
10       Q.   What about with residential properties?
11       A.   Well, with Evermay, I was in touch –
12  the previous owner of Evermay, sadly, who just
13  died in November this year, the previous owner
14  had been a childhood friend since I was 12, and
15  they had recently sold, probably five years prior
16  to this, they had recently sold Evermay to a
17  Japanese couple in the pharmaceutical business.
18       Fast forward, Japanese couple was
19  getting divorced.  Fast forward as well, the
20  previous owners of Evermay had a first right of
21  refusal; should they decide to buy the property
22  back from the Japanese couple, they could, in
23  their contract.
24       So I went to – his name was Harry
25  Belin.  I went to Harry Belin and talked to him

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 50

1  about Evermay for Miles Guo, because it would
2  have been a perfect, perfect house for Miles.  He
3  could have incorporated his 501(c)(3) in that
4  house, because it was used as a 501(c)(3)
5  foundation by both Harry Belin and the Japanese
6  pharmaceutical couple.
7          Since there was no movement, we didn't
8  go any further on it, because Miles obviously
9  didn't – I don't know.  I don't know what
10  happened.
11      Q.   You kind of anticipated my next
12  question.  When did this kind of process stop or
13  end?
14      A.   Miles was mostly really, really anxious
15  to move on the investigative side of the famous
16  file that you're aware of.
17      Q.   Sure.
18      A.   So, on the individuals.  I have no
19  idea – he changes his mind all the time, so I
20  have no idea what his change of heart was on
21  that.
22      Q.   When did – if you recall, when did the
23  conversation or negotiations pivot to this
24  investigatory research area?
25      A.   Probably during the second meeting.

Page 51

1  Mike has got a much better memory about these
2  things.
3      Q.   Do you recall how that occurred, was it
4  that Strategic Vision presented its investigatory
5  capabilities and Mr. Guo got excited or did he
6  ask about it; what occurred?
7      A.   We were – again, we were speaking
8  about it in generalities.  It's not something you
9  boast about.  It's not something you discuss in a
10  way that is – well, it's just not something you
11  boast about.  You can discuss it, you can discuss
12  the activities that can happen, and on a
13  hypothetical basis.
14      Q.   Did there come a time when Strategic
15  Vision offered to provide the sample
16  investigatory research on this –
17      A.   Yes.
18      Q.   – vein of services?
19      A.   Yes, I believe there was.
20      Q.   When was that?
21      A.   I don't have the date.
22      Q.   Just generally, was it in this
23  December –
24      A.   It was in that December –
25      Q.   – 2017 time frame?

Page 52

1      A.   That was in that December 2017 time,
2  yes.
3      Q.   What was – was it research that was
4  offered or did Mr. Guo ask for that?
5      A.   I believe he gave us a name, and I
6  believe that we then had an exploratory peek into
7  what we could find initially.
8      Q.   So what was that exploratory research?
9  What was done by Strategic Vision?
10      A.   It was a – it was done by our team, or
11  the initial team, before we even had a team, that
12  was contracted by us.  This was sort of a
13  freebie, to take a peek into this individual's
14  name, whatever, background.  And he gave us the
15  name.  I believe it was the number 1 name on the
16  folder that you have.
17      Q.   Is that Anita Suen?
18      A.   Yeah.
19      Q.   And that name was given to someone who
20  has been described by Strategic Vision as the
21  leader of Team 1?  Was that the –
22      A.   What?  I'm sorry, I don't understand
23  that question at all.
24      Q.   Maybe we'll get to it, we can define
25  it.  Let's just put it this way.  Who was that

Page 53

1  information regarding Anita Suen given to to do
2  the research?
3      A.   Mike.
4      Q.   Oh, okay.  Mike Waller?
5      A.   Yes.
6      Q.   Do you know what Mr. Waller did with
7  that information?
8      A.   Not precisely, no.
9      Q.   What understanding at all did you have
10  of what Mr. Waller would do with that
11  information?
12      A.   He was going to explore some of his
13  channels.
14      Q.   Do you know Dr. Waller's what you
15  describe as channels or –
16      A.   No, not all of them, no.
17      Q.   So you don't know all of the –
18      A.   We have channels.  We both have
19  channels.  I have channels, he has channels.
20      Q.   And do you deliberately keep your
21  channels confidential or secret from one another
22  for –
23      A.   Yes.
24      Q.   And why is that?
25      A.   For security.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 54

1    Q.   So this freebie research report, was
2  that research completed, or conducted?
3    A.   It was conducted.  It wasn't completed
4  by any stretch.
5    Q.   Right.  And so what was -- was anything
6  presented back to Mr. Guo or Han or Ms. Wang?
7    A.   Yes.  I believe, yes, we did show --
8  again, Mr. Han, Mr. Guo, Miles Guo, and Mike and
9  myself were privy to whatever Mike had found.
10    Q.   So there was like a third meeting with
11  respect to this --
12    A.   Yes, somewhere.
13    Q.   -- pre-report?
14    A.   Yes.  In December of 2017.
15    Q.   Okay.  And where did that take place,
16  was it in New York?
17    A.   Yes.
18    Q.   What did Strategic Vision present as
19  this free report or free information?
20    A.   They -- I believe they had a -- Mike
21  had a screenshot of a couple of things that he
22  showed Miles Guo.
23    Q.   Was it information about accessing a
24  CITIC Bank account?
25    A.   I believe so, yes.  It wasn't

Page 55

1  accessing.  Please understand, there's a huge
2  difference.
3    Q.   Oh, please.  I want you to explain.
4  What was presented?  That's what I want to
5  understand.
6    A.   Yes.  There's a huge difference between
7  accessing.  It was not accessing.  It was what
8  they call peeking.  It was not invading into the
9  server.
10    Q.   Okay.
11    A.   Okay.
12    Q.   What does peeking mean?  I just want to
13  understand that clearly.
14    A.   To look over the wall.
15      THE WITNESS:  As I see, Yvette has
16    walked into the room.
17      MR. SCHMIDT:  The court reporter will
18    take down the appearance.  That's fine.
19      (Ms. Yvette Wang has joined the
20    deposition.)
21      THE WITNESS:  So, Yvette Wang has just
22    walked into the room.
23    A.   So, the peeking was a screenshot, I
24  believe, and I only saw it for a flash myself, of
25  a CITIC name and maybe an address or something.

Page 56

1  It wasn't very in depth.  I think it might have
2  had some numbers on it, it might have had some
3  account numbers on it or something like that.
4      But it was basically just to show how
5  some things could be retrieved.  We had to be
6  extremely careful.  These things were only
7  retrieved outside of The United States, and if
8  they were -- they were never retrieved inside The
9  United States.
10    Q.   And why was that?
11    A.   Because it's not really a terribly good
12  thing to do.
13    Q.   Is that because it's illegal or --
14    A.   It's probably illegal, yes.  So we
15  would never do anything illegal.
16      MR. SCHMIDT:  In The United States.
17      THE WITNESS:  In The United States.  Or
18    elsewhere, actually.
19    Q.   And did this presentation involve
20  showing that there was money in the bank account
21  or anything of that nature?
22    A.   I don't remember.  I saw it so quickly,
23  I -- because it was really Guo and either Yvette
24  or Lianchao looking at it.  I wasn't looking at
25  it.

Page 57

1    Q.   Had you looked at these screenshots or
2  information prior to the meeting?
3    A.   No, I don't believe I did.
4    Q.   Okay.
5    A.   Because, again, we compartmentalize
6  stuff.
7    Q.   So that was Dr. Waller's aspect of this
8  presentation, he handled that?
9    A.   I agree.
10    Q.   Did you tell Eastern or the people
11  present that you had enough information about
12  this person, Ms. Suen, to prove that she had
13  committed crimes?
14    A.   First of all, we had no idea who
15  Eastern was, so I don't know what you mean about
16  Eastern.
17    Q.   I'm obviously talking about Eastern
18  Profit.  Let's just put it this way --
19    A.   Yeah, but we're not here about Eastern
20  Profit, as you understand.  I never heard of
21  Eastern Profit until there was a contract.
22    Q.   Right.  Did you ever tell the people
23  present at this meeting that you had enough
24  information to prove that Ms. Suen had committed
25  crimes?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 58

1    A.   I don't recall.  Mike would know the
2    answer to that.
3    Q.   Do you recall Mr. Waller talking about
4    crimes or anything like that at this meeting?
5    A.   I wouldn't call them crimes.  I think
6    they were asking for investigative background.
7    Miles Guo wanted to have as much information
8    on -- investigative background on a couple of
9    people, and I think she was the first and only
10   person he actually gave me -- gave us the name
11   about earlier, as a sort of trial.
12   Q.   And you understood that Strategic
13   Vision wouldn't be compensated for this --
14   A.   No.
15   Q.   -- project?
16   A.   Not -- well, we --
17   Q.   And what I mean by project is this
18   little presentation?
19   A.   No.  It was just to show them what we
20   had a certain capacity of being able to do.  It
21   was a limited capacity at that time.
22   Q.   Do you understand why the information
23   was requested, what the goal was?
24   A.   The goal was probably to sort of maybe
25   test some of the work that we could do

Page 59

1    compartmentally.
2    Q.   Let me just be a little more specific
3    then.  Did you understand what the end goal of
4    the research project as a whole was, what the
5    requesters of the information were trying to do?
6    A.   For the entire project?
7    Q.   Yes.  Why did they want this
8    investigatory research?
9    A.   Well, that's a really good question.
10   Q.   That's why I'm asking.  Do you know?
11       MR. SCHMIDT:  If you know or you don't.
12   A.   I don't know.
13   Q.   Okay.  You never discussed what the
14   research would be used for or anything like that
15   with Mr. Guo or Ms. Wang or Mr. Han?
16   A.   No.
17   Q.   Did you think that it was involved with
18   the political conversations you guys had had
19   concerning China, the communist party?
20   A.   Oh, I'm sure it had to do with the
21   communist party.  I mean, Yvette certainly was
22   part of the communist party, and her parents were
23   part of the communist party regime.  So, and she
24   was --
25   Q.   I didn't ask you about that at all.

Page 60

1    A.   But you're asking about the content of
2    the conversation and where it went and who was
3    involved and why --
4    Q.   Um-hum.
5    A.   -- right?
6    Q.   I'm asking whether or not you knew why
7    the research was requested.  That's what I'm
8    trying to understand.
9    A.   We have no idea what Yvette did with
10   it.  We have no idea what Guo did with it.  We
11   have no idea what happened to it.
12   Q.   So Strategic Vision didn't care what
13   the research was going to be used for one way or
14   another?
15   A.   We cared very much what it was going to
16   be used for.  We are very adamantly
17   anti-communist.
18   Q.   I see.
19   A.   We are very pro-democracy.  Both Mike
20   and I are adamantly pro-democracy.
21   Q.   So did you understand that the research
22   would be used to fight against the communist
23   party in China?
24   A.   Correct.  We thought.  We were not sure
25   what they were going to do with it.  Maybe he was

Page 61

1    going to run it both ways.  We don't know.
2    Q.   I'm only asking what you thought.
3    A.   Well, I just gave you my opinion.
4    Q.   Of course.  And so, did you understand
5    that the investigatory research that was
6    collected would ultimately be publicized?
7    A.   Probably, if we ended up with -- I
8    mean, that was up to Guo to decide what he was
9    going to do with it.  We certainly were not going
10   to publish it because we had strict
11   confidentiality agreements, but he didn't,
12   apparently, because he published a number of the
13   slides already on his sites.
14   Q.   Let's just talk about the
15   confidentiality agreement.  What do you mean by
16   that, when you said you had confidentiality
17   agreements?
18   A.   We had -- well, that was later in the
19   agreement itself.
20   Q.   Oh, that's what you're referring to.
21   Okay.
22   A.   Well, you know precisely what I'm
23   referring to.
24       MR. SCHMIDT:  Just answer the
25   questions.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 62

1    Q.   I really don't.  I'm just trying to
2  be –
3         THE WITNESS:  I know, he knows what I'm
4  referring to.
5    Q.   I actually don't, so you'll have to
6  forgive me.  And so, what was the response to
7  this presentation of the CITIC, as you – what
8  did you describe it as, the peering over the
9  wall?
10   A.   I'm sorry?
11   Q.   What was the response of Mr. Han or
12 Ms. Wang or Mr. Guo to your presentation?
13   A.   I suppose they were interested.  I
14 wasn't – I wasn't that surprised that something
15 couldn't be brought up off the internet from some
16 of the investigators that Mike would have known
17 about.
18   Q.   So, in other words, you understood that
19 this was what Mike's team or contacts could
20 provide?
21   A.   Yes.
22   Q.   Did you feel that the recipients of
23 this information were impressed by it?
24   A.   I have no idea.
25   Q.   They didn't say anything like, wow,

Page 63

1  this is great or –
2    A.   I have no idea.
3    Q.   You mean you don't remember or you just
4  don't –
5    A.   I have no idea.
6    Q.   So you know the information was
7  presented, but you don't recall how it was
8  received?
9    A.   I'm sure it was favorable.
10       MR. GRENDI:  Let's take a little break
11 and we'll come back in five or 10 minutes.
12       THE VIDEOGRAPHER:  Going off the record
13 at 11:09.
14       (Whereupon, a short recess was taken.)
15       THE VIDEOGRAPHER:  We're now back on
16 the record at 11:21.
17 BY MR. GRENDI:
18   Q.   Just turning to SVUS84 of that exhibit,
19 that's the Bates number in the bottom right-hand
20 corner.
21   A.   Yes.  Yes, yes, yes.  So 84, okay.  83.
22 84, yes.
23       MR. SCHMIDT:  Final page.
24   Q.   You see where it says, "Total Social
25 Media Awareness," there's a bullet point for

Page 64

1  that?
2    A.   Yes.
3    Q.   Can you describe what this capability
4  is?  It says it was originally developed by the
5  U.S. military.
6    A.   Yes, this is one of the things that
7  Mike was aware of.
8    Q.   Are you aware of it, or you don't know
9  about this service?
10   A.   I'm aware of it, but he's more
11 experienced with it.
12   Q.   Well, let's – what do you know about
13 it?
14   A.   Exactly what it says.  I mean, I'm
15 aware of it.  I don't know any more than – than
16 that.  Mike is the one who is fully aware of it.
17   Q.   I appreciate that Mr. Waller might know
18 more about it than you, but I'm asking what you
19 know.
20   A.   I'm aware of what this paragraph says.
21   Q.   You don't know anything else about this
22 capability or what it is?
23   A.   I'm aware of the social media and text
24 messaging communications in multiple languages.
25   Q.   Okay.  But you don't provide this

Page 65

1  service, this isn't something that Strategic
2  Vision does itself?
3    A.   Only through our teams do we do this.
4    Q.   Okay.  Is this service part of
5  investigatory research or is it separate?
6    A.   It would probably be part of the full
7  package.  We were not sure what Miles Guo wanted,
8  so we tried to create a sort of a menu, as I
9  mentioned earlier.
10   Q.   So this document contains ideas for
11 Mr. Guo in terms of services that Strategic
12 Vision can provide?
13   A.   Correct.  Strategic Vision and its
14 team.
15       MR. GRENDI:  This is going to be Wallop
16 5.
17       (Wallop Exhibit 5, Handwritten
18       document, marked for identification.)
19   Q.   Looking at Wallop 5, is this your
20 handwriting here?
21   A.   It is.
22   Q.   And who are these individuals listed on
23 this document?
24   A.   Guo asked for some references of
25 individuals in the Middle East, and I wrote them

**EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC**
French Wallop on 02/12/2019

Page 66

1   down.
2   Q.   By references, what – does that mean
3   people who you've worked with or provided
4   services to; who are they?
5   A.   Both.
6   Q.   So Strategic Vision has provided
7   services to some of the people on this list?
8   A.   Some of the people, yes.
9   Q.   Which ones?
10  A.   I can't disclose that.
11  Q.   How many of them?
12  A.   I can't disclose that.
13  Q.   Were any of the services provided to
14  the people on this list investigatory research?
15  A.   Some.  He asked for both personal and
16  professional.  I just gave him a light list of
17  individuals that – then there's a lot of Chinese
18  down here at the bottom, Chinese characters, so I
19  don't know what that's about.
20  Q.   I figured as much.  So these are just
21  individuals in the Middle East that are, as you
22  put it, references?
23  A.   Yes.
24  Q.   Did you –
25  A.   These were all UAE, as a matter of

Page 67

1   fact.  He asked specifically for UAE, so
2   that's – these are all UAE.
3   Q.   What about references from people from
4   other countries, did you provide that information
5   to Mr. Guo?
6   A.   He did not ask.
7   Q.   Okay.  But you didn't provide that
8   information?
9   A.   He did not ask.
10  Q.   I didn't ask whether he asked.  I –
11  A.   No.
12  Q.   – asked you whether –
13  A.   No.
14  Q.   – you gave that information?
15  A.   No.
16  Q.   Okay.  So, in terms of Strategic
17  Vision's clients, only some of the people on the
18  list are people that you told Mr. Guo about being
19  Strategic Vision's clients, is that right?
20  A.   He asked for references, personal and
21  professional, in the UAE, and I gave him these
22  names.
23  Q.   And you never described any of
24  Strategic Vision's other clients to Mr. Guo?
25  A.   Certainly not.

Page 68

1   Q.   Why not?
2   MR. SCHMIDT:  Other clients beyond this
3   sheet?
4   MR. GRENDI:  Yeah.
5   A.   Because they're private clients.
6   Q.   Are the individuals on this list
7   private clients?
8   A.   Yes and no.
9   Q.   Why did you tell him about some of your
10  private clients on this document?
11  A.   He asked me – I had permission from
12  these individuals to list them, if need be, with
13  somebody – he went on and on about his
14  relationships in the UAE, and now – now I
15  understand that he defrauded the UAE out of
16  $3 billion, particularly one of the families
17  that's listed on this page, I believe, and that's
18  public information.
19  Q.   Which one is that?
20  A.   The Al Nahyan family.  So, you know, it
21  was pretty cheeky to ask me for references in the
22  UAE, given his reputation in the UAE.
23  Q.   And this alleged fraud of people in the
24  UAE, when did you hear about that?
25  A.   It was all over the news media.  All

Page 69

1   you have to do is research it.
2   Q.   I was asking when you found out about
3   it?
4   A.   I don't remember.
5   Q.   Thank you.  Was it before or after you
6   gave this list to Mr. Guo, that you found out
7   that he was –
8   A.   After.
9   Q.   – allegedly involved in fraud?
10  A.   After.
11  Q.   Okay.  And you don't have any personal
12  knowledge about Mr. Guo's relationships with
13  anyone in the United Arab Emirates, do you?
14  A.   I'm not going to answer that, because I
15  think it would be revealing confidential.
16  MR. SCHMIDT:  Do you have any personal
17  knowledge?
18  MR. GRENDI:  I'm just trying to know
19  why – whether she knows about this alleged
20  fraud personally or whether she just read
21  about it in the media.
22  MR. SCHMIDT:  Why don't we ask that
23  question.  I think we've got to go slower
24  with these questions.  Why don't you answer
25  the question.  Do you have any information

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 70

1  about the fraud beyond –
2      THE WITNESS:  Yes.
3      MR. SCHMIDT:  – what you read in the
4  media?
5      THE WITNESS:  Yes.
6   Q.   Okay.  And that's from who; how did you
7  hear about that?
8      You can look at me.  I'm asking you the
9  questions.
10   A.   Privileged – privileged sources.
11   Q.   Okay.  So you're refusing to answer
12  that question based on privilege?
13   A.   Yes.
14   Q.   And what privilege is that?
15      MR. SCHMIDT:  Do you want to go talk
16  about it?
17      THE WITNESS:  Yes.
18      MR. SCHMIDT:  Why don't we go off the
19  record and see what's going on.
20      MR. GRENDI:  I'll tell you what, why
21  don't we just put a pin it in, and keep
22  going.
23      MR. SCHMIDT:  That's fine, too.  Okay,
24  we can do it at a break.
25      MS. TESKE:  Let's take a break for a

Page 71

1  quick second.
2      THE VIDEOGRAPHER:  Off the record at
3  11:29.
4      (Whereupon, a short recess was taken.)
5      THE VIDEOGRAPHER:  Back on the record
6  at 11:35.
7      MR. SCHMIDT:  We just stepped out to
8  discuss if there was any potential privilege
9  issue.  I think it's more of a
10  confidentiality issue.  She had actually
11  already revealed the answer to the question
12  in response to a prior question.  And I
13  think the question when we left was if she
14  knew anything beyond what she had read in
15  the public papers, and the answer was yes.
16  And I think your next question was, what.
17  And I think Ms. French is ready to respond
18  to that.
19   Q.   Go ahead.  How do you know something
20  beyond the public record about Mr. Guo allegedly
21  stealing $3-1/2 billion from the United Arab
22  Emirates?
23   A.   Based on conversations that I had with
24  members of the family with whom he allegedly
25  defrauded them of over $3 billion.

Page 72

1   Q.   And which family is that?
2   A.   The Al Nahyan family.
3   Q.   Is that on this list?  I'm sorry, I
4  have trouble reading your handwriting.
5   A.   Yes, it is.
6   Q.   That's the one, two, three, four –
7  fifth one from the top?
8   A.   Yes.
9   Q.   And what did they say to you about
10  that?
11   A.   When I mentioned his name, they said
12  that, yes, they were fully aware of him and that
13  it was not a pleasant experience.
14   Q.   Why were you talking to the Al Nahyan
15  family about Mr. Guo?
16   A.   Because Mr. Guo, I believe, had been
17  telling me with this document that he knew all of
18  these people, and I was checking on whether he
19  did know any of these people.  And so it came up
20  that he defrauded the UAE and the family of over
21  $3 billion, as you well know.
22   Q.   And you didn't agree to keep your
23  relationship with Mr. Guo confidential when you
24  were speaking with him?
25   A.   That had nothing to do with

Page 73

1  confidentiality.  He was the one that gave me –
2  he asked me for these references.  I wanted to
3  make sure we had a reference on him.  He said
4  that he worked very closely with the UAE, and it
5  turned out, I guess, he did.
6   Q.   When were these conversations you had
7  with the Al Nahyan family?
8   A.   Oh, probably in – probably about six
9  months after the contract began.
10   Q.   So you were checking references on
11  Mr. Guo after the agreement was over with?
12   A.   Yes.  We had trusted him up until that
13  time.
14   Q.   Sure.
15      MR. SCHMIDT:  Let's not make any
16  commentary.
17      MR. GRENDI:  That's fine.
18   Q.   Let's go with the next exhibit.
19      (Wallop Exhibit 6, Document entitled
20  "Time to Get Them Beginning the
21  Psycho-Political Campaign For China", marked
22  for identification.)
23   Q.   Ms. Wallop, do you recognize this
24  document?
25   A.   Yes, this is one of Mike's documents.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 74

1     Q.   It's called "Time to Get Them."
2         Do you know how that title was reached,
3  created?
4     A.   Yes, yes.
5     Q.   How's that?
6     A.   It came as a result of conversations
7  with Guo, Lianchao and Mike and myself regarding
8  the -- regarding the communists working within
9  The United States, from China DRC, as well as
10 elsewhere.
11    Q.   So in the chronology of meetings we've
12 been talking about, was this document created
13 before the first meeting, the second meeting, the
14 third meeting?  When did it --
15    A.   Oh, it had to have been after the
16 second or third meeting, because there's this
17 photograph of Anita here.
18    Q.   And that's on SVUS387?  If you look at
19 the bottom right-hand corner --
20    A.   Correct.
21    Q.   -- that's where those --
22    A.   Or maybe that's Yvette.  I'm not sure.
23 No, I think it is Anita.
24    Q.   Okay.  Was this a PowerPoint
25 presentation?

Page 75

1     A.   Yes.
2     Q.   And was it presented as a PowerPoint on
3  a computer or did you print it out?  How was
4  it --
5     A.   It might have been on a USB key.
6     Q.   And did you participate in creating
7  this document or did Mr. -- Dr. Waller create it
8  himself?
9     A.   Dr. Waller did much of it.  I worked
10 with him on some of it; not all of it, but some
11 of it.
12    Q.   So you made edits or --
13    A.   Yes.
14    Q.   And when was this presented to -- well,
15 let's start with striking that.
16         Who was this presented to?
17    A.   Well, this would have been presented to
18 Guo.
19    Q.   Anyone else?
20    A.   And probably Lianchao.  And, obviously,
21 myself.  I can't remember if Yvette was in there
22 or not.  He often didn't want her in the room,
23 so, who knows.
24    Q.   I understand.  But you don't recall
25 specifically who was in the room when this was

Page 76

1  presented?
2     A.   Well, it would have been one of the
3  four -- I mean all four of us.  It would have
4  been Lianchao, Guo, myself and Mike.
5     Q.   Okay.  Do you remember where that --
6     A.   And possibly Yvette.
7     Q.   Okay.
8     A.   I don't remember.
9     Q.   And do you remember where that was?
10    A.   In his flat, in his apartment at the
11 Sherry-Netherlands.
12    Q.   Okay.
13    A.   All meetings were there with him.
14    Q.   That's helpful.  So you never met with
15 Mr. Guo in Washington, D.C.?
16    A.   No.
17    Q.   Okay.  Let's look at 387.  It says,
18 "build and operate a secret system for
19 micro-targeted intelligence collection and
20 analysis."  Do you see that?
21    A.   Yes.
22    Q.   Is that a service that Strategic Vision
23 would provide or someone else?
24    A.   Through Mike and his teams, and some of
25 my people, yes.

Page 77

1     Q.   What do you mean by your people?
2     A.   Some of my channels, as we discussed
3  earlier.
4     Q.   I see.  So in terms of this service,
5  the game plan was for Dr. Waller to do most of
6  the research, is that fair to say, through his
7  channels?
8     A.   I would say it was equal.
9     Q.   Okay.
10    A.   It depends.  I mean, it depended on
11 which target we were working with.
12    Q.   So I have some understanding of what
13 Dr. Waller's process and capabilities were from
14 his deposition.  I want to know what -- what it
15 is that you personally would provide as a service
16 in connection with micro-targeted intelligence,
17 collection and analysis?
18    A.   It depended on which target and which
19 channels we both used collectively to bring the
20 information together on individuals or documents.
21    Q.   Right.  And I'm trying to understand
22 what --
23    A.   I don't --
24    Q.   -- process --
25    A.   I can't answer that.

**EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC**
French Wallop on 02/12/2019

Page 78

1    Q.  Well, I didn't even ask a question.  So
2 I want you to just wait for me to ask, and then
3 you can answer.
4    A.  Go ahead.
5    Q.  Yes, thank you.  So I want to
6 understand what part of the process you would
7 participate in.  What would you do to help in the
8 collection process or accessing of the channels
9 process?
10   A.  Collection and gathering.  It was like
11 hunting and gathering.  We both did it.
12   Q.  And what would you do in connection
13 with this engagement?  What was it that you would
14 do?
15   A.  We would collect --
16   Q.  You.
17   A.  -- through my channels.
18   Q.  Right.
19   A.  Him through his channels.
20   Q.  And what channels did you access in
21 connection with this engagement?
22       MR. SCHMIDT:  Just to -- objection for
23 a second here.  This is a 30(b)(6).
24       THE WITNESS:  I don't understand the
25 question.

Page 79

1       MR. SCHMIDT:  So you're saying you as
2 Strategic Vision, or are you saying you
3 French Wallop?  How do you want to do it?
4       MR. GRENDI:  Let's do Strategic Vision.
5       MR. SCHMIDT:  Yeah.  I mean, that's
6 really the question here.
7       MR. GRENDI:  That's fine.
8       THE WITNESS:  Okay.
9    Q.  What did Strategic Vision do in terms
10 of collection and analysis?
11   A.  That's what we did, we did collection
12 and analysis.
13   Q.  So there's no more specificity --
14   A.  Through our own sources.
15   Q.  -- to it than that?  What does that
16 mean?
17   A.  How do you put a legal case together?
18 You have to start with bits and pieces.  So
19 that's what we were doing.  We were each
20 collecting bits and pieces to make the cases.
21   Q.  Let me ask it this way.  Did you ask
22 people in your network, do you know who Anita
23 Suen is?  What do you know about her?
24   A.  No.
25   Q.  So I'm trying to understand what it is

Page 80

1 you did, Strategic Vision, to collect
2 information?
3       MR. SCHMIDT:  Objection.  She's talked
4 about going out and getting Mike Waller and
5 putting that together --
6       MR. GRENDI:  I'm asking about anything
7 else.
8       MR. SCHMIDT:  Okay, anything else.
9   A.  Collecting teams.  Collecting teams.
10   Q.  Let's do it this way.  Setting aside
11 what Mr. Waller and his teams did.  Was there any
12 other teams accessed to provide information in
13 connection with this investigatory research?
14   A.  Yes.
15   Q.  And who were they?
16   A.  There were some from the U.K., there
17 were some from Israel, there were some from the
18 Middle East, there were some from our networks.
19   Q.  And now I'm talking about you
20 personally.
21   A.  Yes.
22   Q.  Are these people that you personally
23 contacted?
24   A.  Yes.
25   Q.  Okay.  That's all I'm trying to

Page 81

1 understand.  Without naming any names, would that
2 involve calling people on the phone or emailing
3 them?
4   A.  Rarely.  It's face-to-face.
5       MR. SCHMIDT:  Just listen to the
6 question.  Don't be distracted by the
7 document for now.
8   Q.  And so, in connection with the research
9 in this matter, how many face-to-face meetings
10 did you have with people in your contacts?  I'm
11 talking about you, Ms. Wallop.
12       MR. SCHMIDT:  Objection.
13   A.  I have no idea.  Many.
14   Q.  You said you rarely do telephone calls.
15 Did you do some in connection with this research
16 agreement?
17   A.  No.
18   Q.  What about internet research, did you
19 do any internet research in connection with this?
20       MR. SCHMIDT:  Objection.  Her
21 personally?
22   Q.  Strategic Vision.  Did Strategic Vision
23 do any internet research in connection with this
24 research?
25   A.  Lightly.  That was not our -- that was

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 82

1   not our way of doing it.
2   Q.   And what about you personally?
3   A.   No.
4   Q.   It says in this document that the first
5   ten targets are identified, do you see that?
6   A.   What page?
7   Q.   387.
8   A.   Yes.
9   Q.   What did you understand that to mean?
10   A.   Well, Guo gave us – Miles Guo gave us
11   a large packet of names, and, in that – in the
12   first ten, which they upped it to 15 in the first
13   month, but the first ten targets were identified,
14   and then they changed their mind and asked for 15
15   for the first month.  So that's – those were his
16   targets.
17   Q.   So these ten targets, are those
18   referred to as fish in the signed research
19   agreement?
20   A.   Correct.
21   Q.   And it says, "monitor the ten targets
22   for several months to understand their habits,
23   patterns, personal and professional networks,
24   businesses and corruption."  Do you see that?
25   A.   Correct.

Page 83

1   Q.   Who would do that work of monitoring?
2   A.   Our team.
3   Q.   And by our team, what encompasses the
4   Strategic Vision team for this research
5   agreement?
6   MR. SCHMIDT:  Objection.  Go ahead.
7   A.   The particular team, we called it Team
8   1, and that's what they were assigned to do.
9   Q.   So Team 1 was assigned the monitoring
10   of the ten targets referred to here?
11   A.   Correct.
12   Q.   Okay.  And do you know the name of
13   anyone on Team 1?
14   A.   No.
15   Q.   Do you know the leader of Team 1, the
16   name of the leader of Team 1?
17   A.   I know his acronym.  I don't know his
18   name, his full name.  This was through Mike.
19   Q.   So you don't know the full name of the
20   leader of Team 1?
21   MR. SCHMIDT:  Yes or no, if you know.
22   Q.   I'm asking a yes or no.
23   A.   No.
24   Q.   So, specifically, do you know when the
25   first ten targets were identified?

Page 84

1   A.   When Guo threw that whole document down
2   on the coffee table in his apartment and he said,
3   these are the people I want investigated, these
4   are – I said, where did this list come from?
5   And he said, I paid $250 million for this list.
6   I said, wow, okay.  So that's when I knew who the
7   first ten targets were.
8   MR. GRENDI:  Let's do Exhibit 7.
9   (Wallop Exhibit 7, Document entitled
10   "1:  Anita Yiu Suen", marked for
11   identification.)
12   Q.   Do you recognize what's been marked as
13   Wallop 7?
14   A.   Correct, I do.
15   Q.   And is this the document that you just
16   said Mr. Guo threw down on the table?
17   A.   It looks like it.
18   Q.   Okay.  So, to your recollection,
19   Mr. Guo threw a paper copy of this document onto
20   a table at some point during a meeting?
21   A.   No, on – onto his coffee table in his
22   sun room, yes.
23   Q.   When was that?
24   A.   During the – probably the second or
25   third meeting we had with him in New York, in

Page 85

1   December of 2017.
2   Q.   So did you keep that paper copy that
3   was thrown on the table?
4   A.   Well, I had this copy, I mean, the copy
5   of the copy.  I mean, the original that he gave
6   us.
7   Q.   I see.  So you retained a paper copy of
8   what's been marked as Wallop 7?
9   A.   That's correct.
10   Q.   And was that – that was before the
11   contract was signed, right, the research
12   agreement that's the subject of this action?
13   A.   No.  I think we – I saw the document,
14   but we didn't get the full document because of
15   the famous flash drives that were corrupted –
16   Q.   Right, but –
17   A.   – by Yvette.
18   Q.   – I just want to understand what
19   happened to the paper version that was –
20   A.   Oh, I didn't – he didn't give that to
21   us at the time.  He kept his copy.
22   Q.   You didn't receive –
23   A.   No, no, no –
24   Q.   – a paper copy from him?
25   A.   – no, no, no.  He just showed it to

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 86

1  us.
2  Q.  I see.
3  A.  He threw his copy down on the table.
4  Q.  And this was at the second or third
5  meeting?
6  A.  Yeah.
7  Q.  Okay.
8  A.  Yes.
9  Q.  And you did not retain a copy from that
10 meeting?
11 A.  No.
12 Q.  And did you go through the paper copy
13 that was on the table?
14 A.  With him?
15 Q.  Yes.  Or on your own.
16 A.  Well, we glanced at it.  Mike was
17 there.  We glanced at it to try to get an idea as
18 to who it was, what it was.
19 Q.  We'll come back to this.  Going back to
20 Exhibit 6.  On 387, it says, "Document everything
21 as leverage to gain concessions, protect people,
22 use as political weapon, or as aid in criminal
23 prosecution and asset recovery."
24     Do you see that, it's the fourth or
25 fifth bullet down?

Page 87

1  A.  I don't have it.
2  Q.  Oh, I'm sorry.
3  A.  So, what page?
4  Q.  The same one we've been looking at,
5  387.
6  A.  So what would you like to look at?
7  Q.  Where it says, "Document everything as
8  leverage to gain concessions, protect people, use
9  as political weapon, or as aid in criminal
10 prosecution and asset recovery"?
11 A.  Correct.
12 Q.  What is the -- what was that about;
13 what does that mean in terms of the services to
14 be provided?
15 A.  This was what Mike was referring to
16 with regard to the Team 1.
17 Q.  So Team 1 was going to?
18 A.  Take a look at that, yes.
19 Q.  And what kind of leverage was sought?
20 A.  I guess, criminal leverage, depending
21 upon the individuals that we were investigating,
22 per Guo's instructions.
23 Q.  It also says "protect people."  What
24 was -- to your mind, what was the -- what was
25 that about?

Page 88

1  A.  I don't remember.  I don't know
2  precisely.
3  Q.  Okay.  And you don't remember
4  discussing whether -- what the political weapon
5  would be?
6  A.  Well, a political weapon, which is what
7  Guo wanted to use towards his investigation of
8  these individuals.  He was going to use it
9  against them, for whatever purpose.
10 Q.  But you don't know the purpose?
11 A.  Not entirely.
12 Q.  Okay.  A couple of bullets down it
13 says, "Break the Party's control of corrupt
14 information" -- or "corruption information" I
15 should say.  Do you see that?
16 A.  Yes.
17 Q.  What is "the Party's control"?  Which
18 party are we talking about there?
19 A.  Talking about the communist party.
20 Q.  And what control of corruption
21 information does the communist party have?
22 A.  Well, Guo had said that the CCP, or the
23 communist party of China, there was a great deal
24 of corruption within the leadership, and, as a
25 result of that, he wanted to find as much

Page 89

1  corruption as possible, and he wanted us to
2  investigate and retrieve that kind of corruption.
3  In other words, funds that would have been taken
4  out of the country illegally, cash payments, all
5  of these things that were part of that.
6  Q.  I understand.  And so going to the next
7  page, 388.  It says, "Reduce political threats to
8  yourself and your cause."
9     What did you understand is the
10 political threats to whoever yourself or your
11 cause is there?
12 A.  That was to Guo.
13 Q.  Okay.
14 A.  Political threats to Guo and Guo's
15 cause.
16 Q.  And what were those political threats?
17 A.  Well, he said that they were monetary
18 and political, and that many people were after
19 him either for monetary damages or corruption,
20 both by the Chinese officials as well as,
21 perhaps, his own corruption issues.  I don't
22 know.
23 Q.  Did you look into that at all in terms
24 of --
25 A.  This was a preliminary -- this was a

**EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC**
French Wallop on 02/12/2019

Page 90

1  preliminary document that Mike had put together;
2  so, no, we were not under contract to look into
3  it.
4     Q.   Okay.  So you didn't do any work
5  regarding Mr. Guo and his business prior to –
6     A.   The contract?
7     Q.   – the execution of the contract on or
8  about January 6, 2018?
9     A.   No.
10    Q.   You didn't access your network to
11  determine whether this was someone you wanted to
12  do business with or not?
13    A.   We had Bill Gertz, who was one of the
14  finest intellects on Chinese corruption, and
15  reporters, journalists, and also Lianchao, again,
16  of the highest sterling standards.  When they
17  asked us to look into it, that's what we did.
18  That was looking into putting together a program
19  that would help somebody that we believed at the
20  time was absolutely anti-communist.
21    Q.   I see.  So you relied up – let me put
22  it this way.  Strategic Vision relied upon the
23  recommendation of Bill Gertz and Lianchao Han in
24  terms of deciding to do business with, or
25  deciding to enter into the research agreement?

Page 91

1     A.   Correct.
2     Q.   Let's just go to SVUS390.
3     A.   Um-hum.
4     Q.   It says, "Network With Russian
5  Opposition and Chinese Expats."  Do you see that?
6     A.   Correct.
7     Q.   Is this a service that you would
8  provide or Mr. Waller would provide?
9     A.   Both of us did.
10    Q.   Okay.  And why was Strategic Vision
11  recommending that Mr. Guo network with Russian
12  opposition and Chinese expats?
13    A.   Well, the photograph that you have
14  here, that's in this is Mikhail Khodorkovsky.
15  Okay?  Mikhail Khodorkovsky is a client of mine,
16  and he is an anti-Putin and pro-democracy leader,
17  opposition leader for Russia; so, therefore, we
18  felt that this might be a good person for Guo to
19  essentially team up with on certain ideological
20  issues.
21    Q.   And how would that synergy or
22  collaboration work?
23    A.   Through me.
24    Q.   Right.  But just a little more
25  specificity.  How would Mr. Guo, or whoever, team

Page 92

1  with Russian opposition and Chinese expats?
2     A.   Through me and certain ideas that we
3  had to combine our ideological belief in
4  democracy.
5     Q.   And – right.  How would those ideas be
6  executed, what sort of –
7     A.   Through dialogue.
8     Q.   – activities?
9     A.   Through dialogue.
10    Q.   And you also have links with Chinese
11  people inside Russia?
12    A.   We would have, yes.
13    Q.   That's you and Mr. Waller?
14    A.   Yes.
15    Q.   It says, "for propaganda and
16  organizational purposes."  Do you see that?
17    A.   Yes.
18    Q.   What would be the propaganda and
19  organizational purposes?
20    A.   Media and social media, probably.
21    Q.   So, in other words, messaging of
22  anti-communist, pro-democracy rhetoric?
23    A.   Correct.
24    Q.   Would the Russian opposition group be
25  involved in collecting investigatory research or

Page 93

1  is that a separate group?
2     A.   It would be separate.
3     Q.   Let's go to 394.  It says, "Target
4  Intelligence Capability:  Cost."
5         These costs here, are these prices that
6  Strategic Vision quoted?
7     A.   In a preliminary discussion, yes.
8     Q.   Okay.  So, initially, Strategic Vision
9  was offering $2,805,000 to have two teams monitor
10  one person?
11    A.   Yes.
12    Q.   And what would that monitoring entail,
13  just in terms of the types of surveillance or
14  investigatory work?
15    A.   It was hugely complex, and –
16         MR. SCHMIDT:  Keep going.
17    A.   It was hugely complex, and it had to do
18  with all the investigative tentacles that we
19  could reach within our channels.
20    Q.   So is that the full package of services
21  that Strategic Vision could provide in terms of
22  monitoring, that's like the full suite, call it
23  that?
24    A.   Except that he didn't accept it.
25    Q.   I understand that.  But was this –

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 94

1    A.   This was a preliminary overview of some
2    of the things that we would have done.
3    Q.   Right.  And it says, "above for 1, but
4    with only one team:  $2,380,000"?
5    A.   Correct.
6    Q.   So, just conceptually, what's the
7    difference between one team and two teams, in
8    terms of what a client would get?
9    A.   Because you obviously have to work with
10   both teams to define different sets of facts that
11   they are retrieving, and, out of those different
12   sets of facts, you compare the information on
13   both teams to see whether they are – whether
14   they match or whether one is adding something
15   else to the – to the individual that's being
16   monitored.
17        In other words, we're trying to combine
18   the information that we were retrieving so that
19   we would have one package, so to speak, for each
20   person, that would be better than just having one
21   team do it.
22   Q.   I see.  So the purpose of having two
23   teams in this context is to be able to
24   cross-check the teams against one another to see
25   if the information –

Page 95

1    A.   Yes.
2    Q.   – they're finding is consistent?
3    A.   Yes, that's correct.
4    Q.   But both teams would be doing,
5    essentially, the same thing; is that fair to say?
6    A.   I don't think so.
7    Q.   Okay.  What would be the difference
8    between what Team 1 would do and what Team 2
9    would do in this context?
10   A.   It would depend upon the information
11   that we gave each team as to which one would do
12   which dimension of retrieval.  If you haven't
13   been in the game, you don't understand these
14   things, sorry.
15   Q.   That's what I'm trying to understand.
16        MR. SCHMIDT:  No comments.  Just answer
17   his questions to the best of your ability,
18   okay?
19        THE WITNESS:  I'm working on it.
20        MR. GRENDI:  Thank you, Joe.
21   Q.   And is there any other reason to set up
22   two teams, other than this cross-dimensional
23   referencing you've talked about?
24   A.   It just makes – it makes better –
25   makes a better set of information so that you

Page 96

1    know that you're verifying.  Because one team
2    supposedly never knows about the other team.
3    They won't bump into each other.  So they're kept
4    completely separate.  So the information that we
5    were – had expected to receive from the initial
6    dives into the first team, using just one team,
7    and then subsequently we – we went on our own
8    dime to the second team.
9    Q.   Are you talking about research that was
10   actually performed or just conceptually how
11   Strategic Vision does things, as presented in
12   this – what's this called – in this document,
13   Exhibit 7?
14   A.   Would you repeat the question.
15   Q.   What I'm saying is, are you referring
16   to the Team 1 and Team 2 that were tasks in the
17   actual research agreement or what's being
18   described in this document?
19   A.   What we were – it's a little bit of
20   both.
21   Q.   Okay.  And has Strategic Vision
22   previously employed dual teams to perform
23   investigatory research?
24   A.   Not at this depth, but, yes.
25   Q.   And did Strategic Vision sometimes only

Page 97

1    employ one team to do research like this in the
2    past?
3    A.   Yes.
4    Q.   Why does – why does it cost roughly
5    $2.8 million to monitor one individual with two
6    teams?
7    A.   Based on what the client wanted.
8    Q.   No, I'm saying why does it cost that
9    much; where did you come up with the $2,805,000
10   cost?
11        MR. SCHMIDT:  Objection, but go ahead.
12   A.   That's an internal cost that Mike is
13   more aware of than I am.
14   Q.   I appreciate that Mike might know more
15   than you.  I'm just asking what you know.  What
16   does Strategic Vision know about the cost it
17   quoted to the individuals at this meeting?
18   A.   Because it depends upon the cost and
19   the risk and all of the dimensions that we have
20   to put together in order to retrieve the
21   information that the client was adamant about
22   having.
23   Q.   So part of the cost is the risk of
24   getting exposed or – is that part of how the
25   cost is calculated?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 98

1     A.   It is.  But it's expensive.
2     Q.   And what -- what about it is expensive?
3   Are the teams expensive to --
4     A.   The teams are very expensive.
5     Q.   Let's go to 395.  It says, "US-based
6   online army - Same group as those who helped win
7   Trump election."  Do you see that?
8     A.   Um-hum.  Yes.
9     Q.   Is that part of the investigatory
10   research or is that a different online group?
11     A.   This would be the U.S. side.
12     Q.   What is the U.S. side?  What does that
13   mean?
14     A.   It would be the U.S. basic
15   investigative dimension of social media and so
16   forth.
17     Q.   So one of the teams would be U.S. --
18     A.   Credit reports; whatever is publicly
19   and legally allowed in the United States for us
20   to do, yes.
21     Q.   I see.  So, in providing this
22   investigatory service, Strategic Vision divides
23   its team by where they're domiciled or headed?
24     A.   Who?
25     Q.   The team.  So, in other words, you have

Page 99

1   a U.S. team?
2     A.   Yes.
3     Q.   And you would also have a foreign team?
4     A.   Correct.
5     Q.   Okay.  Just for the benefit of the
6   record.  What's the purpose in separating the --
7   having a U.S.-based team and a foreign-based
8   team?
9     A.   Because we comply with U.S. law.
10     Q.   So, in other words, there's things that
11   the foreign teams can do that the U.S.-based
12   teams can't do?
13     A.   We understand that's correct, yes.
14     Q.   Okay.  If you go to 398?
15     A.   Okay.
16     Q.   You see it says "Russian networking
17   cost"?
18     A.   Yes.
19     Q.   And it says, "We will facilitate but
20   not manage or coordinate networking with Russian
21   opposition leaders and groups"?
22     A.   Yes.
23     Q.   The "we" there is Strategic Vision?
24     A.   Yes.
25     Q.   And how would that networking with

Page 100

1   Russian opposition leaders and groups work,
2   generally speaking?
3     A.   Our team would work with the opposition
4   groups I've already discussed.
5     Q.   Oh, from the prior slide?
6     A.   Yes.
7     Q.   The prior slide being SV390, the
8   picture of --
9     A.   Yes.
10     Q.   What would you exchange for support
11   with -- to Russian opposition groups?
12     A.   I don't understand that question.
13     Q.   It says in the document, "help fund
14   Russian opposition groups in Siberia, Far East,
15   Vladivostok in exchange for other support."
16     A.   Well, I think that's pretty clear.
17     Q.   Well, what would be exchanged?
18     A.   Information, pro-democracy.  We were
19   looking at pro-democracy issues and how to be
20   more proactive to help pro -- pro-democracy in
21   Russia, as well as in China.
22     Q.   So the concept was that Russian
23   opposition groups would exchange information with
24   this cause for their mutual benefit?
25     A.   Ostensibly.  But it wasn't something we

Page 101

1   had agreed to, no.
2     Q.   Oh, so this didn't end up being part of
3   the research agreement?
4     A.   This is not the contract.
5     Q.   I know that.  I'm asking whether this
6   service is part of the contract?
7     A.   This is not part of the contract.
8     Q.   Got it.
9     A.   If it had been, the cost would have
10   been mega amounts.
11     Q.   So this is an expensive service, this
12   Russian networking?
13     A.   Excuse me?
14     Q.   I said, so this Russian networking
15   service is an expensive service?
16     A.   This was a preliminary estimate on --
17   an overview of what we thought that we would like
18   to do for Mr. Guo.  Mr. Guo only wanted to do
19   investigations on these 15 people in the United
20   States and elsewhere, not on this entire thing
21   that you're looking at.
22     Q.   Got you.
23     A.   Okay?
24     Q.   Turning to SVUS402.  Do you see that?
25     A.   I do.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 102

1    Q.   It says, "sign MOU."  That's a
2  memorandum of understanding?
3    A.   That's correct.
4    Q.   Is that how Strategic Vision normally
5  contracts with its clients?
6    A.   Again, this is a preliminary overview.
7  This was a discussion.  We were discussing it
8  openly in a little meeting that we were having
9  with Mr. Guo.  So this was just sort of a menu of
10  deciding what we would do and how we would
11  perform.
12    Q.   Does Strategic Vision normally sign
13  written agreements with its clients?
14    A.   Yes.
15    Q.   Does Strategic Vision have a standard
16  contract that it uses for its client engagements?
17    A.   No.
18    Q.   So you don't have a stock agreement
19  that you normally use when –
20    A.   No client's the same.
21    Q.   So, prior to signing the research
22  agreement, did you tell Mr. Guo that you had an
23  in-house team of investigators at Strategic
24  Vision?
25    A.   This is a fascinating misnomer.

Page 103

1    Q.   What – what term is that that you're
2  calling –
3    A.   No.
4    Q.   – a misnomer?
5    A.   No.
6    MR. SCHMIDT:  Just answer the question.
7    A.   No.
8    MR. SCHMIDT:  Let him follow – he'll
9  follow up if he wants to follow up.
10    Q.   Okay.  So Strategic Vision does not
11  have an in-house team of investigators?
12    A.   No.
13    Q.   And you never told Mr. Guo that you had
14  20 employees, did you?
15    A.   I said that we worked with a team of
16  people.  I did not say that we had 20 employees.
17    Q.   Okay.  Did you ever tell him that you
18  had strong teams in Europe and the Middle East?
19    A.   Most likely, yes.
20    Q.   Again, this is all before signing the
21  research agreement, right?
22    A.   Yes.
23    Q.   And did you tell him you had
24  relationships with an Abu Dhabi princess?
25    A.   I said a – no.

Page 104

1    Q.   What, if anything, did you tell Mr. Guo
2  about an Abu Dhabi princess?
3    A.   A Saudi – it was not Abu Dhabi, it was
4  Saudi.
5    Q.   Okay.  What did you –
6    A.   To clarify, it's usual we have to
7  clarify.
8    Q.   Sure.  What did you tell Mr. Guo about
9  a Saudi princess?
10    A.   She was my roommate.
11    Q.   That was in college?
12    A.   No, in high school.
13    Q.   And is she a client of Strategic
14  Vision?
15    A.   No.
16    Q.   Okay.  Did you tell Mr. Guo that you
17  had, or that Strategic Vision had relationships
18  with clients in Saudi Arabia?
19    A.   Yes.
20    Q.   And in Iran?
21    A.   Many years ago, in Iran.
22    Q.   What about Turkey?
23    A.   Not a client.  A relationship.
24    Q.   And what about Qatar, did you tell him
25  you had clients in Qatar?

Page 105

1    A.   I did.  Past tense.  We don't work with
2  terrorists.
3    Q.   Okay.  What about Republican
4  politicians, did you ever tell Mr. Guo that you
5  worked for Republican politicians?
6    A.   Many.
7    Q.   So you told him you had – that
8  Strategic Vision had worked for –
9    MR. SCHMIDT:  Just focus in on what you
10  told him.
11    A.   Yes.  I did, yes.
12    Q.   So you told Mr. Guo that you had
13  provided services to – that Strategic Vision had
14  provided services to Republican –
15    A.   Personally.
16    Q.   – politicians?
17    A.   Personally.  Not Strategic Vision.
18    Q.   Okay.  And what did that entail; that
19  was political campaigns or –
20    A.   Political campaigns.
21    Q.   And I'm going to guess those were
22  Republican –
23    A.   Republican.
24    Q.   – politicians?
25    A.   Yes, presidential.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 106

1     Q.   Which president, or nominee?
2     A.   Beginning – it's okay, it's on the
3   record.  Beginning with the campaign for
4   President Reagan, President Bush, Dan Quayle,
5   obviously President Trump.
6     Q.   Did you tell Mr. Guo about all of these
7   or some of them?
8     A.   Yes.
9     Q.   Okay.
10    A.   He asked.
11    Q.   Did you tell him that you had influence
12  at the CIA?
13         MR. SCHMIDT:  Objection, but go ahead.
14    A.   I never would have used the word
15  influence.
16    Q.   How would you put it?
17    A.   Channels.
18    Q.   In other words, you have contacts at
19  the CIA?
20    A.   Yes.
21    Q.   And you could get information from them
22  that could be useful to a client from the CIA?
23    A.   No.  That's a trick question.
24    Q.   No, I'm not trying to trick you.  I
25  didn't – if it came out that way, it wasn't my

Page 107

1   intent.
2     A.   Yeah, come on.
3     Q.   I'm trying to understand what your
4   channels to the CIA, what their use is?
5     A.   Information sources that are
6   unclassified.
7     Q.   And I would ask you the same question.
8   Did you tell him that you had contacts or
9   channels in the state department?
10    A.   Yes.
11    Q.   Did you ever tell him that you worked
12  for the CIA?
13    A.   Never.
14    Q.   Okay.  Did you ever tell him that
15  Mr. Waller worked for the CIA?
16    A.   Never.
17         MR. GRENDI:  Let's go to 8.
18         (Wallop Exhibit 8, Research Agreement,
19  January 1, 2018, marked for identification.)
20    Q.   This has been marked Wallop 8.  Do you
21  recognize this document at all?
22    A.   This was a draft document to – to Guo
23  initially.
24    Q.   Who created it?
25    A.   I think Mike and I did.

Page 108

1     Q.   I'm just trying to –
2     A.   There were a lot of drafts running
3   around at the time, so, and the date is not
4   right.
5     Q.   When did you first start drafting an
6   agreement in connection with this case?
7     A.   When he asked us to, probably in –
8   around the 15th or so of December of 2017, after
9   several meetings.
10    Q.   Were there any other meetings, other
11  than the three we've talked about already, that
12  preceded this drafting?
13    A.   You know, you'd have to ask Mike.  I
14  don't think so, no.
15    Q.   When did you – when did you do the
16  first draft?  Don't even worry about this
17  document.  I don't know if it is the first draft.
18    A.   When we had the vision documents, those
19  were sort of the beginning of the discussion.
20  This time to get them was also part of the vision
21  document that was on the flash drive, and it was
22  all in the conversation of trying to understand
23  what it was that Guo wanted.
24    Q.   So how did you go about doing the first
25  draft?  Did you and Mike sit down at a computer

Page 109

1   together, or what was the process?
2     A.   Yes.
3     Q.   Okay.  Where was that, at your home in
4   Virginia?
5     A.   Yes.
6     Q.   And you sat together and –
7     A.   Yes.
8     Q.   – typed it out or –
9     A.   Sat together and discussed it and...
10    Q.   Did you – was it handwritten notes
11  that you later had someone transcribe or did
12  you –
13    A.   No.
14    Q.   – type it on the computer?
15    A.   No.  We just typed it up while we were
16  talking.
17    Q.   And did you do the typing or did he?
18    A.   He did the typing.
19    Q.   Okay.  And did you keep the original
20  draft that you created?
21    A.   I think this was the draft.  I don't
22  know.
23    Q.   Okay.  And do you recall giving Wallop
24  8 to Mr. Guo or Lianchao or Ms. Wang?
25    A.   I'm sure that we gave it to both of

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 110

1   them.  But we would have given it to them, we
2   would never have emailed it.
3       Q.    And why is that?
4       A.    Because of security and open internet.
5   We did everything very carefully, even before we
6   had a contract.
7       Q.    So even if it was like a Signal message
8   and end to end encrypted, you wouldn't send it?
9       A.    Well, Signal was different.  Signal was
10  a little different.
11      Q.    Why is that?
12      A.    Well, it's not as porous as a lot of
13  them are.
14      Q.    So you wouldn't have a problem sending
15  this agreement via Signal?
16      A.    I honestly can't remember.
17      Q.    No, I'm asking –
18      A.    I don't – I normally would not have.
19      Q.    Okay.
20      A.    I personally would not have.
21      Q.    I see.
22      A.    I don't send anything, if I can help
23  it, on Signal or anything else.  I either
24  hand-deliver it or I USB it.
25      Q.    And when did you first give a draft to

Page 111

1   Mr. Guo or Lianchao Han or Yvette Wang?
2       A.    It would have been towards the middle
3   to end of December.  It was the middle of
4   December, I think initially, and then we kept
5   hammering it out, hammering it out, and hammering
6   it out until we had a final agreement which was
7   signed on the, whatever it was, the 6th of
8   January.
9       Q.    And without revealing any
10  communications, did Strategic Vision involve an
11  attorney in drafting this research agreement?
12      A.    No.  We just did it by trust.
13      Q.    I think you said it before, but
14  Strategic Vision has never used an agreement
15  similar to this to service another client?
16      A.    No.
17      Q.    And did you keep the drafts of this
18  research agreement that you – the multiple
19  drafts you referenced before?
20      A.    What you see is what you have.
21      Q.    I know.  What I'm saying is, you had
22  referred to there were multiple drafts, correct?
23      A.    There were, but then – you know, with
24  a draft, you go through, you delete it, you –
25  you create a better draft.  So I think this was

Page 112

1   sort of one of the final drafts.
2       Q.    I see.  But – so there were other
3   drafts that you had that you deleted?
4       A.    Probably.
5       Q.    Okay.  And why is that, why don't you
6   keep the drafts of the agreements that you do in
7   connection with engaging a client?
8       A.    Because there are typos and there are
9   linguistic changes that need to be made in a
10  better – in a better draft.  I don't understand
11  that.
12      Q.    I appreciate that one wouldn't be used
13  going forward.  I'm talking about the deletion
14  process.  Why is it that you would dispose of
15  them?
16      A.    Well, why would you keep –
17            MR. SCHMIDT:  Just answer the question.
18      A.    No.  I don't know the answer.
19      Q.    So you don't know whether you deleted
20  draft versions of the agreement or not?
21      A.    I produced everything that we have in
22  the way of whatever draft agreements.  I have
23  nothing else in the way of draft agreements.
24      Q.    So Strategic Vision has no other drafts
25  of the agreement?

Page 113

1       A.    Not that I'm aware of.
2       Q.    Okay.  It has a blank for contractor.
3   Any particular reason that –
4       A.    No.  That would have been Strategic
5   Vision and the client.
6       Q.    Did you consider using another entity
7   to be the contractor in connection with this
8   research?
9       A.    No.
10      Q.    What's Strategic Vision's financial
11  relationship with Mr. Waller in connection with
12  this research agreement?
13      A.    You mean how did we – how did we –
14  how did we compensate him; is that what you're
15  asking?
16      Q.    If that's – yeah, if that – that's
17  certainly encompassed by what I just said.
18      A.    Otherwise, I don't understand the
19  question.
20      Q.    Sure.  What did – how was Mr. Waller
21  paid for his services in connection with the
22  research agreement?
23      A.    By wire.
24      Q.    Okay.  And how was that calculated or
25  determined?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 114

1   A.   We just had an agreement of trust
2   between us.
3   Q.   What were the terms of that agreement?
4   A.   Probably 50/50, plus expenses.
5   Q.   And I take it this wasn't a written
6   agreement?
7   A.   No.  We never needed one.
8   Q.   Right.  So when did you and -- well,
9   when did Strategic Vision and Mr. Waller come to
10  this 50/50 split agreement?
11  A.   Well, after we had the agreement
12  finally signed, it had been going off and on, off
13  and on during all of December, we didn't know
14  whether we had an agreement or not.  And then,
15  when Yvette turned up with the first set of flash
16  drives that were corrupted, so then I had come to
17  New York -- we didn't have an agreement, per se.
18  We had a signed agreement.  We had no funds at
19  the time, at the first -- at the tail end of
20  December, when we were still all talking after
21  Christmas.
22       And, finally, the funds turned up --
23  I'm trying to answer your question here.  When
24  the funds turned up in, like, the 2nd or 3rd of
25  January of 2018, we still didn't know whether

Page 115

1   that was even going to work, and then they turned
2   up from somebody we'd never heard of, and so
3   forth and so on.  So we had to sit down and
4   decide what was going to go for the teams that we
5   were going to use and how we were going to
6   allocate the expenses and so forth.
7   Q.   So when -- when was the point in time
8   when Strategic Vision and Mr. Waller decided how
9   they were going to, as you described it, split
10  the -- split it 50/50?
11  A.   Not until sometime in January.
12  Probably the end of January.
13  Q.   So, well after the contract had been
14  signed --
15  A.   Yes.
16  Q.   -- and the --
17  A.   We were trying to figure out what
18  things were going to cost.
19  Q.   You said before that Strategic Vision
20  had sent money to Mr. Waller, or Dr. Waller?
21  A.   When?
22  Q.   I'm asking.  That's what my question
23  is.
24  A.   No.  I mean...
25  Q.   You said there was a wire.  What was

Page 116

1   the wire that was sent?
2   A.   The wire was not sent until the middle
3   of January or so.
4   Q.   Okay.  And was that wire for splitting
5   the profits or for something else?
6   A.   It was for beginning to start paying
7   the team as well as beginning to pay Mike.
8   Q.   Oh, so it was both?
9   A.   Yeah.  There were two wires.  Maybe
10  there were three wires, yeah.
11  Q.   So how much was the wire for the team?
12  And I assume that means Team 1?
13  A.   The preliminary amount for Team 1 was
14  at least 300,000.
15  Q.   And how much of that, if there was a
16  second wire or the same wire, was for Dr. Waller?
17  A.   Then there was a separate wire for
18  about 200 for Dr. Waller.  It could have been
19  250, I have to look.  We haven't done our tax
20  thing yet on it.  But about 250.  And then there
21  was an additional amount for expenses.
22  Q.   How much was that expense amount wire,
23  if you recall?
24  A.   Well, I think -- we're talking about
25  travel, and -- because he had to do a lot of the

Page 117

1   face-to-face collection, and last minute, which
2   costs a lot more; probably between 25 and 50, I
3   can't remember, thousand.
4   Q.   And is that the full extent of the
5   amount of money that's been paid to Dr. Waller in
6   connection with the research agreement that's the
7   subject of this litigation?
8   A.   I think there was a bit more, maybe
9   another 50, and that was based on certain
10  invoices that he had for -- for things that he
11  was -- that we had to pay.
12  Q.   I see.  And so what about -- let's just
13  set aside Dr. Waller.  Were there any other costs
14  that Strategic Vision incurred in connection with
15  this research agreement that didn't go through
16  Dr. Waller or one of his entities?
17  A.   There were -- there was a lot of travel
18  expense for Strategic Vision, face-to-face time
19  with these individuals overseas that I had to do.
20  There was -- there were other entities that were
21  also contracted to retrieve information.
22  Q.   Let's go one at a time, I'm sorry to
23  hop in.  But what were your -- what were
24  Strategic Vision's kind of direct travel
25  expenses?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 118

1     A.   Oh, I would say probably at least
2   50,000.
3     Q.   And does Strategic Vision have records
4   and bank statements that would memorialize or
5   otherwise reflect all these payments you're
6   talking about here today?
7     A.   We would be able to give you an idea as
8   to what the costs are, yes.
9     Q.   So those records do exist?
10    A.   The records, the receipts, yes.
11    (*r)   MR. GRENDI:  Joe, obviously we're going
12        to call for the production of those
13        documents, we'll obviously send you a
14        letter, but to put that on the record.
15    Q.   I'm sorry, you were saying after travel
16   expenses, there were other costs as well?
17    A.   Yes.
18    Q.   What were those?
19    A.   The hiring of individuals overseas to
20   retrieve certain information that was only –
21   only in the U.K. or in Switzerland or in the
22   Middle East.
23    Q.   Okay.  And these are – this is
24   separate from Team 1?
25    A.   Yes.

Page 119

1     Q.   And what was the cost of, let's just
2   say, the team you used to get information out of
3   the U.K.?
4     A.   It was about 20,000 U.S. dollars.
5     Q.   Is that a group called Fletcher?
6     A.   That's correct.
7     Q.   Okay.  What about, you said that maybe
8   a team in Switzerland or somewhere else?
9     A.   Yes.
10    Q.   What was the cost of that other team?
11    A.   I'd have to look.  I can't remember.
12   But it was minimal.  I mean, it wasn't – it
13   wasn't – it's like maybe 8, $10,000, something
14   like that.
15    Q.   Right.
16    A.   Some of it had to be done in cash.
17    Q.   How much of it was done in cash?
18    A.   Maybe that amount.
19    Q.   Eight to 10,000?
20    A.   Eight to 10,000, perhaps.  I hate cash.
21    Q.   If you would take a moment, are there
22   any other costs that you can think of that
23   Strategic Vision incurred because of this
24   research agreement?
25    A.   Well, the usual costs, telephone,

Page 120

1   travel, time spent working on this, lots of
2   different meetings with different people to try
3   to collect data.
4     Q.   Did Strategic Vision ever turn away any
5   clients because of this engagement?
6     A.   Yes, we did.
7     Q.   When was that?
8     A.   It was probably in March.
9     Q.   Of what year?
10    A.   I'm sorry.
11    Q.   That's okay.
12    A.   2018.
13    Q.   Sure.  March of 2018.  And why did
14   Strategic Vision turn that client away?
15    A.   Because we were still working on this,
16   we believed.  It could have been February, too.
17   I'd have to ask Mike.
18    Q.   And what's the name of that potential
19   client?
20    A.   I can't tell you.
21    Q.   So you're refusing to tell me that
22   because?
23    A.   I can't tell you.
24    Q.   No, I'm asking why you're not telling
25   me?

Page 121

1     A.   It's confidential.
2         MR. SCHMIDT:  Can you describe in
3   general terms at all or?
4         THE WITNESS:  Obviously, I cannot.
5         MR. SCHMIDT:  Okay.
6         MR. GRENDI:  I mean, obviously, we
7   don't accept that assertion of
8   confidentiality here, and we'll deal with it
9   at a later date.
10    Q.   So why was it that this confidential
11   client couldn't be engaged?
12    A.   We had a lot on our plate.
13    Q.   And how much was this potential client
14   willing to engage Strategic Vision for?
15    A.   We hadn't gotten that far.
16    Q.   So you don't know whether the –
17    A.   No.
18    Q.   – potential client was going to be a
19   valuable one or not?
20    A.   No, I don't know.  I'd have to – I'd
21   have to talk to Mike about it.
22    Q.   Was it Mike's client or your client, or
23   Strategic Vision's client I should say?
24    A.   We would have shared the client.
25    Q.   Okay.  And just generally, can you

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 122

1  describe what the tenor of the conversation was
2  with this client as to why you couldn't provide
3  the service?
4        A.   We had a full plate.  We couldn't
5  handle it.
6        Q.   So the client reached out to you?
7        A.   Yes.
8        Q.   And you said, we can't do it, we're
9  full?
10        A.   We're full.
11        Q.   So Strategic Vision can only have a
12  limited amount of clients at a time?
13        A.   No.
14        Q.   What's full capacity for Strategic
15  Vision?  It sounds like one investigation,
16  investigatory research project is a full plate?
17        A.   No.
18        Q.   It's not?
19        A.   No.
20        Q.   Okay.  So, again I'll ask, why did you
21  turn them away if you could have done it then?
22        A.   We had a full plate.
23        Q.   So the research agreement that is the
24  subject of this case, that encompasses work that
25  maxes out Strategic Vision's capacity?

Page 123

1        A.   No.
2        Q.   Okay.  So then it's not a full plate?
3        A.   We were very busy doing many other
4  things, and so we could not take on an additional
5  client at the time, even though we wanted to.
6  But we'd also been served with some lawsuit on
7  the 23rd of February, which then, who knows.
8        Q.   So just to be clear.  So the client
9  that was turned away from Strategic Vision –
10        A.   Yes.
11        Q.   – because of your full plate –
12        A.   Yes.
13        Q.   – was after the February 23rd, 2018
14  letter?
15        A.   No.  As I said, it was either during
16  the middle of February, to the beginning of
17  March.  I can't remember exactly what the date
18  was.
19        Q.   Okay.
20        A.   Mike is the one that would know what
21  the date was.  I don't know the date.  But we had
22  hoped that the client would understand the
23  circumstances.
24        Q.   Did you go back to that client after
25  this agreement was terminated and say, we're

Page 124

1  free, we can do it?
2        A.   No, we did not.  And we had a full
3  plate, we should have.
4        Q.   Because of litigation?
5        A.   No.  We had a full plate.
6        Q.   So you got another client?  I'm asking
7  a question.
8        MR. SCHMIDT:  I mean, can you give him
9  just a little bit more about what the full
10  plate is, in addition to the lawsuit and
11  this contract.  I think that's fair.
12        A.   We had a full plate.  I can't give you
13  any more than that.
14        Q.   So you're refusing to answer that
15  question?  You're refusing to tell me whether
16  Strategic Vision had another client, and that's
17  why you couldn't do any more?
18        A.   We could have had another client.  We
19  did not – we chose not to take the other client
20  because we had a full plate.  We didn't know what
21  this whole thing was all about.  So we just
22  didn't want to get into any more issues with a
23  client that was complicated.
24        Q.   At the time the research agreement was
25  signed, January 6, 2018 –

Page 125

1        A.   Correct.
2        Q.   – was Strategic Vision servicing any
3  other clients with investigatory research
4  services?
5        A.   No.
6        Q.   From the signing of the research
7  agreement, until February 23rd, 2018, did
8  Strategic Vision provide investigatory research
9  services to any other client?
10        A.   Not in that time frame, no.
11        Q.   Okay.  After February 23rd, 2018
12  through, let's say, the end of March 2018, did
13  Strategic Vision provide investigatory research
14  services to any other client?
15        A.   No.
16        MR. GRENDI:  How are people feeling
17  about lunch and taking that break?
18        MR. SCHMIDT:  At one o'clock, do you
19  want to do it?
20        MR. GRENDI:  Do you want to do
21  one o'clock?  I'm fine with that.  Is that
22  okay with you?
23        MS. TESKE:  Yes.
24        MR. SCHMIDT:  Is that good?
25        THE WITNESS:  That's fine.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 126

1      MR. GRENDI:  So another 15 minutes.
2  Let's do Strategic Vision 9.
3      (Wallop Exhibit 9, Research Agreement
4  dated December 29, 2017, marked for
5  identification.)
6      Q.  Ms. Wallop, do you recognize this
7  document?
8      A.  I do.
9      Q.  That's your signature on the last page
10  there?
11      A.  It is.
12      Q.  Were you physically present when this
13  contract was executed?
14      A.  Yes.
15      Q.  And who else was there?
16      A.  Yvette Wang.
17      Q.  Anyone else?
18      A.  No.
19      Q.  Dr. Waller wasn't physically present?
20      A.  No.
21      Q.  Was he on a conference call or
22  telephoned in during the time that this agreement
23  was signed?
24      A.  No.
25      Q.  The agreement references the laws of

Page 127

1  the state of Nevada in that second paragraph, do
2  you see that?
3      A.  Correct.
4      Q.  Where did that come from?
5      A.  Because Strategic Vision is registered
6  in the state of Nevada.
7      Q.  So you put that in there because that's
8  where Strategic Vision is incorporated?
9      A.  Correct.
10      Q.  And there's some, I'll call it lingo or
11  jargon in this contract about fish, do you recall
12  that?
13      A.  Yes.
14      Q.  Where did the term fish come from?
15      A.  Guo was having a hard time
16  understanding how -- how we would select the --
17  the concept of investigation and the numbers, for
18  instance, per month.  The -- the whole file that
19  he showed us had -- the original file, whatever
20  exhibit that was, in fact, had at least 92 names
21  in it, which was reduced down to 30 names, which
22  was then reduced down to the ten names, but then
23  they switched and wanted to have 15 names in the
24  first month.
25      So, in order to give him an explanation

Page 128

1  as to how best to visualize, so to speak, the
2  whole concept of this agreement, we used an
3  example of like, it's like fish in a tank.  So if
4  you put the ten fish, or, as it turned out to be,
5  15 fish in the tank, and one of the fish --
6  forgive me -- died, but we didn't want to use the
7  word died, if one of the fish wasn't a useful
8  fish on the information that we were trying to
9  pull, we would take that fish out and put a new
10  fish, meaning a new name, into the tank, and we
11  would run the investigative background on that
12  new fish, as well as the other nine fish.
13      So, that's where the whole concept of
14  the fish tank came from.  He loved it.  He
15  couldn't wait to use it.  It was a big deal to
16  him.  So, fine, we kept talking about fish.  So,
17  for whatever reason, that's why it ended up in
18  this sort of contract agreement.
19      I realize that it's not the usual kind
20  of contract terminology that I would have used,
21  but he loved it, and so we used it, and so he
22  understood it, and that's why we moved forward
23  with it
24      Q.  I just want to know where the concept
25  came from.  Did he start using the term fish or

Page 129

1  did you; kind of like you saw a fish tank and you
2  said, well, it's just like if you took fish in
3  and out of a tank?
4      A.  Well, we were talking in hypotheticals.
5  He didn't understand how we would have to just
6  take different names out of different sort of
7  collection points --
8      Q.  I see.
9      A.  -- so we just used a really simple
10  analogy of a fish tank.  And you put the ten fish
11  in, as it turned out for the first month 15, and
12  then they -- you know, you pull one out if you
13  found that it wasn't going anywhere; in other
14  words, if it was a dead end.  A lot of these
15  Chinese names used fake names.  That's a whole
16  other thing we can get into.
17      Q.  Sure.  And has Strategic Vision ever
18  used this fish, or fish tank terminology --
19      A.  Never.
20      Q.  -- in connection with --
21      Just let me finish my question.
22      A.  Sorry.
23      Q.  -- with any other client?
24      A.  Never.
25      Q.  I take it from your expression that you

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 130

1  found it silly or ridiculous?
2      A.   I did, but it helped him understand the
3  concept.
4      Q.   It says here that, "Any and all
5  materials provided by the client, that's Eastern
6  Profit, to the contractor, that's Strategic
7  Vision, will be treated with absolute
8  confidentiality and will not be shared by the
9  contractor with any other entity."
10         Do you see that in the third paragraph
11  of this research agreement?
12     A.   Yes.
13     Q.   What – how does that work with
14  Strategic Vision in terms of sharing information
15  with other entities?
16     A.   Well, we had to share it with the
17  teams, in other words, for them to be able to do
18  the research.
19     Q.   Does the contract discuss that at all?
20     A.   It's very clear.  You can't have an
21  agreement – you can't do research unless you
22  give it to the teams to do the research, right?
23     Q.   I just asked you if that was in the
24  agreement?
25     A.   Yes.

Page 131

1      Q.   Where?
2      A.   With any other entity.  "Will not be
3  shared by any other entity."  It's not an empty,
4  it was a team.  An entity would be the Washington
5  Post, or you, or a third or fourth party that has
6  nothing to do with this research agreement.
7      Q.   So I just want to understand that.  So
8  then, the contractor referred to in the contract
9  refers to more than just Strategic Vision?
10     A.   Our teams.
11     Q.   Okay.
12     A.   You understand the teams that we had to
13  use.
14     Q.   I'm just trying to understand what the
15  contract says.  Does the contract say anything
16  about teams?
17     A.   Well, if you're in the business, you
18  understand teams are teams, and you have to use a
19  team with a – as a part of the contract.  He
20  knew perfectly well what that meant.
21     Q.   I just asked you whether the contract
22  said it, that's all.
23     A.   I'm not a lawyer.  It wasn't drawn up
24  by a lawyer.
25     Q.   It says, "The contractor will conduct

Page 132

1  high quality original research and prepare
2  reports on subjects chosen at the client's
3  discretion."
4         Do you see that in that following
5  sentence?
6      A.   Correct, yes.
7      Q.   What original research did Strategic
8  Vision do in connection with this contract?
9      A.   Based upon what we received, we then
10  started diving into pulling information.
11     Q.   When you say we, are you talking about
12  the entity Strategic Vision or other people, like
13  teams?
14     A.   Teams, and Mike and myself.
15     Q.   Was there anyone else that did the
16  research, other than those three entities that
17  you just referred to, yourself, Mr. Waller, or
18  Dr. Waller, and the teams?
19     A.   The groups – the individual ones in
20  both Europe and in the U.K.
21     Q.   Is that, you mean Fletcher –
22     A.   Yes.
23     Q.   – and the other entity that you
24  referred to –
25     A.   Yes.

Page 133

1      Q.   – I guess, in Switzerland?
2      A.   Yes.
3      Q.   It says, "The contractor will produce
4  complete research reports and provide all
5  supporting data as indicated below."  Do you see
6  that, two or three sentences down?
7      A.   Yes.
8      Q.   So was Strategic Vision going to
9  produce all the reports or were the teams going
10  to create some of them?
11     A.   The teams were going to develop them on
12  the flash drives.  We were not going to do any
13  written reports.
14     Q.   Why wouldn't you do any – why wouldn't
15  Strategic Vision do any written reports?
16     A.   Because we were trying to keep it as
17  secure as possible.
18     Q.   But you understood that the other
19  teams – strike that.  Let me start over.
20  Strategic Vision understood that its teams would
21  create written reports?
22         MR. SCHMIDT:  Objection.
23     A.   No.
24     Q.   No?
25     A.   No, it never says anything here about a

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 134

1 written report.
2     Q.   No, I know, I understand that.  I'm
3 trying to understand whether Strategic Vision
4 understood whether its teams or independent
5 contractors would produce written reports?
6     A.   We would not produce written reports,
7 or we had no intention of doing that.  This
8 was – these were face-to-face meetings,
9 face-to-face information, USB flash drives.
10     Q.   Oh, I understand.
11     A.   It was –
12     Q.   Maybe we're having a semantic –
13     A.   It was Guo's – sorry.  It was Guo's
14 insistence on the security measure.
15     Q.   I want to clarify something here.  Do
16 you understand written to mean just like
17 something written on a piece of paper as opposed
18 to electronic?
19         MR. SCHMIDT:  That's how I understood
20 it.
21     A.   Yes.
22         MR. SCHMIDT:  That's how the question
23 was.  You went from flash drives to USBs –
24         MR. GRENDI:  No, hold on.  Hold on.
25         MR. SCHMIDT:  – into written reports.

Page 135

1 So a written report is a written report.  It
2 has a standard connotation.  So you might
3 have to redo this.
4         MR. GRENDI:  Yeah, let's – let's break
5 it out.  I didn't get it.  I always think of
6 writing as both.
7     Q.   So, including electronic documents, did
8 you understand that written materials would be
9 produced?
10     A.   No.
11     Q.   So you never – Strategic Vision never
12 contemplated providing any written materials to
13 Eastern Profit?
14     A.   Correct.
15     Q.   So Strategic Vision understood
16 everything would be conveyed orally to the
17 client?
18     A.   Via flash drive.
19     Q.   So flash drive would be allowed.
20 That's – I'm including a flash drive as a
21 writing.  In other words, if something is typed
22 or handwritten on a piece of paper, that's a
23 writing.  Can we agree on that?
24     A.   No.
25         MR. SCHMIDT:  I'm actually seriously

Page 136

1 confused.  I don't know what you're asking.
2         MR. GRENDI:  All right.  I mean –
3         MR. SCHMIDT:  I think you got to back
4 way up and start this over.
5         MR. GRENDI:  Well, we're getting – why
6 don't we do lunch.  We'll start over on
7 this.  It's no big deal.
8         THE VIDEOGRAPHER:  Off the record at
9 12:57.
10         (Whereupon, a short recess was taken.)
11         THE VIDEOGRAPHER:  Back on the record
12 at 1:01.
13     Q.   How did Strategic Vision intend to
14 deliver the reports described in this research
15 agreement?
16     A.   Directly to the designated driver, the
17 designated agent for Mr. Guo, who was either
18 going to be Lianchao, then it became Yvette, and
19 then it became Lianchao again.  So we would give
20 it to them or Guo directly on a USB key.
21     Q.   So there would be electronic documents
22 on a USB?
23     A.   Correct.
24     Q.   And would any of those documents be a
25 report in narrative form?

Page 137

1     A.   I never saw them until later, until
2 after all of this started.  I never saw any of
3 the documentation.  Again, compartmentalizing.
4     Q.   Right.  So Strategic Vision never
5 reviewed any of the documents that were delivered
6 to either Lianchao Han or Yvette Wang under this
7 research agreement?
8         MR. SCHMIDT:  Objection.  Go ahead.
9     A.   No.
10     Q.   And I'll just ask about you personally.
11 You personally didn't review any of the documents
12 that were delivered to Lianchao Han or Yvette
13 Wang under this research agreement?
14     A.   No, because of the timing and the
15 logistics.
16     Q.   Okay.  What is financial forensic
17 historical research?
18     A.   What do you mean?
19     Q.   Well, it's described here in – on
20 Eastern 5, on the first page there?
21     A.   Yes.
22     Q.   Have you used that term before in –
23     A.   Yes.
24     Q.   – other research agreements?
25     A.   Yes.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 138

1    Q.   And are these kind of standard terms or
2  items that would be included in financial
3  forensic historical research?
4    A.   It would be, particularly if you're
5  looking at information you're trying to get in
6  the way of money laundering or cash purchases;
7  for instance, there were cash purchases of
8  houses, cash purchases by these fish.  We were
9  tracking their individual financial spending
10 habits, how they could have a house, how they
11 could have a car, when they only had $2,500 in a
12 credit card limit.
13         I mean, there were multiple layers and
14 levels of investigation that go on into
15 financial, forensic accounting, or research in
16 this case.
17   Q.   This kind of list of different things
18 that could be researched, including statements,
19 capital sources, etc., do you see that list with
20 all those commas there?
21   A.   Yes.
22   Q.   Was that a list that you and Dr. Waller
23 put together in terms of Strategic Vision's
24 capabilities?
25   A.   What we would have been able to have

Page 139

1  researched – there are two ways of looking at
2  it.  Stateside, what anybody can do that is into
3  this field.
4    Q.   Right.
5    A.   Versus what you can also do overseas,
6  and they're sort of two different rabbits here.
7    Q.   Does the agreement kind of break out
8  that difference in terms of U.S. versus foreign?
9    A.   Somewhere in here, I think it might
10 have.
11   Q.   Okay.  But just going back to this list
12 of different types of information on Eastern 5.
13 Do you recall you and Dr. Waller putting that
14 list together, or this –
15   A.   Yes, we did.  We talked about it, and
16 he wrote – wrote it while we collaborated on it.
17   Q.   Do you remember any input from the
18 other side as to what the financial forensic
19 historical research should include?
20   A.   They wanted everything, everything we
21 could get our hands on.
22   Q.   I see.
23   A.   He was particularly – Guo was
24 particularly insistent that we dive and dive
25 harder, and dive faster, and dive harder, almost

Page 140

1  to our detriment; we said, it was not legal to do
2  what he wanted to be done, so.
3    Q.   So in terms of the – you understood
4  that the client wanted everything in terms of
5  financial forensic historical research?
6    A.   That's correct.
7    Q.   And then you kind of put together this
8  list here of everything you could think of that
9  you could access?
10   A.   We put together the list first.
11   Q.   Okay.
12   A.   And then he kept saying he wanted more
13 and more and more and more.
14   Q.   Oh, so do you recall adding, you know,
15 different items to this A tab, forensic
16 historical research, to include more items that
17 he was demanding?
18   A.   No.  He demanded it verbally.
19   Q.   Okay.
20   A.   I think it was around the 26th of
21 January, that, I do remember, where he was
22 insistent; I don't care what it takes, get it,
23 get it.  We said, you have to take your time.
24   Q.   And it talks about on the next page,
25 Eastern 6, progress reports.  It says,

Page 141

1  "contractor will produce a progress report on" –
2    Where is this?
3    Q.   It's the, I guess, the first full
4  paragraph on Eastern 6.
5    A.   Oh, okay.
6    Q.   What is a progress report?
7    A.   Verbal conversations that we had with
8  him.
9    Q.   What would be in a verbal progress
10 report?
11   A.   Telling him what we were doing and how
12 we were trying to get the teams set up and done
13 in the first month.
14   Q.   Has Strategic Vision bargained for
15 progress reports in other agreements with other
16 clients?
17   A.   I don't understand the question.  Each
18 client is different and each agreement is
19 different, and so the terms are different.
20   Q.   So you've never – strike that.  Has
21 Strategic Vision ever provided progress reports
22 to other clients in connection with investigatory
23 research?
24   A.   Usually we do it the same way, through
25 USB key or face-to-face.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 142

1   Q.   Has the term progress report been used
2   by Strategic Vision in other contracts it has
3   with its clients?
4       A.   It depends on the terms of the
5   contract.
6       Q.   I'm asking if you recall?
7       A.   I don't recall.
8       Q.   So progress reports are not a standard
9   term that Strategic Vision uses in other research
10  agreements?
11      MR. SCHMIDT:   Objection.
12      A.   Progress reports have different
13  definitions depending upon the security and
14  the -- each individual client's situation.   They
15  are not all the same.
16      Q.   I understand.
17      A.   So they're not all the same.
18      Q.   Okay.
19      A.   A progress report -- if somebody wants
20  a progress report on how their cat is doing, we
21  can do a progress report on how the cat is, or
22  how a house is, or a real estate is.   But this is
23  highly confidential and a secure confidential
24  compartmentalization of information that was
25  vital to him, to Guo.

Page 143

1       Q.   What about preliminary reports?
2       A.   There is no terminology on here on
3   preliminary reports, other than face-to-face.
4   That's what we were relying on, was face-to-face.
5       Q.   If you look at the next sentence, it
6   says -- or, actually, the same sentence.   It
7   says, "the contractor will produce a progress
8   report on this financial, forensic research each
9   week in the first month."   Then it says, "one
10  preliminary report in the first month."
11      A.   Which we did.   We exceeded that.
12      Q.   Let me ask you this.   What does a
13  preliminary report include?
14      A.   Verbal report, face-to-face, which is
15  what we were doing when we had the meetings with
16  Guo in his apartment.
17      Q.   I think you're misunderstanding my
18  question.   I'm trying to understand what the
19  contents of a preliminary report would be, as
20  compared to a progress report?
21      A.   It would be a verbal report and
22  updating him on what the circumstances were and
23  what we were gathering and how we were gathering
24  it.   That's a preliminary report.
25      Q.   So there's really no difference between

Page 144

1   a progress report and a preliminary report?
2       A.   I have no idea how to answer that,
3   except that I'm trying to explain to you that it
4   is, in fact, a face-to-face conversation.   It is
5   not in writing.
6       Q.   I understand that.
7       A.   Okay.   So what's the problem on the
8   question?   I don't understand.
9       Q.   I want to understand what the
10  difference is between them.
11      Q.   A written report and a verbal report?
12      Q.   Not a written report, no.   Let me ask
13  my question.   It says, a weekly progress
14  report --
15      A.   Yes.
16      Q.   -- and one preliminary report at the
17  end of the first month, or in the first month.
18      A.   All right.
19      Q.   And I want to know if, to Strategic
20  Vision, is there a difference between the
21  contents of a progress report and a preliminary
22  report.   I'm talking about contents, not delivery
23  method.
24      A.   Depending upon how much we've been able
25  to gather, the preliminary report is precisely

Page 145

1   that; that's just the beginning, that's like the
2   first paragraph in a novel.   The next
3   conversation, which is what happened, the next
4   conversation was an update on the material and
5   the information that we had already gathered.   So
6   it was all still verbal, face-to-face.   There is
7   no written report.
8       Q.   And what about a historical research
9   report, one comprehensive historical research
10  report; what were the contents --
11      A.   And that was --
12      Q.   -- whether it's conveyed orally or in
13  writing or electronically, what would the
14  contents of a comprehensive historical research
15  report be?
16      A.   That would have been the findings that
17  would have been coming from our teams, or team in
18  this case, which would have been the USB or flash
19  drive.
20      Q.   And what would typically be in a
21  comprehensive historical research report?   What
22  kind of level of information would be there?
23      A.   Since we were trying to get something
24  within ten days of the contract commencing, and
25  he was adamant about getting something

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 146

1  immediately, and we had to move teams, and Mike
2  had to go and see the teams two or three times in
3  order to get -- or meet with the team people two
4  or three times in order to get the flash drives,
5  it disrupted the process, and those teams were
6  doing a great deal of diving, and they did not
7  need to be disrupted.
8      So when we had the opportunity of
9  bringing information back, which is what Mike did
10  to Yvette several times, and we -- that was the
11  content, that was the first set of contents
12  within the first ten days of the contract.
13      Q.   Which delivery of the USB does
14  Strategic Vision consider to be the comprehensive
15  historical research report?
16      A.   Well, the beginning of it was the -- at
17  the tail end of January, I think, when Mike went
18  back and forth to -- twice, I think, to -- to
19  meet the team person.
20      Q.   So was that about on January 30, 2019?
21      A.   That's correct.  Not '19.  '18.
22      Q.   Oh, '18.  Thank you.  Appreciate that.
23  Was that a meeting where Dr. Waller delivered,
24  let's say, an 80-Gigabyte Flash Drive to Yvette
25  Wang at the Tracks Bar?

Page 147

1      A.   Well, at the train station.
2      Q.   The train station, sure.
3      A.   That's what I knew.  Yes.
4      Q.   But Strategic Vision had never even
5  reviewed --
6      A.   I never saw it.
7      Q.   -- that deliverable?
8      A.   Never saw it.  How could I see it?
9      Q.   And just looking at the next item,
10  "Current Tracking Research."
11      A.   Yes.
12      Q.   What kind of research is this?
13      A.   It's current tracking research.
14      Q.   What does it entail, though?  It's like
15  a -- is this --
16      A.   It's tracking individuals.  It's
17  tracking individuals that were the first ten on
18  the list, or the first 15 on the list that he
19  wanted us to track.
20      Q.   Is this akin to what, like, a private
21  investigator would do in terms of --
22      A.   Well, you know, you can look at
23  their -- their travel habits, you can look at
24  their travel bills, you can probably maybe or
25  maybe not get into some of their credit card

Page 148

1  activity with -- like American Express or
2  airlines.  It depends.  Names of carriers,
3  manifests, geo location, which is easy enough
4  to -- to get into if you have somebody's
5  telephone number.  Major events.  You can -- you
6  can -- you can do a lot that is -- that is
7  accessed remotely, as it says here.
8      Q.   And the reports for current tracking
9  research, is there any sort of meaningful
10  distinction between current tracking research
11  reports and financial, forensic, historical
12  research reports?
13      A.   It all would have been delivered, had
14  we had time to collect what we wanted to collect,
15  within the first USB keys.
16      Q.   Did Strategic Vision deliver any
17  current tracking research reports?
18      A.   I don't know what was on the reports.
19  I think the answer is yes.
20      Q.   But you never reviewed the reports?
21      A.   I did not, but I understand that the
22  answer is -- in some cases, actually, with the
23  Team 2 we did find stuff on tracking.
24      Q.   Okay.  We'll get to that.  What about
25  social media research; in terms of investigatory

Page 149

1  research, what's the distinction between current
2  tracking and social media?
3      A.   Social media is what's available online
4  that you can dive into and do a little bit more
5  in depth access into passwords and things like
6  that, that people like that, that do that sort of
7  thing understand how to get.
8      Q.   Is that hacking, password hacking?
9      A.   Overseas, it is known as hacking.  We
10  would not hack here.
11      Q.   But Strategic Vision would retain
12  independent contractors or other entities to do
13  hacking in other countries?
14      A.   Yes.  It's legal.
15      Q.   Which countries is it legal in, if you
16  know?
17      A.   I don't know all the countries.
18      Q.   What are some of them?
19      A.   Probably anywhere in Europe, probably
20  Russia, Eastern Europe, God knows Asia.
21          MR. SCHMIDT:  Don't speculate.  Just if
22      you know.
23      Q.   Did Strategic Vision retain anyone to
24  do this social media research in connection with
25  this research agreement?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 150

1   A.  It was all done with Team 1.  Team 1
2  was doing it.
3   Q.  So Team 1 was assigned the A, B and C
4  described here on Eastern 5 and 6?
5   A.  They were assigned the entire menu.
6  That was their job.  Even though it was separated
7  out, they knew exactly what their mandate was.
8   Q.  And the social media research reports,
9  again, is there any distinction between how
10  they're created and the other reports,
11  conceptually?
12   A.  We didn't have time.  We -- what we
13  were pulling in ten days was remarkable.  Nobody
14  can pull it in ten days.  So you have a
15  three-month contract that you're signed on to,
16  and you believe that you've got three months to
17  pull the entire set of information retrieval
18  that's necessary, and you're given ten days,
19  while somebody's squawking about, oh, my, you
20  know, it -- it's not all there.
21   Well, it can't possibly be all there.
22  Nobody can have it there in ten days.  You can't
23  build a team, collect the beginnings of all of
24  these things, unless you want to be shut down
25  immediately.

Page 151

1   Q.  I just want to be clear, though.  Did
2  Strategic Vision deliver any social media
3  research reports?
4   A.  I'm sure we did, somewhere.
5   Q.  Did you verbally deliver a social media
6  research report to the client?
7   A.  I believe we did.
8   Q.  When would that have been?
9   A.  Sometime during -- between December and
10  January of 2017, '18.  They were verbally,
11  verbally.  And we may have had some
12  documentation.  I can't remember.
13   Q.  And what about current tracking
14  research, how was that conveyed to Ms. Wang or
15  Lianchao Han?
16   A.  Mike did it with the USB key.
17   Q.  And that was on January 30th of 2018?
18   A.  Yes.
19   Q.  Any other time?
20   A.  Yes, there was another USB key earlier,
21  I think.
22   Q.  It says on Eastern 7 that "all
23  deliverables shall be by USB drive only."
24   A.  Correct.
25   Q.  What does deliverables mean in that

Page 152

1  context?
2   A.  All the information we were mandated to
3  investigate.
4   Q.  And why USB only; was that a Strategic
5  Vision concept or Mr. Guo or someone else?
6   A.  It was Guo, as well as our own sense of
7  security on this investigation.  We were
8  investigating, according to Guo, a number of the
9  communist Chinese hierarchy leadership and their
10  children in the United States, and it was --
11  could have been life-threatening for all of us.
12  So it was only on USB key, and, hence, the
13  security issue.
14   Q.  Did Strategic Vision understand that
15  all the fish in Exhibit 7 were living in the U.S.
16  or had property in the U.S.?
17   A.  Some of -- no.  Some of them did and
18  some of them didn't.  I -- you know, you'd have
19  to go through them individually to see which ones
20  have what.
21   Q.  And so is that why Strategic Vision
22  needed a U.S. team, because there was
23  U.S.-located fish?
24   A.  There was U.S.-located information,
25  like fake passport numbers, fake Social Security

Page 153

1  numbers, fake names, Chinese, fake.  A lot of
2  fakes.
3   Q.  In the United States?
4   A.  In the United States.  On the list that
5  Guo gave us.
6   Q.  It says on Eastern 7 that, "the
7  contractor guarantees that all information
8  provided is genuine."  Do you see that?
9   A.  Yes.
10   Q.  It's in the criteria section.
11   A.  Sure.
12   Q.  How does Strategic Vision guarantee
13  that its information is genuine?
14   A.  Based upon the individuals from whom we
15  were retrieving the information, providing of
16  course we were given -- not given fake names and
17  fake passports and fake criteria to investigate.
18   Q.  I just want to understand Strategic
19  Vision's process, though.  How does it normally
20  go about guaranteeing the genuineness of the
21  information being provided to its clients?
22   A.  Because we trust our sources, and our
23  sources do not make up nonsense.
24   Q.  Does Strategic Vision ever do any
25  cross-checking or verification of the information

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 154

1  provided by its sources?
2      A.   That's part of the idea that we had
3  with having Team 1 and Team 2.
4      Q.   That's what you're talking about with
5  the -- how to get them document?
6      A.   Yeah.  It's cross-checking, it's making
7  sure, double verifying the same fact.  You have a
8  birthday over here and you have a birthday over
9  there.  They should be the same birthday.  If
10 they're not, there's something that we need to
11 look at on a secondary basis.
12      If you have a passport number over
13 here, a U.S. passport, a U.S. visa number over
14 here, and it doesn't match what we have within
15 the state department, there's an issue.  So we
16 have to then go down that rabbit hole.
17      Q.   And that's a synthesis or an analysis
18 process that Strategic Vision typically does with
19 the information it's getting from its sources?
20      A.   That's correct.
21      Q.   I see.  And that's how Strategic Vision
22 typically feels comfortable guaranteeing that all
23 the information is genuine?
24      A.   That's correct.
25      Q.   Did Strategic Vision have an

Page 155

1  opportunity to verify that the information being
2  provided was genuine in this instance?
3      A.   Yes and no.
4      Q.   Okay.  How does that work; which part
5  is yes and which part is no?
6      A.   Okay.  Of course.  Yes, we could verify
7  in many cases that the information was correct,
8  and then, if we found that it was incorrect, we
9  would have to, like, double-check it.
10      Q.   No, I'm asking about what happened in
11 this instance, with this research agreement.  Was
12 Strategic Vision able to determine that the
13 information being provided back to the client was
14 genuine?
15      A.   Yes.
16      MR. SCHMIDT:  Objection, but go ahead.
17      A.   Yes.
18      Q.   How did Strategic Vision do that?
19      A.   Because we compared apples and oranges
20 and made sure that they were one and the same, as
21 far as information that we were turning over
22 based on -- you have to understand, if we're told
23 your name is John Smith, and we're given
24 information on these documents from Guo that your
25 name is John Smith, with a photograph and all of

Page 156

1  your sort of date of birth, and we turn around
2  and we find out really your name is Joe Schmidt,
3  and you were born in a totally different place,
4  then we have to then rejig the entire system that
5  we're working with.
6      That's why it was extremely -- not
7  just -- it wasn't just frustrating, but it was an
8  extremely complex situation that you couldn't
9  just do like you're checking somebody's credit
10 report or Better Business Bureau thing.  You just
11 couldn't.
12      Q.   Well, just going back to Wallop 7.
13      A.   Whatever that is.
14      Q.   You're saying that -- that's the list
15 of fish?
16      A.   Yes.
17      Q.   You could take a look back at it if you
18 want, but I don't think it's necessary.
19      A.   No.  I sort of know these fish by now.
20      Q.   I was going to say, so how many of the
21 fish were -- was Strategic Vision provided with
22 correct information for?
23      A.   Well, I can tell you, you can see some
24 of my notes on here.  Some of these -- for
25 instance, on page 3, you have Anita.

Page 157

1      Q.   Yes.
2      A.   Her real mother is Mingduan Yao.  Her
3  adoptive parents, because that's done a lot in
4  this basket, are Frank Suen, and then -- then
5  the -- the mother -- sorry, the mother is
6  Mingduan Yao, and then the father of the sister,
7  Mingshan -- Mingshan Yao.  These are the real
8  parents of this girl, okay?  But, in certain
9  documentation, it's showing that these people
10 are, in fact, her mother and father (indicating).
11 They're not.  They're her adopt -- adoptive
12 parents.
13      Then if you go to here, if you go on to
14 page 4, and it shows 1990 as her, I guess, entry,
15 because I don't have the note on here; 1990 is
16 her -- maybe her entry into the United States
17 visa.  The Social Security number, if I recall
18 correctly, and this is only on recall --
19      Q.   Sure.
20      A.   -- was, in fact -- here we go, on page
21 5, it shows it, had the same Social Security
22 number as a woman named Eileen Rodriguez, at the
23 same address where this woman Anita was living.
24      So then again, this is just one tidbit
25 of one fish, or one person that you have to start

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 158

1  tracking, and you have to understand where the
2  pieces fit, or why.
3      Q.    And so just –
4      A.    If you go – yeah.
5      Q.    On that fifth page, those are your
6  notes about –
7      A.    Yes.
8      Q.    – Eileen Rodriguez?
9      A.    Yes.
10      Q.    And what does –
11      A.    It's the same Social Security number.
12      Q.    And what's the money down there?  It
13  looks like it says 2,000 and –
14      A.    No, no.  It's 2 million.  2.089.000.
15  That, I believe, was the address where she was
16  living, and it showed, if I recall correctly,
17  again, I can't remember because I don't have it
18  all in front of me, but she had sort of a credit
19  limit of $2,000 on a credit card, the only credit
20  card she had, and then the house that she was
21  living in somehow was bought in cash, but it
22  doesn't show who the owners were of that
23  residence.
24          And then you get all these – you must
25  have had four or five Social Security numbers

Page 159

1  that were the same Social Security numbers for
2  the same person.
3      Q.    So just going back to my original
4  question, if you recall, how many of the
5  information about the – well, strike that.
6      A.    There were a lot.  There were at least
7  three or four.
8      Q.    There were 15 fish, right?
9          MR. SCHMIDT:  Let him finish the
10  question.
11      Q.    Yeah, let me just finish the question.
12  Thanks.
13          There were 15 fish, correct?
14      A.    Yes, initially.
15      Q.    And how many of them had information
16  that, in Strategic Vision's knowledge, is false
17  or inaccurate?
18      A.    I would say maybe six or seven.  Maybe
19  more.
20      Q.    And the remainder had, let's call it
21  accurate information?
22      A.    I wouldn't call it accurate.  It had to
23  be double-checked.
24      Q.    Sure.
25      A.    So we found little things that were out

Page 160

1  of whack, like numbers, passport numbers or visa
2  numbers, or this one has an Australian
3  nationality, some of the ones that we were doing
4  in the U.K. had totally different names, but then
5  they actually did match up if you dug deeper.
6      Q.    Okay.  So some of them had – you had
7  mentioned earlier had – were completely fake,
8  they weren't –
9      A.    That's right.
10      Q.    – real people?
11      A.    That's right.
12      Q.    How many of the 15 fish were, in
13  Strategic Vision's opinion or knowledge, fake?
14      A.    I would have to talk to Mike about
15  that, but I think we – we came up with at least
16  five or six that were fake, or at least had a lot
17  of questions to be asked about them.  The names
18  did not match up with the names on the state
19  department visas or on – within our channels.
20      Q.    In other words, there obviously was a
21  person who looked like that fish in the –
22      A.    That's right.
23      Q.    – document?
24      A.    Yes.
25      Q.    But that the names and information

Page 161

1  being provided were for –
2      A.    Were fake.
3      Q.    Were fake?
4      A.    If – if Guo was telling the truth
5  about saying he paid $250 million for this
6  information, then he totally got, excuse me,
7  screwed.  He got totally screwed.  Because the
8  information in here, just from what we were able
9  to surmise, was rubbish, and that's real – the
10  real garbage.
11      Q.    Okay.  Let's go back to the research
12  agreement, that's Wallop 9.
13      A.    Yes, let's go.
14      Q.    And we'll – I do want to check on
15  lunch.  I know it's 1:30 now.  Let me just go see
16  about that.  Let's go off the record for a
17  second.
18      A.    Do you want to finish this?
19      Q.    Well –
20      A.    I'd rather finish this.
21      Q.    Let's keep going, sure.  I'm sure
22  they'll knock when the time comes.
23      A.    I'm sure they will.
24      Q.    Let's talk about irregular
25  circumstances.  Do you see that paragraph?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 162

1    A.  Yes.
2    Q.  Did you and Mr. Waller draft this
3  section?
4    A.  Dr. Waller, yes, we did.
5    Q.  And what was the intent or purpose
6  behind drafting this section?
7    A.  I wouldn't call it intent.  That's --
8  that's truly not fair.  It was a protective
9  element for life.  You can't always say that it's
10  going to be 100 percent of everything every
11  second of every day.  You cannot.  It's not
12  there, it's not gonna happen.
13        So irregular circumstances by us, and
14  including Guo, said that both parties understand
15  that occasional unforeseen challenges may arise
16  that will slow or block comprehensive research,
17  and that there may be periods in which
18  information is irregular, unavailable or
19  incomplete.
20        Perfect reference are some of these
21  names in here.  The contractor will endeavor to
22  make all research and reports as complete as
23  possible in a timely scheduled manner.  Which
24  does not mean ten days from the beginning of the
25  contract.

Page 163

1    Q.  Has Strategic Vision ever used a clause
2  that's substantially the same or similar to this
3  irregular circumstances clause in other
4  agreements?
5    A.  I'm sure there have been ones that have
6  been similar to it.  I mean, it's not unusual.
7  This is -- this is the form that is taken.
8    Q.  In terms of Strategic Vision's
9  experience in this field, was the research
10  bargained for in this research agreement, did it
11  encounter irregular circumstances or problems
12  from the outset?
13    A.  I would say when we started getting
14  into it, we found that there were irregularities.
15  That's not to say that we couldn't continue
16  digging to find the answer.  But we certainly
17  found irregularities when we were talking to Team
18  2 in Texas about these people.
19    Q.  Right.  So just in terms of, any
20  project has some problems, no investigatory
21  research project just goes off without a hitch,
22  correct?
23    A.  Correct.
24    Q.  So there's always some issues that
25  either slow down the research or make information

Page 164

1  unavailable for a time; is that fair to say?
2    A.  Which Guo understood completely.  At
3  least he said he did.
4    Q.  When did he tell you that?
5    A.  Several times.  I think it was probably
6  the middle of January when we met him, and then
7  on the 26th, even though he was upset we didn't
8  have everything by Chinese New Year, or some kind
9  of new criteria.
10    Q.  Did you understand that the research
11  was needed in a very tight schedule because of
12  the Chinese New Year?
13    A.  No.
14    Q.  When did you come to understand that?
15    A.  Later, when we realized that that
16  seemed to be his issue.
17    Q.  When did you first talk about getting
18  the information by Chinese New Year with Mr. Guo
19  or Yvette Wang --
20    A.  Never.
21    Q.  -- or Lianchao?
22    A.  Never.  Not until much later, I mean,
23  after the fact.
24    Q.  No, that's what I'm trying to find out
25  when --

Page 165

1    A.  Oh.
2    Q.  When that was.
3    A.  After the fact, so sometime in the
4  early part of February, I guess.  I think maybe
5  Lianchao sort of said that to us.
6    Q.  Okay.  But prior to the contract, there
7  was no discussion about --
8    A.  No.
9    Q.  -- Chinese New Year or anything like
10  that?
11    A.  No.
12    Q.  If irregular circumstances arise, does
13  the client have to pay for not receiving any
14  research?
15    A.  Of course.  It's the risk we both take.
16    Q.  And has that occurred in the past with
17  Strategic Vision's clients?
18    A.  Yes.
19    Q.  So even though Strategic Vision is
20  unable to provide, let's just say, any research
21  because of an irregular circumstance, the client
22  still has to pay the full price of the reports?
23    A.  It's our time that it takes to do what
24  we're doing.  We wouldn't find it out, would we,
25  unless we had done the investigation.  So it's

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 166

1  our time.
2      Q.   But if the compensation is monthly, and
3  time-based, essentially, is there any period
4  where irregular circumstances would result in a
5  pause of the client's obligation to make payment?
6          MR. SCHMIDT:  Objection.  It's been
7      answered, but go ahead.
8      A.   I'd like to ask any law firm.  Give me
9  a break.
10     Q.   Well, I'm asking you the question,
11 though, so, please.
12     A.   Well, you can ask the question, but I'm
13 telling you, it's just like a law firm, we
14 operate in the same way.
15         MR. SCHMIDT:  That's the answer.  You
16     got your answer.
17         MR. GRENDI:  I'm gonna just clean it
18     up.  Thank you.
19     Q.   So, in your mind, or in Strategic
20 Vision's understanding, it's compensated for the
21 time it spends trying to do research, not based
22 upon what's actually delivered?
23         MR. SCHMIDT:  Objection.
24     A.   Yes.
25     Q.   What's the cost of a report under this

Page 167

1  research agreement?
2      A.   Well, you have it here.  It's listed.
3  It's complex, depending upon the menu that he
4  chose to work with.
5      Q.   Are you looking on page – well,
6  Eastern 8?
7          MR. SCHMIDT:  There's a knocking on the
8      door.
9          THE WITNESS:  Saved by your knock.
10         MR. GRENDI:  Let me see if that's it.
11 We'll go off.  I think it's about time.
12         THE VIDEOGRAPHER:  Off the record at
13     1:42.
14         (Whereupon a luncheon recess was
15     taken.)
16         THE VIDEOGRAPHER:  Back on the record
17     at 2:30.
18     Q.   Good afternoon.  Ms. Wallop, you still
19 understand that you're under oath?
20     A.   Yes.
21     Q.   On this Exhibit Number 9, on page
22 Eastern 9.
23     A.   Just a second.
24     Q.   I think it's right in front of you.
25     A.   Oh, okay.  Number 9, page 9, whatever

Page 168

1  it is.
2      Q.   Yeah, Eastern 9 is the Bates number.
3      A.   Okay, yes.
4      Q.   Do you see where it says, "It is
5  understood that client may direct other entities
6  to pay the contractor"?  It's in the –
7      A.   Yes.
8      Q.   What was the purpose of this clause?
9      A.   Well, it was very simple, but,
10 apparently, Mr. Guo didn't understand how
11 important it was.
12     Q.   Well, why was this clause inserted into
13 the agreement; what was the meaning of it?
14     A.   Because we had told him that, and they
15 had told us that it was coming through a William
16 Wu in London from their account somewhere else in
17 the U.K. or Europe, and we had told them
18 explicitly that it should not come from Hong Kong
19 or an Asian account; and, guess what, it did, and
20 that was because of the mainland Chinese
21 intelligence services then finding out who Guo
22 and his people in Hong Kong were paying for this
23 kind of – for a contract, let's just put it that
24 way.
25     Q.   So was the purpose of this clause to

Page 169

1  prevent the Chinese communist party from finding
2  out about this relationship?
3      A.   Yes, for our safety and the safety of
4  our – our contractors or our teams.
5      Q.   Was it ever contemplated that the money
6  would come to an entity other than Strategic
7  Vision, to protect Strategic Vision's identity?
8      A.   Yes.  It was supposed to come from a
9  U.K. account to our account from – from him,
10 from Guo, through his money manager in the U.K.,
11 as we understood it.
12     Q.   When was that discussed?
13     A.   It was discussed when – just before we
14 agreed to the contract, to the terms of the
15 contract, or the agreement.  We shouldn't call it
16 a contract, as it's an agreement.
17     Q.   And how did that issue come up; did you
18 bring it up or was it –
19     A.   Mike and I both raised it.
20     Q.   Okay.  And what was just the substance
21 of that discussion?
22     A.   The security fact that it was dangerous
23 for all of us to be connected with him based upon
24 the investigation that we would be doing, and if
25 that investigation of the mainland Chinese

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 170

1 hierarchy and their families was disclosed as a
2 result of the funding that he was doing to us
3 directly.
4     Q.   Did you ever consider, on the recipient
5 side, using another entity to receive the money,
6 other than Strategic Vision?
7     A.   No.  The agreement was with Strategic
8 Vision.  We had no idea who Eastern was.
9     Q.   Let me ask you about the next sentence
10 there.  It says, "all client payments must be
11 received by the contractor by wire transfer
12 within five business days of invoice," do you see
13 that?
14     A.   Yes.  Somewhere.
15     Q.   It's the last sentence in that
16 paragraph.
17     A.   Yes.
18     Q.   Did Strategic Vision issue any invoices
19 to Eastern?
20     A.   We were – no.
21     Q.   So there was never a time when
22 Strategic Vision sent an invoice document saying
23 you owe this money to us, to Strategic – or to
24 Eastern Profit, excuse me?
25     A.   That's when Lianchao was involved, and

Page 171

1 he explicitly told Guo that he did owe the
2 amount.  We never got paid for January, we never
3 got paid for February.  We had the agreement,
4 which outlined the terms.  We gave Guo the first
5 two weeks, essentially, free on our own ticket.
6 So from the 16th to the 26th was ten days that we
7 were into the contract.  So if you've taken it
8 from the 16th of January to the 16th of February,
9 that's when an invoice technically should have
10 gone out to him.  But we believed we were still
11 pulling information, and we wanted to be able to
12 have as much as possible for him, and, in the
13 meantime, he pulled his stunt with the lawsuit on
14 the 23rd.  And I was out of the country, so I
15 didn't know anything about it.
16     Q.   So Strategic Vision never sent Eastern
17 an invoice prior to February 23rd, 2018?
18     A.   We did not, but we should have.  In
19 hindsight, we thought that we were – we thought
20 that we were being honest.
21     Q.   When was the first time Eastern Profit
22 Corporation was included in this contract, in a
23 draft of it that we should say?
24     A.   It was never, until this particular
25 document, to my knowledge.

Page 172

1     Q.   Was that on January 6th, the day it was
2 signed?
3     A.   I think so.
4     Q.   And how did that come up?
5     A.   Yvette said that was who was going to
6 be signing it.
7     Q.   What did you say in response to that,
8 if anything?
9     A.   I asked her, I said, who's Eastern
10 Profit?  She said, Mr. Guo's company, or some
11 such thing.
12     Q.   Then you checked where Eastern Profit
13 Corporation Limited was incorporated?
14     A.   If I recall, when we were in the
15 federal court, you didn't know where –
16     Q.   I'm asking you a question.
17     A.   No, I'm –
18         MR. SCHMIDT:   Just answer –
19     A.   I'm trying to answer it.  I don't know
20 because I couldn't find anything; when we went to
21 sort of look it up, there wasn't anything that we
22 could find in this country.
23     Q.   What I'm asking is, did you look up
24 Eastern Profit Corporation Limited on January 6,
25 2018, did you try to figure out where it was from

Page 173

1 then?
2     A.   No.
3     Q.   Did you know it was domiciled in China?
4     A.   I had no idea.  They certainly didn't
5 reveal that to us, as they should have.
6     Q.   Did you ask them where it was
7 domiciled?
8     A.   Yvette didn't know.
9     Q.   I'm asking if you asked?
10     A.   I asked Yvette.  She didn't know.
11     Q.   When was that?
12     A.   At the signing.  I said, what is this
13 Eastern Profit Corporation?
14     Q.   You asked, what is this Eastern Profit
15 Corporation?
16     A.   Yes.
17     Q.   And what did she say?
18     A.   She said, I don't know, it's something
19 that Mr. Guo has his own – it's his own company.
20     Q.   And was there any followup to that or
21 was that the end –
22     A.   No.
23     Q.   – of the discussion?
24     A.   That was the end of the discussion.
25     Q.   Okay.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 174

1    A.   It was supposed to be funded.  The
2    entire contract was supposed to be funded.
3    Apparently, it wasn't.
4    Q.   Let's go back to Exhibit 7.  I think
5    previously you had mentioned that you saw this
6    Exhibit 7 when Mr. Guo put it on a table at a
7    meeting, is that right?
8    A.   I believe this is correct.
9    Q.   And when was the next time you saw this
10   information?
11   A.   When we actually printed it off from
12   the USB key.  After three different attempts of
13   corrupted USB keys from Yvette, we finally were
14   able to print it off ourselves onto a virgin
15   computer.
16   Q.   Okay.  When did – when was the first
17   time you saw this information after the coffee
18   table viewing?
19   A.   When we printed it off after we got the
20   corrupted USB keys from Yvette.
21   Q.   What date was that?
22   MR. SCHMIDT:  What date?
23   A.   Oh, I'm sorry.  I guess it was about
24   the – oh, God, about the – oh, the 8th, the 8th
25   of January it would have been.  It would have

Page 175

1    been Monday, because I had to come up to New York
2    to get it.
3    Q.   So you didn't see the information in
4    Exhibit 7 on January 6, 2018 when it was – the
5    contract was signed?
6    A.   No.
7    Q.   You didn't view it?
8    A.   I – it wouldn't open, that was the
9    problem.  That's why I had to come to New York.
10   On the 6th, she gave us three keys, three USB
11   keys.  Two would not open.  The third one would
12   not open on my computer, and so that's when I
13   took it to my neighbor and he was kind enough to
14   put it into his computer, just to see if anything
15   would open.  All it was was complete corrupted
16   file, just nothing but Chinese characters all
17   over the place.  It had no – nothing like this.
18   So we both starting pulling all of the wires out
19   of his computers and his hard drives and – yeah,
20   and yanked the flash drive out and everything
21   else.  It was a nightmare.
22   Q.   And who's your neighbor?
23   A.   You have the letter.  His name is
24   Richard Shewell, S-h-e-w-e-l-l.
25   Q.   And What's Mr. Shewell's relationship

Page 176

1    to Strategic Vision?
2    A.   None, other than a friend who kindly
3    was trying to see if there was something the
4    matter with the flash drives, which clearly there
5    were.  So then I came to New York on Monday to
6    meet her, that is Yvette, at the Pierre, in the
7    lobby.  I brought another computer.  She brought
8    three flash drives.  One worked, and that was
9    this, this one; in other words, this file.  The
10   other two were corrupted.
11   I kept them, kept all of the flash
12   drives.  I took the one that was good, I brought
13   it back to Washington and put it into a virgin
14   computer, and then we printed this thing off.  A
15   virgin computer, for the benefit of the court, is
16   one that has no connection to the internet and/or
17   a printer that has any connection to an internet.
18   So it's like a dumb computer.
19   Q.   Does Strategic Vision have any kind of
20   confidentiality arrangement with Richard Shewell?
21   A.   No.
22   Q.   Is Richard Shewell a member of the team
23   or otherwise –
24   A.   No.
25   Q.   Let me just finish the question for the

Page 177

1    record.  Is Richard Shewell part of Strategic
2    Vision's team or teams that provide investigatory
3    research?
4    A.   No.
5    Q.   So once you've accessed this
6    information on January 8th, what did Strategic
7    Vision do next?
8    A.   On January 8th?
9    Q.   Yes.  Now that you have the list of
10   fish.
11   A.   So now that we've printed off this
12   file, then Mike came and we sat down and we
13   started talking about how we were going to –
14   where we could – which certain things we could
15   put together and enter into our channels for
16   information.  And then we – then he got in touch
17   with Team 1, that had been sort of sitting on
18   hold, and then – then there were meetings with
19   Team 1 leader, and we began.
20   Q.   So just this initial process with
21   Dr. Waller, were you parsing to see who was going
22   to do what in terms of the investigation, is that
23   fair?
24   A.   Somewhat, yes.  It's a very complex
25   investigation.  It takes the U.S. side as well as

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 178

1  international side.  We had to divide up the
2  issues.
3      Q.   Were there aspects of the research that
4  he was going to handle and aspects that you were
5  going to handle, or Strategic Vision was going to
6  handle?
7      A.   I would say so, yes.
8      Q.   And what portion of the research was
9  assigned or delegated to Strategic Vision, or you
10  personally?
11      A.   The U.S. side, where we felt that we
12  could pull certain pieces of information legally
13  from U.S. channels, so we had to go through and
14  see who supposedly had a U.S. passport, U.S.
15  visas, or who had, you know, illegitimate
16  children born in the United States.  It was a –
17  it was big.  It was a big issue.
18      Q.   And what portion – I take it Mr.
19  Waller was going to do the international portion?
20      A.   No, Dr. Waller.
21      Q.   I'm sorry.  I was calling him Mr.
22  Waller the whole last deposition, so correct me,
23  please, feel free.  Dr. Waller.
24          What was Dr. Waller assigned to in
25  terms of this division?

Page 179

1      A.   He was assigned to work with Team 1 to
2  help pull the information with Team 1, because
3  there were a number of things that they had to
4  get into, but they could only do it from an
5  overseas location.
6      Q.   I see.  So none of the U.S.-based
7  investigatory research was handled by Team 1?
8      A.   No.  Well, no.  It was all done – it
9  was done through the U.S. side.
10      Q.   And that was not Team 1?
11      A.   No, it's never been Team 1.
12      Q.   Got it.  I just want to be clear about
13  it.  The way you're saying no could be
14  interpreted multiple ways, so I just want to be
15  super clear.
16      A.   Not really.
17      Q.   Okay.
18          MR. SCHMIDT:  Just –
19          THE WITNESS:  I know.  It's silly.
20      Q.   You could just – it's not.  It's a –
21  you have to understand, ma'am, it's a record that
22  we're trying to keep clear for the court, and I
23  just don't want there to be ambiguity.
24      A.   I wouldn't want any ambiguity for the
25  court.

Page 180

1      Q.   Of course not.  Right.
2      A.   I want the court to be – have a very
3  clear reading of what is being asked.
4      Q.   Me, too.
5      A.   Good.
6      Q.   And so then how did you – were you
7  managing the U.S.-based process personally?
8      A.   Yes.  Um-hum.
9      Q.   So you've got the information on
10  January 8th.  What did you do in terms of that
11  process?  What was –
12      A.   Mike and I, as I said, divided up what
13  needed to be done.  I got in touch with my
14  channels, he got in touch with his channels.
15      Q.   Just without even saying who your
16  channels are or what they do, did you get in
17  touch with several people; how many people did
18  you get in touch with?
19      A.   I have no idea.  There were a number of
20  people.
21      Q.   And did you receive valuable
22  information from those people?
23      A.   Some, I did and some was – was fake
24  information.  You have to understand that we were
25  given fake names and fake information to either

Page 181

1  send us down rabbit holes for nothing, a waste of
2  time, or we could find legitimately that there
3  were some people that we could actually piece
4  together some of the tracking.  But their names
5  had been changed.  They kept changing their
6  names.
7      Q.   So when did you – when did you first
8  find out that, in your understanding, some of the
9  names were fake; when did that happen?
10      A.   I would say probably within the
11  first – probably within the first ten days.  And
12  we discussed that with Lianchao and we discussed
13  it with – with Guo.
14      Q.   Okay.  How was – was there a meeting
15  with Lianchao –
16      A.   Yes.
17      Q.   – and Guo where that was discussed?
18      A.   Yes.
19      Q.   Where was that?
20      A.   In New York, at his apartment.  We
21  never met Guo outside of his apartment.  He never
22  left his apartment.
23      Q.   And when did that meeting occur?
24      A.   I guess it was, as I said, within the
25  ten days from the 8th, 9th, which was like a

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 182

1  Monday or a Tuesday, to about the 15th or so of
2  the month, 16th, something like that.
3      Q.   Was Ms. Wang there?
4      A.   Where?
5      Q.   At that meeting that you've just
6  described.
7      A.   Who knows.  He kept saying he didn't
8  trust her.
9      Q.   I'm asking whether you recall her being
10 present?
11     A.   No, I don't remember, because sometimes
12 she was in there and sometimes Lianchao was
13 there, so I don't remember.  He said he didn't
14 trust her, so a lot of times he sent her out.
15     Q.   In other words, she might have been in
16 the area, in the building that you were meeting
17 in, but he would say, leave the room?
18     A.   Yes.
19     Q.   And you would have the meeting without
20 her?
21     A.   Yes, that happened.
22     Q.   How many times did that –
23     A.   On several occasions.
24     Q.   And were you and Dr. Waller
25 coordinating and checking in on the research

Page 183

1  after this January 8th start date?
2      A.   Oh, yeah.  I mean, obviously, I
3  couldn't – I could only do from my side what I
4  could do on retrievals.  What he was doing with
5  Team 1 was – was totally different because it
6  was overseas, and so, therefore, he was
7  coordinating with the person on the overseas
8  retrieval, and I was not a party to that.
9      Q.   Right.  How did you check in with one
10 another?  Would you meet in –
11     A.   Daily.
12     Q.   – D.C.?
13     A.   No, no, no, he would come to my home.
14 We never did anything on the telephone.
15     Q.   So after – well, starting on
16 January 8th, you and Dr. Waller were meeting
17 almost daily to handle this investigation?
18     A.   I would say so, yes.
19     Q.   But of course you couldn't communicate
20 with him when he was flying to Europe or things
21 of that nature, correct?
22     A.   No.
23     Q.   Because you wouldn't.  Because, even
24 though you could communicate with him, for
25 security reasons, you would not do that?

Page 184

1      A.   That tended to be the case.  I mean, he
2  might say, I've landed, or he might say, I just
3  finished my meeting, or, I'm on the way back.
4  That's about the limit of it.
5      Q.   And would those be Signal messages or
6  some other communication means?
7      A.   Usually on Signal.
8      Q.   Did you keep your Signal messages with
9  Dr. Waller?
10     A.   I turned over everything I had to –
11 whatever is there to Joe.
12     Q.   Right.  I'm asking –
13     A.   To the law firm.
14     Q.   I'm asking if you – did you delete
15 Signal messages you had with –
16     A.   Some I have.
17     Q.   – Dr. Waller?
18     A.   I always do.  Because some I – I don't
19 keep Sig – all of my Signal messages.  That
20 means for everybody, not just for Guo.
21     Q.   I understand.  And why is it your
22 practice to delete messages like that?
23     A.   Because that's what it's set up for.
24 That's what Signal does.
25     Q.   Oh, there's like an automatic

Page 185

1  destruction policy?
2      A.   There's an automatic destruction thing,
3  It's 30 minutes or 30 whatever.  An hour.
4      Q.   Okay.  That's one of the features of
5  the application?
6      A.   Yes.
7      Q.   Did you ever ask Mr. Guo or Lianchao or
8  Yvette Wang how they got the information in
9  Exhibit 7?
10     A.   Yes, they told me.
11     Q.   What did they tell you?
12     A.   Guo said, this is the file, he slammed
13 down on the coffee table like that in front of me
14 in his apartment, his sun room, and said, this
15 is what we need to investigate, these are the
16 people we need to look into, and, here, you can
17 look through the names.  And I said, wow.  He
18 said, I paid $250 million for this.  I said,
19 really.
20     Q.   I take it you didn't believe that
21 price?
22     A.   I found that extraordinary, given just
23 even the preliminary stuff that was on it.
24     Q.   And did he explain to you how the
25 information was obtained by him, other than

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 186

1 obviously paying for it, what means were
2 employed?
3     A.   He bribed people to get it, bribed
4 people to take photographs of passports, I guess.
5 I don't know.
6     Q.   Did you tell you that or is that your
7 assumption?
8     A.   He actually told me that. I mean, he
9 said that in the meeting. He said, yeah, I had
10 to bribe people to take pictures of passports.
11 Otherwise, I don't know where the other
12 information came from.
13     Q.   Let's go to the next document.
14         (Wallop Exhibit 10, Signal messages,
15     Bates stamped Eastern-0000201, marked for
16     identification.)
17     Q.   This has been marked Wallop 10. Do you
18 recognize this Signal thread?
19     A.   Well, it looks like it's from me, and
20 probably to Yvette.
21     Q.   Did you ever exchange Signal messages
22 with Lianchao Han?
23     A.   I'm sure I have. It may or may not
24 have had anything to do with this, the contract.
25     Q.   So you've worked with Mr. Han on other

Page 187

1 matters or --
2     A.   Well, we're pro-democracy, and he
3 represents a pro-democracy group in Washington;
4 and so, yes, there are issues that are going on
5 about the mainland that had nothing to do with
6 Guo.
7     Q.   Going to Eastern 203.
8     A.   Yes.
9     Q.   Do you see where it says, "yes let's
10 discuss now"?
11     A.   Yes.
12     Q.   And below that there's like a little
13 phone symbol, do you see that?
14     A.   Correct.
15     Q.   Do you recall speaking to Ms. Wang
16 about this agreement on or about December 28th?
17     A.   That would have been correct, because
18 that's when they sort of were changing the terms
19 of the contract from ten fish to 15 fish, and
20 that's what the 15 refers to in her...
21     Q.   And you had a phone conversation about
22 that?
23     A.   Yes, it's right here. And then I put
24 it in -- or she put it in there, and then you'll
25 see the rest of it.

Page 188

1     Q.   Did you discuss any other terms at that
2 point, or was that just the focus, the number of
3 fish, during the first month?
4     A.   It was the number of fish for the first
5 month.
6     Q.   I'm asking from your memory --
7     A.   Yes.
8     Q.   -- do you recall discussing any other
9 terms of the agreement?
10     A.   No, we didn't change that term. She
11 knew that, in the second month, it would be ten
12 fish.
13     Q.   And did you redraft or edit the
14 agreement based upon this discussion?
15     A.   Not that I recall, no.
16     Q.   Well, you did put in that there would
17 be 15 fish during the first month instead of
18 the --
19     A.   Yes, because we'd already -- when was
20 this? This was 12/29.
21     Q.   28.
22     A.   12/28. And I can't even remember on
23 the contract whether it's -- I don't know if we
24 even defined whether it was 15 in the first month
25 or not, but we went ahead and agreed to the 15;

Page 189

1 so, gave her five fish, basically.
2     Q.   Did you ever give her a copy of the
3 agreement for her to make edits?
4     A.   Yes.
5     Q.   When was that?
6     A.   Because when we talked about it, she
7 was talking to Guo all the time on the telephone,
8 and we made edits. I remember when she was at
9 the house earlier that -- maybe during this time
10 frame, the 29th, or 28th or something. "We are
11 looking at your changes and have made a combined
12 document based on our conversation yesterday and
13 our mutual agreement." This was on the 29th.
14         So we made it at my house, and then we
15 agreed to it, and then I went and printed it off
16 from my printer.
17     Q.   Right. What I'm asking is, did you --
18 you physically gave her a --
19     A.   Yeah.
20     Q.   -- a paper copy?
21     A.   Yes, we both did. I mean, we both had
22 the same piece of paper that we were scratching
23 up and redoing.
24     Q.   I wasn't sure of that, that's why I'm
25 asking. I don't know that.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 190

1    So she left with a copy of the draft
2    agreement on or about –
3    A.  I believe so –
4    Q.  – December 29th?
5    A.  – yes.  It says here, "most easy
6    edits, no worries."
7    Q.  And that was your comment, correct?
8    A.  Yes.
9    Q.  Why did you think they were mostly easy
10   edits?
11   A.  Well, because she had – she had made
12   the suggestion on the edits, so I made the
13   agreement to go ahead and make the little
14   changes, whatever they were.
15   Q.  And did you meet with Ms. Wang again on
16   or about December 30th?
17   A.  Honestly, I can't remember the 30th.  I
18   do remember the – I guess it says – see, here
19   it's the 5th.  I think it was the 5th that I met
20   her next.
21   Q.  Let me ask you this.  Do you recall a
22   meeting with Ms. Wang where you thought that she
23   was proposing major and unreasonable changes?
24   A.  Somewhere in that earlier part of that
25   conversation, and that's when we made the changes

Page 191

1    in the edits.  She then consulted with Guo.  Guo
2    agreed to them, there might have been something
3    he disagreed with, and then he disagreed with
4    her, and then we went back and re-did the edit
5    back to sort of what the original language must
6    have been in the final copy that she signed, and
7    he agreed to, on the telephone.
8    Q.  Was that on January 6th, on the actual
9    date of the signing?
10   A.  No, it was a little bit earlier.  I
11   think it goes back here to wherever we were
12   talking about mostly easy edits.
13   Q.  Okay.  Was Mr. Guo on the phone when
14   you and Ms. Wang signed the agreement?
15   A.  Yes, I think he was.  I think he was.
16   Because she sat on the sofa with me, and that's
17   where she was talking to somebody, so I – in
18   Mandarin, so I presume that's who it was.
19   Q.  Okay.  So you didn't know who she was
20   talking to at that point, but –
21   A.  No, but she – it was clear to me that
22   it was Guo.  She just sort of hung up, she said,
23   okay, fine, we all agree, everything is fine.
24   Q.  But he wasn't on speakerphone, so you
25   didn't hear his voice?

Page 192

1    A.  No.  It was Mandarin, so he was just
2    speaking to his employee, I guess.
3    Q.  But you – sitting here today, you're
4    not certain that it was him?
5    A.  I could hear his voice, so it sounded
6    like him.
7    Q.  Turning to Eastern 206.
8    A.  Yes.
9    Q.  Do you see this message talking about
10   "unfortunately they could not stop the process
11   technically.  My Boss said he had already
12   contacted you about this fund...we were
13   discussing last week, as I advised you that our
14   people were ready to send you the deposit."  Do
15   you see that?
16   A.  I do.  I was very confused by that.
17   Q.  There's a PDF that was attached to this
18   document, do you see that?
19   A.  Yes.
20   Q.  Do you have any recollection as to what
21   was sent to you on or about January 2nd
22   concerning this deposit?
23   A.  This was, I believe, the copy of the
24   DBS wire.  I'm not sure, but I think it was.
25   Q.  And what was your response to receiving

Page 193

1    the wire?  Because, correct me if I'm wrong, but
2    the contract had not been signed as of
3    January 2nd, 2018, correct?
4    A.  Not by the 2nd, but we had agreed to
5    everything on the terms, even though she had to
6    come back from New York to sign the document; we
7    had agreed by telephone.
8    Q.  Were you surprised to receive the money
9    at that time?
10   A.  Not entirely.  But we – we – it came
11   from a source that we didn't know who it was.  It
12   came from ACA Capital or something.  We didn't
13   know who that was.
14   Q.  So how did you find out about that?
15   Did this message prompt you to check your account
16   or was it that you checked your account and said,
17   why is there a million dollars there?  What was
18   the process?
19   A.  It was very simple.  I got this
20   message –
21   Q.  I see.
22   A.  – I checked the account.  Something
23   from ACA was there.  Said, my boss, meaning Guo,
24   said he had already contacted us about this fund.
25   We never got any contact from Guo.  Never.  Never

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 194

1  received a phone call, never received a text,
2  nothing.  So I don't know what she's talking
3  about here.
4       "Our contract won't be changed if there
5  is a chance to work together.  Otherwise please
6  kindly return fund."  These people were like
7  ping-pong balls, okay?  You're just trying to do
8  what they're asking you to do, you get everything
9  in order to do it, and then they fool around with
10  this nonsense.
11      Q.   Did you consider sending the wire back
12  because you didn't have a signed contract or --
13      A.   No, because we already had agreed to
14  this verbally.  Both Guo and herself had agreed
15  to it.  And so she then comes down on the 5th,
16  and signs the thing on the 6th.
17      Q.   And so, going back to the 6th.  Were
18  there any changes made to the agreement at that
19  time?
20      A.   No, none.  The only change was that I
21  accepted the 15 fish instead of the ten, I mean,
22  verbally.  It was a verbal, honorable thing to
23  do.  And then here's my thing saying right what I
24  said on whatever it is, 208, as discussed with
25  the 15 fish.

Page 195

1      Q.   Did you tell Yvette that they shouldn't
2  have sent the wire from where they had?
3      A.   Well, I -- later on I did.  Lianchao
4  told her; like, what were you thinking?
5      Q.   So you had a conversation with Lianchao
6  about the wire --
7      A.   Later.
8      Q.   -- being done properly?
9      A.   Later, later.  Like, two weeks later.
10      Q.   And you understood that Lianchao had
11  conveyed that to --
12      A.   Yes.
13      Q.   -- Ms. Wang?
14      A.   Well, to Guo.  He played those two back
15  and forth.  He played Yvette against Lianchao,
16  Lianchao against Yvette.
17      Q.   Turning to Eastern 208.  It says, "We
18  hope you will have the docs as discussed for the
19  15 fish with you"?
20      A.   That's right.
21      Q.   And so what was -- was that the -- you
22  already understood what that was, that was --
23      A.   That was this.
24      Q.   -- Exhibit 7?
25      A.   Yes.  And that's when she arrived on

Page 196

1  the 5th and she had the bad flash drives, okay?
2  That's when I went to the next door neighbor,
3  just to stick it in to see if it was alive or
4  not.  He didn't see anything, because there was
5  nothing to see, and he couldn't have seen
6  anything even if he had.  So that's exactly what
7  happened.
8      Q.   Turning to Eastern 211.  You wrote,
9  "the agreement for 3 months is correct."  Do you
10  see that at the top of the page?
11      A.   Yes.
12      Q.   What did you mean by that?
13      A.   Because the contract was for three
14  months, was for 90 days.  January, we have
15  allowed 15 fish.  Ten fish each for February and
16  March; for some reason, that's sort of cut off.
17  Oh, here it is, March.  "We will determine the
18  subsequent monthly costs obviously by the next
19  set of numbers of fish in the tank."
20      Q.   So what would happen after 90 days?
21      A.   We were all going to regroup and figure
22  out how much -- how many of the fish had -- were
23  useful information for him and how many fish had
24  been tossed out, and then he was going to be
25  adding more fish.  He said up to 4,000 fish,

Page 197

1  total.
2      Q.   Would it have been possible to do
3  investigations on 4,000 fish?
4      A.   Not at all once, and he knew that.  He
5  agreed that would be ridiculous.  It was supposed
6  to be a three-year contract.
7      Q.   But it was a -- you're saying it was a
8  three-month contract?
9      A.   It was three months, to be done for a
10  year, if you look at the contract itself, and
11  then, after that time, it was a three-year
12  contract.  If you recall, on the last page of the
13  agreement, "duration of this contract shall be
14  enforced for three years from the date of
15  signing."  That's what we had initially planned
16  on.  We certainly had initially planned on the
17  first three months.
18      Q.   On Eastern 213, do you see where it
19  says, "can you please send the contract here?  I
20  get the right person to do.  Thank you"?
21      A.   That was weird.
22      Q.   What did you understand that request to
23  mean?
24      A.   Well, we certainly weren't going to
25  send it through any kind of email thing.  So she

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 198

1   had to sign it – she had to come – she signed
2   it on the 6th.  So she says, "please send the
3   contract here I get the right person to do."  I
4   don't know what that meant.  "There is of course
5   no impasse here.  I work with several people, M
6   is one of them saying for this project he is not
7   only boss."  Well, that was news to us.
8        Q.   I'm just asking about why you didn't
9   send the contract when it was requested there?
10       A.   Because we still didn't have – oh,
11  dear lord.  We still didn't have the flash
12  drives.  This was the 5th.  We didn't get the
13  proper flash drives with the folder until the
14  8th, Monday the 8th.  So what could we do, except
15  take – except have her sign the contract.  They
16  had already sent the money, we all had agreed to
17  the terms.  She needed to sign the contract.
18  Then I went to New York to get a flash drive
19  that, God willing, would work, out of the three.
20       And we tried to explain to them that
21  their systems were corrupted.  If she was
22  downloading, or he was downloading the stuff from
23  his own computer, he was getting – he was being
24  hacked into by the Chinese himself.  Because you
25  can't make this stuff up on the – on the

Page 199

1   corrupted files.
2        Q.   But before January 6th, you weren't
3   aware of any corruption or hacking issues, were
4   you?
5        A.   Yes, absolutely.
6        Q.   How were you supposedly aware of that?
7        A.   Well, because we had a corrupt – when
8   we were even sitting there, I think at one point
9   Guo had a USB key and he was putting it into his
10  own computer, and it was acting up, and he took
11  it out and he said, I can't – I can't do the
12  file here.
13       Q.   When was that?
14       A.   It was before – this must have been
15  sometime in mid-Jan – mid-December, whenever we
16  were up there meeting with him, he had an issue
17  with the computer.  And Mike told him, he said,
18  you know, you got – you got issues here that
19  have nothing to do with us.
20       Q.   You wrote, "As you know, the agreement
21  can only be reviewed and cannot be sent by email
22  for the purpose of absolute security"?
23       A.   Correct.
24       Q.   It says, "Other than New York, L, M and
25  myself and you, we are the only ones privy to

Page 200

1   it."
2        A.   Correct.  And New York was equally
3   adamant about it.  That was Guo.
4        Q.   I was going to say, who's New York?
5        A.   That was Guo.
6        Q.   And L is Lianchao?
7        A.   Yes.
8        Q.   And who's M?
9        A.   Michael, Mike, Dr. Waller.
10       Q.   Turning to Eastern 19.  You wrote,
11  "Thank you.  I will look forward to seeing you
12  tomorrow here.  You can make whatever minor
13  changes here on my laptop and then print off two
14  copies"?
15       A.   Correct.  That meant print off two
16  copies of the agreement.
17       Q.   Right.  What were the changes or issues
18  that you were thinking of at that time?
19       A.   Whatever changes we made that were –
20  she would – I mean, whatever was made was made,
21  and we agreed to in the document.  I don't
22  remember.  They were minor.
23       Q.   You said, "we've already lost a week"?
24       A.   That's right.
25       Q.   What did you mean by that?

Page 201

1        A.   If we didn't have this, we couldn't
2   start.  If we didn't have the entire file, we
3   couldn't start, could we?  Because we had no
4   information to go on.
5        Q.   Did you understand that time was an
6   important factor?
7             MR. SCHMIDT:  Objection.
8        A.   Of course it was an important factor.
9        Q.   Why was that?
10       A.   Because we were prepared to go, but,
11  due to their corrupt files, we couldn't start
12  until we got the full document that was not
13  corrupted.
14       Q.   Right.  But this is January 5th, right,
15  this email message or Signal message?
16       A.   Yes.
17       Q.   And so I'm just asking, you hadn't
18  seen – or you hadn't received the files that had
19  any alleged issues with it in terms of –
20       A.   Yes.  She came on the 5th, she put the
21  files in, they didn't work, they were corrupted.
22  I then had to get on the train and come up here
23  on the Monday morning, the 8th, okay, to get the
24  USB file that was clean.  Out of the three, there
25  was only one that was clean.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 202

1   Q.   I thought –
2   A.   So we couldn't start.
3   Q.   – the agreement was signed on
4   January 6th, though?
5   A.   Yes, but we couldn't start until we had
6   clean files.  She thought she had clean files,
7   and she didn't have them on the 5th and 6th, did
8   she?
9   Q.   I don't understand how you thought you
10   lost a week, if you hadn't even signed an
11   agreement yet?
12   A.   Because the funds had been sent, right,
13   on the 29th, and let's call it the 2nd that we
14   had received them, and, in fact, they didn't
15   really get into our account until the 4th because
16   of the holiday weekend and so forth.  And then
17   Citibank called to say, are – is this your –
18   are these – you expecting this?  I said yes.  So
19   they were fine.  But they were not available –
20   there's something known as a federal reserve,
21   that stops large payments.  Anything over, like,
22   $300,000 gets flagged.  So we had to verify that
23   this was a contract.
24   Q.   Let's go to Eastern 223.  Do you
25   remember Ms. Wang sending you a Signal message

Page 203

1   asking to accommodate two small fish?
2   A.   Two more small fish.  So it would have
3   made 17 fish, okay?  No.  The answer was
4   absolutely no.
5   Q.   Well, let's just go one at a time.
6   MR. SCHMIDT:  Do you remember receiving
7   the message or –
8   THE WITNESS:  Yes.
9   MR. SCHMIDT:  – or –
10   THE WITNESS:  Yes.
11   MR. SCHMIDT:  Okay.
12   Q.   Okay.  And what was your response?
13   A.   No.  Absolutely no.
14   Q.   And why did you have that firm
15   response?
16   A.   Because we've already given you five
17   extra fish, if you will read my response.
18   Q.   They did have to pay for those 15 fish,
19   though, right?
20   A.   Not really.
21   Q.   Okay.
22   A.   They didn't.  They were five free fish.
23   Q.   And they were entitled to all three
24   reports on those 15 fish?
25   A.   What reports?

Page 204

1   Q.   The financial, forensic research,
2   current tracking and social media?
3   A.   There were not reports, other than
4   flash drive information, which we've already
5   answered that.
6   Q.   Of course we have, yes, but they are
7   referred to as reports in the agreement, so
8   that's why I'm using that term.
9   A.   They're flash drives.
10   Q.   Okay.
11   A.   They're not written.
12   Q.   And the teams that are already
13   dispatched, how many teams were dispatched as of
14   January 9th?
15   A.   Well, One was in the process of
16   being – Number One was being in the process of
17   being dispatched because it was an overseas
18   person that was – that Mike had to coordinate
19   with, and we had to get – we had to get numerous
20   computers and different kinds of phones and
21   burner phones and everything.  It's a huge
22   operation.
23   Q.   Were you involved at all in the
24   logistics of that operation?
25   A.   No.  Mike was.

Page 205

1   Q.   So he was involved in procuring the
2   phones and computers and things of that nature –
3   A.   No.
4   Q.   – for Team 1?
5   A.   Team 1 did it.
6   Q.   Okay.  What other teams were dispatched
7   as of January 9th, other than Team 1?
8   A.   That was the only "team team" outside
9   of the United States.  I was collecting or I was
10   getting ready to begin to collect information
11   from my own channels, which was not labeled as a
12   team.
13   Q.   Right.  I'm just trying to understand
14   your message on Eastern 224.  At the end it says,
15   "Teams are already dispatched and beginning their
16   trip"?
17   A.   That meant Mike and the person that was
18   hiring the people to manage this particular
19   account.  It wasn't just one person with one
20   computer.  There were at least ten.
21   Q.   Ten individuals?
22   A.   Ten individuals.
23   Q.   On Team 1?
24   A.   On Team 1, at least.
25   Q.   And how did you know how many members

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 206

1  of Team 1 there were?
2      A.   Because I was told that by Mike.
3  That's all I know.  I don't know who they were, I
4  don't know their names.  I don't know anything
5  about it.  We compartmentalized it.
6      Q.   Right.  So you don't have any -- you
7  played no role in assembling Team 1 or managing
8  its actions?
9      A.   My expertise, young man, is --
10     Q.   I'm not that young, but go on.
11     A.   -- is 45 years of working in
12 specialized areas, and I understand how to
13 assemble the right people to do, God knows, the
14 right job.  And Mike was one of the people who
15 did dispatch and organize Team 1.
16     Q.   Right.  So you weren't involved with
17 managing or assembling --
18     A.   Not on a --
19     Q.   -- Team 1?
20     A.   -- day-to-day because we were
21 compartmentalizing it.
22     Q.   That's fine.  You can -- I'm just
23 asking for an answer.
24     A.   I'm giving you one.
25     Q.   Thank you.

Page 207

1      A.   You're welcome.
2      Q.   What was the issue that -- if we go to
3  Eastern 227, that caused a delay of eight days?
4      A.   Okay, you have to take a calendar out
5  and look at the calendar for January.  It's easy
6  to see.  The 8th, Monday the 8th was when we
7  finally got a decent copy of this, right
8  (indicating)?
9      Q.   Exhibit 7?
10     A.   Yes, Exhibit 7.
11     Q.   Sure.
12     A.   That week, Mike and the person from
13 Team 1 were coordinating how they were going to
14 get the -- the equipment together.  They had to
15 drive to three different countries to get the
16 information -- I mean, to get the equipment, so
17 they wouldn't be tracked.
18          The IP numbers and everything else
19 would not be tracked.  These would be, quote,
20 technically, virgin computers, virgin phones,
21 these would be burner phones.  All of these
22 communications had to be coordinated.  So from
23 the 8th of January to the 16th, I believe, makes
24 eight days.
25     Q.   And that's what I'm trying to

Page 208

1  understand.  What was it between the 8th and the
2  16th that caused a delay?
3      A.   Well, we didn't have the equipment to
4  begin to do what we said we wanted to be able to
5  do because of all of these weirdo delays with the
6  flash drives.
7      Q.   In other words --
8      A.   They were corrupted flash drives,
9  right?
10     Q.   In other words, you didn't have the
11 equipment to do the research on, let's just say,
12 January 1, you had to go and buy it --
13     A.   That's correct.
14     Q.   -- after the agreement was signed?
15     A.   That's correct.  And why would that be?
16     Q.   I'll be asking the questions.
17     A.   I know --
18          MR. SCHMIDT:  Don't ask questions.
19     A.   -- but, I mean, this is absurd.
20          MR. GRENDI:  Why don't we take a little
21 break.
22          THE WITNESS:  Yeah, I think we need a
23 little break.
24          MR. SCHMIDT:  That's fine.
25          THE WITNESS:  You just don't get it.

Page 209

1          THE VIDEOGRAPHER:  Off the record at
2  3:25.
3          (Whereupon, a short recess was taken.)
4          THE VIDEOGRAPHER:  Back on the record
5  at 3:32.
6      Q.   Still on Wallop 10, Bates number
7  Eastern 227.  Do you see where you wrote, "We
8  have some new exotic fish options to discuss
9  too"?
10     A.   Yes.
11     Q.   What did you mean by that?
12     A.   I think Mike and I had come up with
13 some information that would have been interesting
14 for Guo.
15     Q.   Why did you describe it as a fish
16 option?  What does that --
17     A.   I think exotic was the key word there,
18 because it was outside of the parameter.
19     Q.   What do you mean by parameter?  I just
20 want to understand --
21     A.   Outside of the -- the 15 fish.  It was
22 additional information that we thought he might
23 find useful.  It had nothing to do with the 15
24 fish.
25     Q.   What was that information?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 210

1    A.   I can't remember right now.  I'm not
2   being – trying to be avoiding you.  I just don't
3   remember.
4    Q.   That's okay.
5    A.   But he was happy with it, whatever it
6   was.
7    Q.   Oh, so you did describe it to him?
8    A.   Oh, yeah, I told him.  I just – Mike
9   might remember what it was.
10    Q.   And it says here on the following page,
11   228, "We expect to have new fishing info for the
12   captain later next week"?
13    A.   Yes.  That would have been – that
14   would have been the additional information over
15   and above the 15.
16    Q.   Oh, that's a reference to the exotic
17   fish option?
18    A.   Yeah.  It's in the same text.
19    Q.   There's a reference below to crispy
20   duck dumpling spinach?
21    A.   Yes.
22    Q.   Do you recall having a meal of that
23   nature with Mr. Guo?
24    A.   I do.
25    Q.   When was that?

Page 211

1    A.   In December or early January.
2    Q.   That was one of the first meetings?
3    A.   Yeah.  So it must have been December.
4   I just can't eat much, and sometimes they have
5   massive amounts.
6    Q.   You were just trying to kind of stave
7   off the embarrassment of having to turn down all
8   the stuff he was trying to give?
9    A.   Well, yes and yes.  He – he was not
10   trying to give.  They often have lots and lots
11   and lots and lots of food at Chinese lunches, and
12   he's often – he was often trying to give you
13   more food, and I can't eat that much.  So, I just
14   can't digest anything more than a little bit at a
15   time.
16    Q.   And turning to Eastern 230.  Do you see
17   where you wrote, "no.  We expect to have results
18   the following week due to the problems about
19   putting multiple fish in late."  Do you see that?
20    A.   Correct.
21    Q.   What were the problems due to putting
22   multiple fish in late?
23    A.   Well, when you add 33 percent more to
24   the – to the equation, it – it – it bogs down
25   the ten research people we had working.  We had

Page 212

1   ten fish, we had ten people.
2    Q.   Was each team member assigned – each
3   of the ten individuals on Team 1 assigned one
4   fish?
5    A.   I believe that was the case, but I do
6   not know because, again, I wasn't a party to it.
7   But that makes sense, doesn't it?
8    Q.   Were there any other problems, other
9   than just the – the large volume of 15 fish as
10   opposed to ten?
11     MR. SCHMIDT:  Objection, but go ahead.
12    A.   The initial change at the last minute,
13   asking for 15 instead of ten, sort of gummed up
14   the works.  So, yes, and he actually understood
15   that when we finally got to talk to him about it.
16    Q.   I mean, at this time, did you
17   understand that the client wanted the information
18   on a very prompt basis?
19    A.   No.  There was no deadline given to us.
20     MR. SCHMIDT:  You answered.
21     THE WITNESS:  I'm sorry.
22    Q.   Let's go to Eastern 234.  This is a
23   message on January 17, 2018.  You said, "Please
24   inform New York re above, we expect to have a
25   fairly full net."  Do you see that comment?

Page 213

1    A.   Yes.
2    Q.   What did you mean by a fairly full net?
3    A.   We were told that we had some good,
4   useful information from Team 1, but then that was
5   told to Mike.
6    Q.   Did you have any reason to think there
7   would be a fairly full net based on the
8   information your contacts were bringing in?
9    A.   I didn't know.  I just – I just
10   presumed that the – I guess the word presumed is
11   the wrong word, but I believed that if they had
12   new information, that it was going to be useful,
13   and that he would be pleased with that.
14    Q.   So had you spoken to Dr. Waller at or
15   around this time about the progress of Team 1?
16    A.   I never saw – you have to understand,
17   I never saw any of these USB keys or flash
18   drives, or the – the data that was within them;
19   again, compartmentalizing.
20    Q.   I understand that.  What I was asking
21   was, did you talk to Dr. Waller about –
22    A.   No.
23    Q.   – Team One's progress?
24    A.   No, no.
25    Q.   So this –

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 214

1    A.   Not in depth.
2    Q.   This comment about, we expect to have a
3  fairly full net, was just your assumption?
4    A.   Yes.
5    Q.   And at that time, you didn't know if
6  Team 1 was finding any information or good
7  information, or anything of that nature?
8    A.   We were told that they were finding
9  information.
10   Q.   So, again, how did you get that
11  information if you didn't get it from Dr. Waller?
12   A.   He told me, but I've said to you that I
13  only spoke a little bit to Michael.  I did not
14  know all of the details of that.  He said that he
15  believed he had some good information that was
16  going to make New York, New York, as we called
17  him, happy.
18   Q.   I got it.  Going to Eastern 235.  At
19  the bottom of the page you wrote, "We have to
20  finish shopping and we'll find a very nice
21  present for."  That's all it has there.
22       What did you mean by finish shopping,
23  if you recall?
24   A.   Well, we -- we're -- let's see.  This
25  was ten days into the contract, essentially.  We

Page 215

1  were working through weekends, so we were trying
2  to retrieve information, according to Mike, that
3  was -- that we felt that was going to be very
4  useful for him.  Again, I did not know what those
5  specifics were.
6    Q.   But the reference to shopping is the
7  collection of information?
8    A.   The collection, yes.
9    Q.   And a present would be, what, useful
10  information?
11   A.   Useful information.
12   Q.   And you said, "we'll be there on the
13  25th."  Was that for a meeting that you were
14  planning with Mr. Guo and Lianchao and Yvette?
15   A.   Yeah, it was the 25th or the 26th.  I
16  thought it was the 25th.
17   Q.   If you turn to Eastern 238.
18   A.   Yeah.
19   Q.   You see it says, "okay we'll do lunch
20  for the 26th"?
21   A.   Right.
22   Q.   And is that your recollection, that the
23  meeting was --
24   A.   Yes.
25   Q.   And what -- what happened at that

Page 216

1  meeting, if you recall?
2    A.   We had some information, and I can't
3  remember if Mike had gotten -- I don't think he'd
4  gotten the flash drive at that point, that
5  particular flash drive, but we were giving him a
6  verbal update on certain people within the --
7  within the file, Exhibit 7.
8    Q.   And you said before that you were
9  working around the clock?
10   A.   Yes.  They were.
11   Q.   But you weren't.  You mean the team was
12  or -- I just want to be precise here.
13   A.   Well, I'm human.  I don't work 24/7.
14   Q.   I didn't mean that, obviously.  But you
15  said you'd been working weekends on this; is that
16  fair to say?
17   A.   All of us were working, often.
18  Whenever we found a lead, we'd go after it.
19   Q.   And is that just standard procedure for
20   --
21   A.   Yes.
22   Q.   -- and engagement of this nature?
23   A.   Yes.
24       MR. SCHMIDT:  Just let him finish the
25  question.

Page 217

1       MR. GRENDI:  That's okay.
2    A.   Yes.
3    Q.   And does that schedule ever let up
4  during an engagement or is it just typical for
5  the beginning of an investigatory research
6  project?
7    A.   Well, something that was this intense,
8  where you had an increase -- mentally, you'd
9  already sort of planned out in the contract for
10  ten.  So you get a 33 percent increase.  So you
11  have to sort of shift -- the process, adjust
12  the process so that you can continue to keep
13  going in.
14       Again, I have to tell you, repeatedly,
15  how many names were fake, how many -- how many
16  bits of information and addresses were fake, how
17  many rabbit holes these guys had to go down to
18  to prove that there were not -- the information
19  that Guo had been given for $250 million, a lot
20  of it was rubbish.
21   Q.   Just going back to that meeting on the
22  26th of January.  Was any information presented
23  to the client?
24   A.   I think Mike did, yes, verbally.
25  Verbally.  We sat there and listened.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 218

1    Q.   Did you personally make any
2    presentation about the research at that
3    January 26th meeting?
4        A.   I wouldn't call it a presentation.   We
5    had an open discussion about the – the content
6    and the fact that we'd only been in it ten days,
7    and the complications arising from expecting –
8    or Guo expecting to have a full – or a flash
9    drive in ten days was unreasonable.
10       Q.   So was it at that time when it occurred
11   to you that there was some immediacy to this
12   project?
13           MR. SCHMIDT:  Objection.
14       A.   Not more so than usual.   He never
15   mentioned any drop dead date or anything like
16   that.
17       Q.   But did you get the impression at that
18   January 26th meeting that Mr. Guo wanted the
19   information as soon as possible?
20       A.   He always wanted it as soon as
21   possible.
22       Q.   From the very beginning?
23       A.   From the very beginning.
24       Q.   And is that part of the reason why you
25   and your team were working around the clock or on

Page 219

1    weekends?
2        A.   Yes.   We wanted to make sure that the
3    client was happy and that we could find what we
4    needed to retrieve.
5        Q.   Was there any kind of internal
6    miscommunication at Strategic Vision that delayed
7    the progress of the investigation?
8            MR. SCHMIDT:  Objection.
9        A.   Not that I'm aware of.
10       Q.   You don't recall any problems or errors
11   that were made by Strategic Vision's team that
12   delayed the progress of the research?
13       A.   To my knowledge, we never made any
14   errors.   We were going out of our way not to make
15   errors, based on the fact that we had fake
16   information on a number of the files that we've
17   been given.
18       Q.   Did you ever tell Mr. Guo or Yvette
19   Wang or Lianchao Han that there was an internal
20   miscommunication that delayed the start of the
21   research?
22       A.   Not – not to my recollection.   I mean,
23   we apologized that we hadn't been able to
24   retrieve it as quickly as he would have liked it,
25   but ten days is asking a lot.

Page 220

1        Q.   So why was it that you and Dr. Waller
2    were apologizing?
3        A.   Actually, Mike was the one who was
4    apologizing, and he was, I think – I spent time
5    in Asia.   You – you don't allow your
6    Asian friends to lose face.   And so it was really
7    important for Mike and for me not to have him
8    lose face or be embarrassed by the fact that he
9    didn't have all the information, for whatever
10   reason, that he needed to have at that lunch, and
11   that's when – that was on the 26th, the lunch,
12   when we discussed the delay.
13       Q.   Did you or Dr. Waller say to Mr. Guo,
14   what's the big hurry here?  What's the rush?
15       A.   I don't recall that.
16       Q.   You don't recall saying that?
17       A.   No, I don't recall either one of us
18   asking him.   He never told us why.
19       Q.   But you never asked?
20       A.   Well, the client was the one who should
21   have told us if there was a reason that we needed
22   to be – to have something by X date.
23       Q.   And so going back to this apology.
24   What was offered, if anything, as an apology to
25   the present client?

Page 221

1        A.   To Guo, Mike just said, I'm really very
2    sorry, it is not our standard procedure to ever
3    have an unhappy client.   We certainly will do
4    everything we can to make sure that he – that
5    you, you know, Miles, are happy with what we're
6    going to continue trying to retrieve.
7            And then Michael, again, explained to
8    him the layers of how these things are found.
9    You can't – you can't bring up legitimate
10   information if you have been given fake names,
11   fake addresses, fake family relationships.   It's
12   like looking into a dark closet and there's
13   nothing there, because you can't identify
14   anything if you have no legitimate names to go
15   on.
16           The Chinese deliberately will change
17   the names of their daughters, cousins, uncles,
18   brothers; there's no Ancestry.com that you can go
19   to to figure it out.
20       Q.   And so, was it at this meeting that you
21   conveyed to Mr. Guo and Lianchao and – well, I'm
22   sorry, who was present at this meeting?
23       A.   I think Lianchao was there.
24       Q.   Okay.
25       A.   No, no, no, I take it back.   I take it

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 222

1  back.  On the 26th, Yvette was there.  Yvette was
2  there, Mike and I were there, and – and Guo was
3  there.
4      Q.    So was – was it at this January 26th
5  meeting that you conveyed for the first time
6  that, hey, some of these names that you gave us,
7  they're fake people?
8      A.    No.
9      Q.    When was that?
10     A.    We had already told Lianchao and Yvette
11  that there were some fake names and fake leads in
12  here.
13     Q.    And when was that?
14     A.    Whenever we saw them.  And, you know,
15  since Lianchao lives in Washington, I was able to
16  tell him face-to-face, not on the telephone; we
17  had very limited, you know, whatever, Signal
18  messages or anything like that, so it was always
19  face-to-face.
20     Q.    And did Strategic Vision offer to give
21  ten days of –
22     A.    We did.
23     Q.    – free service at that time?
24     A.    And we did.
25     Q.    And was that just a client relations

Page 223

1  offer –
2      A.    Yes.
3      Q.    – it wasn't because there was any kind
4  of problem?
5      A.    I wouldn't call it a problem.  The
6  problem ended up here (indicating).  This was the
7  problem, with the initial Exhibit 7.  That was
8  the problem that – that stymied us, plus their
9  asking for the additional five fish, which we
10  agreed to do to help them out.
11     Q.    So Strategic Vision didn't see anything
12  wrong with how it was conducting itself.  There
13  was a delay because of what you just said, some
14  of the names were fake?
15     MR. SCHMIDT:  Objection.
16     A.    Yes.
17     Q.    Was this discussion on January 26, 2018
18  the first oral report presented to Mr. Guo and
19  Yvette?
20     A.    No.
21     Q.    What was the previous?
22     A.    Somewhere around the 16th, or something
23  like that, the 15th, 16th.  I don't have a
24  calendar, so I don't know.
25     Q.    And who did you make that report to, if

Page 224

1  you were there?
2      A.    Guo, and probably Lian – Lianchao, I
3  think, might have been there at that point.
4      Q.    Was Yvette there?
5      A.    I think that was one of the times he
6  sent her out of the room.  She was there, but he
7  sent her out.
8      Q.    What was the takeaway from the
9  January 26, 2018 report; what was going to happen
10  next?
11     A.    We were good.  And he said fine, just
12  keep digging.  I don't care what you have to do.
13  Go into every file you can find.  Be aggressive.
14  Don't hold back.
15     Mike explained to him that, you know,
16  there were certain parameters about what you
17  could go into legally, and that we were not
18  willing to do anything illegal, and we never
19  have, we were not going to start with him.
20     So, at the end of it, I had brought a
21  little present to give to Guo, my little personal
22  collection of small antique Buddhas, and I gave
23  it to – I was giving it to him in the beginning,
24  the morning.  I said, this is something that I've
25  had for a long time, it means a lot to me, I'd

Page 225

1  like you to have it.  He refused to accept it.
2      And then he turned around to Mike and
3  gave Mike huge bear hugs, and then he gave me
4  close to a bear hug, but not quite; he gave Mike
5  a much bigger bear hug, slapped him on his back,
6  and said, you're my friend, I know we're going to
7  get this done, and everything is going to be
8  fine, and we just have to keep working on it, and
9  so forth.  So everything was fine when we left.
10     Q.    Did you understand that Mr. Guo wanted
11  information right away after that meeting?
12     A.    He never – he always wanted
13  information right away, but he never had a
14  deadline, like, I have to have it by the 5th of
15  March or the 3rd of April, or whatever.  We
16  always felt pressured to get the information to
17  him.
18     Q.    So you don't recall Dr. Waller flying
19  off to Europe right after that meeting?
20     A.    Of course I do.  He went to get another
21  USB, another flash drive.
22     Q.    And why did he do that at that time?
23     A.    Because the client wanted to have the
24  latest, you know, chapter, I suppose.
25     Q.    So did Mr. Guo ask for a flash drive at

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 226

1 that January 26th meeting?
2     A.  He asked – he said to Mike, I want you
3 to go get whatever it is, go get it and bring it
4 back.  Mike did that twice, at least.
5     Q.  And Mike did, in fact, fly off to
6 Europe –
7     A.  Yep.
8     Q.  – right after that meeting?
9     A.  Yep.  Pretty much.
10        MR. GRENDI:  Let's go to 11.
11        (Wallop Exhibit 11, Background Report
12     on Qing Yao, marked for identification.)
13     Q.  Ms. Wallop, do you recognize this
14 document?
15     A.  Actually, I do not.  I have never seen
16 it until we did Yvette's, whatever it was,
17 deposition the other day.  I've never seen it.
18     Q.  Have you ever seen a report like it –
19     A.  No.
20     Q.  – a background report like this?
21     A.  No.
22     Q.  Do you have any idea where this
23 document came from?
24     A.  I think it came from Mike and Team 1.
25 That was my understanding.

Page 227

1     Q.  But the first time you saw it was at
2 Ms. Wang's deposition?
3     A.  Yes.
4     Q.  Do you know if Dr. Waller delivered an
5 80-gigabyte flash drive to Yvette Wang on or
6 about January 30th?
7     A.  Yes, I do know.
8     Q.  How do you know about that?
9     A.  He told me.
10     Q.  And after that flash drive was
11 delivered, what happened?
12     A.  I don't know.  I know that he delivered
13 it to her in the train station.  He had literally
14 just come back from Ireland, having – having
15 flown 24 hours round trip, I think.  And he – he
16 also didn't know exactly what was on it.  So I
17 don't know what was on it because I never saw it.
18     Q.  What was the response to the
19 80-gigabyte flash drive from Mr. Guo?
20     A.  I don't know.
21     Q.  You never talked to him about it?
22     A.  No.
23     Q.  Did you ever talk to Dr. Waller about
24 the response to the 80-gigabyte flash drive?
25     A.  He – he didn't meet Guo.  He met

Page 228

1 Yvette at the train station, as I understand it.
2 And then there was another guy from Guo's office
3 or something, who's yet to be identified.  But I
4 don't know who he was.
5     Q.  Did there ever come a point in time
6 when you talked to Dr. Waller about Mr. Guo or
7 Yvette being disappointed with the 80-gigabyte
8 flash drive, or USB drive?
9     A.  No.
10     Q.  You never discussed it?
11     A.  I never knew about it, because nobody
12 told me what was on the drive, so I didn't know
13 what was on the drive.  I think Mike had hoped
14 that there would probably be more on the drive,
15 but that's all I knew based upon what he told me.
16     Q.  When did you get the idea that Mr. Guo
17 was disappointed with the research?
18     A.  We never had any inkling until the
19 lawsuit was filed.
20        MR. GRENDI:  Let's do 12.
21        (Wallop Exhibit 12, Signal message
22     thread, marked for identification.)
23     A.  I might correct that, because my memory
24 is bad.  We did know from Lianchao that he was
25 not happy.

Page 229

1     Q.  When did –
2     A.  I would say somewhere in February,
3 early to mid-February.  I said, well, that's
4 silly, because we're – we're knocking our brains
5 out.
6     Q.  Just turn to Eastern 225.  Or I'm
7 sorry, 255 of this document.
8        And is Pyratz a code name that
9 Dr. Waller would go by?
10     A.  Yeah, that's Mike's signal.
11     Q.  And do you see this message from Yvette
12 Waller on Eastern 255?
13     A.  You mean Yvette Wang.
14     Q.  Oh, jeez.  Thank you.  Yvette Wang, of
15 course.  Sorry.
16     A.  I don't know.  I never saw this.  This
17 is the first time I've seen it.  But he's very
18 good in explaining stuff.
19     Q.  Do you see Dr. Waller's response on
20 Eastern 257?
21     A.  Yes.  He was explaining whatever.
22     Q.  And so you and Dr. Waller never had any
23 discussions about this Signal exchange –
24     A.  No.
25     Q.  – between Dr. Waller and Yvette Wang?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 230

1    A.   No.
2    Q.   Let's go to Eastern 259.  Do you see
3  where Dr. Waller wrote, "our understanding was
4  that the first 90 days would be for starting up
5  and developing the data"?
6    A.   I see that.
7    Q.   Was that Strategic Vision's
8  understanding as well or just Dr. Waller's?
9    A.   No, it was our mutual understanding
10  between Guo and myself and Lianchao and Mike.
11    Q.   Do you see where it says, he wrote, "We
12  did not understand that he expected actual data
13  in the first days or weeks"?
14    A.   Correct.
15    Q.   Again, you never talked to Dr. Waller
16  about this exchange after –
17    A.   Not about –
18    Q.   – it happened on the –
19    A.   – this exchange, no.
20    Q.   Did you ever discuss the substance of
21  this exchange, or something akin to it, about the
22  expectations of the client?
23    A.   Perhaps later that – when we were
24  talking about what – what we had been able to
25  retrieve so far, and how we had – let me just

Page 231

1  read this.  How Mike had explained very
2  patiently, very calmly, very slowly, whether it
3  was with – or through Lianchao or through
4  Yvette, how the process works.
5    So, if Guo wanted to speed up and get
6  everything really fast, then all the trap doors,
7  all the doors that we had been able to open
8  quietly, would be slammed shut.  If Guo would
9  just be patient and let us get into where we
10  needed to go quietly, he was going to get an
11  awful lot of information back.
12    The irony is, that had he just relaxed
13  and stayed on top of this, that is Guo, he would
14  have had a huge amount of information three
15  months a year in.  Huge.  We can't fix somebody's
16  perception of how this is done.  He was very
17  impatient.
18    Q.   When did you understand that Mr. Guo
19  was getting impatient?
20    A.   I guess around – well, certainly on
21  the 26th, when we sort of had our lunch with him,
22  and then – and then I think possibly through
23  Lianchao; because, as I told you, we never had
24  any direct contact with – with Guo.  It was
25  always through Lianchao or Yvette.

Page 232

1    Q.   Right.
2    A.   Yvette was taken off the case in, as we
3  understand it, beginning the 1st of February.
4  And then she – she sent us an email saying she
5  was no longer in it, that only to – to
6  communicate with Lianchao.
7    Q.   Did Strategic Vision adjust its
8  research approach based upon this request for
9  more immediate results?
10    A.   No.  In fact, we actually increased the
11  pressure on Team 1, and then we and had a
12  long – several meetings with potential Team 2,
13  and that's another side of it.
14    Q.   Is that a company that goes by the
15  acronym ASOG?
16    A.   Yes.  In Dallas.  Outside of Dallas.
17    Q.   And why was it that ASOG was contacted
18  in connection with this research agreement?
19    A.   Because we had the option of being able
20  to bring in whatever teams we felt were going to
21  be additionally viable, and also on the domestic
22  side of some of the things that we were bumping
23  into, or Mike and his team were bumping into on
24  the international side, which were not pretty.
25    So, we were given the names of the

Page 233

1  fellows who had been with NSA, DIA, whatever,
2  in – in – in Dallas, and we went and met with
3  them, and they told us – they looked at – we
4  only gave them like a couple of names, we never
5  gave them the whole file.
6    And they looked at it, and then we went
7  back about a week later maybe, it might even have
8  been ten days later, a week later, and they were
9  totally freaked out.  They said, you can't touch
10  any of these people or any of these names.  We
11  said, what are you talking about?
12    That's when they said, these are all
13  RPs.  We will all go to jail if you start fooling
14  around in their files.
15    Q.   So when did you first meet with ASOG,
16  that meeting in Dallas you just described?
17    A.   Yeah, it would have been the beginning
18  of February, I should think.  Again, Mike has the
19  date.
20    Q.   Is there any reason a second team
21  wasn't assembled at the outset of the agreement?
22    A.   We did – because of the element of
23  retrieval we had to do outside of the United
24  States, because he wanted it so fast and so
25  quickly and intensely, that that was the fastest,

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 234

1 quickest way of getting into certain files had
2 they not all -- had some of them not been fake,
3 then we would have had no -- we wouldn't have
4 gone to the second -- second dimension.
5     Q.   And the decision to go with the second
6 team, was that Strategic Vision's --
7     A.   Mine --
8     Q.   -- decision or Dr. Waller's?
9     A.   Mine and Mike's, yeah.
10    Q.   Jointly?
11    A.   Jointly.
12    Q.   Okay.
13    A.   We both went down twice.
14    Q.   And you said RP.  What does RP mean?
15    A.   Restricted persons.
16    Q.   And in your career in this
17 investigatory field, have you encountered
18 restricted persons before or --
19    A.   Yes and no.  It's had different
20 acronyms.  Sometimes it's PP, protected persons.
21 Sometimes it's RP.  But it means that it is
22 either under a watch list by the U.S. Government
23 or it is a -- or, let's just say a certain agency
24 has tagged these individuals and is watching them
25 themselves.  So we cannot enter into those files

Page 235

1 at all in the U.S.
2     Q.   And these files you're talking about,
3 are these files government files or what kind of
4 files are they?
5     A.   Your Exhibit 7, these names, all of
6 these names.  We can't -- we don't know, because
7 we certainly were not peeking into those
8 government files.
9     Q.   Oh, they're government files you're
10 talking about?
11    A.   Yes.  These are U.S. intelligence
12 files.
13    Q.   I see.  And sometimes those files are
14 accessible, if they're not records protected --
15 or, I'm sorry, restricted persons?
16    A.   It just depends on the jurisdiction of
17 where you're looking into the file.  We would
18 never do anything that would be anti-U.S. law.
19 And he was asking us to continue doing that, Guo
20 was.
21    Q.   But just in terms of these people who
22 you -- ASOG told you were restricted persons.
23 There are some people, obviously, that are not
24 restricted persons, is that fair to say?
25    A.   I have no idea.  Because we didn't give

Page 236

1 them the whole file.  We only gave them like, I
2 don't know, maybe four or five names.
3     Q.   Okay.  But what I'm just trying to
4 understand is --
5     A.   And I --
6     Q.   -- and I know this sounds like a basic
7 question --
8     A.   Right.
9     Q.   -- and I apologize.  But are all people
10 restricted persons in intelligence files or
11 government files?
12    A.   No.
13    Q.   Okay.  So there are certain people --
14    A.   No, no, no, no, no.  These were tagged.
15    Q.   Specially tagged?
16    A.   These were tagged.  And I -- again, you
17 would have to ask Mike.  I don't know if it was
18 the whole file that was tagged or if it was just
19 four or five names they ran through the system.
20    Q.   I see.
21    A.   But they were all tagged; flagged,
22 tagged, whatever you want to call it.
23    Q.   So when did you convey to the client
24 that there was this restricted persons
25 designation on some of the fish?

Page 237

1     A.   We did that through Lianchao.
2     Q.   And when was that?
3     A.   Sometime in the middle of February, I
4 think, by the time we had gotten -- we had been
5 down to -- to Dallas.
6     Q.   And so you went to Dallas with
7 Dr. Waller?
8     A.   Twice.  Twice we went to see him.
9 Twice.  Or see them twice.  The irony was, we
10 then saw this group at a function in Washington,
11 at an intel or security defense function several
12 months later, and they said to us -- they said to
13 us, well, it's really weird, because they already
14 had figured it out it was Guo that was the client.
15       We never told them who the client was.
16 So they told -- they -- they said, well, they
17 figured out it was Guo, and they said about a
18 week or so after we had been down there the
19 second time, that Guo had people go down to talk
20 to them.
21       And we never told anybody who they
22 were.  We didn't tell Lianchao who they were.  We
23 didn't tell anyone.  This was just between Mike
24 and me.  So that was very weird.
25    Q.   Do you think that was just a

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 238

1  coincidence or is that –
2      A.  I would find it an extraordinary
3  coincidence.  These guys are so deep-sixed that,
4  just even to physically find them is like
5  difficult.
6      Q.  So deep-sixed, you mean they're
7  inaccessible or –
8      A.  Inaccessible.
9      Q.  – they keep a low profile?
10     A.  Yeah.  They had a very low profile and
11  they had a very low profile location.
12     Q.  And how is it that you knew about them,
13  ASOG?
14     A.  Through Mike and one of his people.
15     Q.  And so, did there come a time when ASOG
16  said, well, we can't do any research on this
17  because of this –
18     A.  That's right.
19     Q.  – records protected status?
20     A.  Yes.  That's right.
21     Q.  I understand you're eager to move
22  forward, but, just for the court reporter, just
23  please wait for me to ask the question.
24         Could Strategic Vision still perform
25  some research, though, even though some of the

Page 239

1  individuals were designated as records protected,
2  or restricted persons, I'm sorry?
3      A.  We did not know at that point, and by
4  that time we got some kind of service for a
5  lawsuit.  And our teams, we had to let our teams
6  overseas know on the 23rd of February that they
7  had to stop.
8      Q.  I just want to ask this, though.  Could
9  Team 1 still do its job, even though ASOG found
10  that certain individuals were, as you described,
11  records protected?
12     A.  That's – that's a question I'd have to
13  leave for a lawyer in the – in the IC,
14  intelligence community, to answer.  We wouldn't
15  want to do anything that would be illegal.
16     Q.  So you didn't direct Team 1 to stop its
17  work when ASOG gave its report to you that people
18  were records protected?
19     A.  We did.  Mike did.  He did talk to
20  them.  And even though the – he told them to
21  stop doing anything that looked like it was
22  peeking into something that they shouldn't be
23  looking into.
24         It's one thing to peek into somebody's
25  license, driver's license number, or their –

Page 240

1  their new address, or some sort of preliminary
2  stuff that was being brought up, but if you were
3  getting into deeper stuff, you couldn't touch it.
4  You shouldn't touch it.  And I'm sure he conveyed
5  that to the – to the Team 1 leader.
6      Q.  So it's your understanding – Strategic
7  Vision's understanding that Team One's work was
8  curtailed because of the discovery that certain
9  fish were restricted persons or records
10  protected?
11     A.  That's correct.
12     Q.  And that was on or about January 30th,
13  or whereabouts?
14     A.  No, no, no, no, no, no, no.  This was
15  way into the middle, the 15th to the 20th,
16  something in there, of February.
17     Q.  That's when ASOG conveyed to you
18  that –
19     A.  Yes.
20     Q.  – you were – okay.
21         So let's just get a clear record then.
22  When did ASOG tell you that certain people
23  were – certain fish were records protected?
24     A.  At some point in Feb – in the middle
25  of February 2018.

Page 241

1      Q.  And then is it your understanding that
2  Mike, very shortly thereafter, conveyed this
3  information to Team 1?
4      A.  That's correct.
5         MR. GRENDI:  Let's do Exhibit 13.
6         (Wallop Exhibit 13, Letter dated
7  February 23, 2018, marked for
8  identification.)
9      Q.  Do you recognize this document,
10  Ms. Wallop?
11     A.  Actually, I never saw the letter.  I
12  gather it was delivered to – it says here it was
13  delivered to – by hand delivery and electronic
14  mail to me, but I was out of the country, and
15  they had, in fact, sent it to the Nevada address.
16     Q.  The Nevada address, is that Strategic
17  Vision's?
18     A.  Strategic Vision's Nevada agent
19  address, yeah.
20     Q.  Does Strategic Vision have an office in
21  Nevada?
22     A.  We have an agent.
23     Q.  Do you have a physical –
24     A.  Yes, it's an address.
25     Q.  – location that you can –

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 242

1    A.  Yes.  It's on all the documents
2  somewhere.
3    Q.  I'm asking if Strategic Vision has like
4  an office with --
5    A.  No.  It's an agent.  It's an LLC.
6  That's where they set them up.  Like Wyoming.
7    Q.  And what's in Wyoming, I'm sorry?
8    A.  LLCs.  There are a lot of LLCs and
9  corporate trusts and so forth set up in Wyoming,
10  as there are in Nevada.
11    Q.  Those are your corporate trusts and
12  LLCs?
13    A.  No.
14    Q.  I just want to clear it up.
15       You just mean it's a popular state for
16  incorporation?
17    A.  Correct.
18    Q.  Thank you.
19       So when did you first see this letter?
20    A.  Oh, when I probably returned from the
21  Middle East; I think it was probably, I don't
22  know, the first or second week of March.
23    Q.  Were you surprised by the letter?
24    A.  I thought it was idiotic, yes.
25    Q.  Why did you think it was idiotic?

Page 243

1    A.  Because we heard nothing from them.  We
2  were continuing to do the work.  And it was
3  silly.
4    Q.  What work was Strategic Vision doing
5  after January 30th that --
6    A.  All of February.  Or up until the 23rd
7  of February, to be precise.
8    Q.  And were there any meetings with
9  Lianchao Han and Mr. Guo after January 30, 2018?
10    A.  Not with us, no.
11    Q.  With whom, then?
12    A.  With Mike and myself, no.  With
13  Lianchao and Guo, possibly.  I don't know.
14    Q.  Let me ask this then.  Did you or
15  Dr. Waller meet with Lianchao after January 30,
16  2018 concerning this contract?
17    A.  That's a good question.  I doubt it,
18  because I didn't know that there was any issue
19  other than, you know, we were doing our best and
20  pedaling fast.
21    Q.  So Strategic Vision didn't deliver any
22  information to Lianchao, or certainly Yvette,
23  after January 30, 2018?
24    A.  We could have.  I'd have to ask Mike.
25    Q.  You didn't do it personally?

Page 244

1    A.  I personally did not, no.
2    Q.  Do you know if Dr. Waller did that
3  or --
4    A.  Well, he did on the 30th, obviously.
5    Q.  Right.  I'm talking about after the
6  30th.
7    A.  Okay.  Well, I don't know.  I don't
8  know.
9    Q.  Okay.  It says, "Eastern agreed to
10  delay the start of the contract by ten days from
11  January 6th to January 16th."  Do you see that on
12  the first page, Eastern 198?
13    A.  Yes.
14    Q.  Is that the ten-day grace period or
15  accommodation that you were talking about --
16    A.  Correct.
17    Q.  -- regarding the January --
18    A.  Yes.
19    Q.  -- 26, 2018 meeting?
20    A.  Yes.
21    Q.  Thank you.
22       Did Strategic Vision attempt to contact
23  Mr. Guo or Lianchao or Ms. Wang after receipt of
24  this letter?
25    A.  Well, Yvette had been taken off the

Page 245

1  case.  She was forbidden, apparently, to have
2  anything to do with it.  So the only two people
3  that would have been contactable would have been
4  Lianchao and I'm sure that -- again, I'm not sure
5  of the dates, but I'm sure -- and Lianchao
6  travels, too, so I'm not sure where he was in
7  February, but I'm sure that both Mike and I must
8  have had some conversation with him in February,
9  after this.
10    Q.  But you don't remember that, sitting
11  here today, what that conversation was like?
12    A.  No.  Well, I mean, we were very
13  surprised and very unhappy, and we'd been working
14  hard to -- to do what Guo wanted, so...
15    Q.  And did Lianchao say anything back to
16  you, or what was discussed?
17    A.  I think he said that, you know, Guo
18  gets upset all the time about a lot of things,
19  and so maybe we -- he could smooth it over and
20  calm him down and so forth.  And then we just, I
21  think, hoped that that would happen, and it
22  didn't.  So then the -- this thing was done, so
23  we just stopped.
24    Q.  You mean this lawsuit?
25    A.  Yes.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 246

1    Q.    When did you instruct Mike, or anyone
2    else involved with the Strategic Vision team, to
3    just stop work on this project?
4    A.    After the 23rd of February.
5    Q.    You don't remember the exact date?
6    A.    No.  We had things in the hopper that
7    were being produced, but they – we bought them,
8    so we had to pay for them, so when we got the
9    information, then we could produce it, but...
10    Q.    And did Dr. Waller fly to Europe to
11    tell the leader of Team 1 to stop work, or how
12    did that happen?
13    A.    I'm not sure.  You would have to ask
14    him how he did that.  He may have met with him
15    overseas.
16    Q.    Okay.  In connection with splitting the
17    profits from this engagement with Dr. Waller, do
18    you owe him money, or does Strategic Vision owe
19    him money I should say?
20    A.    First of all, there weren't profits.
21    Q.    Earlier we discussed your arrangement
22    with Dr. Waller to split the proceeds of this
23    engagement, correct?
24    A.    That's correct.
25    Q.    And has that splitting occurred, is

Page 247

1    what I should ask?
2    A.    Yes, because our time was valuable for
3    those two months, plus the people that we had
4    already contracted to pay for the research and so
5    forth.  We expected to have a three-month
6    contract at the very least, which were the terms
7    of the agreement, so...
8    Q.    And what I'm asking is, did you at some
9    point send Dr. Waller a wire or write him a check
10    for his half of this engagement?
11    A.    I already answered yes.
12    Q.    And that was – was that $250,000 that
13    you referred to earlier?
14    A.    Yes.  More or less.  Plus expenses,
15    travel expenses and other expenses.
16    Q.    And there was another wire for about
17    $300,000 for Team 1, right?
18    A.    Yes, at least.
19    Q.    Okay.  So as far as you and Dr. Waller
20    are concerned, there's nothing left to split,
21    that's already been –
22    A.    Oh, that baby – that train's long left
23    the station.
24        MR. GRENDI:  Let's go to 14.
25        (Wallop Exhibit 14, Document Bates

Page 248

1    stamped SVUS000040 and SVUS000041, marked
2    for identification.)
3    Q.    Just take a moment to take a look at
4    these two documents, SVUS40 and 41.
5    A.    Correct.
6    Q.    Do you recognize these documents?
7    A.    Yes, I do.
8    Q.    What are they?
9    A.    I think these were done by the – I
10    can't remember if these were done by the ASOG
11    guys.  I think they were done by the ASOG guys,
12    because of the socials.  And they were – Xi
13    Ping – Xi Jinping, who is the premier of China,
14    and then his number 2, the next vice president of
15    the communist party in China.
16        And this is a – this is a – sort of a
17    geo – geologic – I mean, how would I put it?
18    It's sort of a graph of the connections between
19    certain families that were in the original
20    document that we were investigating.  So this was
21    like a – not a flow chart; this was like a
22    genealogical – I don't know what you want to
23    call it – chart.
24    Q.    A family tree, is that what it is?
25    A.    It's sort of a family tree, yeah.  But

Page 249

1    it shows the relationships of many of these
2    people that were in our original document from
3    Guo.
4    Q.    Did you give this document to the
5    client?
6    A.    To the client?
7    Q.    Yeah, did you deliver this family tree?
8    A.    This is when we were told they were
9    RPs.
10    Q.    So you got this information on or about
11    February 15th?
12    A.    Yes.  Again, I would have to – yes.
13    Q.    But you didn't give it to Lianchao?
14    A.    We never gave it to him.  We told
15    Lianchao.
16    Q.    What this family tree or –
17    A.    Yes.
18    Q.    – chart includes?
19    A.    We told them that they were all RPs,
20    that the names that we had were RPs that we had
21    given in.  And, again, Mike would remember how
22    many of these we gave.
23    Q.    And just turning to the second page –
24    A.    Okay.
25    Q.    – SVUS41?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 250

1      A.   Correct.
2      Q.   Was this ever given to Lianchao Han?
3      A.   I believe it – it could – we may have
4   shown it to him, but, because of the security
5   concerns, given the RP status, we didn't probably
6   physically give it to him.  But we told him about
7   it, and we told him that there were these – all
8   of these names at the top had – were using
9   duplicate Social Security numbers.
10     Q.   I'm just a little confused here, so
11  please help me out.  But how did ASOG get this
12  information if the individuals were records
13  protected?
14     A.   Because they had – oh, my goodness.
15  They had access to – they work within the IC,
16  they work within the intelligence community, they
17  were DIA, NSA, D – other –
18     Q.   DOJ?
19     A.   No.
20     Q.   Okay.  I was just trying.
21     A.   So they had access, and they had
22  incredible backgrounds and CVs.  So they had
23  access into pulling up these names.  And the more
24  the – the more they – they could do the
25  preliminary stuff, but the more they started to

Page 251

1   dig into the individuals, they found out that
2   they were RPs.
3      Q.   Oh, so it wasn't immediately apparent
4   to ASOG –
5      A.   It wasn't –
6      Q.   – that they were RPs?
7      A.   It wasn't right away, no.
8      Q.   Ah, I see.  So they were able to find
9   some information?
10     A.   They found this information that they
11  shared with us, yes.
12     Q.   But at some point in their
13  investigation, they realized, oops, those are
14  RPs, we can't look anymore?
15     A.   That's correct.
16     Q.   Okay.  And ASOG did give some
17  information to Strategic Vision about these –
18  the information that they did find?
19     A.   Yes.
20     Q.   I see.
21          MR. GRENDI:  Let's go to 15.
22          (Wallop Exhibit 15, Document entitled
23    "Line-Item Budget 1 Month Projected Cost
24    Analysis" Bates stamped SVUS260, marked for
25    identification.)

Page 252

1      Q.   Ms. Wallop, have you ever seen what's
2   been marked as Wallop 15, Bates number SVUS260?
3      A.   Yes.
4      Q.   When did you see this?
5      A.   When we were billed for the wire for
6   the first month of Team 1.
7      Q.   And so, was this document given to
8   Dr. Waller when –
9      A.   Yes.
10     Q.   – he was abroad?
11     A.   Yes.
12     Q.   And he brought it home?
13     A.   Yes.
14     Q.   Was there any negotiation of the prices
15  quoted or –
16     A.   I'm sure Mike did, but this was
17  dangerous stuff, so we did – we did – we agreed
18  to whatever the number is that I can't read at
19  the bottom here.
20     Q.   Yeah, it's a little bit of a fuzzy –
21     A.   Bad, bad.
22     Q.   – photocopy there at the end, right?
23     A.   It was either 267 or 278 or something.
24     Q.   You're talking about the total direct
25  cost?

Page 253

1      A.   Yeah, um-hum, and I can't read that,
2   quite honestly.
3      Q.   Did Team 1 ever return any of the funds
4   that were sent to it –
5      A.   Why?
6      Q.   – for this engagement?
7      A.   Why on earth could – would they?
8          MR. SCHMIDT:  Just answer the question.
9      A.   No.
10     Q.   Is it fair to say there aren't any
11  refunds in this business?
12     A.   Certainly not.
13          MR. SCHMIDT:  You're learning that the
14  hard way.
15     Q.   I meant in connection with working with
16  secret teams like Team 1; is that fair to say?
17     A.   That's correct.
18     Q.   Fair enough.  And does Strategic Vision
19  have bank records reflecting sending funds to
20  Team 1?
21     A.   I'm sure we have a copy of a wire.
22  (*r)      MR. GRENDI:  We're going to call for
23     the production of that.  I'll follow up.
24          THE WITNESS:  That's fine.
25          MR. GRENDI:  Go to 16.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 254

1    (Wallop Exhibit 16, Invoice from Allied
2    Special Operations Group, Bates stamped
3    SVUS000262, marked for identification.)
4        MR. SCHMIDT:  After this document, why
5    don't we take a two-minute break?
6        MR. GRENDI:  Yeah, sure.
7    Q.   So do you recognize this document, this
8    invoice from Allied Special Operations Group?
9    A.   Correct, ASOG.
10   Q.   And why was the invoice reduced from
11   over $100,000 to $5,000?
12   A.   Because they couldn't touch the -- they
13   couldn't go into the files that they had -- that
14   they had with the names; they could have gone to
15   prison, all right?  So they refunded us -- or
16   refunded is the wrong word.  I wish they had
17   refunded, but, no, they sent us a bill -- in
18   other words, so that you can see what this sort
19   of thing actually cost, this is what these things
20   cost, and this was only for a few names, and this
21   is only for one week.  So they -- you know, we
22   bit and screamed and hollered, and so they ended
23   up sending us -- the bill for the 5,000.
24   5,412.50.
25   Q.   So, originally, ASOG was trying to get

Page 255

1    $105,000 from --
2    A.   It was 111,000.
3    Q.   Oh, I'm sorry.  Did I miss -- I thought
4    I -- no, that's fair.  Yeah, 111.
5    A.   $111,700.  That's what these people
6    charge.  Not these people, but the industry
7    charges.
8    Q.   And Strategic Vision kind of fought
9    back on that and said, well, you didn't really do
10   the work, so?
11   A.   No, we did not do that.
12   Q.   How did you negotiate with them over
13   the total amount owed?
14   A.   We explained to -- I mean, they
15   explained to us that they would have gone ahead
16   and done it and billed us for the 111,000,
17   without question.  Until they bumped into the
18   RPs.  When they bumped into the RPs, they said,
19   we can't do it.  You know, as American citizens,
20   neither can you.  So we didn't.
21   Q.   And because of that, they -- ASOG
22   determined that they should reduce the invoice to
23   just $5,000?
24   A.   They did.
25   Q.   I'm just confused, because you said you

Page 256

1    screamed and hollered, and that's why --
2    A.   Well, yeah, because normally we
3    understand -- look, again, a little bit in the IC
4    is that -- that, when you get into certain
5    records' protected arenas you cannot, you cannot
6    invade that space.
7        So while they were sniffing around the
8    edges of each one of these files, we said, you
9    know, between us, we can't touch it, so there
10   should be no bill.  So then that's when they sent
11   the $5,000 bill.
12   Q.   Because they had spent some time trying
13   to do this?
14   A.   They'd spent a week.  And the time --
15   the timing thing is there, the time -- whatever
16   it is.  Our rate, hours worked.  And those are
17   the initials of the people that worked there.
18       MR. GRENDI:  We can take that break
19   now, if you like.
20       THE VIDEOGRAPHER:  Off the record at
21   4:41.
22       (Whereupon, a short recess was taken.)
23       THE VIDEOGRAPHER:  Back on the record
24   at 4:48.
25       MR. GRENDI:  Let's do Exhibit 17 here.

Page 257

1    This will be Wallop 17.
2        (Wallop Exhibit 17, Document Bates
3    stamped SVUS000272 to SVUS000277, marked for
4    identification.)
5    Q.   Do you recognize this document,
6    Ms. Wallop?
7    A.   I do.
8    Q.   What is this?
9    A.   This was an investigation background on
10   a couple of people that are on the list.
11   Q.   Are they one of the 15 fish or are they
12   tertiary or --
13   A.   That's a good question.  I honestly
14   can't remember.  But they were of great interest
15   to -- I think they were part of the 15 fish.
16   They were a great interest to Guo.
17   Q.   And just going back to ASOG.  Has
18   Strategic Vision ever worked with ASOG before?
19   A.   I haven't, but I've worked on the IC
20   with a couple of people that have been involved
21   with ASOG.
22   Q.   And IC, does that mean intelligence
23   community?
24   A.   Yes.
25   Q.   And how did you work with members of

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 258

1    ASOG in the IC?
2        A.   They were not ASOG then.
3        Q.   Right.
4        A.   They were in the IC when I worked with
5    them.
6        Q.   And I take it you were in the
7    intelligence community as well?
8        A.   Let's just say I've been helpful.
9        Q.   And certain members of ASOG were in the
10   intelligence community when you were being
11   helpful?
12       A.   I believe that's true, yes.
13       Q.   Does that have anything to do with
14   Strategic Vision or is that just you personally,
15   before you started working at Strategic Vision?
16       A.   My whole life, beyond the age of 21.
17       Q.   And why did you task Fletcher with –
18   well, let me ask you this.  Strike all that.
19            Did you or Dr. Waller get in touch with
20   Fletcher?
21       A.   Because they were two very curious
22   people.
23       Q.   No, I'm saying did – was it you
24   or Dr. –
25       A.   I did.

Page 259

1        Q.   You did?
2        A.   Yes.  That's my contact.
3        Q.   And Strategic Vision paid this invoice
4    to Fletcher?
5        A.   Correct.
6        Q.   When did Strategic Vision first request
7    this research from Fletcher?
8        A.   It would have been probably in
9    February; I'm not sure exactly, but probably at
10   the beginning of February of 2018.
11       Q.   And was this in response to a specific
12   request from the client or was it just an idea
13   that Strategic Vision had in terms of getting
14   more research?
15       A.   That's an odd question.
16       Q.   Let me ask it again then.
17       A.   That's an odd question.
18       Q.   Well, let me ask it again.
19       A.   You have a whole folder that we've been
20   dispatched to –
21            MR. SCHMIDT:  He's going to ask it
22       again.  Let him ask it –
23       A.   I know, for Heaven's sakes, come on.
24   Don't waste everybody's time.
25            So it was in the folder, it was part of

Page 260

1    our gathering technique to farm out between Mike
2    and myself who had the reach within a certain
3    dimension.  These guys were in the U.K., so my
4    relationships within the IC within the U.K. are
5    strong, so I went and had the conversation with
6    several people about some of these people,
7    including these two characters (indicating); and
8    they carry English passports, British passports.
9        Q.   Let's just look at 18, because I
10   believe this is the – no, not 18, not this one.
11           MR. GRENDI:  This will be Wallop 18.
12           (Wallop Exhibit 18, Document entitled
13       "Subject Chart," Bates SVUS000278, marked
14       for identification.)
15       Q.   Do you recognize this document?
16       A.   I do.
17       Q.   And what is this?
18       A.   This has to do with, on our list
19   number, number 72 and 73 on Exhibit 7.
20       Q.   I see.  So these are – those are
21   individuals identified on SVUS242 and 243?
22       A.   No, 73.  Page 73.
23       Q.   I know.  I'm talking about the Bates
24   number, if you don't mind.  I just want to be
25   clear.

Page 261

1        A.   Okay, they're Bates number 244 and 243,
2    correct.  Sorry.
3        Q.   I think you mean 242?
4        A.   244 and 243, that's what I mean.
5        Q.   Okay.
6        A.   I take it back.  I stand corrected.
7    242 and 243, sorry.
8        Q.   That's okay.
9        A.   You can't recognize some of these
10   passport pictures.
11       Q.   So is this the report that Fletcher put
12   together based upon the invoice we were just
13   looking at?
14       A.   That's correct.
15       Q.   And it says it's – it's dated
16   March 21, 2018?
17       A.   Um-hum, that's right.
18       Q.   Is that when Strategic Vision received
19   this report?
20       A.   Yes, probably.
21       Q.   Okay.
22       A.   But I had been there the month – a
23   month earlier to – it takes – it takes some
24   time to get this stuff.
25       Q.   So you had traveled to the United

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 262

1  Kingdom –
2      A.   Yes.
3      Q.   – in February of 2018 to request this
4  report?
5      A.   Correct.
6      Q.   And it came back around March 2018, or
7  March 21, 2018?
8      A.   Correct.
9      Q.   And did Strategic Vision deliver this
10  report to the client?
11      A.   Well, we didn't get it until March
12  something, right?  So we were in the middle of a
13  sort of a lawsuit; so, no, we did not deliver it.
14      Q.   Did you edit that report at all after
15  receiving it, or provide any input to it?
16      A.   Never touched it.  Only paid it.
17      Q.   Did you ever review it?
18      A.   Yes, of course I read it.
19          MR. GRENDI:  19.
20          (Wallop Exhibit 19, Strategic Vision's
21      Responses and Objections to Plaintiff's
22      First Set of Interrogatories, marked for
23      identification.)
24      Q.   Ms. Wallop, do you recognize this
25  document?

Page 263

1      A.   Yes.
2      Q.   And what is this?
3      A.   Well, it looks like our general
4  objections, that is Strategic Vision's general
5  objections to Eastern Profit and Guo.
6      Q.   You understand that these are
7  interrogatories?
8      A.   Yes.
9      Q.   Okay.  And looking at interrogatory
10  number 6?
11      A.   Yes.
12      Q.   Strike that.
13          Did you aid in the preparation of these
14  interrogatory responses?
15      A.   Well, they're my lawyers, so they asked
16  me questions, so I answered –
17      Q.   Don't say what you said.  But you did
18  provide them with information?  I just don't want
19  you to reveal attorney/client communications.
20      A.   Yes.
21      Q.   And you provided them with information?
22      A.   Yes.  I signed it.
23          MR. SCHMIDT:  You verified it.
24          THE WITNESS:  Yes.
25      Q.   Going to interrogatory number 6.  It

Page 264

1  says, "The trusted Chinese/English translators
2  that Strategic Vision identified in connection
3  with its contract with Eastern are Lianchao Han
4  and Yvette Wang a/k/a Yanping Wang."
5          Were those the only translators that
6  Strategic Vision worked with in connection with
7  this –
8      A.   Yes.
9      Q.   – contract?
10      A.   Yes.
11      Q.   So Strategic Vision did research in
12  Chinese on other individuals without other
13  translators?
14      A.   No.  We had Team 1, as we have
15  explained.  Team 1 had translators that were not
16  mainland Chinese.  They were translators in the
17  Chinese language, but were of another
18  nationality.
19      Q.   I see.
20      A.   And that was explicit because Guo did
21  not want any Chinese-speaking entities, other
22  than Lianchao and Yvette, I guess, working on any
23  of this.
24      Q.   Right.  But what I'm driving at here
25  is, there were translators on Team 1, correct?

Page 265

1      A.   Yes.  We had to get them through their
2  sources, probably about two or three weeks into
3  the thing, because they were coming up with stuff
4  that they didn't know what it was, and we were –
5  sorry – we were turning over information.  But
6  we had to be able to dissect the information –
7      Q.   Sure.
8      A.   – and interpret the information so
9  that we could turn it over.  Not just a bunch of
10  gobbledygook.
11      Q.   In other words, in order to do research
12  on Chinese documents, you kind of need to read –
13  be able to read –
14      A.   Yes.  That's right.
15      Q.   – in Chinese or Mandarin?
16      A.   That's right.
17      Q.   Okay.  So Strategic Vision did use
18  translators other than Lianchao Han and Yvette
19  Wang in connection with this agreement?
20      A.   Yes, but I have no idea who they were.
21      Q.   Fair enough.
22          MR. SCHMIDT:  Just for clarity.  I'm
23      not sure what paragraph 60 days, sitting
24      here today, of the amended answer and
25      counterclaim.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 266

1    MR. GRENDI:  Fair enough.
2    Q.   Let's do interrogatory number 8.  It
3  says here, "Because of Mr. Guo's erratic behavior
4  and tortious interference, and because the
5  engagement had just begun, Strategic Vision was
6  unable to prepare any detailed reports in the
7  short time before Eastern suddenly terminated the
8  contract without notice and commenced this
9  action."  Do you see that response?
10   A.   Yes.
11   Q.   What was the erratic behavior you're
12  talking about in that response?
13   A.   He's a very erratic, emotional, often
14  almost to the degree of being bipolar in his
15  responses to many conversations that we had in
16  his -- in his home.  And he was like a squash
17  ball; he was like bing, bing, bing, and you
18  couldn't keep -- you couldn't keep him focused on
19  any subject for very long.
20   Q.   And how did that prevent Strategic
21  Vision from preparing detailed reports?
22   A.   Because we were -- we were explaining
23  to him the process of how you get the deeper
24  volumes of information, versus his trying to just
25  get a quick fix.  And he -- it was hard for him

Page 267

1  to actually listen and understand how the process
2  actually works.  He was very erratic.
3    Q.   I'm sorry, I didn't hear that.
4    A.   He was very erratic.
5    Q.   Sitting here today, do you know who
6  prepared any of the reports that were delivered
7  to, or purportedly delivered to Eastern?
8    A.   There were no reports.  You keep
9  hammering on reports.  There were USB keys, flash
10  drives that were -- that was our process, which
11  he insisted on equally.  We had no written
12  reports; that he could put the thumb drive into
13  his computer and read whatever it was, okay?
14  Then he would take it out, presumably, God
15  forbid, I hope never downloaded it, take it out
16  and put it in his safe.  That was the process.
17   Q.   And of all of the USBs that were
18  delivered, who did those deliveries?  I just want
19  to understand.
20   A.   Mike.
21   Q.   So Mike -- Mike Waller delivered how
22  many USB reports?
23   A.   I believe there were at least two.
24  There could have been three.  And we had many
25  face-to-face conversations with Guo.  So he was

Page 268

1  informed completely all along the way, whenever
2  we met with him.
3    Q.   I'm just doing interrogatory number 12,
4  page 7 there.
5    MR. SCHMIDT:  12?
6    MR. GRENDI:  Interrogatory number 12,
7    yeah.
8    Q.   Actually, let's do 11.  I apologize.
9  Who are the computer experts and authorities in
10  three countries who provided warnings to
11  Strategic Vision concerning computer issues or
12  problems with Mr. Guo's --
13   A.   Well, you could start with The United
14  States, one of the countries.
15   Q.   I don't know if I understand that
16  response.  I was asking about computer experts.
17  You're saying authorities in The United States?
18   A.   Hello.  I don't know what to say.  I
19  mean, I don't understand the question.
20    MR. SCHMIDT:  Would it help if you look
21  at paragraph 67?  Do you have that?
22    MR. GRENDI:  I don't have it in front
23  of me.  Actually, I do have it.  I mean,
24  we're going to mark this as an exhibit, but
25  I'm happy to show it to the witness now, to

Page 269

1  deal with it that way.
2    A.   67.
3    Q.   So I guess the question is, can you
4  identify the computer experts and authorities in
5  three countries that you referred to in paragraph
6  67?
7    A.   I can tell you that ASOG was one of
8  them --
9    Q.   Okay.
10   A.   -- in Texas, and the others were in --
11  were overseas and part of Team 1.  They found
12  duplicate attempts to, and not at the same time,
13  because Team 1 was already working in this case,
14  long before Team 2 ever knew of it.
15    So Team 1 was the one that alerted us
16  to Guo's failings in -- in putting a number of
17  things himself online, like Anita.  He used the
18  same photograph of Anita in one of his -- in one
19  of his -- this thing here (indicating), in one of
20  his blogs.
21   Q.   And I'm just, for the record, what
22  document are you referring to?  It's obviously
23  Exhibit 7, but what page?
24   A.   It's page -- page 4 in doc -- in
25  Exhibit 7.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 270

1    Q.   Okay.  And you don't know the
2    identities of any of the members of Team 1?
3    A.   No, none of them.
4    Q.   And interrogatory number 12, just below
5    that.
6    A.   Well, that happened both with – with
7    Texas and with the overseas.
8    Q.   Okay.  So the ASOG team, why did they
9    quit?
10   A.   Because it was illegal for them to look
11   into records of RPs – that's why we had one bill,
12   and then we had the little bill.
13   Q.   And so the – the ASOG folks didn't
14   quit because they were concerned about security,
15   they were quitting because they couldn't do –
16   legally do the research, is that fair to say?
17   A.   Well, there's a lot of potential danger
18   in going to prison, so they decided that, really,
19   they were not going to risk anything that would
20   be – and it says alarming breach of Guo's
21   security, because they also saw some of this
22   stuff that Guo had on his own blog that looked
23   like it was out of our own file.
24   Q.   So did you understand that ASOG quit
25   for both of those reasons, because –

Page 271

1    A.   You'd have to ask Mike.  Mike had a
2    better handle on that than I did.
3    Q.   How did you find out that the ASOG team
4    had quit, did Mike tell you about that?
5    A.   Mike told me.
6    Q.   You didn't directly communicate with –
7    A.   No.
8    Q.   – ASOG about that?
9    A.   Uh-uh.
10   MR. GRENDI:  We're up to 20.
11   (Wallop Exhibit 20, Strategic Vision's
12   Supplemental and Amended Response and
13   Objections to Plaintiff's First Set of
14   Interrogatories, marked for identification.)
15   Q.   Ms. Wallop, do you recognize what's
16   been marked as Wallop 20?
17   A.   Yes.
18   Q.   Did you contribute to the answers
19   provided in this document?
20   A.   I did.
21   Q.   And you swore to their – or verified
22   those answers?
23   A.   I did.
24   Q.   So, looking at interrogatory number 7,
25   the interrogatory asked for, "each independent

Page 272

1    contractor which performed research for Strategic
2    Vision pursuant to the contract."  Do you see
3    that?
4    A.   I do.
5    Q.   And is it fair to say that there's two
6    teams identified in the response?
7    A.   Yes.
8    Q.   And that's Team 1, which we've been
9    talking about was the team that was headed up by
10   Dr. Waller?
11   A.   Yes.
12   Q.   And ASOG, which is – we've been
13   talking about in the last few questions?
14   A.   Correct.
15   Q.   But Strategic Vision did include some
16   other contractors in the research, correct?
17   A.   Yes, with individual – how should I
18   put it – individual names, not the whole file.
19   Q.   Is there any reason you didn't include
20   Fletcher?
21   A.   I forgot, actually.  I found it in the
22   file.
23   Q.   Is there anyone else that you forgot
24   about?
25   A.   There is one other in Switzerland, but

Page 273

1    it was not – I'll have to see what I can find in
2    the way of any kind of paperwork.  I'll have
3    to – I'll have to look for it, but I didn't find
4    it going through in the – in the files that I
5    have.
6    (*r)   MR. GRENDI:  We'll call for the
7    production of documents concerning the
8    entity in Switzerland.
9    Q.   Do you know the name of that entity?
10   A.   No.
11   Q.   Was that an entity that was contracted
12   through –
13   A.   It was a dead end.  It was a dead end,
14   but I had to – I had to pay for the time that it
15   took to find nothing.
16   Q.   And that was an entity that was
17   contacted through your channels?
18   A.   Yes.
19   Q.   And you did have to pay them money?
20   A.   I believe so.  It wasn't – it wasn't
21   very much compared to what the normal charges
22   are.
23   Q.   Interrogatory 10, response refers to a
24   John Doe 1, do you see that?
25   A.   Yes.

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 274

1    Q.  And why is it that John Doe 1 was not
2    disclosed?
3    A.  Well, we did disclose it.  It is
4    disclosed.
5        MR. SCHMIDT:  Today, earlier today she
6    told you.
7    A.  Richard Shewell.
8    Q.  Oh, okay.  That's helpful.  Thank you.
9        Is Richard Shewell a cyber security
10   expert?  I thought he was just your neighbor?
11   Neighbor.  But he spends a lot of time
12   in cyber security.
13   Q.  And where does he work?
14   A.  He works -- he's an independent
15   contractor.
16   Q.  Had he ever provided cyber security
17   advice or services to Strategic Vision before,
18   ever, put it that way?
19   A.  Never charged for it, no.
20   Q.  Okay.  How did you -- has Strategic
21   Vision ever brought work to Mr. Shewell?  I'm
22   sorry, how do you say his name?
23   A.  Shewell.
24   Q.  Shewell.
25   A.  I'm not sure.  Would you repeat the

Page 275

1    question?
2    Q.  Sure.
3    A.  It's odd.
4    Q.  Has Strategic Vision ever utilized
5    Mr. Shewell for any service?
6    A.  No.
7    Q.  Have you personally consulted
8    Mr. Shewell for your own computer issues or
9    things like that?
10   A.  Yes.
11   Q.  So that's your experience with
12   Mr. Shewell, it's just on a personal basis --
13   A.  Yes.
14   Q.  -- not involving Strategic Vision?
15   A.  Correct.
16       MR. GRENDI:  Let's do Document 21.
17       (Wallop Exhibit 21, Amended Answer and
18   Counterclaims, marked for identification.)
19   Q.  Ms. Wallop, do you recognize what's
20   been marked as Wallop 21?
21   A.  Yes, of course, I've seen it.
22   Q.  And what is this document?
23   A.  Amended answer and counterclaims to --
24   between Eastern Profit, Strategic Vision and
25   Miles Kwok, known as Guo Wengui.

Page 276

1    Q.  And just going to paragraph 54?
2    A.  Yes.
3    Q.  When did Mr. Guo allegedly promise that
4    he would adequately fund Eastern?
5    A.  From the very beginning, the first --
6    excuse me -- the first day that we met.  It was
7    not as -- with Eastern, it was personally.
8    Q.  And just please explain to me what he
9    said or --
10   A.  He said, I have millions and millions
11   of dollars.  I need to fund this, and I will do
12   it from my personal, I guess, wealth.
13   Q.  Then it says "adequately fund Eastern."
14   Where did Eastern come from in those
15   conversations?
16   A.  I have no idea where the Eastern part
17   came from, because we never knew about Eastern
18   until it turned up in the -- in the agreement.
19   Q.  So there was never a time when Mr. Guo
20   promised that he would adequately fund Eastern?
21   A.  He didn't adequately say Eastern, per
22   se.  If he's the contractor, if he's the person
23   we're contracting with, and he decides he's going
24   to use a shell company to fund us, and he tells
25   us that that funding will be there, we are then

Page 277

1    led to believe that that funding exists; and so,
2    therefore, we didn't know whether it was Eastern
3    or Mickey Mouse Club or whatever.
4    Q.  Did Mr. Guo ever say to you that he
5    would adequately fund the Eastern Profit
6    Corporation?
7    A.  Yes, he did.  But he didn't say Eastern
8    Profit.  He said, this project.
9    Q.  So he said, I'll fund this project?
10   A.  Yes, he did, numerous times.
11   Q.  But he did not say that he would
12   adequately fund Eastern?
13       MR. SCHMIDT:  Objection, she's answered
14   already.
15       MR. GRENDI:  That's okay.
16       You can answer it.
17   A.  Never heard of Eastern, as I said
18   before, until we got into the agreement.
19   Q.  Paragraph 60?
20   A.  60?
21   Q.  60, 6-0.
22   A.  Okay.
23   Q.  It says, "immediately upon entering
24   into the agreement, Strategic Vision commenced
25   its work under the agreement by and among other

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 278

1  activities recruiting, vetting, engaging and
2  marshaling the initial efforts of the various
3  investigators and analysts in The United States,
4  Europe and the Middle East."  Do you see that?
5      A.   I do.
6      Q.   Did Eastern ever engage any analysts in
7  the Middle East?
8      A.   Eastern?
9      Q.   Oh, I'm sorry, Strategic Vision.  Did
10 Strategic Vision ever engage any analysts in the
11 Middle East?
12     A.   It could have, and I wouldn't know.  It
13 could have been done through Team 1.
14     Q.   Wasn't Team 1 located in Europe?
15     A.   They were, but they could have – they
16 all have links.
17     Q.   Okay.  Let me ask you this then.  So is
18 it your understanding that Team 1 could farm out
19 its responsibilities to other teams to help it
20 get information?
21     A.   It was all part of the team.
22     Q.   Right.  What I'm asking is, did Team 1
23 have subteams?
24     A.   No.  They would have had teams that –
25 well, if you call them subteams, they weren't.

Page 279

1  They were part of the original team.  And if they
2  used people in the Middle East or Europe or
3  wherever – you know, the dark web has no
4  geographical location, so it could have been
5  anywhere that they were – they were challenging
6  each other to find what they needed to find.
7  That's how it works.
8      Q.   But you understood Team 1 was located
9  in Europe, correct?
10     A.   Yes.
11     Q.   And Team 2 wasn't – well, Team 2 was
12 ASOG, correct?
13     A.   Correct.
14     Q.   And Team 2 is located in The United
15 States?
16     A.   Correct.
17     Q.   And ASOG wasn't contacted until what
18 time?
19     A.   I answered that before.
20     Q.   Was that about February, middle –
21     A.   The beginning of February, and then
22 beginning to the 5th – I don't know, 5th of
23 February.  I have to go back and look.
24     Q.   And what was the recruiting process?
25     A.   Mike and I were using our channels.

Page 280

1      Q.   And what vetting was done to select
2  the – well, what vetting was done to select Team
3  1?
4      A.   Experience.
5      Q.   So just Dr. Waller's experience with
6  Team 1?
7      A.   Yes.
8      Q.   Let's look at paragraph 62.  Paragraph
9  62 says that, "Mr. Guo provided to Strategic
10 Vision a list of 92 potential subjects with no
11 prioritization."  Do you see that in the middle
12 of the paragraph there?
13     A.   I do.
14     Q.   And what list was that that had just 92
15 non-prioritized names?
16     A.   Exhibit 7.
17     Q.   So you didn't understand that there was
18 any priority to the 15 names that are in very
19 large font with numbers next to them?
20         MR. SCHMIDT:  Objection.  Go ahead.
21     A.   No, I would not – I would not agree
22 with that.  We numbered them as to priority.
23     Q.   Well, you received the document with
24 the numbers next to – let's just say, if you
25 look at the first page?

Page 281

1      A.   Yes.
2      Q.   It says Anita Suen –
3      A.   Yeah.
4      Q.   – and it has a big 1 next to it?
5      A.   Yes.
6      Q.   It also has the types of reports, does
7  it not?
8      A.   Correct.
9      Q.   Did you not understand that that meant
10 that Anita Suen would be one of the fish?
11     A.   She was the first fish.
12     Q.   Right.
13     A.   She was the most important fish for
14 him.
15     Q.   Right.
16     A.   So the first, more or less, 15 in here
17 were the first – were the first 15 fish that he
18 was talking about.
19     Q.   And there happens to be exactly 15
20 names with a number next to it and the number of
21 reports that were requested, and the types of
22 reports?
23     A.   Pretty much, yes.  You'd have to count
24 the names of the fish, yeah.  If you can see –
25 so you can't go by the page number, in other

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 282

1   words.  You have to go by the subject.  See,
2   like, here is the second fish (indicating).
3       Q.   Right.
4       A.   So the second fish is on page 11.
5       Q.   Right.
6       A.   Okay.  So you – you'd have to go – so
7   these 15 fish are in here at least – at least 15
8   fish in here.
9       Q.   And you understood that those were
10  the – or Strategic Vision understood that those
11  were the 15 fish that the research was supposed
12  to start on, correct?
13      A.   Yes.
14          MR. SCHMIDT:  Objection.
15      Q.   Do you still have the virgin laptop
16  that's described in paragraph 63?
17      A.   Yes.
18      Q.   And do you just have a ton of these
19  virgin laptops lying around, because of your –
20  Strategic Vision's work?
21      A.   On this specific issue, we had two
22  domestic ones, ones here, and then a battery of
23  ones overseas.
24      Q.   Could Strategic Vision get those
25  laptops if they request – it requested them from

Page 283

1   Team 1?
2       A.   Never.  They've been destroyed.  They
3   were destroyed on purpose, because we would
4   destroy them every week so that there was no
5   tracing to the IP number.
6       Q.   So it's Strategic Vision's practice to
7   regularly destroy these laptops for security
8   purposes?
9       A.   Those particular ones, yes.  We did not
10  destroy the two that we had.
11      Q.   Paragraph 66, it says, "at the time the
12  agreement was negotiated with Mr. Guo, Strategic
13  Vision and Mr. Guo expressly agreed that they
14  would not meet in person again."  Do you see
15  that?
16      A.   Yes.
17      Q.   Was that maintained or followed?
18      A.   He kept insisting on wanting to meet
19  us, and we kept trying to explain to him that
20  every time we went in and out, we were being
21  photographed.  We didn't like that.  We did not
22  want to be identified with his programs.
23      Q.   And, by photographed, do you mean going
24  in and out of his apartment building?
25      A.   Yes.

Page 284

1       Q.   Who did you understand was doing that
2   surveillance, you mean the building security or
3   the –
4       A.   Oh, any number of people could easily
5   do the – the security.  Mike's face is very
6   recognizable, people who knew who Mike was;
7   anybody in the Chinese communist party would have
8   made us, so...
9       Q.   I see.  But Strategic Vision did meet
10  with Mr. Guo repeatedly after the contract was
11  signed?
12      A.   We tried not to.
13          MR. SCHMIDT:  Objection.
14          THE WITNESS:  Oh, sorry.
15          MR. SCHMIDT:  It's okay.
16      A.   We tried not to.  We explained to him
17  after about maybe the fourth time that we just
18  couldn't do that anymore, it was just really
19  dangerous for him and dangerous for us.
20      Q.   Just so we're clear.  The last time you
21  personally met with Mr. Guo was – was that
22  January 30th?
23      A.   That was the 26th.  No, it was the 26th
24  of January, because the 30th was when Mike met
25  with Yvette at Union Station.

Page 285

1       Q.   Got it.
2       A.   Or Penn Station.
3       Q.   When did Mr. Guo summon you to his
4   yacht in Florida?
5       A.   That must have been sometime – it
6   might have been at the 26th meeting, January 26,
7   2017 – 2018.
8       Q.   But I take it that yacht meeting never
9   happened?
10      A.   No.  We refused to go.  It was not
11  safe.
12      Q.   Let's go to paragraph 68.  It says
13  "Strategic Vision learned that most of the
14  individuals so identified by Eastern have been
15  designated by the U.S. Department of State under
16  the Obama administration as records protected
17  persons, meaning that information concerning
18  their status and activities was not subject to
19  disclosure under any circumstance."  Do you see
20  that?
21      A.   That's correct.
22      Q.   And did that in any way hinder Team
23  One's efforts, the records protected persons
24  designation?
25      A.   Actually, the curious thing is here, we

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 286

1  did not alert Eastern, we alerted Guo and we
2  alerted Lianchao, and – and I believe that
3  Yvette was alerted – no, I don't think – Yvette
4  may not have been alerted because that was – by
5  that time, it was in February.
6      Q.   It says most of the individuals.  Is
7  that most of the fish?
8      A.   Yes.
9      Q.   Is it fair to say that ASOG only looked
10 into five individuals on the list?
11     A.   I don't know how many they looked into.
12 Again, you would have to ask Mike.  They could
13 have looked into all of them.  I honestly don't
14 remember.
15     Q.   Let's look at paragraph 70.
16     A.   70?
17     Q.   7-0, yeah.
18     A.   Okay.
19     Q.   It says, "Strategic Vision verbally
20 reported to Mr. Guo and Eastern that Strategic
21 Vision could not within the limits of U.S. law
22 obtain the information sought by Eastern on its
23 initial list of subjects and that Strategic
24 Vision's work would be refocused upon others on
25 Eastern's list."

Page 287

1         Do you remember when you told
2  Mr. Guo –
3      A.   That must have –
4      Q.   – this information?
5      A.   That must have been through Lianchao.
6  And you keep using the word Eastern.  It would
7  have been –
8      Q.   I was just reading the complaint.
9      A.   Yeah, but it's – it's not Eastern.
10 It's Guo.  And I think it would have been – that
11 would have been the – that would have been at
12 the – at the January 26th lunch.
13     Q.   It says, "As a result, Mr. Guo became
14 enraged"?
15     A.   Yes.  He was – I thought he was going
16 to jump on the table.
17     Q.   "And irrationally insisted that
18 Strategic Vision immediately deliver its work
19 product"?
20     A.   That's correct.  And continue to dive
21 into illegal areas.  And we said, we can't do
22 that.  That's when Mike apologized and said,
23 we're really sorry, but, you know, there are
24 certain things we can do, and we'll get, but
25 there are other things we can't do, and we –

Page 288

1  you'll be in bigger trouble than we will.
2  They'll send you back to China.
3      Q.   Going to paragraph 71.  It says:
4         "In the face of Eastern's insistence,
5  however, Strategic Vision hand-delivered its raw
6  data to Mr. Guo and Eastern on January 26, 2018,
7  with the caveat that it would be of no use to
8  Eastern until Strategic Vision had an opportunity
9  to analyze it and produce a formal report?
10     A.   Yes, that's correct.  And formal report
11 would have meant, not just sort of a – a file
12 that had been encrypted, but it also needed to
13 have Chinese translation, as I understood it, and
14 also needed to have – and also needed – there
15 are certain lines of code.
16        Look, I'm not a code expert, but there
17 are lines of code that people have to go through
18 and actually sort of translate into a language,
19 and he kept – and it takes time to actually
20 translate that code.  You can't just stick it
21 into a machine and expect it to happen.
22        So we gave him the raw code, I believe,
23 on both the 26th and the 31st, or the 31st of
24 January, those two different USB keys.
25     Q.   Then it says, "until Strategic Vision

Page 289

1  had an opportunity to analyze it and produce a
2  formal report."  How would that work?
3      A.   Well, we needed to be able to take that
4  USB key back to the Team 1 to have them go
5  through and – and configure however it was
6  supposed to be done.  And that was not – that
7  was not my area, that was Mike's area, and Mike
8  can explain that really succinctly to you.
9      Q.   Paragraph 74.  There's a reference to a
10 wire reversal?
11     A.   Yes.
12     Q.   How did that attempted wire reversal
13 come to your attention?
14     A.   That was wild.  I got a call, like,
15 about the – I have to see, I think it was around
16 the 12th or the 16th or something like that of
17 January 2018, and – from Citibank wire
18 department saying that there'd been a request to
19 have 499,000 and some change reversed back to the
20 sender.  And I said, well, what are you talking
21 about?  She said, well, we've gotten a request.
22        So then I called one of my private
23 bankers at Citibank and I said, can this be done?
24 I've never heard of such a thing.  He said,
25 absolutely not, it can never be done.  Once the

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 290

1   money lands in the account, it's yours.  I said,
2   it's not mine.  I wish.  It belongs to the
3   company, and so, therefore, we've already started
4   wiring stuff out.  So that was going to be a huge
5   mess.  And we got absolutely zero notification
6   from Guo or Eastern, or whatever they're calling
7   themselves.
8      Q.   Do you know if that attempted wire
9   reversal was initiated before or after the
10  research agreement was signed?
11     A.   I have no idea.  I think it was after.
12     Q.   But sitting here today, you don't
13  know –
14     A.   It was after.  I think it was after.
15     Q.   Why do you think it was after?
16     A.   Because it was the following week –
17  we'd signed the thing on the 6th, and then I
18  think it was the following week that Citibank
19  called me.  So, as I said, it was probably like
20  the 12th or something like that, I – I don't
21  remember.  I've got some note somewhere that says
22  when they called.
23     Q.   I just have a few more questions, and
24  then I'll turn it over to Ms. Teske.
25         Is Strategic Vision a licensed private

Page 291

1   investigator in any state?
2      A.   Never been.  Never.  We never portrayed
3   ourselves as that.
4      Q.   And are you a licensed – personally, a
5   licensed private investigator in any state?
6      A.   I never portrayed myself as that.
7      Q.   And what about Dr. Waller, do you know
8   if he has a license for being a private
9   investigator?
10     A.   We never portrayed ourselves as that,
11  or himself as that.
12     Q.   Has Strategic Vision ever registered as
13  a foreign agent under the Foreign Agent
14  Registration Act?
15     A.   No, not recently, no.
16     Q.   Has it previously?
17     A.   No.  I think other – other – other
18  company names in the past, yes, but not – not
19  Strategic Vision.
20     Q.   What about you personally, have you
21  ever registered as a foreign agent?
22     A.   No.
23     Q.   And do you know if Dr. Waller has?
24     A.   No.
25     Q.   You don't know, or you know that he is

Page 292

1   not registered?
2      A.   Both.
3      Q.   Okay.  And are you a licensed real
4   estate broker in the state of Virginia?
5      A.   I have been, in the District of
6   Columbia, but I no longer maintain the license,
7   but I have been.
8      Q.   When did you cease to have the license?
9      A.   Oh, gosh.  I got it for commercial real
10  estate reasons, so that I could sort of wade
11  through a lease, business office leases; so I
12  would say back in the '80s.
13     Q.   And you never had a license in Virginia
14  to be a real estate agent or broker?
15     A.   No, but I – if you're trying to get to
16  the Evermay thing, that was a private transaction
17  that would have taken place.
18         MR. SCHMIDT:  Just answer the question.
19     A.   No.
20         MR. GRENDI:  Go ahead, Ms. Teske.  I'm
21  all set for now.  Thank you very much for
22  answering my questions today.
23  EXAMINATION BY
24  MS. TESKE:
25     Q.   Okay, Ms. Wallop, are you ready to

Page 293

1   continue?
2      A.   I am.  Not for long, but I will.
3          MR. SCHMIDT:  You don't need a break
4   right now?
5          THE WITNESS:  No.  I just need to tell
6   somebody where I am.
7          MS. TESKE:  And on the record, without
8   waiving any entitlement to render or issue a
9   notice of deposition, Ms. Wallop, I'm going
10  to do my best to wrap it up here today.
11         MR. SCHMIDT:  I would suggest that,
12  because we're going to probably oppose any
13  such notice.  But go ahead.
14         THE WITNESS:  Go ahead.
15     Q.   Good afternoon, Ms. Wallop.  I'm Erin
16  Teske.  I represent Mr. Kwok in this action.  I
17  just have a few follow-up questions.  I'll do my
18  best not to be redundant.  If you don't
19  understand any question I'm asking, please feel
20  free to let me know and I'll try to rephrase for
21  you.
22         I want to go back to your background a
23  little bit.  You had said, I believe – and,
24  again, I'm trying to remember from earlier today,
25  so if I mischaracterize your testimony or your

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 294

1  beliefs at any point, please, again, tell me so
2  that that can be clear for the record.
3        I think you had said that, for
4  Strategic, you have – about 15 to 20 clients
5  have engaged Strategic to do investigative
6  research for them, is that accurate?
7        A.  No, I did not say that.  What I said
8  was that I have had clients that have engaged us
9  to do specific advisory work.  It's not
10  investigative work.  That's very different.
11       Q.  Okay.  And I think, in connection with
12  that advisory work and those engagements, you
13  said that you tend to have written contracts with
14  those clients?
15       A.  Generally, yes.
16       Q.  Have any of those contracts been with
17  corporations?
18       A.  No.
19       Q.  Prior to your experience at – prior to
20  your experience at Strategic, were you in the
21  business of providing services for individuals or
22  corporations?
23       A.  Yes.
24       Q.  And how were you in that business?
25          MR. SCHMIDT:  Objection.  But go ahead.

Page 295

1        A.  I really don't know how to answer that.
2  I worked with a group in London called Bell
3  Pottinger, and then I also, prior to that, I had
4  another firm of my own called Corporate
5  Consulting, and – so that was many, many years
6  ago.
7        Q.  And in connection with your work at
8  Bell Pottinger, were you responsible for
9  negotiating or entering into contracts, service
10  contracts?
11       A.  I wouldn't call it service.  They're
12  client contracts.  It would be like a law firm
13  having a client come in and say, I'd like to have
14  you represent us.
15       Q.  And were you responsible for
16  negotiating and entering into those types of
17  contracts?
18       A.  Yes, in some cases, um-hum.
19       Q.  And were any of those contracts with
20  corporations?
21       A.  They were with clients of the firms,
22  yes.
23       Q.  How about your work as – for Corporate
24  Consulting, were you responsible for negotiating
25  and entering into contracts with clients?

Page 296

1        A.  Yes.
2        Q.  And were any of those clients
3  corporations?
4        A.  Yes.
5        Q.  In any of those contracts, did you ever
6  obtain a personal guarantee?
7        A.  No.
8        Q.  You've said that you met with Mr. Guo
9  in person on three occasions.  I believe we've
10  identified – just let me finish my question,
11  because I can see already you're skeptical as to
12  my question already.
13          But you've identified three occasions
14  that you've met with him in person prior to the
15  signing of the contract.  Is that – are there
16  any other occasions on which you met with Mr. Guo
17  face-to-face prior to the signing of the
18  contract?
19       A.  I don't believe so.  They were always
20  in his apartment, and they were always there.
21  Then at one point he actually went downstairs,
22  and we had lunch at Cipriani at a little table,
23  so I don't know if you'd call that outside of the
24  apartment, but that was still in the
25  Sherry-Netherlands.

Page 297

1          So, no, I mean, the best of my ability,
2  I believe it's three.  It could have been four,
3  but I think it was three, only three.
4        Q.  How about on the telephone, did you
5  ever talk to Mr. Guo on the telephone?
6        A.  Not to my knowledge.
7        Q.  Did you ever communicate with Mr. Guo
8  via text message?
9        A.  Not to my knowledge.  It was always
10  done through Yvette.
11       Q.  Other than those three, possibly four
12  meetings with Mr. Guo face-to-face, did you have
13  any communication with Mr. Guo at all prior to
14  the signing of the contract?
15       A.  Well, there would have been either by
16  email, which we never did, because I don't even
17  know what his email address was.  We had a – he
18  gave me his Signal number.  I don't believe I
19  ever had any – any communiquÈ with him because,
20  again, we were only going through Lianchao or
21  Yvette.  That's the way he wanted it and that's
22  the way we did it.
23       Q.  You've talked about this agreement –
24       A.  Um-hum.
25       Q.  – and the secrecy that it was clouded

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 298

1    in for the protection of the parties, is that a
2    fair statement?
3        A.   That's a fair statement.
4        Q.   And you, being Strategic, took some
5    steps to maintain the identity of the parties, to
6    keep the identity of the parties secret, is that
7    fair?
8        A.   That's correct.
9        Q.   And is it – is it one of Strategic's
10   business goals to protect the identities of its
11   clients, generally speaking?
12       A.   Yes, because it's generally a private
13   agreement or an arrangement between my clients
14   and myself.
15       Q.   And was this agreement different in
16   that regard in any way from your other clients;
17   was there a heightened degree of security or a
18   sense of keeping things – keeping the names of
19   the parties confidential?
20       A.   Absolutely –
21           MR. SCHMIDT:   Objection.  But go ahead.
22           THE WITNESS:   Sorry.
23           MR. SCHMIDT:   No, that's fine.
24       A.   Absolutely.
25       Q.   When you learned that Eastern would be

Page 299

1    signing the contract on January 6th, the date
2    that you and Yvette executed the contract, did
3    you speak to Mr. Guo at any point thereafter,
4    prior to signing the contract but after learning
5    that Eastern would be the signatory?
6        A.   Gosh, I – well, let me see.  So she
7    signed it on the – the 6th of January.  Then we
8    saw him subsequently during January.  So I never
9    had any direct contact with him, it was only
10   through Yvette or Lianchao.  So I'm not sure if
11   that answers your question.
12       Q.   After finding out that Eastern would be
13   the counterparty to the contract –
14       A.   Right.
15       Q.   – that's the subject of this
16   litigation, did you talk to Mr. Guo about also
17   signing the contract?
18       A.   He represented Eastern, and in all of
19   our conversations he was the only party with whom
20   I negotiated, and Mike negotiated the discussion
21   and the contract.
22       Q.   So after finding out that Eastern, not
23   Mr. Guo, would be the counterparty to the
24   contract, did you talk to Mr. Guo about also
25   signing the contract?

Page 300

1        A.   He represented – Guo represented that
2    he was, in fact, the person that was going to
3    fund this.  So I presumed, when Yvette's sitting
4    next to me and having conversations with him,
5    along with – along with all of the conversations
6    that we'd had in his apartment, that obviously
7    it's Guo with whom we are dealing.  So Guo equals
8    Eastern, one would presume.  Just saying.
9        Q.   Did you do any independent research to
10   determine whether or not that was – that Guo
11   equaled Eastern?
12       A.   It's – it's so redundant, but, no, we
13   didn't, because he said he was going to fund it,
14   whatever it was, and we did not know the name of
15   the entity that he was going to use.
16       Q.   When did he first tell you that it
17   would be an entity and not himself personally
18   that would be the counterparty to the contract?
19       A.   Because he said that he had accounts
20   everywhere and that it would probably be through
21   the U.K. office of William Wu or William Yu, or
22   whatever his name was, that was the – his
23   financial person.
24       Q.   And when did you find that out; when
25   was the first time?

Page 301

1        A.   When did I find it out?  I mean, we
2    were discussing the payment process and how that
3    would work after looking at the – we had the
4    vision paper, we had the – the Word
5    presentation, we had done another sort of vision
6    paper; all of these were in different discussions
7    with him moving forward.
8            He then said, when we got to sort of
9    the third or fourth discussion of all of this,
10   that he wanted to fund it, and he explained that
11   he paid $250 million for that, and that he wanted
12   very much to make sure that, if this was done,
13   that we would have a long-term contract for at
14   least three years, and for possibly up to 4,000,
15   quote, fish, and he said that he would fund it,
16   so we presumed he would fund it.  We didn't know
17   whether he was Eastern or, as I say, the Mickey
18   Mouse Club.  We didn't know.  He never told us
19   who it was going to be.
20       Q.   But prior to signing the contract –
21       A.   Right.
22       Q.   – you never asked Mr. Guo to sign it
23   himself?
24       A.   No, because he wouldn't.
25       Q.   Did you ever ask him?

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 302

1    A.   I think we did.
2    Q.   You did?
3    A.   I think Mike did.
4    Q.   When did you ask him?
5    A.   In the conversations, will you sign the
6    – who will be signing the contract?  He said,
7    Yvette will be signing the contract.  And then,
8    when Lianchao was there, Lianchao will sign the
9    contract.  And then there was a conversation
10   about whether Lianchao should do it because he's
11   with an NGO, and then, long story short, he
12   said, no, well, maybe we'll have Yvette sign it.
13   That was the last I heard of that.
14   Q.   Did you ask Mr. Guo to sign it?
15   A.   Did I personally?  Why – why would I?
16   Q.   I'm having – I feel like I've asked
17   the same question a couple of times and I keep –
18   A.   You have, and so I'm getting very
19   frustrated with the answer.
20   Q.   I need a yes or no.  Did you – yes or
21   no question.  Did you ask Mr. Guo –
22   A.   I don't remember.
23   Q.   – to sign the contract?
24   A.   I don't remember.  I –
25   Q.   Did you hear –

Page 303

1    A.   – know we discussed it.
2    Q.   Did you hear Dr. Waller ask Mr. Guo to
3    sign the contract?
4    A.   I don't remember.  I don't think so.
5    But he said he was going to fund it, so we
6    presumed he was going to sign it.  There was
7    nobody else in the room.
8    MR. SCHMIDT:  That's fine.  There's no
9    question pending at this point.
10   Q.   And when you found out he wasn't going
11   to sign it, how long between finding out he
12   personally wasn't going to be signing it and you
13   signing the contract?
14   MR. SCHMIDT:  Objection.  But go ahead.
15   A.   That's the wildest question all day.
16   Q.   Okay, but it just requires an answer
17   nonetheless.
18   A.   It has absolutely no correlation with
19   the reality.
20   Q.   Your opinion on the correlation between
21   my question and this litigation is completely
22   irrelevant.  You're sitting there as the
23   deponent.  I've asked you a question.  Please
24   answer my question.
25   A.   Answer – ask me again then.

Page 304

1    Q.   How long between the time that you
2    found out, on January 6th, that Mr. Guo was not
3    personally signing the contract and the time of
4    you physically signing the contract?
5    MR. SCHMIDT:  Objection.  But go ahead.
6    A.   I don't know.
7    Q.   Ballpark it for me.  More than an hour?
8    A.   I don't know.  It never came up.
9    Q.   You learned on January 6th for the
10   first time –
11   A.   I learned on January 6th that Yvette
12   was signing it.
13   MR. SCHMIDT:  Let her finish.
14   A.   I'm going to answer your question.
15   MS. TESKE:  I haven't finished the
16   question yet, Joe.
17   MR. SCHMIDT:  No, no.  Let her speak.
18   MS. TESKE:  I'd like to ask my
19   question.  There's no question pending.  I
20   don't know how she's speaking.  I just want
21   to finish asking my question.
22   MR. SCHMIDT:  She was going back to
23   your original question.  Let her speak.  Let
24   her finish.  Go ahead.
25   A.   Yvette sat on the sofa, she signed the

Page 305

1    contract, she had Guo on the phone, to the best
2    of my knowledge; it certainly sounded like him,
3    she was talking to him, so it sounded like his
4    voice on the other end of the phone.  Maybe it's
5    my imagination.  Maybe she had somebody else say,
6    let's just go ahead and sign the contract.  I
7    don't know.
8    Q.   Are you done?  Is that the end of your
9    answer?
10   A.   When you're polite, yes, that's the end
11   of my answer, my dear.
12   MR. SCHMIDT:  Just wait till – wait
13   till.
14   THE WITNESS:  It's a long day.
15   MR. SCHMIDT:  Wait for the next
16   question.
17   THE WITNESS:  You haven't been sitting
18   in this chair.
19   MR. SCHMIDT:  Wait until the question.
20   There's no question.
21   THE WITNESS:  I'm waiting for it.
22   MR. SCHMIDT:  Go.
23   Q.   You found out on January 6th that
24   Eastern would be signing the contract.  You've
25   testified that you believe it was your

**EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC**
French Wallop on 02/12/2019

Page 306

1  understanding at that time that Yvette was on the
2  telephone with Mr. Guo.
3      Did you ask Yvette to ask Mr. Guo if he
4  would personally sign the contract?
5  A.  No.
6  Q.  And how long was that meeting at which
7  you found out that Eastern would be signing, and
8  you and Yvette signed the contract?
9  A.  I have no idea.  It was during that
10  moment when she had the paperwork and we made the
11  changes, we agreed to the changes, she signed,
12  and then I signed, and it had Eastern on the top.
13  That's all I know.
14  Q.  All in all, two hours?
15  A.  Maybe.  Let's call it two hours, to
16  make you happy.
17  Q.  No, not -- I want the truth.  No answer
18  is going to make me happy.
19  A.  Two hours is fine with me.
20  Q.  I just want the truth.
21  A.  Two hours is fine.
22  Q.  Two hours?
23  A.  Sure.
24  Q.  And your understanding is that this
25  contract was the culmination of the conversations

Page 307

1  that you had had with Mr. Guo about the
2  investigative services that Strategic was going
3  to provide?
4  A.  He hired us, not Yvette.
5  Q.  So this contract was the culmination of
6  those conversations?
7  A.  Yes.
8      MS. TESKE:  Okay.  I have nothing
9  further.
10      MR. SCHMIDT:  I have no questions.
11  Thank you.
12      THE WITNESS:  Cheers.
13      MR. SCHMIDT:  Let him go off the
14  record.
15      THE VIDEOGRAPHER:  This concludes
16  today's deposition.  The time is 5:57.
17
18      (Whereupon, the within proceedings
19  concluded at 5:57 p.m., on the
20  12th day of February, 2019.)
21
22      *    *    *    *    *
23
24
25

Page 308

1      D E C L A R A T I O N
2
3      I hereby certify that having been first
4  duly sworn to testify to the truth, I gave the
5  above testimony.
6
7      I FURTHER CERTIFY that the foregoing
8  transcript is a true and correct transcript of
9  the testimony given by me at the time and place
10  specified hereinbefore.
11
12
13      _____
14          FRENCH WALLOP
15
16
17
18  Subscribed and sworn to before me
19
20  this _____ day of _____ 20___.
21
22
23  _____
24  NOTARY PUBLIC
25

Page 309

1      ERRATA SHEET
2
3  NAME OF CASE:  EASTERN PROFIT v STRATEGIC
4  DATE OF DEPOSITION:  Tuesday, February 12, 2019
5  NAME OF WITNESS:  FRENCH WALLOP
6  PAGE LINE   FROM           TO
7
8  ___|___|_____|_____
9  ___|___|_____|_____
10  ___|___|_____|_____
11  ___|___|_____|_____
12  ___|___|_____|_____
13  ___|___|_____|_____
14  ___|___|_____|_____
15  ___|___|_____|_____
16  ___|___|_____|_____
17  ___|___|_____|_____
18  ___|___|_____|_____
19  ___|___|_____|_____
20  ___|___|_____|_____
21  ___|___|_____|_____
22  ___|___|_____|_____
23  ___|___|_____|_____
24
25

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019

Page 310

1          REPORTER'S CERTIFICATE

2

3   STATE OF NEW YORK  )

4                    ) ss.

5   COUNTY OF NEW YORK )

6

7          I, ROBERTA CAIOLA, a Shorthand Reporter

8   and Notary Public within and for the State of New

9   York, do hereby certify:

10         That FRENCH WALLOP, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by such witness.

14         I further certify that I am not related

15   to any of the parties to this action by blood or

16   marriage and that I am in no way interested in

17   the outcome of this matter.

18         In witness whereof, I have hereunto set

19   my hand on this date, February 21, 2019.

20

21

22   _____

23         ROBERTA CAIOLA

24

25

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: $10,000..15

---

**$**

**$10,000**
119:13

**$100,000**
254:11

**$105,000**
255:1

**$111,700**
255:5

**$2,000**
158:19

**$2,380,000**
94:4

**$2,500**
138:11

**$2,805,000**
93:9 97:9

**$2.8** 97:5

**$250** 84:5
161:5
185:18
217:19
301:11

**$250,000**
247:12

**$3** 68:16
71:25
72:21

**$3-1/2** 71:21

**$300,000**
202:22
247:17

**$5,000**
254:11
255:23
256:11

**$50** 48:1

---

**\***

**\*r** 118:11
253:22
273:6

---

**0**

**000017** 27:5

---

**1**

**1** 7:2 24:4,
5 52:15,21
83:8,9,13,
15,16,20
84:10
87:16,17
94:3 95:8
96:16
107:19
116:12,13
118:24
150:1,3
154:3
177:17,19
179:1,2,7,
10,11
183:5
205:4,5,7,
23,24
206:1,7,

15,19
207:13
208:12
212:3
213:4,15
214:6
226:24
232:11
239:9,16
240:5
241:3
246:11
247:17
251:23
252:6
253:3,16,
20 264:14,
15,25
269:11,13,
15 270:2
272:8
273:24
274:1
278:13,14,
18,22
279:8
280:3,6
281:4
283:1
289:4

**10** 47:25
63:11
186:14,17
209:6
273:23

**10,000**
119:19,20

**100** 162:10

**10th** 47:4

**11** 226:10,
11 268:8
282:4

**111** 255:4

**111,000**
255:2,16

**11:09** 63:13

**11:21** 63:16

**11:29** 71:3

**11:35** 71:6

**12** 7:6
49:14
228:20,21
268:3,5,6
270:4

**12/28** 188:22

**12/29** 188:20

**12:57** 136:9

**12th** 289:16
290:20
307:20

**13** 241:5,6

**14** 247:24,
25

**15** 23:5
82:12,14
101:19
126:1
127:23
128:5

---

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                                    Index: 1557..228

129:11
147:18
159:8,13
160:12
187:19,20
188:17,24,
25 194:21,
25 195:19
196:15
203:18,24
209:21,23
210:15
212:9,13
251:21,22
252:2
257:11,15
280:18
281:16,17,
19 282:7,
11 294:4

**1557**   9:3

**15th**   108:8
182:1
223:23
240:15
249:11

**16**   253:25
254:1

**16th**   171:6,
8 182:2
207:23
208:2
223:22,23
244:11
289:16

**17**   27:8

203:3
212:23
256:25
257:1,2

**18**   146:21,
22 151:10
260:9,10,
11,12

**19**   146:21
200:10
262:19,20

**198**   244:12

**1990**
157:14,15

**1:01**   136:12

**1:30**   161:15

**1:42**   167:13

**1st**   232:3

―――――――――
          **2**
―――――――――

**2**   27:3,4
95:8 96:16
148:23
154:3
158:14
163:18
232:12
248:14
269:14
279:11,14

**2,000**   158:13

**2.089.000**
158:14

**20**   10:11
11:17 23:6
47:25
103:14,16
271:10,11,
16 294:4
308:20

**20,000**   119:4

**200**   116:18

**2000**   10:16

**2005**   10:17,
19 16:17
23:7,9

**2017**   32:4
37:5 42:8
47:5 51:25
52:1 54:14
85:1 108:8
126:4
151:10
285:7

**2018**   90:8
107:19
114:25
120:12,13
123:13
124:25
125:7,11,
12 151:17
171:17
172:25
175:4
193:3
212:23
223:17
224:9

240:25
241:7
243:9,16,
23 244:19
259:10
261:16
262:3,6,7
285:7
288:6
289:17

**2019**   7:6
146:20
307:20

**203**   187:7

**206**   192:7

**208**   194:24
195:17

**20th**   47:4
240:15

**21**   258:16
261:16
262:7
275:16,17,
20

**211**   196:8

**213**   197:18

**22209**   9:4

**223**   202:24

**224**   205:14

**225**   229:6

**227**   207:3
209:7

**228**   210:11

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC

French Wallop on 02/12/2019                    Index: 22nd..5,412.50

**22nd**   9:3

**23**   241:7

**230**   211:16

**234**   212:22

**235**   214:18

**238**   215:17

**23rd**   123:7,
  13  125:7,
  11  171:14,
  17  239:6
  243:6
  246:4

**24**   227:15

**24/7**   216:13

**242**   261:3,7

**243**   260:21
  261:1,4,7

**244**   261:1,4

**25**   117:2

**250**   116:19,
  20

**255**   229:7,
  12

**257**   229:20

**259**   230:2

**25th**
  215:13,15

**26**   223:17
  224:9
  244:19
  285:6
  288:6

**267**   252:23

**26th**   140:20
  164:7
  171:6
  215:15,16,
  20  217:22
  218:3,18
  220:11
  222:1,4
  226:1
  231:21
  284:23
  285:6
  287:12
  288:23

**278**   252:23

**28**   188:21

**28th**   187:16
  189:10

**29**   126:4

**29th**
  189:10,13
  190:4
  202:13

**2:30**   167:17

**2nd**   114:24
  192:21
  193:3,4
  202:13

—————————

**3**

—————————

**3**   25:18
  30:12,13
  43:6

156:25
  196:9

**30**   26:11
  47:25
  127:21
  146:20
  185:3
  243:9,15,
  23

**30(b)(6)**
  24:15
  78:23

**30,000-foot**
  22:5

**300,000**
  116:14

**30th**   151:17
  190:16,17
  227:6
  240:12
  243:5
  244:4,6
  284:22,24

**31st**   288:23

**33**   211:23
  217:10

**387**   76:17
  82:7  86:20
  87:5

**388**   89:7

**394**   93:3

**395**   98:5

**398**   99:14

**3:25**   209:2

**3:32**   209:5

**3rd**   114:24
  225:15

—————————

**4**

—————————

**4**   41:11,15,
  20  157:14
  269:24

**4,000**   196:25
  197:3
  301:14

**40-year**
  28:13

**41**   248:4

**45**   206:11

**499,000**
  289:19

**4:41**   256:21

**4:48**   256:24

**4th**   202:15

—————————

**5**

—————————

**5**   65:16,17,
  19  137:20
  139:12
  150:4
  157:21

**5,000**   254:23

**5,412.50**
  254:24

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: 50..absolutely

**50**   117:2,9

**50,000**   118:2

**50/50**   114:4,
 10  115:10

**501(c)(3)**
 50:3,4

**54**   276:1

**5:57**   307:16

**5:57 p.m**
 307:19

**5th**   190:19
 194:15
 196:1
 198:12
 201:14,20
 202:7
 225:14
 279:22

---

### 6

**6**   73:19
 86:20  90:8
 124:25
 140:25
 141:4
 150:4
 172:24
 175:4
 263:10,25

**6-0**   277:21

**60**   265:23
 277:19,20,
 21

**62**   280:8,9

**63**   282:16

**66**   283:11

**67**   268:21
 269:2,6

**68**   285:12

**6th**   111:7
 172:1
 175:10
 191:8
 194:16,17
 198:2
 199:2
 202:4,7
 244:11
 290:17
 299:1,7
 304:2,9,11
 305:23

---

### 7

**7**   84:8,9,13
 85:8  96:13
 151:22
 152:15
 153:6
 156:12
 174:4,6
 175:4
 185:9
 195:24
 207:9,10
 216:7
 223:7
 235:5

 260:19
 268:4
 269:23,25
 271:24
 280:16

**7-0**   286:17

**70**   286:15,
 16

**71**   288:3

**72**   260:19

**73**   260:19,
 22

**74**   289:9

---

### 8

**8**   107:17,
 18,20
 109:24
 119:13
 167:6
 266:2

**80-gigabyte**
 146:24
 227:5,19,
 24  228:7

**80s**   292:12

**83**   63:21

**84**   63:21,22

**8th**   174:24
 177:6,8
 180:10
 181:25
 183:1,16

 198:14
 201:23
 207:6,23
 208:1

---

### 9

**9**   126:2,3
 161:12
 167:21,22,
 25  168:2

**90**   196:14,
 20  230:4

**92**   127:20
 280:10,14

**9:58**   7:14

**9th**   181:25
 204:14
 205:7

---

### A

**a/k/a**   264:4

**ability**
 95:17
 297:1

**abroad**
 252:10

**absolute**
 130:7
 199:22

**absolutely**
 90:20
 199:5
 203:4,13

289:25
290:5
298:20,24
303:18

**absurd**
208:19

**Abu** 103:24
104:2,3

**ACA** 193:12,
23

**academia**
40:22

**accept** 93:24
121:7
225:1

**accepted**
194:21

**access** 21:1,
20 78:20
90:10
140:9
149:5
250:15,21,
23

**accessed**
80:12
148:7
177:5

**accessible**
235:14

**accessing**
54:23
55:1,7
78:8

**accommodate**
203:1

**accommodation**
244:15

**account**
54:24
56:3,20
168:16,19
169:9
193:15,16,
22 202:15
205:19
290:1

**accounting**
138:15

**accounts**
300:19

**accurate**
159:21,22
294:6

**accused** 14:9

**acquire** 45:2

**acquiring**
44:17

**acronym**
83:17
232:15

**acronyms**
234:20

**Act** 291:14

**acting**
199:10

**action** 85:12

266:9
293:16

**actions**
206:8

**active** 32:12

**activities**
34:23
51:12 92:8
278:1
285:18

**activity**
148:1

**actual** 96:17
191:8
230:12

**adamant**
97:21
145:25
200:3

**adamantly**
60:16,20

**add** 211:23

**adding** 94:14
140:14
196:25

**addition**
124:10

**additional**
116:21
123:4
209:22
210:14
223:9

**additionally**
232:21

**address** 9:6,
7,13 55:25
157:23
158:15
240:1
241:15,16,
19,24
297:17

**addressed**
26:23

**addresses**
217:16
221:11

**adequately**
276:4,13,
20,21
277:5,12

**adjust**
217:11
232:7

**administration**
285:16

**administration
s** 28:15

**adopt** 157:11

**adoptive**
157:3,11

**Advanced**
10:7

**advice**
274:17

**advised**

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC

192:13

**advisory**
  11:8
  17:11,19,
  20,21
  23:14
  294:9,12

**affairs**
  11:18

**afternoon**
  167:18
  293:15

**age** 258:16

**agencies**
  28:16

**agency**
  234:23

**agent** 9:11
  136:17
  241:18,22
  242:5
  291:13,21
  292:14

**aggressive**
  224:13

**agree** 57:9
  72:22
  135:23
  191:23
  280:21

**agreed** 101:1
  169:14
  188:25
  189:15

191:2,7
193:4,7
194:13,14
197:5
198:16
200:21
223:10
244:9
252:17
283:13
306:11

**agreement**
  61:15,19
  73:11
  81:16
  82:19 83:5
  85:12
  90:25
  96:17
  101:3
  102:18,22
  103:21
  107:18
  108:6
  110:15
  111:6,11,
  14,18
  112:20,25
  113:12,22
  114:1,3,6,
  10,11,14,
  17,18
  117:6,15
  119:24
  122:23
  123:25
  124:24
  125:7

126:3,22,
25 128:2,
18 130:11,
21,24
131:6
136:15
137:7,13
139:7
141:18
149:25
155:11
161:12
163:10
167:1
168:13
169:15,16
170:7
171:3
187:16
188:9,14
189:3,13
190:2,13
191:14
194:18
196:9
197:13
199:20
200:16
202:3,11
204:7
208:14
232:18
233:21
247:7
265:19
276:18
277:18,24,
25 283:12

290:10
297:23
298:13,15

**agreements**
  61:11,17
  102:13
  112:6,22,
  23 137:24
  141:15
  142:10
  163:4

**ahead** 22:12,
  13,16
  29:16,21
  71:19 78:4
  83:6 97:11
  106:13
  137:8
  155:16
  166:7
  188:25
  190:13
  212:11
  255:15
  280:20
  292:20
  293:13,14
  294:25
  298:21
  303:14
  304:5,24
  305:6

**aid** 86:22
  87:9
  263:13

**airlines**
  148:2

akin  147:20
  230:21

alarming
  270:20

alert  286:1

alerted
  269:15
  286:1,2,3,
  4

alive  196:3

alleged
  68:23
  69:19
  201:19

allegedly
  69:9
  71:20,24
  276:3

Allied
  254:1,8

allocate
  115:6

allowed  8:23
  98:19
  135:19
  196:15

ambiguity
  179:23,24

ambitions
  35:19

amended
  265:24
  271:12
  275:17,23

America  33:1

American
  44:8 48:16
  148:1
  255:19

amount
  116:13,21,
  22 117:5
  119:18
  122:12
  171:2
  231:14
  255:13

amounts
  101:10
  211:5

analogy
  129:10

analysis
  76:20
  77:17
  79:10,12
  154:17
  251:24

analysts
  278:3,6,10

analyze
  288:9
  289:1

Ancestry.com
  221:18

and/or
  176:16

Anita  52:17

53:1
  74:17,23
  79:22
  84:10
  156:25
  157:23
  269:17,18
  281:2,10

answering
  26:25
  292:22

answers
  271:18,22
  299:11

anti-communist
  44:15
  60:17
  90:20
  92:22

anti-putin
  91:16

anti-u.s.
  235:18

anticipated
  50:11

antique
  224:22

anxious
  50:14

anymore
  251:14
  284:18

apartment
  36:22

76:10 84:2
  143:16
  181:20,21,
  22 185:14
  283:24
  296:20,24
  300:6

apologize
  41:19
  236:9
  268:8

apologized
  219:23
  287:22

apologizing
  220:2,4

apology
  220:23,24

apparent
  251:3

apparently
  33:8,9
  61:12
  168:10
  174:3
  245:1

appearance
  55:18

apples
  155:19

application
  185:5

appointments
  46:4

approach
 232:8

approached
 12:19

approximately
 13:25
 14:1,19

April  225:15

Arab  69:13
 71:21

Arabia
 104:18

area  45:4,6
 47:1 50:24
 182:16
 289:7

areas  22:21
 206:12
 287:21

arenas  256:5

arise  162:15
 165:12

arising
 218:7

Arlington
 9:3

army  98:6

Arnaud  34:4

arrangement
 15:16
 176:20
 246:21
 298:13

arrived
 195:25

Asia  39:13
 149:20
 220:5

Asian  168:19
 220:6

ASOG
 232:15,17
 233:15
 235:22
 238:13,15
 239:9,17
 240:17,22
 248:10,11
 250:11
 251:4,16
 254:9,25
 255:21
 257:17,18,
 21 258:1,
 2,9 269:7
 270:8,13,
 24 271:3,8
 272:12
 279:12,17
 286:9

aspect  57:7

aspects
 178:3,4

assemble
 206:13

assembled
 233:21

assembling

 206:7,17

assertion
 121:7

asset  86:23
 87:10

assigned
 83:8,9
 150:3,5
 178:9,24
 179:1
 212:2,3

assume
 116:12

assumption
 186:7
 214:3

attached
 192:17

Attachment
 24:12

attempt
 244:22

attempted
 289:12
 290:8

attempts
 174:12
 269:12

attention
 289:13

attorney
 25:24
 111:11

attorney/
client
 263:19

attorneys
 24:24
 25:1,2,4

Australian
 160:2

authorities
 268:9,17
 269:4

automatic
 184:25
 185:2

Avenue  9:10

avoiding
 210:2

aware  50:16
 64:7,8,10,
 15,16,20,
 23 72:12
 97:13
 113:1
 199:3,6
 219:9

Awareness
 63:25

awful  231:11

___

B

baby  247:22

back  10:2
 33:14 35:8
 43:5 45:22

47:19 48:8
49:22 54:6
63:11,15
71:5 86:19
123:24
136:3,11
139:11
146:9,18
155:13
156:12,17
159:3
161:11
167:16
174:4
176:13
184:3
191:4,5,11
193:6
194:11,17
195:14
209:4
217:21
220:23
221:25
222:1
224:14
225:5
226:4
227:14
231:11
233:7
245:15
255:9
256:23
257:17
261:6
262:6
279:23

288:2
289:4,19
292:12
293:22
304:22

background
  9:18
  19:13,16,
  19 38:18
  48:2 52:14
  58:6,8
  128:11
  226:11,20
  257:9
  293:22

backgrounds
  250:22

bad   196:1
  228:24
  252:21

ball   266:17

Ballpark
  23:2 304:7

balls   194:7

bank   37:19
  48:14
  54:24
  56:20
  118:4
  253:19

bankers
  289:23

Bar   146:25

bargained

141:14
163:10

based   35:17
  36:11
  38:14
  43:17
  70:12
  71:23 97:7
  117:9
  132:9
  153:14
  155:22
  166:21
  169:23
  188:14
  189:12
  213:7
  219:15
  228:15
  232:8
  261:12

basic   19:5
  98:14
  236:6

basically
  56:4 189:1

basis   51:13
  154:11
  212:18
  275:12

basket   157:4

Bates   27:4,
  8,14,16
  30:13
  41:12
  63:19

168:2
186:15
209:6
247:25
251:24
252:2
254:2
257:2
260:13,23
261:1

battery
  282:22

Beacon   12:18
  34:6

bear   225:3,
  4,5

began   73:9
  177:19

begin   205:10
  208:4

beginning
  7:2 9:20
  39:1 73:20
  106:2,3
  108:19
  116:6,7
  123:16
  145:1
  146:16
  162:24
  205:15
  217:5
  218:22,23
  224:23
  232:3
  233:17

259:10
276:5
279:21,22

**beginnings**
150:23

**begun** 266:5

**behalf** 7:20,
23 22:21
26:25

**behavior**
266:3,11

**belief** 92:3

**beliefs**
294:1

**believed**
32:24
90:19
120:16
171:10
213:11
214:15

**Belin** 49:25
50:5

**Bell** 295:2,
8

**belongs**
290:2

**benefit** 99:5
100:24
176:15

**big** 44:6
48:13
128:15
136:7

178:17
220:14
281:4

**bigger** 225:5
288:1

**bill** 12:6,
17 31:24
32:9 36:2
38:15
90:13,23
254:17,23
256:10,11
270:11,12

**billed** 252:5
255:16

**billion**
68:16
71:21,25
72:21

**bills** 147:24

**bing** 266:17

**bipolar**
266:14

**birth** 156:1

**birthday**
154:8,9

**bit** 33:1
35:13,14
43:12
96:19
117:8
124:9
149:4
191:10

211:14
214:13
252:20
254:22
256:3
293:23

**bits** 79:18,
20 217:16

**blacked**
45:24

**blank** 113:2

**block** 162:16

**blog** 270:22

**blogs** 269:20

**board** 20:3

**boast** 51:9,
11

**bogs** 211:24

**Borchgrave**
34:4

**born** 156:3
178:16

**boss** 192:11
193:23
198:7

**bottom** 27:9
63:19
66:18
74:19
214:19
252:19

**bought**
158:21

246:7

**brains** 229:4

**breach**
270:20

**break** 8:20
63:10
70:24,25
88:13
125:17
135:4
139:7
166:9
208:21,23
254:5
256:18
293:3

**breaks** 8:23

**bribe** 186:10

**bribed** 186:3

**bring** 20:3
36:6 46:5
48:3 77:19
169:18
221:9
226:3
232:20

**bringing**
146:9
213:8

**British**
260:8

**broader**
29:11,12
43:17

brochure
  45:18

brochures
  45:18  46:7
  47:9

broker
  292:4,14

brothers
  221:18

brought
  62:15
  176:7,12
  224:20
  240:2
  252:12
  274:21

Buddhas
  224:22

Budget
  251:23

build   76:18
  150:23

building
  37:19,22
  44:8,10,19
  45:19
  48:14,16
  49:9
  182:16
  283:24
  284:2

bullet   63:25
  86:25

bullets

  88:12

bump   96:3

bumped
  255:17,18

bumping
  232:22,23

bunch   265:9

Bureau
  156:10

burner
  204:21
  207:21

Bush   106:4

business
  21:13
  23:16
  40:23
  49:17
  90:5,12,24
  131:17
  156:10
  170:12
  253:11
  292:11
  294:21,24
  298:10

businesses
  10:23
  82:24

busy   123:3

buy   37:17,
  18,20
  49:21
  208:12

---

C

---

Caiola   7:9

calculated
  97:25
  113:24

calendar
  31:5,6,12,
  16,18
  207:4,5
  223:24

call   11:20
  34:9,10
  45:8  46:10
  49:7  55:8
  58:5  93:22
  118:12
  126:21
  127:10
  159:20,22
  162:7
  169:15
  194:1
  202:13
  218:4
  223:5
  236:22
  248:23
  253:22
  273:6
  278:25
  289:14
  295:11
  296:23
  306:15

called   8:1

  11:1  32:6,
  9  48:21
  74:1  83:7
  96:12
  119:5
  202:17
  214:16
  289:22
  290:19,22
  295:2,4

calling   81:2
  103:2
  178:21
  290:6

calls   81:14

calm   245:20

calmly   231:2

cameras
  45:20

campaign
  73:21
  106:3

campaigns
  105:19,20

capabilities
  38:18,19
  39:16  51:5
  77:13
  138:24

capability
  40:10
  64:3,22
  93:4

capacity

58:20,21
122:14,25

capital
138:19
193:12

Capitol
47:17

captain
210:12

car 138:11

card 138:12
147:25
158:19,20

care 18:17
60:12
140:22
224:12

cared 60:15

career
234:16

careful
21:24 56:6

carefully
110:5

carriers
148:2

carry 260:8

carte 43:20

Carter 9:1

case 79:17
108:6
122:24
138:16

145:18
184:1
212:5
232:2
245:1
269:13

cases 17:24
29:8 79:20
148:22
155:7
295:18

cash 89:4
119:16,17,
20 138:6,
7,8 158:21

cat 142:20,
21

caused 207:3
208:2

caution
24:25

caveat 288:7

CCP 88:22

cease 292:8

center 34:7,
10,11

CEO 17:13,
14

certify
308:3,7

chair 305:18

challenges
162:15

challenging
279:5

chance 194:5

change 32:25
50:20
188:10
194:20
212:12
221:16
289:19

changed
82:14
181:5
194:4

changing
181:5
187:18

channels
53:13,15,
18,19,21
77:2,7,19
78:8,17,
19,20
93:19
106:17
107:4,9
160:19
177:15
178:13
180:14,16
205:11
273:17
279:25

chapter
225:24

characters
66:18
175:16
260:7

charge 255:6

charged
274:19

charges
255:7
273:21

chart
248:21,23
249:18
260:13

check 161:14
183:9
193:15
247:9

checked
172:12
193:16,22

checking
72:18
73:10
156:9
182:25

cheeky 68:21

Cheers
307:12

childhood
49:14

children
152:10
178:16

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC

| | | | |
|---|---|---|---|
| China  38:24 | 167:4 | clarify | 22:1 29:24 |
| 40:6 59:19 | chosen   132:2 | 46:18 | 30:4 91:15 |
| 60:23 | Christmas | 104:6,7 | 94:8 97:7, |
| 73:21 74:9 | 114:21 | 134:15 | 21 102:16 |
| 88:23 | chronology | clarity  8:11 | 104:13,23 |
| 100:21 | 74:11 | 27:12 | 106:22 |
| 173:3 | CIA  106:12, | 42:18 | 111:15 |
| 248:13,15 | 19,22 | 265:22 | 112:7 |
| 288:2 | 107:4,12, | clause | 113:5 |
| Chinese | 15 | 163:1,3 | 120:14,19 |
| 66:17,18 | Cipriani | 168:8,12, | 121:11,13, |
| 89:20 | 296:22 | 25 | 18,22,23, |
| 90:14 | circumstance | clean  26:17 | 24 122:2,6 |
| 91:5,12 | 165:21 | 166:17 | 123:5,8, |
| 92:1,10 | 285:19 | 201:24,25 | 22,24 |
| 129:15 | circumstances | 202:6 | 124:6,16, |
| 152:9 | 123:23 | clear  27:15 | 18,19,23 |
| 153:1 | 143:22 | 100:16 | 125:9,14 |
| 164:8,12, | 161:25 | 123:8 | 129:23 |
| 18 165:9 | 162:13 | 130:20 | 130:5 |
| 168:20 | 163:3,11 | 151:1 | 135:17 |
| 169:1,25 | 165:12 | 179:12,15, | 140:4 |
| 175:16 | 166:4 | 22 180:3 | 141:18 |
| 198:24 | Citibank | 191:21 | 151:6 |
| 211:11 | 202:17 | 240:21 | 155:13 |
| 221:16 | 289:17,23 | 242:14 | 165:13,21 |
| 264:12,16, | 290:18 | 260:25 | 168:5 |
| 17 265:12, | CITIC  54:24 | 284:20 | 170:10 |
| 15 284:7 | 55:25 62:7 | 294:2 | 212:17 |
| 288:13 | citizens | client  12:7, | 217:23 |
| Chinese- | 255:19 | 8,12 13:5, | 219:3 |
| speaking | clarified | 10,13 | 220:20,25 |
| 264:21 | 14:15 | 17:21 | 221:3 |
| Chinese/ | | 18:2,7 | 222:25 |
| english | | 20:22 | 225:23 |
| 264:1 | | 21:18,19 | 230:22 |
| chose  124:19 | | | 236:23 |
| | | | 237:14,15 |

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: client's..communist

249:5,6
259:12
262:10
295:12,13

client's
29:22
102:20
132:2
142:14
166:5

clients
13:15
17:11,12,
16 19:14
22:20,22
23:14
44:24
67:17,19,
24 68:2,5,
7,10
102:5,13
104:18,25
120:5
122:12
125:3
141:16,22
142:3
153:21
165:17
294:4,8,14
295:21,25
296:2
298:11,13,
16

clock   216:9
218:25

close   34:5
47:17
225:4

closely   73:4

closet
221:12

clouded
297:25

Club   277:3
301:18

code   229:8
288:15,16,
17,20,22

coffee
25:22,23
26:11
84:2,21
174:17
185:13

coincidence
238:1,3

collaborated
139:16

collaboration
35:25
91:22

collect
78:15 80:1
120:3
148:14
150:23
205:10

collected
61:6

collecting
79:20 80:9
92:25
205:9

collection
76:19
77:17
78:8,10
79:10,11
117:1
129:7
215:7,8
224:22

collectively
77:19

college   9:24
104:11

Columbia
292:6

combine   92:3
94:17

combined
189:11

comfortable
154:22

commas
138:20

commenced
266:8
277:24

commencing
145:24

comment
18:25

190:7
212:25
214:2

commentary
73:16

comments
95:16

commercial
292:9

committed
57:13,24

communicate
183:19,24
232:6
271:6
297:7

communication
184:6
297:13

communications
64:24
111:10
207:22
263:19

communiqué
297:19

communist
38:24
59:19,21,
22,23
60:22
88:19,21,
23 152:9
169:1
248:15

284:7

communists
74:8

community
21:9,13
239:14
250:16
257:23
258:7,10

companies
10:15
22:21

company
10:25 11:7
16:20,22
172:10
173:19
232:14
276:24
290:3
291:18

compare
94:12

compared
143:20
155:19
273:21

compartmentali
zation
142:24

compartmentali
ze  57:5

compartmentali
zed  206:5

compartmentali
zing  137:3
206:21
213:19

compartmentall
y  59:1

compensate
113:14

compensated
58:13
166:20

compensation
166:2

competitive
29:3

complaint
287:8

complete
133:4
162:22
175:15

completed
54:2,3

completely
96:4 160:7
164:2
268:1
303:21

complex
93:15,17
156:8
167:3
177:24

complicated

124:23

complications
218:7

comply  99:9

comprehensive
145:9,14,
21 146:14
162:16

computer
75:3
108:25
109:14
174:15
175:12,14
176:7,14,
15,18
198:23
199:10,17
205:20
267:13
268:9,11,
16 269:4
275:8

computers
175:19
204:20
205:2
207:20

concept
100:22
127:17
128:2,13,
24 130:3
152:5

conceptually
94:6 96:10

150:11

concerned
47:21
247:20
270:14

concerns
250:5

concessions
86:21 87:8

concise
35:16

concluded
307:19

concludes
307:15

concurrently
16:8

conduct
131:25

conducted
54:2,3

conducting
223:12

conference
126:21

confidential
53:21
69:15
72:23
121:1,10
142:23
298:19

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: confidentiality..contract

confidentialit
y  61:11,15,
 16  71:10
 73:1  121:8
 130:8
 176:20

configure
 289:5

confused
 136:1
 192:16
 250:10
 255:25

Congress
 28:15

connected
 169:23

connection
 49:8  77:16
 78:12,21
 80:13
 81:8,15,
 19,23
 108:6
 112:7
 113:7,11,
 21  117:6,
 14  129:20
 132:8
 141:22
 149:24
 176:16,17
 232:18
 246:16
 253:15
 264:2,6

 265:19
 294:11
 295:7

connections
 28:14
 248:18

connotation
 135:2

conservative
 34:3,10

consideration
 35:3

consistent
 95:2

consulted
 191:1
 275:7

Consulting
 295:5,24

contact  49:7
 193:25
 231:24
 244:22
 259:2
 299:9

contactable
 245:3

contacted
 80:23
 192:12
 193:24
 232:17
 273:17
 279:17

contacts
 28:18
 62:19
 81:10
 106:18
 107:8
 213:8

contemplated
 135:12
 169:5

content
 27:21  38:4
 60:1
 146:11
 218:5

contents
 143:19
 144:21,22
 145:10,14
 146:11

context
 94:23  95:9
 152:1

continue
 163:15
 217:12
 221:6
 235:19
 287:20
 293:1

continuing
 243:2

contract
 49:23
 57:21  73:9

 85:11
 90:2,6,7
 101:4,6,7
 102:16
 110:6
 115:13
 124:11
 126:13
 127:11
 128:18,20
 130:19
 131:8,15,
 19,21
 132:8
 142:5
 145:24
 146:12
 150:15
 162:25
 165:6
 168:23
 169:14,15,
 16  171:7,
 22  174:2
 175:5
 186:24
 187:19
 188:23
 193:2
 194:4,12
 196:13
 197:6,8,
 10,12,13,
 19  198:3,
 9,15,17
 202:23
 214:25
 217:9

243:16
244:10
247:6
264:3,9
266:8
272:2
284:10
296:15,18
297:14
299:1,2,4,
13,17,21,
24,25
300:18
301:13,20
302:6,7,9,
23  303:3,
13  304:3,4
305:1,6,24
306:4,8,25
307:5

**contracted**
52:12
117:21
247:4
273:11

**contracting**
276:23

**contractor**
113:2,7
130:6,9
131:8,25
133:3
141:1
143:7
153:7
162:21
168:6

170:11
272:1
274:15
276:22

**contractors**
20:6  134:5
149:12
169:4
272:16

**contracts**
102:5
142:2
294:13,16
295:9,10,
12,17,19,
25  296:5

**contribute**
20:15
21:21
271:18

**control**
88:13,17,
20

**conversation**
8:14  37:15
38:15  39:2
41:7  42:17
50:23  60:2
108:22
122:1
144:4
145:3,4
187:21
189:12
190:25
195:5

245:8,11
260:5
302:9

**conversations**
36:11
59:18
71:23  73:6
74:6  141:7
266:15
267:25
276:15
299:19
300:4,5
302:5
306:25
307:6

**convey**
236:23

**conveyed**
135:16
145:12
151:14
195:11
221:21
222:5
240:4,17
241:2

**cooperate**
19:8

**coordinate**
99:20
204:18

**coordinated**
207:22

**coordinating**

182:25
183:7
207:13

**copies**  47:13
200:14,16

**copy**  47:12
84:19
85:2,4,5,
7,21,24
86:3,9,12
189:2,20
190:1
191:6
192:23
207:7
253:21

**core**  29:15

**corner**  27:9
30:25
63:20
74:19

**corporate**
242:9,11
295:4,23

**Corporation**
7:4,17
171:22
172:13,24
173:13,15
277:6

**corporations**
294:17,22
295:20
296:3

**correct**

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: corrected..couple

27:2,11
28:17,20
30:1 45:3
60:24
65:13
74:20
82:20,25
83:11
84:14 85:9
87:11
91:1,6
92:23 94:5
95:3 99:4,
13 102:3
111:22
119:6
125:1
127:3,9
132:6
135:14
136:23
140:6
146:21
151:24
154:20,24
155:7
156:22
159:13
163:22,23
174:8
178:22
183:21
187:14,17
190:7
193:1,3
196:9
199:23
200:2,15

208:13,15
211:20
228:23
230:14
240:11
241:4
242:17
244:16
246:23,24
248:5
250:1
251:15
253:17
254:9
259:5
261:2,14
262:5,8
264:25
272:14,16
275:15
279:9,12,
13,16
281:8
282:12
285:21
287:20
288:10
298:8
308:8

corrected
261:6

correctly
157:18
158:16

correlation
303:18,20

corrupt
88:13
199:7
201:11

corrupted
85:15
114:16
174:13,20
175:15
176:10
198:21
199:1
201:13,21
208:8

corruption
82:24
88:14,20,
24 89:1,2,
19,21
90:14
199:3

cost   93:4
97:4,8,10,
12,16,18,
23,25
99:17
101:9
115:18
119:1,10
166:25
251:23
252:25
254:19,20

costs   93:5
117:2,13
118:8,16
119:22,25

196:18

counsel
7:11,16
8:7

count   10:9
281:23

counterattack
40:15

counterclaim
265:25

counterclaims
275:18,23

counterparty
299:13,23
300:18

countries
67:4
149:13,15,
17 207:15
268:10,14
269:5

country   89:4
171:14
172:22
241:14

counts   26:9

couple   36:4
49:17,18,
22 50:6
54:21 58:8
88:12
233:4
257:10,20
302:17

court   7:8,12
  8:10,18
  55:17
  172:15
  176:15
  179:22,25
  180:2
  238:22

courtesy
  8:10

cousins
  221:17

create   27:21
  35:21
  41:22 65:8
  75:7
  111:25
  133:10,21

created
  74:3,12
  107:24
  109:20
  150:10

creating
  42:3 75:6

credit   98:18
  138:12
  147:21
  156:9
  158:18,19

crimes
  57:13,25
  58:4,5

criminal
  86:22

87:9,20

crispy
  210:19

criteria
  153:10,17
  164:9

cross-check
  94:24

cross-checking
  153:25
  154:6

cross-
dimensional
  95:22

crossed
  11:17
  34:21

culmination
  306:25
  307:5

cultural
  44:11

curious
  258:21
  285:25

current
  147:10,13
  148:8,10,
  17 149:1
  151:13
  204:2

curtailed
  240:8

custom   39:12

cut   196:16

CVS   250:22

cyber   274:9,
  12,16

_____

_____
        D
_____

D'INTERPRETES
  10:2

D.C.   45:4,6
  47:1 76:15
  183:12

daily
  183:11,17

Dallas
  232:16
  233:2,16
  237:5,6

damages
  89:19

Dan   106:4

danger
  270:17

dangerous
  169:22
  252:17
  284:19

dark   221:12
  279:3

data   120:3
  133:5
  213:18
  230:5,12
  288:6

date   7:6
  36:25
  51:21
  108:3
  121:9
  123:17,21
  156:1
  174:21,22
  183:1
  191:9
  197:14
  218:15
  220:22
  233:19
  246:5
  299:1

dated   126:4
  241:6
  261:15

dates   245:5

daughters
  221:17

day   162:11
  172:1
  226:17
  276:6
  303:15
  305:14
  307:20
  308:20

day-to-day
  206:20

days   145:24
  146:12
  150:13,14,
  18,22

162:24
170:12
171:6
181:11,25
196:14,20
207:3,24
214:25
218:6,9
219:25
222:21
230:4,13
233:8
244:10
265:23

DBS  192:24

de  34:4

dead  129:14
218:15
273:13

deadline
212:19
225:14

deal  88:23
121:8
128:15
136:7
146:6
269:1

dealing
300:7

dear  198:11
305:11

December
31:10
37:3,5

42:8 47:2,
5 51:23,24
52:1 54:14
85:1 108:8
111:3,4
114:13,20
126:4
151:9
187:16
190:4,16
211:1,3

decent  207:7

decide  48:5
49:21 61:8
115:4

decided
12:20
115:8
270:18

decides
276:23

deciding
90:24,25
102:10

decision
234:5,8

deep-sixed
238:3,6

deeper  160:5
240:3
266:23

defendant
7:23

defense

40:14
237:11

define  18:9
52:24
94:10

defined
188:24

definitions
142:13

defrauded
68:15
71:25
72:20

degree  10:4,
9 266:14
298:17

delay  207:3
208:2
220:12
223:13
244:10

delayed
219:6,12,
20

delays  208:5

delegated
178:9

delete
111:24
184:14,22

deleted
112:3,19

deletion
112:13

deliberately
53:20
221:16

deliver
136:14
148:16
151:2,5
243:21
249:7
262:9,13
287:18

deliverable
147:7

deliverables
151:23,25

delivered
137:5,12
146:23
148:13
166:22
227:4,11,
12 241:12,
13 267:6,
7,18,21

deliveries
267:18

delivery
144:22
146:13
241:13

demanded
140:18

demanding
140:17

democracy

92:4

department
44:9 48:18
107:9
154:15
160:19
285:15
289:18

depend 95:10

depended
77:10,18

depending
18:8 20:19
87:20
142:13
144:24
167:3

depends
20:22
21:18
29:22 30:4
77:10
97:18
142:4
148:2
235:16

deponent
303:23

deposit
192:14,22

deposition
7:3 8:14
19:4 24:6,
15,21
25:6,16

26:19
55:20
77:14
178:22
226:17
227:2
293:9
307:16

depth 9:22
56:1 96:24
149:5
214:1

describe
21:6 48:20
53:15 62:8
64:3 121:2
122:1
209:15
210:7

designated
136:16,17
239:1
285:15

designation
236:25
285:24

destroy
283:4,7,10

destroyed
283:2,3

destruction
185:1,2

detail 15:15
19:18
39:24

detailed
266:6,21

details
39:13
214:14

determine
90:11
155:12
196:17
300:10

determined
113:25
255:22

detriment
140:1

develop
133:11

developed
28:13 64:4

developing
230:5

Dhabi 103:24
104:2,3

DIA 233:1
250:17

dialogue
92:7,9

died 49:13
128:6,7

difference
55:2,6
94:7 95:7
139:8
143:25

144:10,20

difficult
238:5

dig 251:1

digest
211:14

digging
163:16
224:12

dime 96:8

dimension
95:12
98:15
234:4
260:3

dimensions
97:19

direct
117:24
168:5
231:24
239:16
252:24
299:9

directly
30:5
136:16,20
170:3
271:6

directors
17:2

disagreed
191:3

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019      Index: disappointed..document

disappointed
  228:7,17

disclose
  66:10,12
  274:3

disclosed
  170:1
  274:2,4

disclosure
  285:19

discovery
  240:8

discretion
  132:3

discuss
  20:20
  51:9,11
  71:8
  130:19
  187:10
  188:1
  209:8
  230:20

discussed
  25:3
  32:20,21
  33:2 37:12
  39:23 40:3
  59:13 77:2
  100:4
  109:9
  169:12,13
  181:12,17
  194:24
  195:18

220:12
228:10
245:16
246:21
303:1

discussing
  88:4 102:7
  188:8
  192:13
  301:2

discussion
  43:19 93:7
  102:7
  108:19
  165:7
  169:21
  173:23,24
  188:14
  218:5
  223:17
  299:20
  301:9

discussions
  229:23
  301:6

dispatch
  206:15

dispatched
  204:13,17
  205:6,15
  259:20

dispose
  112:14

disrupted
  146:5,7

dissect
  265:6

distinction
  148:10
  149:1
  150:9

distracted
  81:6

District
  292:5

dive   39:13
  139:24,25
  149:4
  287:20

dives   96:6

divide   178:1

divided
  180:12

divides
  98:22

diving
  132:10
  146:6

division
  178:25

divorced
  49:19

doc   269:24

docs   195:18

document
  24:8,18
  26:21
  27:4,7,18,

19,22
30:13,17
35:9,22
36:10 38:7
41:11,17,
22 42:3
43:1,5,8
65:10,18,
23 68:10
72:17
73:19,24
74:12 75:7
81:7 82:4
84:1,9,15,
19 85:13,
14 86:20
87:7 90:1
96:12,18
100:13
107:21,22
108:17,21
126:7
154:5
160:23
170:22
171:25
186:13
189:12
192:18
193:6
200:21
201:12
226:14,23
229:7
241:9
247:25
248:20
249:2,4

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019     Index: documentation..duplicate

251:22
252:7
254:4,7
257:2,5
260:12,15
262:25
269:22
271:19
275:16,22
280:23

documentation
137:3
151:12
157:9

documents
25:5 26:2,
8,18 27:14
73:25
77:20
108:18
118:13
135:7
136:21,24
137:5,11
155:24
242:1
248:4,6
265:12
273:7

DOD  28:15

Doe  28:15
273:24
274:1

DOJ  250:18

dollars
119:4

193:17
276:11

domestic
22:23
232:21
282:22

domiciled
98:23
173:3,7

door  167:8
196:2

doors  231:6,
7

double  154:7

double-check
155:9

double-checked
159:23

doubt  243:17

downloaded
267:15

downloading
198:22

downstairs
296:21

downtown
45:11

draft  107:22
108:16,17,
25 109:20,
21 110:25
111:24,25
112:10,20,

22,23
162:2
171:23
190:1

drafting
108:5,12
111:11
162:6

drafts  108:2
111:17,19,
22 112:1,
3,6,24

drawn  131:23

DRC  74:9

drive  48:5
108:21
135:18,19,
20 145:19
146:24
151:23
175:20
198:18
204:4
207:15
216:4,5
218:9
225:21,25
227:5,10,
19,24
228:8,12,
13,14
267:12

driver
136:16

driver's

239:25

drives  20:22
85:15
114:16
133:12
134:9,23
146:4
175:19
176:4,8,12
196:1
198:12,13
204:9
208:6,8
213:18
267:10

driving
264:24

drop  218:15

drove  45:19
46:2

dual  96:22

duck  210:20

due  201:11
211:18,21

dug  160:5

duly  8:2
308:4

dumb  176:18

dumpling
210:20

duplicate
250:9
269:12

duration
  197:13

———————————
        E
———————————

eager  238:21

earlier
  23:13
  58:11 65:9
  77:3
  151:20
  160:7
  189:9
  190:24
  191:10
  246:21
  247:13
  261:23
  274:5
  293:24

early  31:10
  32:2 165:4
  211:1
  229:3

earth  253:7

easily  46:8
  284:4

East  65:25
  66:21
  80:18
  100:14
  103:18
  118:22
  242:21
  278:4,7,11
  279:2

Eastern  7:4,
  16 8:7
  12:10
  27:5,8
  57:10,15,
  16,17,19,
  21 130:5
  135:13
  137:20
  139:12
  140:25
  141:4
  149:20
  150:4
  151:22
  153:6
  167:6,22
  168:2
  170:8,19,
  24 171:16,
  21 172:9,
  12,24
  173:13,14
  187:7
  192:7
  195:17
  196:8
  197:18
  200:10
  202:24
  205:14
  207:3
  209:7
  211:16
  212:22
  214:18
  215:17
  229:6,12,

20 230:2
  244:9,12
  263:5
  264:3
  266:7
  267:7
  275:24
  276:4,7,
  13,14,16,
  17,20,21
  277:2,5,7,
  12,17
  278:6,8
  285:14
  286:1,20,
  22 287:6,9
  288:6,8
  290:6
  298:25
  299:5,12,
  18,22
  300:8,11
  301:17
  305:24
  306:7,12

Eastern's
  286:25
  288:4

Eastern-
0000201
  186:15

easy  148:3
  190:5,9
  191:12
  207:5

eat  211:4,
  13

Ecole  10:1

edges  256:8

edification
  27:13

edit  20:13,
  14 188:13
  191:4
  262:14

editor  34:4

edits  20:10
  75:12
  189:3,8
  190:6,10,
  12 191:1,
  12

educational
  9:17 44:11

effort  48:19

efforts
  278:2
  285:23

Eileen
  157:22
  158:8

election
  98:7

electronic
  19:17
  31:18
  134:18
  135:7
  136:21
  241:13

electronically
  145:13

element
  162:9
  233:22

Ellman  7:18

email  197:25
  199:21
  201:15
  232:4
  297:16,17

emailed
  110:2

emailing
  81:2

embarrassed
  220:8

embarrassment
  211:7

Emirates
  69:13
  71:22

emotional
  266:13

employ  97:1

employed
  43:6 96:22
  186:2

employee
  192:2

employees
  24:2
  103:14,16

employment
  10:22

empty  131:3

encapsulated
  35:15

encompassed
  113:17

encompasses
  83:3
  122:24

encounter
  163:11

encountered
  234:17

encrypted
  110:8
  288:12

end  20:16
  50:13 59:3
  101:2
  110:8
  111:3
  114:19
  115:12
  125:12
  129:14
  144:17
  146:17
  173:21,24
  205:14
  224:20
  252:22
  273:13
  305:4,8,10

endeavor

162:21

ended  61:7
  128:17
  223:6
  254:22

enforced
  197:14

engage
  121:14
  278:6,10

engaged
  121:11
  294:5,8

engagement
  78:13,21
  120:5
  216:22
  217:4
  246:17,23
  247:10
  253:6
  266:5

engagements
  102:16
  294:12

engaging
  40:14
  112:7
  278:1

English
  42:22
  260:8

enraged
  287:14

entail  18:6
  93:12
  105:18
  147:14

entails  21:6

enter  90:25
  177:15
  234:25

entering
  277:23
  295:9,16,
  25

entire  39:19
  59:6
  101:20
  150:5,17
  156:4
  174:2
  201:2

entities
  15:13
  23:20
  117:16,20
  130:15
  132:16
  149:12
  168:5
  264:21

entitled
  41:11
  73:19 84:9
  203:23
  251:22
  260:12

entitlement

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: entity..exhibit

293:8

**entity**  15:12
23:18
113:6
130:9
131:2,3,4
132:12,23
169:6
170:5
273:8,9,
11,16
300:15,17

**entry**
157:14,16

**equal**  77:8

**equaled**
300:11

**equally**
200:2
267:11

**equals**  300:7

**equation**
211:24

**equipment**
207:14,16
208:3,11

**Erin**  7:22
293:15

**erratic**
266:3,11,
13  267:2,4

**errors**
219:10,14,
15

**essentially**
91:19  95:5
166:3
171:5
214:25

**estate**  37:18
38:12
44:16  45:9
49:8
142:22
292:4,10,
14

**estates**
47:16

**estimate**
101:16

**Europe**
103:18
132:20
149:19,20
168:17
183:20
225:19
226:6
246:10
278:4,14
279:2,9

**events**  148:5

**Eventually**
39:17

**Evermay**
47:11
49:11,12,
16,20  50:1
292:16

**everybody's**
259:24

**everyday**
40:14

**exact**  246:5

**EXAMINATION**
8:4  292:23

**exceeded**
143:11

**excellent**
35:1

**exchange**
100:10,15,
23  186:21
229:23
230:16,19,
21

**exchanged**
100:17

**excited**  51:5

**exclusive**
16:12

**excuse**  19:2
48:15
101:13
161:6
170:24
276:6

**executed**
92:6
126:13
299:2

**execution**
90:7

**exhibit**
24:4,5
27:3,4
30:13
41:11  43:6
63:18
65:17
73:18,19
84:8,9
86:20
96:13
107:18
126:3
127:20
152:15
167:21
174:4,6
175:4
185:9
186:14
195:24
207:9,10
216:7
223:7
226:11
228:21
235:5
241:5,6
247:25
251:22
254:1
256:25
257:2
260:12,19
262:20
268:24
269:23,25
271:11

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                          Index: exist..fact

275:17
280:16

exist  118:9

exists  277:1

exotic
 209:8,17
 210:16

expats  91:5,
 12 92:1

expect
 210:11
 211:17
 212:24
 214:2
 288:21

expectations
 230:22

expected
 96:5
 230:12
 247:5

expecting
 202:18
 218:7,8

expense
 116:22
 117:18

expenses
 114:4
 115:6
 116:21
 117:25
 118:16
 247:14,15

expensive
 98:1,2,3,4
 101:11,15

experience
 10:10 21:7
 72:13
 163:9
 275:11
 280:4,5
 294:19,20

experienced
 64:11

expert
 274:10
 288:16

expertise
 206:9

experts
 268:9,16
 269:4

explain  39:5
 55:3 144:3
 185:24
 198:20
 276:8
 283:19
 289:8

explained
 33:1 221:7
 224:15
 231:1
 255:14,15
 264:15
 284:16
 301:10

explaining
 42:14
 229:18,21
 266:22

explanation
 127:25

explanations
 42:15

explicit
 264:20

explicitly
 168:18
 171:1

exploratory
 52:6,8

explore
 53:12

exposed
 97:24

exposing
 44:13

Express
 148:1

expression
 129:25

expressly
 283:13

extensive
 35:14

extent  43:15
 117:4

extra  203:17

extraordinary
 185:22
 238:2

extremely
 56:6
 156:6,8

_____

F

face  220:6,
 8 284:5
 288:4

face-to-face
 81:4,9
 117:1,18
 134:8,9
 141:25
 143:3,4,14
 144:4
 145:6
 222:16,19
 267:25
 296:17
 297:12

Facebook
 18:22
 19:11

facilitate
 99:19

fact  67:1
 127:20
 144:4
 154:7
 157:10,20
 164:23
 165:3

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: factor..figure

169:22
202:14
218:6
219:15
220:8
226:5
232:10
241:15
300:2

**factor**
201:6,8

**facts**  94:10,
12

**failings**
269:16

**fair**  11:24
14:17
23:22
43:13 77:6
95:5
124:11
162:8
164:1
177:23
216:16
235:24
253:10,16,
18 255:4
265:21
266:1
270:16
272:5
286:9
298:2,3,7

**fairly**
212:25

213:2,7
214:3

**fake**  129:15
152:25
153:1,16,
17 160:7,
13,16
161:2,3
180:23,25
181:9
217:15,16
219:15
221:10,11
222:7,11
223:14
234:2

**fakes**  153:2

**false**  159:16

**familiar**
21:2

**families**
68:16
170:1
248:19

**family**  11:4,
6 23:14
68:20
71:24
72:1,2,15,
20 73:7
221:11
248:24,25
249:7,16

**famous**  50:15
85:15

**farm**  260:1
278:18

**fascinating**
102:25

**fast**  49:18,
19 231:6
233:24
243:20

**faster**
139:25

**fastest**
233:25

**father**
157:6,10

**favorable**
63:9

**features**
185:4

**Feb**  240:24

**February**  7:6
120:16
123:7,13,
16 125:7,
11 165:4
171:3,8,17
196:15
229:2
232:3
233:18
237:3
239:6
240:16,25
241:7
243:6,7
245:7,8

246:4
249:11
259:9,10
262:3
279:20,21,
23 286:5
307:20

**federal**
172:15
202:20

**feel**  62:22
178:23
293:19
302:16

**feeling**
125:16

**feels**  154:22

**fees**  35:3

**fellows**
233:1

**felt**  39:2
41:9 91:18
178:11
215:3
225:16
232:20

**field**  139:3
163:9
234:17

**Fifty**  23:4

**fight**  60:22

**figure**
115:17
172:25

196:21
221:19

**figured**
66:20
237:14,17

**file**  24:9
50:16
127:18,19
175:16
176:9
177:12
185:12
199:12
201:2,24
216:7
224:13
233:5
235:17
236:1,18
270:23
272:18,22
288:11

**filed**  33:9
228:19

**files**  199:1
201:11,18,
21  202:6
219:16
233:14
234:1,25
235:2,3,4,
8,9,12,13
236:10,11
254:13
256:8
273:4

**Fill**  26:14

**final**  63:23
111:6
112:1
191:6

**finally**
48:24
114:12,22
174:13
207:7
212:15

**financial**
113:10
137:16
138:2,9,15
139:18
140:5
143:8
148:11
204:1
300:23

**find**  18:16,
17  52:7
88:25
148:23
156:2
163:16
164:24
165:24
172:20,22
181:2,8
193:14
209:23
214:20
219:3
224:13
238:2,4

251:8,18
271:3
273:1,3,15
279:6
300:24
301:1

**finding**  95:2
168:21
169:1
214:6,8
299:12,22
303:11

**findings**
145:16

**fine**  12:10
47:14
55:18
70:23
73:17 79:7
125:21,25
128:16
191:23
202:19
206:22
208:24
224:11
225:8,9
253:24
298:23
303:8
306:19,21

**finest**  90:14

**finish**  8:13
10:6
129:21
159:9,11

161:18,20
176:25
214:20,22
216:24
296:10
304:13,21,
24

**finished**
184:3
304:15

**firm**  7:17
166:8,13
184:13
203:14
295:4,12

**firms**  295:21

**fish**  82:18
127:11,14
128:3,4,5,
7,8,9,10,
12,14,16,
25  129:1,
2,10,18
138:8
152:15,23
156:15,19,
21  157:25
159:8,13
160:12,21
177:10
187:19
188:3,4,
12,17
189:1
194:21,25
195:19
196:15,19,

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC

French Wallop on 02/12/2019                    Index: fishing..found

22,23,25
197:3
203:1,2,3,
17,18,22,
24 209:8,
15,21,24
210:17
211:19,22
212:1,4,9
223:9
236:25
240:9,23
257:11,15
281:10,11,
13,17,24
282:2,4,7,
8,11 286:7
301:15

**fishing**
210:11

**fit** 48:7
158:2

**fix** 231:15
266:25

**flagged**
202:22
236:21

**flash** 20:22
55:24
85:15
108:21
114:15
133:12
134:9,23
135:18,19,
20 145:18

146:4,24
175:20
176:4,8,11
196:1
198:11,13,
18 204:4,9
208:6,8
213:17
216:4,5
218:8
225:21,25
227:5,10,
19,24
228:8
267:9

**flat** 76:10

**Fletcher**
119:5
132:21
258:17,20
259:4,7
261:11
272:20

**Florida**
285:4

**flow** 248:21

**flown** 227:15

**fluent** 43:13

**fly** 226:5
246:10

**flying**
183:20
225:18

**focus** 29:23
105:9

188:2

**focused**
266:18

**folder** 52:16
198:13
259:19,25

**folks** 270:13

**follow**
103:8,9
253:23

**follow-up**
293:17

**followup**
173:20

**font** 280:19

**food**
211:11,13

**fool** 194:9

**fooling**
233:13

**foray** 48:13

**forbid**
267:15

**forbidden**
245:1

**foregoing**
308:7

**foreign**
99:3,11
139:8
291:13,21

**foreign-based**

99:7

**forensic**
137:16
138:3,15
139:18
140:5,15
143:8
148:11
204:1

**forgive** 62:6
128:6

**forgot**
272:21,23

**form** 136:25
163:7

**formal**
288:9,10
289:2

**forward** 14:5
49:18,19
112:13
128:22
200:11
238:22
301:7

**fought** 255:8

**found** 48:24
54:9 69:2,
6 129:13
130:1
155:8
159:25
163:14,17
185:22
216:18

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: foundation..gave

221:8
239:9
251:1,10
269:11
272:21
303:10
304:2
305:23
306:7

**foundation**
44:12,20
50:5

**founded**
16:16

**fourth** 86:24
131:5
284:17
301:9

**frame** 51:25
125:10
189:10

**Frank** 157:4

**fraud** 68:23
69:9,20
70:1

**freaked**
233:9

**free** 12:18
34:6 54:19
124:1
171:5
178:23
203:22
222:23
293:20

**freebie**
52:13 54:1

**French** 7:3,
21 8:1 9:1
22:3 23:24
71:17 79:3
308:14

**friend** 49:14
176:2
225:6

**friends** 34:5
220:6

**front** 45:25
158:18
167:24
185:13
268:22

**frustrated**
302:19

**frustrating**
156:7

**full** 8:25
48:1 65:6
83:18,19
85:14
93:20,22
117:4
122:4,9,
10,14,16,
22 123:2,
11 124:2,
5,9,12,20
141:3
165:22
201:12

212:25
213:2,7
214:3
218:8

**fully** 64:16
72:12

**function**
237:10,11

**fund** 100:13
193:24
194:6
276:4,11,
13,20,24
277:5,9,12
300:3,13
301:10,15,
16 303:5

**fund...we**
192:12

**funded**
174:1,2

**funding**
170:2
276:25
277:1

**funds** 89:3
114:18,22,
24 202:12
253:3,19

**fuzzy** 252:20

_____

**G**
_____

**G-U-O** 12:9

**gain** 86:21

87:8

**game** 77:5
95:13

**garbage**
161:10

**gather**
144:25
241:12

**gathered**
145:5

**gathering**
78:10,11
143:23
260:1

**gave** 28:6
36:15
43:19
52:5,14
58:10 61:3
66:16
67:14,21
69:6 73:1
82:10 85:5
95:11
109:25
153:5
171:4
175:10
189:1,18
222:6
224:22
225:3,4
233:4,5
236:1
239:17
249:14,22

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: genealogical..Grendi

288:22
297:18
308:4

**genealogical**
248:22

**general**  22:5
29:23 41:7
121:3
263:3,4

**generalities**
39:11 51:8

**generalized**
42:17

**generally**
24:14
26:22
48:20
51:22
100:2
121:25
294:15
298:11,12

**Geneva**  10:2

**genuine**
153:8,13
154:23
155:2,14

**genuineness**
153:20

**geo**  148:3
248:17

**geographical**
279:4

**geologic**

248:17

**Georgetown**
10:3 46:10

**Gertz**  12:6,
17 31:24
32:5,9
33:16
35:6,17,23
36:12
38:15
90:13,23

**get all**
158:24

**girl**  157:8

**give**  19:17
21:19
22:4,17
27:24 48:1
85:20
110:25
118:7
124:8,12
127:25
130:22
136:19
166:8
189:2
211:8,10,
12 222:20
224:21
235:25
249:4,13
250:6
251:16

**giving**  28:9
109:23

206:24
216:5
224:23

**glanced**
86:16,17

**Global**  7:10

**globally**
45:7

**goal**  58:23,
24 59:3

**goals**  298:10

**gobbledygook**
265:10

**God**  31:19
33:24
149:20
174:24
198:19
206:13
267:14

**good**  7:1,15
8:6 32:8
33:23 35:5
41:10
42:22
44:12
56:11 59:9
91:18
125:24
167:18
176:12
180:5
213:3
214:6,15
224:11

229:18
243:17
257:13
293:15

**goodness**
10:12 23:1
250:14

**Google**  31:15

**gosh**  11:15
292:9
299:6

**government**
234:22
235:3,8,9
236:11

**grace**  244:14

**graph**  248:18

**great**  9:22
63:1 88:23
146:6
257:14,16

**Grendi**  7:15,
16 8:5,7
13:22
14:2,6,12,
17 24:4
27:3 30:12
63:10,17
65:15 68:4
69:18
70:20
73:17
79:4,7
80:6 84:8
95:20

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: group..Guo

107:17
118:11
121:6
125:16,20
126:1
134:24
135:4
136:2,5
166:17
167:10
208:20
217:1
226:10
228:20
241:5
247:24
251:21
253:22,25
254:6
256:18,25
260:11
262:19
266:1
268:6,22
271:10
273:6
275:16
277:15
292:20

group   10:18
32:24
92:24 93:1
98:6,10
119:5
187:3
237:10
254:2,8
295:2

groups   11:4,
6,19 22:20
99:21
100:1,4,
11,14,23
132:19

guarantee
153:12
296:6

guaranteeing
153:20
154:22

guarantees
153:7

guess   32:22
44:19 73:5
87:20
105:21
133:1
141:3
157:14
165:4
168:19
174:23
181:24
186:4
190:18
192:2
213:10
231:20
264:22
269:3
276:12

gummed
212:13

Guo   12:9,

16,25 13:2
14:23
27:25
30:21
31:23
32:21,25
33:9,10
35:4,10
36:9,14,
17,20
37:9,25
38:21
39:15 40:4
41:5 42:1,
11,19,22
43:1,8,21
46:17,20,
22 47:7,11
50:1 51:5
52:4 54:6,
8,22 56:23
58:7 59:15
60:10 61:8
62:12
65:7,11,24
67:5,18,24
69:6 71:20
72:15,16,
23 73:11
74:7 75:18
76:4,15
82:10
84:1,16,19
88:7,22
89:12,14
90:5
91:11,18,
25 101:18

102:9,22
103:13
104:1,8,16
105:4,12
106:6
107:22
108:23
109:24
111:1
127:15
136:17,20
139:23
142:25
143:16
152:5,6,8
153:5
155:24
161:4
162:14
164:2,18
168:10,21
169:10
171:1,4
173:19
174:6
181:13,17,
21 184:20
185:7,12
187:6
189:7
191:1,13,
22 193:23,
25 194:14
195:14
199:9
200:3,5
209:14
210:23

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                Index: Guo's..happened

215:14
217:19
218:8,18
219:18
220:13
221:1,21
222:2
223:18
224:2,21
225:10,25
227:19,25
228:6,16
230:10
231:5,8,
13,18,24
235:19
237:14,17,
19 243:9,
13 244:23
245:14,17
249:3
257:16
263:5
264:20
267:25
270:22
275:25
276:3,19
277:4
280:9
283:12,13
284:10,21
285:3
286:1,20
287:2,10,
13 288:6
290:6
296:8,16

297:5,7,
12,13
299:3,16,
23,24
300:1,7,10
301:22
302:14,21
303:2
304:2
305:1
306:2,3
307:1

Guo's  32:25
33:2 37:13
69:12
87:22
89:14
134:13
172:10
228:2
266:3
268:12
269:16
270:20

guy  228:2

guys  14:5
59:18
217:17
238:3
248:11
260:3

_____

H

_____

habits  82:22
138:10
147:23

hack  149:10

hacked
198:24

hacking
149:8,9,13
199:3

half  12:3
15:10
247:10

hammering
111:5
267:9

Han  12:6
28:1 31:24
32:6 34:20
35:3,22
36:11
38:16
39:15
42:19,25
43:7 54:6,
8 59:15
62:11
90:23
111:1
137:6,12
151:15
186:22,25
219:19
243:9
250:2
264:3
265:18

hand  241:13

hand-deliver
110:24

hand-delivered
288:5

handed  27:7

handle  122:5
178:4,5,6
183:17
271:2

handled
22:25 57:8
179:7

hands  139:21

handwriting
30:24,25
65:20 72:4

handwritten
65:17
109:10
135:22

happen  45:23
47:12
51:12
162:12
181:9
196:20
224:9
245:21
246:12
288:21

happened
50:10
60:11
85:19
145:3
155:10
182:21

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                                    Index: happy..hours

196:7
215:25
227:11
230:18
270:6
285:9

**happy**  210:5
214:17
219:3
221:5
228:25
268:25
306:16,18

**hard**  127:15
175:19
245:14
253:14
266:25

**harder**
139:25

**Harry**  49:24,
25  50:5

**hate**  119:20

**he'll**  103:8

**headed**  98:23
272:9

**hear**  68:24
70:7
191:25
192:5
267:3
302:25
303:2

**heard**  8:7
57:20

115:2
243:1
277:17
289:24
302:13

**heart**  50:20

**Heaven's**
259:23

**heightened**
298:17

**helped**  98:6
130:2

**helpful**  22:7
76:14
258:8,11
274:8

**helping**  33:3

**hereinbefore**
308:10

**hey**  222:6

**hierarchy**
152:9
170:1

**high**  104:12
132:1

**highest**
90:16

**highly**
142:23

**Hill**  44:14
47:18

**hinder**
285:22

**hindsight**
171:19

**hired**  307:4

**hires**  20:5

**hiring**
118:19
205:18

**historical**
137:17
138:3
139:19
140:5,16
145:8,9,
14,21
146:15
148:11

**hitch**  163:21

**Hodgson**  7:22

**hold**  134:24
177:18
224:14

**holders**  17:4

**hole**  154:16

**holes**  181:1
217:17

**holiday**
202:16

**hollered**
254:22
256:1

**home**  109:3
183:13
252:12

266:16

**homes**  45:19
46:3,4,6,8
47:14,16
48:1,9

**honest**
171:20

**honestly**
45:14
110:16
190:17
253:2
257:13
286:13

**Hong**
168:18,22

**honorable**
194:22

**hop**  117:23

**hope**  195:18
267:15

**hoped**  123:22
228:13
245:21

**Hopkins**  10:8

**hopper**  246:6

**hotel**  45:11

**hour**  185:3
304:7

**hours**  25:18
38:2,3
227:15
256:16

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: house..immediately

306:14,15,
19,21,22

**I**

**house**  37:20,
21 50:2,4
138:10
142:22
158:20
189:9,14

**houses**  138:8

**How's**  74:5

**hug**  225:4,5

**huge**  37:20
44:6 55:1,
6 204:21
225:3
231:14,15
290:4

**hugely**
93:15,17

**hugs**  225:3

**human**  216:13

**hundreds**
49:4

**hung**  191:22

**hunting**
78:11

**hurry**  220:14

**Huseby**  7:9

**hypothetical**
51:13

**hypotheticals**
129:4

**IC**  239:13
250:15
256:3
257:19,22
258:1,4
260:4

**idea**  23:1,3
25:12
28:4,8
44:10
50:19,20
57:14
60:9,10,11
62:24
63:2,5
81:13
86:17
118:7
144:2
154:2
170:8
173:4
180:19
226:22
228:16
235:25
259:12
265:20
276:16
290:11
306:9

**ideas**  22:6
37:23
43:20
65:10

92:2,5

**identification**
24:6 27:6
30:15
41:13
65:18
73:22
84:11
107:19
126:5
186:16
226:12
228:22
241:8
248:2
251:25
254:3
257:4
260:14
262:23
271:14
275:18

**identified**
82:5,13
83:25
228:3
260:21
264:2
272:6
283:22
285:14
296:10,13

**identify**
47:24 48:4
221:13
269:4

**identities**
270:2
298:10

**identity**
169:7
298:5,6

**ideological**
36:5 91:19
92:3

**ideologically**
38:22

**idiotic**
18:24
242:24,25

**illegal**
56:13,14,
15 224:18
239:15
270:10
287:21

**illegally**
89:4

**illegitimate**
178:15

**image**  33:1
37:22

**imagination**
305:5

**immediacy**
218:11

**immediately**
146:1
150:25
251:3

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: impasse..information

277:23
287:18

**impasse**
198:5

**impatient**
231:17,19

**important**
168:11
201:6,8
220:7
281:13

**impressed**
62:23

**impression**
218:17

**in-house**
102:23
103:11

**inaccessible**
238:7,8

**inaccurate**
159:17

**include**
17:22
21:16  44:2
139:19
140:16
143:13
272:15,19

**included**
138:2
171:22

**includes**
249:18

**including**
135:7,20
138:18
162:14
260:7

**inclusive**
29:6,12

**incomplete**
162:19

**incorporated**
50:3  127:8
172:13

**incorporation**
242:16

**incorrect**
155:8

**increase**
217:8,10

**increased**
232:10

**incredible**
250:22

**incurred**
117:14
119:23

**independent**
20:5  134:4
149:12
271:25
274:14
300:9

**indicating**
157:10
207:8

223:6
260:7
269:19
282:2

**individual**
22:20  35:1
47:24,25
94:15  97:5
132:19
138:9
142:14
272:17,18

**individual's**
52:13

**individually**
152:19

**individuals**
16:9  19:14
21:2,8
50:18
65:22,25
66:17,21
68:6,12
77:20
87:21  88:8
97:17
117:19
118:19
147:16,17
153:14
205:21,22
212:3
234:24
239:1,10
250:12
251:1
260:21

264:12
285:14
286:6,10
294:21

**industry**
255:6

**influence**
106:11,15

**info**   210:11

**inform**
212:24

**information**
19:5,15
21:3,15
27:24  40:9
53:1,7,11
54:19,23
57:2,11,24
58:7,22
59:5  62:23
63:6  67:4,
8,14  68:18
69:25
77:20
80:2,12
88:14,21
94:12,18,
25  95:10,
25  96:4
97:21
100:18,23
106:21
107:5
117:21
118:20
119:2

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: informed..intentions

128:8
130:14
132:10
134:9
138:5
139:12
142:24
145:5,22
146:9
150:17
152:2,24
153:7,13,
15,21,25
154:19,23
155:1,7,
13,21,24
156:22
159:5,15,
21 160:25
161:6,8
162:18
163:25
164:18
171:11
174:10,17
175:3
177:6,16
178:12
179:2
180:9,22,
24,25
185:8,25
186:12
196:23
201:4
204:4
205:10
207:16

209:13,22,
25 210:14
212:17
213:4,8,12
214:6,7,9,
11,15
215:2,7,
10,11
216:2
217:16,18,
22 218:19
219:16
220:9
221:10
225:11,13,
16 231:11,
14 241:3
243:22
246:9
249:10
250:12
251:9,10,
17,18
263:18,21
265:5,6,8
266:24
278:20
285:17
286:22
287:4

**informed**
268:1

**initial**  26:5
39:2 41:7
52:11 96:5
177:20
212:12

223:7
278:2
286:23

**initially**
52:7 93:8
107:23
111:4
159:14
197:15,16

**initials**
256:17

**initiated**
290:9

**inkling**
228:18

**input**  20:10
139:17
262:15

**inserted**
168:12

**inside**  56:8
92:11

**insist**  11:23

**insisted**
267:11
287:17

**insistence**
134:14
288:4

**insistent**
139:24
140:22

**insisting**
283:18

**instance**
127:18
138:7
155:2,11
156:25

**instruct**
246:1

**instructions**
87:22

**intel**  237:11

**intellects**
90:14

**intelligence**
11:19 21:9
29:3 76:19
77:16 93:4
168:21
235:11
236:10
239:14
250:16
257:22
258:7,10

**intend**
136:13

**intense**
217:7

**intensely**
233:25

**intent**  107:1
162:5,7

**intention**
134:7

**intentions**

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019    Index: interaction..investigatory

37:13

interaction
  32:7

interest
  22:21
  257:14,16

interested
  19:14
  62:13

interesting
  44:5
  209:13

interference
  266:4

interiors
  46:7  47:20

internal
  97:12
  219:5,19

international
  10:7  11:18
  22:22
  178:1,19
  232:24

internet
  62:15
  81:18,19,
  23  110:4
  176:16,17

interpret
  265:8

interpreted
  179:14

interpreter
  42:23

interpreting
  10:4

interrogatorie
s   262:22
  263:7
  271:14

interrogatory
  263:9,14,
  25  266:2
  268:3,6
  270:4
  271:24,25
  273:23

interrupt
  14:3

introduce
  7:11

introduced
  12:24  13:2
  31:23

introducing
  35:4  44:13

introduction
  12:5  14:23

intuitive
  19:6

invade   256:6

invading
  55:8

investigate
  18:12
  19:19  89:2

152:3
153:17
185:15

investigated
  84:3

investigating
  87:21
  152:8
  248:20

investigation
  20:4  88:7
  122:15
  127:17
  138:14
  152:7
  165:25
  169:24,25
  177:22,25
  183:17
  219:7
  251:13
  257:9

investigations
  18:9,21
  19:12
  21:25
  22:18,24
  29:7,9
  101:19
  197:3

investigative
  19:13
  37:14
  50:15
  58:6,8
  93:18

98:15
128:11
294:5,10
307:2

investigator
  147:21
  291:1,5,9

investigators
  62:16
  102:23
  103:11
  278:3

investigatory
  11:10
  12:23
  13:4,16
  14:19
  15:6,18,23
  16:6,9,14
  17:22,25
  18:5,8
  19:22
  20:16
  21:3,16
  23:10
  28:25
  29:6,14
  39:23
  50:24
  51:4,16
  59:8  61:5
  65:5  66:14
  80:13
  92:25
  93:14
  96:23
  98:9,22

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: investment..Japanese

122:16
125:3,8,13
141:22
148:25
163:20
177:2
179:7
217:5
234:17

investment
11:8

invoice
170:12,22
171:9,17
254:1,8,10
255:22
259:3
261:12

invoices
117:10
170:18

involve  18:1
19:17
56:19 81:2
111:10

involved
16:19
59:17 60:3
69:9 92:25
170:25
204:23
205:1
206:16
246:2
257:20

involving

275:14

IP  207:18
283:5

Iran
104:20,21

Ireland
227:14

irony  231:12
237:9

irrationally
287:17

irregular
161:24
162:13,18
163:3,11
165:12,21
166:4

irregularities
163:14,17

irrelevant
303:22

Israel  80:17

issue  71:9,
10 152:13
154:15
164:16
169:17
170:18
178:17
199:16
207:2
243:18
282:21
293:8

issues  33:2,
5 89:21
91:20
100:19
124:22
163:24
178:2
187:4
199:3,18
200:17
201:19
268:11
275:8

item  29:4
147:9

items  44:2
138:2
140:15,16

———————————

———————————
J
———————————

jail  233:13

January  90:8
107:19
111:8
114:25
115:11,12
116:3
124:25
140:21
146:17,20
151:10,17
164:6
171:2,8
172:1,24
174:25
175:4

177:6,8
180:10
183:1,16
191:8
192:21
193:3
196:14
199:2
201:14
202:4
204:14
205:7
207:5,23
208:12
211:1
212:23
217:22
218:3,18
222:4
223:17
224:9
226:1
227:6
240:12
243:5,9,
15,23
244:11,17
284:22,24
285:6
287:12
288:6,24
289:17
299:1,7,8
304:2,9,11
305:23

Japanese
49:17,18,
22 50:5

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                Index: jargon..language

jargon
  127:11

Jaysun  7:7

Jeep  45:23

jeez  229:14

Jinping
  248:13

job  150:6
  206:14
  239:9

Joe  7:19
  95:20
  118:11
  156:2
  184:11
  304:16

John  11:12
  155:23,25
  273:24
  274:1

Johns  10:8

joined  55:19

Jointly
  234:10,11

journalism
  40:22

journalists
  90:15

jump  287:16

jurisdiction
  235:16

K

Kalorama
  46:9

keen  44:5

keeping
  298:18

key  75:5
  136:20
  141:25
  151:16,20
  152:12
  174:12
  199:9
  209:17
  289:4

keys  148:15
  174:13,20
  175:10,11
  213:17
  267:9
  288:24

Khodorkovsky
  91:14,15

kind  11:3,5
  14:9 22:4
  23:11
  29:18
  50:11,12
  87:19 89:2
  117:24
  128:19
  129:1
  138:1,17
  139:7

140:7
145:22
147:12
164:8
168:23
175:13
176:19
197:25
211:6
219:5
223:3
235:3
239:4
255:8
265:12
273:2

Kindergarten
  9:21

kindly  176:2
  194:6

kinds  204:20

Kingdom
  262:1

knew  14:8
  32:11
  33:15
  47:15 60:6
  71:14
  72:17 84:6
  131:20
  147:3
  150:7
  188:11
  197:4
  228:11,15
  238:12

269:14
276:17
284:6

knock  161:22
  167:9

knocking
  167:7
  229:4

knowledge
  69:12,17
  159:16
  160:13
  171:25
  219:13
  297:6,9
  305:2

Kong
  168:18,22

Krause  7:18

Kwok  7:24
  275:25
  293:16

L

la  43:20

labeled
  205:11

Lakes  9:10

landed  184:2

lands  290:1

lane  49:3

language
  191:5

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019        Index: languages..Lianchao

264:17
288:18

languages
  64:24

laptop
  200:13
  282:15

laptops
  282:19,25
  283:7

large   37:19
  44:6
  47:15,16
  82:11
  202:21
  212:9
  280:19

Las   9:7,15

late   32:1
  211:19,22

latest
  225:24

laundering
  138:6

law   7:17
  99:9
  166:8,13
  184:13
  235:18
  286:21
  295:12

laws   126:25

lawsuit
  123:6

124:10
171:13
228:19
239:5
245:24
262:13

lawsuits
  33:8

lawyer
  131:23,24
  239:13

lawyers
  263:15

layers
  138:13
  221:8

lead   216:18

leader   52:21
  83:15,16,
  20 91:16,
  17 177:19
  240:5
  246:11

leaders
  99:21
  100:1

leadership
  88:24
  152:9

leads   222:11

learned
  285:13
  298:25
  304:9,11

learning
  253:13
  299:4

lease   292:11

leases
  292:11

leave   40:15
  182:17
  239:13

led   277:1

left   71:13
  181:22
  190:1
  225:9
  247:20,22

legal   8:25
  79:17
  140:1
  149:14,15

legally
  98:19
  178:12
  224:17
  270:16

legitimate
  221:9,14

legitimately
  181:2

letter
  118:14
  123:14
  175:23
  241:6,11
  242:19,23

244:24

level   22:5
  145:22

levels
  138:14

leverage
  86:21
  87:8,19,20

Lian   224:2

Lianchao
  12:6,19
  28:1 31:24
  32:15
  33:12
  34:20,21
  35:18
  37:10
  38:16
  39:15
  42:11
  45:10,11,
  17,23
  46:21
  48:4,7
  56:24 74:7
  75:20 76:4
  90:15,23
  109:24
  111:1
  136:18,19
  137:6,12
  151:15
  164:21
  165:5
  170:25
  181:12,15

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                Index: Lianchao's..long

182:12
185:7
186:22
195:3,5,
10,15,16
200:6
215:14
219:19
221:21,23
222:10,15
224:2
228:24
230:10
231:3,23,
25 232:6
237:1,22
243:9,13,
15,22
244:23
245:4,5,15
249:13,15
250:2
264:3,22
265:18
286:2
287:5
297:20
299:10
302:8,10

Lianchao's
42:12

license
239:25
291:8
292:6,8,13

licensed
290:25

291:4,5
292:3

life  37:13
162:9
258:16

life-
threatening
152:11

light  66:16

Lightly
81:25

limit  138:12
158:19
184:4

limited  7:4
58:21
122:12
172:13,24
222:17

limits
286:21

Line-item
251:23

lines
288:15,17

lingo  127:10

linguistic
112:9

linguistic's
10:3

Linkedin
27:19

links  92:10

278:16

list  66:7,
14,16
67:18
68:6,12
69:6 72:3
84:4,5
138:17,19,
22 139:11,
14 140:8,
10 147:18
153:4
156:14
177:9
234:22
257:10
260:18
280:10,14
286:10,23,
25

listed  65:22
68:17
167:2

listen  81:5
267:1

listened
217:25

literally
42:2
227:13

litigation
7:10 117:7
124:4
299:16
303:21

lives  45:17
222:15

living
152:15
157:23
158:16,21

LLC  7:5
9:11 242:5

LLCS  242:8,
12

lobby  176:7

lobbying
30:2,9

lobbyists
30:6

locate  45:2

located
278:14
279:8,14

location
148:3
179:5
238:11
241:25
279:4

logistics
137:15
204:24

London
168:16
295:2

long  25:9
224:25
232:12

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: long-term..Mandarin

247:22
266:19
269:14
293:2
302:11
303:11
304:1
305:14
306:6

**long-term**
301:13

**longer** 232:5
292:6

**looked** 48:6
57:1
160:21
233:3,6
239:21
270:22
286:9,11,
13

**lord** 35:5
198:11

**lose** 220:6,
8

**lost** 200:23
202:10

**lot** 36:3
39:13
45:20
66:17
108:2
110:12
116:25
117:2,17

121:12
129:14
148:6
153:1
157:3
159:6
160:16
182:14
217:19
219:25
224:25
231:11
242:8
245:18
270:17
274:11

**lots** 120:1
211:10,11

**Loushin** 7:7

**loved**
128:14,21

**low** 238:9,
10,11

**lunch** 32:14,
15,18
125:17
136:6
161:15
215:19
220:10,11
231:21
287:12
296:22

**luncheon**
167:14

**lunches**
211:11

**lying** 282:19

**Lytle** 7:20

——————————

**M**

——————————

**machine**
288:21

**made** 43:25
46:3 75:12
112:9
155:20
189:8,11,
14 190:11,
12,25
194:18
200:19,20
203:3
219:11,13
284:8
306:10

**mail** 241:14

**mainland**
38:24 40:5
168:20
169:25
187:5
264:16

**maintain**
40:13
292:6
298:5

**maintained**
28:14
283:17

**major** 148:5
190:23

**make** 27:15
31:2 48:13
73:3,15
79:20
153:23
162:22
163:25
166:5
189:3
190:13
198:25
200:12
214:16
218:1
219:2,14
221:4
223:25
301:12
306:16,18

**makes** 95:24,
25 207:23
212:7

**making** 154:6

**man** 206:9

**manage** 99:20
205:18

**manager**
169:10

**managing**
180:7
206:7,17

**Mandarin**
43:11

191:18
192:1
265:15

mandate
  150:7

mandated
  152:2

manifests
  148:3

manner
  162:23

March  120:8,
  13 123:17
  125:12
  196:16,17
  225:15
  242:22
  261:16
  262:6,7,11

mark  268:24

marked  24:6
  27:5 30:14
  41:13,14
  65:18
  73:21
  84:10,12
  85:8
  107:19,20
  126:4
  186:15,17
  226:12
  228:22
  241:7
  248:1
  251:24

252:2
254:3
257:3
260:13
262:22
271:14,16
275:18,20

marshaling
  278:2

massive
  211:5

match  94:14
  154:14
  160:5,18

material
  145:4

materials
  8:22 130:5
  135:8,12

matter  7:3
  66:25 81:9
  176:4

matters
  187:1

maxes  122:25

Mayfair
  11:1,7

meal  210:22

meaning
  128:10
  168:13
  193:23
  285:17

meaningful
  148:9

means  19:18
  116:12
  184:6,20
  186:1
  224:25
  234:21

meant  14:9
  131:20
  198:4
  200:15
  205:17
  253:15
  281:9
  288:11

meantime
  171:13

measure
  134:14

media  7:2
  33:11
  63:25
  64:23
  68:25
  69:21 70:4
  92:20
  98:15
  148:25
  149:2,3,24
  150:8
  151:2,5
  204:2

meet  25:5
  33:12
  146:3,19

176:6
183:10
190:15
227:25
233:15
243:15
283:14,18
284:9

meeting  26:5
  30:21
  31:10
  35:9,22
  36:19 37:8
  38:1,2,4,
  8,13
  39:18,24
  40:25
  41:25
  42:3,4,6,
  13 43:2,
  16,18
  45:16
  46:15,16,
  20 47:12
  50:25
  54:10
  57:2,23
  58:4
  74:13,14,
  16 84:20,
  25 86:5,10
  97:17
  102:8
  146:23
  174:7
  181:14,23
  182:5,16,
  19 183:16

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: meetings..Mike

184:3
186:9
190:22
199:16
215:13,23
216:1
217:21
218:3,18
221:20,22
222:5
225:11,19
226:1,8
233:16
244:19
285:6,8
306:6

meetings
31:21
36:17
46:15
74:11
76:13  81:9
108:9,10
120:2
134:8
143:15
177:18
211:2
232:12
243:8
297:12

mega   101:10

member
176:22
212:2

members
71:24

205:25
257:25
258:9
270:2

memorandum
102:2

memorialize
118:4

memory   37:2
51:1  188:6
228:23

mentally
217:8

mention
38:11  40:8

mentioned
23:18  33:6
36:2  65:9
72:11
160:7
174:5
218:15

mentions
28:22

menu   43:20
65:8  102:9
150:5
167:3

mess   290:5

message
110:7
192:9
193:15,20
201:15

202:25
203:7
205:14
212:23
228:21
229:11
297:8

messages
184:5,8,
15,19,22
186:14,21
222:18

messaging
64:24
92:21

met   24:24
25:20
26:11
32:22
36:14
37:25
39:12
46:13
76:14
164:6
181:21
190:19
227:25
233:2
246:14
268:2
276:6
284:21,24
296:8,14,
16

method
144:23

metro   47:1

Michael
11:12,13
27:25
200:9
214:13
221:7

Mickey   277:3
301:17

micro-targeted
76:19
77:16

mid-december
199:15

mid-february
229:3

mid-jan
199:15

middle   65:25
66:21
80:18
103:18
111:2,3
116:2
118:22
123:16
164:6
237:3
240:15,24
242:21
262:12
278:4,7,11
279:2,20
280:11

Mike   11:14,

| | | | |
|---|---|---|---|
| 15 12:20 | 215:2 | 234:9 | 87:24 |
| 30:22 | 216:3 | 284:5 | 166:19 |
| 41:23 | 217:24 | 289:7 | 260:24 |
| 42:7,10 | 220:3,7 | **Mikhail** | **mine** 91:15 |
| 51:1 53:3, | 221:1 | 91:14,15 | 234:7,9 |
| 4 54:8,9, | 222:2 | **Miles** 7:24 | 290:2 |
| 20 58:1 | 224:15 | 12:9,16 | **Mingduan** |
| 60:19 | 225:2,3,4 | 30:21 | 157:2,6 |
| 62:16 | 226:2,4,5, | 32:25 33:2 | **Mingshan** |
| 64:7,16 | 24 228:13 | 37:12 40:3 | 157:7 |
| 74:7 76:4, | 230:10 | 42:1,11 | **minimal** |
| 24 80:4 | 231:1 | 43:21 | 119:12 |
| 83:18 | 232:23 | 46:22 | **minor** |
| 86:16 | 233:18 | 47:11 | 200:12,22 |
| 87:15 90:1 | 236:17 | 50:1,2,8, | **minute** 117:1 |
| 97:12,14 | 237:23 | 14 54:8,22 | 212:12 |
| 107:25 | 238:14 | 58:7 65:7 | **minutes** |
| 108:13,25 | 239:19 | 82:10 | 26:11 |
| 116:7 | 241:2 | 221:5 | 63:11 |
| 120:17 | 243:12,24 | 275:25 | 126:1 |
| 121:21 | 245:7 | **military** | 185:3 |
| 123:20 | 246:1 | 64:5 | **mischaracterize** 293:25 |
| 132:14 | 249:21 | **million** 48:1 | |
| 146:1,9,17 | 252:16 | 84:5 97:5 | **miscommunication** 219:6,20 |
| 151:16 | 260:1 | 158:14 | |
| 160:14 | 267:20,21 | 161:5 | **misnomer** |
| 169:19 | 271:1,4,5 | 185:18 | 102:25 |
| 177:12 | 279:25 | 193:17 | 103:4 |
| 180:12 | 284:6,24 | 217:19 | **misunderstanding** 143:17 |
| 199:17 | 286:12 | 301:11 | |
| 200:9 | 287:22 | **millions** | **moment** |
| 204:18,25 | 289:7 | 49:5 | 119:21 |
| 205:17 | 299:20 | 276:10 | 248:3 |
| 206:2,14 | 302:3 | **mind** 45:13 | 306:10 |
| 207:12 | **Mike's** 62:19 | 50:19 | |
| 209:12 | 73:25 | 82:14 | |
| 210:8 | 121:22 | | |
| 213:5 | 229:10 | | |

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: Monday..needed

Monday   175:1
  176:5
  182:1
  198:14
  201:23
  207:6
monetary
  36:5
  89:17,19
money   56:20
  115:20
  117:5
  138:6
  158:12
  169:5,10
  170:5,23
  193:8
  198:16
  246:18,19
  273:19
  290:1
monitor   7:13
  82:21 93:9
  97:5
monitored
  94:16
monitoring
  83:1,9
  93:12,22
month   82:13,
  15 127:18,
  24 129:11
  141:13
  143:9,10
  144:17
  182:2

  188:3,5,
  11,17,24
  251:23
  252:6
  261:22,23
monthly
  166:2
  196:18
months   73:9
  82:22
  150:16
  196:9,14
  197:9,17
  231:15
  237:12
  247:3
morning   7:1,
  15 8:6
  201:23
  224:24
mother
  157:2,5,10
MOU   102:1
Mouse   277:3
  301:18
move   8:22
  50:15
  146:1
  238:21
moved   128:22
movement
  50:7
moving   14:5
  301:7

multi-million-
  dollar   47:25
multiple
  64:24
  111:18,22
  138:13
  179:14
  211:19,22
mutual
  100:24
  189:13
  230:9

─────────────
       N
─────────────

Nahyan   68:20
  72:2,14
  73:7
named   157:22
names   12:13
  21:5 67:22
  81:1 82:11
  127:20,21,
  22,23
  129:6,15
  148:2
  153:1,16
  160:4,17,
  18,25
  162:21
  180:25
  181:4,6,9
  185:17
  206:4
  217:15
  221:10,14,
  17 222:6,

  11 223:14
  232:25
  233:4,10
  235:5,6
  236:2,19
  249:20
  250:8,23
  254:14,20
  272:18
  280:15,18
  281:20,24
  291:18
  298:18
naming   21:5
  81:1
narrative
  136:25
nationality
  160:3
  264:18
nationwide
  45:4,6
nature   11:10
  56:21
  183:21
  205:2
  210:23
  214:7
  216:22
needed   114:7
  152:22
  164:11
  180:13
  198:17
  219:4
  220:10,21

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: negotiate..objection

231:10
279:6
288:12,14
289:3

negotiate
255:12

negotiated
283:12
299:20

negotiating
295:9,16,
24

negotiation
252:14

negotiations
50:23

neighbor
175:13,22
196:2
274:10,11

net  212:25
213:2,7
214:3

network
21:1,20
28:18
79:22
90:10
91:4,11

networking
99:16,20,
25 101:12,
14

networks

80:18
82:23

Nevada
127:1,6
241:15,16,
18,21
242:10

news  68:25
198:7

NGO  302:11

nice  214:20

nightmare
175:21

nods  8:17

nominee
106:1

non-
prioritized
280:15

nonetheless
303:17

nonsense
153:23
194:10

normal  8:14
273:21

North  9:3

Notary  8:2
308:24

note  31:2
157:15
290:21

notes  31:14,
20 35:11
109:10
156:24
158:6

notice  24:5,
16 266:8
293:9,13

notification
290:5

November
32:2 49:13

NSA  233:1
250:17

number  27:8,
15,16
32:22 40:4
49:3 52:15
61:12
63:19
148:5
152:8
154:12,13
157:17,22
158:11
167:21,25
168:2
179:3
180:19
188:2,4
204:16
209:6
219:16
239:25
248:14
252:2,18

260:19,24
261:1
263:10,25
266:2
268:3,6
269:16
270:4
271:24
281:20,25
283:5
284:4
297:18

numbered
280:22

numbers
56:2,3
127:17
152:25
153:1
158:25
159:1
160:1,2
196:19
207:18
250:9
280:19,24

numerous
204:19
277:10

O

oath  167:19

Obama  285:16

objection
29:16,20

78:22 80:3
81:12,20
83:6 97:11
106:13
133:22
137:8
142:11
155:16
166:6,23
201:7
212:11
218:13
219:8
223:15
277:13
280:20
282:14
284:13
294:25
298:21
303:14
304:5

objections
262:21
263:4,5
271:13

obligation
166:5

obtain
286:22
296:6

obtained
185:25

obvious  19:6

occasional
162:15

occasions
182:23
296:9,13,
16

occur  32:7
36:19
181:23

occurred
37:7 43:16
51:3,6
165:16
218:10
246:25

October  32:1

odd  15:25
259:15,17
275:3

offer  222:20
223:1

offered
51:15 52:4
220:24

offering
93:9

office  11:4,
6 44:10,19
45:19 49:9
228:2
241:20
242:4
292:11
300:21

officers
16:25

offices
23:14

officials
89:20

One's  213:23
240:7
285:23

online  98:6,
10 149:3
269:17

oops  251:13

open  110:4
175:8,11,
12,15
218:5
231:7

openly  102:8

operate
76:18
166:14

operation
204:22,24

Operations
254:2,8

opinion  61:3
160:13
303:20

opportunity
146:8
155:1
288:8
289:1

oppose
293:12

opposed
134:17
212:10

opposite
48:17

opposition
91:5,12,17
92:1,24
99:21
100:1,3,
11,14,23

option
209:16
210:17
232:19

options
209:8

oral  223:18

orally
135:16
145:12

oranges
155:19

order  21:20
97:20
127:25
146:3,4
194:9
265:11

organizational
92:16,19

organize
206:15

original

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: originally..parties

85:5
109:19
127:19
132:1,7
159:3
191:5
248:19
249:2
279:1
304:23

**originally**
64:4
254:25

**Ostensibly**
100:25

**outfit**  34:1

**outlined**
171:4

**outset**
163:12
233:21

**overseas**
11:2
117:19
118:19
139:5
149:9
179:5
183:6,7
204:17
239:6
246:15
269:11
270:7
282:23

**overview**
9:23 10:14
22:17 94:1
101:17
102:6

**owe**  170:23
171:1
246:18

**owed**  255:13

**owner**  49:12,
13

**owners**  48:22
49:20
158:22

_____
**P**
_____

**package**  65:7
93:20
94:19

**packet**  82:11

**paid**  84:5
113:21
117:5
161:5
171:2,3
185:18
259:3
262:16
301:11

**paper**  31:4,
6,20 38:14
43:18
84:19
85:2,7,19,
24 86:12

134:17
135:22
189:20,22
301:4,6

**papers**  71:15

**paperwork**
273:2
306:10

**paragraph**
40:20
64:20
127:1
130:10
141:4
145:2
161:25
170:16
265:23
268:21
269:5
276:1
277:19
280:8,12
282:16
283:11
285:12
286:15
288:3
289:9

**paragraphs**
43:4

**parameter**
209:18,19

**parameters**
224:16

**parents**
59:22
157:3,8,12

**parsing**
177:21

**part**  10:8
23:15
29:25
37:14,22
43:2
59:22,23
65:4,6
78:6 89:5
97:23,24
98:9
101:2,6,7
108:20
131:19
154:2
155:4,5
165:4
177:1
190:24
218:24
257:15
259:25
269:11
276:16
278:21
279:1

**participate**
75:6 78:7

**parties**
162:14
298:1,5,6,
19

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: party..percent

**party** 59:19,
21,22,23
60:23
88:18,19,
21,23
131:5
169:1
183:8
212:6
248:15
284:7
299:19

**Party's**
88:13,17

**passport**
152:25
154:12,13
160:1
178:14
261:10

**passports**
153:17
186:4,10
260:8

**password**
149:8

**passwords**
149:5

**past** 32:12
97:2 105:1
165:16
291:18

**paths** 11:17
34:21

**patient**

231:9

**patiently**
231:2

**patterns**
82:23

**pause** 166:5

**pay** 35:2
116:7
117:11
165:13,22
168:6
203:18
246:8
247:4
273:14,19

**paying** 116:6
168:22
186:1

**payment**
166:5
301:2

**payments**
89:4 118:5
170:10
202:21

**PDF** 192:17

**pedaling**
243:20

**peek** 52:6,
13 239:24

**peeking**
55:8,12,23
235:7
239:22

**peering** 62:8

**pending**
303:9
304:19

**Penn** 285:2

**penthouse**
36:23

**people** 12:20
19:10 20:7
21:13
22:10 30:6
32:17 33:7
36:3 40:4
45:1 48:21
57:10,22
58:9 66:3,
7,8,14
67:3,17,18
68:23
72:18,19
76:25 77:1
79:22
80:22
81:2,10
84:3 86:21
87:8,23
89:18
92:11
101:19
103:16
120:2
125:16
132:12
146:3
149:6
157:9
160:10

163:18
168:22
180:17,20,
22 181:3
185:16
186:3,4,10
192:14
194:6
198:5
205:18
206:13,14
211:25
212:1
216:6
222:7
233:10
235:21,23
236:9,13
237:19
238:14
239:17
240:22
245:2
247:3
249:2
255:5,6
256:17
257:10,20
258:22
260:6
279:2
284:4,6
288:17

**percent**
162:10
211:23
217:10

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019        Index: perception..ping-pong

perception
  231:16

perfect  50:2
  162:20

perfectly
  131:20

perform
  19:11,24
  96:22
  102:11
  238:24

performed
  96:10
  272:1

performs
  18:21

period  28:13
  32:23
  166:3
  244:14

periods
  162:17

permission
  68:11

person  8:15,
  16 25:20
  57:12
  58:10
  91:18
  93:10
  94:20
  146:19
  157:25
  159:2
  160:21

183:7
197:20
198:3
204:18
205:17,19
207:12
276:22
283:14
296:9,14
300:2,23

persona  48:8

personal
  9:16 66:15
  67:20
  69:11,16
  82:23
  224:21
  275:12
  276:12
  296:6

personally
  28:6 69:20
  77:15
  80:20,22
  81:21 82:2
  105:15,17
  110:20
  137:10,11
  178:10
  180:7
  218:1
  243:25
  244:1
  258:14
  275:7
  276:7
  284:21

291:4,20
300:17
302:15
303:12
304:3
306:4

persons
  234:15,18,
  20 235:15,
  22,24
  236:10,24
  239:2
  240:9
  285:17,23

pharmaceutical
  49:17 50:6

phenomenal
  36:7

Phillips
  7:19

phone  81:2
  187:13,21
  191:13
  194:1
  305:1,4

phones
  204:20,21
  205:2
  207:20,21

photocopy
  252:22

photograph
  74:17
  91:13
  155:25

269:18

photographed
  283:21,23

photographs
  46:8 186:4

physical
  241:23

physically
  126:12,19
  189:18
  238:4
  250:6
  304:4

picked
  45:10,17

picture
  100:8

pictures
  186:10
  261:10

piece  134:17
  135:22
  181:3
  189:22

pieces
  79:18,20
  158:2
  178:12

Pierre  176:6

pin  70:21

Ping  248:13

ping-pong
  194:7

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: pivot..preparation

pivot   50:23

place   54:15
  156:3
  175:17
  292:17
  308:9

Plaintiff's
  262:21
  271:13

plan   43:22
  77:5

planned
  197:15,16
  217:9

planning
  215:14

plate   121:12
  122:4,16,
  22 123:2,
  11 124:3,
  5,10,12,20

played
  195:14,15
  206:7

pleasant
  72:13

pleased
  213:13

point   32:14
  37:4 63:25
  84:20
  115:7
  188:2
  191:20

  199:8
  216:4
  224:3
  228:5
  239:3
  240:24
  247:9
  251:12
  294:1
  296:21
  299:3
  303:9

pointed   46:3

points   129:7

policy   40:23
  185:1

polite
  305:10

political
  59:18
  86:22 87:9
  88:4,6
  89:7,10,
  14,16,18
  105:19,20

politicians
  21:11
  105:4,5,
  16,24

politics
  33:16

popular
  242:15

porous
  110:12

portion
  44:17
  178:8,18,
  19

portrayed
  291:2,6,10

positive
  39:4 44:15

possibly
  32:15 76:6
  150:21
  231:22
  243:13
  297:11
  301:14

Post   33:22
  131:5

Post-it
  31:20

potential
  71:8
  120:18
  121:13,18
  232:12
  270:17
  280:10

Pottinger
  295:3,8

Powerpoint
  74:24 75:2

PP   234:20

practice
  184:22
  283:6

pre-report
  54:13

precede
  14:25

preceded
  14:22
  108:12

precise
  216:12
  243:7

precisely
  19:20
  21:22
  39:11,22
  41:3 53:8
  61:22 88:2
  144:25

preliminary
  30:20
  36:13
  89:25 90:1
  93:7 94:1
  101:16
  102:6
  116:13
  143:1,3,
  10,13,19,
  24 144:1,
  16,21,25
  185:23
  240:1
  250:25

premier
  248:13

preparation
  25:6 26:19

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC

French Wallop on 02/12/2019          Index: prepare..privileged

263:13

**prepare**
24:21
132:1
266:6

**prepared**
25:24
201:10
267:6

**preparing**
266:21

**presence**
37:17 44:6
47:17

**present**
32:18 35:9
37:8 38:23
42:9
46:17,19
54:18
57:11,23
126:12,19
182:10
214:21
215:9
220:25
221:22
224:21

**presentation**
43:25
56:19 57:8
58:18
62:7,12
74:25
218:2,4
301:5

**presented**
35:12 51:4
54:6 55:4
63:7 75:2,
14,16,17
76:1 96:11
217:22
223:18

**presenting**
38:20

**president**
106:1,4,5
248:14

**presidential**
105:25

**pressure**
232:11

**pressured**
225:16

**presume**
191:18
300:8

**presumed**
213:10
300:3
301:16
303:6

**pretty**  68:21
100:16
226:9
232:24
281:23

**prevent**
169:1
266:20

**previous**
49:12,13,
20 223:21

**previously**
96:22
174:5
291:16

**price**  48:25
165:22
185:21

**prices**  93:5
252:14

**princess**
103:24
104:2,9

**principal**
28:13

**principals**
17:6

**print**  75:3
174:14
200:13,15

**print-off**
27:20

**printed**
174:11,19
176:14
177:11
189:15

**printer**
176:17
189:16

**prior**  15:4,
9,23 24:18

**previous**
42:4 43:5
49:15 57:2
71:12 90:5
100:5,7
102:21
165:6
171:17
294:19
295:3
296:14,17
297:13
299:4
301:20

**prioritization**
280:11

**priority**
280:18,22

**prison**
254:15
270:18

**private**
17:12 22:1
29:7,9
48:22
68:5,7,10
147:20
289:22
290:25
291:5,8
292:16
298:12

**privilege**
70:12,14
71:8

**privileged**
70:10

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: privy..proper

privy  54:9
  199:25

pro  100:20

Pro-communist
  33:7

pro-democracy
  32:13
  60:19,20
  91:16
  92:22
  100:18,19,
  20 187:2,3

proactive
  100:20

problem
  110:14
  144:7
  175:9
  223:4,5,6,
  7,8

problems
  163:11,20
  211:18,21
  212:8
  219:10
  268:12

procedure
  216:19
  221:2

proceedings
  307:18

proceeds
  246:22

process  43:6

48:12
50:12
77:13,24
78:6,8,9
109:1
112:14
146:5
153:19
154:18
177:20
180:7,11
192:10
193:18
204:15,16
217:11,12
231:4
266:23
267:1,10,
16 279:24
301:2

procuring
  205:1

produce
  20:20 41:9
  133:3,9
  134:5,6
  141:1
  143:7
  246:9
  288:9
  289:1

produced
  112:21
  135:9
  246:7

product
  20:16

287:19

production
  118:12
  253:23
  273:7

professional
  66:16
  67:21
  82:23

profile
  238:9,10,
  11

Profit  7:4,
  16 8:8
  12:10
  57:18,20,
  21 130:6
  135:13
  170:24
  171:21
  172:10,12,
  24 173:13,
  14 263:5
  275:24
  277:5,8

profits
  116:5
  246:17,20

program
  90:18

programs
  283:22

progress
  140:25
  141:1,6,9,

15,21
142:1,8,
12,19,20,
21 143:7,
20 144:1,
13,21
213:15,23
219:7,12

project  45:9
  49:8
  58:15,17
  59:4,6
  122:16
  163:20,21
  198:6
  217:6
  218:12
  246:3
  277:8,9

Projected
  251:23

projects
  11:2,3,6
  14:20

promise
  276:3

promised
  276:20

prompt
  193:15
  212:18

propaganda
  92:15,18

proper
  198:13

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                          Index: properly..put

properly
  195:8

properties
  45:2,13
  47:14
  49:10

property
  47:11,20
  49:21
  152:16

proposing
  190:23

prosecution
  86:23
  87:10

protect
  86:21
  87:8,23
  169:7
  298:10

protected
  234:20
  235:14
  238:19
  239:1,11,
  18 240:10,
  23 250:13
  256:5
  285:16,23

protection
  298:1

protective
  162:8

prove  57:12,
  24 217:18

provide  16:9
  17:16
  18:10 20:9
  23:12
  29:10 30:2
  40:9 51:15
  62:20
  64:25
  65:12
  67:4,7
  76:23
  77:15
  80:12 91:8
  93:21
  122:2
  125:8,13
  133:4
  165:20
  177:2
  262:15
  263:18
  307:3

provided
  13:8 66:3,
  6,13 87:14
  105:13,14
  130:5
  141:21
  153:8,21
  154:1
  155:2,13
  156:21
  161:1
  263:21
  268:10
  271:19
  274:16
  280:9

providing
  16:6 98:21
  135:12
  153:15
  294:21

provisioning
  15:17

Psycho-
political
  73:21

public  8:2
  28:2 68:18
  71:15,20
  308:24

publication
  34:8

publicized
  61:6

publicly
  98:18

publish
  61:10

published
  61:12

pull  128:9
  129:12
  150:14,17
  178:12
  179:2

pulled
  171:13

pulling
  132:10
  150:13

171:11
175:18
250:23

purchases
  138:6,7,8

purchasing
  44:7

purportedly
  267:7

purpose  47:8
  88:9,10
  94:22 99:6
  162:5
  168:8,25
  199:22
  283:3

purposes
  92:16,19
  283:8

pursuant
  272:2

pursuing
  19:15

put  45:22
  52:25
  57:18
  66:22
  70:21
  79:17
  90:1,21
  97:20
  106:16
  118:14
  127:7
  128:4,9

129:10
138:23
140:7,10
168:23
174:6
175:14
176:13
177:15
187:23,24
188:16
201:20
248:17
261:11
267:12,16
272:18
274:18

**putting**
36:10 80:5
90:18
139:13
199:9
211:19,21
269:16

**Pyratz**  229:8

───────────

**Q**
───────────

**Qatar**
104:24,25

**Qing**  226:12

**quality**
132:1

**Quayle**  106:4

**question**
8:13 13:19
15:25

16:2,3
18:16,18,
19,24 19:1
22:16
23:23 32:8
50:12
52:23 59:9
69:23,25
70:12
71:11,12,
13,16
78:1,25
79:6 81:6
96:14
100:12
103:6
106:23
107:7
112:17
113:19
114:23
115:22
124:7,15
129:21
134:22
141:17
143:18
144:8,13
159:4,10,
11 166:10,
12 172:16
176:25
216:25
236:7
238:23
239:12
243:17
253:8

255:17
257:13
259:15,17
268:19
269:3
275:1
292:18
293:19
296:10,12
299:11
302:17,21
303:9,15,
21,23,24
304:14,16,
19,21,23
305:16,19,
20

**questions**
8:9,19
22:4 26:23
37:13
61:25
69:24 70:9
95:17
160:17
208:16,18
263:16
272:13
290:23
292:22
293:17
307:10

**quick**  71:1
266:25

**quickest**
234:1

**quickly**  8:22
56:22
219:24
233:25

**quietly**
231:8,10

**quit**  270:9,
14,24
271:4

**quitting**
270:15

**quote**  207:19
301:15

**quoted**  93:6
97:17
252:15

───────────

**R**
───────────

**rabbit**
154:16
181:1
217:17

**rabbits**
139:6

**raised**
169:19

**ran**  236:19

**rarely**  81:4,
14

**rate**  256:16

**raw**  288:5,
22

**re-did**  191:4

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: reach..recollection

reach 93:19
  260:2
reached 74:2
  122:6
read 20:19
  42:25
  69:20 70:3
  71:14
  203:17
  231:1
  252:18
  253:1
  262:18
  265:12,13
  267:13
reading 72:4
  180:3
  287:8
ready 71:17
  192:14
  205:10
  292:25
Reagan 106:4
real 37:17
  38:11
  44:16 45:9
  49:8
  142:22
  157:2,7
  160:10
  161:9,10
  292:3,9,14
reality
  303:19
realize

128:19
realized
  164:15
  251:13
reason 95:21
  113:3
  128:17
  196:16
  213:6
  218:24
  220:10,21
  233:20
  272:19
reasons
  183:25
  270:25
  292:10
recall 31:3
  32:5
  38:17,20
  39:9,19,22
  40:11
  43:16
  50:22 51:3
  58:1,3
  63:7 75:24
  109:23
  116:23
  127:11
  139:13
  140:14
  142:6,7
  157:17,18
  158:16
  159:4
  172:14
  182:9

187:15
188:8,15
190:21
197:12
210:22
214:23
216:1
219:10
220:15,16,
  17 225:18
receipt
  244:23
receipts
  118:10
receive
  85:22 96:5
  170:5
  180:21
  193:8
received
  63:8 132:9
  170:11
  194:1
  201:18
  202:14
  261:18
  280:23
receiving
  165:13
  192:25
  203:6
  262:15
recently
  49:15,16
  291:15

receptive
  44:3
recess 63:14
  71:4
  136:10
  167:14
  209:3
  256:22
recipient
  170:4
recipients
  62:22
recognizable
  284:6
recognize
  24:7,10
  27:18
  30:16
  41:14
  73:23
  84:12
  107:21
  126:6
  186:18
  226:13
  241:9
  248:6
  254:7
  257:5
  260:15
  261:9
  262:24
  271:15
  275:19
recollection
  84:18

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019      Index: recommendation..regularly

192:20
215:22
219:22

recommendation
90:23

recommending
91:11

record  8:11
12:14
14:15 19:7
26:14
27:13
42:18
46:19
63:12,16
70:19
71:2,5,20
99:6 106:3
118:14
136:8,11
161:16
167:12,16
177:1
179:21
209:1,4
240:21
256:20,23
269:21
293:7
294:2
307:14

records
118:3,9,10
235:14
238:19
239:1,11,
18 240:9,

23 250:12
253:19
270:11
285:16,23

records'
256:5

recovery
86:23
87:10

recruiting
278:1
279:24

redo  135:3

redoing
189:23

redraft
188:13

reduce  89:7
255:22

reduced
127:21,22
254:10

redundant
293:18
300:12

refer  11:14
12:8,11,16

reference
73:3
162:20
210:16,19
215:6
289:9

referenced
111:19

references
65:24
66:2,22
67:3,20
68:21
73:2,10
126:25

referencing
95:23

referral
35:2

referred
12:8,17
28:19
82:18
83:10
111:22
131:8
132:17,24
204:7
247:13
269:5

referring
27:14
61:20,23
62:4 87:15
96:15
269:22

refers  131:9
187:20
273:23

reflect
118:5

reflecting
253:19

refocused
286:24

refunded
254:15,16,
17

refunds
253:11

refusal
49:21

refused
225:1
285:10

refusing
13:18 14:9
70:11
120:21
124:14,15

regard  87:16
298:16

Regency  11:1

regime  40:21
59:23

registered
127:5
291:12,21
292:1

Registration
291:14

regroup
196:21

regularly

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: rejig..reports

283:7

rejig   156:4

relations
  222:25

relationship
  16:13
  72:23
  104:23
  113:11
  169:2
  175:25

relationships
  68:14
  69:12
  103:24
  104:17
  221:11
  249:1
  260:4

relaxed
  231:12

relied
  90:21,22

relying
  143:4

remainder
  159:20

remaining
  35:19

remarkable
  150:13

remember
  15:14,21
  28:9 31:5,

9 40:2,3,
24 41:2,3,
5 42:2
45:14
47:10
56:22 63:3
69:4 75:21
76:5,8,9
88:1,3
110:16
117:3
119:11
123:17
139:17
140:21
151:12
158:17
182:11,13
188:22
189:8
190:17,18
200:22
202:25
203:6
210:1,3,9
216:3
245:10
246:5
248:10
249:21
257:14
286:14
287:1
290:21
293:24
302:22,24
303:4

remotely
  148:7

render   293:8

repeat   96:14
  274:25

repeatedly
  48:23
  217:14
  284:10

repetitive
  18:16,18

rephrase
  293:20

report   20:17
  21:17
  54:1,19
  134:1
  135:1
  136:25
  141:1,6,10
  142:1,19,
  20,21
  143:8,10,
  13,14,19,
  20,21,24
  144:1,11,
  12,14,16,
  21,22,25
  145:7,9,
  10,15,21
  146:15
  151:6
  156:10
  166:25
  223:18,25
  224:9

226:11,18,
20 239:17
261:11,19
262:4,10,
14 288:9,
10 289:2

reported
  286:20

reporter
  7:8,12
  8:11,18
  55:17
  238:22

reporters
  90:15

reports
  20:10,12
  33:11
  98:18
  132:2
  133:4,9,
  13,15,21
  134:5,6,25
  136:14
  140:25
  141:15,21
  142:8,12
  143:1,3
  148:8,11,
  12,17,18,
  20 150:8,
  10 151:3
  162:22
  165:22
  203:24,25
  204:3,7
  266:6,21

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: represent..reside

267:6,8,9,
12,22
281:6,21,
22

**represent**
293:16
295:14

**represented**
39:3
299:18
300:1

**represents**
187:3

**Republican**
105:3,5,
14,22,23

**reputation**
68:22

**request**
29:22
43:22
197:22
232:8
259:6,12
262:3
282:25
289:18,21

**requested**
22:2 58:23
60:7 198:9
281:21
282:25

**requesters**
59:5

**required**

29:13

**requires**
303:16

**research**
11:10
12:24
13:4,16
14:20
15:6,18,23
16:6,9,14
17:23,25
18:5
19:17,22,
24 20:16
21:3,16
22:10,18
28:22,25
29:7,15
39:23
50:24
51:16
52:3,8
53:2 54:1,
2 59:4,8,
14 60:7,
13,21 61:5
65:5 66:14
69:1 77:6
80:13
81:8,15,
18,19,23,
24 82:18
83:4 85:11
90:25
92:25
96:9,17,23
97:1 98:10

101:3
102:21
103:21
107:18
111:11,18
113:8,12,
22 117:6,
15 119:24
122:16,23
124:24
125:3,6,8,
13 126:3
130:11,18,
21,22
131:6
132:1,7,16
133:4
136:14
137:7,13,
17,24
138:3,15
139:19
140:5,16
141:23
142:9
143:8
145:8,9,
14,21
146:15
147:10,12,
13 148:9,
10,12,17,
25 149:1,
24,25
150:8
151:3,6,14
155:11
161:11

162:16,22
163:9,10,
21,25
164:10
165:14,20
166:21
167:1
177:3
178:3,8
179:7
182:25
204:1
208:11
211:25
217:5
218:2
219:12,21
228:17
232:8,18
238:16,25
247:4
259:7,14
264:11
265:11
270:16
272:1,16
282:11
290:10
294:6
300:9

**researched**
138:18
139:1

**reserve**
202:20

**reside**   9:2

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                  Index: residence..RPS

residence
   44:7,17
   158:23

residential
   49:10

respect
   54:11

respond
   71:17

response
   22:4 26:24
   43:24
   62:6,11
   71:12
   172:7
   192:25
   203:12,15,
   17 227:18,
   24 229:19
   259:11
   266:9,12
   268:16
   271:12
   272:6
   273:23

responses
   262:21
   263:14
   266:15

responsibiliti
es   278:19

responsible
   295:8,15,
   24

rest   187:25

restricted
   234:15,18
   235:15,22,
   24 236:10,
   24 239:2
   240:9

result   74:6
   88:25
   166:4
   170:2
   287:13

results
   211:17
   232:9

retain   86:9
   149:11,23

retained
   85:7

retrieval
   95:12
   150:17
   183:8
   233:23

retrievals
   183:4

retrieve
   89:2 97:20
   117:21
   118:20
   215:2
   219:4,24
   221:6
   230:25

retrieved
   56:5,7,8

retrieving
   94:11,18
   153:15

return   194:6
   253:3

returned
   242:20

reveal   173:5
   263:19

revealed
   71:11

revealing
   69:15
   111:9

reversal
   289:10,12
   290:9

reversed
   289:19

review   20:12
   24:18
   137:11
   262:17

reviewed
   137:5
   147:5
   148:20
   199:21

rhetoric
   92:22

Richard
   175:24
   176:20,22
   177:1

274:7,9

ridiculous
   130:1
   197:5

Riggs   48:14

right-hand
   27:9 63:19
   74:19

risk   97:19,
   23 165:15
   270:19

Roberta   7:9

Rodriguez
   157:22
   158:8

role   17:9
   42:12
   44:15
   206:7

room   55:16,
   22 75:22,
   25 84:22
   182:17
   185:14
   224:6
   303:7

roommate
   104:10

roughly   97:4

round   227:15

RP   234:14,
   21 250:5

RPS   233:13

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC

French Wallop on 02/12/2019          Index: rubbish..screamed

249:9,19,
20 251:2,
6,14
255:18
270:11

rubbish
161:9
217:20

run   10:15
17:11 34:3
61:1
128:11

running
10:23
108:2

rush   220:14

Russ   7:23

Russia   91:17
92:11
100:21
149:20

Russian
91:4,11
92:1,24
99:16,20
100:1,11,
14,22
101:12,14

―――――――

S

―――――――

S-H-E-W-E-L-L
175:24

sadly   10:9
49:12

safe   267:16
285:11

safety   169:3

SAIS   10:7

sakes   259:23

sale   48:24,
25

sample   51:15

sat   109:6,9
177:12
191:16
217:25
304:25

Saudi   104:3,
4,9,18

Saved   167:9

schedule
31:21
164:11
217:3

scheduled
162:23

Schmidt   7:19
9:24 12:11
13:20,25
14:4,8,14
18:25
22:3,9,13
23:23
25:7,14,
20,25
26:4,8,14
28:9
29:16,20

33:22
55:17
56:16
59:11
61:24
63:23 68:2
69:16,22
70:3,15,
18,23 71:7
73:15
78:22
79:1,5
80:3,8
81:5,12,20
83:6,21
93:16
95:16
97:11
103:6,8
105:9
106:13
112:17
121:2,5
124:8
125:18,24
133:22
134:19,22,
25 135:25
136:3
137:8
142:11
149:21
155:16
156:2
159:9
166:6,15,
23 167:7
172:18

174:22
179:18
201:7
203:6,9,11
208:18,24
212:11,20
216:24
218:13
219:8
223:15
253:8,13
254:4
259:21
263:23
265:22
268:5,20
274:5
277:13
280:20
282:14
284:13,15
292:18
293:3,11
294:25
298:21,23
303:8,14
304:5,13,
17,22
305:12,15,
19,22
307:10,13

school   9:25
10:7
104:12

scratching
189:22

screamed

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: screenshot..set

254:22
256:1

screenshot
54:21
55:23

screenshots
57:1

screwed
161:7

seat  45:22

seats  45:25

secondary
154:11

secrecy
297:25

secret  53:21
76:18
253:16
298:6

section
153:10
162:3,6

secure
133:17
142:23

security
44:8 48:16
53:25
110:4
134:14
142:13
152:7,13,
25 157:17,
21 158:11,

25 159:1
169:22
183:25
199:22
237:11
250:4,9
270:14,21
274:9,12,
16 283:7
284:2,5
298:17

select
127:16
280:1,2

sellers  49:7

semantic
134:12

send  110:8,
22 118:13
181:1
192:14
197:19,25
198:2,9
247:9
288:2

sender
289:20

sending
110:14
194:11
202:25
253:19
254:23

sense  152:6
212:7

298:18

sentence
40:19
132:5
143:5,6
170:9,15

sentences
133:6

separate
65:5 93:1,
2 96:4
116:17
118:24

separated
23:19
150:6

separating
99:6

served  123:6

server  55:9

service
13:10
18:11
29:15,18,
24,25
44:23 64:9
65:1,4
76:22
77:4,15
91:7 98:22
101:6,11,
15 111:15
122:3
222:23
239:4

275:5
295:9,11

services
17:15,19,
20,21
18:6,8
23:11,14
29:11
30:3,10
44:4 51:18
65:11
66:4,7,13
87:13
93:20
105:13,14
113:21
125:4,9,14
168:21
274:17
294:21
307:2

servicing
125:2

set  43:22
45:18
95:21,25
114:15
117:13
141:12
146:11
150:17
184:23
196:19
242:6,9
262:22
271:13
292:21

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC

French Wallop on 02/12/2019                    Index: sets..signing

sets  94:10,
  12

Setting
  80:10

share   130:16

shared
  121:24
  130:8
  131:3
  251:11

sharing
  130:14

sheet   68:3

shell   276:24

Sherry-
netherland
  36:23

Sherry-
netherlands
  76:11
  296:25

Shewell
  175:24
  176:20,22
  177:1
  274:7,9,
  21,23,24
  275:5,8,12

Shewell's
  175:25

shift   217:11

shopping
  214:20,22
  215:6

short   35:16
  63:14 71:4
  136:10
  209:3
  256:22
  266:7
  302:11

shortly
  241:2

show   39:4
  47:19 54:7
  56:4 58:19
  158:22
  268:25

showed   47:11
  54:22
  85:25
  127:19
  158:16

showing
  56:20
  157:9

shown   250:4

shows
  157:14,21
  249:1

shrugs   8:17

shut   150:24
  231:8

Siberia
  100:14

side   29:18
  39:4 50:15
  98:11,12

139:18
170:5
177:25
178:1,11
179:9
183:3
232:13,22,
  24

Sig   184:19

sign   102:1,
  12 193:6
  198:1,15,
  17 301:22
  302:5,8,
  12,14,23
  303:3,6,11
  305:6
  306:4

signal
  110:7,9,
  15,23
  184:5,7,8,
  15,19,24
  186:14,18,
  21 201:15
  202:25
  222:17
  228:21
  229:10,23
  297:18

signatory
  299:5

signature
  126:9

signed   82:18
  85:11

111:7
114:12,18
115:14
124:25
126:23
150:15
172:2
175:5
191:6,14
193:2
194:12
198:1
202:3,10
208:14
263:22
284:11
290:10,17
299:7
304:25
306:8,11,
  12

signing
102:21
103:20
125:6
172:6
173:12
191:9
197:15
296:15,17
297:14
299:1,4,
  17,25
301:20
302:6,7
303:12,13
304:3,4,12
305:24

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                          Index: signs..sources

306:7

signs  194:16

silly  130:1
179:19
229:4
243:3

similar
15:16
35:13
36:15
111:15
163:2,6

simple  129:9
168:9
193:19

simultaneous
10:4

sister  157:6

sit  108:25
115:3

sites  61:13

sitting
177:17
192:3
199:8
245:10
265:23
267:5
290:12
300:3
303:22
305:17

situation
142:14

156:8

skeptical
296:11

slammed
185:12
231:8

slapped
225:5

slide  100:5,
7

slides  61:13

slow  162:16
163:25

slower  69:23

slowly  231:2

small  203:1,
2  224:22

Smith
155:23,25

smooth
245:19

sniffing
256:7

social  63:24
64:23
92:20
98:15
148:25
149:2,3,24
150:8
151:2,5
152:25
157:17,21

158:11,25
159:1
204:2
250:9

socials
248:12

sofa  191:16
304:25

sold  10:16
49:15,16

soldiering
46:25

somebody's
148:4
150:19
156:9
231:15
239:24

sort  22:10
30:20 31:9
34:24
35:18
37:22
38:13,14
39:1
43:19,22
46:5 48:6
52:12
58:11,24
65:8 92:6
102:9
108:19
112:1
128:18
129:6
139:6

148:9
149:6
156:1,19
158:18
165:5
172:21
177:17
187:18
191:5,22
196:16
212:13
217:9,11
231:21
240:1
248:16,18,
25 254:18
262:13
288:11,18
292:10
301:5,8

sought  87:19
286:22

sounded
192:5
305:2,3

sounds
122:15
236:6

source
193:11

sources
70:10
79:14
107:5
138:19
153:22,23

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                     Index: space..stated

| | | | |
|---|---|---|---|
| 154:1,19 | 282:21 | spoken | 136:4,6 |
| 265:2 | 294:9 | 213:14 | 157:25 |
| | | | 183:1 |
| space  256:6 | specifically | Spring  46:10 | 201:2,3,11 |
| | 67:1 75:25 | squash | 202:2,5 |
| speak  21:8 | 83:24 | 266:16 | 219:20 |
| 36:9 | | | 224:19 |
| 43:10,20 | specificity | squawking | 233:13 |
| 94:19 | 21:23 | 150:19 | 244:10 |
| 128:1 | 79:13 | | 268:13 |
| 299:3 | 91:25 | stamped  27:5 | 282:12 |
| 304:17,23 | | 30:14 | |
| | specifics | 41:12 | started |
| speakerphone | 38:25 40:6 | 186:15 | 10:17 15:8 |
| 191:24 | 215:5 | 248:1 | 39:1 |
| | | 251:24 | 132:10 |
| speaking | speculate | 254:2 | 137:2 |
| 24:14 | 149:21 | 257:3 | 163:13 |
| 26:22 | | | 177:13 |
| 36:18 51:7 | speed  231:5 | stand  261:6 | 250:25 |
| 72:24 | | | 258:15 |
| 100:2 | spending | standard | 290:3 |
| 187:15 | 138:9 | 102:15 | |
| 192:2 | | 135:2 | starting |
| 298:11 | spends | 138:1 | 10:19 |
| 304:20 | 166:21 | 142:8 | 175:18 |
| | 274:11 | 216:19 | 183:15 |
| speaks  42:22 | | 221:2 | 230:4 |
| | spent  120:1 | | |
| Special | 220:4 | standards | state  8:2 |
| 254:2,8 | 256:12,14 | 90:16 | 107:9 |
| | | | 127:1,6 |
| specialized | spinach | start  8:16 | 154:15 |
| 206:12 | 210:20 | 9:19,20 | 160:18 |
| | | 11:24,25 | 242:15 |
| Specially | split  114:10 | 38:19 | 285:15 |
| 236:15 | 115:9,10 | 75:15 | 291:1,5 |
| | 246:22 | 79:18 | 292:4 |
| specialty | 247:20 | 108:5 | |
| 29:9 | | 116:6 | stated  23:17 |
| | splitting | 128:25 | |
| specific | 116:4 | 133:19 | |
| 59:2 | 246:16,25 | | |
| 259:11 | | | |
| | spoke  214:13 | | |

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: statement..strategic

**statement**
  23:22
  298:2,3

**statements**
  118:4
  138:18

**States**  33:4
  35:20
  56:7,9,16,
  17 74:9
  98:19
  101:20
  152:10
  153:3,4
  157:16
  178:16
  205:9
  233:24
  268:14,17
  278:3
  279:15

**Stateside**
  139:2

**statesmanlike**
  40:13

**station**
  147:1,2
  227:13
  228:1
  247:23
  284:25
  285:2

**status**  40:14
  238:19
  250:5
  285:18

**stave**  211:6

**stay**  33:4

**stayed**
  231:13

**stealing**
  71:21

**step**  14:11

**stepped**  71:7

**steps**  298:5

**sterling**
  90:16

**stick**  196:3
  288:20

**sticky**  31:14

**stock**  102:18

**stop**  8:15
  15:22 16:5
  50:12
  192:10
  239:7,16,
  21 246:3,
  11

**stopped**  16:7
  245:23

**stops**  202:21

**story**  302:11

**strategic**
  7:5,20
  9:12,13
  10:17,19,
  24 11:25
  14:20 15:6
  16:10,17

17:7,9,15
18:5,10,20
19:11,21
20:5,9,11,
15,24
22:18,25
23:11,15
24:1
26:23,25
28:22
29:10,15,
19,24
30:2,9
35:2
38:18,21
39:5,6,16
40:8 43:22
44:23 45:1
51:4,14
52:9,20
54:18
58:12
60:12
65:1,11,13
66:6
67:16,19,
24 76:22
79:2,4,9
80:1 81:22
83:4 90:22
91:10
93:6,8,21
96:11,21,
25 97:16
98:22
99:23
102:4,12,
15,23

103:10
104:13,17
105:8,13,
17 111:10,
14 112:24
113:4,10
114:9
115:8,19
117:14,18,
24 118:3
119:23
120:4,14
121:14,23
122:11,14,
25 123:9
124:16
125:2,8,13
126:2
127:5,8
129:17
130:6,14
131:9
132:7,12
133:8,15,
20 134:3
135:11,15
136:13
137:4
138:23
141:14,21
142:2,9
144:19
146:14
147:4
148:16
149:11,23
151:2
152:4,14,

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: Strategic's..suggested

21 153:12,
18,24
154:18,21,
25 155:12,
18 156:21
159:16
160:13
163:1,8
165:17,19
166:19
169:6,7
170:6,7,
18,22,23
171:16
176:1,19
177:1,6
178:5,9
219:6,11
222:20
223:11
230:7
232:7
234:6
238:24
240:6
241:16,18,
20 242:3
243:4,21
244:22
246:2,18
251:17
253:18
255:8
257:18
258:14,15
259:3,6,13
261:18
262:9,20

263:4
264:2,6,11
265:17
266:5,20
268:11
271:11
272:1,15
274:17,20
275:4,14,
24 277:24
278:9,10
280:9
282:10,20,
24 283:6,
12 284:9
285:13
286:19,20,
23 287:18
288:5,8,25
290:25
291:12,19
294:4,5,20
298:4
307:2

Strategic's
298:9

street   9:3
26:12
45:12

stretch   54:4

strict   61:10

strike   20:25
133:19
141:20
159:5
258:18

263:12

striking
75:15

strong
103:18
260:5

Study   10:7

stuff   57:6
148:23
185:23
198:22,25
211:8
229:18
240:2,3
250:25
252:17
261:24
265:3
270:22
290:4

stunt   171:13

stymied
223:8

subject
40:25
85:12
117:7
122:24
260:13
266:19
282:1
285:18
299:15

subjects
132:2

280:10
286:23

Subscribed
308:18

subsequent
196:18

subsequently
45:9 96:7
299:8

substance
169:20
230:20

substantial
49:4

substantially
163:2

subteams
278:23,25

succinctly
289:8

suddenly
266:7

Suen   52:17
53:1
57:12,24
79:23
84:10
157:4
281:2,10

suggest
293:11

suggested
33:12

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: suggestion..talk

suggestion
 190:12

suite  29:11,
 12 93:22

summon  285:3

sun  45:24
 84:22
 185:14

super  179:15

Supplemental
 271:12

support
 100:10,15

supporting
 133:5

suppose
 62:13
 225:24

supposed
 169:8
 174:1,2
 197:5
 282:11
 289:6

supposedly
 96:2
 178:14
 199:6

surmise
 161:9

surprised
 62:14
 193:8
 242:23

245:13

surrogates
 40:16,22

surveillance
 19:17
 47:21
 93:13
 284:2

SV390  100:7

SV79  40:12

SVUS000040
 248:1

SVUS000041
 248:1

SVUS000077
 30:14

SVUS000080
 41:13

SVUS000262
 254:3

SVUS000272
 257:3

SVUS000277
 257:3

SVUS000278
 260:13

SVUS242
 260:21

SVUS260
 251:24
 252:2

SVUS387
 74:18

SVUS390  91:2

SVUS40  248:4

SVUS402
 101:24

SVUS41
 249:25

SVUS84  63:18

swear  7:12

switched
 127:23

Switzerland
 9:25
 118:21
 119:8
 133:1
 272:25
 273:8

swore  271:21

sworn  8:2
 308:4,18

symbol
 187:13

synergy
 91:21

synthesis
 154:17

system  76:18
 156:4
 236:19

systems
 198:21

T

tab  140:15

table  84:2,
 16,20,21
 85:3 86:3,
 13 174:6,
 18 185:13
 287:16
 296:22

tagged
 234:24
 236:14,15,
 16,18,21,
 22

tail  114:19
 146:17

Taiwan  32:12
 34:23

takeaway
 224:8

takes  140:22
 165:23
 177:25
 261:23
 288:19

taking
 125:17

talk  61:14
 70:15
 121:21
 160:14
 161:24
 164:17
 212:15

213:21
227:23
237:19
239:19
297:5
299:16,24

**talked**  36:2
49:25 80:3
95:23
108:11
139:15
189:6
227:21
228:6
230:15
297:23

**talking**  8:15
26:10
38:22
40:7,24
57:17 58:3
72:14
74:12
80:19
81:11
88:18,19
96:9
109:16
112:13
114:20
116:24
118:6
128:16
129:4
132:11
144:22
154:4

163:17
177:13
189:7
191:12,17,
20 192:9
194:2
230:24
233:11
235:2,10
244:5,15
252:24
260:23
266:12
272:9,13
281:18
289:20
305:3

**talks**  140:24

**tank**  128:3,
5,10,14
129:1,3,
10,18
196:19

**target**
77:11,18
93:3

**targets**
82:5,13,
16,17,21
83:10,25
84:7

**task**  258:17

**tasks**  96:16

**tax**  116:19

**team**  20:7

52:10,11,
21 62:19
65:14
83:2,3,4,
7,9,13,15,
16,20
87:16,17
91:19,25
94:4,7,21
95:8,11
96:1,2,6,
8,16 97:1
98:23,25
99:1,3,7,8
100:3
102:23
103:11,15
116:7,11,
12,13
118:24
119:2,8,10
131:4,19
145:17
146:3,19
148:23
150:1,3,23
152:22
154:3
163:17
176:22
177:2,17,
19 179:1,
2,7,10,11
183:5
205:4,5,7,
8,12,23,24
206:1,7,
15,19

207:13
212:2,3
213:4,15,
23 214:6
216:11
218:25
219:11
226:24
232:11,12,
23 233:20
234:6
239:9,16
240:5,7
241:3
246:2,11
247:17
252:6
253:3,16,
20 264:14,
15,25
269:11,13,
14,15
270:2,8
271:3
272:8,9
278:13,14,
18,21,22
279:1,8,
11,14
280:2,6
283:1
285:22
289:4

**teams**  20:19
65:3 76:24
80:9,11,12
93:9 94:7,
10,13,23,

24 95:4,22
96:22 97:6
98:3,4,17
99:11,12
103:18
115:4
130:17,22
131:10,12,
16,18
132:13,14,
18 133:9,
11,19,20
134:4
141:12
145:17
146:1,2,5
169:4
177:2
204:12,13
205:6,15
232:20
239:5
253:16
272:6
278:19,24

**technically**
171:9
192:11
207:20

**technique**
260:1

**telephone**
25:18
81:14
119:25
148:5
183:14

189:7
191:7
193:7
222:16
297:4,5
306:2

**telephoned**
126:22

**telling**
72:17
120:24
141:11
161:4
166:13

**tells**   276:24

**ten**   82:5,
12,13,17,
21 83:10,
25 84:7
127:22
128:4
129:10
145:24
146:12
147:17
150:13,14,
18,22
162:24
171:6
181:11,25
187:19
188:11
194:21
196:15
205:20,21,
22 211:25
212:1,3,

10,13
214:25
217:10
218:6,9
219:25
222:21
233:8
244:10

**ten-day**
244:14

**tend**   294:13

**tended**   184:1

**tenor**   122:1

**tense**   105:1

**tentacles**
93:18

**term**   103:1
127:14
128:25
137:22
142:1,9
188:10
204:8

**terminated**
123:25
266:7

**terminology**
128:20
129:18
143:2

**terms**   15:5,
17 16:5,13
20:11
44:16

65:11
67:16 77:4
79:9 87:13
89:23
90:24
93:13,21
94:8 114:3
121:3
130:14
138:1,23
139:8
140:3,4
141:19
142:4
147:21
148:25
163:8,19
169:14
171:4
177:22
178:25
180:10
187:18
188:1,9
193:5
198:17
201:19
235:21
247:6
259:13

**terribly**
56:11

**terrorists**
105:2

**tertiary**
257:12

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: Teske..time

**Teske** 7:22
  70:25
  125:23
  290:24
  292:20,24
  293:7,16
  304:15,18
  307:8

**test** 58:25

**testified**
  305:25

**testifies**
  8:3

**testify**
  308:4

**testimony**
  293:25
  308:5,9

**Texas** 163:18
  269:10
  270:7

**text** 64:23
  194:1
  210:18
  297:8

**there'd**
  289:18

**thing** 22:11
  46:5 56:12
  95:5
  101:20
  116:20
  124:21
  129:16
  149:7

  156:10
  172:11
  176:14
  185:2
  194:16,22,
  23 197:25
  239:24
  245:22
  254:19
  256:15
  265:3
  269:19
  285:25
  289:24
  290:17
  292:16

**things** 8:17
  11:10 19:3
  22:9 36:4
  37:21 51:2
  54:21
  56:5,6
  64:6 89:5
  94:2 95:14
  96:11
  99:10
  115:18
  117:10
  123:4
  138:17
  149:5
  150:24
  159:25
  177:14
  179:3
  183:20
  205:2
  221:8

  232:22
  245:18
  246:6
  254:19
  269:17
  275:9
  287:24,25
  298:18

**thinking**
  195:4
  200:18

**third-party**
  7:23

**thought**
  26:10
  44:12 48:7
  60:24 61:2
  101:17
  171:19
  190:22
  202:1,6,9
  209:22
  215:16
  242:24
  255:3
  274:10
  287:15

**thousand**
  117:3

**thread**
  186:18
  228:22

**threats**
  89:7,10,
  14,16

**three-month**
  150:15
  197:8
  247:5

**three-year**
  41:12
  197:6,11

**threw** 84:1,
  16,19 86:3

**thrown** 85:3

**thumb** 267:12

**ticket** 171:5

**tidbit**
  157:24

**tight** 164:11

**till**
  305:12,13

**time** 7:13
  11:23
  16:11,20
  32:23 33:3
  34:3 40:7
  46:12
  50:19
  51:14,25
  52:1 58:21
  73:13,20
  74:1 85:21
  90:20
  108:3,20
  114:19
  115:7
  117:18,22
  120:1
  122:12

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: time-based..total

123:5
124:24
125:10
126:22
127:15
140:23
148:14
150:12
151:19
161:22
164:1
165:23
166:1,21
167:11
170:21
171:21
174:9,17
181:2
189:7,9
193:9
194:19
197:11
200:18
201:5
203:5
211:15
212:16
213:15
214:5
218:10
220:4
222:5,23
224:25
225:22
227:1
228:5
229:17
237:4,19

238:15
239:4
245:18
247:2
256:12,14,
15 259:24
261:24
266:7
269:12
273:14
274:11
276:19
279:18
283:11,20
284:17,20
286:5
288:19
300:25
304:1,3,10
306:1
307:16
308:9

**time-based**
166:3

**timeline**
41:12
43:17 44:3

**timely**
162:23

**times**  11:18
12:18
29:25
32:22
33:19,20,
21,22,23,
24 146:2,
4,10 164:5

182:14,22
224:5
277:10
302:17

**timing**
137:14
256:15

**Tinted**  46:1,
2

**title**  17:13
74:2

**today**  8:9
24:19
25:10
118:6
192:3
245:11
265:24
267:5
274:5
290:12
292:22
293:10,24

**today's**  7:6
25:15
307:16

**told**  35:18
48:23
67:18
103:13
105:7,10,
12 155:22
168:14,15,
17 171:1
185:10
186:8

195:4
199:17
206:2
210:8
213:3,5
214:8,12
220:18,21
222:10
227:9
228:12,15
231:23
233:3
235:22
237:15,16,
21 239:20
249:8,14,
19 250:6,7
271:5
274:6
287:1
301:18

**tomorrow**
200:12

**ton**  282:18

**top**  30:24
72:7
196:10
231:13
250:8
306:12

**tortious**
266:4

**tossed**
196:24

**total**  63:24
197:1

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019
Index: totally..turning

252:24
255:13

**totally**
156:3
160:4
161:6,7
183:5
233:9

**touch**  49:11
177:16
180:13,14,
17,18
233:9
240:3,4
254:12
256:9
258:19

**touched**
262:16

**tracing**
283:5

**track**  31:20
147:19

**tracked**
207:17,19

**tracking**
138:9
147:10,13,
16,17
148:8,10,
17,23
149:2
151:13
158:1
181:4

204:2

**Tracks**
146:25

**train**  147:1,
2 201:22
227:13
228:1

**train's**
247:22

**transaction**
292:16

**transcribe**
109:11

**transcript**
308:8

**transfer**
170:11

**translate**
43:1
288:18,20

**translating**
42:13,19
43:7

**translation**
42:16
288:13

**translators**
264:1,5,
13,15,16,
25 265:18

**trap**  231:6

**travel**
116:25

117:17,24
118:15
120:1
147:23,24
247:15

**traveled**
261:25

**travels**
245:6

**Treasury**
44:9 48:17

**treated**
130:7

**tree**
248:24,25
249:7,16

**trial**  58:11

**trick**
106:23,24

**trip**  47:7
205:16
227:15

**trouble**  72:4
288:1

**true**  258:12
308:8

**Trump**  98:7
106:5

**trust**  44:8
48:16,23
111:12
114:1
153:22
182:8,14

**trusted**
73:12
264:1

**trusts**
242:9,11

**truth**  161:4
306:17,20
308:4

**Tuesday**
182:1

**Turkey**
104:22

**turn**  24:11
120:4,14
122:21
156:1
211:7
215:17
229:6
265:9
290:24

**turned**  73:5
114:15,22,
24 115:1
123:9
128:4
129:11
184:10
225:2
276:18

**turning**
40:12
63:18
101:24
155:21

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019      Index: two-minute..understand

192:7
195:17
196:8
200:10
211:16
249:23
265:5

**two-minute**
254:5

**type**  109:14

**typed**  109:8,
15 135:21

**types**  22:9,
18 93:13
139:12
281:6,21
295:16

**typical**
217:4

**typically**
44:23
145:20
154:18,22

**typing**  42:2
109:17,18

**typos**  112:8

———————
**U**
———————

**U.K.**  80:16
118:21
119:3
132:20
160:4
168:17

169:9,10
260:3,4
300:21

**U.S.**  28:14
64:5
98:11,12,
14,17
99:1,9
119:4
139:8
152:15,16,
22 154:13
177:25
178:11,13,
14 179:9
234:22
235:1,11
285:15
286:21

**U.s.-based**
99:7,11
179:6
180:7

**U.s.-located**
152:23,24

**UAE**  66:25
67:1,2,21
68:14,15,
22,24
72:20 73:4

**Uh-uh**  271:9

**ultimately**
61:6

**um-hum**  34:9
60:4 91:3

98:8 180:8
253:1
261:17
295:18
297:24

**unable**
165:20
266:6

**unavailable**
162:18
164:1

**unclassified**
107:6

**uncles**
221:17

**understand**
16:2,3
19:3,4,5
24:15
26:18,22
27:1 28:3
44:22 47:6
52:22
55:1,5,13
57:20
58:22 59:3
60:8,21
61:4 68:15
75:24
77:21
78:6,24
79:25 81:1
82:9,22
85:18
89:6,9
93:25

95:13,15
99:13
100:12
107:3
108:22
112:10
113:18
123:22
129:5
130:2
131:7,12,
14,18
134:2,3,
10,16
135:8
141:17
142:16
143:18
144:6,8,9
148:21
149:7
152:14
153:18
155:22
158:1
162:14
164:10,14
167:19
168:10
179:21
180:24
184:21
197:22
201:5
202:9
205:13
206:12
208:1

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019      Index: understanding..verbally

209:20
212:17
213:16,20
225:10
228:1
230:12
231:18
232:3
236:4
238:21
256:3
263:6
267:1,19
268:15,19
270:24
280:17
281:9
284:1
293:19

**understanding**
34:15,16
43:7,9
53:9 77:12
102:2
127:16
166:20
181:8
226:25
230:3,8,9
240:6,7
241:1
278:18
306:1,24

**understood**
58:12
62:18
128:22

133:18,20
134:4,19
135:15
140:3
164:2
168:5
169:11
195:10,22
212:14
279:8
282:9,10
288:13

**unforeseen**
162:15

**unhappy**
221:3
245:13

**Union**   284:25

**unit**   17:4

**United**   33:4
35:19
56:7,9,16,
17 69:13
71:21 74:9
98:19
101:19
152:10
153:3,4
157:16
178:16
205:9
233:23
261:25
268:13,17
278:3
279:14

**University**
10:3

**Unlike**   8:13

**unreasonable**
190:23
218:9

**unusual**
163:6

**update**   145:4
216:6

**updating**
143:22

**upped**   82:12

**upset**   164:7

**upset all**
245:18

**US-BASED**
98:5

**USB**   75:5
110:24
134:9
136:20,22
141:25
145:18
146:13
148:15
151:16,20,
23  152:4,
12  174:12,
13,20
175:10
199:9
201:24
213:17

225:21
228:8
267:9,22
288:24
289:4

**USBS**   134:23
267:17

**usual**   18:14,
15  104:6
119:25
128:19
218:14

**utilized**
275:4

--------
**V**
--------

**Valley**   46:11

**valuable**
121:19
180:21
247:2

**Vegas**   9:7,15

**vein**   51:18

**verbal**   20:21
141:7,9
143:14,21
144:11
145:6
194:22
216:6

**verbally**
8:19
140:18
151:5,10,

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: verification..vision

```
11 194:14,        207:20           65:2,12,13       20 134:3
22 217:24,        282:15,19        66:6 76:22       135:11,15
25 286:19                          79:2,4,9         136:13
                  Virginia   9:4   80:1 81:22       137:4
verification      109:4            83:4 90:22       141:14,21
 153:25           292:4,13         91:10            142:2,9
                                   93:6,8,21        144:20
verified          visa   154:13    96:11,21,        146:14
 263:23           157:17           25 97:16         147:4
 271:21           160:1            98:22            148:16
                                   99:23            149:11,23
verify            visas  160:19    102:4,12,        151:2
 155:1,6          178:15           15,24            152:5,14,
 202:22                            103:10           21 153:12,
                  vision   7:5,    104:14,17        24 154:18,
verifying         20 9:12          105:8,13,        21,25
 96:1 154:7       10:17,19,        17 108:18,       155:12,18
                  24 11:25         20 111:10,       156:21
version           14:20 15:6       14 112:24        163:1
 85:19            16:10,17         113:5            165:19
                  17:7,10,15       114:9            169:7
versions          18:10,20         115:8,19         170:6,8,
 112:20           19:11,21         117:14,18        18,22
                  20:5,9,15,       118:3            171:16
versus   7:4      24 22:19,        119:23           176:1,19
 139:5,8          25 23:12         120:4,14         177:7
 266:24           24:1             121:14           178:5,9
                  26:24,25         122:11,15        219:6
vetting           29:10,15,        123:9            222:20
 278:1            19 30:2,9,       124:16           223:11
 280:1,2          20 35:2,17       125:2,8,13       232:7
                  38:14,21         126:2            238:24
viable            39:6 40:8        127:5,8          241:20
 232:21           41:10            129:17           242:3
                  43:18            130:7,14         243:4,21
vice   248:14     44:23 45:1       131:9            244:22
                  51:4,15          132:8,12         246:2,18
view   175:7      52:9,20          133:8,15,        251:17
                  54:18
viewing           58:13
 174:18           60:12
```

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: Vision's..Waller

253:18
255:8
257:18
258:14,15
259:3,6,13
261:18
262:9
264:2,6,11
265:17
266:5,21
268:11
272:2,15
274:17,21
275:4,14,
24 277:24
278:9,10
280:10
282:10,24
283:13
284:9
285:13
286:19,21
287:18
288:5,8,25
290:25
291:12,19
301:4,5

**Vision's**
9:13 18:5
23:15
29:24
38:18
39:16
67:17,19,
24 113:10
117:24
121:23
122:25

138:23
153:19
159:16
160:13
163:8
165:17
166:20
169:7
177:2
219:11
230:7
234:6
240:7
241:17,18
262:20
263:4
271:11
282:20
283:6
286:24

**visualize**
128:1

**vital** 142:25

**Vladivostok**
100:15

**voice** 191:25
192:5
305:4

**volume** 212:9

**volumes**
266:24

──────────

**W**

──────────

**wade** 292:10

**wait** 8:12
78:2
128:15
238:23
305:12,15,
19

**waiting**
305:21

**waiving**
293:8

**Walkabout**
46:24

**walked** 26:12
43:3
55:16,22

**walking**
42:14

**wall** 55:14
62:9

**Waller**
11:12,13,
14,15,20,
21,22
12:1,23
13:3,16
14:18
15:4,9,17,
24 16:13
28:1 30:22
35:21
36:5,6
37:11
41:15
42:10
46:21

53:4,6,10
58:3 64:17
75:7,9
77:5 80:4,
11 91:8
92:13
107:15
113:11,20
114:9
115:8,20
116:16,18
117:5,13,
16 126:19
132:17,18
138:22
139:13
146:23
162:2,4
177:21
178:19,20,
22,23,24
182:24
183:16
184:9,17
200:9
213:14,21
214:11
220:1,13
225:18
227:4,23
228:6
229:9,12,
22,25
230:3,15
237:7
243:15
244:2
246:10,17,

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                 Index: Waller's..weapon

22 247:9,
19 252:8
258:19
267:21
272:10
291:7,23
303:2

**Waller's**
35:10
53:14 57:7
77:13
229:19
230:8
234:8
280:5

**wallop**  7:3,
21 8:1,6
9:1 24:5,7
27:4,7
30:13,16
31:12
41:11,18,
19,20
65:15,17,
19 73:19,
23 79:3
81:11
84:9,13
85:8
107:18,20
109:23
126:3,6
156:12
161:12
167:18
186:14,17
209:6

226:11,13
228:21
241:6,10
247:25
251:22
252:1,2
254:1
257:1,2,6
260:11,12
262:20,24
271:11,15,
16 275:17,
19,20
292:25
293:9,15
308:14

**Wang**  27:25
46:12 47:7
54:6
55:19,21
59:15
62:12
109:24
111:1
126:16
137:6,13
146:25
151:14
164:19
182:3
185:8
187:15
190:15,22
191:14
195:13
202:25
219:19
227:5

229:13,14,
25 244:23
264:4
265:19

**Wang's**  227:2

**wanted**
12:21,22
37:16,17,
18,20 40:5
45:12 46:5
47:9,15,
16,17
48:9,15,17
58:7 65:7
73:2 88:7,
25 89:1
90:11 97:7
101:18
108:23
123:5
127:23
139:20
140:2,4,12
147:19
148:14
171:11
208:4
212:17
218:18,20
219:2
225:10,12,
23 231:5
233:24
245:14
297:21
301:10,11

**wanting**

283:18

**warnings**
268:10

**Washington**
11:18
12:18
33:19,20,
21,23,24
34:6,22,24
37:17,18,
19,21 39:3
44:9,14
45:16,17,
21 47:14,
23 76:15
131:4
176:13
187:3
222:15
237:10

**Washington-
based**  44:11

**waste**  181:1
259:24

**watch**  234:22

**watching**
234:24

**ways**  18:14,
15 42:20
61:1 139:1
179:14

**wealth**
276:12

**weapon**  86:22
87:9 88:4,

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: web..worked

| | | | |
|---|---|---|---|
| 6 | **whereabouts** | **word** 106:14 | 105:1 |
| | 240:13 | 128:7 | 115:1 |
| **web** 279:3 | | 209:17 | 122:24 |
| | **White** 37:20 | 213:10,11 | 130:13 |
| **week** 143:9 | | 254:16 | 155:4 |
| 192:13 | **Whomever** | 287:6 | 167:4 |
| 200:23 | 20:3 | 301:4 | 179:1 |
| 202:10 | | | 194:5 |
| 207:12 | **wild** 289:14 | **words** 62:18 | 198:5,19 |
| 210:12 | **wildest** | 89:3 92:21 | 201:21 |
| 211:18 | 303:15 | 94:17 | 216:13 |
| 233:7,8 | | 98:25 | 239:17 |
| 237:18 | **William** | 99:10 | 240:7 |
| 242:22 | 168:15 | 106:18 | 243:2,4 |
| 254:21 | 300:21 | 129:14 | 246:3,11 |
| 256:14 | | 130:17 | 250:15,16 |
| 283:4 | **win** 98:6 | 135:21 | 255:10 |
| 290:16,18 | **windows** | 160:20 | 257:25 |
| | 45:23,25 | 176:9 | 274:13,21 |
| **weekend** | 46:1 | 182:15 | 277:25 |
| 202:16 | | 208:7,10 | 282:20 |
| | **wire** 113:23 | 254:18 | 286:24 |
| **weekends** | 115:25 | 265:11 | 287:18 |
| 215:1 | 116:1,2,4, | 282:1 | 289:2 |
| 216:15 | 11,16,17, | | 294:9,10, |
| 219:1 | 22 170:11 | **work** 10:10 | 12 295:7, |
| | 192:24 | 12:21 15:5 | 23 301:3 |
| **weekly** | 193:1 | 16:8 17:11 | |
| 144:13 | 194:11 | 19:13,16 | **worked** 12:23 |
| | 195:2,6 | 20:16 | 13:3,16 |
| **weeks** 171:5 | 247:9,16 | 21:17 | 14:18 20:8 |
| 195:9 | 252:5 | 23:13 30:5 | 30:23 |
| 230:13 | 253:21 | 32:13 | 34:25 36:4 |
| 265:2 | 289:10,12, | 35:16 | 66:3 73:4 |
| | 17 290:8 | 37:14 45:5 | 75:9 |
| **weird** 197:21 | | 58:25 83:1 | 103:15 |
| 237:13,24 | **wires** 116:9, | 90:4 91:22 | 105:5,8 |
| | 10 175:18 | 93:14 94:9 | 107:11,15 |
| **weirdo** 208:5 | **wiring** 290:4 | 100:1,3 | 176:8 |
| **Wengui** | | | |
| 275:25 | **woman** | | |
| | 157:22,23 | | |
| **whack** 160:1 | | | |

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019                    Index: working..Yvette

186:25
256:16,17
257:18,19
258:4
264:6
295:2
**working**
11:25
15:4,8,22,
23 16:5
32:11
44:14 74:8
77:11
95:19
120:1,15
156:5
206:11
211:25
215:1
216:9,15,
17 218:25
225:8
245:13
253:15
258:15
264:22
269:13
**works** 11:1
19:4 47:22
212:14
231:4
267:2
274:14
279:7
**Worldwide**
11:1

**worries**
190:6

**worry** 13:14
108:16

**wow** 36:7
62:25 84:6
185:17

**wrap** 293:10

**write** 247:9

**writes** 33:19

**writing**
135:6,21,
23 144:5
145:13

**written** 38:7
102:13
114:5
133:13,15,
21 134:1,
5,6,16,17,
25 135:1,
8,12
144:11,12
145:7
204:11
267:11
294:13

**wrong** 193:1
213:11
223:12
254:16

**wrote** 65:25
139:16
196:8
199:20

200:10
209:7
211:17
214:19
230:3,11

**Wu** 168:16
300:21

**Wyoming** 9:6
242:6,7,9

─────────────
**X**
─────────────

**Xi** 248:12,
13

─────────────
**Y**
─────────────

**yacht** 285:4,
8

**yanked**
175:20

**Yanping**
264:4

**Yao** 157:2,
6,7 226:12

**year** 12:2
15:9 32:3
41:4 49:13
120:9
164:8,12,
18 165:9
197:10
231:15

**years** 10:1,
11 11:16
20:8 22:7,

25 33:16
34:22
49:15
104:21
197:14
206:11
295:5
301:14

**yesterday**
189:12

**Yiu** 84:10

**York** 8:3
54:16
84:25
114:17
175:1,9
176:5
181:20
193:6
198:18
199:24
200:2,4
212:24
214:16

**young** 206:9,
10

**Yu** 300:21

**Yvette** 27:25
45:11
46:5,21
48:3,7
55:15,19,
21 56:23
59:21 60:9
74:22
75:21 76:6

EASTERN PROFIT CORP LIMITED vs STRATEGIC VISION US, LLC
French Wallop on 02/12/2019          Index: Yvette's..Zeichner

85:17
111:1
114:15
126:16
136:18
137:6,12
146:10,24
164:19
172:5
173:8,10
174:13,20
176:6
185:8
186:20
195:1,15,
16  215:14
219:18
222:1,10
223:19
224:4
227:5
228:1,7
229:11,13,
14,25
231:4,25
232:2
243:22
244:25
264:4,22
265:18
284:25
286:3
297:10,21
299:2,10
302:7,12
304:11,25
306:1,3,8
307:4

**Yvette's**
  226:16
  300:3

─────────────

           **Z**
─────────────

**Zach**  7:15
   8:6

**Zeichner**
   7:17