# EXHIBIT D

Page 1

1

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE SOUTHERN DISTRICT OF NEW YORK

4   -----------------------------------------x

5   EASTERN PROFIT CORPORATON LIMITED,

6                   Plaintiff/Counterclaim Defendant,

7

8                       Case No.  18-cv-2185

9               v.

10  STRATEGIC VISION US, LLC,

11                  Defendant/Counterclaim Plaintiff.

12  -----------------------------------------x

13                  1:47 p.m.

                    November 19, 2019

14

                    405 Lexington Avenue

15                  New York, New York

16

17          DEPOSITION of FRENCH WALLOP, testifying

18  under Rule 30(b)(6) on behalf of STRATEGIC VISION

19  US, LLC in the above entitled matter, pursuant to

20  Notice, before Stephen J. Moore, a Registered

21  Professional Reporter, Certified Realtime Reporter

22  and Notary Public of the State of New York.

23

24

25

Page 2

```
1
2  A P P E A R A N C E S :
3
4      GRAVES GARRETT LLC
5          Attorneys for Eastern Profit
6          Corporation Limited
7          1100 Main Street
8          Kansas City, Missouri 64105
9
10     BY:  EDWARD D. GREIM, ESQ.
11         and
12         JENNIFER DONNELLI, ESQ.
13
14     PEPPER HAMILSTON, LLP
15         Attorneys for Strategic Vision US,
16         LLC
17         1313 N. Market Street 5100
18         Wilmington, Delaware 19899
19
20     BY:  JOANNA CLINE, ESQ.
21
22 ALSON PRESENT:
23     MICHAEL WALLER
24     YVETTE WANG
25
```

Page 3

```
1
2  EXAMINATION BY              PAGE
3
4  MS. CLINE                    6
5
6          E X H I B I T
7
8  Exbt 111  Calendar pages produced by    6  21
9      Strategic Vision
10
11 Exbt 112  Document headed "Fish Tank    35  4
12     for 10 people only"
13
14 Exbt 113  Color table for               51  7
15     expenditures and payments to
16     Strategic Vision U.S. and wires
17     out to vendors
18
19 Exbt 114  Citibank Business            51  11
20     Strategic Vision U.S., LLC bank
21     statement from January 1, 2018
22     through January 31, 2019
23
24 Exbt 115  Bill from Fletcher           69  4
25
```

Page 4

```
1          FRENCH WALLOP
2          THE VIDEOGRAPHER:  Good
3  afternoon.  We are now recording and on
4  the record.  The time is 1:47 p.m., on
5  November 19, 2019.
6          This is video 1 in the deposition
7  of French Wallop taken by counsel for the
8  Plaintiff in the matter of Eastern Profit
9  Corporation, Limited, versus Strategic
10 Vision US, LLC, filed in the U.S. District
11 Court, Southern District of New York, case
12 number 18 CV 2185 JGK.
13         This deposition is being held at
14 405 Lexington Avenue, New York, New York.
15 My name is George Libbares.  The court
16 reporter is Stephen Moore, we are here for
17 Veritext New York.
18         Counsel will now state their
19 appearances and the court reporter will
20 administer the oath.
21         MS. CLINE:  Johanna Cline, Pepper
22 Hamilton, for Eastern Profit.
23         And again, just to clarify, this is
24 actually a deposition of Strategic Vision
25 a corporate designee deposition, and Ms.
```

Page 5

```
1          FRENCH WALLOP
2  Wallop is the second of their deponents
3  today.
4          MR. GREIM:  Eddie Greim and
5  Jennifer Donnelli for
6  Defendant/Counterclaim Plaintiff,
7  Strategic Vision.
8          And I agree with counsel's
9  clarification.
10         I would also state that we are here
11 today after having already taken a
12 30(b)(6) of Strategic Vision, we are here
13 on negotiated topics with counsel for
14 Eastern Profit.
15         They are limited to the, basically
16 topics that are stated in the notice,
17 which related to the new counterclaim that
18 was filed and various documents that were
19 referred to us after the first 30(b)(6).
20
21 F R E N C H      W A L L O P,  called as a
22     witness, having been first duly sworn by
23     the Notary Public, was examined and
24     testified as follows:
25 EXAMINATION BY
```

2 (Pages 2 - 5)

1         FRENCH WALLOP
2 MS. CLINE:
3
4      Q     Ms. Wallop, you're testifying
5 here today as a representative of Strategic
6 Vision, right?
7      A     I am.
8      Q     And you're authorized to testify
9 on behalf of Strategic Vision?
10     A     Correct.
11     Q     And you are the sole member of
12 the Strategic Vision, LLC, correct?
13     A     Yes.
14     Q     You've always been the sole
15 member of Strategic Vision, correct?
16     A     Yes.
17          MS. CLINE:  Can you mark this,
18     please.
19          (The above described document was
20     marked SV Exhibit 111 for identification
21     as of this date.)
22     Q     We have handed you what's been
23 marked as Exhibit 111.  And I can represent
24 that this is an excerpt from the calendar pages
25 or some calendar pages that Strategic Vision

1         FRENCH WALLOP
2 produced in this litigation.
3          And my first question for you is
4 whether these are pages from your calendar?
5      A     Yes.  They appear to be.
6      Q     Right, and you recognize the
7 handwriting on these pages as your handwriting?
8      A     I do.
9      Q     Could you just describe, please,
10 your practices with respect to your calendar
11 notations.  As a general matter --
12          MS. CLINE:  Let me try again.
13     Q     As a general matter, in the end
14 of 2017 and 2018, how did you use your calendar
15 on a daily basis?
16     A     I used it -- I don't use any
17 electronic calendars, because they are
18 hackable.  I use Post-Its, armed calendars,
19 which you can print off like this from Outlook
20 or whatever it is, and then I write in my
21 schedule.
22     Q     And is it a proactive exercise,
23 you calendar things that are coming up, or is
24 it retroactive, meaning you make entries about
25 things that have happened in the past?

1         FRENCH WALLOP
2      A     No, it's proactive, at the time.
3      Q     Prospective, I suppose?
4      A     Prospective, yes.
5      Q     Looking at these particular
6 pages with respect to November through February
7 of '18, sorry, November of 2017 through
8 February of 2018, did you, in fact, make these
9 entries on or about the corresponding dates in
10 the calendars?
11     A     Yes.  Generally, in other words,
12 if I was traveling, I would put London, and
13 then I would write an arrow through the dates
14 that I was going to be away on that day, and
15 then I would fill in appointments in those
16 countries or in that time frame.
17     Q     Is it fair to say that the
18 entries that appear on page 1 you physically
19 wrote in November, is that right?
20     A     Correct.
21     Q     And the entries that appear on
22 page 2, which is, I guess I will use the Bates
23 numbers, page 2103, you physically wrote those
24 in December of 2017?
25     A     Yes, that's right.

1         FRENCH WALLOP
2      Q     And with respect to page 2104,
3 you physically wrote those entries in January
4 of 2018?
5      A     Yes.
6      Q     And same question with respect
7 to page 2105.  Those entries you physically
8 wrote in February of 2018, is that correct?
9      A     Yes.
10     Q     So you didn't fill any of these
11 in at some point subsequent to February of
12 2018, did you?
13     A     No.
14          I may have copied something from
15 a Post-It note that I had on the calendar, but
16 no, this is an accurate reflection of my
17 calendar.
18     Q     So, let me just try again.
19          So, tell us, were there
20 instances in which you populated any of these
21 entries subsequent to February of 2018?
22     A     Not to my recollection, no;
23 other than the Post-It notes.  In other words,
24 I explained that I have Post-It notes that are
25 generally the size of this that I put down on

3 (Pages 6 - 9)

FRENCH WALLOP

1
2  the calendar as to what I'm doing, and then I
3  will put it onto the calendar if they occurred.
4      Q     And so when did you -- so when
5  did you transcribe any notes from Post-It notes
6  onto the actual calendar pages in Exhibit 111?
7      A     These were done at the time of
8  the month or the day of the year.  I mean,
9  there wasn't any change.
10     Q     Okay.  I am just trying to
11 understand what your practice is.
12           So, to the extent that some of
13 these entries were originally written on
14 Post-It notes and then transcribed onto the
15 calendar pages, did any of those transcriptions
16 take place subsequent to February 2018?
17     A     No.
18     Q     Did you consult with anybody
19 about what merits an entry on your calendar?
20     A     No.
21     Q     Turn, if you would, to January
22 2018.
23           On January 8 there is an entry
24 filled in which you have written, "Set up Team
25 1." Do you see that?

FRENCH WALLOP

1
2      A     I don't see that.
3      Q     I misread the number.
4            On January 9th, 2018, there is
5  an entry that says, "Set up Team 1." Do you
6  see that?
7      A     Yes.
8      Q     What does that mean?
9      A     That means that we were having
10 meetings with Team 1, and that was the
11 beginning of the setup.
12     Q     Who was doing the setting up on
13 behalf of Strategic Vision?
14     A     Mike Waller and myself.
15     Q     So was there, in fact, a setup
16 meeting with Team 1 on Tuesday, January 9th?
17     A     Well, if I put it here, that
18 would be the fact, yes.
19     Q     And so you were present for that
20 meeting?
21     A     Yes.
22     Q     And where was it?
23     A     I believe it was at my home.
24     Q     That's in Virginia, right?
25     A     Yes.

FRENCH WALLOP

1
2      Q     And so members of Team 1 were
3  present at your home on January 9th?
4      A     I believe so, I'm not 100
5  percent sure, because Mike was having
6  conversations with them as well.
7            So -- but I think that was the
8  case.
9      Q     Do you recall having met members
10 of Team 1?
11     A     Yes.
12     Q     And was that meeting at your
13 house?
14     A     Several times, but I can't be
15 specific on which date.
16     Q     So you personally met members of
17 Team 1 on more than one occasion?
18     A     Yes.
19     Q     And if you go forward a little
20 bit to January 11th, there is another entry
21 that says "Team 1 meeting." Do you see that?
22     A     Yes.
23     Q     And was that a second meeting
24 involving Team 1?
25     A     Must have been, yes.

FRENCH WALLOP

1
2      Q     Does the fact that it is
3  included on your calendar mean you were there,
4  you were physically present?
5      A     Yes.
6      Q     And do you remember where that
7  meeting was?
8      A     Probably also in Virginia, if
9  the first one was.
10           I honestly don't remember.
11     Q     Drop down to January 25th.  It
12 says, "Team 1 work day." Do you see that?
13     A     Yes.
14     Q     What does that mean?
15     A     That means one of the Team 1
16 members was in Washington.  It was a meeting.
17     Q     And the meeting involved you
18 personally?
19     A     Yes, and Mike Waller.
20     Q     And then, if you could just look
21 at January 26th, read your entry for us on that
22 day.
23     A     It says, "MW/FW, New York, 11:00
24 a.m."And then it says, underscored, then it
25 says, "Ten days after."

4 (Pages 10 - 13)

FRENCH WALLOP

1
2     Q     Okay.  What do those entries
3  mean?
4     A     Well, it's Mike Waller and
5  French Wallop in New York meeting Guo at 11:00
6  a.m., which was about ten days after the
7  contract was underway.
8           It was actually underway
9  earlier, but we gave him a leeway of ten days;
10 so that's why I have ten days after.
11    Q     Looking up, sort of directly up
12 in that column, on January 5th, there is an
13 entry there that says, "Contract signed."  Do
14 you see that?
15    A     Yes.
16    Q     So I am trying to understand,
17 what does your entry on the 26th above the "ten
18 days after," what does that correspond to?
19    A     Well, if you go back ten days,
20 that would get it to the 16th, right?
21           The 16th of January, and we had
22 said to Guo at that meeting that it would have
23 been -- we were giving him an additional ten
24 days like credit, because we were trying to get
25 the team set up and we didn't get the wires

FRENCH WALLOP

1
2  sort of into the account that we were using or
3  accessible until the -- truly until the 9th.
4           Because we didn't -- we didn't
5  have clean flash drives.  We had had bad flash
6  drives to begin with.
7           So when we got the clean flash
8  drive was when Mike and I got together with the
9  team members for Team 1 that week.
10          Because at that point then the
11 money became hard that was in the account, and
12 then we could begin the setup of getting the
13 team started.
14          So that's what ten days
15 afterwards means; it was ten days after the
16 16th.
17          And Guo had said he was, you
18 know, demanded to have massive amounts of
19 information within ten days of setting up,
20 which was highly unreasonable.
21    Q     Could you just decipher for us
22 your entry on January 16th?
23    A     16th.
24          Wire out to Georgetown Research
25 for $200,000, and then I think another wire for

FRENCH WALLOP

1
2  $25,000.
3     Q     Then there is an EXP.  Does that
4  mean expenses?
5     A     Yes.  I'm sorry.
6     Q     So, the $25,000 wire to
7  Georgetown Research was for expenses?
8     A     It was.
9     Q     Was it you who was in charge of
10 setting up the wires?
11    A     Yes.
12    Q     Could you explain to us the
13 entry on January 31st?
14    A     Yeah, it was Michael Waller
15 returns with flash drive to Newark, and he had
16 done a 24 hour round trip to collect a flash
17 drive from his contact point in Europe.
18    Q     Why was that something important
19 enough to note on your calendar on January
20 31st?
21    A     Because it was important to show
22 the delivery of when we were complying with an
23 insistent Guo for information that he wanted to
24 have yesterday.
25    Q     And then if you go back up to

FRENCH WALLOP

1
2  January 6th, where you wrote -- sorry, January
3  5th, where you wrote "bad flash drives," do you
4  see that?
5     A     Yes, that's correct.
6     Q     And you made that entry, you
7  physically wrote that in your calendar on
8  January 5th?
9     A     Yes.
10    Q     Why was it important for you to
11 write that at that point in time?
12    A     Because we were supposed to be
13 under contract, we had all these verbal
14 agreements that had been bouncing back and
15 forth like ping-pong balls, and Yvette arrived
16 and she had bad flash drives.
17          We had signed the contract, and
18 then in order to download whatever it was that
19 she had on her USB keys, I did that, and
20 clearly it was a bad, bad flash drive.
21          And it -- we agreed that I would
22 have to come back to New York on, it must have
23 been on Sunday, I remember, yes, it was Sunday,
24 where I got the new flash drives.
25          There were three flash drives,

5 (Pages 14 - 17)

FRENCH WALLOP

1
2  and out of those three, only one was good, the
3  other two were bad.  In other words, that means
4  there was malware in those flash drives.
5          It's a reason for part of the
6  delay.
7      Q      But you knew on January 5th that
8  it would be important to document that they
9  were bad?
10     A      Yes, absolutely.
11     Q      And what was the basis for that
12 knowledge?
13     A      Because if they are bad, you
14 need to make a note of that in your record, if
15 you're monitoring something like this in the
16 way of a project; perfectly reasonable.
17     Q      Can you turn to February,
18 please?
19     A      Yes, I have it.
20     Q      Just if you could just read the
21 entry on February 1st.
22     A      It says "Mars, Walmart."
23     Q      Does that have anything to do
24 with Eastern Profit?
25     A      It may have been a phone call I

FRENCH WALLOP

1
2  had with some members of the Board.  No, it had
3  nothing to do with, probably should have been
4  deleted.
5      Q      I should say that the items that
6  have been redacted I gather have been redacted
7  for relevance?
8      A      Because they pertain to other
9  appointments or phone calls.  Have nothing to
10 do with Eastern Profit.
11     Q      On Groundhog Day there, what
12 does your entry there say?
13     A      "Dallas" and then "Possible Team
14 2."
15     Q      What did you mean by that?
16     A      Well, we decided we would go
17 down and see Team 2.
18     Q      Why does this --
19     A      I mean, we assumed that it was
20 going to be another team, because we were
21 concerned about what Team 1 was finding, and
22 Team 1 was finding all sorts of irregularities.
23         So we wanted to have a second
24 team to compare findings with.
25     Q      The entry says "POSS," is that

FRENCH WALLOP

1
2  possibly?
3      A      Possible.
4      Q      Possible?
5      A      Possible Team 2.
6      Q      So Team 2 had not been hired at
7  this point?
8      A      No, I think we were just going
9  there.
10     Q      And did you and Mr. Waller in
11 fact go to Dallas to meet with Team 2?
12     A      Oh, yes, we did.  I'm just
13 looking, I think we went twice.  So yes.
14     Q      And then most of these are just
15 handwriting questions, February 5th, can you
16 tell us what that entry says?
17     A      Sorry, I can't --
18         That was a rigging group, if
19 that's the right thing -- no, sorry, that looks
20 like -- that was a meeting at 4:30 at my home
21 with Lianchao and Mike.
22     Q      What was the -- it says here,
23 does that mean it was at your home?
24     A      Yes.
25     Q      And what was the subject of that

FRENCH WALLOP

1
2  meeting?
3      A      Well, it would have had to do
4  with the Guo contract.
5      Q      But just tell me as best you
6  can, who said what to whom at that meeting on
7  Monday, February 5th?
8      A      I have no recollection, other
9  than we were concerned that we were finding
10 issues with Guo's fake names and some of Guo's
11 fake information that he had given us out of
12 the 15 names that we had.
13         And we were concerned about
14 that, plus we also had inconsistencies with the
15 information that we had gotten on Yvette's
16 flash drives that we were using for Team 1.
17         And at that point they were
18 alerting us that there was a leak within the
19 Guo system, from Yvette's flash drives, and we
20 were very concerned as to what that was going
21 to do with something that we held as highly
22 highly confidential and certainly of a concern.
23     Q      Did you share these concerns
24 with Mr. Han?
25     A      Yes.

Page 22

FRENCH WALLOP

1
2    Q    What was his response?
3    A    He was concerned, too.
4    Q    What did he say?
5    A    "I am concerned, too."
6         To the best of my recollection,
7  that would have been his normal response.
8    Q    Do you remember how long the
9  meeting was?
10   A    No, I think it was probably, it
11 might have been an hour, an hour and a half.
12   Q    Did you and Mr. Waller discuss
13 possible litigation with Mr. Guo at this
14 meeting?
15   A    What?
16   Q    Did you and Mr. Waller discuss
17 possible litigation with Mr. Guo or Eastern
18 Profit at this meeting?
19   A    Mr. Guo?  You mean Lianchao?
20        I'm sorry, I don't understand
21 your question.
22   Q    Just to make sure I'm tracking
23 the people present at this meeting on February
24 5th were you, Mike Waller and Lianchao Han?
25   A    That's correct.

Page 23

FRENCH WALLOP

1
2    Q    So I'm asking whether you and
3  Mr. Waller and Mr. Han discussed potential
4  litigation?
5    A    No.  There would have been no
6  reason to.
7    Q    Did you discuss whether
8  Strategic Vision would take any action with
9  respect to Mr. Guo's asylum application at that
10 meeting?
11   A    No.
12   Q    Did you decide on next steps to
13 take as a result of what you discussed on that
14 meeting?
15   A    Well, we were scrambling to try
16 to figure out who was telling us the truth.
17        We wanted to find out, comparing
18 the Dallas information, and I think I did go to
19 Dallas on the -- sorry, on the 2nd of February.
20        I think we went to Dallas on the
21 2nd of February, we had our preliminary
22 meeting, and then we flew down to Dallas on
23 the, looks like the 8th of February, to collect
24 whatever information they had been able to
25 retrieve in a week.

