# EXHIBIT E

Atkinson-Baker, Inc.
www.depo.com

```
 1            ***** C O N F I D E N T I A L ****

 2            IN THE UNITED STATES DISTRICT COURT

 3          FOR THE SOUTHERN DISTRICT OF NEW YORK

 4                        -  -  -

 5  EASTERN PROFIT CORPORATION,        )
    LIMITED,                           )
 6                                     )
       Plaintiff/Counterclaim Defendant, )
 7                                     )
      v.                              )   Case No.
 8                                    )   18-cv-2185
    STRATEGIC VISION US, LLC,          )   (JGK)
 9                                    )
       Defendant/Counterclaim Plaintiff. )
10  -------------------------------------

11

12

13                     DEPOSITION OF

14                     LIANCHAO HAN

15                   WASHINGTON, D.C.

16                  AUGUST 28, 2019

17

18  ATKINSON-BAKER, INC.
    (800) 288-3376
19  www.depo.com

20  REPORTED BY:  CATHERINE B. CRUMP
    FILE NO. AD07997
21

22
```

Lianchao Han - Confidential
August 28, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE SOUTHERN DISTRICT OF NEW YORK
3  - - -
4  EASTERN PROFIT CORPORATION,         )
   LIMITED,                           )
5                                     )
   Plaintiff/Counterclaim Defendant, )
6                                     )
   v.                    ) Case No.
7                        ) 18-cv-2185
   STRATEGIC VISION US, LLC,     ) (JGK)
8                                )
   Defendant/Counterclaim Plaintiff. )
9  ------------------------------------

10
11
12     Video deposition of LIANCHAO HAN, taken on behalf
13  of Defendant/Counterclaim Plaintiff, at the law
14  offices of Foley & Lardner, LLP, 3000 K Street, N.W.,
15  Suite 600, Washington, D.C., commencing at 9:18 a.m.,
16  Wednesday, August 28, 2019, before Catherine B.
17  Crump, a Notary Public in and for the District of
18  Columbia.
19
20
21
22

Page 2

1          I N D E X
2  WITNESS: Lianchao Han
3  EXAMINATION                     PAGE
4    By Mr. Greim:            7, 285
5    By Mr. Grendi:              261
6  EXHIBITS
7   NO.         DESCRIPTION            PAGE
8   1 - August 28, 2019 Letter from Jeffrey
9                                 14
10  2 - "Dissident Reveals Secret Chinese
11      Intelligence Plans Targeting U.S."      55
12  3 - You Tube Video Translation, April 29, 2017   74
13  4 - "China's Pursuit of Fugitive Businessman
14      Guo Wengui Kicks Off Manhattan Caper Worthy
15      of Spy Thriller"              88
16  5 - Certified Translation:  "A Proposal for a
17      Thorough and Comprehensive Solution
18      Regarding the Matters Involving Pangu
19      Bldg Investment and Other Concerning
20      Guo Wengui"              99
21  6 - You Tube Video Translation,
22      January 18, 2018

Page 4

1     A P P E A R A N C E S :
2  FOR DEFENDANT/COUNTERCLAIM PLAINTIFF:
3  GRAVES, GARRETT, LLC
   BY:   EDWARD D. GREIM, ESQ.
4  1100 Main Street, Suite 2700
   Kansas City, Missouri  64105
5  (816) 256-3181
   edgreim@gravesgarrett.com
6
   ALSO PRESENT:
7
   FRENCH WALLOP
8  MICHAEL WALLER
9  FOR PLAINTIFF/COUNTERCLAIM DEFENDANT:
10 ZEICHNER, ELLMAN & KRAUSE, LLP
   BY:   ZACHARY GRENDI, ESQ.
11 1 Landmark Square
   Fourth Floor
12 Stamford, Connecticut  06901
   zgrendi@zeklaw.com
13
   ALSO PRESENT:
14
   DANIEL PODHASKIE
15 YVETTE WANG
16 FOR THE WITNESS:
17 SCHULMAN, BHATTACHARYA
   BY:   JEFFREY S. GAVENMAN, ESQ.
18 The Clark Building
   7500 Old Georgetown Road
19 Suite 901
   Bethesda, Maryland  20814
20 (240) 356-8553
   jgavenman@schulmanbh.com
21
22 VIDEOGRAPHER:  Steven Jones

Page 3

1  EXHIBIT NO.                     PAGE
2   7 - Thumb Drive                 130
3   8 - Proposal:  "Vision"           130
4   9 - "Three-Year Timeline"           134
5  10 - Text Messages               140
6  11 - Research Agreement            222
7  12 - "Chinese Tycoon Holed Up in Manhattan
8       Hotel Is Accused of Spying for Beijing"     257
9
10 [Han Exhibit Nos. 10 and 11 are designated
11 confidential.]
12
13 WANG EXHIBIT NO.                 PAGE
14  5 - Text Messages               196
15 12 - Financial Forensic Research and
16      Tracking Research            170
17
18     [Wang Exhibit No. 12 is designated confidential.]
19
20
21
22

Page 5

2 (Pages 2 to 5)

**Atkinson-Baker, Inc.**
**www.depo.com**

P R O C E E D I N G S

VIDEOGRAPHER:  Good morning.  I am Steven Jones, your videographer and I represent Atkinson-Baker, Inc. in Glendale, California.  I'm not financially interested in this action, nor am I a relative or employee of any attorney or any of the parties.

Today's date is Wednesday, August 28, 2019.  The time is now 9:18 a.m.  This deposition is taking place at 3000 K Street, Northwest, Washington, D.C., Suite 600, 20007.

This is Case No. 18-CV-2185 entitled "Eastern Profit v. Strategic Vision.  The deponent is Lianchao Han.  Our court reporter today is Cathy Crump, also representing Atkinson-Baker.

Will counsel please introduce themselves for the record, beginning with the attorney giving notice.

MR. GREIM:  This is Eddie Greim, Graves, Garrett, LLC, for the plaintiff, Strategic Vision.

MR. GRENDI:  Zach Grendi of Zeichner, Ellman & Krause for Eastern Profit Corporation, Limited,

Page 6

which is the plaintiff in this action.  I think you mean defendant/counterclaim plaintiff.

MR. GREIM:  Oh, sorry.

MR. GRENDI:  That's all right, Eddie.

MR. GREIM:  Yeah.  I feel like the plaintiff.

MR. GAVENMAN:  Jeff Gavenman of the firm Schulman, Bhattacharya.  I'm representing Mr. Han here today.

MR. GREIM:  Also with us are French Wallop and Mike Waller on behalf of Strategic Vision and I see sitting at the table Yvette Wang and Mr. Daniel Podhaskie.

VIDEOGRAPHER:  At this time, the court reporter will swear in the witness and we can proceed.

Whereupon,

LIANCHAO HAN,

having first been duly sworn,

was examined and testified as follows:

EXAMINATION BY COUNSEL FOR

DEFENDANT/COUNTERCLAIM PLAINTIFF

Page 7

BY MR. GREIM:

Q.   Mr. Han, good morning.

A.   Good morning.

Q.   A couple of preliminary questions for you here:  First of all, you, yourself, are an attorney; is that right?

A.   Correct.

Q.   Have you taken a deposition before?

A.   This is my first.

Q.   Okay.  Have you been deposed before?

A.   This is my first.

Q.   I see.  Well, I'll just tell I'll be asking you a series of questions.  If my question is unclear or you don't understand something about it, please do let me know that and then I'll try to rephrase it.  Okay?

A.   I will.  Thank you.

Q.   And, also, your attorney may object from time to time on matters of form.  You can still answer the question if he does that.  I may rephrase it if I think he's got a point so that the testimony is clearer.

Page 8

A.   Sure.

Q.   From time to time, he'll let you know if he instructs you not to answer on matters of privilege.

A.   Okay.

Q.   Do you understand that?

A.   I understand.

Q.   Okay.  Well, let me ask you before we get into the details here, could you tell us something about your life story, say, just tell us about your education.

A.   I was educated in both China and the United States and I went to college in China, law school in China, and I also went to law school here and did my Ph.D. here and another master's degree.  So that's it.

Q.   Okay.  When did you come to the United States?

A.   I came here around 1988.  '88.

Q.   Okay.  And did you end up becoming a citizen?

A.   Yes.

Page 9

3 (Pages 6 to 9)

**Atkinson-Baker, Inc.**
**www.depo.com**

1   Q.   After you came to the U.S., maybe if you   09:19
2   just could walk us through your career since you've   09:19
3   been here.   09:19
4   A.   I went to a year of law school and I   09:19
5   didn't quite -- I finished a program, but when the   09:19
6   Tieneman Square massacre occurred and I become a   09:19
7   student leader in this country, we organized protests   09:20
8   against China's crackdown, and about 300 universities   09:20
9   in this country, the Chinese student scholars formed   09:20
10   a group that elected me as their first vice   09:20
11   president.  So we carried out the pro-democracy   09:20
12   protest of, you know, Chinese students in this   09:20
13   country and, also, we prepared ourself for to   09:20
14   practice democracy and to learn how democracy works   09:20
15   here and, meanwhile, we lobby U.S. Congress, U.S.   09:20
16   Government, for a tougher human rights policy against   09:20
17   China.   09:21
18       So after, I did that work in Washington, D.C.   09:21
19   for about a year and I worked in the U.S. Senate for   09:21
20   about 12 years.  I worked for three different   09:21
21   Senators, served as a staff attorney, staff   09:21
22   legislative counsel, and policy director.  After   09:21

Page 10

1   that, I went back to finish my Ph.D., and after   09:21
2   Ph.D., I went back to community college to study   09:21
3   science and went to John Hopkins to get another   09:21
4   master's degree in biotechnology, and when Liu   09:21
5   Xiaobo, we promoted Liu Xiaobo to get the Nobel Peace   09:21
6   Prize, and after that, I feel that we want to   09:22
7   organize to run Liu Xiaobo.   09:22
8       So I joined a human rights group called   09:22
9   Citizens for Initiative for China and I served as the   09:22
10   vice president of the group until now.  I'm still the   09:22
11   vice president of the group.  So we basically lobby   09:22
12   Congress, educate American general public about China   09:22
13   and about, you know, for improved democracy for human   09:22
14   rights.   09:22
15   Q.   Now, is it true -- I mentioned earlier   09:22
16   that you're an attorney.  You're a patent attorney;   09:22
17   is that right?   09:22
18   A.   Correct.   09:22
19   Q.   Do you have any patents?   09:22
20   A.   I didn't myself.  I didn't get a chance   09:22
21   to file.   09:22
22   Q.   Okay.  Okay.  Is it also fair to say   09:22

Page 11

1   that you are a speaker and writer about U.S.-Chinese   09:23
2   relations?   09:23
3   A.   Correct.   09:23
4   Q.   And you follow domestic politics in   09:23
5   China as well?   09:23
6   A.   Correct.   09:23
7   Q.   If I were to ask you what Chairman --   09:23
8   well, let me back up for a second.   09:23
9       Who is the president of China?   09:23
10   A.   Xi Jinping.   09:23
11   Q.   Is he also the chairman of the Chinese   09:23
12   Communist Party?   09:23
13   A.   Yes.   09:23
14   Q.   Have you heard of a program of his   09:23
15   called China Dream?   09:23
16   A.   Yes.   09:23
17   Q.   What is that?   09:23
18   A.   It is his idea.  It's rhetoric about   09:23
19   rejuvenating the nationalism of China.  That's   09:23
20   basically what it is.   09:23
21   Q.   Okay.  And what does rejuvenating of the   09:23
22   nationalism of China entail, more specifically?   09:24

Page 12

1   A.   More specifically --   09:24
2   MR. GAVENMAN:  Objection to form.   09:24
3   THE WITNESS:  Huh?   09:24
4   MR. GAVENMAN:  I said objection to form.   09:24
5   THE WITNESS:  It's, basically, you know, make   09:24
6   China the greatest country in the world.   09:24
7   BY MR. GREIM:   09:24
8   Q.   Does that entail competition with the   09:24
9   United States?   09:24
10   A.   Absolutely.   09:24
11   Q.   Does it involve undermining United   09:24
12   States' interests?   09:24
13   A.   Of course.   09:24
14   Q.   Now, I take it, based on the background   09:24
15   that you've just given us, that one of your goals is   09:24
16   not to advance President Xi's goals.  Am I right   09:24
17   about that?   09:24
18   MR. GRENDI:  Object to the form.   09:24
19   THE WITNESS:  Yes.   09:24
20   MR. GREIM:  Okay.  Brief interlude:  I want   09:25
21   to mark as Exhibit 1 a production I received from   09:25
22   your counsel in the wee hours.   09:25

Page 13

4 (Pages 10 to 13)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | [Han Exhibit No. 1 was | 09:25 |
| 2 | marked for identification.] | 09:25 |
| 3 | BY MR. GREIM: | |
| 4 | Q.   I'll show you what's been marked as Han | 09:25 |
| 5 | Exhibit 1, and you'll see it starts off with a letter | 09:25 |
| 6 | from your attorney, Mr. Gavenman, that takes up the | 09:25 |
| 7 | first two pages and then there are a total of four | 09:25 |
| 8 | Bates-labeled pages.  Do you see that? | 09:25 |
| 9 | A.   Yeah. | 09:25 |
| 10 | Q.   Are those four pages the documents that | 09:25 |
| 11 | you gave to your attorney to produce to me? | 09:25 |
| 12 | A.   Yes. | 09:25 |
| 13 | Q.   And the redaction, I take it, is just | 09:25 |
| 14 | your communication with your counsel about what is | 09:26 |
| 15 | below; is that right? | 09:26 |
| 16 | A.   Yes. | 09:26 |
| 17 | Q.   Okay.  Now, this morning, you also | 09:26 |
| 18 | produced a folder of hard copy documents; is that | 09:26 |
| 19 | right? | 09:26 |
| 20 | A.   Yes. | 09:26 |
| 21 | Q.   Okay.  We are looking at those and we'll | 09:26 |
| 22 | cover those later after we have a chance for a break. | 09:26 |

Page 14

| | | |
|---|---|---|
| 1 | Okay? | 09:26 |
| 2 | A.   Okay. | 09:26 |
| 3 | Q.   I want to ask you do you have -- I have | 09:26 |
| 4 | mentioned to your counsel the other day that I | 09:26 |
| 5 | thought you may have text messages.  Did you search | 09:26 |
| 6 | for and find any text messages or Signal messages | 09:26 |
| 7 | with either Ms. Wallop or Mr. Waller? | 09:26 |
| 8 | A.   All the messages are deleted.  It said | 09:26 |
| 9 | automatically deleted.  I don't have any. | 09:26 |
| 10 | Q.   Now, I will represent to you that when | 09:26 |
| 11 | you use Signal and you change the settings on | 09:27 |
| 12 | there -- | 09:27 |
| 13 | A.   Correct. | 09:27 |
| 14 | Q.   -- it tells everybody else your | 09:27 |
| 15 | contacts. | 09:27 |
| 16 | A.   Yes. | 09:27 |
| 17 | Q.   And so, yesterday, I believe we saw a | 09:27 |
| 18 | notice that you had changed the settings to 10-second | 09:27 |
| 19 | delete.  Now, is that correct?  Did you do that? | 09:27 |
| 20 | A.   That's correct. | 09:27 |
| 21 | Q.   But your testimony -- well, let me ask | 09:27 |
| 22 | you.  That's not what deleted the messages, is it? | 09:27 |

Page 15

| | | |
|---|---|---|
| 1 | A.   No. | 09:27 |
| 2 | Q.   No.  Why did you set your -- | 09:27 |
| 3 | A.   I was searching for all the text | 09:27 |
| 4 | messages and I noticed my Signal with Mike and French | 09:27 |
| 5 | is not set correctly.  Sometimes, you know, it | 09:27 |
| 6 | changes.  So I set it to 10 seconds. | 09:27 |
| 7 | Q.   What was it set to before 10 seconds? | 09:27 |
| 8 | A.   Before, I set it usually automatically | 09:27 |
| 9 | just erase it after read. | 09:28 |
| 10 | Q.   Did you have any communications with Mr. | 09:28 |
| 11 | Guo that you did not produce? | 09:28 |
| 12 | A.   No.  With Mr. Guo, we don't use Signal. | 09:28 |
| 13 | Q.   What do you use to communicate with Mr. | 09:28 |
| 14 | Guo? | 09:28 |
| 15 | A.   With What's App.  WhatsApp, I also | 09:28 |
| 16 | automatically to delete it whenever I read the | 09:28 |
| 17 | message.  Can I add? | 09:28 |
| 18 | MR. GAVENMAN:  Sure. | 09:28 |
| 19 | BY MR. GREIM: | 09:28 |
| 20 | Q.   Sure. | 09:28 |
| 21 | A.   For this particular project, at the very | 09:29 |
| 22 | beginning, we all agreed we're not -- everything has | 09:29 |

Page 16

| | | |
|---|---|---|
| 1 | to be in person, face-to-face meeting, no digital | 09:29 |
| 2 | transmission of any sort of documents. | 09:29 |
| 3 | Q.   And why was that? | 09:29 |
| 4 | A.   Because everybody agreed to keep secret. | 09:29 |
| 5 | So we don't communicate on the digital platform | 09:29 |
| 6 | whatsoever. | 09:29 |
| 7 | Q.   However, do you recall that, in fact, | 09:29 |
| 8 | some text communications did occur between you and | 09:29 |
| 9 | Ms. Wallop and Mr. Waller? | 09:29 |
| 10 | A.   I don't remember. | 09:29 |
| 11 | Q.   Okay. | 09:29 |
| 12 | A.   If there is, it must be very vague.  I | 09:29 |
| 13 | don't think we discussed that directly. | 09:29 |
| 14 | Q.   Specifically, have you had | 09:30 |
| 15 | communications with Ms. -- well, let me back up. | 09:30 |
| 16 | Have you had communications with Mr. Guo about | 09:30 |
| 17 | this case? | 09:30 |
| 18 | A.   Let me think about this. | 09:30 |
| 19 | He called me on WhatsApp, blamed Mike and | 09:30 |
| 20 | French as a fraud, cheated him, and there was one | 09:30 |
| 21 | situation, one time, that his supporters started | 09:30 |
| 22 | about getting ready to attack me personally because I | 09:31 |

Page 17

5 (Pages 14 to 17)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1   introduced Mike and French to Miles.  Miles feel like   09:31
2   he is cheated by them.  So when I learned the   09:31
3   supporters are about to attack me personally, I sent   09:31
4   him a message and I said how can you, you know, let   09:31
5   your supporters do this to me.   09:31
6        So he called me back and discussed and we   09:31
7   argued, you know, for quite a while and then, you   09:31
8   know, just ended that.  He kept asking me who gave   09:31
9   you that information, who tell you that my supporters   09:31
10  are going to attack you personally.  I said I won't   09:31
11  be able to tell you that, and he pressured me many,   09:32
12  many times.  I refused to tell him.   09:32
13       So when it ended, that's the only time we   09:32
14  discussed that, and a few times when I was in his   09:32
15  office, he mentioned about it as well, but we   09:32
16  obviously have different views about our perception.   09:32
17       Q.   The longer discussion that you just   09:32
18  testified to --   09:32
19       A.   Yeah.   09:32
20       Q.   -- was this after the lawsuit was filed?   09:32
21       A.   I don't know when this lawsuit was   09:32
22  filed.  So I have no idea if it was before or after.   09:32

Page 18

1        Q.   Okay.  Was it after the -- do you   09:32
2   recall, at some point, there was a letter terminating   09:32
3   the contract from the Foley, Hogue law firm?   09:32
4        A.   I didn't.   09:32
5        Q.   No?  Do you recall if it was soon after   09:32
6   the work on the project started -- stopped?   09:33
7        A.   That, I don't specifically remember.  I   09:33
8   think it must be a while after it stopped.   09:33
9        Q.   Did Mr. Guo deny to you that he had   09:33
10  supporters who were going to attack you?   09:33
11       A.   He didn't deny it.   09:33
12       Q.   What do you mean when you say that   09:33
13  supporters of Guo were going to personally attack   09:33
14  you?   09:33
15       A.   At one point, I think Miles made a video   09:33
16  to see.  I assured him four times a hundred percent   09:34
17  Mike and French are going to deliver what he's asking   09:34
18  for, which I did, and then the supporters say, you   09:34
19  know, I must be in the scam to cheat him, so asking   09:34
20  him when should we attack Lianchao Han.   09:34
21       Q.   Were these supporters online supporters?   09:34
22       A.   I think they were through a private chat   09:34

Page 19

1   platform.   09:34
2        Q.   Have you received any sort of threats   09:34
3   from Yvette Wang or Mr. Podhaskie, sitting here today   09:35
4   on behalf of Golden Spring?   09:35
5        A.   No.   09:35
6        MR. GRENDI:  Objection to form.   09:35
7   BY MR. GREIM:   09:35
8        Q.   Let me ask you have you had any   09:35
9   communications with Mr. Podhaskie here before today?   09:35
10       A.   I did.   09:35
11       Q.   What were those communications?   09:35
12       A.   Mostly focused on the case against Clark   09:35
13  Hill.  He asked me -- he's bothering me, actually,   09:35
14  about, you know, the case and I have been giving my   09:35
15  accounts five, six times to different lawyers.  I   09:36
16  just got really tired of that.  He pressured me for   09:36
17  giving more.  So that's why we were back and forth   09:36
18  about it.   09:36
19       Q.   I'm sorry.  What was the Clark Hill   09:36
20  case?   09:36
21       A.   Clark Hill case is Miles is suing them,   09:36
22  is about maybe suing them for his political asylum,   09:36

Page 20

1   and Clark Hill was representing him originally to do   09:36
2   the political asylum case and then right after, you   09:36
3   know, they file the application, the Chinese cyber   09:36
4   attacked, basically hijacked the entire firm and   09:36
5   forced the Clark Hill to drop representation of him.   09:36
6        As a result, Miles' application was exposed   09:37
7   because Chinese hackers got the information and   09:37
8   posted online, which is damaging to his personal   09:37
9   safety.   09:37
10       Q.   Now let me ask you when were your   09:37
11  interactions with Mr. Podhaskie about that matter?   09:37
12       A.   I would say I don't know when he was   09:37
13  hired.  I think it's back and forth probably through   09:37
14  maybe over half a year, maybe eight months.  I don't   09:37
15  remember specifically.   09:37
16       Q.   Half a year or eight months ago?   09:37
17       A.   Yes.  Eight months ago, maybe a year   09:37
18  ago.   09:37
19       Q.   And we're about to move on.  I just want   09:37
20  to make sure I understand this.   09:38
21       A.   Yeah.   09:38
22       Q.   How is it that you would have   09:38

Page 21

6 (Pages 18 to 21)

**Atkinson-Baker, Inc.**
**www.depo.com**

**Page 22**

1    information about the Clark Hill matter?  What was

2    your involvement?

3        A.   I was helping Miles for his asylum case.

4        Q.   So then you had interaction with the

5    Clark Hill lawyers?

6        A.   Correct.

7        Q.   How do you know that Chinese hackers did

8    hack the Clark Hill law firm?

9        A.   Clark Hill told me.

10       Q.   Do you believe them?

11       A.   Of course.

12       Q.   Okay.  Let me ask about -- you mentioned

13   a couple of different conversations with Mr. Guo

14   about this case.

15       A.   Yes.

16       Q.   We talked about the longer conversation

17   and then you said you met with him a few more times

18   in the office.

19       A.   Yes.

20       Q.   Now, whose office was that?

21       A.   Miles' office.

22       Q.   Where is that office?

**Page 23**

1        A.   I think that -- what is that?  62 -- 64

2    Street of New York.

3        Q.   64th Street on the upper east side?

4        A.   Yeah.

5        Q.   Are those also the Golden Spring

6    offices?

7        A.   That, I don't know.

8        Q.   When did those meetings occur, to the

9    best of your recollection?

10       A.   That's hard to know.  I think maybe two

11   months ago, there was one, or three months ago and

12   then early -- I have been there maybe three, four

13   times.

14       Q.   Does Mr. Guo ask for your advice about

15   this case?

16       A.   No.

17       Q.   What did you discuss with him about the

18   case?  Let's start with the earliest meeting that you

19   can remember.

20       A.   I think at the beginning, I strongly

21   advised when he mentioned he's going to sue French

22   and Mike, I opposed the idea.  I also got his

**Page 24**

1    colleagues that agree with me, we try to persuade him

2    not to pursue it, and that was the earliest

3    discussion.  Of course, he won't listen to me and I

4    tried a few more times this, and then I don't think

5    he was -- you know, there's no way he agreed with me.

6    So that was that.

7             Then, later, I think we discussed.  He didn't

8    discuss specifically about the case at all.  He kept

9    saying French and Mike are frauds, cheated him, which

10   we always have a different view on that.  I disagree

11   with him on that.  So we argued back and forth.  So

12   that pretty much was our main conversation about the

13   case, whether they're cheating him or not.

14       Q.   Why do you disagree?

15       A.   Because I think everybody comes in with

16   a good intention at the beginning.

17       Q.   Who are the colleagues of Mr. Guo's that

18   agreed with your position early on?

19            MR. GAVENMAN:  Objection to form.

20            Go ahead.

21            THE WITNESS:  At the meeting was his --

22   Victor Cedar and William Yu.  Williams, he's a

**Page 25**

1    manager, I think.

2    BY MR. GREIM:

3        Q.   Is this William Je, J-E?

4        A.   J-E?  I think Yu.  Right?  No.

5    I don't remember his last name, but he was --

6    he was -- I remember he was at the meeting.  He also

7    agreed with me not to pursue this case, because we --

8    yeah.  I predict what's going to happen exactly like

9    what's happening right now.

10            MR. GRENDI:  I'm sorry.  What was the name of

11   the first individual?

12            THE WITNESS:  Victor.

13            MR. GRENDI:  Sorry.  I was asking the court

14   reporter.  I apologize.

15            MR. GREIM:  That's okay.  I was going to ask

16   anyway.

17            MR. GRENDI:  Okay.  Fair enough.

18   BY MR. GREIM:

19       Q.   Victor, what was his last name?

20       A.   Cedar.  Cedar.  Correct?

21       Q.   Was he at Foley, Hogue?

22       A.   No.  He is a solo practitioner.

7 (Pages 22 to 25)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | **Q.   Could you spell his last name?**   09:43 |
| 2 | A.   C-E-D-A-R.  I could be wrong.  I always   09:43 |
| 3 | just call his first name.   09:43 |
| 4 | **Q.   What did you understand that William's**   09:43 |
| 5 | **position was with Mr. Guo?**   09:44 |
| 6 | A.   I think he manages his financial assets.   09:44 |
| 7 | **Q.   Do you know if he is the director of a**   09:44 |
| 8 | **company called ACA?**   09:44 |
| 9 | A.   That, I didn't know.   09:44 |
| 10 | **Q.   Have you heard of that company, ACA or**   09:44 |
| 11 | **ACA Capital Group Limited?**   09:44 |
| 12 | A.   I'm not sure, but one time, I think -- I   09:44 |
| 13 | don't know which one.  There's a trust fund or   09:44 |
| 14 | something that French tried to buy real estate for   09:44 |
| 15 | Miles that needed a letter of credit.  I think that   09:44 |
| 16 | company provided it.  I don't know which company   09:44 |
| 17 | provided it.   09:44 |
| 18 | I don't remember that, but I think -- yeah.   09:44 |
| 19 | Maybe that.   09:45 |
| 20 | **Q.   This William Yu --**   09:45 |
| 21 | A.   Yeah.   09:45 |
| 22 | **Q.   -- where does he live?**   09:45 |

Page 26

| | |
|---|---|
| 1 | A.   I don't know.  He seems to travel back   09:45 |
| 2 | and forth, Hong Kong, London, and New York.   09:45 |
| 3 | **Q.   Does he have a role with McQuary Capital**   09:45 |
| 4 | **Group?  Does that sound familiar?**   09:45 |
| 5 | A.   I don't remember.  Is that Australian?   09:45 |
| 6 | **Q.   It is.**   09:45 |
| 7 | A.   Then he used to be involved before Miles   09:45 |
| 8 | hired him.   09:45 |
| 9 | **Q.   When the last time you saw William?**   09:45 |
| 10 | A.   Well, that may be a year ago or -- I   09:45 |
| 11 | don't remember.  Maybe eight months ago.   09:45 |
| 12 | **Q.   I want to go back now.  I just want to**   09:46 |
| 13 | **make sure we cover this.  Is there anything else that**   09:46 |
| 14 | **you discussed with Mr. Guo in these meetings in his**   09:46 |
| 15 | **office --**   09:46 |
| 16 | A.   Yeah.   09:46 |
| 17 | **Q.   -- about the case that we haven't**   09:46 |
| 18 | **covered yet?**   09:46 |
| 19 | A.   There may be something, but I don't   09:46 |
| 20 | remember, but mainly, I remember the major picture,   09:46 |
| 21 | big picture, thing is just this.   09:46 |
| 22 | **Q.   Did you tell Mr. Guo that Strategic**   09:46 |

Page 27

| | |
|---|---|
| 1 | Vision would likely counterclaim against him?   09:46 |
| 2 | A.   Yes.  Not specifically counterclaim.  I   09:46 |
| 3 | have to take that back.  I think they will create   09:46 |
| 4 | difficult situation that will jeopardize your   09:46 |
| 5 | political asylum.  It's not worth it.   09:47 |
| 6 | **Q.   Did you ever speak with Yvette Wang, who**   09:47 |
| 7 | **is sitting here at the table, about the lawsuit?**   09:47 |
| 8 | A.   No.   09:47 |
| 9 | **Q.   Do you know what role she plays for Mr.**   09:47 |
| 10 | **Guo?**   09:47 |
| 11 | MR. GRENDI:  Object to the form.   09:47 |
| 12 | THE WITNESS:  Roughly.   09:47 |
| 13 | BY MR. GREIM:   09:47 |
| 14 | **Q.   What is that?**   09:47 |
| 15 | A.   She's been his longtime assistant.  He   09:47 |
| 16 | managed -- she managed the office and she was   09:47 |
| 17 | originally excluded from this discussion, this   09:47 |
| 18 | project with Mike and French, and later, she was the   09:47 |
| 19 | one who signed the contract, finished the   09:48 |
| 20 | negotiation, signed the contract with them, managed   09:48 |
| 21 | the project until, in the end, Miles asked -- took   09:48 |
| 22 | her out, put me back in.   09:48 |

Page 28

| | |
|---|---|
| 1 | That's all I know.  I don't know specifically   09:48 |
| 2 | what she does, but that's just based on my   09:48 |
| 3 | observation.   09:48 |
| 4 | **Q.   Well, have you heard of an entity called**   09:48 |
| 5 | **Golden Spring New York or Golden Spring Hong Kong?**   09:48 |
| 6 | A.   I heard about it, yeah.   09:48 |
| 7 | MR. GRENDI:  Object to the form.   09:48 |
| 8 | BY MR. GREIM:   09:48 |
| 9 | **Q.   Do you know whether Ms. Wang has a role**   09:48 |
| 10 | **with either of the Golden Spring entities?**   09:48 |
| 11 | MR. GRENDI:  Objection to the form.   09:48 |
| 12 | THE WITNESS:  I didn't.   09:48 |
| 13 | BY MR. GREIM:   09:48 |
| 14 | **Q.   Why was it that Ms. Wang -- well, let me**   09:48 |
| 15 | **back up.**   09:48 |
| 16 | **Why do you say Ms. Wang was originally**   09:48 |
| 17 | **excluded from the discussion?**   09:49 |
| 18 | A.   I didn't know.  I think, later -- I   09:49 |
| 19 | forgot if he said in the meeting or he said to French   09:49 |
| 20 | and Mike later, but the reason was Miles didn't trust   09:49 |
| 21 | her and she has many relatives that is within the   09:49 |
| 22 | system.   09:49 |

Page 29

8 (Pages 26 to 29)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | **Q.   What do you mean, "within the system"?** 09:49 |
| 2 | A.   With the communist, work for the Chinese 09:49 |
| 3 | Government.  I didn't know the source, but I just 09:49 |
| 4 | didn't remember if he said that in the meeting or 09:49 |
| 5 | later, but that's my impression. 09:49 |
| 6 | **Q.   Well, let me back up for a second.  When** 09:49 |
| 7 | **did you first remember meeting her?** 09:49 |
| 8 | A.   Meeting Yvette? 09:50 |
| 9 | **Q.   Um-hum.** 09:50 |
| 10 | A.   I think maybe two years ago. 09:50 |
| 11 | **Q.   Okay.  So it would be late summer of** 09:50 |
| 12 | **2017?** 09:50 |
| 13 | A.   It will be August or September.  August, 09:50 |
| 14 | most likely, yeah, August. 09:50 |
| 15 | **Q.   How are you able to remember that time?** 09:50 |
| 16 | A.   That was political asylum.  Miles tried 09:50 |
| 17 | to -- that's why we were introduced to him and he did 09:50 |
| 18 | help him with his political asylum.  Yeah. 09:50 |
| 19 | **Q.   What I should have asked you in the very** 09:50 |
| 20 | **beginning was when did you first meet Mr. Guo?** 09:50 |
| 21 | A.   I think it's either July or August, 09:50 |
| 22 | early August or, you know, late July of 2017. 09:50 |

Page 30

| | |
|---|---|
| 1 | **Q.   And who introduced you?** 09:50 |
| 2 | A.   His name is Jonathan Ho.  The Chinese 09:51 |
| 3 | name is Chen Jun. 09:51 |
| 4 | **Q.   Is that the last name, H-O?** 09:51 |
| 5 | A.   Correct. 09:51 |
| 6 | **Q.   Jonathan Ho.  Who is Jonathan Ho?** 09:51 |
| 7 | A.   He is a longtime friend of mine.  He 09:51 |
| 8 | also used to be an activist, pro-democracy activist. 09:51 |
| 9 | He's a friend with the late Nobel Peace Prize winner 09:51 |
| 10 | Liu Xiaobo. 09:51 |
| 11 | **Q.   So why did Mr. Ho introduce you to Mr.** 09:51 |
| 12 | **Guo?** 09:51 |
| 13 | MR. GRENDI:  Objection, form. 09:51 |
| 14 | MR. GAVENMAN:  Objection to form. 09:51 |
| 15 | THE WITNESS:  I think, at the time, they were 09:52 |
| 16 | talking about the options, what to do, whether to 09:52 |
| 17 | seek political asylum or other form of protection, 09:52 |
| 18 | and he knows that, you know, I'm familiar with the 09:52 |
| 19 | American legal system.  So he brought me to discuss 09:52 |
| 20 | those options with Miles. 09:52 |
| 21 | BY MR. GREIM: 09:52 |
| 22 | **Q.   And is it fair to say that you assisted** 09:52 |

Page 31

| | |
|---|---|
| 1 | him with his various efforts to obtain political 09:52 |
| 2 | asylum from that point forward? 09:52 |
| 3 | A.   Correct. 09:52 |
| 4 | **Q.   What was your initial impression of Mr.** 09:52 |
| 5 | **Guo?** 09:52 |
| 6 | A.   I think he's a genuine warm person.  He 09:52 |
| 7 | has a deep knowledge of how the communist system 09:53 |
| 8 | works and he has a reason to expose the high-ranking 09:53 |
| 9 | government officials that are corrupt and, also, he 09:53 |
| 10 | has many defects of the people from the communist 09:53 |
| 11 | system. 09:53 |
| 12 | **Q.   What do you mean by that?** 09:53 |
| 13 | A.   Like -- 09:53 |
| 14 | MR. GRENDI:  Objection to form. 09:53 |
| 15 | THE WITNESS:  He probably won't tell you 09:53 |
| 16 | exactly what he thinks.  Sometimes he exaggerates 09:53 |
| 17 | what he's done and stuff like that. 09:53 |
| 18 | BY MR. GREIM: 09:53 |
| 19 | **Q.   So you met Ms. Wang, then, within about** 09:53 |
| 20 | **a month or so of having met Mr. Guo himself?** 09:54 |
| 21 | A.   Correct. 09:54 |
| 22 | **Q.   Did your impression of Mr. Guo change** 09:54 |

Page 32

| | |
|---|---|
| 1 | over time? 09:54 |
| 2 | A.   No. 09:54 |
| 3 | **Q.   Do you consider yourself to be a** 09:54 |
| 4 | **personal friend of Mr. Guo?** 09:54 |
| 5 | A.   That's a very -- 09:54 |
| 6 | **Q.   Sorry.** 09:54 |
| 7 | A.   -- difficult question.  I think I 09:54 |
| 8 | maintain a personal relationship with him and, also, 09:54 |
| 9 | politically, I support his effort and I also have a 09:55 |
| 10 | lot of reservation about him. 09:55 |
| 11 | **Q.   What are those reservations?** 09:55 |
| 12 | A.   He just brings troubles to me.  You 09:55 |
| 13 | know, I live a very simple straightforward life. 09:55 |
| 14 | This is my first deposition, first -- you know, this, 09:55 |
| 15 | it's not fun. 09:55 |
| 16 | My focus is the big picture, how to change 09:55 |
| 17 | China, how to promote democracy.  I don't want to 09:55 |
| 18 | sign on to derail from that goal.  This definitely is 09:55 |
| 19 | troublesome to me. 09:55 |
| 20 | **Q.   Do you have any concern about whether** 09:55 |
| 21 | **Guo is fully committed to overturning the Chinese** 09:56 |
| 22 | **communist system?** 09:56 |

Page 33

9 (Pages 30 to 33)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | Page 34 | |
|---|---|---|

1      A.   Well, I think he's fully committed.  At      09:56
2  the same time, he also has his relatives, his      09:56
3  employees to be considered and his assets, although,      09:56
4  all of it has been confiscated.  So I understand his      09:56
5  position.      09:56
6      Q.   And would it surprise you if Mr. Guo,      09:56
7  for example, vacillates in wanting regime change      09:56
8  versus something less than that?      09:56
9      MR. GRENDI:  Object to the form.      09:57
10     MR. GAVENMAN:  Object to the form.      09:57
11     THE WITNESS:  Can you rephrase that?      09:57
12  BY MR. GREIM:      09:57
13     Q.   Sure.  Sure.  Would it surprise you that      09:57
14  Mr. Guo tries to bargain with Chinese officials?      09:57
15     MR. GRENDI:  Object to the form.      09:57
16     MR. GAVENMAN:  Objection to form.      09:57
17     THE WITNESS:  Frankly, I think it's possible,      09:57
18  but it's unlikely, highly unlikely.  It's too late      09:57
19  for that.      09:57
20  BY MR. GREIM:      09:57
21     Q.   What do you mean by it's too late for      09:57
22  that?      09:57

Page 34

1      MR. GRENDI:  Object to the form.      09:57
2      MR. GAVENMAN:  Objection to form.      09:57
3      THE WITNESS:  He's already put himself in the      09:57
4  position that he is the number one enemy of the      09:57
5  regime.      09:57
6  BY MR. GREIM:      09:57
7      Q.   When did he cross that line?      09:57
8      MR. GAVENMAN:  Objection to form.      09:57
9      MR. GRENDI:  Objection to the form.      09:58
10     THE WITNESS:  I don't know for sure.  My      09:58
11  speculation -- can I speculate?      09:58
12     MR. GAVENMAN:  You shouldn't speculate.  Only      09:58
13  speak to things that you know.      09:58
14     THE WITNESS:  All right.  But I think -- can      09:58
15  I just say, more likely, after he turned the MSS      09:58
16  Secretary of Discipline into FBI, they busted them at      09:58
17  La Guardia Airport and I think that's where he      09:58
18  crossed the line.      09:58
19  BY MR. GREIM:      09:58
20     Q.   Do you know whether he attempted to      09:58
21  negotiate with Chinese officials even after that      09:58
22  point?      09:58

Page 35

1      MR. GRENDI:  Object to the form.      09:58
2      THE WITNESS:  I didn't know.      09:58
3  BY MR. GREIM:      09:58
4      Q.   Do you know whether he is negotiating      09:58
5  with Chinese officials even today?      09:59
6      A.   I didn't know that either.      09:59
7      Q.   Let's shift gears for a moment here and      09:59
8  -- well, before we move on.  After you met Guo, Mr.      09:59
9  Guo --      09:59
10     A.   Yeah.      09:59
11     Q.   -- did he introduce you to others      09:59
12  besides Yvette Wang over the next month or two?      09:59
13     A.   I met all his families, family members,      09:59
14  through him.  I met with Tony Blair.  I met -- who      09:59
15  else?  There were several other people that's      09:59
16  significant maybe.      09:59
17     Q.   Did he introduce you to someone named      10:00
18  Hansheng Wang?      10:00
19     A.   He never introduced me to Hansheng Wang.      10:00
20  Hansheng Wang, I know used to be his staff.  I got to      10:00
21  know him in that capacity.      10:00
22     Q.   What does Hansheng Wang do for Mr. Guo?      10:00

Page 36

1      MR. GRENDI:  Object to form.      10:00
2      MR. GAVENMAN:  Object to the form.      10:00
3      THE WITNESS:  If I saw him, he do -- he does      10:00
4  lots of different things, bodyguard, security.  He      10:00
5  also cooks.  What else he does?  Run errands, book      10:00
6  hotel rooms, you know.      10:00
7  BY MR. GREIM:      10:00
8      Q.   Does he run any companies?      10:00
9      A.   I have no knowledge.      10:00
10     Q.   Do you know if he's a principal of      10:00
11  Eastern Profit?      10:01
12     A.   I didn't know that.      10:01
13     Q.   Does he actually live in Mr. Guo's      10:01
14  apartment?      10:01
15     A.   I didn't know that either.      10:01
16     MR. GAVENMAN:  Objection to form.      10:01
17     MR. GRENDI:  Object to the form.      10:01
18     THE WITNESS:  I saw him all the time there,      10:01
19  but I didn't know he lived there.      10:01
20  BY MR. GREIM:      10:01
21     Q.   Which Guo family members were you      10:01
22  introduced to?      10:01

Page 37

10 (Pages 34 to 37)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | | |
|---|---|---|---|
| 1 | A.  I met his son, Wu Chun.  I met his | 10:01 | |
| 2 | daughter, Wo Mei, his wife, Yu Chen Su. | 10:01 | |
| 3 | Q.  We'll get some of these names here on | 10:01 | |
| 4 | the break. | 10:01 | |
| 5 | A.  Okay. | 10:01 | |
| 6 | MR. GRENDI:  Eddie, I'm just going to jump in | 10:01 | |
| 7 | here.  Are we going to get on topic here?  We're | 10:02 | |
| 8 | talking about -- | 10:02 | |
| 9 | MR. GREIM:  We are on topic. | 10:02 | |
| 10 | MR. GRENDI:  Talking about Mr. Guo's family | 10:02 | |
| 11 | and who Mr. Lianchao has met, this has nothing to do | 10:02 | |
| 12 | with this dispute. | 10:02 | |
| 13 | MR. GREIM:  Please don't disrupt the | 10:02 | |
| 14 | deposition. | 10:02 | |
| 15 | MR. GRENDI:  I'm not disrupting the | 10:02 | |
| 16 | deposition.  I want to move it along and have it on | 10:02 | |
| 17 | topic.  You know, we're discussing irrelevant stuff | 10:02 | |
| 18 | right now, but please continue. | 10:02 | |
| 19 | BY MR. GREIM: | 10:02 | |
| 20 | Q.  When was the first time that you met | 10:02 | |
| 21 | French Wallop? | 10:02 | |
| 22 | A.  Let's see.  I would say September -- | 10:02 | |

Page 38

| | | | |
|---|---|---|---|
| 1 | October or September of 2017. | 10:02 | |
| 2 | Q.  Did you know her beforehand? | 10:02 | |
| 3 | A.  I didn't know her.  I know her -- I | 10:02 | |
| 4 | worked with her husband many years ago.  So I had a | 10:02 | |
| 5 | very good relationship with his office.  Naturally, I | 10:03 | |
| 6 | know of her.  I didn't met her. | 10:03 | |
| 7 | Q.  Was this Senator Malcolm Wallop? | 10:03 | |
| 8 | A.  Correct. | 10:03 | |
| 9 | Q.  What about Mr. Waller? | 10:03 | |
| 10 | A.  That was the same time I met with | 10:03 | |
| 11 | French. | 10:03 | |
| 12 | Q.  Did she you know of Mr. Waller before | 10:03 | |
| 13 | the fall of 2017? | 10:03 | |
| 14 | A.  No. | 10:03 | |
| 15 | Q.  Let's talk a little bit about the | 10:03 | |
| 16 | research project that's at issue here.  How is it | 10:03 | |
| 17 | that -- well, let me ask you this:  Did there come a | 10:03 | |
| 18 | time that you approached French Wallop about possible | 10:03 | |
| 19 | work for Mr. Guo? | 10:04 | |
| 20 | A.  Say that again. | 10:04 | |
| 21 | Q.  Did there come a time when you | 10:04 | |
| 22 | approached Ms. Wallop about possible work for Mr. | 10:04 | |

Page 39

| | | | |
|---|---|---|---|
| 1 | Guo? | 10:04 | |
| 2 | MR. GRENDI:  Object to the form. | 10:04 | |
| 3 | THE WITNESS:  I didn't approach them. | 10:04 | |
| 4 | BY MR. GREIM: | 10:04 | |
| 5 | Q.  Did Ms. Wallop approach you? | 10:04 | |
| 6 | A.  No.  That's not the case.  They were | 10:04 | |
| 7 | introduced through Bill Gertz.  Bill Gertz called me | 10:04 | |
| 8 | and said can you set up meeting with Miles; I want to | 10:04 | |
| 9 | introduce Mike and French, Strategic Vision, to help | 10:04 | |
| 10 | Miles.  So I set up meeting and we were introduced | 10:04 | |
| 11 | that way. | 10:04 | |
| 12 | Q.  Okay.  Did you already know Mr. Gertz? | 10:04 | |
| 13 | A.  Yes. | 10:04 | |
| 14 | Q.  How long have you known him? | 10:05 | |
| 15 | A.  Thirty years. | 10:05 | |
| 16 | Q.  Now, did Mr. Gertz, then, already seem | 10:05 | |
| 17 | to know or already seem to have a specific project in | 10:05 | |
| 18 | mind for Mr. Guo? | 10:05 | |
| 19 | MR. GRENDI:  Objection. | 10:05 | |
| 20 | MR. GAVENMAN:  Object to the form. | 10:05 | |
| 21 | THE WITNESS:  Yes. | 10:05 | |
| 22 | BY MR. GREIM: | 10:05 | |

Page 40

| | | | |
|---|---|---|---|
| 1 | Q.  What was that? | 10:05 | |
| 2 | A.  I think that was the original proposal | 10:05 | |
| 3 | French and Mike brought with them or maybe they first | 10:05 | |
| 4 | gave it to me and I shared it with Miles to handle | 10:05 | |
| 5 | his communication, pretty much. | 10:05 | |
| 6 | Q.  So when Mr. Gertz came to you -- | 10:05 | |
| 7 | A.  Yes. | 10:05 | |
| 8 | Q.  -- and asked you to set up this | 10:05 | |
| 9 | meeting -- | 10:05 | |
| 10 | A.  Yes. | 10:05 | |
| 11 | Q.  -- did you understand that he had | 10:05 | |
| 12 | already spoken to Ms. Wallop and Mr. Waller? | 10:05 | |
| 13 | A.  Absolutely. | 10:06 | |
| 14 | MR. GRENDI:  Objection. | 10:06 | |
| 15 | BY MR. GREIM: | 10:06 | |
| 16 | Q.  At that time, let's say when -- let me | 10:06 | |
| 17 | strike that. | 10:06 | |
| 18 | When Mr. Gertz first contacted you about | 10:06 | |
| 19 | this -- | 10:06 | |
| 20 | A.  Yeah. | 10:06 | |
| 21 | Q.  -- were you already aware that Mr. Guo | 10:06 | |
| 22 | was looking for some type of research? | 10:06 | |

Page 41

11 (Pages 38 to 41)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1   A.   No. | 10:06 |
| 2   MR. GAVENMAN:  Objection to form. | 10:06 |
| 3   MR. GRENDI:  Objection to the form. | 10:06 |
| 4   THE WITNESS:  Miles didn't even know what he | 10:06 |
| 5   was looking for.  He had -- this is not his idea | 10:06 |
| 6   whatsoever. | 10:06 |
| 7   BY MR. GREIM: | 10:06 |
| 8   Q.   Why did you agree to set up a meeting | 10:06 |
| 9   between Wallop and Waller and Guo? | 10:07 |
| 10   A.   I think French and Mike had very good | 10:07 |
| 11   experience in handling strategic communication.  They | 10:07 |
| 12   have a good reputation in Washington, D.C., also | 10:07 |
| 13   under the strong recommendation by Bill Gertz.  I | 10:07 |
| 14   also know Senator Wallop.  So I, of course, I | 10:07 |
| 15   naturally think they could do the job. | 10:07 |
| 16   Q.   Before this project came along -- | 10:07 |
| 17   A.   Yeah. | 10:07 |
| 18   Q.   -- had you ever been involved with any | 10:07 |
| 19   sort of research project into individuals? | 10:07 |
| 20   MR. GAVENMAN:  Objection to form. | 10:08 |
| 21   THE WITNESS:  No. | 10:08 |
| 22   BY MR. GREIM: | 10:08 |

Page 42

| | |
|---|---|
| 1   Q.   Had you ever been involved with any sort | 10:08 |
| 2   of research project into the Chinese Communist Party? | 10:08 |
| 3   MR. GAVENMAN:  Objection to form. | 10:08 |
| 4   THE WITNESS:  Just personally on my -- what | 10:08 |
| 5   type of research?  Can you rephrase that? | 10:08 |
| 6   BY MR. GREIM: | 10:08 |
| 7   Q.   Sure.  Maybe a project where there would | 10:08 |
| 8   be an effort to find nonpublic information about | 10:08 |
| 9   Chinese Communist Party members. | 10:08 |
| 10   MR. GAVENMAN:  Objection to form. | 10:08 |
| 11   THE WITNESS:  Not in -- we have done lots of | 10:08 |
| 12   -- I've done lots of research on the Communist Party | 10:08 |
| 13   members, particularly on the corruption side.  I | 10:08 |
| 14   worked with Hudson Institute.  This Kleptocracy | 10:08 |
| 15   Center, I helped them with the relationship, the | 10:08 |
| 16   mapping of Chinese high-ranking government officials, | 10:09 |
| 17   their corruption, you know, potential corruption. | 10:09 |
| 18   I also worked on several other projects, | 10:09 |
| 19   tried to pinpoint the Chinese high-ranking government | 10:09 |
| 20   officials, the family corruption, and based on some | 10:09 |
| 21   of the -- based on the international consortium, you | 10:09 |
| 22   know, there was a leak from Wikipedia for the source, | 10:09 |

Page 43

| | |
|---|---|
| 1   but there was a huge leak of data that exposed lots | 10:09 |
| 2   of Chinese Government officials' offshore companies. | 10:09 |
| 3   I looked into that. | 10:09 |
| 4   We did a lot of research through different | 10:09 |
| 5   means and we submitted it the U.S. Government about | 10:10 |
| 6   those individuals, that corruption with a select few | 10:10 |
| 7   that specifically -- you know, based on the | 10:10 |
| 8   corruption and required the U.S. Government sanction | 10:10 |
| 9   them under the FCP Act. | 10:10 |
| 10   Q.   And -- okay.  And was that with the | 10:10 |
| 11   Hudson Institute? | 10:10 |
| 12   A.   No.  With the Citizen Power initiative | 10:10 |
| 13   and with the Hudson initiative. | 10:10 |
| 14   Q.   I see.  So in the fall of 2017 -- and | 10:10 |
| 15   then we'll take a break here. | 10:10 |
| 16   A.   Yeah. | 10:10 |
| 17   Q.   In the fall of 2017, had you discussed | 10:10 |
| 18   with Mr. Guo that he might be able to contribute to | 10:10 |
| 19   something like that, to that kind of an effort? | 10:11 |
| 20   A.   Yes, I did. | 10:11 |
| 21   Q.   And was that before Mr. Gertz contacted | 10:11 |
| 22   you about Ms. Wallop and Mr. Waller? | 10:11 |

Page 44

| | |
|---|---|
| 1   A.   Yes. | 10:11 |
| 2   Q.   So do you know whether Mr. Guo was at | 10:11 |
| 3   least considering some sort of research project into | 10:11 |
| 4   the Chinese Communist Party members? | 10:11 |
| 5   A.   It's not -- | 10:11 |
| 6   MR. GAVENMAN:  Objection to form. | 10:11 |
| 7   MR. GRENDI:  Objection to the form. | 10:11 |
| 8   THE WITNESS:  Yeah.  It's not specific.  This | 10:11 |
| 9   idea, my point at the time when I communicated with | 10:11 |
| 10   Miles, I said in order to have this whistle-blowing, | 10:11 |
| 11   this disruptive momentum you made to continue -- they | 10:11 |
| 12   call it the whistle-blowing revolution to continue -- | 10:11 |
| 13   I told him you need very solid evidence to | 10:11 |
| 14   sustainable expose Chinese communist high-ranking | 10:11 |
| 15   government officials. | 10:12 |
| 16   So that was the principle.  We never get into | 10:12 |
| 17   detail how to do it until Mike and French's proposal | 10:12 |
| 18   come over.  I was the one -- originally, this project | 10:12 |
| 19   basically is a communication, handling the | 10:12 |
| 20   communication, P.R., not into the investigation.  I | 10:12 |
| 21   was the one who approached -- I explored this | 10:12 |
| 22   possibility with French and Mike first and they said | 10:12 |

Page 45

12 (Pages 42 to 45)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | they can do it and then I convinced Miles to move to | 10:12 |
| 2 | this direction. It's not from Miles. It's from me. | 10:12 |
| 3 | MR. GREIM: Okay. I don't know that we've | 10:12 |
| 4 | been going for quite an hour yet, but let's go ahead | 10:12 |
| 5 | and take our first break, if that's okay. | 10:13 |
| 6 | THE WITNESS: All right. | 10:13 |
| 7 | MR. GREIM: We'll take a -- let's go ahead | 10:13 |
| 8 | and try to just make it five, if we can. | 10:13 |
| 9 | VIDEOGRAPHER: Going off the record. The | 10:13 |
| 10 | time is 10:15 a.m. | 10:13 |
| 11 | [Recess.] | 10:26 |
| 12 | VIDEOGRAPHER: We are back on the record. | 10:26 |
| 13 | The time is now 10:28 a.m. | 10:26 |
| 14 | BY MR. GREIM: | 10:26 |
| 15 | Q. Welcome back, Mr. Han. | 10:26 |
| 16 | A. Yes. | 10:26 |
| 17 | Q. Let's go again to the same timeframe | 10:26 |
| 18 | we've been talking about, sort of late summer, early | 10:26 |
| 19 | fall of 2017. At that time, is it fair to say that | 10:26 |
| 20 | your interactions with Mr. Guo were, number one, | 10:26 |
| 21 | about his asylum application -- | 10:26 |
| 22 | A. Correct. | 10:26 |

Page 46

| | | |
|---|---|---|
| 1 | Q. -- and, number two, some general | 10:26 |
| 2 | discussions about what it would take for him to sort | 10:26 |
| 3 | of be a whistleblower about the Chinese Communist | 10:26 |
| 4 | Party? | 10:26 |
| 5 | MR. GAVENMAN: Objection. | 10:26 |
| 6 | MR. GRENDI: Object to the form. | 10:26 |
| 7 | THE WITNESS: He was already a whistleblower | 10:26 |
| 8 | at the time. My suggestion was to sustain that | 10:27 |
| 9 | whistleblower. | 10:27 |
| 10 | BY MR. GREIM: | 10:27 |
| 11 | Q. Now, by this point, had you done any | 10:27 |
| 12 | research of your own into Mr. Guo's background? | 10:27 |
| 13 | A. A little bit. | 10:27 |
| 14 | Q. Okay. What did you do to look into his | 10:27 |
| 15 | background? | 10:27 |
| 16 | A. Just online information. | 10:27 |
| 17 | Q. So you read some of the articles that | 10:27 |
| 18 | had been written about him? | 10:27 |
| 19 | A. Correct. | 10:27 |
| 20 | Q. And by this point, had he begun posting | 10:27 |
| 21 | things online himself? | 10:27 |
| 22 | MR. GRENDI: Object to the form. | 10:27 |

Page 47

| | | |
|---|---|---|
| 1 | THE WITNESS: You mean through social media? | 10:27 |
| 2 | BY MR. GREIM: | 10:27 |
| 3 | Q. Through social media. | 10:27 |
| 4 | A. Yes. | 10:27 |
| 5 | Q. So you reviewed some of those items | 10:27 |
| 6 | yourself? | 10:27 |
| 7 | A. Usually, you know, his media videos are | 10:27 |
| 8 | too long. I usually don't watch it unless there's a | 10:28 |
| 9 | specific issue I found interesting. | 10:28 |
| 10 | Q. Now, did you talk with Mr. Guo about his | 10:28 |
| 11 | own background? | 10:28 |
| 12 | And this is -- we're going to limit it to, you | 10:28 |
| 13 | know, all your discussions with him up until the time | 10:28 |
| 14 | you introduced Strategic Vision to Mr. Guo. | 10:28 |
| 15 | MR. GRENDI: Object to the form. | 10:28 |
| 16 | MR. GAVENMAN: Object to form. | 10:28 |
| 17 | THE WITNESS: There are some discussions, | 10:28 |
| 18 | because I think that's also privileged because of | 10:28 |
| 19 | related to his political asylum. I think it's better | 10:28 |
| 20 | not for me to talk about it. | 10:28 |
| 21 | BY MR. GREIM: | 10:28 |
| 22 | Q. Did he retain you as counsel on the | 10:28 |

Page 48

| | | |
|---|---|---|
| 1 | political asylum matter? | 10:29 |
| 2 | A. Not as counsel, but as facilitator, you | 10:29 |
| 3 | know, sort of a legal assistant. We -- yeah. | 10:29 |
| 4 | Q. Okay. So I want to make sure I'm clear. | 10:29 |
| 5 | Do you believe you were acting as his attorney? | 10:29 |
| 6 | A. I wasn't -- | 10:29 |
| 7 | MR. GRENDI: Object to form. | 10:29 |
| 8 | MR. GAVENMAN: Object to the form. | 10:29 |
| 9 | [Interruption.] | 10:29 |
| 10 | BY MR. GREIM: | 10:29 |
| 11 | Q. Were you able to finish your answer? | 10:29 |
| 12 | A. Yes. | 10:29 |
| 13 | Q. Were you being paid by Guo at this time? | 10:29 |
| 14 | A. No. | 10:29 |
| 15 | MR. GRENDI: Object to the form. | 10:29 |
| 16 | BY MR. GREIM: | 10:29 |
| 17 | Q. By the way, have you ever been paid by | 10:29 |
| 18 | Mr. Guo or by one of the entities he controls? | 10:29 |
| 19 | A. No. | 10:30 |
| 20 | MR. GRENDI: Objection. | 10:30 |
| 21 | MR. GAVENMAN: Objection to form. | 10:30 |
| 22 | BY MR. GREIM: | 10:30 |

Page 49

13 (Pages 46 to 49)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   Have you been paid by the Rule of Law | 10:30 |
| 2 | Foundation? | 10:30 |
| 3 | A.   No. | 10:30 |
| 4 | Q.   Okay.  Then here's what I'll do.  I'm | 10:30 |
| 5 | not -- I don't believe a privilege will apply to | 10:30 |
| 6 | shield his disclosures to you about his past from | 10:30 |
| 7 | discovery, but what I'm going to do is just simply | 10:30 |
| 8 | ask you about your knowledge.  Okay? | 10:30 |
| 9 | And what we'll try to do is not put it -- we | 10:30 |
| 10 | will try not to ask about conversations that you had | 10:30 |
| 11 | with him while his asylum counsel were present. | 10:30 |
| 12 | Okay? | 10:30 |
| 13 | A.   [Gestures.] | 10:30 |
| 14 | Q.   Okay. | 10:30 |
| 15 | MR. GAVENMAN:  Let me caution you.  To the | 10:30 |
| 16 | extent you learned anything in the course of those | 10:31 |
| 17 | discussions, you shouldn't disclose that either. | 10:31 |
| 18 | THE WITNESS:  Correct. | 10:31 |
| 19 | BY MR. GREIM: | 10:31 |
| 20 | Q.   So did you understand that Mr. Guo | 10:31 |
| 21 | became a dissident during the Tieneman Square | 10:31 |
| 22 | demonstrations and massacre? | 10:31 |

Page 50

| | | |
|---|---|---|
| 1 | A.   Say that again. | 10:31 |
| 2 | Q.   Well, let me ask you a different | 10:31 |
| 3 | question, because that's -- did you understand that | 10:31 |
| 4 | Mr. Guo participated in the Tieneman Square | 10:31 |
| 5 | demonstrations and massacre? | 10:31 |
| 6 | MR. GRENDI:  Object to the form. | 10:31 |
| 7 | MR. GAVENMAN:  Objection. | 10:31 |
| 8 | THE WITNESS:  Understand? | 10:31 |
| 9 | BY MR. GREIM: | 10:31 |
| 10 | Q.   Yes.  Did you believe? | 10:31 |
| 11 | MR. GRENDI:  Objection. | 10:31 |
| 12 | MR. GAVENMAN:  Objection.  This is pretty far | 10:31 |
| 13 | afield from what Mr. Han is here to testify about. | 10:31 |
| 14 | I'm not sure how this is a good use of your time, but | 10:31 |
| 15 | you can keep going. | 10:32 |
| 16 | THE WITNESS:  That discussion is with his | 10:32 |
| 17 | counsel. | 10:32 |
| 18 | MR. GAVENMAN:  So objection, privilege.  I | 10:32 |
| 19 | instruct you not to answer. | 10:32 |
| 20 | THE WITNESS:  Right. | 10:32 |
| 21 | BY MR. GREIM: | 10:32 |
| 22 | Q.   Do you know why Mr. Guo left China? | 10:32 |

Page 51

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Objection to form. | 10:32 |
| 2 | MR. GRENDI:  Objection. | 10:32 |
| 3 | THE WITNESS:  A lot of that discussion, you | 10:32 |
| 4 | know, this is all from the meeting. | 10:32 |
| 5 | MR. GAVENMAN:  So I'm going to instruct you | 10:32 |
| 6 | not to answer, attorney-client privilege. | 10:32 |
| 7 | THE WITNESS:  Yeah. | 10:32 |
| 8 | BY MR. GREIM: | 10:32 |
| 9 | Q.   Did Mr. Guo make representations to | 10:32 |
| 10 | French Wallop or Mike Waller about his past? | 10:32 |
| 11 | MR. GAVENMAN:  Objection to form, foundation. | 10:33 |
| 12 | THE WITNESS:  During the meeting with them? | 10:33 |
| 13 | BY MR. GREIM: | 10:33 |
| 14 | Q.   Yes. | 10:33 |
| 15 | A.   I didn't remember exactly what he said | 10:33 |
| 16 | to them.  I think that maybe there is some | 10:33 |
| 17 | discussion. | 10:33 |
| 18 | Q.   Did Mr. Guo participate in the Tieneman | 10:33 |
| 19 | Square protest? | 10:33 |
| 20 | A.   During the time of that meeting? | 10:33 |
| 21 | MR. GAVENMAN:  Asked and answered. | 10:33 |
| 22 | MR. GRENDI:  Objection. | 10:33 |

Page 52

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  We've established that there | 10:33 |
| 2 | is privilege attached to that answer.  So I instruct | 10:33 |
| 3 | you not to answer as well. | 10:33 |
| 4 | BY MR. GREIM: | 10:33 |
| 5 | Q.   What do you remember about what Mr. Guo | 10:33 |
| 6 | said about himself to Ms. Wallop and Mr. Waller? | 10:34 |
| 7 | A.   I don't remember much. | 10:34 |
| 8 | Q.   What do you remember though? | 10:34 |
| 9 | A.   I remember specifically what was | 10:34 |
| 10 | discussed about the proposal, you know, what to do | 10:34 |
| 11 | about what information is required and the back and | 10:34 |
| 12 | forth. | 10:34 |
| 13 | Q.   What did Mr. Guo say he wanted to do | 10:34 |
| 14 | with the research? | 10:34 |
| 15 | A.   He wanted -- | 10:34 |
| 16 | MR. GAVENMAN:  Objection. | 10:34 |
| 17 | MR. GRENDI:  Objection to form. | 10:34 |
| 18 | THE WITNESS:  He wanted to expose the | 10:34 |
| 19 | corruption of the highest-ranking members of the | 10:34 |
| 20 | Communist Party. | 10:34 |
| 21 | BY MR. GREIM: | 10:34 |
| 22 | Q.   Did he say how he wanted to do that? | 10:34 |

Page 53

14 (Pages 50 to 53)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.   That was during the discussion.  How | 10:34 |
| 2 | he's going to do it, I don't think he has an idea. | 10:35 |
| 3 | We proposed -- I actually talked to French and Mike, | 10:35 |
| 4 | seeing whether we can use some unconventional way to | 10:35 |
| 5 | obtain this information. | 10:35 |
| 6 | Q.   Do you know, roughly, when Mr. Guo began | 10:35 |
| 7 | speaking out against Communist Part members? | 10:36 |
| 8 | MR. GAVENMAN:  Objection the form. | 10:36 |
| 9 | THE WITNESS:  I would say in the America, at | 10:36 |
| 10 | least, I know, maybe April of 2017.  This is during | 10:36 |
| 11 | his interview with Mirror Tv. | 10:36 |
| 12 | BY MR. GREIM: | 10:36 |
| 13 | Q.   What the Mirrow Tv? | 10:36 |
| 14 | A.   It's a Chinese language TV, maybe the | 10:36 |
| 15 | largest Chinese language media group here, based in | 10:36 |
| 16 | New York. | 10:36 |
| 17 | Q.   Have you seen that interview? | 10:36 |
| 18 | A.   I didn't. | 10:36 |
| 19 | Q.   Have you seen -- | 10:36 |
| 20 | A.   Maybe just very part. | 10:37 |
| 21 | Q.   I'm sorry?  You may have just seen part | 10:37 |
| 22 | of it. | 10:37 |

Page 54

| | | |
|---|---|---|
| 1 | A.   Maybe a small part of it, not directly | 10:37 |
| 2 | from Tv.  They always, you know, like through You | 10:37 |
| 3 | Tube, somebody else posted it. | 10:37 |
| 4 | Q.   Right.  Have you seen other interviews | 10:37 |
| 5 | of Mr. Guo on You Tube or on TV? | 10:37 |
| 6 | A.   I might, but very limited. | 10:37 |
| 7 | Q.   Do you remember what articles you | 10:37 |
| 8 | reviewed about Mr. Guo's past? | 10:37 |
| 9 | A.   I didn't. | 10:37 |
| 10 | [Han Exhibit No. 2 was | 10:38 |
| 11 | marked for identification.] | 10:38 |
| 12 | BY MR. GREIM: | 10:38 |
| 13 | Q.   I'm going to show you what we are | 10:38 |
| 14 | marking as Exhibit 2.  You'll see this is an article | 10:38 |
| 15 | by Bill Gertz, who we mentioned a few times earlier | 10:38 |
| 16 | today.  It appeared October 9, 2017. | 10:38 |
| 17 | Is this around the time, by the way, that you | 10:38 |
| 18 | were introducing Ms. Wallop and Mr. Waller to Mr. | 10:38 |
| 19 | Guo? | 10:38 |
| 20 | A.   I think this is before the time that he | 10:38 |
| 21 | was introducing. | 10:38 |
| 22 | Q.   That's right. | 10:38 |

Page 55

| | | |
|---|---|---|
| 1 | A.   Let's make it clear. | 10:38 |
| 2 | Q.   That's right.  So Mr. Gertz is the one | 10:38 |
| 3 | who introduced Wallop and Waller to you and then you | 10:38 |
| 4 | met with Wallop and Waller after that? | 10:38 |
| 5 | A.   He is introducing them to Miles.  I am | 10:39 |
| 6 | the facilitator to set it up. | 10:39 |
| 7 | Q.   Okay.  I'm going to direct you to -- | 10:39 |
| 8 | and, first of all, this article is based on Mr. | 10:39 |
| 9 | Gertz's interview of Mr. Guo.  I want to direct you | 10:39 |
| 10 | first to -- before we do this, let me ask you are you | 10:39 |
| 11 | aware of an alleged Chinese origin cyber attack on | 10:39 |
| 12 | the Hudson Institute? | 10:39 |
| 13 | A.   Yes. | 10:39 |
| 14 | Q.   And you recall that Guo has frequently | 10:39 |
| 15 | cited that as evidence that the Chinese Government is | 10:39 |
| 16 | out to get him, basically? | 10:39 |
| 17 | MR. GRENDI:  Objection to form. | 10:39 |
| 18 | MR. GAVENMAN:  Objection to the form. | 10:39 |
| 19 | THE WITNESS:  I didn't know. | 10:40 |
| 20 | BY MR. GREIM: | 10:40 |
| 21 | Q.   Okay.  Were you helping to plan the | 10:40 |
| 22 | Hudson event? | 10:40 |

Page 56

| | | |
|---|---|---|
| 1 | A.   Correct. | 10:40 |
| 2 | MR. GRENDI:  Objection. | 10:40 |
| 3 | BY MR. GREIM: | 10:40 |
| 4 | Q.   Are you aware that the Hudson event -- | 10:40 |
| 5 | well, who was in charge of the HUD event within the | 10:40 |
| 6 | institute? | 10:40 |
| 7 | A.   It was Charles Davidson at the | 10:40 |
| 8 | beginning. | 10:40 |
| 9 | Q.   What was the last name? | 10:40 |
| 10 | A.   Davidson, and then I took it over, | 10:40 |
| 11 | because he said he's not able to do it.  He's afraid | 10:40 |
| 12 | that, you know, his son-in-law's -- his son's fiance, | 10:40 |
| 13 | who is Chinese, will be retaliated against.  So he | 10:40 |
| 14 | asked me to take over. | 10:40 |
| 15 | Q.   Who is the person at Hudson who agreed | 10:40 |
| 16 | to cancel the event? | 10:40 |
| 17 | A.   I think the -- | 10:40 |
| 18 | MR. GRENDI:  Objection to the form. | 10:40 |
| 19 | MR. GAVENMAN:  Objection. | 10:40 |
| 20 | THE WITNESS:  I think the head of -- the CEO, | 10:40 |
| 21 | Ken Winston.  I don't know exactly who agreed, but it | 10:41 |
| 22 | was Ken called me to tell me it's cancelled. | 10:41 |

Page 57

15 (Pages 54 to 57)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1  MR. GRENDI: Attorney Greim, I'm sorry, but | 10:41 |
| 2  what does this have to do with this case? We're | 10:41 |
| 3  asking about a cyber attack on the Hudson Institute. | 10:41 |
| 4  I don't know when and about some events that I don't | 10:41 |
| 5  know about. | 10:41 |
| 6  BY MR. GREIM: | 10:41 |
| 7      Q.   When was the event to be held? | 10:41 |
| 8      A.   October. October maybe 6 or 4. I don't | 10:41 |
| 9  remember. | 10:41 |
| 10     Q.   Of 2017? | 10:41 |
| 11     A.   Yes. | 10:41 |
| 12     Q.   And, in fact, isn't it true that the | 10:41 |
| 13  Hudson Institute was going to cancel the event before | 10:41 |
| 14  the cyber attack occurred? | 10:41 |
| 15     MR. GRENDI: Objection to form. | 10:41 |
| 16     MR. GAVENMAN: Objection, foundation. | 10:41 |
| 17     THE WITNESS: I don't think so. That's not | 10:41 |
| 18  what I understand. | 10:41 |
| 19  BY MR. GREIM: | 10:41 |
| 20     Q.   You'll see that in the middle of page 3, | 10:41 |
| 21  the top third -- | 10:41 |
| 22     A.   Page 4? | 10:42 |

Page 58

| | |
|---|---|
| 1      Q.   Actually, page 3. It's -- they're front | 10:42 |
| 2  and back. So you'll see at the bottom, it's got the | 10:42 |
| 3  page number. | 10:42 |
| 4      A.   Yes. | 10:42 |
| 5      Q.   Do you see where it says: "Guo said he | 10:42 |
| 6  maintains close ties with supporters within the | 10:42 |
| 7  Chinese Government and security system and is able to | 10:42 |
| 8  obtain many internal documents." | 10:42 |
| 9      A.   A yeah. | 10:42 |
| 10     Q.   Did Guo make that representation to | 10:42 |
| 11  Strategic Vision? | 10:42 |
| 12     A.   I didn't remember. | 10:42 |
| 13     MR. GRENDI: Objection to form. | 10:42 |
| 14     MR. GAVENMAN: Objection to the form, | 10:42 |
| 15  foundation. | 10:42 |
| 16  BY MR. GREIM: | 10:42 |
| 17     Q.   So just so I'm clear, your answer is not | 10:42 |
| 18  that you -- the answer is not no; it's that you don't | 10:42 |
| 19  remember? | 10:42 |
| 20     A.   I don't remember. | 10:42 |
| 21     Q.   Is that a true statement? | 10:42 |
| 22     A.   Yes. | 10:42 |

Page 59

| | |
|---|---|
| 1      MR. GAVENMAN: Objection to form, foundation. | 10:42 |
| 2  BY MR. GREIM: | 10:43 |
| 3      Q.   How do you know? | 10:43 |
| 4      A.   Because I didn't remember it. I don't | 10:43 |
| 5  know. I didn't remember it. | 10:43 |
| 6      Q.   No. I'm sorry. I'm sorry. I wasn't | 10:43 |
| 7  clear. | 10:43 |
| 8      A.   Yeah. | 10:43 |
| 9      Q.   I'm sorry, Mr. Han. Is the statement | 10:43 |
| 10  that he maintains close ties to supporters within the | 10:43 |
| 11  Chinese Government and is able to obtain many | 10:43 |
| 12  internal documents, is that a true statement? | 10:43 |
| 13     MR. GRENDI: Objection to form. | 10:43 |
| 14     MR. GAVENMAN: Objection to form, foundation. | 10:43 |
| 15     THE WITNESS: I'm not sure. | 10:43 |
| 16  BY MR. GREIM: | 10:43 |
| 17     Q.   If you could turn to page 5, you'll see | 10:43 |
| 18  towards the bottom, the third little mini paragraph | 10:43 |
| 19  from the bottom, it says: "Guo disclosed that he was | 10:43 |
| 20  imprisoned in China after the 1989 pro-democracy | 10:43 |
| 21  protest in Tieneman Square and spent 22 months in | 10:43 |
| 22  prison. Chinese police also shot his brother, who | 10:43 |

Page 60

| | |
|---|---|
| 1  later died." | 10:43 |
| 2      The first sentence about Tieneman Square, did | 10:44 |
| 3  Mr. Guo make that representation to Strategic Vision? | 10:44 |
| 4      MR. GAVENMAN: Objection to form. | 10:44 |
| 5      MR. GRENDI: Objection to the form. | 10:44 |
| 6      THE WITNESS: He might. | 10:44 |
| 7  BY MR. GREIM: | 10:44 |
| 8      Q.   Is it a true statement? | 10:44 |
| 9      MR. GAVENMAN: Objection. | 10:44 |
| 10     MR. GRENDI: Objection. | 10:44 |
| 11     MR. GAVENMAN: Objection to form. We've | 10:44 |
| 12  already established there's a privilege attached to | 10:44 |
| 13  that and asked and answered several times. So we | 10:44 |
| 14  can't go there. We've established there's privilege. | 10:44 |
| 15     MR. GREIM: No. No, we have not established | 10:44 |
| 16  there's privilege. If this witness actually was used | 10:44 |
| 17  to ask for and receive legal advice from the Clark | 10:44 |
| 18  Hill law firm, it's one thing, but the actual facts, | 10:44 |
| 19  whether this is true or not and whether the witness | 10:44 |
| 20  even knows if it's true or not, is relevant to this | 10:44 |
| 21  case. If the witness doesn't know if it's true or | 10:44 |
| 22  not, then that can be the answer. | 10:44 |

Page 61

16 (Pages 58 to 61)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | So I'm not asking for any comments that Mr. | 10:44 |

So I'm not asking for any comments that Mr. Guo made.  I'm not asking for any comments that his attorneys made.  You cannot just shield information, actual data, under the claim of attorney-client privilege.

MR. GAVENMAN:  Well, that's true.  We've established that any discussions he had about this, any information that he gathered came in the form of an, you know, attorney-client privilege.

MR. GREIM:  No.  We did not establish that. The witness testified that he has seen other sources other than through discussions about -- with counsel about the asylum process.

MR. GAVENMAN:  Well, I don't recall that happening.

MR. GRENDI:  I don't either.

MR. GAVENMAN:  Well, look.  I mean, this is a fact that you can get from some other witness.  He's already said what he's had to say about it.  The only information, as far as I understand, that he has about it came via a privileged communication.  If you need to go to the judge to try and break that

Page 62

privilege, that's up to you, but that's my understanding and that's where we stand.

MR. GREIM:  Well, okay.  I think we've changed around the witness' testimony here.

MR. GAVENMAN:  I imagine you get this at a different deposition rather that from Mr. Han, whether or not something happened.

MR. GREIM:  Well, this witness was also the interpreter between Mr. Guo and my client when this representation may well have been made, and he has an extensive background in this area.  He's reviewed articles.  He's listened to parts of at least some TV broadcasts where Guo makes representations.

The underlying facts are not privileged and the witness has never testified that all of his information comes from privileged discussions.  He's never said it.  It wouldn't be true, and so I'm entitled to know whether the witness knows whether this is true or not.

MR. GAVENMAN:  He answered that the only information that he has about whether this particular sentence is true came from a privileged discussion.

Page 63

You can ask whether --

MR. GREIM:  Okay.  I'll ask him.  Now that you've suggested that to the witness, I guess I'll go ahead and ask the question.

MR. GAVENMAN:  I'm not trying to suggest anything to the witness.  I'm trying to keep the zone of privilege where it belongs, which is private.  You can ask other questions.  You can ask about facts, but this one particular fact, he doesn't know anything else besides what he has in the zone of privilege.

MR. GREIM:  That's patently not what the witness just testified.  I'll ask the witness.

BY MR. GREIM:

Q.  Mr. Han, is it your testimony that everything you know about Mr. Guo is also subject to privilege; it's all gained as a result of an attorney-client relationship?

MR. GRENDI:  Objection to the form.

MR. GAVENMAN:  For the record, that is nothing like what I just said, but go on.

THE WITNESS:  No.

Page 64

BY MR. GREIM:

Q.  How about this particular sentence about Tieneman Square; is the only information -- first of all, do you have any information that you've heard from Mr. Guo about the sentence we just asked you about?

A.  I know his brother definitely was shot by the police and killed by the police.

Q.  How do you know that?

A.  That is during my research, I saw some article about it and then there was some discussion previously.  Miles told me the reason why he's angry. He's anti-CCP because of the death of the brother.

Q.  And did your research -- so the research that you found aside from the direct quote that you gave us just now from Mr. Guo, was that research a news article in which Mr. Guo was quoted?

A.  Yeah.

Q.  Okay.  And so the first part of the sentence, do you have any information about whether that is true or not?

A.  I don't have any information.

Page 65

17 (Pages 62 to 65)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Objection. | 10:48 |
| 2 | MR. GRENDI:  Objection to form.  What's the | 10:48 |
| 3 | question?  I don't understand the question. | 10:48 |
| 4 | BY MR. GREIM: | 10:48 |
| 5 | Q.   Okay.  Your answer, sir, was you don't | 10:48 |
| 6 | have any information about whether the first sentence | 10:48 |
| 7 | is true or not? | 10:48 |
| 8 | A.   No. | 10:48 |
| 9 | Q.   Have you read articles about -- in which | 10:49 |
| 10 | Mr. Guo makes that claim? | 10:49 |
| 11 | MR. GRENDI:  Objection to the form. | 10:49 |
| 12 | THE WITNESS:  No. | 10:49 |
| 13 | BY MR. GREIM: | 10:49 |
| 14 | Q.   Have you read any articles or done any | 10:49 |
| 15 | research into why Mr. Guo left China? | 10:49 |
| 16 | A.   There are lots of articles about that, | 10:49 |
| 17 | different reasons cited.  So I didn't specifically | 10:49 |
| 18 | question that. | 10:50 |
| 19 | Q.   Mr. Guo, himself, has given different | 10:50 |
| 20 | reasons for why he left China; isn't that right? | 10:50 |
| 21 | MR. GRENDI:  Objection to the form | 10:50 |
| 22 | MR. GAVENMAN:  Objection to form. | 10:50 |

Page 66

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't remember exactly what | 10:50 |
| 2 | he said yeah, but I think he's pretty consistent on | 10:50 |
| 3 | that regard. | 10:50 |
| 4 | MR. GRENDI:  I'm sorry.  I have to ask why | 10:50 |
| 5 | are you asking this witness about what articles he's | 10:50 |
| 6 | read?  Are you trying to establish whether he has | 10:50 |
| 7 | hearsay knowledge of the underlying facts you're | 10:50 |
| 8 | trying to prove?  I just don't understand why you're | 10:50 |
| 9 | going here. | 10:50 |
| 10 | MR. GREIM:  I'm trying to establish whether | 10:50 |
| 11 | the representations that Mr. Han made to Strategic | 10:50 |
| 12 | Vision were true or false. | 10:50 |
| 13 | MR. GRENDI:  And how would you do that with | 10:50 |
| 14 | newspaper articles that Mr. Lianchao has never -- or | 10:50 |
| 15 | maybe read or maybe he didn't?  How does that prove | 10:51 |
| 16 | one thing or another? | 10:51 |
| 17 | MR. GREIM:  Mr. Han, obviously, cares about | 10:51 |
| 18 | the issues aside from any work he's done for Mr. Guo. | 10:51 |
| 19 | MR. GRENDI:  Sure. | 10:51 |
| 20 | MR. GREIM:  I want to know -- I'm trying to | 10:51 |
| 21 | get information that will help me show whether this | 10:51 |
| 22 | is true or false, and we're making some progress.  So | 10:51 |

Page 67

| | | |
|---|---|---|
| 1 | I would like to -- | 10:51 |
| 2 | MR. GAVENMAN:  That's debatable. | 10:51 |
| 3 | BY MR. GREIM: | 10:51 |
| 4 | Q.   I would like to now ask you, you said | 10:51 |
| 5 | that -- well, let me ask you this:  Do you know when | 10:51 |
| 6 | Mr. Guo left China? | 10:51 |
| 7 | MR. GAVENMAN:  Objection to form. | 10:51 |
| 8 | MR. GRENDI:  Objection. | 10:51 |
| 9 | THE WITNESS:  I don't remember exactly, maybe | 10:51 |
| 10 | 2014 or 2015.  No.  I don't remember exactly. | 10:51 |
| 11 | BY MR. GREIM: | 10:51 |
| 12 | Q.   Is that something that you, yourself, | 10:51 |
| 13 | have investigated? | 10:51 |
| 14 | A.   Say that again. | 10:52 |
| 15 | Q.   Is that something that you, yourself, | 10:52 |
| 16 | have investigated? | 10:52 |
| 17 | MR. GAVENMAN:  Objection to form. | 10:52 |
| 18 | MR. GRENDI:  Objection. | 10:52 |
| 19 | THE WITNESS:  Investigated when he left | 10:52 |
| 20 | China? | 10:52 |
| 21 | BY MR. GREIM: | 10:52 |
| 22 | Q.   Right. | 10:52 |

Page 68

| | | |
|---|---|---|
| 1 | A.   I looked at articles, but I don't know | 10:52 |
| 2 | whether I can trust those articles, but I don't | 10:52 |
| 3 | remember exactly when he left.  I would say either | 10:52 |
| 4 | '14 or '15. | 10:52 |
| 5 | Q.   Do you know whether Mr. Guo was detained | 10:52 |
| 6 | on January 9, 2015 and then released? | 10:52 |
| 7 | A.   1915? | 10:52 |
| 8 | Q.   January 9, 2015? | 10:52 |
| 9 | A.   I didn't know that. | 10:52 |
| 10 | Q.   Would it be surprising that the Chinese | 10:52 |
| 11 | regime would have detained him and then released him? | 10:53 |
| 12 | MR. GRENDI:  Objection to form. | 10:53 |
| 13 | MR. GAVENMAN:  Objection to the form. | 10:53 |
| 14 | THE WITNESS:  Can you rephrase that? | 10:53 |
| 15 | BY MR. GREIM: | 10:53 |
| 16 | Q.   Sure. | 10:53 |
| 17 | A.   Okay. | 10:53 |
| 18 | Q.   Yeah.  Let me say given what you know -- | 10:53 |
| 19 | A.   Yeah. | 10:53 |
| 20 | Q.   -- about the allegations Mr. Guo has | 10:53 |
| 21 | made -- | 10:53 |
| 22 | A.   Yeah. | 10:53 |

Page 69

18 (Pages 66 to 69)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | Page 70 | |
|---|---|---|
| 1 | Q.   -- would it be surprising that the | 10:53 |
| 2 | regime would have detained him and then released him | 10:53 |
| 3 | before he came to the United States? | 10:53 |
| 4 | MR. GAVENMAN:  Objection to the form. | 10:53 |
| 5 | MR. GRENDI:  Objection to form. | 10:53 |
| 6 | THE WITNESS:  Surprising to me?  No. | 10:53 |
| 7 | BY MR. GREIM: | 10:53 |
| 8 | Q.   Why not? | 10:53 |
| 9 | MR. GAVENMAN:  Objection to form. | 10:53 |
| 10 | MR. GRENDI:  Objection. | 10:53 |
| 11 | THE WITNESS:  The Chinese regime is so | 10:53 |
| 12 | sneaky, so deceptive.  They can do anything, you | 10:53 |
| 13 | know, release you, detain you, release you, put you | 10:53 |
| 14 | on leash.  There are so many things they can do. | 10:53 |
| 15 | BY MR. GREIM: | 10:53 |
| 16 | Q.   Do you know when Mr. Guo -- well, let me | 10:53 |
| 17 | ask this:  Do you know whether Mr. Guo has broken | 10:54 |
| 18 | with the regime definitively? | 10:54 |
| 19 | MR. GAVENMAN:  Objection to form. | 10:54 |
| 20 | THE WITNESS:  No. | 10:54 |
| 21 | MR. GRENDI:  Objection to form. | 10:54 |
| 22 | BY MR. GREIM: | 10:54 |

Page 70

| | Page 71 | |
|---|---|---|
| 1 | Q.   So my first question was whether.  My | 10:54 |
| 2 | next question is -- well, I guess your answer was, | 10:54 |
| 3 | no, you don't know whether he has? | 10:54 |
| 4 | A.   No. | 10:54 |
| 5 | Q.   Do you know the nature of his current | 10:54 |
| 6 | relationship, if any, with the Chinese regime? | 10:54 |
| 7 | A.   No. | 10:54 |
| 8 | Q.   Do you know whether all of Mr. Guo's | 10:54 |
| 9 | mainland assets have been seized or frozen? | 10:55 |
| 10 | MR. GAVENMAN:  Objection to form. | 10:55 |
| 11 | MR. GRENDI:  Objection to form. | 10:55 |
| 12 | THE WITNESS:  It's from the news report. | 10:55 |
| 13 | BY MR. GREIM: | 10:55 |
| 14 | Q.   Has Mr. Guo, himself, told you that? | 10:55 |
| 15 | A.   No. | 10:55 |
| 16 | Q.   Has Mr. Guo told you that he cannot move | 10:55 |
| 17 | any money out of Hong Kong? | 10:55 |
| 18 | MR. GRENDI:  Object to the form. | 10:55 |
| 19 | THE WITNESS:  No. | 10:55 |
| 20 | BY MR. GREIM: | 10:55 |
| 21 | Q.   Knowing how the Chinese regime treats | 10:55 |
| 22 | individuals who claim to be dissidents, would it be | 10:55 |

Page 71

| | Page 72 | |
|---|---|---|
| 1 | surprising for a dissident to attempt to invest | 10:56 |
| 2 | hundreds of millions of dollars into a mainland | 10:56 |
| 3 | entity? | 10:56 |
| 4 | MR. GAVENMAN:  Objection to the form. | 10:56 |
| 5 | MR. GRENDI:  Objection to form. | 10:56 |
| 6 | THE WITNESS:  Can you rephrase that? | 10:56 |
| 7 | MR. GREIM:  I might -- I felt good about it. | 10:56 |
| 8 | I think I'm going to and I'll just read it slowly. | 10:56 |
| 9 | Why don't you, actually. | 10:56 |
| 10 | [Whereupon, the pending question was read | 10:56 |
| 11 | back by the court reporter.] | 10:56 |
| 12 | MR. GAVENMAN:  Objection to form. | 10:56 |
| 13 | MR. GRENDI:  Objection. | 10:56 |
| 14 | THE WITNESS:  It's not surprising.  I think, | 10:56 |
| 15 | as I said before, Chinese regime is so deceitful and | 10:56 |
| 16 | they do lots of different things and Chinese | 10:56 |
| 17 | dissidents also use the regime, and I have heard many | 10:56 |
| 18 | people say, you know, take Chinese Government money, | 10:57 |
| 19 | why not, we can use it for our own costs.  I mean, | 10:57 |
| 20 | this is from different activists. | 10:57 |
| 21 | So I'm not surprised to hear that. | 10:57 |
| 22 | BY MR. GREIM: | 10:57 |

Page 72

| | Page 73 | |
|---|---|---|
| 1 | Q.   So if I understand your answer | 10:57 |
| 2 | correctly, it's at least possible that a dissident | 10:57 |
| 3 | could put money back into the mainland and actually | 10:57 |
| 4 | use the regime themselves? | 10:57 |
| 5 | A.   Correct. | 10:57 |
| 6 | MR. GRENDI:  Objection to form. | 10:57 |
| 7 | MR. GAVENMAN:  Objection. | 10:58 |
| 8 | THE WITNESS:  Correct. | 10:58 |
| 9 | BY MR. GREIM: | 10:58 |
| 10 | Q.   Have you heard Mr. Guo make statements | 10:58 |
| 11 | that he has absolute faith in General Secretary Xi? | 10:58 |
| 12 | MR. GRENDI:  Objection to the form. | 10:58 |
| 13 | THE WITNESS:  No. | 10:58 |
| 14 | BY MR. GREIM: | 10:58 |
| 15 | Q.   Would it surprise you if he did make | 10:58 |
| 16 | such a statement? | 10:58 |
| 17 | A.   No. | 10:58 |
| 18 | MR. GRENDI:  Objection. | 10:58 |
| 19 | MR. GAVENMAN:  Objection. | 10:58 |
| 20 | BY MR. GREIM: | 10:58 |
| 21 | Q.   Why not? | 10:58 |
| 22 | MR. GAVENMAN:  Objection to form. | 10:58 |

Page 73

19 (Pages 70 to 73)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | THE WITNESS: In the private meeting, he told | 10:58 |
| 2 | me that he's -- he expressed a very completely | 10:58 |
| 3 | different view about Xi, about Communist Party. | 10:58 |
| 4 | BY MR. GREIM: | 10:58 |
| 5 | Q.  What do you mean, a completely different | 10:58 |
| 6 | view? | 10:58 |
| 7 | A.  He's opposing Xi's dictatorship -- put | 10:58 |
| 8 | it that way -- strongly. | 10:59 |
| 9 | Q.  Sir, I'm going to play for you a video | 10:59 |
| 10 | of Mr. Guo speaking.  I'm going to see if this is | 10:59 |
| 11 | something you have heard before and I'm going to see | 10:59 |
| 12 | if you at least recognize his voice. | 11:00 |
| 13 | A.  Yeah. | 11:00 |
| 14 | Q.  This will be in Chinese.  So the court | 11:00 |
| 15 | reporter will not be able to transcribe it. | 11:00 |
| 16 | A.  Okay. | 11:00 |
| 17 | Q.  However, I'm going to distribute a | 11:00 |
| 18 | translation that we have already served on our | 11:00 |
| 19 | opposing counsel and I'll make it available to you as | 11:00 |
| 20 | well.  We are going to mark this as Han 3. | 11:00 |
| 21 | [Han Exhibit No. 3 was | 11:00 |
| 22 | marked for identification.] | 11:01 |

Page 74

| | |
|---|---|
| 1 | MR. GREIM: I'm going to arrange these | 11:01 |
| 2 | speakers so that, hopefully, everybody can hear this | 11:01 |
| 3 | really well. | 11:01 |
| 4 | MR. GRENDI: Is this a certified translation? | 11:01 |
| 5 | MR. GREIM: Yeah.  The affidavit that you | 11:01 |
| 6 | received goes with all of these.  This has been | 11:01 |
| 7 | produced to you. | 11:01 |
| 8 | MR. GRENDI: I got a lot of stuff in the last | 11:01 |
| 9 | few days. | 11:01 |
| 10 | All right.  On your representation this is | 11:01 |
| 11 | certified translation, I would object to the extent | 11:01 |
| 12 | it's not certified. | 11:01 |
| 13 | MR. GREIM: Okay. | 11:01 |
| 14 | MR. GRENDI: Thank you. | 11:01 |
| 15 | MR. GREIM: All right.  And here we go.  This | 11:01 |
| 16 | is about a three-minute-and-one-second clip. | 11:01 |
| 17 | Actually, the You Tube version of this, sir, has -- I | 11:01 |
| 18 | know someone from You Tube tried to translate it, and | 11:01 |
| 19 | just so you can see what I'm playing, I'm going to | 11:02 |
| 20 | turn my computer screen around so that you can see | 11:02 |
| 21 | it.  I know it's some distance from you, but I'm | 11:02 |
| 22 | going to ahead and play. | 11:02 |

Page 75

| | |
|---|---|
| 1 | [Video presentation.] | 11:02 |
| 2 | MR. GREIM: All right.  That's the end of the | 11:05 |
| 3 | clip. | 11:05 |
| 4 | MR. GRENDI: I'm sorry.  Objection.  I just | 11:05 |
| 5 | don't understand.  Are there two speakers on that or | 11:05 |
| 6 | just one? | 11:05 |
| 7 | MR. GREIM: This was -- let me read some more | 11:05 |
| 8 | background on this.  This was pulled from You Tube, | 11:05 |
| 9 | https://youtu.be/whKwuLpKbUQ published April 29, | 11:05 |
| 10 | 2017. | 11:05 |
| 11 | Let me ask the witness, first of all -- | 11:05 |
| 12 | MR. GRENDI: Hold on. | 11:05 |
| 13 | BY MR. GREIM: | 11:05 |
| 14 | Q.  Do you recognize the voice on the | 11:05 |
| 15 | recording? | 11:05 |
| 16 | MR. GRENDI: Objection.  Are there two | 11:05 |
| 17 | voices?  I don't understand.  It says Speaker 1. | 11:05 |
| 18 | MR. GREIM: Please don't interrupt the | 11:05 |
| 19 | questioning.  There's only one thing that says | 11:06 |
| 20 | Speaker 1.  There are not two voices. | 11:06 |
| 21 | MR. GRENDI: I don't know. | 11:06 |
| 22 | MR GREIM: Please don't interrupt.  Please | 11:06 |

Page 76

| | |
|---|---|
| 1 | don't interrupt the questioning. | 11:06 |
| 2 | MR. GRENDI: Objection to the entire line of | 11:06 |
| 3 | questioning.  You may continue. | 11:06 |
| 4 | MR. GAVENMAN: I object as well. | 11:06 |
| 5 | BY MR. GREIM: | 11:06 |
| 6 | Q.  All right.  Do you recognize the voice | 11:06 |
| 7 | on the recording, sir? | 11:06 |
| 8 | A.  Yes. | 11:06 |
| 9 | Q.  Whose voice is that? | 11:06 |
| 10 | A.  Miles. | 11:06 |
| 11 | Q.  I'm sorry? | 11:06 |
| 12 | A.  Miles. | 11:06 |
| 13 | Q.  Miles? | 11:06 |
| 14 | A.  Yes. | 11:06 |
| 15 | Q.  Have you heard any part of this before? | 11:06 |
| 16 | A.  No.  This is actually my first time. | 11:06 |
| 17 | Q.  And did you hear in the opening that Mr. | 11:06 |
| 18 | Guo said I have absolute faith in General Secretary | 11:06 |
| 19 | Xi? | 11:06 |
| 20 | MR. GRENDI: Objection. | 11:06 |
| 21 | THE WITNESS: Yes. | 11:06 |
| 22 | BY MR. GREIM: | 11:06 |

Page 77

20 (Pages 74 to 77)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1      Q. Did you also hear him criticize certain | 11:06 |
| 2 dissidents in the United States? | 11:06 |
| 3      A. Yes. | 11:06 |
| 4      MR. GAVENMAN: Objection to form. | 11:06 |
| 5      MR. GRENDI: Objection. | 11:06 |
| 6 BY MR. GREIM: | 11:06 |
| 7      Q. Have you heard him express similar views | 11:06 |
| 8 to you? | 11:06 |
| 9      MR. GAVENMAN: Objection to form. | 11:06 |
| 10      THE WITNESS: About Xi? | 11:06 |
| 11 BY MR. GREIM: | 11:06 |
| 12      Q. Let's start with Xi, about Xi. | 11:06 |
| 13      MR. GAVENMAN: Objection to form. | 11:07 |
| 14      THE WITNESS: Never. | 11:07 |
| 15 BY MR. GREIM: | 11:07 |
| 16      Q. Have you heard him express similar views | 11:07 |
| 17 regarding dissidents? | 11:07 |
| 18      MR. GAVENMAN: Objection to form. | 11:07 |
| 19      MR. GRENDI: Objection. | 11:07 |
| 20      THE WITNESS: It depends on what dissidents | 11:07 |
| 21 you are talking about. | 11:07 |
| 22 BY MR. GREIM: | 11:07 |

Page 78

| | |
|---|---|
| 1      Q. So about some dissidents, he has | 11:07 |
| 2 expressed a similar view? | 11:07 |
| 3      MR. GAVENMAN: Objection to form. | 11:07 |
| 4      MR. GRENDI: Objection to form. | 11:07 |
| 5      THE WITNESS: Yes. | 11:07 |
| 6 BY MR. GREIM: | 11:07 |
| 7      Q. Okay. What about -- I assume that he | 11:07 |
| 8 has expressed similar views about Xi Nuo. | 11:07 |
| 9      A. Yes. | 11:07 |
| 10      MR. GAVENMAN: Objection to form. | 11:07 |
| 11      MR. GRENDI: Objection to form. | 11:07 |
| 12 BY MR. GREIM: | 11:07 |
| 13      Q. Has he expressed to you that one of his | 11:07 |
| 14 goals is to punish certain dissidents in the United | 11:07 |
| 15 States? | 11:07 |
| 16      A. He didn't -- | 11:07 |
| 17      MR. GRENDI: Objection to form. | 11:07 |
| 18      THE WITNESS: -- put it that way. | 11:07 |
| 19 BY MR. GREIM: | 11:07 |
| 20      Q. Did you hear him say in this tape that | 11:07 |
| 21 they deserve to be punished? | 11:07 |
| 22      A. Yes. | 11:07 |

Page 79

| | |
|---|---|
| 1      MR. GAVENMAN: Objection to form. | 11:07 |
| 2 BY MR. GREIM: | 11:07 |
| 3      Q. By the way, were you following along | 11:07 |
| 4 with the translation while you were listening? | 11:07 |
| 5      A. Yeah. | 11:07 |
| 6      Q. Did you find the translation to be | 11:07 |
| 7 generally accurate? | 11:07 |
| 8      MR. GRENDI: Objection. | 11:07 |
| 9      THE WITNESS: No. I didn't look at English. | 11:07 |
| 10 I just looked at the Chinese. | 11:08 |
| 11 BY MR. GREIM: | 11:08 |
| 12      Q. I see. Did you find the Chinese | 11:08 |
| 13 transcription to be generally accurate? | 11:08 |
| 14      MR. GRENDI: Objection to form. He didn't | 11:08 |
| 15 read the English. | 11:08 |
| 16      THE WITNESS: The Chinese, yes. | 11:08 |
| 17 BY MR. GREIM: | 11:08 |
| 18      Q. Does it surprise you that Guo made a | 11:08 |
| 19 statement such as this? | 11:08 |
| 20      MR. GAVENMAN: Objection to form. | 11:08 |
| 21      MR. GRENDI: Objection to the form. | 11:08 |
| 22      THE WITNESS: No, not at all. | 11:08 |

Page 80

| | |
|---|---|
| 1 BY MR. GREIM: | 11:08 |
| 2      Q. Why not? | 11:08 |
| 3      A. Chinese politics -- | 11:08 |
| 4      MR. GAVENMAN: Objection. | 11:08 |
| 5      MR. GRENDI: Objection. | 11:08 |
| 6      THE WITNESS: -- are complicated. What he | 11:08 |
| 7 said on a public platform is not what he really | 11:08 |
| 8 intended to say. That's just my understanding and, | 11:08 |
| 9 also, activists in this community, not all of them | 11:08 |
| 10 are real activists. Some are fake. Some are | 11:08 |
| 11 actually working for the Chinese regime, including | 11:08 |
| 12 this guy, Xi Nuo. | 11:09 |
| 13 BY MR. GREIM: | 11:09 |
| 14      Q. So you're aware the Xi Nuo works for the | 11:09 |
| 15 Chinese regime? | 11:09 |
| 16      A. Yes. | 11:09 |
| 17      MR. GAVENMAN: Objection to form. | 11:09 |
| 18 BY MR. GREIM: | 11:09 |
| 19      Q. How do you know that? | 11:09 |
| 20      A. I have informant that provides that some | 11:09 |
| 21 people work with Xi Nuo. | 11:09 |
| 22      Q. Let's -- you know what? Let's stop | 11:09 |

Page 81

21 (Pages 78 to 81)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    there, because everybody -- most people at this | 11:09 |
| 2    table, I think, have the same goals and there are -- | 11:09 |
| 3    we probably do not need to get into the answer to | 11:09 |
| 4    that question. | 11:09 |

1    there, because everybody -- most people at this
2    table, I think, have the same goals and there are --
3    we probably do not need to get into the answer to
4    that question.
5       Okay.  There's just no need to do that here.
6       A.   Okay.
7       MR. GRENDI:  Wait.  Stop.
8       MR. PODHASKIE:  It's one of his best friends
9    on Twitter.  Let him go on and explain.
10      MR. GRENDI:  Hold on, Dan.  You don't have an
11    appearance here.
12      MR. GREIM:  I would ask Mr. Podhaskie to
13    please stop interfering with the deposition.
14      MR. GAVENMAN:  As Mr. Han's counsel, he has
15    to be allowed to answer the question completely.  You
16    asked a question.  He can answer.
17      MR. GREIM:  Fair enough.  Fair enough.  I
18    detected some hesitance and I wanted to signal to the
19    witness that we didn't need to hear it, but if you
20    would like to finish the answer, go ahead.
21      MR. GAVENMAN:  Please complete you answer,
22    Mr. Han.

Page 82

1       THE WITNESS:  Ys.  We have evidence that Xi
2    Nuo is working with the Chinese regime.  I have
3    submitted that evidence to the FBI.
4    BY MR. GREIM:
5       Q.   By the way, was there anything that you
6    heard in the clip that was inaudible to you or that
7    you did not understand?
8       A.   No.
9       Q.   Are you aware that Mr. Guo has filed
10    several lawsuits against dissidents in the United
11    States?
12      MR. GAVENMAN:  Objection to form.
13      MR. GRENDI:  Objection to form.
14      THE WITNESS:  Yes.
15    BY MR. GREIM:
16       Q.   And have you advised Mr. Guo on those
17    lawsuits?
18      MR. GAVENMAN:  Objection to form.
19      THE WITNESS:  No, but I did ask him not to
20    get involved, because my reason is this is Chinese
21    Communist regime strategy, to get him involved in the
22    lawsuit, consume his resources.  It's not just him

Page 83

1    suing others.  It's the other side suing him as well.
2    BY MR. GREIM:
3       Q.   Is it your testimony that every
4    dissident that Mr. Guo is in litigation with -- well,
5    let me back up.  That's a closed question.
6       Let me just ask you this.
7       A.   Yeah.
8       Q.   Are you aware of whether Mr. Guo is in
9    litigation with any dissident who is not working with
10    the Chinese regime?
11      MR. GAVENMAN:  Objection to form.
12      MR. GRENDI:  Objection to form.
13      THE WITNESS:  I'm not sure.  I think there
14    are lots of them working with the regime, because
15    they, themselves, cannot afford this large amount
16    legal bill.  Nobody wants to pay that.
17    BY MR. GREIM:
18       Q.   As you said earlier, could some of these
19    dissidents be trying in their own way to use the
20    regime?
21      MR. GAVENMAN:  Objection, form.
22      MR. GRENDI:  Objection to form.

Page 84

1      MR. GAVENMAN:  Foundation.
2      THE WITNESS:  Yes.
3    BY MR. GREIM:
4       Q.   Earlier, we talked a little bit about
5    the visit by Chinese authorities to Mr. Guo in the
6    United States.
7       A.   Yeah.
8       Q.   Do you recall when that occurred?
9       A.   I didn't.
10      Q.   Does May 2017 sound correct to you?
11      A.   Yes.
12      MR. GAVENMAN:  Objection to form.
13      MR. GRENDI:  Objection to form.
14    BY MR. GREIM:
15       Q.   Is that one of the -- did part of your
16    research into Mr. Guo involve reading accounts of the
17    visit by Chinese officials to Guo's apartment?
18      MR. GRENDI:  Objection.
19      THE WITNESS:  Yes.
20    BY MR. GREIM:
21       Q.   And did Guo also discuss the visit with
22    you?

Page 85

22 (Pages 82 to 85)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.   That was with the counsel. | 11:14 |
| 2 | **Q.   With counsel?** | 11:14 |
| 3 | A.   Yes. | 11:14 |
| 4 | **Q.   Okay.  By the way, just to -- I want to** | 11:14 |
| 5 | **be clear about this.  Who were the names of the Clark** | 11:14 |
| 6 | **Hill attorneys who were involved in that matter?  Do** | 11:14 |
| 7 | **you remember?** | 11:14 |
| 8 | MR. GRENDI:  Objection. | 11:14 |
| 9 | THE WITNESS:  Thomas Ragland. | 11:14 |
| 10 | BY MR. GREIM: | 11:14 |
| 11 | **Q.   Okay.** | 11:14 |
| 12 | A.   It's public information, by the way. | 11:14 |
| 13 | **Q.   Jay Johnson, was he one of them?** | 11:14 |
| 14 | A.   Never heard of him. | 11:14 |
| 15 | **Q.   Are you aware that Mr. Guo recorded all** | 11:14 |
| 16 | **or large portions of those meetings?** | 11:15 |
| 17 | MR. GAVENMAN:  Objection -- | 11:15 |
| 18 | MR. GRENDI:  Objection. | 11:15 |
| 19 | MR. GAVENMAN:  -- to form.  You're talking | 11:15 |
| 20 | about a privileged conversation? | 11:15 |
| 21 | MR. GREIM:  No.  I'm sorry.  Let me -- not | 11:15 |
| 22 | meetings with Clark Hill. | 11:15 |

Page 86

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Okay. | 11:15 |
| 2 | BY MR. GREIM: | 11:15 |
| 3 | **Q.   Are you aware that Mr. Guo recorded all** | 11:15 |
| 4 | **or portions of his meetings with Chinese officials?** | 11:15 |
| 5 | MR. GAVENMAN:  Objection. | 11:15 |
| 6 | MR. GRENDI:  Objection to form, relevance. | 11:15 |
| 7 | THE WITNESS:  With the counsel.  That was | 11:15 |
| 8 | also with counsel. | 11:15 |
| 9 | BY MR. GREIM: | 11:15 |
| 10 | **Q.   I'm sorry.  I could not actually hear** | 11:15 |
| 11 | **your answer over the objections.  You're saying, yes,** | 11:15 |
| 12 | **he recorded meetings with counsel?** | 11:15 |
| 13 | **MR. GAVENMAN:  No.** | 11:15 |
| 14 | THE WITNESS:  No.  I said that's information | 11:15 |
| 15 | -- | 11:15 |
| 16 | MR. GAVENMAN:  Mr. Han.  Mr. Han. | 11:15 |
| 17 | So what he's saying is, again, there was | 11:15 |
| 18 | conversations with counsel present that were | 11:15 |
| 19 | privileged conversations where he discussed this | 11:15 |
| 20 | material.  So he cannot get into that area.  That's | 11:15 |
| 21 | what he's saying. | 11:15 |
| 22 | Please do not answer. | 11:15 |

Page 87

| | | |
|---|---|---|
| 1 | MR. GREIM:  Sure, but whether Mr. Guo has | 11:15 |
| 2 | recordings of these meetings is not a privileged | 11:15 |
| 3 | matter.  Is it a fact.  It either happened or it did | 11:16 |
| 4 | not. | 11:16 |
| 5 | THE WITNESS:  I didn't know that. | 11:16 |
| 6 | MR. GAVENMAN:  Please don't reveal anything | 11:16 |
| 7 | that you learned in a privileged conversation. | 11:16 |
| 8 | THE WITNESS:  Yeah.  I didn't know whatever | 11:16 |
| 9 | public information, but all I know is what I learned | 11:16 |
| 10 | from the counsel regarding the meetings. | 11:16 |
| 11 | [Han Exhibit No. 4 was | 11:16 |
| 12 | marked for identification.] | 11:16 |
| 13 | BY MR. GREIM: | 11:16 |
| 14 | **Q.   I'm going to show you what we're marking** | 11:16 |
| 15 | **as Exhibit 4, and you'll see this is a "Wall Street** | 11:16 |
| 16 | **Journal" article from October 22, 2017 and it goes on** | 11:17 |
| 17 | **for about six pages.** | 11:17 |
| 18 | A.   Right. | 11:17 |
| 19 | **Q.   But you'll see that the main topic here** | 11:17 |
| 20 | **is about the visit of the Chinese officials to Mr.** | 11:17 |
| 21 | **Guo.** | 11:17 |
| 22 | A.   Right. | 11:17 |

Page 88

| | | |
|---|---|---|
| 1 | **Q.   Correct?** | 11:17 |
| 2 | A.   Um-hum. | 11:17 |
| 3 | **Q.   And is that a picture of Mr. Guo at the** | 11:17 |
| 4 | **top there?** | 11:17 |
| 5 | A.   Yes. | 11:17 |
| 6 | **Q.   Is that taken in his Sherry Netherland** | 11:17 |
| 7 | **apartment?** | 11:17 |
| 8 | MR. GRENDI:  Objection. | 11:17 |
| 9 | THE WITNESS:  It looks like it. | 11:17 |
| 10 | BY MR. GREIM: | 11:17 |
| 11 | **Q.   All right.  Do you see in the third** | 11:17 |
| 12 | **paragraph, it says:  "Liu Yanping, the lead official,** | 11:17 |
| 13 | **said he had come on behalf of Beijing 'to find a** | 11:17 |
| 14 | **solution', according to Mr. Guo and a partial audio** | 11:18 |
| 15 | **recording Mr. Guo said he made of the May encounter** | 11:18 |
| 16 | **and posted online in September."** | 11:18 |
| 17 | **Do you see that?** | 11:18 |
| 18 | A.   Um-hum. | 11:18 |
| 19 | **Q.   Now let me ask you -- I don't want to** | 11:18 |
| 20 | **know -- well, unfortunately, you've got this** | 11:18 |
| 21 | **continuing instruction and if you heard it from** | 11:18 |
| 22 | **counsel, you can't even state the facts.  I'm going** | 11:18 |

Page 89

23 (Pages 86 to 89)

Atkinson-Baker, Inc.
www.depo.com

1  to ask you whether you recall reading articles like  11:18
2  this about Mr. Guo's recording of the May encounter.  11:18
3      MR. GRENDI:  Objection.  11:18
4      THE WITNESS:  This is the first time I read  11:18
5  this article.  11:18
6  BY MR. GREIM:  11:18
7      Q.  Okay.  Well, when you first met Mr. Guo,  11:18
8  I suppose this had already happened, hadn't it?  11:18
9  Because you said you met him for the first time in  11:19
10  July or August?  11:19
11      A.  Correct.  11:19
12      MR. GRENDI:  Objection.  11:19
13  BY MR. GREIM:  11:19
14      Q.  By the way, have you met Steven Bannon  11:19
15  before?  11:19
16      MR. GRENDI:  Objection.  What does that have  11:19
17  to do with this case, Counsel?  I'm sorry, but Steve  11:19
18  Bannon, where does he come in?  I just don't get it.  11:19
19      MR. GREIM:  Read the counterclaim.  11:19
20      MR. GRENDI:  I have.  You put in stuff about  11:19
21  Steve Bannon that has nothing to do with the case.  11:19
22      MR. GREIM:  Please don't use up our time on  11:19

Page 90

1  the record.  11:19
2      Go ahead.  11:19
3      THE WITNESS:  Before this?  11:19
4  BY MR. GREIM:  11:19
5      Q.  Yes.  11:19
6      A.  Before what?  11:19
7      Q.  Well, let's say when did you -- have you  11:19
8  worked with Mr. Bannon in connection with Mr. Guo?  11:19
9      MR. GAVENMAN:  Objection to form.  11:19
10      MR. GRENDI:  Objection.  11:19
11      THE WITNESS:  Bannon was introduced to him on  11:19
12  October, early October of 2017.  11:19
13  BY MR. GREIM:  11:19
14      Q.  By you?  11:19
15      A.  By Bill Gertz, not me.  11:19
16      Q.  Now, how do you know that?  11:20
17      A.  Because I was with them.  11:20
18      Q.  Okay.  Have you ever listened to a  11:20
19  recording of Mr. Guo's meeting with Chinese  11:20
20  officials?  11:20
21      MR. GRENDI:  Objection.  11:20
22      MR. GAVENMAN:  Objection.  11:20

Page 91

1      THE WITNESS:  That is with the counsel in the  11:20
2  meeting.  11:20
3      MR. GREIM:  Wait a minute.  Wait, wait, wait.  11:20
4      Now, whether he's listened to it is not  11:20
5  privileged information.  I'm not going to ask him the  11:20
6  content of it, but it's a yes or no question -- yes  11:21
7  or no answer whether he has listened to it.  I don't  11:21
8  want to know anything else about the circumstance.  11:21
9      MR. GAVENMAN:  I'm also very concerned here  11:21
10  about attorney work product privilege and what's  11:21
11  happening in that case.  I mean, it's not just the  11:21
12  facts.  It's not just what communications.  There's  11:21
13  attorney work product that's happening here, clearly,  11:21
14  and you need to stay away from it.  11:21
15      You need to stay away.  I don't know why  11:21
16  you're bothering to go in there anyway, recordings,  11:21
17  not recordings.  I mean, we don't need to be invading  11:21
18  this privilege to get to the facts of this case.  11:21
19      I mean, we're going to have a long day here  11:21
20  if we're doing this and let's stay away from  11:21
21  privileged information and get to the parts that  11:21
22  matter, please.  11:21

Page 92

1      MR. GREIM:  Well, we disagree to your claims  11:21
2  of privilege.  We're just trying to work around them  11:21
3  so that we can get through.  11:21
4  BY MR. GREIM:  11:21
5      Q.  Did you -- let me -- okay.  Let's go a  11:21
6  little further.  11:22
7      Why did you say that this incident of Mr. Guo  11:22
8  meeting with the Chinese officials may have been a  11:22
9  turning point for Mr. Guo?  11:22
10      MR. GRENDI:  Objection.  11:22
11      MR. GAVENMAN:  Objection.  11:22
12      THE WITNESS:  I think because they were  11:22
13  arrested, detained by the FBI.  I think the Chinese  11:22
14  official may have believed that Miles sold them out  11:22
15  and that he's working with American Government,  11:23
16  busted them, take away their cellphones, computers.  11:23
17  Yeah.  11:23
18  BY MR. GREIM:  11:23
19      Q.  All right.  So that's -- I understand  11:23
20  that's what you think the Chinese officials may  11:23
21  believe.  11:23
22      A.  Right.  11:23

Page 93

24 (Pages 90 to 93)

Lianchao Han - Confidential
August 28, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   Now my next question is how do you know | 11:23 |
| 2 | -- what makes you believe that?  What facts do you | 11:23 |
| 3 | have that form the basis for that belief? | 11:23 |
| 4 | MR. GAVENMAN:  Objection to form. | 11:23 |
| 5 | MR. GRENDI:  Objection. | 11:23 |
| 6 | THE WITNESS:  I think since then, there was a | 11:23 |
| 7 | -- as far as I can tell, the Chinese never sent | 11:23 |
| 8 | another team to communicate with Miles, just on my | 11:23 |
| 9 | knowledge, based on my best knowledge. | 11:23 |
| 10 | BY MR. GREIM: | |
| 11 | Q.   Since then, has Guo sent anyone to China | 11:24 |
| 12 | to communicate with Chinese officials? | 11:24 |
| 13 | A.   I don't know. | 11:24 |
| 14 | MR. GRENDI:  Objection. | 11:24 |
| 15 | MR. GAVENMAN:  Objection to form. | 11:24 |
| 16 | THE WITNESS:  I have no knowledge. | 11:24 |
| 17 | BY MR. GREIM: | |
| 18 | Q.   Do you know whether Guo sent Steve | 11:24 |
| 19 | Bannon to communicate with Wang Qishan? | 11:24 |
| 20 | MR. GAVENMAN:  Objection. | 11:24 |
| 21 | MR. GRENDI:  Objection, relevance. | 11:24 |
| 22 | THE WITNESS:  That's not possible. | 11:24 |

Page 94

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't know.  This is a little | 11:25 |
| 2 | too far, you know. | 11:25 |
| 3 | MR. GRENDI:  I'm just going to hop in here. | 11:25 |
| 4 | If we went to the judge with this right now, she | 11:25 |
| 5 | would say why are you asking these questions, please | 11:25 |
| 6 | move it along.  I'm pretty sure that's what she would | 11:25 |
| 7 | say, because this has zero connection to whether or | 11:25 |
| 8 | not Eastern Profit -- | 11:25 |
| 9 | THE WITNESS:  Can I get some water? | 11:26 |
| 10 | MR. GRENDI:  -- and Strategic Vision -- | 11:26 |
| 11 | MR. GREIM:  Why don't we do this.  We have | 11:26 |
| 12 | five minutes left.  I mean, this goes directly to | 11:26 |
| 13 | whether Mr. Guo is working with the regime or not. | 11:26 |
| 14 | This would be one of the contacts, but let's take a | 11:26 |
| 15 | break.  We have five minutes left on the tape.  Let's | 11:26 |
| 16 | take about a five- or ten-minute break. | 11:26 |
| 17 | VIDEOGRAPHER:  This end Disk No. 1, going off | 11:26 |
| 18 | the record.  The time is now 11:28 a.m. | 11:26 |
| 19 | [Recess.] | 11:41 |
| 20 | VIDEOGRAPHER:  This begins Disk No. 2 in the | 11:41 |
| 21 | video deposition of Lianchao Han.  We are back on the | 11:41 |
| 22 | record.  The time is 11:43 a.m. | 11:41 |

Page 96

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 11:24 |
| 2 | Q.   Why do you say that? | 11:24 |
| 3 | A.   Wang Qishan invited Bannon to China | 11:24 |
| 4 | before he even know who Miles Kwok is. | 11:24 |
| 5 | Q.   Before who knows who Miles Kwok was? | 11:24 |
| 6 | A.   Before Steve had ever heard his name. | 11:24 |
| 7 | Q.   How do you know that? | 11:24 |
| 8 | A.   Because at the time, he was -- the | 11:24 |
| 9 | timeline, just look at the timeline.  I forgot when | 11:24 |
| 10 | he went to China, but that was way before Steve met | 11:25 |
| 11 | with the Miles Kwok. | 11:25 |
| 12 | Q.   Do you know who arranged the Bannon-Wang | 11:25 |
| 13 | Qishan meeting? | 11:25 |
| 14 | MR. GRENDI:  Objection. | 11:25 |
| 15 | MR. GAVENMAN:  Objection. | 11:25 |
| 16 | THE WITNESS:  Is that relevant?  I think John | 11:25 |
| 17 | Thornton. | 11:25 |
| 18 | BY MR. GREIM: | |
| 19 | Q.   And do you know whether Bannon discussed | 11:25 |
| 20 | Guo with Wang Qishan? | 11:25 |
| 21 | MR. GAVENMAN:  Objection. | 11:25 |
| 22 | MR. GRENDI:  Objection.  How would he know? | 11:25 |

Page 95

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 11:41 |
| 2 | Q.   Okay.  Mr. Han -- | 11:41 |
| 3 | A.   Yes. | 11:41 |
| 4 | Q.   -- I'm going to make sure something is | 11:41 |
| 5 | very clear from our last series of questions.  Is it | 11:41 |
| 6 | true that you have knowledge of the purpose of the | 11:42 |
| 7 | Bannon trip to Wang Qishan? | 11:42 |
| 8 | MR. GRENDI:  Objection. | 11:42 |
| 9 | MR. GAVENMAN:  Objection. | 11:42 |
| 10 | You can answer. | 11:42 |
| 11 | THE WITNESS:  I don't know exactly what's the | 11:42 |
| 12 | purpose, but I know for a fact it has nothing to do | 11:42 |
| 13 | with Miles Kwok. | 11:42 |
| 14 | BY MR. GREIM: | |
| 15 | Q.   Well, now that you -- I have to ask you | 11:42 |
| 16 | how do you know for a fact it has nothing to do with | 11:42 |
| 17 | it? | 11:42 |
| 18 | A.   Because Steve talked to me about his | 11:42 |
| 19 | trip. | 11:42 |
| 20 | Q.   Okay.  What did he tell you?  What did | 11:42 |
| 21 | he tell you the purpose of the trip was? | 11:42 |
| 22 | MR. GRENDI:  Objection.  Why are we talking | 11:42 |

Page 97

25 (Pages 94 to 97)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | about a trip when the witness just said it has | 11:42 |
| 2 | nothing to do with this case? | 11:42 |
| 3 | MR. GREIM:  Well, he said it doesn't.  He was | 11:42 |
| 4 | about to tell us why it doesn't. | 11:42 |
| 5 | THE WITNESS:  First of all, Steve didn't know | 11:42 |
| 6 | Miles.  He never heard of Miles before this trip.  I | 11:42 |
| 7 | mean during this during this trip. | 11:42 |
| 8 | He met with Miles on October 6th, I think I | 11:42 |
| 9 | believe of 2017.  So he didn't know, and that meeting | 11:42 |
| 10 | was about economic nationalism.  Wang Qishan lectured | 11:43 |
| 11 | him for the entire session of his meeting.  That's | 11:43 |
| 12 | what Bannon told me. | 11:43 |
| 13 | BY MR. GREIM: | 11:43 |
| 14 | Q.   Is that the extent of your knowledge | 11:43 |
| 15 | about the trip? | 11:43 |
| 16 | A.   Correct. | 11:43 |
| 17 | Q.   All right.  Have you ever discussed the | 11:43 |
| 18 | trip with Guo Wengui? | 11:43 |
| 19 | A.   No, because the meeting, you know, what | 11:43 |
| 20 | Steve and Miles, when we sit down, Steve told what | 11:43 |
| 21 | happened. | 11:43 |
| 22 | Q.   Okay.  I'm sorry.  Steve told Miles what | 11:43 |

Page 98

| | |
|---|---|
| 1 | happened? | 11:43 |
| 2 | A.   Steve, me, Miles, we have a dinner, | 11:43 |
| 3 | several dinners.  So I think at the beginning, you | 11:44 |
| 4 | know, he mentioned about this trip.  He described the | 11:44 |
| 5 | meeting with Wang Qishan. | 11:44 |
| 6 | Q.   Are you aware of a letter that Mr. Guo | 11:44 |
| 7 | wrote to President Xi in August of 2017? | 11:44 |
| 8 | A.   I didn't. | 11:44 |
| 9 | Q.   Have you ever heard of that before? | 11:44 |
| 10 | A.   No. | 11:44 |
| 11 | [Han Exhibit No. 5 was | 11:44 |
| 12 | marked for identification.] | 11:44 |
| 13 | BY MR. GREIM: | 11:45 |
| 14 | Q.   I'm going to show you what we are | 11:45 |
| 15 | marking as Exhibit 5, and what I'm showing you here | 11:45 |
| 16 | is a certified translation that was filed in the New | 11:45 |
| 17 | York County Supreme Court in another matter, and this | 11:45 |
| 18 | purports to be a letter from Guo Wengui to the | 11:45 |
| 19 | Honorable Leader, parentheses "S".  It starts with | 11:45 |
| 20 | "Greetings" and it's signed, Respectfully, s/Guo | 11:45 |
| 21 | Wengui, August 26, 2017. | 11:45 |
| 22 | Now, I've got an actual Chinese copy of this | 11:45 |

Page 99

| | |
|---|---|
| 1 | that I can show you here in a moment, but I just want | 11:45 |
| 2 | you to take a look at this and tell me whether, now | 11:46 |
| 3 | having looked through this document, you have ever | 11:46 |
| 4 | heard of it or seen it before. | 11:46 |
| 5 | A.   Never heard, never seen this before. | 11:46 |
| 6 | Can I see the Chinese version? | 11:46 |
| 7 | Q.   Yes.  I'm going to play for you a | 11:46 |
| 8 | newscast with I, believe, the Mirror in which Mr. | 11:46 |
| 9 | Wengui discusses -- I'm sorry -- Mr. Guo discusses | 11:46 |
| 10 | the letter.  I'm going to go ahead for our counsel | 11:46 |
| 11 | here and I'm going to go ahead and mark as Exhibit 6 | 11:46 |
| 12 | a transcription and translation of that.  Again, this | 11:46 |
| 13 | has been previously produced to counsel and the | 11:47 |
| 14 | translation is accompanied with an affidavit of the | 11:47 |
| 15 | translator, Jessica Ju.  This is from | 11:47 |
| 16 | https://youtu.be/7qVmEsw_ZX8, and it was published on | 11:47 |
| 17 | January 18, 2018. | 11:47 |
| 18 | What I'm going to do, sir, is I'm going to try | 11:47 |
| 19 | to make sure you can see my screen, because the | 11:47 |
| 20 | newscast -- | 11:47 |
| 21 | [Video presentation.] | 11:47 |
| 22 | MR. GREIM:  I'm pausing it.  What I'm going | 11:48 |

Page 100

| | |
|---|---|
| 1 | to do is move my computer closer to you without | 11:48 |
| 2 | wrecking the entire setup that we have here. | 11:48 |
| 3 | THE WITNESS:  Yeah.  Oh, that's the Chinese | 11:48 |
| 4 | version? | 11:48 |
| 5 | MR. GREIM:  Yes, sir, but I just encourage | 11:48 |
| 6 | you to listen, and if there were even a way for you | 11:48 |
| 7 | to pause as you need to -- | 11:48 |
| 8 | THE WITNESS:  Yeah. | 11:48 |
| 9 | MR. GREIM:  -- I'll try to allow that. | 11:48 |
| 10 | THE WITNESS:  Okay. | 11:48 |
| 11 | MR. GREIM:  And what you may do is, if you | 11:48 |
| 12 | know how to work this -- | 11:48 |
| 13 | THE WITNESS:  That's fine.  I can listen. | 11:48 |
| 14 | MR. GREIM:  Okay. | 11:48 |
| 15 | [Video presentation.] | 11:49 |
| 16 | THE WITNESS:  This is a half an hour thing. | 11:49 |
| 17 | Are we going to go through everything? | 11:49 |
| 18 | [Mr. Greim gestures in the negative.] | 11:50 |
| 19 | [Continued video presentation.] | 11:53 |
| 20 | MR. GREIM:  All right.  I have stopped this | 11:56 |
| 21 | exactly at seven minutes and thirty seconds.  As the | 11:56 |
| 22 | witness points out, this particular clip is a total | 11:56 |

Page 101

26 (Pages 98 to 101)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1   of about 23 minutes and eventually goes to 31:43. We | 11:56 |
| 2   won't play the entire clip here, but we can if it's | 11:56 |
| 3   necessary. | 11:56 |
| 4   BY MR. GREIM: | 11:56 |
| 5       Q.   So my question to the witness, first of | 11:56 |
| 6   all, is that -- what did you see, first of all, on | 11:56 |
| 7   the video? | 11:56 |
| 8       A.   What did I see? | 11:56 |
| 9       Q.   Sure. | 11:56 |
| 10   MR. GRENDI:  I'll just object to line of | 11:56 |
| 11   questioning. | 11:56 |
| 12       THE WITNESS:  Just, you know, it's his letter | 11:56 |
| 13   to the Chinese leaders and he explains who he | 11:56 |
| 14   addressed it to. | 11:56 |
| 15   BY MR. GREIM: | 11:56 |
| 16       Q.   And who is interviewing Mr. Guo? | 11:56 |
| 17       A.   Chen Xiaoping. | 11:57 |
| 18       Q.   Who is that? | 11:57 |
| 19       A.   Chen Xiaoping is the host of Mirror Tv. | 11:57 |
| 20       Q.   This is the TV program you mentioned | 11:57 |
| 21   earlier? | 11:57 |
| 22       A.   Correct. | 11:57 |

Page 102

| | |
|---|---|
| 1       Q.   All right.  And do you recognize Mr. Guo | 11:57 |
| 2   and Mr. Guo's voice answering his questions? | 11:57 |
| 3       A.   Yes. | 11:57 |
| 4       Q.   And did you hear Mr. Guo to ask the host | 11:57 |
| 5   that the letter be put up on the screen? | 11:57 |
| 6       A.   Correct. | 11:57 |
| 7   MR. GRENDI:  Objection. | 11:57 |
| 8   BY MR. GREIM: | 11:57 |
| 9       Q.   And did you see the letter? | 11:57 |
| 10       A.   Yes. | 11:57 |
| 11       Q.   How many pages did it have? | 11:57 |
| 12       A.   Four or five.  Four. | 11:57 |
| 13       Q.   Were you able to read it in Chinese? | 11:57 |
| 14       A.   Yes. | 11:57 |
| 15       Q.   And then after the actual letter was | 11:57 |
| 16   shown, did you see a transcription that followed | 11:57 |
| 17   while some piano music played? | 11:57 |
| 18       A.   Yes. | 11:57 |
| 19       Q.   What were Chinese characters in the | 11:57 |
| 20   transcription after the letter? | 11:57 |
| 21   MR. GRENDI:  Objection. | 11:57 |
| 22   MR. GAVENMAN:  Objection. | 11:57 |

Page 103

| | |
|---|---|
| 1       THE WITNESS:  Just exactly the same letter, | 11:58 |
| 2   just done into segments. | 11:58 |
| 3   BY MR. GREIM: | 11:58 |
| 4       Q.   Okay.  And so let me ask you again, now | 11:58 |
| 5   that you've seen it in Chinese -- | 11:58 |
| 6       A.   Yeah. | 11:58 |
| 7       Q.   -- and you've heard Mr. Guo talking | 11:58 |
| 8   about it, had you ever heard of this letter before | 11:58 |
| 9   today? | 11:58 |
| 10   MR. GAVENMAN:  Objection, form. | 11:58 |
| 11       THE WITNESS:  No.  This is the first time I | 11:58 |
| 12   saw this video clip.  I didn't know the letter. | 11:58 |
| 13   BY MR. GREIM: | 11:58 |
| 14       Q.   Okay.  Well, if we could go to the | 11:58 |
| 15   English version -- | 11:58 |
| 16       A.   Yes. | 11:58 |
| 17       Q.   -- you'll see that the beginning of the | 11:58 |
| 18   letter after the word "Greetings" says:  "Thank you | 11:58 |
| 19   very much for your hospitality to meet members of my | 11:58 |
| 20   family and staff yesterday." | 11:59 |
| 21       Do you see that? | 11:59 |
| 22       A.   Yes. | 11:59 |

Page 104

| | |
|---|---|
| 1   MR. GAVENMAN:  I'm just going to object to | 11:59 |
| 2   the extent this is not an accurate translation, just | 11:59 |
| 3   to that extent, but we can go on. | 11:59 |
| 4   MR. GRENDI:  Same objection. | 11:59 |
| 5   BY MR. GREIM: | 11:59 |
| 6       Q.   Now, we can go back to Chinese text, if | 11:59 |
| 7   you would like, sir, to take a look at the -- | 11:59 |
| 8       A.   Yeah.  Let's go back and see exactly.  I | 11:59 |
| 9   think there is a mistranslation here.  I can see at | 11:59 |
| 10   least one error here, but that's the Chinese -- the | 11:59 |
| 11   English version.  It's the beginning of the letter, I | 11:59 |
| 12   think. | 12:00 |
| 13       Q.   You're now looking at the beginning of | 12:00 |
| 14   the letter? | 12:00 |
| 15       A.   Yeah.  Can we enlarge this a little bit? | 12:00 |
| 16       Q.   I'm afraid we can't. | 12:00 |
| 17       A.   I can't read it. | 12:00 |
| 18       Q.   Let me see if I can, sir. | 12:00 |
| 19       A.   There it goes. | 12:00 |
| 20       Q.   And you can feel free to use my controls | 12:00 |
| 21   on the my computer to move.  We may have a few other | 12:00 |
| 22   questions on other pages here. | 12:00 |

Page 105

27 (Pages 102 to 105)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | [Witness peruses document.] | 12:00 |
| 2 | THE WITNESS:  Yeah. | 12:00 |
| 3 | BY MR. GREIM: | 12:01 |
| 4 | Q.   So was there a mistranslation in the | 12:01 |
| 5 | transcription that I showed you? | 12:01 |
| 6 | A.   Just for this part, no, for the first | 12:01 |
| 7 | paragraph. | 12:01 |
| 8 | Q.   Okay.  Now, are you aware of a -- other | 12:01 |
| 9 | than the meeting that we talked about earlier in May, | 12:01 |
| 10 | are you aware of another meeting between Mr. Guo and | 12:01 |
| 11 | any Chinese officials? | 12:01 |
| 12 | A.   No. | 12:01 |
| 13 | Q.   Do you see under paragraph 1 of the | 12:01 |
| 14 | English translation, under paragraph 1, Mr. Guo is | 12:01 |
| 15 | making certain requests of the Chinese leaders?  Are | 12:01 |
| 16 | you aware of him having made such requests in or | 12:01 |
| 17 | around August of 2017? | 12:01 |
| 18 | MR. GRENDI:  Objection. | 12:01 |
| 19 | MR. GAVENMAN:  Objection, form. | 12:01 |
| 20 | THE WITNESS:  I didn't know he made any | 12:01 |
| 21 | requests, specific requests, like that, but I know | 12:01 |
| 22 | there were -- he tried to negotiation -- tried to | 12:02 |

Page 106

| | | |
|---|---|---|
| 1 | negotiate to protect his employees, his assets. | 12:02 |
| 2 | That, I know in general. | 12:02 |
| 3 | BY MR. GREIM: | 12:02 |
| 4 | Q.   If you look on -- let's go to the second | 12:02 |
| 5 | paragraph.  You'll see he says:  "The key condition | 12:02 |
| 6 | for me to desist from revealing information is that | 12:02 |
| 7 | you take my name off the Red Notice -- | 12:02 |
| 8 | A.   Yes. | 12:02 |
| 9 | Q.   -- "permit me to resume the operation of | 12:02 |
| 10 | my business in Hong Kong and drop the legal action | 12:02 |
| 11 | that is being taken against me overseas." | 12:02 |
| 12 | Did I read that correctly? | 12:02 |
| 13 | A.   Yes. | 12:02 |
| 14 | Q.   And can you satisfy yourself that that | 12:02 |
| 15 | is, in fact, what's in the Chinese version of the | 12:02 |
| 16 | letter? | 12:02 |
| 17 | And if you need to, if it's not on this page, | 12:02 |
| 18 | we can toggle to the next. | 12:02 |
| 19 | A.   Okay. | 12:03 |
| 20 | [Witness peruses document.] | 12:03 |
| 21 | THE WITNESS:  It's roughly correct, but it's | 12:03 |
| 22 | not straight -- you know, it's not an accurate | 12:03 |

Page 107

| | | |
|---|---|---|
| 1 | translation. | 12:03 |
| 2 | BY MR. GREIM: | 12:03 |
| 3 | Q.   Well, what -- which of those conditions, | 12:03 |
| 4 | are any of the conditions inaccurate in the | 12:03 |
| 5 | transcription? | 12:03 |
| 6 | A.   Yeah.  Roughly, it's correct, but he's | 12:03 |
| 7 | talking about like overseas, to stop overseas use the | 12:03 |
| 8 | army.  He uses a specific term, sui jin.  Sui jin | 12:03 |
| 9 | means -- how to translate? | 12:03 |
| 10 | Sui jin is the Communist hired thugs or hired | 12:03 |
| 11 | crowds that's suing him.  So that was not translated | 12:03 |
| 12 | accurately. | 12:04 |
| 13 | Q.   I see.  So does that apply to the phrase | 12:04 |
| 14 | that says "drop the illegal action that is being | 12:04 |
| 15 | taken against me overseas"? | 12:04 |
| 16 | A.   Yeah, but he's specifically -- by those | 12:04 |
| 17 | hired, you know, sui jin, army of Communist Party. | 12:04 |
| 18 | Q.   Let me take you to the first -- if you | 12:04 |
| 19 | continue in that paragraph, there are some text in | 12:04 |
| 20 | bold.  It's in bold both in Chinese characters and in | 12:04 |
| 21 | English translation. | 12:04 |
| 22 | A.   Yeah. | 12:04 |

Page 108

| | | |
|---|---|---|
| 1 | Q.   And it says:  "My current situation can | 12:04 |
| 2 | be summed up in eight Chinese characters", colon and | 12:04 |
| 3 | then after that, it's bolded:  "I am now doing things | 12:04 |
| 4 | not out of my own volition and talking things that I | 12:04 |
| 5 | do not really mean." | 12:04 |
| 6 | Do you see that? | 12:05 |
| 7 | A.   I saw that. | 12:05 |
| 8 | Q.   Is that a correct Chinese translation? | 12:05 |
| 9 | A.   Roughly, yes. | 12:05 |
| 10 | Q.   Did Mr. Guo ever express a similar | 12:05 |
| 11 | sentiment to you? | 12:05 |
| 12 | MR. GRENDI:  Objection. | 12:05 |
| 13 | BY MR. GREIM: | 12:05 |
| 14 | Q.   About his speech in the United States? | 12:05 |
| 15 | MR. GAVENMAN:  Objection, form. | 12:05 |
| 16 | MR. GRENDI:  Objection. | 12:05 |
| 17 | THE WITNESS:  No. | 12:05 |
| 18 | BY MR. GREIM: | 12:05 |
| 19 | Q.   Then if you go on, there's some more | 12:05 |
| 20 | that's bolded.  I want to ask you about the English | 12:05 |
| 21 | sentence that says:  "My public exposures of | 12:05 |
| 22 | information before." | 12:05 |

Page 109

28 (Pages 106 to 109)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|

1   A.   Where is that?   12:05
2   Q.   **It's about two sentences later?**   12:05
3   A.   Here, in the English?   12:05
4   Q.   **Oh, yes, in the English.  I'm just going**   12:05
5   **to point out to you.**   12:05
6   A.   Okay.   12:05
7   Q.   **"My public exposures of information**   12:05
8   **before was done under coercion.  My choice to perform**   12:05
9   **publicly was not voluntary."**   12:05
10   **Do you see that in the Chinese?**   12:05
11   A.   Yeah.  It's not a very accurate   12:05
12   translation.   12:06
13   Q.   **Okay.  How would you, if you could --**   12:06
14   **what is inaccurate about it?**   12:06
15   MR. GAVENMAN:  Objection to form.   12:06
16   MR. GRENDI:  Objection.   12:06
17   THE WITNESS:  Let's see.  So he basically   12:06
18   says they hold the entire situation, it's not alone I   12:06
19   can decide and control, and it's involved with my --   12:06
20   the country I reside in and other relevant interests,   12:06
21   stakeholders.   12:06
22   BY MR. GREIM:   12:06

Page 110

1   Q.   **That actually wasn't the sentence I read**   12:06
2   **to you, but I see that.**   12:06
3   A.   Right.  Right, but after that, he says,   12:06
4   you know, like the whistle-blowing exposure before   12:06
5   was forced and also like a reluctant choice.   12:07
6   Q.   **I see.**   12:07
7   A.   So that would be my understanding of the   12:07
8   translation.   12:07
9   Q.   **So instead of done under coercion and**   12:07
10   **was not voluntary, you would say forced?**   12:07
11   A.   Yes, because how you translate the whole   12:07
12   paragraph, the context of the thing.   12:07
13   Q.   **Did Mr. Guo ever tell you that he felt**   12:07
14   **he was forced to engage in his whistle-blowing speech**   12:07
15   **in the U.S.?**   12:07
16   MR. GRENDI:  Objection.   12:07
17   THE WITNESS:  I don't think so, because it   12:07
18   depends on, you know, how it's forced, forced by the   12:07
19   situation, forced by the individual.  He didn't   12:07
20   specify that.   12:07
21   BY MR. GREIM:   12:07
22   Q.   **If you could go to -- let's go to the**   12:07

Page 111

1   very end and then we're just about done with this,   12:07
2   sir.   12:08
3   A.   All right.   12:08
4   Q.   **If you go to page 5 of the**   12:08
5   **transcription -- actually, I think it's really page**   12:08
6   **3.  Sorry.  You'll see that there is a little six.**   12:08
7   A.   Yeah.   12:08
8   Q.   **It says "A few".**   12:08
9   A.   Yes.   12:08
10   Q.   **Actually, before we get there, it's**   12:08
11   **really under five.  I apologize.  You'll see it says:**   12:08
12   **"I will put our national interest first and I am**   12:08
13   **willing to devote my life to protecting our nation's**   12:08
14   **interest to defend Chairman Xi Jinping's value as our**   12:08
15   **nation's core faith and make ultimate dedication of**   12:08
16   **myself to safeguard Chairman Xi Jinping."**   12:08
17   **Did I read that correctly?**   12:08
18   A.   Yes, you read that correctly, but let me   12:08
19   just see what's the Chinese version.   12:08
20   Q.   **Absolutely.  Let's go there.**   12:09
21   **[Video presentation.]**   12:09
22   THE WITNESS:  This is No. 5?   12:09

Page 112

1   BY MR. GREIM:   12:09
2   Q.   **Yes, sir.  Do we need to go to another**   12:09
3   **page?**   12:09
4   A.   No, no.  This is the page.   12:09
5   [Witness peruses document.]   12:09
6   THE WITNESS:  Yeah.  I get it.   12:10
7   BY MR. GREIM:   12:10
8   Q.   **Is that an accurate translation?**   12:10
9   MR. GRENDI:  Objection.   12:10
10   THE WITNESS:  It's not -- you know, I think   12:10
11   it's exaggerated a little bit on the side of -- yeah.   12:10
12   It's a different tone, yeah, different.  The scale of   12:10
13   emphasis, yeah, roughly correct.   12:10
14   BY MR. GREIM:   12:10
15   Q.   **Okay.  I mean, the English translation**   12:10
16   **ends with an exclamation point.  Right?**   12:10
17   A.   Right.  Chinese also.   12:10
18   Q.   **Chinese also, okay.  So what is it in**   12:10
19   **the English translation that you would change then?**   12:10
20   **I want to make sure I understand precisely where you**   12:10
21   **disagree with this translation.**   12:10
22   MR. GRENDI:  Objection.   12:10

Page 113

29 (Pages 110 to 113)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | THE WITNESS:  Let's see I think it's the | 12:10 |
| 2 | tone.  Yeah.  It's not -- I mean, it's roughly | 12:10 |
| 3 | correct. | 12:10 |
| 4 | BY MR. GREIM: | 12:10 |
| 5 | Q.   Okay. | 12:10 |
| 6 | A.   That's my -- the tone seems to me more | 12:10 |
| 7 | weighted on, you know, how he's going to devote | 12:10 |
| 8 | everything. | 12:11 |
| 9 | Q.   Do you have any doubt that Mr. Guo | 12:11 |
| 10 | actually sent this letter? | 12:11 |
| 11 | A.   I have no idea if he did or not. | 12:11 |
| 12 | Q.   Okay.  Let me take you now to the final | 12:11 |
| 13 | part of this paragraph 6, and that may go into the | 12:11 |
| 14 | next page.  Do we need to change yet? | 12:11 |
| 15 | A.   No, not yet.  Let me just see what you | 12:11 |
| 16 | want. | 12:11 |
| 17 | Q.   So you see six says:  "A few small | 12:11 |
| 18 | suggestions from the bottom of Wengui's heart." | 12:11 |
| 19 | A.   Yeah. | 12:11 |
| 20 | Q.   Then he has actually, A, B, C, D, E, F, | 12:11 |
| 21 | and G. | 12:11 |
| 22 | A.   Correct. | 12:11 |

Page 114

| | | |
|---|---|---|
| 1 | Q.   And so if you look under "A," he says: | 12:11 |
| 2 | "Give Wengui an opportunity to chant for our nation." | 12:11 |
| 3 | And then the translator says that they have | 12:12 |
| 4 | added Communist China.  Do you see? | 12:12 |
| 5 | A.   Yeah. | 12:12 |
| 6 | Q.   That's not in the Chinese.  Correct? | 12:12 |
| 7 | A.   No.  That's not in Chinese. | 12:12 |
| 8 | Q.   Then he says:  "In advocating our | 12:12 |
| 9 | nation's legal system solely for propagandizing | 12:12 |
| 10 | Chairman Xi Jinping's call for the Rule of Law in | 12:12 |
| 11 | China", exclamation point. | 12:12 |
| 12 | A.   Right, but that's also -- this | 12:12 |
| 13 | translation is bad.  It's not accurate.  Yeah.  It | 12:12 |
| 14 | is, you know, like advocating for nation's legal | 12:12 |
| 15 | system beauty. | 12:12 |
| 16 | Q.   Okay.  And does it -- | 12:12 |
| 17 | A.   There's no for propaganda.  You know, | 12:12 |
| 18 | like a -- yeah.  There is that propaganda.  Sorry. | 12:12 |
| 19 | Advocate, you can see advocate for Xi Jinping's Rule | 12:12 |
| 20 | of Law in Chinese.  It's a matter of translation. | 12:12 |
| 21 | Q.   Okay.  And then if you look at "B": | 12:13 |
| 22 | "Can you consider to convert Wengui's influence and | 12:13 |

Page 115

| | | |
|---|---|---|
| 1 | resources momentarily into best serving Chairman Xi | 12:13 |
| 2 | Jinping's Chinese Dream", exclamation point. | 12:13 |
| 3 | A.   Yes. | 12:13 |
| 4 | Q.   Is that fair? | 12:13 |
| 5 | A.   Yes. | 12:13 |
| 6 | Q.   And then under -- let's skip to "G". | 12:13 |
| 7 | "G"? | 12:13 |
| 8 | Q.   Which might have to be the next page | 12:13 |
| 9 | now. | 12:13 |
| 10 | A.   Yeah. | 12:13 |
| 11 | [Video presentation.] | 12:13 |
| 12 | THE WITNESS:  Yes. | 12:13 |
| 13 | BY MR. GREIM: | 12:14 |
| 14 | Q.   And the English translation is in bold | 12:14 |
| 15 | and italics.  It says:  "Assign me tasks to | 12:14 |
| 16 | accomplish in furtherance of our national interests | 12:14 |
| 17 | initiative and engage in Chairman Xi Jinping's global | 12:14 |
| 18 | strategy so that I can redeem myself by my good | 12:14 |
| 19 | service, demonstrating my patriotism and loyalty to | 12:14 |
| 20 | Chairman Xi Jinping." | 12:14 |
| 21 | Did I read that correctly? | 12:14 |
| 22 | A.   This is number --  it should be number | 12:14 |

Page 116

| | | |
|---|---|---|
| 1 | what?  Let's see. | 12:14 |
| 2 | Q.   "G", 6(g). | 12:14 |
| 3 | A.   One, two, three, four, five, six, seven. | 12:14 |
| 4 | The last one? | 12:14 |
| 5 | Q.   Correct. | 12:14 |
| 6 | A.   Yeah.  Yes. | 12:14 |
| 7 | Q.   Is that an accurate translation? | 12:15 |
| 8 | A.   Not quite. | 12:15 |
| 9 | Q.   What is off in the translation? | 12:15 |
| 10 | A.   I think he says let's redeem myself, | 12:15 |
| 11 | like let me correct my mistakes and perform, you | 12:15 |
| 12 | know, like contribute.  Yeah. | 12:15 |
| 13 | Q.   So other than -- so you would change | 12:15 |
| 14 | "redeem" to "correct my mistakes"? | 12:15 |
| 15 | A.   Yeah. | 12:15 |
| 16 | Q.   And will you have any change to good | 12:15 |
| 17 | service, demonstrating my patriotism and loyalty to | 12:15 |
| 18 | Chairman Xi Jinping? | 12:15 |
| 19 | A.   That is -- it's not accurate | 12:15 |
| 20 | translation, because I want to use the translation, | 12:16 |
| 21 | direct translation, literal translation, use the | 12:16 |
| 22 | result to express my support of Xi and my patriots. | 12:16 |

Page 117

30 (Pages 114 to 117)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    Q.   Very well.  Okay.  Now, have you ever | 12:16 |
| 2  heard Guo Wengui express similar sentiments? | 12:16 |
| 3    A.   No. | 12:16 |
| 4    Q.   And when you helped to set up the | 12:16 |
| 5  meeting between Strategic Vision and Guo Wengui, you | 12:16 |
| 6  were not aware of this letter? | 12:16 |
| 7    A.   No. | 12:16 |
| 8    Q.   Do you know whether Guo Wengui received | 12:16 |
| 9  the specific instructions he was asking for in this | 12:16 |
| 10  letter? | 12:16 |
| 11    MR. GAVENMAN:  Objection to form. | 12:16 |
| 12    MR. GRENDI:  Objection. | 12:16 |
| 13    THE WITNESS:  No, but he explained what | 12:16 |
| 14  instructions he got from the video. | 12:16 |
| 15  BY MR. GREIM: | 12:16 |
| 16    Q.   Oh.  Do you believe in the video, he | 12:16 |
| 17  actually explains the instructions he did receive? | 12:16 |
| 18    A.   Yes.  Yes.  You have to give the | 12:17 |
| 19  transcript of the entire thing so you would know what | 12:17 |
| 20  he's talking about. | 12:17 |
| 21    Q.   Well, is this based on what you have | 12:17 |
| 22  heard or what you see later in the transcript? | 12:17 |

| | |
|---|---|
| 1    A.   I heard. | 12:17 |
| 2    Q.   Okay.  So -- | 12:17 |
| 3    A.   Just now. | 12:17 |
| 4    Q.   I'm sorry.  Tell us.  What did he say? | 12:17 |
| 5    A.   He said -- | 12:17 |
| 6    MR. GRENDI:  Objection.  I just want to -- | 12:17 |
| 7  hold on.  I want to go the record.  He didn't listen | 12:17 |
| 8  to the whole video.  So he's testifying as to what he | 12:17 |
| 9  heard so far in the video. | 12:17 |
| 10    MR. GREIM:  I agree.  I agree. | 12:17 |
| 11    THE WITNESS:  Yeah.  Just the beginning part, | 12:17 |
| 12  he specifically -- the interview -- the reporter | 12:17 |
| 13  asked him what instruction they give you.  He | 12:17 |
| 14  explained, basically, don't expose, you know, the | 12:17 |
| 15  high-ranking government officials', you know, | 12:17 |
| 16  corruption and don't use her Twitter, expose the | 12:17 |
| 17  dirt. | 12:18 |
| 18    That's basically it.  That's the instruction. | 12:18 |
| 19  BY MR. GREIM: | 12:18 |
| 20    Q.   And do you know when Guo Wengui last | 12:18 |
| 21  exposed dirt on a high-ranking public officials? | 12:18 |
| 22    MR. GAVENMAN:  Objection. | 12:18 |

| | |
|---|---|
| 1    MR. GRENDI:  Objection to form. | 12:18 |
| 2    THE WITNESS:  I don't specifically know that. | 12:18 |
| 3  BY MR. GREIM: | 12:18 |
| 4    Q.   Did he do it after this? | 12:18 |
| 5    MR. GRENDI:  Objection. | 12:18 |
| 6    MR. GAVENMAN:  Objection. | 12:18 |
| 7    THE WITNESS:  I think there's plenty he did | 12:18 |
| 8  after that, but I just didn't follow whatever he | 12:18 |
| 9  said. | 12:18 |
| 10  BY MR. GREIM: | 12:18 |
| 11    Q.   And your testimony is that you have no | 12:18 |
| 12  knowledge of any other contacts -- well, let me | 12:18 |
| 13  strike that. | 12:18 |
| 14    You have no knowledge of any contacts that Guo | 12:18 |
| 15  or anyone working on his behalf had with the Chinese | 12:18 |
| 16  Government after August of 2017? | 12:18 |
| 17    MR. GRENDI:  Objection. | 12:18 |
| 18    MR. GAVENMAN:  Objection, form. | 12:19 |
| 19    THE WITNESS:  August of 2017?  No. | 12:19 |
| 20  BY MR. GREIM: | 12:19 |
| 21    Q.   And do you know that he did not have | 12:19 |
| 22  contacts with the Chinese Government after August of | 12:19 |

| | |
|---|---|
| 1  2017? | 12:19 |
| 2    MR. GAVENMAN:  Objection. | 12:19 |
| 3    MR. GRENDI:  Objection. | 12:19 |
| 4    THE WITNESS:  I don't have any knowledge | 12:19 |
| 5  whether he has or have not. | 12:19 |
| 6  BY MR. GREIM: | 12:19 |
| 7    Q.   Do you know whether it's true that Mr. | 12:19 |
| 8  Guo has been unable to move money from Hong Kong | 12:19 |
| 9  after he began speaking out as a dissident? | 12:19 |
| 10    MR. GAVENMAN:  Objection. | 12:20 |
| 11    MR. GRENDI:  Objection. | 12:20 |
| 12    MR. GAVENMAN:  Form and asked and answered, | 12:20 |
| 13  I'm fairly certain. | 12:20 |
| 14    You can answer, but it's been asked before. | 12:20 |
| 15    THE WITNESS:  Okay.  I don't have that | 12:20 |
| 16  knowledge. | 12:20 |
| 17  BY MR. GREIM: | 12:20 |
| 18    Q.   Have you advised Mr. Guo on any | 12:20 |
| 19  statements that he or his attorney has made in the | 12:20 |
| 20  press about this case? | 12:20 |
| 21    A.   About this particular case, no. | 12:20 |
| 22    MR. GRENDI:  Objection. | 12:20 |

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | THE WITNESS:  And except at the very | 12:20 |
| 2 | beginning, I advised him not to go forward with the | 12:20 |
| 3 | lawsuit. | 12:20 |
| 4 | BY MR. GREIM: | 12:20 |
| 5 | Q.   Okay.  Let's forge ahead.  The very -- | 12:20 |
| 6 | did there come a time when you had a meeting just | 12:20 |
| 7 | with French Wallop and Mike Waller -- | 12:20 |
| 8 | A.   Uh-huh. | 12:20 |
| 9 | Q.   -- before Mr. Guo was present? | 12:20 |
| 10 | A.   I don't have recollection. | 12:21 |
| 11 | Q.   Okay.  Do you recall -- | 12:21 |
| 12 | A.   We might. | 12:21 |
| 13 | Q.   Okay.  Well, do you recall having a | 12:21 |
| 14 | meeting with them in order to determine whether you | 12:21 |
| 15 | felt comfortable connecting Strategic Vision to Mr. | 12:21 |
| 16 | Guo? | 12:21 |
| 17 | A.   I don't recall that, but I always | 12:21 |
| 18 | caution all the people I introduce to Miles and | 12:21 |
| 19 | including Hudson, that Miles, some of what he exposed | 12:21 |
| 20 | is verified.  Some is not verified and comes from the | 12:21 |
| 21 | Chinese, you know, communist system and you never | 12:21 |
| 22 | know, you know, what to expect. | 12:21 |

Page 122

| | | |
|---|---|---|
| 1 | I did caution them.  At the same time, I also | 12:21 |
| 2 | cautioned Miles.  I have never deal with Mike French | 12:22 |
| 3 | in a business transaction.  So I didn't know if they | 12:22 |
| 4 | are -- you know, they can do whatever they can do. | 12:22 |
| 5 | So I warned both sides. | 12:22 |
| 6 | Q.   And just so the testimony is clear, at | 12:22 |
| 7 | the beginning of your answer, did you say that Mr. | 12:22 |
| 8 | Guo came from the Chinese Communist system? | 12:22 |
| 9 | MR. GRENDI:  Objection. | 12:22 |
| 10 | MR. GAVENMAN:  Objection. | 12:22 |
| 11 | THE WITNESS:  Come from -- everybody in China | 12:22 |
| 12 | comes out of the rule, the system of the CCP.  That's | 12:22 |
| 13 | my meaning. | 12:22 |
| 14 | BY MR. GREIM: | 12:22 |
| 15 | Q.   Did you give Strategic Vision -- and by | 12:22 |
| 16 | the way, when I say Strategic Vision -- | 12:22 |
| 17 | A.   I don't want to see your message. | 12:22 |
| 18 | Q.   Oh, you're right.  You get to see | 12:22 |
| 19 | everything here. | 12:23 |
| 20 | [Witness views computer screen.] | 12:23 |
| 21 | BY MR. GREIM: | 12:23 |
| 22 | Q.   When I say Strategic Vision -- | 12:23 |

Page 123

| | | |
|---|---|---|
| 1 | A.   Yeah. | 12:23 |
| 2 | Q.   -- I'm really referring to either French | 12:23 |
| 3 | Wallop or Mike Waller.  Okay? | 12:23 |
| 4 | A.   Yes. | 12:23 |
| 5 | Q.   So did you give them any other cautions | 12:23 |
| 6 | about Mr. Guo? | 12:23 |
| 7 | A.   I don't recall.  I probably did say | 12:23 |
| 8 | something, yeah, because as I said, I warned on both | 12:23 |
| 9 | sides to be cautious as they move forward. | 12:23 |
| 10 | Q.   Because in October or November of 2017, | 12:23 |
| 11 | you had only known Mr. Guo for a few months. | 12:23 |
| 12 | Correct? | 12:23 |
| 13 | A.   Correct. | 12:23 |
| 14 | Q.   And at that time, did you have some | 12:23 |
| 15 | doubt about whether everything he had told you was | 12:23 |
| 16 | true? | 12:23 |
| 17 | MR. GRENDI:  Objection to form. | 12:23 |
| 18 | MR. GAVENMAN:  Objection. | 12:23 |
| 19 | THE WITNESS:  I do have some doubt, but I | 12:23 |
| 20 | think what he's done, the whistle-blowing, is very | 12:24 |
| 21 | significant, is very disruptive to Chinese Communist | 12:24 |
| 22 | regime.  So based on that, I was there to help. | 12:24 |

Page 124

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 12:24 |
| 2 | Q.   And that was your state of mind at the | 12:24 |
| 3 | time you introduced Mr. Guo to Strategic Vision? | 12:24 |
| 4 | A.   Correct. | 12:24 |
| 5 | Q.   Did you convey that -- did you convey | 12:24 |
| 6 | those thoughts to Strategic Vision? | 12:24 |
| 7 | MR. GRENDI:  Objection to form. | 12:24 |
| 8 | MR. GAVENMAN:  Objection. | 12:24 |
| 9 | THE WITNESS:  I think I did, because I said | 12:24 |
| 10 | some of what he said is not verifiable.  You cannot | 12:24 |
| 11 | verify it at the time and some, indeed, has been | 12:24 |
| 12 | verified like HNA. | 12:24 |
| 13 | BY MR. | 12:24 |
| 14 | Q.   Did they include his attendance at the | 12:24 |
| 15 | Tieneman Square massacre? | 12:24 |
| 16 | MR. GRENDI:  Objection. | 12:24 |
| 17 | MR. GAVENMAN:  Objection, form, privilege, | 12:24 |
| 18 | we've established.  He's not answering that question. | 12:25 |
| 19 | THE WITNESS:  I'm not answering that | 12:25 |
| 20 | question, yeah. | 12:25 |
| 21 | BY MR. GREIM: | 12:25 |
| 22 | Q.   Did you advise Strategic Vision that it | 12:25 |

Page 125

32 (Pages 122 to 125)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | should obtain a deposit from Mr. Guo? | 12:25 |
| 2 | MR. GRENDI:  Objection. | 12:25 |
| 3 | THE WITNESS:  I don't recall that.  I might. | 12:25 |
| 4 | I might have. | 12:25 |
| 5 | BY MR. GREIM: | 12:25 |
| 6 | Q.   At that point, by, let's say, November | 12:25 |
| 7 | of 2017, were you aware of concerns with Mr. Guo not | 12:25 |
| 8 | paying everyone he had hired to do specific tasks? | 12:25 |
| 9 | MR. GRENDI:  Objection. | 12:25 |
| 10 | MR. GAVENMAN:  Objection. | 12:25 |
| 11 | THE WITNESS:  No. | 12:25 |
| 12 | BY MR. GREIM: | 12:25 |
| 13 | Q.   So other than your statement about Mr. | 12:25 |
| 14 | Guo, what did you -- what, if anything, did you tell | 12:26 |
| 15 | Strategic Vision about potential projects for Guo? | 12:26 |
| 16 | A.   Say that again. | 12:26 |
| 17 | Q.   Let me just -- it was a confusing | 12:26 |
| 18 | question. | 12:26 |
| 19 | In your very first meeting with Strategic | 12:26 |
| 20 | Vision -- | 12:26 |
| 21 | A.   Yeah. | 12:26 |
| 22 | Q.   -- what, if anything, did you tell | 12:26 |

Page 126

| | | |
|---|---|---|
| 1 | Strategic Vision about projects that Guo needed done? | 12:26 |
| 2 | A.   I don't remember exactly the first | 12:26 |
| 3 | meeting, what we discussed.  I think the idea come to | 12:26 |
| 4 | me to investigate through some conventional way, that | 12:26 |
| 5 | was later, probably later on, not the first meeting. | 12:26 |
| 6 | The first meeting was focused on how they can help | 12:27 |
| 7 | the communication, the P.R., but I don't remember | 12:27 |
| 8 | exactly when, you know. | 12:27 |
| 9 | Q.   Did Strategic Vision bring any documents | 12:27 |
| 10 | to that first meeting? | 12:27 |
| 11 | A.   Yes.  There is a proposal that I | 12:27 |
| 12 | obtained pre -- before the meeting. | 12:27 |
| 13 | Q.   Okay. | 12:27 |
| 14 | A.   To offer their services, specific | 12:27 |
| 15 | services. | 12:27 |
| 16 | Q.   Did you share that proposal with Mr. | 12:27 |
| 17 | Guo? | 12:27 |
| 18 | A.   I think I did. | 12:27 |
| 19 | Q.   Did you share it with Mr. Gertz? | 12:27 |
| 20 | A.   It had come from Gertz. | 12:27 |
| 21 | Q.   Okay. | 12:27 |
| 22 | A.   And I forwarded it to Miles.  I don't | 12:27 |

Page 127

| | | |
|---|---|---|
| 1 | think he read it, because his English was not good at | 12:27 |
| 2 | the time. | 12:27 |
| 3 | Q.   So you didn't translate it for him? | 12:27 |
| 4 | A.   No. | 12:27 |
| 5 | Q.   Do you recall what Strategic Vision's | 12:27 |
| 6 | initial proposal was? | 12:28 |
| 7 | A.   I didn't remember, but I think mostly | 12:28 |
| 8 | it's how to help him, media strategy, communication | 12:28 |
| 9 | strategy, that sort of thing. | 12:28 |
| 10 | Q.   Okay.  Do you remember where that | 12:28 |
| 11 | meeting was?  I know your memory is not good of the | 12:28 |
| 12 | very first meeting, but do you remember where you | 12:28 |
| 13 | would have met French and Michael? | 12:28 |
| 14 | A.   I don't know where that meeting, the | 12:28 |
| 15 | first meeting, I met with them, whether it was before | 12:28 |
| 16 | we go to New York or, you know, we met in New York. | 12:28 |
| 17 | So but definitely, the first -- the meeting we had, I | 12:28 |
| 18 | remember is in New York, the apartment of Miles Kwok. | 12:28 |
| 19 | Q.   Was it around Thanksgiving? | 12:29 |
| 20 | A.   It's November, yeah, during the time.  I | 12:29 |
| 21 | don't know if it's, you know, Thanksgiving or close | 12:29 |
| 22 | to Thanksgiving. | 12:29 |

Page 128

| | | |
|---|---|---|
| 1 | MR. GREIM:  All right.  It is now about | 12:29 |
| 2 | 12:30.  Why don't we -- I know we just took a break | 12:29 |
| 3 | about an hour ago.  So why don't we take another | 12:29 |
| 4 | break for lunch.  Let's make it like 45 minutes and | 12:29 |
| 5 | then we'll come back and just march through the | 12:29 |
| 6 | documents. | 12:29 |
| 7 | Does that make sense? | 12:29 |
| 8 | MR. GAVENMAN:  Sounds good. | 12:29 |
| 9 | MR. GREIM:  Okay.  Very good. | 12:29 |
| 10 | VIDEOGRAPHER:  Going off the record.  The | 12:29 |
| 11 | time is now 12:31 p.m. | 12:29 |
| 12 | [Whereupon, at 12:31 p.m., a lunch recess was | 12:29 |
| 13 | taken, to reconvene at 1:15 p.m. this same day.] | 12:29 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

Page 129

33 (Pages 126 to 129)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | Page 130 | |
|---|---|---|

1    A F T E R N O O N   S E S S I O N      12:29
2        VIDEOGRAPHER:  We are back on the record.    13:20
3    The time is now 1:22 p.m.    13:20
4        MR. GREIM:  Let the record reflect the thumb    13:20
5    drive from which I played two video clips that the    13:21
6    witness viewed has been marked as Han Exhibit 7.    13:21
7    We'll just keep this with the original exhibits, for    13:21
8    now at least.    13:21
9            [Han Exhibit No. 7 was    13:21
10            marked for identification.]    13:21
11        FURTHER EXAMINATION BY COUNSEL FOR    13:21
12        DEFENDANT/COUNTERCLAIM PLAINTIFF    13:21
13    BY MR. GREIM:    13:21
14        Q.   Okay.  So, Mr. Han, earlier, we talked    13:21
15    about a proposal that Strategic Vision had given to    13:21
16    Mr. Gertz, who then gave it to you.  Do you recall that?    13:21
17        A.   Yes.    13:21
18        MR. GREIM:  I'm going to show you what we are    13:21
19    marking as Exhibit 8.    13:21
20            [Han Exhibit No. 8 was    13:21
21            marked for identification.]    13:21
22        MR. GREIM:  I'm going to ask you take a look    13:21

Page 130

1    at that and see if you recognize this document.  It's    13:21
2    Bates labeled SVU77 to 79, and the top of the page    13:21
3    says "Vision".    13:22
4        There's also handwriting in the upper    13:22
5    right-hand corner that says "1st Mtg w/Guo".    13:22
6        [Witness peruses exhibit.]    13:22
7        MR. GRENDI:  Can you repeat what the question    13:22
8    is?    13:22
9        THE WITNESS:  Did you ask me a question?    13:22
10    BY MR. GREIM:    13:22
11        Q.   All right.  So, Mr. -- do you recognize    13:22
12    this document, Mr. Han?    13:22
13        A.   Yeah.  It looks like the original.  Yes.    13:23
14        Q.   And I'll just ask you, if look at the    13:23
15    very first paragraph, it says:  "This is a vision    13:23
16    from Mr. G."    13:23
17        Is that Mr. Guo?    13:23
18        A.   Yes.    13:23
19        Q.   "To remain safely in this country and    13:23
20    accomplish his mission back home."    13:23
21        And then it presents a three-year roadmap to    13:23
22    enable him to accomplish his immediate objectives of    13:23

Page 131

1    not being forced to leave and lay out his long-term    13:23
2    objectives of guiding historic change in his    13:23
3    homeland.  Did I read that right?    13:23
4        A.   Yes.    13:23
5        Q.   And are those the objectives that, even    13:23
6    apart from the Strategic Vision work, you were trying    13:23
7    to advise Mr. Guo on?    13:23
8        MR. GRENDI:  Objection.    13:23
9        MR. GAVENMAN:  Objection.    13:23
10        THE WITNESS:  Yes.    13:23
11    BY MR. GREIM:    13:23
12        Q.   Now, did you translate for Mr. Guo?    13:23
13        A.   I don't think so.  I gave him a rough    13:24
14    idea about what was proposed.    13:24
15        Q.   And would you agree with me that most of    13:24
16    this document deals with, for lack of a better word,    13:24
17    public relations?    13:24
18        A.   Pretty much, yes.    13:24
19        Q.   Or maybe, better, it would be public    13:24
20    communications?    13:24
21        A.   I think it's public image.  Also, if you    13:24
22    look at the layout, help him to accomplish his    13:24

Page 132

1    objectives here, and I would say my perception at the    13:24
2    beginning is the P.R., you know, strategic P.R.    13:24
3        Q.   What was Mr. Guo's reaction after you    13:24
4    summarized this?    13:24
5        A.   I don't remember specifically what he    13:25
6    reacted to it, how he reacted to it.  I have no    13:25
7    recollection.    13:25
8        Q.   Well, after you reviewed it, what was    13:25
9    your reaction to it?    13:25
10        A.   I think this is, you know, for me, he    13:25
11    needs someone to steer him through this media world,    13:25
12    focused world.  I think he needs someone to help him.    13:25
13        You know, that's just my understanding.  I    13:25
14    think this is perfect for him as well.    13:25
15        Q.   At this point in time, did Mr. Guo have    13:25
16    Guo Media yet?    13:25
17        A.   No.    13:25
18        MR. GRENDI:  Objection.    13:25
19        MR. GAVENMAN:  Objection.    13:25
20        THE WITNESS:  No.    13:25
21    BY MR. GREIM:    13:25
22        Q.   Have you heard of something called Guo    13:25

Page 133

34 (Pages 130 to 133)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Media? | 13:25 |
| 2 | A. No. | 13:25 |
| 3 | Q. Oh. You've never heard of that? | 13:25 |
| 4 | A. I heard of Guo Media, yeah. | 13:26 |
| 5 | Q. What is it? | 13:26 |
| 6 | A. That's his, Miles, his media platform, I | 13:26 |
| 7 | think probably set up in 2018. | 13:26 |
| 8 | Q. Would it surprise you to learn that Mr. | 13:26 |
| 9 | Guo doesn't know who owns Guo Media? | 13:26 |
| 10 | MR. GAVENMAN: Objection. | 13:26 |
| 11 | MR. GRENDI: Objection. | 13:26 |
| 12 | THE WITNESS: Nothing surprises me anymore. | 13:26 |
| 13 | MR. GREIM: All right. I'm now going to hand | 13:26 |
| 14 | you what's marked as Han Exhibit 9. | 13:26 |
| 15 | [Han Exhibit No. 9 was | 13:26 |
| 16 | marked for identification.] | 13:26 |
| 17 | MR. GREIM: Sorry, guys. I'm just handing | 13:26 |
| 18 | them over across for your own internal distribution. | 13:26 |
| 19 | MR. GRENDI: That's fine. | 13:26 |
| 20 | MR. GREIM: You'll see this is a four-page | 13:26 |
| 21 | document Bates labeled SVUS000080 to 83, and it says | 13:27 |
| 22 | "Three-Year Timeline at the top. Please take a | 13:27 |

Page 134

| | | |
|---|---|---|
| 1 | second to review it, Mr. Han. | 13:27 |
| 2 | [Witness peruses exhibit.] | 13:27 |
| 3 | THE WITNESS: Yeah. | 13:28 |
| 4 | BY MR. GREIM: | 13:28 |
| 5 | Q. Have you seen this document before? | 13:28 |
| 6 | A. I might have. I have some recollection, | 13:28 |
| 7 | but it's not as clear as this one. | 13:28 |
| 8 | Q. Well, if you look at the strategic | 13:28 |
| 9 | objectives in the very beginning, the five bullet | 13:28 |
| 10 | points, while there are five bullet points, do they | 13:28 |
| 11 | seem similar to the objectives identified in Exhibit | 13:28 |
| 12 | 8? | 13:28 |
| 13 | MR. GRENDI: Objection. | 13:28 |
| 14 | MR. GAVENMAN: Objection. | 13:28 |
| 15 | THE WITNESS: Yeah. | 13:29 |
| 16 | BY MR. GREIM: | 13:29 |
| 17 | Q. And you'll see down under "Personal | 13:29 |
| 18 | Presence", it says: "Create a personal presence in | 13:29 |
| 19 | Washington." | 13:29 |
| 20 | And then it goes on. Do you see that? | 13:29 |
| 21 | A. Yes. | 13:29 |
| 22 | Q. On the very first page? | 13:29 |

Page 135

| | | |
|---|---|---|
| 1 | A. Yes. | 13:29 |
| 2 | Q. And then it mentions a Washington | 13:29 |
| 3 | residence to show purpose and power and provide | 13:29 |
| 4 | hospitality? | 13:29 |
| 5 | A. Yes. | 13:29 |
| 6 | Q. Now, do you recall being involved in | 13:29 |
| 7 | discussions between Strategic Vision and Mr. Guo | 13:29 |
| 8 | about Washington, a Washington residence? | 13:29 |
| 9 | A. I think so. I remember that. | 13:29 |
| 10 | Q. And do you recall, in fact, Mr. Guo | 13:29 |
| 11 | talking to Strategic Vision about real estate | 13:29 |
| 12 | purchases both in Washington and in New York? | 13:29 |
| 13 | MR. GRENDI: Objection. | 13:29 |
| 14 | THE WITNESS: Yes. I think so. | 13:29 |
| 15 | BY MR. GREIM: | 13:29 |
| 16 | Q. For example, do you recall that they | 13:29 |
| 17 | discussed even buying the former home of David | 13:29 |
| 18 | Rockefeller in New York? | 13:29 |
| 19 | A. I didn't remember who initiated it, but | 13:30 |
| 20 | I think there is such a discussion. | 13:30 |
| 21 | Q. And were the discussions about real | 13:30 |
| 22 | estate and offices mixed in with the discussions | 13:30 |

Page 136

| | | |
|---|---|---|
| 1 | about public campaign? | 13:30 |
| 2 | MR. GAVENMAN: Objection, form. | 13:30 |
| 3 | MR. GRENDI: Objection. | 13:30 |
| 4 | THE WITNESS: Yeah. It's hard for me to | 13:30 |
| 5 | remember exactly. I think maybe they were separate | 13:30 |
| 6 | times or they were all together, yeah. Because it's | 13:30 |
| 7 | part of the package, it might have yeah, more likely. | 13:30 |
| 8 | BY MR. GREIM: | 13:30 |
| 9 | Q. Okay. So they were discussed at the | 13:30 |
| 10 | same time? | 13:30 |
| 11 | MR. GRENDI: Objection. | 13:30 |
| 12 | THE WITNESS: You know, sometimes when you | 13:30 |
| 13 | talk about real estate, I think they're purely | 13:30 |
| 14 | focused on real estate and not mentioned about some | 13:30 |
| 15 | other part. I mean, just sometimes, that might be | 13:30 |
| 16 | mixed. So I don't recall specific events. | 13:30 |
| 17 | BY MR. GREIM: | 13:31 |
| 18 | Q. It's hard to generalize? | 13:31 |
| 19 | A. Correct. | 13:31 |
| 20 | Q. Okay. Now, if you notice, in these four | 13:31 |
| 21 | pages, there's still no discussion of a research | 13:31 |
| 22 | project. Do you agree with me? | 13:31 |

Page 137

35 (Pages 134 to 137)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.  Correct. | 13:31 |
| 2 | Q.  So let me ask you do you recall when in | 13:31 |
| 3 | these discussions a research project actually began | 13:31 |
| 4 | to be discussed? | 13:31 |
| 5 | A.  I didn't remember, but I know for a fact | 13:31 |
| 6 | I was the one who talked Miles into this.  I | 13:31 |
| 7 | discussed with Mike and French to initiate this | 13:31 |
| 8 | research project. | 13:31 |
| 9 | Q.  So I'm going to make sure I understand | 13:31 |
| 10 | your testimony. | 13:31 |
| 11 | A.  Yes. | 13:31 |
| 12 | Q.  You -- did the research -- was the | 13:31 |
| 13 | research project discussed between you and French and | 13:32 |
| 14 | Mike before it was discussed with Mr. Guo? | 13:32 |
| 15 | A.  I didn't remember -- | 13:32 |
| 16 | MR. GAVENMAN:  Form. | 13:32 |
| 17 | THE WITNESS:  -- which comes first, but I | 13:32 |
| 18 | come up with the idea, I believe to continue to | 13:32 |
| 19 | disrupt the Communist regime, we need sustainable | 13:32 |
| 20 | fact-based, evidence-based exposure of Chinese | 13:32 |
| 21 | corruption.  So I thought, you know, this project | 13:32 |
| 22 | could fill into that and I discussed with -- I don't | 13:32 |

Page 138

| | | |
|---|---|---|
| 1 | know who I discussed first, because I didn't know | 13:32 |
| 2 | there -- first, I think maybe I discussed with Mike | 13:32 |
| 3 | and French whether they have the capability to do | 13:32 |
| 4 | this, because in our conversation about these two | 13:32 |
| 5 | projects or, I mean, these two proposals, I | 13:32 |
| 6 | mentioned, I asked -- you know, they talked about | 13:33 |
| 7 | their accreditation for doing stuff for government, | 13:33 |
| 8 | for contracts, for some other issues.  I felt maybe I | 13:33 |
| 9 | asked them whether they have the capability to do | 13:33 |
| 10 | this type of research, and they gave me -- you know, | 13:33 |
| 11 | they confirmed that they could have. | 13:33 |
| 12 | So I went back to Miles and said why don't we | 13:33 |
| 13 | expand this proposal, do some research on those | 13:33 |
| 14 | corrupt officials; once we have solid evidence, we | 13:33 |
| 15 | can expose them.  So that's how it started. | 13:33 |
| 16 | Q.  Now, when you made this proposal to Mr. | 13:33 |
| 17 | Guo, did you have in mind yet which officials should | 13:33 |
| 18 | be targeted? | 13:33 |
| 19 | A.  No, but I was -- mainly, I think we | 13:33 |
| 20 | understand the top officials. | 13:33 |
| 21 | Q.  Okay.  By the way, did Mr. Gertz play a | 13:34 |
| 22 | role in coming up with the idea of research? | 13:34 |

Page 139

| | | |
|---|---|---|
| 1 | A.  No.  It was purely my responsibility. | 13:34 |
| 2 | Q.  So do you know where -- well, let me | 13:34 |
| 3 | back up. | 13:34 |
| 4 | Do you understand that the initial research | 13:34 |
| 5 | was to occur on a set of 15 names? | 13:34 |
| 6 | A.  That was the nature, I think, | 13:34 |
| 7 | originally.  I don't know what names would be will. | 13:34 |
| 8 | Q.  It was more amorphous at the beginning? | 13:34 |
| 9 | A.  Correct. | 13:34 |
| 10 | MR. GRENDI:  Objection. | 13:34 |
| 11 | MR. GREIM:  Well, let's see.  I'm going to | 13:34 |
| 12 | now show you what we're going to mark as Exhibit 10. | 13:34 |
| 13 | [Han Exhibit No. 10 was | 13:34 |
| 14 | marked for identification.] | 13:34 |
| 15 | MR. GREIM:  Wait a minute.  This is a set of | 13:35 |
| 16 | texts involving you, and I see -- let me make sure I | 13:35 |
| 17 | didn't -- | 13:35 |
| 18 | MR. GRENDI:  You've got notes on one of them? | 13:35 |
| 19 | MR. GREIM:  I thought I did.  Maybe not. | 13:35 |
| 20 | Maybe I don't. | 13:35 |
| 21 | MR. GRENDI:  Just for the record, this is the | 13:35 |
| 22 | document you produced to me last night, you produced | 13:35 |

Page 140

| | | |
|---|---|---|
| 1 | to Eastern Profit last night? | 13:35 |
| 2 | THE WITNESS:  Correct.  This is a -- these | 13:35 |
| 3 | are Bates numbered SVUS001842 to 1903 and they began | 13:35 |
| 4 | in November 12, 2017 and they go to July 15, 2018. | 13:36 |
| 5 | MR. GAVENMAN:  Do you have a copy for me? | 13:36 |
| 6 | MR. GREIM:  Unfortunately, I only have three | 13:36 |
| 7 | copies.  I was thinking there was something wrong | 13:36 |
| 8 | here.  So if you don't mind, if you guys can share. | 13:36 |
| 9 | I'm sorry.  I'm missing one copy of that set. | 13:36 |
| 10 | I hope that's not going to be the case for -- I've | 13:36 |
| 11 | got other -- for some reason, we're missing one copy. | 13:36 |
| 12 | I know what happened.  I know what happened. | 13:36 |
| 13 | [Discussion held off the record.] | 13:37 |
| 14 | MR. GREIM:  This is the only one like this. | 13:37 |
| 15 | So I'm sorry, everybody. | 13:37 |
| 16 | BY MR. GREIM: | 13:37 |
| 17 | Q.  Okay.  So I will represent to you that | 13:37 |
| 18 | this is a compendium of your texts with French Wallop | 13:37 |
| 19 | and you'll see that they begin on November 12th. | 13:37 |
| 20 | A.  Yes. | 13:37 |
| 21 | Q.  My question for you, by the way, os did | 13:37 |
| 22 | you first meet French at lunch at her home with Bill | 13:37 |

Page 141

36 (Pages 138 to 141)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | Gertz before Mr. Waller was there?  Do you recall    13:38 |
| 2 | that?    13:38 |
| 3 |     A.   I don't.    13:38 |
| 4 |     Q.   Okay.  Well, you'll see that you are    13:38 |
| 5 | writing to her on -- in the morning of the 12th and    13:38 |
| 6 | you say: "Hi, French.  Great meeting you.  I talked    13:38 |
| 7 | with Miles and he's eager to meet you.  He wants to    13:38 |
| 8 | invite you to Mar a Lago now, but I think it's better    13:38 |
| 9 | to wait until I come back from Japan."    13:38 |
| 10 |     And then you're proposing a meeting on the    13:38 |
| 11 | following week, on November the 19th.  Do you see    13:38 |
| 12 | that?    13:38 |
| 13 |     A.   Right.    13:38 |
| 14 |     MR. GRENDI:  Objection.    13:38 |
| 15 | BY MR. GREIM:    13:38 |
| 16 |     Q.   And you mention real estate.  Correct?    13:38 |
| 17 |     A.   Um-hum.    13:38 |
| 18 |     MR. GRENDI:  Objection.    13:38 |
| 19 | BY MR. GREIM:    13:38 |
| 20 |     Q.   And you say: "His priority is the    13:38 |
| 21 | building opposite the Treasury."    13:38 |
| 22 |     A.   Um-hum.    13:38 |

                                                    Page 142

| | |
|---|---|
| 1 |     Q.   Okay.  So by this point, do you believe    13:38 |
| 2 | you at least met French Wallop?    13:38 |
| 3 |     A.   Yeah.  I might have.    13:38 |
| 4 |     Q.   And you already talked to Mr. Guo about    13:38 |
| 5 | her?    13:38 |
| 6 |     A.   Yes.    13:38 |
| 7 |     Q.   Let's forge ahead here.  Then you see he    13:38 |
| 8 | she wrote you back, your report back about Japan.    13:39 |
| 9 | You say: "Steve Bannon stirred up things here.  I am    13:39 |
| 10 | happy."    13:39 |
| 11 |     Did I read that right?    13:39 |
| 12 |     A.   Yes.    13:39 |
| 13 |     Q.   Let's continue marching on, and if you    13:39 |
| 14 | look at around November 20th, do you see that you're    13:39 |
| 15 | setting --    13:39 |
| 16 |     A.   Where is the 20th?    13:39 |
| 17 |     Q.   Oh.  It's SVUS001844.    13:39 |
| 18 |     A.   44?    13:39 |
| 19 |     Q.   Um-hum.  You got ahead of us a little    13:39 |
| 20 | bit there.    13:39 |
| 21 |     A.   Yes.    13:39 |
| 22 |     Q.   All right.  So do you see that French    13:39 |

                                                    Page 143

| | |
|---|---|
| 1 | Wallop there is asking that the lunch be pushed back    13:39 |
| 2 | to one?    13:40 |
| 3 |     A.   Um-hum.    13:40 |
| 4 |     Q.   I'm sorry.  I'm sorry.  I take that    13:40 |
| 5 | back.  You see that you're asking that the lunch be    13:40 |
| 6 | pushed back because Bannon wants an urgent meeting at    13:40 |
| 7 | 11:30?    13:40 |
| 8 |     A.   Yes.    13:40 |
| 9 |     Q.   And by the way, was it common around    13:40 |
| 10 | this time for Bannon to have, you know, meetings with    13:40 |
| 11 | Mr. Guo?    13:40 |
| 12 |     MR. GAVENMAN:  Objection.    13:40 |
| 13 |     MR. GRENDI:  Objection.    13:40 |
| 14 |     THE WITNESS:  Say that again.    13:40 |
| 15 | BY MR. GREIM:    13:40 |
| 16 |     Q.   Was it common around this time for    13:40 |
| 17 | Bannon to have meetings with Mr. Guo?    13:40 |
| 18 |     MR. GAVENMAN:  Objection.    13:40 |
| 19 |     MR. GRENDI:  Objection.    13:40 |
| 20 |     THE WITNESS:  Common?  What do you mean,    13:40 |
| 21 | common?    13:40 |
| 22 | BY MR. GREIM:    13:40 |

                                                    Page 144

| | |
|---|---|
| 1 |     Q.   Was it a --    13:40 |
| 2 |     A.   Common practice?    13:40 |
| 3 |     Q.   Yeah.  Did it happen on a regular basis?    13:40 |
| 4 |     A.   No, but Steve Bannon is very    13:40 |
| 5 | unpredictable.  His schedule is always messed up.    13:40 |
| 6 | Always, we have to accommodate him.  So that's    13:40 |
| 7 | common.    13:40 |
| 8 |     Q.   I see.  If you go on now to page 45,    13:40 |
| 9 | you'll see that Ms. Wallop asked that you not    13:40 |
| 10 | disclose their identities to Mr. Bannon.    13:41 |
| 11 |     A.   Correct.    13:41 |
| 12 |     Q.   And you say, in fact, Mr. Guo does not    13:41 |
| 13 | know her name yet.    13:41 |
| 14 |     A.   Correct.    13:41 |
| 15 |     Q.   And does that sound right, that you did    13:41 |
| 16 | not disclose her name?    13:41 |
| 17 |     A.   I didn't, yeah, because French asked me    13:41 |
| 18 | not to mention their names at all.  At the early    13:41 |
| 19 | stage, I didn't.  Steve Bannon even didn't know they    13:41 |
| 20 | were going to be in that meeting at one o'clock.    13:41 |
| 21 |     Q.   Okay.  Very good.  If you -- let's flip    13:41 |
| 22 | ahead now to 1852.    13:41 |

                                                    Page 145

                                        37 (Pages 142 to 145)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1   A.   52? | 13:41 |
| 2   Q.   Um-hum.  We're now into December 3rd. | 13:41 |
| 3   A.   Yes. | 13:41 |
| 4   Q.   Do you see that you are being sent by | 13:41 |
| 5   Ms. Wallop, it looks like, a Hotel Washington | 13:42 |
| 6   property? | 13:42 |
| 7   A.   Um-hum. | 13:42 |
| 8   Q.   Do you remember discussing that | 13:42 |
| 9   property? | 13:42 |
| 10   A.   No. | 13:42 |
| 11   Q.   All right. | 13:42 |
| 12   A.   There's just so many properties being | 13:42 |
| 13   discussed. | 13:42 |
| 14   Q.   Okay.  Do you remember at this time -- I | 13:42 |
| 15   know there's not a lot of detail in these texts, but | 13:43 |
| 16   do you remember whether the idea of a research | 13:43 |
| 17   project had begun to be discussed by early December? | 13:43 |
| 18   A.   I don't think so, not in this meeting. | 13:43 |
| 19   Q.   Okay. | 13:43 |
| 20   A.   Because we just set up a preliminary | 13:43 |
| 21   meeting, first meeting. | 13:43 |
| 22   Q.   Okay.  And did it appear to you based on | 13:43 |

Page 146

| | |
|---|---|
| 1   the earlier text that maybe the very initial meeting, | 13:43 |
| 2   at least involving you and Strategic Vision, would | 13:43 |
| 3   have been around Thanksgiving, in late November? | 13:43 |
| 4   A.   Yeah.  About that time, yeah.  I just | 13:43 |
| 5   don't know exactly.  I would say -- did I mention | 13:43 |
| 6   here 17, that Bannon meeting?  That's the date they | 13:43 |
| 7   first met, I think. | 13:43 |
| 8   Remember here, where it says Bannon had a | 13:43 |
| 9   meeting at 11:30, that pushed back to one o'clock? | 13:43 |
| 10   Q.   Oh, right. | 13:44 |
| 11   A.   So that day should be their first | 13:44 |
| 12   meeting. | 13:44 |
| 13   Q.   I see.  So does it look to you like that | 13:44 |
| 14   was November 20th? | 13:44 |
| 15   A.   Yes.  So that's the first meeting they | 13:44 |
| 16   actually met in person. | 13:44 |
| 17   Q.   And you were there for that meeting? | 13:44 |
| 18   A.   Yes.  I was there with Steve Bannon and | 13:44 |
| 19   then with them. | 13:44 |
| 20   Q.   Then after Bannon left, they came in? | 13:44 |
| 21   A.   Yes. | 13:44 |
| 22   Q.   Was a meal served? | 13:44 |

Page 147

| | |
|---|---|
| 1   A.   I think so, but -- yeah.  I just don't | 13:44 |
| 2   remember. | 13:44 |
| 3   Q.   By the way, do people drink alcohol when | 13:44 |
| 4   meals were served when they met? | 13:44 |
| 5   A.   Sometimes they do. | 13:44 |
| 6   MR. GAVENMAN:  Objection, form. | 13:44 |
| 7   THE WITNESS:  Sometimes they don't.  Steve, I | 13:44 |
| 8   think Steve didn't want to drink. | 13:44 |
| 9   BY MR. GREIM: | 13:44 |
| 10   Q.   Forget about -- I'm sorry.  I don't mean | 13:44 |
| 11   about Steve Bannon.  I mean -- | 13:45 |
| 12   A.   In general? | 13:45 |
| 13   Q.   -- when Strategic Vision met with Mr. | 13:45 |
| 14   Guo. | 13:45 |
| 15   MR. GAVENMAN:  Objection. | 13:45 |
| 16   THE WITNESS:  I think I remember there was | 13:45 |
| 17   served alcohol, wine. | 13:45 |
| 18   BY MR. GREIM: | 13:45 |
| 19   Q.   Okay.  Did Mr. Guo have alcohol in these | 13:45 |
| 20   meetings? | 13:45 |
| 21   MR. GAVENMAN:  Objection. | 13:45 |
| 22   THE WITNESS:  He had some. | 13:45 |

Page 148

| | |
|---|---|
| 1   BY MR. GREIM: | 13:45 |
| 2   Q.   What do you remember being discussed at | 13:45 |
| 3   the very first meeting? | 13:45 |
| 4   A.   Very little.  I think it was more around | 13:45 |
| 5   like the projects here, the vision stuff. | 13:45 |
| 6   Q.   If you could skip to page 1854. | 13:45 |
| 7   A.   54? | 13:45 |
| 8   Q.   Yeah.  Actually, it's a few pages back | 13:45 |
| 9   from where we were.  I'm just trying to pin down | 13:45 |
| 10   other dates of meetings. | 13:45 |
| 11   A.   Okay. | 13:45 |
| 12   Q.   And it looks like there's going to be a | 13:45 |
| 13   meeting that day in New York City. | 13:46 |
| 14   A.   On December 9? | 13:46 |
| 15   Q.   Correct. | 13:46 |
| 16   A.   Um-hum. | 13:46 |
| 17   Q.   So do you believe -- this is clearly the | 13:46 |
| 18   second meeting, maybe the third meeting.  Do you | 13:46 |
| 19   recall? | 13:46 |
| 20   MR. GRENDI:  Objection. | 13:46 |
| 21   THE WITNESS:  That, I don't remember exactly. | 13:46 |
| 22   The first, this is definitely not the first, but I | 13:46 |

Page 149

38 (Pages 146 to 149)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    don't know if it's the second or third or fourth.   13:46 | 1    Q.   Okay.  So you don't remember checking   13:49 |
| 2    That, I'm not sure.   13:46 | 2    names, checking other contacts that she provided to   13:49 |
| 3    BY MR. GREIM:   13:46 | 3    Mr. Guo?   13:49 |
| 4    Q.   By the way, does Ms. Wallop tend to use   13:46 | 4    A.   No.   13:49 |
| 5    emoticons in her text?   13:46 | 5    Q.   You don't?   13:49 |
| 6    A.   Say that again.   13:46 | 6    A.   No.   13:49 |
| 7    Q.   Does Ms. Wallop tend to use emoticons in   13:46 | 7    Q.   Do you know if Mr. Guo, if he checked   13:49 |
| 8    her texts?   13:46 | 8    the names?   13:49 |
| 9    A.   Emoticons is like an emoji?   13:46 | 9    A.   I have no idea.   13:49 |
| 10    Q.   Emojis, yes.   13:46 | 10    Q.   But does this indicate to you that as of   13:49 |
| 11    Emoticons, is that even a word?  I think I   13:46 | 11    mid-December, the parties are still very much in   13:49 |
| 12    meant emojis.  I don't even know what an emoticon is.   13:46 | 12    discussions?   13:49 |
| 13    A.   Yeah.   13:46 | 13    A.   Correct.   13:49 |
| 14    Q.   Okay.  If you see -- now let's go ahead   13:46 | 14    Q.   Okay.   13:49 |
| 15    now and turn to 1858.   13:47 | 15    MR. GRENDI:  For the record, just wait for   13:49 |
| 16    A.   58.   13:47 | 16    him to finish the question.   13:49 |
| 17    Q.   And December 16th, there's the long   13:47 | 17    THE WITNESS:  Okay.   13:49 |
| 18    series of texts that runs from the 16th to the 17th.   13:47 | 18    BY MR. GREIM:   13:50 |
| 19    You're advising that you landed back from a trip and   13:47 | 19    Q.   On the next page, in white, you respond   13:50 |
| 20    there's a -- do you see in green?  Is that commentary   13:47 | 20    to this text from Ms. Wallop.  She asked how your day   13:50 |
| 21    from Ms. Wallop?   13:47 | 21    went and you say "not good".   13:50 |
| 22    A.   Yeah.   13:47 | 22    A.   Yes.   13:50 |
| Page 150 | Page 152 |

| | |
|---|---|
| 1    Q.   Okay.  Let's skip ahead.  Do you see on   13:47 | 1    Q.   What -- I don't understand.  What is --   13:50 |
| 2    the next page -- this is now 1859 -- at the top, Ms.   13:47 | 2    what are you talking about in that text, if you can   13:50 |
| 3    Wallop says:  "By the way, when your M asked for   13:47 | 3    recall?   13:50 |
| 4    names elsewhere, I gave him a mini list, not the real   13:48 | 4    A.   Yeah.  I didn't know exactly what was --   13:50 |
| 5    list."   13:48 | 5    I think I had a fight with Steve Bannon, but I didn't   13:50 |
| 6    A.   We're on 58?   13:48 | 6    know -- I didn't remember exactly what it was about.   13:50 |
| 7    Q.   I'm sorry.  We're on 59 now.  We moved,   13:48 | 7    Q.   Okay.  Let's continue on with the string   13:50 |
| 8    the same text.   13:48 | 8    here.  You see now, moving into page 1861 from 1860,   13:50 |
| 9    A.   "By the way".  Okay.  Yeah.   13:48 | 9    we are now under the heading December 18, 2017 and   13:51 |
| 10    [Witness peruses exhibit.]   13:48 | 10    Ms. Wallop says:  "Safe journey back, please."   13:51 |
| 11    BY MR. GREIM:   13:48 | 11    And you respond:  "Great meeting with our   13:51 |
| 12    Q.   Do you know whether you or Mr. Guo ever   13:48 | 12    friend.  He is coming in two weeks to Washington."   13:51 |
| 13    followed up to check with any of these contacts?   13:48 | 13    Do you see that?   13:51 |
| 14    MR. GAVENMAN:  Objection, form.   13:48 | 14    A.   Yes.   13:51 |
| 15    THE WITNESS:  I have no idea.   13:48 | 15    Q.   Do you know who you were referring to   13:51 |
| 16    [Interruption.]   13:48 | 16    there?   13:51 |
| 17    BY MR. GREIM:   13:48 | 17    A.   I think it's, perhaps, Miles.  I'm just   13:51 |
| 18    Q.   My question was -- well, first of all,   13:48 | 18    speculating.  Maybe he came to Washington to look at   13:51 |
| 19    let's back up.   13:49 | 19    houses.   13:51 |
| 20    Do you remember getting a list of references   13:49 | 20    Q.   Okay.  Did he come to Washington at some   13:51 |
| 21    from French Wallop?   13:49 | 21    point to look at houses?   13:51 |
| 22    A.   No.   13:49 | 22    A.   I think he did, yes.  At least I   13:51 |
| Page 151 | Page 153 |

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 remember once. | 13:51 |
| 2     Q.  Okay.  It looks like on the 19th, the | 13:51 |
| 3 discussion continues here.  She says:  "Just checked | 13:52 |
| 4 with M and after three is fine for him as well." | 13:52 |
| 5     On the 20th, she checks again.  Do you recall | 13:52 |
| 6 having another meeting, setting up another meeting | 13:52 |
| 7 with Mr. Guo and Wallop and Waller?  If you need to | 13:52 |
| 8 page forward or backward in this to help yourself, | 13:52 |
| 9 please do. | 13:52 |
| 10     A.  Page 4?  Oh.  I think that trip, most | 13:52 |
| 11 likely, was looking for real estate in Washington. | 13:52 |
| 12     Q.  Let's move to December 21. | 13:53 |
| 13     A.  21, okay. | 13:53 |
| 14     Q.  There, you say:  "Our friend from Tokyo | 13:53 |
| 15 wants to know when is earliest he can come to meet." | 13:53 |
| 16     A.  Wants to know when is the earliest that | 13:53 |
| 17 he can come to meet. | 13:53 |
| 18     Q.  Is this referring to Mr. Guo or a | 13:53 |
| 19 different person? | 13:53 |
| 20     A.  It's a different person. | 13:53 |
| 21     Q.  So were you working with Strategic | 13:53 |
| 22 Vision on a different potential client? | 13:53 |

Page 154

| | |
|---|---|
| 1     A.  Yes. | 13:53 |
| 2     Q.  And might that have been the person that | 13:53 |
| 3 you're referring to back on the previous page, 1862? | 13:53 |
| 4     A.  1862? | 13:53 |
| 5     MR. GRENDI:  Objection. | 13:53 |
| 6     MR. GAVENMAN:  Objection. | 13:53 |
| 7 BY MR. GREIM: | 13:53 |
| 8     Q.  I'm sorry.  1861. | 13:53 |
| 9     A.  Oh, yeah.  It could be that person.  So | 13:53 |
| 10 yeah. | 13:53 |
| 11     Q.  It could have been the Tokyo person? | 13:54 |
| 12     A.  It could have been the Tokyo person, not | 13:54 |
| 13 Miles.  It's just very confusing.  Yeah. | 13:54 |
| 14     Q.  So throughout this string, are you kind | 13:54 |
| 15 of talking about both matters at once? | 13:54 |
| 16     A.  Yes. | 13:54 |
| 17     Q.  The Guo and the Tokyo matter? | 13:54 |
| 18     A.  Yes.  They are all mixed. | 13:54 |
| 19     Q.  Let's keep going now. | 13:54 |
| 20     A.  Yeah. | 13:54 |
| 21     Q.  If you could go to the bottom of 1863, | 13:54 |
| 22 December 22, 2017. | 13:54 |

Page 155

| | |
|---|---|
| 1     A.  Yes. | 13:54 |
| 2     Q.  French Wallop says: "Hi there.  Were | 13:54 |
| 3 you able to set a time to visit New York?  I know you | 13:54 |
| 4 will let us know as the conversation unfolds." | 13:54 |
| 5     And then if you continue to page 1864, there's | 13:54 |
| 6 your response.  You say: "Not yet.  He is | 13:54 |
| 7 incommunicado." | 13:54 |
| 8     Then you say: "Our Japan friend arrives on | 13:54 |
| 9 the 2nd." | 13:54 |
| 10     Do you see that? | 13:55 |
| 11     A.  Yes. | 13:55 |
| 12     Q.  So was there a time in mid-December when | 13:55 |
| 13 Mr. Guo sort of stopped conferring with you about | 13:55 |
| 14 this matter? | 13:55 |
| 15     MR. GAVENMAN:  Objection, form. | 13:55 |
| 16     MR. GRENDI:  Objection. | 13:55 |
| 17     THE WITNESS:  I don't think specifically on | 13:55 |
| 18 this matter.  Just he's not reachable at the time. | 13:55 |
| 19 BY MR. GREIM: | 13:55 |
| 20     Q.  Okay.  If you go down to December 24th, | 13:55 |
| 21 you have another followup to Ms. Wallop.  You say: | 13:55 |
| 22 "I talked with him and he says he wants to do it, but | 13:55 |

Page 156

| | |
|---|---|
| 1 would like to put a clause in the contract which says | 13:55 |
| 2 if you failed to provide the deliverables as defined | 13:55 |
| 3 in the scope, you should return the deposit.  What do | 13:55 |
| 4 you think? | 13:55 |
| 5     Do you see that? | 13:55 |
| 6     A.  Yes. | 13:55 |
| 7     Q.  Now, were you conveying a message from | 13:55 |
| 8 Mr. Guo there? | 13:55 |
| 9     A.  Yes. | 13:55 |
| 10     Q.  And so by December 24th, were | 13:55 |
| 11 discussions far enough along that you had already | 13:55 |
| 12 begun discussing the actual research project at | 13:55 |
| 13 issue? | 13:55 |
| 14     A.  Correct. | 13:55 |
| 15     Q.  Okay.  Then if you go on, you can see | 13:55 |
| 16 Ms. Wallop's response actually consumes the rest of | 13:56 |
| 17 1864 through 1866.  If you could, could you take a | 13:56 |
| 18 second to review that, sir. | 13:56 |
| 19     A.  Um-hum. | 13:56 |
| 20     [Witness peruses exhibit.] | 13:56 |
| 21     THE WITNESS:  Yeah. | 13:56 |
| 22 BY MR. GREIM: | 13:57 |

Page 157

40 (Pages 154 to 157)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.  Okay.  Do you recall this conversation? | 13:57 |
| 2 | A.  Yes.  Now, I remember, yes. | 13:57 |
| 3 | Q.  And you recall that Ms. Wallop did not | 13:57 |
| 4 | want to agree to return of the deposit.  Correct? | 13:57 |
| 5 | A.  Um-hum. | 13:57 |
| 6 | Q.  You also see she references that you, | 13:57 |
| 7 | yourself, would be on the hook, because as of this | 13:57 |
| 8 | time, she understood that you were going to sign the | 13:57 |
| 9 | contract.  Do you see that part? | 13:57 |
| 10 | MR. GRENDI:  Objection. | 13:57 |
| 11 | THE WITNESS:  "We will have entered -- which | 13:57 |
| 12 | part? | 13:58 |
| 13 | BY MR. GREIM: | 13:58 |
| 14 | Q.  Really, it's sort of at the bottom of | 13:58 |
| 15 | 1865 into 1866.  Do you see it says -- at the very | 13:58 |
| 16 | bottom of 65, it says:  "Since he wants you to sign." | 13:58 |
| 17 | A.  Yeah. | 13:58 |
| 18 | Q.  "And, therefore, be responsible for | 13:58 |
| 19 | payments, that is also very complex and unfair to | 13:58 |
| 20 | you." | 13:58 |
| 21 | A.  Right.  What's the question? | 13:58 |
| 22 | Q.  Well, do you recall that at some point, | 13:58 |

Page 158

| | | |
|---|---|---|
| 1 | you were going to be the person to sign the | 13:58 |
| 2 | agreement? | 13:58 |
| 3 | A.  It wasn't that clear at the time who's | 13:58 |
| 4 | going to sign, because, obviously, I didn't want to | 13:58 |
| 5 | get in the middle.  That was my intention from the | 13:58 |
| 6 | very beginning. | 13:58 |
| 7 | Q.  Well, where did the idea of you signing | 13:58 |
| 8 | come from?  Was it suggested by someone? | 13:58 |
| 9 | A.  I think French wants me to sign that as | 13:58 |
| 10 | go-between so I can communicate better with them and | 13:58 |
| 11 | with Miles.  That's my recollection. | 13:58 |
| 12 | Q.  Okay.  Now, why wouldn't Guo just sign | 13:59 |
| 13 | it himself? | 13:59 |
| 14 | A.  That, I don't know. | 13:59 |
| 15 | Q.  Did Guo not want to sign it himself? | 13:59 |
| 16 | MR. GAVENMAN:  Objection. | 13:59 |
| 17 | MR. GRENDI:  Objection. | 13:59 |
| 18 | THE WITNESS:  I have no idea. | 13:59 |
| 19 | BY MR. GREIM: | 13:59 |
| 20 | Q.  Well, did you discuss it with him? | 13:59 |
| 21 | A.  No.  We hadn't got -- you know, who is | 13:59 |
| 22 | going to sign, I think we have not got that far, but | 13:59 |

Page 159

| | | |
|---|---|---|
| 1 | my understanding is he doesn't want me to sign it. | 13:59 |
| 2 | Q.  Guo does not want you to sign it? | 13:59 |
| 3 | A.  No.  He does not. | 13:59 |
| 4 | Q.  Let me back up for a second here before | 13:59 |
| 5 | we go further. | 13:59 |
| 6 | A.  Yeah. | 13:59 |
| 7 | Q.  We can stop looking at those texts for a | 13:59 |
| 8 | second. | 13:59 |
| 9 | A.  That's okay. | 13:59 |
| 10 | Q.  What was your role here?  Did you see | 13:59 |
| 11 | yourself as an intermediary between the two sides or | 13:59 |
| 12 | as a representative of Guo? | 13:59 |
| 13 | A.  I think I'm a person to facilitate this | 13:59 |
| 14 | project.  I am friend on both sides.  I have no | 14:00 |
| 15 | financial interest in there. | 14:00 |
| 16 | My entire thing is driven by the political | 14:00 |
| 17 | agenda.  So I just want to get the things done, you | 14:00 |
| 18 | know, achieve what we said we're going to do.  That's | 14:00 |
| 19 | it. | 14:00 |
| 20 | Q.  By the way, during this period, did Guo | 14:00 |
| 21 | approach you and ask you to work for him full time? | 14:00 |
| 22 | MR. GAVENMAN:  Objection to form. | 14:00 |

Page 160

| | | |
|---|---|---|
| 1 | THE WITNESS:  He did.  I don't know when. | 14:00 |
| 2 | BY MR. GREIM: | 14:00 |
| 3 | Q.  And what was your response? | 14:00 |
| 4 | A.  I thought I said I have to think about | 14:00 |
| 5 | it, but it's probably, I think way before this, | 14:00 |
| 6 | before the project. | 14:00 |
| 7 | Q.  You don't recall telling Mr. Waller or | 14:00 |
| 8 | Ms. Wallop right around the time of the project that | 14:01 |
| 9 | Mr. Guo had made the suggestion to you and you were | 14:01 |
| 10 | considering it? | 14:01 |
| 11 | A.  I think -- | 14:01 |
| 12 | MR. GAVENMAN:  Objection to form. | 14:01 |
| 13 | THE WITNESS:  I didn't remember if I | 14:01 |
| 14 | mentioned it.  I probably did, but I didn't recall | 14:01 |
| 15 | the time and the contents -- the context. | 14:01 |
| 16 | BY MR. GREIM: | 14:01 |
| 17 | Q.  Did there come a time when you | 14:01 |
| 18 | ultimately told Mr. Guo that you wouldn't do it? | 14:01 |
| 19 | MR. GAVENMAN:  Objection to form. | 14:01 |
| 20 | THE WITNESS:  I never made a specific -- we | 14:01 |
| 21 | just leave it at that. | 14:01 |
| 22 | BY MR. GREIM: | 14:01 |

Page 161

41 (Pages 158 to 161)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    Q.   Well, after this time, did he ever come    14:01 | officials, Wang Qishan, nephew -- not nephew --    14:03 |
| 2    back to you again and say he would like you to work    14:01 | niece's E-mail account or bank account -- I forgot --    14:04 |
| 3    for him exclusively?    14:01 | something to that effect.  Yeah.    14:04 |
| 4    A.   What do you mean, after this?    14:01 | Q.   And did they represent to you that they    14:04 |
| 5    Q.   Well, let's say after December of 2017.    14:01 | had done anything illegal?    14:04 |
| 6    A.   2017?  I think we haven't discussed    14:01 | A.   Well, first of all, I cannot verify that    14:04 |
| 7    since.  I didn't see anything at all.  I didn't    14:02 | is the real bank account or information.  I just saw    14:04 |
| 8    respond, confirm or deny or reject.  He never    14:02 | the screen shot and there's a -- you know, it showed    14:04 |
| 9    mentioned it again.    14:02 | the person's name and stuff, and so I didn't, you    14:04 |
| 10    Q.   Do you remember a moment when Ms. Wallop    14:02 | know, register anything of that thought.    14:04 |
| 11    called you to come over to her apartment --    14:02 | Q.   Sure.  And my question is not what you    14:04 |
| 12    A.   Yes.    14:02 | think determined.  It's did they represent to you    14:04 |
| 13    Q.   -- late at night and look at something?    14:02 | that they had done anything illegal in pulling up the    14:04 |
| 14    MR. GAVENMAN:  Objection to form.    14:02 | information?    14:04 |
| 15    THE WITNESS:  There is some time, I think she    14:02 | A.   I didn't know, because we discussed    14:04 |
| 16    called me to come to her house.    14:02 | about how to do it legally, and I think this was    14:05 |
| 17    BY MR. GREIM:    14:02 | during the project formation of what we needed to be    14:05 |
| 18    Q.   And what was the purpose of that visit?    14:02 | done, how to not violate law in this country and go    14:05 |
| 19    MR. GAVENMAN:  Objection to form.    14:02 | outside of the country and do stuff that the other    14:05 |
| 20    THE WITNESS:  I think -- I don't specifically    14:02 | country might be legally obtained, this information.    14:05 |
| 21    remember.  It probably has to do with the project.    14:02 | Q.   What impact did that have on you when    14:05 |
| 22    BY MR. GREIM:    14:02 | you saw what they pulled up on the screen?    14:05 |
| Page 162 | Page 164 |
| 1    Q.   Did it have to do with something that    14:02 | A.   I first thought they have the ability,    14:05 |
| 2    she said she could find, some research that she could    14:02 | the capacity, to dig into the information Miles is    14:05 |
| 3    find?    14:02 | looking for, I was looking for, and if it's, you    14:05 |
| 4    A.   Research she could find?    14:02 | know, really real.  So that was my first impression.    14:05 |
| 5    MR. GRENDI:  Objection.    14:02 | So I told Miles they have the capability to    14:06 |
| 6    THE WITNESS:  We had so many meetings in her    14:02 | get the information they needed.  I mean we needed.    14:06 |
| 7    house.  So I don't, you know, specifically recall.    14:03 | Yeah.    14:06 |
| 8    You know, mostly, it relate to the research projects.    14:03 | Q.   Now, do you have any reason to think    14:06 |
| 9    BY MR. GREIM:    14:03 | that what they showed you wasn't real?    14:06 |
| 10    Q.   Okay.  Do you recall her asking you to    14:03 | A.   I don't, because it's hard -- with just    14:06 |
| 11    come over so she can show you that she was able to    14:03 | the one screen shot, it's very hard to say this is    14:06 |
| 12    get into a certain bank account on her computer?    14:03 | the real thing.    14:06 |
| 13    A.   Yes.    14:03 | Q.   Do you remember anything else they told    14:06 |
| 14    MR. GAVENMAN:  Objection.    14:03 | you about the screen shot?    14:06 |
| 15    BY MR. GREIM:    14:03 | A.   Yeah.  They told me they have a team    14:06 |
| 16    Q.   All right.  And did you come over and    14:03 | that got into the system and the system, you know, we    14:06 |
| 17    view it?    14:03 | have to be very careful with the team outside of this    14:06 |
| 18    A.   Yes.    14:03 | country, and they want to be very careful and track    14:06 |
| 19    Q.   What did you see?    14:03 | information, because they can have some trigger    14:06 |
| 20    A.   I saw -- I think Mike showed me that,    14:03 | mechanisms, a switch that can turn it off, and then    14:06 |
| 21    not French, and, actually, it's a screen shot that    14:03 | we should monitor the accounts rather than extract    14:07 |
| 22    shows one of the Chinese Government high-ranking    14:03 | the information.  I think that's the only thing I    14:07 |
| Page 163 | Page 165 |

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | remember. | 14:07 |
| 2 | Q.  Did they actually mention that to you | 14:07 |
| 3 | repeatedly, that it was important to monitor rather | 14:07 |
| 4 | than, simply, breaking into the accounts? | 14:07 |
| 5 | MR. GRENDI:  Objection.  You can answer. | 14:07 |
| 6 | THE WITNESS:  Yes. | 14:07 |
| 7 | MR. GRENDI:  Sorry. | 14:07 |
| 8 | THE WITNESS:  Yeah.  The emphasis was on that | 14:07 |
| 9 | point. | 14:07 |
| 10 | BY MR. GREIM: | 14:07 |
| 11 | Q.  And was that your understanding of what | 14:07 |
| 12 | they were supposed to be doing under the contract? | 14:07 |
| 13 | MR. GAVENMAN:  Objection. | 14:07 |
| 14 | MR. GRENDI:  Objection. | 14:07 |
| 15 | THE WITNESS:  Under the contract, I think | 14:07 |
| 16 | there's specifically -- it says specific information | 14:07 |
| 17 | that, you know, they were looking for and they were | 14:07 |
| 18 | supposed to deliver, and I think whether always | 14:07 |
| 19 | monitor or not always monitor and extract at one | 14:08 |
| 20 | time, there's no such specification, you know, | 14:08 |
| 21 | specific provision in there. | 14:08 |
| 22 | BY MR. GREIM: | 14:08 |

Page 166

| | | |
|---|---|---|
| 1 | Q.  So, however, your understanding is not | 14:08 |
| 2 | that the contract required them to break into the | 14:08 |
| 3 | accounts.  Correct? | 14:08 |
| 4 | MR. GRENDI:  Objection. | 14:08 |
| 5 | MR. GAVENMAN:  Objection. | 14:08 |
| 6 | THE WITNESS:  Please rephrase. | 14:08 |
| 7 | BY MR. GREIM: | 14:08 |
| 8 | Q.  Sure.  Your understanding is not that | 14:08 |
| 9 | the contract required them to break into these | 14:08 |
| 10 | accounts, is it? | 14:08 |
| 11 | MR. GRENDI:  Objection. | 14:08 |
| 12 | MR. GAVENMAN:  Objection. | 14:08 |
| 13 | THE WITNESS:  Not necessarily, but the | 14:08 |
| 14 | discussion, during the discussion, the deliverables | 14:08 |
| 15 | made it very clear that three types of -- three or | 14:08 |
| 16 | four types information that the contract is going to | 14:08 |
| 17 | require.  That is including the detailed information | 14:08 |
| 18 | of financial statements, bank account, credit cards, | 14:09 |
| 19 | all of that. | 14:09 |
| 20 | BY MR. GREIM: | 14:09 |
| 21 | Q.  Okay.  Did French and Mike tell you that | 14:09 |
| 22 | all of the people working on the project would be | 14:09 |

Page 167

| | | |
|---|---|---|
| 1 | their own employees? | 14:09 |
| 2 | MR. GAVENMAN:  Objection. | 14:09 |
| 3 | THE WITNESS:  I think they didn't | 14:09 |
| 4 | specifically say that's their employees.  They just | 14:09 |
| 5 | hire contract people to do the work.  I think that's | 14:09 |
| 6 | my recollection. | 14:09 |
| 7 | BY MR. GREIM: | 14:09 |
| 8 | Q.  Let's talk now about the 15 names.  We | 14:09 |
| 9 | touched on this just a little bit earlier. | 14:09 |
| 10 | A.  Yeah. | 14:09 |
| 11 | Q.  Do you remember sitting with Mr. Guo -- | 14:09 |
| 12 | A.  Yeah. | 14:10 |
| 13 | Q.  -- and Ms. Wallop and Mr. Waller and | 14:10 |
| 14 | walking through a packet of the 15 names? | 14:10 |
| 15 | MR. GAVENMAN:  Objection. | 14:10 |
| 16 | THE WITNESS:  I think, yeah.  I think -- I | 14:10 |
| 17 | don't know if I were there or Yvette, because at the | 14:10 |
| 18 | very beginning, maybe I was there.  We talked about a | 14:10 |
| 19 | fish tank of things, and the names, maybe I learned | 14:10 |
| 20 | later, because at one point, he didn't want me to get | 14:10 |
| 21 | involved. | 14:10 |
| 22 | So I didn't know the names at the time. | 14:10 |

Page 168

| | | |
|---|---|---|
| 1 | Basically, I'm saying I'm a little confused about | 14:10 |
| 2 | whether I was present when the 15 names presented, | 14:10 |
| 3 | but I learned later on.  At least I know who they | 14:10 |
| 4 | are. | 14:10 |
| 5 | BY MR. GREIM: | 14:10 |
| 6 | Q.  All right.  By the way, when did -- when | 14:10 |
| 7 | exactly did Yvette Wang get involved here? | 14:11 |
| 8 | A.  So when they reached -- when we | 14:11 |
| 9 | basically negotiated on the project, the contract was | 14:11 |
| 10 | pretty done, like how much he's going to pay, who -- | 14:11 |
| 11 | what the chunk, tranche of information they're going | 14:11 |
| 12 | to provide, and then we solved the deposit issue. | 14:11 |
| 13 | How we solved it, I didn't remember, and at the time, | 14:11 |
| 14 | the basic foundation is done.  So he said, I don't | 14:11 |
| 15 | want you to get involved; so you're out. | 14:11 |
| 16 | I didn't know what was going on afterwards, | 14:11 |
| 17 | how the contract restructured, because there were | 14:11 |
| 18 | changes afterward.  So I have no idea. | 14:11 |
| 19 | Q.  Do you recall that Mr. Guo walked away | 14:11 |
| 20 | from the project, abandoned it, and a company called | 14:12 |
| 21 | Eastern Profit came in to take his place? | 14:12 |
| 22 | MR. GAVENMAN:  Objection. | 14:12 |

Page 169

43 (Pages 166 to 169)

**Lianchao Han - Confidential**
**August 28, 2019**

1    MR. GRENDI:  Objection.                           14:12
2    THE WITNESS:  I didn't know it.                   14:12
3    BY MR. GREIM:                                     14:12
4        Q.   Do you believe that happened?            14:12
5    MR. GAVENMAN:  Objection.                         14:12
6    MR. GRENDI:  Objection.                           14:12
7    THE WITNESS:  I didn't remember or recall how     14:12
8    he walked out.  At some point, he asked me, you know,   14:12
9    you need to step in to manage the project.        14:12
10   BY MR. GREIM:                                      14:12
11       Q.   So you were gone and then you were back?   14:12
12       A.   Yes.                                      14:12
13            [Wang Exhibit No. 12 was                  14:12
14            identified for the record.]               14:12
15   BY MR. GREIM:                                      14:12
16       Q.   Okay.  Let's go to the names.  I'm going   14:12
17   to show you what we've marked in another deposition as   14:12
18   Exhibit 12, and you'll see that this is Wang Exhibit   14:12
19   12.  It starts at SVUS000171 and goes to 258, and if   14:13
20   you thumb through, you'll see it follows the same   14:13
21   format always.  There is a number with someone's   14:13
22   name, and then behind it is some information about   14:13

Page 170

1    that person, and it goes on for several pages, and   14:13
2    then there is a second name and so on.            14:13
3        Take a second, if you could, just to study   14:13
4    this and then I'll ask you a few questions about it.   14:13
5        A.   Yeah.  I'm familiar with this.           14:13
6        Q.   Okay.                                     14:13
7    MR. GRENDI:  On the record, has Mr. Han           14:13
8    signed the addendum to the protective order?      14:13
9    MR. GREIM:  Oh, no.  He hasn't.  Okay.  Let's     14:13
10   cover this.  So we have a protective order in this   14:13
11   case, confidential order, and many of the documents   14:13
12   that we have here today are marked as confidential,   14:14
13   at least as of right now.                          14:14
14   THE WITNESS:  Yeah.                               14:14
15   MR. GREIM:  So we'll ask you, and I'll work       14:14
16   with your attorney on this, to sign an order agreeing   14:14
17   to be bound by the protective order in this case,   14:14
18   which means that you can take things here and you,   14:14
19   know, show them around, talk them outside.  Now, not   14:14
20   all of this is going to end up remaining            14:14
21   confidential, but until we've worked it out with the   14:14
22   judge, that's sort of our status quo.              14:14

Page 171

1    MR. GAVENMAN:  Okay.                              14:14
2    BY MR. GREIM:                                     14:14
3        Q.   All right.  So tell me what do you       14:14
4    recall about this document?                        14:14
5        A.   I remember this is -- I don't remember I   14:14
6    saw this in my Miles' place.  Probably I saw it    14:14
7    through French, at French's house, but I'm not, you   14:14
8    know, a hundred percent sure.                      14:14
9        Q.   Do you remember that this is a document   14:14
10   that Mr. Guo showed to Mr. Wallop and -- Mr. Waller   14:15
11   and Ms. Wallop?                                    14:15
12       A.   Most likely.                             14:15
13   MR. GRENDI:  Objection.                           14:15
14   MR. GAVENMAN:  Objection.                         14:15
15   BY MR. GREIM:                                      14:15
16       Q.   And did you know that -- well, do you    14:15
17   know where these names came from?                  14:15
18   MR. GAVENMAN:  Objection.                         14:15
19   THE WITNESS:  I don't know where it comes         14:15
20   from, but I know this is probably what Miles wanted   14:15
21   them to look into.                                 14:15
22   BY MR. GREIM:                                     14:15

Page 172

1        Q.   Did you discuss with Mr. Guo which names   14:15
2    would be good for the project?                     14:15
3        A.   No, not at all.  This is entirely his.   14:15
4        Q.   Do you know who did?                     14:15
5        A.   I have no idea.                          14:15
6        Q.   Do you remember a meeting in Guo's       14:15
7    apartment where he had this stack of names and sort   14:15
8    of tossed it out on the table to Ms. Wallop and Mr.   14:15
9    Waller and said this cost him $250 million?        14:15
10   MR. GRENDI:  Objection.                           14:15
11   MR. GAVENMAN:  Objection.                         14:15
12   THE WITNESS:  I don't remember that.  I think     14:15
13   the $2 million, you know, that phrase, that, I       14:15
14   remember vaguely, yeah.                            14:16
15   BY MR. GREIM:                                      14:16
16       Q.   Okay.  Let me -- that was a compound     14:16
17   question too.  So let me ask you do you remember Mr.   14:16
18   Guo claiming that this research had cost him, let's   14:16
19   say, over $200 million just to compile this?       14:16
20       A.   $200 million?  I don't remember $200     14:16
21   million.  He exaggerates somewhat, like some certain   14:16
22   amount for this research.                          14:16

Page 173

44 (Pages 170 to 173)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | Q.   Do you remember telling Ms. Wallop and    14:16 |
| 2 | Mr. Waller that the $200 hundred was probably an    14:16 |
| 3 | exaggeration?    14:16 |
| 4 | A.   I probably did.    14:16 |
| 5 | Q.   So did there come a time when you did    14:16 |
| 6 | study the names and information in this packet?    14:16 |
| 7 | A.   Yeah.    14:16 |
| 8 | Q.   When was that?    14:16 |
| 9 | A.   I don't recall the exact date.    14:16 |
| 10 | Q.   Do you remember why you would have    14:16 |
| 11 | looked through the names?    14:16 |
| 12 | A.   Why would he look?    14:16 |
| 13 | Q.   No.  Why you would have?    14:17 |
| 14 | MR. GAVENMAN:  Objection.    14:17 |
| 15 | THE WITNESS:  I think -- I don't remember    14:17 |
| 16 | exactly how when they first come out.  The first time    14:17 |
| 17 | I look at this name, I don't remember exactly, but I    14:17 |
| 18 | did see the list either in New York or in French's    14:17 |
| 19 | house, but I just don't remember exactly where.    14:17 |
| 20 | BY MR. GREIM:    14:17 |
| 21 | Q.   Okay.  Do you remember forming any --    14:17 |
| 22 | let me just ask you this:  Do you remember having any    14:17 |

Page 174

| | |
|---|---|
| 1 | thoughts about whether some of these names would be    14:17 |
| 2 | good subjects for research?    14:17 |
| 3 | A.   I think they're all good subjects for    14:17 |
| 4 | research.    14:17 |
| 5 | Q.   Why is that?    14:17 |
| 6 | A.   Because this is the key group in the    14:17 |
| 7 | control of China's bank system and investment.    14:17 |
| 8 | Q.   So do you know that that's what all    14:17 |
| 9 | these names have in common?    14:18 |
| 10 | A.   Yes, except --    14:18 |
| 11 | MR. GAVENMAN:  Objection.    14:18 |
| 12 | THE WITNESS:  -- there's -- huh?    14:18 |
| 13 | MR. GAVENMAN:  Objection to form.  You can    14:18 |
| 14 | answer.    14:18 |
| 15 | THE WITNESS:  Except there's also like the    14:18 |
| 16 | former party chief's grandson, but for Wang Qishan's    14:18 |
| 17 | group, may of the names here that were in Wang    14:18 |
| 18 | Qishan's group, I think they're all involved in    14:18 |
| 19 | Chinese banging corruption.    14:18 |
| 20 | BY MR. GREIM:    14:18 |
| 21 | Q.   What's the name?  Could you spell out    14:18 |
| 22 | the name that you're telling us?  Wang?    14:18 |

Page 175

| | |
|---|---|
| 1 | A.   Wang Qishan, W-A-N-G, Q-I-S-H-A-N.    14:18 |
| 2 | Q.   This is the same person that Bannon had    14:18 |
| 3 | met with.  Right?    14:18 |
| 4 | A.   Yes, and Mu Jen Ju is another person    14:18 |
| 5 | that is a Chinese security chief.  He's also in here.    14:19 |
| 6 | He persecuted Miles' family.    14:19 |
| 7 | Q.   Now, do you know whether Mr. Guo ended    14:19 |
| 8 | up getting research on these individuals from some    14:19 |
| 9 | other source other than Strategic Vision?    14:19 |
| 10 | MR. GRENDI:  Objection.    14:19 |
| 11 | MR. GAVENMAN:  Objection.    14:19 |
| 12 | THE WITNESS:  That, I don't know.    14:19 |
| 13 | BY MR. GREIM:    14:19 |
| 14 | Q.   Do you know whether he shared this    14:19 |
| 15 | information with any of research group after    14:19 |
| 16 | Strategic Vision?    14:19 |
| 17 | A.   I didn't know that either.    14:19 |
| 18 | MR. GAVENMAN:  Objection.    14:19 |
| 19 | BY MR. GREIM:    14:19 |
| 20 | Q.   Do you know whether he ever hired a    14:19 |
| 21 | group called ASOG out of Texas?    14:19 |
| 22 | A.   ASOG?  No.    14:19 |

Page 176

| | |
|---|---|
| 1 | Q.   Do you know whether he hired an    14:19 |
| 2 | individual named Adam Craft?    14:19 |
| 3 | A.   No.    14:19 |
| 4 | Q.   Does that name ring a bell to you?    14:19 |
| 5 | A.   Not at all.    14:19 |
| 6 | Q.   Does the name ASOG sound familiar to    14:19 |
| 7 | you?    14:19 |
| 8 | A.   Not at all.    14:19 |
| 9 | Q.   So what did Mr. Guo tell you about this    14:20 |
| 10 | list, if anything?    14:20 |
| 11 | A.   He didn't really discuss this list with    14:20 |
| 12 | me at all, but when I saw it, I know what he's after.    14:20 |
| 13 | Q.   Is some of the same information that's    14:20 |
| 14 | in this list already on the internet?  Have you seen    14:20 |
| 15 | it on there?    14:20 |
| 16 | MR. GRENDI:  Objection.    14:20 |
| 17 | MR. GAVENMAN:  Objection.    14:20 |
| 18 | THE WITNESS:  There might be some.    14:20 |
| 19 | BY MR. GREIM:    14:20 |
| 20 | Q.   Do you have any understanding about who    14:20 |
| 21 | actually paid Strategic Vision, if anyone, for the    14:20 |
| 22 | work under this agreement?    14:20 |

Page 177

45 (Pages 174 to 177)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | MR. GRENDI:  Objection. | 14:20 |
| 2 | THE WITNESS:  I have no idea. | 14:20 |
| 3 | BY MR. GREIM: | 14:20 |
| 4 | Q.   Do you know if it was Guo himself? | 14:20 |
| 5 | MR. GAVENMAN:  Objection. | 14:21 |
| 6 | THE WITNESS:  I have no idea. | 14:21 |
| 7 | BY MR. GREIM: | 14:21 |
| 8 | Q.   Do you know whether Guo consulted with | 14:21 |
| 9 | anyone else in coming up with the names? | 14:21 |
| 10 | MR. GAVENMAN:  Objection. | 14:21 |
| 11 | MR. GRENDI:  Objection. | 14:21 |
| 12 | THE WITNESS:  He might have, but he didn't | 14:21 |
| 13 | mention that to me. | 14:21 |
| 14 | BY MR. GREIM: | 14:21 |
| 15 | Q.   Do you know whether Guo planned to share | 14:21 |
| 16 | the research results from this agreement with any | 14:21 |
| 17 | other person? | 14:21 |
| 18 | MR. GRENDI:  Objection. | 14:21 |
| 19 | MR. GAVENMAN:  Objection, form | 14:21 |
| 20 | THE WITNESS:  I didn't know that. | 14:21 |
| 21 | BY MR. GREIM: | 14:21 |
| 22 | Q.   So do you recall, roughly, the date when | 14:21 |

Page 178

| | | |
|---|---|---|
| 1 | -- well, let me back up for a second. | 14:22 |
| 2 | I understand your testimony to be that while | 14:22 |
| 3 | you were involved with Mr. Guo and Strategic Vision, | 14:22 |
| 4 | some deal was agreed to in principle.  Correct? | 14:22 |
| 5 | A.   Yes. | 14:22 |
| 6 | MR. GRENDI:  Objection. | 14:22 |
| 7 | BY MR. GREIM: | 14:22 |
| 8 | Q.   Then at that point, Yvette Wang came in | 14:22 |
| 9 | to take over negotiating the details of the contract | 14:22 |
| 10 | itself? | 14:22 |
| 11 | MR. GAVENMAN:  Objection. | 14:22 |
| 12 | MR. GRENDI:  Objection. | 14:22 |
| 13 | THE WITNESS:  Yes. | 14:22 |
| 14 | BY MR. GREIM: | 14:22 |
| 15 | Q.   Did it -- knowing that Mr. Guo had been | 14:22 |
| 16 | concerned about Ms. Wang earlier, did it surprise you | 14:22 |
| 17 | that she was brought in to negotiate the contract? | 14:22 |
| 18 | MR. GRENDI:  Objection. | 14:22 |
| 19 | MR. GAVENMAN:  Objection. | 14:22 |
| 20 | THE WITNESS:  No. | 14:22 |
| 21 | BY MR. GREIM: | 14:22 |
| 22 | Q.   Did it concern you? | 14:22 |

Page 179

| | | |
|---|---|---|
| 1 | A.   No. | 14:22 |
| 2 | Q.   Why not? | 14:22 |
| 3 | A.   Because I know she is with him for, you | 14:22 |
| 4 | know, 16 years at the time.  So he trusted her very | 14:22 |
| 5 | much. | 14:23 |
| 6 | Q.   But why would Mr. Guo tell other people | 14:23 |
| 7 | that he did not trust her? | 14:23 |
| 8 | MR. GRENDI:  Objection. | 14:23 |
| 9 | MR. GAVENMAN:  Objection. | 14:23 |
| 10 | THE WITNESS:  I have no idea. | 14:23 |
| 11 | BY MR. GREIM: | 14:23 |
| 12 | Q.   Well, do you know why you, once again, | 14:23 |
| 13 | replaced Yvette Wang later on in the parties' | 14:23 |
| 14 | dealings? | 14:23 |
| 15 | MR. GRENDI:  Objection. | 14:23 |
| 16 | MR. GAVENMAN:  Objection. | 14:23 |
| 17 | THE WITNESS:  I think he tried to salvage the | 14:23 |
| 18 | project.  He saw the project falling apart because he | 14:23 |
| 19 | didn't get what he is paying for and he thought maybe | 14:23 |
| 20 | I can better communicate with French and Mike's team | 14:23 |
| 21 | and get what he's looking for. | 14:24 |
| 22 | BY MR. GREIM: | 14:24 |

Page 180

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you know whether Strategic | 14:24 |
| 2 | Vision wanted to have you as their point, their main | 14:24 |
| 3 | point of contact? | 14:24 |
| 4 | MR. GAVENMAN:  Objection. | 14:24 |
| 5 | THE WITNESS:  Yes. | 14:24 |
| 6 | BY MR. GREIM: | 14:24 |
| 7 | Q.   And did they say why that was? | 14:24 |
| 8 | MR. GAVENMAN:  Objection. | 14:24 |
| 9 | THE WITNESS:  I think they feel they can | 14:24 |
| 10 | better communicate with me and also they trust me, I | 14:24 |
| 11 | think. | 14:24 |
| 12 | BY MR. GREIM: | 14:24 |
| 13 | Q.   By the way, did you discuss with | 14:24 |
| 14 | Strategic Vision the importance of not using Chinese | 14:24 |
| 15 | entities as either the contracting parties or the | 14:24 |
| 16 | funding parties for the contract? | 14:24 |
| 17 | MR. GAVENMAN:  Objection. | 14:24 |
| 18 | MR. GRENDI:  Objection. | 14:24 |
| 19 | THE WITNESS:  I didn't remember specifically | 14:25 |
| 20 | that suggestion. | 14:25 |
| 21 | BY MR. GREIM: | 14:25 |
| 22 | Q.   Knowing what you know about the mainland | 14:25 |

Page 181

46 (Pages 178 to 181)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 and about the Chinese Government -- `14:25` | 1 MR. GAVENMAN: Objection. `14:27` |
| 2 A. Right. `14:25` | 2 THE WITNESS: It's possible, yes. Hong Kong `14:27` |
| 3 Q. -- do you agree that it would be prudent `14:25` | 3 has a different system, but China has a lot of `14:27` |
| 4 not to use a Chinese entity or a Chinese bank to pay `14:25` | 4 difference there. `14:27` |
| 5 Strategic Vision under the contract? `14:25` | 5 BY MR. GREIM: `14:27` |
| 6 MR. GRENDI: Objection. `14:25` | 6 Q. When did you first hear of the entity `14:27` |
| 7 MR. GAVENMAN: Objection. `14:25` | 7 called Eastern Profit? `14:27` |
| 8 THE WITNESS: I didn't -- I -- from the very `14:25` | 8 A. I don't think I ever heard that term `14:27` |
| 9 beginning, we want to keep this highly confidential. `14:25` | 9 until this case, you know, showed up. `14:27` |
| 10 Everything we do has to be, you know, like very `14:25` | 10 Q. Did you know that Mr. Guo's daughter is `14:27` |
| 11 cautious, and whether I made that specific `14:25` | 11 the sole shareholder and director of Eastern Profit? `14:27` |
| 12 suggestion, I don't remember, but if I did, it must `14:25` | 12 MR. GRENDI: Objection. `14:27` |
| 13 be based on that principle. `14:25` | 13 MR. GAVENMAN: Objection. `14:27` |
| 14 BY MR. GREIM: `14:25` | 14 THE WITNESS: No. `14:27` |
| 15 Q. And that would be common sense, wouldn't `14:25` | 15 BY MR. GREIM: `14:27` |
| 16 it? `14:25` | 16 Q. Do you know whether Mr. Guo typically `14:27` |
| 17 MR. GRENDI: Objection. `14:25` | 17 has his children hold companies that he uses for his `14:27` |
| 18 MR. GAVENMAN: Objection. `14:25` | 18 projects? `14:27` |
| 19 THE WITNESS: It is not necessarily Chinese `14:25` | 19 A. I didn't. `14:28` |
| 20 company. I think it's how confidential, how `14:25` | 20 MR. GRENDI: Objection. `14:28` |
| 21 trustworthy they are, not the entities, from where. `14:25` | 21 MR. GAVENMAN: Objection. `14:28` |
| 22 It's the discrete nature of the entity that matters. `14:26` | 22 THE WITNESS: I didn't know. `14:28` |
| Page 182 | Page 184 |
| 1 BY MR. GREIM: `14:26` | 1 BY MR. GREIM: `14:28` |
| 2 Q. Well, what about the ability of Chinese `14:26` | 2 Q. Did you always understand that `14:28` |
| 3 officials to follow the wire from, you know, a `14:26` | 3 regardless of who signed the contract that that `14:28` |
| 4 Chinese account directly to Strategic Vision? `14:26` | 4 person or entity would be reporting to Mr. Guo? `14:28` |
| 5 MR. GRENDI: Objection. `14:26` | 5 MR. GRENDI: Objection. `14:28` |
| 6 MR. GAVENMAN: Objection. `14:26` | 6 MR. GAVENMAN: Objection to form. `14:28` |
| 7 THE WITNESS: Well, yeah. It's definitely `14:26` | 7 THE WITNESS: Yes. `14:28` |
| 8 easier to track if it's a Chinese company based in `14:26` | 8 BY MR. GREIM: `14:28` |
| 9 China. `14:26` | 9 Q. Have you ever heard that Hansheng Wang `14:28` |
| 10 BY MR. GREIM: `14:26` | 10 was actually in charge of Eastern Profit? `14:28` |
| 11 Q. What about an entity based in Hong Kong? `14:26` | 11 A. I didn't know that. I thought you said `14:28` |
| 12 MR. GAVENMAN: Objection to form. `14:26` | 12 his daughter. `14:28` |
| 13 MR. GRENDI: Objection. `14:26` | 13 Q. Would it surprise to hear that in this `14:28` |
| 14 MR. GAVENMAN: I'm not sure what that `14:26` | 14 case, Eastern Profit claims that its principal is `14:28` |
| 15 question even is. Can you rephrase that question? `14:26` | 15 Hansheng Wang? `14:28` |
| 16 THE WITNESS: Yes. `14:27` | 16 MR. GAVENMAN: Objection, form. `14:28` |
| 17 BY MR. GREIM: `14:27` | 17 THE WITNESS: I have no idea. `14:28` |
| 18 Q. Did you understand it? `14:27` | 18 BY MR. GREIM: `14:28` |
| 19 A. Maybe you can rephrase. `14:27` | 19 Q. Did you ever talk to Hansheng Wang about `14:28` |
| 20 Q. Is it also easier to track if the money `14:27` | 20 this project at all? `14:29` |
| 21 comes from an entity based in Hong Kong? `14:27` | 21 A. No. `14:29` |
| 22 MR. GRENDI: Objection. `14:27` | 22 Q. Would it surprise if Hansheng Wang was `14:29` |
| Page 183 | Page 185 |

**Lianchao Han - Confidential**
**August 28, 2019**

**in charge of a research project like for this for Mr. Guo?** 14:29
MR. GRENDI: Objection. 14:29
MR. GAVENMAN: Objection, form. 14:29
THE WITNESS: As I said, nothing surprises me. 14:29
BY MR. GREIM: 14:29
**Q. Have you ever heard of an entity called Celestial Tide Holdings?** 14:29
A. Never. 14:29
**Q. Do you recall that after Yvette Wang came in to finalize the contract with Strategic Vision that new disputes erupted?** 14:30
MR. GRENDI: Objection. 14:30
MR. GAVENMAN: Objection. 14:30
THE WITNESS: I didn't. If I did, maybe from French, not from Miles or Yvette. 14:30
BY MR. GREIM: 14:30
**Q. Okay. If you look on December 30th, this is on page 1867 of Han Exhibit 10.** 14:30
A. 67? 14:30
**Q. Um-hum.** 14:30

Page 186

A. There it is. Yeah. 14:30
**Q. You'll see that Ms. Wallop begins that day responding to a question from you about the other matter that you were working on.** 14:31
A. Yes. 14:31
**Q. It looks like you were taking some CLE.** 14:31
A. Yes. 14:31
**Q. And you see at the bottom of that, the first thing she says: "What time on Tuesday? Did you speak with NY?"** 14:31
A. Let me see. 14:31
**Q. It's right before the three emojis.** 14:31
A. Okay. "What time on Tuesday? Did you speak with NY?" 14:31
Yeah. Yeah. That's New York. It refers to Miles Kwok. 14:31
**Q. Okay. And you'll see that she goes on that morning and sends you some hotel recommendations?** 14:31
A. Yes. 14:31
**Q. And many other things?** 14:31
A. Yes. 14:31

Page 187

**Q. And then if you keep going -- I think it's still the same thread -- you'll go to page 1869. You'll see that toward the top, she says: "Also on other fav subject, Y mentioned on Wed she needs to get back to NY to collect her bonus for the year. So she would be excited that NY would be glad that we had an agreement finally."** 14:32
**Does that appear to be a reference to Yvette Wang?** 14:32
A. Correct. 14:32
MR. GAVENMAN: Objection. 14:32
MR. GRENDI: Objection. 14:32
BY MR. GREIM: 14:32
**Q. Does it appear to you that by December 30th, Yvette Wang was now negotiating directly with French Wallop?** 14:32
A. Yes. 14:32
MR. GAVENMAN: Objection. 14:32
MR. GREIM: All right. Let's go ahead and take a break at that point, because we're about done with the video. 14:32
VIDEOGRAPHER: This ends Disk No. 2, going

Page 188

off the record. The time is now 2:34 p.m. 14:32
[Recess.] 14:52
VIDEOGRAPHER: This begins Disk No. 3 in the video deposition of Lianchao Han. We are back on the record. The time is 2:54 p.m. 14:52
BY MR. GREIM: 14:52
**Q. Mr. Han, welcome back.** 14:52
A. Thank you. 14:52
**Q. If you could, we left on page 1869, but I've got a question for you -- this is still in Exhibit 10 -- about the pages 1884 through 1903, which is the last page.** 14:53
A. Right. 14:53
**Q. And my question for you is would you agree with me that everything from 1884 to 1903 refers to matters other than the Strategic Vision Eastern Profit contract?** 14:53
A. I think most the time, most of it, yes. That's correct, except maybe 86. 14:53
**Q. Oh.** 14:53
A. I think that looks like -- 14:53
**Q. Yeah.** 14:53

Page 189

| | | |
|---|---|---|
| 1 | A.  -- about their disputes. | 14:53 |
| 2 | Q.  Okay.  And that's a text exchange on | 14:53 |
| 3 | February 26th, it looks like.  Right? | 14:53 |
| 4 | A.  Yes. | 14:54 |
| 5 | Q.  Okay.  All right.  Then I guess -- all | 14:54 |
| 6 | right.  I follow you.  I guess on February 28th, on | 14:54 |
| 7 | 1887, that is about the lawsuit as well. | 14:54 |
| 8 | A.  Correct.  I mean the dispute of some | 14:54 |
| 9 | sort. | 14:54 |
| 10 | Q.  Okay.  So would you agree with me, | 14:54 |
| 11 | though, that everything else in here is about other | 14:54 |
| 12 | work that you were discussing with Ms. Wallop? | 14:54 |
| 13 | A.  Correct. | 14:54 |
| 14 | Q.  Did any of those dealings come to | 14:54 |
| 15 | fruition? | 14:54 |
| 16 | A.  No. | 14:54 |
| 17 | Q.  Let me ask you -- let's go back to 1869. | 14:54 |
| 18 | A.  Yeah. | 14:54 |
| 19 | Q.  And I want you to focus on after the | 14:54 |
| 20 | three question marks that end a sentence somewhere | 14:54 |
| 21 | about in the middle or so. | 14:55 |
| 22 | A.  89? | 14:55 |

Page 190

| | | |
|---|---|---|
| 1 | Q.  On 1869. | 14:55 |
| 2 | A.  69? | 14:55 |
| 3 | Q.  Yeah. | 14:55 |
| 4 | A.  Sorry.  Okay. | 14:55 |
| 5 | Q.  Three question marks, and then Ms. | 14:55 |
| 6 | Wallop says: "I naturally asked tea or water ginger | 14:55 |
| 7 | ale, and her comment, quote, no, we need to talk | 14:55 |
| 8 | about agreement.  I spoke for two hours with HK and | 14:55 |
| 9 | they told me I cannot sign for monthly amount, | 14:55 |
| 10 | exclamation point, but her boss told her to do it and | 14:55 |
| 11 | come back with signed doc." | 14:55 |
| 12 | Did I read that right? | 14:55 |
| 13 | A.  Um-hum. | 14:55 |
| 14 | Q.  Now, did you ever hear Yvette Wang or | 14:55 |
| 15 | Mr. Guo talk about having to check with individuals | 14:55 |
| 16 | in Hong Kong? | 14:56 |
| 17 | A.  No. | 14:56 |
| 18 | Q.  If you go to page 1871, after the emojis | 14:56 |
| 19 | toward the top, you'll see: "She said and as she | 14:56 |
| 20 | kept saying with abundant authority, I am project | 14:56 |
| 21 | manager.  I decide." | 14:56 |
| 22 | Do you see that? | 14:56 |

Page 191

| | | |
|---|---|---|
| 1 | A.  Um-hum. | 14:56 |
| 2 | Q.  Did you have any understanding that | 14:56 |
| 3 | Yvette Wang was a project manager on this? | 14:56 |
| 4 | MR. GAVENMAN:  Object to the form. | 14:56 |
| 5 | MR. GRENDI:  Objection. | 14:56 |
| 6 | THE WITNESS:  I didn't know until maybe | 14:56 |
| 7 | later. | 14:56 |
| 8 | BY MR. GREIM: | 14:56 |
| 9 | Q.  Okay. | 14:56 |
| 10 | A.  Not at that point. | 14:56 |
| 11 | Q.  Had you ever heard that title used with | 14:56 |
| 12 | respect to Yvette Wang, that she was a project | 14:56 |
| 13 | manager? | 14:56 |
| 14 | A.  I didn't know.  I didn't, no. | 14:56 |
| 15 | Q.  Now you said until maybe later.  Was | 14:56 |
| 16 | there some point where you did learn that she was | 14:56 |
| 17 | project manager? | 14:57 |
| 18 | MR. GAVENMAN:  Objection to form. | 14:57 |
| 19 | MR. GRENDI:  Objection. | 14:57 |
| 20 | THE WITNESS:  I don't think they ever used | 14:57 |
| 21 | the project manager, but she is in charge of the | 14:57 |
| 22 | project. | 14:57 |

Page 192

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 14:57 |
| 2 | Q.  If you look at page 1879 and go to the | 14:57 |
| 3 | top -- | 14:57 |
| 4 | A.  Yeah. | 14:57 |
| 5 | Q.  -- you see this is a carryover from the | 14:57 |
| 6 | previous page. | 14:57 |
| 7 | A.  Right. | 14:57 |
| 8 | Q.  But Ms. Wallop is sending you a piece | 14:57 |
| 9 | about HNA that was in "The Financial Times".  Do you | 14:57 |
| 10 | see that? | 14:58 |
| 11 | A.  Okay. | 14:58 |
| 12 | [Witness peruses exhibit.] | 14:58 |
| 13 | THE WITNESS:  Okay. | 14:58 |
| 14 | BY MR. GREIM: | 14:58 |
| 15 | Q.  And then your response to her is: "I | 14:58 |
| 16 | gave the story to WSJ a week ago.  They're too slow, | 14:58 |
| 17 | but we have more details." | 14:58 |
| 18 | And then continuing to the next page: "My | 14:58 |
| 19 | advice is to focus on what already in place to | 14:58 |
| 20 | harvest and what will be harvested would be harvested | 14:58 |
| 21 | in the next batch.  Good luck." | 14:58 |
| 22 | Did I read the right? | 14:58 |

Page 193

49 (Pages 190 to 193)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|

1  A.  Yes.   14:58

2  Q.  **What was your intent -- first of all,**  14:58

3  **were you talking to her about the Strategic Vision**  14:58

4  **work?**  14:58

5  MR. GAVENMAN:  Objection to form.  14:58

6  MR. GRENDI:  Objection.  14:58

7  THE WITNESS:  When was this?  14:58

8  Okay.  But we have more detail.  Okay.  Yeah.  14:58

9  I know what -- can you reframe your question, please?  14:59

10  BY MR. GREIM:  14:59

11  Q.  **Sure.  Were you speaking with her about**  14:59

12  **the Strategic Vision work on the research?**  14:59

13  MR. GRENDI:  Objection.  14:59

14  MR. GAVENMAN:  Objection, form.  14:59

15  THE WITNESS:  Yeah.  It looks like it.  14:59

16  BY MR. GREIM:  14:59

17  Q.  **And what was your advice to her?**  14:59

18  A.  I don't remember specifically.  It looks  14:59

19  like my advice is to focus on what's already in place  14:59

20  to harvest and what will be harvested in the next  14:59

21  batch.  Yeah.  I think that I advised them to follow  14:59

22  the schedule of the deliverables, don't deviate from  14:59

Page 194

1  that.  14:59

2  Q.  **So let me move on now to 1882 and you'll**  14:59

3  **see -- this is probably the last thing we'll get to**  15:00

4  **in this packet here.  You'll see on February 17,**  15:00

5  **2018, you say:  "F, I am disappointed with the**  15:00

6  **result.  Even there are five RP people, but we still**  15:00

7  **many left.  We didn't get anything.  It put me in a**  15:00

8  **very difficult spot.  More importantly, it failed to**  15:00

9  **advance our agenda.  We have to push the teams to**  15:00

10  **produce and we will in trouble."**  15:00

11  **Then you go and it looks like you discuss**  15:00

12  **another topic for the end of that.**  15:00

13  **What were you referring to in that first**  15:00

14  **paragraph with five RP people?**  15:00

15  A.  Yeah.  This, if I recall correctly, this  15:00

16  was Miles put me back in charge, in charge of  15:00

17  managing the project, and I think Mike French and the  15:01

18  team didn't produce anything of substance.  So I said  15:01

19  I'm really disappointed with the result.  15:01

20  They claimed the difficulty of extracting  15:01

21  information, because there are five people that is on  15:01

22  the restriction of American Government.  You're not  15:01

Page 195

1  supposed to touch them, even look into them.  I don't  15:01

2  know if that's true or not, but I said my point is  15:01

3  even if you have five people you can't touch, but  15:01

4  there's so many on the list.  At least you need to  15:01

5  produce something substantial that will satisfy Miles  15:01

6  and the contractual, you know, obligations and  15:01

7  satisfy Miles; otherwise, I said we're going to be  15:02

8  trouble.  I think that's what I see coming.  Miles  15:02

9  will terminate the contract.  There will be lawsuits  15:02

10  going on between the two sides, exactly what I said  15:02

11  at the time.  15:02

12  Q.  **And that what you were trying to avoid**  15:02

13  **here?**  15:02

14  A.  Correct.  15:02

15  MR. GRENDI:  Objection.  15:02

16  MR. GREIM:  Okay.  I'm now going to show you  15:02

17  what we marked in another deposition as Exhibit 5.  15:02

18  [Wang Exhibit No. 5 was  15:02

19  identified for the record.]  15:02

20  BY MR. GREIM:  15:02

21  Q.  **And these are -- this is Wang Exhibit 5,**  15:02

22  **Bates labeled SVUS000061 to 76.  These are a series**  15:02

Page 196

1  of texts between you and not Ms. Wallop but,  15:02

2  instead, with Mr. Waller.  15:02

3  A.  Um-hum.  15:03

4  Q.  **And so the very first thing we see here**  15:03

5  **is from December 11, 2017, and I think the first**  15:03

6  **order of business is let's figure out who's dark gray**  15:03

7  **and who's light gray.**  15:03

8  A.  Okay.  15:03

9  Q.  **So can you tell so far which one of**  15:03

10  **these two speakers is you?**  15:03

11  A.  I think the light gray, that must be me.  15:03

12  Q.  **Okay.**  15:03

13  A.  Because mine is short.  I type really  15:03

14  slow.  15:03

15  Q.  **Well, you are definitely a shorter**  15:03

16  **texter than most people.  You don't use emojis.**  15:03

17  A.  I don't.  15:03

18  Q.  **So is it -- does it appear to you that**  15:03

19  **you met with at least Mr. Waller around December 11,**  15:03

20  **2017.**  15:04

21  A.  Yeah.  I don't recall the specific date.  15:04

22  Q.  **Right.**  15:04

Page 197

50 (Pages 194 to 197)

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 198

```
 1        A.   And I don't know where we met, because    15:04
 2   he was -- he didn't show up -- no.  I don't remember  15:04
 3   was he in the first meeting with Miles.  Probably   15:04
 4   not.  He was behind.  Yeah.  I don't recall          15:04
 5   specifically the date.                               15:04
 6        Q.   Did you feel that you had a good rapport   15:04
 7   with Mr. Waller?                                     15:04
 8        A.   What?                                      15:04
 9        Q.   Did you feel that you a good rapport       15:04
10   with Mr. Waller?                                     15:04
11        A.   Yes.                                       15:04
12        Q.   In fact, did you share the same mentor,   15:04
13   someone named Bernie?                                15:04
14        A.   Correct.  Yes.                             15:04
15        Q.   And so Bernie had been -- had served      15:04
16   with Chaing Kai-shek or something like that?        15:04
17        A.   He was hero in anti-Japanese war.  He     15:04
18   was involved in the KMT, the Taiwan Government      15:04
19   intelligence.                                        15:04
20        Q.   I see.  So he was a mentor to you, but    15:05
21   also a mentor to Mr. Waller?                         15:05
22        A.   Correct.                                   15:05
```

Page 199

```
 1        Q.   But probably not at the same time?         15:05
 2        A.   Roughly around the time.                   15:05
 3        Q.   Oh, around the same time.  Okay.           15:05
 4        A.   Yes.                                       15:05
 5        Q.   Sorry.                                     15:05
 6        Okay.  So let's go to the next page.  You'll   15:05
 7   see that on December the 14th now, the dark gray is  15:05
 8   saying: "I had a very productive meeting with a key  15:05
 9   capabilities person who is ready.  I asked him for   15:05
10   another week's time to we don't lose his team.  He   15:05
11   agreed."                                             15:05
12        Do you see that?                                15:05
13        A.   Yes.                                       15:05
14        Q.   Do you recall what Mr. Waller is telling  15:05
15   you there, what he's talk about?                     15:05
16        A.   I don't.  No.  I don't remember           15:05
17   specifically --                                      15:06
18        Q.   Okay.                                      15:06
19        A.   -- the content.                            15:06
20        Q.   Let's go down a few days later.  Mr.      15:06
21   Waller says:  "We can now provide the entire menu    15:06
22   that the friend requested, including items we said we 15:06
```

Page 200

```
 1   could not provide.  I hope your trip is fruitful."   15:06
 2        Do you see that?                                15:06
 3        A.   Um-hum.                                    15:06
 4        Q.   And then you say:  Great meeting with     15:06
 5   our friend.  He is coming in two weeks in            15:06
 6   Washington."                                         15:06
 7        Who are you speaking of there?                 15:06
 8        A.   I think this is a friend from Tokyo.       15:06
 9        Q.   This is Tokyo?                             15:06
10        A.   Yeah.                                      15:06
11        Q.   Is Mr. Waller talking about this         15:06
12   particular project or another one?  Can you tell?    15:06
13        MR. GAVENMAN:  Objection, form.                 15:06
14        MR. GRENDI:  Objection.                         15:06
15        THE WITNESS:  62?                               15:06
16   BY MR. GREIM:                                        15:06
17        Um-hum.                                         15:06
18        A.   Another week's time -- I think this is    15:06
19   talking about -- he's talking about Miles' research  15:07
20   project.                                             15:07
21        Q.   Well, were there some things that         15:07
22   Strategic Vision said that they could not provide and 15:07
```

Page 201

```
 1   then they say, no, they could?                       15:07
 2        MR. GRENDI:  Objection, form.                   15:07
 3        MR. GAVENMAN:  Objection.                        15:07
 4        THE WITNESS:  I don't specifically recall       15:07
 5   what they say they cannot provide.  I think          15:07
 6   everything is based on what's in the contract.       15:07
 7   BY MR. GREIM:                                        15:07
 8        Q.   Okay.                                      15:07
 9        A.   If they said they can't provide, that's   15:07
10   supposed to be specified in the contract.           15:07
11        Q.   Let me direct you now to the December     15:07
12   23rd texts.  They go from 64 to 65.                  15:07
13        A.   65.                                        15:07
14        Q.   It starts off with Mr. Waller asking      15:07
15   you: "Any news?"                                     15:07
16        Any news?  Yeah.  This is, again, I            15:07
17   think this is the Tokyo guy.                          15:08
18        Q.   Okay.  And then what about your text at   15:08
19   6:19 a.m.?                                           15:08
20        You say -- it looks like Mr. Waller says:     15:08
21   "What about the guy we saw last week?"               15:08
22        And then you respond:  "I will ask."            15:08
```

51 (Pages 198 to 201)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | [Witness peruses exhibit.] 15:08 |
| 2 | THE WITNESS: I'm trying to remember this. 15:08 |
| 3 | Why -- 15:08 |
| 4 | BY MR. GREIM: 15:08 |
| 5 | Q. If it would help you, turn to page 65 15:08 |
| 6 | too. The conversation continues. I want you to read 15:08 |
| 7 | the whole thing, because it may help you. 15:08 |
| 8 | [Witness peruses exhibit.] 15:09 |
| 9 | THE WITNESS: Honestly, I don't remember 15:09 |
| 10 | this. I'm trying to figure out -- I think we're not 15:09 |
| 11 | talking about Miles at this point, but I'm not sure 15:09 |
| 12 | who. 15:09 |
| 13 | Yeah. I'm a little confused here. I think 15:09 |
| 14 | -- what time they sign the contract? December 30th? 15:10 |
| 15 | Sorry. I just don't specifically recall this. 15:10 |
| 16 | BY MR. GREIM: 15:10 |
| 17 | Q. Well, I will represent to you that the 15:10 |
| 18 | contract was signed on January the 6th. 15:10 |
| 19 | A. January 6th, okay, but when we talk 15:10 |
| 20 | about here I arrive on the 2nd, that definitely is 15:10 |
| 21 | the Japanese guy. Which day would you like to meet? 15:10 |
| 22 | I will ask. He's eager to meet. 15:10 |

Page 202

| | |
|---|---|
| 1 | [Witness peruses exhibit.] 15:10 |
| 2 | THE WITNESS: I think this is probably Miles. 15:10 |
| 3 | "Okay. Thanks. I don't think my guy is 15:10 |
| 4 | serious." 15:10 |
| 5 | "I have a mixed feeling about it", that, I 15:10 |
| 6 | think will refer to Miles, the project, because Miles 15:10 |
| 7 | goes back and forth. 15:10 |
| 8 | BY MR. GREIM: 15:10 |
| 9 | Q. Right. 15:10 |
| 10 | A. Whether he wants to do it or he doesn't 15:10 |
| 11 | want to do it, because, you know, he's not sure 15:10 |
| 12 | they're going to deliver. I think that's -- yeah. 15:11 |
| 13 | He also wants to do it as cheap as possible. 15:11 |
| 14 | Okay. Agreed. He arrives on the 2nd. We can 15:11 |
| 15 | meet the 3rd. 15:11 |
| 16 | Q. Do you see Mr. Waller -- let me stop 15:11 |
| 17 | you, Mr. Han, and we'll try to go more of a back and 15:11 |
| 18 | here, keep it in a question and answer format. 15:11 |
| 19 | A. Yeah. 15:11 |
| 20 | Q. So if you look in the middle of page 15:11 |
| 21 | 65 -- 15:11 |
| 22 | A. 65, yeah. 15:11 |

Page 203

| | |
|---|---|
| 1 | Q. You see Mr. Waller responds to the cheap 15:11 |
| 2 | as possible comment. He says: "He will fail if he 15:11 |
| 3 | does it on the cheap. This project is not a Chinese 15:11 |
| 4 | sweatshop. Let's focus on the other guy." 15:11 |
| 5 | And then he goes on talks about that. Do you 15:11 |
| 6 | see that? 15:11 |
| 7 | A. Yes. Yes. 15:11 |
| 8 | Q. And then you respond: "Agree. He 15:11 |
| 9 | arrives on the 2nd." 15:11 |
| 10 | A. Yeah. That's the Japanese guy. 15:11 |
| 11 | Q. Right. So now you're back on the 15:11 |
| 12 | Japanese guy? 15:11 |
| 13 | A. Yes. 15:11 |
| 14 | Q. And then do you see, later, on December 15:11 |
| 15 | 23rd, now turning to page 66, you say: "We should 15:11 |
| 16 | wait a few more days for our NYC friend." 15:12 |
| 17 | Now, you're referring to Mr. Guo again? 15:12 |
| 18 | A. I think so. 15:12 |
| 19 | Q. And then Mr. Waller says: "I trust your 15:12 |
| 20 | judgment. I'm not anxious to dialogue with him 15:12 |
| 21 | further." 15:12 |
| 22 | A. That's correct. 15:12 |

Page 204

| | |
|---|---|
| 1 | Q. And then you say: "Understand. 15:12 |
| 2 | Thanks." 15:12 |
| 3 | A. Um-hum. 15:12 |
| 4 | Q. Now, the next day, December 24rd, that 15:12 |
| 5 | evening, do you -- if you look at your 9-18 p.m. 15:12 |
| 6 | comment -- 15:12 |
| 7 | A. Yeah. 15:12 |
| 8 | Q. Are you talking again about Mr. Guo 15:12 |
| 9 | there? 15:12 |
| 10 | A. Yes. This is definitely -- yes. 15:12 |
| 11 | Q. He wants to -- "He would like to put a 15:12 |
| 12 | clause in the contract which says if you fail to 15:12 |
| 13 | provide the deliverables as defined in the scope, you 15:12 |
| 14 | should return the deposit. What do you think?" 15:12 |
| 15 | A. Yes. 15:12 |
| 16 | Q. And then you see that Mr. Waller has a 15:12 |
| 17 | response: "Well, it's progress." 15:12 |
| 18 | But then do you see, he says: "The issue, of 15:12 |
| 19 | course, is the timeframe for determining whether the 15:12 |
| 20 | deliverables meet the scope." 15:13 |
| 21 | Do you see that? 15:13 |
| 22 | A. Yes. 15:13 |

Page 205

52 (Pages 202 to 205)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    Q.   He says:  "That probably won't be | 15:13 |
| 2  possible in the first 30 -- and then you've got to | 15:13 |
| 3  flip over to see the rest of it. | 15:13 |
| 4    A.   Yes. | 15:13 |
| 5    Q.   "In the 30 days because of startup work. | 15:13 |
| 6  I suggest a minimum of 90 days." | 15:13 |
| 7    Do you see that? | 15:13 |
| 8    A.   Yes. | 15:13 |
| 9    Q.   And then he goes on and asks you a | 15:13 |
| 10  question:  "What is his proposed timeframe for | 15:13 |
| 11  determining when the deliverables are satisfactory or | 15:13 |
| 12  not?  Do you think that he will be dependable about | 15:13 |
| 13  scope and not say at some point that we failed to | 15:13 |
| 14  deliver according to the scope simply because he | 15:13 |
| 15  changed his mind?" | 15:13 |
| 16    Do you see that? | 15:13 |
| 17    A.   Yes. | 15:13 |
| 18    Q.   And then he continues, but it doesn't -- | 15:13 |
| 19  the bubble ends.  Right? | 15:13 |
| 20    A.   Um-hum. | 15:13 |
| 21    MR. GRENDI:  It's on the next page. | 15:13 |
| 22    MR. GREIM:  Oh, okay.  Oh, good. | 15:13 |

Page 206

| | |
|---|---|
| 1    A.   Yeah.  From the text -- | 15:14 |
| 2    MR. GAVENMAN:  Objection to the extent that's | 15:14 |
| 3  a new question. | 15:14 |
| 4    MR. GRENDI:  Same objection. | 15:14 |
| 5    THE WITNESS:  I understand what he's saying. | 15:14 |
| 6  He needs more time to deliver. | 15:14 |
| 7  BY MR. GREIM: | 15:14 |
| 8    Q.   Right. | 15:14 |
| 9    A.   The startup, you know, is only 30 days. | 15:14 |
| 10    Q.   Right. | 15:14 |
| 11    A.   Yeah.  I understand that. | 15:14 |
| 12    Q.   And then do you see you respond to him | 15:14 |
| 13  "I don't know who will sign"? | 15:15 |
| 14    A.   But why I jump to that, I don't know | 15:15 |
| 15  why.  There's no content here, because we -- so I | 15:15 |
| 16  just, obviously, I don't know who will sign.  Yes. | 15:15 |
| 17    Q.   Right.  Well, let's look at Mr. Waller's | 15:15 |
| 18  response to that. | 15:15 |
| 19    A.   Yeah. | 15:15 |
| 20    Q.   He says:  "He proposed you and asked us | 15:15 |
| 21  if that would be acceptable to us.  All of us agreed. | 15:15 |
| 22  Let's keep the agreement." | 15:15 |

Page 208

| | |
|---|---|
| 1  BY MR. GREIM: | 15:13 |
| 2    Q.   Okay.  So if you go to 68 -- I wondered | 15:13 |
| 3  about this -- it continues on.  He says:  "As it | 15:13 |
| 4  stands, the written contract gives either party the | 15:13 |
| 5  right to terminate for any reason with 30 days | 15:14 |
| 6  notice.  So if he gives 30 days notice, we would | 15:14 |
| 7  prorate the 30 days from the deposit and return the | 15:14 |
| 8  balance under any normal circumstance." | 15:14 |
| 9    Do you see that? | 15:14 |
| 10    A.   Um-hum. | 15:14 |
| 11    Q.   Now, did you understand from Mr. Waller | 15:14 |
| 12  that it wouldn't be possible to judge the | 15:14 |
| 13  deliverables in the first 30 days because of startup | 15:14 |
| 14  work? | 15:14 |
| 15    MR. GRENDI:  Object to the form. | 15:14 |
| 16    MR. GAVENMAN:  Objection. | 15:14 |
| 17    THE WITNESS:  Did I -- did I understand? | 15:14 |
| 18  BY MR. GREIM: | 15:14 |
| 19    Q.   Yes? | 15:14 |
| 20    A.   From this E-mail? | 15:14 |
| 21    Q.   Yeah.  Back to 67 is the easiest place | 15:14 |
| 22  to see it. | 15:14 |

Page 207

| | |
|---|---|
| 1    Do you see that? | 15:15 |
| 2    A.   Um-hum. | 15:15 |
| 3    Q.   Now, did you realize that it was Mr. Guo | 15:15 |
| 4  that suggested that you sign the agreement? | 15:15 |
| 5    A.   Yes. | 15:15 |
| 6    MR. GRENDI:  Objection. | 15:15 |
| 7    MR. GAVENMAN:  Objection. | 15:15 |
| 8  BY MR. GREIM: | 15:15 |
| 9    Q.   And then maybe we need to turn for this | 15:15 |
| 10  one as well.  Yeah.  You can see he starts to go on | 15:15 |
| 11  on page 67, but you've got to move all the way to 69 | 15:15 |
| 12  to read that. | 15:15 |
| 13    A.   Yeah. | 15:15 |
| 14    Q.   Do you see Mr. Waller says:  "If he | 15:15 |
| 15  changes his mind on you, it indicates to me he | 15:16 |
| 16  doesn't fully trust you.  Not a good thing." | 15:16 |
| 17    A.   Um-hum. | 15:16 |
| 18    Q.   And then you say:  "Interesting thought. | 15:16 |
| 19  He has sensed my disappointment with him." | 15:16 |
| 20    Do you see that? | 15:16 |
| 21    A.   Yes. | 15:16 |
| 22    Q.   What did you mean by that? | 15:16 |

Page 209

53 (Pages 206 to 209)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | A.   I always correct him and maybe I didn't | 15:16 |
| 2 | see, you know, I would accept his offer to work for | 15:16 |
| 3 | him. | 15:16 |
| 4 | Q.   Well, you say you'd always correct him, | 15:16 |
| 5 | but in what sense were you disappointed with him? | 15:16 |
| 6 | A.   I -- let's see.  In one sense, he won't | 15:16 |
| 7 | listen to me, to my advice.  That's the main reason. | 15:16 |
| 8 | We have a political agenda, you know, we both agree | 15:16 |
| 9 | to push, and I always gave advice, I think sound | 15:16 |
| 10 | advice.  He just wouldn't listen to me. | 15:17 |
| 11 | Q.   Is there anyone he does listen to? | 15:17 |
| 12 | A.   No. | 15:17 |
| 13 | MR. GAVENMAN:  Objection, form. | 15:17 |
| 14 | MR. GRENDI:  Objection. | 15:17 |
| 15 | BY MR. GREIM: | 15:17 |
| 16 | Q.   Then you see Mr. Waller responds:  "If | 15:17 |
| 17 | you aren't part of the deal, I don't want to be | 15:17 |
| 18 | either." | 15:17 |
| 19 | A.   Yes. | 15:17 |
| 20 | Q.   "Anybody who is friends with Bernie and | 15:17 |
| 21 | Judd is my kind of person." | 15:17 |
| 22 | Who is Judd? | 15:17 |

Page 210

| | | |
|---|---|---|
| 1 | A.   Judd is my boss, a senator from New | 15:17 |
| 2 | Hampshire. | 15:17 |
| 3 | Q.   Oh, okay.  Well, then you respond:  "He | 15:17 |
| 4 | thinks this will protect me." | 15:17 |
| 5 | Right? | 15:17 |
| 6 | A.   Yes. | 15:17 |
| 7 | Q.   And do you remember Mr. Guo saying that? | 15:17 |
| 8 | A.   Because -- | 15:17 |
| 9 | MR. GAVENMAN:  Objection to form. | 15:17 |
| 10 | MR. GRENDI:  Objection. | 15:17 |
| 11 | THE WITNESS:  I think this is, you know, like | 15:17 |
| 12 | several days, kind of different days, and then he | 15:17 |
| 13 | didn't want me to sign.  He said, you know, the | 15:17 |
| 14 | reason I didn't want you to got involved because I | 15:17 |
| 15 | want to protect you. | 15:17 |
| 16 | BY MR. GREIM: | 15:17 |
| 17 | Q.   Then you see -- go to the next page, 70. | 15:17 |
| 18 | Mr. Waller says:  "Protect you from what?  Any | 15:18 |
| 19 | attempt to do anything in court will expose | 15:18 |
| 20 | everything and that isn't worth a lousy million | 15:18 |
| 21 | dollars for either party.  Do you see a necessity on | 15:18 |
| 22 | your part to have some else as a signer?  I don't | 15:18 |

Page 211

| | | |
|---|---|---|
| 1 | want to reveal our work to anybody else." | 15:18 |
| 2 | Do you see that? | 15:18 |
| 3 | A.   Yes. | 15:18 |
| 4 | Q.   Do you remember Strategic Vision | 15:18 |
| 5 | generally being concerned about others learning about | 15:18 |
| 6 | this project? | 15:18 |
| 7 | A.   Right. | 15:18 |
| 8 | MR. GAVENMAN:  Objection. | 15:18 |
| 9 | BY MR. GREIM: | 15:18 |
| 10 | Q.   Do you recall them being concerned that | 15:18 |
| 11 | their research teams or research methods might be | 15:18 |
| 12 | exposed to others? | 15:18 |
| 13 | MR. GAVENMAN:  Objection. | 15:18 |
| 14 | MR. GRENDI:  Objection. | 15:18 |
| 15 | THE WITNESS:  Yes. | 15:18 |
| 16 | BY MR. GREIM: | 15:18 |
| 17 | Q.   And did you understand that they felt | 15:18 |
| 18 | that you were the most trustworthy person on the | 15:18 |
| 19 | other side of the contract? | 15:18 |
| 20 | MR. GAVENMAN:  Objection. | 15:18 |
| 21 | MR. GRENDI:  Objection. | 15:18 |
| 22 | THE WITNESS:  Yes. | 15:18 |

Page 212

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 15:18 |
| 2 | Q.   You see, next, Mr. Waller maybe senses | 15:18 |
| 3 | something.  So he says:  "What is your preference?" | 15:19 |
| 4 | And your response is that you don't really | 15:19 |
| 5 | care; is that right? | 15:19 |
| 6 | A.   Right. | 15:19 |
| 7 | Q.   Were you actually willing to sign the | 15:19 |
| 8 | contract if you had to? | 15:19 |
| 9 | A.   Yes. | 15:19 |
| 10 | Q.   If you had, do you know who would have | 15:19 |
| 11 | paid for it? | 15:19 |
| 12 | A.   I don't. | 15:19 |
| 13 | Q.   Do you see Mr. Waller say in response: | 15:19 |
| 14 | "I don't want some stranger signing it who doesn't | 15:19 |
| 15 | know what he's talking about and will jerk us around. | 15:19 |
| 16 | We must report to you and only you for quality | 15:19 |
| 17 | control." | 15:19 |
| 18 | A.   Um-hum. | 15:19 |
| 19 | Q.   Then you thank Mr. Waller for his trust. | 15:19 |
| 20 | A.   Um-hum. | 15:19 |
| 21 | Q.   Mr. Han, do you think that there was a | 15:19 |
| 22 | misunderstanding between Mr. Guo and Strategic Vision | 15:19 |

Page 213

54 (Pages 210 to 213)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|

**Page 214**

1  about exactly what the initial reports were supposed  15:20
2  to show?  15:20
3  　　MR. GRENDI:  Objection.  15:20
4  　　MR. GAVENMAN:  Objection, form.  15:20
5  　　THE WITNESS:  Whether there is a  15:20
6  miscommunication or misunderstanding?  15:20
7  BY MR. GREIM:  15:20
8  　　Q.   Let's -- my question was  15:20
9  misunderstanding.  So let's start with that.  15:20
10  　　MR. GAVENMAN:  Object to form.  15:20
11  　　MR. GRENDI:  Same objection.  15:20
12  　　THE WITNESS:  I'm not sure.  It might be, but  15:20
13  the contract made it clear.  The provision is clear  15:20
14  and maybe the expectation is different.  15:20
15  BY MR. GREIM:  15:20
16  　　Q.   Who negotiated the actual language of  15:20
17  the contract?  15:20
18  　　A.   I was -- most of the part, I was  15:20
19  involved and then later stage, I don't know specific  15:20
20  what's really in there and they changed very much.  15:20
21  So I didn't look into it after that.  15:21
22  　　Q.   Do you recall Strategic Vision being  15:21

**Page 215**

1  concerned that Mr. Guo would release information  15:21
2  prematurely and put the project in danger?  15:21
3  　　MR. GRENDI:  Objection.  15:21
4  　　MR. GAVENMAN:  Objection.  15:21
5  　　THE WITNESS:  Yes.  15:21
6  BY MR. GREIM:  15:21
7  　　Q.   Do you recall that that's another reason  15:21
8  why Strategic Vision wanted to report to you instead  15:21
9  of someone else?  15:21
10  　　MR. GAVENMAN:  Objection.  15:21
11  　　THE WITNESS:  Yes.  15:21
12  BY MR. GREIM:  15:21
13  　　Q.   Do you recall Strategic Vision being  15:21
14  very concerned that Yvette Wang was inserted into the  15:21
15  discussions just before the finalization of the  15:21
16  property contract?  15:21
17  　　MR. GRENDI:  Objection.  15:21
18  　　MR. GAVENMAN:  Objection.  15:21
19  　　THE WITNESS:  Yes.  15:21
20  BY MR. GREIM:  15:21
21  　　Q.   Did you share Strategic Vision's  15:21
22  concern?  15:21

**Page 216**

1  　　MR. GAVENMAN:  Objection.  15:21
2  　　MR. GRENDI:  Objection.  15:21
3  　　THE WITNESS:  I don't.  15:21
4  BY MR. GREIM:  15:21
5  　　Q.   I mean did you at the time?  15:21
6  　　A.   I didn't.  15:21
7  　　MR. GRENDI:  Objection.  15:21
8  BY MR. GREIM:  15:22
9  　　Q.   Why is that?  15:22
10  　　A.   Because, as I said before, Yvette has  15:22
11  been a trusted assistant of Miles for 16 years.  15:22
12  　　Q.   How well did you know Yvette Wang at  15:22
13  this time?  15:22
14  　　A.   Huh?  15:22
15  　　Q.   How well did you know Yvette Wang at  15:22
16  this time?  15:22
17  　　A.   I knew her history and I saw -- I  15:22
18  observed how they interact with each other and her  15:22
19  command of the office.  So I think she's a key person  15:22
20  in Miles' life and business.  15:22
21  　　Q.   Did you know her full background?  15:22
22  　　MR. GRENDI:  Objection.  15:22

**Page 217**

1  　　MR. GAVENMAN:  Objection.  15:22
2  　　THE WITNESS:  No.  I know a little bit, Miles  15:22
3  mentioned to me.  15:23
4  BY MR. GREIM:  15:23
5  　　Q.   Do you independently know about her  15:23
6  background?  15:23
7  　　A.   I didn't.  15:23
8  　　MR. GAVENMAN:  Objection.  15:23
9  　　MR. GRENDI:  Objection.  15:23
10  BY MR. GREIM:  15:23
11  　　Q.   Is it your understanding that every  15:23
12  person in Miles' office -- I'm sorry.  Now I'm  15:23
13  calling him Miles.  15:23
14  　　A.   Yeah.  Yeah.  15:23
15  　　Q.   Was it your understanding that everyone  15:23
16  in Mr. Guo's office reported to Ms. Wang?  15:23
17  　　MR. GRENDI:  Objection.  15:23
18  　　MR. GAVENMAN:  Objection, form.  15:23
19  　　THE WITNESS:  Not everybody, but I think most  15:23
20  of them.  15:23
21  BY MR. GREIM:  15:23
22  　　Q.   If you look at your response to Mr.  15:23

55 (Pages 214 to 217)

| | |
|---|---|
| 1 Waller's E-mail of concern -- or I'm sorry -- text of | 15:24 |
| 2 concern, which is at SVUS000072, you see he discusses | 15:24 |
| 3 the concerns that we just talk about. | 15:24 |
| 4 A. Yeah. | 15:24 |
| 5 Q. Then you can see your response at 10:20 | 15:24 |
| 6 on December 28t: "I appreciate your trust. I think | 15:24 |
| 7 it is important to get him to sign the contract." | 15:24 |
| 8 Are you talking about Mr. Guo? | 15:24 |
| 9 A. Yes. | 15:24 |
| 10 Q. You see we can work on security later. | 15:24 |
| 11 He wants me to work for him exclusively, which I have | 15:24 |
| 12 to think about. | 15:24 |
| 13 A. Correct. | 15:24 |
| 14 Q. So is it something you were still | 15:24 |
| 15 considering on December 28th? | 15:24 |
| 16 MR. GRENDI: Objection. | 15:24 |
| 17 MR. GAVENMAN: Objection. | 15:24 |
| 18 THE WITNESS: Yes. | 15:24 |
| 19 BY MR. GREIM: | |
| 20 Q. When did you decide that it was | 15:24 |
| 21 something you really did not want to do? | 15:24 |
| 22 MR. GRENDI: Objection. | 15:24 |

| | |
|---|---|
| 1 MR. GAVENMAN: Objection. | 15:24 |
| 2 THE WITNESS: I have no idea when. | 15:24 |
| 3 BY MR. GREIM: | 15:24 |
| 4 Q. Even while Yvette Wang was negotiating | 15:24 |
| 5 with Strategic Vision, were you still getting some | 15:25 |
| 6 information about the negotiations? | 15:25 |
| 7 MR. GRENDI: Objection. | 15:25 |
| 8 MR. GAVENMAN: Objection. | 15:25 |
| 9 THE WITNESS: Not from Miles, but from French | 15:25 |
| 10 and Mike a little bit. | 15:25 |
| 11 BY MR. GREIM: | 15:25 |
| 12 Q. Right. | 15:25 |
| 13 A. Whatever they could share. | 15:25 |
| 14 Q. So if you look, for example, at the | 15:25 |
| 15 bottom of SVUS000073, you see Mike reaches out and | 15:25 |
| 16 says "Please call F". Is that French? | 15:25 |
| 17 A. Yes. | 15:26 |
| 18 Q. "We agreed on the deposit. That wasn't | 15:26 |
| 19 a problem. However, today, Y came back with major, | 15:26 |
| 20 reasonable changes to thing that we had agreed in | 15:26 |
| 21 writing on December 12th." | 15:26 |
| 22 Do you see that? | 15:26 |

| | |
|---|---|
| 1 A. Yes. | 15:26 |
| 2 Q. Now let me stop you there for a second. | 15:26 |
| 3 Do you see that above that, back on December 28th, | 15:26 |
| 4 you had forecast that Yvette wanted to talk about the | 15:26 |
| 5 deposit? | 15:26 |
| 6 MR. GAVENMAN: Objection. | 15:26 |
| 7 MR. GRENDI: Objection. | 15:26 |
| 8 MR. GAVENMAN: Form. | 15:26 |
| 9 THE WITNESS: Which? | 15:26 |
| 10 BY MR. GREIM: | 15:26 |
| 11 Q. If you look, we're on 73. | 15:26 |
| 12 A. Yeah. | 15:26 |
| 13 Q. If you go right above there, that's on | 15:26 |
| 14 December 30th. Go back to the 28th. | 15:26 |
| 15 You see he asks you, he says: "Okay. Do you | 15:26 |
| 16 think the contract will be signed today?" | 15:26 |
| 17 And then you say: "Don't know. I think he | 15:26 |
| 18 wants to talk about the deposit." | 15:26 |
| 19 A. Right. | 15:26 |
| 20 Q. So does that make you think maybe you | 15:26 |
| 21 were privy to discussions between Yvette and Mr. Guo | 15:26 |
| 22 before she was sent down to sign the contract? | 15:26 |

| | |
|---|---|
| 1 A. Absolutely no. | 15:27 |
| 2 MR. GRENDI: Objection. | 15:27 |
| 3 MR. GAVENMAN: Objection. | 15:27 |
| 4 THE WITNESS: No. | 15:27 |
| 5 BY MR. GREIM: | 15:27 |
| 6 Q. No? | 15:27 |
| 7 A. No. I'm pretty sure about that. | 15:27 |
| 8 Q. Okay. And let's now move to 74. After | 15:27 |
| 9 Mr. Waller raises his concern about changes being | 15:27 |
| 10 proposed by Yvette, you see you respond later that | 15:27 |
| 11 day on the 30th and you say: "I talked with F." | 15:27 |
| 12 That's French. Right? | 15:27 |
| 13 A. Yes. | 15:27 |
| 14 Q. "It's better to wait a couple of days. | 15:27 |
| 15 Miles -- that's Mr. Guo? | 15:27 |
| 16 A. Yes. | 15:27 |
| 17 Q. "Communicated with me a few times today, | 15:27 |
| 18 but did not mention the failure." | 15:27 |
| 19 A. Right. | 15:27 |
| 20 Q. Did you see that? | 15:27 |
| 21 A. Yes. | 15:27 |
| 22 Q. Now, do you think it's possible that Mr. | 15:27 |

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 Guo didn't know about the interaction between 15:27 | 1     Q.   I guess I'll tell you this.  Feel free 15:31 |

---

1   Guo didn't know about the interaction between   15:27
2   Ms. Wang and French?   15:27
3     MR. GAVENMAN:  Objection to form.   15:27
4     MR. GRENDI:  Objection.   15:27
5     THE WITNESS:  I have no idea.  I don't think   15:27
6   it's possible.   15:27
7     MR. GREIM:  Okay.  Now, earlier, I   15:27
8   represented to you that the agreement was signed on   15:28
9   January 6th.  I'm going to show -- we're going to go   15:28
10   ahead and mark this even though it's been used   15:28
11   before.  I'll just mark it again.  I'm going to show   15:28
12   you what we're marking as Han Exhibit 11.   15:29
13     [Han Exhibit No. 11 was   15:29
14     marked for identification.]   15:29
15   BY MR. GREIM:   15:29
16     Q.   I'll represent to you that this is the   15:29
17   final signed agreement.  Could you turn to page 5.   15:29
18   It's labeled Eastern-000009.   15:29
19     Can you tell us the name that is signed there   15:29
20   for Eastern Profit?   15:29
21     MR. GRENDI:  Objection.   15:29
22     THE WITNESS:  It looks like Han G. Wang, but   15:29

Page 222

1   it's script.  It's hard to tell, but it looks like --   15:29
2   it's hard to tell, but maybe it's Han.   15:29
3   BY MR. GREIM:   15:30
4     Q.   Does it look like Yanping Wang?   15:30
5     A.   No.   15:30
6     Q.   What's the date that you seen underneath   15:30
7   it?   15:30
8     A.   January 6th.   15:30
9     Q.   Did you understand whether the deposit   15:30
10   would be refundable?   15:30
11     MR. GAVENMAN:  Objection, form.   15:31
12     MR. GRENDI:  Objection.   15:31
13     THE WITNESS:  I don't know.  Where is it in   15:31
14   the paper, in the document?   15:31
15   BY MR. GREIM:   15:31
16     Q.   If you see on page 5, under Payment   15:31
17   Terms --   15:31
18     A.   Yeah.   15:31
19     Q.   -- that's the reference that I see, but   15:31
20   I don't want to suggest to you an answer.   15:31
21     [Witness peruses exhibit.]   15:31
22   BY MR. GREIM:   15:31

Page 223

1     Q.   I guess I'll tell you this.  Feel free   15:31
2   to look at the agreement if you want to.  What I   15:31
3   really wanted to ask is if you could remember having   15:31
4   an understanding about it.   15:31
5     A.   About the deposit?   15:31
6     Q.   About the deposit.   15:31
7     A.   I didn't know the end result of what   15:31
8   they put in the signed form.   15:31
9     Q.   Okay.  Then what about the contents of   15:31
10   the weekly reports; did you have an understanding   15:31
11   about -- if you want to look at the agreement because   15:32
12   you think it will refresh your memory, do it.  That's   15:32
13   fine, but I first want to ask you did you have an   15:32
14   understanding about what was going to be in those   15:32
15   weekly reports?   15:32
16     MR. GRENDI:  Objection to the form.   15:32
17     MR. GAVENMAN:  Objection.   15:32
18     THE WITNESS:  I have a rough idea, because I   15:32
19   think we discussed during the meeting he wants   15:32
20   something of substance, not, you know, junk   15:32
21   information, and that, I'm pretty sure.   15:32
22   BY MR. GREIM:   15:32

Page 224

1     Q.   Do you recall, though, the idea that   15:32
2   there would be a ramp-up period, as Mr. Waller texted   15:32
3   to you --   15:32
4     A.   Yes.   15:32
5     Q.   -- in which the reports would not be the   15:32
6   same as the reports that would come later?   15:32
7     MR. GRENDI:  Objection to form.   15:32
8     MR. GAVENMAN:  Objection.   15:32
9     THE WITNESS:  He mentioned that to me.  I   15:32
10   also expressed my concern, those types, because the   15:33
11   assignments, the target is very clear.  So there's no   15:33
12   point going around and around for those information   15:33
13   that the client already has.  I made that point so   15:33
14   many times in the past.   15:33
15   BY MR. GREIM:   15:33
16     Q.   Do you recall after an initial meeting   15:33
17   that the start date of the contract was postponed?   15:33
18     A.   Say that again.   15:33
19     Q.   Do you recall that after an initial   15:33
20   meeting that the start date of the contract was   15:33
21   postponed?   15:33
22     A.   I was not involved in that.  So I don't   15:33

Page 225

57 (Pages 222 to 225)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 recall specifically. There are some glitches, you 15:34 | 1 and Rule of Law and perfectly, he mentioned many 15:37 |
| 2 know, like something going. I also remember French 15:34 | 2 times to me that he strongly opposed to CGP's 15:37 |
| 3 told me in the middle, you know, the wire transfer 15:34 | 3 dictatorship. 15:37 |
| 4 and Miles tried to stop the second payment. 15:34 | 4    Q.   When did he move from second to the 15:37 |
| 5    Q.   I'm going to be -- make sure I'm a clear 15:34 | 5 third phase, overthrow CCP? 15:37 |
| 6 on a couple of questions about representations. I 15:34 | 6    MR. GRENDI: Objection to form. 15:37 |
| 7 know we covered these much earlier today, but I want 15:34 | 7    MR. GAVENMAN: Objection to form. 15:37 |
| 8 to make sure I've got them. 15:34 | 8    THE WITNESS: I don't remember specifically. 15:37 |
| 9    A.   Yeah. 15:34 | 9 We can go back and look at the timeline, but I don't 15:37 |
| 10    Q.   Did Guo represent to Strategic Vision 15:34 | 10 remember. 15:37 |
| 11 that he was a dissident? 15:34 | 11 BY MR. GREIM: 15:37 |
| 12    MR. GAVENMAN: Objection, form. 15:34 | 12    Q.   Did you observe the information that was 15:37 |
| 13    MR. GRENDI: Objection to form. 15:34 | 13 loaded onto hard drives given by Yvette Wang to 15:38 |
| 14    THE WITNESS: I don't think he specifically 15:34 | 14 French Wallop? 15:38 |
| 15 said he's a dissident, but I think he made his 15:35 | 15    MR. GAVENMAN: Objection to form. 15:38 |
| 16 intention clear to them that he's anti-CCP. This is 15:35 | 16    MR. GRENDI: Objection to form. 15:38 |
| 17 the agenda. The reason we're doing this is to 15:35 | 17    THE WITNESS: I think it might be -- Mike 15:38 |
| 18 disrupt the regime. 15:35 | 18 shoot me. I don't specifically remember. Maybe I 15:38 |
| 19 BY MR. GREIM: 15:35 | 19 recall that, but it's all junk, full of junk. I was 15:38 |
| 20    Q.   And when you say disrupt the regime, 15:35 | 20 disappointed with that. I expressed my 15:38 |
| 21 what do you mean by that? 15:35 | 21 disappointment to Mike. It doesn't advance our 15:38 |
| 22    A.   Just expose them to corruption, to the 15:35 | 22 agenda. It doesn't help the deliverables. 15:38 |
| Page 226 | Page 228 |
| 1 scandals so that people will see the nature of the 15:35 | 1 Yes. I think I saw it. 15:38 |
| 2 Communist regime and even disturb internal power 15:35 | 2 BY MR. GREIM: 15:38 |
| 3 struggle among the leaders. 15:35 | 3    Q.   I'm sorry. My question was different 15:38 |
| 4    Q.   Did he say it was his goal to actually 15:35 | 4 though. 15:38 |
| 5 overthrow the Communist Part? 15:35 | 5    A.   Okay. Sorry. 15:38 |
| 6    MR. GAVENMAN: Objection to form. 15:35 | 6    Q.   My question was whether you saw the hard 15:38 |
| 7    MR. GRENDI: Objection to form. 15:35 | 7 drives that Yvette Wang gave to French Wallop with 15:38 |
| 8    THE WITNESS: That, I didn't remember 15:35 | 8 the initial information to begin the research? 15:38 |
| 9 specifically. I think Miles has been involved from 15:36 | 9    A.   Oh, no. Maybe -- 15:38 |
| 10 the original -- you know, the beginning of the 19 -- 15:36 | 10    MR. GRENDI: Objection to the form. 15:38 |
| 11 2017 to this later stage. 15:36 | 11    MR. GAVENMAN: Objection to form. 15:38 |
| 12    Until now, there's an evolution going on with 15:36 | 12    THE WITNESS: Maybe French shoot me, but 15:38 |
| 13 him. He's political agenda are slight different in 15:36 | 13 French mentioned that when he installed, there some 15:38 |
| 14 each stage. 15:36 | 14 weird stuff going on. 15:39 |
| 15 BY MR. GREIM: 15:36 | 15 BY MR. GREIM: 15:39 |
| 16    Q.   What do you mean by that? 15:36 | 16    Q.   Did you -- do you remember hearing that 15:39 |
| 17    A.   From the very beginning, you know, I 15:36 | 17 there was Malware in the drives? 15:39 |
| 18 think he is trying to protect his family, his 15:36 | 18    A.   That's what French told me. 15:39 |
| 19 employees, and his assets, his own life, and revenge. 15:36 | 19    MR. GAVENMAN: Objection to form. 15:39 |
| 20 That's the goals, three goals, he proposed, and that 15:36 | 20    THE WITNESS: I have not -- yeah. 15:39 |
| 21 later evolved into anti-CCP, but still support CGP. 15:36 | 21 BY MR. GREIM: 15:39 |
| 22 Now he's moved along that line to overthrow the CCP 15:37 | 22    Q.   Did you realize that that required 15:39 |
| Page 227 | Page 229 |

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

---

1  French to go back to New York to get a second set of   15:39
2  drives from the Yvette?   15:39
3      MR. GRENDI:  Objection.   15:39
4      THE WITNESS:  That's what she told me.   15:39
5  BY MR. GREIM:   15:39
6      Q.   Did Yvette or Mr. Guo ever talk to you   15:39
7  about that?   15:39
8      A.   Never.   15:39
9      Q.   At some point, do you remember Mr.   15:39
10 Waller or Ms. Wallop telling you that a second team   15:39
11 would be hired to crosscheck the first team that was   15:39
12 doing the research?   15:39
13     A.   Yes.  I think Mike mentioned it.   15:39
14     Q.   And do you remember that that second   15:39
15 team was in Texas?   15:39
16     A.   That was later on, not at the time he   15:40
17 told me the second team.   15:40
18     Q.   Do you recall that that team was called   15:40
19 ASOG?   15:40
20     A.   No.   15:40
21     MR. GAVENMAN:  Objection.   15:40
22 BY MR. GREIM:   15:40

Page 230

---

1      Q.   And did you know how much that team   15:40
2  billed Strategic Vision for its work?   15:40
3      MR. GAVENMAN:  Objection.   15:40
4      THE WITNESS:  I have no idea.   15:40
5  BY MR. GREIM:   15:40
6      Q.   Do you recall that Strategic Vision   15:40
7  reported back to you on the records protected   15:40
8  designation of the subjects?   15:40
9      MR. GRENDI:  Objection.   15:40
10     MR. GAVENMAN:  Objection, form.   15:40
11     THE WITNESS:  I remember that.   15:40
12 BY MR. GREIM:   15:40
13     Q.   What did Strategic Vision tell you?   15:40
14     MR. GAVENMAN:  Objection, form.   15:40
15     THE WITNESS:  French told me that there are   15:40
16 five people.  They weren't sure how many people are   15:40
17 under this protection, that nobody can touch them,   15:40
18 and my response was there so many other people   15:40
19 that we still can get information.   15:41
20 BY MR. GREIM:   15:41
21     Q.   Do you recall that Strategic Vision   15:41
22 asked you to take that information back to Mr. Guo   15:41

Page 231

---

1  and ask him how they should proceed?   15:41
2      MR. GRENDI:  Objection, form.   15:41
3      THE WITNESS:  I think they did, yes.   15:41
4  BY MR. GREIM:   15:41
5      Q.   And did you then convey the information   15:41
6  to Mr. Guo?   15:41
7      A.   Yes.   15:41
8      Q.   Did you give a response to Strategic   15:41
9  Vision from Mr. Guo?   15:41
10     MR. GAVENMAN:  Objection to form.   15:41
11     MR. GRENDI:  Objection to form.   15:41
12 BY MR. GREIM:   15:41
13     Q.   Well, let me -- I'm sorry.  I skipped a   15:41
14 point.   15:41
15     MR. GRENDI:  Yeah.   15:41
16 BY MR. GREIM:   15:41
17     Q.   Did Mr. Guo respond to you in any way   15:41
18 when you conveyed this information to him?   15:41
19     MR. GRENDI:  Objection to form.   15:41
20     MR. GAVENMAN:  Objection to form.   15:41
21     THE WITNESS:  I didn't remember exactly what   15:41
22 was the response, how he reacted to it.  I remember   15:41

Page 232

---

1  he was angry about it, because they were supposed to   15:41
2  be deliverables, never turned out, and I think he   15:41
3  suspected this is an excuse from Strategic Vision.   15:41
4  BY MR. GREIM:   15:42
5      Q.   So did Mr. Guo then provide guidance on   15:42
6  what Strategic Vision should do with those names or   15:42
7  provide new names?   15:42
8      A.   No.   15:42
9      MR. GRENDI:  Object to the form.   15:42
10     THE WITNESS:  He just was angry, you know,   15:42
11 like I didn't get any -- I didn't remember any   15:42
12 instruction he gave me.   15:42
13 BY MR. GREIM:   15:42
14     Q.   Do you recall that Strategic Vision   15:42
15 reported to you that Team 2 had, nonetheless, found a   15:42
16 counterfeit U.S. passport ring?   15:42
17     A.   Yes.   15:42
18     MR. GAVENMAN:  Objection.   15:42
19 BY MR. GREIM:   15:42
20     Q.   Do you recall that they reported to you   15:42
21 that they had found Social Security and tax fraud?   15:42
22     MR. GAVENMAN:  Objection to form.   15:42

Page 233

---

59 (Pages 230 to 233)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | MR. GRENDI:  Objection to the form. | 15:42 |
| 2 | THE WITNESS:  Yes. | 15:42 |
| 3 | BY MR. GREIM: | 15:42 |
| 4 | Q.   Do you recall that Strategic Vision | 15:42 |
| 5 | reported to you that they had found Customs fraud? | 15:42 |
| 6 | MR. GRENDI:  Objection to form. | 15:42 |
| 7 | MR. GAVENMAN:  Objection to form. | 15:42 |
| 8 | THE WITNESS:  Yes. | 15:42 |
| 9 | BY MR. GREIM: | 15:42 |
| 10 | Q.   Do you recall that Strategic Vision | 15:42 |
| 11 | reported to you that they had found possible human | 15:42 |
| 12 | trafficking? | 15:42 |
| 13 | MR. GAVENMAN:  Objection to form. | 15:42 |
| 14 | MR. GRENDI:  Objection to form. | 15:42 |
| 15 | THE WITNESS:  Yes. | 15:42 |
| 16 | BY MR. GREIM: | 15:42 |
| 17 | Q.   And did you report those facts to Mr. | 15:42 |
| 18 | Guo? | 15:42 |
| 19 | A.   Yes. | 15:42 |
| 20 | Q.   What was his response? | 15:42 |
| 21 | A.   He -- I forgot.  I cannot recall exactly | 15:42 |
| 22 | his reaction, but my impression now, I think he | 15:43 |

Page 234

| | | |
|---|---|---|
| 1 | didn't understand the significance of this | 15:43 |
| 2 | information and he's so into whatever is in the | 15:43 |
| 3 | contract, you know, bank statements, how they -- | 15:43 |
| 4 | money transferred, that type of information.  That's | 15:43 |
| 5 | just my guess. | 15:43 |
| 6 | Q.   So did Mr. Guo tell you that he believed | 15:43 |
| 7 | that within the first week or two, he would be | 15:43 |
| 8 | getting actual bank statements for the subjects? | 15:43 |
| 9 | Say that again. | 15:43 |
| 10 | Q.   Did Mr. Guo tell you that within the | 15:43 |
| 11 | first week or two, he thought he would be getting | 15:43 |
| 12 | actual bank statements for the subjects? | 15:44 |
| 13 | A.   No.  I think he wants to see whatever is | 15:44 |
| 14 | in the contract, not just bank accounts.  I'm just | 15:44 |
| 15 | using that as an example. | 15:44 |
| 16 | Q.   Sure. | 15:44 |
| 17 | A.   Because there are three or four | 15:44 |
| 18 | different categories of information.  He wants to | 15:44 |
| 19 | see, you know, the progress each time, each month, | 15:44 |
| 20 | each week that there is a progress on those type of | 15:44 |
| 21 | information.  I don't think he expected to get, you | 15:44 |
| 22 | know, like good intelligence in the first week or | 15:44 |

Page 235

| | | |
|---|---|---|
| 1 | second week, but he wants to see you're able to get | 15:44 |
| 2 | this information as you said. | 15:44 |
| 3 | Q.   Do you recall whether Mr. Guo had some | 15:44 |
| 4 | event or some specific reason for wanting to have | 15:45 |
| 5 | information within the first couple of weeks? | 15:45 |
| 6 | MR. GRENDI:  Objection to form. | 15:45 |
| 7 | MR. GAVENMAN:  Objection to form. | 15:45 |
| 8 | THE WITNESS:  No.  I think he wants to get, | 15:45 |
| 9 | you know, his money's worth.  I think also -- this is | 15:45 |
| 10 | just my speculation, that he planned to have a global | 15:45 |
| 11 | press conference.  I don't know if he's planning to | 15:45 |
| 12 | expose it, but he wants to get information so he will | 15:45 |
| 13 | be comfortable when he do this, you know, global | 15:45 |
| 14 | press release conference. | 15:45 |
| 15 | BY MR. GREIM: | 15:45 |
| 16 | Q.   Did he disclose that conference to | 15:45 |
| 17 | Strategic Vision? | 15:45 |
| 18 | MR. GAVENMAN:  Objection to form. | 15:45 |
| 19 | THE WITNESS:  I don't know. | 15:45 |
| 20 | MR. GRENDI:  Objection to form. | 15:45 |
| 21 | THE WITNESS:  Not in my presence.  I don't | 15:45 |
| 22 | recall that, I should say. | 15:46 |

Page 236

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 15:46 |
| 2 | Q.   Do you believe that -- or, well, let me | 15:46 |
| 3 | -- I'll strike that.  Did Mr. Guo ever end up getting | 15:46 |
| 4 | research on these 15 individuals and using it for the | 15:46 |
| 5 | purposes that he claimed he would use it? | 15:46 |
| 6 | MR. GRENDI:  Objection to the form. | 15:46 |
| 7 | MR. GAVENMAN:  Objection. | 15:46 |
| 8 | THE WITNESS:  Please rephrase that. | 15:46 |
| 9 | BY MR. GREIM: | 15:46 |
| 10 | Q.   Sure.  Did Mr. Guo ever end up getting | 15:46 |
| 11 | information on the 15 individuals and then using it | 15:46 |
| 12 | for the purposes he claimed he was going to use | 15:46 |
| 13 | Strategic Vision's research? | 15:46 |
| 14 | MR. GRENDI:  Objection to the form. | 15:46 |
| 15 | MR. GAVENMAN:  Objection to form. | 15:46 |
| 16 | THE WITNESS:  That's a hypothetic question. | 15:46 |
| 17 | BY MR. GREIM: | 15:46 |
| 18 | Q.   Well, no.  I wonder it if it actually | 15:46 |
| 19 | happened? | 15:46 |
| 20 | A.   No.  It never happened, because the | 15:46 |
| 21 | information is not what he's asking for. | 15:47 |
| 22 | Q.   But did he ever go to somebody else -- | 15:47 |

Page 237

60 (Pages 234 to 237)

**Lianchao Han - Confidential**
**August 28, 2019**

| | | |
|---|---|---|
| 1 | A.  I don't know. | 15:47 |
| 2 | Q.  -- and get the research and then go | 15:47 |
| 3 | expose Chinese Communist leaders? | 15:47 |
| 4 | MR. GRENDI:  Objection to form. | 15:47 |
| 5 | MR. GAVENMAN:  Objection to form. | 15:47 |
| 6 | THE WITNESS:  I'm not aware of that. | 15:47 |
| 7 | BY MR. GREIM: | 15:47 |
| 8 | Q.  Do you recall Strategic Vision asking | 15:47 |
| 9 | you to ask Guo to provide some non-records-protected | 15:47 |
| 10 | names? | 15:47 |
| 11 | MR. GRENDI:  Objection to form. | 15:47 |
| 12 | THE WITNESS:  I don't know that.  Say that | 15:47 |
| 13 | again.  Non-record? | 15:47 |
| 14 | BY MR. GREIM: | 15:47 |
| 15 | Q.  Do you recall that Strategic Vision | 15:47 |
| 16 | asked you to ask Guo to provide some | 15:47 |
| 17 | non-records-protected names? | 15:47 |
| 18 | MR. GRENDI:  Objection to the form. | 15:47 |
| 19 | THE WITNESS:  I don't remember, but there's | 15:47 |
| 20 | plenty in this list that is not protected. | 15:47 |
| 21 | BY MR. GREIM: | 15:47 |
| 22 | Q.  Do you know that? | 15:48 |

Page 238

| | | |
|---|---|---|
| 1 | A.  Yeah, because they told me they have | 15:48 |
| 2 | four or five people that is under, you know, the | 15:48 |
| 3 | protection, but there's so many here.  Even they said | 15:48 |
| 4 | 15, but there's plenty, because Miles tried to stack | 15:48 |
| 5 | more names into this research project. | 15:48 |
| 6 | Q.  So did you tell Strategic Vision that it | 15:48 |
| 7 | should just move on and start investigating other | 15:48 |
| 8 | members of the family tree? | 15:48 |
| 9 | A.  Yes.  It's in here. | 15:48 |
| 10 | MR. GAVENMAN:  Objection to form. | 15:48 |
| 11 | THE WITNESS:  I think in the texts made it | 15:48 |
| 12 | very specific. | 15:48 |
| 13 | BY MR. GREIM: | 15:48 |
| 14 | Q.  Let's see.  Show me where you're | 15:48 |
| 15 | pointing to. | 15:48 |
| 16 | A.  I don't remember, but it's in here. | 15:48 |
| 17 | Q.  Okay.  I would like to go -- because you | 15:48 |
| 18 | pointed to your text.  I would like to view where you | 15:48 |
| 19 | provided that advice.  It would have to be -- | 15:48 |
| 20 | A.  Okay.  Let me see.  Like, for example, | 15:48 |
| 21 | in 82, I discuss with French, said I'm disappointed | 15:48 |
| 22 | with the result.  Ever there are five RP people, but | 15:49 |

Page 239

| | | |
|---|---|---|
| 1 | we still have many left.  I mean here, the many left, | 15:49 |
| 2 | but we didn't get anything. | 15:49 |
| 3 | Q.  So when you said we have many left, it's | 15:49 |
| 4 | your testimony you're referring to people who are not | 15:49 |
| 5 | part of 15 whose names might have appeared? | 15:49 |
| 6 | A.  No, no, no.  If you read this, 82, page | 15:49 |
| 7 | 82, I said even there are five RP people, that means | 15:49 |
| 8 | people in this list that's under protection.  There | 15:49 |
| 9 | are -- we still have many left.  That means many in | 15:49 |
| 10 | this list that left, we can go after them, but I said | 15:49 |
| 11 | we didn't get anything.  I mean they didn't do | 15:49 |
| 12 | anything to collect that information.  It put me in a | 15:49 |
| 13 | very difficult spot. | 15:49 |
| 14 | More importantly, it failed to advance our | 15:49 |
| 15 | agenda.  So that's what said this project to do, to | 15:50 |
| 16 | get information to expose the corruption of Chinese | 15:50 |
| 17 | Communist, you know, high-ranking officials. | 15:50 |
| 18 | Q.  I guess -- | 15:50 |
| 19 | A.  That's what I was upset about. | 15:50 |
| 20 | Q.  Right, but I guess my question to you is | 15:50 |
| 21 | how do you know they were not gathering that | 15:50 |
| 22 | information? | 15:50 |

Page 240

| | | |
|---|---|---|
| 1 | A.  Because they told me they only found | 15:50 |
| 2 | five or four.  They are not sure how many actually | 15:50 |
| 3 | are in this PR under protection, but if they only | 15:50 |
| 4 | found two, I mean, or four or five, there's so many | 15:50 |
| 5 | here. | 15:50 |
| 6 | Q.  Didn't they go and get information on | 15:50 |
| 7 | someone named Frank Swen? | 15:50 |
| 8 | MR. GRENDI:  Objection. | 15:50 |
| 9 | MR. GAVENMAN:  Objection to form. | 15:50 |
| 10 | THE WITNESS:  But that's not information in | 15:50 |
| 11 | the contract.  The information is only on surface, | 15:50 |
| 12 | some kind of, you know, like use the, you know, | 15:50 |
| 13 | Social Security account, maybe some passport issue. | 15:50 |
| 14 | It's not the information.  You know, they touched | 15:51 |
| 15 | some things, but not the information, you know, as | 15:51 |
| 16 | specified. | 15:51 |
| 17 | BY MR. GREIM: | 15:51 |
| 18 | Q.  Let me ask you this:  Your text says and | 15:51 |
| 19 | you've been saying today that only five are records | 15:51 |
| 20 | protected. | 15:51 |
| 21 | A.  That's what they told me. | 15:51 |
| 22 | Q.  That's -- well, I think you're reading | 15:51 |

Page 241

61 (Pages 238 to 241)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1  your text.  **My question is are you certain that they** 15:51 | 1  answer that.  It calls for a legal conclusion. 15:53 |

---

**Page 242**

1    your text.  **My question is are you certain that they**    15:51
2    **said that only five of the 15 were records protected?**    15:51
3       A.   Yes.  They told me four to five.  I said    15:51
4    exactly.  I asked this question how many specifically    15:51
5    under protected.  They said so far, there's four or    15:51
6    five that were not.  They don't know the exact    15:51
7    number.    15:51
8       Q.   **So your testimony is that your response**    15:51
9    **was to go and find information on others of the 15**    15:51
10    **who are not records protected?**    15:51
11       A.   Correct.    15:51
12       Q.   **Okay.  Okay.  And your recollection is,**    15:51
13    **simply, that they did not report that all 15 were**    15:51
14    **records protected?**    15:52
15       MR. GRENDI:  Objection.    15:52
16       MR. GAVENMAN:  Objection to form.    15:52
17       THE WITNESS:  My impression is what?    15:52
18    BY MR. GREIM:    15:52
19       Q.   **Your recollection is that there were**    15:52
20    **some who were not records protected; is that right?**    15:52
21       A.   Correct.    15:52
22       Q.   **Okay.  Do you believe that if Strategic**    15:52

Page 242

**Page 244**

1    answer that.  It calls for a legal conclusion.    15:53
2       MR. GREIM:  I don't think you can just    15:53
3    instruct the witness not to answer.  He's been    15:53
4    allowed to answer many, many questions about the    15:53
5    contract.    15:53
6    BY MR. GREIM:    15:53
7       Q.   **So my question is -- I'm not going to**    15:53
8    **ask you to read the contract and give me a legal**    15:53
9    **opinion.  My question is do you recall that part of**    15:54
10    **the deal was that if they got in and they ran into**    15:54
11    **unexpected difficulties, the parties would work**    15:54
12    **together to find a solution?**    15:54
13       MR. GAVENMAN:  Objection.    15:54
14       MR. GRENDI:  Objection to the form.    15:54
15       MR. GAVENMAN:  From, calls for a legal    15:54
16    conclusion.    15:54
17       THE WITNESS:  This is not --    15:54
18       MR. GAVENMAN:  You shouldn't answer if it    15:54
19    calls for a legal conclusion.  You're not here to    15:54
20    offer that.    15:54
21       THE WITNESS:  I think that provision was not    15:54
22    under my -- when I negotiate this, it was not in    15:54

Page 244

**Page 243**

1    **Vision had simply been allowed to continue its**    15:52
2    **startup process that it would have been able to**    15:52
3    **produce the reports under the contract?**    15:52
4       MR. GAVENMAN:  Objection to form.    15:52
5       MR. GRENDI:  Objection to form.    15:52
6       THE WITNESS:  I'm speculating and I think    15:52
7    maybe.  I think they underestimate -- I mean they    15:53
8    overestimate their capacity.  I also overestimated    15:53
9    their capacity, underestimated the CCP's, you know,    15:53
10    coverup.    15:53
11    BY MR. GREIM:    15:53
12       Q.   **Well, doesn't the agreement contain a**    15:53
13    **provision that if things are more difficult than**    15:53
14    **expected, the parties will work together to adjust?**    15:53
15       MR. GRENDI:  Objection.    15:53
16       MR. GAVENMAN:  Objection to form.  It    15:53
17    actually calls for a legal conclusion as well, which    15:53
18    I don't think he's here to offer.  So you shouldn't    15:53
19    answer that.    15:53
20    BY MR. GREIM:    15:53
21       Q.   **Do you recall that?**    15:53
22       MR. GAVENMAN:  Same objection.  Please don't    15:53

Page 243

**Page 245**

1    there.  So I didn't know.    15:54
2    BY MR. GREIM:    15:54
3       Q.   **You don't recall that provision?**    15:54
4       A.   No.    15:54
5       Q.   **Did Strategic Vision make any**    15:54
6    **representations to you --**    15:54
7       A.   Yeah.    15:55
8       Q.   **-- that you think were false?**    15:55
9       A.   No.    15:55
10       Q.   **Did you hear that they made**    15:55
11    **representations to Mr. Guo or maybe to Ms. Wang that**    15:55
12    **were false, fraudulent?**    15:55
13       A.   No.    15:55
14       Q.   **Did you discuss with Mr. Guo or**    15:55
15    **Mrs. Wang whether to terminate the contract with**    15:55
16    **Strategic Vision?**    15:55
17       A.   Never.    15:55
18       Q.   **You were not involved in that**    15:55
19    **discussion?**    15:55
20       A.   No.    15:55
21       Q.   **When did they finally tell you that they**    15:55
22    **were terminating the contract?**    15:55

Page 245

**62 (Pages 242 to 245)**

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|

1  MR. GRENDI:  Objection to the form.                    15:55
2  MR. GAVENMAN:  Objection.                              15:55
3  THE WITNESS:  I don't recall.  I think I              15:55
4  probably heard from Mike and French, not from Miles.   15:55
5  BY MR. GREIM:                                          15:56
6     Q.   When you heard that was happening, what        15:56
7  did you do?                                            15:56
8     A.   I don't remember.  I was disappointed.         15:56
9  I know that I put lots of hope in this project and I   15:56
10 hoped its success.  I feel I failed on both sides.  I  15:56
11 tried to put two sides together, have Miles to pay     15:56
12 for this, dig up something that we can use to expose   15:56
13 the Communist regime's corruption so that it advances  15:56
14 our agenda on anti-CCP, but I failed because I         15:56
15 unforeseen the difficulties of finding this            15:56
16 information and working together.                      15:56
17 So that's just my assessment.                          15:56
18    Q.   But to be fair, you don't know of Mr.          15:56
19 Guo being able to do project like this with anyone     15:56
20 else, do you?                                          15:57
21    MR. GRENDI:  Objection.                             15:57
22    MR. GAVENMAN:  Objection to form.                   15:57

Page 246

1     THE WITNESS:  Can you rephrase that?                15:57
2  BY MR. GREIM:                                          15:57
3     Q.   But to be fair, you don't of Mr. Guo          15:57
4  doing a project like this with anyone else, do you?   15:57
5     MR. GRENDI:  Objection.                             15:57
6     MR. GAVENMAN:  Objection to form.                   15:57
7     THE WITNESS:  I don't know if he's doing           15:57
8  anything or have done anything with other group        15:57
9  whatsoever except this one.                            15:57
10 BY MR. GREIM:                                          15:57
11    Q.   On that point, have you ever heard of          15:57
12 T&M -- that's the letter T and M --Protection          15:57
13 Resources?                                             15:57
14    A.   No.  Can you -- who -- is that his             15:57
15 security team?                                         15:57
16    Q.   At one time, I believe.                        15:57
17    MR. GRENDI:  Objection.  I mean, who's             15:57
18 testifying?  Sorry.                                    15:57
19    MR. GREIM:  Yeah.  That's right.  Let's keep        15:57
20 it Q&A.  I'm sorry.                                    15:57
21    MR. GRENDI:  Thanks.                                15:57
22 BY MR. GREIM:                                          15:57

Page 247

1     Q.   We're getting too conversational, Mr.          15:57
2  Han.                                                   15:57
3     A.   Yeah.                                          15:57
4     Q.   Let me ask you another question.  Have        15:57
5  you heard of Robert S. Tucker or Duncan Levin?        15:57
6     A.   Yes.                                           15:57
7     Q.   Have you met them?                             15:58
8     A.   I met with Tucker.                             15:58
9     Q.   Okay.  And was he a member of the             15:58
10 security team for Guo?                                 15:58
11    A.   At the time.                                   15:58
12    MR. GAVENMAN:  Objection to form.                   15:58
13    MR. GRENDI:  Objection to form.                     15:58
14 BY MR. GREIM:                                          15:58
15    Q.   Was this in, what, 2017?                       15:58
16    A.   Yes.                                           15:58
17    Q.   Do you know if Guo used Mr. Tucker to do      15:58
18 this research?                                         15:58
19    A.   I didn't.                                      15:58
20    MR. GAVENMAN:  Objection to the form.              15:58
21 BY MR. GREIM:                                          15:58
22    Q.   Or research similar to this?                   15:58

Page 248

1     A.   I didn't.                                      15:58
2     Q.   Did there come a time when Tucker was no      15:58
3  longer being used as the security person for Guo?     15:58
4     A.   I didn't know when they terminate his        15:58
5  thing and I just later learned because they changed   15:58
6  security. I didn't ask why.                            15:58
7     Q.   Do you know anything about what Mr.           15:58
8  Tucker did for Mr. Guo?                                15:58
9     A.   I didn't.                                      15:58
10    MR. GRENDI:  Objection.                             15:58
11    MR. GAVENMAN:  Objection.                           15:58
12    THE WITNESS:  Except one thing.                     15:58
13    MR. GAVENMAN:  You can answer.                      15:58
14    THE WITNESS:  I can answer?  Okay.  Except         15:58
15 one thing.  I had a breakfast with Tucker and he told  15:58
16 me that during the breakfast that one of his          15:59
17 Communist -- we suspect a Communist agent approached   15:59
18 him.  We suspect this guy is the smear campaign        15:59
19 commander in this country.  We know he's very close    15:59
20 to CCP, high ranking, and this guy, his name is Bruno  15:59
21 Wu.                                                    15:59
22 Bruno Wu approached Tucker, offered him 20             15:59

Page 249

63 (Pages 246 to 249)

**Lianchao Han - Confidential**
**August 28, 2019**

| | | |
|---|---|---|
| 1 | million cash to switch to espionage on Miles, and | 15:59 |
| 2 | Tucker asked where you get the cash and he said from | 15:59 |
| 3 | Jack Ma, Alibaba, and then he said they had this | 16:00 |
| 4 | conversation in the open.  He videotaped the | 16:00 |
| 5 | conversation. | 16:00 |
| 6 | BY MR. GREIM: | 16:00 |
| 7 | Q.   Tucker did? | 16:00 |
| 8 | A.   Tucker did.  That's the only thing I | 16:00 |
| 9 | remember during the conversation I had with him. | 16:00 |
| 10 | MR. GREIM:  All right.  Okay.  Let's take a | 16:00 |
| 11 | short break. | 16:00 |
| 12 | MR. GRENDI:  Yeah. | 16:00 |
| 13 | VIDEOGRAPHER:  Going off the record.  The | 16:00 |
| 14 | time is 4:02 p.m. | 16:00 |
| 15 | [Recess.] | 16:00 |
| 16 | VIDEOGRAPHER:  We are back on the record. | 16:18 |
| 17 | The time is now 4:20 p.m. | 16:18 |
| 18 | BY MR. GREIM: | 16:19 |
| 19 | Q.   Mr. Han, you testified earlier that the | 16:19 |
| 20 | projects being discussed at the end of the packet | 16:19 |
| 21 | we've marked as Exhibit 10, that those projects did | 16:19 |
| 22 | not come to fruition? | 16:19 |

Page 250

| | | |
|---|---|---|
| 1 | MR. GAVENMAN:  Objection. | 16:19 |
| 2 | THE WITNESS:  With -- | 16:19 |
| 3 | BY MR. GREIM: | 16:19 |
| 4 | Q.   With Strategic Vision? | 16:19 |
| 5 | A.   No. | 16:19 |
| 6 | Q.   And did that include the Taiwan project? | 16:19 |
| 7 | A.   Correct.  We are still waiting for that | 16:19 |
| 8 | response. | 16:19 |
| 9 | Q.   Do you recall the contact in Taiwan | 16:19 |
| 10 | citing the political article as a concern in working | 16:19 |
| 11 | with Strategic Vision? | 16:19 |
| 12 | A.   No.  What's that?  Can you remind me? | 16:19 |
| 13 | Q.   Well, are you aware of an article in | 16:19 |
| 14 | "Politico" about -- written about Eastern Profit and | 16:19 |
| 15 | Strategic Vision in this case? | 16:19 |
| 16 | A.   I saw that article, but that has nothing | 16:19 |
| 17 | to do with the Taiwan project. | 16:20 |
| 18 | Q.   Oh.  I understand.  It doesn't discuss | 16:20 |
| 19 | the Taiwan project at all, but do you recall that the | 16:20 |
| 20 | contact in the Taiwan project mentioned the | 16:20 |
| 21 | "Politico" article? | 16:20 |
| 22 | MR. GAVENMAN:  Objection, form, asked and | 16:20 |

Page 251

| | | |
|---|---|---|
| 1 | answered. | 16:20 |
| 2 | THE WITNESS:  I don't remember I saw that. | 16:20 |
| 3 | BY MR. GREIM: | 16:20 |
| 4 | Q.   Okay.  Would you have introduced | 16:20 |
| 5 | Strategic Vision to the Japan and Taiwan projects if | 16:20 |
| 6 | you thought that Strategic Vision was dishonest? | 16:20 |
| 7 | MR. GAVENMAN:  Objection to form. | 16:20 |
| 8 | MR. GRENDI:  Objection. | 16:20 |
| 9 | THE WITNESS:  I wouldn't. | 16:20 |
| 10 | BY MR. GREIM: | 16:20 |
| 11 | Q.   Okay.  Let's see.  I didn't ask you this | 16:20 |
| 12 | before:  Have you ever met Karin Maestrello? | 16:20 |
| 13 | A.   Who is that? | 16:20 |
| 14 | Q.   Okay.  Then I guess -- have you heard | 16:20 |
| 15 | that name before? | 16:21 |
| 16 | A.   Carol? | 16:21 |
| 17 | Q.   Karin Maestrello. | 16:21 |
| 18 | A.   Karin?  Karin?  You mean Miles' | 16:21 |
| 19 | assistant, Karin? | 16:21 |
| 20 | Q.   Yes. | 16:21 |
| 21 | A.   Yes.  I met.  The Italian girl? | 16:21 |
| 22 | Q.   The what? | 16:21 |

Page 252

| | | |
|---|---|---|
| 1 | A.   Italian girl. | 16:21 |
| 2 | Q.   Italian girl, that's right. | 16:21 |
| 3 | A.   Yes.  I met her. | 16:21 |
| 4 | Q.   Do you know what she does for Mr. Guo? | 16:21 |
| 5 | A.   She's just -- | 16:21 |
| 6 | MR. GAVENMAN:  Objection to form. | 16:21 |
| 7 | MR. GRENDI:  Objection to form. | 16:21 |
| 8 | THE WITNESS:  My understanding is like an | 16:21 |
| 9 | assistant, office assistant. | 16:21 |
| 10 | BY MR. GREIM: | 16:21 |
| 11 | Q.   Do you recall that -- do you recall | 16:21 |
| 12 | hearing that Mr. Guo, himself, told Ms. Wallop and | 16:21 |
| 13 | Mr. Waller that Yvette Wang was still a member of the | 16:21 |
| 14 | Chinese Communist Party? | 16:22 |
| 15 | A.   No.  I don't recall that. | 16:22 |
| 16 | Q.   Do you recall telling Ms. Wallop and Mr. | 16:22 |
| 17 | Waller that Yvette Wang was still a member of the | 16:22 |
| 18 | Chinese Communist Party? | 16:22 |
| 19 | A.   I don't.  I don't recall that. | 16:22 |
| 20 | Q.   Do you think it's possible and just | 16:22 |
| 21 | don't remember? | 16:22 |
| 22 | A.   I think it's possible. | 16:22 |

Page 253

64 (Pages 250 to 253)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1    Q.   Is it true that Ms. Wang is actually | 16:22 |
| 2  still a member of the Chinese Communist Party? | 16:22 |
| 3    MR. GAVENMAN:  Objection to form. | 16:22 |
| 4    MR. GRENDI:  Objection to form. | 16:22 |
| 5    THE WITNESS:  I don't know, but I think | 16:22 |
| 6  likely, but, you know, since she's left with -- she's | 16:22 |
| 7  in exile.  That changed everything. | 16:22 |
| 8  BY MR. GREIM: | 16:22 |
| 9    Q.   But you testified earlier that you don't | 16:22 |
| 10  know the -- you haven't personally investigated the | 16:22 |
| 11  history of her? | 16:22 |
| 12    A.   I didn't. | 16:22 |
| 13    Q.   And do you know whether some of her | 16:22 |
| 14  family members, immediate family members, are police | 16:22 |
| 15  officials in China? | 16:22 |
| 16    MR. GAVENMAN:  Objection to form. | 16:23 |
| 17    MR. GRENDI:  Objection. | 16:23 |
| 18    THE WITNESS:  I didn't know that, police | 16:23 |
| 19  officers, no, but I remember Miles tell me some of | 16:23 |
| 20  her relatives work in the judicial system. | 16:23 |
| 21  BY MR. GREIM: | 16:23 |
| 22    Q.   Let's see.  Earlier, we talked about the | 16:23 |

Page 254

| | |
|---|---|
| 1  first meeting between or what you believe was the | 16:23 |
| 2  first meeting between Mr. Bannon and Mr. Guo. | 16:23 |
| 3    A.   Yeah. | 16:23 |
| 4    Q.   That was, you said, October 5th? | 16:23 |
| 5    A.   It could be 6th.  It could be 5th.  I | 16:23 |
| 6  don't remember exactly the date. | 16:23 |
| 7    Q.   Was that a lunch that you arranged? | 16:23 |
| 8    A.   Either lunch or dinner.  I didn't | 16:23 |
| 9  remember.  It's not me arranged.  It's Bill Gertz. | 16:23 |
| 10    Q.   I see.  And was -- this was after a | 16:23 |
| 11  press conference on the Hudson Institute | 16:23 |
| 12  cancellation? | 16:24 |
| 13    MR. GRENDI:  Objection, form. | 16:24 |
| 14    MR. GAVENMAN:  Objection, form. | 16:24 |
| 15    THE WITNESS:  Yes.  It was after the | 16:24 |
| 16  cancellation, we went to Press Club, and I didn't | 16:24 |
| 17  remember exact the date, but after that event, we had | 16:24 |
| 18  dinner or lunch with Steve Bannon. | 16:24 |
| 19  BY MR. GREIM: | 16:24 |
| 20    Q.   Now, before Hudson, before the cyber | 16:24 |
| 21  attack and before Hudson canceled, did you learn that | 16:24 |
| 22  Hudson was probably going to cancel the event anyway? | 16:24 |

Page 255

| | |
|---|---|
| 1    MR. GRENDI:  Objection to form, relevance. | 16:24 |
| 2  Why are we back here?  I'm sorry, but I don't know | 16:24 |
| 3  what this has to do with the case. | 16:24 |
| 4  BY MR. GREIM: | 16:24 |
| 5    Q.   I want to also ask you now on -- you | 16:24 |
| 6  testified that Mr. Guo has gone through -- | 16:24 |
| 7    A.   Different stages. | 16:24 |
| 8    Q.   Different stages.  Thank you.  Would it | 16:24 |
| 9  surprise you that even in the last month, Mr. Guo has | 16:24 |
| 10  posted a video praising President Xi as God's gift to | 16:25 |
| 11  China? | 16:25 |
| 12    MR. GRENDI:  Objection to the form. | 16:25 |
| 13    MR. GAVENMAN:  Objection. | 16:25 |
| 14    THE WITNESS:  No.  It's not a surprise. | 16:25 |
| 15  BY MR. GREIM: | 16:25 |
| 16    Q.   Why is that? | 16:25 |
| 17    MR. GAVENMAN:  Objection to form. | 16:25 |
| 18    MR. GRENDI:  Objection to form. | 16:25 |
| 19    THE WITNESS:  China politics is very | 16:25 |
| 20  complicated.  There's a -- Chinese Communist regime | 16:25 |
| 21  is not a whole.  There are cracks within the system. | 16:25 |
| 22  So using that puts a wedge into the members of | 16:25 |

Page 256

| | |
|---|---|
| 1  high-ranking government officials there, CPP | 16:25 |
| 2  officials.  It helps.  Even President Trump still | 16:25 |
| 3  calls Xi Jinping a great leader of China, great | 16:25 |
| 4  friend, personal friend.  So does he keep political | 16:25 |
| 5  alliance support for Xi Jinping's policy?  I don't | 16:25 |
| 6  think so. | 16:26 |
| 7  So I think it's not black and white about | 16:26 |
| 8  whether he supports Xi Jinping or not.  It's what | 16:26 |
| 9  specifically you're doing that's disruptive to the | 16:26 |
| 10  Communist regime that matters more to me. | 16:26 |
| 11  BY MR. GREIM: | 16:26 |
| 12    Q.   But as you testified earlier, you don't | 16:26 |
| 13  know either way, do you, Mr. Han, about whether Mr. | 16:26 |
| 14  Guo is, in fact, still negotiating with President Xi? | 16:26 |
| 15    A.   I don't know that either. | 16:26 |
| 16    MR. GAVENMAN:  Object to the form. | 16:26 |
| 17    MR. GRENDI:  Objection to form. | 16:26 |
| 18    MR. GREIM:  I'm going to show you what's | 16:26 |
| 19  marked as Exhibit 12, my last exhibit here today. | 16:26 |
| 20    [Han Exhibit No. 12 was | 16:26 |
| 21    marked  for identification.] | 16:26 |
| 22  BY MR. GREIM: | 16:26 |

Page 257

65 (Pages 254 to 257)

**Lianchao Han - Confidential**
**August 28, 2019**

| | |
|---|---|
| 1 | Q.   I'll represent to you that this is an   16:26 |
| 2 | article in "The Wall Street Journal" --   16:26 |
| 3 |      A.   Yeah.   16:26 |
| 4 | Q.   -- written about this case, actually,   16:26 |
| 5 | and deals -- I'm going to direct you to the second to   16:26 |
| 6 | last page.  There are some quotes attributed to a Mr.   16:26 |
| 7 | Podhaskie.   16:27 |
| 8 |      A.   Where is that?   16:27 |
| 9 | Q.   Let's start here.   16:27 |
| 10 |      Page 4?   16:27 |
| 11 | Q.   Yeah.  I'll take you to the very --   16:27 |
| 12 | okay.  Let's go to, actually, page 3, the best spot   16:27 |
| 13 | above the picture of Mr. Guo.   16:27 |
| 14 |      A.   Yeah.   16:27 |
| 15 | Q.   Do you see it says "My Guo's lawyer, Mr.   16:27 |
| 16 | Podhaskie, denied the allegations"?  So do you see   16:27 |
| 17 | that --   16:27 |
| 18 |      A.   Yeah.   16:27 |
| 19 | Q.   Right?  Mr. Podhaskie is identified as   16:27 |
| 20 | Mr. Guo's lawyer?   16:27 |
| 21 |      A.   Um-hum.   16:27 |
| 22 | Q.   Do you have any understanding of the   16:27 |

Page 258

| | |
|---|---|
| 1 | fact that he is the lawyer for Mr. Guo?   16:27 |
| 2 |      MR. GAVENMAN:  Objection.   16:27 |
| 3 |      MR. GRENDI:  Objection to the form.   16:27 |
| 4 |      MR. GAVENMAN:  Form, foundation.   16:27 |
| 5 |      THE WITNESS:  I'm not sure.   16:27 |
| 6 | BY MR. GREIM:   16:27 |
| 7 | Q.   Okay.  Well, I'm going to now take you   16:27 |
| 8 | to the bottom of page 4, and you'll see Mr. Podhaskie   16:27 |
| 9 | denied those allegations and said Messrs. Guo and   16:27 |
| 10 | Bannon, quote, have a joint mission in regards to   16:27 |
| 11 | China, closed quote, which is to -- and then here's   16:27 |
| 12 | the quote:  Get rid of radical cadre inside the   16:27 |
| 13 | Communist Party, closed quote.   16:28 |
| 14 |      A.   Yeah.   16:28 |
| 15 | Q.   So do you understand that, in fact, Mr.   16:28 |
| 16 | Guo is saying he does not want to get rid of   16:28 |
| 17 | Communist Party, but just a radical cadre inside the   16:28 |
| 18 | party?   16:28 |
| 19 |      MR. GAVENMAN:  Objection to the form.   16:28 |
| 20 |      MR. GRENDI:  Objection to the form.   16:28 |
| 21 |      THE WITNESS:  That's not my understanding of   16:28 |
| 22 | what Miles is doing.  I think he made so many times   16:28 |

Page 259

| | |
|---|---|
| 1 | overthrow Communist regime is his goal.   16:28 |
| 2 | BY MR. GREIM:   16:28 |
| 3 | Q.   But is this statement consistent with   16:28 |
| 4 | what you stated earlier, was a different stage of Mr.   16:28 |
| 5 | Guo's political development?   16:28 |
| 6 |      MR. GAVENMAN:  Objection to form.   16:28 |
| 7 |      MR. GRENDI:  Objection to form.   16:28 |
| 8 |      THE WITNESS:  Strategic goal and objective   16:28 |
| 9 | are very different.  I see why he's saying that, just   16:28 |
| 10 | from my perspective.  I speculate he's talking about   16:28 |
| 11 | like, you know, the bad people, like Wang Xishan,   16:28 |
| 12 | people that everybody hates in the Communist, you   16:29 |
| 13 | know, China, but that doesn't mean he's evading from   16:29 |
| 14 | his anti-CCP agenda.   16:29 |
| 15 | Q.   But, ultimately, you don't actually know   16:29 |
| 16 | what his interactions are, if any, with the Chinese   16:29 |
| 17 | Government.  Correct?   16:29 |
| 18 |      MR. GRENDI:  Objection to form.   16:29 |
| 19 |      MR. GAVENMAN:  Objection to form, asked and   16:29 |
| 20 | answered.   16:29 |
| 21 |      THE WITNESS:  I don't know exactly what he's   16:29 |
| 22 | doing with the Communist Government, but based on   16:29 |

Page 260

| | |
|---|---|
| 1 | what I observe in social media and based on my   16:29 |
| 2 | information from the other side, he's still being   16:29 |
| 3 | regarded as number one enemy of the regime.   16:29 |
| 4 | BY MR. GREIM:   16:29 |
| 5 | Q.   Okay.  I'm sorry.  The new element there   16:29 |
| 6 | is your information from the other side.  What is   16:29 |
| 7 | that information?   16:30 |
| 8 |      A.   That information is based on my   16:30 |
| 9 | conversation with many dissidents from China that   16:30 |
| 10 | come to the United States.  Recently, there's a --   16:30 |
| 11 | there are a group of dissident scholars had   16:30 |
| 12 | conference in Georgetown.  Everybody tells me that   16:30 |
| 13 | Miles made a great contribution to the political   16:30 |
| 14 | opposition.  People, many people, still are watching   16:30 |
| 15 | his video and so they claim that Chinese regime is   16:30 |
| 16 | still targeting him.  Anybody that reposts his video   16:30 |
| 17 | will be subject to jail and to detention.  So based   16:30 |
| 18 | on that, I think that's why I made that statement.   16:30 |
| 19 |      MR. GREIM:  Very good.  No further questions.   16:31 |
| 20 |      MR. GRENDI:  Okay.  A little redirect here.   16:31 |
| 21 |      EXAMINATION BY COUNSEL FOR   16:31 |
| 22 |      PLAINTIFF/COUNTERCLAIM DEFENDANT   16:31 |

Page 261

66 (Pages 258 to 261)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | Page 262 | |
|---|---|---|
| 1 | BY MR. GRENDI: | 16:31 |
| 2 | Q.   Good afternoon. | 16:31 |
| 3 | A.   Good afternoon. | 16:31 |
| 4 | Q.   Mr. Han, my name is Zach Grendi.  I'm an | 16:31 |
| 5 | attorney for Eastern Profit Corporation, Limited. | 16:31 |
| 6 | Thank you for your patience in answering these | 16:31 |
| 7 | questions today and showing up here. | 16:31 |
| 8 | I just want to ask you about something you | 16:31 |
| 9 | talked about earlier, which was do you recall a time | 16:31 |
| 10 | when French Wallop ever threatened Guo Wengui if | 16:31 |
| 11 | there was any kind of lawsuit concerning this | 16:31 |
| 12 | research contract? | 16:31 |
| 13 | MR. GREIM:  Objection, misstates the prior | 16:31 |
| 14 | testimony. | 16:31 |
| 15 | THE WITNESS:  I think there are lots of, | 16:31 |
| 16 | yeah, discussion about that. | 16:31 |
| 17 | BY MR. GRENDI: | 16:31 |
| 18 | Q.   What do you remember about that | 16:31 |
| 19 | discussion? | 16:31 |
| 20 | A.   I think, if I recall, they are going to | 16:31 |
| 21 | give -- basically, fail if they are going to make a | 16:32 |
| 22 | huge noise, expose Miles and, you know, try to | 16:32 |

Page 262

| | Page 263 | |
|---|---|---|
| 1 | undermine his political asylum. | 16:32 |
| 2 | Q.   Who is they there?  Who are you talking | 16:32 |
| 3 | about? | 16:32 |
| 4 | A.   I think French and Mike. | 16:32 |
| 5 | Q.   So you were at a meeting when that | 16:32 |
| 6 | happened or you just heard about it?  How do you know | 16:32 |
| 7 | that that happened? | 16:32 |
| 8 | A.   We had a meeting.  They mentioned to me | 16:32 |
| 9 | in my face, in my presence, they are going to make it | 16:32 |
| 10 | difficult for Miles. | 16:32 |
| 11 | Q.   So, in other words, if this lawsuit was | 16:32 |
| 12 | brought, they were going to try to spike or otherwise | 16:32 |
| 13 | sabotage his political asylum case? | 16:32 |
| 14 | MR. GREIM:  Objection, leading. | 16:32 |
| 15 | MR. GRENDI:  I'm allowed to leading.  It's a | 16:32 |
| 16 | deposition. | 16:32 |
| 17 | THE WITNESS:  Yes. | 16:32 |
| 18 | BY MR. GRENDI: | 16:32 |
| 19 | Q.   Okay.  Thank you.  What would happen to | 16:32 |
| 20 | Guo Wengui if he went back to China? | 16:33 |
| 21 | MR. GREIM:  Objection, calls for speculation. | 16:33 |
| 22 | THE WITNESS:  They will definitely jail him | 16:33 |

Page 263

| | Page 264 | |
|---|---|---|
| 1 | and most likely kill him in prison. | 16:33 |
| 2 | BY MR. GRENDI: | 16:33 |
| 3 | Q.   And what would happen to you if you were | 16:33 |
| 4 | to go back to China?  Would that be the same result? | 16:33 |
| 5 | MR. GREIM:  Same objection. | 16:33 |
| 6 | THE WITNESS:  Very likely.  I don't think | 16:33 |
| 7 | they may not kill me, maybe put me jail for sure. | 16:33 |
| 8 | BY MR. GRENDI: | 16:33 |
| 9 | Q.   I think this was clear, but I just want | 16:33 |
| 10 | to confirm it.  You don't have any formal | 16:33 |
| 11 | relationship with Mr. Wengui, do you? | 16:33 |
| 12 | A.   No. | 16:33 |
| 13 | Q.   You don't work for him? | 16:33 |
| 14 | A.   No. | 16:33 |
| 15 | Q.   You don't work for one of his companies? | 16:33 |
| 16 | A.   Not at all. | 16:33 |
| 17 | Q.   You haven't received any money from him? | 16:33 |
| 18 | A.   No. | 16:33 |
| 19 | Q.   Did French Wallop offer to give you | 16:33 |
| 20 | money for the fact that it got the deposit in | 16:33 |
| 21 | connection with this research agreement? | 16:33 |
| 22 | MR. GREIM:  Objection, vague. | 16:34 |

Page 264

| | Page 265 | |
|---|---|---|
| 1 | THE WITNESS:  She might implied.  She might | 16:34 |
| 2 | have implied. | 16:34 |
| 3 | BY MR. GRENDI: | 16:34 |
| 4 | Q.   How did that happen?  How did she imply | 16:34 |
| 5 | that you might get money? | 16:34 |
| 6 | A.   She said if you need some help for | 16:34 |
| 7 | certain things, you can come to me. | 16:34 |
| 8 | Q.   And you took that to mean that she was | 16:34 |
| 9 | offering you financial recompense for setting you up | 16:34 |
| 10 | with Eastern Profit? | 16:34 |
| 11 | A.   Maybe. | 16:34 |
| 12 | Q.   Setting her up with Eastern Profit? | 16:34 |
| 13 | A.   Maybe. | 16:34 |
| 14 | Q.   Maybe, okay.  Did you accept that offer? | 16:34 |
| 15 | A.   No. | 16:34 |
| 16 | Q.   Why not? | 16:34 |
| 17 | A.   I think I have a pure political | 16:34 |
| 18 | motivation come to this -- to facilitate this | 16:34 |
| 19 | contract.  So I don't want that, you know, to | 16:34 |
| 20 | jeopardize my reputation, make things complicated. | 16:34 |
| 21 | Q.   Do you think Strategic Vision has pure | 16:34 |
| 22 | political motivations in getting involved with this | 16:35 |

Page 265

67 (Pages 262 to 265)

**Lianchao Han - Confidential**
**August 28, 2019**

| | |
|---|---|
| 1 | matter? |
| 2 | MR. GREIM:  Objection, calls for speculation |
| 3 | and opinion and also vague. |
| 4 | THE WITNESS:  I think they have a good |
| 5 | intention at the beginning and want to do the right |
| 6 | thing, and yeah.  I have no doubt, otherwise, I |
| 7 | wouldn't introduce them to Miles. |
| 8 | BY MR. GRENDI: |
| 9 | Q.    Do you think they cared about the money? |
| 10 | A.    They do care about the money, but they |
| 11 | do also care about the political agenda. |
| 12 | Q.    What is Hansheng Wang look like? |
| 13 | A.    He's a very quiet guy, very reserved, |
| 14 | never participated in any of our meetings. |
| 15 | Q.    Have you ever talked to him? |
| 16 | A.    Occasionally. |
| 17 | Q.    If you recall, what did you talk to him |
| 18 | about? |
| 19 | A.    I think it's like what he -- where he |
| 20 | come from, where's his native province and what the |
| 21 | family were doing.  I think he just come from a poor |
| 22 | family, like a rural farmer, stuff like that. |

Page 266

| | |
|---|---|
| 1 | -- I'll call them fake dissidents, people are |
| 2 | pretending to be dissidents? |
| 3 | A.    Yes. |
| 4 | Q.    And what do those fake dissidents do? |
| 5 | What is their purpose? |
| 6 | A.    If we're talking about specifically |
| 7 | related to this project -- |
| 8 | Q.    Sure. |
| 9 | A.    They're a smear campaign against Miles |
| 10 | Kwok.  That was number one that those fake dissidents |
| 11 | are doing, and in addition to that, there are a lot |
| 12 | of people that Miles sued or countersued who are |
| 13 | involved in fake political asylum business and they |
| 14 | are to survive to make money, like fake persons. |
| 15 | We have evidence to show they made -- he |
| 16 | helped people to fabricate fake political asylum |
| 17 | cases, and there are many more.  Like another guy, a |
| 18 | lawyer, also does the same thing and then he's also |
| 19 | somehow connected with the MSS and the Chinese |
| 20 | Embassy. |
| 21 | There are so many of them.  You know, I think |
| 22 | you probably need to talk to the FBI to get this |

Page 268

| | |
|---|---|
| 1 | Q.    How many times have you met him? |
| 2 | A.    I don't know.  I don't remember exactly |
| 3 | how many times, but every time I've been to the |
| 4 | apartment, most of the time he's there. |
| 5 | Q.    Is he a dissident? |
| 6 | MR. GREIM:  Objection, calls for opinion. |
| 7 | THE WITNESS:  Well, no.  I think he is part |
| 8 | of, you know, Miles' team.  You know, you can't |
| 9 | escape that.  Everybody becomes a dissident now. |
| 10 | BY MR GRENDI: |
| 11 | Q.    Anyone who does business with Miles |
| 12 | and -- |
| 13 | A.    Anyone associated with him, does |
| 14 | business with him, they will all become a dissident. |
| 15 | Q.    And they're putting their lives at risk |
| 16 | if they go back to China by doing so? |
| 17 | MR. GREIM:  Objection, calls for speculation. |
| 18 | THE WITNESS:  Absolutely. |
| 19 | BY MR. GREIM: |
| 20 | Q.    I'm sorry.  What was your -- |
| 21 | A.    Absolutely. |
| 22 | Q.    Okay.  Do you know if the CCP employees |

Page 267

| | |
|---|---|
| 1 | information. |
| 2 | Q.    So you believe the CCP is employing |
| 3 | hundreds of fake dissidents, if you know, however |
| 4 | many you think? |
| 5 | A.    I don't know how many.  I have no idea |
| 6 | how many, but in this particular case against Miles, |
| 7 | they hired very many to do their dirty work, |
| 8 | basically drag them into this lawsuit.  At the |
| 9 | beginning, I think lots of dissidents, whether fake |
| 10 | or real, they come to Miles and try to get support, |
| 11 | financial support, from him, and when that failed and |
| 12 | they started fighting over social media, criticized |
| 13 | Miles, and that caused them anger from Miles' side. |
| 14 | So he started suing them, and those dissidents or |
| 15 | activists, so called, they have now resources to do |
| 16 | this and then we saw the money transfer from the |
| 17 | Chinese Government.  They use one singular law firm |
| 18 | to do -- you know, didn't bother to change their |
| 19 | complaints, and then we have some evidence |
| 20 | independently -- it has nothing to do with Miles -- |
| 21 | we obtained from people that we know, showing that |
| 22 | they work closely with the Chinese consulate in New |

Page 269

68 (Pages 266 to 269)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1  York, the embassy here, and money their transferred | 16:40 |
| 2  from different channels to pay for the legal bill. | 16:40 |
| 3  **Q.  Are you familiar with a website called** | 16:40 |
| 4  **Boxun, B-O-X-U-N, I think?** | 16:41 |
| 5  A.  Yes. | 16:41 |
| 6  **Q.  And what does that website do?** | 16:41 |
| 7  A.  That website used to be a dissident | 16:41 |
| 8  Chinese language dissident -- you know, it's like a | 16:41 |
| 9  free press.  It's a free platform.  Everybody can put | 16:41 |
| 10  their stuff in there, but mostly, it's the dissidents | 16:41 |
| 11  who use that website to access information, post | 16:41 |
| 12  their grievances or the articles they wrote. | 16:41 |
| 13  **Q.  So it's sort of open source; anyone can** | 16:41 |
| 14  **post on it?** | 16:41 |
| 15  A.  Correct. | 16:41 |
| 16  **Q.  Have fake dissidents posted information** | 16:41 |
| 17  **on that website?** | 16:41 |
| 18  A.  I'm sure there are many Chinese | 16:41 |
| 19  Communists, you know, like sui jin.  The water army, | 16:41 |
| 20  that's the term that posts stuff on that website as | 16:41 |
| 21  well. | 16:41 |
| 22  **Q.  So you wouldn't necessarily trust** | 16:41 |

Page 270

| | |
|---|---|
| 1  anything coming out of Boxun because fake dissidents | 16:41 |
| 2  post information there? | 16:42 |
| 3  A.  No.  It depends on the information. | 16:42 |
| 4  **Q.  Do you happen know where Exhibit 3 and** | 16:42 |
| 5  **Exhibit 3 were posted, where they came from?** | 16:42 |
| 6  A.  No, I don't.  Which one? | 16:42 |
| 7  **Q.  Three.** | 16:42 |
| 8  A.  Okay.  Yeah. | 16:42 |
| 9  **Q.  Do you know if Boxun was the uploading** | 16:42 |
| 10  **entity that put this video out there?** | 16:42 |
| 11  A.  I didn't know that. | 16:42 |
| 12  **Q.  Would you trust it if it came from** | 16:42 |
| 13  **Boxun?** | 16:42 |
| 14  A.  It depends on the content.  I think it | 16:42 |
| 15  depends on the information. | 16:42 |
| 16  **Q.  Well, let me ask you this.** | 16:42 |
| 17  A.  Not necessarily whether it showed on the | 16:42 |
| 18  platform. | 16:42 |
| 19  **Q.  Have fake dissidents posted false** | 16:42 |
| 20  **information about other dissidents to disrupt the --** | 16:42 |
| 21  **I'll call it the effort to damage the CCP?** | 16:42 |
| 22  A.  Yeah.  There are some. | 16:42 |

Page 271

| | |
|---|---|
| 1  **Q.  Do they ever post fake images?** | 16:43 |
| 2  A.  Could be. | 16:43 |
| 3  **Q.  Fake videos?** | 16:43 |
| 4  A.  That, I'm not expert on that.  So I | 16:43 |
| 5  can't tell. | 16:43 |
| 6  **Q.  Would it surprise you if they did?** | 16:43 |
| 7  A.  No.  I'm not surprised by that. | 16:43 |
| 8  **Q.  Are you aware that Google recently took** | 16:43 |
| 9  **down a number of videos from its platform that were** | 16:43 |
| 10  **posted by fake dissidents?** | 16:43 |
| 11  A.  Yes. | 16:43 |
| 12  **Q.  Do you know if any of those videos were** | 16:43 |
| 13  **critical of Miles Kwok or Guo Wengui?** | 16:43 |
| 14  A.  I don't know specific.  I suspect, yeah. | 16:43 |
| 15  There might be some. | 16:43 |
| 16  **Q.  Because Guo Wengui is a real dissident.** | 16:43 |
| 17  **Right?** | 16:43 |
| 18  A.  Guo Wengui, yes.  I would characterize | 16:43 |
| 19  him as a real dissident. | 16:44 |
| 20  **Q.  And the CCP pretty desperate to get him** | 16:44 |
| 21  **back to China and put him in jail?** | 16:44 |
| 22  A.  Correct. | 16:44 |

Page 272

| | |
|---|---|
| 1  **Q.  In drafting the contract, was there a** | 16:44 |
| 2  **concern about Mr. Wengui being identified in** | 16:44 |
| 3  **connection with the research agreement?** | 16:44 |
| 4  A.  I think there was, if I recall | 16:44 |
| 5  correctly. | 16:44 |
| 6  **Q.  I'll take you back to the contract.  Do** | 16:44 |
| 7  **you remember if there was a specific schedule in that** | 16:44 |
| 8  **agreement concerning when reports were to be** | 16:44 |
| 9  **delivered?** | 16:44 |
| 10  A.  Yes.  There is. | 16:44 |
| 11  **Q.  Was it -- did it call for reports within** | 16:44 |
| 12  **the first week, in the first month of the contract?** | 16:45 |
| 13  A.  Yeah.  I think there is a specific | 16:45 |
| 14  requirement on the first week.  I think it's just | 16:45 |
| 15  trying to show the progress, we're on the right | 16:45 |
| 16  track. | 16:45 |
| 17  **Q.  Well, let's look at the agreement.  What** | 16:45 |
| 18  **number is that?  It's number --** | 16:45 |
| 19  MR. GAVENMAN:  Eleven. | 16:45 |
| 20  MR. GRENDI:  Eleven. | 16:45 |
| 21  MR. GREIM:  Let me just say while we're | 16:45 |
| 22  pulling it up, the witness was instructed not to | 16:45 |

Page 273

69 (Pages 270 to 273)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | answer previously about the agreement on the ground | 16:45 |
| 2 | it was calling for a legal conclusion. So I would | 16:45 |
| 3 | hope we'd have consistence. | 16:45 |
| 4 | MR. GAVENMAN: It depends on what the | 16:45 |
| 5 | question is. | 16:45 |
| 6 | MR. GRENDI: I wasn't asking about a legal | 16:45 |
| 7 | opinion on it. | 16:45 |
| 8 | Oh, there's my copy. I'm sorry. | 16:45 |
| 9 | BY MR. GRENDI: | 16:45 |
| 10 | Q.   Just looking at the second page, it says | 16:45 |
| 11 | the contractor will produce progress reports on this | 16:46 |
| 12 | -- | 16:46 |
| 13 | A.   Where is that? | 16:46 |
| 14 | Q.   Oh, I'm sorry. The first full paragraph | 16:46 |
| 15 | on the second page. | 16:46 |
| 16 | A.   Okay. Okay. Yes. | 16:46 |
| 17 | Q.   It says: "The contractor will produce a | 16:46 |
| 18 | progress report on this financial forensic research | 16:46 |
| 19 | each week in the first month, one preliminary report | 16:46 |
| 20 | in the first month and one comprehensive historical | 16:46 |
| 21 | research report within three months." | 16:46 |
| 22 | And then it goes on to talk about update | 16:46 |

Page 274

| | | |
|---|---|---|
| 1 | reports. Do you see that section there? | 16:46 |
| 2 | A.   Yes. | 16:46 |
| 3 | Q.   Did Strategic Vision deliver financial | 16:46 |
| 4 | forensic research reports each week in the first | 16:46 |
| 5 | month? | 16:46 |
| 6 | MR. GREIM: Objection. Counsel has not | 16:46 |
| 7 | actually read the portion of the contract that he's | 16:46 |
| 8 | purporting to ask about. | 16:46 |
| 9 | MR. GRENDI: What are you talking about? | 16:46 |
| 10 | THE WITNESS: No. | 16:46 |
| 11 | MR. GRENDI: Would you like me to read the | 16:46 |
| 12 | full sentence, Mr. Greim? Is that what you're | 16:46 |
| 13 | getting at? | 16:46 |
| 14 | BY MR. GRENDI: | 16:46 |
| 15 | Q.   Let me try it again. Looking at this | 16:46 |
| 16 | first full paragraph on the second page, it says: | 16:46 |
| 17 | "The contractor will produce a progress report on | 16:46 |
| 18 | this financial forensic research each week in the | 16:46 |
| 19 | first month, one preliminary report in the first | 16:47 |
| 20 | month, and one comprehensive historical research | 16:47 |
| 21 | report within three months and with update reports | 16:47 |
| 22 | sin each following month. The client may require | 16:47 |

Page 275

| | | |
|---|---|---|
| 1 | reports per individual subject to the client within a | 16:47 |
| 2 | specified timeframe as well as all relevant | 16:47 |
| 3 | supporting data." | 16:47 |
| 4 | Do you see that? | 16:47 |
| 5 | A.   Yes. | 16:47 |
| 6 | Q.   I'll ask you again did Strategic Vision | 16:47 |
| 7 | deliver weekly reports within the first month of the | 16:47 |
| 8 | agreement? | 16:47 |
| 9 | A.   No. | 16:47 |
| 10 | Q.   If you look further down the page, it | 16:47 |
| 11 | says: "The contractor will produce social media | 16:47 |
| 12 | research per individual subject to the client on a | 16:47 |
| 13 | weekly basis for the first month and on a monthly | 16:47 |
| 14 | basis thereafter except under circumstances that | 16:47 |
| 15 | require more frequent reporting, paren, weekly or | 16:47 |
| 16 | fortnightly, as the client directs or irregular | 16:48 |
| 17 | emergencies that the contractor may discover." | 16:48 |
| 18 | Do you see that? | 16:48 |
| 19 | A.   Um-hum. | 16:48 |
| 20 | Q.   Did Strategic Vision deliver weekly | 16:48 |
| 21 | reports during the first month of the agreement | 16:48 |
| 22 | concerning social media research? | 16:48 |

Page 276

| | | |
|---|---|---|
| 1 | MR. GREIM: Objection, foundation. | 16:48 |
| 2 | THE WITNESS: No. | 16:48 |
| 3 | BY MR. GRENDI: | 16:48 |
| 4 | Q.   And if you look in the middle of the | 16:48 |
| 5 | page there, again, we're on Eastern-000006, the | 16:48 |
| 6 | middle paragraph says: "The contractor will produce | 16:48 |
| 7 | concurrent tracking research per individual subject | 16:48 |
| 8 | to the client on a month basis except in the first | 16:48 |
| 9 | month that weekly reports shall be delivered and | 16:48 |
| 10 | under circumstances that require more frequent | 16:48 |
| 11 | reporting, paren, weekly or fortnightly, end paren, | 16:48 |
| 12 | as the client directs up to a six-month period." | 16:48 |
| 13 | Do you see that? | 16:48 |
| 14 | A.   Yes. | 16:48 |
| 15 | Q.   Did Strategic Vision deliver weekly | 16:49 |
| 16 | reports on tracking research per individual subject | 16:49 |
| 17 | during the first month of the agreement? | 16:49 |
| 18 | A.   No. | 16:49 |
| 19 | Q.   Okay. Did there come a time when | 16:49 |
| 20 | Strategic Vision delivered a 60-gigabyte hard drive | 16:49 |
| 21 | of data to Eastern Profit? | 16:49 |
| 22 | A.   Yes. | 16:49 |

Page 277

70 (Pages 274 to 277)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | Q.   And what was on that hard drive? | 16:49 |
| 2 | A.   It's lots of junk information. | 16:49 |
| 3 | Q.   Was any of that information the kind of | 16:49 |
| 4 | useful reporting that Eastern Profit would have | 16:49 |
| 5 | expected under this agreement? | 16:49 |
| 6 | MR. GREIM:  Objection, foundation, calls for | 16:49 |
| 7 | opinion. | 16:49 |
| 8 | THE WITNESS:  No. | 16:49 |
| 9 | BY MR. GRENDI: | 16:49 |
| 10 | Q.   Okay.  I believe you testified before | 16:49 |
| 11 | that you had heard that Team 2 found evidence of -- | 16:50 |
| 12 | strike that. | 16:50 |
| 13 | Did you ever hear that Team 2 of Strategic | 16:50 |
| 14 | Vision's team found evidence of Social Security | 16:50 |
| 15 | number fraud or human trafficking or customs fraud? | 16:50 |
| 16 | A.   Say that again. | 16:50 |
| 17 | Q.   Sorry.  Did there ever come a time when | 16:50 |
| 18 | you heard from Strategic Vision that its second team | 16:50 |
| 19 | -- they call it Team 2 -- had found evidence of | 16:50 |
| 20 | Social Security fraud, human trafficking, or customs | 16:50 |
| 21 | fraud concerning the subjects of the research | 16:50 |
| 22 | agreement? | 16:50 |

Page 278

| | | |
|---|---|---|
| 1 | A.   Yes, but I don't hear the Team 2, that | 16:50 |
| 2 | term.  I was not familiar with the Team 2. | 16:50 |
| 3 | Q.   Let's just say Strategic Vision.  Did | 16:51 |
| 4 | Strategic Vision tell you it had found that kind of | 16:51 |
| 5 | information? | 16:51 |
| 6 | A.   Yes. | 16:51 |
| 7 | Q.   They did ever give you any documents to | 16:51 |
| 8 | prove that or show that that was the case? | 16:51 |
| 9 | A.   No. | 16:51 |
| 10 | Q.   No.  Okay.  And the whole point of this | 16:51 |
| 11 | agreement was to get that, like you said, the | 16:51 |
| 12 | concrete evidence that there was corruption in the | 16:51 |
| 13 | CCP.  Right? | 16:51 |
| 14 | A.   Correct. | 16:51 |
| 15 | Q.   But that was never delivered under this | 16:51 |
| 16 | agreement, was it? | 16:51 |
| 17 | A.   No. | 16:51 |
| 18 | Q.   I'll ask about this one, but I think | 16:51 |
| 19 | we're going to have to eventually go off the record | 16:51 |
| 20 | on it.  What is the name of project in Taiwan that | 16:51 |
| 21 | you were talking about with Attorney Greim just | 16:51 |
| 22 | before the break? | 16:51 |

Page 279

| | | |
|---|---|---|
| 1 | A.   Is this relevant? | 16:51 |
| 2 | Q.   Well, that's what I'm going to get at | 16:51 |
| 3 | here, because my understanding would probably be that | 16:51 |
| 4 | you don't want to reveal the name of that entity. | 16:51 |
| 5 | A.   No. | 16:52 |
| 6 | Q.   Okay.  Is that because it's normally | 16:52 |
| 7 | confidential; you don't disclose the dealings of | 16:52 |
| 8 | private investigatory research clients that you're | 16:52 |
| 9 | working with with Strategic Vision? | 16:52 |
| 10 | A.   Correct. | 16:52 |
| 11 | MR. GRENDI:  So, Attorney Greim, we can talk | 16:52 |
| 12 | about whether you're going to try to use that in | 16:52 |
| 13 | damages and we can talk about who this client is and | 16:52 |
| 14 | find out information about it or you can -- we can | 16:52 |
| 15 | lay off on that and maybe talk to your client about | 16:52 |
| 16 | it. | 16:52 |
| 17 | MR. GREIM:  Yeah.  Let's just -- let's take | 16:52 |
| 18 | one minute. | 16:52 |
| 19 | MR. GRENDI:  Sure.  Off the record. | 16:52 |
| 20 | VIDEOGRAPHER:  Going off the record.  The | 16:52 |
| 21 | time is now 4:54 p.m. | 16:52 |
| 22 | [Mr. Greim confers with Ms. Wallop and Mr. | 16:52 |

Page 280

| | | |
|---|---|---|
| 1 | Waller.] | 16:54 |
| 2 | VIDEOGRAPHER:  We are back on the record. | 16:54 |
| 3 | The time is now 4:57 p.m. | 16:55 |
| 4 | BY MR. GRENDI: | 16:55 |
| 5 | Q.   So, Mr. Han, if you would please | 16:55 |
| 6 | identify the client or potential client from Taiwan | 16:55 |
| 7 | that you spoke of politically concerning a newspaper | 16:55 |
| 8 | article in "Politico". | 16:55 |
| 9 | A.   There is a -- I saw that article.  I | 16:55 |
| 10 | didn't know what it referred to.  They specifically | 16:55 |
| 11 | talked about the Taiwan project. | 16:55 |
| 12 | Q.   No, no.  I'm sorry.  You know what? | 16:55 |
| 13 | Let's strike that question.  I'll start over. | 16:55 |
| 14 | what is the name of the entity you and | 16:55 |
| 15 | Strategic Vision have been working on that comes from | 16:55 |
| 16 | Taiwan?  Who is that? | 16:55 |
| 17 | A.   There are several.  The Taiwan National | 16:55 |
| 18 | Security Council and Taiwan DPP, which is the ruling | 16:55 |
| 19 | party, and the embassy here. | 16:55 |
| 20 | Q.   And is Strategic Vision trying to | 16:55 |
| 21 | solicit business from those entities? | 16:55 |
| 22 | A.   Correct. | 16:56 |

Page 281

71 (Pages 278 to 281)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | Q. And have they told you -- well have they 16:56 |
| 2 | accepted an offer of services from Strategic Vision? 16:56 |
| 3 | A. Not yet. 16:56 |
| 4 | Q. So that could happen? They are working 16:56 |
| 5 | on it? 16:56 |
| 6 | A. Yes. 16:56 |
| 7 | Q. Have those entities said they won't do 16:56 |
| 8 | business with Strategic Vision because Strategic 16:56 |
| 9 | Vision did business with Eastern Profit? 16:56 |
| 10 | A. No. 16:56 |
| 11 | Q. Did those entities say, you know, I've 16:56 |
| 12 | seen you mixed up in articles with Guo Wengui 16:56 |
| 13 | mentioned; we don't do business with anyone who does 16:56 |
| 14 | business with them? 16:56 |
| 15 | A. No. 16:56 |
| 16 | Q. Okay. Let me just go through quickly. 16:56 |
| 17 | A. So this will be confidential, what I 16:57 |
| 18 | just discussed? 16:57 |
| 19 | MR. GREIM: Yes. We are going to be marking 16:57 |
| 20 | that confidential. In fact, the entire transcript 16:57 |
| 21 | will be confidential for 21 days after we receive a 16:57 |
| 22 | final version. After that point, each party will 16:57 |

Page 282

| | |
|---|---|
| 1 | dissidents are actually fake dissidents working for 16:58 |
| 2 | the CCP? 16:58 |
| 3 | A. Correct. 16:58 |
| 4 | Q. So there's a lot of blurred lines in 16:58 |
| 5 | this whole mixup? 16:58 |
| 6 | A. Yeah. The politics of China is so 16:58 |
| 7 | complicated. It's not like -- 16:58 |
| 8 | Q. So just because you read something 16:58 |
| 9 | someone says in one context doesn't mean that's what 16:58 |
| 10 | they actually believe; they might be, you know, 16:58 |
| 11 | playing both sides or -- 16:58 |
| 12 | A. Correct. 16:58 |
| 13 | Q. -- working on different angles based on 16:58 |
| 14 | who their real alliance is with? 16:58 |
| 15 | A. Yes. 16:58 |
| 16 | MR. GRENDI: Thank you very much for your 16:58 |
| 17 | time. 16:58 |
| 18 | THE WITNESS: You're welcome. 16:58 |
| 19 | MR. GREIM: I have a couple of questions on 16:58 |
| 20 | redirect for you now. 16:58 |
| 21 | MR. GRENDI: Re-redirect. 16:58 |
| 22 | FURTHER EXAMINATION BY COUNSEL FOR 16:58 |

Page 284

| | |
|---|---|
| 1 | have 21 days to designate confidential information. 16:57 |
| 2 | We intend to designate that information confidential, 16:57 |
| 3 | which means that no one here can disclose it for any 16:57 |
| 4 | purposes outside the case. CCP party members or not 16:57 |
| 5 | for whatever reason, nobody can disclose it. 16:57 |
| 6 | BY MR. GRENDI: 16:57 |
| 7 | Q. Let me ask one last question. Then I 16:57 |
| 8 | think I'll be done. 16:57 |
| 9 | A. I appreciate that. 16:57 |
| 10 | Q. Sure. Well, one last, I should say, 16:57 |
| 11 | batch of questions. Are all members of the CCP 16:57 |
| 12 | corrupt? 16:57 |
| 13 | A. I think almost all of them are corrupt. 16:57 |
| 14 | There is systematic corruption. 16:58 |
| 15 | Q. Have you ever had occasion to work with 16:58 |
| 16 | a dissident who was working within the CCP to kind of 16:58 |
| 17 | be an inside person? 16:58 |
| 18 | A. Yes. 16:58 |
| 19 | Q. So some people in the CCP are actually 16:58 |
| 20 | working with dissidents to try to undermine the CCP? 16:58 |
| 21 | A. Of course. 16:58 |
| 22 | Q. And, as we discussed before, some 16:58 |

Page 283

| | |
|---|---|
| 1 | DEFENDANT/COUNTERCLAIM PLAINTIFF 16:58 |
| 2 | BY MR. GREIM: 16:58 |
| 3 | Q. You testified or you were allowed to 16:58 |
| 4 | answer a question. You said that the CCP is 16:58 |
| 5 | desperate to get Guo back to China. Do you remember 16:58 |
| 6 | saying that? 16:58 |
| 7 | A. Yes. 16:59 |
| 8 | Q. Do you have any personal knowledge of 16:59 |
| 9 | that? 16:59 |
| 10 | A. Yes, I do. 16:59 |
| 11 | Q. What is that knowledge? 16:59 |
| 12 | A. The knowledge from, you know, like there 16:59 |
| 13 | are some people that I think they are representing 16:59 |
| 14 | the Chinese Government, approached me. They asked me 16:59 |
| 15 | specifically not to help Miles and not only not to 16:59 |
| 16 | help Miles, but also convince Steve Bannon not to 16:59 |
| 17 | help Miles. This is most important to them and, of 16:59 |
| 18 | course, I said, you know, no. 16:59 |
| 19 | Q. How do you know those people are with 16:59 |
| 20 | the Chinese Government? 16:59 |
| 21 | A. They come from -- they said that they're 16:59 |
| 22 | representing a certain sect, certain -- they are 17:00 |

Page 285

72 (Pages 282 to 285)

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | passing the message of the government to us, to my | 17:00 |
| 2 | organization and myself. | 17:00 |
| 3 | Q.   Other than that, do you have any other | 17:00 |
| 4 | basis to claim personal knowledge? | 17:00 |
| 5 | A.   About? | 17:00 |
| 6 | Q.   Your claim that the CCP is desperate to | 17:00 |
| 7 | get Guo back to China? | 17:00 |
| 8 | A.   I saw the smear campaign of Bruno Wu.  I | 17:00 |
| 9 | saw Roger Stone.  I saw another guy that worked with | 17:00 |
| 10 | Roger Stone.  I saw the Chinese dissidents that | 17:00 |
| 11 | suddenly all turned against Miles. | 17:00 |
| 12 | To me, to my longtime observation of Communist | 17:00 |
| 13 | Party, it is an organized campaign to get him back, | 17:01 |
| 14 | and so -- I'll stop there. | 17:01 |
| 15 | Q.   You testified earlier, you answered a | 17:01 |
| 16 | series of questions about what weekly records | 17:01 |
| 17 | Strategic Vision had given to -- I think the question | 17:01 |
| 18 | was phrased as to Eastern Profit during January.  Do | 17:01 |
| 19 | you recall that testimony a few moments ago? | 17:01 |
| 20 | A.   Say that again, please. | 17:01 |
| 21 | Q.   Yeah.  A few moments ago, you testified, | 17:01 |
| 22 | you answered a series of questions -- | 17:01 |

Page 286

| | | |
|---|---|---|
| 1 | A.   Yes. | 17:01 |
| 2 | Q.   -- about what reports Strategic Vision | 17:01 |
| 3 | had given to Eastern Profit. | 17:01 |
| 4 | A.   Yeah. | 17:01 |
| 5 | Q.   Now, do you -- you were not responsible | 17:01 |
| 6 | for handling the performance of the agreement for | 17:02 |
| 7 | most of the month of January; isn't that right? | 17:02 |
| 8 | MR. GRENDI:  Objection, form. | 17:02 |
| 9 | MR. GAVENMAN:  Objection. | 17:02 |
| 10 | THE WITNESS:  Right. | 17:02 |
| 11 | BY MR. GREIM: | 17:02 |
| 12 | Q.   And do you -- are you aware of all of | 17:02 |
| 13 | the conversations Ms. Wang had with Strategic Vision | 17:02 |
| 14 | about what it was supposed to and not supposed to | 17:02 |
| 15 | turn in as the contract unfolded? | 17:02 |
| 16 | A.   I don't. | 17:02 |
| 17 | Q.   So when you began to enter the picture | 17:02 |
| 18 | again was in February; is that correct? | 17:02 |
| 19 | MR. GRENDI:  Objection to form. | 17:02 |
| 20 | MR. GAVENMAN:  Objection to form. | 17:02 |
| 21 | MR. GREIM:  Let me ask a more -- | 17:02 |
| 22 | MR. GRENDI:  Misstates prior testimony. | 17:02 |

Page 287

| | | |
|---|---|---|
| 1 | BY MR. GREIM: | 17:02 |
| 2 | Q.   So it was in the month of February that | 17:02 |
| 3 | Strategic Vision began to report to you again instead | 17:02 |
| 4 | of Ms. Wang? | 17:02 |
| 5 | A.   That's not correct. | 17:02 |
| 6 | MR. GAVENMAN:  Objection. | 17:02 |
| 7 | MR. GRENDI:  Objection to the form. | 17:02 |
| 8 | BY MR. GREIM: | 17:02 |
| 9 | Q.   Tell me where I got that wrong. | 17:02 |
| 10 | A.   Because I think you -- when they first | 17:02 |
| 11 | deliver that USB, I think I was aware of that.  I | 17:03 |
| 12 | don't know how maybe French and Mike approached me, | 17:03 |
| 13 | and I saw the information in that USB.  So I know | 17:03 |
| 14 | that is not the information requested in the | 17:03 |
| 15 | contract. | 17:03 |
| 16 | Q.   Now, did you see the decrypted | 17:03 |
| 17 | information? | 17:03 |
| 18 | A.   I see -- | 17:03 |
| 19 | MR. GRENDI:  Objection to the form. | 17:03 |
| 20 | THE WITNESS:  -- some.  Yeah.  Mike showed me | 17:03 |
| 21 | the computer. | 17:03 |
| 22 | BY MR. GREIM: | 17:03 |

Page 288

| | | |
|---|---|---|
| 1 | Q.   So did you see all the information on | 17:03 |
| 2 | the drive? | 17:03 |
| 3 | A.   Not all of it. | 17:03 |
| 4 | Q.   Were you aware of what Mike had told | 17:03 |
| 5 | Eastern Profit to expect about what was going to be | 17:03 |
| 6 | on the drive? | 17:03 |
| 7 | A.   He mentioned to me. | 17:03 |
| 8 | Q.   What did he say? | 17:03 |
| 9 | A.   He said, basically, the team needs to w | 17:03 |
| 10 | build the relationship to -- from outside and figure | 17:03 |
| 11 | out, you know, what they're really looking for, their | 17:04 |
| 12 | best way, you know, to get the information.  I think | 17:04 |
| 13 | I expressed my dissatisfaction about that approach | 17:04 |
| 14 | because the information is -- the instruction is so | 17:04 |
| 15 | clear.  The list is so clear. | 17:04 |
| 16 | So they shouldn't be going around, collecting | 17:04 |
| 17 | this useless information.  It's a waste of time.  I | 17:04 |
| 18 | knew it's going to be bad with Miles because I know | 17:04 |
| 19 | what he was expecting.  That's why I made that clear | 17:04 |
| 20 | to Mike and French, and then Miles insists on first | 17:04 |
| 21 | week delivery.  So Mike made a special trip to New | 17:04 |
| 22 | York, delivered that.  We discussed about whether he | 17:04 |

Page 289

73 (Pages 286 to 289)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1 | should go or shouldn't go. I remember that part. 17:04 |
| 2 | Q.   Now, do you know whether Strategic 17:05 |
| 3 | Vision was subsequently instructed not to provide any 17:05 |
| 4 | social media research because Guo considered it a 17:05 |
| 5 | waste? 17:05 |
| 6 | A.   That, I don't know. 17:05 |
| 7 | Q.   Okay. And that was one of the three 17:05 |
| 8 | categories of information. Correct? 17:05 |
| 9 | A.   Correct. 17:05 |
| 10 | MR. GAVENMAN:  Objection, form. 17:05 |
| 11 | MR. GRENDI:  Objection to form. 17:05 |
| 12 | BY MR. GREIM: 17:05 |
| 13 | Q.   Do you recall that Strategic Vision told 17:05 |
| 14 | you that it believed that the initial reports were to 17:05 |
| 15 | be progress reports and would not contain all the 17:05 |
| 16 | data that would be available later in the project? 17:05 |
| 17 | MR. GRENDI:  Objection to the form. 17:05 |
| 18 | MR. GAVENMAN:  Objection. 17:05 |
| 19 | THE WITNESS:  Yes. 17:05 |
| 20 | BY MR. GREIM: 17:05 |
| 21 | Q.   Do you recall that -- earlier, you 17:05 |
| 22 | testified that when Strategic Vision reported the 17:06 |

Page 290

| | |
|---|---|
| 1 | results from what you now know as Team 2 -- 17:06 |
| 2 | A.   Right. 17:06 |
| 3 | Q.   -- they did not give you documents when 17:06 |
| 4 | they told you about the human trafficking and Social 17:06 |
| 5 | Security fraud? 17:06 |
| 6 | A.   Right. 17:06 |
| 7 | Q.   But do you recall that they also were 17:06 |
| 8 | concerned about providing the documents to you might 17:06 |
| 9 | be a crime because of what they learned about the 17:06 |
| 10 | records protected issue? 17:06 |
| 11 | MR. GRENDI:  Objection. 17:06 |
| 12 | MR. GAVENMAN:  Objection to form. 17:06 |
| 13 | THE WITNESS:  That's what French told me, and 17:06 |
| 14 | I don't know who is on that list. There definitely 17:06 |
| 15 | is some other people that is not on that list and I 17:06 |
| 16 | haven't seen any document presented to me. 17:06 |
| 17 | BY MR. GREIM: 17:06 |
| 18 | Q.   Do you recall that they asked you for 17:06 |
| 19 | guidance on how they can convey that information to 17:06 |
| 20 | you? 17:06 |
| 21 | A.   Yes. 17:06 |
| 22 | Q.   And did you give any guidance? 17:06 |

Page 291

| | |
|---|---|
| 1 | A.   My guidance regarding the protection of 17:07 |
| 2 | the person? 17:07 |
| 3 | Q.   No. I'm sorry. The guidance on how to 17:07 |
| 4 | convey the information about the fraud that they had 17:07 |
| 5 | uncovered if they couldn't provide it to you in 17:07 |
| 6 | document form. 17:07 |
| 7 | A.   I don't recall specific, but I think we 17:07 |
| 8 | discussed how we can discover, find out, the 17:07 |
| 9 | information we can use or we can talk to the 17:07 |
| 10 | government about it, and with this restricted person, 17:07 |
| 11 | I think I approached the FBI, reported to them. 17:07 |
| 12 | This is also French's suggestion, that maybe 17:07 |
| 13 | the Clinton Administration did something or Obama 17:07 |
| 14 | Administration did something to protect those guys. 17:08 |
| 15 | So we needed to have the American Government look 17:08 |
| 16 | into it. 17:08 |
| 17 | So I did talk to, you know, FBI about them and 17:08 |
| 18 | it doesn't come up with anything. I think the FBI 17:08 |
| 19 | contacted them for further discussion. I don't know 17:08 |
| 20 | what's going on after that. 17:08 |
| 21 | Q.   And by that time, the contract had been 17:08 |
| 22 | terminated. Right? 17:08 |

Page 292

| | |
|---|---|
| 1 | A.   Correct. 17:08 |
| 2 | Q.   When did you contact the FBI about the 17:08 |
| 3 | information that Strategic Vision had given you? 17:08 |
| 4 | A.   I think right after we discussed about 17:08 |
| 5 | five persons. I don't remember exactly the date. 17:08 |
| 6 | Q.   Sometime in mid-February? 17:08 |
| 7 | A.   Could be. 17:08 |
| 8 | Q.   Was this the FBI in New York or D.C.? 17:08 |
| 9 | A.   In New York. 17:09 |
| 10 | MR. GREIM:  All right. I don't have any 17:09 |
| 11 | further questions for you, sir. Thank you for a very 17:09 |
| 12 | -- well, maybe you've got recross. 17:09 |
| 13 | MR. GRENDI:  No. 17:09 |
| 14 | MR. GREIM:  No? 17:09 |
| 15 | MR. GRENDI:  No. I think we're good. Thank 17:09 |
| 16 | you very much for you time, sir. 17:09 |
| 17 | THE WITNESS:  Sure. Thank you. I'm sorry 17:09 |
| 18 | about this unfortunate event, but as I said, 17:09 |
| 19 | everybody come in with a good intention and I think 17:09 |
| 20 | it's a pure, you know, commercial case, shouldn't be 17:09 |
| 21 | politicized. That's all I want to say for the 17:09 |
| 22 | record. 17:09 |

Page 293

74 (Pages 290 to 293)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | | |
|---|---|---|
| 1 | MR. GRENDI:  Thank you. | 17:09 |
| 2 | MR. GREIM:  Thank you. | 17:09 |
| 3 | VIDEOGRAPHER:  This concludes today's video | 17:09 |
| 4 | deposition of Lianchao Han.  This is Disk 3 of 3, | 17:09 |
| 5 | going off the record.  The time is 5:11 p.m. | 17:09 |
| 6 | [Whereupon, at 5:11 p.m., the deposition | |
| 7 | concluded.] | |
| 8 | [Signature not waived.] | |

Page 294

1        CERTIFICATE OF DEPONENT
2
3        I have read the foregoing 294 pages which
4  contain the correct transcript of the answers made by
5  me to the questions therein recorded.
6
7
8        _____
9        Lianchao Han
10
11        - - -
12
13        Subscribed and sworn to before me this
14  _____ day of _____, 2019.
15
16
17
18        _____
19
20        Notary Public in and for
21
22  My Commission Expires:

Page 295

1        CERTIFICATE OF NOTARY PUBLIC
2        I, CATHERINE B. CRUMP, the officer before
3  whom the foregoing deposition was taken, do hereby
4  testify that the witness whose testimony appears in
5  the foregoing deposition was duly sworn by me; that
6  the testimony of said witness was taken by me
7  stenographically and thereafter reduced to
8  typewriting under my direction; that said deposition
9  is a true record of the testimony given by said
10  witness; that I am neither counsel for, related to,
11  nor employed by any of the parties to the action in
12  which this deposition was taken; and further, that I
13  am not a relative or employee of any attorney or
14  counsel employed by the parties hereto nor
15  financially or otherwise interested in the outcome of
16  the action.
17        _____
18  **Signature        CATHERINE B. CRUMP
19  Requested**        Notary Public in and for the
20                 District of Columbia
21  My Commission Expires:  October 31, 2022

Page 296

75 (Pages 294 to 296)

**Lianchao Han - Confidential**
**August 28, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

**A**

a.m 2:15 6:9 46:10,13
96:18,22 201:19
abandoned 169:20
ability 165:1 183:2
able 18:11 30:15 44:18
49:11 57:11 59:7
60:11 74:15 103:13
156:3 163:11 236:1
243:2 246:19
absolute 73:11 77:18
Absolutely 13:10 41:13
112:20 221:1 267:18
267:21
abundant 191:20
ACA 26:8,10,11
accept 210:2 265:14
acceptable 208:21
accepted 282:2
access 270:11
accommodate 145:6
accompanied 100:14
accomplish 116:16
131:20,22 132:22
account 163:12 164:2,2
164:7 167:18 183:4
241:13
accounts 20:15 85:16
165:21 166:4 167:3,10
235:14
accreditation 139:7
accurate 80:7,13 105:2
107:22 110:11 113:8
115:13 117:7,19
accurately 108:12
Accused 5:8
achieve 160:18
Act 44:9
acting 49:5
action 6:5 7:1 107:10
108:14 296:11,16
activist 31:8,8
activists 72:20 81:9,10
269:15
actual 61:18 62:4 99:22
103:15 157:12 214:16
235:8,12
AD07997 1:20
Adam 177:2
add 16:17
added 115:4
addendum 171:8
addition 268:11
addressed 102:14
adjust 243:14
Administration 292:13
292:14
advance 13:16 195:9
228:21 240:14
advances 246:13
advice 23:14 61:17
193:19 194:17,19
210:7,9,10 239:19
advise 125:22 132:7
advised 23:21 83:16
121:18 122:2 194:21
advising 150:19
advocate 115:19,19

advocating 115:8,14
affidavit 75:5 100:14
afford 84:15
afield 51:13
afraid 57:11 105:16
afternoon 262:2,3
afterward 169:18
agenda 160:17 195:9
210:8 226:17 227:13
228:22 240:15 246:14
260:14 266:11
agent 249:17
ago 21:16,17,18 23:11
23:11 27:10,11 30:10
39:4 129:3 193:16
286:19,21
agree 24:1 42:8 119:10
119:10 132:15 137:22
158:4 182:3 189:15
190:10 204:8 210:8
agreed 16:22 17:4 24:5
24:18 25:7 57:15,21
179:4 199:11 203:14
208:21 219:18,20
agreeing 171:16
agreement 5:6 159:2
177:22 178:16 188:7
191:8 208:22 209:4
222:8,17 224:2,11
243:12 264:21 273:3,8
273:17 274:1 276:8,21
277:17 278:5,22
279:11,16 287:6
ahead 24:20 46:4,7 64:4
75:22 82:20 91:2
100:10,11 122:5 143:7
143:19 145:22 150:14
151:1 188:19 222:10
Airport 35:17
alcohol 148:3,17,19
ale 191:7
Alibaba 250:3
allegations 69:20 258:16
259:9
alleged 56:11
alliance 257:5 284:14
allow 101:9
allowed 82:15 243:1
244:4 263:15 285:3
America 54:9
American 11:12 31:19
93:15 195:22 292:15
amorphous 140:8
amount 84:15 173:22
191:9
anger 269:13
angles 284:13
angry 65:12 233:1,10
answer 8:20 9:3 49:11
51:19 52:6 53:2,3
59:17,18 61:22 66:5
71:2 73:1 82:3,15,16
82:20,21 87:11,22
92:7 97:10 121:14
123:7 166:5 175:14
203:18 223:20 243:19
244:1,3,4,18 249:13
249:14 274:1 285:4

answered 52:21 61:13
63:20 121:12 252:1
260:20 286:15,22
answering 103:2 125:18
125:19 262:6
answers 295:4
anti-CCP 65:13 226:16
227:21 246:14 260:14
anti-Japanese 198:17
anxious 204:20
anybody 210:20 212:1
261:16
anymore 134:12
anyway 25:16 92:16
255:22
apart 132:6 180:18
apartment 37:14 85:17
89:7 128:18 162:11
173:7 267:4
apologize 25:14 112:11
App 16:15
appear 146:22 188:8,14
197:18
appearance 82:11
appeared 55:16 240:5
appears 296:4
application 21:3,6 46:21
apply 50:5 108:13
appreciate 218:6 283:9
approach 40:3,5 160:21
289:13
approached 39:18,22
45:21 249:17,22
285:14 288:12 292:11
April 4:12 54:10 76:9
area 63:11 87:20
argued 18:7 24:11
army 108:8,17 270:19
arrange 75:1
arranged 95:12 255:7,9
arrested 93:13
arrive 202:20
arrives 156:8 203:14
204:9
article 55:14 56:8 65:11
65:17 88:16 90:5
251:10,13,16,21 258:2
281:8,9
articles 47:17 55:7 63:12
66:9,14,16 67:5,14
69:1,2 90:1 270:12
282:12
aside 65:15 67:18
asked 20:13 28:21 30:19
41:8 52:21 57:14
61:13 65:5 82:16
119:13 121:12,14
139:6,9 145:9,17
151:3 152:20 170:8
191:6 199:9 208:20
231:22 238:16 242:4
250:2 251:22 260:19
285:14 291:18
asking 8:13 18:8 19:17
19:19 25:13 58:6 62:1
62:2 67:5 96:5 118:9
144:1,5 163:10 201:14
237:21 238:8 274:6

asks 206:9 220:15
ASOG 176:21,22 177:6
230:19
assessment 246:17
assets 26:6 34:3 71:9
107:1 227:19
Assign 116:15
assignments 225:11
assistant 28:15 49:3
216:11 252:19 253:9,9
assisted 31:22
associated 267:13
assume 79:7
assured 19:16
asylum 20:22 21:2 22:3
28:5 30:16,18 31:17
32:2 46:21 48:19 49:1
50:11 62:13 263:1,13
268:13,16
Atkinson-Baker 1:18 6:4
6:15
attached 53:2 61:12
attack 17:22 18:3,10
19:10,13,20 56:11
58:3,14 255:21
attacked 21:4
attempt 72:1 211:19
attempted 35:20
attendance 125:14
attorney 6:6,17 8:6,18
10:21 11:16,16 14:6
14:11 49:5 58:1 92:10
92:13 121:19 171:16
262:5 279:21 280:11
296:13
attorney-client 52:6 62:4
62:9 64:18
attorneys 62:3 86:6
attributed 258:6
audio 89:14
August 1:16 2:16 4:8 6:8
30:13,13,14,21,22
90:10 99:7,21 106:17
120:16,19,22
Australian 27:5
authorities 85:5
authority 191:20
automatically 15:9 16:8
16:16
available 74:19 290:16
avoid 196:12
aware 41:21 56:11 57:4
81:14 83:9 84:8 86:15
87:3 99:6 106:8,10,16
118:6 126:7 238:6
251:13 272:8 287:12
288:11 289:4

**B**

B 1:20 2:16 114:20
115:21 296:2,18
B-O-X-U-N 270:4
back 11:1,2 12:8 17:15
18:6 20:17 21:13
24:11 27:1,12 28:3,22
29:15 30:6 46:12,15
53:11 59:2 72:11 73:3
84:5 96:21 105:6,8

129:5 130:2 131:20
139:12 140:3 142:9
143:8,8 144:1,5,6
147:9 149:8 150:19
151:19 153:10 155:3
160:4 162:2 170:11
179:1 188:5 189:4,7
190:17 191:11 195:16
203:7,17 204:11
207:21 219:19 220:3
220:14 228:9 230:1
231:7,22 250:16 256:2
263:20 264:4 267:16
272:21 273:6 281:2
285:5 286:7,13
background 13:14 47:12
47:15 48:11 63:11
76:8 216:21 217:6
backward 154:8
bad 115:13 260:11
289:18
balance 207:8
banging 159:15
bank 163:12 164:2,7
167:18 175:7 182:4
235:3,8,12,14
Bannon 90:14,18,21
91:8,11 94:19 95:3,19
97:7 98:12 143:9
144:6,10,17 145:4,10
145:19 147:6,8,18,20
148:11 153:5 176:2
255:2,18 259:10
285:16
Bannon-Wang 95:12
bargain 34:14
based 13:14 29:2 43:20
43:21 44:7 54:15 56:8
94:9 118:21 124:22
146:22 182:13 183:8
183:11,21 201:6
260:22 261:1,8,17
284:13
basic 169:14
basically 11:11 12:20
13:5 21:4 45:19 56:16
110:17 119:14,18
169:1,9 262:21 269:8
289:9
basis 94:3 145:3 276:13
276:14 277:8 286:4
batch 193:21 194:21
283:11
Bates 131:2 134:21
141:3 196:22
Bates-labeled 14:8
beauty 115:15
becoming 9:20
began 54:6 121:9 138:3
141:3 287:17 288:3
beginning 6:17 16:22
23:20 24:16 30:20
57:8 99:3 104:17
105:11,13 119:11
122:2 123:7 133:2
135:9 140:8 159:6
168:18 182:9 227:10
227:17 266:5 269:9

begins 96:20 187:2 189:3
begun 47:20 146:17 157:12
behalf 2:12 7:10 20:4 89:13 120:15
Beijing 5:8 89:13
belief 94:3
believe 15:17 22:10 49:5 50:5 51:10 93:21 94:2 98:9 100:8 118:16 138:18 143:1 149:17 170:4 237:2 242:22 247:16 255:1 269:2 278:10 284:10
believed 93:14 235:6 290:14
bell 177:4
belongs 64:7
Bernie 198:13,15 210:20
best 23:9 82:8 94:9 116:1 258:12 289:12
Bethesda 3:19
better 48:19 132:16,19 142:8 159:10 180:20 181:10 221:14
Bhattacharya 3:17 7:7
big 27:21 33:16
bill 40:7,7 42:13 55:15 84:16 91:15 141:22 255:9 270:2
billed 231:2
biotechnology 11:4
bit 39:15 47:13 85:4 105:15 113:11 143:20 168:9 217:2 219:10
black 257:7
Blair 36:14
blamed 17:19
Bldg 4:19
blurred 284:4
bodyguard 37:4
bold 108:20,20 116:14
bolded 109:3,20
bonus 188:5
book 37:5
boss 191:10 211:1
bother 269:18
bothering 20:13 92:16
bottom 59:2 60:18,19 114:18 155:21 158:14 158:16 187:8 219:15 259:8
bound 171:17
Boxun 270:4 271:1,9,13
break 14:22 38:4 44:15 46:5 62:22 96:15,16 129:2,4 167:2,9 188:20 250:11 279:22
breakfast 249:15,16
breaking 166:4
Brief 13:20
bring 127:9
brings 33:12
broadcasts 63:13
broken 70:17
brother 60:22 65:7,13
brought 31:19 41:3

179:17 263:12
Bruno 249:20,22 286:8
bubble 206:19
build 289:10
building 3:18 142:21
bullet 135:9,10
business 107:10 123:3 197:6 216:20 267:11 267:14 268:13 281:21 282:8,9,13,14
Businessman 4:13
busted 35:16 93:16
buy 26:14
buying 136:17

C

C 1:1 3:1 6:1 114:20
C-E-D-A-R 26:2
cadre 259:12,17
California 6:4
call 26:3 45:12 115:10 219:16 268:1 271:21 273:11 278:19
called 11:8 12:15 17:19 18:6 26:8 29:4 40:7 57:22 133:22 162:11 162:16 169:20 176:21 184:7 186:8 230:18 269:15 270:3
calling 217:13 274:2
calls 243:17 244:1,15,19 257:3 263:21 266:2 267:6,17 278:6
campaign 137:1 249:18 268:9 286:8,13
cancel 57:16 58:13 255:22
canceled 255:21
cancellation 255:12,16
cancelled 57:22
capabilities 199:9
capability 139:3,9 165:5
capacity 36:21 165:2 243:8,9
Caper 4:14
Capital 26:11 27:3
cards 167:18
care 213:5 266:10,11
cared 266:9
career 10:2
careful 165:17,18
cares 67:17
Carol 252:16
carried 10:11
carryover 193:5
case 1:7 2:6 6:12 17:17 20:12,14,20,21 21:2 22:3,14 23:15,18 24:8 24:13 25:7 27:17 40:6 58:2 61:21 90:17,21 92:11,18 98:2 121:20 121:21 141:10 171:11 171:17 184:9 185:14 251:15 256:3 258:4 263:13 269:6 279:8 283:4 293:20
cases 268:17
cash 250:1,2

categories 235:18 290:8
Catherine 1:20 2:16 296:2,18
Cathy 6:14
caused 269:13
caution 50:15 122:18 123:1
cautioned 123:2
cautions 124:5
cautious 124:9 182:11
CCP 123:12 227:22 228:5 249:20 267:22 269:2 271:21 272:20 279:13 283:4,11,16,19 283:20 284:2 285:4 286:6
CCP's 243:9
Cedar 24:22 25:20,20
Celestial 186:9
cellphones 93:16
Center 43:15
CEO 57:20
certain 78:1 79:14 106:15 121:13 163:12 173:21 242:1 265:7 285:22,22
CERTIFICATE 295:1 296:1
certified 4:16 75:4,11,12 99:16
CGP 227:21
CGP's 228:2
Chaing 198:16
chairman 12:7,11 112:14,16 115:10 116:1,17,20 117:18
chance 11:20 14:22
change 15:11 32:22 33:16 34:7 113:19 114:14 117:13,16 132:2 269:18
changed 15:18 63:4 206:15 214:20 249:5 254:7
changes 16:6 169:18 209:15 219:20 221:9
channels 270:2
chant 115:2
characterize 272:18
characters 103:19 108:20 109:2
charge 57:5 185:10 186:1 192:21 195:16 195:16
Charles 57:7
chat 19:22
cheap 203:13 204:1,3
cheat 19:19
cheated 17:20 18:2 24:9
cheating 24:13
check 151:13 191:15
checked 152:7 154:3
checking 152:1,2
checks 154:5
Chen 31:3 38:2 102:17 102:19
chief 176:5
chief's 175:16

children 184:17
China 9:12,13,14 10:17 11:9,12 12:5,9,15,19 12:22 13:6 33:17 51:22 60:20 66:15,20 68:6,20 94:11 95:3,10 115:4,11 123:11 183:9 184:3 254:15 256:11 256:19 257:3 259:11 260:13 261:9 263:20 264:4 267:16 272:21 284:6 285:5 286:7
China's 4:13 10:8 175:7
Chinese 4:10 5:7 10:9 10:12 12:11 21:3,7 22:7 30:2 31:2 33:21 34:14 35:21 36:5 43:2 43:9,16,19 44:2 45:4 45:14 47:3 54:14,15 56:11,15 57:13 59:7 60:11,22 69:10 70:11 71:6,21 72:15,16,18 74:14 80:10,12,16 81:3,11,15 83:2,20 84:10 85:5,17 87:4 88:20 91:19 93:8,13 93:20 94:7,12 99:22 100:6 101:3 102:13 103:13,19 104:5 105:6 105:10 106:11,15 107:15 108:20 109:2,8 110:10 112:19 113:17 113:18 115:6,7,20 116:2 120:15,22 122:21 123:8 124:21 128:20 163:22 175:19 176:5 181:14 182:1,4 182:4,19 183:2,4,8 204:3 238:3 240:16 253:14,18 254:2 256:20 260:16 261:15 268:19 269:17,22 270:8,18 285:14,20 286:10
choice 110:8 111:5
Chun 38:1
chunk 169:11
circumstance 92:8 207:8
circumstances 276:14 277:10
cited 56:15 66:17
citing 251:10
citizen 9:21 44:12
Citizens 11:9
City 3:4 149:13
claim 62:4 66:10 71:22 261:15 286:4,6
claimed 195:20 237:5,12
claiming 173:18
claims 93:1 185:14
Clark 3:18 20:12,19,21 21:1,5 22:1,5,8,9 61:17 86:5,22
clause 157:1 205:12
CLE 187:6
clear 49:4 56:1 59:17 60:7 86:5 97:5 123:6

135:7 159:3 167:15 214:13,13 225:11 226:5,16 264:9 289:15 289:15,19
clearer 8:22
clearly 92:13 149:17
client 63:9 154:22 225:13 275:22 276:1 276:12,16 277:8,12 280:13,15 281:6,6
clients 280:8
Clinton 292:13
clip 75:16 76:3 83:6 101:22 102:2 104:12
clips 130:5
close 59:6 60:10 128:21 249:19
closed 84:5 259:11,13
closely 269:22
closer 101:1
Club 255:16
coercion 110:8 111:9
colleagues 24:1,17
collect 188:5 240:12
collecting 289:16
college 9:13 11:2
colon 109:2
Columbia 2:18 296:20
come 9:17 39:17,21 45:18 89:13 90:18 122:6 123:11 127:3,20 129:5 138:18 142:9 153:20 154:15,17 159:8 161:17 162:1,11 162:16 163:11,16 174:5,16 190:14 191:11 225:6 249:2 250:22 261:10 265:7 265:18 266:20,21 269:10 277:19 278:17 285:21 292:18 293:19
comes 24:15 63:16 122:20 123:12 138:17 172:19 183:21 281:15
comfortable 122:15 236:13
coming 139:22 153:12 178:9 196:8 200:5 271:1
command 216:19
commander 249:19
commencing 2:15
comment 191:7 204:2 205:6
commentary 150:20
comments 62:1,2
commercial 293:20
Commission 295:22 296:21
committed 33:21 34:1
common 144:9,16,20,21 145:2,7 175:9 182:15
communicate 16:13 17:5 94:8,12,19 159:10 180:20 181:10
communicated 45:9 221:17
communication 14:14

41:5 42:11 45:19,20 62:21 127:7 128:8
**communications** 16:10 17:8,15,16 20:9,11 92:12 132:20
**communist** 12:12 30:2 32:7,10 33:22 43:2,9 43:12 45:4,14 47:3 53:20 54:7 74:3 83:21 108:10,17 115:4 122:21 123:8 124:21 138:19 227:2,5 238:3 240:17 246:13 249:17 249:17 253:14,18 254:2 256:20 257:10 259:13,17 260:1,12,22 286:12
**Communists** 270:19
**community** 11:2 81:9
**companies** 37:8 44:2 184:17 264:15
**company** 26:8,10,16,16 169:20 182:20 183:8
**compendium** 141:18
**competition** 13:8
**compile** 173:19
**complaints** 269:19
**complete** 82:21
**completely** 74:2,5 82:15
**complex** 158:19
**complicated** 81:6 256:20 265:20 284:7
**compound** 173:16
**comprehensive** 4:17 274:20 275:20
**computer** 75:20 101:1 105:21 123:20 163:12 288:21
**computers** 93:16
**concern** 33:20 179:22 215:22 218:1,2 221:9 225:10 251:10 273:2
**concerned** 92:9 179:16 212:5,10 215:1,14 291:8
**concerning** 4:19 262:11 273:8 276:22 278:21 281:7
**concerns** 126:7 218:3
**concluded** 294:7
**concludes** 294:3
**conclusion** 243:17 244:1,16,19 274:2
**concrete** 279:12
**concurrent** 277:7
**condition** 107:5
**conditions** 108:3,4
**conference** 236:11,14 236:16 255:11 261:12
**conferring** 156:13
**confers** 280:22
**confidential** 5:11,18 171:11,12,21 182:9,20 280:7 282:17,20,21 283:1,2
**confirm** 162:8 264:10
**confirmed** 139:11
**confiscated** 34:4
**confused** 169:1 202:13
**confusing** 126:17 155:13
**Congress** 10:15 11:12
**connected** 268:19
**Connecticut** 3:12
**connecting** 122:15
**connection** 91:8 96:7 264:21 273:3
**consider** 33:3 115:22
**considered** 34:3 290:4
**considering** 45:3 161:10 218:15
**consistence** 274:3
**consistent** 67:2 260:3
**consortium** 43:21
**consulate** 269:22
**consulted** 178:8
**consume** 83:22
**consumes** 157:16
**contact** 181:3 251:9,20 293:2
**contacted** 41:18 44:21 292:19
**contacts** 15:15 96:14 120:12,14,22 151:13 152:2
**contain** 243:12 290:15 295:4
**content** 92:6 199:19 208:15 271:14
**contents** 161:15 224:9
**context** 111:12 161:15 284:9
**continue** 38:18 45:11,12 77:3 108:19 138:18 143:13 153:7 156:5 243:1
**Continued** 101:19
**continues** 154:3 202:6 206:18 207:3
**continuing** 89:21 193:18
**contract** 19:3 28:19,20 157:1 158:9 166:12,15 167:2,9,16 168:5 169:9,17 179:9,17 181:16 182:5 185:3 186:12 189:17 196:9 201:6,10 202:14,18 205:12 207:4 212:19 213:8 214:13,17 215:16 218:7 220:16 220:22 225:17,20 235:3,14 241:11 243:3 244:5,8 245:15,22 262:12 265:19 273:1,6 273:12 275:7 287:15 288:15 292:21
**contracting** 181:15
**contractor** 274:11,17 275:17 276:11,17 277:6
**contracts** 139:8
**contractual** 196:6
**contribute** 44:18 117:12
**contribution** 261:13
**control** 110:19 175:7 213:17
**controls** 49:18 105:20
**conventional** 127:4
**conversation** 22:16 24:12 86:20 88:7 139:4 156:4 158:1 202:6 250:4,5,9 261:9
**conversational** 248:1
**conversations** 22:13 50:10 87:18,19 287:13
**convert** 115:22
**convey** 125:5,5 232:5 291:19 292:4
**conveyed** 232:18
**conveying** 157:7
**convince** 285:16
**convinced** 46:1
**cooks** 37:5
**copies** 141:7
**copy** 14:18 99:22 141:5 141:9,11 274:8
**core** 112:15
**corner** 131:5
**Corporation** 1:5 2:4 6:22 262:5
**correct** 8:7 11:18 12:3,6 15:13,19,20 22:6 25:20 31:5 32:3,21 39:8 46:22 47:19 50:18 57:1 73:5,8 85:10 89:1 90:11 98:16 102:22 103:6 107:21 108:6 109:8 113:13 114:3,22 115:6 117:5,11,14 124:12,13 125:4 137:19 138:1 140:9 141:2 142:16 145:11,14 149:15 152:13 157:14 158:4 167:3 179:4 188:10 189:19 190:8,13 196:14 198:14,22 204:22 210:1,4 218:13 242:11,21 251:7 260:17 270:15 272:22 279:14 280:10 281:22 284:3,12 287:18 288:5 290:8,9 293:1 295:4
**correctly** 16:5 73:2 107:12 112:17,18 116:21 195:15 273:5
**corrupt** 32:9 139:14 283:12,13
**corruption** 43:13,17,17 43:20 44:6,8 53:19 119:16 138:21 175:19 226:22 240:16 246:13 279:12 283:14
**cost** 173:9,18
**costs** 72:19
**Council** 281:18
**counsel** 6:16 7:21 10:22 13:22 14:14 15:4 48:22 49:2 50:11 51:17 62:12 74:19 82:14 86:1,2 87:7,8,12 87:18 88:10 89:22 90:17 92:1 100:10,13 130:11 261:21 275:6
284:22 296:10,14
**counterclaim** 28:1,2 90:19
**counterfeit** 233:16
**countersued** 268:12
**country** 10:7,9,13 13:6 110:20 131:19 164:18 164:19,20 165:18 249:19
**County** 99:17
**couple** 8:4 22:13 221:14 226:6 236:5 284:19
**course** 13:13 22:11 24:3 42:14 50:16 205:19 283:21 285:18
**court** 1:2 2:1 6:14 7:13 25:13 72:11 74:14 99:17 211:19
**cover** 14:22 27:13 171:10
**covered** 27:18 226:7
**coverup** 243:10
**CPP** 257:1
**crackdown** 10:8
**cracks** 256:21
**Craft** 177:2
**create** 28:3 135:18
**credit** 26:15 167:18
**crime** 291:9
**critical** 272:13
**criticize** 78:1
**criticized** 269:12
**cross** 35:7
**crosscheck** 230:11
**crossed** 35:18
**crowds** 108:11
**Crump** 1:20 2:17 6:14 296:2,18
**current** 71:5 109:1
**customs** 234:5 278:15 278:20
**cyber** 21:3 56:11 58:3,14 255:20

**D**

**D** 1:1 3:3 4:1 6:1 114:20
**D.C** 1:15 2:15 6:10 10:18 42:12 293:8
**damage** 271:21
**damages** 280:13
**damaging** 21:8
**Dan** 82:10
**danger** 215:2
**Daniel** 3:14 7:11
**dark** 197:6 199:7
**data** 44:1 62:4 276:3 277:21 290:16
**date** 6:8 147:6 174:9 178:22 197:21 198:5 223:6 225:17,20 255:6 255:17 293:5
**dates** 149:10
**daughter** 38:2 184:10 185:12
**David** 136:17
**Davidson** 57:7,10
**day** 15:4 92:19 129:13 147:11 149:13 152:20
187:3 202:21 205:4 221:11 295:14
**days** 75:9 199:20 204:16 206:5,6 207:5,6,7,13 208:9 211:12,12 221:14 282:21 283:1
**deal** 123:2 179:4 210:17 244:10
**dealings** 180:14 190:14 280:7
**deals** 132:16 258:5
**death** 65:13
**debatable** 68:2
**deceitful** 72:15
**December** 146:2,17 149:14 150:17 153:9 154:12 155:22 156:20 157:10 162:5 186:19 188:14 197:5,19 199:7 201:11 202:14 204:14 205:4 218:6,15 219:21 220:3,14
**deceptive** 70:12
**decide** 110:19 191:21 218:20
**decrypted** 288:16
**dedication** 112:15
**deep** 32:7
**defects** 32:10
**defend** 112:14
**Defendant** 1:6 2:5 3:9 261:22
**defendant/counterclaim** 1:9 2:8,13 3:2 7:2,22 130:12 285:1
**defined** 157:2 205:13
**definitely** 33:18 65:7 128:17 149:22 183:7 197:15 202:20 205:10 263:22 291:14
**definitively** 70:18
**degree** 9:15 11:4
**delete** 15:19 16:16
**deleted** 15:8,9,22
**deliver** 19:17 166:18 203:12 206:14 208:6 275:3 276:7,20 277:15 288:11
**deliverables** 157:2 167:14 194:22 205:13 205:20 206:11 207:13 228:22 233:2
**delivered** 273:9 277:9,20 279:15 289:22
**delivery** 289:21
**democracy** 10:14,14 11:13 33:17
**demonstrating** 116:19 117:17
**demonstrations** 50:22 51:5
**denied** 258:16 259:9
**deny** 19:9,11 162:8
**dependable** 206:12
**depends** 78:20 111:18 271:3,14,15 274:4
**deponent** 6:13 295:1
**deposed** 8:10

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 4

**deposit** 126:1 157:3 158:4 169:12 205:14 207:7 219:18 220:5,18 223:9 224:5,6 264:20
**deposition** 1:13 2:12 6:9 8:8 33:14 38:14,16 63:6 82:13 96:21 170:17 189:4 196:17 263:16 294:4,6 296:3 296:5,8,12
**derail** 33:18
**described** 99:4
**DESCRIPTION** 4:7
**deserve** 79:21
**designate** 283:1,2
**designated** 5:10,18
**designation** 231:8
**desist** 107:6
**desperate** 272:20 285:5 286:6
**detail** 45:17 146:15 194:8
**detailed** 167:17
**details** 9:9 179:9 193:17
**detain** 70:13
**detained** 69:5,11 70:2 93:13
**detected** 82:18
**detention** 261:17
**determine** 122:14
**determined** 164:12
**determining** 205:19 206:11
**development** 260:5
**deviate** 194:22
**devote** 112:13 114:7
**dialogue** 204:20
**dictatorship** 74:7 228:3
**died** 61:1
**difference** 184:4
**different** 10:20 18:16 20:15 22:13 24:10 37:4 44:4 51:2 63:6 66:17,19 72:16,20 74:3,5 113:12,12 154:19,20,22 184:3 211:12 214:14 227:13 229:3 235:18 256:7,8 260:4,9 270:2 284:13
**difficult** 28:4 33:7 195:8 240:13 243:13 263:10
**difficulties** 244:11 246:15
**difficulty** 195:20
**dig** 165:2 246:12
**digital** 17:1,5
**dinner** 99:2 255:8,18
**dinners** 99:3
**direct** 56:7,9 65:15 117:21 201:11 258:5
**direction** 46:2 296:8
**directly** 17:13 55:1 96:12 183:4 188:15
**director** 10:22 26:7 184:11
**directs** 276:16 277:12
**dirt** 119:17,21
**dirty** 269:7

**disagree** 24:10,14 93:1 113:21
**disappointed** 195:5,19 210:5 228:20 239:21 246:8
**disappointment** 209:19 228:21
**Discipline** 35:16
**disclose** 50:17 145:10 145:16 236:16 280:7 283:3,5
**disclosed** 60:19
**disclosures** 50:6
**discover** 276:17 292:8
**discovery** 50:7
**discrete** 182:22
**discuss** 23:17 24:8 31:19 85:21 159:20 173:1 177:11 181:13 195:11 239:21 245:14 251:18
**discussed** 17:13 18:6,14 24:7 27:14 44:17 53:10 87:19 95:19 98:17 127:3 136:17 137:9 138:4,7,13,14 138:22 139:1,2 146:13 146:17 149:2 162:6 164:15 224:19 250:20 282:18 283:22 289:22 292:8 293:4
**discusses** 100:9,9 218:2
**discussing** 38:17 146:8 157:12 190:12
**discussion** 18:17 24:3 28:17 29:17 51:16 52:3,17 54:1 63:22 65:11 136:20 137:21 141:13 154:3 167:14 167:14 245:19 262:16 262:19 292:19
**discussions** 47:2 48:13 48:17 50:17 62:7,12 63:16 136:7,21,22 138:3 152:12 157:11 215:15 220:21
**dishonest** 252:6
**Disk** 96:17,20 188:22 189:3 294:4
**dispute** 38:12 190:8
**disputes** 186:13 190:1
**disrupt** 38:13 138:19 226:18,20 271:20
**disrupting** 38:15
**disruptive** 45:11 124:21 257:9
**dissatisfaction** 289:13
**dissident** 4:10 50:21 72:1 73:2 84:4,9 121:9 226:11,15 261:11 267:5,9,14 270:7,8 272:16,19 283:16
**dissidents** 71:22 72:17 78:2,17,20 79:1,14 83:10 84:19 261:9 268:1,2,4,10 269:3,9 269:14 270:10,16 271:1,19,20 272:10

283:20 284:1,1 286:10
**distance** 75:21
**distribute** 74:17
**distribution** 134:18
**District** 1:2,3 2:1,2,17 296:20
**disturb** 227:2
**doc** 191:11
**document** 100:3 106:1 107:20 113:5 131:1,12 132:16 134:21 135:5 140:22 172:4,9 223:14 291:16 292:6
**documents** 14:10,18 17:2 59:8 60:12 127:9 129:6 171:11 279:7 291:3,8
**doing** 92:20 109:3 139:7 166:12 226:17 230:12 247:4,7 257:9 259:22 260:22 266:21 267:16 268:11
**dollars** 72:2 211:21
**domestic** 12:4
**doubt** 114:9 124:15,19 266:6
**DPP** 281:18
**drafting** 273:1
**drag** 269:8
**Dream** 12:15 116:2
**drink** 148:3,8
**drive** 5:2 130:5 277:20 278:1 289:2,6
**drives** 228:13 229:7,17 230:2
**drop** 21:5 107:10 108:14
**duly** 7:18 296:5
**Duncan** 248:5

---
**E**
---

**E** 1:1 3:1,1 4:1 6:1,1 114:20 130:1,1
**E-mail** 164:2 207:20 218:1
**eager** 142:7 202:22
**earlier** 11:15 55:15 84:18 85:4 102:21 106:9 130:14 147:1 168:9 179:16 222:7 226:7 250:19 254:9,22 257:12 260:4 262:9 286:15 290:21
**earliest** 23:18 24:2 154:15,16
**early** 23:12 24:18 30:22 46:18 91:12 145:18 146:17
**easier** 183:8,20
**easiest** 207:21
**east** 23:3
**Eastern** 1:5 2:4 6:12,22 37:11 96:8 141:1 169:21 184:7,11 185:10,14 189:17 222:20 251:14 262:5 265:10,12 277:21 278:4 282:9 286:18

287:3 289:5
**Eastern-000006** 277:5
**Eastern-000009** 222:18
**economic** 98:10
**Eddie** 6:19 7:4 38:6
**edgreim@gravesgarr...** 3:5
**educate** 11:12
**educated** 9:12
**education** 9:11
**EDWARD** 3:3
**effect** 164:3
**effort** 33:9 43:8 44:19 271:21
**efforts** 32:1
**eight** 21:14,16,17 27:11 109:2
**either** 15:7 29:10 30:21 36:6 37:15 50:17 62:16 69:3 88:3 124:2 174:18 176:17 181:15 207:4 210:18 211:21 255:8 257:13,15
**elected** 10:10
**element** 261:5
**Eleven** 273:19,20
**Ellman** 3:10 6:21
**embassy** 273:19 270:1 281:19
**emergencies** 276:17
**emoji** 150:9
**emojis** 150:10,12 187:12 191:18 197:16
**emoticon** 150:12
**emoticons** 150:5,7,9,11
**emphasis** 113:13 166:8
**employed** 296:11,14
**employee** 6:6 296:13
**employees** 34:3 107:1 168:1,4 227:19 267:22
**employing** 269:2
**enable** 131:22
**encounter** 89:15 90:2
**encourage** 101:5
**ended** 18:8,13 176:7
**ends** 113:16 188:22 206:19
**enemy** 35:4 261:3
**engage** 111:14 116:17
**English** 80:9,15 104:15 105:11 106:14 108:21 109:20 110:3,4 113:15 113:19 116:14 128:1
**enlarge** 105:15
**entail** 12:22 13:8
**enter** 287:17
**entered** 158:11
**entire** 21:4 77:2 98:11 101:2 102:2 110:18 118:19 160:16 199:21 282:20
**entirely** 173:3
**entities** 29:10 49:18 181:15 182:21 281:21 282:7,11
**entitled** 6:12 63:18
**entity** 29:4 72:3 182:4,22 183:11,21 184:6 185:4

186:8 271:10 280:4 281:14
**erase** 16:9
**errands** 37:5
**error** 105:10
**erupted** 186:13
**escape** 267:9
**espionage** 251:1
**ESQ** 3:3,10,17
**establish** 62:10 67:6,10
**established** 53:1 61:12 61:14,15 62:7 125:18
**estate** 26:14 136:11,22 137:13,14 142:16 154:11
**evading** 260:13
**evening** 205:5
**event** 56:22 57:4,5,16 58:7,13 236:4 255:17 255:22 293:18
**events** 58:4 137:16
**eventually** 102:1 279:19
**everybody** 15:14 17:4 24:15 75:2 82:1 123:11 141:15 217:19 260:12 261:12 267:9 270:9 293:19
**evidence** 45:13 56:15 83:1,3 139:14 268:15 269:19 278:11,14,19 279:12
**evidence-based** 138:20
**evolution** 227:12
**evolved** 227:21
**exact** 174:9 242:6 255:17
**exactly** 25:8 32:16 52:15 57:21 67:1 68:9,10 69:3 97:11 101:21 104:1 105:8 127:2,8 137:5 147:5 149:21 153:4,6 169:7 174:16 174:17,19 196:10 214:1 232:21 234:21 242:4 255:6 260:21 267:2 293:5
**exaggerated** 113:11
**exaggerates** 32:16 173:21
**exaggeration** 174:3
**EXAMINATION** 4:3 7:21 130:11 261:21 284:22
**examined** 7:19
**example** 34:7 136:16 219:14 235:15 239:20
**exchange** 190:2
**excited** 188:6
**exclamation** 113:16 115:11 116:2 191:10
**excluded** 28:17 29:17
**exclusively** 162:3 218:11
**excuse** 233:3
**exhibit** 5:1,10,13,18 13:21 14:1,5 55:10,14 74:21 88:11,15 99:11 99:15 100:11 130:6,9 130:19,20 131:6

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 5

134:14,15 135:2,11
140:12,13 151:10
157:20 170:13,18,18
186:20 189:11 193:12
196:17,18,21 202:1,8
203:1 222:12,13
223:21 250:21 257:19
257:19,20 271:4,5
**exhibits** 4:6 130:7
**exile** 254:7
**expand** 139:13
**expect** 122:22 289:5
**expectation** 214:14
**expected** 235:21 243:14
278:5
**expecting** 289:19
**experience** 42:11
**expert** 272:4
**Expires** 295:22 296:21
**explain** 82:9
**explained** 118:13 119:14
**explains** 102:13 118:17
**explored** 45:21
**expose** 32:8 45:14 53:18
119:14,16 139:15
211:19 226:22 236:12
238:3 240:16 246:12
262:22
**exposed** 21:6 44:1
119:21 122:19 212:12
**exposure** 111:4 138:20
**exposures** 109:21 110:7
**express** 78:7,16 109:10
117:22 118:2
**expressed** 74:2 79:2,8
79:13 225:10 228:20
289:13
**extensive** 63:11
**extent** 50:16 75:11 98:14
105:2,3 208:2
**extract** 165:21 166:19
**extracting** 195:20

**F**

**F** 1:1 114:20 130:1 195:5
219:16 221:11
**fabricate** 268:16
**face** 263:9
**face-to-face** 17:1
**facilitate** 160:13 265:18
**facilitator** 49:2 56:6
**fact** 17:7 58:12 62:18
64:9 88:3 97:12,16
107:15 136:10 138:5
145:12 198:12 257:14
259:1,15 264:20
282:20
**fact-based** 138:20
**facts** 61:18 63:14 64:8
67:7 89:22 92:12,18
94:2 234:17
**fail** 204:2 205:12 262:21
**failed** 157:2 195:8
206:13 240:14 246:10
246:14 269:11
**failure** 221:18
**fair** 11:22 25:17 31:22
46:19 82:17,17 116:4

246:18 247:3
**fairly** 121:13
**faith** 73:11 77:18 112:15
**fake** 81:10 268:1,4,10,13
268:14,16 269:3,9
270:16 271:1,19 272:1
272:3,10 284:1
**fall** 39:13 44:14,17 46:19
**falling** 180:18
**false** 67:12,22 245:8,12
271:19
**familiar** 27:4 31:18 171:5
177:6 270:3 279:2
**families** 36:13
**family** 36:13 37:21 38:10
43:20 104:20 176:6
227:18 239:8 254:14
254:14 266:21,22
**far** 51:12 62:20 94:7 96:2
119:9 157:11 159:22
197:9 242:5
**farmer** 266:22
**fav** 188:4
**FBI** 35:16 83:3 93:13
268:22 292:11,17,18
293:2,8
**FCP** 44:9
**February** 190:3,6 195:4
287:18 288:2
**feel** 7:5 11:6 18:1 105:20
181:9 198:6,9 224:1
246:10
**feeling** 203:5
**felt** 72:7 111:13 122:15
139:8 212:17
**fiance** 57:12
**fight** 153:5
**fighting** 269:12
**figure** 197:6 202:10
289:10
**file** 1:20 11:21 21:3
**filed** 18:20,22 83:9 99:16
**fill** 138:22
**final** 114:12 222:17
282:22
**finalization** 215:15
**finalize** 186:12
**finally** 188:7 245:21
**financial** 5:15 26:6
160:15 167:18 193:9
265:9 269:11 274:18
275:3,18
**financially** 6:5 296:15
**find** 15:6 43:8 80:6,12
89:13 163:2,3,4 242:9
244:12 280:14 292:8
**finding** 246:15
**fine** 101:13 134:19 154:4
224:13
**finish** 11:1 49:11 82:20
152:16
**finished** 10:5 28:19
**firm** 7:6 19:3 21:4 22:8
61:18 269:17
**first** 7:18 8:5,9,11 10:10
14:7 25:11 26:3 30:7
30:20 33:14,14 38:20
41:3,18 45:22 46:5

56:8,10 61:2 65:3,19
66:6 71:1 76:11 77:16
90:4,7,9 98:5 102:5,6
104:11 106:6 108:18
112:12 126:19 127:2,5
127:6,10 128:12,15,17
131:15 135:22 138:17
139:1,2 141:22 146:21
147:7,11,15 149:3,22
149:22 151:18 164:6
165:1,4 174:16,16
184:6 187:9 194:2
195:13 197:4,5 198:3
206:2 207:13 224:13
230:11 235:7,11,22
236:5 255:1,2 273:12
273:12,14 274:14,19
274:20 275:4,16,19,19
276:7,13,21 277:8,17
288:10 289:20
**fish** 168:19
**five** 20:15 46:8 96:12,15
103:12 112:11 117:3
135:9,10 195:6,14,21
196:3 231:16 239:2,22
240:7 241:2,4,19
242:2,3,6 293:5
**five-** 96:16
**flip** 145:21 206:3
**Floor** 3:11
**focus** 33:16 190:19
193:19 194:19 204:4
**focused** 20:12 127:6
133:12 137:14
**folder** 14:18
**Foley** 2:14 19:3 25:21
**follow** 12:4 120:8 183:3
190:6 194:21
**followed** 103:16 151:13
**following** 80:3 142:11
275:22
**follows** 7:19 170:20
**followup** 156:21
**forced** 21:5 111:5,10,14
111:18,18,19 132:1
**forecast** 220:4
**foregoing** 295:3 296:3,5
**forensic** 5:15 274:18
275:4,18
**forge** 122:5 143:7
**Forget** 148:10
**forgot** 29:19 95:9 164:2
234:21
**form** 8:19 13:2,4,18 20:6
24:19 28:11 29:7,11
31:13,14,17 32:14
34:9,10,15,16 35:1,2,8
35:9 36:1 37:1,2,16,17
40:2,20 42:2,3,20 43:3
43:10 45:6,7 47:6,22
48:15,16 49:7,8,15,21
51:6 52:1,11 53:17
54:8 56:17,18 57:18
58:15 59:13,14 60:1
60:13,14 61:4,5,11
62:8 64:19 66:2,11,21
66:22 68:7,17 69:12
69:13 70:4,5,9,19,21

71:10,11,18 72:4,5,12
73:6,12,22 78:4,9,13
78:18 79:3,4,10,11,17
80:1,14,20,21 81:17
83:12,13,18 84:11,12
84:21,22 85:12,13
86:19 87:6 91:9 94:3,4
94:15 104:10 106:19
109:15 110:15 118:11
120:1,18 121:12
124:17 125:7,17 137:2
138:16 148:6 151:14
156:15 160:22 161:12
161:19 162:14,19
175:13 178:19 183:12
185:6,16 186:4 192:4
192:18 194:5,14
200:13 201:2 207:15
210:13 211:9 214:4,10
217:18 220:8 222:3
223:11 224:8,16 225:7
226:12,13 227:6,7
228:6,7,15,16 229:10
229:11,19 231:10,14
232:2,10,11,19,20
233:9,22 234:1,6,7,13
234:14 236:6,7,18,20
237:6,14 238:4,5,11
238:18 239:10 241:9
242:16 243:4,5,16
244:14 246:1,22 247:6
248:12,13,20 251:22
252:7 253:6,7 254:3,4
254:16 255:13,14
256:1,12,17,18 257:16
257:17 259:3,4,19,20
260:6,7,18,19 287:8
287:19,20 288:7,19
290:10,11,17 291:12
292:6
**formal** 264:10
**format** 170:21 203:18
**formation** 164:17
**formed** 10:9
**former** 136:17 175:16
**forming** 174:21
**forth** 20:17 21:13 24:11
27:2 53:12 203:7
**fortnightly** 276:16
277:11
**forward** 32:2 122:2
124:9 154:8
**forwarded** 127:22
**found** 48:9 65:15 233:15
233:21 234:5,11 241:1
241:4 278:11,14,19
279:4
**foundation** 50:2 52:11
58:16 59:15 60:1,14
85:1 169:14 259:4
277:1 278:6
**four** 14:7,10 19:16 23:12
103:12,12 117:3
137:20 167:16 235:17
239:2 241:2,4 242:3,5
**four-page** 134:20
**fourth** 3:11 150:1
**Frank** 241:7

**Frankly** 34:17
**fraud** 17:20 233:21
234:5 278:15,15,20,21
291:5 292:4
**frauds** 24:9
**fraudulent** 245:12
**free** 105:20 224:1 270:9
270:9
**French** 3:7 7:9 16:4
17:20 18:1 19:17
23:21 24:9 26:14
28:18 29:19 38:21
39:11,18 40:9 41:3
42:10 45:22 52:10
54:3 122:7 123:2
124:2 128:13 138:7,13
139:3 141:18,22 142:6
143:2,22 145:17
151:21 156:2 159:9
163:21 167:21 172:7
180:20 186:17 188:16
195:17 219:9,16
221:12 222:2 226:2
228:14 229:7,12,13,18
230:1 231:15 239:21
246:4 262:10 263:4
264:19 288:12 289:20
291:13
**French's** 45:17 172:7
174:18 292:12
**frequent** 276:15 277:10
**frequently** 56:14
**friend** 31:7,9 33:4
152:12 154:14 156:8
160:14 199:22 200:5,8
204:16 257:4,4
**friends** 82:8 210:20
**front** 59:1
**frozen** 71:9
**fruitful** 200:1
**fruition** 190:15 250:22
**Fugitive** 4:13
**full** 160:21 216:21
228:19 274:14 275:12
275:16
**fully** 33:21 34:1 209:16
**fun** 33:15
**fund** 26:13
**funding** 181:16
**further** 93:6 130:11
160:5 204:21 261:19
276:10 284:22 292:19
293:11 296:12
**furtherance** 116:16

**G**

**G** 6:1 114:21 116:6,7
117:2 131:16 222:22
**gained** 64:17
**Garrett** 3:3 6:20
**gathered** 62:8
**gathering** 240:21
**Gavenman** 3:17 7:6,6
13:2,4 14:6 16:18
24:19 31:14 34:10,16
35:2,8,12 37:2,16
40:20 42:2,20 43:3,10
45:6 47:5 48:16 49:8

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 6

49:21 50:15 51:7,12
51:18 52:1,5,11,21
53:1,16 54:8 56:18
57:19 58:16 59:14
60:1,14 61:4,9,11 62:6
62:14,17 63:5,20 64:5
64:20 66:1,22 68:2,7
68:17 69:13 70:4,9,19
71:10 72:4,12 73:7,19
73:22 77:4 78:4,9,13
78:18 79:3,10 80:1,20
81:4,17 82:14,21
83:12,18 84:11,21
85:1,12 86:17,19 87:1
87:5,13,16 88:6 91:9
91:22 92:9 93:11 94:4
94:15,20 95:15,21
97:9 103:22 104:10
105:1 106:19 109:15
110:15 118:11 119:22
120:6,18 121:2,10,12
123:10 124:18 125:8
125:17 126:10 129:8
132:9 133:19 134:10
135:14 137:2 138:16
141:5 144:12,18 148:6
148:15,21 151:14
155:6 156:15 159:16
160:22 161:12,19
162:14,19 163:14
166:13 167:5,12 168:2
168:15 169:22 170:5
172:1,14,18 173:11
174:14 175:11,13
176:11,18 177:17
178:5,10,19 179:11,19
180:9,16 181:4,8,17
182:7,18 183:6,12,14
184:1,13,21 185:6,16
186:4,15 188:11,18
192:4,18 194:5,14
200:13 201:3 207:16
208:2 209:7 210:13
211:9 212:8,13,20
214:4,10 215:4,10,18
216:1,7 217:1,8,18
218:17 219:1,8 220:6
220:8 221:3 222:3
223:11 224:17 225:8
226:12 227:6 228:7,15
229:11,19 230:21
231:3,10,14 232:10,20
233:18,22 234:7,13
236:7,18 237:7,15
238:5 239:10 241:9
242:16 243:4,16,22
244:13,15,18 246:2,22
247:6 248:12,20
249:11,13 251:1,22
252:7 253:6 254:3,16
255:14 256:13,17
257:16 259:2,4,19
260:6,19 273:19 274:4
287:9,20 288:6 290:10
290:18 291:12
**gears** 36:7
**general** 11:12 47:1 73:11
77:18 107:2 148:12

**generalize** 137:18
**generally** 80:7,13 212:5
**genuine** 32:6
**Georgetown** 3:18
261:12
**Gertz** 40:7,7,12,16 41:6
41:18 42:13 44:21
55:15 56:2 91:15
127:19,20 130:16
139:21 142:1 255:9
**Gertz's** 56:9
**gestures** 50:13 101:18
**getting** 17:22 151:20
176:8 219:5 235:8,11
237:3,10 248:1 265:22
275:13
**gift** 256:10
**ginger** 191:6
**girl** 252:21 253:1,2
**give** 115:2 118:18
119:13 123:15 124:5
232:8 244:8 262:21
264:19 279:7 291:3,22
**given** 13:15 66:19 69:18
130:15 228:13 286:17
287:3 293:3 296:9
**gives** 207:4,6
**giving** 6:17 20:14,17
**glad** 188:6
**Glendale** 6:4
**glitches** 226:1
**global** 116:17 236:10,13
**go** 24:20 27:12 46:4,7,17
61:14 62:22 64:3,21
75:15 82:9,20 91:2
92:16 93:5 100:10,11
101:17 104:14 105:3,6
105:8 107:4 109:19
111:22,22 112:4,20
113:2 114:13 119:7
122:2 128:16 141:4
145:8 150:14 155:21
156:20 157:15 160:5
164:18 170:16 188:2
188:19 190:17 191:18
193:2 195:11 199:6,20
201:12 203:17 207:2
209:10 211:17 220:13
220:14 222:9 228:9
230:1 237:22 238:2
239:17 240:10 241:6
242:9 258:12 264:4
267:16 279:19 282:16
290:1,1
**go-between** 159:10
**goal** 33:18 227:4 260:1,8
**goals** 13:15,16 79:14
82:2 227:20,20
**God's** 256:10
**goes** 75:6 88:16 96:12
102:1 105:19 135:20
170:19 171:1 187:17
203:7 204:5 206:9
274:22
**going** 18:10 19:10,13,17
23:21 25:8,15 38:6,7
46:4,9 48:12 50:7
51:15 52:5 54:2 55:13

56:7 58:13 67:9 72:8
74:9,10,11,17,20 75:1
75:19,22 88:14 89:22
92:5,19 96:3,17 97:4
99:14 100:7,10,11,18
100:18,22 101:17
105:1 110:4 114:7
129:10 130:18,22
134:13 138:9 140:11
140:12 141:10 145:20
149:12 155:19 158:8
159:1,4,22 160:18
167:16 169:10,11,16
170:16 171:20 188:1
188:22 196:7,10,16
203:12 222:9,9,11
224:14 225:12 226:2,5
227:12 229:14 237:12
244:7 250:13 255:22
257:18 258:5 259:7
262:20,21 263:9,12
279:19 280:2,12,20
282:19 289:5,16,18
292:20 294:5
**Golden** 20:4 23:5 29:5,5
29:10
**good** 6:2 8:2,3 24:16
39:5 42:10,12 51:14
72:7 116:18 117:16
128:1,11 129:8,9
145:21 152:21 173:2
175:2,3 193:21 198:6
198:9 206:22 209:16
235:22 261:19 262:2,3
266:4 293:15,19
**Google** 272:8
**government** 10:16 30:3
32:9 43:16,19 44:2,5,8
45:15 56:15 59:7
60:11 72:18 93:15
119:15 120:16,22
139:7 163:22 182:1
195:22 198:18 257:1
260:17,22 269:17
285:14,20 286:1
292:10,15
**grandson** 175:16
**Graves** 3:3 6:19
**gray** 197:6,7,11 199:7
**great** 142:6 153:11 200:4
257:3,3 261:13
**greatest** 13:6
**green** 150:20
**Greetings** 99:20 104:18
**Greim** 3:3 4:4 6:19,19
7:3,5,9 8:1 13:7,20
14:3 16:19 20:7 25:2
25:15,18 28:13 29:8
29:13 31:21 32:18
34:12,20 35:6,19 36:3
37:7,20 38:9,13,19
40:4,22 41:15 42:7,22
43:6 46:3,7,14 47:10
48:2,21 49:10,16,22
50:19 51:9,21 52:8,13
53:4,21 54:12 55:12
56:20 57:3 58:1,6,19
59:16 60:2,16 61:7,15

62:10 63:3,8 64:2,12
64:14 65:1 66:4,13
67:10,17,20 68:3,11
68:21 69:15 70:7,15
70:22 71:13,20 72:7
72:22 73:9,14,20 74:4
75:1,5,13,15 76:2,7,13
76:18,22 77:5,22 78:6
78:11,15,22 79:6,12
79:19 80:2,11,17 81:1
81:13,18 82:12,17
83:4,15 84:2,17 85:3
85:14,20 86:10,21
87:2,9 88:1,13 89:10
90:6,13,19,22 91:4,13
92:3 93:1,4,18 94:10
94:17 95:1,18 96:11
97:1,14 98:3,13 99:13
100:22 101:5,9,11,14
101:18,20 102:4,15
103:8 104:3,13 105:5
106:3 107:3 108:2
109:13,18 110:22
111:21 113:1,7,14
114:4 116:13 118:15
119:10,19 120:3,10,20
121:6,17 122:4 123:14
123:21 125:1,21 126:5
126:12 129:1,9 130:4
130:13,18,22 131:10
132:11 133:21 134:13
134:17,20 135:4,16
136:15 137:8,17
140:1,15,19 141:6,14
141:16 142:15,19
144:15,22 148:9,18
149:1 150:3 151:11,17
152:18 155:7 156:19
157:22 158:13 159:19
161:2,16,22 162:17,22
163:9,15 166:10,22
167:7,20 168:7 169:5
170:3,10,15 171:9,15
172:2,15,22 173:15
174:20 175:20 176:13
176:19 177:19 178:3,7
178:14,21 179:7,14,21
180:11,22 181:6,12,21
182:14 183:1,10,17
184:5,5 185:1,8,18
186:7,18 188:13,19
189:6 192:8 193:1,14
194:10,16 196:16,20
200:16 201:7 202:4,16
203:8 206:22 207:1,18
208:7 209:8 210:15
211:16 212:9,16 213:1
214:7,15 215:6,12,20
216:4,8 217:4,10,21
218:19 219:3,11
220:10 221:5 222:7,15
223:3,15,22 224:22
225:15 226:19 227:15
228:11 229:2,15,21
230:5,22 231:5,12,20
232:4,12,16 233:4,13
233:19 234:3,9,16
236:15 237:1,9,17

238:7,14,21 239:13
241:17 242:18 243:11
243:20 244:2,6 245:2
246:5 247:2,10,19,22
248:14,21 250:6,10,18
251:3 252:3,10 253:10
254:8,21 255:19 256:4
256:15 257:11,18,22
259:6 260:2 261:4,19
262:13 263:14,21
264:5,22 266:2 267:6
267:17,19 273:21
275:6,12 277:1 278:6
279:21 280:11,17,22
282:19 284:19 285:2
287:11,21 288:1,8,22
290:12,20 291:17
293:10,14 294:2
**Grendl** 3:10 4:5 6:21,21
7:4 13:18 20:6 25:10
25:13,17 28:11 29:7
29:11 31:13 32:14
34:9,15 35:1,9 36:1
37:1,17 38:6,10,15
40:2,19 41:14 42:3
45:7 47:6,22 48:15
49:7,15,20 51:6,11
52:2,22 53:17 56:17
57:2,18 58:1,15 59:13
60:13 61:5,10 62:16
64:19 66:2,11,21 67:4
67:13,19 68:8,18
69:12 70:5,10,21
71:11,18 72:5,13 73:6
73:12,18 75:4,8,14
76:4,12,16,21 77:2,20
78:5,19 79:4,11,17
80:8,14,21 81:5 82:7
82:10 83:13 84:12,22
85:13,18 86:8,18 87:6
89:8 90:3,12,16,20
91:10,21 93:10 94:5
94:14,21 95:14,22
96:3,10 97:8,22
102:10 103:7,21 105:4
106:18 109:12,16
110:16 111:16 113:9
113:22 118:12 119:6
120:1,5,17 121:3,11
121:22 123:9 124:17
125:7,16 126:2,9
131:7 132:8 133:18
134:11,19 135:13
136:13 137:3,11
140:10,18,21 142:14
142:18 144:13,19
149:20 152:15 155:5
156:16 158:10 159:17
163:5 166:5,7,14
167:4,11 170:1,6
171:7 172:13 173:10
176:10 177:16 178:1
178:11,18 179:6,12,18
180:8,15 181:18 182:6
182:17 183:5,13,22
184:12,20 185:5 186:3
186:14 188:12 192:5
192:19 194:6,13

**Atkinson-Baker, Inc.**
**www.depo.com**

196:15 200:14 201:2
206:21 207:15 208:4
209:6 210:14 211:10
212:14,21 214:3,11
215:3,17 216:2,22
217:9,17 218:16,22
219:7 220:7 221:2
222:4,21 223:12
224:16 225:7 226:13
227:7 228:6,16 229:10
230:3 231:9 232:2,11
232:15,19 233:9 234:1
234:6,14 236:6,20
237:6,14 238:4,11,18
241:8 242:15 243:5,15
244:14 246:1,21 247:5
247:17,21 248:13
249:10 250:12 252:8
253:7 254:4,17 255:13
256:1,12,18 257:17
259:3,20 260:7,18
261:20 262:1,4,17
263:15,18 264:2,8
265:3 266:8 267:10
273:20 274:6,9 275:9
275:11,14 277:3 278:9
280:11,19 281:4 283:6
284:16,21 287:8,19,22
288:7,19 290:11,17
291:11 293:13,15
294:1
grievances 270:12
ground 274:1
group 10:10 11:8,10,11
26:11,27:4 54:15
175:6,17,18 176:15,21
247:8 261:11
Guardia 35:17
guess 64:3 71:2 190:5,6
224:1 235:5 240:18,20
252:14
guidance 233:5 291:19
291:22 292:1,3
guiding 132:2
Guo 4:14,20 16:11,12,14
17:16 19:9,13 22:13
23:14 26:5 27:14,22
28:10 30:20 31:12
32:5,20,22 33:4,21
34:6,14 36:8,9,22
37:21 39:19 40:1,18
41:21 42:9 44:18 45:2
46:20 48:10,14 49:13
49:18 50:20 51:4,22
52:9,18 53:5,13 54:6
55:5,19 56:9,14 59:5
59:10 60:19 61:3 62:2
63:9,13 64:16 65:5,16
65:17 66:10,15,19
67:11,18 68:6 69:5,20
70:16,17 71:14,16
73:10 74:10 77:18
80:18 83:9,16 84:4,8
85:5,16,21 86:15 87:3
88:1,21 89:3,14,15
90:7 91:8 93:7,9 94:11
94:18 95:20 96:13
98:18 99:6,18 100:9

102:16 103:1,4 104:7
106:10,14 109:10
111:13 114:9 118:2,5
118:8 119:20 120:14
121:8,18 122:9,16
123:8 124:6,11 125:3
126:1,7,14,15 127:1
127:17 131:17 132:7
132:12 133:15,16,22
134:4,9,9 136:7,10
138:14 139:17 143:4
144:11,17 145:12
148:14,19 151:12
152:3,7 154:7,18
155:17 156:13 157:8
159:12,15 160:2,12,20
161:9,18 168:11
169:19 172:10 173:1
173:18 176:7 177:9
178:4,8,15 179:3,15
180:6 184:16 185:4
186:2 191:15 204:17
205:8 209:3 211:7
213:22 215:1 218:8
220:21 221:15 222:1
226:10 230:6 231:22
232:6,9,17 233:5
234:18 235:6,10 236:3
237:3,10 238:9,16
245:11,14 246:19
247:3 248:10,17 249:3
249:8 253:4,12 255:2
256:6,9 257:14 258:13
259:1,9,16 262:10
263:20 272:13,16,18
282:12 285:5 286:7
290:4
Guo's 24:17 37:13 38:10
47:12 55:8 71:8 85:17
90:2 91:19 103:2
133:3 173:6 184:10
217:16 258:15,20
260:5
guy 81:12 201:17,21
202:21 203:3 204:4,10
204:12 249:18,20
266:13 268:17 286:9
guys 134:17 141:8
292:14

**H**

H-O 31:4
hack 22:8
hackers 21:7 22:7
half 21:14,16 101:16
Hampshire 211:2
Han 1:14 2:12 4:2 5:10
6:14 7:7,17 8:2 14:1,4
19:20 46:15 51:13
55:10 60:9 63:6 64:15
67:17 74:20,21 82:22
87:16,16 88:11 96:21
97:2 99:11 130:6,9,14
130:20 131:12 134:14
134:15 135:1 140:13
171:7 186:20 189:4,7
203:17 213:21 222:12
222:13,22 223:2 248:2

250:19 257:13,20
262:4 281:5 294:4
295:9
Han's 82:14
hand 134:13
handing 134:17
handle 41:4
handling 42:11 45:19
287:6
handwriting 131:4
Hansheng 36:18,19,20
36:22 185:9,15,19,22
266:12
happen 25:8 145:3
263:19 264:3 265:4
271:4 282:4
happened 63:7 88:3
90:8 98:21 99:1
141:12,12 170:4
237:19,20 263:6,7
happening 25:9 62:15
92:11,13 246:9
happy 143:10
hard 14:18 23:10 137:4
137:18 165:10,11
223:1,2 228:13 229:6
277:20 278:1
harvest 193:20 194:20
harvested 193:20,20
194:20
hates 260:12
he'll 9:2
head 57:20
heading 153:9
hear 72:21 75:2 77:17
78:1 79:20 82:19
87:10 103:4 184:6
185:13 191:14 245:10
278:13 279:1
heard 12:14 26:10 29:4,6
65:4 72:17 73:10
74:11 77:15 78:7,16
83:6 86:14 89:21 95:6
98:6 99:9 100:4,5
104:7,8 118:2,22
119:1,9 133:22 134:3
134:4 184:8 185:9
186:8 192:11 246:4,6
247:11 248:5 252:14
263:6 278:11,18
hearing 229:16 253:12
hearsay 67:7
heart 114:18
held 58:7 141:13
help 30:18 40:9 67:21
124:22 127:6 128:8
132:22 133:12 154:8
202:5,7 228:22 265:6
285:15,16,17
helped 43:15 118:4
268:16
helping 22:3 56:21
helps 257:2
hereto 296:14
hero 198:17
hesitation 82:18
Hi 142:6 156:2
high 249:20

high-ranking 32:8 43:16
43:19 45:14 119:15,21
163:22 240:17 257:1
highest-ranking 53:19
highly 34:18 182:9
hijacked 21:4
Hill 20:13,19,21 21:1,5
22:1,5,8,9 61:18 86:6
86:22
hire 168:5
hired 21:13 27:8 108:10
108:10,17 126:8
176:20 177:1 230:11
269:7
historic 132:2
historical 274:20 275:20
history 216:17 254:11
HK 191:8
HNA 125:12 193:9
Ho 31:2,6,6,11
Hogue 19:3 25:21
hold 76:12 82:10 110:18
119:7 184:17
Holdings 186:9
Holed 5:7
home 131:20 136:17
141:22
homeland 132:3
Honestly 202:9
Hong 27:2 29:5 71:17
107:10 121:8 183:11
183:21 184:2 191:16
Honorable 99:19
hook 158:7
hop 96:3
hope 141:10 200:1 246:9
274:3
hoped 246:10
hopefully 75:2
Hopkins 11:3
hospitality 104:19 136:4
host 102:19 103:4
hotel 5:8 37:6 146:5
187:18
hour 46:4 101:16 129:3
hours 13:22 191:8
house 162:16 163:7
172:7 174:19
houses 153:19,21
https://youtu.be/7qVm...
100:16
https://youtu.be/whK...
76:9
HUD 57:5
Hudson 43:14 44:11,13
56:12,22 57:4,15 58:3
58:13 122:19 255:11
255:20,21,22
huge 44:1 262:22
huh 13:3 175:12 216:14
human 10:1 18:8,13
234:11 278:15,20
291:4
hundred 19:16 172:8
174:2
hundreds 72:2 269:3
husband 39:4
hypothetic 237:16

**I**

idea 12:18 18:22 23:22
42:5 45:9 54:2 114:11
127:3 132:14 138:18
139:22 146:16 151:15
152:9 159:7,18 169:18
173:5 178:2,6 180:10
185:17 219:2 222:5
224:18 225:1 231:4
269:5
identification 14:2 55:11
74:22 88:12 99:12
130:10,21 134:16
140:14 222:14 257:21
identified 135:11 170:14
196:19 258:19 273:2
identify 281:6
identities 145:10
illegal 108:14 164:5,13
image 122:1
images 272:1
imagine 63:5
immediate 131:22
254:14
impact 164:21
implied 265:1,2
imply 265:4
importance 181:14
important 166:3 218:7
285:17
importantly 195:8
240:14
impression 30:5 32:4,22
165:4 234:22 242:17
imprisoned 60:20
improved 11:10
inaccurate 108:4 110:14
inaudible 83:6
incident 93:7
include 125:14 251:6
including 81:11 122:19
167:17 199:22
incommunicado 156:7
independently 217:5
269:20
indicate 152:10
indicates 209:15
individual 25:11 111:19
177:2 276:1,12 277:7
277:16
individuals 42:19 44:6
71:22 176:8 191:15
237:4,11
influence 115:22
informant 81:20
information 18:9 21:7
22:1 43:8 47:16 53:11
54:5 62:3,8,20 63:6
63:21 65:3,4,20,22
66:6 67:21 86:12
87:14 88:9 92:5,21
107:6 109:22 110:7
164:7,14,20 165:2,6
165:19,22 166:16
167:16,17 169:11
170:22 174:6 176:15
177:13 195:21 215:1
219:6 224:21 225:12

Atkinson-Baker, Inc.
www.depo.com

228:12 229:8 231:19
231:22 232:5,18 235:2
235:4,18,21 236:2,5
236:12 237:11,21
240:12,16,22 241:6,10
241:11,14,15 242:9
246:16 261:2,6,7,8
269:1 270:11,16 271:2
271:3,15,20 278:2,3
279:5 280:14 283:1,2
288:13,14,17 289:1,12
289:14,17 290:8
291:19 292:4,9 293:3
**initial** 32:4 128:6 140:4
147:1 214:1 225:16,19
229:8 290:14
**initiate** 138:7
**initiated** 136:19
**initiative** 11:9 44:12,13
116:17
**inserted** 215:14
**inside** 259:12,17 283:17
**insists** 289:20
**installed** 229:13
**institute** 43:14 44:11
56:12 57:6 58:3,13
255:11
**instruct** 51:19 52:5 53:2
244:3
**instructed** 273:22 290:3
**instruction** 89:21 119:13
119:18 233:12 289:14
**instructions** 118:9,14,17
**instructs** 9:3
**intelligence** 4:11 198:19
235:22
**intend** 283:2
**intended** 81:8
**intent** 194:2
**intention** 24:16 159:5
226:16 266:5 293:19
**interact** 216:18
**interaction** 22:4 222:1
**interactions** 21:11 46:20
260:16
**interest** 112:12,14
160:15
**interested** 6:5 296:15
**interesting** 48:9 209:18
**interests** 13:12 110:20
116:16
**interfering** 82:13
**interlude** 13:20
**intermediary** 160:11
**internal** 59:8 60:12
134:18 227:2
**international** 43:21
**internet** 177:14
**interpreter** 63:9
**interrupt** 76:18,22 77:1
**Interruption** 49:9 151:16
**interview** 54:11,17 56:9
119:12
**interviewing** 102:16
**interviews** 55:4
**introduce** 6:16 31:11
36:11,17 40:9 122:18
266:7

**introduced** 18:1 30:17
31:1 36:19 37:22 40:7
40:10 48:14 56:3
91:11 125:3 252:4
**introducing** 55:18,21
56:5
**invading** 92:17
**invest** 72:1
**investigate** 127:4
**investigated** 68:13,16,19
254:10
**investigating** 239:7
**investigation** 45:20
**investigatory** 280:8
**investment** 4:19 175:7
**invite** 142:8
**invited** 95:3
**involve** 13:11 85:16
**involved** 27:7 42:18 43:1
83:20,21 86:6 110:19
136:6 168:21 169:7,15
175:18 179:3 198:18
211:14 214:19 225:22
227:9 245:18 265:22
268:13
**involvement** 22:2
**involving** 4:18 140:16
147:2
**irregular** 276:16
**irrelevant** 38:17
**issue** 39:16 48:9 157:13
196:12 205:18 241:13
291:10
**issues** 67:18 139:8
**Italian** 252:21 253:1,2
**italics** 116:15
**items** 48:5 199:22

**J**

**J-E** 25:3,4
**Jack** 250:3
**jail** 261:17 263:22 264:7
272:21
**January** 4:22 69:6,8
100:17 202:18,19
222:9 223:8 286:18
287:7
**Japan** 142:9 143:8 156:8
252:5
**Japanese** 202:21 204:10
204:12
**Jay** 86:13
**Je** 25:3
**Jeff** 7:6
**Jeffrey** 3:17 4:8
**Jen** 176:4
**jeopardize** 28:4 265:20
**jerk** 213:15
**Jessica** 100:15
**jgavenman@schulma...**
3:20
**JGK** 1:8 2:7
**jin** 108:8,8,10,17 270:19
**Jinping** 12:10 112:16
116:20 117:18 257:3,8
**Jinping's** 112:14 115:10
115:19 116:2,17 257:5
**job** 42:15

**John** 11:3 95:16
**Johnson** 86:13
**joined** 11:8
**joint** 259:10
**Jonathan** 31:2,6,6
**Jones** 3:22 6:3
**Journal** 88:16 258:2
**journey** 153:10
**Ju** 100:15 176:4
**Judd** 210:21,22 211:1
**judge** 62:22 96:4 171:22
207:12
**judgment** 204:20
**judicial** 254:20
**July** 30:21,22 90:10
141:4
**jump** 38:6 208:14
**Jun** 31:3
**junk** 224:20 228:19,19
278:2

**K**

**K** 2:14 6:10
**Kai-shek** 198:16
**Kansas** 3:4
**Karin** 252:12,17,18,18
252:19
**keep** 17:4 51:15 64:6
130:7 155:19 182:9
188:1 203:18 208:22
247:19 257:4
**Ken** 57:21,22
**kept** 18:8 24:8 191:20
**key** 107:5 175:6 199:8
216:19
**Kicks** 4:14
**kill** 264:1,7
**killed** 65:8
**kind** 44:19 155:14
210:21 211:12 241:12
262:11 278:3 279:4
283:16
**Kleptocracy** 43:14
**KMT** 198:18
**knew** 216:17 289:18
**know** 8:15 9:2 10:12
11:13 13:5 16:5 18:4,7
18:8,21 19:19 20:14
21:3,12 22:7 23:7,10
24:5 26:7,9,13,16 27:1
28:9 29:1,1,9,18 30:3
30:22 31:18 33:13,14
35:10,13,20 36:2,4,6
36:20,21 37:6,10,12
37:15,19 38:17 39:2,3
39:3,6,12 40:12,17
42:4,14 43:17,22 44:7
45:2 46:3 48:7,13 49:3
51:22 52:4 53:10 54:6
54:10 55:2 56:19
57:12,21 58:4,5 60:3,5
61:21 62:9 63:18 64:9
64:16 65:7,9 67:20
68:5 69:1,5,9,18 70:13
70:16,17 71:3,5,8
72:18 75:18,21 76:21
81:19,22 88:5,8,9
89:20 91:16 92:8,15

94:1,13,18 95:4,7,12
95:19,22 96:1,2 97:11
97:12,16 98:5,9,19
99:4 101:12 102:12
104:12 106:20,21
107:2,22 108:17 111:4
111:18 113:10 114:7
115:14,17 117:12
118:8,19 119:14,15,20
120:2,21 121:7 122:21
122:22,22 123:3,4
127:8 128:11,14,16,21
128:21 129:2 133:2,10
133:13 134:9 137:12
138:5,21 139:1,1,6,10
140:2,7 141:12,12
144:10 145:13,19
146:15 147:5 150:1,12
151:12 152:7 153:4,6
153:15 154:15,16
156:3,4 159:14,21
160:18 161:1 163:7,8
164:8,10,15 165:4,16
166:17,20 168:17,22
169:3,16 170:2,8
171:19 172:8,16,17,19
172:20 173:4,13 175:8
176:7,12,14,17,20
177:1,12 178:4,8,15
178:20 180:3,4,12
181:1,22 182:10 183:3
184:9,10,16,22 185:11
192:6,14 194:9 196:2
196:6 198:1 203:11
208:9,13,14,16 210:2
210:8 211:11,13
213:10,15 214:19
216:12,15,21 217:2,5
220:17 222:1 223:13
224:7,20 226:2,3,7
227:10,17 231:1
233:10 235:3,19,22
236:9,11,13,19 238:1
238:12,22 239:2
240:17,21 241:12,12
241:14,15 242:6 243:9
245:1 246:9,18 247:7
248:17 249:4,7,19
253:4 254:5,6,10,13
254:18 256:2 257:13
257:15 260:11,13,15
260:21 262:22 263:6
265:19 267:2,8,8,22
268:21 269:3,5,18,21
270:8,19 271:4,9,11
272:12,14 281:10,12
282:11 284:10 285:12
285:18,19 288:12,13
289:11,12,18 290:2,6
291:1,14 292:17,19
293:20
**knowing** 71:21 179:15
181:22
**knowledge** 32:7 37:9
50:8 67:7 94:9,16
97:6 98:14 120:12,14
121:4,16 285:8,11,12
286:4

**known** 40:14 124:11
**knows** 31:18 61:20
63:18 95:5
**Kong** 27:2 29:5 71:17
107:10 121:8 183:11
183:21 184:2 191:16
**Krause** 3:10 6:22
**Kwok** 95:4,5,11 97:13
128:18 187:16 268:10
272:13

**L**

**L** 1:1
**La** 35:17
**labeled** 131:2 134:21
196:22 222:18
**lack** 132:16
**Lago** 142:8
**landed** 150:19
**Landmark** 3:11
**language** 54:14,15
214:16 270:8
**Lardner** 2:14
**large** 84:15 86:16
**largest** 54:15
**late** 30:11,22 31:9 34:18
34:21 46:18 147:3
**law** 2:13 9:13,14 10:4
19:3 22:8 50:1 61:18
115:10,20 164:18
228:1 269:17
**lawsuit** 18:20,21 28:7
83:22 122:3 190:7
262:11 263:11 269:8
**lawsuits** 83:10,17 196:9
268:18
**lawyer** 258:15,20 259:1
268:18
**lawyers** 20:15 22:5
**lay** 132:1 280:15
**layout** 132:22
**lead** 89:12
**leader** 10:7 99:19 257:3
**leaders** 102:13 106:15
227:3 238:3
**leading** 263:14,15
**leak** 43:22 44:1
**learn** 10:14 134:8 192:16
255:21
**learned** 18:2 50:16 88:7
88:9 168:19 169:3
249:5 291:9
**learning** 212:5
**leash** 70:14
**leave** 132:1 161:21
**lectured** 98:10
**left** 51:22 66:15,20 68:6
68:19 69:3 96:12,15
147:20 189:9 195:7
240:1,1,3,9,10 254:6
**legal** 31:19 49:3 61:17
84:16 107:10 115:9,14
243:17 244:1,8,15,19
270:2 274:2,6
**legally** 164:16,20
**legislative** 10:22
**let's** 23:18 36:7 38:22
39:15 41:16 46:4,7,17

56:1 78:12 81:22,22
91:7 92:20 93:5 96:14
96:15 105:8 107:4
110:17 111:22 112:20
114:1 116:6 117:1,10
122:5 126:6 129:4
140:11 143:7,13
145:21 150:14 151:1
151:19 153:7 154:12
155:19 162:5 168:8
170:16 171:9 173:18
188:19 190:17 197:6
199:6,20 204:4 208:17
208:22 210:6 214:8,9
221:8 239:14 247:19
250:10 252:11 254:22
258:9,12 273:17 279:3
280:17,17 281:13
**letter** 4:8 14:5 19:2 26:15
99:6,18 100:10 102:12
103:5,9,15,20 104:1,8
104:12,18 105:11,14
107:16 114:10 118:6
118:10 247:12
**Levin** 248:5
**Lianchao** 1:14 2:12 4:2
6:13 7:17 19:20 38:11
67:14 96:21 189:4
294:4 295:9
**life** 9:10 33:13 112:13
216:20 227:19
**light** 197:7,11
**limit** 48:12
**limited** 1:5 2:4 6:22
26:11 55:6 262:5
**line** 35:7,18 77:2 102:10
227:22
**lines** 284:4
**list** 151:4,5,20 174:18
177:10,11,14 196:4
238:20 240:8,10
289:15 291:14,15
**listen** 24:3 101:6,13
119:7 210:7,10,11
**listened** 63:12 91:18
92:4,7
**listening** 80:4
**literal** 117:21
**litigation** 84:4,9
**little** 39:15 47:13 60:18
85:4 93:6 96:1 105:15
112:6 113:11 143:19
149:4 168:9 169:1
202:13 217:2 219:10
261:20
**Liu** 11:4,5,7 31:10 89:12
**live** 26:22 33:13 37:13
**lived** 37:19
**lives** 267:15
**LLC** 1:8 2:7 3:3 6:20
**LLP** 2:14 3:10
**loaded** 228:13
**lobby** 10:15 11:11
**London** 27:2
**long** 40:14 48:8 92:19
150:17
**long-term** 132:1
**longer** 18:17 22:16

249:3
**longtime** 28:15 31:7
286:12
**look** 47:14 62:17 80:9
95:9 100:2 105:7
107:4 115:1,21 130:22
131:14 132:22 135:8
143:14 147:13 153:18
153:21 162:13 172:21
174:12,17 186:19
193:2 196:1 203:20
205:5 208:17 214:21
217:22 219:14 220:11
223:4 224:2,11 228:9
266:12 273:17 276:10
277:4 292:15
**looked** 44:3 69:1 80:10
100:3 174:11
**looking** 14:21 41:22 42:5
105:13 154:11 160:7
165:3,3 166:17 180:21
274:10 275:15 289:11
**looks** 89:9 131:13 146:5
149:12 154:2 187:6
189:21 190:3 194:15
194:18 195:11 201:20
222:22 223:1
**lose** 199:10
**lot** 33:10 44:4 52:3 75:8
146:15 184:3 268:11
284:4
**lots** 37:4 43:11,12 44:1
66:16 72:16 84:14
246:9 262:15 269:9
278:2
**lousy** 211:20
**loyalty** 116:19 117:17
**luck** 193:21
**lunch** 129:4,12 141:22
144:1,5 255:7,8,18

**M**

**M** 151:3 154:4 247:12
**Ma** 250:3
**Maestrello** 252:12,17
**main** 3:4 24:12 88:19
181:2 210:7
**mainland** 71:9 72:2 73:3
181:22
**maintain** 33:8
**maintains** 59:6 60:10
**major** 27:20 219:19
**making** 67:22 106:15
**Malcolm** 39:7
**Malware** 229:17
**manage** 170:9
**managed** 28:16,16,20
**manager** 25:1 191:21
192:3,13,17,21
**manages** 26:6
**managing** 195:17
**Manhattan** 4:14 5:7
**mapping** 43:16
**Mar** 142:8
**march** 129:5
**marching** 143:13
**mark** 13:21 74:20 100:11
140:12 222:10,11

**marked** 14:2,4 55:11
74:22 88:12 99:12
130:6,10,21 134:14,16
140:14 170:17 171:12
196:17 222:14 250:21
257:19,21
**marking** 55:14 88:14
99:15 130:19 222:12
282:19
**marks** 190:20 191:5
**Maryland** 3:19
**massacre** 10:6 50:22
51:5 125:15
**master's** 9:15 11:4
**material** 87:20
**matter** 21:11 22:1 49:1
86:6 88:3 92:22 99:17
115:20 155:17 156:14
156:18 187:4 266:1
**matters** 4:18 8:19 9:3
155:15 182:22 189:16
257:10
**McQuary** 27:3
**meal** 147:22
**meals** 148:4
**mean** 7:2 19:12 30:1
32:12 34:21 48:1
62:17 72:19 74:5
92:11,17,19 96:12
98:7 109:5 113:15
114:2 137:15 139:5
144:20 148:10,11
162:4 165:6 190:8
209:22 216:5 226:21
227:16 240:1,11 241:4
243:7 247:17 252:18
260:13 265:8 284:9
**meaning** 123:13
**means** 44:5 108:9
171:18 240:7,9 283:3
**meant** 150:12
**mechanisms** 165:20
**media** 48:1,3,7 54:15
128:8 133:11,16 134:1
134:4,6,9 261:1
269:12 276:11,22
290:4
**meet** 30:20 104:19
141:22 142:7 154:15
154:17 202:21,22
203:15 205:20
**meeting** 17:1 23:18
24:21 25:6 29:19 30:4
30:7,8 40:8,10 41:9
42:8 52:4,12,20 74:1
91:19 92:2 93:8 95:13
98:9,11,19 99:5 106:9
106:10 118:5 122:6,14
126:19 127:3,5,6,10
127:12 128:11,12,14
128:15,17 142:6,10
144:6 145:20 146:18
146:21,21 147:1,6,9
147:12,15,17 149:3,13
149:18,18 153:11
154:6,6 173:6 198:3
199:8 200:4 224:19
225:16,20 255:1,2

263:5,8
**meetings** 23:8 27:14
86:16,22 87:4,12 88:2
88:10 144:10,17
148:20 149:10 163:6
266:14
**Mei** 38:2
**member** 248:9 253:13
253:17 254:2
**members** 36:13 37:21
43:9,13 45:4 53:19
54:7 104:19 239:8
254:14,14 256:22
283:4,11
**memory** 128:11 224:12
**mention** 142:16 145:18
147:5 166:2 178:13
221:18
**mentioned** 11:15 15:4
18:15 22:12 23:21
55:15 99:4 102:20
137:14 139:6 161:14
162:9 188:4 217:3
225:9 228:1 229:13
230:13 251:20 263:8
282:13 289:7
**mentions** 136:2
**mentor** 198:12,20,21
**menu** 199:21
**message** 16:17 18:4
123:17 157:7 286:1
**messages** 5:5,14 15:5,6
15:6,8,22 16:4
**messed** 145:5
**Messrs** 259:9
**met** 22:17 32:19,20 36:8
36:13,14,14 38:1,1,11
38:20 39:6,10 56:4
90:7,9,14 95:10 98:8
128:13,15,16 143:2
147:7,16 148:4,13
176:3 197:19 198:1
248:7,8 252:12,21
253:3 267:1
**methods** 212:11
**Michael** 3:8 128:13
**mid-December** 152:11
156:12
**mid-February** 293:6
**middle** 58:20 159:5
190:21 203:20 226:3
277:4,6
**Mike** 7:10 16:4 17:19
18:1 19:17 23:22 24:9
28:18 29:20 40:9 41:3
42:10 45:17,22 52:10
54:3 122:7 123:2
124:3 138:7,14 139:2
163:20 167:21 195:17
219:10,15 228:17,21
230:13 246:4 263:4
288:12,20 289:4,20,21
**Mike's** 180:20
**Miles** 18:1,1 19:15 20:21
22:3 26:15 27:7 28:21
29:20 30:16 31:20
40:8,10 41:4 42:4
45:10 46:1,2 56:5

65:12 77:10,12,13
93:14 94:8 95:4,5,11
97:13 98:6,6,8,20,22
99:2 122:18,19 123:2
127:22 128:18 134:6
138:6 139:12 142:7
153:17 155:13 159:11
165:2,5 172:20 186:17
187:16 195:16 196:5,7
196:8 198:3 202:11
203:2,6,6 216:11
217:2,13 219:9 221:15
226:4 227:9 239:4
246:4,11 250:1 254:19
259:22 261:13 262:22
263:10 266:7 267:11
268:9,12 269:6,10,13
269:20 272:13 285:15
285:16,17 286:11
289:18,20
**Miles'** 21:6 22:21 172:6
176:6 200:19 216:20
217:12 252:18 267:8
269:13
**million** 173:9,13,19,20
173:21 211:20 250:1
**millions** 72:2
**mind** 40:18 125:2 139:17
141:8 206:15 209:15
**mine** 31:7 197:13
**mini** 60:18 151:4
**minimum** 206:6
**minute** 92:3 140:15
280:18
**minutes** 96:12,15 101:21
102:1 129:4
**Mirror** 54:11 100:8
102:19
**Mirror** 54:13
**miscommunication**
214:6
**missing** 141:9,11
**mission** 131:20 259:10
**Missouri** 3:4
**misstates** 262:13 287:22
**mistakes** 117:11,14
**mistranslation** 105:9
106:4
**misunderstanding**
213:22 214:6,9
**mixed** 136:22 137:16
155:18 203:5 282:12
**mixup** 284:5
**moment** 36:7 100:1
162:10
**momentarily** 116:1
**moments** 286:19,21
**momentum** 45:11
**money** 71:17 72:18 73:3
121:8 183:20 235:4
264:17,20 265:5 266:9
266:10 268:14 269:16
270:1
**money's** 236:9
**monitor** 165:21 166:3,19
166:19
**month** 32:20 36:12
235:19 256:9 273:12

274:19,20 275:5,19,20
275:22 276:7,13,21
277:8,9,17 287:7
288:2
**monthly** 191:9 276:13
**months** 21:14,16,17
23:11,11 27:11 60:21
124:11 274:21 275:21
**morning** 6:2 8:2,3 14:17
142:5 187:18
**motivation** 265:18
**motivations** 265:22
**move** 21:19 36:8 38:16
46:1 71:16 96:6 101:1
105:21 121:8 124:9
154:12 195:2 209:11
221:8 228:4 239:7
**moved** 151:7 227:22
**moving** 153:8
**MSS** 35:15 268:19
**Mtg** 131:5
**Mu** 176:4
**music** 103:17

**N**

**N** 1:1,1 3:1 4:1 6:1 130:1
130:1,1
**N.W** 2:14
**name** 25:5,10,19 26:1,3
31:2,3,4 57:9 95:6
107:7 145:13,16 164:9
170:22 171:2 174:17
175:21,22 177:4,6
222:19 249:20 252:15
262:4 279:20 280:4
281:14
**named** 36:17 177:2
198:13 241:7
**names** 38:3 86:5 140:5,7
145:18 151:4 152:2,8
168:8,14,19,22 169:2
170:16 172:17 173:1,7
174:6,11 175:1,9,17
178:9 233:6,7 238:10
238:17 239:5 240:5
**nation** 115:2
**nation's** 112:13,15 115:9
115:14
**national** 112:12 116:16
281:17
**nationalism** 12:19,22
98:10
**native** 266:20
**naturally** 39:5 42:15
191:6
**nature** 71:5 140:6
182:22 227:1
**necessarily** 167:13
182:19 270:22 271:17
**necessary** 102:3
**necessity** 211:21
**need** 45:13 62:22 82:3,5
82:19 92:14,15,17
101:7 107:17 113:2
114:14 138:19 154:7
170:9 191:7 196:4
209:9 265:6 268:22
**needed** 26:15 127:1

164:17 165:6,6 292:15
**needs** 133:11,12 188:4
208:6 289:9
**negative** 101:18
**negotiate** 35:21 107:1
179:17 244:22
**negotiated** 169:9 214:16
**negotiating** 36:4 179:9
188:15 219:4 257:14
**negotiation** 28:20
106:22
**negotiations** 219:6
**neither** 296:10
**nephew** 164:1,1
**Netherland** 89:6
**never** 36:19 45:16 63:15
63:17 67:14 78:14
86:14 94:7 98:6 100:5
100:5 122:21 123:2
134:3 161:20 162:8
186:10 230:8 233:2
237:20 245:17 266:14
279:15
**new** 1:3 2:2 23:2 27:2
29:5 54:16 99:16
128:16,16,18 136:12
136:18 149:13 156:3
174:18 186:13 187:15
208:3 211:1 230:1
233:7 261:5 269:22
289:21 293:8,9
**news** 65:17 71:12
201:15,16
**newscast** 100:8,20
**newspaper** 67:14 281:7
**niece's** 164:2
**night** 140:22 141:1
162:13
**Nobel** 11:5 31:9
**noise** 262:22
**Non-record** 238:13
**non-records-protected**
238:9,17
**nonpublic** 43:8
**normal** 207:8
**normally** 280:6
**Northwest** 6:10
**Nos** 5:10
**Notary** 2:17 295:20
296:1,19
**notes** 140:18
**notice** 6:18 15:18 107:7
137:20 207:6,6
**noticed** 16:4
**November** 124:10 126:6
128:20 141:4,19
142:11 143:14 147:3
147:14
**number** 35:4 46:20 47:1
59:3 116:22,22 170:21
242:7 261:3 268:10
272:9 273:18,18
278:15
**numbered** 141:3
**Nuo** 79:8 81:12,14,21
83:2
**NY** 187:10,14 188:5,6
**NYC** 204:16

**O**

**O** 1:1 6:1 130:1,1,1
**o'clock** 145:20 147:9
**Obama** 292:13
**object** 8:18 13:18 28:11
29:7 34:9,10,15 35:1
36:1 37:1,2,17 40:2,20
47:6,22 48:15,16 49:7
49:8,15 51:6 71:18
75:11 77:4 102:10
105:1 192:4 207:15
214:10 233:9 257:16
**objection** 13:2,4 20:6
24:19 29:11 31:13,14
32:14 34:16 35:2,8,9
37:16 40:19 41:14
42:2,3,20 43:3,10 45:6
45:7 47:5 49:20,21
51:7,11,12,18 52:1,2
52:11,22 53:16,17
54:8 56:17,18 57:2,18
57:19 58:15,16 59:13
59:14 60:1,13,14 61:4
61:5,9,10,11 64:19
66:1,2,11,21,22 68:7,8
68:17,18 69:12,13
70:4,5,9,10,19,21
71:10,11 72:4,5,12,13
73:6,7,12,18,19,22
76:4,16 77:2,20 78:4,5
78:9,13,18,19 79:3,4
79:10,11,17 80:1,8,14
80:20,21 81:4,5,17
83:12,13,18 84:11,12
84:21,22 85:12,13,18
86:8,17,18 87:5,6 89:8
90:3,12,16 91:9,10,21
91:22 93:10,11 94:4,5
94:14,15,20,21 95:14
95:15,21,22 97:8,9,22
103:7,21,22 104:10
105:4 106:18,19
109:12,15,16 110:15
110:16 111:16 113:9
113:22 118:11,12
119:6,22 120:1,5,6,17
120:18 121:2,3,10,11
121:22 123:9,10
124:17,18 125:7,8,16
125:17 126:2,9,10
132:8,9 133:18,19
134:10,11 135:13,14
136:13 137:2,3,11
140:10 142:14,18
144:12,13,18,19 148:6
148:15,21 149:20
151:14 155:5,6 156:15
156:16 158:10 159:16
159:17 160:22 161:12
161:19 162:14,19
163:5,14 166:5,13,14
167:4,5,11,12 168:2
168:15 169:22 170:1,5
170:6 172:3,14,18
173:10,11 174:14
175:11,13 176:10,11
176:18 177:16,17
178:1,5,10,11,18,19

179:6,11,12,18,19
180:8,9,15,16 181:4,8
181:17,18 182:6,7,17
182:18 183:5,6,12,13
183:22 184:1,12,13,20
184:21 185:5,6,16
186:3,4,14,15 188:11
188:12,18 192:5,18,19
194:5,6,13,14 196:15
200:13,14 201:2,3
207:16 208:2,4 209:6
209:7 210:13,14 211:9
211:10 212:8,13,14,20
212:21 214:3,4,11
215:3,4,10,17,18
216:1,2,7,22 217:1,8,9
217:17,18 218:16,17
218:22 219:1,7,8
220:6,7 221:2,3 222:3
222:4,21 223:11,12
224:16,17 225:7,8
226:12,13 227:6,7
228:6,7,15,16 229:10
229:11,19 230:3,21
231:3,9,10,14 232:2
232:10,11,19,20
233:18,22 234:1,6,7
234:13,14 236:6,7,18
236:20 237:6,7,14,15
238:4,5,11,18 239:10
241:8,9 242:15,16
243:4,5,15,16,22
244:13,14 246:1,2,21
246:22 247:5,6,17
248:12,13,20 249:10
249:11 251:1,22 252:7
252:8 253:6,7 254:3,4
254:16,17 255:13,14
256:1,12,13,17,18
257:17 259:2,3,19,20
260:6,7,18,19 262:13
263:14,21 264:5,22
266:2 267:6,17 275:6
277:1 278:6 287:8,9
287:19,20 288:6,7,19
290:10,11,17,18
291:11,12
**objections** 87:11
**objective** 260:8
**objectives** 131:22 132:2
132:5 133:1 135:9,11
**obligations** 196:6
**observation** 29:3 286:12
**observe** 228:12 261:1
**observed** 216:18
**obtain** 32:1 54:5 59:8
60:11 126:1
**obtained** 127:12 164:20
269:21
**obviously** 18:16 67:17
159:4 208:16
**occasion** 283:15
**Occasionally** 266:16
**occur** 17:8 23:8 140:5
**occurred** 10:6 58:14
85:8
**October** 39:1 55:16 58:8
58:8 88:16 91:12,12

98:8 124:10 255:4
296:21
**offer** 127:14 210:2
243:18 244:20 264:19
265:14 282:2
**offered** 249:22
**offering** 265:9
**office** 18:15 22:18,20,21
22:22 27:15 28:16
39:5 216:19 217:12,16
253:9
**officer** 296:2
**officers** 254:19
**offices** 2:14 23:6 136:22
**official** 89:12 93:14
**officials** 32:9 34:14
35:21 36:5 43:16,20
45:15 85:17 87:4
88:20 91:20 93:8,20
94:12 106:11 119:21
139:14,17,20 164:1
183:3 240:17 254:15
257:1,2
**officials'** 44:2 119:15
**offshore** 44:2
**Oh** 7:3 101:3 110:4
118:16 123:18 134:3
143:17 147:10 154:10
155:9 171:9 189:20
199:3 206:22,22 211:3
229:9 251:18 274:8,14
**okay** 8:10,16 9:5,8,17,20
11:22,22 12:21 13:20
14:17,21 15:1,2 17:11
19:1 22:12 25:15,17
30:11 38:5 40:12
44:10 46:3,5 47:14
49:4 50:4,8,12,14 56:7
56:21 63:3 64:2 65:19
66:5 69:17 74:16
75:13 79:7 82:5,6 86:4
86:11 87:1 90:7 91:18
93:5 97:2,20 98:22
101:10,14 104:4,14
106:8 107:19 110:6,13
113:15,18 114:5,12
115:16,21 118:1 119:2
121:15 122:5,11,13
124:3 127:13,21
128:10 129:9 130:14
137:9,20 139:21
141:17 142:4 143:1
145:21 146:14,19,22
148:19 149:11 150:14
151:1,9 152:1,14,17
153:7,20 154:2,13
156:20 157:15 158:1
159:12 160:9 163:10
167:21 170:16 171:6,9
172:1 173:16 174:21
181:1 186:19 187:13
187:17 190:2,5,10
191:4 192:9 193:11,13
194:8,8 196:16 197:8
197:12 199:3,6,18
201:8,18 202:19 203:3
203:14 206:22 207:2
211:3 220:15 221:8

**Atkinson-Baker, Inc.**
**www.depo.com**

222:7 224:9 229:5
239:17,20 242:12,12
242:22 248:9 249:14
250:10 252:4,11,14
258:12 259:7 261:5,20
263:19 265:14 267:22
271:8 274:16,16
277:19 278:10 279:10
280:6 282:16 290:7
**Old** 3:18
**once** 139:14 154:1
155:15 180:12
**online** 19:21 21:8 47:16
47:21 89:16
**open** 250:4 270:13
**opening** 77:17
**operation** 107:9
**opinion** 244:9 266:3
267:6 274:7 278:7
**opportunity** 115:2
**opposed** 23:22 228:2
**opposing** 74:7,19
**opposite** 142:21
**opposition** 261:14
**options** 31:16,20
**order** 45:10 122:14
171:8,10,11,16,17
197:6
**organization** 286:2
**organize** 11:7
**organized** 10:7 286:13
**origin** 56:11
**original** 41:2 130:7
131:13 227:10
**originally** 21:1 28:17
29:16 45:18 140:7
**os** 141:21
**ourself** 10:13
**outcome** 296:15
**outside** 164:19 165:17
171:19 283:4 289:10
**overestimate** 243:8
**overestimated** 243:8
**overseas** 107:11 108:7,7
108:15
**overthrow** 227:5,22
228:5 260:1
**overturning** 33:21
**owns** 134:9

**P**

**P** 3:1,1 6:1
**p.m** 129:11,12,13 130:3
189:1,5 205:5 250:14
250:17 280:21 281:3
294:5,6
**P.R** 45:20 127:7 133:2,2
**package** 137:7
**packet** 168:14 174:6
195:4 250:20
**page** 4:3,7 5:1,13 58:20
58:22 59:1,3 60:17
107:17 112:4,5 113:3
113:4 114:14 116:8
131:2 135:22 145:8
149:6 151:2 152:19
153:8 154:8,10 155:3
156:5 186:20 188:2

189:9,12 191:18 193:2
193:6,18 199:6 202:5
203:20 204:15 206:21
209:11 211:17 222:17
223:16 240:6 258:6,10
258:12 259:8 274:10
274:15 275:16 276:10
277:5
**pages** 14:7,8,10 88:17
103:11 105:22 137:21
149:8 171:1 189:11
295:3
**paid** 49:13,17 50:1
177:21 213:11
**Pangu** 4:18
**paper** 223:14
**paragraph** 60:18 89:12
106:7,13,14 107:5
108:19 111:12 114:13
131:15 195:14 274:14
275:16 277:6
**paren** 276:15 277:11,11
**parentheses** 99:19
**part** 54:7,20,21 55:1
65:19 77:15 85:15
106:6 114:13 119:11
137:7,15 158:9,12
210:17 211:22 214:18
227:5 240:5 244:9
267:7 290:1
**partial** 89:14
**participate** 52:18
**participated** 51:4 266:14
**particular** 16:21 63:21
64:9 65:2 101:22
121:21 200:12 269:6
**particularly** 43:13
**parties** 6:7 152:11
181:15,16 243:14
244:11 296:11,14
**parties'** 180:13
**parts** 63:12 92:21
**party** 12:12 43:2,9,12
45:4 47:4 53:20 74:3
108:17 175:16 207:4
211:21 253:14,18
254:2 259:13,17,18
281:19 282:22 283:4
286:13
**passing** 286:1
**passport** 233:16 241:13
**patent** 11:16
**patently** 64:12
**patents** 11:19
**patience** 262:6
**patriotism** 116:19
117:17
**patriots** 117:22
**pause** 101:7
**pausing** 100:22
**pay** 84:16 169:10 182:4
246:11 270:2
**paying** 126:8 180:19
**payment** 223:16 226:4
**payments** 158:19
**Peace** 11:5 31:9
**pending** 72:10
**people** 32:10 36:15

72:18 81:21 82:1
122:18 148:3 167:22
168:5 180:6 195:6,14
195:21 196:3 197:16
227:1 231:16,16,18
239:2,22 240:4,7,8
260:11,12 261:14,14
268:1,12,16 269:21
283:19 285:13,19
291:15
**percent** 19:16 172:8
**perception** 18:16 133:1
**perfect** 133:14
**perfectly** 228:1
**perform** 110:8 117:11
**performance** 287:6
**period** 160:20 225:2
277:12
**permit** 107:9
**persecuted** 176:6
**person** 17:1 32:6 57:15
147:16 154:19,20
155:2,9,11,12 159:1
160:13 171:1 176:2,4
178:17 185:4 199:9
210:21 212:18 216:19
217:12 249:3 283:17
292:2,10
**person's** 164:9
**personal** 21:8 33:4,8
135:17,18 257:4 285:8
286:4
**personally** 17:22 18:3,10
19:13 43:4 254:10
**persons** 268:14 293:5
**perspective** 260:10
**persuade** 24:1
**peruses** 106:1 107:20
113:5 131:6 135:2
151:10 157:20 193:12
202:1,8 203:1 223:21
**Ph.D** 9:15 11:1,2
**phase** 228:5
**phrase** 108:13 173:13
**phrased** 286:18
**piano** 103:17
**picture** 27:20,21 33:16
89:3 258:13 287:17
**piece** 193:8
**pin** 149:9
**pinpoint** 43:19
**place** 6:10 169:21 172:6
193:19 194:19 207:21
**plaintiff** 1:9 2:8,13 3:2
6:20 7:1,2,5,22 130:12
285:1
**Plaintiff/Counterclaim**
1:6 2:5 3:9 261:22
**plan** 56:21
**planned** 178:15 236:10
**planning** 236:11
**Plans** 4:11
**platform** 17:5 20:1 81:7
134:6 270:9 271:18
272:9
**play** 74:9 75:22 100:7
102:2 139:21
**played** 103:17 130:5

**playing** 75:19 284:11
**plays** 28:9
**please** 6:16 8:15 38:13
38:18 76:18,22,22
82:13,21 87:22 88:6
90:22 92:22 96:5
134:22 153:10 154:9
167:6 194:9 219:16
237:8 243:22 281:5
286:20
**plenty** 120:7 238:20
239:4
**Podhaskie** 3:14 7:12
20:3,9 21:11 82:8,12
258:7,16,19 259:8
**point** 8:21 19:2,15 32:2
35:22 45:9 47:11,20
93:9 110:5 113:16
115:11 116:2 126:6
133:15 143:1 153:21
158:22 166:9 168:20
170:8 179:8 181:2,3
188:20 191:10 192:10
192:16 196:2 202:11
206:13 225:12,13
230:9 232:14 247:11
279:10 282:22
**pointed** 239:18
**pointing** 239:15
**points** 101:22 135:10,10
**police** 60:22 65:8,8
111:6,18
**policy** 10:16,22 257:5
**political** 20:22 21:2 28:5
30:16,18 31:17 32:1
48:19 49:1 160:16
210:8 227:13 251:10
257:4 260:5 261:13
263:1,13 265:17,22
266:11 268:13,16
**politically** 33:9 281:7
**politicized** 293:21
**Politico** 251:14,21 281:8
**politics** 12:4 81:3 256:19
284:6
**poor** 266:21
**portion** 275:7
**portions** 86:16 87:4
**position** 24:18 26:5 34:5
35:4
**possibility** 45:22
**possible** 34:17 39:18,22
73:2 94:22 184:2
203:13 204:2 206:2
207:12 221:22 222:6
234:11 253:20,22
**post** 270:11,14 271:2
272:1
**posted** 21:8 55:3 89:16
256:10 270:16 271:5
271:19 272:10
**posting** 47:20
**postponed** 225:17,21
**posts** 270:20
**potential** 43:17 126:15
154:22 281:6
**power** 44:12 136:3 227:2
**PR** 241:3

**practice** 10:14 145:2
**practitioner** 25:22
**praising** 256:10
**pre** 127:12
**precisely** 113:20
**predict** 25:8
**preference** 213:3
**preliminary** 8:4 146:20
274:19 275:19
**prematurely** 215:2
**prepared** 10:13
**presence** 135:18,18
236:21 263:9
**present** 3:6,13 50:11
87:18 122:9 169:2
**presentation** 76:1
100:21 101:15,19
112:21 116:11
**presented** 169:2 291:16
**presents** 131:21
**president** 10:11 11:10
11:11 12:9 13:16 99:7
256:10 257:2,14
**press** 121:20 236:11,14
255:11,16 270:9
**pressured** 18:11 20:16
**pretending** 268:2
**pretty** 24:12 41:5 51:12
67:2 96:6 132:18
169:10 221:7 224:21
272:20
**previous** 155:3 193:6
**previously** 65:12 100:13
274:1
**principal** 37:10 185:14
**principle** 45:16 179:4
182:13
**prior** 262:13 287:22
**priority** 142:20
**prison** 60:22 264:1
**private** 19:22 64:7 74:1
280:8
**privilege** 9:4 50:5 51:18
52:6 53:2 61:12,14,16
62:5,9 63:1 64:7,11,17
92:10,18 93:2 125:17
**privileged** 48:18 62:21
63:14,16,22 86:20
87:19 88:2,7 92:5,21
**privy** 220:21
**Prize** 11:6 31:9
**pro-democracy** 10:11
31:8 60:20
**probably** 21:13 32:15
82:3 124:7 127:5
134:7 161:5,14 162:21
172:6,20 174:2,4
195:3 198:3 199:1
203:2 206:1 246:4
255:22 268:22 280:3
**problem** 219:19
**proceed** 7:15 232:1
**process** 62:13 243:2
**produce** 14:11 16:11
195:10,18 196:5 243:3
274:11,17 275:17
276:11 277:6
**produced** 14:18 75:7

**Lianchao Han - Confidential**
**August 28, 2019**

100:13 140:22,22
**product** 92:10,13
**production** 13:21
**productive** 199:8
**Profit** 1:5 2:4 6:13,22
37:11 96:8 141:1
169:21 184:7,11
185:10,14 189:17
222:20 251:14 262:5
265:10,12 277:21
278:4 282:9 286:18
287:3 289:5
**program** 10:5 12:14
102:20
**progress** 67:22 205:17
235:19,20 273:15
274:11,18 275:17
290:15
**project** 16:21 19:6 28:18
28:21 39:16 40:17
42:16,19 43:2,7 45:3
45:18 137:22 138:3,8
138:13,21 146:17
157:12 160:14 161:6,8
162:21 164:17 167:22
169:9,20 170:9 173:2
180:18,18 185:20
186:1 191:20 192:3,12
192:17,21,22 195:17
200:12,20 203:6 204:3
212:6 215:2 239:5
240:15 246:9,19 247:4
251:6,17,19,20 268:7
279:20 281:11 290:16
**projects** 43:18 126:15
127:1 139:5 149:5
163:8 184:18 250:20
250:21 252:5
**promote** 33:17
**promoted** 11:5
**propaganda** 115:17,18
**propagandizing** 115:9
**properties** 146:12
**property** 146:6,9 215:16
**proposal** 4:16 5:3 41:2
45:17 53:10 127:11,16
128:6 130:15 139:13
139:16
**proposals** 139:5
**proposed** 54:3 132:14
206:10 208:20 221:10
227:20
**proposing** 142:10
**prorate** 207:7
**protect** 107:1 211:4,15
211:18 227:18 292:14
**protected** 231:7 238:20
241:20 242:2,5,10,14
242:20 291:10
**protecting** 112:13
**protection** 31:17 231:17
239:3 240:8 241:3
247:12 292:1
**protective** 171:8,10,17
**protest** 10:12 52:19
60:21
**protests** 10:7
**prove** 67:8,15 279:8

**provide** 136:3 157:2
169:12 199:21 200:1
200:22 201:5,9 205:13
233:5,7 238:9,16
290:3 292:5
**provided** 26:16,17 152:2
239:19
**provides** 81:20
**providing** 291:8
**province** 266:20
**provision** 166:21 214:13
243:13 244:21 245:3
**prudent** 182:3
**public** 2:17 11:12 81:7
86:12 88:9 109:21
110:7 119:21 132:17
132:19,21 137:1
295:20 296:1,19
**publicly** 110:9
**published** 76:9 100:16
**pulled** 76:8 164:22
**pulling** 164:13 273:22
**punish** 79:14
**punished** 79:21
**purchases** 136:12
**pure** 265:17,21 293:20
**purely** 137:13 140:1
**purporting** 275:8
**purports** 99:18
**purpose** 97:6,12,21
136:3 162:18 268:5
**purposes** 237:5,12
283:4
**pursue** 24:2 25:7
**Pursuit** 4:13
**push** 195:9 210:9
**pushed** 144:1,6 147:9
**put** 28:22 35:3 50:9
70:13 73:3 74:7 79:18
90:20 103:5 112:12
157:1 195:7,16 205:11
215:2 224:8 240:12
246:9,11 264:7 270:9
271:10 272:21
**puts** 256:22
**putting** 267:15

**Q**

Q-I-S-H-A-N 176:1
**Q&A** 247:20
**Qishan** 94:19 95:3,13,20
97:7 98:10 99:5 164:1
176:1
**Qishan's** 175:16,18
**quality** 213:16
**question** 8:13,20 33:7
51:3 64:4 66:3,3,18
71:1,2 72:10 82:4,15
82:16 84:5 92:6 94:1
102:5 125:18,20
126:18 131:7,9 141:21
151:18 152:16 158:21
164:11 173:17 183:15
183:15 187:3 189:10
189:14 190:20 191:5
194:9 203:18 206:10
208:3 214:8 229:3,6
237:16 240:20 242:1,4

244:7,9 248:4 274:5
281:13 283:7 285:4
286:17
**questioning** 76:19 77:1
77:3 102:11
**questions** 8:4,13 64:8
96:5 97:5 103:2
105:22 171:4 226:6
244:4 261:19 262:7
283:11 284:19 286:16
286:22 293:11 295:5
**quickly** 282:16
**quiet** 266:13
**quite** 10:5 18:7 46:4
117:8
**quo** 171:22
**quote** 65:15 191:7
259:10,11,12,13
**quoted** 65:17
**quotes** 258:6

**R**

**R** 3:1 6:1 130:1
**radical** 259:12,17
**Ragland** 86:9
**raises** 221:9
**ramp-up** 225:2
**ran** 244:10
**ranking** 249:20
**rapport** 198:6,9
**Re-redirect** 284:21
**reachable** 156:18
**reached** 169:8
**reaches** 219:15
**reacted** 133:6,6 232:22
**reaction** 133:3,9 234:22
**real** 16:9,16 47:17 66:9
66:14 67:6,15 72:8,10
76:7 80:15 90:4,19
103:13 105:17 107:12
111:1 112:17,18
116:21 128:1 132:3
143:11 191:12 193:22
202:6 209:12 240:6
244:8 275:7,11 284:8
295:3
**reading** 85:16 90:1
241:22
**ready** 17:22 199:9
**real** 26:14 81:10 136:11
136:21 137:13,14
142:16 151:4 154:11
164:7 165:4,9,12
269:10 272:16,19
284:14
**realize** 209:3 229:22
**really** 20:16 75:3 81:7
109:5 112:5,11 124:2
158:14 165:4 177:11
195:19 197:13 213:4
214:20 218:21 224:3
289:11
**reason** 29:20 32:8 65:12
83:20 141:11 165:8
207:5 210:7 211:14
215:7 226:17 236:4
283:5
**reasonable** 219:20

**reasons** 66:17,20
**recall** 17:7 19:2,5 56:14
62:14 85:8 90:1
122:11,13,17 124:7
126:3 128:5 130:16
136:6,10,16 137:16
138:2 142:1 149:19
153:3 154:5 158:1,3
158:22 161:7,14 163:7
163:10 169:19 170:7
172:4 174:9 178:22
186:11 195:15 197:21
198:4 199:14 201:4
202:15 212:10 214:22
215:7,13 225:1,16,19
226:1 228:19 230:18
231:6,21 233:14,20
234:4,10,21 236:3,22
238:8,15 243:21 244:9
245:3 246:3 251:9,19
253:11,11,15,16,19
262:9,20 266:17 273:4
286:19 290:13,21
291:7,18 292:7
**receive** 61:17 118:17
282:21
**received** 13:21 20:2 75:6
118:8 264:17
**recess** 46:11 96:19
129:12 189:2 250:15
**recognize** 74:12 76:14
77:6 103:1 131:1,11
**recollection** 23:9 122:10
133:7 135:6 159:11
168:6 242:12,19
**recommendation** 42:13
**recommendations**
187:19
**recompense** 265:9
**reconvene** 129:13
**record** 6:17 46:9,12
64:20 91:1 96:18,22
119:7 129:10 130:2,4
140:21 141:13 152:15
170:14 171:7 189:1,5
196:19 250:13,16
279:19 280:19,20
281:2 293:22 294:5
296:9
**recorded** 86:15 87:3,12
295:5
**recording** 76:15 77:7
89:15 90:2 91:19
**recordings** 88:2 92:16
92:17
**records** 231:7 241:19
242:2,10,14,20 286:16
291:10
**recross** 293:12
**Red** 107:7
**redaction** 14:13
**redeem** 116:18 117:10
117:14
**redirect** 261:20 284:20
**reduced** 296:7
**refer** 203:6
**reference** 188:8 223:19
**references** 151:20 158:6

**referred** 281:10
**referring** 124:2 153:15
154:18 155:3 195:13
204:17 240:4
**refers** 187:15 189:16
**reflect** 130:4
**reframe** 194:9
**refresh** 224:12
**refundable** 223:10
**refused** 18:12
**regard** 67:3
**regarded** 261:3
**regarding** 4:18 78:17
88:10 292:1
**regardless** 185:3
**regards** 259:10
**regime** 34:7 35:5 69:11
70:2,11,18 71:6,21
72:15,17 73:4 81:11
81:15 83:2,21 84:10
84:14,20 96:13 124:22
138:19 226:18,20
227:2 256:20 257:10
260:1 261:3,15
**regime's** 246:13
**register** 164:10
**regular** 145:3
**reject** 162:8
**rejuvenating** 12:19,21
**relate** 163:8
**related** 48:19 268:7
296:10
**relationships** 12:2 132:17
**relationships** 33:8 39:5
43:15 64:18 71:6
264:11 289:10
**relative** 6:6 296:13
**relatives** 29:21 34:2
254:20
**release** 70:13,13 215:1
236:14
**released** 69:6,11 70:2
**relevance** 87:6 94:21
256:1
**relevant** 61:20 95:16
110:20 276:2 280:1
**reluctant** 111:5
**remain** 131:19
**remaining** 171:20
**remember** 17:10 19:7
21:15 23:19 25:5,6
26:18 27:5,11,20,20
30:4,7,15 52:15 53:5,7
53:8,9 55:7 58:9 59:12
59:19,20 60:4,5 67:1
68:9,10 69:3 86:7
127:2,7 128:7,10,12
128:18 133:5 136:9,19
137:5 138:5,15 146:8
146:14,16 147:8 148:2
148:16 149:2,21
151:20 152:1 153:6
154:1 158:2 161:13
162:10,21 165:13
166:1 168:11 169:13
170:7 172:5,5,9 173:6
173:12,14,17,20 174:1
174:10,15,17,19,21,22

181:19 182:12 194:18
198:2 199:16 202:2,9
211:7 212:4 224:3
226:2 227:8 228:8,10
228:18 229:16 230:9
230:14 231:11 232:21
232:22 233:11 238:19
239:16 246:8 250:9
252:2 253:21 254:19
255:6,9,17 262:18
267:2 273:7 285:5
290:1 293:5
**remind** 251:12
**repeat** 131:7
**repeatedly** 166:3
**rephrase** 8:16,20 34:11
43:5 69:14 72:6 167:6
183:15,19 237:8 247:1
**replaced** 180:13
**report** 71:12 143:8
213:16 215:8 234:17
242:13 274:18,19,21
275:17,19,21 288:3
**reported** 1:20 217:16
231:7 233:15,20 234:5
234:11 290:22 292:11
**reporter** 6:14 7:14 25:14
72:11 74:15 119:12
**reporting** 185:4 276:15
277:11 278:4
**reports** 214:1 224:10,15
225:5,6 243:3 273:8
273:11 274:11 275:1,4
275:21 276:1,7,21
277:9,16 287:2 290:14
290:15
**reposts** 261:16
**represent** 6:3 15:10
141:17 164:4,12
202:17 222:16 226:10
258:1
**representation** 21:5
59:10 61:3 63:10
75:10
**representations** 52:9
63:13 67:11 226:6
245:6,11
**representative** 160:12
**represented** 222:8
**representing** 6:15 7:7
21:1 285:13,22
**reputation** 42:12 265:20
**requested** 199:22
288:14 296:19
**requests** 106:15,16,21
106:21
**require** 117:17 275:22
276:15 277:10
**required** 44:8 53:11
167:2,9 229:22
**requirement** 273:14
**research** 5:6,15,16
39:16 41:22 42:19
43:2,5,12 44:4 45:3
47:12 53:14 65:10,14
65:14,16 66:15 85:16
137:21 138:3,8,12,13
139:10,13,22 140:4

146:16 157:12 163:2,4
163:8 173:18,22 175:2
175:4 176:8,15 178:16
186:1 194:12 200:19
212:11,11 229:8
230:12 237:4,13 238:2
239:5 248:18,22
262:12 264:21 273:3
274:18,21 275:4,18,20
276:12,22 277:7,16
278:21 280:8 290:4
**reservation** 33:10
**reservations** 33:11
**reserved** 266:13
**reside** 110:20
**residence** 136:3,8
**resources** 83:22 116:1
247:13 269:15
**respect** 192:12
**Respectfully** 99:20
**respond** 152:19 153:11
162:8 201:22 204:8
208:12 211:3 221:10
232:17
**responding** 187:3
**responds** 204:1 210:16
**response** 156:6 157:16
161:3 193:15 205:17
208:18 213:4,13
217:22 218:5 231:18
232:8,22 234:20 242:8
251:8
**responsibility** 140:1
**responsible** 158:18
287:5
**rest** 157:16 206:3
**restricted** 292:10
**restriction** 195:22
**restructured** 169:17
**result** 21:6 64:17 117:22
195:6,19 224:7 239:22
264:4
**results** 178:16 291:1
**resume** 107:9
**retain** 48:22
**retaliated** 57:13
**return** 157:3 158:4
205:14 207:7
**reveal** 88:6 212:1 280:4
**revealing** 107:6
**Reveals** 4:10
**revenge** 227:19
**review** 135:1 157:18
**reviewed** 48:5 55:8
63:11 133:8
**revolution** 45:12
**rhetoric** 12:18
**rid** 259:12,16
**right** 7:4 8:6 11:17 13:16
14:15,19 21:2 25:4,9
35:14 38:18 46:6
51:20 55:4,22 56:2
66:20 68:22 75:10,15
76:2 77:6 88:18,22
89:11 93:19,22 96:4
98:17 101:20 103:1
111:3,3 112:3 113:16
113:17 115:12 123:18

129:1 131:11 132:3
134:13 142:13 143:11
143:22 145:15 146:11
147:10 158:21 161:8
163:16 169:6 171:13
172:3 176:3 182:2
187:12 188:19 189:13
190:3,5,6 191:12
193:7,22 197:22 203:9
204:11 206:19 207:5
208:8,10,17 211:5
212:7 213:5,6 219:12
220:13,19 221:12,19
240:20 242:20 247:19
250:10 253:2 258:19
266:5 272:17 273:15
279:13 287:7,10 291:2
291:6 292:22 293:4,10
**right-hand** 131:5
**rights** 10:16 11:8,14
**ring** 177:4 233:16
**risk** 267:15
**Road** 3:18
**roadmap** 131:21
**Robert** 248:5
**Rockefeller** 136:18
**Roger** 286:9,10
**role** 27:3 28:9 29:9
139:22 160:10
**rooms** 37:6
**rough** 132:13 224:18
**roughly** 28:12 54:6
107:21 108:6 109:9
113:13 114:2 178:22
199:2
**RP** 195:6,14 239:22
240:7
**rule** 50:1 115:10,19
123:12 228:1
**ruling** 281:18
**run** 11:7 37:5,8
**runs** 150:18
**rural** 266:22

**S**

**S** 3:1,17 6:1 99:19 130:1
130:1,1 248:5
**s/Guo** 99:20
**sabotage** 263:13
**Safe** 153:10
**safeguard** 112:16
**safely** 131:19
**safety** 21:9
**salvage** 180:17
**sanction** 44:8
**satisfactory** 206:11
**satisfy** 107:14 196:5,7
**saw** 15:17 27:9 37:3,18
65:10 104:12 109:7
163:20 164:7,22 172:6
172:6 177:12 180:18
201:21 216:17 229:1,6
251:16 252:2 269:16
281:9 286:8,9,9,10
288:13
**saying** 24:9 87:11,17,21
169:1 191:20 199:8
208:5 211:7 241:19

259:16 260:9 285:6
**says** 59:5 60:19 76:17,19
89:12 104:18 107:5
108:14 109:1,21
110:18 111:3 112:8,11
114:17 115:1,3,8
116:15 117:10 131:3,5
131:15 134:21 135:18
147:8 151:3 153:10
154:3 156:2,22 157:1
158:15,16 166:16
187:9 188:3 191:6
199:21 201:20 204:2
204:19 205:12,18
206:1 207:3 208:20
209:14 211:18 213:3
219:16 220:15 241:18
258:15 274:10,17
275:16 276:11 277:6
284:9
**scale** 113:12
**scam** 19:19
**scandals** 227:1
**schedule** 145:5 194:22
273:7
**scholars** 10:9 261:11
**school** 9:14,14 10:4
**Schulman** 3:17 7:7
**science** 11:3
**scope** 157:3 205:13,20
206:13,14
**screen** 75:20 100:19
103:5 123:20 163:21
164:8,22 165:11,14
**script** 223:1
**search** 15:5
**searching** 16:3
**second** 12:8 30:6 107:4
135:1 149:18 150:1
157:18 160:4,8 171:2
171:3 179:1 220:2
226:4 228:4 230:1,10
230:14,17 236:1 258:5
274:10,15 275:16
278:18
**seconds** 16:6,7 101:21
**secret** 4:10 17:4
**Secretary** 35:16 73:11
77:18
**sect** 285:22
**section** 275:1
**security** 37:4 59:7 176:5
218:10 233:21 241:13
247:15 248:10 249:3,6
278:14,20 281:18
291:5
**see** 7:11 8:12 14:5,8
19:16 38:22 44:14
55:14 58:20 59:2,5
60:17 74:10,11 75:19
75:20 80:12 88:15,19
89:11,17 100:6,19
102:6,8 103:9,16
104:17,21 105:8,9,18
106:13 107:5 108:13
109:6 110:10,17 111:2
111:6 112:6,11,19
114:1,15,17 115:4,19

117:1 118:22 123:17
123:18 131:1 134:20
135:17,20 140:11,16
141:19 142:4,11 143:7
143:14,22 144:5 145:8
145:9 146:4 147:13
150:14,20 151:1 153:8
153:13 156:10 157:5
157:15 158:6,9,15
160:10 162:7 163:19
170:18,20 174:18
187:2,8,11,17 188:3
191:19,22 193:5,10
195:3,4 196:8 197:4
198:20 199:7,12 200:2
203:16 204:1,6,14
205:16,18,21 206:3,7
206:16 207:9,22
208:12 209:1,10,14,20
210:2,6,16 211:17,21
212:2 213:2,13 218:2
218:5,10 219:15,22
220:3,15 221:10,20
223:16,19 227:1
235:13,19 236:1
239:14,18,20 252:11
254:22 255:10 258:15
258:16 259:8 260:9
275:1 276:4,18 277:13
288:16,18 289:1
**seeing** 54:4
**seek** 31:17
**seen** 54:17,19,21 55:4
62:11 100:4,5 104:5
135:5 177:14 223:6
282:12 291:16
**segments** 104:2
**seized** 71:9
**select** 44:6
**Senate** 10:19
**senator** 39:7 42:14
211:1
**Senators** 10:21
**sending** 193:8
**sends** 187:18
**sense** 129:7 182:15
210:5,6
**sensed** 209:19
**senses** 213:2
**sent** 18:3 94:7,11,18
114:10 146:4 220:22
**sentence** 61:2 63:22
65:2,5,20 66:6 109:21
111:1 190:20 275:12
**sentences** 110:2
**sentiment** 109:11
**sentiments** 118:2
**separate** 137:5
**September** 30:13 38:22
39:1 89:16
**series** 8:13 97:5 150:18
196:22 286:16,22
**serious** 203:4
**served** 10:21 11:9 74:18
147:22 148:4,17
198:15
**service** 116:19 117:17
**services** 127:14,15

282:2
serving 116:1
session 98:11
set 16:2,5,6,7,8 40:8,10
41:8 42:8 56:6 118:4
134:7 140:5,15 141:9
146:20 156:3 230:1
setting 143:15 154:6
265:9,12
settings 15:11,18
setup 101:2
seven 101:21 117:3
share 127:16,19 141:8
178:15 198:12 215:21
219:13
shared 41:4 176:14
shareholder 184:11
Sherry 89:6
shield 50:6 62:3
shift 36:7
shoot 228:18 229:12
short 197:13 250:11
shorter 197:15
shot 60:22 65:7 163:21
164:8 165:11,14
show 14:4 55:13 67:21
88:14 99:14 100:1
130:18 136:3 140:12
163:11 170:17 171:19
196:16 198:2 214:2
222:9,11 239:14
257:18 268:15 273:15
279:8
showed 106:5 163:20
164:8 165:9 172:10
184:9 271:17 288:20
showing 99:15 262:7
269:21
shown 103:16
shows 163:22
side 23:3 43:13 84:1
113:11 212:19 261:2,6
269:13
sides 123:5 124:9
160:11,14 196:10
246:10,11 284:11
sign 33:18 158:8,16
159:1,4,9,12,15,22
160:1,2 171:16 191:9
202:14 208:13,16
209:4 211:13 213:7
218:7 220:22
signal 15:6,11 16:4,12
82:18
Signature 294:8 296:18
signed 28:19,20 99:20
171:8 185:3 191:11
202:18 220:16 222:8
222:17,19 224:8
signer 211:22
significance 235:1
significant 36:16 124:21
signing 159:7 213:14
similar 78:7,16 79:2,8
109:10 118:2 135:11
248:22
simple 33:13
simply 50:7 166:4

206:14 242:13 243:1
sin 275:22
singular 269:17
sir 66:5 74:9 75:17 77:7
100:18 101:5 105:7,18
112:2 113:2 157:18
293:11,16
sit 98:20
sitting 7:11 20:3 28:7
168:11
situation 17:21 28:4
109:1 110:18 111:19
six 20:15 88:17 112:6
114:17 117:3
six-month 277:12
skip 116:6 149:6 151:1
skipped 232:13
slight 227:13
slow 193:16 197:14
slowly 72:8
small 55:1 114:17
smear 249:18 268:9
286:8
sneaky 70:12
social 48:1,3 233:21
241:13 261:1 269:12
276:11,22 278:14,20
290:4 291:4
sold 93:14
sole 184:11
solely 115:9
solicit 281:21
solid 45:13 139:14
solo 25:22
solution 4:17 244:12
solution' 89:14
solved 169:12,13
somebody 55:3 237:22
someone's 170:21
somewhat 173:21
son 38:1
son's 57:12
son-in-law's 57:12
soon 19:5
sorry 7:3 20:19 25:10,13
33:6 54:21 58:1 60:6,6
60:9 67:4 76:4 77:11
86:21 87:10 90:17
98:22 100:9 112:6
115:18 119:4 134:17
141:9,15 144:4,4
148:10 151:7 155:8
166:7 191:4 199:5
202:15 217:12 218:1
229:3,5 232:13 247:18
247:20 256:2 261:5
267:20 274:8,14
278:17 281:12 292:3
293:17
sort 17:2 20:2 42:19 43:1
45:3 46:18 47:2 49:3
128:9 156:13 158:14
171:22 173:7 190:9
270:13
sound 27:4 85:10 145:15
177:6 210:9
Sounds 129:8
source 30:3 43:22 176:9

270:13
sources 62:11
SOUTHERN 1:3 2:2
speak 28:6 35:13 187:10
187:14
speaker 12:1 76:17,20
speakers 75:2 76:5
197:10
speaking 54:7 74:10
121:9 194:11 200:7
special 289:21
specific 40:17 45:8 48:9
106:21 108:8 118:9
126:8 127:14 137:16
161:20 166:16,21
182:11 197:21 214:19
236:4 239:12 272:14
273:7,13 292:7
specifically 12:22 13:1
17:14 19:7 21:15 24:8
28:2 29:1 44:7 53:9
66:17 108:16 119:12
120:2 133:5 156:17
162:20 163:7 166:16
168:4 181:19 194:18
198:5 199:17 201:4
202:15 226:1,14 227:9
228:8,18 242:4 257:9
268:6 281:10 285:15
specification 166:20
specified 201:10 241:16
276:2
specify 111:20
speculate 35:11,12
260:10
speculating 153:18
243:6
speculation 35:11
236:10 263:21 266:2
267:17
speech 109:14 111:14
spell 26:1 175:21
spent 60:21
spike 263:12
spoke 191:8 281:7
spoken 41:12
spot 195:8 240:13
258:12
Spring 20:4 23:5 29:5,5
29:10
Spy 4:15
Spying 5:8
Square 3:11 10:6 50:21
51:4 52:19 60:21 61:2
65:3 125:15
stack 173:7 239:4
staff 10:21,21 36:20
104:20
stage 145:19 214:19
227:11,14 260:4
stages 256:7,8
stakeholders 110:21
Stamford 3:12
stand 63:2
stands 207:4
start 23:18 78:12 214:9
225:17,20 239:7 258:9
281:13

started 17:21 19:6
139:15 269:12,14
starts 14:5 99:19 170:19
201:14 209:10
startup 206:5 207:13
208:9 243:2
state 89:22 125:2
stated 260:4
statement 59:21 60:9,12
61:8 73:16 80:19
126:13 260:3 261:18
statements 73:10
121:19 167:18 235:3,8
235:12
States 1:2 2:1 9:13,18
13:9 70:3 78:2 79:15
83:11 85:6 109:14
261:10
States' 13:12
status 117:22
stay 92:14,15,20
steer 133:11
stenographically 296:7
step 170:9
Steve 90:17,21 94:18
95:6,10 97:18 98:5,20
98:20,22 99:2 143:9
145:4,19 147:18 148:7
148:8,11 153:5 255:18
285:16
Steven 3:22 6:2 90:14
stirred 143:9
Stone 286:9,10
stop 81:22 82:7,13 108:7
160:7 203:16 220:2
226:4 286:14
stopped 19:6,8 101:20
156:13
story 9:10 193:16
straight 107:22
straightforward 33:13
stranger 213:14
strategic 1:8 2:7 6:13,20
7:10 27:22 40:9 42:11
48:14 59:11 61:3
67:11 96:10 118:5
122:15 123:15,16,22
125:3,6,22 126:15,19
127:1,9 128:5 130:15
132:6 133:2 135:8
136:7,11 147:2 148:13
154:21 176:9,16
177:21 179:3 181:1,14
182:5 183:4 186:12
189:16 194:3,12
200:22 212:4 213:22
214:22 215:8,13,21
219:5 226:10 231:2,6
231:13,21 232:8 233:3
233:6,14 234:4,10
236:17 237:13 238:8
238:15 239:6 242:22
245:5,16 251:4,11,15
252:5,6 260:8 265:21
275:3 276:6,20 277:15
277:20 278:13,18
279:3,4 280:9 281:15
281:20 282:2,8,8

286:17 287:2,13 288:3
290:2,13,22 293:3
strategy 83:21 116:18
128:8,9
Street 2:14 3:4 6:10 23:2
23:3 88:15 258:2
strike 41:17 120:13
237:3 278:12 281:13
string 153:7 155:14
strong 42:13
strongly 23:20 74:8
228:2
struggle 227:3
student 10:7,9
students 10:12
study 11:2 171:3 174:6
stuff 32:17 38:17 75:8
90:20 139:7 149:5
164:9,19 229:14
266:22 270:10,20
Su 38:2
subject 64:16 188:4
261:17 276:1,12 277:7
277:16
subjects 175:2,3 231:8
235:8,12 278:21
submitted 44:5 83:3
Subscribed 295:13
subsequently 290:3
substance 195:18
224:20
substantial 196:5
success 246:10
suddenly 286:11
sue 23:21
sued 268:12
suggest 64:5 206:6
223:20
suggested 64:3 159:8
209:4
suggestion 47:8 161:9
181:20 182:12 292:12
suggestions 114:18
sui 108:8,8,10,17 270:19
suing 20:21,22 84:1,1
108:11 269:14
Suite 2:15 3:4,19 6:11
summarized 133:4
summed 109:2
summer 30:11 46:18
support 33:9 117:22
227:21 257:5 269:10
269:11
supporters 17:21 18:3,5
18:9 19:10,13,18,21
19:21 59:6 60:10
supporting 276:3
supports 257:8
suppose 90:8
supposed 166:12,18
196:1 201:10 214:1
233:1 287:14,14
Supreme 99:17
sure 9:1 16:18,20 21:20
26:12 27:13 34:13,13
35:10 43:7 49:4 51:14
60:15 67:19 69:16
84:13 88:1 96:6 97:4

**Atkinson-Baker, Inc.**
**www.depo.com**

100:19 102:9 113:20
138:9 140:16 150:2
164:11 167:8 172:8
183:14 194:11 202:11
203:11 214:12 221:7
224:21 226:5,8 231:16
235:16 237:10 241:2
259:5 264:7 268:8
270:18 280:19 283:10
293:17
surface 241:11
surprise 34:6,13 73:15
80:18 134:8 179:16
185:13,22 256:9,14
272:6
surprised 72:21 272:7
surprises 134:12 186:5
surprising 69:10 70:1,6
72:1,14
survive 268:14
suspect 249:17,18
272:14
suspected 233:3
sustain 47:8
sustainable 45:14
138:19
SVU77 131:2
SVUS000061 196:22
SVUS000042 218:2
SVUS000073 219:15
SVUS000080 134:21
SVUS000171 170:19
SVUS001842 141:3
SVUS001844 143:17
swear 7:14
sweatshop 204:4
Swen 241:7
switch 165:20 250:1
sworn 7:18 295:13 296:5
system 29:22 30:1 31:19
32:7,11 33:22 59:7
115:9,15 122:21 123:8
123:12 165:16,16
175:7 184:3 254:20
256:21
systematic 283:14

**T**

T 1:1 130:1 247:12
T&M 247:12
table 7:11 28:7 82:2
173:8
Taiwan 198:18 251:6,9
251:17,19,20 252:5
279:20 281:6,11,16,17
281:18
take 13:14 14:13 28:3
44:15 46:5,7 47:2
57:14 72:18 93:16
96:14,16 100:2 105:7
107:7 108:18 114:12
129:3 130:22 134:22
144:4 157:17 169:21
171:3,18 179:9 188:20
231:22 250:10 258:11
259:7 273:6 280:17
taken 2:12 8:8 89:6
107:11 108:15 129:13

296:3,6,12
takes 14:6
talk 39:15 48:10,20
137:13 168:8 171:19
185:19 191:7,15
199:15 202:19 218:3
220:4,18 230:6 266:17
268:22 274:22 280:11
280:13,15 292:9,17
talked 22:16 54:3 85:4
97:18 106:9 130:14
138:6 139:6 142:6
143:4 156:22 168:18
221:11 254:22 262:9
266:15 281:11
talking 31:16 38:8,10
46:18 78:21 86:19
97:22 104:7 108:7
109:4 118:20 136:11
153:2 155:15 194:3
200:11,19,19 202:11
205:8 213:15 218:8
260:10 263:2 268:6
275:9 279:21
talks 204:5
tank 168:19
tape 79:20 96:15
target 225:11
targeted 139:18
targeting 4:11 261:16
tasks 116:15 126:8
tax 233:21
tea 191:6
team 94:8 165:15,17
180:20 195:18 199:10
230:10,11,15,17,18
231:1 233:15 247:15
248:10 267:8 278:11
278:13,14,18,19 279:1
279:2 289:9 291:1
teams 195:9 212:11
tell 8:12 9:9,10 18:9,11
18:12 27:22 32:15
57:22 94:7 97:20,21
98:4 100:2 111:13
119:4 126:14,22
167:21 172:3 177:9
180:6 197:9 200:12
222:19 223:1,2 224:1
231:13 235:6,10 239:6
245:21 254:19 272:5
279:4 288:9
telling 161:7 174:1
175:22 199:14 230:10
253:16
tells 15:14 261:12
ten-minute 96:16
tend 150:4,7
term 108:8 184:8 270:20
279:2
terminate 196:9 207:5
245:15 249:4
terminated 292:22
terminating 19:2 245:22
Terms 223:17
testified 7:19 18:18
62:11 63:15 64:13
250:19 254:9 256:6

257:12 278:10 285:3
286:15,21 290:22
testify 51:13 296:4
testifying 119:8 247:18
testimony 8:21 15:21
63:4 64:15 84:3
120:11 123:6 138:10
179:2 240:4 242:8
262:14 286:19 287:22
296:4,6,9
Texas 176:21 230:15
text 5:5,14 15:5,6 16:3
17:8 105:6 108:19
147:1 150:5 151:8
152:20 153:2 190:2
201:18 208:1 218:1
239:18 241:18 242:1
texted 225:2
texter 197:16
texts 140:16 141:18
146:15 150:8,18 160:7
197:1 201:12 239:11
thank 8:17 75:14 104:18
189:8 213:19 256:8
262:6 263:19 284:16
293:11,15,17 294:1,2
Thanks 203:3 205:2
247:21
Thanksgiving 128:19,21
128:22 147:3
thing 27:21 61:18 67:16
76:19 101:16 111:12
118:19 128:19 160:16
165:12,22 187:9 195:3
197:4 202:7 209:16
219:20 249:5,12,15
250:8 266:6 268:18
things 35:13 37:4 47:21
70:14 72:16 109:3,4
143:9 160:17 168:19
171:18 187:21 200:21
241:15 243:13 265:7
265:20
think 7:1 8:21 17:13,18
19:8,15,22 21:13 23:1
23:10,20 24:4,7,15
25:1,4 26:6,12,15,18
28:3 29:18 30:10,21
31:15 32:6 33:7 34:1
34:17 35:14,17 41:2
42:10,15 48:18,19
52:16 54:2 55:20
57:17,20 58:17 63:3
67:2 72:8,14 82:2
84:13 93:12,13,20
94:6 95:16 98:8 99:3
105:9,12 111:17 112:5
113:10 114:1 117:10
120:7 124:20 125:9
127:3,18 128:1,7
132:13,21 133:10,12
133:14 134:7 136:9,14
136:20 137:5,13 139:2
139:19 140:6 142:8
146:18 147:7 148:1,8
148:16 149:4 150:11
153:5,17,22 154:10
156:17 157:4 159:9,22

160:13 161:4,5,11
162:6,15,20 163:20
164:12,16 165:8,22
166:15,18 168:3,5,16
168:16 173:12 174:15
175:3,18 180:17 181:9
181:11 182:20 184:8
188:1 189:18,21
192:20 194:21 195:17
196:8 197:5,11 200:8
200:18 201:5,17
202:10,13 203:2,3,6
203:12 204:18 205:14
206:12 210:9 211:11
213:21 216:19 217:19
218:6,12 220:16,17,20
221:22 222:5 224:12
224:19 226:14,15
227:9,18 228:17 229:1
230:13 232:3 233:2
234:22 235:13,21
236:8,9 239:11 241:22
243:6,7,18 244:2,21
245:8 246:3 253:20,22
254:5 257:6,7 259:22
261:18 262:15,20
263:4 264:6,9 265:17
265:21 266:4,9,19,21
267:7 268:21 269:4,9
270:4 271:14 273:4,13
273:14 279:18 283:8
283:13 285:13 286:17
288:10,11 289:12
292:7,11,18 293:4,15
293:19
thinking 141:7
thinks 32:16 211:4
third 58:21 60:18 89:11
149:18 150:1 228:5
thirty 40:15 101:21
Thomas 86:9
Thornton 95:17
Thorough 4:17
thought 15:5 138:21
140:19 161:4 164:10
165:1 180:19 185:11
209:18 235:11 252:6
thoughts 125:6 175:1
thread 188:2
threatened 262:10
threats 20:2
three 10:20 23:11,12
117:3 141:6 154:4
167:15,15 187:12
190:20 191:5 227:20
235:17 271:7 274:21
275:21 290:7
three-minute-and-one...
75:16
three-year 5:4 131:21
134:22
Thriller 4:15
thugs 108:10
thumb 5:2 130:4 170:20
Tide 186:9
Tieneman 10:6 50:21
51:4 52:18 60:21 61:2
65:3 125:15

ties 59:6 60:10
time 6:9 7:13 8:19,19 9:2
9:2 17:21 18:13 26:12
27:9 30:15 31:15 33:1
34:2 37:18 38:20
39:10,18,21 41:16
45:9 46:10,13,19 47:8
48:13 49:13 51:14
52:20 55:17,20 77:16
90:4,9,22 95:8 96:18
96:22 104:11 122:6
123:1 124:14 125:3,11
128:2,20 129:11 130:3
133:15 137:10 144:10
144:16 146:14 147:4
156:3,12,18 158:8
159:3 160:21 161:8,15
161:17 162:1,15
166:20 168:22 169:13
174:5,16 180:4 187:9
187:13 189:1,5,18
196:11 199:1,2,3,10
200:18 202:14 208:6
216:5,13,16 230:16
235:19 247:16 248:11
249:2 250:14,17 262:9
267:3,4 277:19 278:17
280:21 281:3 284:17
289:17 292:21 293:16
294:5
timeframe 4:17 205:19
206:10 276:2
timeline 5:4 95:9,9
134:22 228:9
times 18:12,14 19:16
20:15 22:17 23:13
24:4 55:15 61:13
137:6 193:9 221:17
225:14 228:2 259:22
267:1,3
tired 20:16
title 192:11
today 6:14 7:8 20:3,9
36:5 55:16 104:9
171:12 219:19 220:16
221:17 226:7 241:19
257:19 262:7
today's 6:8 294:3
toggle 107:18
Tokyo 154:14 155:11,12
155:17 200:8,9 201:17
told 22:9 45:13 65:12
71:14,16 74:1 98:12
98:20,22 124:15
161:18 165:5,13,15
191:9,10 226:3 229:18
230:4,17 231:15 239:1
241:1,21 242:3 249:15
253:12 282:1 289:4
290:13 291:4,13
tone 113:12 114:2,6
Tony 36:14
top 58:21 89:4 131:2
134:22 139:20 151:2
188:3 191:19 193:3
topic 38:7,9,17 88:19
195:12
tossed 173:8

total 14:7 101:22
touch 196:1,3 231:17
touched 168:9 241:14
tougher 10:16
track 165:18 183:8,20
  273:16
tracking 5:16 277:7,16
trafficking 234:12
  278:15,20 291:4
tranche 169:11
transaction 123:3
transcribe 74:15
transcript 118:19,22
  282:20 295:4
transcription 80:13
  100:12 103:16,20
  106:5 108:5 112:5
transfer 226:3 269:16
transferred 235:4 270:1
translate 75:18 108:9
  111:11 128:3 132:12
translated 108:11
translation 4:12,16,21
  74:18 75:4,11 80:4,6
  99:16 100:12,14 105:2
  106:14 108:1,21 109:8
  110:12 111:8 113:8,15
  113:19,21 115:13,20
  116:14 117:7,9,20,20
  117:21,21
translator 100:15 115:3
transmission 17:2
travel 27:1
Treasury 142:21
treats 71:21
tree 239:8
tried 24:4 26:14 30:16
  43:19 75:18 106:22,22
  180:17 226:4 239:4
  246:11
tries 34:14
trigger 165:19
trip 97:7,19,21 98:1,6,7
  98:15,18 99:4 150:19
  154:10 200:1 289:21
trouble 195:10 196:8
troubles 33:12
troublesome 33:19
true 11:15 58:12 59:21
  60:12 61:8,19,20,21
  62:6 63:17,19,22
  65:21 66:7 67:12,22
  97:6 121:7 124:16
  196:2 254:1 296:9
Trump 257:2
trust 26:13 29:20 69:2
  180:7 181:10 204:19
  209:16 213:19 218:6
  270:22 271:12
trusted 180:4 216:11
trustworthy 182:21
  212:18
try 8:15 24:1 46:8 50:9
  50:10 62:22 100:18
  101:9 203:17 262:22
  263:12 269:10 275:15
  280:12 283:20
trying 64:5,6 67:6,8,10

67:20 84:19 93:2
132:6 149:9 196:12
202:2,10 227:18
273:15 281:20
Tube 4:12,21 55:3,5
  75:17,18 76:8
Tucker 248:5,8,17 249:2
  249:8,15,22 250:2,7,8
Tuesday 187:9,13
turn 60:17 75:20 150:15
  165:20 202:5 209:9
  222:17 287:15
turned 35:15 233:2
  286:11
turning 93:9 204:15
Tv 54:11,13,14 55:2,5
  63:12 102:19,20
Twitter 82:9 119:16
two 14:7 23:10 30:10
  36:12 47:1 76:5,16,20
  110:2 117:3 130:5
  139:4,5 153:12 160:11
  191:8 196:10 197:10
  200:5 235:7,11 241:4
  246:11
Tycoon 5:7
type 41:22 43:5 139:10
  197:13 235:4,20
types 167:15,16 225:10
typewriting 296:8
typically 184:16

─────────────

U

U.S 4:11 10:1,15,15,19
  44:5,8 111:15 233:16
U.S.-Chinese 12:1
Uh-huh 122:8
ultimate 112:15
ultimately 161:18 260:15
Um-hum 30:9 89:2,18
  142:17,22 143:19
  144:3 146:2,7 149:16
  157:19 158:5 186:22
  191:13 192:1 197:3
  200:3,17 205:3 206:20
  207:10 209:2,17
  213:18,20 258:21
  276:19
unable 121:8
unclear 8:14
unconventional 54:4
uncovered 292:5
underestimate 243:7
underestimated 243:9
underlying 63:14 67:7
undermine 263:1 283:20
undermining 13:11
underneath 223:6
understand 8:14 9:6,7
  21:20 26:4 34:4 41:11
  50:20 51:3,8 58:18
  62:20 66:3 67:8 73:1
  76:5,17 83:7 93:19
  113:20 138:9 139:20
  140:4 153:1 179:2
  183:18 185:2 205:1
  207:11,17 208:5,11
  212:17 223:9 235:1

251:18 259:15
understanding 63:2 81:8
  111:7 133:13 160:1
  166:11 167:1,8 177:20
  192:2 217:11,15 224:4
  224:10,14 253:8
  258:22 259:21 280:3
understood 158:8
unexpected 244:11
unfair 158:19
unfolded 287:15
unfolds 156:4
unforeseen 246:15
unfortunate 293:18
unfortunately 89:20
  141:6
United 1:2 2:1 9:13,17
  13:9,11 70:3 78:2
  79:14 83:10 85:6
  109:14 241:10
universities 10:8
unpredictable 145:5
update 274:22 275:21
uploading 271:9
upper 23:3 131:4
upset 240:19
urgent 144:6
USB 288:11,13
use 15:11 16:12,13
  51:14 54:4 72:17,19
  73:4 84:19 90:22
  105:20 108:7 117:20
  117:21 119:16 150:4,7
  182:4 197:16 237:5,12
  241:12 246:12 269:17
  270:11 280:12 292:9
useful 278:4
useless 289:17
uses 108:8 184:17
usually 16:8 48:7,8

─────────────

V

v 1:7 2:6 6:13
vacillates 34:7
vague 17:12 264:22
  266:3
vaguely 173:14
value 112:14
various 32:1
verifiable 125:10
verified 122:20,20
  125:12
verify 125:11 164:6
version 75:17 100:6
  101:4 104:15 105:11
  107:15 112:19 282:22
versus 34:8
vice 10:10 11:10,11
Victor 24:22 25:12,19
video 2:12 4:12,21 19:15
  74:9 76:1 96:21
  100:21 101:15,19
  102:7 104:12 112:21
  116:11 118:14,16
  119:8,9 130:5 188:21
  189:4 256:10 261:15
  261:16 271:10 294:3
videographer 3:22 6:2,3

7:13 46:9,12 96:17,20
129:10 130:2 188:22
189:3 250:13,16
280:20 281:2 294:3
videos 48:7 272:3,9,12
videotaped 250:4
view 24:10 74:3,6 79:2
  163:17
viewed 130:6
views 18:16 78:7,16 79:8
  123:20
violate 164:18
vision 1:8 2:7 5:3 6:13
  6:20 7:10 28:1 40:9
  48:14 59:11 61:3
  67:12 96:10 118:5
  122:15 123:15,16,22
  125:3,6,22 126:15,20
  127:1,9 130:15 131:3
  131:15 132:6 136:7,11
  147:2 148:13 149:5
  154:22 176:9,16
  177:21 179:3 181:2,14
  182:5 183:4 186:13
  189:16 194:3,12
  200:22 212:4 213:22
  214:22 215:8,13 219:5
  226:10 231:2,6,13,21
  232:9 233:3,6,14
  234:4,10 236:17 238:8
  238:15 239:6 243:1
  245:5,16 251:4,11,15
  252:5,6 265:21 275:3
  276:6,20 277:15,20
  278:18 279:3,4 280:9
  281:15,20 282:2,8,9
  286:17 287:2,13 288:3
  290:3,13,22 293:3
Vision's 128:5 215:21
  237:13 278:14
visit 85:5,17,21 88:20
  156:3 162:18
voice 74:12 76:14 77:6,9
  103:2
voices 76:17,20
volition 109:4
voluntary 110:9 111:10

─────────────

W

w 289:9
W-A-N-G 176:1
w/Guo 131:5
wait 82:7 92:3,3,3,3
  140:15 142:9 152:15
  204:16 221:14
waiting 251:7
waived 294:8
walk 10:2
walked 169:19 170:8
walking 168:14
Wall 88:15 258:2
Waller 3:8 7:10 15:7 17:9
  39:9,12 41:12 42:9
  44:22 52:10 53:6
  55:18 56:3,4 122:7
  124:3 142:1 154:7
  161:7 168:13 172:10
  173:9 174:2 197:2,19

198:7,10,21 199:14,21
200:11 201:14,20
203:16 204:1,19
205:16 207:11 209:14
210:16 211:18 213:2
213:13,19 221:9 225:2
230:10 253:13,17
281:1
Waller's 208:17 218:1
Wallop 3:7 7:9 15:7 17:9
  38:21 39:7,18,22 40:5
  41:12 42:9,14 44:22
  52:10 53:6 55:18 56:3
  56:4 122:7 124:3
  141:18 143:2 144:1
  145:9 146:5 150:4,7
  150:21 151:3,21
  152:20 153:10 154:7
  156:2,21 158:3 161:8
  162:10 168:13 172:10
  172:11 173:8 174:1
  187:2 188:16 190:12
  191:6 193:8 197:1
  228:14 229:7 230:10
  253:12,16 262:10
  264:19 280:22
Wallop's 157:16
Wang 3:15 5:13,18 7:11
  20:3 28:6 29:9,14,16
  32:19 36:12,18,19,20
  36:22 94:19 95:3,20
  97:7 98:10 99:5 164:1
  169:7 170:13,18
  175:16,17,22 176:1
  179:8,16 180:13 185:9
  185:15,19,22 186:11
  188:9,15 191:14 192:3
  192:12 196:18,21
  215:14 216:12,15
  217:16 219:4 222:2,22
  223:4 228:13 229:7
  245:11,15 253:13,17
  254:1 260:11 266:12
  287:13 288:4
want 11:6 13:20 15:3
  21:19 27:12,12 33:17
  38:16 40:8 49:4 56:9
  67:20 86:4 89:19 92:8
  100:1 109:20 113:20
  114:16 117:20 119:6,7
  123:17 148:8 158:4
  159:4,15 160:1,2,17
  165:18 168:20 169:15
  182:9 190:19 202:6
  203:11 210:17 211:13
  211:14,15 212:1
  213:14 218:21 223:20
  224:2,11,13 226:7
  256:5 259:16 262:8
  264:9 265:19 266:5
  280:4 293:21
wanted 53:13,15,18,22
  82:18 172:20 181:2
  215:8 220:4 224:3
wanting 34:7 236:4
wants 84:16 142:7 144:6
  154:15,16 156:22
  158:16 159:9 203:10

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 17

203:13 205:11 218:11
220:18 224:19 235:13
235:18 236:1,8,12
**war** 198:17
**warm** 32:6
**warned** 123:5 124:8
**Washington** 1:15 2:15
6:10 10:18 42:12
135:19 136:2,8,8,12
146:5 153:12,18,20
154:11 200:6
**wasn't** 49:6 60:6 111:1
159:3 165:9 219:18
274:6
**waste** 289:17 290:5
**watch** 48:8
**watching** 261:14
**water** 96:9 191:6 270:19
**way** 24:5 40:11 49:17
54:4 55:17 74:8 79:18
80:3 83:5 84:19 86:4
86:12 90:14 95:10
101:6 123:16 127:4
139:21 141:21 144:9
148:3 150:4 151:3,9
160:20 161:5 169:6
181:13 209:11 232:17
257:13 289:12
**we'll** 14:21 38:3 44:15
46:7 50:9 129:5 130:7
171:15 195:3 203:17
**we're** 16:22 21:19 38:7
38:17 48:12 58:2
67:22 88:14 92:19,20
93:2 112:1 140:12
141:11 146:2 151:6,7
160:18 188:20 196:7
202:10 220:11 222:9
222:12 226:17 248:1
268:6 273:15,21 277:5
279:19 293:15
**we've** 46:3,18 53:1 61:11
61:14 62:6 63:3
125:18 170:17 171:21
250:21
**website** 270:3,6,7,11,17
270:20
**Wed** 188:4
**wedge** 256:22
**Wednesday** 2:16 6:8
**wee** 13:22
**week** 142:11 193:16
201:21 235:7,11,20,22
236:1 273:12,14
274:19 275:4,18
289:21
**week's** 199:10 200:18
**weekly** 224:10,15 276:7
276:13,15,20 277:9,11
277:15 286:16
**weeks** 153:12 200:5
236:5
**weighted** 114:7
**weird** 229:14
**welcome** 46:15 189:7
284:18
**Wengui** 4:14,20 98:18
99:18,21 100:9 115:2

118:2,5,8 119:20
262:10 263:20 264:11
272:13,16,18 273:2
282:12
**Wengui's** 114:18 115:22
**went** 9:13,14 10:4 11:1,2
11:3 95:10 96:4
139:12 152:21 255:16
263:20
**weren't** 231:16
**WhatsApp** 16:15 17:19
**whatsoever** 17:6 42:6
247:9
**whistle-blowing** 45:10
45:12 111:4,14 124:20
**whistleblower** 47:3,7,9
**white** 152:19 257:7
**wife** 38:2
**Wikipedia** 43:22
**William** 24:22 25:3 26:20
27:9
**William's** 26:4
**Williams** 24:22
**willing** 112:13 213:7
**wine** 148:17
**winner** 31:9
**Winston** 57:21
**wire** 183:3 226:3
**witness** 3:16 4:2 7:14
13:3,5,19 24:21 25:12
28:12 29:12 31:15
32:15 34:11,17 35:3
35:10,14 36:2 37:3,18
40:3,21 42:4,21 43:4
43:11 45:8 46:6 47:7
48:1,17 50:18 51:8,16
51:20 52:3,7,12 53:18
54:9 56:19 57:20
58:17 60:15 61:6,16
61:19,21 62:11,18
63:8,15,18 64:3,6,13
64:13,22 66:12 67:1,5
68:9,19 69:14 70:6,11
70:20 71:12,19 72:6
72:14 73:8,13 74:1
76:11 77:21 78:10,14
78:20 79:5,18 80:9,16
80:22 81:6 82:19 83:1
83:14,19 84:13 85:2
85:19 86:9 87:7,14
88:5,8 89:9 90:4 91:3
91:11 92:1 93:12 94:6
94:16,22 95:16 96:1,9
97:11 98:1,5 101:3,8
101:10,13,16,22 102:5
102:12 104:1,11 106:1
106:2,20 107:20,21
109:17 110:17 111:17
112:22 113:5,6,10
114:1 116:12 118:13
119:11 120:2,7,19
121:4,15 122:1 123:11
123:20 124:19 125:19
125:19 126:3,11 130:6
131:6,9 132:10 133:20
134:12 135:2,3,15
136:14 137:4,12
138:17 141:2 144:14

144:20 148:7,16,22
149:21 151:10,15
152:17 156:17 157:20
157:21 158:11 159:18
161:1,13,20 162:15,20
163:6 166:6,8,15
167:6,13 168:3,16
170:2,7 171:14 172:19
173:12 174:15 175:12
175:15 176:12 177:18
178:2,6,12,20 179:13
179:20 180:10,17
181:5,9,19 182:8,19
183:7,16 184:2,14,22
185:7,17 186:5,16
192:6,20 193:12,13
194:7,15 200:15 201:4
202:1,2,8,9 203:1,2
207:17 208:5 211:11
212:15,22 214:5,12
215:5,11,19 216:3
217:2,19 218:18 219:2
219:9 220:9 221:4
222:5,22 223:13,21
224:18 225:9 226:14
227:8 228:8,17 229:12
229:20 230:4 231:4,11
231:15 232:3,21
233:10 234:2,8,15
236:8,19,21 237:8,16
238:6,12,19 239:11
241:10 242:17 243:6
244:3,17,21 246:3
247:1,7 249:12,14
251:2 252:2,9 253:8
254:5,18 255:15
256:14,19 259:5,21
260:8,21 262:15
263:17,22 264:6 265:1
266:4 267:7,18 273:22
275:10 277:2 278:8
284:18 287:10 288:20
290:19 291:13 293:17
296:4,6,10
**witness'** 63:4
**Wo** 38:2
**wonder** 237:18
**wondered** 207:2
**word** 104:18 132:16
150:11
**words** 263:11
**work** 10:18 19:6 30:2
39:19,22 67:18 81:21
92:10,13 93:2 101:12
132:6 160:21 162:2
168:5 171:15 177:22
190:12 194:4,12 206:5
207:14 210:2 212:1
218:10,11 231:2
243:14 244:11 254:20
264:13,15 269:7,22
283:15
**worked** 10:19,20 39:4
43:14,18 91:8 171:21
286:9
**working** 81:11 83:2 84:9
84:14 93:15 96:13
120:15 154:21 167:22

187:4 246:16 251:10
280:9 281:15 282:4
283:16,20 284:1,13
**works** 10:14 32:8 81:14
**world** 13:6 133:11,12
**worth** 28:5 211:20 236:9
**Worthy** 4:14
**wouldn't** 63:17 159:12
161:18 182:15 207:12
210:10 252:9 266:7
270:22
**wrecking** 101:2
**writer** 12:1
**writing** 142:5 219:21
**written** 47:18 207:4
251:14 258:4
**wrong** 26:2 141:7 288:9
**wrote** 99:7 143:8 270:12
**WSJ** 193:16
**Wu** 38:1 249:21,22 286:8
**www.depo.com** 1:19

**X**

**X** 4:1
**Xi** 12:10 73:11 74:3
77:19 78:10,12,12
79:8 81:12,14,21 83:1
99:7 112:14,16 115:10
115:19 116:1,17,20
117:18,22 256:10
257:3,5,8,14
**Xi's** 13:16 74:7
**Xiaobo** 11:5,5,7 31:10
**Xiaoping** 102:17,19
**Xishan** 260:11

**Y**

**Y** 188:4 219:19
**Yanping** 89:12 223:4
**yeah** 7:5 14:9 18:19
21:21 23:4 25:8 26:18
26:21 27:16 29:6
30:14,18 36:10 41:20
42:17 44:16 45:8 49:3
52:7 59:9 60:8 65:18
67:2 69:18,19,22
74:13 75:5 80:5 84:7
85:7 88:8 93:17 101:3
101:8 104:6 105:8,15
106:2 108:6,16,22
110:11 112:7 113:6,11
113:12,13 114:2,19
115:5,13,18 116:10
117:6,12,15 119:11
124:1,8 125:20 126:21
128:20 131:13 134:4
135:3,15 137:4,6,7
143:3 145:3,17 147:4
147:4 148:1 149:8
150:13,22 151:9 153:4
155:9,10,13,20 157:21
158:17 160:6 164:3
165:7,15 166:8 168:10
168:12,16 171:5,14
173:14 174:7 183:7
187:1,15,15 189:22
190:18 191:3 193:4
194:8,15,21 195:15

197:21 198:4 200:10
201:16 202:13 203:12
203:19,22 204:10
205:7 207:21 208:1,11
208:19 209:10 217:14
217:14 218:4 220:12
223:18 226:9 229:20
232:15 239:1 245:7
247:19 248:3 250:12
255:3 258:3,11,14,18
259:14 262:16 266:6
271:8,22 272:14
273:13 280:17 284:6
286:21 287:4 288:20
**year** 10:4,19 21:14,16,17
27:10 188:5
**years** 10:20 30:10 39:4
40:15 180:4 216:11
**yesterday** 15:17 104:20
**York** 1:3 2:2 23:2 27:2
29:5 54:16 99:17
128:16,16,18 136:12
136:18 149:13 156:3
174:18 187:15 230:1
270:1 289:22 293:8,9
**Ys** 83:1
**Yu** 24:22 25:4 26:20 38:2
**Yvette** 3:15 7:11 20:3
28:6 30:8 36:12
168:17 169:7 179:8
180:13 186:11,17
188:8,15 191:14 192:3
192:12 215:14 216:10
216:12,15 219:4 220:4
220:21 221:10 228:13
229:7 230:2,6 253:13
253:17

**Z**

**Zach** 6:21 262:4
**ZACHARY** 3:10
**Zeichner** 3:10 6:21
**zero** 96:7
**zgrendi@zeklaw.com**
3:12
**zone** 64:6,10

**0**

**06901** 3:12

**1**

**1** 3:11 4:8 13:21 14:1,5
76:17,20 96:17 106:13
106:14
**1:15** 129:13
**1:22** 130:3
**10** 5:5,10 16:6,7 140:12
140:13 186:20 189:11
250:21
**10-second** 15:18
**10:15** 46:10
**10:20** 218:5
**10:28** 46:13
**11** 5:6,10 197:5,19
222:12,13
**11:28** 96:18
**11:30** 144:7 147:9

**Atkinson-Baker, Inc.**
**www.depo.com**

**11:43** 96:22
**1100** 3:4
**12** 5:7,15,18 10:20 141:4
  170:13,18,19 257:19
  257:20
**12:30** 129:2
**12:31** 129:11,12
**12th** 141:19 142:5
  219:21
**130** 5:2,3
**134** 5:4
**14** 4:9 69:4
**140** 5:5
**14th** 199:7
**15** 69:4 140:5 141:4
  168:8,14 169:2 237:4
  237:11 239:4 240:5
  242:2,9,13
**16** 180:4 216:11
**16th** 150:17,18
**17** 147:6 195:4
**170** 5:16
**17th** 150:18
**18** 4:22 100:17 153:9
**18-cv-2185** 1:8 2:7 6:12
**1852** 145:22
**1854** 149:6
**1858** 150:15
**1859** 151:2
**1860** 153:8
**1861** 153:8 155:8
**1862** 155:3,4
**1863** 155:21
**1864** 156:5 157:17
**1865** 158:15
**1866** 157:17 158:15
**1867** 186:20
**1869** 188:2 189:9 190:17
  191:1
**1871** 191:18
**1879** 193:2
**1882** 195:2
**1884** 189:11,15
**1887** 190:7
**19** 227:10
**1903** 141:3 189:11,15
**1915** 69:7
**196** 5:14
**1988** 9:19
**1989** 60:20
**19th** 142:11 154:2
**1st** 131:5

---

**2**

**2** 4:10 55:10,14 96:20
  173:13 188:22 233:15
  278:11,13,19 279:1,2
  291:1
**2:34** 189:1
**2:54** 189:5
**20** 249:22
**200** 173:19,20,20 174:2
**20007** 6:11
**2014** 68:10
**2015** 68:10 69:6,8
**2017** 4:12 30:12,22 39:1
  39:13 44:14,17 46:19
  54:10 55:16 58:10

**76:10 85:10 88:16**
  91:12 98:9 99:7,21
  106:17 120:16,19
  121:1 124:10 126:7
  141:4 153:9 155:22
  162:5,6 197:5,20
  227:11 248:15
**2018** 4:22 100:17 134:7
  141:4 195:5
**2019** 1:16 2:16 4:8 6:8
  295:14
**2022** 296:21
**20814** 3:19
**20th** 143:14,16 147:14
  154:5
**21** 154:12,13 282:21
  283:1
**22** 60:21 88:16 155:22
**222** 5:6
**23** 102:1
**23rd** 201:12 204:15
**240** 3:20
**24rd** 205:4
**24th** 156:20 157:10
**250** 173:9
**256-3181** 3:5
**257** 5:8
**258** 170:19
**26** 99:21
**261** 4:5
**26th** 190:3
**2700** 3:4
**28** 1:16 2:16 4:8 6:8
**285** 4:4
**288-3376** 1:18
**28t** 218:6
**28th** 190:6 218:15 220:3
  220:14
**29** 4:12 76:9
**294** 295:3
**2nd** 156:9 202:20 203:14
  204:9

---

**3**

**3** 4:12 58:20 59:1 74:20
  74:21 112:6 189:3
  258:12 271:4,5 294:4
  294:4
**30** 206:2,5 207:5,6,7,13
  208:9
**300** 10:8
**3000** 2:14 6:10
**30th** 186:19 188:15
  202:14 220:14 221:11
**31** 296:21
**31:43** 102:1
**356-8553** 3:20
**3rd** 146:2 203:15

---

**4**

**4** 4:13 58:8,22 88:11,15
  154:10 258:10 259:8
**4:02** 250:14
**4:20** 250:17
**4:54** 280:21
**4:57** 281:3
**44** 143:18

**45** 129:4 145:8

---

**5**

**5** 4:16 5:14 60:17 99:11
  99:15 112:4,22 196:17
  196:18,21 222:17
  223:16
**5:11** 294:5,6
**52** 146:1
**54** 149:7
**55** 4:11
**58** 150:16 151:6
**59** 151:7
**5th** 255:4,5

---

**6**

**6** 4:21 58:8 100:11
  114:13
**6(g)** 117:2
**6:19** 201:19
**60-gigabyte** 277:20
**600** 2:15 6:11
**62** 23:1 200:15
**64** 23:1 201:12
**64105** 3:4
**64th** 23:3
**65** 158:16 201:12,13
  202:5 203:21,22
**66** 204:15
**67** 186:21 207:21 209:11
**68** 207:2
**69** 191:2 209:11
**6th** 98:8 202:18,19 222:9
  223:8 255:5

---

**7**

**7** 4:4 5:2 130:6,9
**70** 211:17
**73** 220:11
**74** 4:12 221:8
**7500** 3:18
**76** 196:22
**79** 131:2

---

**8**

**8** 5:3 130:19,20 135:12
**800** 1:18
**816** 3:5
**82** 239:21 240:6,7
**83** 134:21
**86** 189:19
**88** 4:15 9:19
**89** 190:22

---

**9**

**9** 5:4 55:16 69:6,8
  134:14,15 149:14
**9-18** 205:5
**9:18** 2:15 6:9
**90** 206:6
**901** 3:19
**99** 4:20

---

**Lianchao Han - Confidential**
**August 28, 2019**