# EXHIBIT F

## Page 1

```
1          THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
2
3    EASTERN PROFIT        )
     CORPORATION LIMITED,  )
4                          )
         Plaintiff/        )
5    Counterclaim Defendant,)
                           )
6    vs.            ) NO. 18-cv-2185(JGK)
                           )
7                          )
     STRATEGIC VISION US, LLC,  )
8                          )
         Defendant/        )
9    Counterclaim Plaintiff,)
10
11
12
13      VIDEOTAPED DEPOSITION OF SASHA GONG
14         TAKEN ON BEHALF OF THE
15      DEFENDANT/COUNTERCLAIM PLAINTIFF
16           IN WASHINGTON, DC
17          ON NOVEMBER 26, 2019
18
19      REPORTED BY:  JANA C. HAZELBAKER, CSR
20
21
22
23
24
25
```

## Page 2

```
1
2    A P P E A R A N C E S
3
4    For the Plaintiff/     Joanna J. Cline
     Counterclaim Defendant:  Pepper, Hamilton, LLP
5          1313 North Market Street
           Suite 5100
6          Wilmington, DE  19899
           (302)777-6542
7          clinej@pepperlaw.com
8
9    For the Defendant/     Edward D Greim
     Counterclaim Plaintiff:  Graves, Garrett, LLC
10         1100 Main Street
           Suite 2700
11         Kansas City, MO  64105
           (816)256-3181
12         edgreim@gravesgarrett.com
13
14   Videographer:        Steven Jones
15
16   Also Present:        French Wallop
                          Michael Waller
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1          C O N T E N T S
2                          Page
3    Stipulations ...............................   4
4    Direct Examination by Mr. Greim ...........   7
5    Cross-examination by Ms. Cline ............  171
6    Reporter's Certificate ....................  221
7
8
9          * * * * * *
10
11         INDEX OF EXHIBITS
12                          Page
13   Exhibit Number 1 (Subpoena) ...............   7
14
15         * * * * * *
16
17         (Exhibit was retained)
18
19
20
21
22
23
24
25
```

## Page 4

```
1          S T I P U L A T I O N S
2        IT IS HEREBY STIPULATED AND AGREED by and
3    among the attorneys for the respective parties hereto
4    that the videotaped deposition of SASHA GONG, may be
5    taken on behalf of the DEFENDANT/COUNTERCLAIM
6    PLAINTIFF, on NOVEMBER 26, 2019, in WASHINGTON, DC,
7    by Jana C. Hazelbaker, Certified Shorthand Reporter
8    within and for the State of Oklahoma, pursuant to
9    Subpoena.
10       IT IS FURTHER STIPULATED AND AGREED by and
11   among the attorneys for the respective parties hereto
12   that all objections, except as to the form of the
13   question, are reserved until the time of trial, at
14   which time they may be made with the same force and
15   effect as if made at the time of the taking of this
16   deposition.
17         * * * * * *
18
19
20
21
22
23
24
25
```

SASHA GONG  11/26/2019

## Page 5

1       VIDEOGRAPHER:  Good morning.  I am Steven
2   Jones, your videographer, and I represent Atkinson
3   Baker, Inc., in Glendale, California.
4       I am not financially interested in this
5   action, nor am I a relative or employee of any
6   attorney or any of the parties.
7       Today's date is Tuesday, November 26th,
8   2019.  The time is now 9:14 a.m.
9       This deposition is taking place at 1775
10  Pennsylvania Avenue Northwest, Washington, D.C.,
11  20006.
12       This is Case Number 18-cv-2185, entitled
13  Eastern Profit versus Strategic Vision.
14       The deponent is Sasha Gong.
15       At this time, our court reporter, Jana
16  Hazelbaker, who is attending remotely, will swear in
17  the witness and we can then proceed.
18              SASHA GONG,
19  having been first duly sworn, deposes and says in
20  reply to the questions propounded as follows, to wit:
21       MR. GREIM:  Okay.  Then let's begin.  This
22  is -- my name is Eddie Greim, and I'm counsel for
23  Strategic Vision, the defendant and counterclaim --
24  counterclaimant in this case.  Ms. --
25       MS. CLINE:  Can I just --

## Page 6

1       MR. GREIM:  Go ahead, yeah.
2       MS. CLINE:  Yeah, this is Joanna Cline,
3   Pepper, Hamilton, on behalf of Eastern Profit.
4   Just -- just for the record, we had an issue with the
5   court reporter calling in sick here in D.C., so
6   Mr. Greim asked if we could proceed by -- by using
7   a -- a court reporter remotely.  We have not objected
8   to that.
9       Just for the sake of expediency, we'll go
10  ahead and proceed, but we will reserve the right
11  to -- to read the transcript and object to any
12  inaccuracies given the difficulty of -- of
13  transcribing when you're not in person.
14       MR. GREIM:  We agree with that.  And I
15  think the most important point here was not having
16  the court reporter physically present to swear in the
17  witness, and I think that neither party is objecting
18  to that issue.
19       Am I correct?
20       MS. CLINE:  Correct.
21       MR. GREIM:  All right.
22       THE WITNESS:  Do I have a say on this?
23       I don't have a lawyer because I don't know
24  what do I need the lawyer for?  So -- but as a
25  reporter, I always read everything I sign carefully,

## Page 7

1   and so I reserve the right to read and sign, be- --
2   before I sign, to read and correct whatever I think
3   is not correct in the record.
4       Am I right?
5       MR. GREIM:  Very good.  And we will make
6   sure that you get a copy of the transcript when it's
7   complete, and then you will have an opportunity to
8   read and sign that.  Okay?
9       THE WITNESS:  Thank you.
10       (Whereupon, Exhibit Number 1 was marked for
11  identification purposes and made a part of the
12  record.)
13       DIRECT EXAMINATION
14  BY MR. GREIM:
15       Q   Ms. Gong, I am going to first show you what
16  we are marking -- well, I'm writing right now as
17  Exhibit 1.
18       And my question to you is, do you recognize
19  this as the subpoena that you received to come here
20  today to testify?
21       A   Yes, I do.  I do.
22       Q   Very good.  And, of course, we moved the
23  date and the place, but I thank you for being here
24  with us today.
25       Could you please give us your full legal

## Page 8

1   name and your address for the record?
2       A   Sasha Gong.  First name Sasha, S-a-s-h-a,
3   last name Gong, G-o-n-g.
4       Address, 3713 South George Mason Drive,
5   Apartment 1401, Falls Church, Virginia, 22041, United
6   States of America.
7       Q   Ms. Gong, have you been deposed before?
8       A   In different cases, yes.
9       Q   Okay.  And so you understand that I will
10  ask a question, my opposing counsel here may make an
11  objection, and she will do that every now and then to
12  protect the record.  There are certain objections
13  that she has to make here to preserve them.  Other
14  objections she doesn't.
15       And so if she makes the objection, I just
16  ask that you pause so the court reporter can make
17  sure that she reflects that, and then you can answer
18  the question.
19       Now, I may go back and -- I may change the
20  question.  I may agree that there is -- yeah, there's
21  probably an issue with the way I asked that, so I may
22  go back and change it.  But, otherwise, I will look
23  to you for an answer to the question.
24       Do you understand?
25       A   Yes.  Very clear.

2 (Pages 5 to 8)

SASHA GONG  11/26/2019

## Page 9

1    Q   Very -- very well.  And, also, if you don't
2  understand one of my questions, I would like you to
3  please let me know that.
4        Will you do that?
5    A   Of course I will do that.
6    Q   Very good.
7    A   Never answer questions which I don't
8  understand.
9    Q   Okay.  Well, with that background, let's --
10  let's jump into this.
11        Now, Ms. Gong, I understand that you were
12  born in China and emigrated to the United States at
13  some point; is that right?
14    A   Yes.  I was born in 1956 in China, and I
15  came to study in the United States of America in
16  1987.  Later I got my citizenship, in 2001.
17    Q   Okay.  Could you just tell me about your --
18  just generally, about your life in China before you
19  came here to study in 1987?
20    A   That's a couple books.  I only wrote one on
21  this.  Several -- well, I came here -- I was born in
22  China in family of intellectuals.
23        And in 1965, my family was accused of being
24  counterrevolutionary and we were sent to countryside.
25  So my education stop, but -- at third grade.  And I

## Page 10

1  work in countryside for a few years, and later I was
2  assigned to work in a factory, so I was a mechanic
3  and a factory worker for seven years.
4        In 1974, before my 18th birthday, I got
5  involved -- you know, after reading books and reading
6  articles, I got involved in the underground protest
7  movement, which was a nationally famous case, very
8  famous case.  And we got persecuted, gradually
9  everybody got arrested and put in jail, detention,
10  interment, whatever you call it.
11        I was detained a couple of times, and then
12  later in early 1977, I don't remember the date, I was
13  arrested and I stay in jail for 11 months, almost a
14  year.  I -- a few days short for a year.
15        And I was lucky at that time because, you
16  know, my -- the allegation was I wrote so much
17  criticizing the Communist Party, I participate in
18  underground movement.  The accusation was we tried to
19  overthrown the government, which was not accurate.
20  I -- I'm -- I just -- we just criticize them.
21        So what happened is that Mao died in '76
22  and the things change dramatically in late '77.  I
23  was released in 1978, but still put under
24  surveillance and -- to go back to work in the
25  factory.

## Page 11

1    Q   Now, let me -- let me stop you for a second
2  here.  So you were arrested in 1977, but released in
3  1978?
4    A   Yes.
5    Q   Okay.  And then -- so then what happened
6  after you were released?
7    A   The release -- for a few months I was still
8  under government official surveillance, so they have
9  two people -- you know, every day I go to work the
10  two people would sit next to me and work with me, but
11  I have to report, say, "I'm going to the bathroom."
12        "You're going to the bathroom."
13        And "I'm going home."
14        "You're going home."
15        Watching when you get home -- and my mother
16  actually helped them to report down everywhere you
17  went, I got home and stuff like that.  That's
18  official surveillance.
19    Q   So how long did that persist?
20    A   For -- for, like, yeah, another 11 months
21  or something until -- until the end -- no, not --
22  nine -- nine months, until the end of 2000- -- well,
23  no, '7- -- gosh, 1978.  The end -- the last day of
24  1978.
25        That was when Mr. Xi Zhongxun -- last

## Page 12

1  name Xi, X-i, first name Z-h-o-n-g-x-u-n -- he was
2  in -- in China, he was persecuted by Mao, a Chinese
3  official -- sorry about that -- and he was -- he was
4  jailed for 16 years.
5        At that time, he was assigned to work as
6  the number one, the party's secretary in my province,
7  Guangdong Province.  Guangdong spelled like
8  G-u-a-n-g-d-o-n-g.  So he released my entire group.
9        By the way, it's very important to notice
10  that Mr. Xi Zhongxun was the father of
11  Mr. Xi Jinping, who is China's president now.
12    Q   Okay.  Okay.  Well, tell me, at -- so
13  after -- after your probation ended, what happened
14  next?
15    A   I -- I was given back the full right of
16  the -- of a Chinese citizen.  So Mr. Xi actually
17  asked me, "What do you want to do?"
18        I said, "My intention is to go to college."
19  And college were closed by Mao for 12 years.  It was
20  re-opened and -- in 1978.  And 1970- -- so everybody,
21  you know, grad- -- high school graduate for 12 years
22  jumping to taking the college exam.
23        And I took the college exam in 1979, the
24  first time, and I was very lucky, even only with
25  three years of education before.  I got the first

3 (Pages 9 to 12)

SASHA GONG  11/26/2019

Page 13

1　among my province, 200,000 people.  I was told I was
2　ranked among top ten -- I mean, ten people in China.
3　That top ten people don't mean ten/ten because a lot
4　of people got the same scores, but it was a great
5　honor.  And then I went to Peking University, the
6　best one in China.  That one -- I was very happy.
7　　　Q　Okay.  When did you graduate from Peking
8　University?
9　　　A　I graduated from Peking University in 1983,
10　and then I went to the graduate program.  I
11　studied 20 -- I studied British Empire
12　and the British Empire Triangle Trade and the history
13　of British Empire and wrote a lot of articles on
14　that.
15　　　　So I graduated in 1986 from Peking
16　University with a master's degree, and I -- at that
17　time, for very -- Americans with -- looks like very a
18　very silly reason why you would go abroad, because we
19　have a severe housing shortage.
20　　　　My husband and I got married for three
21　years and we have no place to go, no place to live.
22　So we said how about try America?
23　　　　So we go -- we both applied to American
24　schools.  He was re--- he was accepted by Harvard in
25　1986.  I was accepted by Harvard in 1988.  Both of us

Page 14

1　were accepted in Ph.D. programs, but I came to
2　Harvard as a -- as a visiting scholar the year
3　before.
4　　　Q　All right.  Let me -- let's continue with
5　the questioning.  So let me -- let me ask you, during
6　the time that you were in university and the graduate
7　program, were you performing any kind of function or
8　role for the government in China?
9　　　A　The Chinese government?
10　　　Q　Right.
11　　　A　No.
12　　　Q　Okay.
13　　　A　Not only that, I'm a very rare one because
14　usually, you know, in China when you reach nine years
15　old you become a Young Pioneer, and then later it --
16　into the young -- Young Communist Youth Lead and
17　something in Communist Party.
18　　　　I was never in because when I was nine, my
19　family was kicked out.  So, luckily, I was always the
20　target of the government, never part of the
21　government.
22　　　Q　Okay.  Well, let me ask you the other
23　question then.  During your time at Peking University
24　and in graduate school, did you -- were you part of
25　any sort of protest movement?

Page 15

1　　　A　Oh, yes.
2　　　Q　Okay.
3　　　A　Very much.  And I think the entire Chinese
4　dissident movement can testify for me.  In fact,
5　before I went to Peking U, my group, who was just
6　exonerated, made the connection with the major
7　dissident group in Beijing.
8　　　　And the head of that one has died.  One is
9　in New York.  I just int- -- gave him a long
10　interview.  Anyway, he was the first person -- that
11　protest underground group was the first person I met
12　in Beijing.  I jump in immediately.
13　　　　Everybody in Beijing at times who has spent
14　time in jail, who was under -- who was in underground
15　movement, everybody knows me.  I was extremely
16　active.
17　　　Q　Okay.  Let me ask you, after you came to
18　the United States, I think you testified you came in
19　19 --
20　　　A　'87.
21　　　Q　-- '87.  Okay.  After you came to the
22　United States, did you sever your ties with the
23　protest movement in China?
24　　　A　No.  No.  I -- I have been there for 45
25　years.  I'm -- you know, I'm one -- I'm one of the --

Page 16

1　the most senior, in a way, dissident in China because
2　this year is my 45th year in the dissident movement.
3　　　　And I wrote articles, and I even ask all
4　the Tiananmen leader, and ask why so many people --
5　after they left the state, they ended up in Boston.
6　That was because of me.
7　　　　I helped everybody and I, you know, helped
8　them full-heartedly, long record, never interrupted
9　by anything.
10　　　Q　Is there such a thing as a Chinese
11　dissident movement in the United States?
12　　　A　Yes.
13　　　　MS. CLINE:  Objection to form.
14　　　　THE WITNESS:  Oh, sorry.  You -- your
15　objection?
16　　　　There is a movement.
17　　　　MS. CLINE:  I'm just objecting to the form
18　of his question.  You can go ahead and answer it.
19　　　Q　(By Mr. Greim) You -- you can go ahead.
20　You can complete your answer.
21　　　A　Yes, of course, I am part of it, and their
22　organizations.  You know, these people may have,
23　well, difficulties in learning English or making a
24　living.  I considered myself very lucky, but we never
25　stopped fighting dictatorship.

4 (Pages 13 to 16)

SASHA GONG  11/26/2019

Page 17

1    We think it's our duty.  That's my life and
2    that -- that will be my life in the future, to fight
3    dictatorship.  That's what I have done.  That's what
4    I paid the price for.  And that's what I will do.
5    Q    Okay.  And, of course, you're in the U.S.
6    and not in China, so I guess my question is, how --
7    when you say you're "fighting dictatorship," what
8    concrete activities are you doing in the U.S. to
9    fight a dictatorship?
10    A    By training, I'm a writer.  I write and I
11    disseminate information back to China.  Whenever it
12    is possible, I would publish in Chinese media.
13    Whenever -- I publish several books there.
14    And, of course, the Chinese government
15    would not allow me to say anything about -- to
16    criticize them.  So I wrote a lot -- plenty about
17    America democracy, about how we -- how our people
18    work in democracy.
19    Like, if you want example, 2009, I
20    participated in the election -- well, a local
21    election.  I ran for the Virginia House of Delegates.
22    And so I spent a year running for that and writing
23    this book.
24    The book entitled "Living Democracy," it's
25    a bestseller in China.  And the Chinese use that

Page 18

1    as -- a lot of Chinese, small groups and the
2    students, they use that as a textbook of how to build
3    their future democracy.
4    Q    Okay.  Now, you've mentioned books a couple
5    of times.  So you -- I take it you've written at
6    least a few books?
7    A    Lots.
8    Q    Okay.  Well, how -- how many books have
9    you -- have you written?
10    A    I think -- well, in Chinese, I -- I think
11    altogether 11, but I -- well, unfortunately, the
12    English books are here, the Chinese books only
13    publish three.  And the manuscript, even including
14    one about 2016 election, it's in printing and the
15    Chinese government ban it.  So they ban most of my
16    books.
17    Q    Okay.  Is it possible for someone here
18    to -- to buy one of your books?
19    A    Oh, yes.  You can go online and can buy my
20    books.  And also my books in English, one is called
21    "Born American."  As I said, it's about my life in
22    China.  And, also, I wrote a cookbook.
23    Q    Okay.
24    A    And you'd love that cookbook because it's a
25    cookbook with stories of the culture of revolution.

Page 19

1    I was using a cookbook form.  It's called a cultural
2    revolution cookbook.  I was using the cookbook form
3    to tell people the -- persecution, the stories
4    of -- the ridiculous of the revolution, the Mao
5    revolution.
6    Q    Now, Ms. Gong, here's what we're going to
7    do.  Thank -- thank you very much for your testimony
8    here, but we're going to try to make sure we have
9    more of a question/answer for me.  Okay?
10    So I -- we're laying some background right
11    now, but I'm going to try to be -- I want you to try
12    to focus and answer just the question that I ask as
13    we get into some more specific questions.  Okay?
14    A    Okay.
15    Q    And then that way, it'll give opposing
16    counsel a chance to object to it and -- and it'll
17    just make the record clearer.  Okay?
18    A    All right.
19    Q    Okay.  Very good.  So, now, after you --
20    I -- I take it you got a degree from Harvard, right?
21    A    Yes.  I got a Ph.D. in sociology in 2000 --
22    no, sorry, 1995.  But I don't prefer to be called
23    "Doctor" because it sounds ridiculous.
24    Q    Okay.  Well, what did you do after you got
25    your -- your doctorate?

Page 20

1    A    I ex- -- went to teach at UCLA for a couple
2    of years, and then I left the job and came to get a
3    job at Radio Free Asia to direct the Cantonese
4    service because I think I -- my personality is more
5    media person.
6    And after that, I went to work for AFL-CIO
7    as their China hand, and that also as a former labor
8    activist then.  Yeah, I learned a lot.
9    And after that, in 2011, I took a job at
10    Voice of America as the director of the Chinese
11    branch.
12    Q    What were your duties as director of the
13    Chinese branch at Voice of America?
14    A    I -- I have to take the job.  It's like
15    a -- the mother of the branch, 100 people, and I --
16    I -- I was the first Chinese/Asian and woman
17    direct- -- before -- before and after me, everybody
18    was -- or is a white man.
19    So my role was very different.  I took care
20    of the -- the -- well, and I focused on expanding our
21    audience and telling them more about our democracy
22    and the -- the -- more truth.
23    So, proudly, three years of the director
24    survey shows I increased the audience by 22 times.
25    Q    Now, could you tell us, what is the

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 21

1  Voice of America?
2      A   Voice of America is established by the
3  United States of America in 1942 with foreign
4  language broadcasting to tell the world about America
5  values and America to -- to tell the truth.  So truth
6  teller is our goal.
7          And for -- compared to commercial
8  industries, we don't have that sort of a financial
9  pressure, so we can focus more on doing our
10  programming.
11      Q   It's taxpayer-funded; is that right?
12      A   It's taxpayer-funded, Congress-funded.
13      Q   Okay.  Okay.  Now, are you still with
14  Voice of America?
15      A   No.  They fired me.
16      Q   And when was that?
17      A   November 2018.
18      Q   Okay.  And why did they fire you?
19          MS. CLINE:  Objection; foundation.
20          THE WITNESS:  Can I answer the question?
21      Q   (By Mr. Greim) You may.
22      A   Yes.  According to them, I disobey an order
23  of -- to -- to stop Mr. Guo Wengui.  Last name Guo,
24  G-u-o.  First name Wengui, W-e-n-g-u-i.  I hope I
25  spelled it right.

## Page 22

1          We -- actually, we -- well, I was the
2  online anchor and the interviewer of that -- that
3  program.  That program broadcasted 19 minutes longer
4  than the scheduled -- the scheduled one hour, and I
5  never receive any order before to stop it, so it
6  broadcasted a little longer, caused lots of, you
7  know, publicity, and so they blamed me for that.
8          They asked -- they asked me to lie.  I
9  refused to.  They asked me to say it's a technical
10  something problem.
11          I said, if I -- if I -- if I speak, it will
12  be all -- be the truth.  So I think I pay a price for
13  telling the truth.
14      Q   Let me -- let -- let's turn to someone --
15  oh, I'm sorry, before we do -- we'll come back to
16  this.  I'm going to make sure we finish some of your
17  background here.
18          Since you have been in the U.S., have you
19  been asked to become a member of any organization
20  that is concerned with China?
21      A   Yes.  Actually, I think earlier this year
22  that Frank Gaffney, who's the head of the Center for
23  Security policy, also a radio show host, he
24  interviewed me and he asked me to be a founding
25  member of the committee for -- for President Benger

## Page 23

1  (phonetic), China.
2          And I understand Mr. Stephen Bannon was
3  also very important founding member of the whole
4  venture.  And I agreed to be a member.
5      Q   So are you still a member of that entity?
6      A   Yes, I am still member of that entity.
7      Q   Okay.  Have you been an officer or a
8  director of any other U.S. entity that is concerned
9  with China?
10      A   Concerned with -- officer and director?
11          MS. CLINE:  Objection to form.
12      Q   (By Mr. Greim) Officer or director.
13      A   Oh, yeah.  Yes, I worked for two months as
14  director of the Rule of Law Society.  That was
15  Jul -- between July and September when I resign.
16      Q   July and September of this year?
17      A   September this year, I resign.
18      Q   And what -- what is the Rule of Law
19  Society?
20      A   Rule of Law Society was announced last --
21  November 20 in the press -- in the joint con- --
22  press conference of Mr. Steve Bannon and
23  Mr. Guo Wengui.
24          In the press conference -- I was the -- in
25  the press conference, they both announce that Mr. Guo

## Page 24

1  Wengui will donate $100 million to set up an entity
2  called Rule of Law Foundation to promote Rule of Law
3  in China.
4          And later that organization was split --
5  split into two branch.  One is Rule of Law
6  Foundation, a 501(c)(3).  The other one is the Rule
7  of Law Society, a 501(c)(4).
8          I am a board member of the 501(c)(4),
9  chaired by Mr. Stephen Cannon -- Bannon.  Sorry.
10  Yeah, he -- he sounds like a "Cannon" sometimes.
11      Q   That's okay.  Now, wait a sec.  You just
12  said you are a board member.  Are you?
13      A   No, I were -- I was.  I was a board member.
14      Q   You were.
15      A   I am no longer board member now.
16      Q   Okay.
17      A   But the strange thing is that a few days
18  ago, why the Board -- the -- for this, I -- I just
19  want to put that on the record.  Why would Jennifer
20  Mercur- -- Mercurio -- I -- I'm asking the opposing
21  counsel.  Why would she call me?
22          MR. GREIM:  Okay.  Hold -- hold on.  I'm
23  just going to instruct the witness.  The witness
24  cannot inquire of the two lawyers who are here.
25          THE WITNESS:  Sorry.

6 (Pages 21 to 24)

SASHA GONG  11/26/2019

## Page 25

1    Q    (By Mr. Greim) But let me --
2    A    I'm -- habit of a reporter.
3    Q    Okay.  Yeah, this is -- you are here today
4  wearing your witness hat.
5        You understand, Ms. Gong?
6    A    Yes.  Yes.  But sometimes you can't get rid
7  of your lifelong habits.
8    Q    Okay.  Well -- although, I will ask you,
9  what -- I'm sorry, who -- who is -- who is Jennifer
10  Mercurio?
11    A    She's the general counsel of the Rule of
12  Law Foundation of Rule of Law Society.
13    Q    Okay.  And, I'm sorry, did you say that she
14  contacted you?
15        Was this recently?
16    A    Yes.  I believe that because of this
17  deposition.  And she called me on Friday afternoon,
18  said I don't -- I don't need to appear and --
19  something like that.  She said you guys -- well, I
20  have to ask the question, "Did you guys have a
21  conference yesterday?"
22        And she said you guys were to have a
23  conference yesterday.  The judge will prevent me from
24  appearing.
25        I said, "I don't want to disobey a court

## Page 26

1  order," something like that.
2    Q    Okay.
3    A    So --
4    Q    Ms. Gong, when -- I want to be -- when did
5  Ms. Mercurio -- let me ask you this.
6        Did she call you or did you call her?
7    A    She called me.  I have a record in my phone
8  here, you'll see.
9    Q    You don't need to get -- to get it out.
10    A    She called me.
11    Q    Okay.  And when did she call you?
12    A    Friday afternoon, something, you know, 4,
13  5, 6, sometime like that.
14    Q    And just to be as clear as possible, what
15  is it that she said to you?
16    A    She said -- well, I can't -- well, to be
17  accurate -- this is not quote by quote.  This is
18  my -- what I heard.
19        So she basically said, well, you guys --
20  because I did not know -- I know your party.  I don't
21  know your -- I thought your party was the Guo party,
22  so I -- that was my understanding.  That time I
23  thought Guo was suing you guys.
24        And so she said the two parties' lawyers
25  will have -- appear in front of the judge and the

## Page 27

1  judge will prevent them to -- to question people like
2  me who are non-parties and that -- the word used, to
3  "harass" me.
4        So I said I -- I -- actually, I want to
5  testify on the record.  I have, you know, something I
6  want to put on the record.  That's what I told her.
7    Q    Now, is Ms. Mercurio your counsel?
8    A    No.
9    Q    Did you know her before the phone call?
10    A    Yes.
11    Q    How did you know her?
12    A    In the foundation.  In the Rule of Law
13  Society.  So my understanding was -- I thought -- I
14  thought that was you.  I thought Guo asked her to
15  call me, but I don't know -- I can't testify.  I
16  can't report on that as a reporter, but I thought
17  that she was with you.  That's why I ask you.
18        I mean, I -- I'm talking to the opposing
19  counsel.
20    Q    Oh -- oh, okay.  Let's -- let me ask you,
21  did you speak with Ms. Mercurio again after that
22  Friday discussion?
23    A    No.  I make myself very clear.
24    Q    Okay.  Let -- okay.  Let me ask you some
25  other questions now.

## Page 28

1        Are you familiar with someone named Daniel
2  Podaski (phonetic)?
3    A    No.
4    Q    Okay.  You didn't receive a phone call or
5  e-mail from anyone named Daniel Podaski about your
6  deposition today?
7    A    No, I don't think so.
8    Q    Okay.  Are you familiar with someone named
9  Yvette Wang --
10    A    Yes.
11    Q    -- W-a-n-g?
12    A    Yes, I know her.
13    Q    Okay.  Have you received any communication
14  from her about your deposition today?
15    A    No.
16    Q    What about Mark Harmon or Erin Teske?  Have
17  you --
18    A    No.
19    Q    -- received any communication --
20    A    No.
21    Q    -- from them?
22    A    Nothing.  Nothing in -- that sort.
23    Q    Okay.
24    A    The only phone call I received was from
25  Jennifer.

7 (Pages 25 to 28)

SASHA GONG  11/26/2019

## Page 29

1    Q   And -- okay.  Have you received any e-mails
2  from Jennifer?
3    A   Nothing.  No.  No e-mail, nothing.
4    Q   Any texts?
5    A   Texts or phone calls, no, nothing.  That's
6  the only communication I received regarding my
7  testimony.
8    Q   Okay.
9    A   Besides your subpoena.
10   Q   Did she offer to provide you an attorney?
11   A   I told her I don't need -- she did not
12  offer, but I told her I don't need an attorney
13  because I have very little idea of what the hell is
14  this case.
15   Q   All right.  Okay.  Let's -- let's switch
16  gears here and let me -- let's go back.  You were
17  testifying a moment ago about an interview with Guo
18  Wengui and with Voice of America.
19   A   I see.
20   Q   Okay.  So let's talk about that for a
21  second.  Could you tell us how you first met Mr. Guo?
22   A   I met Mr. Guo on April 17, 1970- --
23  April 17, 19 -- no, sorry, 2017, in the
24  evening around 7:15.
25       First, actually, when Mr. Guo went out

## Page 30

1  to -- for his expose', he attract some attention, but
2  not much.
3    Q   Wait.  Let -- let me stop you for a second.
4  What do you mean, "when he went out for his expose'"?
5    A   Well, I have to go a little bit even back
6  on that because in 19 -- 2015 and 2016, there were
7  lot of reports coming out of Chinese media, overseas
8  Chinese media, inside Chinese media, orders -- the
9  report indicated that Mr. Guo, who was working
10  closely with very, very high-ranking espionage,
11  Chinese intelligence officers to -- well, to earn
12  money, high-ranking corruption office, the -- perhaps
13  the highest-ranking corruption off- -- cases in China
14  since -- since very early on, since early 2000.
15       So we are talking about 15 years of -- you
16  know, reporting of 15 years of Mr. Guo's personal
17  involvement, and paying off the high-ranking
18  officials, and cheating people, and -- and sort of --
19  in the reports.  And the --
20   Q   Now, wait.  Stop -- stop there for a
21  second.
22   A   Yeah.
23   Q   Are you saying that these are reports that
24  you read in the Chinese media in 2015 and 2016?
25   A   Yes.  And, also, I ask my reporters --

## Page 31

1  direct my reporters to cover it a little bit because
2  these are big cases, especially when it involve in
3  the -- the head of Chinese espionage, Mr. Ma Jian,
4  who was in charge of international espionage in
5  China, and who's closely -- who works closely with
6  Mr. Guo.  That's a newsworthy story, so I direct my
7  reporters to cover the story.
8    Q   Okay.  And this was back -- was this in
9  2015?
10   A   2016.
11   Q   2016.
12   A   2016, we started to cover his story.  But,
13  personally, my -- I did not pay any attention to him.
14       But in February 2017, one of my senior
15  correspondents, Fred Wang -- Fred, F-r-e-d, Wang,
16  W-a-n-g, last name -- Fred, who -- who was our
17  Beijing correspondent for many years, and who came
18  back to the states and is still focusing on the China
19  report, he contacted Mr. Guo and -- asking for an
20  interview.
21   Q   So let me stop you for a second.  Mr. Wang
22  connected Mr. Guo and asked him for an interview?
23   A   I believe so.
24   Q   Okay.  And was that at your direction or
25  was he acting on his own initiative?

## Page 32

1    A   He was acting on his own because he has --
2  he has that power.
3    Q   Okay.  Very good.  So what -- what
4  happened?
5    A   And Mr. Guo and Mr. Wang connected, and
6  Mr. Guo asked for an interview.
7       And Mr. Guo said, "I want a live interview,
8  not a pre-recorded interview."
9       The reason we said yes to that is we have a
10  show called "Pro and Con" every day at 9:00, which is
11  prime time in China.  We always have live show.
12   Q   I'm sorry, is that 9 a.m. or 9 p.m.?
13   A   9 p.m. in China.  9 a.m. in the states.
14   Q   Okay.
15   A   So we always -- that's always a live show.
16   Q   Okay.
17   A   Always.  Unless, you know, you have some --
18  but always a live show.
19       So we said, yes, we invite you -- you as a
20  guest.  It's all normal.
21       And then Mr. Guo later have two other
22  conditions.  One is that he want me to interview him,
23  nobody else.
24       Second is that he want -- he want the live
25  interview to be three hours instead of one.

8 (Pages 29 to 32)

SASHA GONG  11/26/2019

Page 33

1    Q    Okay.  And so how did he communicate those
2    conditions?
3    A    With Mr. Wang, Fred Wang.  I was not
4    involved.
5    Q    Okay.  So is it fair to say that at the
6    time Mr. Guo communicated his conditions, you had not
7    yet had direct contact with Mr. Guo?
8    A    That's true.
9    Q    Okay.  Then -- so Mr. Wang then
10   communicated Mr. Guo's request to you; is that right?
11   A    Yes.
12   Q    And what -- and, I'm sorry, go ahead.
13   A    It is very unusual because I was the head
14   of the service and I was not -- unless it's the
15   president or somebody like that, I would not go ahead
16   do the interview myself, right?
17       But one thing that I do know, I have a good
18   reputation as a very straightforward and very hard --
19   very hard questioner.  I question -- I do -- you can
20   see my other interviews.
21       So I thought that was a reasonable request
22   if someone that's that high-ranking in the espionage
23   field.  But for three hours.
24       So I consulted with my social media
25   assistant.  At that time, we started social media

Page 34

1    live streaming.  So we put a lot of things live
2    stream there, but we don't have enough TV time for
3    the three hours.
4        So I said, in that case, we have one hour
5    of very formal interview on TV.  We have another two
6    hours not very formal question, and audience can
7    raise their questions by social media.
8        And for those two hours, I will give him
9    some leeway to discuss some cases because in -- in a
10   way, the formal interview -- if you guys read the
11   interview, I -- I did not give him a lot of leeway to
12   talk about things I cannot verify.  I only ask him
13   questions and talk about things I can verify.
14   Q    Okay.  Let's stop there for a second.
15   A    Uh-huh.
16   Q    So I take it, then, that Voice of America
17   approved his request that you do the interview and
18   that it be live?
19       MS. CLINE:  I'm just going to lodge an
20   objection.  I understand the need to do a little bit
21   of background, but we've been going for almost an
22   hour and there hasn't been a single question that has
23   any relevance to the contract at issue in this
24   litigation.
25       MR. GREIM:  All right.

Page 35

1        MS. CLINE:  So if we could just move it
2    along and get to something relevant, that would be --
3        MR. GREIM:  To -- to the contrary, this
4    background is all necessary.
5    Q    (By Mr. Greim) So, Ms. Gong, my question
6    is -- well, let -- let -- let's -- let's skip ahead.
7        When did you, yourself -- well, I -- okay.
8    I'll strike that as well.
9        You've testified you first met Mr. Guo on
10   April the 17th, 2017, at 7:15 p.m.  Was that for the
11   live interview or was that a discussion in advance of
12   the interview?
13   A    Yeah, that was part of my condition.  If I
14   live interview him, I have to meet with him and do
15   extensive sit-down pre-interview, which is off the
16   record first.
17       So the first time I met him was the 17th,
18   and we questioned him for three hours.  And the
19   second time was the next day for a whole day.
20   Q    Okay.  And none of that was recorded; is
21   that right?
22   A    No.  That's the condition.  That's --
23   that's also off the record.
24   Q    Okay.  Where was that?  Where were those
25   meetings?

Page 36

1    A    In Guo's apartment.
2    Q    Oh, in New York?
3    A    In New York.
4    Q    Who else was present for those meetings?
5    A    Fred.  Fred Wang.  And later, next day, I
6    brought my team, my team of six people.  Next day we
7    have five people there to set up.  So it's -- present
8    in the interview, mainly me and Fred.
9    Q    Did Mr. Guo have anyone with him?
10   A    Mr. Guo introduced me to his assistant,
11   Mr. -- Ms. Yvette Wang.  And that -- that's --
12   whatever you need, talk to my assistant.
13       And, also, Mr. Guo introduced us to his
14   cook, Mr. Han -- Mr. Han.  (Inaudible) Han, Little
15   Han.  He called him "Little Han."  And later I
16   learned his name is Han Truong Guang (phonetic).
17       And Mr. Guo -- because Fred -- my -- Fred,
18   who had some stomach prob- -- he's a stomach cancer
19   survivor, so he need the little bit noodle soup in
20   the middle, so Mr. Guo called Chef Han to cook, so
21   Han cooked for Mr. Wang for -- a little bowl of
22   noodle show -- soup.
23   Q    I'm sorry.  Mr. Han Shune Guang (phonetic)
24   cooked a bowl of noodles for -- for your reporter
25   Fred?

9 (Pages 33 to 36)

SASHA GONG  11/26/2019

## Page 37

1  MS. CLINE:  Objection; relevance.  What
2  could the noodles possibly have to do with this case?
3  MR. GREIM:  You can answer the question.
4  THE WITNESS:  Yes.
5  **Q   (By Mr. Greim) Did Mr. Guo tell you the**
6  **reason that he wanted you to interview him?**
7  A   He did.  He thought I would be the one who,
8  you know, do a proper job because he did not know
9  other VOA reporters.
10  **Q   Did he tell you that he knew anything about**
11  **you before the interview?**
12  A   He said several times -- I can't pinpoint
13  when he said what, but he said several times that he
14  read my file in China.  I assume that's the -- that's
15  my -- I have a thick file in the state security.
16  MS. CLINE:  Objection; foundation.
17  THE WITNESS:  Yes, I give you the
18  foundation because I know that.
19  **Q   (By Mr. Greim) All right.  Hold on.  Hold**
20  **on.  Let's not -- let's -- let's not do this.**
21  **Let me ask you, why -- why do you say you**
22  **assume that you have a thick file with state**
23  **security?**
24  A   Every former political prisoner has one.
25  And, also, when I went to Peking University, my -- my

## Page 38

1  professor joke, my -- actually (inaudible), he said,
2  "Your file is as thick as everybody else combined,
3  the whole -- whole class."  My class would have 28
4  people.  So if my file is as thick as everybody
5  combined, I assume I have a thick file.
6  **Q   Did Mr. Guo explain how he would have had**
7  **access to your file while he was in China?**
8  MS. CLINE:  Objection to form; foundation.
9  THE WITNESS:  I was not very sure if I
10  asked that questions in -- in the -- in the
11  pre-interview, so I -- better not to answer that.
12  **Q   (By Mr. Greim) I'm sorry?**
13  A   It -- he is very simple.  I will not, you
14  know, disclose anything in the pre-interview.
15  That's -- but later we have conversation and Guo
16  actually said in public that he read my files.  He
17  said in his broadcasting.
18  Who else would have my file?
19  **Q   So are you refusing to answer my question**
20  **on -- as -- as a reporter -- because you spoke with**
21  **him as a reporter?**
22  A   I function only as a reporter in the
23  pre-interview.  That was about 16 hours.  And that
24  was a promise.  A promise is a promise.
25  But later I wasn't function as a reporter.

## Page 39

1  **Q   Okay.  Very well.  Well, I -- I would just**
2  ask -- and we may revisit this issue, but if there is
3  a time when you will not answer a question of mine
4  due to your reporter's privilege claim, I would just
5  simply ask that you make that clear that that is the
6  reason --
7  A   Yes.
8  **Q   -- you're not answering the question.**
9  A   I'm making it very clear.  I will not
10  answer any-- tell anything he told me during that
11  pre-interview.
12  **Q   Okay.  So I understand that this broadcast**
13  **was cut short; is that right?**
14  A   Yes.
15  **Q   And what -- what happened after the**
16  **broadcast?**
17  A   It's not what happened after is important,
18  what happened before is very important.  And on
19  April 18th, the Chinese government actually did a few
20  things first.
21  The Chinese embassy called Voice of America
22  dozens of times, dozens, requesting us to cancel the
23  interview.
24  And my editor contact me and said, "Well,
25  the Chinese said if you -- if you do that interview,

## Page 40

1  you will permanently destroy the relationship between
2  Voice of America and Chinese government."
3  I said, "You tell them Voice of America and
4  Chinese government has no relationship because we are
5  media."
6  And then later they also -- well, my
7  boss -- my boss did not think that way.  They thought
8  they did have a relationship.  So, of course -- so
9  Voice of America's leadership determined to cancel
10  the interview, but I think I have the editorial.  But
11  they determined they want me to cancel the interview.
12  I said, "No."
13  But they did not send out any -- any
14  request.  It's on the record, you know, they could
15  not find any record to say they canceled interview.
16  **Q   Okay.  All right.  Let's --**
17  A   But, anyway, so the Chinese later also send
18  out written notice against Guo.  Interpol.
19  **Q   So after this interview happened, did**
20  **you -- did you do any other interviews with him?**
21  A   On air, yes.
22  **Q   Okay.**
23  A   But that's in the one-year anniversary.
24  **Q   Okay.**
25  A   And it's on air, so that's not

10 (Pages 37 to 40)

SASHA GONG  11/26/2019

Page 41

1    confidential.
2        Q    When was the next time after your
3    Voice of America interview that you met or spoke with
4    Guo?
5        A    Many times.  Next time with -- I actually
6    can't recall.  And -- but I spoke to him -- I can't
7    say "a lot," but time -- from time to time.
8        Q    Well, let me ask you this.  Did you
9    introduce anyone to Guo?
10       A    Yes.  I introduced several reporters to
11   Guo.
12       Q    Okay.  Who did you introduce to Guo?
13       A    I think the -- the Harvard -- gosh.
14   David -- no.  I forgot his first -- Ignatius at
15   Harvard Business Review, the chief editor.
16            And also Bill Gertz of Washington Times and
17   Washington Free Beacon.
18            And -- and I also brought Scott Savitt,
19   used to work for LA Times, and -- I forgot that kid's
20   name.
21       Q    What was Mr. -- what's the Scott -- what's
22   his last name?
23       A    Scott Savitt, S-a-u-v-i-t-t (sic), with --
24   who was a reporter in Beijing in the '80s and who
25   work for LA Times.  He still write for the media.

Page 42

1        Q    Why did you introduce Guo to these
2    individuals?
3        A    To me, that's a media story.  Any of my
4    media colleagues wants me to make an introduction, I
5    do.
6        Q    After the -- after your meeting with Guo in
7    his apartment, the two meetings that we just talked
8    about, when was the next time that you were there?
9        A    The next time what?
10       Q    That you were in Guo's apartment.
11            MS. CLINE:  Objection; relevance.
12            THE WITNESS:  I honestly can't recall.  A
13   few months later.
14       Q    (By Mr. Greim) Do you remember the purpose
15   for your next visit to Guo's apartment?
16       A    Well, Guo wants to set up a media
17   organization.  And so I actually sent -- sent him
18   something and then talked with him about how American
19   media organizations is set up.
20            I said, first, it's the separation between
21   ownership and editorial.  You have to have -- the
22   corporate board should be different from the
23   editorial board.  So, apparently, he wasn't
24   interested.
25       Q    Oh, why -- why do you -- I want to make

Page 43

1    sure I understand this.  Were you talking with him
2    about the media organization later in 2017?
3        A    Yes.
4        Q    And why do you say he wasn't interested?
5        A    Well, you can tell some -- because I --
6    specifically, I told him the separation between
7    ownership and editorial, and he said, "That's
8    impossible."
9            And I was thinking, you know, you got to
10   understand that.  That's the foundation of American
11   free media.
12       Q    Did you -- so it sounds like you gave him
13   advice on the media organization issue.
14            What other topics do you remember
15   discussing with him, let's just say, in the remainder
16   of 2017?
17            MS. CLINE:  Objection.  Again, none of this
18   has anything to do with the contract between Eastern
19   Profit and Strategic Vision.  This is a waste of
20   time.
21            THE WITNESS:  Yes.  Well, actually a lot.
22   How did he -- how did he work with the Chinese
23   government or the corruption?
24            I specifically asking questions as -- I
25   think my question's how he work with the North Korean

Page 44

1    Dictator, Kim Jong-il.
2            He said he -- Kim Jong-un and his father,
3    Kim Jong-il, they had -- because they said he knew
4    them, the whole family, very well.  He was close to
5    the family.
6            So I specifically asked him about the --
7    the -- the -- the smuggling.  The smuggling, which --
8    actually -- forgive me, it's the -- the name -- now
9    I -- Golden -- what's the comp- -- name of your
10   company you're representing?
11           MS. CLINE:  Eastern Profit.
12           THE WITNESS:  Dong Li.  Now I know.  Yes,
13   it's related.  Now I'm excited as a reporter.  Yeah,
14   Eastern Profit and Golden Spring, right?  Are you
15   representing Golden Spring as well?
16       Q    (By Mr. Greim) Let me just ask the
17   witness -- this is -- the format for this is that I
18   will ask you questions and you will --
19       A    Sorry.
20       Q    -- you'll -- so -- so --
21       A    Again --
22       Q    So, please -- okay.  Let --
23       A    Because --
24       Q    Just -- just -- I'd just ask you to stop
25   for a second.  Okay?

11 (Pages 41 to 44)

SASHA GONG  11/26/2019

Page 45

1    A   Yeah.
2    Q   Let me ask you a question, and then I want
3    you to answer my question.  Okay?
4    A   Okay.
5    Q   Because without that, it is going to be
6    hard for us to go through the transcript and
7    understand --
8    A   All right.
9    Q   -- what you've said.  Okay?
10       So let me ask you this.  Okay.  First of
11   all, I think you just said a name, Dong Li?
12   A   Yes.  Because I --
13   Q   Can -- can you, first of all, spell that
14   for us?  What is it?
15   A   Dong is the last name -- but not -- Jesus,
16   I'm sorry.  It's spelled like D-o-n-g, L-i.
17   Q   Okay.  What is -- what is Dong Li?
18   A   That was -- Dong Li was one of Guo's two
19   companies, according to the Chinese media.
20       The other is Jing Quan, J-i-n-g, Q-u-a-n,
21   and in English, it should be Golden Spring.  That's
22   what I read.
23   Q   Does Dong Li have an English name?
24   A   I don't know.  Maybe that's the name of
25   your client.

Page 46

1    Q   Okay.
2    A   Eastern Profit.  It's -- because that's the
3    meaning.
4    Q   All right.  Let -- let -- let's go back.
5    Let's go -- we'll -- the question -- and I want to
6    make sure we get a full answer to this -- is: What
7    other topics did you discuss with Mr. Guo?
8        And we're going to go through the remainder
9    of 2017.
10   A   Yeah.  How did he involved in armed
11   smuggling in 2- -- nuclear smuggling in North
12   Korea -- to North Korea.  Was he part of China's
13   efforts there?
14   Q   Okay.
15   A   He said he had --
16   Q   That --
17   A   -- all the record.
18   Q   Hold on.  Let's just stop.  Okay?  I just
19   want to list the topics.  Okay?  Otherwise, we'll
20   have a narrative answer --
21   A   All right.
22   Q   -- on some of these.  Okay?
23   A   Okay.
24   Q   And so that's one topic.  What are some
25   other topics you discussed with him?

Page 47

1    A   Corruption.
2    Q   Okay.  Corruption involving who?
3    A   Involving one of -- Zhou Yongkang.
4    Z-h-o-u, last name, first name, Y-o-n-g-k-a-n-g.  And
5    there -- there are reports -- there are reports
6    indicating that Guo was -- that guy was very
7    high-ranking.  He was the top of China's whole legal
8    system in the party -- in the party system.  And he
9    was arrested and the report said they actually found
10   seven trucks of cash in his home.
11       And I was- -- I wasn't present.  I could
12   not testify, but that was a huge case.  That case
13   involved -- involved hundreds of billions -- I mean,
14   billions in the "B" -- dollars of corruption.  And
15   report -- reports indicate that Guo -- Mr. Guo had
16   something to do with it.
17   Q   Did you discuss this with Guo?
18   A   I asked him about it.
19       He said he has the whole file.
20       And I said, "When can you show me?"
21       He did not show me.
22   Q   Okay.  What other topics did you discuss
23   with Guo in 2017?
24   A   That's --
25   Q   Let -- let -- let me ask you this.  Did Guo

Page 48

1    tell you that he was considering a project to
2    research certain relatives of Chinese officials who
3    were either in the U.S. or abroad?
4    A   He said that on air.
5    Q   Okay.
6    A   He said that he hires the best
7    investigative companies in the world to -- he would
8    investigate all those people and get them to the --
9    to jail.  So I was very curious as -- as well.
10   Q   Okay.  Did you discuss that with him
11   yourself?
12   A   He's very secretive about that.  I tried.
13   Q   Okay.  Did -- did Mr. Guo mention
14   Strategic Vision to you in 2017?
15   A   No, I never heard of it.
16   Q   Okay.  Did he mention them to you in 2018?
17   A   Never heard of -- no, I never -- that was
18   never a subject between my condition -- but Guo
19   actually did mention once, he said there are two --
20   he was swindled by two Americans.  That was this
21   year.
22       He actually gave me the whole court file.
23   I think I saw it somewhere in the -- I think
24   that's -- that was in -- I think in late May or early
25   June this year.

12 (Pages 45 to 48)

SASHA GONG  11/26/2019

## Page 49

1      And -- and Guo -- well, the previous night,
2  Guo and I, Steve Bannon and a couple of us have
3  dinner.
4      And Guo said, "Would you come and pick up
5  some documents?  It's important to me.  It's
6  important."
7      I said, "Okay.  Well, I will stop by."
8      So next day -- I actually have a picture of
9  it -- stopped by Guo's hotel, Hay-Adams.  He gave me
10  three big -- big, thick files.  He said was -- I
11  never opened that because the files look -- you know,
12  and at that time I was rushing to Europe, so I -- and
13  he gave me a whole big copy of that.
14      **Q    Okay.  And so if you didn't open it, how**
15  **did you know that it was the file from this case?**
16      A    I did not open to read it, I just read --
17  you know, I don't even make the connection because
18  it's -- it's not interesting.  To me, it's not
19  interesting.  I was -- then I was rushing to Europe
20  for a whole month.
21      **Q    Let me ask you about a few other people,**
22  **then we'll return to Mr. Guo.**
23      **Do you know Steve Bannon?**
24      A    Yes.
25      **Q    How do you know him?**

## Page 50

1      A    I think I first met him in 2010, in the Tea
2  Party Movement or something, but I was there meeting
3  with Andrew -- Andrew -- Andrew Breitbart, and I did
4  not met -- remember him that well, but that was a
5  meeting I think both of us remembered later.
6      So the first time I met him was early 2018.
7  I forgot when.  That was the day when Guo came to
8  Washington, live in Hay-Adams.
9      I met with Steve Bannon, but that was
10  also -- in some meetings I -- that was not important
11  at -- because -- and then that's -- that night Guo
12  and I and my colleagues came back to Hay-Adams, and I
13  saw Steve Bannon standing there, shaking hands.
14      And the one that got 20 feet away from him
15  was John Thornton from, I think -- well, now he's
16  from China now.  So because John Thornton --
17      **Q    Wait.  Let's stop.  Let's stop here.**
18      A    Okay.
19      **Q    I just -- I want to -- let's try to focus**
20  **this.  Okay?**
21      **So did you -- it sounds like there was an**
22  **early 2018 meeting.  Was there an actual meeting**
23  **involving you, Guo, and Mr. Bannon?**
24      A    No.
25      **Q    No.**

## Page 51

1      A    No, because I -- you know, that was a
2  meeting.  Guo took us back to Hay-Adams, and Bannon
3  was there at the door and John Thornton was there at
4  the door.
5      **Q    Okay.  Did you observe Guo talking to**
6  **Bannon?**
7      A    No.  Guo -- Guo went to talk to John
8  Thornton.  I went to talk to Bannon.
9      **Q    Okay.  What did -- okay.  So you spoke with**
10  **Mr. Bannon at that point?**
11      A    Yes.  And first thing I said, "Mr. Bannon,
12  I want an interview."  That's what I said.
13      **Q    Okay.  Did you talk about Mr. Guo with**
14  **Mr. Bannon?**
15      A    No.  No.  I -- I just want -- I talk to --
16  his nephew, Shawn, was there.  What -- what I want
17  was to set up the date and time and -- for an
18  interview.  I'm very hungry for interviews.
19      **Q    Okay.  Well, let's -- okay.  Let's -- let's**
20  **move on.**
21      **Do you know Lianchao Han?**
22      A    Very well, for 30 years.
23      **Q    And have you discussed this case with**
24  **Mr. Han?**
25      A    Which case?

## Page 52

1      **Q    The Strategic -- Eastern Profit versus**
2  **Strategic Vision, the case that you're --**
3      A    No.
4      **Q    -- you're on now.**
5      A    Because I think Lianchao got very depressed
6  on this and Lianchao sent on -- sent out Tweet that
7  both side have problems and -- something.
8      I think, as a friend, I -- I'm very
9  considerate.  I just don't want to, you know, raise
10  that uncomfortable issue.
11      **Q    Okay.  Have you spoken with him about the**
12  **Strategic Vision research project?**
13      A    No.
14      **Q    Okay.  And earlier you said you introduced**
15  **Mr. Guo to Bill Gertz.  Did you already know**
16  **Mr. Gertz?**
17      A    Yes, for years.
18      **Q    How -- how did you know him?**
19      A    We're both reporters, so I think
20  specifically 2012 or '13, something, he came to my
21  office and we discuss a -- a research proj- -- not a
22  re- -- a reporting subject.
23      **Q    Have you spoken with Mr. Gertz about this**
24  **case?**
25      A    Again, the Eastern --

13 (Pages 49 to 52)

SASHA GONG  11/26/2019

Page 53

1    Q   Correct.
2    A   No.
3    Q   Okay.  Have you spoken with him about the
4  Strategic Vision research project?
5    A   No.
6        MR. GREIM:  Okay.  We've been going for
7  about one hour, I think.  We started a little bit
8  late.  Why don't we proceed a little bit further.
9        How is our court reporter doing?
10       THE REPORTER:  I'm good.
11       MR. GREIM:  Okay.  Well, let's --
12       MS. CLINE:  I'm good.
13       MR. GREIM:  -- let's continue just a bit
14  further and then we'll take our first break.  And
15  we're probably only -- you know, we're -- we're
16  moving along pretty well here.
17       THE WITNESS:  The agenda for the Chinese
18  interrogators, they interrogated me for three days,
19  18 hours a day with only two breaks each day.
20   Q   (By Mr. Greim) Okay.  All right.  Thank
21  you.  Okay.  I'm going to ask you a little bit about
22  what you learned from Mr. Guo about his past.
23       And, again, I understand that you've raised
24  an objection on this reporter's privilege, and I
25  would just simply ask you that when you have that

Page 54

1  objection, please make it clear.
2    A   Yeah.
3    Q   I would only tell you our position is that
4  if -- you know, to the extent you're talking with him
5  not in your capacity as a reporter --
6    A   Uh-huh.
7    Q   -- on some of these various projects, we
8  think that would not be covered.
9    A   Yeah.
10   Q   Okay.  What -- what have you learned from
11  Mr. Guo about his upbringing in China?
12       MS. CLINE:  Ob-- or ob-- -- objection;
13  relevance.  Again, none of this has anything to do
14  with the contract between Strategic Vision and
15  Eastern Profit.
16       MR. GREIM:  You know well our position,
17  that it is directly relevant to the fraud claims, and
18  let's not use up our time on this.  But your
19  objection's noted.
20       MS. CLINE:  You're the one wasting time
21  here, Eddie.  This is ridiculous.
22   Q   (By Mr. Greim) Okay.  Go ahead, Ms. Gong.
23  What do you know about Mr. Guo's upbringing?
24   A   He said a lot in public.  He said several
25  versions.  But what I think out -- you know, let's

Page 55

1  say what can be confirmed, what cannot be.
2        What can be confirmed is that he grow up in
3  the village and he did not have much education.  And
4  who is his father?  There are different versions.
5  Who's this family background?  So I -- I'm not going
6  to go into that.
7        And he came to Beijing as a peddler from
8  Hunan in 1983.  He said everything in -- in public.
9  And -- and let me be very brief.
10       So what happens that -- the interesting
11  part, the important part here is that, clearly, in
12  1989 -- May 28th, 1989, he was sentenced to three
13  years in jail and four year in probation.
14       The reason why I -- I spend time to
15  investigate that is because he has a version and the
16  Chinese government has their version.  His version
17  was that he was in jail because he supported the
18  Tiananmen student movement.
19       But he was in -- May 28th, he was already
20  arrested.  That was before the June 4th Massacre.
21  The big arrest started after June 4th, but he was
22  already in jail in -- May 28th.
23   Q   And what was he arrested for?
24       MS. CLINE:  Objection; foundation.
25       THE WITNESS:  For swindling 8,000 yuan,

Page 56

1  which is a lot of money, from two of his father's
2  friends.
3    Q   (By Mr. Greim) After Mr. Guo was released
4  from jail, has he told you what he did next?
5    A   Well, he told the public more.  He told
6  me -- let me state what he told the public.  He was
7  released after 22 months for -- to serve a three-year
8  sentence and four-year probation.  So, apparently, he
9  was still in probation in 1991 when he was released.
10       And then he said -- that much he said.  He
11  said, in 1991, when -- after he was released, he was
12  dirt poor.  He could not feed his family.
13       Somehow he got an opportunity to go to
14  Hong Kong to be a very rich woman's driver.  This
15  woman has very deep connections with the Chinese
16  intelligence community.  And that's so much -- so
17  much I can say, according to different media reports.
18       This woman is 40 years his -- his senior,
19  and he serve her for a year or so and he came back
20  with lots of her money and start -- started to build
21  his real estate empire in Hunan.
22   Q   Is any of this inconsistent with what
23  Mr. Guo told you?
24       MS. CLINE:  Objection to form; foundation.
25  So it -- the way that --

14 (Pages 53 to 56)

SASHA GONG  11/26/2019

Page 57

1      Q   (By Mr. Greim) Okay.  Fair -- fair enough.
2    Let -- let me ask you this.
3          MS. CLINE:  Let me just -- let me just put
4    a -- an objection on the record.
5          The way the deposition is proceeding, it's
6    hard to interject with objections, and it's difficult
7    for me to discern what the witness is testifying to
8    based on her own knowledge versus based on what folks
9    have told her.
10         So I have lots of foundation objections, in
11   addition to relevance and everything else, but I just
12   want to -- just want to note that I have an ongoing
13   objection to foundation and relevance, and I'm having
14   a really hard time understanding the basis for the
15   witness's testimony.
16         THE WITNESS:  Okay.
17         MR. GREIM:  Right.  Right.
18         THE WITNESS:  Let me defend my
19   reputation --
20         MR. GREIM:  No, no.
21         THE WITNESS:  -- as a reporter.
22     Q   (By Mr. Greim) No, no.  No, no.  Hold on.
23   It's not about your reputation as a reporter.  This
24   is about -- this is not about you, it is about the
25   way the questions are being asked and laying the

Page 58

1    proper foundation and the way I'm asking you
2    questions.
3          There's -- opposing counsel's not attacking
4    you in any way.  So --
5      A   But, still, I want to say that --
6      Q   No, no.  But --
7      A   I would not say --
8      Q   But you can't.
9      A   -- anything in single source.
10     Q   Okay.  Thank you.  But here's what we have
11   to do.  Whoever reads this transcript needs to be
12   able to understand the basis for the statements that
13   you are making, and they are either going to be
14   admissible or they're not going to be admissible.
15         So our job here is to make clear to the
16   person who finds the facts where this information's
17   coming from.  Okay?
18         So I'm now going to ask you -- let's go
19   back a little bit to the discussions you directly
20   have had with Mr. Guo.  Okay?
21         And so my question to you is:  Did you
22   discuss Mr. Guo's background with him?
23     A   Yes, I did.
24     Q   Okay.  And the things that you just told us
25   about Mr. Guo's -- let's start with his time in jail,

Page 59

1    okay, and the reason for his arrest.
2          Are the things that you told us consistent
3    with the things that he told you?
4      A   No.
5      Q   Okay.  What did he tell you?
6      A   Very wake (phonetic).  Let me say really
7    awake (phonetic).  He said he was in jail be- --
8    because he supported Tiananmen movement, and he
9    donated a lot of money, according to him.
10         However, I check with all Tiananmen student
11   movement leaders who I can find here.  Nobody
12   remembered.
13     Q   Okay.
14         MS. CLINE:  Again, Eddie, we'll -- we'll
15   have to sort this out, but there's a -- there's a
16   blurry line between her testimony as a fact witness,
17   based on firsthand knowledge, and her -- her work as
18   a reporter.
19         And so I have -- to the extent she's
20   testifying as to things she found out from other
21   people when she was reporting, we'll have foundation
22   and hearsay objections and all of that.  And we'll
23   have to -- if you're going to try to get this into
24   trial, we're going to have a -- a mess.
25         MR. GREIM:  I -- I understand.  We're

Page 60

1    doing -- we're doing the best we can with the sources
2    we can get.  And so we're just going to -- what we
3    can do today is try to be clear.  We can try to
4    preserve your objections and understand the basis for
5    the witness's testimony.
6      Q   (By Mr. Greim) And -- okay.  So let's --
7    let's go ahead.
8          Now, the information about Mr. Guo going to
9    Hong Kong, okay, is that consistent with what Mr. Guo
10   has told you personally?
11         MS. CLINE:  Objection to form; foundation.
12         THE WITNESS:  Yes.
13     Q   (By Mr. Greim) Okay.  And do you have an
14   understanding about whether it would be common for
15   the Chinese regime in this period to allow someone
16   who is on probation to go to Hong Kong to work?
17         MS. CLINE:  Objection; foundation.
18         THE WITNESS:  I never heard of it.
19         And, also, the Hong Kong government,
20   under -- at that time still under the British rule,
21   would not allow a convicted felon -- felon to go and
22   change his name and date of birth.
23     Q   (By Mr. Greim) Okay.  Well, let me ask you,
24   did Mr. Guo change his name and date of birth in
25   Hong Kong?

15 (Pages 57 to 60)

## Page 61

1    A   Yes.
2    Q   Okay.  And what's the basis for your
3  understanding of that?
4    A   I asked Mr. Guo, "Why would you have three
5  different date of births, '67, '68, and '70?"
6        And he said, well, his mother mis-memorized
7  his birth date.
8        He had seven -- he had seven other -- eight
9  brothers, sisters, you know.  Why would his mother --
10  a mother mis- -- well, make such a mistake?  That's a
11  very peculiar thing, and I questioned him more than
12  once.
13    Q   What about his name changes?  Did he
14  explain why he changed his name in Hong Kong?
15    A   I did not question him.  And my
16  understanding is that his name, Wengui Guo, was sort
17  of very country bumpkin type of name.  He wants a
18  more high -- higher-status name in Hong Kong.  That's
19  my understanding.  He did not tell me that.
20    Q   Okay.  Did Mr. Guo tell you how he was able
21  to amass wealth after he returned from Hong Kong?
22    A   No.  I tried to ask him.  I tried, but he
23  never answer that question.
24    Q   What did Mr. Guo tell you about his
25  activities in China between the time he came back

## Page 62

1  from Hong Kong and the time he left China?
2    A   He said he build real estate and he made
3  lots of friends, high-ranking friends, and he became
4  one of the major players, according to him, in the
5  Chinese intelligence community.
6        And, at that time, I questioned him on air
7  in 2000 -- in April sev- -- 8/19, 2018, on air.  I
8  was -- I focus very much on two people who is his
9  associate.
10    Q   Okay.
11    A   One of his associate.  One is the --
12    Q   Okay.  Who were those two people?
13    A   The first one, it's a -- a guy named
14  Zhang Yue.  Last name Zhang, Z-h-a-n-g, first name
15  Yue, Y-u-e.
16        The reason I was interested in Zhang --
17  Mr. Zhang closest.  Guo admitted on air many times
18  that Mr. Zhang Yue was his close friend and he
19  appreciated Mr. Zhang very much.
20        But this Mr. Zhang, I know some of his
21  background, and Mr. Zhang was -- was a commissar in
22  the biggest Chinese prison in -- in the -- after
23  Tiananmen movement.  He interrogated many of my
24  friends.  He participated in arresting one of my very
25  good friends for 40 years, Mr. Wang Juntao.  Last

## Page 63

1  name Wang, W-a-n-g, first name Juntao,
2  J-u-n-tay- t-a-o.
3        Mr. Wang was accused by the Chinese
4  government to be the black hand behind the Tiananmen
5  movement.  And Mr. Zhang participated and escorted,
6  in a way, Mr. Wang when they arrested Mr. Wang.
7        So he also interrogated several other my
8  dissident friends, like Mr. Wei Jingsheng.  Last name
9  W-e-i, first name J-i-n-g-s-h-e-n-g.  Mr. Wei
10  Jingsheng spent 18, 19 years in jail, the most famous
11  dissident in China.
12        The last time he saw Mr. Zhang Yue was when
13  Bill Clinton's government demanded Mr. Wei's release.
14  And when he was released and sent to airport,
15  Mr. Zhang was accompanying him there.
16        So Mr. Zhang clearly, according to all my
17  friends, dissident friends, many of them, he was a
18  leading figure in controlling or suppressing the
19  Chinese pro-democracy movement.  And, yet, he's
20  Mr. Guo's close friend.
21        And that's when -- the time I was wondering
22  where he could get my files.  And Mr. Zhang is the
23  very -- perhaps a very good source.  I can't testify
24  for that.
25    Q   Okay.  Let -- let me ask you --

## Page 64

1    MS. CLINE:  Let me just lodge an objection.
2  Again, foundation.  Sounds like she's reporting on
3  what others have told her.  It's not firsthand
4  knowledge.
5    Q   (By Mr. Greim) What did Mr. --
6    A   I have them on air on -- I -- I have him on
7  air.  He told me.  Mr. Guo told me.  It's not other
8  people told me.  I also inter- -- interview other
9  people on the record, not off the record.
10    Q   Let -- let me ask you what Mr. -- so what
11  did Mr. Guo tell you about Mr. Zhang Yue?
12    A   He refused to tell me what his function.
13  He just say he's a very good friend, he's such a
14  great guy, he run, he have -- has good figure, and
15  he -- his body is so lean, or something like that.
16        He refuse to tell me what was Mr. Zhang's
17  function.  Even that was in the record.  He looks
18  like -- when I question him on air, look like he's
19  obsessed with Mr. Zhang's body instead of his
20  function.
21    Q   Okay.  Well, who is the second person that
22  you asked Mr. Guo about?
23    A   That was Mr. Liu.  Last name -- Liu Zhihua.
24  Last name L-i-u, Liu, first name Zhihua, Z-h-i-h-u-a.
25    Q   I'm sorry, could you give the -- the first

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

Page 65

1    name again?
2        A    Liu, L-i-u -- oh, the first name.
3    Z-h-i-h-u-a.
4        Q    Very well.  Thank you.
5        A    Mr. Liu -- Mr. Liu was the vice-mayor of
6    Beijing.  Very, very powerful figure.  So this is
7    also a very famous case.  I questioned Mr. Guo
8    several times to the extent that he complain on air
9    that I was the only one who would follow the case.
10   This is the case.  So not -- this is firsthand
11   knowledge.
12       Q    Okay.
13       A    Mr. Liu was vice-mayor in Beijing.  And in
14   2003, Mr. Guo obtained a prime real estate, a piece
15   of land.  I think it's the Golden -- Golden Profit?
16   No.  Golden -- some -- one of his companies.  It may
17   be your company.  Anyway, a piece of land, prime land
18   in Beijing, and -- and tried to develop it.
19            And -- but Mr. Liu, as the vice-mayor of
20   Beijing, a powerful vice -- vice-mayor in Beijing,
21   took the land and gave it to some other company.
22   So Mr. Guo -- this is firsthand knowledge.
23   Again, Mr. Guo told me.  And I -- I read a lot of
24   reports.  And it said he went to see Mr. Liu.
25            And Mr. Liu goes, "Who the hell are you?"

Page 66

1    Said, "Well, I am not going to" -- you know, you're
2    nobody.
3             And Mr. Guo said, "Let -- let's see if I'm
4    nobody."  So --
5             MS. CLINE:  I'm sorry, is there a question
6    pending?
7        Q    (By Mr. Greim) There is.  I'm asking her
8    what Mr. Guo told her about Mr. Liu.  So why --
9        A    Yes.
10       Q    Why don't we do this.  What -- what did
11   Mr. Guo tell you that he told Mr. Liu after Mr. Liu
12   would -- took the property?
13       A    He said, "Just wait, see who I am."
14       Q    So what --
15       A    So what happened is that later Mr. Guo
16   and -- went to look for Mr. Ma Jian.  Last name Ma,
17   M-a, first name Jin, J-i-n (sic).
18            Ma Jian at that time was a bureau chief in
19   the Chinese MSS, the Minister of State Security, and
20   later became the deputy of the Minister of Public
21   Security and -- who was in charge -- that's on the
22   record -- in charge of international espionage.
23       Q    Now, wait a second.
24       A    China -- uh-huh.
25       Q    Who -- who told you that Mr. Jian was

Page 67

1    the -- was in charge of international espionage?
2        A    Chinese government document.
3        Q    What did Mr. Guo tell you about Mr. Jian?
4        A    Mr. -- Mr. Ma, not Mr. Jian.
5        Q    I'm sorry, Mr. Ma.  Yes.
6        A    Mr. Ma.
7        Q    Uh-huh.
8        A    Guo said they became very close friends.
9    And with Mr. Ma Jian's direction -- Mr. Ma's
10   direction, Guo mobilize many personnels and other
11   mechanism to follow Mr. Liu, vice-mayor Liu Zhihua,
12   for more than a year recording whatever he -- well,
13   his activities.  And they recorded his sex -- sexual
14   relationship, a sex tape with his -- with his -- with
15   his lover --
16       Q    So --
17       A    -- one of his lovers.
18       Q    So how did Guo tell you that he used that
19   information?
20       A    Guo told me --
21            MS. CLINE:  Objection to form.
22            THE WITNESS:  Yeah.  Not only Guo told me,
23   it's also publicize, and Guo -- and he -- he took the
24   sex tape -- because the woman involved in the sex
25   tape was related to the company who took his land.

Page 68

1             And Guo took that tape and directly went
2    into Zhongnanhai, where the Communist Party leaders
3    live, and he gave the tape to Mr. Hu Jintao.
4             Guo said several times he was one of three
5    people who could go to Hu Jintao's place without
6    appointment.  So --
7        Q    (By Mr. Greim) Now, I'm sorry --
8        A    Uh-huh.
9        Q    -- let -- let's stop there.
10       A    Uh-huh.
11       Q    This name, "Hu Jintao" --
12       A    Okay.
13       Q    -- I think I recognize that, but let me --
14   let me try this.  Is it H-u, last name?  First name,
15   J-i-n-t-a-o?
16       A    Yes, that's the correct -- correct spell.
17       Q    Okay.
18       A    And he was the number one -- the general
19   secretary of the Chinese Communist Party, the most
20   powerful person in China.
21       Q    Now, let me ask you, did Mr. Guo -- is it
22   Mr. Guo who told you that he was one of three people
23   who -- well, let -- let -- let me just ask you.
24            What did Mr. Guo tell you about his
25   relationship to Mr. Hu?

17 (Pages 65 to 68)

SASHA GONG  11/26/2019

## Page 69

1  A   Mr. Guo told me he -- well, first, he has a
2  very close relationship with Mr. Hu's wife.  Name is
3  Liu Yongqing -- last name L-i-u, first name
4  Y-o-n-g-q-i-n-g -- who is also very powerful in
5  Beijing's real estate development, who was in charge
6  of the Beijing Planning Commission or something.
7       Anyway, so Mr. Guo did not only tell me, he
8  told the whole world that he's close to Hu, and he
9  was among three people who can -- who could go to
10  Hu's place without appointment.
11  Q   Okay.  So let -- let's move forward with
12  this, and then we'll move on to -- to another topic.
13      What did -- what -- what was Mr. Hu --
14  well, let me strike that.
15      What did Guo tell you that Mr. Hu did for
16  him once he gave him the tape?
17  A   Well, Mr. Hu was very angry, and Mr. Hu
18  ordered to arrested -- to arrest Mr. Liu.  And
19  Mr. Liu was sentenced to death -- suspended -- given
20  a suspended death sentence, and he's still in jail.
21  Q   And how did this benefit Mr. Guo?  What --
22  what did he tell you?
23  A   Mr. Guo took --
24      MS. CLINE:  Objection.
25      THE WITNESS:  -- the land --

## Page 70

1      MS. CLINE:  Objection.
2      THE WITNESS:  -- back.
3      MR. GREIM:  Okay.
4      MS. CLINE:  Objection.
5      THE WITNESS:  But the land is back.
6      MS. CLINE:  Objection --
7      THE WITNESS:  Everybody knows.
8      MS. CLINE:  -- to form.  Objection;
9  founda- -- lack of foundation.
10     MR. GREIM:  Let's let Counsel make her
11 objection.
12  Q   (By Mr. Greim) My question to you is:  What
13 did Guo tell you about how this benefited him?
14  A   He took the land back.  He build his
15 trademark building on it, the Pangu Building.
16 P-a-n-g-u.  The Pangu Building.
17  Q   Okay.  Did Mr. Guo discuss with you any
18 other work that he did in cooperation with the MSS?
19     MS. CLINE:  Objection to form.
20     THE WITNESS:  Yes.  He did say he'd visited
21 Dalai Lama on behalf of the security of the MSS, and
22 he got a medal for it.
23  Q   (By Mr. Greim) I'm sorry, a what for it?
24  A   He receive a medal.
25  Q   A medal.

## Page 71

1  A   That's what he said.
2  Q   A medal from who?
3  A   From the Minister of Public -- of -- of
4  State Security, or from the Chinese government.
5  Q   Okay.  What else did Mr. Guo tol- -- tell
6  you that he did on behalf of the MSS?
7      MS. CLINE:  Objection to form.
8      THE WITNESS:  Another case that I
9  remember -- I talked -- was -- oh, no, he did not
10 tell me that, I read about it, so I think I better
11 not to talk about the Chen Lingyu case, but you guys
12 can find it.  He talk to the public.
13     The case is -- last name Chen, C-h-e-n,
14 first name L-i-n-g-y-u.  In a media report -- and Guo
15 said to the public that he helped to kidnap Chen
16 Lingyu's son back to China using his private
17 airplane.
18     But that's not -- he -- I did not discuss
19 with him that, and he discuss with the public that.
20  Q   (By Mr. Greim) Okay.  Was this -- did this
21 involve someone who was in Malaysia?
22  A   Yes.
23  Q   Okay.  And so recognizing that you are now
24 telling us what Guo has said in a broadcast, rather
25 than in a direct conversation --

## Page 72

1  A   Right.
2  Q   -- with you, what did Guo say about his
3  work on the Chen Lingyu matter?
4      MS. CLINE:  Just -- same objection.
5      THE WITNESS:  I -- actually, I did not
6  focus on that case, so -- and my memory -- I can only
7  testify for things I clearly memorize, date and
8  stuff, as a reporter.  For this, it's a very rare
9  thing.  You guys need to find out.
10     I think what he said was he went to
11 Malaysia and persuaded Chen Lingyu's son -- Chen
12 Lingyu was -- was on trial.  And he used his private
13 airplane to kidnap his son back to China.  That's all
14 I can say which the only accurate part.  Date and
15 time and -- I cannot.
16  Q   (By Mr. Greim) Okay.  Very well.  Earlier
17 you mentioned -- I -- I -- I'm not sure I followed --
18 something about North Korea.
19     Did Mr. Guo ever tell you about any
20 activities he embarked upon for the CCP or PRC
21 regarding North Korea?
22     MS. CLINE:  Objection; form, relevance.
23     THE WITNESS:  See, I try to ask him what
24 his role.  Since very few people got to -- according
25 to his claim to me -- he knows the Kim family so well

18 (Pages 69 to 72)

SASHA GONG  11/26/2019

Page 73

1    and he would, you know, dine with them and play with
2    them.  He also witness Kim -- Kim Jong-un's sister
3    kill a horse and something.
4         If they're -- he's that close, he got to
5    have some role in China and North Korea.  I tried to
6    question him.  So he said he has the full record of
7    the truck goes in -- go in and out of the -- China,
8    because I know Korea border, and -- and I have no way
9    to verify.
10        Q   (By Mr. Greim) Okay.
11            MS. CLINE:  Objection; foundation.
12        Q   (By Mr. Greim) When -- when did he make
13   this statement to you?
14        A   A year ago, something like that.
15            MR. GREIM:  Let's go ahead and take our
16   first break at this point, if that's okay.  Maybe
17   just about ten minutes.
18            Is that okay with the reporter?
19            THE REPORTER:  Sounds good.
20            MR. GREIM:  Okay.  Very good.  Let's take
21   a --
22            THE WITNESS:  Okay.
23            MR. GREIM:  -- ten-minute break.
24            THE WITNESS:  Bathroom break.
25            VIDEOGRAPHER:  Going off the record.  The

Page 74

1    time is now 10:44 a.m.
2            MR. GREIM:  Okay.
3            VIDEOGRAPHER:  This ends Disc Number 1.
4            (Whereupon, a recess was had from
5    10:44 a.m. until 11:03 a.m.)
6            VIDEOGRAPHER:  This begins Disc Number 2 in
7    the video deposition of Sasha Gong.  We are back on
8    the record.  The time is 11:03 a.m.
9        Q   (By Mr. Greim) Ms. Gong, let's finish up
10   talking about Mr. Guo's activities.  Let me ask you,
11   did he ever discuss with you whether he was acting as
12   a dissident against the regime when he was in China?
13            MS. CLINE:  Objection to form.
14            THE WITNESS:  No.
15        Q   (By Mr. Greim) Did he ever tell you that,
16   during the time he was amassing his wealth, he was
17   also acting in opposition to the regime?
18        A   No, I don't think so.
19        Q   Now, at some point Mr. Guo came to the
20   United States, correct?
21        A   Yes.
22        Q   Okay.  And what did Mr. Guo tell you about
23   why he came?
24            Well, first of all, what did Mr. Guo tell
25   you about when he came to the United States?

Page 75

1        A   Somewhere in 2014.
2        Q   Okay.  And of a -- did he say if it was
3    earlier in 2014, later in 2014?
4        A   I don't remember.
5        Q   Did he tell you why he came to the U.S.?
6        A   He said the Chinese might arrest him and
7    almost arrested his daughter.  And, also, he told me
8    his son was lucky because ten minutes before he would
9    be arrested and he -- Guo got a tip and his son flew
10   out in their private airplane.  That's all I can
11   remember.
12        Q   Okay.  So did he tell you why he believed
13   he was going to be arrested?
14        A   Because his patron, Ma Jian, again, the
15   Deputy Minister of State Security, while -- thinks
16   that he would be -- he would be targeted in the
17   anti-corruption campaign.
18        Q   Okay.  Did Mr. Guo tell you what he first
19   did when he came to the United States?
20        A   I -- I don't have much knowledge, except he
21   told me he continue to make business deals,
22   worldwide, and he says he made billions after he got
23   to the states.  He had business in Japan, England,
24   and some other countries, something like that.
25            I have to say I don't understand the

Page 76

1    investment world much, so I did not pay much
2    attention.
3        Q   Did Guo begin to speak out as a dissident
4    against China immediately after he came to the United
5    States?
6            MS. CLINE:  Objection; form, foundation.
7            THE WITNESS:  No, not until, like, sometime
8    last year.
9        Q   (By Mr. Greim) In 2018?
10       A   Yeah.
11       Q   Well, what about when you interviewed him
12   in 2017?
13       A   He -- in the interview, he -- actually, on
14   the record he claimed many times he's -- he was very
15   loyal to President Xi Jinping in China.  He only
16   wanted to target the corrupt ones.  But he thought
17   Xi Jinping was a good leader.
18       Q   Did he express that view to you privately
19   as well?
20       A   Yes.
21       Q   What did he say?  What -- why did he tell
22   you he thought President Xi was a good leader?
23       A   Well --
24            MS. CLINE:  Objection to form.
25            THE WITNESS:  -- I -- actually, I have

19 (Pages 73 to 76)

SASHA GONG  11/26/2019

## Page 77

1  other things to question.  I thought that was --
2  people who -- you know, who was so bought (phonetic)
3  in to the Chinese corrupt system and express their
4  opinion is fine.
5      Q   (By Mr. Greim) I'm sorry.  Let me make sure
6  I understand.
7      A   Yes.
8      Q   And maybe my question wasn't clear.  Did --
9  did Mr. Guo tell you why he thought President Xi was
10  a good leader?
11      MS. CLINE:  Objection to form.
12      THE WITNESS:  Yeah, I did not question him
13  that.
14      Q   (By Mr. Greim) Did Mr. Guo tell you about
15  any business deals he tried to do in China after he
16  came to the United States?
17      A   I don't recall any.  And perhaps the
18  company names and the stuff I actually have trouble
19  to understand.
20      However, there's one thing I -- I'm -- I'm
21  thinking, you know, it's always in my mind.  I got a
22  little curious because I met with Yu Jianmin, a
23  Chinese name -- last name Y-u, and first name
24  J-i-a-n-m-i-n.  I met him once.  And Guo said he was
25  his money man.  That was right after the November 20,

## Page 78

1  2018, press conference.
2      And so I went back to check Mr. Yu's -- or
3  I think his English name's William Je, J-e.  I went
4  to check on his background.
5      I said, "Why would Guo have somebody who
6  clearly work so closely and be part of the Chinese
7  government, work so closely with him?"
8      At that point, that was always my question.
9      Q   Now, what --
10      MS. CLINE:  Let me just object.  As to some
11  other portions of the testimony, it's not clear which
12  was based on personal knowledge and what she was --
13      Q   (By Mr. Greim) Well --
14      MS. CLINE:  -- investigating.
15      Q   (By Mr. Greim) Sure.  Let's unpack that.
16  Okay?
17      A   Okay.
18      Q   Let's unpack that.  So -- first of all, let
19  me just ask you this.  Have you ever met an individual
20  named William Je or William Yu?
21      A   Yes, I have, once.
22      Q   Okay.  When was that?
23      A   On November 20, for lunch, 2018.
24      Q   Okay.  And who was present?
25      A   Mr. Guo -- that's in Guo's apartment.

## Page 79

1  Mr. Guo, me, and Lianchao Han, Steve Bannon and Bill
2  Gertz.
3      Q   And why were you all getting together at
4  Guo's apartment?
5      A   That was -- that day they -- Guo and Steve
6  Bannon had a press conference.  I -- I was present in
7  that press conference.  And after that, I got a phone
8  call from -- I think from Wang Yin Ping (phonetic),
9  Yvette.
10      Q   Right.
11      A   I'm not sure if that's from Yvette.  I
12  think it's from Yvette, said Mr. Guo invite you over
13  to his apartment for lunch.
14      So I went there with Lian- -- she said
15  invite you and Lianchao and Bill.  So I grabbed
16  Bill -- Bill Gertz and Lianchao, and we left together
17  and walked to Guo's apartment.
18      Q   Okay.  This is in New York City?
19      A   In New York City, yes.
20      Q   Okay.
21      A   The Sherry-Netherland Hotel.
22      Q   So this is the lunch where you met Mr. Je?
23      A   Yes.
24      Q   And when I say that, I'm referring to --
25  it's J-e, but it's the same person you've referred to

## Page 80

1  as William Yu or Yu Jianmin?
2      A   Yes.  And I talked to him.  He is from
3  Hong Kong, clearly from accent.  I am Cantonese, so I
4  speak Cantonese, and I spoke Cantonese with him.
5      Q   Okay.  And what -- what did Mr. Guo say
6  when he introduced you to Mr. Yu?
7      A   Guo said, "He's the money guy."
8      Q   What else did Mr. Guo say about Mr. Je?
9  Well, I'll go with "Mr. Je."  Okay.
10      A   Okay.
11      Q   What else did Mr. Guo say about Mr. Je?
12      A   I don't recall, but later -- I actually
13  think Mr. Bannon or -- and Lianchao also know he's
14  the money guy because we have a conversation a few
15  days after that lunch, and it was in Mr. Bannon's
16  home in the Breitbart embassy.
17      And Lianchao and I -- and that was
18  Mr. Bannon's birthday party.  Oh, God, his birthday
19  is, like -- anyway, so --
20      Q   That was -- so it was around late
21  November of 2018?
22      A   November, I think, 24th and 25th, something
23  like that, a few days later.  You can check his
24  birthday.  I don't remember, but I know it was a few
25  days later.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 81

1    Q    Okay.  So you were at Mr. Bannon's house
2   for a birthday party in Washington, D.C., and you
3   were in the presence of Mr. Bannon and Mr. Han?
4    A    Yes, because Mr. Bannon want to talk us --
5   talk to us about Guo.  And I told Mr. Bannon that I
6   doubt Guo would pay for that hundred million dollars
7   he -- he promised.  So that was -- I have my reasons,
8   but I told Mr. Bannon I don't think he would get the
9   money.
10    Q    Okay.
11    A    And Mr. Han then said to me and Mr. Bannon
12   that, "Well, William Je is a quite honest person, and
13   ask him, he may pay."
14        That's what relate to Mr. Je -- Je.
15    Q    Okay.  So I don't forget this, was there
16   any other discussion with Mr. Bannon or Mr. Han at
17   that time about Mr. Guo or Mr. Je?
18    A    That's the only discussion related to this.
19        Is Mr. Je have anything to do with --
20    Q    No.  No.  You can't -- remember --
21    A    Sorry.
22    Q    Remember now, you're not acting -- we are
23   questioning you today, Ms. Gong.
24    A    Okay.
25    Q    Okay?

## Page 82

1    A    Because I don't know if that's -- the
2   company's related to -- because he's ATA, that's
3   go -- what goes to it, whatever.  So I -- I have to
4   understand it --
5    Q    Do you --
6    A    -- so I have question about it.
7    Q    Okay.  Do you know whether -- well, let me
8   ask you this.  Do you know whether Mr. Je ever
9   provided funding to the entity that you were a
10   director of, Rule of Law Society?
11    A    I have no idea.
12    Q    Do you know whether he provided funding to
13   Rule of Law Foundation?
14    A    I have no idea, as well.
15    Q    Okay.  Now, are you familiar with an entity
16   called "ACA"?
17    A    I read about it.
18    Q    But was ACA ever discussed in the context
19   of William Je, when you were having talks about
20   William Je?
21    A    I -- no.  I only found out online.  I --
22   first, I was mistaken.  I thought ACA was CA- -- CAA,
23   which was the Sovereign Fund.  I -- that's why I have
24   problem.
25        I would -- I would not -- well, I -- I

## Page 83

1   would not, at least as the director, allow any
2   Chinese money to taint our politics and our,
3   whatever, organization.
4        And then I check and found out the ACA and
5   CAA are two different things and -- which I'm -- I'm
6   not sure if ACA is also Sovereign Fund.
7    Q    Now, let me ask you -- and then we'll --
8   we'll -- we'll go back to our other questions.  Just
9   now you said, "I would not allow any Chinese money to
10   taint the organization."
11        What did you mean by that?
12    A    You know, the Chinese have been buying off
13   Washington and Wall Street so much recently, and to
14   the extent that it's threatened our national
15   security.  And it has been so much a threat and I
16   worry about -- you know, it's a -- actually, it's a
17   joke among the Chinese that American poli- --
18   politicians and people are cheap to buy, have many
19   ways to buy.  So I would guard it like a hawk.
20        Well, since I was in the Rule of Law
21   Society, particularly at -- I would guard Mr. Bannon,
22   because Mr. Bannon's special connection was the
23   White House.  And I would watch it like a hawk, that
24   the Chinese money should not taint his reputation.
25        And I told Mr. Bannon, I said, "Don't take

## Page 84

1   money from Mr. Guo.  Not a penny of his money is
2   clean, my understanding."
3    Q    Okay.  Well, let me ask you now, do you
4   know whether Mr. Bannon has taken money from Mr. Guo?
5    A    Only from the report that he took a million
6   bucks, so I have no other personal knowledge.
7   However, I know he use his private airplane and use
8   his other -- his bodyguard and stuff like that.
9        And I was joking to Mr. Bannon once, I said
10   I would rather -- I always take a coach.  I'm not
11   going to -- coach to any of those because that taints
12   your soul.
13    Q    I'm sorry, you're saying Mr. Bannon used
14   Mr. Guo's private plane and bodyguards?
15    A    Yes.  Mr. Guo told me that.  And there's
16   a -- there -- there is a photo online to show
17   Mr. Bannon guarded by Mr. Guo's bodyguard.
18        MS. CLINE:  Objection; foundation.
19        THE WITNESS:  Mr. Guo's -- Mr. Guo's
20   associate said that much on Twitter, said, "Look
21   Mr. Bannon, look at Mr. Guo's bodyguard."  So that is
22   the foundation.  I don't make it -- I just make the
23   observation.
24        MS. CLINE:  I just repeat my evidentiary
25   objection to the witness's testimony.

21 (Pages 81 to 84)

SASHA GONG  11/26/2019

Page 85

1    Q   (By Mr. Greim) Let's -- let's go back to
2  our timeline, okay, Ms. Gong?  And I'm going to ask
3  you whether you've ever discussed with Mr. Guo how he
4  was able to transfer money to New York in March of
5  2015 to buy his Sherry-Netherland apartment.
6        MS. CLINE:  Objection to form; misstates
7  the wit-- there's no -- no -- no facts in evidence
8  relating to that question or substantiating it.
9        THE WITNESS:  I have no knowledge about
10 that anyway.
11       Q   (By Mr. Greim) Are you familiar with a
12 publication named Caixin?  C-a-i-x-i- --
13   A   Oh, Caixin.  That's a different -- it's
14 spelled like C-a-i-x-i-n, and in China it's
15 pronounced like "Caixin."  The meaning is Financial
16 News.
17       Q   I see.  And are you familiar with that
18 publication?
19   A   Very.
20       Q   All right.  Are you familiar with the, for
21 lack of a better pronunciation, Caixin reporting from
22 July of 2017 that discusses ACA Capital?
23   A   Yes.
24       Q   Okay.  And are you familiar with a report
25 that Mr. Guo used ACA Capital as part of a failed

Page 86

1  takeover attempt of Haitong Securities in May through
2  July of 2015?
3    A   Yes.
4        Q   Have you, yourself, done any investigation
5  into that -- that transaction?
6        MS. CLINE:  Objection; relevance,
7  foundation.
8        THE WITNESS:  My investigation's not
9  sufficient because I haven't had time to get into it.
10       Q   (By Mr. Greim) Okay.  And are you familiar
11 with Caixin's reports that Guo, through ACA Capital,
12 received a $3 billion investment from the United Arab
13 Emirates for the Haitong takeover attempt?
14   A   Yes.
15       Q   Do you -- based on any investigation that
16 you've done, do you believe that to be correct?
17       MS. CLINE:  Objection; foundation.
18       THE WITNESS:  It sounds peculiar for very
19 interesting -- the $3 billion figure is a very
20 interesting reason, because I wrote an article on
21 this in -- in -- in -- what's the -- I forgot for
22 whom, Washington Times?  Well, anyway, newspapers.
23       It's the three -- Chinese government offers
24 $3 billion for -- to Abu Dhabi to exchange Guo.  Why
25 does 3 billion?  And always the 3 billion.  The

Page 87

1  3 billion figure must have some foundation.  That's
2  all I can say.
3        Q   (By Mr. Greim) I see.  Did Guo ever discuss
4  with you any relationships that he had with -- with
5  any of the top players in the gulf, including Saudis,
6  Qatarese, or UAE?
7    A   Yes.
8        MS. CLINE:  Objection to form.
9        Q   (By Mr. Greim) What did he say?
10   A   First, he said he's very close -- he have
11 very close relationship with -- with the Abu Dhabi
12 royal family.  This is what -- remember 2018,
13 somewhere, the same -- the same meeting, the same day
14 he took us to dinner and -- I bump into Mr. Bannon.
15       That morning, President -- or noon, or
16 after-- early afternoon, somehow you can check the
17 news -- President Trump met with the Abu Dhabi prince
18 in the White House.  And Guo told me that the prince
19 came to see him in the hotel before he went to see
20 the president.
21       Q   This is at the Hay-Adams?
22   A   Hay-Adams.  I have no way to verify it, but
23 that's what he said.
24       Q   That's what Guo told you?
25   A   Yes.

Page 88

1        Q   Do you know whether Guo has any business or
2  other connections to Qatar?
3        MS. CLINE:  Objection; relevance.
4        THE WITNESS:  Yes.
5        MS. CLINE:  And foundation.
6        THE WITNESS:  Yes.  And I give you the
7  foundation.  It's that last -- last year somewhere.
8  I think in April or May, something, Guo sent me 300
9  pages of clearly stolen e-mail from Elliott Broidy.
10 And I -- later -- well, the e-mail includes lots of
11 personal information about Guo and a bank bill or
12 something.  I --
13       Q   (By Mr. Greim) Let me -- let me stop you
14 there.
15   A   Uh-huh.
16       Q   So wait a second.  Are these -- wait a
17 minute.
18       Were these Guo's e-mails or were they
19 somebody else's e-mails?
20   A   No, somebody else e-mail.  Guo e-mailed
21 me --
22   Q   I see.
23   A   -- the documents.
24       So -- and later I learned that -- well,
25 Elliott Broidy sued in court for hack-- you know,

22 (Pages 85 to 88)

SASHA GONG  11/26/2019

## Page 89

1    against some hacker.  The hacker's from Qatar.
2         Q    Let me stop you there.  Who is this?
3    Elliott, and then tell me the last name.
4         A    Elliott Broidy, B-r-o-i-d-y, I think.
5         Q    Okay.
6         A    Who is the -- the vice-chair of Republican
7    party's finance committee.
8         Q    Okay.
9         A    So -- and so there was a lawsuit against
10   the hacker.  So I went to ask Mr. Guo.
11        Q    Okay.  What did Mr. Guo tell you about it?
12             MS. CLINE:  Objection; relevance.
13             THE WITNESS:  And I said, "This Qatar
14   hacker, what does it -- do you have -- why would he
15   give you all this stuff?"
16             And Guo said, "Well, it -- people will do
17   things for friends."  So that's the hint.
18             And the Qatar guy actually in court -- I
19   don't know which court.  You guys can check.  He
20   claim he has diplomatic immunity.  So that's all I
21   know, if you ask Qatar.
22        Q    (By Mr. Greim) Okay.  Let's make sure I
23   understand this.  So why -- okay.  Why did -- why did
24   Guo send you -- what -- let me ask you this.
25             What did -- what -- what did the e-mails

## Page 90

1    have to do with Guo?
2             MS. CLINE:  Objection; form, foundation.
3             THE WITNESS:  In that e-mail -- and Elliott
4    Broidy said he got request from Chinese government
5    to -- can make money by connecting the Abu Dhabi
6    government.  And the Chinese promise 30 -- or
7    $3 billion to exchange Guo's dep- -- Guo's -- Guo's
8    sending back to -- sending back to China, something
9    like that.  And --
10        Q    (By Mr. Greim) Okay.
11        A    -- here is what -- I'm a reporter, so I
12   always ask for information.  That's what he sent me.
13   I -- based on that, I wrote an article.
14        Q    Okay.  This is the article that you wrote
15   about -- about a plan to send Guo back to China, that
16   different Republican fundraisers were trying to do?
17        A    Yes.
18        Q    Okay.  Okay.  Did you -- by the way, did
19   you discuss that article with Guo?
20        A    No.
21        Q    Okay.
22        A    I sent him a copy -- I sent him a link
23   after I published it.
24        Q    Did Guo ask you to write the article?
25        A    Oh, no.

## Page 91

1         Q    Did Guo pay for the article?
2         A    Of course not.
3         Q    What else did Guo tell you about his
4    relationship to the hacker?
5         A    That's all.
6             MS. CLINE:  Objection; relevance.
7             THE WITNESS:  I don't know anything, so --
8    I don't know anything else.
9         Q    (By Mr. Greim) Has Guo ever discussed with
10   you -- what was Guo's reaction to the story -- to
11   your story?
12        A    Positive.
13        Q    Has Guo ever discussed any other hacking
14   attempts that he has asked or paid someone else to do
15   with you?
16             MS. CLINE:  Objection to form.
17             THE WITNESS:  No.
18        Q    (By Mr. Greim) Did you -- okay.  Let me go
19   back and find where we were here.
20             Do you know whether William Je or
21   ACA Capital have any business interest in the UAE or
22   Qatar?
23             MS. CLINE:  Objection; relevance,
24   foundation.
25             THE WITNESS:  I have no knowledge.

## Page 92

1         Q    (By Mr. Greim) Do you recall -- well,
2    actually, let me ask you this.
3             Do you know whether Mr. Bannon took a trip
4    to Beijing and then to the Middle East immediately
5    after leaving the White House?
6         A    I know the Beijing part.  I don't know the
7    Middle East part.
8             And I actually ask Mr. Bannon on the record
9    several times at what he's -- what was his meeting
10   with Chinese Vice-Mayor Wang Qishan -- no,
11   vice-presi- -- Vice Chairman Wang Qishan.
12             And Mr. Bannon, on air and on -- on video
13   said, "That's a private meeting.  I can't talk about
14   it."
15        Q    Okay.  Let me -- let's back up for a
16   second.  So did you have a discussion, then, with
17   Mr. Bannon about his trip to Beijing?
18        A    Yes.
19        Q    And this --
20        A    Several times.
21        Q    Okay.  And when did that trip occur?
22        A    I -- late August 2017, or early September.
23        Q    Do you know who arranged the trip?
24        A    My knowledge is that Mr. Thornton arranged
25   that trip.

ALARIS LITIGATION SERVICES
www.alaris.us            Phone: 1.800.280.3376            Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 93

1        Q    Who is John Thornton?

2        A    John Thornton was -- once work in -- for --

3    the chairman for Goldman Sachs many, many years ago.

4    Later he went to China.

5        This guy, in China, has the reputation of

6    being very close to the Chinese top leaders.  And

7    there are photos to show on air, and he's very close.

8    And the Chinese always -- the Chinese Communist

9    leaders always talk about him as he's the best -- one

10   of their best friends.

11       So he also funded the Brookings China

12   Institute.  So it's called Thornton Institute.

13       MS. CLINE:  Objection to the prior

14   testimony, foundation.

15       THE WITNESS:  So I -- I'm just -- so strike

16   the Thornton Institute.

17       But -- anyway, but I saw John Thornton and

18   Mr. Guo and Mr. Bannon together, as I described

19   before.

20       Mr. John Thornton -- Mr. Bannon admitted to

21   me that much, that Mr. John Thornton invited him to

22   Hong Kong and then invited him to Beijing.

23       Q    (By Mr. Greim) Now, do you know whether --

24   has Mr. Guo ever told you that he knows

25   John Thornton?

## Page 94

1        A    I saw him talking to John Thornton.  Yes.

2        Q    I see.

3        A    He said several times he knows John

4    Thor- -- John Thornton.

5        Q    Where did you see -- where did you see

6    Mr. Guo talking to John Thornton?

7        A    Outside of Hay-Adams.

8        Q    And when was this?

9        A    That's the same -- early, like, April to

10   May 2018.

11       Q    Okay.  Let's go back to Mr. Bannon's trip

12   to Beijing in September of 2017.

13       How -- did Mr. Bannon tell you how long he

14   spoke with -- well, first of all, tell us again who

15   Bannon spoke with in Beijing.

16       A    Bannon spent --

17       MS. CLINE:  Objection; foundation.

18       THE WITNESS:  It's -- it's actually in news

19   reporting, but Bannon also told me first.  Two key

20   people in the meeting, vice-chairman of the Chinese

21   Communist Party, Wang Qishan.  First name Qishan,

22   Q-i-s-h-a-n, last name Wang, W-a-n-g.

23       And the -- the deputy premier, Liu He.

24   Last name Liu, L-i-u, and first name H-e, He.  They

25   spoke for three hours.

## Page 95

1        Q    (By Mr. Greim) Okay.  And that's -- did

2    Bannon tell you that?

3        A    Yes.

4        Q    Now, is it usual for any private U.S.

5    citizen to be able to have a three-hour meeting with

6    Wang Qishan or Liu He?

7        MS. CLINE:  Objection; foundation.

8        THE WITNESS:  Never heard of.  I think the

9    foundation is, I'm a reporter, I watch these things

10   like a hawk.

11       Q    (By Mr. Greim) And, by the way, do you know

12   whether Bannon took a stop somewhere else before he

13   went to Beijing from the United States?

14       A    No, I don't.  Oh, in Hong Kong.  He gave a

15   speech in Hong Kong.

16       Q    Okay.  Did you discuss that with Bannon?

17       A    No.

18       Q    Do you know who paid for the speech?

19       A    No idea.

20       Q    Do you know who gave it to?

21       A    No idea.

22       Q    Okay.  Now, were you -- do you know whether

23   Bannon reported back to Guo on his discussion with

24   Wang Qishan?

25       A    I have no idea.

## Page 96

1        Q    Have you been present in any meeting where

2    Bannon has discussed his meeting with Wang Qishan?

3        A    No.  I think he -- he -- a lot of Chinese

4    ones you know, and I question him in my interview on

5    air.  It's a tape interview, so I have the tape.  And

6    he said that's a private meeting.

7        And later I -- I think that's -- Bannon

8    usually have no -- would not hesitate to speak about,

9    you know, all those things, but for this meeting he

10   seems to be extra cautious.

11       Q    Do you know, was he doing the business of

12   the U.S. government, do you know?

13       A    I don't know.

14       Q    Okay.  So do you know whether Bannon ever

15   reported to Guo on that meeting?

16       A    I have no idea.

17       Q    Have you ever discussed the Bannon/Wang

18   Qishan meeting with Guo?

19       A    No.

20       Q    Did you ever discuss Bannon's trip to

21   Abu Dhabi afterwards with Bannon?

22       A    No.  I did not even know he went to

23   Abu Dhabi.

24       Q    Okay.  Has Guo ever told you that he's

25   present for a talk between the president and

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

Page 97

1    Mr. Bannon?
2        A    No, but Guo claim Mr. -- President Trump
3    called him not long ago, and that there's a tape of
4    Mr. Guo talking about it.  He said he was on the
5    boat, and his guard took a phone and said, "Oh, the
6    highest leader of America called and he said, I would
7    support you 100 percent," something like that.
8        At that -- I thought it was -- you know, if
9    President Trump did that, I think that was not very
10   wise.
11       Q    Are you aware of any work that Bannon is
12   doing for Guo or any of his entities?
13       A    Well, only from news report.  The entity --
14   I think Rule of -- Rule of Law Foundation and Rule of
15   Law Societies, if you consider them part of Guo's
16   entity, Bannon is -- chairs that.  But for others, I
17   don't know.  But that million dollars got to be for
18   something.
19       Q    Okay.  I'm sorry, what does Bannon share?
20       A    Chairs the Rule of Law Society.
21       Q    Okay.
22       A    And Guo always talk about it as -- saying
23   those are his -- well, he controls those.
24       Q    Have you talked to Guo about Bannon?
25       A    Yes.  And -- well, Guo offers -- I think --

Page 98

1        Q    Well, let -- let -- let's break this up.
2        A    Uh-huh.
3        Q    What did Guo -- when -- when have been --
4    when have those discussions been?
5        A    Many times.
6        Q    Okay.  And what has -- what have you
7    discussed with Guo about Bannon?
8        A    Well, first, I think Bannon -- Guo was not
9    very happy with Mr. Bannon's temperament, and said
10   he's short-fuse and he -- you know, something like
11   that.
12       And then Guo change his view from time to
13   time, and then he would say, "Bannon's such a --
14   well, hard-working guy, and" -- so I actually don't
15   know what he really think of -- of Bannon.  But I do
16   get the feeling that when Guo talk about Bannon, it's
17   like he talk about something he bought.
18       Q    What do you mean by that?
19       A    You know, he said, "Can ask Steve Bannon to
20   do this, he does this, he does this for me."  It's
21   something -- you know, to me, I got a very uneasy
22   feeling because I always wonder how much Steve Bannon
23   value his soul.
24       Q    Okay.  Let's -- let's keep it to things
25   people have told you, okay, rather than --

Page 99

1        A    Yeah.
2        Q    -- than those things.
3        A    That's what I think.  I wonder.
4        Q    Okay.  Okay.
5        A    Because it is -- just for the record, Guo said
6    in public he offered me money dozens of times.  I
7    always refuse.  He said in public.
8        Q    Has Guo offered you money?
9        A    Oh, yeah.
10       Q    Have you accepted it?
11       A    I said, "Thank you, but no, thank you."
12       Q    Is it your testimony under oath that you've
13   never accepted anything of value from Mr. Guo?
14       A    Except -- except small -- exchange of small
15   gift.  I gave him my book, then I gave him stuff, he
16   gave me a scarf and -- something like that.
17       Q    Okay.
18       A    And, honestly, I gave the scarf away right
19   away.
20       Q    Okay.  I'm going to stick with this topic.
21       A    Uh-huh.
22       Q    Now, putting aside Mr. Guo personally, have
23   you received anything of value from any entity that
24   you understand to be under Mr. Guo's control?
25       MS. CLINE:  Objection to form.

Page 100

1        THE WITNESS:  No, not a penny.
2        Q    (By Mr. Greim) Have you received anything
3    of value from Eastern Profit?
4        A    No.  I don't even know about -- about their
5    company before this.
6        Q    What about any entity named "Golden
7    Spring"?
8        A    No.  Unless -- well, I -- I -- I'm involved
9    in a lawsuit.  Unless they donated online without
10   disclosing the link.  And I check our donor list.
11   They are not on our donor list.
12       Q    Okay.  Is this -- you're referring to you
13   have a lawsuit with Voice of America?
14       A    Yes.
15       Q    Okay.  So you're raising money for that?
16       A    Yes.
17       Q    Okay.  Okay.  Well -- all right.  Let's
18   move on.
19       What about either of the Rule of Law
20   entities, have they given you anything of value?
21       A    Not so far, but at that time I -- as I
22   said, I refuse any personal favor.  I think that's --
23   for me, it's very -- you know, I may be especially
24   sort of rigid on that, but I would not, although, I'm
25   out of a job.

25 (Pages 97 to 100)

SASHA GONG  11/26/2019

## Page 101

1    However, when the Rule of Law Foundation
2    was launched and their mission was to help to --
3    people who, you know, were persecuted and ordered to
4    lawsuits, so I talk to Mr. Bannon.  I did not talk to
5    Mr. Guo.  I talked to Mr. Bannon and said,
6    "Mr. Bannon, I -- we -- my colleagues and I need your
7    support."
8    And Mr. Bannon said, "Of course, of course,
9    we'll be able to pay your legal fee."
10   And I said, "Well, you can take my portion
11   out.  Just help my colleagues.  I can manage mine."
12   Bannon said, "No, no, no, no, no.  Don't
13   worry."
14   I said, "Also, you don't need to pay all my
15   legal fee.  I already raised about $200,000."
16   **Q   Wait -- wait a second.  I'm sorry.**
17   **Were you asking -- are you asking**
18   **Mr. Bannon for financial assistance, or are you**
19   **asking him to have one of the Guo entities give you**
20   **financial assistance?**
21   A   Not Guo entities, the Rule of Law Society.
22   **Q   I see.**
23   A   The 501(c).
24   **Q   Okay.**
25   A   I want the 501(c)s -- 501(c)s was the

## Page 102

1    mission of fighting for -- fighting for justice --
2    **Q   I see.  Okay.**
3    A   -- to help us.
4    **Q   And -- okay.  And you testified before he**
5    **was the chair of the 501(c)(4)?**
6    A   Yes.
7    **Q   Okay.  So you're asking him for the**
8    **501(c)(4) to help fund your litigation?**
9    A   Exactly.
10   **Q   Okay.  And so -- so then did -- is the Rule**
11   **of Law Society giving you something of value?**
12   MS. CLINE:  Objection to form.
13   THE WITNESS:  This is what happened.
14   First, Mr. Bannon said he will cover everything.
15   I said, "No, we have already raised some
16   money.  You cover the future would be great."
17   And then somehow Mr. Guo suddenly -- I
18   think in May or -- made a broadcast, said Rule of Law
19   Society would cover half of our future legal fee.
20   So -- and then I -- I saw Mr. Bannon, and
21   Bannon look me apologetically, said, "Well, when we
22   have more money we will help you more, but now" --
23   I said, "This is simple.  We are making a
24   lawsuit.  If we win it, we will pay every penny
25   back."  So -- and I said, "Take my name out."  I --

## Page 103

1    you know.
2    And Bannon -- and then they have a board
3    meeting.  In that, they -- they proposed to give us a
4    loan with 4 percent interest.
5    I was -- that day I was in Auschwitz.
6    That's the fun thing -- funny thing is that.  So I --
7    when I -- the board meeting start, I said, "I'm
8    standing under the sign, 'Work Makes You Free.'"
9    And -- and then we discuss -- and all the
10   Board -- I submit it with all the legal bills and
11   everything, all the details of how much.  And then my
12   lawyer actual- -- actually have exchange.
13   **Q   Now, wait.  Hold on.**
14   A   Uh-huh.
15   **Q   Don't tell me about anything that your**
16   **lawyer has said or done with anybody else.**
17   A   No, it's not my lawyers, they have an
18   exchange about, you know, the legal fee.  So it's not
19   my lawyer said anything.
20   Okay.  Anyway, so I submitted then and
21   they -- they propose a 4 percent interest loan and --
22   without any -- well, the details -- like, they would
23   have the power to do this, your family would be
24   responsible if you died and stuff like that.
25   My colleagues exploded.  Exploded.  Said,

## Page 104

1    "How come it's a higher interest rate than our home
2    equity loan?"
3    **Q   Okay.  Wait.  Wait.  Ms. Gong, let me**
4    **just -- let's get to the conclusion of this.**
5    My ques- -- did you end up accepting the
6    deal?
7    A   No.  We turn it down.
8    **Q   Okay.  All right.  Let me expand this out a**
9    **little bit further.**
10   Would your answer to any of my last
11   questions change if I asked you whether you received
12   payment for services from any of those entities?
13   A   Won't change.
14   MS. CLINE:  Objection -- objection to form.
15   THE WITNESS:  Won't change.  Not a penny.
16   I even pay my own hotel.
17   **Q   (By Mr. Greim) Have you ever received any**
18   **money from ACA?**
19   A   No.
20   **Q   Any money from William Je?**
21   A   No.
22   **Q   Have you -- okay.  Let me ask you this.**
23   Have you received -- let's just say in the
24   last two -- last three years.  Have you received
25   money from any entity that's incorporated or has

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 105

1    offices in Hong Kong or China?
2        A    No.
3        Q    Have you been paid, between 2017 and today,
4    by anyone who possesses Chinese or Hong Kong
5    citizenship?
6        A    No.  Except maybe I have an anonymous
7    donors.
8        Q    Right.  Well -- okay.  So do you -- if --
9    if you -- well --
10       A    By the way, the donors do not donate to me
11   personally, but to a -- a corporation for VOA -- VOA
12   reporters formed.
13       Q    Okay.
14       A    And every money goes through proper
15   channel.  Not a penny to me personally.
16       Q    Wait a second.  You mean -- you mean a
17   legal defense fund?
18       A    Yes.
19       Q    Okay.  All right.  All right.  Let me --
20   have you requested money or funding from any China or
21   Hong Kong entity since 2017?
22       A    No.
23       Q    Okay.  How about from anyone who has
24   Chinese or Hong Kong citizenship?
25       A    No.

## Page 106

1        Q    Okay.  Let's return to the topic of
2    Mr. Bannon for a second here.
3            Do you know what work, if any, he does for
4    Mr. Guo?
5        A    Appear on his show.
6        Q    Do you know whether Bannon or any of his
7    staff act as a PR agent for Guo?
8        A    That, I don't know.
9        Q    Do you know who gets Guo's stories placed
10   in the news media?
11           MS. CLINE:  Objection; form.
12           THE WITNESS:  I wrote a few, and that's
13   all.
14       Q    (By Mr. Greim) So you have done that a few
15   times?
16       A    Yeah, I wrote it myself.
17       Q    Oh, wait.  Are you referring to the -- the
18   article of -- about Qatar?
19       A    No, that's the -- yeah, the article
20   about -- there's several I wrote because it's all
21   Voice of America related.
22       Q    Okay.  Well, let -- let me ask you this.  I
23   mean, it -- are you familiar with the concept of
24   someone acting as an agent to -- to generate stories
25   and news media for someone?

## Page 107

1        A    Yes.
2        Q    Okay.  My question is:  Have you done that
3    for Guo?
4        A    No, I have not.  I wrote one for him but
5    never got placed.
6        Q    Okay.  What about Mr. Bannon, do you know
7    whether he does that?
8        A    Not successfully, at least to -- to my --
9    to my knowledge.  Because I wrote one -- when Ma Jian
10   died, I wrote one for Guo.  And I think that America
11   should pay more attention.  I sent it to Mr. Bannon,
12   and Mr. Bannon said he would help to place it, but
13   never happen.
14           Other articles, I have no idea.
15       Q    Do you know if Mr. Bannon has met
16   William Je?
17       A    Yes.  I was -- I present in that meeting,
18   at least that meeting.
19       Q    Did you observe them discussing anything?
20       A    No.
21       Q    Do you know anything about whether they
22   have discussed any joint activities?
23       A    No.
24       Q    Do you know whether they discussed any
25   investments?

## Page 108

1        A    No.  I don't even remember they talked to
2    each other in the lunch.  Well, maybe talking to
3    other people.
4        Q    Let me ask you a few more questions about
5    money that Mr. Guo has paid to anyone else, if -- if
6    he has talked with you about it, if you have your own
7    personal knowledge.  Okay?  I don't -- we don't need
8    to know things that are in the newspaper.
9        A    Okay.
10       Q    So has Mr. Guo ever discussed with you any
11   effort to give money to William Gertz?
12       A    No.
13       Q    Have you ever discussed with Mr. Gertz
14   getting any money from Mr. Guo or a Guo-connected
15   entity?
16       A    No.
17       Q    Has Mr. Gertz ever denied it to you or
18   you've just never discussed it with him?
19       A    Never discussed.
20       Q    Are you friends with Mr. Gertz?
21       A    Yes.
22       Q    Have you -- have you witnessed Guo offering
23   money or things of value to other people?
24           MS. CLINE:  Objection to form.
25           THE WITNESS:  No.

27 (Pages 105 to 108)

SASHA GONG  11/26/2019

## Page 109

1      Q    (By Mr. Greim) Although he's offered things
2  to you, you've said?
3           MS. CLINE:  Objection to form.
4           THE WITNESS:  Yes.  On air, that is.  Even
5  privately and publicly.
6      Q    (By Mr. Greim) Do you know whether Guo has
7  given money to any other journalist or media outlet?
8      A    I have no knowledge.
9      Q    Are you familiar with the entity -- or the
10  website "FollowCN.com"?
11     A    "Follow CN"?
12     Q    Yeah.  It's the word "follow," capital C,
13  capital N, dot com.
14     A    No.
15     Q    Have you -- are you familiar with an entity
16  called "Guo Media"?
17     A    Yes.
18     Q    What is that?
19     A    That was Guo's personal social media
20  platform.  He's the only one speaking there.
21     Q    Did Guo ever tell you who actually owned
22  it?
23     A    No.  Everybody assume he owned it.
24     Q    Do you know of any of the PR firms or
25  agents that Guo has used?

## Page 110

1           MS. CLINE:  Objection to form; foundation.
2           THE WITNESS:  No.
3      Q    (By Mr. Greim) Has Mr. Guo or one of his
4  entities given to Lianchao Han's organization?
5      A    You mean, citizens -- (inaudible) --
6           MS. CLINE:  Objection.  Oh, sorry.
7           THE WITNESS:  According to Guo, yes, he
8  did.  And Guo told me long time ago -- I don't know
9  what had happened -- he said he gave them 180,000.
10  And he give them later -- I have no idea -- you
11  know, more money?  I have no idea.
12     Q    (By Mr. Greim) Did Mr. Guo tell you exactly
13  which of his entities gave $180,000 to Mr. Han's
14  entity?
15     A    No.  I did not question.
16     Q    Have you ever been given money by Mr. Han's
17  entity?
18     A    No.  And I gave them $5,000 for a different
19  project last year.  That was supposed to be a loan,
20  they just did not repay me.
21     Q    Let me ask you about the Rule of Law
22  entities, a follow-up question.
23           Are you aware whether the Rule of Law
24  (c)(3) or (c)(4) has actually given money to any
25  group?

## Page 111

1      A    I was -- I serve as a director of C(4), so
2  am -- should -- am I obligated to keep that secret?
3  And this should be reported in -- in the 1099 -- or,
4  no, in the 990, right?
5      Q    Well, let -- let me suggest this.  If --
6  you know, there is the opportunity to designate parts
7  of this transcript as "Confidential."
8      A    Uh-huh.
9      Q    I can't -- I'm not your lawyer, so I can't
10  advise you on what you can or cannot disclose.  Can't
11  do that.  But I can tell you that you will have the
12  opportunity to designate parts of this transcript
13  "confidential" under our protective order.
14           What I can't promise you is that the other
15  parties won't contest that, including -- including my
16  own client.  And so all I can do is put the question
17  to you.
18     A    I think, in that case, I -- I may decline
19  to answer that question because I have to consult
20  with people whether or not -- you know, I can call
21  Jennifer right away and see if I -- you know, if I
22  have the legal obligation to answer that question.
23     Q    Is this the Jennifer --
24     A    Or conceal that question.
25     Q    Is this the Jennifer Mercurio you spoke

## Page 112

1  about earlier?
2      A    Yes.
3      Q    Did Ms. Mercurio caution you not to reveal
4  information from your time as a director?
5      A    No, she did not, but I'm cautious on -- on
6  this.
7      Q    Okay.  Well, let me ask you this.  Just
8  without naming names, has the (c)(3) or (c)(4) given
9  money to any U.S. dissidents?
10           MS. CLINE:  She just -- she just testified
11  that she wants to refuse to answer the question.
12           THE WITNESS:  Yeah.
13     Q    (By Mr. Greim) Well, I actually asked for
14  the names of groups, not just asking --
15     A    Let me say, not to my knowledge.
16     Q    Okay.  Has -- has the (c)(3) or (c)(4)
17  given money to any dissidents of any kind?
18     A    Not to my knowledge.
19     Q    Has the (c)(4) undertaken any activities of
20  any kind?
21           MS. CLINE:  Objection to form.
22           THE WITNESS:  I can't -- I can't answer
23  that.
24     Q    (By Mr. Greim) Is it because you -- you
25  don't know or because you believe it's confidential?

28 (Pages 109 to 112)

SASHA GONG  11/26/2019

## Page 113

1      A    I do know, but I think it's confidential.

2      MS. CLINE:  Eddie, let me just put

3   something on the record.  You had asked a question a

4   moment ago about something that a lawyer and Ms. Wang

5   (sic) spoke about, and she actually answered the

6   question.

7      So just for the record, Ms. Wang's not

8   represented by counsel, the Rule of Law Society has

9   no counsel here, so I just don't want there to be

10  a -- an argument later that the fact that she

11  answered that question is some sort of subject matter

12  waiver.

13     MR. GREIM:  No.  We -- we don't believe

14  that that's true and, frankly, I don't believe that

15  my question called for any privileged discussion.

16     My question was about whether you'd

17  received any directives, and we don't view that as

18  disclosure of any privileged information, and we

19  certainly don't view it as a waiver.  We believe that

20  any privilege there is completely intact.

21     THE WITNESS:  Yeah, here's what -- my

22  understanding is that I'm no longer a -- a member, so

23  I'm -- she's not representing me.

24     MS. CLINE:  I -- I under- -- understand.

25  There's just a -- Eddie and I can have a fight later

## Page 114

1   about whether you're permitted to answer those

2   questions, but I just don't want anybody who's not

3   here to be waiving a privilege.

4      MR. GREIM:  That's right.  And, frankly, I

5   mean, I -- I don't think we need to delve any further

6   into that topic.

7      **Q    (By Mr. Greim) Okay.  Let me -- I'm going**

8   **to go through and ask you about a few individuals, to**

9   **the extent that I haven't already done this before.**

10     **First of all, I think you testified that**

11  **you had met Yon Ping (phonetic) or Yvette Wang?**

12     A    Yes.

13     **Q    How many times have you met her?**

14     A    Perhaps two or three times.  I don't recall

15  that much.

16     **Q    Have you -- did you have any opportunity to**

17  **discuss her background with -- with her?**

18     A    No.  However, as a reporter, I went to

19  check the Chinese site, and I believe she's a

20  graduate from the Liu Yung (phonetic) PLA Information

21  Technology.  Now it's called the People's Republican

22  Army's Information Technology -- Information some --

23  Engineering University.

24     I only have two sources as a reporter, and

25  I can't testify to truth of that.  And that's the

## Page 115

1   only, you know, thing.  But I have two sources I can

2   state.  One source I would not state.

3      MS. CLINE:  Again --

4      MR. GREIM:  Well --

5      MS. CLINE:  -- same -- same objections I've

6   been raising all day.

7      **Q    (By Mr. Greim) And, you know, the other**

8   **thing -- I'll just tell you that there are two**

9   **purposes for a deposition.  You know, one is to**

10  **obtain testimony that will itself be admissible.**

11  **Another purpose is to learn information from which we**

12  **can try to find things that will be admissible.**

13     **And -- and so some things you are telling**

14  **us here are -- you've made clear are based on your**

15  **review of other sources.  Some things are based on**

16  **things that the individuals involved have told you.**

17     **So we'll just try to make clear.  And I**

18  **thank you for making clear where that information**

19  **came from.**

20     A    I would make that distinction --

21     **Q    Okay.**

22     A    -- clearly, what I -- personal knowledge

23  and secondhand knowledge.

24     **Q    Very good.**

25     **Did you ever talk with Mr. Guo about**

## Page 116

1   **Ms. Wang's background?**

2      A    No.

3      **Q    Did you ever talk with Ms. -- Mr. Guo or**

4   **Ms. Wang about whether she was still a member of the**

5   **Chinese Communist Party?**

6      A    I never talk to them.  Ms. Wang said that

7   much herself in an interview, so it's a public --

8   it's public knowledge.  She said she was the party --

9   that's 2017.  She said she's a -- she was a party

10  member for 17 years, she was still a loyal party

11  member, at least as to -- as to 2017.

12     **Q    Do you know -- do you know when this**

13  **interview was in 2017?**

14     A    I think it's later part of 2017, somewhere

15  in September, November, that -- that time frame.

16     **Q    Who was the interview with?**

17     A    The Mirror -- the Mirror host,

18  Chen Xiaoping.  Last name C-h-e-n, first name

19  Xiaoping, X-i-a-o-p-i-n-g.

20     **Q    Did you witness Ms. Wang acting in any role**

21  **with Guo other than as his assistant?**

22     MS. CLINE:  Objection to form.

23     THE WITNESS:  No.

24     **Q    (By Mr. Greim) Let me ask you maybe one or**

25  **two more questions about Han Chunguang.  Did you ever**

29 (Pages 113 to 116)

SASHA GONG  11/26/2019

## Page 117

1   converse with him?
2       A   No.
3       Q   Did you ever hear him speak?
4       A   Just a few words.
5       Q   And what language was he speaking?
6       A   Northern dialect.
7       Q   Okay.  I'm sorry, is that -- is that
8   Mandarin?
9       A   Mandarin, yes.
10      Q   And you're familiar with Mandarin speakers?
11      A   Yes.  I actually speak four dialects.
12      Q   Okay.  Well, what -- what are those four
13  dialects?
14      A   Oh, I speak -- I -- Cantonese, Mandarin,
15  Toisanese and Hunanese.
16      Q   All right.  And could you -- could you draw any
17  conclusions about Mr. Han's level of education by
18  hearing his speaking of Mandarin?
19          MS. CLINE:  Objection; foundation.  You're
20  not qualifying her as an expert.
21          THE WITNESS:  I think -- well -- well, I --
22  as a standard Mandarin speaker, reporter, and a
23  teacher, I guess his education sounds like he -- he
24  does not have the high school certificate kind.
25      Q   (By Mr. Greim) I'm sorry, what -- what --

## Page 118

1   what do you mean by that?
2       A   Not very well educated.
3       Q   Would you be surprised to hear that he ran
4   an investment or a media company?
5       A   No.  No way.
6           MS. CLINE:  Objection to form.
7           THE WITNESS:  So -- so -- all right.  I
8   have no knowledge and -- but I'd be surprised.
9       Q   (By Mr. Greim) Okay.
10      A   So why would someone who ran an investment
11  firm to -- to serve as a cook?
12      Q   All right.  Let's --
13      A   That's my journalistic question.
14      Q   Okay.  Well, remember, we are asking you
15  the questions here, Ms. Gong.
16      A   All right.
17      Q   Okay.  Have you ever met someone named
18  J. Kyle Bass?
19      A   No.
20      Q   Do you know his role with Guo?
21      A   Yes.
22      Q   What is it?
23      A   He is the -- he is the chairman of the
24  Rule of Law (c)(3).
25      Q   And have you ever discussed Mr. Bass with

## Page 119

1   Mr. Guo?
2       A   No.
3       Q   Have you ever been present with Mr. Guo and
4   Mr. Bass together?
5       A   No.
6       Q   Have you ever been to an office where
7   Mr. Guo works, aside from his apartment?
8       A   Yes.
9       Q   Where was that?
10      A   It's somewhere in -- 5th Avenue and 62
11  and -- someplace like that.  It's a six-split-story
12  building, very modern building.
13      Q   Okay.  Was that 162 East 64th Street?
14      A   I can't testify for the address, I just
15  went there.
16      Q   Was that -- did that appear to be the
17  office of an entity with "Golden Spring" in the name?
18          MS. CLINE:  Objection.
19          THE WITNESS:  I don't know.  I know that
20  Guo's broadcasting studio is there.
21      Q   (By Mr. Greim) Okay.  Did -- did you see
22  where Guo's office was in that building?
23      A   Yes.
24      Q   Where was it?
25      A   You know, that's the building.  I think

## Page 120

1   that Guo's office was on the top floor.
2       Q   Who else has an office there?
3           MS. CLINE:  Objection; foundation,
4   relevance.
5           THE WITNESS:  Yeah.  The foundation, here
6   is that.  Guo told me that was also the -- the -- the
7   office of the Rule of Law Society and Rule of Law
8   Foundation.  And he told me, if you come to work
9   here, you have an office here.
10          And he also pointed out an office or so,
11  you know, on the top floors, that was Mr. Bannon's
12  office.  And there was a kitchen and there was some
13  other offices, but I have no idea what other entity
14  was there besides the Guo Media.
15      Q   (By Mr. Greim) Did you see the Guo Media
16  setup within this building?
17      A   Yes.  I actually help him to -- you know,
18  to -- to straighten up some broadcasting equipment.
19  And his people sent me a budget for $2 million to
20  build a studio.
21          I thought it was nuts because the whole
22  studio design and thing for that space -- at first,
23  it was designed wrong.  And the -- and then the
24  two -- well, I decided, with everything together, it
25  would not exceed 150,000.

30 (Pages 117 to 120)

SASHA GONG  11/26/2019

Page 121

1       So I told his people that, and then later
2   they sent me another proposal, looked like 500,000
3   something.  That was ov- -- so overpriced.
4       Q   Who is --
5       MS. CLINE:  I just want to repeat my
6   objection.  This is all totally irrelevant to any of
7   the litigation that's at issue here.
8       Q   (By Mr. Greim) Who is the person that you
9   dealt with on this?
10      A   Someone -- Max or something.  I forgot the
11  name.
12      Q   Okay.  Have you ever heard of Saraca Media
13  Group?
14      A   No.
15      Q   Do you know who -- well, we've already
16  asked that.  Strike that question.
17      A couple of follow-up questions under
18  William Je.  Do you know whether he still works for
19  Macquarie Capital?
20      MS. CLINE:  Objection; form, foundation.
21      THE WITNESS:  I have no idea.  I -- I know
22  he work for the Chinese government.
23      Q   (By Mr. Greim) And what -- what did he do
24  with the Chinese government?
25      MS. CLINE:  Objection; foundation.

Page 122

1       THE WITNESS:  Media report he was a member
2   of the Zhengsheng (phonetic) political consultation
3   group, a committee.  And that position was reserved
4   for people who -- well, a lot of people who don't
5   hold Chinese passport but who work with the Chinese
6   government and friendly with the Chinese government.
7       A news report in from China was that he
8   served for a few -- several provinces as the -- as
9   official economic consultant, which is very peculiar
10  to me as the reporter because, you know, few people
11  get that kind of privilege.
12      MS. CLINE:  Again, objection; relevance,
13  foundation.  She's not testi- --
14      THE WITNESS:  Somebody who's coming from
15  China --
16      MR. GREIM:  I'll --
17      THE WITNESS:  Okay.  Sorry.
18      MR. GREIM:  I'll just ask the witness,
19  let's -- she just needs to make her record.
20      THE WITNESS:  Yeah, I just need to know if
21  her money's paid by the Chinese government.
22      MR. GREIM:  No.  No, you --
23      THE WITNESS:  But that's my curiosity.
24      MR. GREIM:  -- you cannot do that.
25      THE WITNESS:  Okay.

Page 123

1       MR. GREIM:  After the deposition is over --
2       THE WITNESS:  Okay.  I will.
3       MR. GREIM:  -- you can try to contact her.
4       MS. CLINE:  Continue my objection.  She's
5   not testifying as an expert.
6       THE WITNESS:  I think that's what a Ph.D.
7   is for, right?
8       Q   (By Mr. Greim) Let -- let me ask you --
9       MS. CLINE:  Oh, let me add -- wait.  Eddie,
10  you're not -- you're not tendering this witness as an
11  expert, are you?
12      MR. GREIM:  Well, honestly, I -- I'm just
13  laying a foundation, asking questions.  I might.  I
14  might go and -- I mean, she's not my retained expert
15  or anything.
16      MS. CLINE:  And she's not issued an expert
17  report in this case, right?
18      MR. GREIM:  No, she hasn't.
19      THE WITNESS:  Not in my knowledge.
20      MR. GREIM:  She hasn't.  I'm just -- if
21  some of the testimony can come in as expert
22  testimony, I might try to do it, but, I mean, the --
23  the deadline was 30 days before the end of discovery.
24  We're past the deadline, so --
25      MS. CLINE:  Exactly.

Page 124

1       MR. GREIM:  You know, I'm going to do what
2   I can to learn what I can and we'll deal with the
3   consequences later.  Well, very soon.
4       Q   (By Mr. Greim) But in that vein, you know,
5   in your experience with the Chinese government's
6   policing of dissident activities, would it even be
7   possible for an entity like ACA to transfer money out
8   of Hong Kong under the control of William Je without
9   the approval of the Chinese government?
10      MS. CLINE:  Objection; form, foundation.
11      THE WITNESS:  Well, that is very
12  hard-to-answer questions.  And if ACA -- given --
13  given the possibility that ACA and -- and William Je
14  is related on the work with the Chinese government,
15  the answer would be yes.
16      If they have nothing to do with the Chinese
17  government, the answer is no.
18      Q   (By Mr. Greim) Now, you are no longer with
19  the Rule of Law Society, correct?
20      A   No.
21      Q   Why is that?
22      A   I have questions.
23      Q   Okay.  What do you mean?
24      A   I -- how can I say without violating any --
25  well, basically, I -- you know, well, at first,

31 (Pages 121 to 124)

SASHA GONG  11/26/2019

## Page 125

1    because Mr. Guo promised $100 million donation to the
2    foundation more than a year ago.  Not a penny has
3    materialized.
4           And -- and he's also said in his
5    broadcastings that hundreds of millions of dollars
6    are promised and all that.  Big, big money.
7           To me, I'm a very serious person.  I don't
8    like to -- I don't like to -- in what way is the more
9    polite way to say it -- to cheat donors.  I don't
10   like to tell donors we have hundreds of millions of
11   dollars there, but it -- we don't.  I don't like to
12   be part of telling the donors all those lies.
13          And Mr. Guo just said two days ago, you
14   know, in one -- in one hour he raised more than
15   $10 million.  I don't think even the president can do
16   that.  So -- and if my name's there, I would be
17   tainted.
18      Q   So I -- I'm sorry.  My question is why --
19   why did you --
20      A   Resign.
21      Q   -- resign.  And so why -- why did you
22   resign?
23      A   That is why.  I don't want to be part of
24   the scheme.
25      Q   Why do you say -- why do you use the word

## Page 126

1    "scheme"?
2       A   As I said, you -- you can't promise
3    $100 million to the public and not giving a penny.
4    You can't raise money by telling people you already
5    raise hundreds of millions of dollars, which is not
6    true.  I can say that much.
7       Q   Did you witness Mr. Guo exerting personal
8    control over the Rule of Law Society?
9           MS. CLINE:  Objection to form.
10          THE WITNESS:  That's not a quest--
11   that's -- actually, nobody even questioned that
12   because he always brag about how much control he
13   have.
14          And the -- in -- in my case -- our case,
15   it's that Mr. Bannon promised to fund our lawsuit
16   until Mr. Guo said in public that he -- they would
17   only fund a small portion.
18      Q   (By Mr. Greim) Who is the president of the
19   Rule of Law Society?
20      A   Karin -- what's her last name?  The Italian
21   girl.
22      Q   Maistrello?
23      A   Yeah.  That's my -- another problem was
24   that.  Why would you put somebody -- you know, if you
25   promise a big foundation/society with hundreds of

## Page 127

1    millions of dollars, why would you put someone who
2    has zero experience in running organizations like
3    that on as the president?
4           And the -- my -- my curiosity is that why
5    would Mr. Bannon agree?  Mr. Bannon should object.
6           MS. CLINE:  Objection; prior testimony,
7    foundation, relevance.
8       Q   (By Mr. Greim) Have you discussed your
9    concerns about Mr. Guo with Mr. Bannon?
10      A   Oh, yes, many times.
11      Q   When is the first time that you did that?
12      A   Gosh, more than a year ago.
13      Q   Okay.  What -- what -- what led you to
14   raise your concerns with Mr. Bannon?
15      A   Because I -- first I -- I try to
16   validate/substantiate a lot of Mr. Guo's claim, and I
17   could not, and I found the otherwise.
18          And, second, I saw Mr. Bannon put so much
19   of his -- his credibility on Guo.  What I really
20   worry about is that Mr. Bannon might become the
21   mechanism for falling -- for falling inference to our
22   government.
23          And my -- I'm American citizen.  I even
24   wrote a book called "Born American."  My -- my goal
25   is to protect our government, not to be tainted by

## Page 128

1    the Chinese intelligence and any foreign power.
2           So I discuss with Mr. Bannon, very
3    peculiarly.  That, I am not happy with.  Mr. Bannon
4    avoid talking to me.
5       Q   Okay.  Now, let me ask you, when did you --
6    when did you first raise these concerns with
7    Mr. Bannon?  Did you -- or let -- let me strike that.
8           The things that you just told me, are these
9    concerns you raised with Bannon the very first time
10   you spoke with him about Guo?
11      A   No.  No.  At that time, I was still
12   checking sources and doing all this.  But it can --
13   you know, especially after last year's press
14   conference, November 20th, 2018, I -- I became very
15   concerned, and so I talked to Mr. Bannon from time to
16   time.  And, also, later I -- I raise
17   several points with him on the credibility of Guo and
18   his broadcasting.
19      Q   Now, Ms. Gong, I do have to ask you this.
20   I mean, you -- you are the person who largely
21   introduced Guo to the United States through your
22   Voice of America broadcast; isn't that right?
23      A   Yes.
24      Q   Okay.  And that was in -- when?
25      A   April 19th, 2017.

32 (Pages 125 to 128)

SASHA GONG  11/26/2019

Page 129

1      Q     And so you did not begin to become
2   concerned until November of 2018?
3      A     I began to -- I began to be more concerned
4   of Mr. Bannon after November 20.  Before that I had a
5   lot of concern, but my concern focus on, you know,
6   how the Chinese -- Chinese government infiltrate in
7   Amer- -- in the United States and all that, because
8   it's -- I don't think we have time to discuss all the
9   details, but I have -- I was very, very concerned.
10     Q     Well, you -- when did you accept the -- a
11  directorship on Rule of Law Society?
12     A     July 2018.
13     Q     And that is over a year after you first met
14  Mr. Guo?
15     A     Yes.
16     Q     And your training as an investigative
17  journalist in that entire year did not raise enough
18  concerns to you for you to decline the invitation to
19  serve as a director?
20     A     The reason is that Mr. Bannon wants to do
21  that.  And a couple of people in the CPDC talk to me
22  and told me to somewhat, you know, watch over
23  Mr. Bannon.
24        So Mr. Bannon personally invited me in to
25  the foun- -- to the -- the Board.  And later he said

Page 130

1   he could not function without me being there.
2      Q     Now, wait.  Let me stop you.
3      A     Uh-huh.
4      Q     We're -- we're -- we're switching around
5   here.
6      A     Uh-huh.
7      Q     Let's go ahead and finish this, and then I
8   want to come back to my other question.
9        So what is -- which -- which Board is it
10  that Mr. Bannon invited you to be a part of?
11     A     (c)4.
12     Q     The (c)4.  Rule of Law Society?
13     A     Yes.
14     Q     Okay.  Okay.  Thank you.
15        And did Mr. Bannon explain to you why he
16  think -- thought he needed to rely upon you in the
17  Rule of Law Society?
18     A     Because I'm the only one there who speaks
19  both language fluently, who understand the situation.
20     Q     Okay.  I guess my question to you is:  Why
21  did it take you at least a year from your first
22  meeting with Mr. Guo to begin to have concerns about
23  him?
24     A     I had concern before, so that's why I have
25  all the documents and check and everything and every

Page 131

1   case -- following every case.  I had my concern
2   and -- to check all the details, but -- well, the
3   Rule of Law Foundation, because of Mr. Bannon's
4   involvement, I thought I was obligated to help out.
5      Q     So, in other words --
6      A     (Inaudible).
7      Q     Okay.  But you still advised Mr. Guo on
8   things like the Guo Media setup and -- and other
9   things after you had conducted the initial interviews
10  with Mr. Guo?
11     A     Yes.
12     Q     And you still did another interview with
13  Mr. Guo an entire year later, in April 2018, correct?
14     A     Yes.
15     Q     So you were not so concerned with him yet
16  that you were prepared to deny him a platform to
17  speak?
18     A     No.  That's somebody else platform.  If you
19  listen to that inter- -- that interview is a
20  four-hour interview.  You could hear -- I grill him
21  on those details, what I concern.
22        The Mr. Liu Zhihua's (phonetic) case, as I
23  said, Mr. Jianhua (phonetic), he try to, you know, go
24  around and -- that was my concern.
25        You can clearly hear I want to know what

Page 132

1   the Chinese intelligence -- how the Chinese
2   intelligence works through him and they work with him
3   and what he knew about the operation of the Chinese
4   intelligence and the corrupted officials.
5      Q     Let me ask you, I mean, did Mr. Guo -- has
6   he told you pointblank that he is no longer working
7   with the Chinese intelligence?
8        MS. CLINE:  Objection to form.
9        THE WITNESS:  No.  And on the contrary, he
10  talk all the time about his close connection with
11  the -- the high-ranking leaders and the Chinese and
12  this or that.  And he -- he -- actually, he's very
13  proud in public of his maintaining connections with
14  people -- the leaders -- the Chinese Comm- --
15  Communist Party inside China.
16     Q     (By Mr. Greim)  Well, when is the last time
17  that Mr. Guo said to you that he was in contact with
18  high-ranking officials within China?
19     A     Well, it's not to me.  He -- actually, just
20  weeks ago he broadcast it out.  I haven't paid that
21  much attention his -- to his recent broadcasting, but
22  I know he talk about it on air.
23     Q     Okay.  Let me ask you about -- you
24  mentioned an entity, CPDC.  What is that?
25     A     The Committee for Present Dang- --

33 (Pages 129 to 132)

SASHA GONG  11/26/2019

## Page 133

```
 1    Committee for Present Danger China, which is a group
 2    of China hawks.  And so they organize and they focus
 3    on -- I should say "we," because I'm a member --
 4    focus on, you know, pushing the U.S. -- U.S./China
 5    policy certain way.  So this is a group of the China
 6    hawks.
 7        Q    Okay.  And you're a member of that, I think
 8    you've said?
 9        A    Yes.
10        Q    Were you -- who -- is Mr. Bannon a member?
11        A    Mr. Bannon's -- well, I'm a founding member
12    and then Mr. Bannon's a founding member as well.
13        Q    Is Mr. Waller a member of it?
14        A    Mr. Waller is a member, yes.
15        Q    Is Ms. Wallop?
16        A    I don't remember, because the list keep
17    expanding.
18        Q    Okay.  Has Mr. Bannon tried to raise money
19    for CPDC?
20        A    Well, I don't -- I don't think he made any
21    attempt, or so I heard -- I don't remember where I
22    heard he told people that Bannon has more money than
23    God -- or, no, Guo has more money than God and he
24    can -- something.  But people's impressions that,
25    with Steve Bannon there, money would not be a big
```

## Page 134

```
 1    issue.
 2        Q    Has any member of the CPDC expressed
 3    concern to you about Mr. Guo?
 4        A    Yes.
 5        Q    Who?
 6        A    I think I don't want to disclose the
 7    private conversation, and I -- without their
 8    permission.
 9        Q    Okay.  Well, don't disclose the identity
10    then, but what did the -- what was the concern that
11    this person expressed?
12        A    This -- not -- I don't mean this person, I
13    mean, these pers- -- peop -- persons.  And they
14    believe Guo is a bad person and a liar.  And that
15    they -- they have concern of Mr. Bannon's connection
16    with Mr. Guo.  And one of them even asked me to watch
17    over and then talk to Bannon.
18        Q    Did you do that?
19        A    Yes, I did.
20        Q    And what did you tell Mr. Bannon?
21        A    Several things.  First, about Guo Media, I
22    told Mr. Bannon Guo's number -- Guo always claimed
23    there are millions of people listening to his
24    broadcast.  I said, "It's not true."
25             And say Guo would show, hey, today we
```

## Page 135

```
 1    broadcast for four -- for three hours and that there
 2    are 4 million VPN.  Each VPN have ten people behind,
 3    so 40 million people are listening.
 4             I said -- well, mostly my experience.  Most
 5    of those VPNs are tech VPNs.  So they call it denied
 6    service, the VPN.  So, like, if you broadcast, they
 7    get into you a few second each, a few second each, so
 8    other people try to get -- get on and they have
 9    trouble.  So 4 million -- and other entities also
10    report millions of VPN attacks to deny service.
11             So it's not -- it's -- it's wrong if you
12    expect the Chinese attack you and -- the VPNs would
13    not be -- you know, 4 million VPN may be just, like,
14    100 VPN attack you.  It should attack you 100,000
15    times and deny other people service.  It's not 40 --
16    does not represent 40 million listeners.
17        Q    I'm -- okay.
18             MS. CLINE:  Objection; foundation.
19             MR. GREIM:  Okay.  And --
20             THE WITNESS:  The foundation is that I -- I
21    do know this.  I'm a broadcaster.
22        Q    (By Mr. Greim) So -- so -- but -- but
23    here's my question.  Is this something that -- this
24    is in context of you talking to Bannon and giving --
25    and giving him concerns, correct?
```

## Page 136

```
 1        A    Yes.
 2        Q    Okay.  And what Guo had said is that lots
 3    of people are listening to Guo Media?
 4        A    Right.
 5        Q    Is that right?
 6        A    Uh-huh.
 7        Q    And if I understand your testimony, you
 8    tried to explain to Mr. Bannon that, because of this
 9    VPN issue, that, in fact, not as many people were
10    probably listening to Guo Media as Guo suggested.
11        A    Right.  I said the normal calculation at --
12    in my experience, is that if you have, say, 10,000
13    people -- if you have 10,000 people on your -- on
14    YouTube, and then your -- your own V- -- your own
15    platform might be, like, 20 percent to 30 percent of
16    that.
17        Q    Okay.
18        A    That's my experience.
19        Q    Okay.  What else did you tell Mr. Bannon?
20        A    And I told him he should not participate in
21    Guo's showing off wealth sessions, like drinking --
22    not drinking -- smoking cigar -- cigar and all that.
23    I said, "The Chinese -- actually, the Chinese people
24    despise that."
25             Well, this -- I said, none -- none of
```

**ALARIS LITIGATION SERVICES**

www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 137

1  his -- not a penny of his money is clean.  I know
2  that because nobody who works so closely with the
3  Chinese intelligence and makes that money that
4  shortly, their money's clean.  I don't -- I don't
5  believe the money's clean.
6       And, also, I told him, I said, "Well --
7  gosh, what did I -- lots I said.  I told him the
8  lawsuit -- I said it -- oh, he -- he's suing whoever
9  dare to -- to -- to criticize him.  He also make
10  death threat to me and to many people that those
11  who -- who oppose him will die horrible death.  He
12  said that many times.  And no wonder people are very
13  afraid of him.
14       I said, all those lawsuits from him make
15  him -- in the Chinese commun- -- community, look like
16  a rich bully.  So I --
17       Q   Okay.
18       A   -- don't think any reputable people should
19  do that, and that's for Mr. Bannon.  And --
20       Q   So what was --
21       MS. CLINE:  Before you go on, just need
22  to -- for the record, again, I'm having trouble
23  discerning when the witness is talking about things
24  she said to Mr. Bannon versus her own opinion versus
25  what other people's opinions are versus what she's

## Page 138

1  reporting on.  So just want to, you know, lodge an
2  objection.
3       THE WITNESS:  Well, just talk to him
4  privately.
5       Q   (By Mr. Greim) Well, Ms. -- Ms. Gong, are
6  the things that we've just been discussing things
7  that you told Mr. Bannon?
8       A   Yes.
9       Q   Okay.  And what was Mr. Bannon's response?
10       A   Not much.  He said, "You have good
11  concerns."
12       Q   Okay.  Well, I mean, did it prompt further
13  discussion in -- in -- in later conversations about
14  these concerns?
15       A   Mr. Bannon, for some very strange reason,
16  just did not want to discuss with me about Mr. Guo.
17       Q   And so did you report this back to CPDC?
18       A   No.  Oh, yeah, to -- I -- I mentioned it to
19  a couple of people, but not the committee.
20       Q   And you are not willing to share with us
21  the identity of those people?
22       A   No, without their -- their permission.
23       MR. GREIM:  Let's do this.  Let's take
24  another break and I think we're about done.
25       THE WITNESS:  Okay.

## Page 139

1       MS. CLINE:  I -- I'm going to have some
2  questions.
3       MR. GREIM:  Okay.
4       VIDEOGRAPHER:  Going off the record.  The
5  time is 12:28.  This ends Disc Number 2.
6       (Whereupon, a recess was had from
7  12:28 p.m. until 12:43 p.m.)
8       VIDEOGRAPHER:  This begins Disc Number 3 in
9  the video deposition of Sasha Gong.  We are back on
10  the record.  The time is 12:43 p.m.
11       Q   (By Mr. Greim) Ms. Gong, before the break
12  you mentioned at one point threats or lawsuits
13  involving Mr. Guo and dissidents in the U.S.
14       Let me ask you, are you aware of Mr. Guo
15  having filed lawsuits or being involved in litigation
16  against members of the dissident community in the
17  U.S.?
18       MS. CLINE:  Objection to form.
19       THE WITNESS:  Many, and it's online, all
20  the information.  And the dissidents, some of them
21  have very long records that could -- that case of
22  records of being dissidents.
23       Q   (By Mr. Greim) Have you spoken with any of
24  these dissidents?
25       A   From time to time, but not a lot.

## Page 140

1       Q   By the way, as -- as a member of this
2  community, can you tell us how the -- how dissidents
3  in the U.S. typically make their views known?
4       Or I guess I should ask you, how do they
5  typically communicate?
6       MS. CLINE:  Objection to form.
7       THE WITNESS:  Dissidents talk to the media,
8  and whenever they have a chance they also launch a --
9  especially in the past few years, launch social media
10  platforms, and talk on social media account, and
11  publish magazines, and have rallies and conferences
12  and -- well, whenever they can, they would bring
13  their issue to Congress.
14       Q   (By Mr. Greim) And so you've been involved
15  with the dissident community since before there was
16  social media; is that right?
17       MS. CLINE:  Objection to form.
18       THE WITNESS:  Yes, 45 years.
19       Q   (By Mr. Greim) Okay.  Have you -- and --
20  and do you monitor social media from time to time?
21       A   From time to time but not obsessively.
22       Q   Okay.  Good for you.  Have you been able
23  to -- let -- let -- let me ask you this.  Have you
24  been able to observe any impact that Guo's lawsuits
25  have had on the dissident community?

35 (Pages 137 to 140)

SASHA GONG  11/26/2019

Page 141

1      MS. CLINE:  Objection to form; foundation.
2      THE WITNESS:  Huge impact because people
3  were afraid of being sued and people were afraid of,
4  you know, any -- because Mr. Guo launch attack to
5  different dissidents a lot.
6      Whenever he attacked -- you know, a
7  lawsuit -- these people, you know, they left their
8  country, they left -- they -- they have problem of
9  paying legal fee, and they're very afraid.
10     So the Chinese community actually developed
11 a term called "Teflon."  Teflon's because Guo's
12 name -- the word "Guo" in Chinese sounds like a pot
13 or a pan.
14     So -- and you talk to people, said, "Hey,
15 have you heard of this?"  So I'm Teflon, means I
16 don't even want you touch -- touch the subject.
17     The problem is that Guo have touched so
18 many tough subjects.  Hong Kong mainland and the --
19 and the intelligence office and Chinese espionage.
20     The dissident community used to discuss the
21 subject a lot.  Now they afraid to even touch the
22 subject.
23     For example, we all know Guo works very
24 closely with the Chinese intelligence.  Say Chinese
25 intelligence had Ma Jian -- last name M-a, J- --

Page 142

1  first name J-i-a-n -- who was accused of -- you know,
2  who was sentenced to life in prison for taking Guo's
3  money.
4      And, normally -- normally, the Chinese
5  media, Chinese dissidents would focus on that, say,
6  hey, how corruption, and what's the -- international
7  corruption, how the -- you know, the espionage and
8  how they infiltrated.
9      Nobody dare to touch it now because if you
10 touch it, Guo would say, "Hey, you are attacking my
11 buddy Ma Jian."  So he would make up a lot of stories
12 like he make up stories on me.
13     I am this -- I have to express my personal
14 opinion.  I am mad as hell.
15     Q   Okay.  Okay.
16     MS. CLINE:  And, Ed -- before you clean
17 that up, Eddie, again, I just register my objection
18 to this type of testimony when personal knowledge is
19 interspersed with opinion is interspersed with what's
20 reported and -- and -- and hearsay and so forth, so
21 we object and we'd move to strike.
22     THE WITNESS:  Can I talk about my personal
23 knowledge then?
24     Q   (By Mr. Greim) Yes.  That was -- my next
25 question is:  Do you have any personal knowledge of

Page 143

1  Guo retaliating against any dissident?
2      MS. CLINE:  Objection to form.
3      THE WITNESS:  How about to me?
4      Q   (By Mr. Greim) Okay.  How about to you.
5  Tell --
6      A   Yes.
7      Q   Tell us about that.
8      A   And this is very peculiar.  I never have a
9  bad relationship with Guo and I was okay with him
10 until, you know, I was -- I -- you know, in the past
11 year I was making a movie -- and Mr. Bannon also
12 participate in it -- on the dissident movement in
13 former Soviet Union and Eastern Europe and China.  So
14 that's a -- a whole docuseries on dissident
15 movements.
16     And I didn't tell Guo much about it until I
17 came back from Europe.  I came back from Europe, I
18 gave him a call.  I said, "Hey, I came back, I did a
19 lot of interviews, I'm making a movie on this."
20     And so --
21     Q   What was Guo's response?
22     A   Just -- well, he would say, "Oh, yeah,"
23 just like, "good" and whatever.
24     But later I -- I -- I interviewed the
25 former KGB counterint- -- the head of

Page 144

1  counterintelligence, which means intelligence,
2  Oleg Kalugin, Mr. Kalugin, who defected to the states
3  25 years ago.  So I'm happy to clear (phonetic) out
4  is that I just interviewed a KGB guy.
5      Suddenly, Guo made a broadcast -- made a --
6  made up a story, said I went -- I drove from Italy
7  to -- to Russia and to meet with the -- with the top
8  Chinese intelligence and the KGB guys.  Then I took
9  $10 million from the Chinese to separate him from
10 Mr. Bannon.
11     I said, "Hey, first, the interview was -- I
12 did not say that" --
13     Q   Let -- let -- let -- let me stop you for a
14 second.  So those are allegations that Guo publicly
15 made about you?
16     A   Yes.
17     Q   Okay.
18     A   Yes.  And he -- he said, you know, I was
19 bought out and to separate -- separate him from
20 Mr. Bannon.  I -- I don't know Mr. -- what Mr. Bannon
21 said to Guo.  And --
22     Q   Are those allegations true?
23     A   Of course not.  Of course not.  I -- you
24 know, I can show you my passport and the U.S. border
25 records and the -- the strange thing is that

36 (Pages 141 to 144)

SASHA GONG  11/26/2019

## Page 145

1    Mr. Bannon actually knew where I was in Europe.
2        And I came back from Europe, two months
3    later I interview with the KGB guy.  Never left the
4    country.  And while -- the strange -- very, very
5    strange thing, you know, the story he made up was --
6    he said, you know, I took $10 million.
7        How the hell I took 10 mil- -- I thought
8    Mr. Bannon, with his current condition, if you want
9    to separate Guo, somebody paid him $10 million, he
10   would take it.
11       Well, I don't know if he would take it, but
12   that's -- you know, that's what I thought.
13       Q   Did you ever talk directly with -- have you
14   spoken directly with Guo after he made this
15   allegation against you?
16       A   Of course not.
17       Q   Okay.
18       A   I was mad as hell.  And -- would you?
19   Would you be mad as hell to ex- -- face (phonetic) a
20   liar like that?  Of course you will.  If I tell --
21   you know, make up all the story, of course I was mad
22   as hell.
23       And how could someone say -- you know, a
24   friend, to make up a story like that and to say that
25   to the whole world.

## Page 146

1        I did not respond because I thought that
2    was beyond my -- beyond, you know, my integrity to
3    respond to something so ridiculous, but that's how he
4    made up.  So I -- of course, I began to review and --
5    you know, other things he said.  That is something I
6    know.
7        And he -- it's very, very -- it's -- and
8    also Mr. Bannon.  Mr. Bannon knows, and I wrote him
9    and wrote him frequently when -- in my -- when I was
10   traveling in Europe, "I'm here today, I'm in the
11   solidarity," I'm something.
12       And eventually he said, "Would you want to
13   see Trisulti in Italy?"
14       Q   This is something Mr. Bannon said to you?
15       A   Yes, e-mail.
16       Q   Okay.
17       A   And he said, "Well" -- I said, "Okay.  I
18   would love to."  So I actually spend my own money and
19   went to Mr. Bannon's gladiator school for two days
20   and came back right to the United States --
21       Q   Okay.
22       A   -- of America.
23       Q   Very good.
24       A   Mr. Bannon knows that.  And I -- I'm
25   supposed to be his friend?  He does not defend me?

## Page 147

1    Of course, I'm mad as hell.  I don't want to talk to
2    him anymore.
3        Q   Okay.  Have you heard or have you witnessed
4    Guo make similar accusations against other
5    dissidents?
6        MS. CLINE:  Objection to form.
7        THE WITNESS:  Once he made accusations
8    a lot in his broadcasting, and -- but, you know,
9    because I did -- this thing is -- I personally
10   involved.  And also they made up another lie to --
11   against me.
12       And Mr. Guo said, "We have a lawsuit.  We
13   apply for" -- Mr. Guo said I swindle all the money
14   because we -- our lawyer is free.
15       Q   (By Mr. Greim) Hold on.  Hold on.  Wait a
16   second.  This is a separate statement Mr. Guo has
17   made?
18       A   Yes.
19       Q   Okay.  And what was -- was the statement
20   about you?
21       A   About our legal fee because we apply for
22   that -- some help from the Rule of Law --
23       Q   I see.  Okay.  So he was -- the statement
24   was about your --
25       A   Legal fee.

## Page 148

1        Q   -- legal fees in your Voice of America
2    lawsuit?
3        A   Yes.
4        Q   Okay.  What was the statement?
5        A   He -- the statement he -- he and his trolls
6    (phonetic) said I have no legal fee, I raised all the
7    money and took all the money myself.
8        Q   I see.
9        A   And the -- the funniest thing is that the
10   two -- two directors of -- of Guo's trow (phonetic)
11   at -- in the Rule of Law Foundation knew about -- you
12   know, in the board meeting I submitted all the
13   legal -- legal bills, and the -- the lawyer of the
14   Rule of Law Foundation know about it.
15       So the other thing -- why I was so angry
16   was Jennifer is, "Jennifer, do you know about it?"
17   Jennifer said --
18       MS. CLINE:  Hang on.  Hang on.  I'm
19   concerned about privilege if she's talking to a
20   lawyer.
21       Q   (By Mr. Greim) Well, was this statement
22   aft- --
23       A   That's not my lawyer.
24       Q   Was this statement after you have left the
25   Rule of Law Society?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

SASHA GONG  11/26/2019

## Page 149

1    A  Yes.
2    Q  Okay.  Go ahead.
3    A  Well, he make that statement.  And he also
4  said he personally kicked me out of the Rule of Law
5  Foundation.  That shows he control the Rule of Law
6  Society.  He said he kicked me out.
7        I said, "Fine."  Except I have my
8  resignation letter there.
9    Q  Ms. Gong, let me ask you, have you heard
10 Mr. Guo to threaten violence against anyone through a
11 broadcast or online?
12   A  Oh, yeah, a lot.  That his sentence.  He
13 always said those who oppose him will die horrible
14 death.  And I take that very seriously, that's why I
15 have a gun next to my bed.
16   Q  Is -- are there any particular topics on
17 which Mr. Guo seems to focus when he attempts to
18 silence dissident speech?
19       MS. CLINE:  Objection to form; foundation.
20       THE WITNESS:  Yeah.  Let me only talk about
21 my own experience here --
22   Q  (By Mr. Greim) Okay.
23   A  -- and I can talk.  So my movie.  I told
24 him about this movie.  I interview a lot of people.
25       Suddenly, he just want to discred- --

## Page 150

1  discredit my whole life of work.  He wanted to
2  discredit my film because that was -- after I told
3  him about my film -- and this is -- clearly, I will
4  have, you know, to show you guys later what the
5  film -- this -- this clearly anti-communist about,
6  you know, the foundation of -- and why would he try
7  to discredit my whole life work?
8        I have been a dissident for 45 years.  Now
9  he's trying to make me a Chinese agent?  He's --
10 he's -- he's a known Chinese agent.  Now he's trying
11 to make me a Chinese agent.
12       People who don't follow the cases so
13 clearly would -- you know, would have -- "Oh, I have
14 doubt," you know.
15       So I think he -- he thought I would serve
16 him and -- and not only discredit me, I think through
17 his -- his broadcasting he's tried to discredit all
18 the China hawks.
19   Q  Well, let's -- let's -- let's stop there.
20 We'll come back to that.
21       Is there anything in particular about your
22 movie or anything that you covered that -- that Guo
23 has indicated that he's criticizing?
24   A  No, but he's criticized me because he did
25 not know much about -- I didn't tell him much about

## Page 151

1  the movie.  But he said my trip to Europe, which was
2  the trip to interview people who are in the dissident
3  movement -- my trip to Europe was to meet with the
4  Chinese intelligence instead of -- I actually have
5  seven people on my team.
6    Q  All right.  Does -- does Mr. Guo claim even
7  today to have inside intelligence from Chinese -- the
8  Chinese Intelligence Services?
9        MS. CLINE:  Objection; foundation.
10       THE WITNESS:  Yes.  He claim all the time
11 on air, so you can check his broadcast.
12   Q  (By Mr. Greim) Does Mr. Guo seem
13 particularly sensitive about criticism of the Chinese
14 Intelligence Services?
15       MS. CLINE:  Objection; form, foundation.
16       THE WITNESS:  Yes.
17   Q  (By Mr. Greim) In what way?
18   A  In the ways that -- well, whenever people
19 mentioned, you know, he work with the Chinese
20 intelligence and this, he's very -- he would attack
21 that person.  He would do that and he would -- he
22 would attack that person, say, "You work for the
23 Chinese intelligence."
24       Now he actually -- there's numerous people
25 in the Chinese dissident community he named as

## Page 152

1  Chinese intelligence.  Now he -- the -- my late- --
2  the latest name is me.
3        And, also, he named -- I give you another
4  example -- a friend of mine, Professor Zhou, who
5  is -- is nam- -- is very well-known.
6    Q  How do you spell his last name?
7    A  Z-h-o-u.  And first name,
8  X-i-a-o-z-h-e-n-g.
9        And Mr. Guo met with him because I brought
10 Mr. -- Mr. Guo first claim he's a big fan of Mr. --
11 Professor Zhou, because for -- Professor Zhou is
12 known to criticize the Chinese government for
13 decades.  He's a moderate.  Okay.
14       And then suddenly he said, not long ago,
15 Professor Zhou was part of the 100 or $300 million
16 planned for the Chinese government to -- you know,
17 to -- to come out, do something against him.
18       I was thinking, you know, Mr. Zhou --
19 Professor Zhou jokes, $100 million?  I take it.  So
20 that's a joke.
21       Anyway, and the -- this guy had -- this --
22 the only thing he did was he went -- after he came
23 out of China he was recently make a few broadcasting
24 criticizing the Chinese government.  He didn't do
25 anything else.

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

SASHA GONG  11/26/2019

Page 153

1    He -- he's the 70-something-year-old and he
2  just stayed home, my friend, and really did not
3  attack Guo.  But he just said he took 300 million or
4  100 million, whatever, from the Chinese government.
5         MS. CLINE:  Eddie, I just --
6         Q    (By Mr. Greim) Let -- let me --
7         MS. CLINE:  -- re- -- I reiterate the same
8  objections I've had all day.
9         THE WITNESS:  Why?  Actually, why do you --
10  why do you do that?
11        Q    (By Mr. Greim) Ms. Gong, please don't --
12  don't.
13        So let me ask you now.  Let's shift to the
14  China hawks.
15        A    Uh-huh.
16        Q    Is there -- first of all, is there such a
17  thing as a community in the United States of -- in
18  the U.S. foreign policy establishment as China hawks?
19        MS. CLINE:  Objection to form --
20        THE WITNESS:  Yes.
21        MS. CLINE:  -- foundation.
22        Q    (By Mr. Greim) And how would you describe
23  them?
24        A    Well, it -- there's -- appears that there
25  are panda huggers and the dragon slayers.  People

Page 154

1  use -- that's the term in a Chi- -- in a China study.
2         The panda huggers are people who -- you
3  know how China, you know.  And the dragon slayers
4  were -- were the hawks.
5         So I think one of the hawks, as we all
6  know, Mr. -- gosh.  Geez, I'm having a senior moment.
7         The Hudson Foundation.
8         Q    Right.
9         A    What -- what his name?  Mr. -- geez.  Gosh.
10  What -- what -- what's -- what's his name?
11        Q    Is it someone affiliated with the Hudson
12  Foundation?
13        A    He is a member of the Hudson Foundation.
14        Q    Okay.
15        A    And I can --
16        Q    If you remember it -- no, no.  You don't
17  have to look it up.  If you remember, you can tell us
18  later.
19        What about Mr. Bannon?
20        A    Mr. Bannon's a China hawk.
21        Q    All right.  What about you?
22        A    I'm -- I'm not that much a China hawk, but
23  I'm not a panda-hugger.
24        Q    Okay.
25        A    I'm sort -- sort of a more moderate.

Page 155

1         Q    Okay.
2         A    A journalist.
3         Q    Have you observed Mr. Guo's interaction
4  with the community of China hawks?
5         A    Well --
6         MS. CLINE:  Objection to form.
7         THE WITNESS:  -- only Mr. Bannon.  Other
8  people -- Guo claim he met with a lot of people.  He
9  once claimed that he met with John Bolton, who was
10  clearly a China hawk, and -- but I asked Mr. Bannon,
11  "Did you introduce him to John Bolton?"
12        Bannon said, "No way."
13        And, also, Mr. Guo claimed he met with
14  Defense Secretary Esper, also introduced by Bannon.
15  And I did not ask Bannon.
16        And he also claimed meeting with lots of,
17  you know, top, top -- well, leaders around the world
18  and, you know -- you know, people like that.  So I
19  think -- well, the committee of President Benger have
20  lots of China hawks.
21        Q    (By Mr. Greim) What effect does Guo's claim
22  to be close to these individuals have on the -- on
23  the community of China hawks?
24        MS. CLINE:  Objection; form, foundation.
25        THE WITNESS:  What do you mean by "form of

Page 156

1  foundation"?
2         Q    (By Mr. Greim) Just -- just -- she is
3  objecting to my question.  She's saying there's a
4  problem with it --
5         A    Yeah, I -- I --
6         Q    -- and I -- I am standing on it.
7         A    I have a tendency to understand things
8  before I answered it.
9         Well, he -- he claim a lot.  He claim to be
10  the key figure to educate the entire world on the
11  China venture.
12        Q    And so do these claims that he makes have
13  any effect on the position of the China hawks in the
14  United States?
15        MS. CLINE:  Objection; form, foundation.
16        THE WITNESS:  I -- actually, my observation
17  is -- I very worry about it because Mr. Bannon is
18  clearly a leader of the China hawks.  And the --
19  Mr. Bannon is largely responsible for the -- the
20  administration's China policy.
21        So I think Mr. Guo makes Bannon --
22  Mr. Bannon looks very ridiculous in -- in his
23  broadcasting, like, hours, and Mr. Bannon sitting
24  there looking.  And -- and, also, I don't know who
25  released that contract.  And that contract of a

39 (Pages 153 to 156)

SASHA GONG  11/26/2019

## Page 157

1 million dollars --
2      Q    (By Mr. Greim) Is -- I'm sorry, is this the
3 Guo --
4      A    Guo --
5      Q    I'm sorry, the Bannon --
6      A    -- Bannon.  Bannon took a million dollars
7 from Eastern -- Eastern Profit?
8      Q    Now, Ms. Gong, please, just -- just
9 answer -- answer the --
10      A    Yes.
11      Q    Let's -- let's do question and answer.  So
12 my question to you is -- well, let -- let's go back.
13           So my question was actually whether
14 Mr. Guo's public interaction with members of the
15 China hawk community have any effect on, let's say,
16 the credibility of U.S. China hawks.
17      MS. CLINE:  Objection to form; foundation.
18      THE WITNESS:  A lot.  And he make them look
19 unreasonable, ridiculous, and base so much of the
20 policy opinion on rumors.
21      Q    (By Mr. Greim) Do you know whether Mr. Guo
22 has attempted to make payments or contributions or
23 loans to members of the China hawk community?
24      MS. CLINE:  Objection to form.
25      THE WITNESS:  I only know he paid

## Page 158

1 Mr. Bannon and later learned pay Mr. -- Mr. Gertz and
2 other people I don't.
3      Q    (By Mr. Greim) Okay.  I just have a few
4 questions left for you here.
5           So, Ms. Gong, you -- do you still stay in
6 touch with individuals living in China?
7      A    Not much because I'm afraid, you know, they
8 might be -- they might be tainted in a way.
9      Q    And does someone living in the U.S. who is
10 a high-profile dissident opposing the CCP face risks
11 of surveillance if they make regular phone calls over
12 open cell phone lines to the mainland?
13      MS. CLINE:  Objection to form; lacks
14 foundation.
15      THE WITNESS:  Of course, because I don't
16 even call my family that much, being afraid of, you
17 know, the -- the -- the secret police going after
18 them.
19      Q    (By Mr. Greim) And what about -- are there
20 also risks in calling Hong Kong phone numbers?
21      MS. CLINE:  Objection; foundation.
22      THE WITNESS:  Well, Hong Kong, I don't
23 think -- well -- well, not now.  Now I -- you know,
24 in the new Internet age and in the surveillance age,
25 I think people are afraid.

## Page 159

1      Q    (By Mr. Greim) Do you think that the risk
2 of placing regular phone calls over open cell lines
3 to the mainland is known to politically active
4 Chinese dissidents in the U.S.?
5      MS. CLINE:  Objection; form, foundation.
6      THE WITNESS:  You mean, the risk?
7      Q    (By Mr. Greim) Yes.
8      A    Yes, everybody knows that, so we are all
9 trying to minimize our contact with China.
10      Q    Or do you try to use encrypted services
11 like WhatsApp or Signal?
12      A    The Chinese blocked WhatsApp -- WhatsApp
13 and Signal, so unless you can, you know, find a way
14 to cross the great firewall, Whats and Signal and
15 Google and -- none of this works.
16      MR. GREIM:  I am now -- oh.  I'm going to
17 play -- the final few questions.  I'm going to play
18 for you a few clips that I -- I doubt you've heard
19 before, but I'll ask you.  I'll play for you a few
20 clips.  I'm going to see if you recognize the voices
21 on these.
22           And I'll -- I'll represent that the very
23 first clip is what we have previously produced and
24 played, and we've produced a transcription, as
25 Video 1.

## Page 160

1           What I'm going to do is I'm going to turn
2 my laptop around and I'm going to play it for you.
3      THE WITNESS:  Uh-huh.
4      Q    (By Mr. Greim) This is in Chinese.  I'm
5 going to try to do it so that opposing counsel can
6 hear it, too, and -- and see what's on my screen.  I
7 know it may not be as bright as it could be.
8      MS. CLINE:  So I just -- this may have been
9 sorted out before I got involved in the case, but I
10 have no idea what Video 1 is and whether it's been
11 authenticated, but, I mean, I'll allow you to --
12      MR. GREIM:  Well, right.  That's one --
13      MS. CLINE:  -- ask the question.
14      MR. GREIM:  That's one reason we're going
15 to do it.  So this has been produced -- you remember
16 we produced a binder to the Court of different
17 trans- -- translations?  This was since you've been
18 in the case, I -- I believe.  And so this is the very
19 first of those.  It's a three-minute clip and it just
20 appears online.
21      MS. CLINE:  Online where?
22      MR. GREIM:  Here, let me pause so that we
23 don't get too far.  You know what?  I've got -- on
24 the translation, we have the -- we have the string
25 that you can find it on.  I actually don't have it

40 (Pages 157 to 160)

SASHA GONG  11/26/2019

## Page 161

1  here.  This is just a file that I have on my computer
2  that I'm going to play.
3       So I will -- I will just simply make a
4  record that this is Video 1, and then we will -- we
5  will send Video 1, this very clip that we're playing,
6  so that it's part of this record.
7       And then I'll refer to you -- you'll be
8  able to see that -- you know, what the exact address
9  is for Video 1 where you can pull it up off the
10  Internet.
11       So let me go back to the beginning because
12  it just starts right off the bat.  Make sure it's --
13  the volume is going.  I don't know if I've got it or
14  not.
15       (Counsel is playing Video 1 for witness.)
16  Q   (By Mr. Greim) All right.
17  A   That's Guo, that's for sure.
18  Q   No.  Hold on.  Let me -- let me ask you
19  this as questions.
20       First of all, you've spoken with Guo in
21  person many times, correct?
22  A   Yes.
23  Q   And you've heard his voice on prior
24  recordings on the Internet?
25  A   Yes.

## Page 162

1  Q   And my question to you is:  Is the voice
2  that we just heard the voice of Guo?
3       MS. CLINE:  I'm just going to -- I'm going
4  to lodge an objection.  Again, I don't know if this
5  is appropriate for lay witness testimony.  Obviously,
6  I'll let you ask the question, but I'm objecting.
7       MR. GREIM:  Your objection is preserved.
8       THE WITNESS:  That is him.
9  Q   (By Mr. Greim) Okay.
10  A   And not only the voice, but the way he
11  speaks.  He has a very distinguished way to speak.
12       And, actually, you can find similar tapes
13  with the same contents, and he send it out.  But this
14  one I've -- I -- I never heard it before.  And -- but
15  he pledge allegiance to the Chinese many times and
16  that's one very clearly.  The -- the way the
17  colloq-- the colloquium he used, very, very
18  specific.
19  Q   (By Mr. Greim) Now, have you heard of a
20  YouTube channel that is -- that goes by the desig- --
21  designation "RPLRG"?
22  A   Wasn't that -- was -- gosh, I'm scratching
23  my memory here.  I thought that RPLRG -- give me a
24  few seconds.
25       Yeah, that was some -- you know, 2017.  One

## Page 163

1  of Guo's closest -- it's somebody with the status
2  of -- Yvette Wang left him and took a lot of tapes
3  and something, you know, back to China.  So later
4  they placed some online, including -- I only saw a
5  few.  It's sort of a -- not -- but I never heard of
6  them.
7       That's RPLRG's tape?
8  Q   Well, I just want to ask you this.  I want
9  to -- has -- have you heard anyone say that RP- --
10  well, let me ask you this.
11       Have you heard Guo say that RPLRG is a
12  channel associated with the Chinese Communist Party?
13  A   I don't recall.  It's something I -- I
14  think, you know, I have to scratch my memory, is that
15  I don't recall he said to me personally, but I recall
16  some events that --
17  Q   Okay.  I'm going to show you one more clip.
18  This one is a little bit longer, but this is -- and
19  this is the last one here.
20       What I'm going to show now is what we have
21  previously produced -- and I think this will be more
22  familiar to you -- as Video 4.  It has been
23  transcribed and -- and we've played it with a few
24  other witnesses.
25       MS. CLINE:  Yeah, and I'm just -- again,

## Page 164

1  lodge an objection to this method and line of
2  inquiry.  I don't know about the authenticity of it,
3  nor do I know that this witness is qualified --
4       THE WITNESS:  Well, this -- this one's
5  authenticate.  I can -- I -- I know that.
6       MS. CLINE:  Let me just finish my
7  objection.
8       I'm not sure this is an appropriate means
9  of questioning a lay witness.  To get this over with,
10  I'll sit here while you do it, but we preserve our
11  objections.
12       MR. GREIM:  Understood.
13  Q   (By Mr. Greim) Now I'm going to show you
14  what we have previously produced to the parties and
15  transcribed in English as Video 4.
16       (Counsel plays Video 4 for the witness.)
17       MR. GREIM:  Okay.  I've stopped it at the
18  6:47 mark.
19  Q   (By Mr. Greim) So my first question to you
20  is:  Did -- did you recognize the two individuals who
21  were on screen at the beginning of the clip?
22  A   Yes.  The interview -- the interviewer is
23  Mr. Xiaoping Chen.  Last name C-h-e-n, first name
24  Xiaoping, X-i-a-o-p-i-n-g, of Mirror Media.
25  Q   That's a name you mentioned earlier today?

ALARIS LITIGATION SERVICES

SASHA GONG  11/26/2019

## Page 165

1   A   Yes.  And also -- Mr. Xiaoping Chen was
2   also -- when he was in jail, he was interrogated by
3   Mr. Guo's good friend Mr. Chung Khuen (phonetic).  So
4   I actually ask Mr. Xiaoping that much.  And he was
5   the first one to live interview Mr. Guo.  The other
6   person, of course, is Mr. Guo.
7      Q   Okay.
8      MS. CLINE:  So, again, to the extent that
9   we veered off the answer to your question and went
10  on to other testimony, I object.  The witness lacks
11  foundation.
12     Q   (By Mr. Greim) All right.  Now, do you
13  recognize the broadcast that -- the portion of which
14  we just showed you?
15     A   Yes, I think so.
16     Q   Okay.  What -- what is that?  What is the
17  broadcast?
18     A   That was Guo's live show with Mr. --
19  Mr. Chen.  He interviewed him for -- six times.
20     Q   So do you recognize this as one of those
21  interviews?
22     MS. CLINE:  Objection; foundation.
23     THE WITNESS:  I believe so.
24     Q   (By Mr. Greim) All right.  And did you --
25  did you see that a letter was shown slowly on screen,

## Page 166

1   a six-page letter?
2      A   Yes, I did.
3      Q   Have you seen that letter before?
4      A   I don't think so, otherwise I remember it.
5      Q   Did -- did Mr. Guo ask for the letter to be
6   displayed?
7      A   Yes --
8      MS. CLINE:  Objection to --
9      THE WITNESS:  -- he did.
10     MS. CLINE:  Objection to form.
11     THE WITNESS:  He did on -- he did on air.
12     Q   (By Mr. Greim) Okay.  And what did Mr. Guo
13  say about the letter?
14     A   He said he wrote that letter to the
15  leadership in Beijing.
16     MS. CLINE:  Again, I object.  I mean, we
17  don't need her to translate the video, right?
18     MR. GREIM:  No.  Nor -- nor are we going to
19  because it -- it goes on at some length.
20     Q   (By Mr. Greim) Do you have any doubt that
21  it is Mr. Guo appearing on the broadcast and talking
22  about the letter?
23     MS. CLINE:  Objection; foundation.
24     THE WITNESS:  I -- clearly that's him.  I
25  have no doubt.

## Page 167

1      Q   (By Mr. Greim) By the way, in the last
2   video that we saw before this, what I identified as
3   Video 1, was Guo speaking with someone else?
4      MS. CLINE:  Objection; foundation.
5      THE WITNESS:  I don't know.  That's only
6   his voice.
7      Q   (By Mr. Greim) Okay.  I think we are just
8   about done if we are not done at this point,
9   Ms. Gong.  Just one moment, if you don't mind, and
10  then I think Ms. Cline will have a few questions for
11  you.
12     I will ask you this.  Did Mr. Guo ever
13  discuss the -- well, first of all, did the letter
14  appear to be written in Chinese characters?
15     A   Yes.
16     Q   And did he -- did Mr. Guo ever discuss that
17  letter with you?
18     A   No.
19     Q   Did he ever make similar statements to you
20  privately?
21     A   No.
22     Q   Are you surprised at -- at seeing the
23  letter here today?
24     MS. CLINE:  Objection to form.
25     THE WITNESS:  A little.

## Page 168

1      Q   (By Mr. Greim) Why?
2      A   That letter seems that -- to -- he gave
3   total submission to the Chinese Communist leadership
4   and that he also pledge to work here with team in
5   exchange of giving him money and make- -- giving him
6   money, that he mentioned that 12 -- 100 -- no, 1,200
7   yuan per day lost.  And so, clearly, it -- that was
8   the purpose, money.
9      Q   Did you have any discussions with Mr. Guo
10  that were inconsistent with the promises that Mr. Guo
11  made in the letter?
12     MS. CLINE:  Objection; form, foundation, a
13  translation issue.  Totally improper method of
14  questioning.
15     THE WITNESS:  No.  My focus one -- was on
16  other cases.
17     Q   (By Mr. Greim) Do you -- did Mr. Guo ever
18  discuss with you trying not to cross a red line with
19  the Chinese Communist Party?
20     A   No.
21     Q   So you never had a discussion with Mr. Guo
22  about that concept?
23     A   No.  And first I have to say, I did not
24  meet with Mr. Guo that much.  And I think Mr. Guo was
25  not very happy with me interrogating him, in a way,

42 (Pages 165 to 168)

SASHA GONG  11/26/2019

## Page 169

1  lack of a better words, because I'm always very
2  curious of certain things.
3        And, in my mind, I never questioned -- I --
4  well, that was not even a question that Mr. Guo, at
5  least once, for some time, work closely with the
6  Chinese espionage and intelligence office.  I just
7  want to find out what.
8        So -- and I -- I don't work with Mr. Guo
9  that much and I don't look at his cases that much.  I
10  have other concerns.
11       MS. CLINE:  And, again, object to the -- to
12  the non-responsive portion of that answer to the
13  extent that it lacks foundation.
14       Q    (By Mr. Greim) Did you ever -- let me ask
15  you this.  Did you ever notice that Mr. Guo refrained
16  from criticizing certain officials?
17       A    Yes, very much.  In the beginning, in my
18  interview with him, and in my talk with him, he
19  always, you know, avoid Mr. Xi Jinping, the top of
20  Chinese leader.
21       And so for others, he -- you know, he
22  focused on a few people.  And he always said those
23  are -- few people are bad people, including Wang
24  Qishan and a -- a few others.
25       But, apparently, he also told me he

## Page 170

1  personally know him very well, including the way
2  his -- who they slept with and -- but he -- he -- he
3  told me a lot about, you know, observation of
4  personal life.  That actually make me to reach a
5  conclusion that he was in some servant role to top
6  Chinese leaders.
7        For -- very clearly, my observation's that
8  Mr. Guo misspoke many words when he talk about the
9  Chinese leadership and the -- who -- I give you one
10  example.
11       Q    Well, hold -- hold on.  Let's just --
12  because I -- we're -- we're just about done here.
13  Let's just make sure we break this up in a question
14  and answer.
15       A    Uh-huh.
16       Q    So just so we can understand what you've
17  just said, are you telling us that Mr. Guo had
18  personal details about particular Chinese leaders?
19       A    According to him, yes.
20       Q    Okay.
21       A    Like the way they sit, the way they eat,
22  and the way they talk.  And it make me -- you know, I
23  question him a lot about their relationship.  It make
24  me lead -- you know, the worst -- the worst informant
25  is the informant of a servant, and that that make me

## Page 171

1  lead to a conclu- -- conclusion that he was a
2  servant.
3        MR. GREIM:  I don't have any other
4  questions for you, Ms. Gong.
5        THE WITNESS:  Yeah.
6        MS. CLINE:  I have some.
7        THE WITNESS:  Uh-huh.
8              CROSS-EXAMINATION
9  BY MS. CLINE:
10       Q    So, Ms. Gong, it's fair to say you oppose
11  the Chinese Communist Party, right?
12       A    Yes.
13       Q    Okay.  And if I say "CCP," can we agree
14  that that means "Chinese Communist Party"?
15       A    Yes.
16       Q    And, in fact, you've been a -- you've been
17  involved in the Chinese dissident community in the
18  United States for 45 years; is that right?
19       A    Dissident community.  Not in the -- I
20  on-- I'm only in the U.S. for, like, 32 years.
21       Q    Okay.  Forgive me.
22       A    So I invol- -- I got involved the first day
23  I got here.
24       Q    Okay.  But in total, even back when you
25  were in China, you've been involved in the Chinese

## Page 172

1  dissident community for 45 years; is that correct?
2        A    Yes.
3        Q    And you would never work for an
4  organization that was controlled by CCP supporters,
5  would you?
6        A    No.
7        Q    And you would never be associated with an
8  organization controlled by CCC -- CCP supporters,
9  correct?
10       A    Let me put this way.  You -- you mean --
11  what do you mean by "work for"?  If you consider my
12  publications in the Chinese media as working for
13  Chinese media, that's wrong, because, you know, for
14  so many years we -- it's like in the Soviet Union,
15  the theory is, like, we're pushing the boundary.
16       We have been pushing the boundary and
17  publishing at whatever space we can create in the
18  Chinese media to push more democracy, to push
19  knowledge, and that strengthen the Chinese Communist
20  Party.
21       Of course, all the public publishing houses
22  and whatever, they owned by Chinese media, but if we
23  can get a little bit like the Soviet Union, stick up
24  for how Solzhenitsyn published his first novel.  That
25  was the novel published in the Soviet official

43 (Pages 169 to 172)

SASHA GONG  11/26/2019

Page 173

1  publication.  You have to.  All dissident have to.
2       So don't say I never -- I never do -- like,
3  work -- appear employee of them, but, damn, even
4  today I will publish in China if I can.
5       Q.  Okay.  Putting aside the publications that
6  you just described, let me ask a different question.
7       You would never ask for money from an
8  organization controlled by CCP supporters, would you?
9       A.  No.
10      Q.  And you would never serve as an officer of
11  a -- or a director of an organization controlled by
12  CCP supporters, would you?
13      A.  No.  Unless the Rule of Law Foundation is
14  controlled by CCP, I -- that was -- I have no
15  knowledge of that.  If they were controlled by CCP,
16  hell, I'm going to go after them.  And if I have
17  knowledge of any CCP inference in any organization, I
18  would say no.
19      Q.  So -- but you testified, I think, earlier
20  that Mr. Guo controlled the Rule of Law Society,
21  correct?
22      A.  Yes.
23      Q.  And your understanding is that during the
24  course of his -- of your involvement with the CC- --
25  with the Rule of Law Society, Mr. Guo was not

Page 174

1  controlled by the CCP, was he?
2       A.  Well, first I thought Mr. Bannon was in
3  control.  I actually question Guo.  He said, "I have
4  nothing to do with the Rule of Law Foundation," and
5  Steve and -- that they have.  So I believed him.
6       Later I found out he had so much control, I
7  resigned.
8       Q.  Well, we'll get to that in a minute.  But
9  when you agreed to accept a position with the Rule
10  of -- Rule of Law Society, you had -- as far as you
11  knew, there was no connection between Mr. Guo and the
12  CCP, correct?
13      A.  That's what Mr. Guo -- no.  My
14  understanding, there was no connection except
15  donating the money between the Rule of Law Foundation
16  and Guo.  And whether or not Guo is controlled by
17  CCP, I -- you know, I -- I can only investigate.
18      But you have -- you -- you ask a very good
19  question.  Do you think Mr. Guo's controlled by CCP
20  based on that letter?  I would say yes, but I did not
21  know about that.  I didn't see that.
22      Q.  So at the -- at the time that you joined
23  the Rule of Law Society, you had no reason to believe
24  that Mr. Guo was a supporter of the CCP, did you?
25      A.  No.  I have no reason to believe Mr. Bannon

Page 175

1  was a supporter of Mr. -- of -- of CCP.
2       Q.  But my question is:  At the time that you
3  joined the Rule of Law Society --
4       A.  I do have --
5       Q.  Let me -- let me just -- let me just finish
6  so you and I --
7       A.  Yes.
8       Q.  -- can take turns.
9       A.  Yes.
10      Q.  Okay.  So at the time that you joined the
11  Rule of Law Society, did you have any reason to
12  believe that Mr. Guo supported the CCP?
13      A.  I do have reason to suspect Mr. Guo support
14  the CCP.  That's why I question Mr. Guo, "Do you have
15  anything to do with the Rule of Law Foundation?"
16      So -- but I -- I do believe Mr. Bannon has
17  no -- is not a supporter of CCP.
18      Q.  Okay.  I need you to answer my question.
19      A.  I answer your question.  I do have a reason
20  to believe Mr. Guo has the -- has the connection or
21  support, whatever, money from CCP, but he -- he
22  claim -- and Mr. Bannon also promised -- that Mr. Guo
23  has nothing to do with the Rule of Law Foundation.
24      Q.  And I'm asking you, when did you first come
25  to believe that Mr. Guo was connected with the

Page 176

1  Chinese Communist Party?
2       A.  From day one.
3       Q.  So when was day one?
4       A.  Well, from the -- the time I heard his name
5  in 2016.  When I went to interview him, if you read
6  my interview, if you'll watch my interview, I
7  questioned him -- you know, I assume he was part of
8  the Chinese intelligence operation.
9       Q.  Okay.  So from the time you met Mr. Guo,
10  your testimony is you thought he was part of the CCP?
11      A.  No, it -- this is -- he was with CCP
12  backing.  He never deny it.
13      Q.  So from the time you met Mr. Guo, the very
14  first time you met him, you thought he was backed by
15  the CCP?
16      A.  Before I met him.  I did a lot of research.
17      Q.  Did there ever come a point in time at
18  which you thought Mr. Guo was not backed by the CCP?
19      A.  No.
20      Q.  But notwithstanding that, you choose -- you
21  chose to become a director of the Rule of Law
22  Society, which you testified Mr. -- was controlled by
23  Mr. Guo?
24      A.  Yes, because later I realize.  I was the
25  director only for two months, and Mr. -- I was still

44 (Pages 173 to 176)

SASHA GONG  11/26/2019

## Page 177

1  supporting Mr. Bannon.

2      Q   No, you -- you -- you became the be

3  director in November of 2018; isn't that correct?

4      A   That's not true.  At that time, the -- the

5  foundation was not -- was not even -- was not -- did

6  not exist.  And I signed the documents -- I think

7  it's in June or July 2019.

8      Q   Okay.  So let's just get this on the record

9  then.  When -- when did you become a director of the

10  Rule of Law -- Law Society?

11      A   I think it's May or June in 2000- --

12  whenever they incorporate, you know, they sent me

13  the -- those things.  But the -- I think the --

14  the -- the Society did not officially exist until the

15  first board meeting, which was, I think -- let me

16  see -- May 2019.

17      Q   So your testimony is that you didn't become

18  a board member of the Rule of Law Society until May

19  of this year?

20      A   That's my understanding.

21      Q   Okay.  And then you resigned in September

22  of this year?

23      A   Yes.

24      Q   And what happened between May and September

25  that caused you to resign?

## Page 178

1      A   I was -- first I was in Europe and --

2  for -- and the second in -- in -- during that time I

3  had a lot of exchange with Mr. Bannon, and I heard

4  Mr. Guo claim so many times he -- you know, he -- he

5  is in control of the -- this -- these entities.  And

6  I talk to Mr. Bannon and I feel very uncomfortable.

7      The day I resign was the day I -- they sent

8  me the financial statement and I realized whatever

9  money they promised never exist.

10      And so that's why I thought I would not

11  become part of -- you know, I would not cheat the

12  public.  It's very simple.  Just think of it.  The

13  day I got the -- I got the financial statement to see

14  how much money is there, and I realized they have

15  been lying to the public all the time, so I resign.

16      Q   Okay.  But the source of your discomfort

17  didn't have anything to do with the fact that you

18  thought Mr. Guo was backed by the Chinese Communist

19  Party, correct?

20      A   No.  Because, you know, the ways that the

21  Chinese Communist Party control, they stole the

22  entire country.  So someone who lived in China one

23  way or another, you have to work with the Chinese

24  Communist Party.

25      I understand that whoever said they never

## Page 179

1  work with the Chinese Communist Party in whatever

2  way, not related, that's -- that's bullshit.

3      And, also, Mr. Guo making that much money

4  with that much -- and so what I support?  I support

5  anyone who would rebel that system.  And you see

6  that -- look at Mr. Gorbachev and --

7      Q   I just need you --

8      A   -- look at all --

9      Q   I just need you to answer my questions.

10      A   Yes, I'm answering your question.  You need

11  to understand that.  You need to understand we, as

12  dissidents, support anyone who rebel against the

13  Communist Party.

14      Q   Did Mr. Guo rebel against the Communist

15  Party?

16      A   For a time, appears so.

17      Q   And what was that period of time?

18      A   Well, when he started his -- his expose' in

19  2017 and -- well, no, 2017 he was still supporting

20  Mr. Xi.

21      But one thing we -- as a journalist, I'm

22  extremely interested is that we know the Chinese

23  government is corrupt.  We know hundreds of billions

24  of dollars was stolen from the Chinese people and

25  Mr. Guo clearly was part of that.  I so welcome for

## Page 180

1  Mr. Guo to expose how the Chinese government saw it,

2  even he is part of that --

3      Q   Ms. Gong --

4      A   Yeah.

5      Q   -- I just need you to answer my questions.

6      A   I am answering your question because that's

7  not a yes or no question.

8      Q   Okay.  So I thought you had testified

9  earlier that from the day -- even before you met

10  Mr. Guo, you thought he was backed by and supportive

11  of the Chinese --

12      A   Yep.

13      Q   -- Communist Party.

14      A   But I think he might have rebelled.

15      Q   Okay.  So just chronologic- --

16      A   I still think that -- chronol- --

17  chronog- -- chronologically, 2016, I heard his name,

18  and the rest is I knew he escape and he started to

19  expose a lot of details of corruption in China.

20      I -- of course, we welcome that.  I think

21  United States government should welcome that and it

22  should question that.

23      So, repeatedly, I question him.  I offer

24  him to sit down with him and write out all the

25  details.  He repeatedly denied me.

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

SASHA GONG  11/26/2019

Page 181

1      Q   Okay.  I'm just trying to get the
2  chronology.  So when was the --
3      A   Yes.
4      Q   When was the first time you met Mr. Guo?
5      A   April 17th, 2017.
6      Q   Okay.  And prior to that, I thought you
7  said you believed that he was supportive of the CCP?
8      A   Oh, of course.  And it's all in the media.
9      Q   Okay.  And when did you come to think that
10 he was rebelling against the CCP?
11     A   Well, after -- I think in -- in late 2017,
12 after he -- actually, let me put it back.
13         First, I was -- I was wondering, why would
14 the Chinese -- you know, our -- our -- our interview,
15 why would the Chinese government put so much
16 objection to our interview?
17         And so, you see, I interview a lot of
18 people, top Chinese dissident.  I say -- like, if you
19 want example, the blind activist, Chen Guangcheng,
20 when he was in Beijing, you know, I interviewed him
21 on air.  No problem.
22     Q   Ms. Gong, I just need to know when you
23 first thought Mr. -- Mr. Guo was rebelling against
24 the CCP.
25     A   For a while.  And I think 2018, when he

Page 182

1  started to say "I'm against CCP," and I don't
2  remember which date.
3         But, you know, all the time I thought he
4  was -- he was also someone who deal with CCP because
5  he talk about his old leaders and -- all the time and
6  have been, you know, trying to put stuff on the
7  record.
8      Q   So you wrote an article in the Wall Street
9  Journal about the Voice of America interview,
10 correct?
11     A   Yes.
12     Q   And you wrote -- that was published in May
13 of 2017, correct?
14     A   Right.
15     Q   And at that point in time you characterized
16 Mr. Guo as making claims about "extensive corruption
17 in the Chinese Communist Party" --
18     A   Yes.
19     Q   -- is that correct?
20     A   That's true.
21     Q   Okay.
22     A   Otherwise, I won't interview him.
23     Q   Okay.  So at -- at least in April and May
24 of 2017, your view was that Mr. Guo was making claims
25 against the Chinese Communist Party?

Page 183

1      A   That's not that true because -- it's really
2  simple.  For people who can expose corruption, most
3  of them are part of corruption.
4         So you're making -- you're -- he's -- he
5  was making claims against some people in the Chinese
6  government.  And I would love to know, even today,
7  what are the details?  How they stole money from
8  Chin-- from the Chinese people.  That's why.
9         I was making a claim that he -- he makes
10 claim against certain individuals and he expose
11 details of corruption.  And those details we still
12 don't know at this point.
13         As I said, the Mr. Lui case, I said before,
14 the (inaudible) case, remember that?  How much money?
15 It's because that was billions of dollars of
16 real estate.  How --
17     Q   So I just want to make sure I'm
18 understanding.
19         So at the time of your Wall Street Journal
20 article in May of 2017, is it your view that Mr. Guo
21 was a supporter of the Chinese government or was he
22 rebelling against it?
23     A   My --
24         MR. GREIM:  Objection; asked and answered.
25         THE WITNESS:  Yeah.  Okay.  My reveal -- my

Page 184

1  view is that he -- he supports the Chinese.  He was
2  part of the corruption, but now he wants to get his
3  revenge.  I don't know -- I was still doing my
4  investiga- -- investigation at that time.  I don't
5  know his -- his personal view.
6      Q   (By Ms. Cline) Okay.  But you reported that
7  you were -- you were reporting on his claims of
8  corruption in the CCP, correct?
9      A   Of course.
10     Q   And, in fact, in the -- in or around the --
11 the time that the -- that the video -- sorry, that
12 the interview was to take place, the Chinese
13 government issued a warrant for Mr. Guo's
14 arrest; isn't that true?
15     A   That was April 17, 2017, in the morning, I
16 think.
17         You know, that was very strange to me,
18 because, you know, if you issue an arrest warrant to
19 someone who's already abroad, how do you realize that
20 arrest warrant?  That, I -- well, the Chinese
21 government rarely did things like that.  They may
22 claim.  They may claim someone's a criminal,
23 whatever.
24         I have to be thinking of that.  You know,
25 all the Chinese -- that never happens, shenanigan,

46 (Pages 181 to 184)

SASHA GONG  11/26/2019

## Page 185

1    that -- calling Voice of America, threatening us, was
2    to make the publicity, to give Guo credibility,
3    because Mr. Guo had very little credibility before
4    that.  After that, he -- he gained credibility from
5    my interview.
6        Q    Okay.  I -- I just need you to answer my
7    question.
8        A    Yes, that's an answer.  It's a more
9    complicated answer, yes.
10       Q    Okay.  You report -- you -- you -- you try
11   to be truthful and accurate in your reporting,
12   correct?
13       A    Very much.
14       Q    Right.  And in your Wall Street Journal --
15   Journal article, you reported that on April 17th the
16   Chinese government issued an arrest warrant for
17   Mr. Guo.
18       A    Yes, I did.
19       Q    And that's a -- that was a true statement,
20   right?
21       A    That's a true statement.  And I also have
22   secondhand sources.
23       Q    Okay.
24       A    Second or third sources for that.
25       Q    And you believe that the reason the Chinese

## Page 186

1    government issued for -- a warrant for Mr. Guo's
2    arrest was that he was speaking out against members
3    of the Communist Party, correct?
4        A    Yes, he's --
5        MR. GREIM:  Objection.
6        THE WITNESS:  -- speaking out the details
7    of corruption, which is very important.
8        Sorry for the objection --
9        MR. GREIM:  That's okay.
10       THE WITNESS:  -- but I -- you know, the
11   detail -- the corruption, Jesus Christ, and the
12   human -- human history never saw that sort of
13   corruption in our history from the Chinese
14   government.
15       Q    (By Ms. Cline) And Mr. Guo was speaking out
16   against that corruption?
17       A    Against the members and the -- the -- so
18   that's why I grill him so much in the -- I -- I
19   believe.  And he is part of the corruption.  And we
20   welcome for anyone who's part of the corruption to
21   expose the corruption.
22       Q    So is he part of the corruption or is he
23   against the corruption?
24       MR. GREIM:  Objection; asked and answered.
25       THE WITNESS:  No, he's -- he's part of the

## Page 187

1    corruption, but -- well, he want to expose.  I'm not
2    sure if he's against the corruption, otherwise, you
3    know, when somebody brag about so much money having,
4    so he's part of the corruption.
5        Q    (By Ms. Cline) And you resigned from the
6    Rule of Law Society in September of this year,
7    correct?
8        A    Yes.
9        Q    And isn't it true that Mr. Guo suggested
10   that you should resign?
11       A    Yeah.  He also suggest -- I was also
12   thinking -- I actually stand -- talk to Mr. Bannon
13   before Mr. Guo make any suggestions.  And Guo
14   actually make the claim he kicked me out of the --
15   the -- the Board.
16       Q    Well, Mr. Guo kicked you out of the Board
17   because --
18       A    That's what he said.
19       Q    -- or he asked you to resign because he was
20   upset about some of the -- the traveling and the
21   reporting you were doing overseas, correct?
22       A    I didn't do any report traveling.
23       Q    What were you doing in the Ukraine and --
24       A    I did not go to Ukraine at all.
25       Q    Okay.  Did you go to Russia?

## Page 188

1        A    No, not at all.  I need a visa.  I did want
2    to go because, you know, I want to interview
3    Mr. Gorbachev, and the -- Russia would deny any
4    journalistic visa that --
5        Q    Okay.  I mis- -- misremembered your
6    testimony.
7        Did you testify earlier that you did some
8    traveling overseas for the purposes of making a
9    journalistic movie?
10       A    Yes.
11       Q    Okay.  Where did you go?
12       A    Well, Austria.  And from Austria, because
13   we carry orders, and -- and to -- to Czech Republic,
14   Slovakia, Poland, Lithuania and Hungary.
15       Q    Okay.
16       A    And Bannon -- Mr. Bannon asked me to stop
17   by Italy.  I did for two days.  That's it.
18       Q    Okay.  And when you were in those
19   countries, did you interview people for purposes of
20   your movie?
21       A    Oh, yes.
22       Q    Okay.  And part of the reason Mr. Guo asked
23   you to resign was because he was -- he was in
24   disagreement with the things you were doing with
25   those interviews?

47 (Pages 185 to 188)

SASHA GONG  11/26/2019

## Page 189

1      A   I don't even know.  And I have no idea why
2  he would think I -- you know, I -- I went to Russia
3  because you -- you can check the U.S. Custom Service,
4  whatever, welcome.  I can show you my passport.  I
5  don't have it with me, but, you know, there was no
6  Russian visa.
7          And, also, I was with a team of seven
8  people, more than that.  Every day when I was in the
9  field, I have standard (phonetic).  I -- so there
10 are -- there are films, there's standard, there are
11 witness and everything to show I was not in Russia.
12     Q   Who is -- and forgive my pronunciation --
13     A   Uh-huh.
14     Q   -- Han Quan Li or Li Han Quan?
15     A   It's some sort of -- you know, I don't know
16 him, and it's kind of -- some guy.  He's very
17 obnoxious and I don't know him.
18     Q   But you understand that he's in litigation
19 with Mr. Guo?
20     A   Yeah, I heard of it.
21     Q   Okay.  And -- and it's your belief that
22 Mr. -- Mr. Han Quan's legal fees are being
23 financially supported by the CCP, correct?
24     A   I have no idea.  I don't pay attention to
25 those.

## Page 190

1      Q   You never told anybody that Mr. Han Quan's
2  legal fees were being supported by the CCP?
3      A   No.
4      Q   How about -- who is Guo Baosheng?
5      A   Yeah.  I know him.  And I think he was also
6  in litigation with -- and his legal fee -- I actually
7  heard -- you know, I heard someone -- I actually
8  asked me Guo as a question.  I said, "Well, I heard
9  Mr. Guo's fee was paying by some Chinese restaurant
10 owner," the owner of Peking -- Peking -- I don't -- I
11 don't even remem---
12     Q   Duck?  The Peking Duck?
13     A   The Peking Duck.
14         And Mr. Guo immediately said that was a
15 Chinese spy and he spy on the -- the ways that he
16 accuse so many people of being spies, but why don't
17 U.S. government take some action?
18     Q   Let me just make sure I'm being clear.  So
19 my question is --
20     A   Yeah.  Uh-huh.
21     Q   -- did you ever tell anyone that
22 Mr. Guo Baosheng's legal fees were being financially
23 supported by the CCP?
24     A   I did not tell that, but I did tell
25 Mr. Guo, you know, this guy is, you know, something.

## Page 191

1  It's possible financially support.  I don't know.  I
2  have no evidence.
3      Q   What did you tell Mr. Guo?
4      A   I said, you know, I heard from someone,
5  Mr. Guo Baosheng's -- the legal fee and all the legal
6  thing might be helped by the -- the boss.
7      Q   Right.  So you --
8      A   That's it.
9      Q   So your understanding was that the -- the
10 person who is in litigation against Mr. Guo was being
11 supported by the CCP, correct?
12     A   No, I -- I was -- I thought Guo was suing
13 them.  They are not suing?  I have no idea.
14         No, that was not my understanding, first,
15 because that's a key point that if -- if this Mr. --
16 what -- whatever his name, the Mr. -- owner -- the
17 restaurant owner was part of CCP.
18         The guy's a U.S. citizen and he -- he was
19 never a Chinese citizen.  He was in U.S. for a long
20 time.  If Mr. Guo's -- so there was no -- I have no
21 evidence.  I can't make the claim.
22     Q   Okay.  So let me try it a different way.
23     A   Yeah.
24     Q   Isn't it your understanding that Mr. Guo is
25 in litigation against people who are supported by the

## Page 192

1  CCP?
2      A   No, that's not my understanding at all.
3      Q   And you --
4      A   I want to investigate.
5      Q   Okay.  And you never told anyone that
6  Mr. Baosheng's legal fees were being provided by the
7  CCP?
8      A   No, that was not what I said.
9      Q   Did you suggest that the legal fees might
10 be being paid by the CCP?
11     A   Might be by the restaurant owner.  It's
12 totally different from CCP.
13     Q   Okay.  And is -- wasn't it your
14 understanding that the restaurant owner was
15 affiliated with the CCP?
16     A   No.  The -- Mr. Guo said that.  That was
17 not my understanding at all.
18     Q   What was the nature of Mr. Bannon's project
19 in Italy?
20     A   Oh, Trisulti?  He wants to build a
21 gladiator school for the -- his populist movement.
22     Q   Are you -- are -- are there people in China
23 who are supportive of Mr. Guo?
24     A   Oh, yeah.
25     Q   Are there millions of people who are

48 (Pages 189 to 192)

SASHA GONG  11/26/2019

## Page 193

1    supportive of him?
2        A   I have --
3        MR. GREIM:  Objection; foundation.
4        THE WITNESS:  -- no idea.  Yeah, I --
5        MS. CLINE:  Now -- now -- now there's a
6    foundation objection.  I love it.
7        THE WITNESS:  Of course, I have no idea.
8    What do you mean by "millions" and -- you know, I
9    have no idea.
10        Q   (By Ms. Cline) Do you know -- aren't
11    there --
12        A   By the way, whoever claimed there are
13    millions of people who are supporting Guo in China,
14    that -- the only one who have the number might be the
15    Chinese government.  Ask them.
16        Q   But your understanding is that there are
17    numerous people in China who are anti-CCP who support
18    Mr. Guo?
19        A   What do you mean by "numerous"?
20        Q   More than one.
21        A   Give me a number.
22        Q   More than one.
23        A   Oh, more than one, of course.
24        Q   More than 100?
25        A   More than 100, of course, but I don't know

## Page 194

1    if there's more than a thousand.
2        Q   Okay.
3        A   And there's 1.4 billion people in China.
4        Q   Who is Robert Wang or Wong (verbatim)?
5    Runyu Wang?
6        A   What's the name?
7        Q   Last name Wang, W-a-n-g.
8        A   Historian?
9        Q   From Canada.
10        A   What's his name?  Runyu Wang?
11        Q   R-u-n-y-u, Wang.
12        A   I don't know the guy -- the guy or the
13    girl.
14        Q   Did you -- from whom have you received
15    money to -- in support of the movie that you're
16    trying to make?
17        A   Oh, yeah.  Actually -- first, that's my
18    private -- that's my -- and the first donor's myself.
19    There's not donor and I'm not taking any money there,
20    and a few other friends in the United States,
21    American citizens, because I make very sure -- and,
22    you know, this is anti-CCP thing.  I can't taint any
23    people.  I'm not going to tell you my donors' name.
24    That has no relevant to this case.  There's not
25    donor, actually, listed -- I don't know.  Whatever.

## Page 195

1        And, also, I talk to Mr. Bannon and
2    Mr. Bannon knows the names.
3        Q   Did you ever ask Mr. Guo to help you with
4    the funding of your movie?
5        A   Never.  I make very specific point that I
6    don't need his help.  He offered, I said, "No."
7        Q   You never asked Mr. Guo to help you with
8    the financing of your movie?
9        A   No.
10        Q   Isn't it true that you asked him for help
11    and he refused and that it made you angry?
12        A   No, I never did.  Never.  And tell me --
13    and -- and because -- of course not.  And he said on
14    air so many times he want to give me money.  I don't
15    like -- you know, and also have -- yeah.  I als-- I
16    think I also have some days and -- I can check and --
17    whatever.  I never ask him for money.  I -- I --I
18    showed him the trailers.  They're fun.
19        Q   And you're not angry at Mr. Guo because
20    he's not supporting your movie?
21        A   No, I was -- I'm angry with Guo because he
22    made up all the -- the -- the lies about me.
23        Q   Would you say you had a good relationship
24    with Mr. Guo until the fall of this year?
25        A   I can't say that's a good relationship.

## Page 196

1    It's also always -- you know, if you check it -- say
2    the Chinese community.  Look at Mr. Lianchoa Han, how
3    many times he went to Guo to (inaudible).  So I don't
4    have that close relationship with Mr. -- mis-- -- with
5    Mr. Guo.
6        Q   Did you ever consider him a friend?
7        A   Oh, yeah.
8        Q   Until when?
9        A   Until he made up all the lies.
10        Q   So that's the fall of this year?
11        A   Yes.
12        Q   So you were a good friend of his, even
13    though you thought he might be supporting the CCP?
14        MR. GREIM:  Objection; argumentative.
15        THE WITNESS:  Let me say that.  And I --
16    I -- I am -- I'm a -- I'm a democracy fighter, I'm a
17    journalist, and I'm very tolerant.  I'm American.
18    There's so many Americans, and the Chinese, who, you
19    know, they once support the CCP, once have
20    relationship with CCP.  If I want to kick everybody
21    out as my friends, I won't have friends.
22        So Mr. Guo, in a way -- I understand he was
23    very corrupt.  He work closely with -- with -- but
24    I -- I feel sorry for him, because I went to his
25    place, I look at him, said, "This is a guy" -- you

49 (Pages 193 to 196)

SASHA GONG  11/26/2019

## Page 197

1    know, when I -- first time after the interview I
2    left.  He just grabbed me like that, "Oh, I -- I will
3    miss you guys so much."
4          It -- to my understanding is that a cage --
5    doesn't matter what cage, that cage with diamond,
6    with gold, it's a cage.  And people should not live
7    in a cage.  So I feel sorry for him.  I feel sorry
8    for his -- he told me about his daughter and his wife
9    and they all suffering, and his brothers.
10         Q    (By Ms. Cline) They suffered because of
11   what?
12         A    Because -- I -- I don't know because of
13   what, because I -- what I read is that they involve
14   in a lot of corruption things, lawsuit.  And he
15   claimed the Chinese government did that.  So I -- I
16   can't claim what fact, but --
17         Q    He told you that the -- his -- his family
18   members had suffered at the hands of the CCP,
19   correct?
20         A    In the hands of the corrupted officials.
21         Q    Right.  And you have no reason to dispute
22   that, do you?
23         A    Of course not.  And -- well, whoever suffer
24   in China for whatever reason, even a lot of corrupt
25   people, I don't think people deserve to be treated

## Page 198

1    like that.
2          I, myself, as a former political prisoner,
3    I was treated so badly.  I don't think people -- even
4    as a criminal, even if deserve death penalty, I don't
5    think they deserve public humiliation.
6          I don't think their family deserve to be
7    targeted, unless they have crime records themself.
8    Of course I am, and of course I feel sorry for him.
9          Q    You don't know anything about
10   Eastern Profit, correct?
11         A    No.
12         Q    And you don't know anything about
13   Strategic Vision?
14         A    No.
15         Q    And you've never seen the contract between
16   those two companies?
17         A    No.
18         Q    And you don't know anything about the
19   negotiation of that contract?
20         A    No.
21         Q    And you don't know anything about its
22   terms?
23         A    No.  And Lianchao told me something.
24   Lianchao said -- and once Lianchao actually told
25   me -- told -- when I talked to Lian -- I don't want

## Page 199

1    to talk to him about -- but Lianchao said -- and,
2    well -- well, we should not believing whatever Guo
3    said.  Because once Guo's wife grabbed Lianchao
4    apart, said, "Please don't believe in whatever he
5    said."
6          So I was sort of a stra-- feel strange.
7    Why would Lianchao don't believe him, but still, you
8    know, fix them up with -- I don't know.
9          Q    So I just need you to -- I just -- so my
10   question -- and maybe I'm misunderstanding.  So my
11   question is just whether you know anything about --
12         A    No, I don't.
13         Q    -- the terms of the contract.  Okay.
14         A    I don't.  But, you know, as I said,
15   Lianchao told me that much.
16         Q    When did you first meet Ms. Wallup?
17         A    Gosh, earlier in the meeting of -- in --
18   what's that -- the center for -- center for secur- --
19   pol- -- for poli- -- security policy.  I was in a
20   meeting with Mr. Waller, Mr. -- and a bunch of them
21   to launch the CPDC.
22         Q    Okay.  Which one did you meet first,
23   Ms. Wallup or Mr. Waller?
24         A    Mr. Wallup (sic) went to our first -- I --
25   I believe she went to our first CPDC meeting.  I made

## Page 200

1    some speeches, and so that was the time we met.
2          Q    Okay.  Do you remember approximately when
3    that was?
4          A    I think March and April this year.
5          Q    Of this year?
6          A    Yeah.
7          Q    And who introduced you to her?
8          A    Lianchao.
9          Q    And that's also how you met Mr. Waller?
10         A    No.  Mr. Waller sat next to me in the -- in
11   the launch meeting.  That's a small -- very small
12   private meeting.
13         Q    Okay.  Sorry.  I'm just trying to figure
14   out -- so it sounds like you first met Ms. Wallop
15   in --
16         A    Yes.
17         Q    -- in March of this year?
18         A    Yes.
19         Q    And then when did you first meet
20   Mr. Waller?
21         A    In the first meeting of CPDP op- -- CP- --
22   open -- you know, in -- in -- I -- invite the public
23   and participated kind of meeting, not the private
24   meeting to launch strategy.
25         Q    Okay.  But is it fair to say that you met

50 (Pages 197 to 200)

SASHA GONG  11/26/2019

## Page 201

1  both of them in the -- in the context of the CPDC?
2      A   Yes.
3      Q   And you didn't know either of them before
4  that?
5      A   I think I attended Mr. Waller's speech.  I
6  don't really remember, something about Soviet Union
7  or something.  I don't remember the details.  That
8  was years ago.
9      Q   Have you spoken with Mrs. -- Ms. Wallop
10 about the litigation between Eastern Profit and
11 Strategic Vision?
12     A   Yeah, while I was talking -- Mr. Waller,
13 not Mr. --
14     Q   Ms. Wallop, French Wallop.
15     A   Yes, I said, "Oh, you're the one being
16 sued."
17     Q   Did you and she talk about the -- the
18 nature of the litigation?
19     A   Not really.  We talk some.  And she's a
20 very interesting person.  I want to interview her in
21 the future.
22     Q   What did she tell you about the litigation?
23     A   She'd been sued.
24     Q   Did she tell you why?
25     A   I didn't want to know.

## Page 202

1      Q   Did she tell you?
2      A   Did she tell -- not in de- -- not in all
3  this sort of -- not in something I care -- I
4  understand.
5      Q   What did she say?
6      A   Jesus.  I -- you know, that's not something
7  I cared that much, so I have my -- she just said she
8  was being sued by you guys.  And I thought she was
9  being sued by Guo, but that's what I -- I said she
10 was -- she said she was -- "and Guo's a bad person."
11         And I think I said, "Well, you know, he lie
12 a lot," something like that.
13     Q   Did she tell you her company's
14 countersuing?
15     A   No.  I -- I -- I just learn it.  I learn it
16 from, you know, when she said.  I -- I was sort of
17 surprised.
18     Q   And did you and Ms. Wallop discuss your
19 testimony here today?
20     A   Oh, no.
21     Q   So you didn't talk to her about the -- your
22 deposition at all?
23     A   I -- I thought I would -- I didn't need to
24 because I don't know what to do.  I have no idea of
25 what's my use.

## Page 203

1      Q   Did she attempt to talk with you about your
2  testimony?
3      A   Not really.
4      Q   Did she -- did she reach out to you about
5  this deposition at all at any time?
6      A   Well, she asked me a few questions about
7  how do I know Guo, and is -- I just -- you know, to
8  me, I'm sick and tired of Guo.  And --
9      Q   Did those -- did she ask you those
10 questions orally or --
11     A   Orally.
12     Q   Okay.  And was it on the telephone or in
13 person?
14     A   In person.
15     Q   Where were you?
16     A   In an auction.  I was paying too much
17 attention to an auction.
18     Q   You and she were in the same place?
19     A   Yes, in the same auction, but I was with
20 other friends.
21     Q   Where was this auction?
22     A   Alexandria.
23     Q   And -- and when was it?
24     A   Weeks ago.
25     Q   Did you go with Ms. Wallop or did you meet

## Page 204

1  her there?
2      A   Oh, my, I -- I saw her there.
3      Q   Did you plan to meet her there?
4      A   Well, I -- no, I planned to meet -- meet
5  with -- meet with my -- my friends.  And so --
6      Q   And you just bumped into Ms. Wallop?
7      A   Sorry.  It's a small community and I love
8  antiques.  I just love antiques.
9      Q   So your testimony is you had no
10 pre-arranged plans with Ms. Wallop to meet there?
11     A   No.
12     Q   And what was the -- what did you talk about
13 while you were at the auction?
14     A   How much what was and -- well, we actually
15 went to see a Chinese painting.  My -- my friend Anna
16 was with us, so -- well, I didn't buy anything.  She
17 spent a lot.  So we -- we left early when, you know,
18 she did not get the item want.  So we were there
19 for an hour or so and bid on different items.
20     Q   And then did you go somewhere after the
21 auction with Ms. Wallop?
22     A   No.  She stayed.  And you can check with
23 auctioneer.
24     Q   And what did -- but you and she talked
25 about this litigation or your testimony at the

51 (Pages 201 to 204)

SASHA GONG  11/26/2019

Page 205

1    auction?
2        A   Did we?  You know, just -- we talk about
3    Guo and how bad is -- just a little bit.
4            And my friend Anna, who was with me, who
5    doesn't speak that much English, so I'm sort of going
6    back and forth and translating about the items.
7        Q   Did Ms. Wallop tell you the nature of the
8    questions that you would be asked at your deposition?
9        A   What -- what do you mean by "nature?  And I
10   thought the nature is the fact.
11       Q   Did she tell you -- did she -- did she give
12   you an idea of what the questions would be at your
13   deposition?
14       A   Does she know about your questions?  I --
15   I -- actually, I -- that's why I don't understand.
16   I'm a journalist.  If I ask a question, there's no
17   nature.  The nature is to find out truth.  So I
18   thought the deposition -- everything is about the
19   truth.
20       Q   Did Ms. Wallop tell you what the questions
21   were that her lawyers were going --
22       A   Oh, no.
23       Q   -- to ask you?
24       A   No.
25       Q   Did she tell you what she'd like you to say

Page 206

1    in your testimony?
2        A   No.  And nobody control what I said,
3    including you guys.
4        Q   And how about Mr. Waller, have you and he
5    discussed this litigation?
6        A   Gosh.  Mr. Waller?  Mr. Waller and I
7    actually communicated a little bit because I was
8    interested in finding out, you know, what --
9    whatever, and other things.
10           And the sad thing's that I really planned
11   to interview him about the Soviet Union, the end of
12   Soviet Union, but I -- you know, so I connec- -- I
13   contact him.  This -- I feel sad because -- you know,
14   that I don't get to interview him.
15       Q   So the question is whether you and
16   Mr. Waller communicated about this lawsuit.
17       A   Yeah, a little bit.
18       Q   Okay.  And did you do that via e-mail?
19       A   I think -- e-mail -- I don't think e-mail.
20   And I -- well, I'm thinking, you know, we did -- we
21   talk about it.
22       Q   So I just --
23       A   We talk about it and --
24       Q   Let's just break it down because I want to
25   be --

Page 207

1        A   Yeah.
2        Q   -- pretty precise about this.
3        A   Yeah.
4        Q   So I'm asking you --
5        A   Yeah.
6        Q   -- whether or not you and Mr. Waller or
7    Ms. Wallup had any written communications about this
8    lawsuit or your testimony.
9        A   Not about this lawsuit.  I don't think so.
10       Q   How about your testimony?
11       A   Testimony, never.
12       Q   Okay.
13       A   Because I know.  Never.
14       Q   All right.  Are you -- are you sure or are
15   you saying you don't remember.  The question is
16   whether you and --
17       A   It's not I don't remember, I don't want
18   people to control what the hell I say.  I don't want
19   them to know and -- of course not.
20       Q   So your testimony is you and -- did not
21   share any communications in writing with Wallop or
22   Waller about this lawsuit?
23       A   No.  Let me -- let me pull it -- pull it
24   back and -- I may -- gosh, what- -- whatever.
25   It's -- this is -- what -- what's about this lawsuit?

Page 208

1    Let me define this.
2            About Chinese community rumors and we talk
3    about it, but about my testimony and what's the
4    lawsuit, no.  So -- but the rumors of -- you know,
5    not rumors, people's Tweets.  And so this is what --
6    I try to learn what Mr. Waller Tweet about because
7    people talk about it.  And he deny my access to his
8    Tweet.
9        Q   Did you and Mr. Waller or Ms. Wallup have
10   communications about the subject of whether or not
11   Mr. Guo is a CCP supporter?
12       A   Actually, I think -- let me -- I think
13   Mr. Wallop did ask me.  I said I believe -- you know,
14   said to her casually, I -- I think I -- I believe
15   Mr. Guo was, you know, part of the CCP corrupted
16   group.
17       Q   And what did she say?  Is that --
18       A   I don't recall.
19           MS. CLINE:  So we're -- we're going to just
20   follow up with a document request for any
21   communications between your clients and the witness.
22       Q   (By Ms. Cline) How did you first hear that
23   you would be asked to testify in this litigation?
24       A   I got served.
25       Q   By whom?  By a process server?

52 (Pages 205 to 208)

SASHA GONG  11/26/2019

## Page 209

1    A   Yeah.
2        Q   Okay.  Did you meet with either Mr. Waller
3    or Ms. -- did you have any communications about your
4    deposition with Mr. Waller or Mr. -- we'll call them
5    by French (sic) names, so now I'm confusing my --
6        MR. GREIM:  Yeah.
7        Q   (By Ms. Cline) -- my first -- first name.
8    I'm confusing myself.
9        Did you have any communications with French
10   or Mike about your deposition in prep --
11       A   Not about depo- -- deposition, no.
12       Q   Okay.  Did you have any communications with
13   any of their lawyers about your testimony?
14       A   And, actually, Mr. Greim called me and
15   asked me a few background questions.
16       Q   When was this?
17       A   After I'd been -- I've been served.
18       Q   Within the past week?
19       A   Something like that.
20       Q   And how long -- for how long did you talk
21   to Mr. Greim?
22       A   I -- geez.  And it's not very short, but
23   not too long.
24       Q   Longer than an hour?
25       A   I actually don't know, because I think if

## Page 210

1    Mr. Greim remember that I -- he got an earful and --
2    of me.  You know, I said I did not go to Russia,
3    stuff like that.
4        And, also -- well, I'm not very happy to
5    appear today because I really don't know anything
6    about the case and I'm not part of it.  And so I --
7    he got an earful of my complaining.
8        Q   Did Mr. Greim share with you some of the
9    questions that he'd be asking at your deposition?
10       A   I think my background, yes, where you come
11   from and what's your background and what you know and
12   all that, yes.
13       Q   And did he share with you the points he was
14   going to try to establish at your deposition?
15       A   What points he made?
16       Q   Did he -- did he share with you -- did
17   he -- did he ask you whether you were supportive of
18   his argument that Mr. Guo is not a dissident?
19       A   I actually -- no.  Because, you know, I
20   think I told him -- and I -- I -- I think he knows
21   because I complain about his lie against me.
22       I said, "He -- he is discrediting my -- my
23   work.  He's discrediting" -- dah, dah, dah.  Or
24   that's what I -- I did share with him.
25       Q   And did you only have that one conversation

## Page 211

1    with Mr. Greim?
2        A   He called me back a -- a few times to --
3    you know, for the details.  Like, you were born in
4    China, you're some dissident -- so it was just a few.
5    So I think it -- something like that.
6        Q   So how many conversations total did you
7    have with Mr. Greim?
8        A   Three, four, something like that.
9        Q   And could you estimate total amount of time
10   for all of those put together?
11       A   I talk most of the time, so I -- I -- I'm
12   actually glad I found someone who wants to listen to
13   me because after Mr. Guo badmouthed me so much and --
14   I did not say a word in social media because I think
15   it's so below me, but somebody ask me, I'm kind of
16   glad.  So I'm sorry about that.  And he heard an
17   earful.
18       I -- so an hour, couple of hours and -- all
19   together, something like that.
20       Q   I asked you some of these questions
21   earlier, but, respectfully, the testimony was a
22   little fuzzy, so I just want to make sure I
23   understood --
24       A   Uh-huh.
25       Q   -- you correctly.

## Page 212

1        So I think your testimony is that before
2    you even met Mr. Guo, your view was that he was a
3    supporter of the CCP; is that --
4        A   No, he was -- not a supporter, he was part
5    of the corrupted group who stole the country.
6        Q   What do you mean by that?
7        A   Because we all know China -- the corruption
8    in China is unprecedented.  We have been trying very
9    hard to follow those stories, who stole how much
10   money.  And, well, especially the Chinese espionage
11   and all that, how much they stole from the Chinese
12   people.
13       So I was very thrilled for someone who was
14   part of that group to come out, said -- to admit how
15   much money they stole.
16       Q   So can one be a member of the -- what
17   you've called "the corrupted group who stole the
18   country" and still be a Chinese dissident?
19       A   What --
20       MR. GREIM:  Objection; calls for
21   speculation.
22       THE WITNESS:  Yeah.  This is what --
23   "dissident" is a very specific term and -- well, you
24   have to have a record.  You know, somebody say we
25   "dissident."  We have been using that term for a long

53 (Pages 209 to 212)

SASHA GONG  11/26/2019

## Page 213

1   time.
2         Dissident are people who defend freedom,
3   who are freedom fighters.  Dissident's where we --
4   I -- personally, I don't include people who, you
5   know, try to say when you took the money and they try
6   to get the money back, you are accused, and then you
7   claim you're dissident.  You're not.  That's not my
8   community.
9         My community, we -- we risk everything to
10  fight -- to fight against communism.  We risk
11  everything from young -- very young age.  We're --
12  people risk lives.  So many people got executed,
13  killed, jailed.  We suffered.
14       Q   (By Ms. Cline) So you would consider
15  yourself a dissident?
16       A   Absolutely.
17       Q   What -- how about Mr. Lianchao Han, is he a
18  dissident?
19       A   Yes.
20       Q   And how about Mr. Guo, is he a dissident?
21       A   No.
22       Q   And why do you say that?
23       A   Because he never resisted communism when he
24  live under communism.
25       Q   Was he -- was he ever a dissident?

## Page 214

1        A   No.
2        Q   And when you say, "He never resisted
3   communism," how do you know?
4        A   Because he made so much money and, you
5   know, because he work -- no dissident work -- work
6   that closely with the head of Chinese espionage, with
7   the -- with dissident persecutors like Mr. John Greer
8   (phonetic).
9        Think of it.  If I'm a dissident, how do I
10  work closely with the one who hunt us, who
11  interrogate?  How do I -- do I be a friend?  How do I
12  even get close?
13       Like, in your case, would you -- would you,
14  like, hate that person's guts?  So I can't be a
15  friend.  If you're friend with that corrupt group,
16  with the persecutors, with the killers, you're not.
17       Q   So if you're a friend with -- of someone
18  who supports the CCP, then you can't be a dissident?
19       A   Not support CCP.  No.  No.  No.  Millions
20  of people support CCP, but who are part of the
21  persecutors, who are dissident hunters, who
22  persecute, who are commissars in jail, who control
23  the legal system to persecute dissidents.  You
24  cannot.
25       Q   So is -- in your view, is Mr. Guo a

## Page 215

1   dissident hunter?
2        A   No.  He -- he said he was a friend of
3   dissident hunter.  I don't know if he's a dissident
4   hunter.  Maybe he is, maybe he's not, but he's so
5   close to so many dissident hunters.
6        Q   But -- but not so close that it didn't stop
7   you from being his friend, right?
8        A   Well, as I said, yes.  When whoever --
9   whoever have the intention to expose CCP, yes.
10       And I'll -- as I said, I feel sorry for
11  him.  I was his friend because I'm friend of lots of
12  people who left China, who felt so alo- -- you know,
13  who -- just being persecuted, family being arrested.
14  Even they, well, corrupted themself because, as I
15  said, we have to be -- well, we have to have
16  compassion.
17       Q   Do you --
18       A   That's my compassion.
19       Q   Do you have any firsthand personal
20  knowledge -- not what you read in the -- not what you
21  talked to -- interviewed somebody about, not what
22  you've read online.
23       Do you have any firsthand knowledge about
24  whether or not Mr. Guo resisted communism?
25       A   I don't have any personal knowledge of him

## Page 216

1   resisting communism under communism.  And he -- and,
2   now, whatever he claim -- when you -- anyone in the
3   United States, a free country, can claim they resist
4   communism, but a dissident is -- is someone who
5   resist communism under communism, who risk
6   everything.
7        Q   Do you have any firsthand knowledge that
8   Mr. Guo supported communism?
9        A   Yes.
10       Q   What --
11       A   Mr. Guo told me that, because he said he
12  was -- he partic- -- I have -- I have record here --
13  he participate in high-ranking communist government's
14  meetings, and he even describe, not only to me, but
15  also to other journalists present.
16       He said he was part of the decision-making
17  group of the CCP, and they had meetings in
18  Zhongnanhai.
19       Q   What -- when did he tell you that?
20       A   2018.
21       Q   And where -- where -- where was that
22  conversation?
23       A   In his apartment with the chief editor of
24  Harvard Business Review and a few other -- with a few
25  other journalists.

54 (Pages 213 to 216)

SASHA GONG  11/26/2019

## Page 217

1          Q    Okay.  And notwithstanding that he told you
2     that -- I mean, the fact that he told you that didn't
3     stop you from being a director of the -- his
4     Rule of Law Society, right?
5          A    That's not his Rule of Law Society.  That's
6     Mr. Bannon's Rule of Law Society.
7          Q    Oh, okay.  Well, is your testimony that it
8     was -- the Rule of Law Society was controlled by
9     Mr. Guo or not?
10         A    That's what I resigned for.  And I realized
11    he was controlling and -- you see the time line.
12    Let's say this.  And in May when he -- when Rule of
13    Law Society start and I specifically questioned
14    Mr. Guo, "What -- what -- what do you have to do with
15    this entities?"
16              He said, "I have nothing.  I'm just a
17    donor.  I don't make any decisions or make" -- and
18    then I question Mr. Bannon what Mr. Guo has to --
19    Mr. Bannon said, "Nothing.  We are the Board.  The
20    Board makes decision."
21              So not until later in my own case and --
22    Mr. Guo claimed so much and I realized he was
23    actually controlling the Rule of Law Society, and I
24    resign.  I questioned Mr. Bannon on that and asked
25    Mr. Bannon.

## Page 218

1          Q    When did you -- what is your testimony now
2     about when you discovered that Mr. Guo controlled the
3     Rule of Law Society?
4          A    Well, I think it's August something,
5     because I came back from Europe in mid -- I'm busy.
6     And then in August and -- I just feel kind of very
7     uncomfortable, and Mr. Guo realized that and he asked
8     me to resign.
9              I said, "Well, fine."
10             So I talked to Mr. Bannon.  I said, you
11    know --
12         Q    Well, sorry, I just need to get the
13    chronology first.
14             When did you become --
15         A    Aware?
16         Q    No.  First, when did you become a director
17    of the Rule of Law Society?
18         A    May 2019.
19         Q    Now it's May?
20         A    May or June.  I don't know.  Check the
21    documents.
22         Q    Okay.
23         A    It's something -- perhaps June.  I don't
24    remember all the details.  And whenever -- but the
25    first board meeting was -- the first board meeting is

## Page 219

1     in May or June, something.  You check the record.
2              I -- you know, that's not my -- if I do a
3     media report, I would have all the details and the
4     date and the time and even by hours, but this is not
5     my reporting.  So -- and since that's all in public
6     record, you guys go check.
7          Q    And -- and then, just to clarify, your
8     testimony now is -- what's your testimony now with
9     respect to this question.  When did you become aware
10    that Mr. Guo controlled the Rule of Law Society?
11         A    Somewhere in August 2019.
12         Q    And your testimony now is that you resigned
13    because you found that out?
14         A    I found out first he was in control.  I
15    questioned Mr. Bannon.  Mr. Bannon still said, "We --
16    well, we -- the Board make decisions."
17              And -- but then I receive -- I have two
18    board meetings.  And then I receive a document of
19    Rule of Law Foundation, and I realized whatever they
20    said about donation and all was not true, so I did
21    not want to be part of it.
22              So let's think of -- look at this.  In May
23    we have the first board meeting to establish the
24    organization.
25              And in July I was in Europe, Auschwitz.  We

## Page 220

1     have another meeting to convent so few programs, I
2     did not have time to check.
3              And the September -- I think early -- first
4     week -- first Monday or something of September, the
5     third board meeting, that was the day I resign.
6              So I'm thinking, you know, if you ask me to
7     pinpoint which date, I can't, but I can pinpoint the
8     time frame, after I come back from Europe and after I
9     pay a little attention to the Rule -- Rule of Law
10    Society operation before I resign.
11             MS. CLINE:  I have no further questions.
12             THE WITNESS:  Okay.
13             MR. GREIM:  Nor do I.
14             THE WITNESS:  All right.  Hungry.
15             VIDEOGRAPHER:  This --
16             MR. GREIM:  Hold on.
17             VIDEOGRAPHER:  This concludes today's
18    videotaped deposition of Sasha Gong.  This is Disc 3
19    of 3.  Going off the record.  The time is now
20    2:23 p.m.
21             (Deposition adjourned at 2:23 p.m.)
22                  * * * * * *
23
24
25

55 (Pages 217 to 220)

**SASHA GONG  11/26/2019**

## Page 221

```
 1          C E R T I F I C A T E
 2
   STATE OF OKLAHOMA  )
 3                    )  SS:
   COUNTY OF OKLAHOMA )
 4
 5          I, Jana C. Hazelbaker, Certified Shorthand
 6   Reporter within and for the State of Oklahoma, do
 7   hereby certify that SASHA GONG, was by me first duly
 8   sworn to testify the truth, the whole truth, and
 9   nothing but the truth, in the case aforesaid; that
10   the above and foregoing videotaped deposition was by
11   me taken in shorthand and thereafter transcribed;
12   that the same was taken on NOVEMBER 26, 2019, in
13   WASHINGTON, DC; that I am not an attorney for nor
14   relative of any of said parties or otherwise
15   interested in the event of said action.
16          IN WITNESS WHEREOF, I have hereunto set my
17   hand and official seal this 9th day of December,
18   2019.
19
20
21
22          ---------------------------
            Jana C. Hazelbaker, CSR
23          State of Oklahoma CSR No. 1506
24
25
```

## Page 223

```
 1              ERRATA SHEET
 2   Witness Name: SASHA GONG
     Case Name: EASTERN PROFIT CORPORATION LIMITED v.
 3          STRATEGIC VISION US, LLC
     Date Taken: NOVEMBER 26, 2019
 4
 5   Page #_____  Line #_____
 6   Should read: _____
 7   Reason for change: _____
 8
 9   Page #_____  Line #_____
10   Should read: _____
11   Reason for change: _____
12
13   Page #_____  Line #_____
14   Should read: _____
15   Reason for change: _____
16
17   Page #_____  Line #_____
18   Should read: _____
19   Reason for change: _____
20
21   Page #_____  Line #_____
22   Should read: _____
23   Reason for change: _____
24
25   Witness Signature: _____
```

## Page 222

```
 1          ALARIS LITIGATION SERVICES
 2
 3   December 11, 2019
 4
 5   EDWARD D GREIM
     GRAVES, GARRETT, LLC
 6   1100 MAIN STREET
     SUITE 2700
 7   KANSAS CITY, MO  64105
 8   IN RE: EASTERN PROFIT CORPORATION LIMITED v.
          STRATEGIC VISION US, LLC
 9
10   Dear EDWARD D GREIM:
11
12   Please find enclosed your copies of the deposition of
     SASHA GONG taken on November 26, 2019 in the
13   above-referenced case. Also enclosed is the original
     signature page and errata sheets.
14
15   Please have the witness read your copy of the
     transcript, indicate any changes and/or corrections
16   desired on the errata sheets, and sign the signature
     page before a notary public.
17
     Please return the errata sheets and notarized
18   signature page within 30 days to our office at 1608
     Locust Street, Kansas City, MO 64108 for filing.
19
20   Sincerely,
21
22   Jana C. Hazelbaker
23
24   Enclosures
25
```

## Page 224

```
 1   STATE OF _____)
 2
 3   COUNTY OF _____)
 4
 5   I, SASHA GONG, do hereby certify:
 6      That I have read the foregoing deposition;
 7      That I have made such changes in form
 8   and/or substance to the within deposition as might
 9   be necessary to render the same true and correct;
10      That having made such changes thereon, I
11   hereby subscribe my name to the deposition.
12      I declare under penalty of perjury that the
13   foregoing is true and correct.
14      Executed this _____ day of _____,
15   20____, at _____.
16
17
18
19      _____
20      SASHA GONG
21
22      _____
23      NOTARY PUBLIC
24   My Commission Expires:
25
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**A**

a.m 5:8 32:12,13
74:1,5,5,8
able 58:12
61:20 85:4
95:5 101:9
140:22,24
161:8
above-refere...
222:13
abroad 13:18
48:3 184:19
Absolutely
213:16
Abu 86:24 87:11
87:17 90:5
96:21,23
ACA 82:16,18
82:22 83:4,6
85:22,25
86:11 91:21
104:18 124:7
124:12,13
accent 80:3
accept 129:10
174:9
accepted 13:24
13:25 14:1
99:10,13
accepting 104:5
access 38:7
208:7
accompanying
63:15
account 140:10
accurate 10:19
26:17 72:14
185:11
accusation
10:18
accusations
147:4,7
accuse 190:16
accused 9:23
63:3 142:1
213:6

act 106:7
acting 31:25
32:1 74:11,17
81:22 106:24
116:20
action 5:5
190:17 221:15
active 15:16
159:3
activist 20:8
181:19
activities 17:8
61:25 67:13
72:20 74:10
107:22 112:19
124:6
actual 50:22
actual- 103:12
add 123:9
addition 57:11
address 8:1,4
119:14 161:8
adjourned
220:21
administratio...
156:20
admissible
58:14,14 115:10
115:12
admit 212:14
admitted 62:17
93:20
advance 35:11
advice 43:13
advise 111:10
advised 131:7
affiliated 154:11
192:15
AFL-CIO 20:6
aforesaid 221:9
afraid 137:13
141:3,3,9,21
158:7,16,25
aft- 148:22
after- 87:16
afternoon 25:17
26:12 87:16

age 158:24,24
213:11
agenda 53:17
agent 106:7,24
150:9,10,11
agents 109:25
ago 24:18 29:17
73:14 93:3
97:3 110:8
113:4 125:2,13
127:12 132:20
144:3 152:14
201:8 203:24
agree 6:14 8:20
127:5 171:13
agreed 4:2,10
23:4 174:9
ahead 6:1,10
16:18,19 33:12
33:15 35:6
54:22 60:7
73:15 130:7
149:2
air 40:21,25
48:4 62:6,7,17
64:6,7,18 65:8
92:12 93:7
96:5 109:4
132:22 151:11
166:11 181:21
195:14
airplane 71:17
72:13 75:10
84:7
airport 63:14
ALARIS 222:1
Alexandria
203:22
allegation 10:16
145:15
allegations
144:14,22
allegiance
162:15
allow 17:15
60:15,21 83:1
83:9 160:11

alo- 215:12
als- 195:15
altogether 18:11
amass 61:21
amassing 74:16
Amer- 129:7
America 8:6
9:15 13:22
17:17 20:10,13
21:1,2,3,4,5,14
29:18 34:16
39:21 40:2,3
41:3 97:6
100:13 106:21
107:10 128:22
146:22 148:1
182:9 185:1
America's 40:9
American 13:23
18:21 42:18
43:10 83:17
127:23,24
194:21 196:17
Americans 13:17
48:20 196:18
amount 211:9
anchor 22:2
and/or 222:15
224:8
Andrew 50:3,3
50:3
angry 69:17
148:15 195:11
195:19,21
Anna 204:15
205:4
anniversary
40:23
announce
23:25
announced
23:20
anonymous
105:6
answer 8:17,23
9:7 16:18,20
19:12 21:20

37:3 38:11,19
39:3,10 45:3
46:6,20 61:23
104:10 111:19
111:22 112:11
112:22 114:1
124:15,17
157:9,9,11
165:9 169:12
170:14 175:18
175:19 179:9
180:5 185:6,8
185:9
answered 113:5
113:11 156:8
183:24 186:24
answering 39:8
179:10 180:6
anti-CCP 193:17
194:22
anti-communist
150:5
anti-corruption
75:17
antiques 204:8
204:8
any- 39:10
anybody 103:16
114:2 190:1
anymore 147:2
anyway 15:10
40:17 65:17
69:7 80:19
85:10 86:22
93:17 103:20
152:21
apart 199:4
apartment 8:5
36:1 42:7,10
42:15 78:25
79:4,13,17
85:5 119:7
216:23
apologetically
102:21
apparently
42:23 56:8

169:25
appear 25:18
   26:25 106:5
   119:16 167:14
   173:3 210:5
appearing
   25:24 166:21
appears 153:24
   160:20 179:16
applied 13:23
apply 147:13,21
appointment
   68:6 69:10
appreciated
   62:19
appropriate
   162:5 164:8
approval 124:9
approved 34:17
approximately
   200:2
April 29:22,23
   29:23 35:10
   39:19 62:7
   88:8 94:9
   128:25 131:13
   181:5 182:23
   184:15 185:15
   200:4
Arab 86:12
argument 113:10
   210:18
argumentative
   196:14
armed 46:10
Army's 114:22
arranged 92:23
   92:24
arrest 55:21
   59:1 69:18
   75:6 184:14,18
   184:20 185:16
   186:2
arrested 10:9,13
   11:2 47:9
   55:20,23
   63:6 69:18

75:7,9,13
   215:13
arresting 62:24
article 86:20
   90:13,14,19,24
   91:1 106:18,19
   182:8 183:20
   185:15
articles 10:6
   13:13 16:3
   107:14
Asia 20:3
aside 99:22
   119:7 173:5
asked 6:6 8:21
   12:17 22:8,8,9
   22:19,24
   27:14 31:22
   32:6 38:10
   44:6 47:18
   57:25 61:4
   64:22 91:14
   104:11 112:13
   113:3 121:16
   134:16 155:10
   183:24 186:24
   187:19 188:16
   188:22 190:8
   195:7,10
   203:6 205:8
   208:23
   209:15 211:20
   217:24 218:7
asking 24:20
   31:19 43:24
   58:1 66:7
   101:17,17,19
   102:7 112:14
   118:14 123:13
   175:24 207:4
   210:9
assigned 10:2
   12:5
assistance
   101:18,20
assistant 33:25
   36:10,12

116:21
associate 62:9
   62:11 84:20
associated
   163:12 172:7
assume 37:14
   37:22 38:5
   109:23 176:7
ATA 82:2
Atkinson 5:2
attack 135:12,14
   135:14 141:4
   151:20,22
   153:3
attacked 141:6
attacking 58:3
   142:10
attacks 135:10
attempt 86:1,13
   133:21 203:1
attempted
   157:22
attempts 91:14
   149:17
attended 201:5
attending 5:16
attention 30:1
   31:13 76:2
   107:11 132:21
   189:24 203:17
   220:9
attorney 5:6
   29:10,12
   221:13
attorneys 4:3,11
attract 30:1
auction 203:16
   203:17,19,21
   204:13,21
   205:1
auctioneer
   204:23
audience 20:21
   20:24 34:6
August 92:22
   218:4,6 219:11
Auschwitz

103:5 219:25
Austria 188:12
   188:12
authenticate
   164:5
authenticated
   160:11
authenticity
   164:2
Avenue 5:10
   119:10
avoid 128:4
   169:19
awake 59:7
aware 97:11
   110:23 139:14
   218:15 219:9

_____
        B
_____
B 47:14
B-r-o-i-d-y 89:4
back 8:19,22
   10:24 12:15
   17:11 22:15
   29:16 30:5
   31:8,18 46:4
   50:12 51:2
   56:19 58:19
   61:25 70:2,5
   70:14 71:16
   72:13 74:7
   78:2 83:8 85:1
   90:8,8,15
   91:19 92:15
   94:11 95:23
   102:25 130:8
   138:17 139:9
   143:17,17,18
   145:2 146:20
   150:20 157:12
   161:11 163:3
   171:24 181:12
   205:6 207:24
   211:2 213:6
   218:5 220:8
backed 176:14
   176:18 178:18

180:10
background
   9:9 19:10
   22:17 34:21
   35:4 55:5
   58:22 62:21
   78:4 114:17
   116:1 209:15
   210:10,11
backing 176:12
bad 134:14
   143:9 169:23
   202:10 205:3
badly 198:3
badmouthed
   211:13
Baker 5:3
ban 18:15,15
bank 88:11
Bannon 23:2
   23:22 24:9
   49:2,23 50:9
   50:13,23 51:2
   51:6,8,10,11,14
   79:1,6 80:13
   81:3,4,5,8,11
   81:16 83:21,25
   84:4,9,13,17,21
   87:14 92:3,8
   92:12,17 93:18
   93:20 94:13
   94:15,16,19
   95:2,12,16,23
   96:2,7,14,21
   97:1,11,16,19
   97:24 98:7,8
   98:15,16,19,22
   101:4,5,6,8,12
   101:18 102:14
   102:20,21
   103:2 106:2,6
   107:6,11,12,15
   126:15 127:5,5
   127:9,14,18,20
   128:2,3,7,9,15
   129:4,20,23
   129:24 130:10

SASHA GONG  11/26/2019

130:15 133:10
133:18,22,25
134:17,20,22
135:24 136:8
136:19 137:19
137:24 138:7
138:15 143:11
144:10,20,20
145:1,8 146:8
146:8,14,24
154:19 155:7
155:10,12,14,15
156:17,19,21
156:22,23
157:5,6,6
158:1 174:2,25
175:16,22
177:1 178:3,6
187:12 188:16
188:16 195:1,2
217:18,19,24
217:25 218:10
219:15,15
**Bannon's** 80:15
80:18 81:1
83:22 94:11
96:20 98:9,13
120:11 131:3
133:11,12
134:15 138:9
146:19 154:20
192:18 217:6
**Bannon/Wang**
96:17
**Baosheng**
190:4
**Baosheng's**
190:22 191:5
192:6
**base** 157:19
**based** 57:8,8
59:17 78:12
86:15 90:13
115:14,15
174:20
**basically** 26:19
124:25

**basis** 57:14
58:12 60:4
61:2
**Bass** 118:18,25
119:4
**bat** 161:12
**bathroom** 11:11
11:12 73:24
**be-** 7:1 59:7
**Beacon** 41:17
**bed** 149:15
**began** 129:3,3
146:4
**beginning** 161:11
164:21 169:17
**begins** 74:6
139:8
**behalf** 1:14 4:5
6:3 70:21 71:6
**Beijing** 15:7,12
15:13 31:17
41:24 55:7
65:6,13,18,20
65:20 69:6
92:4,6,17
93:22 94:12
94:15 95:13
166:15 181:20
**Beijing's** 69:5
**belief** 189:21
**believe** 25:16
31:23 86:16
112:25 113:13
113:14,19
114:19 134:14
137:5 160:18
165:23 174:23
174:25 175:12
175:16,20,25
185:25 186:19
199:4,7,25
208:13,14
**believed** 75:12
174:5 181:7
**believing** 199:2
**benefit** 69:21
**benefited** 70:13

**Benger** 22:25
155:19
**best** 13:6 48:6
60:1 93:9,10
**bestseller** 17:25
**better** 38:11
71:10 85:21
169:1
**beyond** 146:2,2
**bid** 204:19
**big** 31:2 49:10
49:10,13 55:21
125:6,6
126:25 133:25
152:10
**biggest** 62:22
**bill** 41:16 52:15
63:13 79:1,15
79:16,16 88:11
**billion** 86:12,19
86:24,25,25
87:1 90:7
194:3
**billions** 47:13,14
75:22 179:23
183:15
**bills** 103:10
148:13
**binder** 160:16
**birth** 60:22,24
61:7
**birthday** 10:4
80:18,18,24
81:2
**births** 61:5
**bit** 30:5 31:1
34:20 36:19
53:7,8,13,21
58:19 104:9
163:18 172:23
205:3 206:7
206:17
**black** 63:4
**blamed** 22:7
**blind** 181:19
**blocked** 159:12
**blurry** 59:16

**board** 24:8,12
24:13,15,18
42:22,23
103:2,7,10
129:25 130:9
148:12 177:15
177:18 187:15
187:16 217:19
217:20 218:25
218:25 219:16
219:18,23
220:5
**boat** 97:5
**body** 64:15,19
**bodyguard**
84:8,17,21
**bodyguards**
84:14
**Bolton** 155:9,11
**book** 17:23,24
99:15 127:24
**books** 9:20
10:5 17:13 18:4
18:6,8,12,12,16
18:18,20,20
**border** 73:8
144:24
**born** 9:12,14,21
18:21 127:24
211:3
**boss** 40:7,7
191:6
**Boston** 16:5
**bought** 77:2
98:17 144:19
**boundary**
172:15,16
**bowl** 36:21,24
**brag** 126:12
187:3
**branch** 20:11,13
20:15 24:5
**break** 53:14
73:16,23,24
98:1 138:24
139:11 170:13
206:24

**breaks** 53:19
**Breitbart** 50:3
80:16
**brief** 55:9
**bright** 160:7
**bring** 140:12
**British** 13:11,12
13:13 60:20
**broadcast**
39:12,16 71:24
102:18 128:22
132:20 134:24
135:1,6 144:5
149:11 151:11
165:13,17
166:21
**broadcasted**
22:3,6
**broadcaster**
135:21
**broadcasting**
21:4 38:17
119:20 120:18
128:18 132:21
147:8 150:17
152:23 156:23
**broadcastings**
125:5
**Broidy** 88:9,25
89:4 90:4
**Brookings** 93:11
**brothers** 61:9
197:9
**brought** 36:6
41:18 152:9
**bucks** 84:6
**buddy** 142:11
**budget** 120:19
**build** 18:2
56:20 62:2
70:14 120:20
192:20
**building** 70:15
70:15,16 119:12
119:12,22,25
120:16
**bullshit** 179:2

SASHA GONG  11/26/2019

bully 137:16
bump 87:14
bumped 204:6
bumpkin 61:17
bunch 199:20
bureau 66:18
business 41:15
    75:21,23 77:15
    88:1 91:21
    96:11 216:24
busy 218:5
buy 18:18,19
    83:18,19 85:5
    204:16
buying 83:12

            C
c 1:19 2:1 3:1 4:7
    109:12 110:24
    110:24 112:8,8
    112:16,16,19
    118:24 221:1,1
    221:5,22
    222:22
C-a-i-x-i- 85:12
C-a-i-x-i-n 85:14
C-h-e-n 71:13
    116:18 164:23
C(4) 111:1
c)4 130:11,12
CA- 82:22
CAA 82:22
    83:5
cage 197:4,5,5
    197:6,7
Caixin 85:12,13
    85:15,21
Caixin's 86:11
calculation
    136:11
California 5:3
call 10:10 24:21
    26:6,6,11 27:9
    27:15 28:4,24
    79:8 111:20
    135:5 143:18
    158:16 209:4

called 18:20
    19:1,22 24:2
    25:17 26:7,10
    32:10 36:15
    36:20 39:21
    82:16 93:12
    97:3,6 109:16
    113:15 114:21
    127:24 141:11
    209:14 211:2
    212:17
calling 6:5
    158:20 185:1
calls 29:5 158:11
    159:2 212:20
campaign 75:17
Canada 194:9
cancel 39:22
    40:9,11
canceled 40:15
cancer 36:18
Cannon 24:9,10
Cantonese
    20:3 80:3,4,4
    117:14
capacity 54:5
capital 85:22
    85:25 86:11
    91:21 109:12
    109:13 121:19
care 20:19
    202:3
cared 202:7
carefully 6:25
carry 188:13
case 5:12,24
    10:7,8 29:14
    34:4 37:2
    47:12,12 49:15
    51:23,25 52:2
    52:24 65:7,9
    65:10 71:8,11
    71:13 72:6
    111:18 123:17
    126:14,14 131:1
    131:1,22 139:21
    160:9,18

183:13,14
    194:24 210:6
    214:13 217:21
    221:9 222:13
    223:2
cases 8:8 30:13
    31:2 34:9
    150:12 168:16
    169:9
cash 47:10
casually 208:14
caused 22:6
    177:25
caution 112:3
cautious 96:10
    112:5
CC- 173:24
CCC 172:8
CCP 72:20
    158:10 171:13
    172:4,8 173:8
    173:12,14,15,17
    174:1,12,17,19
    174:24 175:1
    175:12,14,17,21
    176:10,11,15,18
    181:7,10,24
    182:1,4 184:8
    189:23 190:2
    190:23 191:11
    191:17 192:1,7
    192:10,12,15
    196:13,19,20
    197:18 208:11
    208:15 212:3
    214:18,19,20
    215:9 216:17
cell 158:12
    159:2
center 22:22
    199:18,18
certain 8:12
    48:2 133:5
    169:2,16
    183:10
certainly 113:19
certificate 3:6

117:24
Certified 4:7
    221:5
certify 221:7
    224:5
chair 102:5
chaired 24:9
chairman 92:11
    93:3 118:23
chairs 97:16,20
chance 19:16
    140:8
change 8:19,22
    10:22 60:22
    60:24 98:12
    104:11,13,15
    223:7,11,15,19
    223:23
changed 61:14
changes 61:13
    222:15 224:7
    224:10
channel 105:15
    162:20 163:12
characterized
    182:15
characters
    167:14
charge 31:4
    66:21,22 67:1
    69:5
cheap 83:18
cheat 125:9
    178:11
cheating 30:18
check 59:10
    78:2,4 80:23
    83:4 87:16
    89:19 100:10
    114:19 130:25
    131:2 151:11
    189:3 195:16
    196:1 204:22
    218:20 219:1,6
    220:2
checking 128:12
Chef 36:20

Chen 71:11,13,15
    72:3,11,11
    116:18 164:23
    165:1,19 181:19
Chi- 154:1
chief 41:15
    66:18 216:23
Chin- 183:8
China 9:12,14,18
    9:22 12:2 13:2
    13:6 14:8,14
    15:23 16:1 17:6
    17:11,25 18:22
    20:7 22:20
    23:1,9 24:3
    30:13 31:5,18
    32:11,13 37:14
    38:7 50:16
    54:11 61:25
    62:1 63:11
    66:24 68:20
    71:16 72:13
    73:5,7 74:12
    76:4,15 77:15
    85:14 90:8,15
    93:4,5,11 105:1
    105:20 122:7
    122:15 132:15
    132:18 133:1,2
    133:5 143:13
    150:18 152:23
    153:14,18 154:1
    154:3,20,22
    155:4,10,20
    155:23 156:11
    156:13,18,20
    157:15,16,23
    158:6 159:9
    163:3 171:25
    173:4 178:22
    180:19 192:22
    193:13,17
    194:3 197:24
    211:4 212:7,8
    215:12
China's 12:11
    46:12 47:7

SASHA GONG  11/26/2019

**Chinese** 12:2,16
14:9 15:3 16:10
17:12,14,25
18:1,10,12,15
20:10,13 30:7
30:8,8,11,24
31:3 39:19,21
39:25 40:2,4
40:17 43:22
45:19 48:2
53:17 55:16
56:15 60:15
62:5,22 63:3
63:19 66:19
67:2 68:19
71:4 75:6 77:3
77:23 78:6
83:2,9,12,17
83:24 86:23
90:4,6 92:10
93:6,8,8
94:20 96:3
105:4,24
114:19 116:5
121:22,24
122:5,5,6,21
124:5,9,14,16
128:1 129:6,6
132:1,1,3,7,11
132:14 135:12
136:23,23
137:3,15 141:10
141:12,19,24
141:24 142:4,5
144:8,9 150:9
150:10,11 151:4
151:7,8,13,19
151:23,25
152:1,12,16,24
153:4 159:4,12
160:4 162:15
163:12 167:14
168:3,19 169:6
169:20 170:6
170:9,18 171:11
171:14,17,25
172:12,13,18,19

172:22 176:1,8
178:18,21,23
179:1,22,24
180:1,11 181:14
181:15,18
182:17,25
183:5,8,21
184:1,12,20,25
185:16,25
186:13 190:9
190:15 191:19
193:15 196:2
196:18 197:15
204:15 208:2
212:10,11,18
214:6
**Chinese/Asian**
20:16
**choose** 176:20
**chose** 176:21
**Christ** 186:11
**chronog-** 180:17
**chronol-** 180:16
**chronologic-**
180:15
**chronologically**
180:17
**chronology**
181:2 218:13
**Chung** 165:3
**Chunguang**
116:25
**Church** 8:5
**cigar** 136:22,22
**citizen** 12:16
95:5 127:23
191:18,19
**citizens** 110:5
194:21
**citizenship** 9:16
105:5,24
**City** 2:11 79:18
79:19 222:7
222:18
**claim** 39:4
72:25 89:20
97:2 127:16

151:6,10
152:10 155:8
155:21 156:9,9
175:22 178:4
183:9,10
184:22,22
187:14 191:21
197:16 213:7
216:2,3
**claimed** 76:14
134:22 155:9
155:13,16
193:12 197:15
217:22
**claims** 54:17
156:12 182:16
182:24 183:5
184:7
**clarify** 219:7
**class** 38:3,3
**clean** 84:2 137:1
137:4,5 142:16
**clear** 8:25
26:14 27:23
39:5,9 54:1
58:15 60:3
77:8 78:11
115:14,17,18
144:3 190:18
**clearer** 19:17
**clearly** 55:11
63:16 72:7
78:6 80:3
88:9 115:22
131:25 150:3,5
150:13 155:10
156:18 162:16
166:24 168:7
170:7 179:25
**client** 45:25
111:16
**clients** 208:21
**Cline** 2:4 3:5
5:25 6:2,2,20
16:13,17 21:19
23:11 34:19
35:1 37:1,16

38:8 42:11
43:17 44:11
53:12 54:12
54:20 55:24
56:24 57:3
59:14 60:11,17
64:1 66:5
67:21 69:24
70:1,4,6,8,19
71:7 72:4,22
73:11 74:13
76:6,24 77:11
78:10,14 84:18
84:24 85:6
86:6,17 87:8
88:3,5 89:12
90:2 91:6,16
91:23 93:13
94:17 95:7
99:25 102:12
104:14 106:11
108:24 109:3
110:1,6 112:10
112:21 113:2,24
115:3,5 116:22
117:19 118:6
119:18 120:3
121:5,20,25
122:12 123:4,9
123:16,25
124:10 126:9
127:6 132:8
135:18 137:21
139:1,18 140:6
140:17 141:1
142:16 143:2
147:6 148:18
149:19 151:9,15
153:5,7,19,21
155:6,24
156:15 157:17
157:24 158:13
158:21 159:5
160:8,13,21
162:3 163:25
164:6 165:8
165:22 166:8

166:10,16,23
167:4,10,24
168:12 169:11
171:6,9 184:6
186:15 187:5
193:5,10
197:10 208:19
208:22 209:7
213:14 220:11
**clinej@peppe...**
2:7
**Clinton's** 63:13
**clip** 159:23
160:19 161:5
163:17 164:21
**clips** 159:18,20
**close** 44:4
62:18 63:20
67:8 69:2,8
73:4 87:10,11
93:6,7 132:10
155:22 196:4
214:12 215:5,6
**closed** 12:19
**closely** 30:10
31:5,5 78:6,7
137:2 141:24
169:5 196:23
214:6,10
**closest** 62:17
163:1
**CN** 109:11
**coach** 84:10,11
**colleagues**
42:4 50:12
101:6,11
103:25
**college** 12:18,19
12:22,23
**colloq-** 162:17
**colloquium**
162:17
**com** 109:13
**combined** 38:2
38:5
**come** 7:19
22:15 49:4

SASHA GONG  11/26/2019

104:1 120:8
123:21 130:8
150:20 152:17
175:24 176:17
181:9 210:10
212:14 220:8
coming 30:7
58:17 122:14
Comm- 132:14
commercial
21:7
commissar
62:21
commissars
214:22
Commission
69:6 224:24
committee
22:25 89:7
122:3 132:25
133:1 138:19
155:19
common 60:14
commun-
137:15
communicate
33:1 140:5
communicated
33:6,10 206:7
206:16
communication
28:13,19 29:6
communicati...
207:7,21
208:10,21
209:3,9,12
communism
213:10,23,24
214:3 215:24
216:1,1,4,5,5,8
communist
10:17 14:16,17
68:2,19 93:8
94:21 116:5
132:15 163:12
168:3,19 171:11
171:14 172:19

176:1 178:18,21
178:24 179:1
179:13,14
180:13 182:17
182:25 186:3
216:13
community
56:16 62:5
137:15 139:16
140:2,15,25
141:10,20
151:25 153:17
155:4,23
157:15,23
171:17,19 172:1
196:2 204:7
208:2 213:8,9
comp- 44:9
companies
45:19 48:7
65:16 198:16
company 44:10
65:17,21
67:25 77:18
100:5 118:4
company's
82:2 202:13
compared 21:7
compassion
215:16,18
complain 65:8
210:21
complaining
210:7
complete 7:7
16:20
completely
113:20
complicated
185:9
computer 161:1
Con 32:10
con- 23:21
conceal 111:24
concept 106:23
168:22
concern 129:5

129:5 130:24
131:1,21,24
134:3,10,15
concerned
22:20 23:8,10
128:15 129:2,3
129:9 131:15
148:19
concerns 127:9
127:14 128:6,9
129:18 130:22
135:25 138:11
138:14 169:10
conclu- 171:1
concludes
220:17
conclusion
104:4 170:5
171:1
conclusions
117:17
concrete 17:8
condition 35:13
35:22 48:18
145:8
conditions
32:22 33:2,6
conducted
131:9
conference
23:22,24,25
25:21,23 78:1
79:6,7 128:14
conferences
140:11
confidential 41:1
111:7,13 112:25
113:1
confirmed 55:1
55:2
confusing
209:5,8
Congress
140:13
Congress-fun...
21:12
connec- 206:12

connected
31:22 32:5
175:25
connecting
90:5
connection 15:6
49:17 83:22
132:10 134:15
174:11,14
175:20
connections
56:15 88:2
132:13
consequences
124:3
consider 97:15
172:11 196:6
213:14
considerate
52:9
considered
16:24
considering
48:1
consistent 59:2
60:9
consult 111:19
consultant
122:2
consultation
122:2
consulted
33:24
contact 33:7
39:24 123:3
132:17 159:9
206:13
contacted
25:14 31:19
contents 162:13
contest 111:15
context 82:18
135:24 201:1
continue 14:4
53:13 75:21
123:4
contract 34:23

43:18 54:14
156:25,25
198:15,19
199:13
contrary 35:3
132:9
contributions
157:22
control 99:24
124:8 126:8,12
149:5 174:3,6
178:5,21
206:2 207:18
214:22 219:14
controlled
172:4,8 173:8
173:11,14,15,20
174:1,16,19
176:22 217:8
218:2 219:10
controlling
63:18 217:11
217:23
controls 97:23
convent 220:1
conversation
38:15 71:25
80:14 134:7
210:25 216:22
conversations
138:13 211:6
converse 117:1
convicted 60:21
cook 36:14,20
118:11
cookbook
18:22,24,25
19:1,2,2
cooked 36:21
36:24
cooperation
70:18
copies 222:12
copy 7:6 49:13
90:22 222:14
corporate
42:22

SASHA GONG  11/26/2019

corporation 1:3
105:11 222:8
223:2
correct 6:19,20
7:2,3 53:1
68:16,16
74:20 86:16
124:19 131:13
135:25 161:21
172:1,9 173:21
174:12 177:3
178:19 182:10
182:13,19
184:8 185:12
186:3 187:7,21
189:23 191:11
197:19 198:10
224:9,13
corrections
222:15
correctly 211:25
correspondent
31:17
corresponde...
31:15
corrupt 76:16
77:3 179:23
196:23 197:24
214:15
corrupted 132:4
197:20 208:15
212:5,17
215:14
corruption
30:12,13
43:23 47:1,2
47:14 142:6,7
180:19 182:16
183:2,3,11
184:2,8 186:7
186:11,13,16,19
186:20,21,22
186:23 187:1,2
187:4 197:14
212:7
counsel 5:22
8:10 19:16

24:21 25:11
27:7,19 70:10
113:8,9 160:5
161:15 164:16
counsel's 58:3
counterclaim
1:5,9 2:4,9
5:23
counterclaim...
5:24
counterint-
143:25
counterintelli...
144:1
counterrevol...
9:24
countersuing
202:14
countries 75:24
188:19
country 61:17
141:8 145:4
178:22 212:5
212:18 216:3
countryside
9:24 10:1
COUNTY 221:3
224:3
couple 9:20
10:11 18:4 20:1
49:2 121:17
129:21 138:19
211:18
course 7:22 9:5
16:21 17:5,14
40:8 91:2
101:8,8 144:23
144:23 145:16
145:20,21
146:4 147:1
158:15 165:6
172:21 173:24
180:20 181:8
184:9 193:7
193:23,25
195:13 197:23
198:8,8

207:19
court 1:1 5:15
6:5,7,16 8:16
25:25 48:22
53:9 88:25
89:18,19
160:16
cover 31:1,7,12
102:14,16,19
covered 54:8
150:22
CP- 200:21
CPDC 129:21
132:24 133:19
134:2 138:17
199:21,25
201:1
CPDP 200:21
create 172:17
credibility
127:19 128:17
157:16 185:2,3
185:4
crime 198:7
criminal 184:22
198:4
criticism 151:13
criticize 10:20
17:16 137:9
152:12
criticized
150:24
criticizing 10:17
150:23 152:24
169:16
cross 159:14
168:18
Cross-examin...
3:5 171:8
CSR 1:19 221:22
221:23
cultural 19:1
culture 18:25
curiosity 122:23
127:4
curious 48:9
77:22 169:2

current 145:8
Custom 189:3
cut 39:13
Czech 188:13

———————
D
———————
D 2:9 222:5,10
D-o-n-g 45:16
D.C 5:10 6:5
81:2
dah 210:23,23
210:23
Dalai 70:21
damn 173:3
Dang- 132:25
Danger 133:1
Daniel 28:1,5
dare 137:9
142:9
date 5:7 7:23
10:12 51:17
60:22,24 61:5
61:7 72:7,14
182:2 219:4
220:7 223:3
daughter 75:7
197:8
David 41:14
day 11:9,23
32:10 35:19,19
36:5,6 49:8
50:7 53:19,19
79:5 87:13
103:5 115:6
153:8 168:7
171:22 176:2,3
178:7,7,13
180:9 189:8
220:5 221:17
224:14
days 10:14 24:17
53:18 80:15
80:23,25
123:23 125:13
146:19 188:17
195:16 222:17
DC 1:16 4:6

221:13
DE 2:6
de- 202:2
deadline
123:23,24
deal 104:6
124:2 182:4
deals 75:21
77:15
dealt 121:9
Dear 222:10
death 69:19,20
137:10,11
149:14 198:4
decades 152:13
December
221:17 222:3
decided 120:24
decision 217:20
decision-mak...
216:16
decisions
217:17 219:16
declare 224:12
decline 111:18
129:18
deep 56:15
defected 144:2
defend 57:18
146:25 213:2
defendant 1:5
2:4 5:23
Defendant/ 1:8
2:9
DEFENDANT/...
1:15 4:5
defense 105:17
155:14
define 208:1
degree 13:16
19:20
Delegates 17:21
delve 114:5
demanded
63:13
democracy
17:17,18,24

SASHA GONG  11/26/2019

18:3 20:21
172:18 196:16
denied 108:17
135:5 180:25
deny 131:16
135:10,15
176:12 188:3
208:7
dep- 90:7
depo- 209:11
deponent 5:14
deposed 8:7
deposes 5:19
deposition 1:13
4:4,16 5:9
25:17 28:6,14
57:5 74:7
115:9 123:1
139:9 202:22
203:5 205:8
205:13,18
209:4,10,11
210:9,14
220:18,21
221:10 222:12
224:6,8,11
depressed
52:5
deputy 66:20
75:15 94:23
describe
153:22 216:14
described
93:18 173:6
deserve 197:25
198:4,5,6
desig- 162:20
design 120:22
designate 111:6
111:12
designation
162:21
designed
120:23
desired 222:15
despise 136:24
destroy 40:1

detail 186:11
details 103:11
103:22 129:9
131:2,21 170:18
180:19,25
183:7,11,11
186:6 201:7
211:3 218:24
219:3
detained 10:11
detention 10:9
determined
40:9,11
develop 65:18
developed
141:10
development
69:5
Dhabi 86:24
87:11,17 90:5
96:21,23
dialect 117:6
dialects 117:11,13
diamond 197:5
Dictator 44:1
dictatorship
16:25 17:3,7,9
die 137:11 149:13
died 10:21 15:8
103:24 107:10
different 8:8
20:19 42:22
55:4 56:17
61:5 83:5
85:13 90:16
110:18 141:5
160:16 173:6
191:22 192:12
204:19
difficult 57:6
difficulties
16:23
difficulty 6:12
dine 73:1
dinner 49:3
87:14
diplomatic

89:20
direct 3:4 7:13
20:3 31:1,6
33:7 71:25
direct- 20:17
direction 31:24
67:9,10
directives 113:17
directly 54:17
58:19 68:1
145:13,14
director 20:10
20:12,23 23:8
23:10,12,14
82:10 83:1
111:1 112:4
129:19 173:11
176:21,25
177:3,9 217:3
218:16
directors 148:10
directorship
129:11
dirt 56:12
disagreement
188:24
Disc 74:3,6
139:5,8
220:18
discern 57:7
discerning
137:23
disclose 38:14
111:10 134:6,9
disclosing
100:10
disclosure
113:18
discomfort
178:16
discovered
218:2
discovery
123:23
discred- 149:25
discredit 150:1
150:2,7,16,17

discrediting
210:22,23
discuss 34:9
46:7 47:17,22
48:10 52:21
58:22 70:17
71:18,19 74:11
87:3 90:19
95:16 96:20
103:9 114:17
128:2 129:8
138:16 141:20
167:13,16
168:18 202:18
discussed
46:25 51:23
82:18 85:3
91:9,13 96:2
96:17 98:7
107:22,24
108:10,13,18,19
118:25 127:8
206:5
discusses
85:22
discussing
43:15 107:19
138:6
discussion
27:22 35:11
81:16,18 92:16
95:23 113:15
138:13 168:21
discussions
58:19 98:4
168:9
disobey 21:22
25:25
displayed 166:6
dispute 197:21
disseminate
17:11
dissident 15:4,7
16:1,2,11 63:8
63:11,17 74:12
76:3 124:6
139:16 140:15

140:25 141:20
143:1,12,14
149:18 150:8
151:2,25
158:10 171:17
171:19 172:1
173:1 181:18
210:18 211:4
212:18,23,25
213:2,7,15,18
213:20,25
214:5,7,9,18
214:21 215:1,3
215:3,5 216:4
Dissident's
213:3
dissidents 112:9
112:17 139:13
139:20,22,24
140:2,7 141:5
142:5 147:5
159:4 179:12
214:23
distinction
115:20
distinguished
162:11
DISTRICT 1:1,1
Doctor 19:23
doctorate 19:25
document 67:2
208:20 219:18
documents
49:5 88:23
130:25 177:6
218:21
docuseries
143:14
doing 17:8 21:9
53:9 60:1,1
96:11 97:12
128:12 184:3
187:21,23
188:24
dollars 47:14
81:6 97:17
125:5,11 126:5

SASHA GONG  11/26/2019

127:1 157:1,6
179:24 183:15
donate 24:1
105:10
donated 59:9
100:9
donating 174:15
donation 125:1
219:20
Dong 44:12
45:11,15,17,18
45:23
donor 100:10,11
194:19,25
217:17
donor's 194:18
donors 105:7,10
125:9,10,12
donors' 194:23
door 51:3,4
dot 109:13
doubt 81:6
150:14 159:18
166:20,25
dozens 39:22
39:22 99:6
dragon 153:25
154:3
dramatically
10:22
draw 117:16
drinking 136:21
136:22
Drive 8:4
driver 56:14
drove 144:6
Duck 190:12,12
190:13
due 39:4
duly 5:19 221:7
duties 20:12
duty 17:1

_____

E
E 2:1,1 3:1 221:1,1
e-mail 28:5
29:3 88:9,10

88:20 90:3
146:15 206:18
206:19,19
e-mailed 88:20
e-mails 29:1
88:18,19
89:25
earful 210:1,7
211:17
earlier 22:21
52:14 72:16
75:3 112:1
164:25 173:19
180:9 188:7
199:17 211:21
early 10:12
30:14,14
48:24 50:6
50:22 87:16
92:22 94:9
204:17 220:3
earn 30:11
East 92:4,7
119:13
Eastern 1:3 5:13
6:3 43:18
44:11,14 46:2
52:1,25 54:15
100:3 143:13
157:7,7 198:10
201:10 222:8
223:2
eat 170:21
economic 122:9
Ed 142:16
Eddie 5:22
54:21 59:14
113:2,25 123:9
142:17 153:5
edgreim@gra...
2:12
editor 39:24
41:15 216:23
editorial 40:10
42:21,23 43:7
educate 156:10
educated 118:2

education 9:25
12:25 55:3
117:17,23
Edward 2:9
222:5,10
effect 4:15
155:21 156:13
157:15
effort 108:11
efforts 46:13
eight 61:8
either 48:3
58:13 100:19
201:3 209:2
election 17:20
17:21 18:14
Elliott 88:9,25
89:3,4 90:3
else's 88:19
embarked
72:20
embassy 39:21
80:16
emigrated 9:12
Emirates 86:13
empire 13:11,12
13:13 56:21
employee 5:5
173:3
enclosed
222:12,13
Enclosures
222:24
encrypted
159:10
ended 12:13
16:5
ends 74:3 139:5
Engineering
114:23
England 75:23
English 16:23
18:12,20 45:21
45:23 78:3
164:15 205:5
entire 12:8 15:3
129:17 131:13

156:10 178:22
entities 97:12
100:20 101:19
101:21 104:12
110:4,13,22
135:9 178:5
217:15
entitled 5:12
17:24
entity 23:5,6,8
24:1 82:9,15
97:13,16
99:23 100:6
104:25 105:21
108:15 109:9
109:15 110:14
110:17 119:17
120:13 124:7
132:24
equipment
120:18
equity 104:2
Erin 28:16
errata 222:13,15
222:17 223:1
escape 180:18
escorted 63:5
especially 31:2
100:23 128:13
140:9 212:10
Esper 155:14
espionage
30:10 31:3,4
33:22 66:22
67:1 141:19
142:7 169:6
212:10 214:6
establish 210:14
219:23
established
21:2
establishment
153:18
estate 56:21
62:2 65:14
69:5 183:16
estimate 211:9

Europe 49:12,19
143:13,17,17
145:1,2 146:10
151:1,3 178:1
218:5 219:25
220:8
evening 29:24
event 221:15
events 163:16
eventually
146:12
everybody 10:9
12:20 15:13,15
16:7 20:17
38:2,4 70:7
109:23 159:8
196:20
evidence 85:7
191:2,21
evidentiary
84:24
ex- 20:1 145:19
exact 161:8
exactly 102:9
110:12 123:25
exam 12:22,23
Examination
3:4 7:13
example 17:19
141:23 152:4
170:10 181:19
exceed 120:25
exchange
86:24 90:7
99:14 103:12
103:18 168:5
178:3
excited 44:13
executed
213:12 224:14
exerting 126:7
Exhibit 3:13,15
7:10,17
EXHIBITS 3:11
exist 177:6,14
178:9
exonerated

SASHA GONG  11/26/2019

15:6
expand 104:8
expanding
20:20 133:17
expect 135:12
expediency 6:9
experience
124:5 127:2
135:4 136:12
136:18 149:21
expert 117:20
123:5,11,14,16
123:21
Expires 224:24
explain 38:6
61:14 130:15
136:8
exploded
103:25,25
expose 180:1,19
183:2,10
186:21 187:1
215:9
expose' 30:1,4
179:18
express 76:18
77:3 142:13
expressed
134:2,11
extensive 35:15
182:16
extent 54:4
59:19 65:8
83:14 114:9
165:8 169:13
extra 96:10
extremely 15:15
179:22

F

F 221:1
F-r-e-d 31:15
face 145:19
158:10
fact 15:4 59:16
113:10 136:9
171:16 178:17

184:10 197:16
205:10 217:2
factory 10:2,3
10:25
facts 58:16 85:7
failed 85:25
fair 33:5 57:1,1
171:10 200:25
fall 195:24
196:10
falling 127:21,21
Falls 8:5
familiar 28:1,8
82:15 85:11,17
85:20,24
86:10 106:23
109:9,15 117:10
163:22
family 9:22,23
14:19 44:4,5
55:5 56:12
72:25 87:12
103:23 158:16
197:17 198:6
215:13
famous 10:7,8
63:10 65:7
fan 152:10
far 100:21
160:23 174:10
father 12:10
44:2 55:4
father's 56:1
favor 100:22
February 31:14
fee 101:9,15
102:19 103:18
141:9 147:21
147:25 148:6
190:6,9 191:5
feed 56:12
feel 178:6
196:24 197:7,7
198:8 199:6
206:13 215:10
218:6
feeling 98:16

98:22
fees 148:1
189:22 190:2
190:22 192:6
192:9
feet 50:14
felon 60:21,21
felt 215:12
field 33:23
189:9
fight 17:2,9
113:25 213:10
213:10
fighter 196:16
fighters 213:3
fighting 16:25
17:7 102:1,1
figure 63:18
64:14 65:6
86:19 87:1
156:10 200:13
file 37:14,15,22
38:2,4,5,7,18
47:19 48:22
49:15 161:1
filed 139:15
files 38:16 49:10
49:11 63:22
filing 222:18
film 150:2,3,5
films 189:10
final 159:17
finance 89:7
financial 21:8
85:15 101:18
101:20 178:8
178:13
financially 5:4
189:23 190:22
191:1
financing 195:8
find 40:15 59:11
71:12 72:9
91:19 115:12
159:13 160:25
162:12 169:7
205:17 222:12

finding 206:8
finds 58:16
fine 77:4 149:7
218:9
finish 22:16
74:9 130:7
164:6 175:5
fire 21:18
fired 21:15
firewall 159:14
firm 118:11
firms 109:24
first 5:19 7:15
8:2 12:1,24,25
15:10,11 20:16
21:24 29:21
29:25 35:9,16
35:17 39:20
41:14 42:20
45:10,13 47:4
50:1,6 51:11
53:14 62:13,14
63:1,9 64:24
64:25 65:2
66:17 68:14
69:1,3 71:14
73:16 74:24
75:18 77:23
78:18 82:22
87:10 94:14,19
94:21,24 98:8
102:14 114:10
116:18 120:22
124:25 127:11
127:15 128:6,9
129:13 130:21
134:21 142:1
144:11 152:7,10
153:16 159:23
160:19 161:20
164:19,23
165:5 167:13
168:23 171:22
172:24 174:2
175:24 176:14
177:15 178:1
181:4,13,23

191:14 194:17
194:18 197:1
199:16,22,24
199:25 200:14
200:19,21
208:22 209:7
209:7 218:13
218:16,25,25
219:14,23
220:3,4 221:7
firsthand 59:17
64:3 65:10,22
215:19,23
216:7
five 36:7
fix 199:8
flew 75:9
floor 120:1
floors 120:11
fluently 130:19
focus 112 21:9
50:19 62:8
72:6 129:5
133:2,4 142:5
149:17 168:15
focused 20:20
169:22
focusing 31:18
folks 57:8
follow 65:9
67:11 109:11,12
150:12
208:20 212:9
follow-up
110:22 121:17
FollowCN.com
109:10
followed 72:17
following 131:1
follows 5:20
force 4:14
foregoing
221:10 224:6
224:13
foreign 21:3
128:1 153:18
forget 81:15

SASHA GONG  11/26/2019

forgive 44:8
171:21 189:12
forgot 41:14,19
50:7 86:21
121:10
form 4:12 16:13
16:17 19:1,2
23:11 38:8
56:24 60:11
67:21 70:8,19
71:7 72:22
74:13 76:6,24
77:11 85:6
87:8 90:2
91:16 99:25
102:12 104:14
106:11 108:24
109:3 110:1
112:21 116:22
118:6 121:20
124:10 126:9
132:8 139:18
140:6,17 141:1
143:2 147:6
149:19 151:15
153:19 155:6
155:24,25
156:15 157:17
157:24 158:13
159:5 166:10
167:24 168:12
224:7
formal 34:5,6
34:10
format 44:17
formed 105:12
former 20:7
37:24 143:13
143:25 198:2
forth 142:20
205:6
forward 69:11
foun- 129:25
found 47:9
59:20 82:21
83:4 127:17
174:6 211:12

219:13,14
founda- 70:9
foundation
21:19 24:2,6
25:12 27:12
37:16,18 38:8
43:10 55:24
56:24 57:10
57:13 58:1
59:21 60:11,17
64:2 70:9
73:11 76:6
82:13 84:18
84:22 86:7,17
87:1 88:5,7
90:2 91:24
93:14 94:17
95:7,9 97:14
101:1 110:1
117:19 120:3,5
120:8 121:20
121:25 122:13
123:13 124:10
125:2 127:7
131:3 135:18
135:20 141:1
148:11,14 149:5
149:19 150:6
151:9,15 153:21
154:7,12,13
155:24 156:1
156:15 157:17
158:14,21
159:5 165:11
165:22 166:23
167:4 168:12
169:13 173:13
174:4,15
175:15,23
177:5 193:3,6
219:19
foundation/so...
126:25
founding 22:24
23:3 133:11,12
four 55:13 117:11
117:12 135:1

211:8
four-hour
131:20
four-year 56:8
frame 116:15
220:8
Frank 22:22
frankly 113:14
114:4
fraud 54:17
Fred 31:15,15,16
33:3 36:5,5,8
36:17,17,25
free 20:3 41:17
43:11 147:14
216:3
Free.' 103:8
freedom 213:2
213:3
French 2:16
201:14 209:5
209:9
frequently
146:9
Friday 25:17
26:12 27:22
friend 52:8
62:18 63:20
64:13 145:24
146:25 152:4
153:2 165:3
196:6,12
204:15 205:4
214:11,15,15,17
215:2,7,11,11
friendly 122:6
friends 56:2
62:3,3,24,25
63:8,17,17
67:8 89:17
93:10 108:20
194:20 196:21
196:21 203:20
204:5
front 26:25
full 7:25 12:15
46:6 73:6

full-heartedly
16:8
fun 103:6 195:18
function 14:7
38:22,25
64:12,17,20
130:1
fund 82:23
83:6 102:8
105:17 126:15
126:17
funded 93:11
funding 89,9,12
105:20 195:4
fundraisers
90:16
funniest 148:9
funny 103:6
further 4:10
53:8,14 104:9
114:5 138:12
220:11
future 17:2 18:3
102:16,19
201:21
fuzzy 211:22

—————————
G
—————————
G-o-n-g 8:3
G-u-a-n-g-d-o-...
12:8
G-u-o 21:24
Gaffney 22:22
gained 185:4
Garrett 2:9
222:5
gears 29:16
geez 154:6,9
209:22
general 25:11
68:18
generally 9:18
generate
106:24
George 8:4
Gertz 41:16
52:15,16,23

79:2,16 108:11
108:13,17,20
158:1
getting 79:3
108:14
gift 99:15
girl 126:21
194:13
give 7:25 19:15
34:8,11 37:17
64:25 88:6
89:15 101:19
103:3 108:11
110:10 152:3
162:23 170:9
185:2 193:21
195:14 205:11
given 6:12 12:15
69:19 100:20
109:7 110:4,16
110:24 112:8,17
124:12,13
giving 102:11
126:3 135:24
135:25 168:5
168:5
glad 211:12,16
gladiator 146:19
192:21
Glendale 5:3
go 6:1,9 8:19,22
10:24 11:9
12:18 13:18,21
13:23 16:18,19
18:19 29:16
30:5 33:12,15
45:6 46:4,5,8
54:22 55:6
56:13 58:18
60:7,16,21
68:5 69:9
73:7,15 80:9
82:3 83:8
85:1 91:18
94:11 114:8
123:14 130:7
131:23 137:21

SASHA GONG  11/26/2019

149:2 157:12
161:11 173:16
187:24,25
188:2,11
203:25
204:20 210:2
219:6
goal 21:6
127:24
God 80:18
133:23,23
goes 65:25
73:7 82:3
105:14 162:20
166:19
going 7:15 11:11
11:12,13,14 19:6
19:8,11 22:16
24:23 34:19
34:21 45:5
46:8 53:6,21
55:5 58:13,14
58:18 59:23
59:24 60:2,8
66:1 73:25
75:13 84:11
85:2 99:20
114:7 124:1
139:1,4 158:17
159:16,17,20
160:1,1,2,5,14
161:2,13 162:3
162:3 163:17
163:20 164:13
166:18 173:16
194:23 205:5
205:21 208:19
210:14 220:19
gold 197:6
Golden 44:9,14
44:15 45:21
65:15,15,16
100:6 119:17
Goldman 93:3
Gong 1:13 4:4
5:14,18 7:15
8:2,3,7 9:11

19:6 25:5
26:4 35:5
54:22 74:7,9
81:23 85:2
104:3 118:15
128:19 138:5
139:9,11 149:9
153:11 157:8
158:5 167:9
171:4,10 180:3
181:22 220:18
221:7 222:12
223:2 224:5
224:20
good 5:1 7:5,22
9:6 19:19 32:3
33:17 53:10,12
62:25 63:23
64:13,14 73:19
73:20 76:17
76:22 77:10
115:24 138:10
140:22 143:23
146:23 165:3
174:18 195:23
195:25 196:12
Google 159:15
Gorbachev
179:6 188:3
gosh 11:23 41:13
127:12 137:7
154:6,9
162:22 199:17
206:6 207:24
government
10:19 11:8 14:8
14:9,20,21
17:14 18:15
39:19 40:2,4
43:23 55:16
60:19 63:4,13
67:2 71:4 78:7
86:23 90:4,6
96:12 121:22
121:24 122:6,6
122:21 124:9
124:14,17

127:22,25
129:6 152:12
152:16,24
153:4 179:23
180:1,21 181:15
183:6,21
184:13,21
185:16 186:1,14
190:17 193:15
197:15
government's
124:5 216:13
grabbed 79:15
197:2 199:3
grad- 12:21
grade 9:25
gradually 10:8
graduate 12:21
13:7,10 14:6
14:24 114:20
graduated 13:9
13:15
Graves 2:9
222:5
great 13:4 64:14
102:16 159:14
Greer 214:7
Greim 2:9 3:4
5:21,22 6:1,6
6:14,21 7:5,14
16:19 21:21
23:12 24:22
25:1 34:25
35:3,5 37:3,5
37:19 38:12
42:14 44:16
53:6,11,13,20
54:16,22 56:3
57:1,17,20,22
59:25 60:6,13
60:23 64:5
66:7 68:7
70:3,10,12,23
71:20 72:16
73:10,12,15,20
73:23 74:2,9
74:15 76:9

77:5,14 78:13
78:15 85:1,11
86:10 87:3,9
88:13 89:22
90:10 91:9,18
92:1 93:23
95:1,11 100:2
104:17 106:14
109:1,6 110:3
110:12 112:13
112:24 113:13
114:4,7 115:4,7
116:24 117:25
118:9 119:21
120:15 121:8
121:23 122:16
122:18,22,24
123:1,3,8,12,18
123:20 124:1,4
124:18 126:18
127:8 132:16
135:19,22
138:5,23
139:3,11,23
140:14,19
142:24 143:4
147:15 148:21
149:22 151:12
151:17 153:6,11
153:22 155:21
156:2 157:2,21
158:3,19 159:1
159:7,16 160:4
160:12,14,22
161:16 162:7,9
162:19 164:12
164:13,17,19
165:12,24
166:12,18,20
167:1,7 168:1
168:17 169:14
171:3 183:24
186:5,9,24
193:3 196:14
209:6,14,21
210:1,8 211:1,7
212:20 220:13

220:16 222:5
222:10
grill 131:20
186:18
group 12:8 15:5
15:7,11 110:25
121:13 122:3
133:1,5 208:16
212:5,14,17
214:15 216:17
groups 18:1
112:14
grow 55:2
Guang 36:16,23
Guangcheng
181:19
Guangdong
12:7,7
guard 83:19,21
97:5
guarded 84:17
guess 17:6
117:23 130:20
140:4
guest 32:20
gulf 87:5
gun 149:15
Guo 21:23,23
23:23,25
26:21,23
27:14 29:17,21
29:22,25
30:9 31:6,19
31:22 32:5,6,7
32:21 33:6,7
35:9 36:9,10
36:13,17,20
37:5 38:6,15
40:18 41:4,9,11
41:12 42:1,6,16
46:7 47:6,15
47:15,17,23,25
48:13,18 49:1
49:2,4,22
50:7,11,23
51:2,5,7,7,13
52:15 53:22

SASHA GONG  11/26/2019

54:11 56:3,23
58:20 60:8,9
60:24 61:4,16
61:20,24
62:17 64:7,11
64:22 65:7,14
65:22,23
66:3,8,11,15
67:3,8,10,18
67:20,22,23
68:1,4,21,22
68:24 69:1,7
69:15,21,23
70:13,17 71:5
71:14,24 72:2
72:19 74:19
74:22,24 75:9
75:18 76:3
77:9,14,24
78:5,25 79:1,5
79:12 80:5,7,8
80:11 81:5,6,17
84:1,4,15 85:3
85:25 86:11
86:24 87:3,18
87:24 88:1,8
88:11,20 89:10
89:11,16,24
90:1,15,19,24
91:1,3,9,13
93:18,24 94:6
95:23 96:15
96:18,24 97:2
97:4,12,22,24
97:25 98:3,7
98:8,12,16
99:5,8,13,22
101:5,19,21
102:17 106:4,7
107:3,10 108:5
108:10,14,22
109:6,16,21,25
110:3,7,8,12
115:25 116:3,21
118:20 119:1,3
119:7 120:6,14
120:15 125:1

125:13 126:7
126:16 127:9
127:19 128:10
128:17,21
129:14 130:22
131:7,8,10,13
132:5,17
133:23 134:3
134:14,16,21
134:22,25
136:2,3,10,10
138:16 139:13
139:14 141:4,12
141:17,23
142:10 143:1,9
143:16 144:5
144:14,21
145:9,14 147:4
147:12,13,16
149:10,17
150:22 151:6
151:12 152:9
152:10 153:3
155:8,13
156:21 157:3,4
157:21 161:17
161:20 162:2
163:11 165:5,6
166:5,12,21
167:3,12,16
168:9,10,17,21
168:24,24
169:4,8,15
170:8,17
173:20,25
174:3,11,13,16
174:16,24
175:12,13,14
175:20,22,25
176:9,13,18,23
178:4,18 179:3
179:14,25
180:1,10 181:4
181:23 182:16
182:24 183:20
185:2,3,17
186:15 187:9

187:13,13,16
188:22 189:19
190:4,8,14,22
190:25 191:3,5
191:10,12,24
192:16,23
193:13,18
195:3,7,19,21
195:24 196:3
196:5,22
199:2 202:9
203:7,8 205:3
208:11,15
210:18 211:13
212:2 213:20
214:25 215:24
216:8,11 217:9
217:14,18,22
218:2,7 219:10
**Guo's** 30:16
33:10 36:1
42:10,15 45:18
49:9 54:23
58:22,25
63:20 74:10
78:25 79:4,17
84:14,17,19,19
84:21 88:18
90:7,7,7 91:10
97:15 99:24
106:9 109:19
119:20,22
120:1 127:16
134:22 136:21
140:24 141:11
142:2 143:21
148:10 155:3
155:21 157:14
163:1 165:3,18
174:19 184:13
186:1 190:9
191:20 199:3
202:10
**Guo-connect...**
108:14
**guts** 214:14
**guy** 47:6 62:13

64:14 80:7,14
89:18 93:5
98:14 144:4
145:3 152:21
189:16 190:25
194:12,12
196:25
**guy's** 191:18
**guys** 25:19,20
25:22 26:19
26:23 34:10
71:11 72:9
89:19 144:8
150:4 197:3
202:8 206:3
219:6

---

## H

**H-e** 94:24
**H-u** 68:14
**habit** 25:2
**habits** 25:7
**hack-** 88:25
**hacker** 89:1,10
89:14 91:4
**hacker's** 89:1
**hacking** 91:13
**Haitong** 86:1,13
**half** 102:19
**Hamilton** 2:4
6:3
**Han** 36:14,14,14
36:15,15,16,20
36:21,23 51:21
51:24 79:1
81:3,11,16
116:25 189:14
189:14,22
190:1 196:2
213:17
**Han's** 110:4,13
110:16 117:17
**hand** 20:7 63:4
221:17
**hands** 50:13
197:18,20
**Hang** 148:18,18

**happen** 107:13
**happened** 10:21
11:5 12:13 32:2
39:15,17,18
40:19 66:15
102:13 110:9
177:24
**happens** 55:10
184:25
**happy** 13:6 98:9
128:3 144:3
168:25 210:4
**harass** 27:3
**hard** 33:18,19
45:6 57:6,14
212:9
**hard-to-answer**
124:12
**hard-working**
98:14
**Harmon** 28:16
**Harvard** 13:24
13:25 14:2
19:20 41:13,15
216:24
**hat** 25:4
**hate** 214:14
**hawk** 83:19,23
95:10 154:20
154:22 155:10
157:15,23
**hawks** 133:2,6
150:18 153:14
153:18 154:4,5
155:4,20,23
156:13,18
157:16
**Hay-Adams**
49:9 50:8,12
51:2 87:21,22
94:7
**Hazelbaker** 1:19
4:7 5:16 221:5
221:22
222:22
**head** 15:8
22:22 31:3

33:13 143:25
214:6
hear 117:3 118:3
131:20,25
160:6 208:22
heard 26:18
48:15,17 60:18
95:8 121:12
133:21,22
141:15 147:3
149:9 159:18
161:23 162:2
162:14,19
163:5,9,11
176:4 178:3
180:17 189:20
190:7,7,8
191:4 211:16
hearing 117:18
hearsay 59:22
142:20
hell 29:13
65:25 142:14
145:7,18,19,22
147:1 173:16
207:18
help 101:2,11
102:3,8,22
107:12 120:17
131:4 147:22
195:3,6,7,10
helped 11:16
16:7,7 71:15
191:6
hereto 4:3,11
hereunto 221:16
hesitate 96:8
hey 134:25
141:14 142:6,10
143:18 144:11
high 12:21 61:18
117:24
high-profile
158:10
high-ranking
30:10,12,17
33:22 47:7

62:3 132:11,18
216:13
higher 104:1
higher-status
61:18
highest 97:6
highest-ranki...
30:13
hint 89:17
hires 48:6
Historian 194:8
history 13:12
186:12,13
hold 24:22,22
37:19,19 46:18
57:22 103:13
122:5 147:15
147:15 161:18
170:11,11
220:16
home 11:13,14,15
11:17 47:10
80:16 104:1
153:2
honest 81:12
honestly 42:12
99:18 123:12
Hong 56:14
60:9,16,19,25
61:14,18,21
62:1 80:3
93:22 95:14
95:15 105:1,4
105:21,24
124:8 141:18
158:20,22
honor 13:5
hope 21:24
horrible 137:11
149:13
horse 73:3
host 22:23
116:17
hotel 49:9
79:21 87:19
104:16
hour 22:4 34:4

34:22 53:7
125:14 204:19
209:24 211:18
hours 32:25
33:23 34:3,6
34:8 35:18
38:23 53:19
94:25 135:1
156:23 211:18
219:4
house 17:21 81:1
83:23 87:18
92:5
houses 172:21
housing 13:19
Hu 68:3,5,11,25
69:8,13,15,17
69:17
Hu's 69:2,10
Hudson 154:7,11
154:13
huge 47:12
141:2
huggers 153:25
154:2
human 186:12
186:12
humiliation
198:5
Hunan 55:8
56:21
Hunanese
117:15
hundred 81:6
hundreds 47:13
125:5,10 126:5
126:25 179:23
Hungary 188:14
hungry 51:18
220:14
hunt 214:10
hunter 215:1,3,4
hunters 214:21
215:5
husband 13:20
_____
                    I

idea 29:13 82:11
82:14 95:19,21
95:25 96:16
107:14 110:10
110:11 120:13
121:21 160:10
189:1,24 191:13
193:4,7,9
202:24
205:12
identification
7:11
identified 167:2
identity 134:9
138:21
Ignatius 41:14
immediately
15:12 76:4
92:4 190:14
immunity 89:20
impact 140:24
141:2
important 6:15
12:9 23:3
39:17,18 49:5
49:6 50:10
55:11 186:7
impossible
43:8
impressions
133:24
improper 168:13
inaccuracies
6:12
inaudible 36:14
38:1 110:5
131:6 183:14
196:3
include 213:4
includes 88:10
including 18:13
87:5 111:15,15
163:4 169:23
170:1 206:3
inconsistent
56:22 168:10
incorporate

177:12
incorporated
104:25
increased
20:24
INDEX 3:11
indicate 47:15
222:15
indicated 30:9
150:23
indicating 47:6
individual 78:19
individuals
42:2 114:8
115:16 155:22
158:6 164:20
183:10
industries 21:8
inference
127:21 173:17
infiltrate 129:6
infiltrated 142:8
informant
170:24,25
information
17:11 60:8
67:19 88:11
90:12 112:4
113:18 114:20
114:22,22
115:11,18
139:20
information's
58:16
initial 131:9
initiative 31:25
inquire 24:24
inquiry 164:2
inside 30:8
132:15 151:7
Institute 93:12
93:12,16
instruct 24:23
int- 15:9
intact 113:20
integrity 146:2
intellectuals

9:22
intelligence 30:11 56:16 62:5 128:1 132:1,2,4,7 137:3 141:19 141:24,25 144:1,8 151:4,7 151:8,14,20,23 152:1 169:6 176:8
intention 12:18 215:9
inter- 64:8 131:19
interaction 155:3 157:14
interest 91:21 103:4,21 104:1
interested 5:4 42:24 43:4 62:16 179:22 206:8 221:15
interesting 49:18,19 55:10 86:19,20 201:20
interject 57:6
interment 10:10
international 31:4 66:22 67:1 142:6
Internet 158:24 161:10,24
Interpol 40:18
interrogate 214:11
interrogated 53:18 62:23 63:7 165:2
interrogating 168:25
interrogators 53:18
interrupted 16:8
interspersed 142:19,19

interview 15:10 29:17 31:20 31:22 32:6,7,8 32:22,25 33:16 34:5,10 34:11,17 35:11 35:12,14 36:8 37:6,11 39:23 39:25 40:10,11 40:15,19 41:3 51:12,18 64:8 76:13 96:4,5 116:7,13,16 131:12,19,20 144:11 145:3 149:24 151:2 164:22 165:5 169:18 176:5,6 176:6 181:14,16 181:17 182:9 182:22 184:12 185:5 188:2,19 197:1 201:20 206:11,14
interviewed 22:24 76:11 143:24 144:4 165:19 181:20 215:21
interviewer 22:2 164:22
interviews 33:20 40:20 51:18 131:9 143:19 165:21 188:25
introduce 41:9 41:12 42:1 155:11
introduced 36:10,13 41:10 52:14 80:6 128:21 155:14 200:7
introduction 42:4
investiga- 184:4

investigate 48:8 55:15 174:17 192:4
investigating 78:14
investigation 86:4,15 184:4
investigation's 86:8
investigative 48:7 129:16
investment 76:1 86:12 118:4,10
investments 107:25
invitation 129:18
invite 32:19 79:12,15 200:22
invited 93:21,22 129:24 130:10
invol- 171:22
involve 31:2 71:21 197:13
involved 10:5,6 33:4 46:10 47:13,13 67:24 100:8 115:16 139:15 140:14 147:10 160:9 171:17,22,25
involvement 30:17 131:4 173:24
involving 47:2,3 50:23 139:13
irrelevant 121:6
issue 6:4,18 8:21 34:23 39:2 43:13 52:10 121:7 134:1 136:9 140:13 168:13 184:18
issued 123:16 184:13 185:16 186:1

it'll 19:15,16
Italian 126:20
Italy 144:6 146:13 188:17 192:19
item 204:18
items 204:19 205:6

_____ J _____

J 2:4 118:18
J- 141:25
J-e 78:3 79:25
J-i-a-n 142:1
J-i-a-n-m-i-n 77:24
J-i-n 66:17
J-i-n-g 45:20
J-i-n-g-s-h-e-... 63:9
J-i-n-t-a-o 68:15
J-u-n-tay- 63:2
jail 10:9,13 15:14 48:9 55:13,17 55:22 56:4 58:25 59:7 63:10 69:20 165:2 214:22
jailed 12:4 213:13
Jana 1:19 4:7 5:15 221:5,22 222:22
Japan 75:23
Je 78:3,20 79:22 80:8,9 80:11 81:12,14 81:14,17,19 82:8,19,20 91:20 104:20 107:16 121:18 124:8,13
Jennifer 24:19 25:9 28:25 29:2 111:21,23 111:25 148:16 148:16,17

Jesus 45:15 186:11 202:6
Jian 31:3 66:16 66:18,25 67:3 67:4 75:14 107:9 141:25 142:11
Jian's 67:9
Jianhua 131:23
Jianmin 77:22 80:1
Jin 66:17
Jing 45:20
Jingsheng 63:8 63:10
Jinping 12:11 76:15,17 169:19
Jintao 68:3,11
Jintao's 68:5
Joanna 2:4 6:2
job 20:2,3,9,14 37:8 58:15 100:25
John 50:15,16 51:3,7 93:1,2 93:17,20,21 93:25 94:1,3,4 94:6 155:9,11 214:7
joined 174:22 175:3,10
joint 23:21 107:22
joke 38:1 83:17 152:20
jokes 152:19
joking 84:9
Jones 2:14 5:2
Jong-il 44:1,3
Jong-un 44:2
Jong-un's 73:2
Journal 182:9 183:19 185:14 185:15
journalist 109:7 129:17 155:2

SASHA GONG  11/26/2019

205:16
journalistic
  118:13 188:4,9
journalists
  216:15,25
judge 25:23
  26:25 27:1
Jul- 23:15
July 23:15,16
  85:22 86:2
  129:12 177:7
  219:25
jump 9:10 15:12
jumping 12:22
June 48:25
  55:20,21 177:7
  177:11 218:20
  218:23 219:1
Juntao 62:25
  63:1
justice 102:1

**K**

Kalugin 144:2,2
Kansas 2:11
  222:7,18
Karin 126:20
keep 98:24
  111:2 133:16
key 94:19
  156:10 191:15
KGB 143:25
  144:4,8 145:3
Khuen 165:3
kick 196:20
kicked 14:19
  149:4,6 187:14
  187:16
kid's 41:19
kidnap 71:15
  72:13
kill 73:3
killed 213:13
killers 214:16
Kim 44:1,2,3
  72:25 73:2,2
kind 14:7 112:17

112:20 117:24
122:11 189:16
200:23 211:15
218:6
kitchen 120:12
knew 37:10
  44:3 132:3
  145:1 148:11
  174:11 180:18
know 6:23 9:3
  10:5,16 11:9
  12:21 14:14
  15:25 16:7,22
  22:7 26:12,20
  26:20,21 27:5
  27:9,11,15
  28:12 30:16
  32:17 33:17
  37:8,8,18
  38:14 40:14
  43:9 44:12
  45:24 49:11,15
  49:17,23,25
  51:1,21 52:9,15
  52:18 53:15
  54:4,16,23,25
  61:9 62:20
  66:1 73:1,8
  77:2,21 80:13
  80:24 82:1,7,8
  82:12 83:12,16
  84:4,7 88:1,25
  89:19,21 91:7
  91:8,20 92:3
  92:6,6,23
  93:23 95:11,18
  95:20,22
  96:4,9,11,12,13
  96:14,22 97:8
  97:17 98:10,15
  98:19,21 100:4
  100:23 101:3
  103:1,18 106:3
  106:6,8,9
  107:6,15,21,24
  108:8 109:6
  109:24 110:8

110:11 111:6,20
111:21 112:25
113:1 115:1,7,9
116:12,12
118:20 119:19
119:19,25
120:11,17
121:15,18,21
122:10,20
124:1,4,25
125:14 126:24
128:13,16
129:5,22
131:23,25
132:22 133:4
135:13,21 137:1
138:1 141:4,6,7
141:23 142:1,7
143:10,10
144:18,20,24
145:5,6,11,12
145:21,23
146:2,5,6
147:8 148:12
148:14,16
150:4,6,13,14
150:25 151:19
152:16,18
154:3,3,6
155:17,18,18
156:24 157:21
157:25 158:7
158:17,23
159:13 160:7
160:23 161:8
161:13 162:4
162:25 163:3
163:14 164:2,3
164:5 167:5
169:19,21 170:1
170:3,22,24
172:13 174:17
174:21 176:7
177:12 178:4,11
178:20 179:22
179:23 181:14
181:20,22

182:3,6 183:6
183:12 184:3,5
184:17,18,24
186:10 187:3
188:2 189:1,2
189:5,15,15,17
190:5,7,25,25
191:1,4 193:8
193:10,25
194:12,22,25
195:15 196:1
196:19 197:1,12
198:9,12,18,21
199:8,8,11,14
200:22 201:3
201:25 202:6
202:11,16,24
203:7,7
204:17 205:2
205:14 206:8
206:12,13,20
207:13,19
208:4,13,15
209:25 210:2
210:5,11,19
211:3 212:7,24
213:5 214:3,5
215:3,12 218:11
218:20 219:2
220:6
knowledge
  57:8 59:17
  64:4 65:11,22
  75:20 78:12
  84:6 85:9
  91:25 92:24
  107:9 108:7
  109:8 112:15
  112:18 115:22
  115:23 116:8
  118:8 123:19
  142:18,23,25
  172:19 173:15
  173:17 215:20
  215:23,25
  216:7
known 140:3

150:10 152:12
  159:3
knows 15:15
  70:7 72:25
  93:24 94:3
  146:8,24
  159:8 195:2
  210:20
Kong 56:14
  60:9,16,19,25
  61:14,18,21
  62:1 80:3
  93:22 95:14
  95:15 105:1,4
  105:21,24
  124:8 141:18
  158:20,22
Korea 46:12,12
  72:18,21 73:5
  73:8
Korean 43:25
Kyle 118:18

**L**

L 4:1
L-i 45:16
L-i-n-g-y-u 71:14
L-i-u 64:24 65:2
  69:3 94:24
LA 41:19,25
labor 20:7
lack 70:9 85:21
  169:1
lacks 158:13
  165:10 169:13
Lama 70:21
land 65:15,17,17
  65:21 67:25
  69:25 70:5,14
language 21:4
  117:5 130:19
laptop 160:2
largely 128:20
  156:19
late 10:22
  48:24 53:8
  80:20 92:22

SASHA GONG  11/26/2019

181:11
late- 152:1
latest 152:2
launch 140:8,9
  141:4 199:21
  200:11,24
launched 101:2
Law 23:14,18,20
  24:2,2,5,7
  25:12,12 27:12
  82:10,13
  83:20 97:14
  97:15,20
  100:19 101:1,21
  102:11,18
  110:21,23 113:8
  118:24 120:7,7
  124:19 126:8
  126:19 129:11
  130:12,17 131:3
  147:22 148:11
  148:14,25
  149:4,5 173:13
  173:20,25
  174:4,10,15,23
  175:3,11,15,23
  176:21 177:10
  177:10,18
  187:6 217:4,5
  217:6,8,13,23
  218:3,17
  219:10,19
  220:9
lawsuit 89:9
  100:9,13
  102:24 126:15
  137:8 141:7
  147:12 148:2
  197:14 206:16
  207:8,9,22
  207:25 208:4
lawsuits 101:4
  137:14 139:12
  139:15 140:24
lawyer 6:23,24
  103:12,16,19
  111:9 113:4

147:14 148:13
  148:20,23
lawyers 24:24
  26:24 103:17
  205:21 209:13
lay 162:5 164:9
laying 19:10
  57:25 123:13
lead 14:16
  170:24 171:1
leader 16:4
  76:17,22 77:10
  97:6 156:18
  169:20
leaders 59:11
  68:2 93:6,9
  132:11,14
  155:17 170:6
  170:18 182:5
leadership 40:9
  166:15 168:3
  170:9
leading 63:18
lean 64:15
learn 115:11
  124:2 202:15
  202:15 208:6
learned 20:8
  36:16 53:22
  54:10 88:24
  158:1
learning 16:23
leaving 92:5
led 127:13
leeway 34:9,11
left 16:5 20:2
  62:1 79:16
  141:7,8 145:3
  148:24 158:4
  163:2 197:2
  204:17 215:12
legal 7:25 47:7
  101:9,15
  102:19 103:10
  103:18 105:17
  111:22 141:9
  147:21,25

148:1,6,13,13
  189:22 190:2
  190:6,22 191:5
  191:5 192:6,9
  214:23
length 166:19
let's 5:21 9:9,10
  14:4 22:14
  27:20 29:15
  29:15,16,20
  34:14 35:6,6
  37:20,20,20
  40:16 43:15
  46:4,5,18
  50:17,17,19
  51:19,19,19
  53:11,13 54:18
  54:25 58:18
  58:25 60:6,7
  66:3 68:9
  69:11 70:10
  73:15,20 74:9
  78:15,18 85:1,1
  89:22 92:15
  94:11 98:1,24
  98:24 100:17
  104:4,23 106:1
  118:12 122:19
  130:7 138:23
  138:23 150:19
  150:19,19
  153:13 157:11,11
  157:12,15
  170:11,13 177:8
  206:24 217:12
  219:22
letter 149:8
  165:25 166:1,3
  166:5,13,14,22
  167:13,17,23
  168:2,11
  174:20
level 117:17
Li 44:12 45:11,17
  45:18,23
  189:14,14
Lian 198:25

Lian- 79:14
Lianchao 51:21
  52:5,6 79:1,15
  79:16 80:13,17
  110:4 198:23
  198:24,24
  199:1,3,7,15
  200:8 213:17
Lianchoa 196:2
liar 134:14
  145:20
lie 22:8 147:10
  202:11 210:21
lies 125:12
  195:22 196:9
life 9:18 17:1,2
  18:21 142:2
  150:1,7 170:4
lifelong 25:7
LIMITED 1:3
  222:8 223:2
line 59:16 164:1
  168:18 217:11
  223:5,9,13,17
  223:21
lines 158:12
  159:2
Lingyu 71:11
  72:3,12
Lingyu's 71:16
  72:11
link 90:22
  100:10
list 46:19 100:10
  100:11 133:16
listed 194:25
listen 131:19
  211:12
listeners 135:16
listening 134:23
  135:3 136:3,10
Lithuania 188:14
litigation 34:24
  102:8 121:7
  139:15 189:18
  190:6 191:10
  191:25 201:10

201:18,22
  204:25 206:5
  208:23 222:1
little 22:6 29:13
  30:5 31:1
  34:20 36:14
  36:15,19,21
  53:7,8,21
  58:19 77:22
  104:9 163:18
  167:25 172:23
  185:3 205:3
  206:7,17
  211:22 220:9
Liu 64:23,23,24
  65:2,5,5,13,19
  65:24,25
  66:8,11,11 67:11
  67:11 69:3,18
  69:19 94:23
  94:24 95:6
  114:20 131:22
live 13:21 32:7,11
  32:15,18,24
  34:1,1,18 35:11
  35:14 50:8
  68:3 165:5,18
  197:6 213:24
lived 178:22
lives 213:12
living 16:24
  17:24 158:6,9
LLC 1:7 2:9
  222:5,8
  223:3
LLP 2:4
loan 103:4,21
  104:2 110:19
loans 157:23
local 17:20
Locust 222:18
lodge 34:19
  64:1 138:1
  162:4 164:1
long 11:19 15:9
  16:8 94:13
  97:3 110:8

SASHA GONG  11/26/2019

139:21 152:14
191:19 209:20
209:20,23
212:25
longer 22:3,6
24:15 113:22
124:18 132:6
163:18 209:24
look 8:22 49:11
64:18 66:16
84:20,21
102:21 137:15
154:17 157:18
169:9 179:6,8
196:2,25
219:22
looked 121:2
looking 156:24
looks 13:17
64:17 156:22
lost 168:7
lot 13:3,13 17:16
18:1 20:8 30:7
34:1,11 41:7
43:21 54:24
56:1 59:9
65:23 96:3
122:4 127:16
129:5 139:25
141:5,21 142:11
143:19 147:8
149:12,24
155:8 156:9
157:18 163:2
170:3,23
176:16 178:3
180:19 181:17
197:14,24
202:12 204:17
lots 18:7 22:6
56:20 57:10
62:3 88:10
136:2 137:7
155:16,20
215:11
love 18:24
146:18 183:6

193:6 204:7,8
lover 67:15
lovers 67:17
loyal 76:15
116:10
luckily 14:19
lucky 10:15
12:24 16:24
75:8
Lui 183:13
lunch 78:23
79:13,22
80:15 108:2
lying 178:15

---

**M**

M-a 66:17
141:25
Ma 31:3 66:16
66:16,18 67:4
67:5,6,9 75:14
107:9 141:25
142:11
Ma's 67:9
Macquarie
121:19
mad 142:14
145:18,19,21
147:1
magazines
140:11
Main 2:10
222:6
mainland 141:18
158:12 159:3
maintaining
132:13
Maistrello
126:22
major 15:6 62:4
make- 168:5
making 16:23
39:9 58:13
102:23 115:18
143:11,19 179:3
182:16,24
183:4,5,9

188:8
Malaysia 71:21
72:11
man 20:18
77:25
manage 101:11
Mandarin 117:8
117:9,10,14,18
117:22
manuscript
18:13
Mao 10:21 12:2
12:19 19:4
March 85:4
200:4,17
mark 28:16
164:18
marked 7:10
Market 2:5
marking 7:16
married 13:20
Mason 8:4
Massacre
55:20
master's 13:16
materialized
125:3
matter 72:3
113:11 197:5
Max 121:10
mean 13:2,3
27:18 30:4
47:13 83:11
98:18 105:16
105:16 106:23
110:5 114:5
118:1 123:14,22
124:23 128:20
132:5 134:12
134:13 138:12
155:25 159:6
160:11 166:16
172:10,11 193:8
193:19 205:9
212:6 217:2
meaning 46:3
85:15

means 141:15
144:1 164:8
171:14
mechanic 10:2
mechanism
67:11 127:21
medal 70:22,24
70:25 71:2
media 17:12
20:5 30:7,8,8
30:24 33:24
33:25 34:7
40:5 41:25
42:3,4,16,19
43:2,11,13
45:19 56:17
71:14 106:10
106:25 109:7
109:16,19
118:4 120:14,15
121:12 122:1
131:8 134:21
136:3,10 140:7
140:9,10,16,20
142:5 164:24
172:12,13,18
172:22 181:8
211:14 219:3
meet 35:14
144:7 151:3
168:24 199:16
199:22 200:19
203:25 204:3
204:4,4,5,10
209:2
meeting 42:6
50:2,5,22,22
51:2 87:13
92:9,13 94:20
95:5 96:1,2,6
96:9,15,18
103:3,7 107:17
107:18 130:22
148:12 155:16
177:15 199:17
199:20,25
200:11,12,21

200:23,24
218:25,25
219:23 220:1
220:5
meetings 35:25
36:4 42:7
50:10 216:14
216:17 219:18
member 22:19
22:25 23:3,4
23:5,6 24:8
24:12,13,15
113:22 116:4,10
116:11 122:1
133:3,7,10,11
133:12,13,14
134:2 140:1
154:13 177:18
212:16
members
139:16 157:14
157:23 186:2
186:17 197:18
memorize 72:7
memory 72:6
162:23 163:14
mention 48:13
48:16,19
mentioned 18:4
72:17 132:24
138:18 139:12
151:19 164:25
168:6
Mercur- 24:20
Mercurio 24:20
25:10 26:5
27:7,21 111:25
112:3
mess 59:24
met 15:11 29:21
29:22 35:9,17
41:3 50:1,4,6,9
77:22,24
78:19 79:22
87:17 107:15
114:11,13 118:17
129:13 152:9

155:8,9,13
176:9,13,14,16
180:9 181:4
200:1,9,14,25
212:2
**method** 164:1
168:13
**Michael** 2:16
**mid** 218:5
**middle** 36:20
92:4,7
**Mike** 209:10
**mil-** 145:7
**million** 24:1 81:6
84:5 97:17
120:19 125:1
125:15 126:3
135:2,3,9,13
135:16 144:9
145:6,9 152:15
152:19 153:3,4
157:1,6
**millions** 125:5
125:10 126:5
127:1 134:23
135:10 192:25
193:8,13
214:19
**mind** 77:21
167:9 169:3
**mine** 39:3 101:11
152:4
**minimize** 159:9
**Minister** 66:19
66:20 71:3
75:15
**minute** 88:17
174:8
**minutes** 22:3
73:17 75:8
**Mirror** 116:17,17
164:24
**mis-** 61:10 188:5
196:4
**mis-memorized**
61:6
**misremember...**

188:5
**mission** 101:2
102:1
**misspoke** 170:8
**misstates** 85:6
**mistake** 61:10
**mistaken** 82:22
**misunderstan...**
199:10
**MO** 2:11 222:7
222:18
**mobilize** 67:10
**moderate**
152:13 154:25
**modern** 119:12
**moment** 29:17
113:4 154:6
167:9
**Monday** 220:4
**money** 30:12
56:1,20 59:9
77:25 80:7,14
81:9 83:2,9,24
84:1,1,4 85:4
90:5 99:6,8
100:15 102:16
102:22 104:18
104:20,25
105:14,20
108:5,11,14,23
109:7 110:11,16
110:24 112:9,17
124:7 125:6
126:4 133:18
133:22,23,25
137:1,3 142:3
146:18 147:13
148:7,7 168:5
168:6,8 173:7
174:15 175:21
178:9,14 179:3
183:7,14 187:3
194:15,19
195:14,17
212:10,15
213:5,6 214:4
**money's** 122:21

137:4,5
**monitor** 140:20
**month** 49:20
**months** 10:13
11:7,20,22
23:13 42:13
56:7 145:2
176:25
**morning** 5:1
87:15 184:15
**mother** 11:15
20:15 61:6,9
61:10
**move** 35:1
51:20 69:11,12
100:18 142:21
**moved** 7:22
**movement** 10:7
10:18 14:25
15:4,15,23
16:2,11,16 50:2
55:18 59:8,11
62:23 63:5,19
143:12 151:3
192:21
**movements**
143:15
**movie** 143:11,19
149:23,24
150:22 151:1
188:9,20
194:15 195:4,8
195:20
**moving** 53:16
**MSS** 66:19
70:18,21 71:6

─────── **N** ───────

**N** 2:1 3:1,1 4:1
109:13
**nam-** 152:5
**name** 5:22 8:1,2
8:3 12:1,1
21:23,24 31:16
36:16 41:20
41:22 44:8,9
45:11,15,23,24

47:4,4 60:22
60:24 61:13,14
61:16,17,18
62:14,14 63:1,1
63:8,9 64:23
64:24,24 65:1
65:2 66:16,17
68:11,14,14
69:2,3,3 71:13
71:14 77:23,23
77:23 89:3
94:21,22,24
94:24 102:25
116:18,18
119:17 121:11
126:20 141:12
141:25 142:1
152:2,6,7
154:9,10
164:23,23,25
176:4 180:17
191:16 194:6,7
194:10,23
209:7 223:2
223:2 224:11
**name's** 78:3
125:16
**named** 28:1,5,8
62:13 78:20
85:12 100:6
118:17 151:25
152:3
**names** 77:18
112:8,14 195:2
209:5
**naming** 112:8
**narrative** 46:20
**national** 83:14
**nationally** 10:7
**nature** 192:18
201:18 205:7
205:9,10,17,17
**necessary** 35:4
224:9
**need** 6:24
25:18 26:9
29:11,12 34:20

36:12,19 72:9
101:6,14 108:7
114:5 122:20
137:21 166:17
175:18 179:7,9
179:10,11 180:5
181:22 185:6
188:1 195:6
199:9 202:23
218:12
**needed** 130:16
**needs** 58:11
122:19
**negotiation**
198:19
**neither** 6:17
**nephew** 51:16
**never** 9:7 14:18
14:20 16:8,24
22:5 48:15,17
48:17,18 49:11
60:18 61:23
95:8 99:13
107:5,13
108:18,19
116:6 143:8
145:3 162:14
163:5 168:21
169:3 172:3,7
173:2,2,7,10
176:12 178:9
178:25 184:25
186:12 190:1
191:19 192:5
195:5,7,12,12
195:17 198:15
207:11,13
213:23 214:2
**new** 1:1 15:9
36:2,3 79:18
79:19 85:4
158:24
**news** 85:16
87:17 94:18
97:13 106:10
106:25 122:7
**newspaper**

SASHA GONG  11/26/2019

108:8
newspapers
86:22
newsworthy
31:6
night 49:1 50:11
nine 11:22,22
14:14,18
non-parties
27:2
non-responsive
169:12
noodle 36:19
36:22
noodles 36:24
37:2
noon 87:15
normal 32:20
136:11
normally 142:4
142:4
North 2:5 43:25
46:11,12 72:18
72:21 73:5
Northern 117:6
Northwest 5:10
notarized
222:17
notary 222:16
224:23
note 57:12
noted 54:19
notice 12:9
40:18 169:15
notwithstandi...
176:20 217:1
novel 172:24,25
November 1:17
4:6 5:7 21:17
23:21 77:25
78:23 80:21
80:22 116:15
128:14 129:2,4
177:3 221:12
222:12 223:3
nuclear 46:11
number 3:13

5:12 7:10 12:6
68:18 74:3,6
134:22 139:5
139:8 193:14
193:21
numbers
158:20
numerous
151:24 193:17
193:19
nuts 120:21

─────────

O

O 3:1 4:1
oath 99:12
ob- 54:12,12
object 6:11 19:16
78:10 127:5
142:21 165:10
166:16 169:11
objected 6:7
objecting 6:17
16:17 156:3
162:6
objection 8:11
8:15 16:13,15
21:19 23:11
34:20 37:1,16
38:8 42:11
43:17 53:24
54:1,12 55:24
56:24 57:4,13
60:11,17 64:1
67:21 69:24
70:1,4,6,8,11
70:19 71:7
72:4,22 73:11
74:13 76:6,24
77:11 84:18,25
85:6 86:6,17
87:8 88:3
89:12 90:2
91:6,16,23
93:13 94:17
95:7 99:25
102:12 104:14
104:14 106:11

108:24 109:3
110:1,6 112:21
116:22 117:19
118:6 119:18
120:3 121:6,20
121:25 122:12
123:4 124:10
126:9 127:6
132:8 135:18
138:2 139:18
140:6,17 141:1
142:17 143:2
147:6 149:19
151:9,15 153:19
155:6,24
156:15 157:17
157:24 158:13
158:21 159:5
162:4,7 164:1,7
165:22 166:8
166:10,23
167:4,24
168:12 181:16
183:24 186:5
186:8,24
193:3,6 196:14
212:20
objection's
54:19
objections 4:12
8:12,14 57:6
57:10 59:22
60:4 115:5
153:8 164:11
obligated 111:2
131:4
obligation
111:22
obnoxious
189:17
observation
84:23 156:16
170:3
observation's
170:7
observe 51:5
107:19 140:24

observed 155:3
obsessed 64:19
obsessively
140:21
obtain 115:10
obtained 65:14
Obviously
162:5
occur 92:21
off- 30:13
offer 29:10,12
180:23
offered 99:6,8
109:1 195:6
offering 108:22
offers 86:23
97:25
office 30:12
52:21 119:6,17
119:22 120:1,2
120:7,9,10,12
141:19 169:6
222:17
officer 23:7,10
23:12 173:10
officers 30:11
offices 105:1
120:13
official 11:8,18
12:3 122:9
172:25 221:17
officially 177:14
officials 30:18
48:2 132:4,18
169:16 197:20
oh 15:1 16:14
18:19 22:15
23:13 27:20
27:20 36:2
42:25 65:2
71:9 80:18
85:13 90:25
95:14 97:5
99:9 106:17
110:6 117:14
123:9 127:10
137:8 138:18

143:22 149:12
150:13 159:16
181:8 188:21
192:20,24
193:23 194:17
196:7 197:2
201:15
202:20 204:2
205:22 217:7
okay 5:21 7:8
8:9 9:9,17 11:5
12:12,12 13:7
14:12,22 15:2
15:17,21 17:5
18:4,8,17,23
19:9,13,14,17
19:19,24 21:13
21:13,18 23:7
24:11,16,22
25:3,8,13
26:2,11 27:20
27:24,24 28:4
28:8,13,23
29:1,8,15,20
31:8,24 32:3
32:14,16 33:1
33:5,9 34:14
35:7,20,24
39:1,12 40:16
40:22,24
41:12 44:22
44:25 45:3,4
45:9,10,17
46:1,14,18,19
46:22,23 47:2
47:22 48:5,10
48:13,16 49:7
49:14 50:18
50:20 51:5,9
51:9,13,19,19
52:11,14 53:3
53:6,11,20,21
54:10,22 57:1
57:16 58:10,17
58:20,24 59:1
59:5,13 60:6
60:9,13,23

─────────

SASHA GONG 11/26/2019

62:12 63:25
64:21 65:12
68:12,17 69:11
70:3,17 71:5
71:20,23
72:16 73:10,16
73:18,20,22
74:2,22 75:2
75:12,18 78:16
78:17,22,24
79:18,20 80:5
80:9,10 81:1,10
81:15,24,25
82:7,15 84:3
85:2,24 86:10
89:5,8,11,22
89:23 90:10
90:14,18,18,21
91:18 92:15,21
94:11 95:1,16
95:22 96:14
96:24 97:19
97:21 98:6,24
98:25 99:4,4
99:17,20
100:12,15,17,17
101:24 102:2,4
102:7,10
103:20 104:3
104:8,22
105:8,13,19,23
106:1,22 107:2
107:6 108:7,9
112:7,16 114:7
115:21 117:7,12
118:9,14,17
119:13,21
121:12 122:17
122:25 123:2
124:23 127:13
128:5,24
130:14,14,20
131:7 132:23
133:7,18 134:9
135:17,19
136:2,17,19
137:17 138:9

138:12,25
139:3 140:19
140:22 142:15
142:15 143:4,9
144:17 145:17
146:16,17,21
147:3,19,23
148:4 149:2
149:22 152:13
154:14,24
155:1 158:3
162:9 163:17
164:17 165:7
165:16 166:12
167:7 170:20
171:13,21,24
173:5 175:10
175:18 176:9
177:8,21
178:16 180:8
180:15 181:1,6
181:9 182:21
182:23 183:25
184:6 185:6,10
185:23 186:9
187:25 188:5
188:11,15,18,22
189:21 191:22
192:5,13 194:2
199:13,22
200:2,13,25
203:12 206:18
207:12 209:2
209:12 217:1,7
218:22 220:12
**Oklahoma** 4:8
221:2,3,6,23
**old** 14:15 182:5
**Oleg** 144:2
**on-** 171:20
**once** 48:19
61:12 69:16
77:24 78:21
84:9 93:2
147:7 155:9
169:5 196:19
196:19 198:24

199:3
**one's** 164:4
**one-year** 40:23
**ones** 76:16 96:4
**ongoing** 57:12
**online** 18:19
22:2 82:21
84:16 100:9
139:19 149:11
160:20,21
163:4 215:22
**op-** 200:21
**open** 49:14,16
158:12 159:2
200:22
**opened** 49:11
**operation** 132:3
176:8 220:10
**opinion** 77:4
137:24 142:14
142:19 157:20
**opinions** 137:25
**opportunity** 7:7
56:13 111:6,12
114:16
**oppose** 137:11
149:13 171:10
**opposing** 8:10
19:15 24:20
27:18 58:3
158:10 160:5
**opposition**
74:17
**orally** 203:10,11
**order** 21:22
22:5 26:1
111:13
**ordered** 69:18
101:3
**orders** 30:8
188:13
**organization**
22:19 24:4
42:17 43:2,13
83:3,10 110:4
172:4,8 173:8
173:11,17

219:24
**organizations**
16:22 42:19
127:2
**organize** 133:2
**original** 222:13
**outlet** 109:7
**Outside** 94:7
**ov-** 121:3
**overpriced**
121:3
**overseas** 30:7
187:21 188:8
**overthrown**
10:19
**owned** 109:21
109:23 172:22
**owner** 190:10,10
191:16,17
192:11,14
**ownership**
42:21 43:7

———

**P**

**P** 2:1,1 4:1
**P-a-n-g-u** 70:16
**p.m** 32:12,13
35:10 139:7,7
139:10 220:20
220:21
**page** 3:2,12
222:13,16,17
223:5,9,13,17
223:21
**pages** 88:9
**paid** 17:4 91:14
95:18 105:3
108:5 122:21
132:20 145:9
157:25 192:10
**painting** 204:15
**pan** 141:13
**panda** 153:25
154:2
**panda-hugger**
154:23
**Pangu** 70:15,16

**part** 7:11 14:20
14:24 16:21
35:13 46:12
55:11,11 72:14
78:6 85:25
92:6,7 97:15
116:14 125:12
125:23 130:10
152:15 161:6
176:7,10 178:11
179:25 180:2
183:3 184:2
186:19,20,22
186:25 187:4
188:22 191:17
208:15 210:6
212:4,14
214:20 216:16
219:21
**partic-** 216:12
**participate**
10:17 136:20
143:12 216:13
**participated**
17:20 62:24
63:5 200:23
**particular**
149:16 150:21
170:18
**particularly**
83:21 151:13
**parties** 4:3,11
5:6 111:15
164:14 221:14
**parties'** 26:24
**parts** 111:6,12
**party** 6:17 10:17
14:17 26:20,21
26:21 47:8,8
50:2 68:2,19
80:18 81:2
94:21 116:5,8
116:9,10
132:15 163:12
168:19 171:11
171:14 172:20
176:1 178:19,21

SASHA GONG  11/26/2019

178:24 179:1
179:13,15
180:13 182:17
182:25 186:3
party's 12:6
89:7
passport 122:5
144:24 189:4
patron 75:14
pause 8:16
160:22
pay 22:12 31:13
76:1 81:6,13
91:1 101:9,14
102:24 104:16
107:11 158:1
189:24 220:9
paying 30:17
141:9 190:9
203:16
payment 104:12
payments
157:22
peculiar 61:11
86:18 122:9
143:8
peculiarly 128:3
peddler 55:7
Peking 13:5,7,9
13:15 14:23
15:5 37:25
190:10,10,12
190:13
penalty 198:4
224:12
pending 66:6
Pennsylvania
5:10
penny 84:1
100:1 102:24
104:15 105:15
125:2 126:3
137:1
peop 134:13
people 11:9,10
13:1,2,3,4 16:4
16:22 17:17

19:3 20:15
27:1 30:18
36:6,7 38:4
48:8 49:21
59:21 62:8,12
64:8,9 68:5
68:22 69:9
72:24 77:2
83:18 89:16
94:20 98:25
101:3 108:3,23
111:20 120:19
121:1 122:4,4
122:10 126:4
129:21 132:14
133:22 134:23
135:2,3,8,15
136:3,9,13,13
136:23 137:10
137:12,18
138:19,21 141:2
141:3,7,14
149:24 150:12
151:2,5,18,24
153:25 154:2
155:8,8,18
158:2,25
169:22,23,23
179:24 181:18
183:2,5,8
188:19 189:8
190:16 191:25
192:22,25
193:13,17
194:3,23
197:6,25,25
198:3 207:18
208:7 212:12
213:2,4,12,12
214:20 215:12
people's 114:21
133:24 137:25
208:5
Pepper 2:4 6:3
percent 97:7
103:4,21
136:15,15

performing 14:7
period 60:15
179:17
perjury 224:12
permanently
40:1
permission
134:8 138:22
permitted 114:1
pers- 134:13
persecute
214:22,23
persecuted
10:8 12:2 101:3
215:13
persecution
19:3
persecutors
214:7,16,21
persist 11:19
person 6:13
15:10,11 20:5
58:16 64:21
68:20 79:25
81:12 121:8
125:7 128:20
134:11,12,14
151:21,22
161:21 165:6
191:10 201:20
202:10 203:13
203:14
person's 214:14
personal 30:16
78:12 84:6
88:11 100:22
108:7 109:19
115:22 126:7
142:13,18,22
142:25 170:4
170:18 184:5
215:19,25
personality
20:4
personally 31:13
60:10 99:22
105:11,15

129:24 147:9
149:4 163:15
170:1 213:4
personnels
67:10
persons 134:13
persuaded
72:11
Ph.D 14:1 19:21
123:6
phone 26:7
27:9 28:4,24
29:5 79:7
97:5 158:11,12
158:20 159:2
phonetic 23:1
28:2 36:16,23
59:6,7 77:2
79:8 114:11,20
122:2 131:22
131:23 144:3
145:19 148:6
148:10 165:3
189:9 214:8
photo 84:16
photos 93:7
physically 6:16
pick 49:4
picture 49:8
piece 65:14,17
Ping 79:8 114:11
pinpoint 37:12
220:7,7
Pioneer 14:15
PLA 114:20
place 5:9 7:23
13:21,21 68:5
69:10 107:12
184:12 196:25
203:18
placed 106:9
107:5 163:4
placing 159:2
Plaintiff 1:9,15
2:9 4:6
Plaintiff/ 1:4 2:4
plan 90:15

204:3
plane 84:14
planned 152:16
204:4 206:10
Planning 69:6
plans 204:10
platform 109:20
131:16,18
136:15
platforms
140:10
play 73:1 159:17
159:17,19
160:2 161:2
played 159:24
163:23
players 62:4
87:5
playing 161:5,15
plays 164:16
please 7:25 9:3
44:22 54:1
153:11 157:8
199:4 222:12
222:14,17
pledge 162:15
168:4
plenty 17:16
Podaski 28:2,5
point 6:15 9:13
51:10 73:16
74:19 78:8
139:12 167:8
176:17 182:15
183:12 191:15
195:5
pointblank
132:6
pointed 120:10
points 128:17
210:13,15
pol- 199:19
Poland 188:14
poli- 83:17
199:19
police 158:17
policing 124:6

SASHA GONG  11/26/2019

policy 22:23
133:5 153:18
156:20 157:20
199:19
polite 125:9
political 37:24
122:2 198:2
politically 159:3
politicians
83:18
politics 83:2
poor 56:12
populist 192:21
portion 101:10
126:17 165:13
169:12
portions 78:11
position 54:3,16
122:3 156:13
174:9
Positive 91:12
possesses
105:4
possibility
124:13
possible 17:12
18:17 26:14
124:7 191:1
possibly 37:2
pot 141:12
power 32:2
103:23 128:1
powerful 65:6
65:20 68:20
69:4
PR 106:7 109:24
PRC 72:20
pre-arranged
204:10
pre-interview
35:15 38:11,14
38:23 39:11
pre-recorded
32:8
precise 207:2
prefer 19:22
premier 94:23

prep- 209:10
prepared 131:16
presence 81:3
present 2:16
6:16 36:4,7
47:11 78:24
79:6 96:1,25
107:17 119:3
132:25 133:1
216:15
preserve 8:13
60:4 164:10
preserved
162:7
president 12:11
22:25 33:15
76:15,22 77:9
87:15,17,20
96:25 97:2,9
125:15 126:18
127:3 155:19
press 23:21,22
23:24,25 78:1
79:6,7 128:13
pressure 21:9
pretty 53:16
207:2
prevent 25:23
27:1
previous 49:1
previously
159:23 163:21
164:14
price 17:4 22:12
prime 32:11
65:14,17
prince 87:17,18
printing 18:14
prior 93:13
127:6 161:23
181:6
prison 62:22
142:2
prisoner 37:24
198:2
private 71:16
72:12 75:10

84:7,14 92:13
95:4 96:6
134:7 194:18
200:12,23
privately 76:18
109:5 138:4
167:20
privilege 39:4
53:24 113:20
114:3 122:11
148:19
privileged
113:15,18
Pro 32:10
pro-democracy
63:19
prob- 36:18
probably 8:21
53:15 136:10
probation 12:13
55:13 56:8,9
60:16
problem 22:10
82:24 126:23
141:8,17 156:4
181:21
problems 52:7
proceed 5:17
6:6,10 53:8
proceeding
57:5
process 208:25
produced
159:23,24
160:15,16
163:21 164:14
professor 38:1
152:4,11,11,15
152:19
Profit 1:3 5:13
6:3 43:19
44:11,14 46:2
52:1 54:15
65:15 100:3
157:7 198:10
201:10 222:8
223:2

program 13:10
14:7 22:3,3
programming
21:10
programs 14:1
220:1
proj- 52:21
project 48:1
52:12 53:4
110:19 192:18
projects 54:7
promise 38:24
38:24,24
90:6 111:14
126:2,25
promised 81:7
125:1,6 126:15
175:22 178:9
promises
168:10
promote 24:2
prompt 138:12
pronounced
85:15
pronunciation
85:21 189:12
proper 37:8
58:1 105:14
property 66:12
proposal 121:2
propose 103:21
proposed 103:3
propounded
5:20
protect 8:12
127:25
protective 111:13
protest 10:6
14:25 15:11,23
proud 132:13
proudly 20:23
provide 29:10
provided 82:9
82:12 192:6
province 12:6,7
13:1
provinces 122:8

public 38:16
54:24 55:8
56:5,6 66:20
71:3,12,15,19
99:6,7 116:7,8
126:3,16
132:13 157:14
172:21 178:12
178:15 198:5
200:22 219:5
222:16
224:23
publication
85:12,18 173:1
publications
172:12 173:5
publicity 22:7
185:2
publicize 67:23
publicly 109:5
144:14
publish 17:12,13
18:13 140:11
173:4
published
90:23 172:24
172:25 182:12
publishing
172:17,21
pull 161:9
207:23,23
purpose 42:14
115:11 168:8
purposes 7:11
115:9 188:8,19
pursuant 4:8
push 172:18,18
pushing 133:4
172:15,16
put 10:9,23
24:19 27:6
34:1 57:3
111:16 113:2
126:24 127:1
127:18 172:10
181:12,15
182:6 211:10

SASHA GONG  11/26/2019

putting 99:22
173:5

## Q

Q-i-s-h-a-n
94:22
Q-u-a-n 45:20
Qatar 88:2 89:1
89:13,18,21
91:22 106:18
Qatarese 87:6
Qishan 92:10,11
94:21,21 95:6
95:24 96:2,18
169:24
qualified 164:3
qualifying
117:20
Quan 45:20
189:14,14
Quan's 189:22
190:1
ques- 104:5
quest- 126:10
question 4:13
7:18 8:10,18
8:20,23 14:23
16:18 17:6
19:12 21:20
25:20 27:1
33:19 34:6,22
35:5 37:3
38:19 39:3,8
45:2,3 46:5
58:21 61:15,23
64:18 66:5
70:12 73:6
77:1,8,12 78:8
82:6 85:8
96:4 107:2
110:15,22
111:16,19,22,24
112:11 113:3,6
113:11,15,16
118:13 121:16
125:18 130:8
130:20 135:23

142:25 156:3
157:11,12,13
160:13 162:1,6
164:19 165:9
169:4 170:13
170:23 173:6
174:3,19 175:2
175:14,18,19
179:10 180:6,7
180:22,23
185:7 190:8,19
199:10,11
205:16 206:15
207:15 217:18
219:9
question's
43:25
question/ans...
19:9
questioned
35:18 61:11
62:6 65:7
126:11 169:3
176:7 217:13
217:24 219:15
questioner
33:19
questioning
14:5 81:23
164:9 168:14
questions 5:20
9:2,7 19:13
27:25 34:7,13
38:10 43:24
44:18 57:25
58:2 83:8
104:11 108:4
114:2 116:25
118:15 121:17
123:13 124:12
124:22 139:2
158:4 159:17
161:19 167:10
171:4 179:9
180:5 203:6
203:10 205:8
205:12,14,20

209:15 210:9
211:20 220:11
quite 81:12
quote 26:17,17

## R

R 2:1 221:1
R-u-n-y-u 194:11
radio 20:3
22:23
raise 34:7 52:9
126:4,5 127:14
128:6,16
129:17 133:18
raised 53:23
101:15 102:15
125:14 128:9
148:6
raising 100:15
115:6
rallies 140:11
ran 17:21 118:3
118:10
ranked 13:2
rare 14:13 72:8
rarely 184:21
rate 104:1
re- 13:24 52:22
153:7
re-opened
12:20
reach 14:14
170:4 203:4
reaction 91:10
read 6:11,25 7:1
7:2,8 30:24
34:10 37:14
38:16 45:22
49:16,16
65:23 71:10
82:17 176:5
197:13 215:20
215:22 222:14
223:6,10,14,18
223:22 224:6
reading 10:5,5
reads 58:11

real 56:21 62:2
65:14 69:5
183:16
realize 176:24
184:19
realized 178:8
178:14 217:10
217:22 218:7
219:19
really 57:14
59:6 98:15
127:19 153:2
183:1 201:6,19
203:3 206:10
210:5
reason 13:18
32:9 37:6
39:6 55:14
59:1 62:16
86:20 129:20
138:15 160:14
174:23,25
175:11,13,19
185:25 188:22
197:21,24
223:7,11,15,19
223:23
reasonable
33:21
reasons 81:7
rebel 179:5,12
179:14
rebelled 180:14
rebelling 181:10
181:23 183:2
recall 41:6 42:12
77:17 80:12
92:1 114:14
163:13,15,15
208:18
receive 22:5
28:4 70:24
219:17,18
received 7:19
28:13,19,24
29:1,6 86:12
99:23 100:2

104:11,17,23
104:24 113:17
194:14
recess 74:4
139:6
recognize 7:18
68:13 159:20
164:20 165:13
165:20
recognizing
71:23
record 6:4 7:3
7:12 8:1,12
16:8 19:17
24:19 26:7
27:5,6 35:16
35:23 40:14
40:15 46:17
57:4 64:9,9,17
66:22 73:6,25
74:8 76:14
92:8 99:5
113:3,7 122:19
137:22 139:4
139:10 161:4,6
177:8 182:7
212:24 216:12
219:1,6 220:19
recorded 35:20
67:13
recording 67:12
recordings
161:24
records 139:21
139:22 144:25
198:7
red 168:18
refer 161:7
referred 79:25
referring 79:24
100:12 106:17
reflects 8:17
refrained 169:15
refuse 64:16
99:7 100:22
112:11
refused 22:9

64:12 195:11
refusing 38:19
regarding 29:6
   72:21
regime 60:15
   74:12,17
register 142:17
regular 158:11
   159:2
reiterate 153:7
relate 81:14
related 44:13
   67:25 81:18
   82:2 106:21
   124:14 179:2
relating 85:8
relationship
   40:1,4,8 67:14
   68:25 69:2
   87:11 91:4
   143:9 170:23
   195:23,25
   196:4,20
relationships
   87:4
relative 5:5
   221:14
relatives 48:2
release 11:7
   63:13
released 10:23
   11:2,6 12:8
   56:3,7,9,11
   63:14 156:25
relevance
   34:23 37:1
   42:11 54:13
   57:11,13 72:22
   86:6 88:3
   89:12 91:6,23
   120:4 122:12
   127:7
relevant 35:2
   54:17 194:24
rely 130:16
remainder
   43:15 46:8

remem- 190:11
remember 10:12
   42:14 43:14
   50:4 71:9 75:4
   75:11 80:24
   81:20,22
   87:12 108:1
   118:14 133:16
   133:21 154:16
   154:17 160:15
   166:4 182:2
   183:14 200:2
   201:6,7
   207:15,17
   210:1 218:24
remembered
   50:5 59:12
remotely 5:16
   6:7
render 224:9
repay 110:20
repeat 84:24
   121:5
repeatedly
   180:23,25
reply 5:20
report 11:11,16
   27:16 30:9
   31:19 47:9,15
   71:14 84:5
   85:24 97:13
   122:1,7 123:17
   135:10 138:17
   185:10 187:22
   219:3
reported 1:19
   95:23 96:15
   111:3 142:20
   184:6 185:15
reporter 4:7
   5:15 6:5,7,16
   6:25 8:16
   25:2 27:16
   36:24 38:20
   38:21,22,25
   41:24 44:13
   53:9,10 54:5

57:21,23
   59:18 72:8
   73:18,19 90:11
   95:9 114:18,24
   117:22 122:10
   221:6
reporter's 3:6
   39:4 53:24
reporters 30:25
   31:1,7 37:9
   41:10 52:19
   105:12
reporting 30:16
   52:22 59:21
   64:2 85:21
   94:19 138:1
   184:7 185:11
   187:21 219:5
reports 30:7,19
   30:23 47:5,5
   47:15 56:17
   65:24 86:11
represent 5:2
   135:16 159:22
represented
   113:8
representing
   44:10,15
   113:23
Republic 188:13
Republican
   89:6 90:16
   114:21
reputable
   137:18
reputation
   33:18 57:19
   57:23 83:24
   93:5
request 33:10
   33:21 34:17
   40:14 90:4
   208:20
requested
   105:20
requesting
   39:22

research 48:2
   52:12,21 53:4
   176:16
reserve 6:10 7:1
reserved 4:13
   122:3
resign 23:15,17
   125:20,21,22
   177:25 178:7
   178:15 187:10
   187:19 188:23
   217:24 218:8
   220:5,10
resignation
   149:8
resigned 174:7
   177:21 187:5
   217:10 219:12
resist 216:3,5
resisted 213:23
   214:2 215:24
resisting 216:1
respect 219:9
respectfully
   211:21
respective 4:3
   4:11
respond 146:1,3
response 138:9
   143:21
responsible
   103:24 156:19
rest 180:18
restaurant
   190:9 191:17
   192:11,14
retained 3:15
   123:14
retaliating 143:1
return 49:22
   106:1 222:17
returned 61:21
reveal 112:3
   183:25
revenge 184:3
review 41:15
   115:15 146:4

216:24
revisit 39:2
revolution
   18:25 19:2,4,5
rich 56:14
   137:16
rid 25:6
ridiculous 19:4
   19:23 54:21
   146:3 156:22
   157:19
right 6:10,21 7:1
   7:4,16 9:13
   12:15 14:4,10
   19:10,18,20
   21:11,25 29:15
   33:10,16
   34:25 35:21
   37:19 39:13
   40:16 44:14
   45:8 46:4,21
   53:20 57:17,17
   72:1 77:25
   79:10 85:20
   99:18 100:17
   104:8 105:8,19
   105:19 111:4,21
   114:4 117:16
   118:7,12,16
   123:7,17
   128:22 136:4
   136:5,11 140:16
   146:20 151:6
   154:8,21
   160:12 161:12
   161:16 165:12
   165:24 166:17
   171:11,18 182:14
   185:14,20
   191:7 197:21
   207:14 215:7
   217:4 220:14
rigid 100:24
risk 159:1,6
   213:9,10,12
   216:5
risks 158:10,20

SASHA GONG  11/26/2019

Robert 194:4
role 14:8 20:19
    72:24 73:5
    116:20 118:20
    170:5
royal 87:12
RP- 163:9
RPLRG 162:21
    162:23 163:11
RPLRG's 163:7
rule 23:14,18,20
    24:2,2,5,6
    25:11,12 27:12
    60:20 82:10
    82:13 83:20
    97:14,14,14,20
    100:19 101:1,21
    102:10,18
    110:21,23 113:8
    118:24 120:7,7
    124:19 126:8
    126:19 129:11
    130:12,17 131:3
    147:22 148:11
    148:14,25
    149:4,5 173:13
    173:20,25
    174:4,9,10,15
    174:23 175:3
    175:11,15,23
    176:21 177:10
    177:18 187:6
    217:4,5,6,8,12
    217:23 218:3
    218:17 219:10
    219:19 220:9
    220:9
rumors 157:20
    208:2,4,5
run 64:14
running 17:22
    127:2
Runyu 194:5,10
rushing 49:12
    49:19
Russia 144:7
    187:25 188:3

189:2,11 210:2
Russian 189:6

─────── S ───────
S 2:1 3:1 4:1,1
S-a-s-h-a 8:2
S-a-u-v-i-t-t
    41:23
Sachs 93:3
sad 206:10,13
sake 6:9
Saraca 121:12
Sasha 1:13 4:4
    5:14,18 8:2,2
    74:7 139:9
    220:18 221:7
    222:12 223:2
    224:5,20
sat 200:10
Saudis 87:5
Savitt 41:18,23
saw 48:23
    50:13 63:12
    93:17 94:1
    102:20 127:18
    163:4 167:2
    180:1 186:12
    204:2
saying 30:23
    84:13 97:22
    156:3 207:15
says 5:19 75:22
scarf 99:16,18
scheduled 22:4
    22:4
scheme 125:24
    126:1
scholar 14:2
school 12:21
    14:24 117:24
    146:19 192:21
schools 13:24
scores 13:4
Scott 41:18,21
    41:23
scratch 163:14
scratching

162:22
screen 160:6
    164:21 165:25
seal 221:17
sec 24:11
second 11:1
    29:21 30:3,21
    31:21 32:24
    34:14 35:19
    44:25 64:21
    66:23 88:16
    92:16 101:16
    105:16 106:2
    127:18 135:7,7
    144:14 147:16
    178:2 185:24
secondhand
    115:23 185:22
seconds 162:24
secret 111:2
    158:17
secretary 12:6
    68:19 155:14
secretive 48:12
secur- 199:18
Securities 86:1
security 22:23
    37:15,23
    66:19,21 70:21
    71:4 75:15
    83:15 199:19
see 26:8 29:19
    33:20 65:24
    66:3,13 72:23
    85:17 87:3,19
    87:19 88:22
    94:2,5,5
    101:22 102:2
    111:21 119:21
    120:15 146:13
    147:23 148:8
    159:20 160:6
    161:8 165:25
    174:21 177:16
    178:13 179:5
    181:17 204:15
    217:11

seeing 167:22
seen 166:3
    198:15
send 40:13,17
    89:24 90:15
    161:5 162:13
sending 90:8,8
senior 16:1 31:14
    56:18 154:6
sensitive 151:13
sent 9:24 42:17
    42:17 52:6,6
    63:14 88:8
    90:12,22,22
    107:11 120:19
    121:2 177:12
    178:7
sentence 56:8
    69:20 149:12
sentenced
    55:12 69:19
    142:2
separate 144:9
    144:19,19
    145:9 147:16
separation
    42:20 43:6
September
    23:15,16,17
    92:22 94:12
    116:15 177:21
    177:24 187:6
    220:3,4
serious 125:7
seriously 149:14
servant 170:5
    170:25 171:2
serve 56:7,19
    111:1 118:11
    129:19 150:15
    173:10
served 122:8
    208:24
    209:17
server 208:25
service 20:4
    33:14 135:6,10

135:15 189:3
services 104:12
    151:8,14
    159:10 222:1
sessions 136:21
set 24:1 36:7
    42:16,19 51:17
    221:16
setup 120:16
    131:8
sev- 62:7
seven 10:3
    47:10 61:8,8
    151:5 189:7
sever 15:22
severe 13:19
sex 67:13,14,24
    67:24
sexual 67:13
shaking 50:13
share 97:19
    138:20 207:21
    210:8,13,16,24
Shawn 51:16
she'd 201:23
    205:25
SHEET 223:1
sheets 222:13
    222:15,17
shenanigan
    184:25
Sherry-Nethe...
    79:21 85:5
shift 153:13
short 10:14
    39:13 209:22
short-fuse
    98:10
shortage 13:19
shorthand 4:7
    221:5,11
shortly 137:4
show 7:15
    22:23 32:10,11
    32:15,18
    36:22 47:20
    47:21 84:16

93:7 106:5
134:25 144:24
150:4 163:17
163:20 164:13
165:18 189:4,11
showed 165:14
195:18
showing 136:21
shown 165:25
shows 20:24
149:5
Shune 36:23
sic 41:23 66:17
113:5 199:24
209:5
sick 6:5 203:8
side 52:7
sign 6:25 7:1,2
7:8 103:8
222:15
Signal 159:11,13
159:14
signature
222:13,15,17
223:25
signed 177:6
silence 149:18
silly 13:18
similar 147:4
162:12 167:19
simple 38:13
102:23 178:12
183:2
simply 39:5
53:25 161:3
Sincerely
222:19
single 34:22
58:9
sister 73:2
sisters 61:9
sit 11:10 164:10
170:21 180:24
sit-down 35:15
site 114:19
sitting 156:23
situation 130:19

six 36:6 165:19
six-page 166:1
six-split-story
119:11
skip 35:6
slayers 153:25
154:3
slept 170:2
Slovakia 188:14
slowly 165:25
small 18:1 99:14
99:14 126:17
200:11,11
204:7
smoking 136:22
smuggling 44:7
44:7 46:11,11
social 33:24,25
34:7 109:19
140:9,10,16,20
211:14
Societies 97:15
Society 23:14
23:19,20 24:7
25:12 27:13
82:10 83:21
97:20 101:21
102:11,19 113:8
120:7 124:19
126:8,19
129:11 130:12
130:17 148:25
149:6 173:20
173:25 174:10
174:23 175:3
175:11 176:22
177:10,14,18
187:6 217:4,5
217:6,8,13,23
218:3,17
219:10 220:10
sociology 19:21
solidarity 146:11
Solzhenitsyn
172:24
somebody
33:15 78:5

88:19,20
122:14 126:24
131:18 145:9
163:1 187:3
211:15 212:24
215:21
someone's
184:22
someplace
119:11
somewhat
129:22
son 71:16 72:11
72:13 75:8,9
soon 124:3
sorry 12:3 16:14
19:22 22:15
24:9,25 25:9
25:13 29:23
32:12 33:12
36:23 38:12
44:19 45:16
64:25 66:5
67:5 68:7
70:23 77:5
81:21 84:13
97:19 101:16
110:6 117:7,25
122:17 125:18
157:2,5 184:11
186:8 196:24
197:7,7 198:8
200:13 204:7
211:16 215:10
218:12
sort 14:25 21:8
28:22 30:18
59:15 61:16
100:24 113:11
154:25,25
163:5 186:12
189:15 199:6
202:3,16
205:5
sorted 160:9
soul 84:12
98:23

sounds 19:23
24:10 43:12
50:21 64:2
73:19 86:18
117:23 141:12
200:14
soup 36:19,22
source 58:9
63:23 115:2
178:16
sources 60:1
114:24 115:1,15
128:12 185:22
185:24
South 8:4
SOUTHERN 1:1
Sovereign
82:23 83:6
Soviet 143:13
172:14,23,25
201:6 206:11
206:12
space 120:22
172:17
speak 22:11
27:21 76:3
80:4 96:8
117:3,11,14
131:17 162:11
205:5
speaker 117:22
speakers 117:10
speaking
109:20 117:5
117:18 167:3
186:2,6,15
speaks 130:18
162:11
special 83:22
specific 19:13
162:18 195:5
212:23
specifically
43:6,24 44:6
52:20 217:13
speculation
212:21

speech 95:15
95:18 149:18
201:5
speeches 200:1
spell 45:13
68:16 152:6
spelled 12:7
21:25 45:16
85:14
spend 55:14
146:18
spent 15:13
17:22 63:10
94:16 204:17
spies 190:16
split 24:4,5
spoke 38:20
41:3,6 51:9
80:4 94:14,15
94:25 111:25
113:5 128:10
spoken 52:11
52:23 53:3
139:23 145:14
161:20 201:9
Spring 44:14,15
45:21 100:7
119:17
spy 190:15,15
SS 221:3
staff 106:7
stand 187:12
standard 117:22
189:9,10
standing 50:13
103:8 156:6
start 56:20
58:25 103:7
217:13
started 31:12
33:25 53:7
55:21 56:20
179:18 180:18
182:1
starts 161:12
state 4:8 16:5
37:15,22 56:6

66:19 71:4
75:15 115:2,2
221:2,6,23
224:1
**statement** 73:13
147:16,19,23
148:4,5,21,24
149:3 178:8,13
185:19,21
**statements**
58:12 167:19
**states** 1:1 8:6
9:12,15 15:18
15:22 16:11
21:3 31:18
32:13 74:20
74:25 75:19
75:23 76:5
77:16 95:13
128:21 129:7
144:2 146:20
153:17 156:14
171:18 180:21
194:20 216:3
**status** 163:1
**stay** 10:13 158:5
**stayed** 153:2
204:22
**Stephen** 23:2
24:9
**Steve** 23:22
49:2,23 50:9
50:13 79:1,5
98:19,22
133:25 174:5
**Steven** 2:14 5:1
**stick** 99:20
172:23
**STIPULATED**
4:2,10
**Stipulations** 3:3
**stole** 178:21
183:7 212:5,9
212:11,15,17
**stolen** 88:9
179:24
**stomach** 36:18

36:18
**stop** 9:25 11:1
21:23 22:5
30:3,20,20
31:21 34:14
44:24 46:18
49:7 50:17,17
68:9 88:13
89:2 95:12
130:2 144:13
150:19 188:16
215:6 217:3
**stopped** 16:25
49:9 164:17
**stories** 18:25
19:3 106:9,24
142:11,12 212:9
**story** 31:6,7,12
42:3 91:10,11
144:6 145:5,21
145:24
**stra-** 199:6
**straighten**
120:18
**straightforward**
33:18
**strange** 24:17
138:15 144:25
145:4,5 184:17
199:6
**Strategic** 1:7
5:13,23 43:19
48:14 52:1,2
52:12 53:4
54:14 198:13
201:11 222:8
223:3
**strategy**
200:24
**stream** 34:2
**streaming** 34:1
**Street** 2:5,10
83:13 119:13
182:8 183:19
185:14 222:6
222:18
**strengthen**

172:19
**strike** 35:8
69:14 93:15
121:16 128:7
142:21
**string** 160:24
**student** 55:18
59:10
**students** 18:2
**studied** 13:11,11
13:11
**studio** 119:20
120:20,22
**study** 9:15,19
154:1
**stuff** 11:17 72:8
77:18 84:8
89:15 99:15
103:24 182:6
210:3
**subject** 48:18
52:22 113:11
141:16,21,22
208:10
**subjects** 141:18
**submission**
168:3
**submit** 103:10
**submitted**
103:20 148:12
**subpoena** 3:13
4:9 7:19 29:9
**subscribe**
224:11
**substance**
224:8
**substantiating**
85:8
**successfully**
107:8
**suddenly** 102:17
144:5 149:25
152:14
**sued** 88:25
141:3 201:16
201:23 202:8
202:9

**suffer** 197:23
**suffered** 197:10
197:18 213:13
**suffering** 197:9
**sufficient** 86:9
**suggest** 111:5
187:11 192:9
**suggested**
136:10 187:9
**suggestions**
187:13
**suing** 26:23
137:8 191:12,13
**Suite** 2:5,10
222:6
**support** 97:7
101:7 175:13,21
179:4,4,12
191:1 193:17
194:15 196:19
214:19,20
**supported**
55:17 59:8
175:12 189:23
190:2,23
191:11,25
216:8
**supporter**
174:24 175:1
175:17 183:21
208:11 212:3,4
**supporters**
172:4,8 173:8
173:12
**supporting**
177:1 179:19
193:13 195:20
196:13
**supportive**
180:10 181:7
192:23 193:1
210:17
**supports** 184:1
214:18
**supposed**
110:19 146:25
**suppressing**

63:18
**sure** 7:6 8:17
19:8 22:16
38:9 43:1 46:6
72:17 77:5
78:15 79:11
83:6 89:22
161:12,17 164:8
170:13 183:17
187:2 190:18
194:21 207:14
211:22
**surprised** 118:3
118:8 167:22
202:17
**surveillance**
10:24 11:8,18
158:11,24
**survey** 20:24
**survivor** 36:19
**suspect** 175:13
**suspended**
69:19,20
**swear** 5:16 6:16
**swindle** 147:13
**swindled** 48:20
**swindling**
55:25
**switch** 29:15
**switching** 130:4
**sworn** 5:19
221:8
**system** 47:8,8
77:3 179:5
214:23

---

**T**

**T** 3:1,1 4:1,1 221:1
221:1
**t-a-o** 63:2
**taint** 83:2,10,24
194:22
**tainted** 125:17
127:25 158:8
**taints** 84:11
**take** 18:5 19:20
20:14 34:16

SASHA GONG 11/26/2019

53:14 73:15
73:20 83:25
84:10 101:10
102:25 130:21
138:23 145:10
145:11 149:14
152:19 175:8
184:12 190:17
**taken** 1:14 4:5
84:4 221:11,12
222:12 223:3
**takeover** 86:1
86:13
**talk** 29:20
34:12,13 36:12
51:7,8,13,15
71:11,12 81:4,5
92:13 93:9
96:25 97:22
98:16,17 101:4
101:4 115:25
116:3,6 129:21
132:10,22
134:17 138:3
140:7,10 141:14
142:22 145:13
147:1 149:20
149:23 169:18
170:8,22
178:6 182:5
187:12 195:1
199:1 201:17,19
202:21 203:1
204:12 205:2
206:21,23
208:2,7
209:20 211:11
**talked** 42:7,18
71:9 80:2
97:24 101:5
108:1,6 128:15
198:25
204:24 215:21
218:10
**talking** 27:18
30:15 43:1
51:5 54:4

74:10 94:1,6
97:4 108:2
128:4 135:24
137:23 148:19
166:21 201:12
**talks** 82:19
**tape** 67:14,24
67:25 68:1,3
69:16 96:5,5
97:3 163:7
**tapes** 162:12
163:2
**target** 14:20
76:16
**targeted** 75:16
198:7
**taxpayer-fund...**
21:11,12
**Tea** 50:1
**teach** 20:1
**teacher** 117:23
**team** 36:6,6
151:5 168:4
189:7
**tech** 135:5
**technical** 22:9
**Technology**
114:21,22
**Teflon** 141:11,15
**Teflon's** 141:11
**telephone**
203:12
**tell** 9:17 12:12
19:3 20:25
21:4,5 29:21
37:5,10 39:10
40:3 43:5 48:1
54:3 59:5
61:19,20,24
64:11,12,16
66:11 67:3,18
68:24 69:7,15
69:22 70:13
71:5,10 72:19
74:15,22,24
75:5,12,18
76:21 77:9,14

89:3,11 91:3
94:13,14 95:2
103:15 109:21
110:12 111:11
115:8 125:10
134:20 136:19
140:2 143:5,7
143:16 145:20
150:25 154:17
190:21,24,24
191:3 194:23
195:12 201:22
201:24 202:1
202:2,13
205:7,11,20
205:25 216:19
**teller** 21:6
**telling** 20:21
22:13 71:24
115:13 125:12
126:4 170:17
**temperament**
98:9
**ten** 13:2,2,3
73:17 75:8
135:2
**ten-minute**
73:23
**ten/ten** 13:3
**tendency** 156:7
**tendering**
123:10
**term** 141:11 154:1
212:23,25
**terms** 198:22
199:13
**Teske** 28:16
**testi-** 122:13
**testified** 15:18
35:9 102:4
112:10 114:10
173:19 176:22
180:8
**testify** 7:20 15:4
27:5,15 47:12
63:23 72:7
114:25 119:14

188:7 208:23
221:8
**testifying** 29:17
57:7 59:20
123:5
**testimony** 19:7
29:7 57:15
59:16 60:5
78:11 84:25
93:14 99:12
115:10 123:21
123:22 127:6
136:7 142:18
162:5 165:10
176:10 177:17
188:6 202:19
203:2 204:9
204:25 206:1
207:8,10,11,20
208:3 209:13
211:21 212:1
217:7 218:1
219:8,8,12
**textbook** 18:2
**texts** 29:4,5
**thank** 7:9,23
19:7,7 53:20
58:10 65:4
99:11,11 115:18
130:14
**themself** 198:7
215:14
**theory** 172:15
**thereon** 224:10
**thick** 37:15,22
38:2,4,5 49:10
**thing** 16:10
24:17 33:17
51:11 61:11 72:9
77:20 103:6,6
115:1,8 120:22
144:25 145:5
147:9 148:9,15
152:22 153:17
179:21 191:6
194:22
**thing's** 206:10

**things** 10:22
34:1,12,13
39:20 58:24
59:2,3,20
72:7 77:1 83:5
89:17 95:9
96:9 98:24
99:2 108:8,23
109:1 115:12,13
115:15,16
128:8 131:8,9
134:21 137:23
138:6,6 146:5
156:7 169:2
177:13 184:21
188:24 197:14
206:9
**think** 6:15,17 7:2
15:3,18 17:1
18:10,10 20:4
22:12,21 28:7
40:7,10 41:13
43:25 45:11
48:23,23,24
50:1,5,15 52:5
52:8,19 53:7
54:8,25 65:15
68:13 71:10
72:10 74:18
78:3 79:8,12
80:13,22 81:8
88:8 89:4
95:8 96:3,7
97:9,14,25
98:8,15 99:3
100:22 102:18
107:10 111:18
113:1 114:5,10
116:14 117:21
119:25 123:6
125:15 129:8
130:16 133:7
133:20 134:6
137:18 138:24
150:15,16
154:5 155:19
156:21 158:23

158:25 159:1
163:14,21
165:15 166:4
167:7,10
168:24 173:19
174:19 177:6,11
177:13,15
178:12 180:14
180:16,20
181:9,11,25
184:16 189:2
190:5 195:16
197:25 198:3
198:5,6 200:4
201:5 202:11
206:19,19
207:9 208:12
208:12,14
209:25
210:10,20,20
211:5,14 212:1
214:9 218:4
219:22 220:3
**thinking** 43:9
77:21 152:18
184:24 187:12
206:20 220:6
**thinks** 75:15
**third** 9:25
185:24 220:5
**Thor-** 94:4
**Thornton** 50:15
50:16 51:3,8
92:24 93:1,2
93:12,16,17,20
93:21,25 94:1
94:4,6
**thought** 26:21
26:23 27:13
27:14,14,16
33:21 37:7
40:7 76:16,22
77:1,9 82:22
97:8 120:21
130:16 131:4
145:7,12 146:1
150:15 162:23

174:2 176:10
176:14,18
178:10,18
180:8,10 181:6
181:23 182:3
191:12 196:13
202:8,23
205:10,18
**thousand** 194:1
**threat** 83:15
137:10
**threaten** 149:10
**threatened**
83:14
**threatening**
185:1
**threats** 139:12
**three** 12:25
13:20 18:13
20:23 32:25
33:23 34:3
35:18 49:10
53:18 55:12
61:4 68:4,22
69:9 86:23
94:25 104:24
114:14 135:1
211:8
**three-hour** 95:5
**three-minute**
160:19
**three-year** 56:7
**thrilled** 212:13
**Tiananmen** 16:4
55:18 59:8,10
62:23 63:4
**ties** 15:22
**time** 4:13,14,15
5:8,15 10:15
12:5,24 13:17
14:6,23 15:14
26:22 32:11
33:6,25 34:2
35:17,19 39:3
41:2,5,7,7,7
42:8,9 43:20
49:12 50:6

51:17 54:18,20
55:14 57:14
58:25 60:20
61:25 62:1,6
63:12,21 66:18
72:15 74:1,8,16
81:17 86:9
98:12,13
100:21 110:8
112:4 116:15
127:11 128:9,11
128:15,16
129:8 132:10
132:16 139:5
139:10,25,25
140:20,20,21
140:21 151:10
169:5 174:22
175:2,10 176:4
176:9,13,14,17
177:4 178:2,15
179:16,17 181:4
182:3,5,15
183:19 184:4,11
191:20 197:1
200:1 203:5
211:9,11 213:1
217:11 219:4
220:2,8,19
**timeline** 85:2
**times** 10:11 15:13
18:5 20:24
37:12,13
39:22 41:5,16
41:19,25 62:17
65:8 68:4
76:14 86:22
92:9,20 94:3
98:5 99:6
106:15 114:13
114:14 127:10
135:15 137:12
161:21 162:15
165:19 178:4
195:14 196:3
211:2
**tip** 75:9

**tired** 203:8
**today** 7:20,24
25:3 28:6,14
60:3 81:23
105:3 134:25
146:10 151:7
164:25 167:23
173:4 183:6
202:19 210:5
**today's** 5:7
220:17
**Toisanese**
117:15
**tol-** 71:5
**told** 13:1 27:6
29:11,12 39:10
43:6 56:4,5,5
56:6,23 57:9
58:24 59:2,3
60:10 64:3,7,7
64:8 65:23
66:8,11,25
67:20,22
68:22 69:1,8
75:7,21 81:5,8
83:25 84:15
87:18,24
93:24 94:19
96:24 98:25
110:8 115:16
120:6,8 121:1
128:8 129:22
132:6 133:22
134:22 136:20
137:6,7 138:7
149:23 150:2
169:25 170:3
190:1 192:5
197:8,17
198:23,24,25
199:15 210:20
216:11 217:1,2
**tolerant** 196:17
**top** 13:2,3 47:7
87:5 93:6
120:1,11 144:7
155:17,17

169:19 170:5
181:18
**topic** 46:24
69:12 99:20
106:1 114:6
**topics** 43:14
46:7,19,25
47:22 149:16
**total** 168:3
171:24 211:6,9
**totally** 121:6
168:13 192:12
**touch** 141:16,16
141:21 142:9,10
158:6
**touched** 141:17
**tough** 141:18
**Trade** 13:12
**trademark**
70:15
**trailers** 195:18
**training** 17:10
129:16
**trans-** 160:17
**transaction**
86:5
**transcribed**
163:23 164:15
221:11
**transcribing**
6:13
**transcript** 6:11
7:6 45:6 58:11
111:7,12 222:15
**transcription**
159:24
**transfer** 85:4
124:7
**translate** 166:17
**translating**
205:6
**translation**
160:24 168:13
**translations**
160:17
**traveling** 146:10
187:20,22

188:8
treated 197:25
198:3
trial 4:13 59:24
72:12
Triangle 13:12
tried 10:18 48:12
61:22,22
65:18 73:5
77:15 133:18
136:8 150:17
trip 92:3,17,21
92:23,25
94:11 96:20
151:1,2,3
Trisulti 146:13
192:20
trolls 148:5
trouble 77:18
135:9 137:22
trow 148:10
truck 73:7
trucks 47:10
true 33:8 113:14
126:6 134:24
144:22 177:4
182:20 183:1
184:14 185:19
185:21 187:9
195:10 219:20
224:9,13
Trump 87:17
97:2,9
Truong 36:16
truth 20:22 21:5
21:5 22:12,13
114:25 205:17
205:19 221:8
221:8,9
truthful 185:11
try 13:22 19:8,11
19:11 50:19
59:23 60:3,3
68:14 72:23
115:12,17 123:3
123:22 127:15
131:23 135:8

150:6 159:10
160:5 185:10
191:22 208:6
210:14 213:5,5
trying 90:16
150:9,10 159:9
168:18 181:1
182:6 194:16
200:13 212:8
Tuesday 5:7
turn 22:14 104:7
160:1
turns 175:8
TV 34:2,5
Tweet 52:6
208:6,8
Tweets 208:5
Twitter 84:20
two 11:9,10
23:13 24:5,24
26:24 32:21
34:5,8 42:7
45:18 48:19
48:20 53:19
56:1 62:8,12
83:5 94:19
104:24 114:14
114:24 115:1,8
116:25 120:24
125:13 145:2
146:19 148:10
148:10 164:20
176:25 188:17
198:16 219:17
type 61:17
142:18
typically 140:3
140:5

―――――――
U
―――――――
U 4:1 15:5
U.S 17:5,8 22:18
23:8 48:3
75:5 95:4
96:12 112:9
133:4 139:13
139:17 140:3

144:24 153:18
157:16 158:9
159:4 171:20
189:3 190:17
191:18,19
U.S./China
133:4
UAE 87:6 91:21
UCLA 20:1
uh-huh 34:15
54:6 66:24
67:7 68:8,10
88:15 98:2
99:21 103:14
111:8 130:3,6
136:6 153:15
160:3 170:15
171:7 189:13
190:20 211:24
Ukraine 187:23
187:24
uncomfortable
52:10 178:6
218:7
under- 113:24
underground
10:6,18 15:11,14
understand 8:9
8:24 9:2,8,11
23:2 25:5
34:20 39:12
43:1,10 45:7
53:23 58:12
59:25 60:4
75:25 77:6,19
82:4 89:23
99:24 113:24
130:19 136:7
156:7 170:16
178:25 179:11
179:11 189:18
196:22 202:4
205:15
understanding
26:22 27:13
57:14 60:14
61:3,16,19

84:2 113:22
173:23 174:14
177:20 183:18
191:9,14,24
192:2,14,17
193:16 197:4
understood
164:12 211:23
undertaken
112:19
uneasy 98:21
unfortunately
18:11
Union 143:13
172:14,23
201:6 206:11
206:12
United 1:1 8:5
9:12,15 15:18
15:22 16:11
21:3 74:20,25
75:19 76:4
77:16 86:12
95:13 128:21
129:7 146:20
153:17 156:14
171:18 180:21
194:20 216:3
university 13:5
13:8,9,16 14:6
14:23 37:25
114:23
unpack 78:15,18
unprecedented
212:8
unreasonable
157:19
unusual 33:13
upbringing
54:11,23
upset 187:20
use 17:25 18:2
54:18 84:7,7
125:25 154:1
159:10 202:25
usual 95:4
usually 14:14

96:8

―――――――
V
―――――――
v 222:8 223:2
V- 136:14
validate/subs...
127:16
value 98:23
99:13,23
100:3,20
102:11 108:23
values 21:5
various 54:7
veered 165:9
vein 124:4
venture 23:4
156:11
verbatim 194:4
verify 34:12,13
73:9 87:22
version 55:15
55:16,16
versions 54:25
55:4
versus 5:13 52:1
57:8 137:24
137:24,25
vice 65:20
92:11
vice-chair 89:6
vice-chairman
94:20
vice-mayor
65:5,13,19,20
67:11 92:10
vice-presi-
92:11
video 74:7
92:12 139:9
159:25 160:10
161:4,5,9,15
163:22 164:15
164:16 166:17
167:2,3 184:11
videographer
2:14 5:1,2
73:25 74:3,6

SASHA GONG  11/26/2019

139:4,8
220:15,17
**videotaped** 1:13
4:4 220:18
221:10
**view** 76:18
98:12 113:17,19
182:24 183:20
184:1,5 212:2
214:25
**views** 140:3
**village** 55:3
**violating** 124:24
**violence** 149:10
**Virginia** 8:5
17:21
**visa** 188:1,4
189:6
**Vision** 1:7 5:13
5:23 43:19
48:14 52:2,12
53:4 54:14
198:13 201:11
222:8 223:3
**visit** 42:15
**visited** 70:20
**visiting** 14:2
**VOA** 37:9 105:11
105:11
**voice** 20:10,13
21:1,2,14 29:18
34:16 39:21
40:2,3,9 41:3
100:13 106:21
128:22 148:1
161:23 162:1,2
162:10 167:6
182:9 185:1
**voices** 159:20
**volume** 161:13
**VPN** 135:2,2,6
135:10,13,14
136:9
**VPNs** 135:5,5
135:12
**vs** 1:6

**W**

**W-a-n-g** 28:11
31:16 63:1
94:22 194:7
**W-e-i** 63:9
**W-e-n-g-u-i**
21:24
**wait** 24:11 30:3
30:20 50:17
66:13,23
88:16,16
101:16,16
103:13 104:3,3
105:16 106:17
123:9 130:2
147:15
**waiver** 113:12,19
**waiving** 114:3
**wake** 59:6
**walked** 79:17
**Wall** 83:13
182:8 183:19
185:14
**Waller** 2:16
133:13,14
199:20,23
200:9,10,20
201:12 206:4
206:6,6,16
207:6,22
208:6,9
209:2,4
**Waller's** 201:5
**Wallop** 2:16
133:15 200:14
201:9,14,14
202:18
203:25 204:6
204:10,21
205:7,20
207:21 208:13
**Wallup** 199:16
199:23,24
207:7 208:9
**Wang** 28:9
31:15,15,21

32:5 33:3,3,9
36:5,11,21
62:25 63:1,3
63:6,6 79:8
92:10,11 94:21
94:22 95:6
95:24 96:2
113:4 114:11
116:4,6,20
163:2 169:23
194:4,5,7,10,11
**Wang's** 113:7
116:1
**want** 12:17 17:19
19:11 24:19
25:25 26:4
27:4,6 32:7
32:22,24,24
40:11 42:25
45:2 46:5,19
50:19 51:12,15
51:16 52:9
57:12,12 58:5
81:4 101:25
113:9 114:2
121:5 125:23
130:8 131:25
134:6 138:1,16
141:16 145:8
146:12 147:1
149:25 163:8
163:8 169:7
181:19 183:17
187:1 188:1,2
192:4 195:14
196:20 198:25
201:20,25
204:18
206:24
207:17,18
211:22 219:21
**wanted** 37:6
76:16 150:1
**wants** 42:4,16
61:17 112:11
129:20 184:2
192:20 211:12

**warrant** 184:13
184:18,20
185:16 186:1
**was-** 47:11
**Washington**
1:16 4:6 5:10
41:16,17 50:8
81:2 83:13
86:22 221:13
**wasn't** 38:25
42:23 43:4
47:11 77:8
162:22 192:13
**waste** 43:19
**wasting** 54:20
**watch** 83:23
95:9 129:22
134:16 176:6
**Watching** 11:15
**way** 8:21 12:9
16:1 19:15
34:10 40:7
56:25 57:5
57:25 58:1,4
63:6 73:8
87:22 90:18
95:11 105:10
118:5 125:8,9
133:5 140:1
151:17 155:12
158:8 159:13
162:10,11,16
167:1 168:25
170:1,21,21,22
172:10 178:23
179:2 191:22
193:12 196:22
**ways** 83:19
151:18 178:20
190:15
**we'll** 6:9 22:15
46:5,19 49:22
53:14 59:14,14
59:21,22
69:12 83:7,8,8
101:9 115:17
124:2 150:20

174:8 209:4
**we're** 19:6,8,10
46:8 52:19
53:15,15,15
59:24,25 60:1
60:2 123:24
130:4,4,4
138:24 160:14
161:5 170:12,12
172:15 208:19
208:19 213:11
**we've** 34:21
53:6 121:15
138:6 159:24
163:23
**wealth** 61:21
74:16 136:21
**wearing** 25:4
**website** 109:10
**week** 209:18
220:4
**weeks** 132:20
203:24
**Wei** 63:8,9
**Wei's** 63:13
**welcome**
179:25 180:20
180:21 186:20
189:4
**well-known**
152:5
**Wengui** 21:23
21:24 23:23
24:1 29:18
61:16
**went** 11:17 13:5
13:10 15:5 20:1
20:6 29:25
30:4 37:25
51:7,8 65:24
66:16 68:1
72:10 78:2,3
79:14 87:19
89:10 93:4
95:13 96:22
114:18 119:15
144:6 146:19

SASHA GONG  11/26/2019

152:22 165:9
176:5 189:2
196:3,24
199:24,25
204:15
what- 207:24
Whats 159:14
WhatsApp
159:11,12,12
WHEREOF
221:16
white 20:18
83:23 87:18
92:5
wife 69:2 197:8
199:3
William 78:3,20
78:20 80:1
81:12 82:19,20
91:20 104:20
107:16 108:11
121:18 124:8,13
willing 138:20
Wilmington 2:6
win 102:24
wise 97:10
wit 5:20
wit- 85:7
witness 5:17
6:17,22 7:9
16:14 21:20
24:23,23,25
25:4 37:4,17
38:9 42:12
43:21 44:12,17
53:17 55:25
57:7,16,18,21
59:16 60:12,18
67:22 69:25
70:2,5,7,20
71:8 72:5,23
73:2,22,24
74:14 76:7,25
77:12 84:19
85:9 86:8,18
88:4,6 89:13
90:3 91:7,17

91:25 93:15
94:18 95:8
100:1 102:13
104:15 106:12
108:25 109:4
110:2,7 112:12
112:22 113:21
116:20,23
117:21 118:7
119:19 120:5
121:21 122:1,14
122:17,18,20
122:23,25
123:2,6,10,19
124:11 126:7,10
132:9 135:20
137:23 138:3
138:25 139:19
140:7,18 141:2
142:22 143:3
147:7 149:20
151:10,16
153:9,20
155:7,25
156:16 157:18
157:25 158:15
158:22 159:6
160:3 161:15
162:5,8 164:3
164:4,9,16
165:10,23
166:9,11,24
167:5,25
168:15 171:5,7
183:25 186:6
186:10,25
189:11 193:4,7
196:15 208:21
212:22 220:12
220:14 221:16
222:14 223:2
223:25
witness's 57:15
60:5 84:25
witnessed
108:22 147:3
witnesses

163:24
woman 20:16
56:15,18
67:24
woman's 56:14
wonder 98:22
99:3 137:12
wondering
63:21 181:13
Wong 194:4
word 27:2
109:12 125:25
141:12 211:14
words 117:4
131:5 169:1
170:8
work 10:1,2,24
11:9,10 12:5
17:18 20:6
41:19,25
43:22,25
59:17 60:16
70:18 72:3
78:6,7 93:2
97:11 103:8
106:3 120:8
121:22 122:5
124:14 132:2
150:1,7 151:19
151:22 168:4
169:5,8 172:3
172:11 173:3
178:23 179:1
196:23 210:23
214:5,5,5,10
worked 23:13
worker 10:3
working 30:9
132:6 172:12
works 31:5 119:7
121:18 132:2
137:2 141:23
159:15
world 21:4 48:7
69:8 76:1
145:25 155:17
156:10

worldwide
75:22
worry 83:16
101:13 127:20
156:17
worst 170:24,24
write 17:10
41:25 90:24
180:24
writer 17:10
writing 7:16
17:22 207:21
written 18:5,9
40:18 167:14
207:7
wrong 120:23
135:11 172:13
wrote 9:20
10:16 13:13
16:3 17:16
18:22 86:20
90:13,14
106:12,16,20
107:4,9,10
127:24 146:8
146:9 166:14
182:8,12

───────────
          X
───────────
X-i 12:1
X-i-a-o-p-i-n-g
116:19 164:24
X-i-a-o-z-h-e-...
152:8
Xi 11:25 12:1,10
12:11,16 76:15
76:17,22 77:9
169:19 179:20
Xiaoping 116:18
116:19 164:23
164:24 165:1
Xioaping 165:4

───────────
          Y
───────────
Y-o-n-g-k-a-n-g
47:4
Y-o-n-g-q-i-n-g

69:4
Y-u 77:23
Y-u-e 62:15
yeah 6:1,2 8:20
11:20 20:8
23:13 24:10
25:3 30:22
35:13 44:13
45:1 46:10
54:2,9 67:22
76:10 77:12
99:1,9 106:16
106:19 109:12
112:12 113:21
120:5 122:20
126:23 138:18
143:22 149:12
149:20 156:5
162:25 163:25
171:5 180:4
183:25 187:11
189:20 190:5
190:20 191:23
192:24 193:4
194:17 195:15
196:7 200:6
201:12 206:17
207:1,3,5
209:1,6
212:22
year 10:14,14
14:2 16:2,2
17:22 22:21
23:16,17 48:21
48:25 55:13
56:19 67:12
73:14 76:8
88:7 110:19
125:2 127:12
129:13,17
130:21 131:13
143:11 177:19
177:22 187:6
195:24 196:10
200:4,5,17
year's 128:13
years 10:1,3 12:4

SASHA GONG  11/26/2019

| | | | | |
|---|---|---|---|---|
| 12:19,21,25 | Z-h-o-u 47:4 | **11:03** 74:5,8 | **1991** 56:9,11 | **2018** 21:17 |
| 13:21 14:14 | 152:7 | **1100** 2:10 222:6 | **1995** 19:22 | 48:16 50:6,22 |
| 15:25 20:2,23 | **zero** 127:2 | **12** 12:19,21 | **19th** 128:25 | 62:7 76:9 78:1 |
| 30:15,16 31:17 | **Zhang** 62:14,14 | 168:6 | | 78:23 80:21 |
| 51:22 52:17 | 62:16,17,18,19 | **12:28** 139:5,7 | **2** | 87:12 94:10 |
| 55:13 56:18 | 62:20,21 63:5 | **12:43** 139:7,10 | **2** 74:6 120:19 | 128:14 129:2 |
| 62:25 63:10 | 63:12,15,16,22 | **13** 52:20 | 139:5 | 129:12 131:13 |
| 93:3 104:24 | 64:11 | **1313** 2:5 | **2-** 46:11 | 177:3 181:25 |
| 116:10 140:9 | **Zhang's** 64:16 | **1401** 8:5 | **2:23** 220:20,21 | 216:20 |
| 140:18 144:3 | 64:19 | **15** 30:15,16 | **20** 13:11 23:21 | **2019** 1:17 4:6 |
| 150:8 171:18 | **Zhengsheng** | **150,000** 120:25 | 50:14 77:25 | 5:8 177:7,16 |
| 171:20 172:1,14 | 122:2 | **1506** 221:23 | 78:23 129:4 | 218:18 219:11 |
| 201:8 | **Zhihua** 64:23 | **16** 12:4 38:23 | 136:15 224:15 | 221:12,18 |
| **Yep** 180:12 | 64:24 67:11 | **1608** 222:17 | **200,000** 13:1 | 222:3,12 |
| **yesterday** 25:21 | **Zhihua's** 131:22 | **162** 119:13 | 101:15 | 223:3 |
| 25:23 | **Zhongnanhai** | **17** 29:22,23 | **2000** 19:21 | **20th** 128:14 |
| **Yin** 79:7 | 68:2 216:18 | 116:10 184:15 | 30:14 62:7 | **22** 20:24 56:7 |
| **Yon** 114:11 | **Zhongxun** 11:25 | **171** 3:5 | **2000-** 11:22 | **22041** 8:5 |
| **Yongkang** 47:3 | 12:10 | **1775** 5:9 | 177:11 | **221** 3:6 |
| **Yongqing** 69:3 | **Zhou** 47:3 | **17th** 35:10,17 | **20006** 5:11 | **24th** 80:22 |
| **York** 1:1 15:9 | 152:4,11,11,15 | 181:5 185:15 | **2001** 9:16 | **25** 144:3 |
| 36:2,3 79:18 | 152:18,19 | **18** 53:19 63:10 | **2003** 65:14 | **25th** 80:22 |
| 79:19 85:4 | | **18-cv-2185** 5:12 | **2009** 17:19 | **26** 1:17 4:6 |
| **young** 14:15,16 | **0** | **18-cv-2185(JG...** | **2010** 50:1 | 221:12 222:12 |
| 14:16 213:11,11 | | 1:6 | **2011** 20:9 | 223:3 |
| **Youth** 14:16 | **1** | **180,000** 110:9 | **2012** 52:20 | **26th** 5:7 |
| **YouTube** 136:14 | **1** 3:13 7:10,17 | 110:13 | **2014** 75:1,3,3 | **2700** 2:10 |
| 162:20 | 74:3 159:25 | **18th** 10:4 39:19 | **2015** 30:6,24 | 222:6 |
| **Yu** 77:22 78:20 | 160:10 161:4,5 | **19** 15:19 22:3 | 31:9 85:5 | **28** 38:3 |
| 80:1,1,6 | 161:9,15 167:3 | 29:23 30:6 | 86:2 | **28th** 55:12,19 |
| **Yu's** 78:2 | **1,200** 168:6 | 63:10 | **2016** 18:14 30:6 | 55:22 |
| **yuan** 55:25 | **1.4** 194:3 | **1942** 21:3 | 30:24 31:10,11 | |
| 168:7 | **10** 125:15 144:9 | **1956** 9:14 | 31:12 176:5 | **3** |
| **Yue** 62:14,15,18 | 145:6,7,9 | **1965** 9:23 | 180:17 | **3** 86:12,19,24 |
| 63:12 64:11 | **10,000** 136:12 | **1970-** 12:20 | **2017** 29:23 | 86:25,25 87:1 |
| **Yung** 114:20 | 136:13 | 29:22 | 31:14 35:10 | 90:7 110:24 |
| **Yvette** 28:9 | **10:44** 74:1,5 | **1974** 10:4 | 43:2,16 46:9 | 112:8,16 118:24 |
| 36:11 79:9,11 | **100** 20:15 24:1 | **1977** 10:12 11:2 | 47:23 48:14 | 139:8 220:18 |
| 79:12 114:11 | 97:7 125:1 | **1978** 10:23 11:3 | 76:12 85:22 | 220:19 |
| 163:2 | 126:3 135:14 | 11:23,24 12:20 | 92:22 94:12 | **30** 51:22 90:6 |
| | 152:15,19 | **1979** 12:23 | 105:3,21 116:9 | 123:23 136:15 |
| **Z** | 153:4 168:6 | **1983** 13:9 55:8 | 116:11,13,14 | 222:17 |
| **Z-h-a-n-g** 62:14 | 193:24,25 | **1986** 13:15,25 | 128:25 162:25 | **300** 88:8 152:15 |
| **Z-h-i-h-u-a** | **100,000** 135:14 | **1987** 9:16,19 | 179:19,19 181:5 | 153:3 |
| 64:24 65:3 | **1099** 111:3 | **1988** 13:25 | 181:11 182:13 | **302)777-6542** |
| **Z-h-o-n-g-x-u-n** | **11** 10:13 11:20 | **1989** 55:12,12 | 182:24 183:20 | 2:6 |
| 12:1 | 18:11 222:3 | **19899** 2:6 | 184:15 | **32** 171:20 |

ALARIS LITIGATION SERVICES

SASHA GONG  11/26/2019

**3713** 8:4

**4**

**4** 3:3 26:12
   103:4,21
   110:24 112:8
   112:16,19 135:2
   135:9,13
   163:22 164:15
   164:16
**40** 56:18 62:25
   135:3,15,16
**45** 15:24 140:18
   150:8 171:18
   172:1
**45th** 16:2
**4th** 55:20,21

**5**

**5** 26:13
**5,000** 110:18
**500,000** 121:2
**501(c)** 101:23
**501(c)(3)** 24:6
**501(c)(4)** 24:7,8
   102:5,8
**501(c)s** 101:25
   101:25
**5100** 2:5
**5th** 119:10

**6**

**6** 26:13
**6:47** 164:18
**62** 119:10
**64105** 2:11
   222:7
**64108** 222:18
**64th** 119:13
**67** 61:5
**68** 61:5

**7**

**7** 3:4,13
**7-** 11:23
**7:15** 29:24
   35:10

**70** 61:5
**70-something...**
   153:1
**76** 10:21
**77** 10:22

**8**

**8,000** 55:25
**8/19** 62:7
**80s** 41:24
**816)256-3181**
   2:11
**87** 15:20,21

**9**

**9** 32:12,12,13,13
**9:00** 32:10
**9:14** 5:8
**990** 111:4
**9th** 221:17