Page 24

FRENCH WALLOP

1
2    Q    And that meeting was on February
3  8th?
4    A    It looks like it, yes.
5    Q    And what happened at that
6  meeting with Team 2 on February 8th?
7    A    That was when we -- Adam Kraft
8  was there, Russell whatever his name was,
9  Ramsland or something, and then a fellow named
10 Lochnealy, plus the three analysts.
11        And we met with them to go
12 through some of the material that they showed
13 us in their files, and it was pretty thick.
14        At that point the -- I think it
15 was Russell Ramsland, we discussed the whole
16 process of what it was that we were retrieving
17 at that time.
18        They were the ones that said so,
19 it looks like Guo must be your client.
20        And we didn't admit to that, we
21 didn't say anything about it.  We said well, we
22 need to find out what you have retrieved on the
23 names we have given you.
24        And that is, first of all, they
25 sort of pushed a bill across the table to us

Page 25

FRENCH WALLOP

1
2  for $111,000 or $117,000 and we looked at it.
3        We hadn't said that we would
4  sign on until we had some real information, and
5  they said well, we have got the real
6  information about who he is and what he is, but
7  we will not be able to share it because ta da,
8  he is records protected.  These names are
9  records protected in the names that we had
10 given them.
11   Q    Was that the first time you had
12 heard of the concept of records protected?
13   A    Actually it is.  First time.
14   Q    And what did, what physically
15 did Team 2 show to you and Mr. Waller in that
16 meeting on February 8th?
17   A    They showed us some diagrams and
18 they showed us a few sort of, what I would call
19 a short version of some reports.
20        But those apparently had also
21 been retrieved on the internet that they
22 compiled, and were doing, almost similarly to
23 what we were trying to do elsewhere, was
24 gathering different pieces of information to
25 put together for the whole piece.

7 (Pages 22 - 25)

Page 26

```
                    FRENCH WALLOP
1
2          So they had pulled together some
3  pieces, but the pieces that we already had, we
4  were planning to hire them as sort of Team 2,
5  so that we could compare the two sets of
6  retrievals on Guo's fish.
7      Q      Was Team 2 working on the same
8  fish that Team 1 was working on?
9      A      Yes, for certainly the first
10 five.
11     Q      Can you just read what the
12 February 9th entry says?
13     A      I had something at 9:30, and
14 then it got cancelled due to my flight to
15 Dallas.
16         So, I'm not sure.  I'm not sure
17 if we went down on the 8th or we went down on
18 the 9th, but it looks like we came back to D.C.
19 on the 10th.
20     Q      Did you have a meeting with --
21 so we talked about the meeting you had with Mr.
22 Han on February 5th.
23     A      Correct.
24     Q      Did you have a meeting with Mr.
25 Han in February subsequent to that day?
```

Page 27

```
                    FRENCH WALLOP
1
2      A      I am looking.  I can't read my
3  own handwriting sometimes.
4          I did not, but I think that Mike
5  and Lianchao met on the 16th.  I was not
6  present.
7      Q      Okay, so just so the -- sorry to
8  ask you to do this, but just on February 16th,
9  what does that entry say?
10     A      It says "11:00 to 3:00, L and
11 M," then it looks like something "9:00 p.m." I
12 don't know what that is.
13     Q      How did you know that you
14 weren't at the meeting?
15     A      Because you can see here, I left
16 for London on the 18th, and I did not return
17 from London and Zurich until maybe the 1st of
18 March.
19         I don't know, because I don't
20 have March here, so I can't tell you.
21     Q      Just trying to follow, so the
22 entry for February 18th says "Depart LHR,"
23 right?
24     A      Yes.
25     Q      That's Heathrow?
```

Page 28

```
                    FRENCH WALLOP
1
2      A      Yes.
3          That meant depart for LHR,
4  sorry.
5      Q      So I'm asking two days prior to
6  that, on February 16th, you said, "I think
7  there was a meeting with Lianchao and
8  Mr. Waller," right?
9      A      Yes.
10         It's such a bad copy, I can't
11 really tell where the lines went.
12         So, it looks like Lianchao and
13 Michael got together on the 16th.  I can't
14 remember if I was present or not.
15     Q      Would you have written it, would
16 it have been your practice to write it on your
17 calendar if you weren't going to be present?
18     A      Yes.  Regarding this project,
19 yes.
20     Q      Just why would you do that?
21     A      Why wouldn't I do it?
22         Because it pertained to sort of
23 a crisis situation with the information that
24 was -- that we were receiving back from now two
25 teams, and Lianchao was one of the people who
```

Page 29

```
                    FRENCH WALLOP
1
2  had introduced us to Guo, along with Bill
3  Gertz.
4      Q      Skip ahead to February 25th.
5  That's the day you got home from London?
6      A      Yes.
7      Q      And did you meet with Mr. Waller
8  and Mr. Lianchao Han on that day?
9      A      Yes.
10     Q      Do you remember what happened on
11 that meeting?
12     A      I'm sure we were discussing the
13 project.
14     Q      Eastern Profit had terminated
15 the contract prior to then, correct?
16     A      I gather they had, but I was out
17 of the country, so I didn't -- I hadn't seen
18 anything about that.
19         I think Mike had told me.
20     Q      Were you out of the country on a
21 trip related to Eastern Profit?
22     A      Yes.
23     Q      And what were you doing?
24     A      Gathering intelligence.
25     Q      How did you go about that?
```

8 (Pages 26 - 29)

FRENCH WALLOP

A Because I have a number of people that would have helped me and did help me in pulling information on Guo and on his people, that he was asking for research on.

Q You were pulling information on Guo in the --

A For Guo.

Q For Guo.

Were those people part of Team 1?

A No.

Q Were they part of Team 2?

A No.

Q So, who were those people?

A They were additional people.

Q Did Strategic Vision pay for any services of the people you are referring to?

A I believe so, yes.

Q Are you talking about Fletcher?

A Yes.

Q Did you meet with anyone else other than Fletcher?

A I did.

Q Who else?

FRENCH WALLOP

A That's sort of confidential.

MR. GREIM: Let's keep it there for now. There is apparently an order in this case.

I don't know if it covers this or not, but if it doesn't, we will give the answer.

Just if we could do it when we take our next break.

MS. CLINE: Okay.

Q So you and Mr. Waller met with Mr. Han on February 25th after Eastern Profit had terminated the contract, right?

A Yes.

Q What did you all say to each other? First of all, was the meeting in person?

A Yes.

Q And it was at your home in Virginia?

A Yes.

Q What did you all say to each other at that meeting?

A I'm sure that Mike and Lianchao

FRENCH WALLOP

and I were trying to figure out how to handle Guo, because of the fact that we were delivering information and nothing seemed to satisfy him.

Q Did you and Mr. Waller and Mr. Lianchao discuss litigation at that meeting on February 25th?

A No.

Q Did you --

A Never.

Q Did you discuss whether Strategic Vision would interfere with Mr. Guo's asylum application at that meeting?

A No.

Q Did you ever have that conversation with Mr. Han?

A No.

Q There is an entry on -- do you happen to know whether February 2018 was a leap year?

In other words, does that say February 29?

A It's 28th.

It just goes to 28. If you look

FRENCH WALLOP

above, the calendar, it's 27/28, so there is no 29.

Q What's -- so the last, just humor me, the last column, the bottom column on the page, right, starts with the 25th.

That's when you got home from London?

A Right.

Q 26th is blank, right?

A Yes.

Q 27th you did something at 9:30, but it's redacted, right?

A Yes.

Q 28th you did something at 11:10, but that's redacted, correct?

A Correct.

Q I am trying to figure out what the entry is on what would be February 29th there?

A I can't really tell unless it just says "depart 6:00 a.m." So I don't know, where is the rest of the calendar?

If you have the March calendar, I can maybe piece it together.

FRENCH WALLOP

2      Q      Did you take any, putting aside
3  the calendar, do you remember whether you took
4  any business trips with respect to the Eastern
5  Profit matter subsequent to your trip to London
6  where you got home on February 25th?
7      A      Yes.
8      Q      And describe those.
9      A      Well, without a calendar, I
10  can't.
11      Q      You have no memory, you know you
12  went somewhere, but you just don't remember
13  what the nature of the trip was?
14      A      That's correct.  Unless I look
15  at the calendar I can be more explicit.
16      Q      Do you recall the purpose for
17  making a trip after the contract had been
18  terminated?
19      A      To continue gathering the
20  information that was sitting and available to
21  us to retrieve.
22          But these things had to be done
23  face-to-face, not by on the internet.
24          MS. CLINE:  Would you mark that,
25      please.

FRENCH WALLOP

2          (The above described document was
3      marked Exhibit SV 112 for identification,
4      as of this date.)
5      Q      All right.  We have handed you
6  what's been marked as Exhibit 112, and the
7  first question is just whether you can identify
8  the document for us, please?
9      A      I believe it was one of the
10  documents that we used to show, Strategic
11  Vision used to show Guo how we would operate
12  with each one -- with each specific fish in
13  a -- in a sort of graph, so that he could
14  understand it more clearly.
15      Q      Did you put Exhibit 112
16  together?
17      A      No, I did not.
18      Q      Do you know who did?
19      A      I believe Michael.  Michael and
20  I talked about it, and then he put it together.
21      Q      It was put together before the
22  contract was signed?
23      A      Yes.
24      Q      Did you use, did Strategic
25  Vision use Exhibit 8 in a meeting with Eastern

FRENCH WALLOP

2  Profit?
3      A      With Miles Guo, yes.  We didn't
4  know who Eastern Profit was until the contract
5  turned up.
6      Q      And what were the -- so did you
7  have communications with Mr. Guo about Exhibit
8  112?
9      A      Yes.
10      Q      Describe those, please.
11      A      Well, we walked him through it
12  based on the information that we had after we
13  finally got a clean flash drive from Yvette
14  Wang on how it would work.
15          Because obviously we didn't have
16  the 15 fish or the 10 fish names, so we could
17  break out how the tracking would work with each
18  one of these targets.
19          So we didn't have the names, in
20  other words, until we had gotten a clean flash
21  drive, which was not until, what did I say?
22  January 8th of 2018.
23      Q      Do you remember where you were
24  when Strategic Vision walked Mr. Guo through
25  Exhibit 112?

FRENCH WALLOP

2      A      I do not.
3      Q      Do you remember when the meeting
4  was?
5      A      Well, if we meet with Guo, it
6  would have been in his apartment.
7      Q      And --
8      A      And I'm not sure which meeting
9  it was, it might have been December.
10          Sorry.
11      Q      I was confused by your testimony
12  on this.
13      A      I'm confused actually right now.
14          I think -- I think in fact that
15  we did talk about it.  He had this big file of
16  names which he said he had paid $250 million
17  for, with all of these same names and
18  photographs and everything else that he showed
19  us early on.
20          Which, if I go back to my
21  calendar, I think that could have been either
22  the 4th of December or the -- sorry, or the
23  11th of December.
24          It looks like maybe the 11th of
25  December, because it shows I had put here

Page 38

FRENCH WALLOP

1  
2 Lianchao, Michael, myself, in New York, with
3 new targets.
4         So these may have been the new
5 targets that we were talking about, and Mike
6 may have, after that meeting, put together the
7 Power Point.
8         Yes, here it is, the Power Point
9 for the 21st of December, when we were back in
10 New York, and that's when I think these were
11 done.
12         I honestly cannot tell you which
13 meeting, but that makes sense that it would
14 have been on the 21st where we did a Power
15 Point.  I don't know.
16         You have to understand, Guo's --
17 Guo's intention initially with us was to buy
18 real estate in Washington and to buy a great
19 big office building across from the White House
20 and buy a great big mansion in Georgetown.
21 That was the initial.
22         MR. GREIM:  I would just instruct
23     the witness to make sure you answer
24     counsel's questions.
25         THE WITNESS:  Sorry, it's just I

Page 39

FRENCH WALLOP

1  
2 can't remember each meeting.
3 Thank you.
4     Q    So, do you think Exhibit 112 was
5 discussed at the meeting on December 21st where
6 the calendar entry says "Power Point"?
7     A    I believe so; and I think you
8 would have to ask Michael that question.
9     Q    Were there other meetings at
10 which Power Points were presented?
11     A    You would have to ask Michael
12 that question.
13     Q    Do you know what, on the entry
14 on December 21st says, I think it says,
15 RE/FNDA," do you see that?
16     A    Yes.
17     Q    What does that mean?
18     A    It means regarding foundation,
19 regarding a foundation, he was talking about
20 putting a foundation together.
21         Looks like Yvette was there,
22 too, I have a Y there.
23     Q    And your testimony is you put
24 that calendar entry on the calendar on December
25 21st?

Page 40

FRENCH WALLOP

1  
2     A    Yes.
3     Q    Why was it important to note
4 that he was talking about a foundation?
5     A    Because that was part of the
6 notes.  If you go back and look at Michael
7 Waller's notes, you will see they are far more
8 explicit than my notes in my calendar.
9     Q    It's all right.  I just have one
10 follow up on January 5th, if you go back to
11 that.
12     A    Yes.
13     Q    Says "bad flash drives."  Did
14 you discover on January 5th that you thought
15 they were bad?
16     A    Yes.
17     Q    How did you discover that?
18     A    Well, she was in my library, I
19 had an old laptop, I put them in -- I put them
20 in my laptop, I put one in my laptop, and it
21 just blew up the screen.
22         I was not happy about that, as
23 she well knows.
24         I said well there is something
25 either very much the matter with this flash

Page 41

FRENCH WALLOP

1  
2 drive, this USB, I want to have somebody check
3 it.
4         So I called a friend, a
5 neighbor, and asked him if he would mind
6 testing it in his one of his many computers, he
7 said sure, fine.
8         I left my son sitting in the
9 library with Yvette and I went to the
10 neighbor's and we put it in and it did the same
11 thing to three of his screens.
12     Q    And so this meeting on January
13 5th, when you put the flash drive into your
14 laptop and the screen blew up, was Yvette
15 present for that?
16     A    Yes, she was.  She saw it.
17     Q    She saw your screen?
18     A    Of course she saw it.
19     Q    Was your son present?
20     A    No, he was not, he was not part
21 of this.
22     Q    And then after that you asked
23 Eastern Profit to deliver a new flash drives,
24 and you got those on January 8th, is that
25 right?

11 (Pages 38 - 41)

FRENCH WALLOP

1
2     A     Yes, I came up to New York in a
3  snow storm and to the Pierre and met Yvette in
4  the Pierre lobby.
5     Q     Just, there is a New York on
6  January 8th, what's the abbreviation before
7  that?
8     A     Me, FW.
9     Q     You refer to yourself in the
10 third person?
11    A     Sometimes.  FW New York, you
12 will see on here.
13          MW, FW, you will see many things
14 MW, FW.
15    Q     So going back to Exhibit 112 --
16    A     Yes.
17    Q     -- just, fish means what?
18    A     It was the term we used to
19 identify and tag each person that was in -- on
20 the list of people that Guo wanted to have
21 researched.
22    Q     And what does unit mean?
23    A     23 units.  Well, it was a very
24 complex way we were trying to set it up, so
25 that we could put fish in and take fish out at

FRENCH WALLOP

1
2  the same time if they were not -- if the
3  information wasn't retrievable, if it wasn't
4  acceptable.
5          Either to Guo, in other words,
6  if it was just superficial information versus
7  really some good deep dives.
8     Q     So, in the first scenario in
9  Exhibit 112 --
10    A     Yes.
11    Q     -- it contemplates a flat number
12 of fish, but not always 30 units, right?
13    A     That's correct.  And I think
14 that the 30 units 10, 10, and 10 makes the 30,
15 right, for 10 fish?
16          So we were looking at each
17 individual cell to see which ones we could dive
18 for certain information on in each one of these
19 cells.
20          And some of the cells were not
21 relevant or were not -- the information was not
22 there because they were either fake or the
23 names were wrong or whatever.
24    Q     And in the scenario, in this
25 scenario on this first page, the Strategic

FRENCH WALLOP

1
2  Vision says, "The unpredictable work in
3  pricing."
4          Do you see that?
5     A     Yes.
6     Q     That's the pricing is
7  unpredictable because the number of units
8  wasn't steady, correct?
9     A     That's correct.
10    Q     So the pricing was based per
11 unit, correct?
12    A     Yes.
13    Q     And then, if you go to the
14 second page of the same exhibit, if there are
15 always 30 units, then the pricing is
16 predictable, right?
17    A     I guess so.
18          Again, this is a question for
19 Mike, because we tossed this thing back and
20 forth about ten times, discussing how the best
21 way would be for the tracking research to be
22 done.
23          That's a question also for him.
24    Q     I might have gotten that one
25 wrong.  I thought it was a question for you.

FRENCH WALLOP

1
2          MR. GREIM:  Actually, I will tell
3  you, we actually did say that this
4  document was for Ms. Wallop, but some of
5  the questions you are raising are going
6  back to contractual things that, as you
7  are asking the witness, she's saying
8  it's better for Mr. Waller.
9          So we did our best to try to find,
10 to try to divide these documents up and --
11         MS. CLINE:  Yeah, well, we will
12 see how it goes.  I would have asked him
13 about this had you designated it as
14 such.
15         MR. GREIM:  Well, all right, I
16 guess if we have exhausted this witness
17 and there are some questions about the
18 document itself that we still need, then
19 we have got him here.
20         We can, I hate to do this, but
21 maybe we can put him back on at the end to
22 ask whatever the questions are.
23         I just want to know what those are,
24 to be clear, what it is that Ms. Wallop
25 isn't able to say about the document

Page 46

FRENCH WALLOP

1
2  itself.
3      I mean, because to be clear, we
4  have had a lot of testimony already on
5  what the fish were, what the contract
6  means, that was all in the first
7  deposition.
8      I understand this is to be about
9  this document --
10     MS. CLINE:  That's all I'm asking
11 about.
12     MR. GREIM:  We should look at the
13 transcript, because it occurs to me a
14 lot of the questions are moving into the
15 thing about fish and units and pricing,
16 which I understand it springs from
17 looking at the document, but those are
18 questions that actually have been asked
19 and answered a long time ago.
20     So I don't -- we don't need to have
21 a fight about it.  Let's just see what the
22 questions are about the document itself
23 that she can't answer, and if there are
24 some, we can put him on to answer those
25 questions.

Page 47

FRENCH WALLOP

1
2      MS. CLINE:  Would you go back to
3  the last question I asked.
4      (The question requested was read
5      back by the reporter.)
6  Q    So, I'm asking you, when this
7  exhibit, this Power Point Exhibit 112 was
8  discussed with Mr. Guo, was there a
9  conversation around having pricing predictable
10 and tied to units?
11 A    I believe so, yes.
12 Q    Tell me what you remember about
13 that conversation.
14 A    We discussed -- he needed an
15 example as to how this would work.
16     So we chose the concept of fish
17 in an aquarium, and he understood that.
18     So that if we took -- we
19 initially were going to take 10 fish, that was
20 the deal, we would take 10 fish, the first
21 time, the first month, and then see where that
22 went.
23     If we took the first 10 fish and
24 we found that we, out of those 10, which they
25 then decided oh, no, we wouldn't to make it 15

Page 48

FRENCH WALLOP

1
2  fish in the first month, which actually
3  unbalanced a lot of our programming as to how
4  we were going to process the 10 plus 5 fish,
5  making it 15 fish, it made us have to work 33
6  percent harder to pull up additional numbers
7  when we had only planned originally on the 10
8  based on the budget.
9      So our ability to walk him
10 through what we could pull within a certain
11 time frame, if we found that one or two of
12 these fish were dead, we would throw them out
13 of the tank and replace them with another fish,
14 so with another name, and then we would go to
15 work on those names to see how much we could
16 pull up on those names.
17     But it was -- when somebody
18 tells you they have got 4,000 names they want
19 investigated from the very beginning, we never
20 expected to be doing 4,000 names, we expected
21 to be able to work with about maybe 100 names
22 over the year, over the course of a year.
23     That's how we were sort of
24 trying to balance out the numbers of the people
25 that we were doing the research on based on

Page 49

FRENCH WALLOP

1
2  what it was that he wanted in the way of
3  information back.
4      So again, it's really a much
5  better question for Mike.  He's the expert on
6  this sort of --
7  Q    I will ask him if you don't
8  know, but predictable pricing, that was
9  something Strategic Vision was interested in?
10 A    Yeah, whatever, yes, predictable
11 and unpredictable.
12 Q    Which?
13 A    Well, predictable pricing, if
14 that's what you're talking about, is that what
15 we are on, the 30 units?
16 Q    Yes.
17 A    Sorry.
18 Q    So, let me --
19 A    One is predictable and one is
20 unpredictable.
21 Q    Let me try it this way, and if
22 you don't know, we will ask Mr. Waller, but
23 scenario number one entails or would result in
24 unpredictable pricing, correct?
25 A    Correct.

13 (Pages 46 - 49)

FRENCH WALLOP

1
2     Q     Scenario number two would result
3  in predictable pricing, correct?
4     A     Correct.
5     Q     And Strategic Vision was
6  interested in predictable pricing?
7     A     Correct.
8     Q     In either scenario, the pricing
9  would be tied to the units?
10        MR. GREIM:  Objection, vague as
11  to time period.
12     Q     When this document -- when you
13  were in the meeting talking about this
14  document, the idea was that pricing would be
15  tied to units?
16     A     My understanding, that's
17  correct.
18        MS. CLINE:  Let's go off the
19  record.
20        THE VIDEOGRAPHER:  The time is
21  2:46.  We are off the record.
22        (At this point in the proceedings
23  there was a recess, after which the
24  deposition continued as follows:)
25        THE VIDEOGRAPHER:  The time is

FRENCH WALLOP

1
2  2:54 p.m.  We are back on the record.
3        MS. CLINE:  Could you please mark
4  this as the next exhibit.
5        (The above described document was
6  marked Exhibit SV 113 for identification
7  as of this date.)
8        MS. CLINE:  ,And 114 as well.
9        (The above described document was
10  marked Exhibit SV 114 for identification
11  as of this date.)
12     Q     Okay.  We have handed you what
13  have been marked as Exhibits 113 and 114, and
14  my first question is just to ask you to
15  identify them for the record.
16     A     Exhibit 113 is my color table
17  for expenditures and payments to Strategic
18  Vision U.S. which also shows wires out to
19  vendors.
20        And the other exhibit is,
21  Strategic Vision 114, which is a Citibank
22  Business Strategic Vision U.S., LLC bank
23  statement from January 1, 2018 through January
24  31, 2019.
25     Q     Do the -- does the color table

FRENCH WALLOP

1
2  on the first page of Exhibit 113 relate to
3  the -- correspond to the color coding in
4  Exhibit 114?
5     A     Yes, it does.
6     Q     You put these two exhibits
7  together?
8     A     I did.
9     Q     Tell us what was the purpose of
10  these exhibits?
11     A     Well, it was to show that was
12  allocated -- the green, which shows the
13  allocated amount to myself, since it's an LLC,
14  that's one and the same, Strategic Vision
15  business deductions and travel and research,
16  miscellaneous, is the yellow.
17        And then the wires out is orange
18  or red, looks like you've got here.
19     Q     Just say a bit more, if you
20  would, about what you mean by the FCW allotted
21  amounts.
22     A     Yes.
23     Q     So those are -- are those
24  personal expenditures?
25     A     They are not expenditures, they

FRENCH WALLOP

1
2  were -- Mike and I decided what we would -- how
3  we would divide the account based on our time
4  and -- being put into this project.
5        And so Mike got $250,000 wired
6  out and I got -- I left $250,000 in the
7  account, and I drew down on that amount, which
8  is how you will see that calculated in the
9  first green column, so to speak, throughout the
10  next 12 pages.
11     Q     So, you and Mr. Waller
12  individually each received $250,000 from the
13  Eastern Profit transaction?
14     A     Correct.
15     Q     And when did you decide, when
16  did Strategic Vision decide that each of you
17  would get $250,000?
18     A     Probably within the first --
19  after the contract was signed and we had sort
20  of begun to allocate some of the initial costs.
21        So I would say it would probably
22  be around the, I don't know, 10th -- 10th, 12th
23  of January 2018.
24     Q     And so in -- was that the
25  agreement -- you were here when Mr. Waller was

14 (Pages 50 - 53)

FRENCH WALLOP

1
2 testifying, right?
3     A     Yes.
4     Q     And he referred to an agreement
5 to split earnings.  Do you recall that
6 testimony?
7     A     Yes.  I wouldn't call it
8 earnings, but it depends upon how you define
9 it, I guess.
10          They were -- that was the amount
11 that we allocated to ourselves.
12    Q     What would you call it?  There
13 has been some prior testimony about splitting
14 of profits.  Is that more accurate?
15    A     These are not profits, this was
16 for our time allocated to this project and how
17 much time it would take between travel and
18 setting up the teams and so forth as to what
19 our costs would be.
20    Q     So, neither of you is an
21 employee of Strategic Vision, right?
22    A     That's correct.
23    Q     But the $250,000 apiece was
24 compensation?
25    A     Yes.

FRENCH WALLOP

1
2     Q     And did Strategic Vision then
3 issue a K-1?
4     A     No.
5     Q     Did Strategic Vision issue any
6 tax form to either of you in connection with
7 the $250,000?
8     A     No, because it's an LLC and he
9 was paid directly into Georgetown Research, and
10 I left the funds in the account and drew down
11 on what I would call my portion of those.
12    Q     When did Strategic Vision pay
13 Mr. Waller his $250,000?
14    A     Just looking at the January, it
15 looks like it was the 16th of January.
16          I'm sorry, I'm not sure, I take
17 that back.  It was either the 12th or the 16th;
18 I think it was the 12th of January.
19    Q     So the way, if I am following
20 correctly, the way that Strategic Vision made
21 the payment to Mr. Waller was that Strategic
22 Vision wired money to Georgetown Research and
23 then Mr. Waller withdrew it from Georgetown
24 Research?
25    A     Yes.

FRENCH WALLOP

1
2     Q     On the 16th your calendar entry
3 makes reference to a $200 --
4     A     $200,000.
5     Q     And then a $25,000 wire?
6     A     That's correct.
7     Q     Was there -- did there come a
8 time in which another $25,000 was wired?
9     A     I believe how it worked was that
10 I wired out on the 12th to Psyber Solutions
11 $200,000, on the 12th.
12          And if you look under that, it
13 says "Citibank setup for GRG," which is
14 Georgetown Research.
15          And then on the Monday, on the
16 Monday, the 16th, I wired out to GRG another
17 $200,000 plus $25,000 in expenses, and I think
18 that went to Team 1, and then Mike was going to
19 dispatch that or disburse that.
20          I may have gotten the two
21 accounts mixed up, but pretty much they are the
22 same amount, so --
23    Q     Now, I'm looking at your
24 calendar entry, so on the 12th, where it says
25 "wire out to," is that "PS, 200"?

FRENCH WALLOP

1
2     A     Psyber Solutions.  200.
3     Q     Is that a P?  I'm just asking a
4 handwriting question right now, is that a P and
5 S?
6     A     Yes, sorry.
7     Q     How does one spell Psyber?
8     A     P-s-y.
9          Well, and it's -- that's how he
10 spells it.
11    Q     And who is Psyber Solutions?
12    A     That's one of Michael's LLCs.
13    Q     And that one, Psyber Solutions,
14 is owned exclusively by Mr. Waller?
15    A     Yes.
16    Q     So, this is a general question,
17 so Strategic Vision made payment --
18          MS. CLINE:  Let me start over.
19    Q     I am trying to figure out to how
20 many of Mr. Waller's entities Strategic Vision
21 made payment to.
22          So, Strategic Vision made a
23 payment -- made payments to Georgetown
24 Research, is that right?
25    A     That's correct.

15 (Pages 54 - 57)

FRENCH WALLOP

1
2    Q    And that entity is jointly owned
3 by both of you?
4    A    It is, but it's really
5 Michael's.  I don't have any access to it or --
6 no.
7    Q    Do you have any ownership
8 interest in Georgetown Research?
9    A    No, no.  Not that I know of.
10    Q    From your perspective, it's 100
11 percent owned by Mr. Waller?
12    A    Yes.
13    Q    And Psyber Solutions is also 100
14 percent owned by Mr. Waller?
15    A    I believe so.  You would have to
16 ask him.
17    Q    What was the --
18    MS. CLINE:  Strike that, we will
19    get there in a second.
20    Q    Are you aware of any other LLCs
21 owned by Mr. Waller to which Strategic Vision
22 made payment?
23    A    No.
24    Q    So, if you could look, please,
25 at Exhibit 113, your color table.

FRENCH WALLOP

1
2    A    Um-hum.
3    Q    For now I'm just going to focus
4 on the red entries, the wires out.
5    A    Yes.
6    Q    So, if I am -- well, could you
7 tell me a little bit about how Exhibit 113 is
8 set up, what are the columns and how did you
9 organize this exhibit?
10    A    Well, I thought it was the
11 clearest way of being able to show as a direct
12 correlation to the actual bank statement.
13    So the whole full bank statement
14 was there for -- of Strategic Vision.
15    So I went through the bank
16 statement and highlighted all of the ones that
17 were what I call personal -- personal, and I
18 don't want to use the word expenses, because
19 they weren't, they were personal compensation,
20 which fell into the $250,000 that I had
21 allotted to myself, okay?
22    So I went through and I
23 highlighted all of those green ones, which were
24 part of that column.
25    In the yellow column were

FRENCH WALLOP

1
2 business expenses, and in the orange column,
3 those were the wires out to different entities,
4 relating obviously to the Team 1 and Team 2 and
5 so forth, or just Team 1.
6    Q    Were the business expenses in --
7 that are reflected in Exhibit 113, were those
8 solely related to the Eastern Profit matter?
9    A    Yes.
10    Well, yes, and business expenses
11 in running the business.  That would have
12 correlated with the expenses in order to
13 collect the information that we were looking
14 for, plus running the business.
15    Q    All right.  So let's go back now
16 and focus only on the color code red, the wires
17 out.
18    A    Okay.
19    Q    In Exhibit 113.
20    A    Yes.
21    Q    So, if I am following you, then,
22 what you did in Exhibit 113 with respect to the
23 column all the way on the right that is color
24 coded in red is just to record all of the wires
25 that were delineated in the bank statement

FRENCH WALLOP

1
2 that's Exhibit 114?
3    A    That's correct.
4    Q    So, starting with page the
5 second page of the exhibit, of Exhibit 113,
6 there are four wires that are mentioned there,
7 right?
8    A    That's correct.
9    Q    Okay.  The first one, does that
10 say "Hill invoice"?
11    A    Yes.
12    Q    What is Hill?
13    A    That is part of Team 1.
14    Q    So -- and then, if I can get you
15 to sort of simultaneously at Exhibit 114 as
16 well, if you turn to the second page of Exhibit
17 114.
18    A    Yes.
19    Q    The first red entry is a, or
20 entry highlighted in red is a $50,000 debit, is
21 that right?
22    A    That's correct.
23    Q    Does that correspond to the Hill
24 invoice recorded on Exhibit 113?
25    A    Yes.

16 (Pages 58 - 61)

FRENCH WALLOP

1
2   Q   And then the $200,000 entry on
3   Exhibit 113 says "Psyber Sol, that's also
4   reflected on page 2 of 114, correct?
5   A   Yes.
6   Q   And then there are two more red
7   highlights on page 2 of Exhibit 114, and those
8   are respectively a $25,000 wire to Georgetown
9   Research and a $200,000 wire to Georgetown
10  Research?
11  A   Yes.
12  Q   So Strategic Vision in early
13  January wired $425,000 to entities controlled
14  by Mr. Waller, is that right?
15  A   Yes, to pay vendors that we were
16  subcontracting to.
17      We were trying to keep this as,
18  despite the fact that we had gotten the wire
19  from ACA Hong Kong, which we asked not to have
20  it done that way, we were still trying to keep
21  this as compartmentalized as possible.
22  Q   Do you know, or does Strategic
23  Vision know --
24      MS. CLINE:  Strike that.
25  Q   Was it Psyber Sol or Georgetown

FRENCH WALLOP

1
2   Research or both through which Mr. Waller would
3   make payments to subcontractors?
4   A   I don't know, we would have to
5   ask him.  I believe -- I don't know.  I think
6   it's better for him to answer that.
7   Q   Well, do you know whether the
8   money that was wired to Psyber Sol, Mr. Waller
9   treated as part of his personal compensation?
10  A   No, I don't believe that -- I
11  think that was part of the overall invoice out
12  to Team 1.
13  Q   So you think Psyber Sol made
14  some payment to Team 1?
15  A   I think they made all of those
16  payments to Team 1.  In other words I think it
17  was $200,000, $250,000, yes, to Team 1.
18  Q   Then is it your understanding,
19  I'm trying to understand -- Mr. Waller and you
20  agreed that each of you would receive $250,000?
21  A   That's correct.
22  Q   And the way you received your
23  money was that it just -- you let it remain in
24  the Strategic Vision account and you used it
25  for personal expenditures, right?

FRENCH WALLOP

1
2   A   And I drew down on it, yes.
3   Q   How did Strategic Vision
4   distribute to Mr. Waller his $250,000?
5   A   Right here.
6   Q   To which one?
7   A   I'm not sure, that's why I am
8   saying you will have to just ask him which one.
9      I'm not privy to his invoices,
10  or, I know what he paid out, but I don't know
11  which account he paid it out from.
12      MR. GREIM:  Counsel, perhaps I
13      tried to draw too sharp of a line here,
14      but we will just simply -- we can put
15      him back on here and you can ask
16      whatever you need to about where those
17      wires went.
18      We will leave here with an answer
19      today.
20      MS. CLINE:  I appreciate it.
21  Q   Okay, let's just continue with
22  the, I am only interested in the wires column
23  on Exhibit 113.
24  A   Correct.
25  Q   So at the bottom of page 2, you

FRENCH WALLOP

1
2   just, as I understand it, you basically just
3   tally up all of the wires?
4   A   That's correct.
5   Q   Then go to the next page, if you
6   would, and again, focusing only on the wires
7   out column, can you describe what you have
8   recorded there?
9   A   There are no wires out for that
10  month or that -- yes, for that month.
11  Q   Okay.  And what's the arithmetic
12  at the top right-hand corner of the page there?
13  A   Essentially $475,000 from the
14  previous month wires out, and if you took the
15  $134,000 over on the left-hand column --
16  Q   Um-hum.
17  A   -- and also the business
18  expense, $5,800, you ended up showing a balance
19  or you ended up showing that it was $615,000
20  that had been essentially taken out of the
21  account in January, or not taken out, in my
22  case I left mine in.
23      So, it left a balance that we
24  were working with of $384,475.98.
25      Then if you go down the bottom

17 (Pages 62 - 65)

FRENCH WALLOP

1         FRENCH WALLOP
2  of that column, it will show the $384,000 less
3  $9,090.66, where I had taken, again, I had
4  taken that out of my $250,000; if you look over
5  there on the left.
6      Q   Okay, let's keep going with the
7  wires out column.
8      A   Yeah, yeah, then the wires out,
9  then we get further on, in May, next set of
10 wires out.
11     Q   Yes, so until the beginning of
12 May the total amount of wires out was $475,000,
13 right?
14     A   That's correct, but did not
15 include my compensation.
16     Q   Okay.
17         And then what are the wires out
18 in May?
19     A   Wires out in May, $17,686.69,
20 and another one for $15,000.
21     Q   What are each of those, what is
22 the purpose?
23     A   The U.K. one was part of our
24 research in London for Fletcher, which you
25 have.

FRENCH WALLOP

1         FRENCH WALLOP
2          Those are three of the fish, I
3  believe, two or three of the fish.
4      Q   Okay, Fletcher was a separate
5  entity that --
6      A   It wasn't Team 1, it wasn't Team
7  2, it was a separate entity.
8      Q   And what did they do?
9      A   They do investigative research?
10 Since the people were based in the U.K., we
11 wanted to see what they could pull up for -- on
12 them.
13     Q   And did Fletcher ever deliver a
14 work product to you?
15     A   Yes.
16     Q   What was that?
17     A   You have it.
18     Q   Could you describe it?
19     A   It was a report on the people
20 that were investigated, researched.
21     Q   And how when did they provide that
22 to you, to Strategic Vision?
23     A   So, they provided it in -- I
24 don't know when the bill came, but whenever the
25 bill came, I usually paid it pretty quickly.

FRENCH WALLOP

1         FRENCH WALLOP
2          So I would have presumed they
3  provided it in May, because I saw them in
4  February to do the investigation on them.
5      Q   And when did Strategic Vision
6  retain Fletcher to --
7      A   In February, early February, I
8  think, mid-February.
9      Q   Then after Strategic Vision
10 received the termination notice from Eastern
11 Profit, did it take any means to cancel the
12 contract with --
13     MS. CLINE: Well, strike that.
14     Q   Was there a contract between
15 Strategic Vision and Fletcher?
16     A   It was a verbal contract.
17     Q   And what were the terms of the
18 verbal contract?
19     A   He quoted me a price, he told me
20 what he thought he could get, and I agreed to
21 him, his price.
22     Q   After -- and was his price 3,000
23 pounds?
24     A   No, it was $17,000.
25     MS. CLINE: Let's mark this.

FRENCH WALLOP

1         FRENCH WALLOP
2          (The above described document was
3  marked Exhibit SV 115 for identification
4  as of this date.)
5      Q   So, could you identify Exhibit
6  115, please?
7      A   Exhibit 115 is a bill by
8  Fletcher for their research, and it is in the
9  amount of 13,000 pounds, which at the time
10 equaled $17,686.69.
11     It was paid on the 1st of May,
12 2018.
13     Q   And just to make sure I'm
14 understanding this correctly, in terms of the
15 breakdown of their invoice, 3,000 pounds was
16 for research and consultancy services, correct?
17     A   I don't know how they did their
18 invoices; we just agreed to the number.
19     Q   So you don't recall a specific
20 breakdown, you just agreed to --
21     A   I don't know how he does his
22 invoices. When I saw the invoice it was the
23 number I had agreed to, and I keep my word,
24 so --
25     Q   When Strategic Vision received

18 (Pages 66 - 69)

Page 70

FRENCH WALLOP

1     FRENCH WALLOP
2  the termination notice from Eastern Profit, did
3  it reach out to Fletcher and let it know about
4  the termination?
5      A     No, because it was already in
6  progress.
7      Q     Well --
8      A     In February.
9      Q     Some of the amounts paid to
10  Fletcher were for disbursements, including
11  travel, right?
12      A     I don't know, you will have to
13  ask them.
14      Q     Did you ever say, did Strategic
15  Vision ever have a conversation with Fletcher
16  to the effect that they shouldn't incur any
17  more fees because the contract had been
18  cancelled?
19      A     No.
20      Q     Why not?
21          MR. GREIM:  Objection,
22      foundation.
23          You can answer if you understand
24      the question.
25      A     I don't understand the question.

Page 71

1     FRENCH WALLOP
2  How about that?
3      Q     Who from Strategic Vision
4  reached the oral agreement with Fletcher?
5      A     I did.
6      Q     You did?
7      A     Yes.
8      Q     So perhaps you have a foundation
9  to answer the question.
10      So, then --
11      A     I love humor, it's so helpful.
12      Q     Why didn't Strategic Vision, and
13  specifically you, as the representative who
14  negotiated the arrangement, tell them to stop
15  incurring fees because the reason for the
16  arrangement you had made with them no longer
17  existed?
18          MR. GREIM:  Objection, compound
19      question, and foundation.
20      A     Because I had contracted them in
21  February, they were working on it.  I'm not
22  going to stop them.  Maybe the bill was going
23  to be a lot more.  Who knows?
24          But bottom line was I agreed to
25  this number, they did the research, they

Page 72

1     FRENCH WALLOP
2  produced the report.
3          And so if anybody was saying
4  that we were not producing reports, they did
5  not, again, know what they were talking about.
6          We were producing reports and we
7  were paying for reports.
8      Q     So Strategic Vision -- is there
9  any evidence that you are aware of that
10  Strategic Vision did anything to mitigate its
11  damages with respect to Fletcher?
12          MR. GREIM:  Objection, calls for
13      a legal conclusion, and foundation.
14      A     I have no way of understanding
15  how to answer that question.
16          MS. CLINE:  Can I just
17      understand, Eddie, the basis for the
18      foundation objection?
19          MR. GREIM:  Sure, I am happy.
20      It's a bit of an explanation, but
21      under the contract there is a 30 day
22      notice of termination.
23          So the notice of termination is
24      given, it must be given 30 days before the
25      end of the contract.

Page 73

1     FRENCH WALLOP
2          So in those 30 days, other work is
3      going to be done.
4          I mean, our theory, as you know, is
5      there is a set fee for certain periods,
6      and so it would not make any sense to call
7      and stop the work, you actually would need
8      to finish the work over that time period.
9          So all of your questions assume
10      that it's a different situation, and you
11      haven't laid, the proper way to say it is
12      you haven't laid the foundation for the
13      work that you are trying to describe to
14      the witness.  So I am just preserving the
15      objection.
16          You can ask her facts, see what you
17      can get.  I will say we have moved a
18      little beyond understanding the document,
19      we are going back and circling through the
20      same topics from the first deposition.
21          But go ahead and do your best.
22          MS. CLINE:  Yes, she's the
23      damages witness, or at least she was,
24      and maybe only now she's the, partially
25      the damages witness.

19 (Pages 70 - 73)

Page 74

FRENCH WALLOP

1
2    I'm just trying to understand why
3    there was money wired out to this
4    contractor in May for a contract that was
5    terminated in February, effective in
6    March, so.
7        Q    So my question to you as the
8    person who was the point of contact between
9    Strategic Vision and Fletcher is whether you
10   ever communicated with Fletcher after the
11   inception of your relationship with them to ask
12   them to stop incurring fees with respect to the
13   Eastern Profit research?
14       A    I did not, because I had
15   contracted with them in February to do the job,
16   and they did the job, and I didn't get noticed
17   on this lawsuit until sometime at the end of
18   February.
19       So, it was really clear that if
20   you ask somebody to do a transaction and do the
21   investigation and you owe them for that amount
22   of money, that you owe them for that amount of
23   money.
24       You don't just not pay them.
25       Q    What's the $15,000 wire in May

Page 75

FRENCH WALLOP

1
2    to Georgetown Research, what is the purpose for
3    that?
4        A    I think that was to Michael, and
5    I think that was either for additional expenses
6    or, again, you will have to ask Michael, but I
7    think -- I think that's what it was.
8        Q    Turning to June --
9        A    Yes.
10       Q    -- what's that $50,000 wire?
11       A    That was to Oceanic, and that
12   was $50,000, and that was to Michael. That was
13   part of his $250,000.
14       He had been paid $200,000 and he
15   was owed the additional $50,000.
16       Q    So, sorry, I am just trying to
17   find the -- what was the name of the entity,
18   Oceanic Advisors, do you remember?
19       A    I don't know. I think so.
20       Q    But your understanding is the
21   wire sent in June of '18 was to an LLC
22   controlled by Mr. Waller?
23       A    Let me just take a look here.
24   Yes, I believe it was, I believe it was to
25   Oceanic.

Page 76

FRENCH WALLOP

1
2        Q    And your understanding is that
3    was part of his personal compensation?
4        A    Yes, it was part of the
5    $250,000, the original $250,000.
6        Q    Would you turn to, in Exhibit
7    114, Bates page number 1924.
8        A    114?
9        Q    Yes, pleaze, Bates 1924.
10       A    Sorry. Yes, I have it.
11       Q    And there is a red highlight
12   that corresponds to the $50,000 wire we just
13   talked about, is that right?
14       A    That's correct.
15       Q    Do you know why Strategic Vision
16   redacted out the name of the recipient?
17       A    I don't. Unless it was the
18   account number.
19       Q    Is there anywhere in Exhibit 113
20   where you total up all of the wires out?
21       A    That's a great question.
22       No, there isn't.
23       But it's pretty easy to do;
24   there are only about five or six wires out, so,
25   and they are all in round numbers.

Page 77

FRENCH WALLOP

1
2        Q    So, approximately $490,000 of
3    the money was wired out to entities controlled
4    by Mr. Waller, is that accurate?
5        A    I think you would have to ask
6    Mr. Waller, Dr. Waller. He was disbursing to
7    vendors.
8        Q    All right, let's look at the --
9    so, the green column?
10       A    Yes.
11       Q    Those are -- Strategic Vision
12   isn't claiming items that are in the green
13   column as business expenses in connection with
14   this litigation?
15       A    No.
16       Q    The yellow column is the one
17   that relates to Strategic Vision's business
18   expenses?
19       A    Correct.
20       Q    Sorry, bear with me, I lost my
21   place.
22       Turn, if you would, to the
23   second page of Exhibit 114.
24       A    Yes.
25       Q    Now we are focusing on yellow

20 (Pages 74 - 77)

FRENCH WALLOP

1
2  entries, Exhibit 114.
3      A    Yes.
4      Q    Several entries down there is
5  one for a debit of $2,000, it's an ACH debit.
6  Do you see that one?
7      A    Yes.
8      Q    January 10th?
9      A    Yes.
10     Q    And the memo line says it's for
11 payroll services.  Do you see that?
12     A    Yes.
13     Q    What were the payroll services
14 that Strategic Vision was --
15     A    It's actually a tax deduction, I
16 mean it's a set-aside for taxes every month.
17     Q    For whose taxes?
18     A    For the -- for the corporate
19 taxes or the business taxes, I guess.
20     Q    So, Strategic Vision?
21     A    Yes, Strategic Vision.
22     Q    Strategic Vision filed a tax
23 return?
24     A    Yes -- no, we did not.  It falls
25 under my own personal tax return.

FRENCH WALLOP

1
2      Q    So where did the -- every time
3  there is an entry for a $2,000 payroll --
4      A    That goes towards the taxes that
5  are paid in my tax return for this business
6  entity, for income, and it's a tiny -- this is,
7  $24,000 a year is nothing.
8      Q    So, let me just finish my
9  question, though.
10          So every time there is a $2,000
11 entry for payroll services, that's essentially
12 a payment to you for taxes?
13     A    Yes, it is.  Or a set-aside.  It
14 doesn't come to my account.
15     Q    Where does it go?
16     A    It goes into the ACH account.
17     Q    Where is that housed?
18     A    In my accountant's office.
19     Q    Did you -- did Strategic Vision
20 have an accountant?
21     A    No.
22     Q    Did you run your table by your
23 accountant?
24     A    No, I just asked him on the
25 telephone a couple of questions.

FRENCH WALLOP

1
2      Q    What did you ask him?
3      A    I asked him about business
4  expenses versus the personal.
5      Q    What did he say?
6      A    He said well, this is the best
7  way of sort of setting it out.  Unless you are
8  going to go through a sort of computer program,
9  it's just the easiest visual way for something
10 like this to be viewed by an attorney or a law
11 firm.
12     Q    Did you ask him whether the tax
13 set-aside to you every month is recordable as a
14 business expense?
15     A    No; I didn't ask.
16     Q    On the same page we were just
17 on, the second page of Exhibit 114, if you go
18 down actually on January 10th, there is another
19 entry for Hermes.  Do you see that?
20     A    Yes.
21     Q    That's a business expense?
22     A    Where is that?
23     Q    January 10, $1,315.
24     A    On the second page?
25     Q    So, just so we are clear, Bates

FRENCH WALLOP

1
2  1908.
3      A    1908.  Oh, yes, actually, I know
4  it doesn't look like it, but I went through
5  that with the green highlighter, you see it's
6  not -- it was yellow, then I made it green.
7      Q    So if you go --
8      A    It's hard to tell.
9      Q    Go to Exhibit 113, if you would,
10 second page of the Exhibit 113.
11     A    Okay.
12     Q    So, in the business expense
13 column there is a $1,315.
14     A    Yes.
15     Q    That corresponds to your Hermes
16 purchase, right?
17     A    Yes.  Actually, part of that
18 was -- part of that, I think, I thought I gave
19 something to Yvette, but I can't -- I don't
20 think I did.  I think I kept it because she was
21 so disagreeable.
22          So I think it was probably, it
23 should go back into my personal one, but you
24 see on my -- on my actual bank statement, I did
25 go over the green, I did go over the yellow

21 (Pages 78 - 81)

FRENCH WALLOP

1
2  with green and it came out pale green, but I
3  didn't do it on my written one.
4        So that is a mistake on my part.
5  I thought I got that.
6       Q    Same page, so in Exhibit 113, if
7  you kind of scroll down with your finger toward
8  the bottom of the page, there is an entry for
9  $206.71.  Do you see that?
10      A    I see it here.
11      Q    And then if you track over to
12 the bank statements, there is a corresponding
13 entry to Tumi Stores?
14      A    Yes, that was for a briefcase.
15      Q    For whom?
16      A    Me.
17      Q    So in this case are you asking,
18 is Strategic Vision asking Eastern Profit to
19 pay for your briefcase?
20      A    It's a business expense.
21      Q    So the answer is yes?
22      A    Yes.
23      Q    So, in the bank statement,
24 Exhibit 114, turn, if you would, to page 1912.
25      A    Yes.

FRENCH WALLOP

1
2       Q    Just bear with me a second.
3       The very last entry is another
4  entry to the Tumi Store, right?
5       A    Yes.
6       Q    $418.70?
7       A    Yes.
8       Q    And you've recorded that as a
9  business expense, right?
10      A    Yes.
11      Q    What was the nature of that
12 business expense?
13      A    I think one was a wallet and one
14 was a -- no, one was not a wallet.  It was a
15 laptop envelope, which was the cheaper one, and
16 then this was the briefcase.
17      Q    Turn the page in the bank
18 account, exhibit page 1913.
19      A    Yes.
20      Q    The very first entry, point of
21 service debit, Bloomy's, do you see that there?
22      A    Yes.
23      Q    What's Bloomy's?
24      A    Bloomingdale's.
25      Q    And there is a Bloomingdale's

FRENCH WALLOP

1
2  debit over $1,500, right?
3       A    Yes.
4       Q    What's the business purpose of
5  the Bloomingdale's expense?
6       A    Probably a coat.
7       Q    A coat.  So your damages in this
8  case, Strategic Vision expects Eastern Profit
9  to pay for your coat?
10      A    It's not Eastern Profit, it's
11 ACA, right?  That's who paid for it, not -- we
12 need to straighten that out.
13       It is not Eastern Profit, it's
14 ACA who paid for it.  You want to get specific.
15      Q    Has Strategic Vision sued ACA to
16 get a return of its deposit?
17      A    Working on it.
18      Q    Currently do have a lawsuit
19 pending against ACA?
20      A    Not yet.
21      Q    But as damages in this case,
22 Strategic Vision is seeking a $1,500 expense
23 from Bloomingdale's for your coat, right?
24      A    For my coat -- I'm not seeking
25 damages, I'm showing expenses.  When you have

FRENCH WALLOP

1
2  to get into the very cold winter and you have
3  to travel to cold places and you buy yourself a
4  coat or a suit, yes.
5        And business expenses are
6  allowed for clothing under IRS.
7       Q    Turn to page 1916 of the bank
8  account, Exhibit 114, please.
9       A    Yes.
10      Q    There is an entry toward,
11 actually the last entry on that page, it's for
12 $1,343.55.  Do you see that?
13      A    Yes, I do.
14      Q    And that is for life insurance,
15 is that right?
16      A    Yes, it is.
17      Q    That's a business expense as
18 well?
19      A    Yes.
20      Q    And how do you justify that as a
21 business expense?
22      A    Your insurance is not a business
23 expense?  My insurance is a business expense.
24 I can allocate whatever I wish to a business
25 expense as long as it's legal under the IRS

22 (Pages 82 - 85)

Page 86

FRENCH WALLOP

1
2 regulations, and it is legal.
3      Q      Did you consult with your
4 accountant about the life insurance?
5      A      Always.
6      Q      With respect to this particular
7 entry did you?
8      A      Not specifically, no.
9      Q      So, you would agree that the
10 termination that Eastern Profit sent was
11 effective as of March 21st, 2018, correct?
12      A      No.
13      Q      When was the -- when was the
14 termination effective?
15      A      The termination was supposed to
16 have been for the three months.  The
17 termination was not given to us until sometime
18 in February, without knowledge and when -- and
19 I believe it was at the tail end of February.
20           I don't know what the exact date
21 was.
22      Q      Okay, and you understood there
23 was a 30 day termination?
24      A      I understand there is a 30 day
25 termination, and they should have taken it to

Page 87

FRENCH WALLOP

1
2 the end of March or to the end of April, yes.
3      Q      Okay.  But even Strategic Vision
4 would concede that the contract by the end of
5 March was terminated, correct?
6           MR. GREIM:  Objection, calls for
7      a legal conclusion.
8      A      I don't know.  I rely on my
9 counsel's advice.
10      Q      As the representative of
11 Strategic Vision who's in charge of the damages
12 calculation, you don't know when the contract
13 was terminated?
14      A      I do know that they sent a
15 letter -- we actually didn't get a letter
16 stipulating a -- we just got a letter with a
17 lawsuit, not that it had been ended.
18           After multiple conversations
19 with Lianchao, who had multiple conversations
20 with Guo, he never said he was going to do it.
21 He said we were going to work
22 together to try to figure out how we could get
23 more information, which is exactly what we had
24 been doing all along.
25      Q      Let's go to page 1917 in Exhibit

Page 88

FRENCH WALLOP

1
2 114.
3      A      Yes.
4      Q      So just that page there, every
5 line item in the bank statement is a business
6 expense, correct?
7      A      Yes.
8      Q      And what's the business
9 justification for those expenditures in April
10 of 2018?  What were you doing for Eastern
11 Profit at that point?
12      A      Many things.  We were continuing
13 to pull information.  We didn't believe that
14 Guo was going to keep up a lawsuit when we were
15 getting additional information bit by bit.
16      Q      So, Strategic Vision continued
17 to do work and incur expenses in April even
18 after the termination had taken effect,
19 correct?
20      A      I wouldn't agree with that.
21      Q      Well, is there a single
22 expenditure on page 1917 that you can explain
23 in connection with the work Strategic Vision
24 was doing for Eastern Profit?
25      A      Yes, all of it.

Page 89

FRENCH WALLOP

1
2      Q      So let's focus on the second
3 entry, the ATM withdrawal, is it really in Abu
4 Dhabi?
5      A      If it says I'm in Abu Dhabi,
6 that's where I was, yes.
7      Q      Well, do you remember being in
8 Abu Dhabi in April of 2018?
9      A      Yes.
10      Q      And what was the purpose of this
11 ATM withdrawal that you made that you recorded
12 as a business expense?
13      A      Probably taxis.
14           In other words, it was an ATM
15 debit, to get cash to pay a taxi.  They don't
16 have taxis with credit cards, gizmos.
17      Q      Then there is -- so that was
18 on -- and what were you doing in Abu Dhabi as
19 that relates to Eastern Profit's business in
20 April of 2018?
21      A      Well, we were asked to come to
22 Abu Dhabi.
23      Q      By whom?
24      A      We were asked to come to Abu
25 Dhabi by somebody who had suggested we make a

23 (Pages 86 - 89)

Page 90

FRENCH WALLOP

1
2 visit.
3    Q    By whom, who was that?
4    A    I can't remember his last name.
5    Q    It wasn't anyone on behalf of
6 Eastern Profit, right?
7    A    Could have been.
8    Q    It could have been?
9    A    Could have been.
10   Q    What's the basis for your
11 thinking that it could have been?
12   A    Well, we were looking into a lot
13 of potential fraud by Guo in Abu Dhabi.
14   Q    So, is your testimony that
15 someone from Eastern Profit could have asked
16 you to go to Abu Dhabi to look into fraud
17 relating to Mr. Guo?
18   A    You keep saying Eastern Profit.
19 It's ACA that sent the money, not Eastern
20 Profit.
21   Q    My question is trying to -- what
22 I'm driving at, I'm trying to understand the
23 nature of the -- of your reason for recording
24 your expenses in Abu Dhabi as business expenses
25 chargeable to Eastern Profit.

Page 91

FRENCH WALLOP

1
2    A    I have no idea.
3    Q    Turn to page 1919.
4         Toward the bottom of the page
5 there are two business expenses or items you
6 have recorded in yellow, one for over $17,000
7 and one for $15,000.
8         Tell us what those are.
9    A    I think -- oh, that's easy,
10 $17,000 was for Fletcher and $15,000 was to
11 Mike's -- one of Mike's wires.
12   Q    Is there any reason those are
13 yellow and not red?
14   A    They were a business expense to
15 the company, right?
16        Let me just see, what month was
17 that, May?
18        Yeah, there actually should have
19 been -- they were on my sheet that way, but not
20 on this.
21        So I guess I was looking at it
22 as a business expense, but they are in my
23 actual accounting sheet.
24   Q    Turn to page 1920, please.
25        On May 11th there is an entry

Page 92

FRENCH WALLOP

1
2 there for a debit, Capital One online payment.
3 Do you see that?
4    A    Yes.
5    Q    That's a credit card, I assume?
6    A    Yes.
7    Q    And the amount is $4,781.97,
8 right?
9    A    Yes.
10   Q    And what was the nature of those
11 expenses?
12   A    Probably the previous month
13 overseas in Abu Dhabi and in London.
14   Q    And how did those expenditures
15 in Abu Dhabi and London relate to Eastern
16 Profit?
17   A    We were still investigating his
18 fish, as well as some of the other work that
19 needed to be done on his case.
20   Q    Why were you still conducting
21 investigations in April and May?
22   A    We wanted to find out exactly
23 what was going on with him.
24   Q    Whom were you investigating in
25 April and May?

Page 93

FRENCH WALLOP

1
2    A    A number of fish, including the
3 ones that Fletcher was investigating.
4    Q    Were you investigating Mr. Guo
5 in April?
6    A    Some of it, yes.
7    Q    So you are claiming as damages
8 in this litigation against Eastern Profit money
9 that you spent to investigate Mr. Guo?
10   A    Well, actually, again, it's ACA
11 that sent the money, not Mr. Guo, right?
12        MS. CLINE:  Can you read my
13        question back, please.
14        (The question requested was read
15        back by the reporter.)
16   Q    Is that right?
17   A    Yes.
18   Q    Is Strategic Vision compensating
19 you to testify today?
20   A    No.
21   Q    Is it compensating you for your
22 time?
23   A    No, sadly.
24   Q    Is anyone compensating you for
25 your time in connection with this litigation?

24 (Pages 90 - 93)

Page 94

FRENCH WALLOP

1
2     A     No.
3     Q     Who paid for your travel
4  expenses to come to New York?
5     A     I did.
6     Q     Are you or Strategic Vision
7  being compensated or reimbursed in any way by
8  anyone for your expenses related to this
9  lawsuit?
10    A     No.
11        MS. CLINE:  All right, let's take
12    a break.
13        THE VIDEOGRAPHER:  The time is
14    3:51 p.m.  This is the end of video 1.
15    We are off the record.
16        (At this point in the proceedings
17    there was a recess, after which the
18    deposition continued as follows:)
19        THE VIDEOGRAPHER:  The time is
20    4:07 p.m.  We are on the record.  This
21    is video 2.
22    Q     I can't remember where we were,
23  but let's go to page 1920 of Exhibit 114.
24        MR. GREIM:  Counsel, I want to be
25    very clear about something.  I was

Page 95

FRENCH WALLOP

1
2    listening to the last round of
3    questions, I was listening to the
4    witness' answers here.
5        And I did this once earlier today,
6    I will say this again on this point now.
7        It is not Strategic's position that
8    it is entitled to make a claim for any of
9    the yellow business costs on Exhibit 114
10    that were incurred after March 25th.
11        So I know, perhaps you're intending
12    to go further through the months here.
13    What the witness did was she went through
14    and divided this between personal and
15    business expenses for Strategic Vision.
16        The problem is that many of these
17    do not pertain to the Eastern Profit
18    contract, as I think is pretty clear.
19        And so I just want to state
20    Strategic Vision's position on the record
21    that its claim under the fraud claim for
22    recovery of its costs and a rescissionary
23    measure does not include recovery of
24    anything after March 25th.
25        MS. CLINE:  After March?

Page 96

FRENCH WALLOP

1
2        MR. GREIM:  25th.
3        There are a few wires that were
4    made after March 25th that the witness
5    testified to, one to Mr. Waller and one to
6    Fletcher, that are part of the claim.
7        I'm talking about the yellow debit
8    column.
9        MS. CLINE:  Okay, bear with me a
10    minute, then.
11    Q     All right, let's turn to page
12  1915 of Exhibit 114.
13    A     Yes.
14    Q     There is a --
15        MS. CLINE:  Sorry, I've already
16    forgotten what date cutoff you just
17    said.
18        MR. GREIM:  March 25th.
19    Q     Okay, so let's start over.
20        So on page 1915 there is a -- on
21  March 1 there is a line item entry for ATM
22  withdrawal of $303.  That was cash, right?
23    A     It appears so, yes.
24    Q     And what was the business --
25  what did you do with the cash that was a

Page 97

FRENCH WALLOP

1
2  business expense?
3     A     I have no idea.  It was a year
4  and a half ago, ATM machine.
5     Q     And then go down a few more
6  lines.  There is a debit card purchase on March
7  13th.  What is the Grace Bay Club & Spa?
8     A     That was to investigate -- there
9  were two Chinese individuals we were tracking
10  in the Turks & Cacos.
11    Q     So that is an expenditure --
12    A     Yes.
13    Q     -- of $456 at a spa in Turks &
14  Cacos?
15    A     It wasn't a spa, it was a hotel,
16  a night, two nights.
17    Q     And your testimony is whom were
18  you investigating?
19    A     Two Chinese characters that were
20  on the list.
21    Q     And who was with you in Turks &
22  Cacos?
23    A     My son was with me, but just we
24  had separate rooms, so --
25    Q     But who -- you were there, were

25 (Pages 94 - 97)

FRENCH WALLOP

1
2 you meeting with investigators there?
3     A    No, I was investigating on my
4 own.
5     Q    Why did you need to be in Turks
6 & Cacos?
7     A    Because that's where the two
8 Chinese were those two nights.
9     Q    And what did you do to
10 investigate them?
11    A    I suppose that when you are
12 tracking somebody you are trying to gather
13 intelligence, and that's what I was doing.
14    Q    That's what I am asking you
15 about.  Were you surveilling them?
16    A    Yes, to some degree, yes.
17    Q    And how did you go about that?
18    A    As anybody that does this does,
19 you watch them, you listen, you see what they
20 are talking about, you take photographs of
21 them, you put it back into the basket of
22 information that we filling.
23    Q    And are you trained in
24 surveillance?
25    A    I am not trained in

FRENCH WALLOP

1
2 surveillance, no.
3     Q    Did you conduct any other
4 surveillance yourself in connection with the
5 Eastern Profit contract?
6     A    Yes.
7     Q    Would you describe that?
8     A    I wouldn't know where to begin,
9 so.
10    Q    Other than at a hotel in Turks &
11 Cacos with your son --
12    A    Yes.
13    Q    -- what activities did you
14 undertake to engage in surveillance for Eastern
15 Profit?
16    A    In the U.K., in the Middle East
17 and in Switzerland.
18    Q    What did you do in the U.K.?
19    A    I think I've already mentioned
20 Fletcher and other people that I was talking
21 to.
22    Q    Well, Fletcher was a contractor
23 you hired, right?
24    A    Yes.
25    Q    Did you personally engage in any

FRENCH WALLOP

1
2 surveillance when you were in the U.K.?
3     A    I wouldn't call it surveillance,
4 no, but it was certainly collecting
5 information.
6     Q    How did you collect -- what was
7 the purpose for your trip to the U.K. other
8 than to meet with Fletcher?
9     A    There were multiple reasons.
10    Q    What were the other ones?
11    A    To comply with what our
12 so-called fake names that we were coming up
13 with, thanks to Guo and Yvette's incompetence,
14 we wanted to try to check out what was -- what
15 the truth was, who was who.
16         And that was happening as a
17 result of both Team 1 and Team 2, and we were
18 getting odds and ends of information to try to
19 determine which individuals were fake and which
20 ones weren't.
21    Q    How did you personally go about
22 getting odds and ends of information?
23    A    Oh, I'm not going into that, I'm
24 sorry.  I'm just not going into that.  We have
25 many contacts, a great network around the

FRENCH WALLOP

1
2 world.
3     Q    Did you personally engage in
4 surveillance when you were in the Middle East,
5 surveillance on behalf of Eastern Profit?
6     A    Surveillance is a wrong -- is a
7 ridiculous word.  It's not surveillance.
8     Q    So what did you do in the Middle
9 East?
10    A    You ask questions and you talk
11 to people and you burrow into getting answers
12 about people that are crooks and people that go
13 out of their way to lie and make up fake names,
14 putting us on a fake rabbit hunt to try to find
15 out things about people that don't exist.
16    Q    Did you personally engage in any
17 other information gathering on behalf of
18 Eastern Profit?
19    A    When?
20    Q    During the course of -- well,
21 from ever, let's start there.
22         I mean, you've told us about the
23 U.K. and the Middle East.  I am limiting it to
24 your personal activities, information
25 gathering, trying to understand the basis of

26 (Pages 98 - 101)

Page 102

FRENCH WALLOP

1        FRENCH WALLOP
2  your experience and expertise information
3  gathering and how you applied that here.
4        A    I don't understand the question.
5  Would you please repeat it?
6        Q    Yes.  So your testimony is that
7  when you were in Turks & Cacos you were
8  engaging in information gathering and
9  surveillance, I thought you said, and I am
10  trying to understand that was not my
11  understanding prior to today.
12        So I am trying to understand
13  what other information gathering you did on
14  behalf of Eastern Profit.
15        A    Because we were working with
16  certain team members and individuals that were
17  part of the overall team in collecting
18  information.
19        Q    When you say we, you mean you
20  and Mr. Waller?
21        A    No, myself and other people.
22        Q    Who else was with you?
23        A    I am not answering it.
24        MR. GREIM:  Well, I would say
25  that this witness is here to talk about

Page 103

FRENCH WALLOP

1        FRENCH WALLOP
2  the damage calculation.
3        She -- the questions are
4  permissible I think to talk about what was
5  happening to incur that charge.
6        To talk about what other people are
7  there I think is beyond the scope.
8        Q    Let's look, for example, at
9  March 30th, the entry on page 1916.
10        A    Yes.
11        Q    There is a -- an entry for
12  $1,355.  Can you tell from the information here
13  what that purchase was for?
14        A    We have already said what that
15  purchase was for, it was for insurance.
16        Q    Sorry.  So there are two --
17  there is an entry at the bottom of the page
18  that says American General Life Insurance.
19        A    Yes.
20        Q    That's the one related to
21  insurance?
22        A    Yes.
23        Q    Then there is one up higher on
24  March 20th.
25        A    March 20th.

Page 104

FRENCH WALLOP

1        FRENCH WALLOP
2        That was British Airways.
3        Q    And so my question is what were
4  you doing, where did you go for the British
5  Airways?
6        A    London.
7        Q    Why were you in London in March
8  to do business for Eastern Profit?
9        A    Because we were trying to
10  salvage the mess that had been created by the
11  people that were working with Guo in the Sherry
12  Netherland, I guess, trying to clean up what we
13  were trying to gather as additional
14  intelligence.
15        Q    And what did you personally do
16  to clean up in London in March?
17        A    I met with a number of people
18  that were trying to be helpful.
19        Q    And who were those people?
20        A    I am not going to name them, I'm
21  sorry.
22        Q    I'm trying to understand the
23  justification for an expense of a trip to
24  London for which you are seeking damages in
25  this litigation, and are you refusing to answer

Page 105

FRENCH WALLOP

1        FRENCH WALLOP
2  the question?
3        A    I am refusing to answer.
4        Q    Is your answer the same with
5  respect to all of the purchases on page 1916
6  through March 23rd?
7        A    These are all foreign expenses
8  for this project.
9        Q    Yes, and I am asking you to
10  describe the nature of the activities, the
11  business activities you were engaged in.
12        A    I've already answered that
13  question.
14        Q    I thought you were refusing to
15  answer the question?
16        A    Well, that's an answer.
17        MS. CLINE:  All right, I have no
18  further questions of this witness, but
19  we would like to recall Mr. Waller.
20        THE VIDEOGRAPHER:  The time is
21  4:20 p.m.  We are concluded and off the
22  record.
23
24
25

27 (Pages 102 - 105)

Page 106

```
 1          C E R T I F I C A T E
 2
 3          I, the undersigned, a Certified
     Shorthand Reporter of the State of New
     York, do hereby certify:
 4          That the foregoing proceedings were
     taken before me at the time and place
 5   herein set forth; that any witnesses in
     the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record
     of the proceedings was made by me using
 7   machine shorthand which was thereafter
     transcribed under my direction;
 8          That the foregoing transcript is a
     true record of the testimony given.
 9          Further, that if the foregoing
     pertains to the original transcript of a
10   deposition in a federal case before
     completion of the proceedings, review of
11   the transcript [ ] was [x] was not
     requested.
12
13          I further certify I am neither
     financially interested in the action nor a
14   relative or employee of any attorney or
     party to this action.
15          IN WITNESS WHEREOF, I have this
     date subscribed my name.
16
17
18
19
20
            Stephen J. Moore
21          RPR, CRR
22
23
24
25
```

Page 107

```
 1
 2   DECLARATION UNDER PENALTY OF PERJURY
 3        Case Name: EASTERN v. STRATEGIC
 4        Date of Deposition: November 19,
 5   2019
 6
 7        I, FRENCH WALLOP, hereby certify
 8        Under penalty of perjury under the
 9   laws of the State of New York that the
10   foregoing is true and correct.
11        Executed this _____ day of
12   _____, 2019, at
13        _____.
14
15
16   _____
17
18        FRENCH WALLOP
19
20
21
22
23
24
25
```

Page 108

```
 1
 2        DEPOSITION ERRATA SHEET
 3        Case Name: EASTERN v. STRATEGIC.
 4        Name of Witness: FRENCH WALLOP
 5        Date of Deposition: November 19,
 6   2019
 7        Reason Codes:  1. To clarify the
 8   record.
 9        2. To conform to the facts.
10        3. To correct transcription errors.
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18   Page _____ Line _____ Reason _____
     From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21   Page _____ Line _____ Reason _____
     From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24   Page _____ Line _____ Reason _____
     From _____ to _____
25
```

Page 109

```
 1
 2        DEPOSITION ERRATA SHEET
 3   Page _____ Line _____ Reason _____
     From _____ to _____
 4   Page _____ Line _____ Reason _____
     From _____ to _____
 5   Page _____ Line _____ Reason _____
     From _____ to _____
 6   Page _____ Line _____ Reason _____
     From _____ to _____
 7   Page _____ Line _____ Reason _____
     From _____ to _____
 8   Page _____ Line _____ Reason _____
     From _____ to _____
 9   Page _____ Line _____ Reason _____
     From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17        Subject to the above
18   changes, I certify that the transcript is
19   true and correct
20        _____ No changes have been
21   made. I certify that the transcript  is
22   true and correct.
23
24   _____
25        FRENCH WALLOP
```

28 (Pages 106 - 109)

| & |
|---|
| **&**  97:7,10,13,21  98:6 99:10 102:7 |

| 1 |
|---|
| **1**  3:21 4:6 8:18  10:25 11:5,10,16  12:2,10,17,21,24  13:12,15 15:9  19:21,22 21:16  26:8 30:11 51:23  55:3 56:18 60:4,5  61:13 63:12,14,16  63:17 67:6 94:14  96:21 100:17  108:7 |
| **1,315**  80:23 81:13 |
| **1,343.55.**  85:12 |
| **1,355**  103:12 |
| **1,500**  84:2,22 |
| **10**  3:12 36:16  43:14,14,14,15  47:19,20,23,24  48:4,7 80:23 |
| **100**  12:4 48:21  58:10,13 |
| **10th**  26:19 53:22  53:22 78:8 80:18 |
| **11**  3:19 |
| **11/22/19**  106:16 |
| **1100**  2:7 |
| **111**  3:8 6:20,23  10:6 |
| **111,000**  25:2 |
| **112**  3:11 35:3,6,15  36:8,25 39:4  42:15 43:9 47:7 |
| **113**  3:14 51:6,13  51:16 52:2 58:25  59:7 60:7,19,22  61:5,24 62:3 |

**64**:23 **76**:19 **81**:9
**81**:10 **82**:6
**114**  3:19 51:8,10
51:13,21 52:4
61:2,15,17 62:4,7
76:7,8 77:23 78:2
80:17 82:24 85:8
88:2 94:23 95:9
96:12
**115**  3:24 69:3,6,7
**117,000**  25:2
**11:10**  33:15
**11th**  12:20 37:23
37:24 91:25
**12**  53:10
**12th**  53:22 55:17
55:18 56:10,11,24
**13,000**  69:9
**1313**  2:17
**134,000**  65:15
**13th**  97:7
**15**  21:12 36:16
47:25 48:5
**15,000**  66:20 74:25
91:7,10
**16th**  14:20,21
15:16,22,23 27:5,8
28:6,13 55:15,17
56:2,16
**17,000**  68:24 91:6
91:10
**17,686.69**  66:19
**17,686.69.**  69:10
**18**  1:8 4:12 8:7
75:21
**18th**  27:16,22
**19**  1:13 4:5 107:4
108:5
**1908**  81:2,3
**1912**  82:24

**1913**  83:18
**1915**  96:12,20
**1916**  85:7 103:9
105:5
**1917**  87:25 88:22
**1919**  91:3
**1920**  91:24 94:23
**1924**  76:7,9
**19899**  2:18
**1:47**  1:13 4:4
**1st**  18:21 27:17
69:11

| 2 |
|---|
| **2**  8:22 19:14,17  20:5,6,11 24:6  25:15 26:4,7  30:13 60:4 62:4,7  64:25 67:7 94:21  100:17 108:9 |
| **2,000**  78:5 79:3,10 |
| **200**  56:3,25 57:2 |
| **200,000**  15:25 56:4  56:11,17 62:2,9  63:17 75:14 |
| **2017**  7:14 8:7,24 |
| **2018**  3:21 7:14 8:8  9:4,8,12,21 10:16  10:22 11:4 32:20  36:22 51:23 53:23  69:12 86:11 88:10  89:8,20 |
| **2019**  1:13 3:22 4:5  51:24 107:5,12  108:6 |
| **206.71.**  82:9 |
| **20932**  106:19 |
| **20th**  103:9,24,25 |
| **21**  3:8 |
| **2103**  8:23 |
| **2104**  9:2 |

**2105**  9:7
**2185**  1:8 4:12
**21st**  38:9,14 39:5
39:14,25 86:11
**23**  42:23
**23rd**  105:6
**24**  16:16
**24,000**  79:7
**25,000**  16:2,6 56:5
56:8,17 62:8
**250**  37:16
**250,000**  53:5,6,12
53:17 54:23 55:7
55:13 59:20 63:17
63:20 64:4 66:4
75:13 76:5,5
**25th**  13:11 29:4
31:13 32:8 33:6
34:6 95:10,24
96:2,4,18
**26th**  13:21 14:17
33:10
**27/28**  33:2
**27th**  33:12
**28**  32:25
**28th**  32:24 33:15
**29**  32:23 33:3
**29th**  33:19
**2:46**  50:21
**2:54**  51:2
**2nd**  23:19,21

| 3 |
|---|
| **3**  108:10 |
| **3,000**  68:22 69:15 |
| **30**  1:18 5:12,19  43:12,14,14 44:15  49:15 72:21,24  73:2 86:23,24 |
| **303**  96:22 |
| **31**  3:22 51:24 |

**31st** 16:13,20
**33** 48:5
**35** 3:11
**384,000** 66:2
**384,475.98.** 65:24
**3:00** 27:10
**3:51** 94:14

### 4

**4** 3:11,24
**4,000** 48:18,20
**4,781.97** 92:7
**405** 1:14 4:14
**418.70** 83:6
**425,000** 62:13
**456** 97:13
**475,000** 65:13
66:12
**490,000** 77:2
**4:07** 94:20
**4:20** 105:21
**4:30** 20:20
**4th** 37:22

### 5

**5** 48:4
**5,800** 65:18
**50,000** 61:20 75:10
75:12,15 76:12
**51** 3:14,19
**5100** 2:17
**5th** 14:12 17:3,8
18:7 20:15 21:7
22:24 26:22 40:10
40:14 41:13

### 6

**6** 1:18 3:4,8 5:12
5:19
**615,000** 65:19
**64105** 2:8
**69** 3:24

**6:00** 33:22
**6th** 17:2

### 7

**7** 3:14

### 8

**8** 10:23 35:25
**8th** 23:23 24:3,6
25:16 26:17 36:22
41:24 42:6

### 9

**9,090.66** 66:3
**9:00** 27:11
**9:30** 26:13 33:12
**9th** 11:4,16 12:3
15:3 26:12,18

### a

**a.m.** 13:24 14:6
33:22
**abbreviation** 42:6
**ability** 48:9
**able** 23:24 25:7
45:25 48:21 59:11
**absolutely** 18:10
**abu** 89:3,5,8,18,22
89:24 90:13,16,24
92:13,15
**aca** 62:19 84:11,14
84:15,19 90:19
93:10
**acceptable** 43:4
**access** 58:5
**accessible** 15:3
**account** 15:2,11
53:3,7 55:10
63:24 64:11 65:21
76:18 79:14,16
83:18 85:8
**accountant** 79:20
79:23 86:4

**accountant's**
79:18
**accounting** 91:23
**accounts** 56:21
**accurate** 9:16
54:14 77:4
**ach** 78:5 79:16
**action** 23:8 106:13
106:14
**activities** 99:13
101:24 105:10,11
**actual** 10:6 59:12
81:24 91:23
**adam** 24:7
**additional** 14:23
30:16 48:6 75:5
75:15 88:15
104:13
**administer** 4:20
**admit** 24:20
**advice** 87:9
**advisors** 75:18
**afternoon** 4:3
**ago** 46:19 97:4
**agree** 5:8 86:9
88:20
**agreed** 17:21
63:20 68:20 69:18
69:20,23 71:24
**agreement** 53:25
54:4 71:4
**agreements** 17:14
**ahead** 29:4 73:21
**airways** 104:2,5
**alerting** 21:18
**allocate** 53:20
85:24
**allocated** 52:12,13
54:11,16
**allotted** 52:20
59:21

**allowed** 85:6
**alson** 2:22
**american** 103:18
**amount** 52:13
53:7 54:10 56:22
66:12 69:9 74:21
74:22 92:7
**amounts** 15:18
52:21 70:9
**analysts** 24:10
**answer** 31:8 38:23
46:23,24 63:6
64:18 70:23 71:9
72:15 82:21
104:25 105:3,4,15
105:16
**answered** 46:19
105:12
**answering** 102:23
**answers** 95:4
101:11
**anybody** 10:18
72:3 98:18
**apartment** 37:6
**apiece** 54:23
**apparently** 25:20
31:4
**appear** 7:5 8:18,21
**appearances** 4:19
**appears** 96:23
**application** 23:9
32:14
**applied** 102:3
**appointments**
8:15 19:9
**appreciate** 64:20
**approximately**
77:2
**april** 87:2 88:9,17
89:8,20 92:21,25
93:5

**aquarium** 47:17
**arithmetic** 65:11
**armed** 7:18
**arrangement**
  71:14,16
**arrived** 17:15
**arrow** 8:13
**aside** 34:2 78:16
  79:13 80:13
**asked** 41:5,22
  45:12 46:18 47:3
  62:19 79:24 80:3
  89:21,24 90:15
**asking** 23:2 28:5
  30:5 45:7 46:10
  47:6 57:3 82:17
  82:18 98:14 105:9
**assume** 73:9 92:5
**assumed** 19:19
**asylum** 23:9 32:14
**atm** 89:3,11,14
  96:21 97:4
**attorney** 80:10
  106:13
**attorneys** 2:5,15
**authorized** 6:8
**available** 34:20
**avenue** 1:14 4:14
**aware** 58:20 72:9

**b**

**b** 1:18 3:6 5:12,19
**back** 14:19 16:25
  17:14,22 26:18
  28:24 37:20 38:9
  40:6,10 42:15
  44:19 45:6,21
  47:2,5 49:3 51:2
  55:17 60:15 64:15
  73:19 81:23 93:13
  93:15 98:21

**bad** 15:5 17:3,16
  17:20,20 18:3,9,13
  28:10 40:13,15
**balance** 48:24
  65:18,23
**balls** 17:15
**bank** 3:20 51:22
  59:12,13,15 60:25
  81:24 82:12,23
  83:17 85:7 88:5
**based** 36:12 44:10
  48:8,25 53:3
  67:10
**basically** 5:15 65:2
**basis** 7:15 18:11
  72:17 90:10
  101:25
**basket** 98:21
**bates** 8:22 76:7,9
  80:25
**bay** 97:7
**bear** 77:20 83:2
  96:9
**beginning** 11:11
  48:19 66:11
**begun** 53:20
**behalf** 1:18 6:9
  11:13 90:5 101:5
  101:17 102:14
**believe** 11:23 12:4
  30:19 35:9,19
  39:7 47:11 56:9
  58:15 63:5,10
  67:3 75:24,24
  86:19 88:13
**best** 21:5 22:6
  44:20 45:9 73:21
  80:6
**better** 45:8 49:5
  63:6

**beyond** 73:18
  103:7
**big** 37:15 38:19,20
**bill** 3:24 24:25
  29:2 67:24,25
  69:7 71:22
**bit** 12:20 52:19
  59:7 72:20 88:15
  88:15
**blank** 33:10
**blew** 40:21 41:14
**bloomingdale's**
  83:24,25 84:5,23
**bloomy's** 83:21,23
**board** 19:2
**bottom** 33:5 64:25
  65:25 71:24 82:8
  91:4 103:17
**bouncing** 17:14
**break** 31:10 36:17
  94:12
**breakdown** 69:15
  69:20
**briefcase** 82:14,19
  83:16
**british** 104:2,4
**budget** 48:8
**building** 38:19
**burrow** 101:11
**business** 3:19 34:4
  51:22 52:15 60:2
  60:6,10,11,14
  65:17 77:13,17
  78:19 79:5 80:3
  80:14,21 81:12
  82:20 83:9,12
  84:4 85:5,17,21,22
  85:23,24 88:5,8
  89:12,19 90:24
  91:5,14,22 95:9,15
  96:24 97:2 104:8

  105:11
**buy** 38:17,18,20
  85:3

**c**

**c** 2:2 5:21 106:1,1
**cacos** 97:10,14,22
  98:6 99:11 102:7
**calculated** 53:8
**calculation** 87:12
  103:2
**calendar** 3:8 6:24
  6:25 7:4,10,14,23
  9:15,17 10:2,3,6
  10:15,19 13:3
  16:19 17:7 28:17
  33:2,23,24 34:3,9
  34:15 37:21 39:6
  39:24,24 40:8
  56:2,24
**calendars** 7:17,18
  8:10
**call** 18:25 25:18
  54:7,12 55:11
  59:17 73:6 100:3
**called** 5:21 41:4
  100:12
**calls** 19:9 72:12
  87:6
**cancel** 68:11
**cancelled** 26:14
  70:18
**capital** 92:2
**card** 92:5 97:6
**cards** 89:16
**case** 1:8 4:11 12:8
  31:5 65:22 82:17
  84:8,21 92:19
  106:10 107:3
  108:3
**cash** 89:15 96:22
  96:25

**cell** 43:17
**cells** 43:19,20
**certain** 43:18
48:10 73:5 102:16
**certainly** 21:22
26:9 100:4
**certified** 1:21
106:2
**certify** 106:3,12
107:7 109:18,21
**change** 10:9
**changes** 109:18,20
**characters** 97:19
**charge** 16:9 87:11
103:5
**chargeable** 90:25
**cheaper** 83:15
**check** 41:2 100:14
**chinese** 97:9,19
98:8
**chose** 47:16
**circling** 73:19
**citibank** 3:19
51:21 56:13
**city** 2:8
**claim** 95:8,21,21
96:6
**claiming** 77:12
93:7
**clarification** 5:9
**clarify** 4:23 108:7
**clean** 15:5,7 36:13
36:20 104:12,16
**clear** 45:24 46:3
74:19 80:25 94:25
95:18
**clearest** 59:11
**clearly** 17:20
35:14
**client** 24:19

**cline** 2:20 3:4 4:21
4:21 6:2,17 7:12
31:11 34:24 45:11
46:10 47:2 50:18
51:3,8 57:18
58:18 62:24 64:20
68:13,25 72:16
73:22 93:12 94:11
95:25 96:9,15
105:17
**clothing** 85:6
**club** 97:7
**coat** 84:6,7,9,23,24
85:4
**code** 60:16
**coded** 60:24
**codes** 108:7
**coding** 52:3
**cold** 85:2,3
**collect** 16:16 23:23
60:13 100:6
**collecting** 100:4
102:17
**color** 3:14 51:16
51:25 52:3 58:25
60:16,23
**column** 14:12 33:5
33:5 53:9 59:24
59:25 60:2,23
64:22 65:7,15
66:2,7 77:9,13,16
81:13 96:8
**columns** 59:8
**come** 17:22 56:7
79:14 89:21,24
94:4
**coming** 7:23
100:12
**communicated**
74:10

**communications**
36:7
**company** 91:15
**compare** 19:24
26:5
**comparing** 23:17
**compartmentali...**
62:21
**compensated** 94:7
**compensating**
93:18,21,24
**compensation**
54:24 59:19 63:9
66:15 76:3
**compiled** 25:22
**completion** 106:10
**complex** 42:24
**comply** 100:11
**complying** 16:22
**compound** 71:18
**computer** 80:8
**computers** 41:6
**concede** 87:4
**concept** 25:12
47:16
**concern** 21:22
**concerned** 19:21
21:9,13,20 22:3,5
**concerns** 21:23
**concluded** 105:21
**conclusion** 72:13
87:7
**conduct** 99:3
**conducting** 92:20
**confidential** 21:22
31:2
**conform** 108:9
**confused** 37:11,13
**connection** 55:6
77:13 88:23 93:25
99:4

**consult** 10:18 86:3
**consultancy** 69:16
**contact** 16:17 74:8
**contacts** 100:25
**contemplates**
43:11
**continue** 34:19
64:21
**continued** 50:24
88:16 94:18
**continuing** 88:12
**contract** 14:7,13
17:13,17 21:4
29:15 31:14 34:17
35:22 36:4 46:5
53:19 68:12,14,16
68:18 70:17 72:21
72:25 74:4 87:4
87:12 95:18 99:5
**contracted** 71:20
74:15
**contractor** 74:4
99:22
**contractual** 45:6
**controlled** 62:13
75:22 77:3
**conversation**
32:17 47:9,13
70:15
**conversations**
12:6 87:18,19
**copied** 9:14
**copy** 28:10
**corner** 65:12
**corporate** 4:25
78:18
**corporation** 2:6
4:9
**corporaton** 1:5
**correct** 6:10,12,15
8:20 9:8 17:5

[correct - document]                                                        Page 5

22:25 26:23 29:15
33:16,17 34:14
43:13 44:8,9,11
49:24,25 50:3,4,7
50:17 53:14 54:22
56:6 57:25 61:3,8
61:22 62:4 63:21
64:24 65:4 66:14
69:16 76:14 77:19
86:11 87:5 88:6
88:19 107:10
108:10 109:19,22
**correctly**  55:20
69:14
**correlated**  60:12
**correlation**  59:12
**correspond**  14:18
52:3 61:23
**corresponding**  8:9
82:12
**corresponds**  76:12
81:15
**costs**  53:20 54:19
95:9,22
**counsel**  4:7,18
5:13 64:12 94:24
**counsel's**  5:8
38:24 87:9
**counterclaim**  1:6
1:11 5:6,17
**countries**  8:16
**country**  29:17,20
**couple**  79:25
**course**  41:18
48:22 101:20
**court**  1:2 4:11,15
4:19
**covers**  31:6
**created**  104:10
**credit**  14:24 89:16
92:5

**crisis**  28:23
**crooks**  101:12
**crr**  106:21
**currently**  84:18
**cutoff**  96:16
**cv**  1:8 4:12

**d**

**d**  2:10
**d.c.**  26:18
**da**  25:7
**daily**  7:15
**dallas**  19:13 20:11
23:18,19,20,22
26:15
**damage**  103:2
**damages**  72:11
73:23,25 84:7,21
84:25 87:11 93:7
104:24
**date**  6:21 12:15
35:4 51:7,11 69:4
86:20 96:16
106:15 107:4
108:5
**dated**  106:16
**dates**  8:9,13
**day**  8:14 10:8
13:12,22 19:11
26:25 29:5,8
72:21 86:23,24
107:11
**days**  13:25 14:6,9
14:10,18,19,24
15:14,15,19 28:5
72:24 73:2
**dead**  48:12
**deal**  47:20
**debit**  61:20 78:5,5
83:21 84:2 89:15
92:2 96:7 97:6

**december**  8:24
37:9,22,23,25 38:9
39:5,14,24
**decide**  23:12 53:15
53:16
**decided**  19:16
47:25 53:2
**decipher**  15:21
**declaration**  107:2
**deduction**  78:15
**deductions**  52:15
**deep**  43:7
**defendant**  1:6,11
5:6
**define**  54:8
**degree**  98:16
**delaware**  2:18
**delay**  18:6
**deleted**  19:4
**delineated**  60:25
**deliver**  41:23
67:13
**delivering**  32:4
**delivery**  16:22
**demanded**  15:18
**depart**  27:22 28:3
33:22
**depends**  54:8
**deponents**  5:2
**deposit**  84:16
**deposition**  1:17
4:6,13,24,25 46:7
50:24 73:20 94:18
106:10 107:4
108:2,5 109:2
**describe**  7:9 34:8
36:10 65:7 67:18
73:13 99:7 105:10
**described**  6:19
35:2 51:5,9 69:2

**designated**  45:13
**designee**  4:25
**despite**  62:18
**determine**  100:19
**dhabi**  89:4,5,8,18
89:22,25 90:13,16
90:24 92:13,15
**diagrams**  25:17
**different**  25:24
60:3 73:10
**direct**  59:11
**direction**  106:7
**directly**  14:11
55:9
**disagreeable**
81:21
**disburse**  56:19
**disbursements**
70:10
**disbursing**  77:6
**discover**  40:14,17
**discuss**  22:12,16
23:7 32:7,12
**discussed**  23:3,13
24:15 39:5 47:8
47:14
**discussing**  29:12
44:20
**dispatch**  56:19
**distribute**  64:4
**district**  1:2,3 4:10
4:11
**dive**  43:17
**dives**  43:7
**divide**  45:10 53:3
**divided**  95:14
**document**  3:11
6:19 18:8 35:2,8
45:4,18,25 46:9,17
46:22 50:12,14
51:5,9 69:2 73:18

documents 5:18
35:10 45:10
doing 10:2 11:12
25:22 29:23 48:20
48:25 87:24 88:10
88:24 89:18 98:13
104:4
donnelli 2:12 5:5
download 17:18
dr 77:6
draw 64:13
drew 53:7 55:10
64:2
drive 15:8 16:15
16:17 17:20 36:13
36:21 41:2,13
drives 15:5,6 17:3
17:16,24,25 18:4
21:16,19 40:13
41:23
driving 90:22
drop 13:11
due 26:14
duly 5:22 106:6

**e**

e 2:2,2 3:6 5:21
106:1,1
earlier 14:9 95:5
early 37:19 62:12
68:7
earnings 54:5,8
easiest 80:9
east 99:16 101:4,9
101:23
eastern 1:5 2:5 4:8
4:22 5:14 18:24
19:10 22:17 29:14
29:21 31:13 34:4
35:25 36:4 41:23
53:13 60:8 68:10
70:2 74:13 82:18

84:8,10,13 86:10
88:10,24 89:19
90:6,15,18,19,25
92:15 93:8 95:17
99:5,14 101:5,18
102:14 104:8
107:3 108:3
easy 76:23 91:9
eddie 5:4 72:17
edward 2:10
effect 70:16 88:18
effective 74:5
86:11,14
either 37:21 40:25
43:5,22 50:8 55:6
55:17 75:5
electronic 7:17
employee 54:21
106:13
ended 65:18,19
87:17
ends 100:18,22
engage 99:14,25
101:3,16
engaged 105:11
engaging 102:8
entails 49:23
entities 57:20 60:3
62:13 77:3
entitled 1:19 95:8
entity 58:2 67:5,7
75:17 79:6
entries 7:24 8:9,18
8:21 9:3,7,21
10:13 14:2 59:4
78:2,4
entry 10:19,23
11:5 12:20 13:21
14:13,17 15:22
16:13 17:6 18:21
19:12,25 20:16

26:12 27:9,22
32:19 33:19 39:6
39:13,24 56:2,24
61:19,20 62:2
79:3,11 80:19
82:8,13 83:3,4,20
85:10,11 86:7
89:3 91:25 96:21
103:9,11,17
envelope 83:15
equaled 69:10
errata 108:2 109:2
errors 108:10
esq 2:10,12,20
essentially 65:13
65:20 79:11
estate 38:18
europe 16:17
evidence 72:9
exact 86:20
exactly 87:23
92:22
examination 3:2
5:25
examined 5:23
example 47:15
103:8
exbt 3:8,11,14,19
3:24
excerpt 6:24
exclusively 57:14
executed 107:11
exercise 7:22
exhausted 45:16
exhibit 6:20,23
10:6 35:3,6,15,25
36:7,25 39:4
42:15 43:9 44:14
47:7,7 51:4,6,10
51:16,20 52:2,4
58:25 59:7,9 60:7

60:19,22 61:2,5,5
61:15,16,24 62:3,7
64:23 69:3,5,7
76:6,19 77:23
78:2 80:17 81:9
81:10 82:6,24
83:18 85:8 87:25
94:23 95:9 96:12
exhibits 51:13
52:6,10
exist 101:15
existed 71:17
exp 16:3
expected 48:20,20
expects 84:8
expenditure 88:22
97:11
expenditures 3:15
51:17 52:24,25
63:25 88:9 92:14
expense 65:18
80:14,21 81:12
82:20 83:9,12
84:5,22 85:17,21
85:23,23,25 88:6
89:12 91:14,22
97:2 104:23
expenses 16:4,7
56:17 59:18 60:2
60:6,10,12 75:5
77:13,18 80:4
84:25 85:5 88:17
90:24,24 91:5
92:11 94:4,8
95:15 105:7
experience 102:2
expert 49:5
expertise 102:2
explain 16:12
88:22

explained  9:24
explanation  72:20
explicit  34:15 40:8
extent  10:12

**f**

f  5:21 106:1
face  34:23,23
fact  8:8 11:15,18
 13:2 20:11 32:3
 37:14 62:18
facts  73:16 108:9
fair  8:17
fake  21:10,11
 43:22 100:12,19
 101:13,14
falls  78:24
far  40:7
fcw  52:20
february  8:6,8 9:8
 9:11,21 10:16
 18:17,21 20:15
 21:7 22:23 23:19
 23:21,23 24:2,6
 25:16 26:12,22,25
 27:8,22 28:6 29:4
 31:13 32:8,20,23
 33:19 34:6 68:4,7
 68:7,8 70:8 71:21
 74:5,15,18 86:18
 86:19
federal  106:10
fee  73:5
fees  70:17 71:15
 74:12
fell  59:20
fellow  24:9
fight  46:21
figure  23:16 32:2
 33:18 57:19 87:22
file  37:15

filed  4:10 5:18
 78:22
files  24:13
fill  8:15 9:10
filled  10:24
filling  98:22
finally  36:13
financially  106:13
find  23:17 24:22
 45:9 75:17 92:22
 101:14
finding  19:21,22
 21:9
findings  19:24
fine  41:7
finger  82:7
finish  73:8 79:8
firm  80:11
first  5:19,22 7:3
 13:9 24:24 25:11
 25:13 26:9 31:17
 35:7 43:8,25 46:6
 47:20,21,23 48:2
 51:14 52:2 53:9
 53:18 61:9,19
 73:20 83:20
fish  3:11 26:6,8
 35:12 36:16,16
 42:17,25,25 43:12
 43:15 46:5,15
 47:16,19,20,23
 48:2,4,5,12,13
 67:2,3 92:18 93:2
five  26:10 76:24
flash  15:5,5,7
 16:15,16 17:3,16
 17:20,24,25 18:4
 21:16,19 36:13,20
 40:13,25 41:13,23
flat  43:11

fletcher  3:24
 30:20,23 66:24
 67:4,13 68:6,15
 69:8 70:3,10,15
 71:4 72:11 74:9
 74:10 91:10 93:3
 96:6 99:20,22
 100:8
flew  23:22
flight  26:14
fnda  39:15
focus  59:3 60:16
 89:2
focusing  65:6
 77:25
follow  27:21 40:10
following  55:19
 60:21
follows  5:24 50:24
 94:18
foregoing  106:4,5
 106:8,9 107:10
foreign  105:7
forgotten  96:16
form  55:6
forth  17:15 44:20
 54:18 60:5 106:5
forward  12:19
found  47:24 48:11
foundation  39:18
 39:19,20 40:4
 70:22 71:8,19
 72:13,18 73:12
four  61:6
frame  8:16 48:11
fraud  90:13,16
 95:21
french  1:17 4:1,7
 5:1 6:1 7:1 8:1 9:1
 10:1 11:1 12:1
 13:1 14:1,5 15:1

16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
107:7,18 108:4
109:25
friend  41:4
full  59:13
funds  55:10
further  66:9 95:12
 105:18 106:9,12
fw  13:23 42:8,11
 42:13,14

| g | | | |
|---|---|---|---|

**g**

**garrett** 2:4
**gather** 19:6 29:16
  98:12 104:13
**gathering** 25:24
  29:24 34:19
  101:17,25 102:3,8
  102:13
**general** 7:11,13
  57:16 103:18
**generally** 8:11
  9:25
**george** 4:15
**georgetown** 15:24
  16:7 38:20 55:9
  55:22,23 56:14
  57:23 58:8 62:8,9
  62:25 75:2
**gertz** 29:3
**getting** 15:12
  88:15 100:18,22
  101:11
**give** 31:7
**given** 21:11 24:23
  25:10 72:24,24
  86:17 106:8
**giving** 14:23
**gizmos** 89:16
**go** 12:19 14:19
  16:25 19:16 20:11
  23:18 24:11 29:25
  37:20 40:6,10
  44:13 47:2 48:14
  50:18 60:15 65:5
  65:25 73:21 79:15
  80:8,17 81:7,9,23
  81:25,25 87:25
  90:16 94:23 95:12
  97:5 98:17 100:21
  101:12 104:4

**goes** 32:25 45:12
  79:4,16
**going** 8:14 19:20
  20:8 21:20 28:17
  42:15 45:5 47:19
  48:4 56:18 59:3
  66:6 71:22,22
  73:3,19 80:8
  87:20,21 88:14
  92:23 100:23,24
  104:20
**good** 4:2 18:2 43:7
**gotten** 21:15 36:20
  44:24 56:20 62:18
**grace** 97:7
**graph** 35:13
**graves** 2:4
**great** 38:18,20
  76:21 100:25
**green** 52:12 53:9
  59:23 77:9,12
  81:5,6,25 82:2,2
**greim** 2:10 5:4,4
  31:3 38:22 45:2
  45:15 46:12 50:10
  64:12 70:21 71:18
  72:12,19 87:6
  94:24 96:2,18
  102:24
**grg** 56:13,16
**groundhog** 19:11
**group** 20:18
**guess** 8:22 44:17
  45:16 54:9 78:19
  91:21 104:12
**guo** 14:5,22 15:17
  16:23 21:4,19
  22:13,17,19 24:19
  29:2 30:4,7,8,9
  32:3 35:11 36:3,7
  36:24 37:5 42:20

  43:5 47:8 87:20
  88:14 90:13,17
  93:4,9,11 100:13
  104:11
**guo's** 21:10,10
  23:9 26:6 32:13
  38:16,17

| h | |
|---|---|

**h**

**h** 3:6 5:21
**hackable** 7:18
**half** 22:11 97:4
**hamilston** 2:14
**hamilton** 4:22
**han** 21:24 22:24
  23:3 26:22,25
  29:8 31:13 32:17
**hand** 65:12,15
**handed** 6:22 35:5
  51:12
**handle** 32:2
**handwriting** 7:7,7
  20:15 27:3 57:4
**happen** 32:20
**happened** 7:25
  24:5 29:10
**happening** 100:16
  103:5
**happy** 40:22 72:19
**hard** 15:11 81:8
**harder** 48:6
**hate** 45:20
**headed** 3:11
**heard** 25:12
**heathrow** 27:25
**held** 4:13 21:21
**help** 30:3
**helped** 30:3
**helpful** 71:11
  104:18
**hermes** 80:19
  81:15

**higher** 103:23
**highlight** 76:11
**highlighted** 59:16
  59:23 61:20
**highlighter** 81:5
**highlights** 62:7
**highly** 15:20 21:22
**hill** 61:10,12,23
**hire** 26:4
**hired** 20:6 99:23
**home** 11:23 12:3
  20:20,23 29:5
  31:20 33:7 34:6
**honestly** 13:10
  38:12
**hong** 62:19
**hotel** 97:15 99:10
**hour** 16:16 22:11
  22:11
**house** 12:13 38:19
**housed** 79:17
**hum** 59:2 65:16
**humor** 33:5 71:11
**hunt** 101:14

| i | |
|---|---|

**i**

**idea** 50:14 91:2
  97:3
**identification** 6:20
  35:3 51:6,10 69:3
**identify** 35:7
  42:19 51:15 69:5
**important** 16:18
  16:21 17:10 18:8
  40:3
**inception** 74:11
**include** 66:15
  95:23
**included** 13:3
**including** 70:10
  93:2

**income** 79:6
**incompetence** 100:13
**inconsistencies** 21:14
**incur** 70:16 88:17 103:5
**incurred** 95:10
**incurring** 71:15 74:12
**individual** 43:17
**individually** 53:12
**individuals** 97:9 100:19 102:16
**information** 15:19 16:23 21:11,15 23:18,24 25:4,6,24 28:23 30:4,6 32:4 34:20 36:12 43:3 43:6,18,21 49:3 60:13 87:23 88:13 88:15 98:22 100:5 100:18,22 101:17 101:24 102:2,8,13 102:18 103:12
**initial** 38:21 53:20
**initially** 38:17 47:19
**insistent** 16:23
**instances** 9:20
**instruct** 38:22
**insurance** 85:14 85:22,23 86:4 103:15,18,21
**intelligence** 29:24 98:13 104:14
**intending** 95:11
**intention** 38:17
**interest** 58:8
**interested** 49:9 50:6 64:22 106:13

**interfere** 32:13
**internet** 25:21 34:23
**introduced** 29:2
**investigate** 93:9 97:8 98:10
**investigated** 48:19 67:20
**investigating** 92:17,24 93:3,4 97:18 98:3
**investigation** 68:4 74:21
**investigations** 92:21
**investigative** 67:9
**investigators** 98:2
**invoice** 61:10,24 63:11 69:15,22
**invoices** 64:9 69:18,22
**involved** 13:17
**involving** 12:24
**irregularities** 19:22
**irs** 85:6,25
**issue** 55:3,5
**issues** 21:10
**item** 88:5 96:21
**items** 19:5 77:12 91:5

**j**

**j** 1:20 106:20
**january** 3:21,22 9:3 10:21,23 11:4 11:16 12:3,20 13:11,21 14:12,21 15:22 16:13,19 17:2,2,8 18:7 36:22 40:10,14 41:12,24 42:6

51:23,23 53:23 55:14,15,18 62:13 65:21 78:8 80:18 80:23
**jennifer** 2:12 5:5
**jgk** 4:12
**joanna** 2:20
**job** 74:15,16
**johanna** 4:21
**jointly** 58:2
**june** 75:8,21
**justification** 88:9 104:23
**justify** 85:20

**k**

**k** 55:3
**kansas** 2:8
**keep** 31:3 62:17,20 66:6 69:23 88:14 90:18
**kept** 81:20
**keys** 17:19
**kind** 82:7
**knew** 18:7
**know** 15:18 27:12 27:13,19 31:6 32:20 33:22 34:11 35:18 36:4 38:15 39:13 45:23 49:8 49:22 53:22 58:9 62:22,23 63:4,5,7 64:10,10 67:24 69:17,21 70:3,12 72:5 73:4 75:19 76:15 81:3 86:20 87:8,12,14 95:11 99:8
**knowledge** 18:12 86:18
**knows** 40:23 71:23

**kong** 62:19
**kraft** 24:7

**l**

**l** 5:21,21 27:10
**laid** 73:11,12
**laptop** 40:19,20,20 41:14 83:15
**law** 80:10
**laws** 107:9
**lawsuit** 74:17 84:18 87:17 88:14 94:9
**leak** 21:18
**leap** 32:20
**leave** 64:18
**leeway** 14:9
**left** 27:15 41:8 53:6 55:10 65:15 65:22,23 66:5
**legal** 72:13 85:25 86:2 87:7
**letter** 87:15,15,16
**lexington** 1:14 4:14
**lhr** 27:22 28:3
**lianchao** 20:21 22:19,24 27:5 28:7,12,25 29:8 31:25 32:7 38:2 87:19
**libbares** 4:15
**library** 40:18 41:9
**lie** 101:13
**life** 85:14 86:4 103:18
**limited** 1:5 2:6 4:9 5:15
**limiting** 101:23
**line** 64:13 71:24 78:10 88:5 96:21 108:11,12,13,14

108:15,16,17,18
108:19,20,21,22
108:23,24 109:3,4
109:5,6,7,8,9,10
109:11,12,13,14
109:15,16
**lines** 28:11 97:6
**list** 42:20 97:20
**listen** 98:19
**listening** 95:2,3
**litigation** 7:2
22:13,17 23:4
32:7 77:14 93:8
93:25 104:25
**little** 12:19 59:7
73:18
**llc** 1:10,19 2:4,16
3:20 4:10 6:12
51:22 52:13 55:8
75:21
**llcs** 57:12 58:20
**llp** 2:14
**lobby** 42:4
**lochnealy** 24:10
**london** 8:12 27:16
27:17 29:5 33:8
34:5 66:24 92:13
92:15 104:6,7,16
104:24
**long** 22:8 46:19
85:25
**longer** 71:16
**look** 13:20 32:25
34:14 40:6 46:12
56:12 58:24 66:4
75:23 77:8 81:4
90:16 103:8
**looked** 25:2
**looking** 8:5 14:11
20:13 27:2 43:16
46:17 55:14 56:23

60:13 90:12 91:21
**looks** 20:19 23:23
24:4,19 26:18
27:11 28:12 37:24
39:21 52:18 55:15
**lost** 77:20
**lot** 46:4,14 48:3
71:23 90:12
**love** 71:11

**m**

**m** 27:11
**machine** 97:4
106:7
**main** 2:7
**making** 34:17 48:5
**malware** 18:4
**mansion** 38:20
**march** 27:18,20
33:24 74:6 86:11
87:2,5 95:10,24,25
96:4,18,21 97:6
103:9,24,25 104:7
104:16 105:6
**mark** 6:17 34:24
51:3 68:25
**marked** 6:20,23
35:3,6 51:6,10,13
69:3
**market** 2:17
**mars** 18:22
**massive** 15:18
**material** 24:12
**matter** 1:19 4:8
7:11,13 34:5
40:25 60:8
**mean** 10:8 11:8
13:3,14 14:3 16:4
19:15,19 20:23
22:19 39:17 42:22
46:3 52:20 73:4
78:16 101:22

102:19
**meaning** 7:24
**means** 11:9 13:15
15:15 18:3 39:18
42:17 46:6 68:11
**meant** 28:3
**measure** 95:23
**meet** 20:11 29:7
30:22 37:5 100:8
**meeting** 11:16,20
12:12,21,23 13:7
13:16,17 14:5,22
20:20 21:2,6 22:9
22:14,18,23 23:10
23:14,22 24:2,6
25:16 26:20,21,24
27:14 28:7 29:11
31:17,24 32:7,14
35:25 37:3,8 38:6
38:13 39:2,5
41:12 50:13 98:2
**meetings** 11:10
39:9
**member** 6:11,15
**members** 12:2,9
12:16 13:16 15:9
19:2 102:16
**memo** 78:10
**memory** 34:11
**mentioned** 61:6
99:19
**merits** 10:19
**mess** 104:10
**met** 12:9,16 24:11
27:5 31:12 42:3
104:17
**michael** 2:23
16:14 28:13 35:19
35:19 38:2 39:8
39:11 40:6 75:4,6
75:12

**michael's** 57:12
58:5
**mid** 68:8
**middle** 99:16
101:4,8,23
**mike** 11:14 12:5
13:19 14:4 15:8
20:21 22:24 27:4
29:19 31:25 38:5
44:19 49:5 53:2,5
56:18
**mike's** 91:11,11
**miles** 36:3
**million** 37:16
**mind** 41:5
**mine** 65:22
**minute** 96:10
**miscellaneous**
52:16
**misread** 11:3
**missouri** 2:8
**mistake** 82:4
**mitigate** 72:10
**mixed** 56:21
**monday** 21:7
56:15,16
**money** 15:11
55:22 63:8,23
74:3,22,23 77:3
90:19 93:8,11
**monitoring** 18:15
**month** 10:8 47:21
48:2 65:10,10,14
78:16 80:13 91:16
92:12
**months** 86:16
95:12
**moore** 1:20 4:16
106:20
**moved** 73:17

**moving** 46:14
**multiple** 87:18,19
  100:9
**mw** 13:23 42:13
  42:14

**n**

**n** 2:2,17 5:21
**name** 4:15 24:8
  48:14 75:17 76:16
  90:4 104:20
  106:15 107:3
  108:3,4
**named** 24:9
**names** 21:10,12
  24:23 25:8,9
  36:16,19 37:16,17
  43:23 48:15,16,18
  48:20,21 100:12
  101:13
**nature** 34:13
  83:11 90:23 92:10
  105:10
**need** 18:14 24:22
  45:18 46:20 64:16
  73:7 84:12 98:5
**needed** 47:14
  92:19
**negotiated** 5:13
  71:14
**neighbor** 41:5
**neighbor's** 41:10
**neither** 54:20
  106:12
**netherland** 104:12
**network** 100:25
**never** 32:11 48:19
  87:20
**new** 1:3,15,15,22
  4:11,14,14,17 5:17
  13:23 14:5 17:22
  17:24 38:2,3,4,10

41:23 42:2,5,11
  94:4 106:3 107:9
**newark** 16:15
**night** 97:16
**nights** 97:16 98:8
**normal** 22:7
**notary** 1:22 5:23
**notations** 7:11
**note** 9:15 16:19
  18:14 40:3
**notes** 9:23,24 10:5
  10:5,14 40:6,7,8
**notice** 1:20 5:16
  68:10 70:2 72:22
  72:23
**noticed** 74:16
**november** 1:13
  4:5 8:6,7,19 107:4
  108:5
**number** 4:12 11:3
  30:2 43:11 44:7
  49:23 50:2 69:18
  69:23 71:25 76:7
  76:18 93:2 104:17
**numbers** 8:23
  48:6,24 76:25

**o**

**o** 5:21
**oath** 4:20
**objection** 50:10
  70:21 71:18 72:12
  72:18 73:15 87:6
**obviously** 36:15
  60:4
**occasion** 12:17
**occurred** 10:3
**occurs** 46:13
**oceanic** 75:11,18
  75:25
**odds** 100:18,22

**office** 38:19 79:18
**oh** 20:12 47:25
  81:3 91:9 100:23
**okay** 10:10 14:2
  27:7 31:11 51:12
  59:21 60:18 61:9
  64:21 65:11 66:6
  66:16 67:4 81:11
  86:22 87:3 96:9
  96:19
**old** 40:19
**once** 95:5
**ones** 24:18 43:17
  59:16,23 93:3
  100:10,20
**online** 92:2
**operate** 35:11
**oral** 71:4
**orange** 52:17 60:2
**order** 17:18 31:4
  60:12
**organize** 59:9
**original** 76:5
  106:9
**originally** 10:13
  48:7
**outlook** 7:19
**overall** 63:11
  102:17
**overseas** 92:13
**owe** 74:21,22
**owed** 75:15
**owned** 57:14 58:2
  58:11,14,21
**ownership** 58:7

**p**

**p** 2:2,2 5:21 57:3,4
  57:8
**p.m.** 1:13 4:4
  27:11 51:2 94:14
  94:20 105:21

**page** 3:2 8:18,22
  8:23 9:2,7 33:6
  43:25 44:14 52:2
  61:4,5,16 62:4,7
  64:25 65:5,12
  76:7 77:23 80:16
  80:17,24 81:10
  82:6,8,24 83:17,18
  85:7,11 87:25
  88:4,22 91:3,4,24
  94:23 96:11,20
  103:9,17 105:5
  108:11,12,13,14
  108:15,16,17,18
  108:19,20,21,22
  108:23,24 109:3,4
  109:5,6,7,8,9,10
  109:11,12,13,14
  109:15,16
**pages** 3:8 6:24,25
  7:4,7 8:6 10:6,15
  53:10
**paid** 37:16 55:9
  64:10,11 67:25
  69:11 70:9 75:14
  79:5 84:11,14
  94:3
**pale** 82:2
**part** 18:5 30:10,13
  40:5 41:20 59:24
  61:13 63:9,11
  66:23 75:13 76:3
  76:4 81:17,18
  82:4 96:6 102:17
**partially** 73:24
**particular** 8:5
  86:6
**party** 106:14
**pay** 30:17 55:12
  62:15 74:24 82:19
  84:9 89:15

paying  72:7
payment  55:21
  57:17,21,23 58:22
  63:14 79:12 92:2
payments  3:15
  51:17 57:23 63:3
  63:16
payroll  78:11,13
  79:3,11
penalty  107:2,8
pending  84:19
people  3:12 22:23
  28:25 30:3,5,10,15
  30:16,18 42:20
  48:24 67:10,19
  99:20 101:11,12
  101:12,15 102:21
  103:6 104:11,17
  104:19
pepper  2:14 4:21
percent  12:5 48:6
  58:11,14
perfectly  18:16
period  50:11 73:8
periods  73:5
perjury  107:2,8
permissible  103:4
person  31:18
  42:10,19 74:8
personal  52:24
  59:17,17,19 63:9
  63:25 76:3 78:25
  80:4 81:23 95:14
  101:24
personally  12:16
  13:18 99:25
  100:21 101:3,16
  104:15
perspective  58:10
pertain  19:8 95:17

pertained  28:22
pertains  106:9
phone  18:25 19:9
photographs
  37:18 98:20
physically  8:18,23
  9:3,7 13:4 17:7
  25:14
piece  25:25 33:25
pieces  25:24 26:3
  26:3
pierre  42:3,4
ping  17:15
place  10:16 77:21
  106:4
places  85:3
plaintiff  1:6,11 4:8
  5:6
planned  48:7
planning  26:4
please  6:18 7:9
  18:18 34:25 35:8
  36:10 51:3 58:24
  69:6 76:9 85:8
  91:24 93:13 102:5
plus  21:14 24:10
  48:4 56:17 60:14
point  9:11 15:10
  16:17 17:11 20:7
  21:17 24:14 38:7
  38:8,15 39:6 47:7
  50:22 74:8 83:20
  88:11 94:16 95:6
points  39:10
pong  17:15
populated  9:20
portion  55:11
position  95:7,20
poss  19:25
possible  19:13
  20:3,4,5 22:13,17

62:21
possibly  20:2
post  7:18 9:15,23
  9:24 10:5,14
potential  23:3
  90:13
pounds  68:23 69:9
  69:15
power  38:7,8,14
  39:6,10 47:7
practice  10:11
  28:16
practices  7:10
predictable  44:16
  47:9 49:8,10,13,19
  50:3,6
preliminary  23:21
present  2:22 11:19
  12:3 13:4 22:23
  27:6 28:14,17
  41:15,19
presented  39:10
preserving  73:14
presumed  68:2
pretty  24:13 56:21
  67:25 76:23 95:18
previous  65:14
  92:12
price  68:19,21,22
pricing  44:3,6,10
  44:15 46:15 47:9
  49:8,13,24 50:3,6
  50:8,14
print  7:19
prior  28:5 29:15
  54:13 102:11
  106:5
privy  64:9
proactive  7:22 8:2
probably  13:8
  19:3 22:10 53:18

53:21 81:22 84:6
  89:13 92:12
problem  95:16
proceedings  50:22
  94:16 106:4,5,6,10
process  24:16 48:4
produced  3:8 7:2
  72:2
producing  72:4,6
product  67:14
professional  1:21
profit  1:5 2:5 4:8
  4:22 5:14 18:24
  19:10 22:18 29:14
  29:21 31:13 34:5
  36:2,4 41:23
  53:13 60:8 68:11
  70:2 74:13 82:18
  84:8,10,13 86:10
  88:11,24 90:6,15
  90:18,20,25 92:16
  93:8 95:17 99:5
  99:15 101:5,18
  102:14 104:8
profit's  89:19
profits  54:14,15
program  80:8
programming
  48:3
progress  70:6
project  18:16
  28:18 29:13 53:4
  54:16 105:8
proper  73:11
prospective  8:3,4
protected  25:8,9
  25:12
provide  67:21
provided  67:23
  68:3

**ps** 56:25
**psyber** 56:10 57:2
  57:7,11,13 58:13
  62:3,25 63:8,13
**public** 1:22 5:23
**pull** 48:6,10,16
  67:11 88:13
**pulled** 26:2
**pulling** 30:4,6
**purchase** 81:16
  97:6 103:13,15
**purchases** 105:5
**purpose** 34:16
  52:9 66:22 75:2
  84:4 89:10 100:7
**pursuant** 1:19
**pushed** 24:25
**put** 8:12 9:25 10:3
  11:17 25:25 35:15
  35:20,21 37:25
  38:6 39:23 40:19
  40:19,20 41:10,13
  42:25 45:21 46:24
  52:6 53:4 64:14
  98:21
**putting** 34:2 39:20
  101:14

**q**

**question** 7:3 9:6
  22:21 35:7 39:8
  39:12 44:18,23,25
  47:3,4 49:5 51:14
  57:4,16 70:24,25
  71:9,19 72:15
  74:7 76:21 79:9
  90:21 93:13,14
  102:4 104:3 105:2
  105:13,15
**questions** 20:15
  38:24 45:5,17,22
  46:14,18,22,25

73:9 79:25 95:3
  101:10 103:3
  105:18
**quickly** 67:25
**quoted** 68:19

**r**

**r** 2:2 5:21 106:1
**rabbit** 101:14
**raising** 45:5
**ramsland** 24:9,15
**reach** 70:3
**reached** 71:4
**read** 13:21 18:20
  26:11 27:2 47:4
  93:12,14
**real** 25:4,5 38:18
**really** 28:11 33:21
  43:7 49:4 58:4
  74:19 89:3
**realtime** 1:21
**reason** 18:5 23:6
  71:15 90:23 91:12
  108:7,11,12,13,14
  108:15,16,17,18
  108:19,20,21,22
  108:23,24 109:3,4
  109:5,6,7,8,9,10
  109:11,12,13,14
  109:15,16
**reasonable** 18:16
**reasons** 100:9
**recall** 12:9 34:16
  54:5 69:19 105:19
**receive** 63:20
**received** 53:12
  63:22 68:10 69:25
**receiving** 28:24
**recess** 50:23 94:17
**recipient** 76:16
**recognize** 7:6

**recollection** 9:22
  21:8 22:6
**record** 4:4 18:14
  50:19,21 51:2,15
  60:24 94:15,20
  95:20 105:22
  106:6,8 108:8
**recordable** 80:13
**recorded** 61:24
  65:8 83:8 89:11
  91:6
**recording** 4:3
  90:23
**records** 25:8,9,12
**recovery** 95:22,23
**red** 52:18 59:4
  60:16,24 61:19,20
  62:6 76:11 91:13
**redacted** 19:6,6
  33:13,16 76:16
**refer** 42:9
**reference** 56:3
**referred** 5:19 54:4
**referring** 30:18
**reflected** 60:7 62:4
**reflection** 9:16
**refusing** 104:25
  105:3,14
**regarding** 28:18
  39:18,19
**registered** 1:20
**regulations** 86:2
**reimbursed** 94:7
**relate** 52:2 92:15
**related** 5:17 29:21
  60:8 94:8 103:20
**relates** 77:17
  89:19
**relating** 60:4
  90:17

**relationship** 74:11
**relative** 106:13
**relevance** 19:7
**relevant** 43:21
**rely** 87:8
**remain** 63:23
**remember** 13:6,10
  17:23 22:8 28:14
  29:10 34:3,12
  36:23 37:3 39:2
  47:12 75:18 89:7
  90:4 94:22
**repeat** 102:5
**replace** 48:13
**report** 67:19 72:2
**reporter** 1:21,21
  4:16,19 47:5
  93:15 106:3
**reports** 25:19 72:4
  72:6,7
**represent** 6:23
**representative** 6:5
  71:13 87:10
**requested** 47:4
  93:14 106:11
**rescissionary**
  95:22
**research** 15:24
  16:7 30:5 44:21
  48:25 52:15 55:9
  55:22,24 56:14
  57:24 58:8 62:9
  62:10 63:2 66:24
  67:9 69:8,16
  71:25 74:13 75:2
**researched** 42:21
  67:20
**respect** 7:10 8:6
  9:2,6 23:9 34:4
  60:22 72:11 74:12
  86:6 105:5

respectively  62:8
response  22:2,7
rest  33:23
result  23:13 49:23
  50:2 100:17
retain  68:6
retrievable  43:3
retrievals  26:6
retrieve  23:25
  34:21
retrieved  24:22
  25:21
retrieving  24:16
retroactive  7:24
return  27:16
  78:23,25 79:5
  84:16
returns  16:15
review  106:10
ridiculous  101:7
rigging  20:18
right  6:6 7:6 8:19
  8:25 11:24 14:20
  20:19 27:23 28:8
  31:14 33:6,9,10,13
  35:5 37:13 40:9
  41:25 43:12,15
  44:16 45:15 54:2
  54:21 57:4,24
  60:15,23 61:7,21
  62:14 63:25 64:5
  65:12 66:13 70:11
  76:13 77:8 81:16
  83:4,9 84:2,11,23
  85:15 90:6 91:15
  92:8 93:11,16
  94:11 96:11,22
  99:23 105:17
rooms  97:24
round  16:16 76:25
  95:2

rpr  106:21
rule  1:18
run  79:22
running  60:11,14
russell  24:8,15

**s**

s  2:2 57:5,8
sadly  93:23
salvage  104:10
satisfy  32:5
saw  41:16,17,18
  68:3 69:22
saying  45:7 64:8
  72:3 90:18
says  11:5 12:21
  13:12,23,24,25
  14:13 18:22 19:25
  20:16,22 26:12
  27:10,22 33:22
  39:6,14,14 40:13
  44:2 56:13,24
  62:3 78:10 89:5
  103:18
scenario  43:8,24
  43:25 49:23 50:2
  50:8
schedule  7:21
scope  103:7
scrambling  23:15
screen  40:21 41:14
  41:17
screens  41:11
scroll  82:7
second  5:2 12:23
  19:23 44:14 58:19
  61:5,16 77:23
  80:17,24 81:10
  83:2 89:2
see  10:25 11:2,6
  12:21 13:12 14:14
  17:4 19:17 27:15

39:15 40:7 42:12
  42:13 43:17 44:4
  45:12 46:21 47:21
  48:15 53:8 67:11
  73:16 78:6,11
  80:19 81:5,24
  82:9,10 83:21
  85:12 91:16 92:3
  98:19
seeking  84:22,24
  104:24
seen  29:17
sense  38:13 73:6
sent  75:21 86:10
  87:14 90:19 93:11
separate  67:4,7
  97:24
service  83:21
services  30:18
  69:16 78:11,13
  79:11
set  10:24 11:5
  14:25 42:24 59:8
  66:9 73:5 78:16
  79:13 80:13 106:5
sets  26:5
setting  11:12
  15:19 16:10 54:18
  80:7
setup  11:11,15
  15:12 56:13
share  21:23 25:7
sharp  64:13
sheet  91:19,23
  108:2 109:2
sherry  104:11
short  25:19
shorthand  106:3,7
show  16:21 25:15
  35:10,11 52:11
  59:11 66:2

showed  24:12
  25:17,18 37:18
showing  65:18,19
  84:25
shows  37:25 51:18
  52:12
sign  25:4
signature  106:19
signed  14:13 17:17
  35:22 53:19
similarly  25:22
simply  64:14
simultaneously
  61:15
single  88:21
sitting  34:20 41:8
situation  28:23
  73:10
six  76:24
size  9:25
skip  29:4
snow  42:3
sol  62:3,25 63:8,13
sole  6:11,14
solely  60:8
solutions  56:10
  57:2,11,13 58:13
somebody  41:2
  48:17 74:20 89:25
  98:12
son  41:8,19 97:23
  99:11
sorry  8:7 16:5
  17:2 20:17,19
  22:20 23:19 27:7
  28:4 37:10,22
  38:25 49:17 55:16
  57:6 75:16 76:10
  77:20 96:15
  100:24 103:16
  104:21

**sort** 14:11 15:2 24:25 25:18 26:4 28:22 31:2 35:13 48:23 49:6 53:19 61:15 80:7,8

**sorts** 19:22

**southern** 1:3 4:11

**spa** 97:7,13,15

**speak** 53:9

**specific** 12:15 35:12 69:19 84:14

**specifically** 71:13 86:8

**spell** 57:7

**spells** 57:10

**spent** 93:9

**split** 54:5

**splitting** 54:13

**springs** 46:16

**start** 57:18 96:19 101:21

**started** 15:13

**starting** 61:4

**starts** 33:6

**state** 1:22 4:18 5:10 95:19 106:3 107:9

**stated** 5:16

**statement** 3:21 51:23 59:12,13,16 60:25 81:24 82:23 88:5

**statements** 82:12

**states** 1:2

**steady** 44:8

**stephen** 1:20 4:16 106:20

**steps** 23:12

**stipulating** 87:16

**stop** 71:14,22 73:7 74:12

**store** 83:4

**stores** 82:13

**storm** 42:3

**straighten** 84:12

**strategic** 1:10,18 2:15 3:9,16,20 4:9 4:24 5:7,12 6:5,9 6:12,15,25 11:13 23:8 30:17 32:13 35:10,24 36:24 43:25 49:9 50:5 51:17,21,22 52:14 53:16 54:21 55:2 55:5,12,20,21 57:17,20,22 58:21 59:14 62:12,22 63:24 64:3 67:22 68:5,9,15 69:25 70:14 71:3,12 72:8,10 74:9 76:15 77:11,17 78:14,20,21,22 79:19 82:18 84:8 84:15,22 87:3,11 88:16,23 93:18 94:6 95:15,20 107:3 108:3

**strategic's** 95:7

**street** 2:7,17

**strike** 58:18 62:24 68:13

**subcontracting** 62:16

**subcontractors** 63:3

**subject** 20:25 109:17

**subscribed** 106:15

**subsequent** 9:11 9:21 10:16 26:25 34:5

**sued** 84:15

**suggested** 89:25

**suit** 85:4

**sunday** 17:23,23

**superficial** 43:6

**suppose** 8:3 98:11

**supposed** 17:12 86:15

**sure** 12:5 22:22 26:16,16 29:12 31:25 37:8 38:23 41:7 55:16 64:7 69:13 72:19

**surveillance** 98:24 99:2,4,14 100:2,3 101:4,5,6,7 102:9

**surveilling** 98:15

**sv** 6:20 35:3 51:6 51:10 69:3

**switzerland** 99:17

**sworn** 5:22 106:6

**system** 21:19

**t**

**t** 3:6 106:1,1

**ta** 25:7

**table** 3:14 24:25 51:16,25 58:25 79:22

**tag** 42:19

**tail** 86:19

**take** 10:16 23:8,13 31:9 34:2 42:25 47:19,20 54:17 55:16 68:11 75:23 94:11 98:20

**taken** 4:7 5:11 65:20,21 66:3,4 86:25 88:18 106:4

**talk** 37:15 101:10 102:25 103:4,6

**talked** 26:21 35:20 76:13

**talking** 30:20 38:5 39:19 40:4 49:14 50:13 72:5 96:7 98:20 99:20

**tally** 65:3

**tank** 3:11 48:13

**targets** 36:18 38:3 38:5

**tax** 55:6 78:15,22 78:25 79:5 80:12

**taxes** 78:16,17,19 78:19 79:4,12

**taxi** 89:15

**taxis** 89:13,16

**team** 10:24 11:5 11:10,16 12:2,10 12:17,21,24 13:12 13:15 14:25 15:9 15:9,13 19:13,17 19:20,21,22,24 20:5,6,11 21:16 24:6 25:15 26:4,7 26:8 30:10,13 56:18 60:4,4,5 61:13 63:12,14,16 63:17 67:6,6 100:17,17 102:16 102:17

**teams** 28:25 54:18

**telephone** 79:25

**tell** 9:19 20:16 21:5 27:20 28:11 33:21 38:12 45:2 47:12 52:9 59:7 71:14 81:8 91:8 103:12

**telling** 23:16

**tells** 48:18

ten 13:25 14:6,9
14:10,17,19,23
15:14,15,19 44:20
term 42:18
terminated 29:14
31:14 34:18 74:5
87:5,13
termination 68:10
70:2,4 72:22,23
86:10,14,15,17,23
86:25 88:18
terms 68:17 69:14
testified 5:24 96:5
testify 6:8 93:19
testifying 1:17 6:4
54:2 106:6
testimony 37:11
39:23 46:4 54:6
54:13 90:14 97:17
102:6 106:8
testing 41:6
thank 39:3
thanks 100:13
theory 73:4
thick 24:13
thing 20:19 41:11
44:19 46:15
things 7:23,25
34:22 42:13 45:6
88:12 101:15
think 12:7 15:25
20:8,13 22:10
23:18,20 24:14
27:4 28:6 29:19
37:14,14,21 38:10
39:4,7,14 43:13
55:18 56:17 63:5
63:11,13,15,16
68:8 75:4,5,7,7,19
77:5 81:18,20,20
81:22 83:13 91:9

95:18 99:19 103:4
103:7
thinking 90:11
third 42:10
thought 40:14
44:25 59:10 68:20
81:18 82:5 102:9
105:14
three 17:25 18:2
24:10 41:11 67:2
67:3 86:16
throw 48:12
tied 47:10 50:9,15
time 4:4 8:2,16
10:7 17:11 24:17
25:11,13 43:2
46:19 47:21 48:11
50:11,20,25 53:3
54:16,17 56:8
69:9 73:8 79:2,10
93:22,25 94:13,19
105:20 106:4
times 12:14 44:20
tiny 79:6
today 5:3,11 6:5
64:19 93:19 95:5
102:11
told 29:19 68:19
101:22
top 65:12
topics 5:13,16
73:20
tossed 44:19
total 66:12 76:20
track 82:11
tracking 22:22
36:17 44:21 97:9
98:12
trained 98:23,25
transaction 53:13
74:20

transcribe 10:5
transcribed 10:14
106:7
transcript 46:13
106:8,9,11 109:18
109:21
transcription
108:10
transcriptions
10:15
travel 52:15 54:17
70:11 85:3 94:3
traveling 8:12
treated 63:9
tried 64:13
trip 16:16 29:21
34:5,13,17 100:7
104:23
trips 34:4
true 106:8 107:10
109:19,22
truly 15:3
truth 23:16 100:15
try 7:12 9:18
23:15 45:9,10
49:21 87:22
100:14,18 101:14
trying 10:10 14:16
14:24 25:23 27:21
32:2 33:18 42:24
48:24 57:19 62:17
62:20 63:19 73:13
74:2 75:16 90:21
90:22 98:12
101:25 102:10,12
104:9,12,13,18,22
tuesday 11:16
tumi 82:13 83:4
turks 97:10,13,21
98:5 99:10 102:7

turn 10:21 18:17
61:16 76:6 77:22
82:24 83:17 85:7
91:3,24 96:11
turned 36:5
turning 75:8
twice 20:13
two 18:3 26:5 28:5
28:24 48:11 50:2
52:6 56:20 62:6
67:3 91:5 97:9,16
97:19 98:7,8
103:16

**u**

u.k. 66:23 67:10
99:16,18 100:2,7
101:23
u.s. 3:16,20 4:10
51:18,22
um 59:2 65:16
unbalanced 48:3
underscored
13:24
undersigned 106:2
understand 10:11
14:16 22:20 35:14
38:16 46:8,16
63:19 65:2 70:23
70:25 72:17 74:2
86:24 90:22
101:25 102:4,10
102:12 104:22
understanding
50:16 63:18 69:14
72:14 73:18 75:20
76:2 102:11
understood 47:17
86:22
undertake 99:14
underway 14:7,8

unit 42:22 44:11
united 1:2
units 42:23 43:12
  43:14 44:7,15
  46:15 47:10 49:15
  50:9,15
unpredictable
  44:2,7 49:11,20,24
unreasonable
  15:20
usb 17:19 41:2
use 7:14,16,18
  8:22 35:24,25
  59:18
usually 67:25

**v**

v 1:9 107:3 108:3
vague 50:10
various 5:18
vendors 3:17
  51:19 62:15 77:7
verbal 17:13 68:16
  68:18
veritext 4:17
version 25:19
versus 4:9 43:6
  80:4
video 4:6 94:14,21
videographer 4:2
  50:20,25 94:13,19
  105:20
viewed 80:10
virginia 11:24
  13:8 31:21
vision 1:10,18 2:15
  3:9,16,20 4:10,24
  5:7,12 6:6,9,12,15
  6:25 11:13 23:8
  30:17 32:13 35:11
  35:25 36:24 44:2
  49:9 50:5 51:18

51:21,22 52:14
53:16 54:21 55:2
55:5,12,20,22
57:17,20,22 58:21
59:14 62:12,23
63:24 64:3 67:22
68:5,9,15 69:25
70:15 71:3,12
72:8,10 74:9
76:15 77:11 78:14
78:20,21,22 79:19
82:18 84:8,15,22
87:3,11 88:16,23
93:18 94:6 95:15
vision's 77:17
  95:20
visit 90:2
visual 80:9

**w**

w 5:21
walk 48:9
walked 36:11,24
waller 2:23 11:14
  13:19 14:4 16:14
  20:10 22:12,16,24
  23:3 25:15 28:8
  29:7 31:12 32:6
  45:8 49:22 53:11
  53:25 55:13,21,23
  57:14 58:11,14,21
  62:14 63:2,8,19
  64:4 75:22 77:4,6
  77:6 96:5 102:20
  105:19
waller's 40:7
  57:20
wallet 83:13,14
wallop 1:17 4:1,7
  5:1,2 6:1,4 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1,5 15:1

16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1,4
45:24 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 107:7,18
108:4 109:25
walmart 18:22
wang 2:24 36:14
want 41:2 45:23
  48:18 59:18 84:14
  94:24 95:19
wanted 16:23
  19:23 23:17 42:20
  49:2 67:11 92:22
  100:14

washington 13:16
  38:18
watch 98:19
way 18:16 42:24
  44:21 49:2,21
  55:19,20 59:11
  60:23 62:20 63:22
  72:14 73:11 80:7
  80:9 91:19 94:7
  101:13
week 15:9 23:25
went 20:13 23:20
  26:17,17 28:11
  34:12 41:9 47:22
  56:18 59:15,22
  64:17 81:4 95:13
whereof 106:14
white 38:19
wilmington 2:18
winter 85:2
wire 15:24,25 16:6
  56:5,25 62:8,9,18
  74:25 75:10,21
  76:12
wired 53:5 55:22
  56:8,10,16 62:13
  63:8 74:3 77:3
wires 3:16 14:25
  16:10 51:18 52:17
  59:4 60:3,16,24
  61:6 64:17,22
  65:3,6,9,14 66:7,8
  66:10,12,17,19
  76:20,24 91:11
  96:3
wish 85:24
withdrawal 89:3
  89:11 96:22
withdrew 55:23
witness 5:22 38:23
  38:25 45:7,16

73:14,23,25 95:4
95:13 96:4 102:25
105:18 106:14
108:4
**witnesses** 106:5
**word** 59:18 69:23
101:7
**words** 8:11 9:23
18:3 32:22 36:20
43:5 63:16 89:14
**work** 13:12 36:14
36:17 44:2 47:15
48:5,15,21 67:14
73:2,7,8,13 87:21
88:17,23 92:18
**worked** 56:9
**working** 26:7,8
65:24 71:21 84:17
102:15 104:11
**world** 101:2
**write** 7:20 8:13
17:11 28:16
**written** 10:13,24
28:15 82:3
**wrong** 43:23 44:25
101:6
**wrote** 8:19,23 9:3
9:8 17:2,3,7

**x**

**x** 1:4,12 3:6
106:11

**y**

**y** 39:22 57:8
**yeah** 16:14 45:11
49:10 66:8,8
91:18
**year** 10:8 32:21
48:22,22 79:7
97:3

**yellow** 52:16 59:25
77:16,25 81:6,25
91:6,13 95:9 96:7
**yesterday** 16:24
**york** 1:3,15,15,22
4:11,14,14,17
13:23 14:5 17:22
38:2,10 42:2,5,11
94:4 106:3 107:9
**yvette** 2:24 17:15
36:13 39:21 41:9
41:14 42:3 81:19
**yvette's** 21:15,19
100:13

**z**

**zurich** 27:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.