# EXHIBIT G

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ----------------------------------------x
   EASTERN PROFIT CORPORATION LIMITED,
4
         Plaintiff-Counterclaim Defendant,
5
              - against -
6
   STRATEGIC VISION US, LLC,
7
           Defendant-Counterclaim Plaintiff,
8
              - against -
9
   GUO WENGUI a/k/a MILES KWOK,
10
                 Counterclaim Defendant.
11  ----------------------------------------x

12             340 Madison Avenue
            New York, New York
13
            January 31, 2019
14          9:40 a.m.

15

16

17        EXAMINATION BEFORE TRIAL of YVETTE

18  WANG, a 30(b)(6) Witness on behalf of EASTERN

19  PROFIT CORPORATION LIMITED, the

20  Plaintiff-Counterclaim Defendant herein, taken

21  by the Defendant-Counterclaim Plaintiff,

22  pursuant to Court Order, held at the

23  above-mentioned time and place, before Michelle

24  Lemberger, a Notary Public of the State of New

25  York.

January 31, 2019

1

2    A P P E A R A N C E S:

3
     ZEICHNER ELLMAN & KRAUSE, LLP
4    Attorneys for Plaintiff-Counterclaim Defendant
          35 Mason Street
5          Greenwich, Connecticut 06830
     BY:  ZACHARY GRENDI, ESQ.
6

7
     PHILLIPS LYTLE, LLP
8    Attorneys for Defendant-Counterclaim Plaintiff
          340 Madison Avenue, 17th Floor
9          New York, New York 10173
     BY:  JOSEPH SCHMIT, ESQ.
10
          jschmit@phillipslytle.com
11
          HEATHER KIDERA, ESQ.
12

13

14
     HODGSON RUSS, LLP
15   Attorneys for Counterclaim Defendant
          605 Third Avenue, Suite 2300
16         New York, New York 10158
     BY:  ERIN N. TESKE, ESQ.
17

18
     ALSO PRESENT:
19
          French Wallop
20
          Sophia Xie - Mandarin interpreter
21                    (sitting in)

22            *    *    *    *    *

23

24

25

January 31, 2019                                3

1

2        S T I P U L A T I O N S

3

4        IT IS HEREBY STIPULATED AND AGREED by

5   and between the attorneys for the respective

6   parties herein, that filing, sealing and

7   certification be and the same are hereby

8   waived.

9        IT IS FURTHER STIPULATED AND AGREED

10  that all objections, except as to the form of

11  the question shall be reserved to the time of

12  the trial.

13       IT IS FURTHER STIPULATED AND AGREED

14  that the within deposition may be signed and

15  sworn to before any officer authorized to

16  administer an oath, with the same force and

17  effect as if signed and sworn to before the

18  Court and that a copy of this examination

19  shall be furnished without charge to the

20  attorney representing the witness testifying

21  herein.

22

23

24

25

1

2   Y V E T T E   W A N G, having been first duly

3        sworn by a Notary Public of the State

4        of New York, was examined and

5        testified as follows:

6   BY THE REPORTER:

7        Q.  Please state your name for the

8   record.

9        A.  Yvette Wang.

10       Q.  What is your present address?

11       A.  150 East 57th Street, Apartment 22D,

12   New York, New York 10022.

13   EXAMINATION BY

14   MR. SCHMIT:

15       Q.  Good morning.  Could you please

16   state your name for the record?

17       A.  Yvette Wang.

18       Q.  Ms. Wang, my name is Joe Schmit.  We

19   met a moment ago.  I represent defendant and

20   counterclaim plaintiff in this, Strategic

21   Vision U.S. LLC.

22        You're here this morning for your

23   deposition.  Do you recognize that?

24       A.  Yes.

25       Q.  You're here specifically as a

1              Yvette Wang

2    30(b)(6) representative for plaintiff in this

3    action, Eastern Profit Corporation Limited;

4    is that right?

5        A.  Yes.

6        Q.  Has your attorney explained to you

7    what that means, being a 30(b)(6)

8    representative?

9        A.  Yes.

10       Q.  I'm going to ask you a series of

11   questions.  All I ask is that you give me

12   complete and truthful answers; is that all

13   right?

14       A.  Will do.

15       Q.  The most important thing in my book

16   is that you understand the question.

17       A.  Yes.

18       Q.  If at any time you don't understand

19   the question I am asking, just let me know,

20   okay?

21       A.  Yes.

22       Q.  I will do my best to meet your

23   concern.  Okay?

24       A.  Yes, thank you.

25       Q.  There's one thing.  There was a

| 1 | Yvette Wang |
| 2 | little bit of a miscommunication.  We do have |
| 3 | a Mandarin interpreter in the room, but my |
| 4 | understanding is you don't need an |
| 5 | interpreter? |
| 6 | A.  Thank you. |
| 7 | Q.  Is that correct? |
| 8 | A.  I will try my best, it's correct. |
| 9 | Q.  Okay.  If during the morning there |
| 10 | comes a time, because for whatever set of |
| 11 | reasons you want to change your mind, just |
| 12 | let me know.  Okay? |
| 13 | A.  Sure, thank you. |
| 14 | MR. GRENDI:  Just before we get |
| 15 | into it, I just want to put an |
| 16 | objection on the record.  I think |
| 17 | just for clarity and consistency down |
| 18 | the road because I don't want to be |
| 19 | interrupting you all the time, but to |
| 20 | the extent that you're asking |
| 21 | questions that are part of the topics |
| 22 | encompassed in the 30(b)(6) |
| 23 | attachment, obviously the witness |
| 24 | will be answering for the |
| 25 | corporation.  To the extent there are |

```
 1            Yvette Wang

 2      questions being asked outside of

 3      that, the witness will not be

 4      answering for the corporation, will

 5      be answering based on her own

 6      knowledge.  And I may pop in with

 7      that every now and then.

 8  BY MR. SCHMIT:

 9    Q.  Ms. Wang, I'm going to ask you from

10  time to time how you know the answer and just

11  let me know if you've been educated and

12  provided the answer or if it is from your

13  personal knowledge; is that okay?

14    A.  Okay.

15        MR. SCHMIT:  Let's have this

16      marked as Exhibit 1.  If at any time

17      you need a break, just let us know,

18      okay.

19        THE WITNESS:  Sure, thank you.

20        (Whereupon, at this time, the

21      reporter marked the above-mentioned

22      notice of deposition as Wang Exhibit

23      1 for identification.)

24  BY MR. SCHMIT:

25    Q.  Ms. Wang, I'm going to hand you
```

1          Yvette Wang

2   what's been marked for your deposition as

3   Exhibit 1.

4       A.  Thank you.

5       Q.  It is Strategic Vision's notice of

6   30(b)(6) deposition to plaintiff.

7          Do you have that in front of you?

8       A.  Yes.

9       Q.  Have you seen it before?

10      A.  Yes, I did.

11      Q.  If you can turn to the last page,

12   those are the list of topics that have been

13   identified.

14          Do you see that?

15      A.  Yes.

16      Q.  Have you reviewed those topics

17   before?

18      A.  Yes.

19      Q.  Are there any topics there that

20   you're not prepared to testify concerning

21   today?

22      A.  No.  All of them, I'm ready to

23   answer the question.

24      Q.  Eastern Profit Corporation Limited,

25   are you familiar with that entity?

1          Yvette Wang

2     A.  Not too much.

3     Q.  To what extent are you familiar with

4  that entity?

5     A.  No.

6     Q.  You said not too much?

7     A.  Yes.

8     Q.  How are you, if at all, affiliated

9  with Eastern Profit Corporation Limited?

10     A.  I was told this is another party,

11  but I don't know this company at all before

12  this project.

13     Q.  You referred to you were told this

14  is another party.  What do you mean by that?

15     A.  Miles, that is the person who

16  involved in this project as well, and he told

17  me this is another party of the contract.

18     Q.  Miles, who are you referring to?

19     A.  Miles Kwok.

20     Q.  Is he known by any other names?

21     A.  Kwok Ho Wan, I think.

22     Q.  Could you spell that?

23     A.  K-W-O-K, H-O, W-A-N.

24     Q.  How about Guo?

25     A.  Yes.

January 31, 2019                                        10

1          Yvette Wang

2     Q.  How do you spell that?

3     A.  G-U-O.

4     Q.  And is that his first name often?

5     A.  Last name, family name.

6     Q.  So sometimes people refer to him as

7  Mr. Guo?

8     A.  Yes.

9     Q.  If I say Mr. Guo, you'll know who

10  I'm referring to?

11     A.  Yes.

12     Q.  If I say Eastern Profit, will you

13  know that I'm referring to Eastern Profit

14  Corporation Limited?

15     A.  Yes.

16     Q.  So is it Mr. Guo who introduced you

17  to Eastern Profit?

18     A.  Yes.

19     Q.  When did that happen?

20     A.  In December 2017.  No, the contract

21  was signed 2018, right before this contract

22  was signed.

23     Q.  I'll represent to you the contract

24  was signed on January 6, 2018; does that

25  sound about right?

1           Yvette Wang

2       A.  2018.  That's right, December 2017.

3       Q.  So shortly before January you would

4    have been introduced to Eastern Profit?

5       A.  Yes.

6       Q.  What did Mr. Guo tell you about

7    Eastern Profit when he introduced you to that

8    company?

9       A.  He told me this is another party of

10   this contract, and then he gave me the name.

11   And that's it.

12       Q.  When you say "another party of the

13   contract," what are you referring to?

14       A.  Another party.  The client of this

15   contract.

16           MR. SCHMIT:  Just so the record

17       is clear, could I have this marked as

18       Exhibit 2?

19           (Whereupon, at this time, the

20       reporter marked the above-mentioned

21       research agreement as Wang Exhibit 2

22       for identification.)

23   BY MR. SCHMIT:

24       Q.  I'm going to hand you what's been

25   marked as Exhibit 2.

1            Yvette Wang

2        Do you recognize that document?

3    A.  Yes.

4    Q.  What is it?

5    A.  It's the contract signed between

6  Eastern Profit and Strategic Vision.

7    Q.  And in your answers up until now,

8  you've been saying the other party to the

9  contract.  You're referring to the contract

10  that I just marked as Exhibit 2?

11   A.  Correct.

12        MR. GRENDI:  Objection to the

13    form.

14        You can answer.

15   Q.  When Mr. Guo introduced you to

16  Eastern Profit, did he hand you the contract?

17   A.  I don't understand what you mean,

18  hand me the contract?

19   Q.  How did he say -- what did he say

20  when you first heard the words Eastern Profit

21  or first heard of the entity?

22   A.  I remember that happened before I

23  went to Virginia to discuss about this

24  contract.  By then I was request to negotiate

25  this contract.  Then I ask who is the client.

January 31, 2019                                              13

1           Yvette Wang

2   Then I had that, this name.

3       Q.  So you were negotiating the contract

4   on behalf of Mr. Guo initially?

5           MR. GRENDI:  Objection of the

6    form.

7           You can answer.

8       A.  I will listen to my lawyer.

9           MR. GRENDI:  I said you can

10    answer.

11      Q.  No, no, you can answer.  Unless he

12   tells you not to answer, you have to answer.

13   Objections are just for the record.

14      A.  Okay.  Correct.

15      Q.  And then at some point Mr. Guo said,

16   The actual entity that's going to enter the

17   contract is Eastern Profit, right?

18      A.  Correct.

19      Q.  So initially, when you were

20   negotiating in Virginia, you were speaking on

21   behalf of Mr. Guo; is that a fair statement?

22          MR. GRENDI:  Objection, you can

23    answer.

24          MS. TESKE:  Objection.

25      A.  Correct.

1          Yvette Wang

2     Q.  And then at some point prior to

3  execution, he said the party we're going to

4  put in the contract is Eastern Profit, right?

5          MR. GRENDI:  Objection.

6          You can answer.

7     A.  I don't remember that.

8     Q.  So what did he finally tell you when

9  he introduced you to Eastern Profit?

10     A.  Because I am a project manager.  I

11  have to have enough information for a

12  project.  So I request the necessary

13  information to finish this contract.  Then he

14  gave me this name.

15     Q.  What information did you request of

16  Mr. Guo in order to finish this project?

17     A.  At least who is the client or who is

18  the vendor.

19     Q.  So when you asked him who the client

20  or the vendor was, he said Eastern Profit; is

21  that fair?

22     A.  Correct.

23     Q.  What did he tell you about Eastern

24  Profit at that time?

25     A.  I don't remember.

1          Yvette Wang

2     Q.  Did you ask anything?

3     A.  No.

4     Q.  Up until that point, had you ever

5   heard of Eastern Profit before?

6     A.  I don't remember I heard about that.

7     Q.  Sitting here today, you think that

8   may have been the first time you ever heard

9   of Eastern Profit?

10    A.  You mean by then?

11         MR. GRENDI:  Objection to the

12    form.

13         You can answer, go ahead.

14    A.  You mean by this time, December

15   2017?

16    Q.  Yes.

17    A.  Yes.

18    Q.  So as far as you can recall, that's

19   the first time you ever heard of Eastern

20   Profit?

21    A.  Correct.

22    Q.  Did Mr. Guo tell you anything about

23   Eastern Profit?

24    A.  I don't remember.

25    Q.  What does Eastern Profit do?

1              Yvette Wang

2          MR. GRENDI:  I'll just remind

3      everyone of the objection as to the

4      topics that the witness has been

5      prepared to testify about, and this

6      outside the topics.  But you can go

7      ahead and answer.

8          MR. SCHMIT:  This is well

9      within the topics, but you stated

10       your objection.

11      Q.  What does Eastern Profit do?

12      A.  I do not know.

13      Q.  Does Eastern Profit have a board of

14  directors?

15      A.  I don't know.

16      Q.  Are you employed by Eastern Profit?

17      A.  No, I'm not.

18      Q.  Are you an officer or director of

19  Eastern Profit?

20      A.  I am not.

21      Q.  Have you ever met anybody or spoken

22  on the phone with anybody who is employed by

23  Eastern Profit?

24      A.  No, I didn't.

25      Q.  Have you ever met anybody or spoken

1              Yvette Wang

2    on the phone with anybody that you understood

3    to be an officer or director of Eastern

4    Profit?

5       A.  No, I didn't.

6       Q.  Since you executed the contract on

7    behalf of Eastern Profit, has anybody told

8    you anything about what Eastern Profit does?

9       A.  You mean business?

10      Q.  Anything.  However you want to

11   characterize it.

12      A.  If I recall a little bit, I'm not

13   sure, Mr. Guo said Eastern Profit is a kind

14   of, like, investment company.  But I didn't

15   ask further what is that.

16      Q.  Do you know where Eastern Profit is

17   based?

18      A.  Hong Kong.

19      Q.  Does it have an office there?

20      A.  I don't know.

21      Q.  Again, do you know if there are any

22   employees in Hong Kong?

23      A.  Eastern Profit employee?

24      Q.  Yes.

25      A.  No, I didn't.

1            Yvette Wang

2      Q.  You don't know whether there are or

3   aren't?

4      A.  What is your question, I don't

5   understand?

6      Q.  In Hong Kong, are there any, just to

7   be clear, are there any employees of Eastern

8   Profit in Hong Kong?

9      A.  I didn't request, I didn't research.

10     Q.  When he said it was an investment

11  company, did you ask what type of

12  investments?

13     A.  No, I didn't.

14     Q.  Who are you employed by, Ms. Wang?

15     A.  Golden Spring New York Limited.

16     Q.  What is that company?

17     A.  Family office.

18     Q.  Family office for who?

19     A.  For clients.

20     Q.  I just want to make sure, what's

21  your definition of a family office?

22     A.  Family office, my definition?

23     Q.  Yes.

24     A.  Work for projects come from family

25  and the family's partner, friends,

1              Yvette Wang

2    associates.

3      Q.  When you say "family," who are you

4    referring to?

5            MR. GRENDI:  Objection.  Again,

6      I just want to restate my earlier

7      general objection.

8          You can answer.

9            MR. SCHMIT:  What's your

10     earlier general objection?

11           MR. GRENDI:  Outside the scope

12     of the list of items in the

13     attachment to 30(b)(6).

14           MR. SCHMIT:  Golden Spring,

15     just so it is clear, verified the

16     interrogatories in this case.

17           MR. GRENDI:  I understand that.

18   Q.  You can answer.

19           MR. GRENDI:  You can answer.

20   Q.  Whose family?

21   A.  A family come from Mainland of China

22   and Hong Kong.

23     Q.  And what is the name of the family?

24     A.  I cannot disclosure that.

25     Q.  Is it Mr. Guo's family?

Yvette Wang
January 31, 2019                                    20

1          Yvette Wang

2      A.  I cannot disclosure that.

3      Q.  Does Mr. Guo review directions at

4   Golden Spring?

5      A.  Sorry?

6      Q.  Does Mr. Guo tell you what to do

7   when you're working on behalf of Golden

8   Spring?

9      A.  No.

10      Q.  Who does?

11      A.  China Golden Spring Group, Hong Kong

12   Limited.

13      Q.  Where are they located?

14      A.  Hong Kong.

15      Q.  Who speaks on behalf of that entity?

16          MR. GRENDI:  Objection, again.

17      We're really getting far afield of

18      what this deposition is supposed to

19      be about.

20          MR. SCHMIT:  You know, I don't

21      think we're getting far afield at

22      all.  But to be perfectly honest, we

23      have a 30(b)(6) witness brought in on

24      behalf of the plaintiff in this case

25      that apparently doesn't know anything

1          Yvette Wang

2    about the plaintiff.  And this

3    company that I'm asking about now,

4    verified as attorney in fact the

5    interrogatories on behalf of the

6    plaintiff.

7         MR. GRENDI:  Right.  They're

8    obviously the attorney in fact

9    relationship is disclosed.  So that's

10   clear.  If you want to have a

11   discussion, I think, off the record,

12   maybe we can discuss the problems

13   that you're having here.  But I

14   really want to get this deposition on

15   track as to what this contract was

16   about and how it was negotiated.

17        MR. SCHMIT:  We're getting

18   there, we're getting there.  We are.

19   I just want to make sure we

20   understand who all the entities are.

21  BY MR. SCHMIT:

22   Q.  Are there other employees for Golden

23  Springs New York LTD in New York?

24   A.  Sorry, what is your question?

25   Q.  You work for this entity, Golden

1          Yvette Wang

2   Springs, correct?

3      A.  Yes.

4      Q.  Are there other employees?

5          MR. GRENDI:  Objection.  You

6    can answer.

7      A.  In New York?

8      Q.  In New York.

9      A.  I don't answer this.  But because,

10   you know, I try to save everyone's time, so,

11   yes, they do have employees here.

12     Q.  Where is it?  Is there an office?

13     A.  Yes.

14     Q.  Where is the office located?

15     A.  800 Fifth Avenue.

16     Q.  How many employees are there for

17   this entity?

18     A.  12 now, I think, 12.

19     Q.  Does Mr. Guo work for this entity?

20     A.  No.

21     Q.  Why did Golden Springs verify the

22   interrogatories in this case?

23         MR. GRENDI:  Objection.

24         You can answer.

25     A.  I don't understand your question.

1            Yvette Wang

2     Q.  Why did --

3          MR. SCHMIT:  Let's have this

4     marked as Exhibit 3.

5          (Whereupon, at this time, the

6     reporter marked the above-mentioned

7     responses and objections to

8     interrogatories as Wang Exhibit 3 for

9     identification.)

10  BY MR. SCHMIT:

11     Q.  I'm handing you what's been marked

12  for your deposition as Exhibit 3.

13     A.  Thank you.

14     Q.  Do you recognize that document?

15     A.  Yes.

16     Q.  Turn to the second to last page.  Do

17  you see that, the verification?

18     A.  Yes.

19     Q.  Is that your signature there?

20     A.  Yes.

21     Q.  And it says, Yvette Wang, President,

22  do you see that?

23     A.  Yes.

24     Q.  And then up above it says Golden

25  Spring New York LTD.  I assume your title is

1         Yvette Wang

2    president with Golden Spring LTD, right?

3      A.  You're right.

4      Q.  Why did you verify the

5    interrogatories in this fashion?

6         MR. GRENDI:  I'm just going to

7      object to the form, and -- well,

8      if -- go ahead and answer if you can.

9      A.  Because I was project manager of

10   this contract (indicating).

11     Q.  And does Golden Spring LTD have any

12   contractual relationships with Eastern

13   Profit?

14     A.  No.

15        MR. GRENDI:  Objection.  I

16     mean, I think that needs to be

17     clarified and I think there's a

18     document that will clarify that.

19        Can we go off the record

20     briefly?

21        MR. SCHMIT:  Yes, sure, why

22     not?

23        MR. GRENDI:  Do you want to

24     step outside?

25        MR. SCHMIT:  You want to talk

1          Yvette Wang

2     with me?

3          MR. GRENDI:  With you, yes.

4          (Whereupon, a brief recess was

5     taken.)

6          MR. GRENDI:  Just in the

7     interest of clarifying the record, as

8     I think there is just an error there,

9     there is a relationship between

10     Golden Spring and Eastern Profit

11     Corporation, there's a limited power

12     of attorney.  That document, we're

13     happy to produce that to clarify this

14     issue.  But I think the answer that

15     there's no relationship between

16     Eastern Profit and Golden Spring was,

17     obviously, just kind of a mistake

18     made by a witness that's not an

19     attorney.

20          So we will produce that

21     document shortly.  I don't have it on

22     me.

23  BY MR. SCHMIT:

24     Q.  Ms. Wang, have you seen this power

25  of attorney document?

Yvette Wang

1

2    A.  Yes.

3    Q.  Do you recall who signed it on

4    behalf of Eastern Profit?

5    A.  I don't remember that.  It's a long

6    time ago.  If you have it -- I don't

7    remember.

8         MR. GRENDI:  I believe the

9         document will clarify that.

10        MR. SCHMIT:  Can you help, for

11        the record, and say who executed it?

12        MR. GRENDI:  I know him as

13        Hank.  His full name is -- it's in

14        the interrogatory responses.  Let me

15        see, I want to make sure I get it

16        right for the record.  C-H-U-N-G,

17        U-A-N-G, H-A-N.  That's my

18        recollection.

19   BY MR. SCHMIT:

20   Q.  If you can turn to Exhibit 3, second

21   page, do you see the second interrogatory,

22   number 2?

23   A.  Yes.

24   Q.  It says identify the principals of

25   Eastern.

1           Yvette Wang

2       Do you see that?

3       A.  Yes.

4       Q.  And then that's Mr. Han, your

5   attorney just spelled into the record, right?

6           MR. GRENDI:  Objection, but,

7        yes, go ahead.

8       A.  Yes.

9       Q.  Is that the only principal of

10  Eastern that you're aware of?

11      A.  From here, yes.

12      Q.  Are you aware of any other

13  principals of Eastern Profit?

14      A.  No.

15      Q.  Have you ever met Mr. Han?

16      A.  We met before.

17      Q.  Where does he reside?

18      A.  Sorry?

19      Q.  Where does he live?  Where does he

20  reside?

21      A.  I don't know.

22      Q.  Where did you meet him?

23      A.  New York.

24      Q.  Do you know if he resides in the

25  States, the United States?

1           Yvette Wang

2      A.  I didn't ask.

3      Q.  Did he explain to you what his

4   relationship with Eastern Profit was?

5      A.  He didn't explain.

6      Q.  Do you have any idea why he would

7   execute a power of attorney for Eastern

8   Profit?

9      A.  Because we provide service, Golden

10   Spring.

11      Q.  Service to who?

12      A.  Service to the client.

13      Q.  Who is the client?

14      A.  Eastern Profit.

15      Q.  Does Eastern Profit provide Golden

16   Spring with any compensation?

17      A.  Not now, not yet.

18      Q.  When you say "not now," will they at

19   some time in the future or have they at some

20   time in the past?

21          MR. GRENDI:  Objection of form.

22          You can answer.

23      A.  No.

24      Q.  And what did you mean by not now?

25          MR. GRENDI:  Objection.

1          Yvette Wang

2          You can answer.

3     Q.  You can answer.

4     A.  Oh.

5          MR. GRENDI:  You can answer,

6      I'm sorry.

7     Q.  Yes.  He's just making an objection

8  for the record.  It's for him and I to work

9  out later, if necessary.

10     A.  Okay.  Because Golden Spring didn't

11  sign any contract with Eastern.  So I don't

12  know there is any payment or any, like,

13  payment, yeah.

14     Q.  Does Eastern Profit have a bank

15  account anywhere?

16     A.  I don't know.

17     Q.  Why did Eastern Profit enter into

18  this contract?

19     A.  I don't know.

20     Q.  But Mr. Guo told you Eastern Profit

21  was going to be the client that should be put

22  in the contract, right?

23     A.  Correct.  Mr. Guo said he is the

24  advisor and consultant to Eastern.  So that's

25  why he communicated and told me Eastern

1          Yvette Wang

2   should be in this contract.

3      Q.  Did he say what he was advising or

4   consulting Eastern Profit on?

5      A.  He didn't say that clearly, but I

6   remember he mentioned about, like, strategy

7   or some investments, something like that.

8      Q.  Tell me, when did he give this

9   explanation?

10     A.  I don't remember that clearly.

11  Should be in December or January, right

12  before or after this contract signed.

13     Q.  What was the purpose of the

14  contract?

15     A.  Investigation service.

16     Q.  Investigation of what?

17     A.  Information.

18     Q.  What kind of information?

19     A.  Let me review the contract again.

20        (Witness peruses document.)

21     Q.  You can't answer that question

22  without looking at the contract?

23     A.  I can.

24     Q.  I mean, you're welcome to look at

25  it, but what was being investigated pursuant

1             Yvette Wang

2    to the contract?

3       A.  Financial, forensic, historical

4    research, current tracking research, social

5    media research.

6       Q.  Of what?

7       A.  Of what?  I don't understand your

8    question.

9       Q.  I mean, those are general areas, but

10   what's being researched?  Buildings, people,

11   plants, animals?  What's being researched?

12      A.  People.

13      Q.  How were the people identified that

14   were going to be researched?

15          MR. GRENDI:  Objection.  I just

16      want to hop in here.  We may be,

17      obviously, designating portions of

18      this deposition confidential.  I just

19      want to put that on the record,

20      something I should have said at the

21      outset, and obviously applies

22      retroactively to the beginning.

23          Go ahead and answer.

24      A.  The people they are Strategic Vision

25   called them fish, F-I-S-H.

1           Yvette Wang

2      Q.  You use that term as well, correct?

3      A.  Yes.  That is Strategic Vision

4  request me to use.

5      Q.  What did you understand fish to

6  mean?

7      A.  Target people, human beings.

8      Q.  But Strategic Vision wasn't

9  identifying anybody to be researched, that

10  was Eastern Profit, right?

11      A.  Correct.

12      Q.  So who was Eastern Profit

13  identifying to be researched and why?

14      A.  Some individual who are highly

15  corrupted, Chinese people.

16      Q.  Corrupted in whose view?

17          MR. GRENDI:  Objection.

18          You can answer.

19      A.  I don't understand your question.

20      Q.  What do you mean by corrupted?

21      A.  Corrupted, they are Chinese high

22  level official, or some of them they are high

23  level and some of them are official,

24  government official, and their family.  They

25  are suspected to have huge illegal criminal

1                Yvette Wang

2    assets in other country, which they steal

3    from Chinese government and Chinese people.

4        Q.  And when you say "other country,"

5    what are you referring to?

6        A.  Other country means outside of the

7    Mainland of China.

8        Q.  And these people, were they -- are

9    they members of the Communist party?

10       A.  Some of them, they are.

11       Q.  And who identified these people?

12           MR. GRENDI:  Objection.

13           You can answer.

14       A.  Mr. Guo.

15       Q.  And from where did Mr. Guo get his

16   information?

17       A.  I don't know.

18       Q.  You never asked?

19       A.  No.

20       Q.  Did he ever say why certain

21   individuals were being identified?

22       A.  I didn't ask.  But if you want, you

23   can follow his social media.  He talks a lot

24   in there.

25       Q.  About what he's doing and why he's

1          Yvette Wang

2  doing it?

3     A.  Yes.

4     Q.  What is your understanding, though,

5  of what he is doing and why he's researching

6  these people?

7        MR. GRENDI:  Objection.

8        You can answer.

9     A.  I don't understand.  What is your

10 question?

11    Q.  Well, what is your understanding?

12    A.  My understanding?

13    Q.  Of why he's investigating these

14 people.

15    A.  Oh, okay.  He needs the information

16 about these people to whistle blow and

17 disclosure their crime.  So Chinese

18 government, and even other countries'

19 authorities, they can take action to this

20 corrupted criminal, Chinese official.

21    Q.  So your understanding was the

22 research would be reported back to China?

23    A.  I don't know that.

24    Q.  How was he going to do what you just

25 said?

1            Yvette Wang

2    A.  What is your question?

3    Q.  How was Mr. Guo going to help report

4  or whistle blow on these individuals?

5        MR. GRENDI:  Objection.

6        You can answer.

7    A.  I didn't ask.  And I don't know.

8  But from what he has done on his media, his

9  social media, and he probably, I mean,

10  explained to the public, I don't know, this

11  is all my guess.

12        MS. TESKE:  Can I add my

13    objection to that question?  Thank

14    you.

15    Q.  Who besides you assisted on this

16  project for Mr. Guo?

17        MS. TESKE:  Objection.

18        MR. GRENDI:  Objection.  You

19    can answer.

20    A.  I heard there's a gentleman called

21  Mr. Han Lianchao, H-A-N, L-I-A-N-C-H-A-O.

22    Q.  Did you work with anybody else on

23  this project other than Mr. Guo?

24        MR. GRENDI:  Objection.  You

25    can answer.

1            Yvette Wang

2     A.  No.

3     Q.  Was anybody else from Golden Springs

4  involved in this project?

5         MR. GRENDI:  Objection.  You

6      can answer.

7     A.  No.

8     Q.  How did Eastern Profit identify

9  these individuals?

10    A.  I don't know.

11    Q.  You never asked?

12    A.  No.

13    Q.  Mr. Guo never said, This is where we

14  got this list of corrupt people?

15    A.  No.

16    Q.  Is Mr. Guo a member of the Communist

17  Party?

18    A.  No.

19         MR. GRENDI:  Objection.  You

20     can answer.

21         MS. TESKE:  Objection.

22    A.  No.  I'm allowed to answer that.

23    Q.  Are you a member of the Communist

24  Party?

25    A.  I was before.

Yvette Wang

1

2    Q.  When did your affiliation with the

3    Communist Party end?

4         MR. GRENDI:  Objection.  You

5     can answer.

6    A.  Five years ago, about.  Five or six,

7    yes.

8    Q.  Do you know why Mr. Guo cares if

9    these individuals are committing crimes

10   against the Chinese government?

11        MR. GRENDI:  Objection.  You

12    can answer.

13    A.  It's a big question, but I love to

14   answer.  And if you follow all the media,

15   including New York Times, Washington Post,

16   Wall Street Journal, all of this, big media

17   internationally, and his own social media,

18   you will have the answer.

19    Q.  How about you provide me with your

20   answer?

21    A.  Because he spoke out on behalf of a

22   Chinese outrage, common people, about the

23   corruption of Chinese certain high official.

24   There's no rule of law and democracy in

25   Mainland of China.  And Chinese outrage

1          Yvette Wang

2   people, they deserve, and they urgently,

3   hungrily need that.

4        So he believed what he has been

5   doing until now, since two years ago, is for

6   justice and for rule of law, democracy of

7   China.

8     Q.  You keep saying certain high

9   official.  Is there a particular individual

10   you're referring to?

11        MR. GRENDI:  Objection.  I just

12     want to again --

13     A.  I would love to answer.

14     Q.  You could answer.

15        MR. GRENDI:  I wasn't going to

16     say that you can't.  Do we want to

17     put the names of individuals that are

18     going to be potentially more targets

19     of this research contract on the

20     record?

21        MR. SCHMIT:  Well, I just want

22     to make sure.

23     Q.  You're saying one high official, you

24   keep saying, in your answer.  Are you

25   referring -- how about a yes or no?  Are you

1           Yvette Wang

2  referring to a particular individual?

3         MR. GRENDI:  Objection to the

4    form.

5         You can answer.

6      A.  From New York Times and Washington

7  Post, Wall Street Journal reported about Mr.

8  Guo, I know he whistle blow a lot about

9  Chinese vice president, somehow, yes.  If you

10  read article, you can have answer.

11     Q.  But is that who you were referring

12  to?

13     A.  I don't understand your question.

14     Q.  In your answer, you keep saying

15  singular, high official.

16     A.  Singular?

17     Q.  I just want to make sure.

18     A.  Maybe my English too broken.  I

19  didn't say singular.  What do you mean

20  singular?

21     Q.  As in one person as opposed to many,

22  as opposed to plural?

23     A.  Many, many, yes.

24     Q.  So when you say "high official,"

25  you're referring to the people being

1              Yvette Wang

2    identified to be investigated, right?

3    A.  Yes.

4        MR. GRENDI:  Objection.  You

5    can answer.

6    Q.  The entity ACA Capital Group

7    Limited, are you familiar with that?

8    A.  I heard this name.

9    Q.  How did you hear this name?

10   A.  From this project.

11   Q.  In what context did the name come

12   up?

13   A.  I don't have that.

14   Q.  Well, how did you hear about it in

15   connection with this project?

16   A.  After that one million was wired to

17   Strategic Vision without contract signed, I

18   heard ACA trying to fix this mistake.  And

19   then this name came to me.

20   Q.  Prior to them wiring a million

21   dollars to Strategic Vision, you had never

22   heard of ACA Capital?

23   A.  No, I didn't.

24   Q.  Do you know why they wired a million

25   dollars to Strategic Vision?

1            Yvette Wang

2       A.  I don't know, but with this contract

3   that's supposed to be the deposit to this

4   contract.

5       Q.  But why did ACA Capital Limited send

6   the money?

7            MR. GRENDI:  Objection, you can

8       answer.

9       Q.  As opposed to, say, Eastern Profit?

10           MR. GRENDI:  Objection.  You

11      can answer.

12           MR. SCHMIT:  What is the

13      objection on that one?  I'm being

14      pretty liberal about not getting into

15      this debate, but there have been a

16      lot of objections that are

17      questionable, to say the least.

18           MR. GRENDI:  There is a lack of

19      clarity in the form.

20           MR. SCHMIT:  There is?  What is

21      it?  I'd like to meet it.

22           MR. GRENDI:  I mean, I think

23      you're indicating that -- well, you

24      know what --

25           MR. SCHMIT:  I asked why?

1           Yvette Wang

2           MR. GRENDI:  I mean, what, as

3      to --

4           MR. SCHMIT:  It's kind of a

5      standard question.

6           MR. GRENDI:  You want me to

7      explain why your question is a little

8      bit incomplete?  I don't want to --

9           MR. SCHMIT:  No, if there's a

10     form and I can clarify it somehow for

11     you or the witness, I'd like to do

12     so.

13          MR. GRENDI:  Well, I'll allow

14     it to go forward, but I just think

15     it's not necessarily an accurate

16     reflection of what's going on here.

17     But go ahead.

18          MR. SCHMIT:  Can you read the

19      question for the witness?

20   (Whereupon, at this time, the requested

21  portion was read by the reporter.)

22     A.  Why?  Right?

23     Q.  Yes.

24     A.  From my understanding, that was the

25  deposit to this research equipment.  Before

January 31, 2019

1           Yvette Wang

2    the research equipment was officially signed,

3    and that was a kind of mistake, shouldn't

4    happen.  Because there was even not a

5    contract at all by then.

6        Q.  You mean a contract hasn't been

7    executed at all by then?

8        A.  Signed, executed, correct.

9        Q.  Right.  Because the wire from ACA

10   Capital came a few days before January 6th,

11   right?

12       A.  January 6th, correct.

13       Q.  Which is the day the contract was

14   actually executed, right?

15       A.  You are right.

16       Q.  But I'm going to go back to my

17   question.

18           Why did ACA Capital Limited send

19   money that you're saying is pursuant to a

20   contract that ACA Capital Limited never

21   signed, ever?

22       A.  So you are asking why, right?

23       Q.  Why.

24       A.  I heard there is a loan between

25   Eastern Profit and ACA.

1           Yvette Wang

2     Q.  A loan?

3     A.  Yes.

4     Q.  Who told you about this loan?

5     A.  Both Mr. Guo.  And if I remember

6  correctly, Mr. Han.

7     Q.  What is the loan?

8     A.  I don't know.

9     Q.  But Eastern Profit had loaned money

10  to ACA Capital?

11     A.  Borrow money from ACA Capital.

12     Q.  How much did they borrow?

13     A.  I don't know.

14     Q.  Was the idea that Eastern Profit was

15  going to have to pay this million dollars

16  back to ACA Capital?

17     A.  They called this is a loan,

18  officially there should be a payback, in my

19  understanding.

20     Q.  In other words, at some point ACA

21  Capital is going to want that million dollars

22  back from Eastern Profit?

23     A.  You are right.

24     Q.  Why did ACA Capital agree to provide

25  the funds to Eastern Profit?

1              Yvette Wang

2     A.  There was a loan.

3     Q.  But why did they agree to enter into

4   the loan for this contract?

5     A.  I don't know.

6     Q.  You don't know why they didn't?

7     A.  No.

8     Q.  Is there documentation to support

9   this loan?

10     A.  I requested there should be some

11   documents.

12     Q.  Have you ever seen the documents

13   supporting this loan?

14     A.  I didn't see that.

15     Q.  You did not see it?

16     A.  No.

17          MR. SCHMIT:  Obviously, if

18      there's any documents supporting this

19      loan, we'd ask that they be produced.

20          MR. GRENDI:  Request noted.

21     Q.  What is ACA Capital Limited?

22     A.  I heard it's a fund management

23   company, assets management company, something

24   like that.

25     Q.  Where is it located?

1           Yvette Wang

2       A.  I heard it's located in Hong Kong.

3       Q.  Have you ever spoken with anybody

4   from ACA Capital Limited?

5       A.  No.

6       Q.  Does Golden Springs do business with

7   ACA Capital Limited?

8           MR. GRENDI:  Objection.  You

9    can answer.

10      A.  No.

11      Q.  Is Mr. Guo affiliated with ACA

12  Capital Limited at all?

13      A.  I don't know.

14      Q.  Has there been any communications

15  with ACA Capital Limited since this lawsuit

16  began?

17      A.  You mean the communication between

18  who and who?

19      Q.  Eastern Profit and ACA Capital

20  Limited.

21      A.  I don't know.

22      Q.  Nobody has informed you of any?

23      A.  No.

24      Q.  You don't know if ACA Capital has

25  inquired about where the million dollars is

1                    Yvette Wang

2   or anything along those lines?

3       A.  They didn't tell me, but I heard

4   from Mr. Guo that there was a loan, and they

5   are asking the money back.  But, obviously,

6   that conversation might happen in Hong Kong,

7   which I was not involved.

8       Q.  But Mr. Guo informed you that they

9   are probably asking for the money back?

10      A.  Correct.

11      Q.  Do you know what the terms of the

12  loan were?

13      A.  I don't know.

14      Q.  Are they asking for the money back

15  because the term -- the contract was

16  terminated?

17      A.  Obviously --

18          MR. GRENDI:  Objection of form.

19          You can answer.

20      A.  Obviously, correct.  Because this

21  contract produced nothing.

22      Q.  By the way, is that why ACA Capital

23  Limited is asking for the money back, do you

24  know that?

25          MR. GRENDI:  Objection to the

1          Yvette Wang

2     form.

3          You can answer.

4     A.  I don't know.

5     Q.  Does Golden Springs work for any --

6     do any work for any clients unaffiliated with

7     Mr. Guo?

8     A.  I don't understand your question.

9     What is your question?

10    Q.  Are there any clients other than

11    companies that Mr. Guo brings to Golden

12    Springs that Golden Springs does work for?

13         MR. GRENDI:  Objection.  I just

14         want to clarify, which Golden Spring?

15         MR. SCHMIT:  New York Golden

16         Spring, that the witness is an

17         employee of.

18    A.  So you're asking Golden Spring's

19    clients?

20    Q.  Yes.

21    A.  I cannot disclosure that.  But you

22    ask, is there any clients of Golden Spring

23    who was or were introduced by Mr. Guo?

24    Q.  No, that were not.  I mean, are all

25    the clients brought to your Golden Spring by

1          Yvette Wang

2   Mr. Guo?

3     A.  Oh, is there any --

4          MR. GRENDI:  Objection.

5     A.  Is there any other client, right?

6   Brought by Mr. Guo to Golden Spring,

7   introduced, you mean, right?

8     Q.  Why don't you answer that question,

9   we'll start there.

10         MR. GRENDI:  Objection.

11    Q.  Just a yes or no.

12         MR. GRENDI:  I don't understand

13     this question.

14         MR. SCHMIT:  She's asking me --

15     she's got a question in mind.  She

16     can answer it and we will get beyond

17     it.

18    A.  Sorry, I don't mean to be rude, but

19   I need to know the question.

20    Q.  Okay.  Your company, Golden Springs

21   does work for clients, right?

22    A.  Correct.

23    Q.  You've referred to Golden Springs as

24   a family office, correct?

25    A.  Correct.

1        Yvette Wang

2    Q.  Are any of Golden Springs' clients

3  from a source other than Mr. Guo?

4        MR. GRENDI:  Objection.  This

5    has no relevance to this.

6        MR. SCHMIT:  It does.  They

7    signed the interrogatories and we're

8    not getting much information on

9    anything else.  I have to try to work

10    through these issues and find out

11    what's going on here.

12        MR. GRENDI:  You're asking

13    about clients other than the parties

14    that are involved in this action.

15        MR. SCHMIT:  I haven't asked

16    for the identification.

17    Q.  I want to know, is Golden Springs

18  Mr. Guo's family office?

19    A.  No.

20    Q.  Then are there other clients for

21  Golden Springs that are introduced by

22  individuals or come from sources other than

23  Mr. Guo?

24    A.  Yes, we do have.

25    Q.  Now, the family that you work for is

1                Yvette Wang

2    located in Mainland China?

3       A.  And Hong Kong.

4       Q.  And it is a single family?

5       A.  Not only one family.

6          MR. SCHMIT:  Can I get this

7     marked as Exhibit 4?

8          (Whereupon, at this time, the

9     reporter marked the above-mentioned

10     research agreement as Wang Exhibit 4

11      for identification.)

12   BY MR. SCHMIT:

13      Q.  I'm going to hand you what's been

14   marked as Exhibit 4.  It's entitled research

15   agreement, January 1, 2018.  And it's Eastern

16   1 through Eastern 4.

17          Do you have that in front of you?

18      A.  Yes.

19      Q.  Have you ever seen this document

20   before?

21      A.  Yes.

22      Q.  Who produced -- I mean, not --

23   Eastern indicates you guys produced it in

24   this litigation.  But do you know who drafted

25   or generated this document?

1              Yvette Wang

2      A.  I heard this was drafted by

3   Strategic Vision.

4      Q.  Now, you heard that; who did you

5   hear that from?

6      A.  Mr. Guo.

7      Q.  Did Mr. Guo hand it to you and say,

8   This is a draft prepared by Strategic Vision?

9      A.  Yes.

10      Q.  What did he say about it, anything

11   in particular?

12      A.  He said he wants me to review and to

13   finish this contract.

14      Q.  And did you do that?

15      A.  Yes.

16      Q.  During the review process, did you

17   have conversations with Mr. Guo?

18      A.  I did.

19      Q.  Generally speaking, what were the

20   tenure of these conversations as you drafted

21   the -- as you filled in and finished the

22   contract?

23      A.  Sorry, can I ask you, what is your

24   question?

25      Q.  Just tell me about the conversations

1          Yvette Wang

2   you had with Mr. Guo as you filled in and

3   finished the contract.

4       A.  He asked me to review the contract,

5   and he mentioned about, like, the deposit,

6   like price and he explained his request to

7   me, asking me to check whether that is

8   already included in the contract.

9       Q.  Whether the deposit and price were

10  included?

11      A.  The terms, including the deposit,

12  payment, whether they are correct, whether

13  they are included in the contract.

14      Q.  Now, how would you know whether they

15  were correct or not?  Did he tell you what

16  they should be?

17      A.  Yes.

18      Q.  And did you conclude they were

19  correct or were they included in the

20  contract?

21      A.  I reviewed and something was not the

22  same with what he told me.  So I explained to

23  him and he asked me to finish the review and

24  try to revise it.

25      Q.  And what was that issue?

1            Yvette Wang

2      A.  I don't remember that clearly.  It's

3   about Strategic Vision called a waterline.

4   Mr. Guo, he doesn't like that.  And in his

5   understanding, that should not be a

6   waterline, which is defined by Strategic

7   Vision.

8      Q.  And what was your understanding of

9   what was meant by waterline?

10     A.  Strategic Vision, Ms. Wallop told me

11  and that is a waterline in the tank which can

12  keep the project and team, her team, working

13  and produce the reports.  By short term,

14  waterline means money.  And Strategic Vision,

15  I mean, Ms. Wallop requested a certain amount

16  of money paid, which maintain her team and

17  her research.

18        But the argument is, Mr. Guo, he

19  would like to keep, we call it a la carte.

20  Like, I need how many reports, I pay how many

21  reports.  If I don't need that amount of

22  reports, and we should not go the waterline.

23  The waterline is a, if I may describe it as a

24  lock-in price or lock-in money, which no

25  matter how many reports the client request,

1          Yvette Wang

2    and we have to pay that, which in Mr. Guo,

3    his understanding, is not fair and not

4    practical.

5      Q.  Now, the waterline, is this a

6    reference -- does this have anything to do

7    with the million dollar deposit?

8      A.  No.  One million dollar deposit has

9    nothing to do with waterline.  Waterline is

10   Ms. Wallop and Strategic Vision requested the

11   client of this contract to pay $750,000 per

12   month, no matter how many reports the client

13   requested or Strategic Vision provided.  That

14   money must be paid.

15        And the explanation and the reason

16   Ms. Wallop explained to me many, many times,

17   hours, said that waterline permit her to keep

18   her team in our country or other district to

19   investigate.  And that is her common

20   standard, in her business, and in her called

21   this, industry, which in my understanding is

22   her investigation industry and the business.

23        And she repeatedly told me that is

24   already very nice and reasonable waterline to

25   Miles Guo, and that is mandatory to this

1            Yvette Wang

2    project.  So we spent hours, hours, hours to

3    negotiate about this waterline.

4       Q.  And the negotiations, what did they

5    lead to?  What was the final agreement in

6    your view?

7       A.  We had, I remember, we had totally

8    three meetings.  And by the end, compromised.

9       Q.  How did you compromise?  Is it

10   reflected in the final agreement?

11      A.  Correct.

12      Q.  Why don't you pull out the final

13   agreement and show me where that compromise

14   is reflected?  It's Exhibit 2.

15      A.  So you want me to explain what is

16   compromise?

17      Q.  Well, I asked you whether the

18   compromise -- you said there was a

19   compromise.  And I asked you if it was in the

20   final agreement.  I believe you said yes?

21      A.  Yes, I said that.

22      Q.  Now you've got the final agreement

23   in front of you and I would like you to point

24   out where it is reflected.

25            (Witness peruses document.)

1            Yvette Wang

2      A.  Yes, it's on page 4.  If you see

3  second paragraph, it is agreed by both

4  parties that for the first three months of

5  this agreement, January, February and March

6  2018, that the payment of 750,000 U.S.

7  dollars will be wired per our instruction to

8  our U.S. bank account.  And after that there

9  is a recap term.  What is the recap?  Oh,

10  yes.  It is also agreed by both parties that

11  after the March reports and the payments are

12  made, that all involved parties will meet to

13  recap the accounting.

14      Q.  What does that mean in your view?

15  What is your understanding of that term?

16      A.  That means in the very beginning,

17  Strategic Vision, I mean, Mrs. Wallop

18  requested $750,000 per month for 12 months.

19  And, obviously, the client, I mean, Mr. Guo,

20  they don't like that, and they didn't agree.

21      Q.  They did or did not agree?

22      A.  They did not.  So the compromise

23  here is that recap.  Finally, Mrs. Wallop

24  advised or stressed it for the first three

25  months, please pay 750,000 per month.  And

1          Yvette Wang

2    after the first three months, by the end of

3    March, let's recap.  See, so you guys still

4    pay me 750,000 or there's a lower or higher,

5    she called, waterline.

6      Q.  So the agreement for the first three

7    months it was going to be 750,000 for

8    January, 750,000 for February and 750,000 for

9    March, right?

10     A.  Correct.

11         MR. GRENDI:  Objection.  You

12      can answer.

13     A.  Waterline.

14     Q.  Were those amounts ever paid?

15     A.  No.

16     Q.  That was 750,000 per month, not

17   total, right?

18     A.  Correct.

19     Q.  How about the -- what is your

20   understanding of the fourth paragraph down?

21   The pricing for 30-year units or deliverables

22   per year remains a constant $9 million per

23   year or 750,000 per month for 12 months?

24     A.  You are pointing the correct point.

25   This is Mrs. Wallop called waterline, which

1           Yvette Wang

2   she is able to maintain her investigation

3   team waterlined.  And she said that is

4   mandatory.  That is if you want this project,

5   you have to pay minimum to keep waterline.

6     Q.  In other words, that in part

7   encompassed what it was going to cost

8   Strategic Vision to keep teams out in the

9   field and available in order to do the work

10  for Eastern Profit, right?

11    A.  Based on her explanation, she said,

12  yes, that is professional and that is a

13  mandatory request.

14    Q.  And that ended up in the final

15  contract?

16    A.  Correct.

17    Q.  Whose initials are on the bottom

18  right corner of Exhibit 2?  There seem to be

19  initials on each page.  Whose are those?

20    A.  That is mine.

21    Q.  So is F.C.W., Ms. Wallop's?

22    A.  Yes.

23    Q.  And then the other initial is yours?

24    A.  Correct.

25    Q.  And then on page 5, production

1           Yvette Wang

2    number Eastern 9, that is your signature

3    there, right, on the right-hand side?

4       A.  Correct.

5       Q.  So that was one issue, the waterline

6    we will call it, that Mr. Guo raised with

7    you.

8           Did he raise any other issues when

9    he saw the draft or the incomplete draft?

10      A.  She asked me to check about the

11   deliverable of reports.  In my understanding,

12   when she asked me to check, he was already

13   told by Strategic Vision, I mean Mrs. Wallop,

14   how many reports, how frequency the reports

15   will be provided.

16          So Mr. Guo asked me, because he

17   doesn't read English at all.  So he ask me to

18   check whether that reports deliverable

19   schedule is included in here as his

20   understanding.

21      Q.  Was it?

22      A.  Yes.  Close, almost.

23      Q.  Did you make or request any changes

24   based on what Mr. Guo said?

25      A.  I didn't.

1          Yvette Wang

2     Q.  Was a translation of this document

3  ever provided to Mr. Guo?

4     A.  I orally translated for him.

5     Q.  And he speaks Mandarin?

6     A.  Correct.

7     Q.  So you read line by line and got his

8  okay to the final agreement, right?

9     A.  Correct.

10    Q.  Okay.  What other issues?  There is

11 deliverables, waterline; any other issues

12 that Mr. Guo raised with you?

13        MR. GRENDI:  Objection of form.

14        You can answer.

15    A.  No.  That is the main two parts.

16 Yes.

17    Q.  What about the deposit?  Did he

18 raise any issues with respect to the deposit?

19    A.  Oh, you reminded me.  Because I

20 remember clearly when I went through this

21 draft with Mr. Guo, I pointed out, I said

22 that one million deposit in advance is a lot.

23 Because I am a project manager, so I feel I

24 should remind him, this is a huge amount of

25 money to pay as a deposit.

1          Yvette Wang

2          And I remember Mr. Guo said,

3    Mrs. Wallop and Mike, they are respectful

4    people.  And I trust them.  They are

5    reliable.  And before they even ask three

6    million as a deposit in this contract, now

7    they reduced by one million, and let's just

8    keep that.  I remember that conversation.

9       Q.  So ultimately you agreed to the

10   million dollar deposit, correct?

11      A.  That's right.  As a project manager,

12   you know, I pointed out my concern, if he

13   insisted then I just let it go.

14      Q.  Did you guys ever discuss any

15   mechanism by which you might be able to get

16   that million dollar deposit back if something

17   wasn't done or things didn't work out under

18   the contract?

19      A.  You mean when I was discussing with

20   Mr. Guo?

21      Q.  Or that you heard of or had been

22   educated about.

23      A.  No, I don't remember that clearly.

24      Q.  Do you remember it at all?

25      A.  No.

1          Yvette Wang

2     Q.  Now, ultimately, you're saying ACA

3   Capital Limited made the million dollar

4   deposit?

5     A.  Correct.

6          MR. GRENDI:  Objection of form.

7          You can answer.

8     Q.  On whose orders did they do that?

9     A.  I'm sorry, what is your question?

10     Q.  On whose orders did they do that?

11   Why did they do that?

12     A.  I was not involved in that

13   instruction communication.  But I guess it's

14   only my guess, between Eastern and ACA.

15     Q.  Eastern and who?

16     A.  ACA Capital.

17     Q.  Who on behalf of Eastern would

18   have --

19          MS. TESKE:  Objection.

20     A.  Obviously, Mr. Han, from the paper.

21     Q.  Do you know that or have you seen

22   anything that would suggest he gave the order

23   to wire the million dollar deposit?

24     A.  No.  I was not involved in that

25   process.

1              Yvette Wang

2       Q.  Did you ever discuss it with Mr.

3   Guo?

4       A.  About what?

5       Q.  The deposit being made.

6       A.  Oh, Mr. Guo send me the receipt, the

7   wire transfer receipt.  And then told me to

8   send a text message to Mrs. Wallop about this

9   one million deposit paid.

10      Q.  And what did -- what was your

11  reaction to getting this receipt, this one

12  million dollar receipt?

13      A.  I was shocked.

14      Q.  Why were you shocked?

15      A.  Because there was even no contract

16  executed and signed.  And the money was

17  already paid.  And in my understanding, this

18  is a huge, huge, mistake.  Accident.

19      Q.  So who did you talk to about that?

20      A.  I texted Mrs. Wallop.

21      Q.  And what did you tell Mrs. Wallop?

22      A.  If you have my Signal message with

23  her, I remember I texted her.  I said, This

24  deposit was already wired to you, even

25  without the contract signed.  And kind of

1              Yvette Wang

2    like shows the seriousness.  And if you would

3    like to continue to do this project, and we

4    will stay -- we will stay with our terms

5    which is our negotiation.  I was very insist,

6    if you do not agree, kindly, please, return

7    the one million deposit back, and sorry for

8    the inconvenience.  You have my Signal

9    message.  I remember that.

10       Q.  And when you say the contract as

11    agreed, in other words, no more changes to

12    the contract, we need to sign it as is; is

13    that fair?

14       A.  Correct.  Sign my version.

15       Q.  Okay.  And, ultimately, when you say

16    your version, the one that was existing at

17    the time the million dollars was paid, right?

18       A.  Correct.

19       Q.  Were any changes requested or made

20    to that contract?

21          MR. GRENDI:  Objection.  You

22     can answer.

23       A.  You mean when?

24       Q.  After the million dollars showed up,

25    did Ms. Wallop or anybody else on behalf of

1            Yvette Wang

2  Strategic Vision request any changes?

3        MR. GRENDI:  Objection.  You

4     can answer.

5      A.  They obviously requested and they

6  did, because the version by that wire

7  transfer was made, my version was different

8  from the final version.  This is from

9  Mrs. Wallop, this version (indicating).

10  There was -- there is some difference in

11  there still.

12      Q.  So changes made after the wire was

13  received?

14      A.  Correct.

15      Q.  What changes were those?

16      A.  That first three months waterline

17  must be paid after that recap.  That is the

18  main change.

19      Q.  That's a change you requested,

20  though, right?

21      A.  No.  That was not a change I

22  requested.  Before that, I request a la

23  carte.  Like how many reports, the client

24  buy, pay how much.  There's no waterline.

25      Q.  When did you have that conversation

1          Yvette Wang

2    with Ms. Wallop?

3       A.   The date is -- contract was signed

4    January 6th; that is one week before that

5    date.   It's very end of December, beginning

6    of January.

7       Q.   Any other changes?

8       A.   No.   Mainly that is the most heavily

9    biggest argument.

10      Q.   Had Ms. Wallop told you that's how

11   it had to be prior to the wire being

12   received?

13          MR. GRENDI:   Objection.   You

14     can answer.

15      A.   Sorry, what is your question?

16      Q.   Did this waterline concept, you had

17   discussed it with Ms. Wallop prior to the

18   wire being received or is this a conversation

19   you guys had after ACA Capital sent the

20   money?

21      A.   Oh, the waterline conversation

22   happened from the first second, from the very

23   beginning.   And let me make it precise.   Even

24   before the one million wired, I mean, from

25   the very beginning, when I was discussing

1          Yvette Wang

2   with her directly.

3       Q.  And Ms. Wallop said from the

4   beginning that with respect -- there has to

5   be this waterline concept?

6       A.  Correct.

7       Q.  And you conveyed that to Mr. Guo?

8       A.  I post a request and message to Mr.

9   Guo.  I told him this is what they call

10  waterline, they must have.

11      Q.  And when would you have given that

12  message to Mr. Guo?

13      A.  You mean when, right?

14      Q.  When, yes.

15      A.  From my first meeting with

16  Mr. Wallop about this project.

17      Q.  About when was that?

18      A.  Sorry, what is the question?

19      Q.  About when was that?

20      A.  What time, right?

21      Q.  Yes.

22      A.  By the very end of December 2017.  I

23  don't remember that date.

24      Q.  So it was December 2017 Ms. Wallop

25  by then had said, Look, there has to be a

1              Yvette Wang

2    waterline.  And you told Mr. Guo this is the

3    position Strategic Vision is taking; is that

4    fair?

5        A.  That is fair.  I remember my first

6    meeting with Ms. Wallop about this project

7    was in the very end of December, in

8    Mrs. Wallop's house in Virginia.  That was

9    our first meeting.  And the waterline problem

10    happened from that moment.

11        Q.  When did you see this final version

12    of the draft, the final agreement for

13    execution?

14        A.  The final version of this contract,

15    the first time I saw was on January 6th, the

16    date which was -- this was signed.

17        Q.  What was your reaction to it?  Who

18    was at that meeting?  Was anybody present?

19        A.  Only Mrs. Wallop and me.

20        Q.  Where did that take place?

21        A.  Ms. Wallop's house, in Virginia

22    home.

23        Q.  And what did you tell Ms. Wallop

24    after you looked at the contract?

25        A.  I remember I went through the

1           Yvette Wang

2    contract.  Then I saw that recap after first

3    three months.

4        Q.  And the recap was part of what you

5    had requested, right?

6        A.  No.

7        Q.  Not at all?

8        A.  Not as -- that is not my request at

9    all.  That is Ms. Wallop.  She stressed it,

10   and she put in the draft.  And in my

11   understanding, that was a compromise.  Like,

12   okay, now, let's recap by the end of three

13   months about the waterline.  At least give a

14   chance to recap, instead of request you must

15   pay for all the 12 months, right?  To me,

16   that is a little bit better.  So I feel that

17   is a compromise.

18       Q.  Before signing it, did you pick up

19   the phone and call anybody?

20       A.  I called Mr. Guo.

21       Q.  What did you tell Mr. Guo about that

22   agreement?

23       A.  I told him, I said, This is still

24   not my contract.  Not my version.  And I

25   translated to him briefly about the recap,

1            Yvette Wang

2   that part.

3       Q.  And what did he say?

4       A.  He said, you just go ahead to sign

5   it.  And we need this project started.

6       Q.  Are there any other provisions you

7   went over with Mr. Guo on the phone?

8       A.  I emphasized again to him about the

9   report delivery schedule, which is weekly

10  report in the first month, and then there

11  should be a preliminary report for the first

12  month, and then after first month, there

13  should be at least a monthly report every

14  month.  And some of the research, the reports

15  will be based on the request from the client.

16  So that's the two main point I emphasized

17  again to him.

18      Q.  Why did you emphasize the report

19  issue to Mr. Guo?

20      A.  Because that was in the first

21  discussion when I saw this project with Mr.

22  Guo.  And -- yeah, that's the two points he

23  really cares about.

24      Q.  The report and what it was going to

25  cost?

1                    Yvette Wang

2        A.  Yes.

3        Q.  What did he say in regards to the

4    reports?

5        A.  You mean --

6        Q.  The language, when you told him over

7    the phone, Remember, look, these are the

8    reports, this is when it is going to come in,

9    what was his reaction?

10       A.  You mean by 1/6?

11       Q.  Yes.  As I understand you're having

12    a telephone conversation with him on January

13    6th?

14       A.  You're right.

15       Q.  What did he say about the reports?

16       A.  He said confirmed, okay.

17       Q.  The word "report" appears several

18    times in the agreement.  What is your

19    understanding of the word report?

20       A.  You mean my understanding, personal?

21       Q.  Well, why don't we start with yours

22    and if you have reason to think it's

23    different than Eastern, you can let me know.

24       A.  In my understanding, the report, as

25    the, I mean, project manager, if I may call

1              Yvette Wang

2     myself, a little bit, and the report should

3     be in black and white.  It's solid, reliable,

4     and there is value.  And I mean, valuable

5     information in the deliverable, which we call

6     the report, and which should be delivered

7     without delay based on the report deliverable

8     schedule of this contract signed to the

9     client.  I mean, as a project manager, that

10    is my understanding.  First the quality,

11    second the timeline.

12            Quality means you cannot deliver

13    garbage or advertisement or Wikipedia or even

14    Russian language stuff.  Because that is not

15    valuable and they are garbage, nonsense.

16            Second, timeline.  And you should

17    deliver the report based on the contract

18    signed in here, which agreed by both sides.

19    That is the weekly report, for the first

20    month, and monthly report for the following

21    month, which never happened.

22        Q.  What is a progress report, if you

23    look on page 2?  What is a progress report?

24        A.  Which paragraph are you referring

25    to?

1          Yvette Wang

2      Q.  The contractor will produce a

3   progress report.  What is -- compared to a

4   general report, what is a progress report?

5          (Witness peruses document.)

6      A.  Progress reports includes, in my

7   understanding, again, as a project manager,

8   first that should include what is happening.

9   What is the team.  What is your mechanism.

10   And the second mainly that is, I mean, the

11   first part should be like 30 percent or 20

12   percent of the whole progress report.  And

13   the rest of the 80 or 70 percent of progress

14   report, that should be valuable.  Valuable

15   means that, okay, there are information in

16   there, valuable, instead of having zero

17   valuable information and only garbage.

18      Q.  Well, what's a preliminary report as

19   opposed to an overall report, a progress

20   report?

21      A.  The preliminary report, in the first

22   month, in my understanding, that should be a

23   conclusion report or January, big report for

24   the first month.  Why the first month need

25   preliminary report, because that was the

1           Yvette Wang

2    beginning of this project.

3           So you may include who is your team,

4    who is your team member, who is your project

5    manager, what is your strategy or what is

6    your mechanism or working.  That's why that

7    happened in the first month.

8           Why there is no preliminary report

9    in the second and third month, the reason is

10   the first month needs all of that

11   information.  Not only the valuable

12   information which they worked, but also their

13   general and detailed information of their

14   investigation team, their work mechanism, at

15   least who is the project manager or how they

16   work.  Fair enough?

17      Q.  What about comprehensive historical

18   research report?  Does that differ any from

19   kind of this overall report concept or

20   progress report or preliminary report?

21      A.  Comprehensive historical research

22   report within three months, in my

23   understanding --

24      Q.  This is your understanding as a

25   project manager?

January 31, 2019

1           Yvette Wang

2      A.  Correct.  I am sorry about that.

3      Q.  That's all right.

4      A.  So comprehensive, within three

5   months, which is a bigger report than the

6   report of first month and the second month

7   and third month.  That should be a kind of

8   like all together, like summarize.  And then

9   they have all the information, I mean,

10  valuable information in there.  They have

11  their whole team reported in here.  And then

12  they may decide, because there is a recap,

13  they may decide by the end of third month,

14  how they will proceed for the next three

15  quarter of that year, that is my

16  understanding.

17     Q.  When you say this is your

18  understanding as a project manager, how did

19  you gain this understanding of these terms?

20     A.  How did I get this?

21     Q.  Yes.

22     A.  From my work experience.

23     Q.  And what kind of work experience was

24  that and for who?

25     A.  For who or from who?

1              Yvette Wang

2      Q.  However -- your work experience.

3    You said you gained this from your work

4    experience.  Have you done investigative

5    contracts before?

6      A.  Oh, that is better understanding for

7    me.

8          I'm a project manager and I work for

9    many different projects.  I don't mean

10   investigation project.  For example, I build

11   house, right?  I'm managing like the media

12   project.  This is a common knowledge and

13   common sense as a project manager.

14     Q.  Well, putting aside -- have you ever

15   been a project manager on a, you know,

16   confidential research of individuals?

17     A.  Sorry, can you repeat your question?

18     Q.  Have you ever been a project manager

19   for any contract remotely close to the one we

20   have marked as Exhibit 2?

21         MR. GRENDI:  Objection.  You

22    can answer.

23     A.  I believe this is new to me.  So

24   that's why I was educated, educated by

25   Strategic Vision and Ms. Wallop, saying,

1           Yvette Wang

2    Yvette, you are new to this kind of industry,

3    I remember that clearly, and she said, we

4    never communicate by e-mail and all the

5    reports and deliverable we must hand over

6    face to face.  No e-mail, no phone call.

7         That's why, for example, like your

8    project, Mike, another associate of Ms.

9    Wallop, will fly himself to other country,

10   including Swiss, Switzerland, or other

11   countries in Asia, to face to face meet their

12   project manager and engineer, to receive

13   their deliverable.

14        So I'm talking about my experience

15   to be educated by a professional people in

16   this so-called industry.  So to answer your

17   question as this kind of project to me is new

18   and fresh, and I was educated a lot.

19     Q.  Did you discuss with either Mr. Guo

20   or Mr. Han what they expected the reports to

21   be prior to execution?

22     A.  They expected the reports or

23   information are valuable.

24     Q.  But did they talk in terms of the

25   form and how they would be delivered,

1              Yvette Wang

2    anything along those lines?

3        A.  The form?  I don't understand your

4    question.

5        Q.  Flash drive, in person, e-mail; how

6    was it supposed to be delivered based on your

7    conversations with Mr. Guo and Mr. Han?

8        A.  Oh, basically, the first time I was

9    told how the deliverable or report should be

10   transported was, I heard it from Ms. Wallop.

11   And she clearly told me that, no e-mail, no

12   phone call.

13       Q.  No written report?

14       A.  No written report.

15       Q.  No memo, no memorandum?

16           MR. GRENDI:  Objection.

17       Q.  You weren't expecting a memo to be

18   delivered?

19       A.  What do you mean memo?

20       Q.  A written memorandum.

21       A.  Are we talking about the --

22       Q.  The report.

23       A.  Are we talking about the information

24   in a report?  I'm confused by you.

25       Q.  The reports.  We're talking about

1          Yvette Wang

2    the definition of the report in the

3    agreement.  Did Ms. Wallop ever suggest she

4    was going to write a written report out in

5    any way, shape or form?

6        A.  She said the report should be

7    delivered by flash drive.

8        Q.  By who?

9        A.  Flash drive.  USB key, thumb drive.

10       Q.  And what was your -- did she ever

11   discuss what was going to be on the flash

12   drive or USB key?

13       A.  You mean when?

14       Q.  What.  What was going to be on it?

15       A.  Oh, the report.

16       Q.  Did she ever get into detail of what

17   the form and substance of the report was

18   going to be?

19       A.  I remember she mentioned that will

20   be the valuable information, because she

21   presented herself and her team as the best in

22   this industry.  So she guaranteed again and

23   again the information we will receive, they

24   are valuable and they are in compliance with

25   Mr. Guo's request.

1              Yvette Wang

2      Q.  Okay.  We will get to the definition

3   of valuable.  But I just want to be clear.

4   Now we're going to deliver flash drives in

5   person for these reports, right?

6      A.  Correct.

7      Q.  Did you have an understanding of

8   what was going to be on the flash drive, not

9   just valuable information, but as far as form

10   or substance, letters, memorandums,

11   handwritten notes?

12      A.  Oh, okay.

13      Q.  Recorded conversations, what was

14   going to be on there?

15      A.  That is very helpful.  In my

16   understanding, based on our discussion about

17   the contract, based on --

18      Q.  In discussion with who, if I can

19   just ask you?

20         MR. GRENDI:  Objection.  You

21      should let the witness answer, and I

22      think it's probably getting difficult

23      for the court reporter to keep up.

24         MR. SCHMIT:  We're doing fine

25      here.

1          Yvette Wang

2     Q.  Go ahead.

3     A.  Where should I start?

4     Q.  Go ahead.  Do you need it read back

5  here?

6     A.  Based on my discussion with Ms.

7  Wallop, based on my discussion with Mr. Guo,

8  that the report could possibly include, like,

9  financial, like -- because I remember Ms.

10  Wallop described their capability about their

11  technology to the bank system.

12        For example, before a contract

13  signed, she went to New York, meet with Mr.

14  Guo, and she described their capability, said

15  they already in a certain bank system.

16        I'm talking about Ms. Wallop, her

17  team.  They were in, entered into a certain

18  bank's system.  And she said her people tried

19  to climb on the wall and they did that, and

20  they saw the bank information in there.  And

21  they are huge money.

22        And then Ms. Wallop even asked Mr.

23  Guo, do you want that money?  Give me your

24  bank account so we can move the money.  And

25  Mr. Guo refused immediately.  So based on my

1          Yvette Wang

2    understanding that the report should include

3    the information or related information about

4    financial, which are not our request, which

5    should be legal, because Mr. Guo told Ms.

6    Wallop clearly, you are doing something

7    illegal.  And I am not stealing money, and I

8    don't need the money.

9        Q.  We will get back to that.  Again, I

10   just want to finish one line of questioning

11   before we go down that road.

12          The report, though, on the flash

13   drive, Excel spread sheets, any

14   representation that you would be supplied

15   with Excel spreadsheets?

16       A.  You mean the final report?

17       Q.  Anything.  Any report.  The flash

18   drive you would receive.  I want to know

19   physically, when you plugged it in and you

20   looked at the screen, what did Eastern Profit

21   understand would pop up?

22       A.  This could be like Excel, like Word,

23   or PDF or video.  Whatever the format.

24       Q.  Was there a specific agreement as to

25   the format of the information?

1           Yvette Wang

2      A.  Agreement of format?  It could be

3  any format, in my understanding.  But the

4  information Eastern requested is illegal and

5  is checkable from resources or database.

6      Q.  You use the term throughout this

7  time --

8           MR. GRENDI:  Why don't we take

9       a break at this time?  I know you're

10       about to ask a question.

11           MR. SCHMIT:  Why don't I just

12       ask and then we will take a break.

13      Q.  You used the term several times the

14  information must be valuable.  What did you

15  mean by that?  What was your understanding of

16  that?

17      A.  Valuable, in my understanding, that

18  should be helpful to the client, as a project

19  manager.

20      Q.  Did you ever discuss -- you keep

21  saying "as a project manager."  I want to get

22  back to that before we break because that's

23  important to this whole line of questioning.

24           Did Mr. Guo ever explain to you what

25  he thought was going to be valuable?

1          Yvette Wang

2     A.  At least they are real.

3     Q.  No, no, did Mr. Guo ever exchange --

4     A.  Yes, he told me.

5     Q.  What did he --

6     A.  They should be real.  They should be

7  real message.

8     Q.  What does "real" mean?  What do you

9  mean by real?

10     A.  Real means that it's true fact, real

11  message.  Instead of -- let me give you

12  another example, maybe that will be helpful.

13     Q.  You answered my question though.

14        Did you ever talk to Ms. Wallop

15  about what Eastern Profit considered was

16  valuable?  Did you ever go, Ms. Wallop, this

17  is what we're looking for, this is what we

18  want?

19     A.  We did.  If you review the contract

20  signed, which is your Exhibit number 2, you

21  can see clearly reports A, B, C, the details.

22  That should be information.

23     Q.  But we already covered that there

24  was no exact agreement as to format, right?

25     A.  Format you mean Excel, Word, PDF,

1            Yvette Wang

2    Power Point?

3       Q.  Yes.  What was going to be on the

4    flash drive.

5            MR. GRENDI:  I want to hop in

6         here.  We requested a break, I know

7         you are continuing down this line of

8         questioning and you're obviously

9         entitled to.  But can we have a

10        break, please?

11           MR. SCHMIT:  Sure.  Take a

12        break.

13           THE WITNESS:  Thank you.

14           (Whereupon, a brief recess was

15        taken.)

16   BY MR. SCHMIT:

17      Q.  We were talking before the break,

18   Ms. Wang, about what would be considered,

19   quote unquote, valuable information.

20           Did you ever discuss that with Ms.

21   Wallop or Mike Waller, the other individual

22   you've mentioned?

23      A.  About what?

24      Q.  About what you considered to be

25   valuable or under the contract.

1            Yvette Wang

2       A.  The valuable, the first thing they

3   should be truth, they should be true --

4       Q.  No, no, did you discuss it?

5       A.  Discuss it?

6       Q.  Did you discuss your definition of

7   valuable with either Ms. Wallop or Mr.

8   Waller?

9       A.  I didn't.

10      Q.  Do you know of anybody on behalf of

11  Eastern Profit that did?

12      A.  I believe Mr. Guo discussed it with

13  them.

14      Q.  Why do you believe that?

15      A.  Why I believe that?  Because after

16  the discussion, I guess, again, they come up

17  this definition (indicating).  So I read this

18  and I understand --

19      Q.  What are you pointing to?

20      A.  The page one until page two with all

21  the definitions regarding A, B, and C

22  research.

23      Q.  I don't understand what's in the

24  contract, though.  Were you aware of any

25  discussions Mr. Guo had with Ms. Wallop or

1        Yvette Wang

2  Mr. Waller about what the definition of what

3  you said is, quote unquote, valuable would

4  be?

5        MR. GRENDI:  Objection.  You

6    can answer.

7    A.  Can you repeat your question?

8        MR. SCHMIT:  Can you read it

9    back?

10   (Whereupon, at this time, the requested

11  portion was read by the reporter.)

12   A.  Sorry, I still -- I don't quite

13  understand your question.  So you're talking

14  about, am I aware Mr. Guo discussed with Ms.

15  Wallop and Mike about the valuable, the

16  definition of valuable?

17   Q.  What he would consider valuable

18  under the contract.

19   A.  I believe I did.

20   Q.  You believe you did with who?

21   A.  Mr. Guo discussed it with them.

22   Q.  Okay.  And why do you believe that?

23   A.  Because Mr. Guo requested their

24  things or they offered their things.  I mean,

25  this is the proof, this is the agreement.

1              Yvette Wang

2      Q.  I mean, were you present for any

3   conversations about, you know, Gee, Ms.

4   Wallop, this is what I would consider

5   valuable, this is what I'm looking for?

6      A.  Thank you.  That is more easier for

7   me.  No, I didn't.  And I was absent in the

8   very beginning of this project.  So in the

9   very beginning, which means before I started

10   to be involved in this project, and Mr. Guo

11   and Ms. Wallop and Mike and Mr. Han, you

12   know, Mr. Han Lianchao, we say L.C. in all

13   the correspondence, they discussed about

14   those things, I believe.

15      Q.  Why do you believe that?

16      A.  Because come out with this

17   (indicating).  Otherwise where are they come

18   from?

19      Q.  Are you aware of any specific

20   conversations along those lines, though?

21      A.  I don't understand.  Am I aware of

22   any conversation?

23      Q.  Yes.

24      A.  Yes.

25      Q.  Which ones?  When did they take

1           Yvette Wang

2    place?  Who participated and what was said?

3           MR. GRENDI:  Objection.  You

4     can answer.

5      A.  I will answer that.  That take place

6    in New York.

7      Q.  Okay.

8      A.  And Ms. Wallop and Mike, they came

9    to New York to Mr. Guo, his apartment and did

10   a couple of meetings together with L.C. about

11   this project.

12     Q.  And who is L.C. again?

13     A.  Lianchao.  Han Lianchao.

14     Q.  And do they call in your text

15   messages Mr. Guo, New York, sometimes?

16     A.  Correct, yes.

17     Q.  And when was this meeting?

18     A.  My guess is in November, start from

19   November, something, October or November.

20   Because I start to get involved by the end of

21   December.  So before me, that is my guess.

22   It should have like in December or the

23   beginning or mid of -- no, in November or the

24   beginning or mid of December.  That is my

25   guess.

Yvette Wang

Q.  You weren't at this meeting in

New York, though?

A.  I didn't attend the meeting about

this project with all of them together.  I

didn't.

Q.  In preparation for today's

deposition, did you attempt to educate

yourself on what may have occurred at that

meeting?

A.  No, I didn't.

Q.  What have you done in preparation of

today's deposition?

A.  What I have done?

Q.  What have you done to prepare for

today's deposition?

A.  Oh, I went through the, like the

contract, the complaint, some documents which

from my lawyer.

Q.  Did you go back to any books or

records of Eastern Profit to prepare?

A.  No.  I didn't.

Q.  Are there any books or records for

Eastern Profit?  Do they exist?

A.  I have no idea.  You should ask

1          Yvette Wang

2    them.

3      Q.  Well, you're representing them here

4    today.  You recognize that, right?

5      A.  Yes.

6      Q.  So you, as a representative, are not

7    aware of any books or records that belong to

8    Eastern Profit?

9          MR. GRENDI:  Objection.

10          You can answer.

11      A.  If I may, without offense, I should

12    be defined -- I represent them with limited

13    power of attorney on this project.  So if you

14    ask me the whole history of the records of

15    Eastern, I'm sorry, I cannot help.

16      Q.  No, I'm not -- do they exist?  Do

17    you have any reason to believe they exist?

18      A.  I didn't ask.  I don't know.

19      Q.  What have you done to prepare for

20    today's deposition, other than look at the

21    contract and the complaint?

22      A.  Went through the exhibits, I believe

23    they are there.  And went through some of

24    the -- I didn't went through all of it

25    because I don't have time.  So roughly went

January 31, 2019                                      93

1              Yvette Wang

2   through all these papers.

3      Q.  In other words, you looked at

4   documents that were produced in this

5   litigation?

6      A.  Produced?

7      Q.  Provided.  Like, that are -- that

8   you gave to us or we gave to you in the

9   discovery process.

10      A.  Because that happened almost like

11   one year ago.  So I went through this paper,

12   trying to refresh my memory because I don't

13   remember quite clear some of the things.

14      Q.   In other words, the events at issue

15   happened like a year ago; is that what you're

16   saying?

17      A.  What do you mean?

18      Q.  You said something happened a year

19   ago, so I had to refresh my recollection.

20   What happened a year ago?

21      A.  This project.

22      Q.  That's what I was asking.

23      A.  Yes.  That's why, you know, some

24   dates I don't remember.  It's what you told

25   me, yeah.

1             Yvette Wang

2       Q.  Did you meet or speak with anybody

3   in order to educate yourself about Eastern

4   Profit?

5       A.  About Eastern Profit, no.

6       Q.  Did you meet with your attorney to

7   discuss Eastern Profit?

8       A.  No, I didn't.

9       Q.  Did you have any telephone --

10          MR. GRENDI:  Let me pop in.  I

11      think there must be some kind of

12      misunderstanding here.  Because we

13      did meet to prepare for this 30(b)(6)

14      deposition on Tuesday.  I think maybe

15      she's confused about the designee as

16      her attorney.

17      A.  My understanding, you mean discuss,

18   my attorney did ask me -- I don't know.

19          MR. GRENDI:  Hold on, stop,

20      stop.  I just want to be clear, she

21      shouldn't be discussing what I

22      discussed with her.  I am just saying

23      that was preparation for this

24      30(b)(6).

25      Q.  So on Tuesday you met with the

January 31, 2019

1                Yvette Wang

2    gentleman to your right?

3        A.  Yes.

4        Q.  Was anybody else present?

5        A.  No.  Only me and him.

6        Q.  How long did you meet for?

7        A.  Like two, three hours.  Two hours.

8        Q.  And you reviewed the documents that

9    we have identified?

10       A.  Yes.

11       Q.  Did you speak with Mr. Guo?

12       A.  About what?

13       Q.  About this deposition.  Or Eastern

14   Profit, in preparation for this deposition.

15       A.  I told him my date.

16       Q.  Did you ask him any questions?

17       A.  I didn't yet.  What do you want me

18   to ask?  I ask.

19           MR. GRENDI:  Hold on.  I'm just

20         going to pop in here.  He's just

21         asking questions today, and you can

22         answer them.  You don't need to offer

23         anything.

24       Q.  Other than that you've reviewed some

25   documents, you met with Zachary, have you

1          Yvette Wang

2    spoken with anybody else about today's

3    deposition?

4        A.  My colleagues.  I told them don't

5    call me, because I will be in deposition.

6        Q.  So logistically, logistics?

7        A.  Yes.

8        Q.  But the substance of the deposition

9    or to educate yourself about what Eastern

10    Profit is about, you didn't speak with

11    anybody else?

12        A.  No.

13        Q.  How about Mr. Chung Han, the

14    principal of Eastern?

15        A.  About this deposition?

16        Q.  Yes.

17        A.  No, I didn't.

18        Q.  What is his exact position with

19    Eastern?

20        A.  He's the president of Eastern.  It

21    should be on the paper here.

22        Q.  It just says he's a principal.

23        A.  Okay, the principal of Eastern.

24        Q.  What does that mean?

25        A.  You mean my understanding?

1          Yvette Wang

2     Q.  Yes.

3     A.  Boss.  I don't know.  I don't know

4  his official title.

5     Q.  Is he an officer, director?

6     A.  I don't know.

7     Q.  Do you know what his duties and

8  responsibilities are?

9     A.  I don't know.

10     Q.  How did you know he was a principal?

11     A.  Mr. Guo told me.

12     Q.  If you look at Exhibit 3, would you

13  have personal knowledge of any of these

14  answers?  Maybe you can just point out the

15  ones to which you would have personal

16  knowledge.

17     A.  Personal knowledge about what?

18     Q.  About the answers.  Because you

19  verified these interrogatory responses and

20  I'm just wondering, you know, which ones you

21  knew personally, and if so, I'd like to know

22  how you came up with the information for

23  those responses.

24          MR. GRENDI:  I'm just going to

25     object as compound.  Do you want to

1        Yvette Wang

2        go through them?  I mean, there's

3        quite a few.

4             MR. SCHMIT:  I don't think it's

5        going to take too long.  There's not

6        too many.

7        Q.  Just point out the ones that you had

8    personal knowledge of, that you read the

9    question and you said here's the answer.

10            MR. GRENDI:  I'm objecting

11        again.  The witness will have to read

12        through these and go one by one.

13            MR. SCHMIT:  You're kind of

14        coaching the witness now.

15        Q.  Can you answer the question?

16            MR. GRENDI:  Hold on,

17        objection.  I'm not trying to coach

18        the witness.

19            MR. SCHMIT:  I've asked the

20        question.  She can react accordingly.

21            MR. GRENDI:  You can answer.

22        A.  Then are you asking that we go

23    through all the -- because this is --

24        Q.  I have a question.  Let me ask you

25    one way.  Do you have personal knowledge of

1              Yvette Wang

2    any of the answers?

3       A.  I have to go through.

4       Q.  Okay.  Go through, take your time.

5           (Witness peruses document.)

6       A.  Personal knowledge, okay.

7           (Witness peruses document.)

8       A.  Okay.  Which one you want to ask?

9       Q.  The question is, just identify which

10   ones you answered based on personal

11   knowledge.

12       A.  Based on my personal knowledge, I

13   signed here that this is based on the best of

14   my personal knowledge.

15       Q.  Okay.  The best of your personal

16   knowledge?

17       A.  Yes.

18       Q.  Which ones?

19       A.  All of them.

20       Q.  So you knew that Mr. Han, prior to

21   seeing these interrogatories, was a principal

22   of Eastern Profit?

23       A.  Which question?

24       Q.  Number two.

25       A.  Correct.  Here, yes, I was told he

1            Yvette Wang

2   was a principal.

3      Q.  So you had to be told that when you

4   saw the question, when you verified it,

5   somebody told you that information, right?

6      A.  That's right.

7      Q.  So you were educated on it.  Is that

8   true with each of these answers?  That's what

9   I'm trying to get at.

10      A.  Correct.

11          MR. GRENDI:  Objection.  But

12      you can answer.

13      Q.  So with each of these answers,

14   somebody had to tell you, with each of these

15   questions somebody had to tell you what the

16   answers were before you could verify it,

17   right?

18          MR. GRENDI:  Objection.  You

19      can answer.

20      A.  Yes.

21      Q.  Now, for example, who told you the

22   answer to number two?

23      A.  Mr. Guo.

24      Q.  How about the answer to number four?

25      A.  Who told me this, right?

1          Yvette Wang

2     Q.  Yes.

3     A.  Mr. Guo.

4     Q.  What is Mr. Guo's relationship with

5  Eastern Profit?

6          MS. TESKE:  Object.

7     A.  I believe I said that before.

8     Q.  Well, tell me again.

9          MR. GRENDI:  Objection.  You

10   can answer.

11    A.  I said he is advisor and consultant

12  to Eastern.

13    Q.  You mentioned a client -- you

14  mentioned the client a couple of times.  Is

15  Eastern Profit a client of New York Golden

16  Springs?

17          MR. GRENDI:  Objection.  You

18   can answer.

19    A.  You asked that question before.

20    Q.  Is it?

21    A.  I said no, there's no official

22  contract.

23    Q.  Is there an unofficial contract?

24    A.  No.

25    Q.  Do you work for anybody other than

1              Yvette Wang

2   New York Golden Springs?

3      A.  No.

4      Q.  Who signs your paychecks when you're

5   paid?

6           MR. GRENDI:  Objection.

7           MR. SCHMIT:  That's a fair

8     question.  I'm not asking amounts.

9     It's a totally fair question.

10     There's no objection to that.

11           MR. GRENDI:  You can answer.

12      Q.  What entity pays you when you look

13   at your paycheck?

14      A.  I refuse to answer, it's too

15   personal.

16           MR. GRENDI:  I'm not

17     instructing the witness to do

18     anything.

19           I said you can answer the

20     question.

21      Q.  I'm not asking the amount.  When you

22   get a paycheck, what entity or individual

23   does it come from?

24      A.  Golden Spring.

25      Q.  When you had to discuss this

1              Yvette Wang

2    project, other than -- I'm not talking about

3    Ms. Wallop or Mr. Waller, did you have

4    conversations with anybody during the

5    negotiations or execution of the agreement,

6    other than Mr. Guo?

7       A.  No.

8           MR. SCHMIT:  If I can have this

9       marked as Exhibit 5.

10          (Whereupon, at this time, the

11      reporter marked the above-mentioned

12      screen shot of text messages as Wang

13      Exhibit 5 for identification.)

14   BY MR. SCHMIT:

15      Q.  I'm going to hand you what's been

16   marked as Exhibit 5.

17      A.  Thank you.

18      Q.  If you could just -- it's a series

19   of screen shots of text messages, SVUS 61

20   through 76.

21          If you could just take a moment and

22   review it and let me know when you're ready

23   to answer any questions.

24          (Witness peruses document.)

25      A.  Okay.  You want me to finish?

1            Yvette Wang

2      Q.  Yes.  If you need more time to

3  review it.

4            (Witness peruses document.)

5      A.  Okay.  Thank you, I'm done.

6      Q.  And just for Lianchao Han, you see

7  his name at the top?

8      A.  Yes.

9      Q.  Who is that again?

10     A.  A gentleman from D.C.

11     Q.  From Washington D.C.?

12     A.  Yes.

13     Q.  Does he work for Mr. Guo?  Does he

14  work for Eastern Profit?  Who does he work

15  for?

16     A.  I don't know he works for.  But he

17  doesn't work for Mr. Guo and Eastern.

18     Q.  He doesn't work for New York Golden

19  Springs?

20     A.  No.

21     Q.  Why is he discussing the contract?

22     A.  I don't know.

23     Q.  He seems to be discussing the

24  contract on behalf of Eastern Profit, right?

25     A.  It seems like, yes.

1          Yvette Wang

2     Q.  You don't know why?

3     A.  I don't know.

4     Q.  You don't know -- what was your

5   understanding of his involvement in the

6   project?

7     A.  Correct.  My understanding, I heard

8   this Mr. Han, he is a friend of Wallop and

9   Mike.  And he, obviously, help translation

10   for Mr. Guo as well.  That is basically what

11   I know.

12     Q.  What is your understanding of the

13   relationship between Mr. Guo and Lianchao

14   Han?

15     A.  To me, it seems like they are

16   friends as well.

17     Q.  Do you know how long Mr. Han has

18   known Mr. Guo?

19     A.  I don't know.

20     Q.  Estimate?

21     A.  Estimate?

22        MS. TESKE:  Object.

23        MR. GRENDI:  Objection.

24     A.  I don't know.

25     Q.  A couple of years, five years, ten

1          Yvette Wang

2    years?

3          MS. TESKE:  Same objection.

4          MR. GRENDI:  Same objection.

5    A.  I don't know.

6    Q.  Do you have any idea?

7    A.  I don't think that long, I mean, my

8    guess.

9    Q.  You've met Mr. Han, right?

10   A.  Yes, I did.

11   Q.  When did you first meet him?

12   A.  In New York.

13   Q.  What time?  When?

14   A.  Late October, November of 2017.

15   Q.  Who introduced you?

16   A.  He was in Mr. Guo's apartment and I

17   went there and Mr. Guo introduced him to me.

18   Q.  What is your understanding of why he

19   was with Mr. Guo that day?

20   A.  My understanding, he's a friend of

21   him, otherwise why at his home, right?

22   Q.  What did Mr. Guo tell you about Mr.

23   Han during the introduction?

24   A.  He said Mr. Han is from Washington

25   D.C.  And he is a real fighter for Chinese

 1          Yvette Wang

 2   rules of law and democracy as well and a very

 3   good man.

 4      Q.  Do you know, is Mr. Han originally

 5   from Washington D.C.?

 6      A.  Originally you mean what?

 7      Q.  Like where was he born?

 8      A.  Oh, he was born in Mainland of

 9   China.  He told me.

10      Q.  Did he know Mr. Guo over in China?

11      A.  I don't know.  But I don't believe

12   so.  Looks like not, my guess, again.

13      Q.  Just one more question about the --

14   this has nothing do with this exhibit, but

15   about the million dollars deposit that ACA

16   Capital sent, right, they tried to claw it

17   back, right?

18      A.  To get it back?

19      Q.  Yes.

20      A.  Yes.  Sorry my language.

21      Q.  That's fine.  Who told them that

22   they should try to pull it back?

23      A.  I don't know.

24      Q.  Did you go -- when you found out

25   about the deposit, how did you find out about

1          Yvette Wang

2    it?

3      A.  Mr. Guo sent me --

4          MR. GRENDI:  Objection.  You

5     can answer.

6      A.  Mr. Guo sent me the wire receipt,

7    which I told you.

8      Q.  Did you talk with anybody from ACA

9    Capital about it?

10     A.  No, in my memory, no, no.

11     Q.  Did Mr. Guo -- did you tell Mr. Guo,

12   We've got to get this money back, this is

13   crazy?

14     A.  No, I didn't tell him.  I mean, why

15   should I tell him?

16     Q.  Do you know what ACA Capital was

17   told?

18         MR. GRENDI:  Objection.  You

19    can answer.

20     A.  I don't know.  I don't know that.

21     Q.  Do you know if it was specifically

22   told that you have to pull this back because

23   no contract has been signed yet?

24     A.  You mean I was told, right?

25     Q.  No, no.  ACA Capital, they're the

1            Yvette Wang

2    ones that were trying to claw the money back?

3        A.  Oh.

4        Q.  Do you know specifically what

5    instruction they were given or why they were

6    doing it?

7        A.  I don't know that part.  I don't

8    know.

9        Q.  Mr. Guo never shared that

10   information with you?

11           MS. TESKE:  Objection.

12           MR. GRENDI:  Objection.

13       Q.  Let's go back to Exhibit 5 here.  If

14   you would turn to production number 65.

15           (Witness peruses document.)

16       Q.  It says at the top, it says, Okay,

17   thanks, I don't think the New York guy is

18   serious.

19           Is it your understanding New York

20   guy is a reference to Mr. Guo?

21       A.  Correct.  That is my understanding,

22   yes.

23       Q.  Okay.  Do you know who this -- who

24   wrote that?

25       A.  I don't know.

1           Yvette Wang

2      Q.  If that's your answer, that's --

3      A.  I guess, either from Mike or Ms.

4   Wallop.  That is my guess.  Because there's

5   only Lianchao's name here.

6      Q.  Then it says, I have mixed feelings

7   about it, he wants to do it but wants to do

8   it as cheap as possible.

9         Do you see that?

10     A.  Yes.

11     Q.  And then you can see what the

12   response to that.

13        Do you know what these folks are

14   talking about here?

15        MR. GRENDI:  Objection.  You

16    can answer.

17        MS. TESKE:  Same objection.

18     A.  I don't know precisely.  Because

19   this is the conversation between other two

20   people.

21     Q.  Fair enough.

22     A.  But maybe about this project, I'm

23   not sure.

24     Q.  Was there ever any discussion about

25   pricing and Mr. Guo wanting to do it cheaper?

1          Yvette Wang

2          MS. TESKE:  Objection.

3          MR. GRENDI:  Objection.

4     A.  With who?

5     Q.  The project.

6     A.  I have never had that discussion

7  with him.

8     Q.  So to the best of your knowledge,

9  they didn't discuss doing it on the cheap or

10  anything along those lines?

11     A.  I never --

12          MR. GRENDI:  Objection.  You

13   can answer.

14     A.  I never heard cheaper, these words

15  from Mr. Guo's mouth.

16     Q.  Did you hear anything along those

17  lines or something to that effect?

18     A.  Sorry?

19     Q.  Did you hear words other than

20  cheaper, maybe you don't like my word choice.

21     A.  But close to this meaning, right?

22     Q.  Yes.  Conveying that he would like

23  to pay less.

24     A.  No, no, to me.  I didn't hear

25  anything about that.

1          Yvette Wang

2      Q.  If you look at 66, that's the

3   production number on the lower right-hand

4   corner.

5          (Witness peruses document.)

6      Q.  I talked with him and he says he

7   wants to do it, but would like to put in a

8   clause in the contract which says if you fail

9   to provide the deliverables as defined in the

10   scope, you should return the deposit.  What

11   do you think?

12          Do you see that?

13      A.  I saw this.

14      Q.  You've seen it before today?

15      A.  Yes.

16      Q.  Where have you seen that statement

17   before?

18      A.  We went through the exhibits.

19      Q.  So on Tuesday you probably saw that?

20      A.  Yes, probably.

21      Q.  What is your understanding of what

22   Mr. Han is saying there?

23          MS. TESKE:  Objection.

24      A.  You mean this message?

25      Q.  Yes.

1              Yvette Wang

2         MR. GRENDI:  Objection.

3      A.  Okay.  You're really trying to ask

4  me to guess other people's message.

5      Q.  No, I'm asking, do you have an

6  understanding of what is said there?

7      A.  Fair enough.  Let me read it.

8      Q.  Please read it.

9      A.  It looks like Mr. Han was

10  communicating with Mr. Guo as well about this

11  project, about the deposit, and deliverable

12  in the scope.  That is my understanding,

13  saying, Failed to provide the deliverable as

14  defined in the scope, which agreed by both

15  sides, or agreed by the contract, and the

16  contractor should return the deposit.

17      Q.  Did a clause like this ever end up

18  in the agreement?

19         MR. GRENDI:  Objection.  You

20      can answer.

21      A.  I don't remember this is in the

22  final signed contract.  No.

23      Q.  You don't believe it is?

24      A.  I don't believe that.

25      Q.  Did you ever discuss it with Mr. Guo

1              Yvette Wang

2    and Mr. Han, that concept?

3         A.  No, I didn't.

4         Q.  If you can turn to 73.

5         A.  Yes.

6         Q.  It says at the bottom, please call

7    F.  Do you know who F is?

8         A.  I guess it's French Wallop, my

9    guess.

10        Q.  Okay.  That's your understanding.

11            MR. GRENDI:  Objection.

12        Q.  However, it says, Today Y came back

13   with major unreasonable changes as thing we

14   had agreed on in writing on December 12th.

15   Do you see that?

16        A.  Yes.

17        Q.  Who is Y?

18        A.  I guess that's me.

19        Q.  It's around the December 30th

20   timeframe.  Do you recall any changes you had

21   asked for, requested at that time?

22        A.  I don't remember that.  I don't

23   remember, sorry.

24        Q.  You don't remember a conversation

25   about that or any changes at the end of 2017

1                Yvette Wang

2    that you agreed or disagreed about?

3        A.  First, I said I don't remember.

4    That doesn't mean I agree or disagree.  I

5    really don't remember.  Because the date, I

6    don't remember what happened.  And then I

7    don't remember like what kind of a

8    conversation I came back.  No, I don't

9    remember that.

10       Q.  Do you recall any conversations you

11   had with Mr. Guo around that time of changes

12   he wanted?

13       A.  I don't remember clearly.

14       Q.  Do you remember just in a general

15   sense?

16       A.  General sense, still about the

17   waterline, because that was the argue, you

18   know, the argue points.  From the beginning

19   throughout the end.

20       Q.  You guys wanted an a la carte pay as

21   the deliverables come in and Strategic Vision

22   wanted this waterline concept?

23       A.  Correct, correct.

24       Q.  And you guys discussed it at length

25   and many phone calls and meetings?

January 31, 2019                                  116

1              Yvette Wang

2     A.  I think so.  I believe so.  I

3  believe so.  If there is any, like, main

4  discussion, it's about -- should be about

5  that.

6     Q.  How about the deposit concept?  Does

7  looking at this refresh your recollection

8  about any conversations you had about the

9  deposit?

10    A.  No.  First discussion about the

11  deposit that was -- you remember I said,

12  three meetings and one meeting, that was the

13  conversation about deposit.  And the next one

14  is that wire transfer about that one.

15    Q.  You weren't involved in the

16  conversations about putting a clause in the

17  agreement that you could claw it back if

18  something went bad?

19    A.  No.

20    Q.  Or there is a disagreement?

21    A.  No, I was not involved in that.

22        MR. GRENDI:  Objection.  I just

23     want to advise the witness to let him

24     finish asking the question before you

25     answer.

1            Yvette Wang

2        THE WITNESS:  Sure.

3    Q.  Did Eastern Profit do any research

4  on Strategic Vision?

5    A.  I don't know.

6    Q.  You don't know at all?

7    A.  Sorry, please finish your question.

8    Q.  I guess -- so you don't know if

9  Eastern Profit did any research on Strategic

10  Vision or French Wallop or Mike Waller?

11    A.  I don't know.

12    Q.  Did Mr. Guo ever instruct you to

13  look into either of them or the company in

14  general?

15    A.  No.

16    Q.  Did he ever inform you of what he

17  thought, and I'm talking pre execution,

18  inform you of what he knew about French

19  Wallop or Mike Waller or Strategic Vision or

20  anything along those lines?

21    A.  Sorry, what is your question?

22    Q.  Did Mr. Guo ever inform you, prior

23  to execution, what he knew or thought about

24  either Ms. Wallop, Mike Waller or Strategic

25  Vision?

1              Yvette Wang

2      A.  No.  He didn't request me to search

3   about them, no.

4      Q.  Did he ever tell you what he already

5   knew about them?

6      A.  Oh, yes, he did.

7      Q.  What did he say?

8      A.  He said, Ms. Wallop and Mike, they

9   were introduced to him, and they are from

10  Washington D.C.  Kind of like -- I don't

11  remember clearly.  Like they are very

12  experienced and they have a lot of resources

13  and contacts in Washington D.C.  And he heard

14  quite a lot of history about the lady and the

15  gentleman, which the lady and the gentleman

16  told Mr. Guo about.  Like, their experience,

17  like their family, not too private, like

18  their education, like their previous work

19  experience, like their clients, especially

20  some very important clients of Ms. Wallop and

21  Mike.  And the project Ms. Wallop and Mike

22  they have been done, including very

23  significant clients of theirs and their name.

24         Yeah, pretty much like that, like,

25  they mentioned about their clients include

1            Yvette Wang

2   some Russian officials, some middle east,

3   like royal family member official, government

4   people.  And, oh, yeah, Mr. Guo even show me

5   his notebook.  There is one page on there,

6   and with handwriting some name.  And they are

7   written by Ms. Wallop.  And Ms. Wallop told

8   Mr. Guo they are all big clients of hers.

9   Yeah, many about that.

10      Q.  Mr. Guo told you about that?

11      A.  Yes.

12      Q.  And what was your understanding of

13  when Mr. Guo would have learned all that

14  information?

15      A.  You mean when, right?

16      Q.  When, yes.

17      A.  My understanding is in November,

18  December, when Ms. Wallop and Mike, they were

19  introduced to Mr. Guo.  They started to meet,

20  have dinner, lunch together.  That is the

21  time, yes.

22      Q.  And as far as you know, would

23  anybody else, other than Mr. Guo, be present

24  at those dinners?

25      A.  Other people, Han Lianchao, yes, he

1              Yvette Wang

2    presented those dinners and lunch meetings.

3       Q.  Did you ever discuss with Mr. Chao

4    how -- Lianchao what was said at those

5    meetings or if he vetted the information or

6    what he thought about Strategic Vision or

7    French Wallop or Mike Waller?

8              MR. GRENDI:  Objection.  You

9     can answer.

10      A.  I remember Mr. L.C., he described

11   close, similar, like what Mr. Guo described

12   to me about Ms. Wallop and Mike.  Or if

13   something different is that before this

14   project, Mr. Han -- I mean, Lianchao, he

15   brought Ms. Wallop to Mr. Guo, his apartment,

16   tried to sell some real estate property to

17   Mr. Guo.  So that was before this project.

18          And then I remember that was an

19   afternoon and Ms. Wallop brought a brochure,

20   a house called Evermay, E-V-E-R-M-A-Y, that

21   was a house called Evermay.  And she kind of

22   like tried to sell that house to Mr. Guo.

23      Q.  Were you present at this meeting?

24      A.  I was there, yes.

25      Q.  Hadn't Mr. Guo requested information

1            Yvette Wang

2   in real estate?

3      A.  I don't know he requested or not.

4      Q.  She just showed up out of the blue

5   with a brochure and said, How about this?

6      A.  Yes.

7         MR. GRENDI:  Objection.  You

8    can answer.

9      A.  Yes.  That was -- that's why my

10  first knowledge is, I don't know what she is

11  doing for business.

12     Q.  Is that what Mr. Guo said?  How did

13  he describe the encounter?

14     A.  What is your question?

15     Q.  How did Mr. Guo describe the

16  encounter to you?  Did he say that, Hey, I

17  never asked her to do that?

18     A.  I didn't hear that from him.

19     Q.  Did he look at the brochure?

20     A.  Yes, he did.

21     Q.  Was there any comment, Oh, this is

22  the house we talked about or anything along

23  those lines?

24     A.  I don't remember that clearly.

25     Q.  All right, it could be possible,

1              Yvette Wang

2   though, that Mr. Guo requested that

3   information and that's why it was brought to

4   the meeting, right?

5      A.  I don't know what happened before

6   that meeting.  But by that meeting, I saw she

7   was showing her brochure, explain the house

8   condition, like those kind of stuff.

9      Q.  But you have no factual information

10   about why that brochure was brought to the

11   meeting?

12      A.  I have no idea.

13      Q.  Mr. Guo didn't tell you why it was

14   brought there?

15      A.  No.

16      Q.  Did you ask him?

17      A.  Who ask who?

18      Q.  Did you ask Mr. Guo?

19      A.  About that house?

20      Q.  Why the brochure was being discussed

21   at the meeting?

22      A.  No, I didn't.  Because that happens,

23   you know, not something quite special, so why

24   I ask all the details?  No, I didn't.

25      Q.  Were you aware of any trips to the

1              Yvette Wang

2   Washington D.C. area of where Mr. Guo or his

3   representatives were looking for real estate?

4        A.  After that Evermay house was

5   introduced, then Mr. Guo asked me, Oh, you go

6   to have a look at that house.  Then I went to

7   D.C. together with Han Lianchao and together

8   with Ms. Wallop and we tried to visit that

9   Evermay house.

10       Q.  Did you visit any other real estate?

11       A.  Yes.  That is -- was a like four

12   hours about, four hours drive.  And Ms.

13   Wallop drove --

14       Q.  You mean four hours driving around

15   D.C.?

16       A.  Four hours in car.  Because Ms.

17   Wallop did not allow us to, like, quite

18   frequently go out of the car and eat.  And

19   she said, You guys better stay in the car and

20   even put me on the back of the seat.  She

21   said she doesn't want the camera take picture

22   of her and me together.  And we were in a

23   car --

24       Q.  Did you ask her why?

25       A.  She -- I didn't ask.

1              Yvette Wang

2      Q.  No?

3      A.  I didn't ask.  Kind of like she

4   explained, like there's cameras everywhere in

5   D.C., and like the people who looks like

6   common walk on the street, they might be like

7   spies or agent or some other people.  I don't

8   remember clearly, something kind of like

9   that.

10     Q.  What time of year was this?  When

11  was this?

12     A.  December, before this project.  By

13  then I don't even know this project or hear

14  anything about this.

15     Q.  But it's in December of 2017, right?

16     A.  I don't remember the date.

17     Q.  But the year 2017?

18     A.  Oh, yes, that's right.

19     Q.  And you now know that this project

20  had been discussed in meetings in October and

21  November of this year, right?

22         MR. GRENDI:  Objection.  You

23   can answer.

24     A.  Which project?

25     Q.  The project we've been discussing

1              Yvette Wang

2    for three hours now.

3        A.  Okay.  What is the question?

4        Q.  It was discussed among Strategic

5    Vision and Mr. Guo prior to you being

6    introduced to it?

7        A.  No.  Even now I don't know.

8        Q.  You don't know when that project was

9    first raised?

10       A.  I have no idea.  Even now I have no

11   idea.

12       Q.  Did Mr. Guo ever tell you why he was

13   meeting with them?

14       A.  No.

15       Q.  In November and October of 2017?

16       A.  He didn't tell me the reason.

17       Q.  They were there in New York at his

18   apartment having discussions, though, right?

19       A.  A discuss about what?

20       Q.  Anything.  I'm saying a meeting took

21   place.  I just want to firm up that you're

22   aware of meetings in October and November of

23   2017?

24           MR. GRENDI:  Objection.  You

25       can answer.

January 31, 2019                                    126

1              Yvette Wang

2       A.  Yes.  Yes, there were -- I heard

3  there were meetings.

4       Q.  You don't know what they were about,

5  though?

6       A.  No.

7       Q.  And then why were you -- why did you

8  go on this trip to D.C. to look at real

9  estate?

10      A.  Because of the Evermay house.

11      Q.  But why look at it?

12      A.  Because Ms. Wallop introduced that

13  to Mr. Guo and Mr. Guo would like me to have

14  a check whether it's worth to buy or purchase

15  or introduce to other people.  Just let me to

16  have a look at that.

17      Q.  Was he looking to relocate to D.C.?

18          MR. GRENDI:  Objection.

19          MS. TESKE:  Same objection.

20          MR. GRENDI:  I mean, I realized

21       that there's an excess here, but

22       where is this going?  This is about

23       real estate.

24          MR. SCHMIT:  I'm exploring her

25       credibility in conversations.  This

1           Yvette Wang

2       is well within the 40 yard lines.

3           MR. GRENDI:  Go ahead.

4       A.  I don't know.

5       Q.  You mean, Mr. Guo never told you why

6    you had to go look at this house?

7       A.  No.

8       Q.  Mr. Lianchao never told you why you

9    were in a car for four hours with a woman

10   driving around D.C.?

11      A.  For Evermay, this house.

12      Q.  But why?  You don't know?  I mean,

13   if you don't know, you don't know.

14          MR. GRENDI:  Objection.  I

15       just, if we're having like an

16       understanding issue, let's try to

17       work it out.

18          MR. SCHMIT:  I am, that's why

19       I'm giving her an out.

20          MR. GRENDI:  I think just maybe

21       slow down with your pace here.

22       Because the witness is trying to

23       answer and whatever.  Just go ahead,

24       sorry.

25      Q.  Do you know why you were looking at

 1            Yvette Wang

 2   that house?

 3       A.  I don't know.

 4       Q.  Did you ever ask, Why are we looking

 5   at this house?

 6       A.  I didn't.

 7       Q.  What did you report back to Mr. Guo

 8   about the house and the trip?

 9       A.  I told him.  We had about like four

10   hours drive locked in a car, and we were --

11       Q.  You were locked in the car?

12       A.  Description.  We were not allowed to

13   go out of the car, correct, okay?  That's

14   fair enough.  And then Evermay, that house,

15   we were supposed to go to visit that house,

16   but we didn't get access to go inside of

17   there at all.

18          So we were driving around, around

19   and four hours without clear, like objective

20   property, just to look around.  And didn't

21   even enter into any house.  I told him about

22   this.  And then I told him that Evermay house

23   is a neighbor of a very big cemetery.  So the

24   condition from outside, which I was able to

25   view, it's very bad maintained, not very good

1           Yvette Wang

2    condition.  Seems like nobody live in there

3    for long time.

4        Q.  And what was Mr. Guo's reaction to

5    that report?

6        A.  He doesn't like cemetery.

7        Q.  So the presence of the cemetery was

8    kind of a show stopper?

9        A.  Show stopper?  What do you mean show

10   stopper?

11       Q.  That would be a deal breaker.  He

12   wouldn't buy the house next to a cemetery?

13          MS. TESKE:  Objection.

14       A.  I don't even know he will buy that

15   or not, to be honest with you.  But I can

16   tell you that is not the house he likes, if I

17   may, because that is a neighbor of a huge

18   cemetery.

19       Q.  Did you ever ask Ms. Wallop why she

20   didn't think it was a good idea for the three

21   of you to be seen together in the D.C. area?

22       A.  I didn't.

23       Q.  Why not?

24       A.  Because that was not polite, right?

25       Q.  Did you ever ask Mr. Guo, Isn't this

January 31, 2019                                    130

                        Yvette Wang

1

2    a little odd?

3        A.  I didn't.  Because it's not polite,

4    to be honest.

5        Q.  You weren't curious at all?

6        A.  Curious about what?

7        Q.  I mean, why do you think -- I mean,

8    curious as to why Ms. Wallop thought you

9    shouldn't be seen together in D.C.?

10       A.  I was, to be honest, curious and

11   surprised after that four hours drive.

12   Because in my understanding, she was going to

13   try to sell that property.  But I went there,

14   at least to have a very, like a check.  She

15   didn't even get me in that house.  And I was

16   in the car for four hours, almost like five

17   hours.  I don't even have --

18       Q.  You guys didn't discuss during this

19   time research at all or the project at all?

20       A.  Which project, the house?

21       Q.  The project you're testifying about

22   here today.

23       A.  No, no.  No word about that.

24   Nothing.

25       Q.  Now that you know the nature of the

1            Yvette Wang

2    project, does it make sense as to why she

3    didn't want to be seen?

4      A.  Which project, this one?

5      Q.  Yes.

6            MR. GRENDI:  I mean, the

7       defendant is allowed to be here but

8       we don't need commentary.

9      Q.  When I say "project," we know it's

10   getting a little silly.  You know the project

11   I'm talking about.  But I'm just asking you,

12   now that you know the nature of the contract,

13   do you have a better understanding as to why

14   she didn't want any photographs of you guys

15   together?

16     A.  Oh, I probably got your question.

17   That's why Wallop did not allow me and

18   Lianchao, especially me, go out and in the

19   car, because by then, she already know Miles

20   Kwok, who is Miles Kwok.  And then, my guess,

21   again, because she is here, in this room, my

22   guess is she is afraid of like, we are like

23   Miles Kwok's group of people, and we might

24   bring, I don't know some risk or danger to

25   her personally.  That's why she doesn't want

1            Yvette Wang

2   to be taken photo by chance me and her

3   together.  That is my understanding.

4      Q.  And how did you gain that

5   understanding?

6      A.  Because it's weird.  Like she

7   specifically told me that I gonna put you in

8   the back seat not in front for why reason?

9   By then, you know, even she did explain to

10  me, I will take whatever, you know, the owner

11  of car put me, but she specifically explained

12  that to me, made me feel so weird and

13  surprised by then, right?

14     Q.  Do you understand why she might have

15  thought it was bad, though, not to be viewed

16  with you, given the project that was being

17  discussed?

18         MR. GRENDI:  Objection.  You

19    can answer.

20     A.  Still I have no idea about this

21  project by then.  I just feel it's weird.  It

22  shouldn't be like that serious because I am

23  walking in D.C. and New York every day, I'm

24  in D.C. a lot of time, and in New York many

25  days.  I was never killed, I was never

1            Yvette Wang

2    assassinated.  And why you're so afraid of be

3    together with me?

4       Q.  Well, wasn't there concern that it

5    would expose the fact that Strategic Vision

6    was being engaged to do research on certain

7    individuals?

8            MS. TESKE:  Object.

9       A.  You're talking about the property

10   project, real estate or this project?

11      Q.  This project, the research project.

12      A.  By then I have no idea about this

13   project.

14      Q.  I know that, ma'am.  We went over

15   that.  You didn't know it when you were

16   sitting in the car, but now looking back

17   don't you think it made sense that there was

18   some concern because Strategic Vision was

19   going to be engaged?

20           MR. GRENDI:  Objection.

21      Q.  Based on what you know now sitting

22   here today?

23      A.  No, I don't believe there is any

24   relationship.  And by then, the four hours

25   drive, I believe her fear is just, okay,

1             Yvette Wang

2    Miles Kwok is the biggest dissident of

3    Chinese government.  And she doesn't want to

4    get together with those group of people.  I

5    mean, Miles Kwok's group of people.  And then

6    I don't think that fear or that experience is

7    related to this project.

8         Let me tell you why.  Because when

9    this project show up in front of me, my first

10   reaction is, okay, what is job of this lady?

11   And later on, with more meetings together

12   with them, I was educated, Ms. Wallop and

13   Mike, they are super very much experienced in

14   investigation and research, which they

15   described themselves in front of me.  And

16   from those meetings, I feel no fear, they

17   have no fear at all to, like, Miles Guo or

18   me.  So it's totally separated.

19      Q.  Why was the agreement, if you look

20   at Exhibit 2, it says here both parties agree

21   that the nature of this contract and work

22   related to it is highly confidential.

23      A.  Yes, I saw this.

24      Q.  What is your understanding of that

25   phrase?

1          Yvette Wang

2     A.  Highly confidential, both parties,

3  what is my understanding?  My understanding

4  is that all the information related to this

5  project or this contract, should be kept

6  confidential.

7     Q.  And at whose request was that?

8     A.  I believe, this is my guess, again,

9  because when I have the draft, it's -- if my

10  memory works well, it's already there.  So my

11  guess is, this is a request from both sides.

12     Q.  And do you know why both sides

13  wanted it that way?

14     A.  I don't know, but I feel this is a

15  common sense.

16          MR. SCHMIT:  If I can have this

17      marked as Exhibit 6.

18          (Whereupon, at this time, the

19      reporter marked the above-mentioned

20      three-page letter as Wang Exhibit 6

21      for identification.)

22  BY MR. SCHMIT:

23     Q.  Ms. Wang, I'm going to hand you

24  what's been marked as deposition Exhibit 6.

25     A.  Thank you.

Yvette Wang

Q.  It's a three-page letter, dated

February 23rd, 2018.

Do you have that in front of you?

A.  Yes.

Q.  Have you ever seen this before?

A.  Yes, I did.

Q.  Did you look at it, just a yes or no

to this, did you look at it in draft form?

A.  I'm sorry, what is your question?

Q.  Did you see it in draft form?

A.  Draft form meaning?

Q.  Prior to being executed.

A.  Yes, I did, I did.

Q.  Did you provide any input into it?

A.  Yes, I did.

Q.  Who else would have provided input

into this letter?

A.  Who else provided information to

this, right?

Q.  Yes.

MR. GRENDI:  Objection.  You

can answer.

A.  Mr. Guo.

Q.  Anybody else?

1           Yvette Wang

2      A.  My lawyer.

3      Q.  And just, if -- when you say my

4   lawyer, who are you referring to?

5      A.  Foley Hoag, H-O-A-G, people.

6      Q.  Did they represent Eastern Profit in

7   connection with the negotiation of the

8   agreement as well?

9      A.  One of their partner, they did.

10      Q.  Who was that?

11      A.  Gare, G-A-R-E, Smith.

12      Q.  So Mr. Smith would have looked at

13   the agreement that we've marked as Exhibit 2

14   prior to Eastern Profit executing it?

15         MR. GRENDI:  Objection.  You

16      can answer.

17      A.  Far before this version.  You know

18   what I mean?

19      Q.  No, I don't.

20      A.  Okay.  So the very, very, very

21   beginning, when I first time visited Ms.

22   Wallop to discuss about this contract.

23      Q.  Was there a draft on the table or

24   did you discuss concepts?

25      A.  I asked him to --

1           Yvette Wang

2           MR. GRENDI:  Objection, stop,

3      hold on.  I don't want you to

4      reveal --

5           MR. SCHMIT:  Just yes or no,

6      sorry.

7           MR. GRENDI:  I just want to

8      instruct the witness on this.

9           Don't reveal any conversations

10      you had with any lawyers.

11           THE WITNESS:  Okay.

12           MR. GRENDI:  Why don't we just

13      roll that back and you can ask yes or

14      no, please?

15           MR. SCHMIT:  Can you just

16      repeat it?

17    (Whereupon, at this time, the requested

18    portion was read by the reporter.)

19      A.  Yes.

20      Q.  And was Ms. Wallop present for this

21    meeting?

22      A.  No.

23      Q.  Who else -- was anybody else in the

24    room when you discussed this?

25      A.  No.

1           Yvette Wang

2      Q.  Was Mr. Guo or anybody on the phone?

3      A.  No.

4      Q.  If you look at -- it's the third

5   paragraph of the letter.  It says, Eastern

6   agreed to delay the start of the contract by

7   ten days from January 6th to January 16th.

8   Do you see that?

9      A.  Yes.

10      Q.  And January 6th is the day the

11   contract was executed, right?

12      A.  Correct.

13      Q.  Is that true?

14      A.  Correct, that was -- that is true.

15      Q.  Why was that done?

16      A.  You mean the delay?

17      Q.  Yes.

18      A.  Oh, that was on January 26th.  The

19   last meeting was Wallop, Mike, Guo and me

20   together at New York.  By that meeting, Mike

21   and Ms. Wallop finally presented their report

22   to Mr. Guo and me, which they already delayed

23   about like three weeks -- three weeks.

24      Q.  I'm sorry, what day was this

25   meeting?

1               Yvette Wang

2     A.  January 26th.  And by that meeting,

3   Mike and Ms. Wallop apologized many times to

4   Mr. Guo and me, saying they had internal

5   communication problem, misunderstanding

6   between Mike and their project manager about

7   the report, and about the delay.  So they

8   officially apologized many, many times.

9     Q.  At that meeting?

10    A.  Yes.  And then they offered to Mr.

11  Guo and me, saying that because of our

12  mistake and our internal communication

13  problem with my project manager, and we offer

14  this ten days to you.  So that was the ten

15  days came from.

16    Q.  And simply that would mean less

17  would be due under the contract?

18        MR. GRENDI:  Objection.  You

19    can answer.

20    A.  Sorry, I don't understand.

21    Q.  That would mean less money would be

22  due under the contract, right?

23        MR. GRENDI:  Same objection, go

24    ahead.

25    A.  In my understanding, that means the

1          Yvette Wang

2    date we paid.  I mean, the one month we paid

3    should start from January 16th instead of

4    January 6th.

5       Q.  And what was the purpose of this

6    letter that we've marked as Exhibit 6?

7       A.  The purpose was to terminate,

8    officially terminate the contract, and to

9    advise Strategic Vision return the deposit,

10   otherwise Eastern is going to take legal

11   action.

12      Q.  So this was the official termination

13   notice of the agreement, right?

14          MR. GRENDI:  Objection.  You

15       can answer.

16      A.  Correct.

17      Q.  Why did Eastern Profit believe it

18   was entitled to receive the million dollar

19   deposit back?

20          MR. GRENDI:  Objection.  You

21       can answer.

22          MR. SCHMIT:  What could

23       possibly be the objection to that

24       question?

25          MR. GRENDI:  Go ahead.

1          Yvette Wang

2     A.  Because Eastern believes or Mr. Guo

3  believes they are cheated and Strategic

4  Vision, they are liar and they did fraud to

5  the client.

6     Q.  Who is the client in that statement?

7          MS. TESKE:  Object.

8     A.  Eastern Profit Corporation Limited,

9  the client in this contract (indicating).

10     Q.  Specifically, why was Eastern Profit

11  terminating this contract, as opposed to

12  trying to work it out or move forward with

13  the agreement?

14     A.  Why?  In my understanding, because

15  after the January 26th meeting, remember,

16  that was the last meeting for four of us get

17  together --

18     Q.  That was January -- give the exact

19  date?

20     A.  January 26th.

21     Q.  January 26, 2018?

22     A.  No.  No, January 26th.

23     Q.  What year?

24     A.  2018.

25     Q.  Okay.  Continue.

1          Yvette Wang

2     A.  And from that meeting first,

3  Strategic Vision admitted they made mistake,

4  they apologized, and they delivered nothing

5  and with a delay date.  After that, I

6  believe --

7     Q.  Could I just ask, what do you mean

8  by delay date?

9     A.  You remember in the contract, the

10  first month they should deliver weekly

11  report.  That never ever happened.

12     Q.  And the delay date, is that a

13  reference from January 6th to January 16th?

14     A.  Yes, yes.  Not only that.

15     Q.  What else, go ahead?

16     A.  Because as long as January 6th the

17  contract signed, and they should start to

18  deliver the weekly report.  That never

19  happened.  And then by January 26th, finally,

20  there was a, which I, by the way, I do not

21  have the copy.  They just briefly, very

22  quickly, show us, apologized, and then they

23  took them away.

24     Q.  Have you personally reviewed any of

25  the reports or flash drives that were

1              Yvette Wang

2    provided by Strategic Vision to Eastern

3    Profit under the contract?

4        A.  Yes, I did.

5        Q.  Which ones?

6        A.  The one on January 26th.

7        Q.  Any others?

8        A.  The second one and the last one, I

9    don't know that's called report or not.  The

10   so-called 80 gigabyte data.

11       Q.  When was that provided?

12       A.  1/30 or 1/31.  I don't remember that

13   clearly.  You can check that date.

14       Q.  Did you review anything that was

15   provided by Strategic Vision prior to January

16   26th?

17       A.  Nothing.

18       Q.  What is your understanding as to

19   whether anything had been provided under the

20   agreement?

21       A.  Sorry, what is the question?

22       Q.  What is your understanding as to

23   whether anything had been provided under the

24   agreement?

25       A.  Oh, okay.  My understanding, under

1          Yvette Wang

2    the agreement, they should provide weekly

3    report in first month, which they didn't.

4       Q.  Did they provide anything, though?

5       A.  Nothing.

6       Q.  Nothing, as far as you know, nothing

7    was given to any representative of Eastern

8    Profit prior to the January 26th meeting?

9       A.  You are 100 percent right.

10      Q.  And what was presented at the

11   January 26th meeting, as far as form or

12   substance?

13      A.  Mike and Ms. Wallop brought a, they

14   called virgin laptop.  It's a Lenovo, I

15   remember.  And they said, their report can

16   only be presented on virgin laptop, never

17   connect with any internet.  So they brought

18   that laptop together with a flash drive,

19   which is encrypted.  There's a keyboard on

20   the flash drive.  So they presented the

21   report with those devices.

22          Do you want to know the content of

23   the report?

24      Q.  Yes.

25      A.  Okay.  So it's all based on my

1           Yvette Wang

2    memory.  So they didn't, by the way, they

3    didn't leave any copy or any copy of that

4    report to us.  So I remember that was about

5    like ten or a dozen -- 10 or 12 pages of a

6    PDF, word -- a PDF file.  But mainly about

7    like the documents which we provided to them.

8    Like, for example, the fish, like they just

9    repeat, like open this file for this fish.

10   But there is nothing in there.  Something

11   like that.  It's really very blurry my

12   memory.

13         Because during that presentation, I

14   remember Mike was sweating a lot, a lot.  And

15   he was very nervous.  And Ms. Wallop and Mike

16   both were repeatedly apologized, saying they

17   have internal communication problem with

18   their project manager.  So by the way, that

19   presentation was conducted by Mike.

20         So I was sitting aside, I don't

21   remember, or standing behind them, just very

22   quickly went through the screen, laptop

23   screen.  So my memory is not that clear.  But

24   basically, there is nothing like valuable.

25      Q.  What did you tell Mike and Ms.

1           Yvette Wang

2  Wallop at that meeting on January 26th?

3      A.  You mean me?

4      Q.  You or Mr. Guo.  Was anybody else

5  there?

6      A.  No, just the four of us.  We told

7  them clearly, we are very extremely

8  disappointed.  And we told them first the

9  seriously delay, the timeline which agreed

10  and signed in the contract, and we gave them

11  enough time, and they didn't even start it.

12  And we are very disappointed, and we cannot

13  accept that at all.

14      Q.  Anything else?

15      A.  And then they keep apologizing and

16  they said they have their team working, which

17  they didn't say who, of course, and where.

18  And they said they will go to meet their

19  project manager in person to pick up their

20  raw material, which is about like 60

21  gigabyte.

22          And then we were extremely

23  disappointed, and we said, whatever you have,

24  just bring that to me.  See whether there is

25  something, again, like garbage today or

1              Yvette Wang

2    something which is meaningful or valuable.

3        Q.  Did you say anything about the

4    contract or payment or termination, anything

5    along those lines?

6        A.  You mean on January 26th?

7        Q.  Yes.

8        A.  No, not yet.

9        Q.  And when you say -- you say project

10   manager, did they ever identify who the

11   project manager was?

12       A.  Who identified?

13       Q.  You've used the term a couple of

14   times their project manage per, their project

15   manager and miscommunication?

16       A.  Yes.

17       Q.  Did Mr. Waller or Ms. Wallop ever

18   say who their project manager was?

19       A.  You mean their project manager?

20       Q.  Yes.

21       A.  No, they didn't.  But it sounds like

22   that project manager resides somewhere not in

23   the U.S., Europe somewhere.

24       Q.  What about, were there any

25   communications between Eastern Profit and

1              Yvette Wang

2   Strategic Vision between the January 26th

3   meeting and the January 31st delivery?

4              MR. GRENDI:  Objection.  You

5    can answer.

6      A.  Between Eastern and Strategic

7   Vision, you mean?

8      Q.  Yes.

9      A.  No, I don't believe so.

10     Q.  So you never communicated with --

11   you or Mr. Guo to your knowledge, never

12   communicated in between those two meetings?

13     A.  Between January 26th to when?

14   January 31st?

15     Q.  January 31st.

16     A.  Why January 31st?

17     Q.  I think that's when you identified

18   the next delivery was made.  Am I right about

19   that?  If I'm wrong --

20     A.  Should be February 6th, after they

21   offer this ten day.  It should be like

22   February somehow.  But we did communicate, I

23   believe.

24     Q.  What was the nature of those

25   communications?

1              Yvette Wang

2      A.  Who you mean, right?

3      Q.  What was the nature of the

4  communications?

5      A.  The nature of the communication was

6  we basically asked them stop going around,

7  let's talk about the project.  And your fault

8  or your mistake is your problem.  And we have

9  been patient enough and given you enough

10  time.  And we are very disappointed and we

11  are asking whether they are real capable of

12  doing this project or not.

13     Q.  So this was in --

14          MR. GRENDI:  Objection.

15     Actually, not objection, I just want

16     to point out we're over 1 o'clock.  I

17     don't know where this line of

18     questioning, if you want to wrap it

19     up or if you want to break now.

20          MR. SCHMIT:  It's up to you.  I

21     probably have ten more minutes on

22     this topic, but we can break now.

23          THE WITNESS:  I'm with you.

24     Ten more minutes.

25  BY MR. SCHMIT:

1          Yvette Wang

2      Q.  After January 26th, what was the

3   next deliverable or meeting you had with

4   either Ms. Wallop or Mr. Waller?

5          MR. GRENDI:  Objection.  You

6      can answer.

7      A.  You mean deliverable meeting dates

8   requested based on the contract or which is

9   real --

10     Q.  The next time you saw him.  The next

11  time you met with him or spoke with them to

12  get something from them?

13     A.  That is the so-called 60 or 80

14  gigabyte.  I don't remember that.

15     Q.  How was that delivered?

16     A.  That happened in Penn Station.

17  Track Bar, there's a bar in there.

18     Q.  About when was that?  Was that the

19  January 31st or the February 6th date?

20     A.  I don't remember that.  But you can

21  check from my Signal message.  It should be

22  very end, 30th or 31st of January.  I don't

23  remember, but you can check that from my

24  records.  So that is after the January 26th

25  meeting.  And then Mike and Ms. Wallop said,

```
 1              Yvette Wang
 2    Mike was going to fly to their project
 3    manager to meet him face to face and to pick
 4    up the flash drive and fly back right away to
 5    deliver to us.  And then we give them one
 6    more chance.  And --
 7        Q.  When did you give them that one more
 8    chance?
 9        A.  When you mean?
10        Q.  Yes, when.
11        A.  26th.
12        Q.  Okay.  Continue.
13        A.  And then I remember Mike started to
14    text me directly.  Because before that, I
15    only directly Signal text to Ms. Wallop.  So
16    Mike text me, told me where should I go and
17    when.  He said, Union Station, Track Bar.
18    And it's late afternoon, like five or
19    something p.m.  And then I went there.  And
20    that was the date and place he gave me that
21    second flash drive with that like 80 or 60
22    gigabyte things.
23        Q.  Did you personally review that flash
24    drive?
25        A.  You mean in the Union Station?
```

1           Yvette Wang

2      Q.  No, at all, ever.

3      A.  I did.

4      Q.  You did?

5      A.  Uh-huh.

6      Q.  Where did you do that?

7      A.  I went back to meet Mr. Guo because

8  he was quite waiting for that.  So I came

9  back from the station.

10      Q.  On the same day?

11      A.  The same day, right away.  Right

12  away.

13      Q.  And you're sure which day was this,

14  you say?

15      A.  I don't remember that date.  Please

16  check, they are there.  And we were together,

17  went through that flash drive.

18      Q.  Had you been given any instructions

19  about what to look for on that flash drive?

20      A.  No.

21      Q.  So Mr. Waller and Ms. Wallop didn't

22  ask you at all, you know, this is what you

23  should look for, this is what's in there?

24      A.  No, they didn't say anything.

25      Q.  Was there anything going on at the

1              Yvette Wang

2    time that Eastern Profit needed that

3    information at that time?

4       A.  I'm sorry, I don't understand your

5    question.

6       Q.  Did Eastern Profit miss anything or

7    breach a contract or not be able to do

8    anything because it didn't have the

9    information on the 26th or whatever the

10    subsequent date is?

11          MR. GRENDI:  Objection.  You

12       can answer.

13       A.  I don't remember clearly.  But I did

14    remember like Mr. Guo, he was waiting for

15    that information for his plan.

16       Q.  Why was he waiting for that

17    information?

18       A.  Why?

19       Q.  Yes.

20       A.  Because he needs that information.

21       Q.  To do what?

22       A.  To do his tech now, Chinese

23    Communist party work.

24          MS. TESKE:  Objection.

25       A.  He has been doing for last two,

1              Yvette Wang

2    three years.

3        Q.  How is he going to use that

4    information in order to do that?

5            MS. TESKE:  Object.

6            MR. GRENDI:  Objection.

7        A.  I don't know.

8        Q.  You never asked?

9        A.  No.

10           MR. SCHMIT:  Why don't we break

11        for lunch now?

12           (Whereupon, a luncheon recess

13        was taken.)

14   BY MR. SCHMIT:

15       Q.  Welcome back, Ms. Wang.

16       A.  Thank you.

17       Q.  Just remember you're still under

18   oath.

19       A.  Yes.

20       Q.  After the termination letter that we

21   looked at a short while ago was sent, what,

22   if anything, did Eastern Profit do to carry

23   on the prong as we've referred to it as?

24       A.  Ask Foley Hoag to follow up.

25       Q.  That's not what I'm asking.  Did the

1              Yvette Wang

2    research continue, did you have somebody else

3    continue to research individuals?

4        A.  I have no idea.  I don't know.

5        Q.  You've not been involved in any

6    research or investigation projects since

7    Foley Hoag sent this letter?

8        A.  Correct.

9        Q.  Do you know who Rich Higgens is?

10       A.  Rich?

11       Q.  Rich Higgens?

12       A.  Sorry, who is this person?

13       Q.  That's the question.  Do you know

14   who that person is, Rich Higgens?

15       A.  Rich Higgens, sounds -- the name is

16   familiar.  Is it the guy with DOJ?  Is that

17   the guy?  No, I don't know.

18       Q.  Who were you thinking of just now?

19       A.  Because there was a newspaper talk,

20   there is a DOJ employee was sued before,

21   maybe I was wrong.  Something similar like

22   that one.

23       MR. GRENDI:  Can you give me a

24     spelling on Higgens?

25       MR. SCHMIT:  H-I-G-G-E-N-S.  It

1              Yvette Wang

2       might be I-N-S, I'm not sure.

3       Q.  You don't recognize that name?  As

4    far as you know, Eastern Profit doesn't work

5    with him?

6       A.  No.

7       Q.  Has Eastern Profit done anything to

8    retain some other firm or individual to do

9    the research it wanted strategic alliance to

10    do -- or Strategic Vision, excuse me?

11       A.  I don't know.

12       Q.  Not to your knowledge?

13       A.  Not with my knowledge.

14       Q.  Do you know who William Yu, Y-U, is?

15       A.  No, I don't know.

16       Q.  You never met anybody by that name?

17       A.  William Yu, no, never.

18       Q.  To your knowledge, is Mr. Guo

19    carrying on the work we've been discussing in

20    any way, shape or form since Strategic Vision

21    was terminated?

22           MR. GRENDI:  Objection.  You

23        can answer.

24       A.  I don't know.

25       Q.  You have not been involved?

```
 1            Yvette Wang

 2    A.  No.

 3         MS. TESKE:  Same objection.

 4         MR. SCHMIT:  Let's mark this as

 5    Exhibit 7.

 6         (Whereupon, at this time, the

 7    reporter marked the above-mentioned

 8    bank document as Wang Exhibit 7 for

 9    identification.)

10  BY MR. SCHMIT:

11    Q.  I'm handing you what's been marked

12  for your deposition as Exhibit 7.  Do you

13  have that in front of you?

14    A.  Yes.

15    Q.  It's got the production numbers in

16  the lower right-hand corner of Eastern, a

17  bunch of zeros, 21 through 22.

18        Do you see that?

19    A.  Yes.

20    Q.  Do you recognize this document?

21    A.  Yes.

22    Q.  What is it?

23    A.  It's bank document.

24    Q.  Do you know what it is conveying or

25  signifying?
```

1              Yvette Wang

2      A.  This shows a transaction with

3  beneficiary name, Strategic Vision.

4      Q.  Have you ever seen this document

5  before?

6          (Witness peruses document.)

7      A.  Yes, I did.

8      Q.  What is it?

9      A.  Huh?

10     Q.  What is it?

11     A.  It's a bank proof document.

12     Q.  Proving what?

13     A.  Proving looks like a wire transfer

14  to Strategic Vision.  Happened on January 2,

15  2018.

16     Q.  Who is sending the wire?

17     A.  ACA Capital Group Limited.

18     Q.  And do you know why ACA Capital

19  Group Limited is sending a wire to Strategic

20  Vision?

21     A.  From this project, that this should

22  be the deposit.  Because the time match,

23  looks like.

24         MR. SCHMIT:  Can we just have

25      this marked as 8, please.

```
 1              Yvette Wang

 2          (Whereupon, at this time, the

 3      reporter marked the above-mentioned

 4      corporate telegraphic transfer

 5      cancellation amendment request as

 6      Wang Exhibit 8 for identification.)

 7   BY MR. SCHMIT:

 8      Q.  I'm going to hand you what's been

 9   marked for your deposition, ma'am, as Exhibit

10   8.

11      A.  Thank you.

12      Q.  Eastern 279 to 280.

13      A.  Yes.

14      Q.  Have you ever seen this before?

15      A.  Yes.

16      Q.  What is it?

17      A.  It's a corporate telegraphic

18   transfer cancellation amendment request.

19      Q.  Who is making the request?

20      A.  Looks like ACA Capital Group

21   Limited.

22      Q.  And, again, do you know why they're

23   making this request?

24      A.  I guess from the date, it looks like

25   they tried to cancel the wire.
```

1          Yvette Wang

2     Q.  To your knowledge, did anybody from

3   Eastern Profit or anyone for that matter,

4   tell Strategic Vision, Hey, we're going to

5   try to cancel the wire we sent?

6     A.  I have no knowledge about that.

7     Q.  You didn't do it?

8     A.  No, I didn't.

9     Q.  And again, you weren't involved in

10  any conversations regarding why the wire was

11  canceled?

12    A.  I'm sorry, what is the question?

13    Q.  You weren't involved in any

14  conversations concerning why the wire was

15  canceled; is that a correct statement?

16    A.  I was not involved in any

17  conversation of that.

18    Q.  And looking at this doesn't refresh

19  your recollection of anything?

20    A.  No, no.

21        MR. SCHMIT:  Mark this as 9,

22    please.

23        (Whereupon, at this time, the

24    reporter marked the above-mentioned

25    e-mail chain as Wang Exhibit 9 for

1            Yvette Wang

2        identification.)

3   BY MR. SCHMIT:

4      Q.  I'm going to hand you what's been

5   marked as Exhibit 9 for your deposition.  It

6   is 276 through 278.

7          Do you have that in front of you?

8      A.  Yes.

9      Q.  Do you recognize the document?

10     A.  Yes.

11     Q.  Where have you seen it before?

12     A.  Together with these two, Exhibit 8

13  and 7.  7, 8, 9, they were together.

14     Q.  This is talking about the million

15  dollars deposit again, right, Exhibit 9?

16     A.  Yes.

17     Q.  Who are these people, Serena Hon,

18  who is that?

19     A.  It looks from here, she is a

20  director finance of ACA Capital Group

21  Limited.

22     Q.  Have you ever met her?

23     A.  No.

24     Q.  How about the recipient of the

25  e-mail, Jamie Yi Jing, Y-I, J-I-N-G?

January 31, 2019                                        163

1              Yvette Wang

2      A.  From the following e-mail, this is

3  the -- this is a person from institutional

4  banking group, DBS Bank Limited.

5      Q.  Have you ever spoken with that

6  individual?

7      A.  No.

8      Q.  You don't know them?

9      A.  No, I don't know.

10      Q.  How about the two people that were

11  copied, Stacy Wai Shi, W-A-I, S-H-I?

12      A.  From the e-mail, Stacy Wai Shi still

13  has a DBS dot com e-mail.  So I assume this

14  is DBS Bank people.

15      Q.  And have you ever spoken with her?

16      A.  No.

17      Q.  And how about the last person there?

18      A.  The same answer.

19      Q.  You don't know them?

20      A.  I don't know them.

21      Q.  So you didn't have any discussions

22  about attempting to pull back the million

23  dollar deposit?

24      A.  Sorry, no.

25      Q.  And Mr. Guo, he never told you why

1           Yvette Wang

2    it was being pulled back or attempted to be

3    pulled back?

4           MR. GRENDI:  Objection.  You

5      can answer.

6      A.  You mean ever he told me or the

7    reason?

8      Q.  Did he ever tell you?

9           MS. TESKE:  Object.

10     Q.  You can answer.

11     A.  No.

12     Q.  And you didn't, though, discuss the

13   reasoning for trying to pull back that

14   deposit with anybody, just so the record is

15   clear?

16     A.  You are right.  The first time I

17   heard about that is a try to retract the

18   monies from this case.

19          MR. SCHMIT:  Mark this as 10,

20     please.

21          (Whereupon, at this time, the

22     reporter marked the above-mentioned

23     handwritten document as Wang Exhibit

24     10 for identification.)

25   BY MR. SCHMIT:

1          Yvette Wang

2     Q.  I'm handing you what has been marked

3  as Exhibit 10.

4     A.  Thank you.

5     Q.  It's production number Eastern 10.

6  The question is simple, what is this?

7     A.  This is the full name of Mike.

8     Q.  Is that your handwriting?

9     A.  No.

10    Q.  Do you know whose handwriting it is?

11    A.  Han, H-A-N, Lianchao.

12    Q.  And who is that?

13    A.  This person or Han Lianchao?

14    Q.  Han Lianchao.

15    A.  Who is he?

16    Q.  Yes.

17    A.  He is, I was told he's a friend of

18  Mike and Ms. Wallop.

19    Q.  Why was this in -- do you know where

20  this was pulled from or why it was produced?

21    A.  This is because Mr. Guo and me, we

22  never know Mike's full name.  We don't have

23  that.  He never give to us.  And we just know

24  his name is Mike.  And then after we entered

25  into the project, the contract over here

1            Yvette Wang

2   (indicating), we find out the full name of

3   Ms. Wallop.  So obviously, we're going to

4   take legal action.  So we want to know who is

5   another defendant in this potential case.

6            So we asked Han Lianchao, L.C., to

7   tell us, I remember this is his handwriting

8   on a napkin, when he was in New York, with

9   Mr. Guo and me together.

10      Q.  And when was that?

11      A.  What was this?

12      Q.  When was it.

13      A.  Oh.  I don't remember that clearly.

14      Q.  Approximately?

15      A.  Approximately, before we filed the

16   complaint.

17      Q.  So it was early February or in

18   February, 2018?

19      A.  Early 2018, obviously, but I don't

20   remember.  You can check the complaint date,

21   which was filed.  It was before that date.

22      Q.  Was it before the letter was sent,

23   the termination letter?

24      A.  I don't remember clearly.

25            MR. SCHMIT:  Mark this as

1          Yvette Wang

2      Exhibit 11.

3          (Whereupon, at this time, the

4      reporter marked the above-mentioned

5      complaint as Wang Exhibit 11 for

6      identification.)

7   BY MR. SCHMIT:

8      Q.  I'm handing you what has been marked

9   as Exhibit 11.  It is the complaint that was

10  filed in this action.

11     A.  Yes.

12     Q.  Do you have that in front of you?

13     A.  Yes.

14     Q.  Have you ever seen this document

15  before?

16     A.  Yes.

17     Q.  Did you provide the factual basis to

18  any of these allegations in here?

19     A.  Yes, I did.

20          MR. GRENDI:  I'm just going to

21      hop in and caution the witness about

22      revealing attorney-client

23      communications with this line of

24      questioning, and things of that

25      nature.

1        Yvette Wang

2        THE WITNESS:  Yes.

3    Q.  It says here in paragraph 30, As a

4  result of Strategic Vision's breach, Eastern

5  has suffered substantial damages.

6        What are those damages?

7    A.  They had a loan, in my

8  understanding.  They have their legal cost.

9  They have their logistic cost.  I believe

10  there are probably more, but that will be

11  based on strategic -- no, sorry, Eastern

12  Profit's calculation.

13    Q.  What is the loan referred to, just

14  so the record is clear?

15    A.  The loan between ACA Capital and

16  Eastern Profit.

17    Q.  Have they paid that loan back yet?

18    A.  I don't know.

19    Q.  Has there been a demand letter?

20    A.  I didn't receive personally.

21    Q.  Have you ever heard of that having

22  taken place?

23    A.  I didn't hear anything of that yet.

24    Q.  Has anybody -- have you discussed --

25  was there anybody on behalf of Eastern Profit

January 31, 2019                    169

1              Yvette Wang

2   who discussed that loan with ACA Capital

3   Limited, as far as you know?

4      A.  I have no knowledge about that.

5      Q.  What makes you think that Eastern

6   Profit has to pay that loan back?

7      A.  This is common sense.  You borrow

8   money, you have to pay back.

9      Q.  Has ACA Capital actually asked for

10  that money to be paid back?

11     A.  I don't know.

12     Q.  And how did you gain an

13  understanding that they had actually given

14  the money or they had a promise from Eastern

15  Profits to actually repay that money?

16     A.  Because I was told this is a loan.

17  And then common sense, you borrow money, you

18  have to pay back, right?

19     Q.  Well, I'm looking for a little bit

20  more than common sense.  You're the 30(b)(6)

21  witness here today.

22     A.  I am.

23     Q.  So what is Eastern Profit's basis

24  for saying that that loan has caused -- that

25  that loan is the basis of damages caused by

1          Yvette Wang

2   Strategic Vision?

3      A.  Oh, that is my guess.

4      Q.  That is your guess?

5      A.  Yes.  That is my guess and my

6   thoughts.  So that's why I said the damages

7   should be based on Eastern Profit, their

8   calculation.

9      Q.  Has anybody, as an Eastern Profit's

10  representative here today, done a calculation

11  as to what their damages might be?

12     A.  I didn't.

13     Q.  Did Eastern Profit ever tell

14  Strategic Vision that there was a loan

15  throughout?

16     A.  I didn't.  From myself, I didn't,

17  but I don't know other people whether tell

18  anyone something.

19     Q.  Did Eastern Profit ever explain to

20  Strategic Vision in any way, shape or form

21  why ACA Capital was wiring money to Strategic

22  Vision?

23         MR. GRENDI:  Objection.  You

24     can answer.

25     A.  When I was on behalf of Eastern to

1            Yvette Wang

2    handle this project, from me, no, I didn't.

3        Q.  Are you aware of anybody else having

4    done so?

5        A.  I have no knowledge about that.

6        Q.  Did Ms. Wallop or Mr. Waller ever

7    ask you why this money showed up from ACA

8    Capital Limited?

9        A.  No.  They never ever mentioned

10   anything about that one million at all.

11       Q.  They never mentioned it at all?

12       A.  Never.

13       Q.  So money showed up to Strategic

14   Vision from an entity, a million dollars, and

15   nobody came back to you guys and said, Hey,

16   why is this showing up in our bank account in

17   this fashion?

18       A.  You are correct.

19       Q.  How about at the execution of the

20   agreement on January 6th, was there any

21   discussion whatsoever about the million

22   dollar deposit?

23       A.  To be honest with you, that was

24   quite a surprise to me.  Because they never

25   ever mentioned anything about that one

1              Yvette Wang

2    million U.S. dollars.  That was why I was a

3    little bit surprised.

4        Q.  Well, did you mention it to them?

5    Did you ask about it?

6        A.  Of course, I text her.

7        Q.  When did that happen?

8        A.  That happened on one -- no, January

9    2nd, January 2nd.

10       Q.  And you never got a response, it was

11   never raised at the January 6th meeting?

12       A.  No.

13       Q.  You didn't --

14       A.  Zero word about that one million.

15       Q.  What did you expect them to ask you?

16       A.  I didn't expect anything.

17       Q.  Well, the impression you're giving

18   is you thought it was odd?

19           MR. GRENDI:  Objection.

20       Q.  That it wasn't raised, so I'm just

21   wondering, were you expecting them to say

22   something, were you expecting a question,

23   what was that?

24       A.  That's right.  Because someone wire

25   you one million without any contract or any

1           Yvette Wang

2    agreement, and the money came to your

3    account, at least you should say that, Oh,

4    there's one million on my account, right?

5    And with the contract we didn't sign yet, are

6    we going to do this project or not?

7         As a courtesy or it's a common sense

8    that if, for example, if that big amount of

9    money show on our, anyone people in here,

10   personal account, you gonna be shocked,

11   because I will have a huge fear, what is

12   this?

13        But the weird thing is that neither

14   Ms. Wallop and Strategic Vision, nor Mike,

15   they mention nothing about this one million

16   at all, from the beginning until the end.

17     Q.  Did they ever ask for the one

18   million dollars to be paid again?

19     A.  Pay again?

20     Q.  Yes.

21     A.  In my knowledge, no.

22     Q.  How about, do you know if Mr. Guo

23   ever had a conversation?  Did he ever say

24   anything about it?

25     A.  About what?

1              Yvette Wang

2          MR. GRENDI:  Objection.

3     Q.  The million dollar deposit.

4          MR. GRENDI:  Objection.

5     A.  About million dollars, yes.

6     Q.  What did he tell you about that?

7     A.  He send me the wire receipt, asking

8  me to contact Ms. Wallop with my text

9  message, Signal text message in there.  And

10  generally said, if we continue to do this

11  project, and you -- this is my term, you have

12  to agree with me.  Otherwise, please, if we

13  don't do this project anymore, please return

14  the one million and sorry for the

15  inconvenience.

16          Besides that, before that, and I

17  remember I text this one million deposit went

18  out with the contract not signed yet, it's an

19  unexpected situation with a contract, but at

20  same time, the payment went out with, you

21  know, the technical, just when you send out,

22  you cannot just pull it back.

23          So I remember I said, this is

24  showing the seriousness, again, from our

25  side.  If you check my Signal message, you

1           Yvette Wang

2    should be able to see it.

3        Q.  How did you expect them to react,

4    though, that's what I'm trying to get?

5        A.  Reaction?

6        Q.  Yes.  When you told them it was

7    coming, you told them it was from you?

8        A.  From me?

9        Q.  From Eastern Profit?

10        A.  Yes, from our side, yes.  I was

11    expecting neither she probably talked to her

12    people to return the fund, because there's

13    really no -- there was really no contract

14    signed by then.  Or she probably will agree

15    with my draft of the contract.

16        Q.  And did you present a contract to

17    her at that point?

18        A.  I did.

19        Q.  What day was that?

20        A.  That was, if you check, that was

21    January 2nd.  January 1st or January 2nd.

22    January 2nd.  Yes, January 2nd.  That was, I

23    went to Virginia to her house to discuss

24    about the contract draft.  And I was

25    supposed -- my plan or our plan is to sign

1           Yvette Wang

2   that contract before new year.

3        So from 1/1, January 1st, this

4   project can kick off.  But Mr. Wallop and me,

5   we had like a very long meeting, hours

6   meeting, in a Saturday and Sunday, before new

7   year, two afternoon.  And we were back

8   forward, back forward, discuss about

9   waterline, discuss about waterline, discuss

10   about like fish, and we didn't get agreement.

11   So we didn't sign the contract.  So by then,

12   I already give her the contract.  She didn't

13   agree with that.  So that's why.

14      Q.  She didn't agree with the draft you

15   had handed her?

16      A.  Correct, correct.  So I had to leave

17   Washington D.C., because I have my schedule

18   on Monday, that was a Sunday.  So I left -- I

19   was supposed to sign on contract with her by

20   that day, but I didn't.

21        So that's why I kind of, like, I

22   didn't finish that project or that contract.

23   I had to left -- I had to leave.  But later

24   on, I realized and Mr. Guo told me, he was

25   expecting me to sign the contract together,

1           Yvette Wang

2    finalize the contract.  And same time

3    simultaneously, it looks like he already

4    arranged the payment.  So by the end, payment

5    hit your account, but contract didn't sign.

6       Q.  And then that draft is a marked up,

7    changed version of that draft is what was

8    brought to the January 6th meeting?

9          MR. GRENDI:  Objection.  You

10      can answer.

11      A.  No.  By January 6th meeting, the

12   final version which is in front of you, this

13   is still not my draft.  Ms. Wallop revised

14   again.

15      Q.  But did she revise the draft you had

16   handed her at the pre New Year's meeting?

17      A.  That's right.

18      Q.  And the changes she made are the

19   ones you stated earlier, right?

20      A.  Correct.  The recapping, yes.

21      Q.  Then you ultimately decided to sign

22   that version of the agreement, correct?

23      A.  You mean on January 6th?

24      Q.  Yes.

25      A.  You remember, I said I called Mr.

1            Yvette Wang

2    Guo.  I told him, this is still not my

3    contract, but I can see there's recap here,

4    right, this is new, and then what do you want

5    me to do.  And then he said, Then just sign

6    it.  Then I sign it.

7       Q.  Just yes or no to this.  Was

8    Mr. Smith involved at this stage of the

9    proceedings, Gare Smith who you identified

10   earlier?

11      A.  I know Gare Smith; you mean

12   preceding these proceeding?

13      Q.  No.  During these negotiations

14   you're talking?

15      A.  With Ms. Wallop, right?

16      Q.  Was Gare Smith?

17      A.  Yes.

18      Q.  Was he involved in any of these

19   meetings or looking at the drafts or helping

20   you out in any fashion?

21      A.  No.

22      Q.  When was the last time you would

23   have spoken or conferred with him?

24      A.  I don't remember that clearly.

25   Sometime late December.  I don't remember

1                Yvette Wang

2    that clearly.

3        Q.  But at some point he looked at a

4    draft and you discussed it with him?  Don't

5    tell me what you discussed.

6        A.  Yes.

7        Q.  If you could just look at the

8    fraudulent misrepresentation count there.

9    Page 6.

10              (Witness peruses document.)

11       A.  Yes.

12       Q.  It says there, if you look at

13   paragraph 32, Prior to entering into the

14   contract representatives for Strategic Vision

15   made the following representations to

16   Eastern.

17          Do you see that?

18       A.  Yes.

19       Q.  Who were the representatives of

20   Strategic Vision referring to?

21       A.  Ms. French Wallop and Mr. J. Michael

22   Waller.

23       Q.  Now, you know, it says, A, Strategic

24   Vision had a highly skilled in-house team of

25   investigators ready to conduct the detailed

1           Yvette Wang

2    research Eastern required during a short

3    timeframe.

4        Do you see that?

5    A.  Yes.

6    Q.  When did they -- is that a

7    representation that was made to you?

8    A.  Made to me?

9    Q.  Yes.

10    A.  I don't understand the question.

11    Made to me with what?

12    Q.  Did somebody say that to you?

13    A.  Yes.

14    Q.  Who said that?

15    A.  Strategic Vision.

16    Q.  Who is Strategic Vision?

17    A.  Ms. French Wallop and Mr. J. Michael

18    Waller.

19    Q.  Who said those words, though; who

20    made those representations to you?

21    A.  Both of them.

22    Q.  On separate occasions, at the same

23    time?

24    A.  At the same time.  At the same time.

25    Q.  When was that made?

1              Yvette Wang

2        A.  Well, a couple of times.

3        Q.  When was the first time that

4    representation was made?

5        A.  I remember the first time should

6    be -- first time which I was there is like

7    mid December, something like that, almost

8    every, each meeting about this project, and

9    the Strategic Vision that two person, and

10    they always repeatedly, repeatedly tell or

11    told Mr. Guo and me, they are this, very

12    capable, very experienced.

13        Q.  The best?

14        A.  Yes.  The best in the industry.

15        Q.  Specifically, with respect to, A,

16    highly skilled in-house team of

17    investigators.

18        Do you see that?

19        A.  Yes.

20        Q.  What words did they use to convey

21    that?

22        A.  What words?  They said they have

23    project manager, they have different team in

24    different kind of, like, country, and they

25    have quite a lot of significant clients who

1              Yvette Wang

2   they served and they named them as a

3   reference.  But they refused to tell us,

4   like, what position in their team, like those

5   kind of details.

6       Q.  So they identified clients for you?

7       A.  Yes.

8       Q.  Who were the clients they

9   identified?

10      A.  Some Russian official, Middle

11  Eastern royal family people.  I believe you

12  have the names.  Handwriting by Ms. Wallop,

13  yeah.

14      Q.  Did you attempt to contact them or

15  verify those stories at all?

16      A.  No, I didn't, personally, I didn't.

17      Q.  Did Mr. Guo?

18      A.  I don't know.

19      Q.  Did anybody else, as far as you

20  know?

21      A.  No idea.

22      Q.  Did you and Mr. Guo or anybody else

23  ever talk about these clients and the work

24  Strategic Vision had done for them or

25  anything along those lines?

1              Yvette Wang

2      A.  Personally, I didn't.

3      Q.  Did you ever ask Mr. Waller or Ms.

4   Wallop, you know, more about their team or

5   how they would do it or what they wanted to

6   do?

7      A.  We mentioned, we asked, yes.

8      Q.  What did they say?

9      A.  They refused to tell too much

10   details.  They just say they are very

11   capable.  And they use for the clients, and

12   they are experienced, but I don't know who

13   they are or where are they.

14      Q.  But they told you they weren't going

15   to tell you, right?  I mean, you asked and

16   they said, We're not going to reveal that

17   information?

18          MR. GRENDI:  Objection.  You

19      can answer.

20      A.  We did not ask the name.  And they

21   didn't disclosure too much details.

22      Q.  Did you ask them for more detail?

23      A.  I don't remember that.  I don't

24   remember that part.

25      Q.  Did they specifically say in-house?

1          Yvette Wang

2     When you use the term in-house, is that a

3     word that came out of Ms. Wallop's or Mr.

4     Waller's mouth?

5        A.  I believe this is described their

6     project manager.

7        Q.  It says here, they said highly

8     skilled in-house team.  I'm just wondering,

9     did they ever actually use the term in-house?

10    Did you ever discuss with them what they

11    meant by in-house?

12       A.  The in-house means their people.

13    They always called them our people.

14       Q.  So they said -- that's what I'm

15    trying to get.  I want to know what they

16    said.  Did they say our people?

17       A.  Yes.  So in my understanding, okay,

18    your people, it's your team.  And it should

19    be in-house, not you --

20       Q.  Well, did they ever say in-house,

21    though?  That's the question.

22       A.  They said my people, our people.

23       Q.  Our people, my people?

24       A.  Yes.

25       Q.  Something along those lines but

1              Yvette Wang

2    never used the words in-house?

3        A.  I don't remember that.

4        Q.  How about, B, why don't you read

5    that to yourself.

6              (Witness peruses document.)

7        A.  Yes.

8        Q.  Did a representation about former

9    intelligence officers, was that ever

10   discussed in your presence?

11       A.  You mean, is there any formal

12   intelligence officer shows in front of me?

13       Q.  No, no.  You had discussions, I

14   assume, it says Strategic Vision here in the

15   complaint.  This is the complaint filed by

16   Eastern Profit.

17       A.  Oh, okay.

18       Q.  Did somebody from Strategic Vision

19   ever specifically say they had a former

20   intelligence officer or anything like that?

21       A.  Yes, they did.

22       Q.  And when would those representations

23   have been made?

24       A.  Many times.  Almost every -- each of

25   the meetings about this project.

```
 1          Yvette Wang

 2     Q.  Did you ask them what they meant by

 3  that?

 4     A.  What is your question?

 5     Q.  Did you ask them what they meant by

 6  a former intelligence officer?

 7     A.  What does that mean?

 8     Q.  Did you ask them what they meant

 9  when they said former intelligence officer?

10     A.  We ask, like who they are, what did

11  they work for, like for previous -- like

12  their employer or their experience.  And

13  basically we didn't ask too much, but we did

14  ask.  Mainly they, I mean, Ms. Wallop and

15  Mike, they voluntarily kept talking with us.

16  Keep introducing us many, many times.  And

17  even I can feel clearly by the end of some

18  meeting, we start to lose our patience, like,

19  let's stop education, let's talk about the

20  contract and project.

21     Q.  So at a certain point you got sick

22  of hearing about their capabilities and what

23  they can do?

24     A.  What is the question?

25          MR. GRENDI:  Objection.
```

1              Yvette Wang

2       Q.  At a certain point you got tired of

3    hearing about their capabilities and what

4    they can do?

5       A.  Yes.  Because they are repeating so

6    many, many times.

7       Q.  And you just said, Let's get to the

8    contract and let's negotiate it?

9       A.  No.  We said, Let's just see what we

10   can do together, not specifically which

11   contract or which investigation.

12      Q.  At the end of the day, was it really

13   important to you whether there was a former

14   intelligence officer involved or not?

15      A.  That is their team.  And we have no

16   control about that team.

17      Q.  What did you -- the capabilities of

18   conducting sophisticated financial tracking,

19   do you remember many conversations about

20   that?

21      A.  Yes.

22      Q.  What was said about that?

23      A.  Like they said they are capable of

24   climb the wall and watch the thing right

25   there.  Like, sounds like they are breaking

1          Yvette Wang

2    something.

3      Q.  Breaking something?

4      A.  They described that.  Yes.

5      Q.  When you look at sophisticated

6    financial tracking, what would your

7    expectation be?

8      A.  Legal.

9      Q.  Legal versus nonlegal?

10      A.  Yes.  Because what they said to us

11    is not legal.  It's common sense, we don't

12    need that.

13      Q.  What did they say to you?

14      A.  They said climb the wall and see the

15    assets.  So in our understanding, it's not

16    legal.

17      Q.  So at that point you didn't really

18    rely on that, in fact, you told them, We

19    don't want that; is that a stair statement?

20          MR. GRENDI:  Objection.

21      Objection.

22          You can answer.

23      A.  What is your question?

24      Q.  At that point, when you heard that

25    from Ms. Wallop or Mr. Waller, you said, No,

1           Yvette Wang

2    we don't want that?

3      A.  Correct, correct.

4      Q.  You don't have to do that, right?

5      A.  Correct.

6           MR. GRENDI:  Objection.  I'm

7       just going to advise you to please

8       not raise your voice at the witness.

9       I think -- I know you're trying to

10      get information.

11          MR. SCHMIT:  I'm not raising my

12      voice at all.  I think the record

13      will reflect --

14          MR. GRENDI:  Well, I think --

15          MR. SCHMIT:  It's been going a

16      little clearer now that we're getting

17      a better understanding, but I don't

18      think I've been raising my voice at

19      all.

20          THE WITNESS:  By the way, I

21      don't like people have their cell

22      phone in front of me like this.  It

23      just makes me uncomfortable.  So that

24      will slow down my answer to you.  I'm

25      just trying to help here.

January 31, 2019                          190

```
 1              Yvette Wang

 2         MR. SCHMIT:  What's your cell

 3     phone preference?

 4         THE WITNESS:  If you look

 5     around at some cell phones are like

 6     this to me (indicating).  So I don't

 7     like that.

 8         MR. SCHMIT:  Well, you focus on

 9     me.  I'm asking the questions.

10         THE WITNESS:  That's right.  So

11      help me to focus on you.

12  BY MR. SCHMIT:

13     Q.  Okay.  With respect to that climb

14  over the wall, what do you mean by that?  I'm

15  not sure I follow that.

16     A.  Ms. Wallop means that climb the

17  wall, she said that is kind of like a

18  description for their breaking some bank

19  system, like that way.  That is her

20  description.

21     Q.  And what is your -- and it's

22  about -- what is your basis for saying what

23  she described was illegal?

24     A.  At least don't breaking the bank

25  system.  Nobody asked you to do that, right?
```

1         Yvette Wang

2     Q.  Did you investigate -- did you

3  follow up and find out exactly what had

4  happened?

5         MR. GRENDI:  Objection.  You

6    can answer.

7     A.  What happened?

8     Q.  Like, by climb the wall.

9     A.  Climb the wall?

10    Q.  Yes.  Did they show you a screen

11  shot?  Did they show you a password?  What

12  happened?

13    A.  No, no, they didn't.

14    Q.  So she said they climbed the wall

15  and looked in at the bank?

16    A.  Yes, sounds like that.

17    Q.  And that's an analogy to doing

18  something electronically, right?

19    A.  Right.

20    Q.  They're not physically climbing a

21  wall?

22    A.  You are right.

23    Q.  Did you investigate the various

24  country's laws to what was described to you,

25  what was legal versus illegal?

1              Yvette Wang

2     A.  No.  We didn't research, because

3  this is not what we want at all.

4     Q.  You didn't want it at all.  But you

5  couldn't tell me one way or another whether

6  it was legal or illegal in any given country

7  that was involved in this contract; is that a

8  fair statement?

9          MR. GRENDI:  Objection.  You

10      can answer.

11     A.  What is your question?

12     Q.  You can't tell me one way or another

13  that what was described to you in any given

14  country was legal or illegal?

15     A.  I think that that kind of action in

16  any country is not legal, right, common

17  sense.

18     Q.  What do you base that on?

19     A.  Common sense.

20     Q.  Just common sense?

21     A.  My common sense.  Sorry, I'm not

22  professional, but common sense.

23     Q.  But then again, you made it clear

24  prior to executing the contract, that that's

25  not what you wanted, right?

Yvette Wang

A.  I'm confused by your question.

Q.  You made it clear prior to executing

the contract, whatever it is, climbing over

the wall, that's not what you wanted them to

do?

A.  No.

Q.  And so any representations about

climbing the wall or doing that kind of

activity weren't relevant to the contract

that was being executed?

MR. GRENDI:  Objection.  You

can answer.

A.  Everything said in the contract, we

request as legitimate, legal, in any other

place.  So when I heard about climbing the

wall that thing is not in our expectation and

we were shocked, and we refused.

Q.  What did you tell Mr. Guo about

that?

A.  About what?

Q.  Climbing the wall.  What was his

reaction?

A.  He was in the meeting.

Q.  What did he say?  Did you talk about

1              Yvette Wang

2    it afterwards?

3       A.  He said, No, no, no, no.

4       Q.  Wasn't it Mr. Guo that asked whether

5    you could access money from banks of these

6    people you were identifying?

7           MS. TESKE:  Object.

8       A.  What is your question?

9       Q.  Didn't Mr. Guo ask representatives

10   from Strategic Vision whether they could

11   access money from the bank accounts of the

12   people that were being identified by Eastern

13   Profit?

14          MS. TESKE:  Object.

15          MR. GRENDI:  Same objection.

16      A.  I don't remember that.

17      Q.  You don't remember that happening at

18   all?

19      A.  No.

20      Q.  Let's go on to page 7.  C there,

21   they had represented other sophisticated

22   clients in the past, including Republican

23   politicians, a Middle Eastern prince, and a

24   leader of the Russian Opposition Party.  Do

25   you see that?

1              Yvette Wang

2      A.  Yes.

3      Q.  And that -- when was that

4   representation made?

5      A.  I forget the time.  In one of the

6   meetings about this project.

7      Q.  And did you follow up with any of

8   these individuals to even verify that they

9   were clients?

10     A.  Follow up?  You mean?

11     Q.  Call them, e-mail them, text them?

12     A.  I didn't.

13     Q.  Did anybody at your direction?

14     A.  From me, I didn't.

15     Q.  Do you know of it being done at all?

16     A.  I have no idea.

17     Q.  Do you have any reason to believe

18   that this is not a true statement, that they

19   represented sophisticated clients in the

20   past?  What about that --

21     A.  Personally, I believe that is true.

22     Q.  You do believe that is a true

23   statement?

24     A.  Yes.

25     Q.  Okay.

1              Yvette Wang

2     A.  Because otherwise why Ms. Wallop

3   handwrite all the client's name?  I mean,

4   some of the very important client's name in

5   Miles Guo's handbook -- notebook.

6     Q.  You have no reason to believe that

7   it wasn't true, right?

8          MR. GRENDI:  Objection.  You

9      can answer.

10    A.  Personally, I believe it's true.

11    Q.  And do you believe some of those

12   clients might have included Republican

13   politicians?

14    A.  I don't know about that.

15    Q.  Do you have any reason to believe

16   they didn't?

17    A.  I have no knowledge about that.

18    Q.  Do you know whether Ms. Wallop is a

19   Republican or a Democrat?

20    A.  It's not my business.  I never know

21   about that.

22    Q.  How about Middle Eastern princes?

23    A.  Yes.

24    Q.  Any reason to think the clients in

25   the past didn't include a Middle Eastern

1           Yvette Wang

2    prince?

3        A.  It should be on the handwriting,

4    some of them.

5        Q.  You believed it to be true?

6        A.  I believe the handwriting, it's

7    true.

8        Q.  And do you have any reason to

9    believe that what was written on that sheet

10   of paper, napkin whatever you're describing

11   wasn't true?

12       A.  Which paper?

13       Q.  Wherever the prince's name was

14   written down.  My question is, do you have

15   any reason to believe that that prince was

16   not a former client of Strategic Vision or

17   Ms. Wallop or Mr. Waller?

18       A.  After I saw Ms. Wallop, her

19   handwriting on Mr. Guo's notebook, I believe

20   they are true.

21       Q.  And a leader of the Russian

22   Opposition Party, do you have any reason to

23   believe that Strategic Vision didn't

24   represent a leader of the Russian Opposition

25   Party?

January 31, 2019                                    198

1              Yvette Wang

2      A.  Same answer.

3      Q.  You believed them to be true?

4      A.  Yes.

5      Q.  Have you discovered anything since

6   then to in any way make you question that?

7      A.  Same answer like before, no.

8      Q.  Paragraph 34, it says here,

9   Strategic Vision also told Eastern that

10   Eastern's one million dollar deposit would be

11   used as a deposit against the last payments

12   owed by Eastern at the end of the contract.

13   Paragraph, upon information and belief

14   Strategic Vision also knew this statement to

15   be false.

16           Why was that statement false?

17      A.  I don't understand this statement.

18   Can you please help me?

19      Q.  It's Eastern Profit's complaint.

20   That's the one million dollar deposit under

21   the agreement.

22      A.  That's right, this is drafted by

23   lawyer.  English is not my first language,

24   sorry about that.  I'm trying to understand.

25      Q.  Was that representation ever made to

1              Yvette Wang

2   you?

3          (Witness peruses document.)

4   A.  From the contract side --

5   Q.  So you're referring back to the

6   contract that's been marked.  What exhibit is

7   that for the record?

8   A.  Your Exhibit number 2.

9   Q.  Okay.

10   A.  Page number 5.  The client will pay

11   the contractor a deposit of U.S. dollar one

12   million upon signing the contract.  The

13   deposit will be credited on a prorated basis

14   to the final one to one-third month of the

15   contract.

16          In my understanding, this one

17   million should not be used against the last

18   payment.

19   Q.  Should not be used?

20   A.  Correct.

21   Q.  What should have happened with the

22   one million dollar deposit upon --

23   A.  This is, in my understanding, an

24   evergreen deposit, which means that one

25   million just stay there as one million.  And

1           Yvette Wang

2   they, Strategic Vision is going to issue

3   invoice every month and the client is just to

4   pay the invoice.

5       Q.  So it would stand out there, and the

6   client, you would still owe the monthly fees?

7           MR. GRENDI:  Objection.  You

8    could answer.

9       Q.  That's what evergreen means, right?

10      A.  Correct, yes.

11      Q.  In other words, to give you an

12  example, you paid a million dollars and you

13  get that bill for $750,000.  If the million

14  dollars is an evergreen deposit, or in our

15  business a retainer, you still have to pay

16  that $750,000, right?

17      A.  That is evergreen, you are right.

18  Pay month by month and this deposit stay

19  there.

20      Q.  What happens to that evergreen

21  deposit at the end of the contract?

22      A.  They didn't say clearly in the

23  contract, which means Strategic Vision should

24  return that deposit after this project is

25  terminated.

1            Yvette Wang

2      Q.  Well, it says here, the deposit will

3  be credited on a prorated basis to the final

4  one and one-third months of the contract.  Do

5  you see that?

6      A.  Yes.

7      Q.  What is your understanding of that?

8      A.  Can I say, I don't understand what

9  is prorated basis?  I don't understand this.

10     Q.  You don't know what prorated -- you

11  don't have a view as to what prorated basis

12  means?

13     A.  I'm not quite familiar with that.

14     Q.  What language of this contract would

15  say that Strategic Vision should just return

16  the million dollars at the end of the

17  contract?

18     A.  They didn't clearly say that

19  sentence in the contract.

20     Q.  It's not in there, right?

21     A.  Correct.

22     Q.  When was the final day of the

23  contract?

24         MR. GRENDI:  Objection.  You

25     can answer.

1            Yvette Wang

2     A.  Final day?

3     Q.  You sent a letter on February 23rd,

4  but if you look at the last sentence, I'll

5  just point it out to you, it discusses 30

6  days written notice.

7        Do you see that?

8     A.  Yes.

9     Q.  So what's the final day of the

10  contract?

11        MR. GRENDI:  Just objection.  I

12     think the letter speaks for itself,

13      but she can answer.

14     A.  This is really a mathematic

15  question.

16     Q.  Okay.

17     A.  I mean, anyone can calculate.

18     Q.  Calculate from when, what numbers?

19     A.  From the letter.

20     Q.  Okay.

21     A.  From the letter of Foley Hoag.  And

22  we, based on the contract, gave them 30 days

23  notice time.

24     Q.  Beginning on February 23rd?

25        MR. GRENDI:  Same objection.

January 31, 2019                                    203

1              Yvette Wang

2    A.  Why February 23rd?

3    Q.  Isn't that the date of the letter?

4    A.  That's right.

5    Q.  What does the contract say?

6    A.  One month notice time.

7    Q.  So it would be one month after

8  February 23rd, correct?

9    A.  Yes.

10        MR. GRENDI:  Objection.

11    Q.  Did -- and I think you answered this

12  this morning, I just want to make sure.  Did

13  Eastern Profit pay, other than the deposit,

14  did they pay any money to Strategic Vision?

15    A.  No.

16        MR. GRENDI:  Let's just -- can

17    we take a break for two minutes?

18        MR. SCHMIT:  Sure.

19        (Whereupon, a brief recess was

20    taken.)

21  BY MR. SCHMIT:

22    Q.  We're back on the record.

23    A.  Yes.

24    Q.  We were talking how the million

25  dollar deposit would be used, paragraph 34 of

1           Yvette Wang

2    the complaint.  And you were comparing it to

3    the language in the contract marked as

4    Exhibit 2.

5         Now, I think in the end you had just

6    said that other than the million dollar

7    deposit, Eastern Profit had made no other

8    payments to Strategic Vision; is that

9    correct?

10     A.  Correct.

11     Q.  So under those circumstances, let's

12   just assume for a second you guys had no

13   complaints, but had given a termination

14   notice.  How would that million dollar

15   deposit be used?

16         MR. GRENDI:  Objection.

17     Q.  In other words, the contract went

18   fine, and you just decided to terminate it

19   for reasons unrelated, and we've got that

20   million dollar deposit.  What are we supposed

21   to do with it?

22         MR. GRENDI:  Objection.  You

23     can answer.

24     A.  You mean, what is our expectation to

25   Strategic Vision about that one million,

1                Yvette Wang

2    right?

3        Q.  Yes.

4        A.  They should return.

5        Q.  Even if the contract -- if the

6    contract had been performed and you had made

7    no other payments for the three-month period,

8    they would just return the million dollars?

9        A.  Correct.

10        Q.  What is that based on?  What

11    language of the contract is that based on?

12        A.  Because that one million was wired

13    and hit Strategic Vision's account without a

14    contract signed.  This is a financial or

15    understanding mistake.  Even with the

16    contract signed, that million should be

17    returned back and after the contract signed

18    and wired again.  That is a professional

19    proper financial procedure.

20        Q.  Did anybody ever ask, until this

21    lawsuit or, excuse me, until the Foley Hoag

22    letter for the million dollars to be

23    returned?

24        A.  Yes, we did.

25        Q.  You asked them?  When did you ask?

1          Yvette Wang

2     A.  Yes.  January 2nd, you see my text

3  message.  I said please return.

4     Q.  No, no, after the contract was

5  signed.  No additional money was paid by

6  Eastern Profit.  Did you really expect them

7  to then pay back the money and then have it

8  paid again?  Did you ever convey that to

9  anybody from Strategic Vision?

10     A.  Me, I didn't.

11     Q.  Did somebody?  Did anybody?

12     A.  I don't know.

13     Q.  Then why would you expect them to

14  give it back after the contract had been

15  signed and they were owed a million dollars?

16     A.  Because this is a financial

17  procedure.

18     Q.  Based on what?

19     A.  Based on no money can be paid

20  without a confirmed signed contract.

21     Q.  Says who?

22          MR. GRENDI:  Objection.

23          MR. SCHMIT:  Well, I mean, it's

24     a fair question.  This is kind of a

25     million dollars at stake in the case

1          Yvette Wang

2     and she's the 30(b)(6) witness.

3          MR. GRENDI:  I understand that,

4     but it is getting to the point of

5      argumentative.  But proceed.

6     Q.  You can continue.

7     A.  What is your two questions before?

8  I mean, what is your original question?

9     Q.  My question is, originally, let's

10  just eliminate the ACA Capital and the timing

11  of the payment.  The contract essentially

12  goes for three months, Eastern Profit, after

13  execution pays Strategic Vision a million

14  dollars.  No other payments are made.  But

15  everyone agrees that Strategic Vision is owed

16  for three months of work.  What should happen

17  with that million dollars?

18          MR. GRENDI:  Objection.  You

19      can answer.

20     A.  I still don't understand your

21  question.

22     Q.  How much money under the contract --

23  you're here to testify about the contract?

24     A.  I am.

25     Q.  If Strategic Vision performed as you

1            Yvette Wang

2    wanted under the contract, and they worked

3    for three months, how much money would they

4    be owed?

5     A.  Zero, because they deliver nothing.

6     Q.  No, no.

7         MR. GRENDI:  Hold on, let's go

8      off the record here a second.  We

9      must be having a language --

10        MR. SCHMIT:  No, no, I don't

11      want to go off the record.

12        MR. GRENDI:  What do you want

13      to say here?  We're clearly having an

14      issue with understanding.

15        MR. SCHMIT:  Let's just

16      continue.  I'm perfectly fine

17      continuing.

18        MR. GRENDI:  Go ahead.

19   BY MR. SCHMIT:

20     Q.  I'm talking about -- we're going to

21    assume for the sake of argument, because

22    we're not going to agree on whether there was

23    performance under the contract, right?

24     A.  Correct.

25     Q.  So what I want to know is, let's

1                 Yvette Wang

2    assume that you were happy with what

3    Strategic Vision had done?

4        A.  Okay.

5        Q.  Yet, you issued a termination notice

6    for reasons unrelated to performance under

7    the contract.  What, for three months of

8    work, would Strategic Vision be owed?

9        A.  You're asking a mathematic question.

10       Q.  That's what I'm asking, if that's

11   what you think it is.

12       A.  Then 750,000, three months, you can

13   have three of them.

14       Q.  Okay.  So 750,000 times three,

15   essentially?

16       A.  That is said in this contract, based

17   on where is the deliverable report.

18       Q.  That's fine.  We're assuming you're

19   okay with that.  Let's assume 750,000 wasn't

20   paid each month and all that was sitting

21   there was the million dollars.  What would

22   happen with that million dollars under the

23   scenario I laid out for you?

24       A.  Can you repeat your question again?

25       Q.  What would happen -- basically,

1              Yvette Wang

2   Strategic Vision is owed 750,000 times three,

3   we've agreed, right?

4      A.  Go ahead.

5      Q.  We've agreed, so far --

6      A.  This is said in the contract, the

7   words in the contract.

8      Q.  Yes, exactly.  They're owed that

9   money, but the only money that's been given

10  to them by Eastern Profit is the million

11  dollar deposit.  Under that scenario, what

12  should we do with the million dollar deposit?

13     A.  Should be refunded.

14     Q.  Why?

15     A.  Because there is no performance in

16  here at all.

17     Q.  No, we're assuming performance was

18  okay.  It's a hypothetical.  Are you familiar

19  with that term?

20     A.  No.

21     Q.  Okay.  We're just setting up -- I'm

22  eliminating, for the sake of argument, the

23  whole point of this question is you agree

24  with performance.  You think Strategic Vision

25  did a great job, I know you didn't, okay.  I

1           Yvette Wang

2    know you don't.  But let's assume that they

3    did a great job, they worked for three

4    months.  All they were paid was a million

5    dollar deposit.  In other words, even though

6    they did great work, you didn't pay them for

7    the three months, you didn't pay the 750,000

8    or the 750,000 for February, the 750,000 for

9    the part of March.  Okay?  Are you with me so

10   far?

11       A.  Kind of.

12       Q.  Okay.  What should happen at that

13   point with the million dollar deposit?

14       A.  Back to your Exhibit number 2.

15       Q.  Okay.

16       A.  Yes, right here, your Exhibit number

17   2, page number 5.  The deposit will be

18   credited on a prorated basis to the final one

19   to one-third month of the contract.  They can

20   use the deposit.

21       Q.  To pay what's owed?

22       A.  This is said in the contract.  If I

23   may --

24          MR. GRENDI:  Hold on, wait for

25       questions.

```
 1              Yvette Wang
 2          MR. SCHMIT:  Off the record for
 3      a second.
 4          MR. GRENDI:  Sure.
 5          (Discussion held off the
 6      record.)
 7      Q.  I'm going to hand you, Ms. Wang, an
 8  exhibit -- excuse me, we're not going to mark
 9  it as an exhibit but it has production
10  numbers SVUS 000171 through 000259.
11          MR. GRENDI:  Wait, can we go
12      off the record again?  I'm sorry.
13          MR. SCHMIT:  Okay.
14          (Discussion held off the
15      record.)
16          MR. SCHMIT:  Okay, let's mark
17      it as an exhibit.
18          (Whereupon, at this time, the
19      reporter marked the above-mentioned
20      name list as Wang Exhibit 12 for
21      identification.)
22  BY MR. SCHMIT:
23      Q.  I'm going to hand you what has been
24  marked as Exhibit 12 for your deposition.
25      A.  Thank you.
```

1          Yvette Wang

2     Q.  Just flip through it and let me know

3  when you're finished.  It has production

4  numbers SVUS 000171 through 000259.  And

5  that's marked confidential and should remain

6  confidential.

7          Have you ever seen this document

8  before?

9     A.  Yes.

10     Q.  What is it?

11     A.  They are the name list.

12     Q.  Where did it come from?

13     A.  Mr. Guo.

14     Q.  Where did Mr. Guo get it?

15     A.  I don't know.

16     Q.  Did you ever talk to him about it?

17     A.  No.

18          MS. TESKE:  I object to this

19      whole line of questioning.  Because I

20      haven't seen the document, and I also

21      don't think I can read the document.

22          MR. GRENDI:  Well, if you

23      want --

24          MS. TESKE:  To the extent it

25      concerns my client and I haven't had

```
 1            Yvette Wang

 2      a chance to review it, I object to

 3      this line of questioning.  This is

 4      not my client so I'm not going to

 5      direct her not to answer, but I would

 6      like to put my objection on the

 7      record.

 8  BY MR. SCHMIT:

 9      Q.  Whose handwriting -- if you can look

10   at page 5, 175 production number, page 5 in

11   handwriting, whose handwriting is that?

12      A.  I don't know.

13      Q.  Same question for 177, page 7.

14      A.  I don't know.

15      Q.  Did Mr. Guo ever tell you where he

16   got this list or this packet?

17          MR. GRENDI:  Objection.  You

18      can answer.

19      A.  No.

20      Q.  Did you ever ask?

21      A.  No.

22      Q.  When did you see it before?

23      A.  I don't remember that clearly.  It

24   should be December 2017.

25      Q.  At some point during the month of
```

1           Yvette Wang

2    December of 2017?

3       A.  Correct.

4       Q.  Who was -- was it just you and

5    Mr. Guo?

6       A.  Correct.

7       Q.  Ms. Wallop and Mr. Waller weren't at

8    that meeting?

9       A.  No.

10      Q.  What did he tell you?  Did he tell

11   you to do anything with this document?

12      A.  He said this is about this project.

13      Q.  And did he instruct you to do

14   anything with it?

15      A.  Go to talk, discuss about the

16   contract, if signed please deliver this to

17   Strategic Vision.

18      Q.  And you ended up delivering this to

19   Strategic Vision?

20      A.  Correct.

21      Q.  Did you ever hear Mr. Guo say that

22   he had paid $250 million for this document,

23   and the information within it?

24      A.  Can you repeat?

25          MS. TESKE:  Object.

1              Yvette Wang

2      Q.  Did you ever hear Mr. Guo tell

3   anybody that he had paid $250 million for the

4   information in this document?

5      A.  I didn't hear that from myself, by

6   myself.

7      Q.  Did you ever hear anybody else say

8   that or --

9      A.  I don't remember.

10      Q.  It doesn't sound familiar at all?

11      A.  No.

12      Q.  You never heard him represent that

13   to Ms. Wallop or Mr. Waller?

14      A.  I don't remember that.

15      Q.  Remember as in it didn't happen or

16   you're not sure one way or another?

17      A.  I just don't remember whether that

18   happened or not.  No memory about that.

19      Q.  Did you ever discuss how he gathered

20   the names or the information?

21      A.  No.

22          MR. SCHMIT:  Mark this as 13.

23          (Whereupon, at this time, the

24      reporter marked the above-mentioned

25      background report as Wang Exhibit 13

1              Yvette Wang

2         for identification.)

3    BY MR. SCHMIT:

4         Q.  I will hand you what was marked as

5    Exhibit 13.

6              (Witness peruses document.)

7         Q.  It is a background report with the

8    production number Eastern 144 through 195.

9         A.  Yes.

10        Q.  Can you just let me know when you're

11   finished reviewing?

12        A.  Yes, you can go ahead.

13        Q.  Have you ever seen this before?

14        A.  Yes.

15        Q.  What is it?

16        A.  This is the one file in the 80

17   gigabyte.

18        Q.  So about -- we're not sure what day

19   you received the 80 gigabyte, though, right?

20        A.  You remember Penn Station, Track

21   Bar?  That's the date I received the 80

22   gigabyte.

23        Q.  Is this a report Strategic Vision

24   had within the 80 gigabytes?

25        A.  Correct.

1              Yvette Wang

2      Q.  Is this one of the individuals you

3   identified?

4      A.  This is not.

5      Q.  It's not?

6      A.  Not.

7      Q.  Who is it?

8      A.  I don't know.

9      Q.  But this is a Strategic Vision

10  report, as far as you know?

11     A.  Correct.

12     Q.  How do you know, off the top of your

13  head, that this isn't somebody that was

14  identified to Strategic Vision?

15     A.  I'm sorry, what's the question?

16     Q.  How do you know, just looking at it,

17  that this is not somebody that was actually

18  identified to be researched?

19     A.  Oh, from the photo and the date of

20  birth (indicating).  They are totally

21  different people.

22     Q.  They are different, okay.

23         Did you remember this individual for

24  some reason?

25     A.  I don't remember.

1              Yvette Wang

2      Q.  You looked very quickly back to

3   Exhibit 12 and found him.

4      A.  Because it's a Mandarin name.  It's

5   easy for me to read and check and find.

6           MR. SCHMIT:  Can we have this

7       marked as 14?

8           (Whereupon, at this time, the

9        reporter marked the above-mentioned

10        background report as Wang Exhibit 14

11         for identification.)

12   BY MR. SCHMIT:

13      Q.  I will hand you what has been marked

14   as Exhibit 14.

15      A.  Thank you.

16           (Witness peruses document.)

17      Q.  You've been handed 14, it's Eastern

18   23 --

19      A.  Yes.

20      Q.  -- through 143.  Do you recognize

21   this?

22      A.  Yes.

23      Q.  Is this from the 80 gigabytes as

24   well?

25      A.  Correct.

1          Yvette Wang

2      Q.  Is this somebody that you were asked

3  to research?

4      A.  No.

5      Q.  No?  Which one is that?

6      A.  (Indicating).

7      Q.  What are you holding up?

8      A.  (Indicating).

9      Q.  Okay.

10      A.  Completely different people.

11      Q.  Were there -- did you raise this

12  with Strategic Vision?

13      A.  We did.

14      Q.  What did they say about these two

15  people?

16      A.  They didn't reply.  They didn't

17  comment.

18      Q.  They didn't say -- did you get a

19  phone call or an e-mail or a text?  How did

20  you do it?

21      A.  By text message.

22      Q.  And you never got a response to

23  that?  Did you specifically point out, Hey,

24  these two are the wrong ones?

25          MR. GRENDI:  Objection.

Yvette Wang

A.  That's right.  I don't remember
that.  Correction, I don't remember that.

Q.  You don't know if you said, Hey,
these two individuals are --

A.  We didn't specifically say these two
individuals.  We text them, told them, this
is garbage.  Which means, the whole 80
gigabyte, they are all garbage, similar, like
this situation.  Same name, but totally
different people.

Q.  Are there any other examples you can
tell me off the top of your head?

A.  I don't remember that clearly.  80
gigabyte is a lot.

Q.  And you weren't given any
instructions or qualifiers about what to
expect in the 80 gigabytes?

A.  What is your question, sorry?

Q.  Were you given any instructions on
like where to look within the 80 gigabytes or
what to expect or what was going to be in
them?

A.  On the Exhibit 12, that said clearly
on the page, it says, A, financial research,

1           Yvette Wang

2     B, tracking research.  That is the request.

3       Q.  No, no.  I'm asking you whether Mr.

4     Waller or Ms. Wallop provided you with any

5     guidance as to -- or qualifiers as to what

6     was within the 80 gigabytes you were given?

7       A.  They didn't.

8       Q.  Who were these two people that --

9     was there any missed opportunity that you

10    needed this information right away?

11      A.  Correct.

12      Q.  For what?

13      A.  I heard Mr. Guo, he has his plan, as

14    whistle blower work plan.  And this delay and

15    garbage destroyed it.

16      Q.  How did it destroy it?

17      A.  Because all of them, they are

18    garbage.

19      Q.  But the delay though, was it time

20    sensitive?  What was going to happen?

21      A.  Oh, before Chinese New Year, last

22    Chinese New Year, which is February 14th,

23    15th, I heard he had planned by Chinese New

24    Year, he's waiting for the information.

25      Q.  What plan?

1          Yvette Wang

2     A.  I did not ask him further.

3     Q.  And which bits of information did he

4  need?

5     A.  He didn't specifically say which

6  one.

7     Q.  You have no idea what the plan was

8  to be executed by the Chinese New Year?

9     A.  I have no idea.

10     Q.  And was it some of the information

11  or he needed all of the information?  What

12  was needed in order to execute this plan?

13        MS. TESKE:  Objection.

14     A.  The first two months' reports, which

15  is a weekly report plus preliminary report,

16  because the whole January, you know, the

17  reports of January, yes.

18     Q.  He needed those for the plan?

19     A.  Yes.

20        MS. TESKE:  Objection.

21     Q.  Why?

22     A.  I have no idea.

23     Q.  Why do you say he needed that?

24     A.  He told you.

25     Q.  Did he specify it or he just said

1              Yvette Wang

2    generally, I need the reports, I need the

3    reports?  What was he saying to you?

4        A.  I don't remember the details.  And I

5    didn't ask, but he told me, he got a plan.

6        Q.  And so this information that was

7    coming in to Eastern Profit was necessary for

8    a plan?

9            MR. GRENDI:  Objection.  You

10       can answer.

11       A.  Correct.

12       Q.  But you don't know what that plan

13   is?

14       A.  I have no idea.

15       Q.  I mean, can you -- any of this

16   information that was requested, do you have

17   any idea of how it was going to be used?

18       A.  I don't know.

19           MR. SCHMIT:  Mark this as 15,

20       please.

21           (Whereupon, at this time, the

22       reporter marked the above-mentioned

23       screen shot of text messages as Wang

24       Exhibit 15 for identification.)

25   BY MR. SCHMIT:

Yvette Wang

1

2    Q.  Ms. Wang, I'm going to hand you what

3    has been marked as Exhibit 15.

4    A.  Thank you.

5    Q.  It is a series of text messages,

6    bearing production numbers Eastern 2081?

7    A.  Yes.

8    Q.  -- through 213.

9    A.  Yes.

10    Q.  Do you have that in front of you?

11    A.  Yes.

12    Q.  It says French at the top.  Who is

13    that referring to?

14    A.  French Wallop.

15    Q.  Okay.  And do you know, can you

16    tell, is this a text that you were involved

17    in?

18    A.  Correct.

19    Q.  Okay.  Are you the -- and are you

20    the shaded box or the lighter box?

21    A.  I'm this color box, the dark color

22    box.

23    Q.  The top one, okay.

24    A.  Yes.

25    Q.  It says here, Hi, both L and M

1           Yvette Wang

2    advised me that we supposed to meet again.

3    Do you see that?

4        A.  Yes.

5        Q.  And that was on January 5th?

6        A.  Correct.

7        Q.  Who is L and M?

8        A.  Lianchao and Mr. Guo.

9        Q.  Why were you supposed to meet

10   Ms. French again?

11       A.  Because we didn't finalize and sign

12   the contract by the end of December in order

13   to kick off the project from January 1st.

14   Then I went back to New York and before

15   January 15th, I was told that I should go

16   back to Virginia or Washington D.C., to meet

17   Ms. Wallop and renegotiate the contract.

18       Q.  Renegotiate the contract?  What do

19   you mean by that?

20       A.  Because the contract wasn't signed.

21   And there should be more negotiation and

22   discussion.

23       Q.  About what?

24       A.  Waterline.

25       Q.  Did you go to that meeting with a

1              Yvette Wang

2    specific proposal?

3        A.  Yes, I went.

4        Q.  And what was the message Mr. Guo and

5    Lianchao wanted you to convey?

6        A.  Mr. Guo told me Lianchao was

7    contacted by Wallop, and then they had some

8    talk, and then Lianchao convinced Ms. Wallop,

9    said that she was going to agree with my

10   contract, my draft.  So by then, I mean, now

11   I can go back to Washington to finish this

12   contract.

13       Q.  Did Mr. Guo or Lianchao explain,

14   like, what had been agreed to?

15       A.  No.  They didn't explain the

16   details.  But they said they convinced --

17   Lianchao convinced Ms. Wallop to agree with

18   my last version of draft.

19       Q.  So there was a version at this point

20   on January 5th, that was the one you would

21   have given towards the end of the year?

22       A.  Yes.

23       Q.  Did Ms. French ever say she had

24   spoken with Lianchao and come to an

25   agreement?

1           Yvette Wang

2      A.  You mean did Ms. Wallop tell me?

3      Q.  Yes.

4      A.  No.

5      Q.  This is if you look at January 5th,

6  it's 211 of the exhibit, production number

7  211.

8          Do you see that?

9      A.  Yes.

10      Q.  That statement, she's still talking

11  about the waterline in the fish tank, right?

12      A.  Correct.

13      Q.  And she mentions the recap?

14      A.  Yes.

15      Q.  She mentioned on the next page, 212,

16  We have discussed this and agreed to this

17  formula from the beginning with your boss,

18  that we remained flexible with his additions.

19  Do you see that?

20      A.  Yes.

21      Q.  Do you know who she's talking about

22  when she says your boss?

23      A.  I believe she refers to Mr. Guo.

24      Q.  And what formula is she referring

25  to?

1            Yvette Wang

2      A.  I believe this formula means the

3  definition about waterline.

4      Q.  So this is before the January 6th

5  signing, though, right?

6      A.  Yes.

7      Q.  Then you say, Can you please send

8  the contract here?

9      A.  Yes.

10      Q.  Was it your understanding at that

11  point that some changes had been made?

12      A.  That's right.

13      Q.  Then it says, there is, of course,

14  no impasse here, that's you, right?

15      A.  Correct.

16      Q.  Then, I work with several people, M

17  is one of them, he is not the only boss.  Who

18  is M again?

19      A.  My other clients.

20      Q.  Who is M?

21      A.  M, oh, Mr. Guo.

22      Q.  And who are the other people you're

23  working with on this project?  Who does that

24  refer to?

25      A.  On this project, no.

January 31, 2019                                            230

1              Yvette Wang

2     Q.  So, I work with several people,

3    that's just a reference to other clients?

4     A.  Correct.

5     Q.  And other clients of whom?

6          MR. GRENDI:  Objection.

7     A.  I cannot disclosure that.

8     Q.  No, no.  I'm asking, other clients

9    of New York Golden Spring?

10    A.  Correct.

11         MR. SCHMIT:  Mark this as 16.

12         (Whereupon, at this time, the

13      reporter marked the above-mentioned

14      screen shot of text messages as Wang

15      Exhibit 16 for identification.)

16   BY MR. SCHMIT:

17    Q.  I'm going to hand you what's been

18   marked as Exhibit 16.

19    A.  Thank you.

20    Q.  Eastern 214 through 219.  Do you

21   have that in front of you?

22    A.  Yes.

23    Q.  If you can just take a moment and

24   let me know.

25         (Witness peruses document.)

1              Yvette Wang

2      A.  Yes, I finished.

3      Q.  At the top it says, that's you in

4   the first box there, So I'm luckily the sole

5   communicator on behalf of all of them; do you

6   see that?

7      A.  Yes.

8      Q.  Who is all of them?

9      A.  Lianchao and Mr. Guo.

10     Q.  So all of them just refers to two

11   individuals?

12     A.  That's right.

13     Q.  You see the term investors

14   sometimes.  Were there other investors in

15   Eastern Profits?

16     A.  I don't know.

17     Q.  Were there other investors on the

18   project generally that was the subject of the

19   agreement?

20     A.  This project?

21     Q.  Yes.

22     A.  I don't know.

23     Q.  Were you aware of any other

24   investors?

25     A.  I have no knowledge.

1           Yvette Wang

2      Q.  There could have been other

3  investors?

4      A.  Could be.

5      Q.  Why do you say there could be,

6  though?

7      A.  I heard from Mr. Guo, because the

8  people who fighting with the regime of

9  Chinese Communist Party, they're a lot.

10     Q.  And then some of those people that

11 are fighting the Communist regime could have

12 been assisting Mr. Guo with this contract and

13 this research?

14     A.  Possibly.

15        MS. TESKE:  Object.

16     Q.  The next box down it says, Other

17 than New York, L, M, myself, I assume myself

18 is referring to French, but I thought

19 New York was a reference to Mr. Guo.  But

20 then I see L and M there as well?

21     A.  You are right.

22     Q.  So who is M?

23     A.  Mike.

24     Q.  Waller?

25     A.  On here it's Mike.  In this blog, M

1              Yvette Wang

2    is Mike.

3        Q.  Would it have been Mike as well on

4    Exhibit 15?

5            (Witness peruses document.)

6        A.  No.  Exhibit 15, page 208, this M is

7    Miles, Mr. Guo.

8        Q.  Oh, it is.  Okay.

9        A.  Yes.  But Exhibit number 16, page

10   214, in Wallop's message, NY, L, M, myself,

11   this M is Mike.  Michael Waller.

12       Q.  If you can look at 216.

13           (Witness peruses document.)

14       A.  Yes.

15       Q.  Is this a reference to the -- Ms.

16   Wallop's statement to the reference of this

17   time, you were driving around looking at real

18   estate?

19       A.  No.

20       Q.  What is it a reference to?

21       A.  That was, by the end of December I

22   went to Ms. Wallop's house to discuss the

23   contract.  That was my first visit to her

24   house.  And then we discussed hours, hours.

25   By the end we didn't get agreement.  So that

1           Yvette Wang

2   was dark.  I told her I will have to take a

3   train, go back to New York.  Because I have

4   my schedule on Monday.  And that day was a

5   Saturday.

6        So she offered -- first she tried to

7   persuade me to stay one more day, which is

8   Sunday, to continue to discuss and finish

9   this contract.  And she offered to drive me

10  to my hotel.  That was the drive there.  And

11  because of the four hours that drive, so this

12  was my second time in her car.  I

13  automatically came to the back seat instead

14  of the front seat.  So this text message

15  referring this.  Because I am a guest, I have

16  to respect the owner's habit to always put me

17  in the back.

18           MR. SCHMIT:  Mark this as 17,

19      please.

20           (Whereupon, at this time, the

21      reporter marked the above-mentioned

22      screen shot of text messages as Wang

23      Exhibit 17 for identification.)

24  BY MR. SCHMIT:

25      Q.  Here is Exhibit 17.

1          Yvette Wang

2     A.  Thank you.

3     Q.  I've handed you what has been marked

4  as Exhibit 17.  It is Eastern 220 through

5  222.

6          Do you have that in front of you?

7     A.  Yes.

8     Q.  Just let me know when you're

9  finished.

10          (Witness peruses document.)

11     A.  Okay, finished.

12     Q.  Do you recall this exchange?

13     A.  Yes.

14     Q.  Who is speaking in the first page?

15  Is that you or Ms. French?

16     A.  French.

17     Q.  What is she referring to?  This

18  should be very concerning for your team as

19  the item is full of issues.

20     A.  You mean the whole, this message

21  refer?

22     Q.  Well, the part I just read to you.

23  I mean, you can read as much as you want.

24  But towards the bottom it says, This should

25  be very concerning to your team as the item

1          Yvette Wang

2   was full of issues.

3       A.  The whole message here refers to the

4   USB flash drive.  This message was January

5   8th.  On January 6th, we sign a contract.

6   Right after sign a contract, I gave her a USB

7   drive with the information of your Exhibit

8   number 12.  And she took the USB, plugged it

9   in her Mac, and click the USB and click this

10  PDF file, and open that.  And me and her, we

11  went through every -- each of the page of

12  this (indicating).

13        During this process, I never touch

14  any of her devices.  And then we went through

15  from bottom, top to bottom, bottom to top,

16  like a couple of minutes.  I explained to

17  her, and she scrolled up, down, and she

18  admitted she received your number Exhibit 12,

19  PDF file with no problem at all.

20        And then after that, I left, I went

21  back to New York.  And before this Exhibit

22  number 17 message, on page 220, and Ms.

23  Wallop called me.  She said she could not

24  open the flash drive again.  I have no idea

25  what happened with her device, with her

1          Yvette Wang

2    conduction of her computer.

3        So she requested to have more copy

4    of your Exhibit number 12 file.  So I told

5    her, I am so busy here.  I have no time to

6    take a train or flight to you.  So she

7    offered to come to me to New York City.  So

8    this is the message happened on your Exhibit

9    17, about this.

10       Q.  So when you went first met, I guess,

11   on January 6th, you were able to open the

12   flash drive.  And on whose computer was that?

13       A.  Ms. Wallop's computer, yes, we were

14   able to open, go through a couple of times.

15   And there's no issue, no problem at all.

16       Q.  And did you ever collect the flash

17   drive back?

18       A.  The one --

19       Q.  Yes.  After Ms. Wallop said, Hey,

20   I'm having trouble with this, something is

21   wrong.  What did she say is wrong with it?

22       A.  What is your question?

23       Q.  What did she say was wrong with the

24   flash drive?

25       A.  She said she couldn't open.  And she

January 31, 2019                          238

                Yvette Wang

1

2    tried her device.  I don't remember clearly.

3    Like she tried other device as well, couldn't

4    open.  I said, I cannot help you, because you

5    opened that in front of me, and you checked,

6    you admitted that you have no problem.  I

7    remember, I even asked her, Did you eject the

8    USB properly, she said she did, kind of like

9    conversation like that.

10       Q.  Did she ever hand it back to you,

11   the flash drive?

12       A.  No.

13       Q.  Have you been shown the flash drive

14   in connection with this litigation?

15       A.  No.

16       Q.  Were there any other problems that

17   were reported back by Strategic Vision about

18   the information that they were provided?

19       A.  You mean the flash drive on January

20   6th?

21       Q.  Yes.  Or any other information you

22   provided, any other flash drive.

23          MR. GRENDI:  Objection.  You

24    can answer.

25       A.  January 6th, that was the first

January 31, 2019                                    239

1           Yvette Wang

2    flash drive.  She said she could not open

3    anymore.  So she offered to come to me to

4    pick up more copies.  And then that happened

5    on January 8th, was your Exhibit 17.  And she

6    took more copies.

7       Q.  Was there any other -- did anything

8    get reported back about those copies that she

9    took on the 8th?

10      A.  No.

11      Q.  Were there any other flash drives

12   that were delivered by Eastern Profit to

13   Strategic Vision?

14      A.  You mean any other?

15      Q.  Yes.

16      A.  After January 8th?

17      Q.  Yes.

18      A.  No.

19      Q.  That was it?

20      A.  Correct.

21      Q.  So you had delivered it on the 6th

22   and then replacements of what was delivered

23   on the 6th were delivered on the 8th?

24      A.  Correct.

25          MR. SCHMIT:  Mark this as 18,

1              Yvette Wang

2        please.

3              (Whereupon, at this time, the

4        reporter marked the above-mentioned

5        screen shot of text messages as Wang

6        Exhibit 18 for identification.)

7   BY MR. SCHMIT:

8        Q.  I'm going to hand you what's been

9   marked as Exhibit 18.

10       A.  Thank you.

11       Q.  It's a series of text messages, 223

12  through 239.  Take a moment and let me know

13  when you're finished.

14             (Witness peruses document.)

15       A.  Yes, finished.

16       Q.  Do you recognize this exchange?

17       A.  Yes.

18       Q.  Do you recall disputes about

19  individuals being added on for research

20  purposes?

21       A.  Yes.

22       Q.  What do you recall being the general

23  nature of that dispute?

24       A.  It's not a dispute.  It's just check

25  or ask whether still possible, if no

1          Yvette Wang

2    possible, then we didn't insist at all.

3        Q.  Do you know what Ms. Wallop is

4    saying on page 2 of this, We have already

5    given you five extra this month?

6        A.  Yes.

7        Q.  What is she referring to there?

8        A.  I remember that still related to the

9    waterline.  Like, the first month totally 30

10   reports for, 15 fish, she called it fish.  So

11   each fish, two reports, totally 30.  And

12   after first month, should be back to ten

13   fish.  But still 30 reports for A, B, C,

14   three category.  So I believe this is refers

15   to that discussion.

16       Q.  She says here on page 2 of the

17   exhibit, 224 --

18       A.  Yes.

19       Q.  In order to pull expertly, we cannot

20   be distracted with switches.  Do you see

21   that?

22       A.  Yes.

23       Q.  It triggers all sorts of electronic

24   issues.  Teams are already dispatched and

25   beginning their trip.

1           Yvette Wang

2       Do you see that?

3    A.  Yes.

4    Q.  Do you know what she meant by that?

5    A.  Sounds like she already start to

6  work and dispatch people.

7    Q.  Why would adding people late be a

8  problem because of that?  Do you know?

9    A.  You mean problem to her?  Ms.

10  Wallop?

11   Q.  Yes.

12   A.  I don't understand.  But from text

13  message, she said, like, electronic issues,

14  which I really don't understand.

15   Q.  Did you ask?

16   A.  I didn't.

17   Q.  Did Mr. Guo ask, I mean, you went

18  back and said, no, they won't take the extra

19  two, right?

20       MS. TESKE:  Object.

21       MR. GRENDI:  Objection.

22   A.  No, I didn't ask.

23   Q.  He just said okay?

24       MS. TESKE:  Object.

25       MR. GRENDI:  Objection.

                    Yvette Wang

1

2       A.  Correct.

3       Q.  Captain, is that a reference to Mr.

4    Guo?

5       A.  Captain was used by Ms. Wallop to

6    call Mr. Guo.

7       Q.  How about Eastern 000233.

8       A.  Yes.

9       Q.  There he says in the third line or

10   you say, I think he needs to see the report

11   before January 25th, as he has some plan from

12   January 26th which will need your input.

13         Do you see that?

14      A.  Yes.

15      Q.  Do you know what that is referring

16   to?

17      A.  I don't know the details.

18      Q.  Generally, what does it refer to?

19      A.  A plan of Mr. Guo and he was waiting

20   for the reports.

21      Q.  Do you know what the plan was, even

22   in a general sense?

23         MR. GRENDI:  Objection.  You

24    can answer.

25      A.  I don't know.

1          Yvette Wang

2          MR. SCHMIT:  Mark this as

3     Exhibit 19.

4          (Whereupon, at this time, the

5     reporter marked the above-mentioned

6     screen shot of text messages as Wang

7     Exhibit 19 for identification.)

8   BY MR. SCHMIT:

9     Q.  I will hand you what has been marked

10  for your deposition as Exhibit 19.

11    A.  Yes.

12    Q.  It's production number 262 through

13  264.

14          MS. TESKE:  268.

15    Q.  And then 267 through 268.

16    A.  Yes.

17    Q.  If you read that first -- who is,

18  for the record, Pyratz?

19    A.  Michael Waller.

20    Q.  Is this a communication between you

21  and him or somebody else, as far as can you

22  tell?

23    A.  Me and him.

24    Q.  What is your understanding of what

25  he's conveying on 262?

1          Yvette Wang

2      A.  My understanding, he was trying to

3   still explain the meeting of January 26th.

4      Q.  What was he saying about that?

5      A.  January 26th meeting, basically both

6   of them, Ms. Wallop, Mr. Waller apologize,

7   said they had internal communication problem

8   with their project manager and team.  So they

9   didn't, firstly, deliver the weekly and

10  monthly reports as contract signed requested.

11         Second, the report they delivered on

12  January 16th was not a report requested and

13  signed in the contract at all.  They admitted

14  about two points and apologized many times,

15  and offered ten days.  So this message, in my

16  understanding, is a follow-up message of that

17  meeting.

18      Q.  He says that is the logic of the

19  system.  What is he referring to?

20      A.  I don't understand.

21      Q.  And then he says, We can

22  short-circuit the logic of the immediacy of

23  results but it will complicate the

24  longer-term results of finding hidden people

25  and properties.

1            Yvette Wang

2    A.  I don't understand.

3    Q.  You never discussed that with him?

4    A.  No.

5    Q.  You didn't discuss that on January

6 26th?

7    A.  No.  January 26th, many is about

8 their apology.

9    Q.  Wasn't it in large part about them

10 explaining that there had to be a base of

11 knowledge built up on the research team in

12 order to provide additional information over

13 the long term?

14       MS. TESKE:  Object.

15       MR. GRENDI:  Objection.

16    A.  You mean when?  When to discuss that

17 you mean?

18    Q.  On January 26th.

19    A.  No.  They didn't explain about this

20 too much in my best of my memory.

21    Q.  He didn't talk about, you know,

22 basically rushing things now will only hurt

23 us down the road?

24       MS. TESKE:  Object.

25    A.  To best of my memory, I don't

1              Yvette Wang

2  remember that, which means not really too

3  much.  And many apologies.  And their

4  miscommunication and misunderstanding

5  internally.

6     Q.  You think maybe they were just

7  saying, Hey, sorry, we had a

8  misunderstanding, but you don't understand

9  what's going on here?

10          MR. GRENDI:  Objection.  You

11      can answer.

12     A.  What is your question?

13     Q.  Isn't it possible they're just

14  saying in a more casual sense, I'm sorry,

15  we've had a misunderstanding, but your

16  expectations are not consistent with the

17  contract?

18     A.  No.

19     Q.  No, they didn't say that?

20     A.  They didn't say the second half of

21  your sentence, but they said first half of

22  your sentence.

23     Q.  And you understood that to mean --

24  you took that to mean they screwed up?

25     A.  They admitted they screwed up.

January 31, 2019

Yvette Wang

1

2      Q.  How did they admit it?  What words

3   did they use?

4      A.  They said we're sorry and I had

5   miscommunication, and my project manager

6   misunderstood the request and the

7   instruction.

8      Q.  What was the request and the

9   instruction being discussed?

10      A.  That is their internal problem

11   between their management team, which is Mike

12   and Ms. Wallop and their project manager and

13   their team.

14      Q.  So you don't know anything about

15   that?

16          MR. GRENDI:  Objection.  You

17       can answer.

18      A.  That's right.

19      Q.  Wasn't there a discussion, though,

20   that the detail you were expecting so soon

21   wasn't realistic?

22          MS. TESKE:  Object.

23      A.  You mean on January 26th meeting?

24      Q.  Yes.

25      A.  No.

1              Yvette Wang

2      Q.  None of that was said?

3      A.  Nothing about that.

4      Q.  What specifically did they say they

5   should have delivered but they had not

6   delivered?

7      A.  They admitted they had internal

8   communication mistake.  You remember, I said,

9   Mike was sweating a lot when he was

10  conducting the laptop, I will refresh that

11  memory.  And he was keep telling us, this --

12  he understand and he realized this is not a

13  report which should be delivered to us.  So

14  he clearly said that.

15     Q.  But what did he say, though, that

16  was wrong with the report?  Did it need more

17  time?  Did it need more information?

18     A.  They didn't say -- he didn't say

19  needed more time and more information.  I

20  remember he basically said his project

21  manager understood wrongly about his

22  instruction.

23     Q.  What instruction?

24     A.  Like what the report should look

25  like.  So that's why the report he presented

January 31, 2019                              250

                    Yvette Wang

1

2      to us on January 26th, that was a report he

3      clearly said, I know this is not what you are

4      waiting and what you hope or expect to see.

5          Q.  Did he say that you were entitled

6      to?

7          A.  Yes.

8          Q.  He did say that?  What words did he

9      use?

10         A.  Words he used?  He used about like

11     80 percent of my words I just used when I

12     said that sentence.

13         Q.  You have to tell me what that is.

14     What did he say about the deliverables under

15     the contract?  I want to know the exact words

16     that came out of his mouth?

17         A.  Whose mouth?

18         Q.  Michael Waller.

19         A.  I cannot remember 100 percent.  But

20     I already repeat 80 percent of the words he

21     used.

22         Q.  Wasn't he complaining the research

23     team was out there putting together a base

24     knowledge, and that's standard operating

25     procedure within the industry?

1            Yvette Wang

2            MS. TESKE:  Object.

3            MR. GRENDI:  Objection.

4      A.  What is your question?

5      Q.  Wasn't there a discussion of what

6  standard operating procedure in the industry

7  was?

8            MR. GRENDI:  Same objection.

9            MS. TESKE:  Same objection.

10     A.  I don't remember that clearly.  But

11  I believe when Mike and Ms. Wallop presented

12  their capability to Mr. Guo, and sometimes I

13  was there, I heard that they, like, put

14  together a team, they have, like, operational

15  space, like that.

16     Q.  I'm saying that you have to build a

17  base of knowledge and that each report will

18  build on that base of knowledge, you don't

19  get a final report each and every time.  Any

20  discussion about that?

21            MS. TESKE:  Object.

22            MR. GRENDI:  Objection.

23     A.  I don't remember.

24     Q.  You don't remember at all?

25     A.  No.

1            Yvette Wang

2      Q.  But it will complicate the

3   longer-term results of finding hidden people

4   and properties?

5      A.  Which page?

6      Q.  Very first page of Exhibit 19, page

7   262.  Do you know what he means by that?

8      A.  Where is the sentence?

9      Q.  Right in the middle of the text

10   message.

11            (Witness peruses document.)

12      A.  Okay.  I don't understand what he

13   means in here.

14      Q.  Does that match or is that

15   consistent with anything he said at the

16   January 26th meeting?

17      A.  No.

18      Q.  How about we look at 264?

19      A.  Yes.

20      Q.  It says, I do not accept the

21   kindergarten comments.  The team did not

22   present any decorations.

23            Do you see that?

24      A.  Yes.

25      Q.  And then it says, They are

1           Yvette Wang

2   developing a sound technical and method

3   logical base for a long-term project designed

4   to produce the desired results.

5        Do you see that?

6     A.  Yes.

7     Q.  Does that ring a bell at all?  Was

8   that anything that was discussed at the

9   meeting?

10    A.  This refers to the complaint from

11  Mr. Guo, because the whole process until this

12  message, Strategic Vision people, they spent

13  long, long, long time again, again, again,

14  repeatedly trying to educate Mr. Guo,

15  including me, sometimes.  And --

16    Q.  Is this after execution, before

17  execution?

18        MR. GRENDI:  Objection.  I ask

19      that you let the witness answer fully

20       when she's speaking.  Continue.

21    A.  The whole process.  So Mr. Guo start

22  to lose patience.  I mean, everyone.  And he

23  basically said, Let's just stop the

24  decoration and are you guys capable of doing

25  this project or not?

1          Yvette Wang

2     Q.  And what did Mr. Waller say in

3  response to that?

4     A.  He did not agree.

5          MR. SCHMIT:  Can I have this

6     marked as 20?

7          (Whereupon, at this time, the

8     reporter marked the above-mentioned

9     screen shot of text messages as Wang

10     Exhibit 20 for identification.)

11  BY MR. SCHMIT:

12     Q.  I've handed you what's been marked

13  as Exhibit 20.  It's 265 through 266.

14          (Witness peruses document.)

15     A.  Yes.

16     Q.  Is this first text message from

17  Mr. Waller the information was to report

18  their own internal material to help them

19  understand their targets.

20          Do you see that?

21     A.  Yes.

22     Q.  Is he still referring back to the

23  January 26th meeting?

24     A.  I believe so.

25     Q.  Did you have -- at the January 26th

1               Yvette Wang

2    meeting, was there a discussion as to what

3    the information was and how it was going to

4    be used?

5      A.  Which information?  The information

6    here?  This one?  (Indicating).

7      Q.  Yes.  The information that was

8    reported on the 26th.  Is this your

9    recollection of discussing how it was going

10   to be used by the team and how it was going

11   to be built on going forward, anything along

12   those lines?

13         MR. GRENDI:  Objection.  You

14      can answer.

15      A.  You mean the information on the

16   Exhibit 12?

17      Q.  No.  I mean whatever information --

18   you said this was referring to the January

19   26th meeting.  So I've been talking about

20   what was discussed --

21      A.  In my understanding, the information

22   on your page 265 refers to still the internal

23   communication of Mr. Waller's internal team.

24   So I don't know what kind of information he

25   transferred to his own internal team, to help

1        Yvette Wang

2   them understand.  That is my understanding.

3       Q.  You said before you had never really

4   had a project like this before; is that

5   correct?

6       A.  Correct.

7       Q.  Did Mr. Guo ever talk to you about,

8   you know, his experience in these type of

9   research projects?

10      A.  I don't remember.

11      Q.  You never sat down and said, I've

12  done this before a couple of times, this is

13  how it works, this is what we can expect,

14  anything along those lines?

15      A.  No.

16      Q.  Did you ever, you know, when things

17  were coming back and Mr. Guo was complaining,

18  did you ever go out and talk with others and

19  try to figure out, is this how it really

20  happens?  Is this really going wrong, or is

21  this what we should expect early in the

22  project, anything like that?

23          MS. TESKE:  Object.

24          MR. GRENDI:  Objection.

25      A.  With who?

1              Yvette Wang

2     Q.  Anybody.

3     A.  For me, I didn't.

4     Q.  Do you know if Mr. Guo did?

5     A.  I have no idea.

6     Q.  Did you -- do you know what his

7  basis was for his expectations for what would

8  be in those reports and how they could be

9  used?

10          MS. TESKE:  Object.

11          MR. GRENDI:  Objection.

12     A.  What is your question?

13     Q.  Do you know, do you have any idea

14  what the basis for his expectations was?  I

15  mean, had he had prior experience doing this?

16  Had he worked with other teams?  Had he done

17  research himself?  Anything?

18          MR. GRENDI:  Same objection.

19          MS. TESKE:  Object.

20     A.  I don't know, sorry.

21     Q.  He never discussed that with you?

22     A.  No.

23     Q.  He never said, My God, we did this

24  before and within 72 hours we got all this

25  information from these people, nothing along

1           Yvette Wang

2    those lines?

3           MS. TESKE:  Objection.

4      A.  I don't remember.  I don't remember.

5      Q.  Back to Exhibit 20.

6      A.  Yes.  I am there.

7      Q.  It says, As you know, big budget is

8    ready for this long-term project.  Investors

9    can even pay your team without contract.

10   What does that mean?

11      A.  The first sentence, big budget is

12   ready for this long-term project, which I was

13   told by Mr. Guo.  In my understanding, the

14   dissidents of Chinese government who are the

15   real fighters for Chinese democracy and rule

16   of law, they are a group of people in my

17   understanding, so that is referring to that.

18   The investor can even pay your team without

19   contract, this refers to the one million,

20   which we just discussed about that.

21      Q.  Who were the investors?

22      A.  The people, this is my definition,

23   the people who are the real fighter for rule

24   of law and democracy of China.

25      Q.  Are they shareholders of Eastern

1            Yvette Wang

2    Profit?

3        A.  I don't know.

4        Q.  Do they invest into ACA Capital

5    Limited?

6        A.  I don't know.

7        Q.  Does investor have anything

8    whatsoever to do with actually putting money

9    towards the project?

10       A.  I have no knowledge about this.

11       Q.  How is Eastern going to put this

12   budget together?

13       A.  I have no idea.

14       Q.  I mean, you testified earlier, as

15   far as you know, Eastern Profit didn't have

16   bank accounts; is that right?

17           MR. GRENDI:  Objection.

18       A.  You mean have or did not have?

19       Q.  Does Eastern Profit have a bank

20   account of any kind?

21       A.  I don't know.

22       Q.  Does Eastern Profit have investments

23   of any kind?

24       A.  No idea.

25       Q.  Does Eastern Profit have a budget --

1            Yvette Wang

2    excuse me, a brokerage account with anybody?

3        A.  No idea at all.

4        Q.  Does Eastern Profit have clients or

5    customers?

6        A.  I have no knowledge about this.

7        Q.  How does Eastern Profit make money,

8    if it does?

9            MR. GRENDI:  Objection.  You

10       can answer.

11       A.  I heard this is an investment

12   company, that's it.

13       Q.  Who did you hear that from?

14       A.  Mr. Guo.

15       Q.  What did he say regarding

16   investments?

17       A.  This is an investment company.

18       Q.  Eastern Profit?

19       A.  Yes.

20       Q.  Well, who conducts the investments

21   and how do they conduct their business?

22   Where are they investing?  Tell me about it.

23       A.  He didn't say.

24       Q.  He just said that it's an investing

25   company?

Yvette Wang

1

2     A.  Correct.

3     Q.  Did they have a portfolio they were

4  managing?

5     A.  I have no idea.  I didn't check.  Iu

6  have no idea.

7     Q.  And you didn't speak with Mr. Guo

8  about today's deposition at all in order to

9  prepare; is that right?

10    A.  I told him.

11    Q.  No, but did you speak to him and

12  say, What can you tell me about Eastern

13  Profit, I'm being deposed as their

14  representative, anything along those lines?

15    A.  No, not in that detail.  I didn't

16  even see him.

17    Q.  What did you say to him on the

18  phone -- did you speak with him on the phone?

19    A.  I mentioned to him a couple of days

20  ago, I have this deposition.

21    Q.  What was his reaction?

22       MS. TESKE:  Object.

23    A.  He said okay.

24    Q.  Did you explain to him you were

25  testifying as a representative of Eastern

1          Yvette Wang

2   Profit?

3      A.  I didn't go that detail.

4      Q.  Did he seem to know anything about

5   the deposition, that it was occurring or

6   otherwise?

7          MS. TESKE:  Objection.

8          MR. GRENDI:  Objection.

9      A.  I didn't -- no.

10     Q.  Does Eastern Profit have any assets

11  whatsoever as far as you know?

12     A.  No idea.

13     Q.  Does it have a relationship with a

14  bank?  Does it have any loans or anything

15  like that?

16         MR. GRENDI:  Objection.  You

17   can answer.

18     A.  No idea about their loan with bank.

19         MR. SCHMIT:  Why don't we take

20   five minutes?

21         MR. GRENDI:  I was just going

22   to say that.

23         (Whereupon, a brief recess was

24   taken.)

25         MR. SCHMIT:  Mark this as

1             Yvette Wang

2        Exhibit 21.

3             (Whereupon, at this time, the

4        reporter marked the above-mentioned

5        screen shot of text messages as Wang

6        Exhibit 21 for identification.)

7    BY MR. SCHMIT:

8       Q.  I'm going to hand you what's been

9    marked as Exhibit 21.

10      A.  Thank you.

11      Q.  It is a two-page text message, 259

12   through 260.  Do you have that in front of

13   you?

14      A.  Yes.

15      Q.  If you can just read the message and

16   let me know when you're finished.

17           (Witness peruses document.)

18      A.  Yes, I finished.

19      Q.  Did you receive this text message?

20      A.  Yes.

21      Q.  Did you ever discuss these issues

22   with Mr. Waller?

23      A.  I believe no.

24      Q.  Did you ever discuss them with Mr.

25   Guo?

1          Yvette Wang

2     A.  I mentioned this message to him.

3     Q.  And what was his reaction?

4     A.  He said they are making excuse and

5  it doesn't make any sense.

6     Q.  Why did he think it didn't make any

7  sense?

8          MS. TESKE:  Object.

9     A.  I believe the two pages here, the

10  main spirit or the main contact with never

11  included in the contract, which is signed on

12  January 6th.

13     Q.  I'm sorry, what's not included?

14     A.  The content of here.

15     Q.  Did Mr. Guo ever discuss that based

16  on his experience this isn't how it worked or

17  Mr. Waller had it all wrong?

18     A.  He didn't mention that to me.

19     Q.  In this context, was Mr. Guo getting

20  more and more agitated?

21     A.  What do you mean agitated?

22     Q.  Angry, frustrated.

23          MS. TESKE:  Object.

24     A.  Oh, yes.

25     Q.  And in this time, did he ever say

1           Yvette Wang

2    why he needed this information so

3    immediately?

4           MR. GRENDI:  Objection.

5      A.  No, he didn't mention that.  He said

6    that before already.

7      Q.  He said what before?

8           (Witness peruses document.)

9      Q.  Are you looking for a particular

10   message?

11     A.  Yes.  There was a timeline in my

12   text message.  On your Exhibit number 18,

13   page 233, conveyed to him, this is my

14   message, on January 16, to French Wallop, I

15   said, Convey to him, he advised that if you

16   could make it he needs to see the report

17   before January 25th.  And he has some plan

18   from January 6th, which will need your input.

19     Q.  But did he ever tell -- as far as

20   you know, did he ever tell you, let's start

21   there, what the plan was?  That was the

22   question.

23          MR. GRENDI:  Objection.  We've

24       been over this a couple of times now,

25       but go ahead.

1          Yvette Wang

2     A.  I believe I replied to you, sir, at

3   least twice.

4     Q.  That's fine.

5     A.  And I don't know the plan details.

6     Q.  Do you have any sense of why there

7   was this need for immediacy?

8     A.  Immediacy, you mean immediately?

9     Q.  Yes.

10     A.  I don't think it's immediately.

11     Q.  Was time of the essence or do you

12   have any idea what was going to happen?

13          MR. GRENDI:  Objection.  I

14      just -- I'd recommend just using some

15      phrases that are perhaps a little

16      more straightforward.  I want to make

17      sure the witness clearly understands

18      and can answer correctly, that's all.

19      Go ahead.

20     A.  What is your question?

21     Q.  You're the 30(b)(6) witness for

22   Eastern Profit?

23     A.  I am.

24     Q.  And you've educated yourself for

25   today's deposition.  Looking back, you have

1          Yvette Wang

2   no idea what the plan was you've said or why

3   this information was needed; is that a fair

4   statement?

5          MR. GRENDI:  Objection.  You

6     can answer.

7     A.  I can tell you which I was told by

8   Mr. Guo.  His plan is his whistle blowing and

9   disclosure corrupted Chinese official, and to

10   bring the justice and bring the truth to the

11   public.  That is his plan, and --

12     Q.  Go ahead, were you done?

13     A.  I'm done.

14     Q.  Has he been unable to do that, has

15   he missed a milestone or some sort of

16   deadline that has in any way hurt his plans?

17          MS. TESKE:  Objection.

18          MR. GRENDI:  Objection.

19     A.  Yes.  You are right.  Sounds to me,

20   he had his deadline, timeline to wait for

21   this information.

22     Q.  And going back, though, has it in

23   some way, has Eastern Profit, let's put it

24   that way, been hurt, because it didn't have

25   information expected on January 26th or

1            Yvette Wang

2    January 31st?

3       A.  What is your question?

4       Q.  Has Eastern Profit been damaged at

5    all because it didn't have the information it

6    wanted on January 26th or January 31st?

7       A.  Okay.  I'm glad I asked you.

8       Q.  Go ahead.

9       A.  I believe I replied before, but I

10   will reply again.  The damage to Eastern

11   Profit should be based on Eastern Profit

12   calculation, which for now, I don't know.

13      Q.  So you can't, sitting here today,

14   identify any damages that Eastern Profit has

15   suffered?

16          MR. GRENDI:  Objection.  It's

17       not how the witness testified

18       earlier, but go ahead.

19      Q.  Then tell me all you know about the

20   damages that Eastern Profit has suffered.

21      A.  I will.  So far, for now, and I can

22   see that is a loan, need to pay back.  Legal

23   fee, logistics, all the related fees, right?

24   But I believe this is not all their damage.

25      Q.  Is there -- is there a particular

January 31, 2019                                        269

1              Yvette Wang

2    clause in the contract that would entitle you

3    to legal fees?  Do you know anything about

4    that?

5        A.  Which contract?  Which clause?

6        Q.  Any one that would entitle Eastern

7    Profit to damages, including legal fees?

8              MS. TESKE:  Objection.

9              MR. GRENDI:  Objection.

10       A.  I didn't see any contract except

11   this one.

12       Q.  Okay.  What clause in that contract,

13   the contract we're discussing today, would

14   entitle you to legal fees?

15             MR. GRENDI:  Objection.

16             You can answer.

17       A.  There's no clause in this contract,

18   I believe.

19       Q.  Okay.  I mean, go ahead, if you can

20   point it out.  I would like to have you point

21   it out.

22             (Witness peruses document.)

23       A.  I believe in this contract, it

24   didn't say anything about legal fees.

25       Q.  And with respect to the loan, just

1           Yvette Wang

2    so the record is clear, other than Mr. Guo

3    said, the payment from ACA Capital LTD, that

4    was made to Strategic Vision, other than

5    that, do you know anything else about that

6    loan?

7           MR. GRENDI:  Objection.

8     A.  No.

9     Q.  Now, you keep saying it's going to

10   be based on Eastern Profit calculation.  Do

11   you know anything, sitting here today, any

12   information you need, you being Eastern

13   Profit, in order to conduct that calculation?

14          MR. GRENDI:  Objection.  You

15     can answer.

16    A.  I don't know.

17    Q.  You said logistics.  What do you

18   mean by that?

19    A.  Travel.

20    Q.  So expenses?

21    A.  Yes.

22    Q.  Have you identified any expenses

23   that you would tie into the breach, like what

24   expenses are you talking about?

25    A.  Like for example, I traveled to

1              Yvette Wang

2  Virginia, and my hotel, air tickets, train

3  tickets.

4     Q.  Will Eastern Profit be submitting a

5  calculation based on those type of expenses?

6          MS. TESKE:  Objection.

7          MR. GRENDI:  Objection.

8     A.  Not yet.

9     Q.  Do you know?

10    A.  Not yet.

11    Q.  Are they going to?

12         MS. TESKE:  Objection.

13         MR. GRENDI:  Objection.

14    A.  I don't know.

15    Q.  You don't know?

16    A.  No.

17    Q.  Are you collecting receipts and

18  submitting them?

19         MR. SCHMIT:  It's a fair

20    question.

21         MR. GRENDI:  I'm trying to

22    figure out, submitting to where?

23         MR. SCHMIT:  To anybody.

24    Q.  Are you collecting your receipts?

25    A.  I have my receipts.

1          Yvette Wang

2      Q.  Has anybody asked you to collect

3  them and gather them?

4      A.  I have my regular habits to keep all

5  receipts.

6      Q.  But for purposes of this case, have

7  you been asked to collect all your expense

8  reports, receipts, whatever you might have?

9          MR. GRENDI:  Objection.  You

10      can answer.

11     A.  Asked by who?

12     Q.  Anybody.

13          MR. GRENDI:  Objection.  Just

14      if you're asking about anything that

15      counsel has directed her to do I am

16      going to object, but go ahead.

17     A.  My attorney mentioned that to me.

18          MR. GRENDI:  I think -- you're

19      talking about right now?

20          MR. SCHMIT:  Somebody will let

21      me know if there's going to be an

22      expense calculation, I'm sure.

23          Let's mark this as 22.

24          (Whereupon, at this time, the

25      reporter marked the above-mentioned

January 31, 2019                                    273

1              Yvette Wang

2       screen shot of text messages as Wang

3        Exhibit 22 for identification.)

4  BY MR. SCHMIT:

5       Q.  I will hand you what has been marked

6  as Exhibit 22.

7       A.  Thank you.

8       Q.  If you can just take a look and let

9  me know when you finish.

10             (Witness peruses document.)

11       A.  Yes, I finish.

12       Q.  Do you recall this exchange?

13       A.  Yes.

14       Q.  What was your reaction to

15  Mr. Waller's statement in this text?

16       A.  Obviously, he was still trying to

17  explain, followed the January 26th meeting.

18  And same time, he's making more excuses.

19       Q.  Do you have any reason to believe

20  anything he says in here isn't true?

21       A.  I don't think it's true.

22       Q.  Why?

23       A.  Because before the contract signed

24  and even in the contract, which is signed, of

25  your Exhibit number 2, there is nothing

1          Yvette Wang

2     mentioned on your Exhibit number 22, which

3     means, Strategic Vision just show the excuses

4     and explanation after almost like three weeks

5     later or one month later of contract signed.

6       Q.  Is there anything in the contract

7     that contradicts what's said in this text

8     message?

9          MR. GRENDI:  Objection.  You

10       can answer.

11       A.  I don't want to use contradict.

12       Q.  Well, how would you --

13       A.  Because your number 2 exhibit,

14     contract and your number 22 exhibit, has no

15     relationship at all, which means, the content

16     here of Exhibit 22, was never mentioned in

17     the contract which is signed of your Exhibit

18     2.

19       Q.  But we talked earlier about what was

20     meant by the report in the contract.  Is

21     there a specific -- there was no specific

22     format for the report, right?

23          MR. GRENDI:  Objection.

24       A.  Format, you're talking about like --

25       Q.  Anything.

1           Yvette Wang

2      A.  Excel?  Like Word?  PDF?  Correct.

3      Q.  Was it explained precisely what was

4  needed in those reports in the contract?

5      A.  In my understanding, your Exhibit 22

6  is about --

7      Q.  I'm asking about the contract now.

8      A.  No, I didn't finish, sorry.  Your

9  Exhibit number 22 is the message Mr. Michael

10  Waller was trying to explain their, like,

11  work mechanism or how they work.  It's not

12  about the report.  That is my understanding.

13  For example, he said on your page 257, the

14  reports are not actionable but to show how

15  the work is being executed.

16      Q.  It mentions the reports?

17      A.  That's right.  It's not actionable.

18      Q.  What is your understanding of that

19  term?

20      A.  My understanding is the reports,

21  they are not the reports mentioned in the

22  contract, which is signed here (indicating).

23      Q.  Did Mr. Waller ever say that?

24      A.  No, I didn't talk with him about

25  this.  We did text message.

1              Yvette Wang

2      Q.  In the text, did he ever say that?

3      A.  Who ever say what?

4      Q.  That the reports being sent or the

5   flash drives were not what was -- was not

6   consistent with the contract.

7      A.  From the message exhibit here, he

8   didn't say that precisely words.  It's just

9   you're asking my understanding.  That is my

10  understanding.

11     Q.  And just to be clear, though, you

12  had never worked on a project that involved

13  reports on a research of individuals or

14  anything along these lines

15     A.  You are correct.  But --

16     Q.  And has Mr. Guo ever worked on a

17  project as far as you know, along these

18  lines?

19          MS. TESKE:  Objection.

20          MR. GRENDI:  Objection.

21     A.  Mr. Who?  What is your question?

22     Q.  Mr. Guo.  Had he ever worked on a

23  project along these lines, involving reports?

24          MS. TESKE:  Same objection.

25          MR. GRENDI:  Same objection.

January 31, 2019

277

1            Yvette Wang

2    A.  I have no idea.

3    Q.  You never talked to him about it?

4    A.  I don't remember I did.

5         MR. SCHMIT:  That's all I have.

6         MR. GRENDI:  Okay.

7         THE REPORTER:  Counsel, would

8     you like to order a copy of the

9     transcript?

10        MS. TESKE:  Yes.

11        MR. GRENDI:  Let me get back to

12    you about that.

13

14    (Whereupon, at 5:07 p.m., the examination

15   of this witness was concluded.)

16

17    _____

18        YVETTE WANG

19

20   Subscribed and sworn to before me

21   this _____ day of _____, 2019.

22

23   _____

24        NOTARY PUBLIC

25

1

2              I N D E X

3  EXAMINATION BY                    PAGE

4  Mr. Schmit                    4

5              E X H I B I T S

6

7

8    WANG          DESCRIPTION          PAGE

   1     Notice of deposition        7
9
   2     Research agreement          11
10
   3     Responses and objections
11         to interrogatories      23

12   4     Research agreement        51

13   5     Screen shot of text messages   103

14   6     Three-page letter       135

15   7     Bank document           158

16   8     Corporate telegraphic transfer
         cancellation amendment
17         request             160

18   9     E-mail chain         161

19   10    Handwritten document        164

20   11    Complaint           167

21   12    Name list         212

22   13    Background report       216

23   14    Background report       219

24   15    Screen shot of text messages   224

25   16    Screen shot of text messages   230

January 31, 2019                                    279

1

2

        (Exhibits cont.)

3

4

WANG              DESCRIPTION              PAGE

5

17      Screen shot of text messages    234

6

18      Screen shot of text messages    240

7

19      Screen shot of text messages    244

8

20      Screen shot of text messages    254

9

21      Screen shot of text messages    263

10

22      Screen shot of text messages    272

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

January 31, 2019

280

DOCUMENTS AND/OR
INFORMATION REQUESTED                    PAGE LINE

Documents supporting loan            45   17

January 31, 2019                    281

1

2          C E R T I F I C A T E

3        I, MICHELLE LEMBERGER, a shorthand

4    reporter and Notary Public within and for

5    the State of New York, do hereby certify:

6          That the witness(es) whose testimony

7    is hereinbefore set forth was duly sworn by

8    me, and the foregoing transcript is a true

9    record of the testimony given by such

10    witness(es).

11        I further certify that I am not

12    related to any of the parties to this

13    action by blood or marriage, and that I am

14    in no way interested in the outcome

15    of this matter.

16

17

18

19          _____

20              MICHELLE LEMBERGER

21

22

23

24

25

1

2           DEPOSITION ERRATA SHEET

3   Case Caption:  Eastern Profit Corp v.

4   Strategic Vision LLP

5

6           DECLARATION UNDER PENALTY OF PERJURY

7           I declare under penalty of perjury

8   that I have read the entire transcript of my

9   Deposition taken in the captioned matter or

10   the same has been read to me, and the same is

11   true and accurate, save and except for changes

12   and/or corrections, if any, as indicated by me

13   on the DEPOSITION ERRATA SHEET hereof, with

14   the understanding that I offer these changes

15   as if still under oath.

16

17       _____

18       YVETTE WANG

19

20   Subscribed and sworn to on the _____ day of

21   _____, 2019, before me,

22   _____

23   Notary Public,

24   in and for the State of _____

25

DEPOSITION ERRATA SHEET

Page No. _____ Line No. _____ Change to: _____

_____

Reason for change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for change: _____

SIGNATURE:_____DATE:_____

        YVETTE WANG

**$**

**$250**   215:22 216:3
**$750,000**   55:11 57:18
  200:13,16
**$9**   58:22

**0**

**000171**   212:10 213:4
**000233**   243:7
**000259**   212:10 213:4

**1**

**1**   7:16,23 8:3 51:15,
  16 150:16
**1/1**   176:3
**1/30**   144:12
**1/31**   144:12
**1/6**   72:10
**10**   146:5 164:19,24
  165:3,5
**100**   145:9 250:19
**10022**   4:12
**11**   167:2,5,9
**12**   22:18 57:18 58:23
  70:15 146:5 212:20,
  24 219:3 221:24
  236:8,18 237:4
  255:16
**12th**   114:14
**13**   216:22,25 217:5
**14**   219:7,10,14,17
**143**   219:20
**144**   217:8
**14th**   222:22
**15**   224:19,24 225:3
  233:4,6 241:10
**150**   4:11
**15th**   222:23 226:15
**16**   230:11,15,18 233:9
  265:14
**16th**   139:7 141:3
  143:13 245:12
**17**   234:18,23,25 235:4
  236:22 237:9 239:5
**175**   214:10

**177**   214:13
**18**   239:25 240:6,9
  265:12
**19**   244:3,7,10 252:6
**195**   217:8
**1st**   175:21 176:3
  226:13

**2**

**2**   11:18,21,25 12:10
  26:22 56:14 59:18
  73:23 77:20 85:20
  134:20 137:13 159:14
  199:8 204:4 211:14,
  17 241:4,16 273:25
  274:13,18
**20**   74:11 254:6,10,13
  258:5
**2017**   10:20 11:2 15:15
  68:22,24 106:14
  114:25 124:15,17
  125:15,23 214:24
  215:2
**2018**   10:21,24 11:2
  51:15 57:6 136:3
  142:21,24 159:15
  166:18,19
**2019**   277:21
**208**   233:6
**2081**   225:6
**21**   158:17 263:2,6,9
**211**   228:6,7
**212**   228:15
**213**   225:8
**214**   230:20 233:10
**216**   233:12
**219**   230:20
**22**   158:17 272:23
  273:3,6 274:2,14,16
  275:5,9
**220**   235:4 236:22
**222**   235:5
**223**   240:11
**224**   241:17
**22D**   4:11
**23**   219:18
**233**   265:13
**239**   240:12

**23rd**   136:3 202:3,24
  203:2,8
**257**   275:13
**259**   263:11
**25th**   243:11 265:17
**26**   142:21
**260**   263:12
**262**   244:12,25 252:7
**264**   244:13 252:18
**265**   254:13 255:22
**266**   254:13
**267**   244:15
**268**   244:14,15
**26th**   139:18 140:2
  142:15,20,22 143:19
  144:6,16 145:8,11
  147:2 148:6 149:2,13
  151:2,24 152:11
  154:9 243:12 245:3,5
  246:6,7,18 248:23
  250:2 252:16 254:23,
  25 255:8,19 267:25
  268:6 273:17
**276**   162:6
**278**   162:6
**279**   160:12
**280**   160:12
**2nd**   172:9 175:21,22
  206:2

**3**

**3**   23:4,8,12 26:20
  97:12
**30**   74:11 168:3 202:5,
  22 241:9,11,13
**30(b)(6)**   5:2,7 6:22
  8:6 19:13 20:23
  94:13,24 169:20
  207:2 266:21
**30-year**   58:21
**30th**   114:19 151:22
**31st**   149:3,14,15,16
  151:19,22 268:2,6
**32**   179:13
**34**   198:8 203:25

**4**

**4**   51:7,10,14,16 57:2

**40**   127:2

---

**5**

**5**   59:25 103:9,13,16
  109:13 199:10 211:17
  214:10
**57th**   4:11
**5:07**   277:14
**5th**   226:5 227:20
  228:5

---

**6**

**6**   10:24 135:17,20,24
  141:6 179:9
**60**   147:20 151:13
  152:21
**61**   103:19
**65**   109:14
**66**   112:2
**6th**   43:10,12 67:4
  69:15 72:13 139:7,10
  141:4 143:13,16
  149:20 151:19 171:20
  172:11 177:8,11,23
  229:4 236:5 237:11
  238:20,25 239:21,23
  264:12 265:18

---

**7**

**7**   158:5,8,12 162:13
  194:20 214:13
**70**   74:13
**72**   257:24
**73**   114:4
**750,000**   57:6,25 58:4,
  7,8,16,23 209:12,14,
  19 210:2 211:7,8
**76**   103:20

---

**8**

**8**   159:25 160:6,10
  162:12,13
**80**   74:13 144:10
  151:13 152:21
  217:16,19,21,24
  219:23 221:8,14,18,

**21**   222:6 250:11,20
**800**   22:15
**8th**   236:5 239:5,9,16,
  23

---

**9**

**9**   60:2 161:21,25
  162:5,13,15

---

**A**

**above-mentioned**   7:21
  11:20 23:6 51:9
  103:11 135:19 158:7
  160:3 161:24 164:22
  167:4 212:19 216:24
  219:9 224:22 230:13
  234:21 240:4 244:5
  254:8 263:4 272:25
**absent**   89:7
**ACA**   40:6,18,22 41:5
  43:9,18,20,25 44:10,
  11,16,20,24 45:21
  46:4,7,11,15,19,24
  47:22 63:2,14,16
  67:19 107:15 108:8,
  16,25 159:17,18
  160:20 162:20 168:15
  169:2,9 170:21 171:7
  207:10 259:4 270:3
**accept**   147:13 252:20
**access**   128:16 194:5,
  11
**Accident**   64:18
**account**   29:15 57:8
  82:24 171:16 173:3,
  4,10 177:5 205:13
  259:20 260:2
**accounting**   57:13
**accounts**   194:11
  259:16
**accurate**   42:15
**action**   5:3 34:19
  50:14 141:11 166:4
  167:10 192:15
**actionable**   275:14,17
**activity**   193:10
**actual**   13:16
**add**   35:12

**added**   240:19
**adding**   242:7
**additional**   206:5
  246:12
**additions**   228:18
**address**   4:10
**admit**   248:2
**admitted**   143:3 236:18
  238:6 245:13 247:25
  249:7
**advance**   61:22
**advertisement**   73:13
**advise**   116:23 141:9
  189:7
**advised**   57:24 226:2
  265:15
**advising**   30:3
**advisor**   29:24 101:11
**affiliated**   9:8 46:11
**affiliation**   37:2
**afield**   20:17,21
**afraid**   131:22 133:2
**afternoon**   120:19
  152:18 176:7
**agent**   124:7
**agitated**   264:20,21
**agree**   44:24 45:3
  57:20,21 65:6 115:4
  134:20 174:12 175:14
  176:13,14 208:22
  210:23 227:9,17
  254:4
**agreed**   57:3,10 62:9
  65:11 73:18 113:14,
  15 114:14 115:2
  139:6 147:9 210:3,5
  227:14 228:16
**agreement**   11:21
  51:10,15 56:5,10,13,
  20,22 57:5 58:6 61:8
  69:12 70:22 72:18
  80:3 83:24 84:2
  85:24 88:25 103:5
  113:18 116:17 134:19
  137:8,13 141:13
  142:13 144:20,24
  145:2 171:20 173:2
  176:10 177:22 198:21
  227:25 231:19 233:25
**agrees**   207:15

**ahead** 15:13 16:7 24:8
27:7 31:23 42:17
71:4 82:2,4 127:3,23
140:24 141:25 143:15
208:18 210:4 217:12
265:25 266:19 267:12
268:8,18 269:19
272:16
**air** 271:2
**allegations** 167:18
**alliance** 157:9
**allowed** 36:22 128:12
131:7
**amendment** 160:5,18
**amount** 54:15,21 61:24
102:21 173:8
**amounts** 58:14 102:8
**analogy** 191:17
**Angry** 264:22
**animals** 31:11
**answering** 6:24 7:4,5
**answers** 5:12 12:7
97:14,18 99:2 100:8,
13,16
**anymore** 174:13 239:3
**apartment** 4:11 90:9
106:16 120:15 125:18
**apologies** 247:3
**apologize** 245:6
**apologized** 140:3,8
143:4,22 146:16
245:14
**apologizing** 147:15
**apology** 246:8
**apparently** 20:25
**appears** 72:17
**applies** 31:21
**Approximately** 166:14,
15
**area** 123:2 129:21
**areas** 31:9
**argue** 115:17,18
**argument** 54:18 67:9
208:21 210:22
**argumentative** 207:5
**arranged** 177:4
**article** 39:10
**Asia** 78:11
**assassinated** 133:2

**assets** 33:2 45:23
188:15 262:10
**assisted** 35:15
**assisting** 232:12
**associate** 78:8
**associates** 19:2
**assume** 23:25 163:13
185:14 204:12 208:21
209:2,19 211:2
232:17
**assuming** 209:18
210:17
**attachment** 6:23 19:13
**attempt** 91:8 182:14
**attempted** 164:2
**attempting** 163:22
**attend** 91:4
**attorney** 5:6 21:4,8
25:12,19,25 27:5
28:7 92:13 94:6,16,
18 272:17
**attorney-client**
167:22
**authorities** 34:19
**automatically** 234:13
**Avenue** 22:15
**aware** 27:10,12 87:24
88:14 89:19,21 92:7
122:25 125:22 171:3
231:23

---

**B**

**back** 34:22 43:16
44:16,22 47:5,9,14,
23 62:16 65:7 82:4
83:9 84:22 88:9
91:20 107:17,18,22
108:12,22 109:2,13
114:12 115:8 116:17
123:20 128:7 132:8
133:16 138:13 141:19
152:4 153:7,9 155:15
163:22 164:2,3,13
168:17 169:6,8,10,18
171:15 174:22 176:7,
8 199:5 203:22
205:17 206:7,14
211:14 219:2 226:14,
16 227:11 234:3,13,
17 236:21 237:17

238:10,17 239:8
241:12 242:18 254:22
256:17 258:5 266:25
267:22 268:22 277:11
**background** 216:25
217:7 219:10
**bad** 116:18 128:25
132:15
**bank** 29:14 57:8
82:11,15,20,24
158:8,23 159:11
163:4,14 171:16
190:18,24 191:15
194:11 259:16,19
262:14,18
**bank's** 82:18
**banking** 163:4
**banks** 194:5
**bar** 151:17 152:17
217:21
**base** 192:18 246:10
250:23 251:17,18
253:3
**based** 7:5 17:17 59:11
60:24 71:15 73:7,17
79:6 81:16,17 82:6,
7,25 99:10,12,13
133:21 145:25 151:8
168:11 170:7 202:22
205:10,11 206:18,19
209:16 264:15 268:11
270:10 271:5
**basically** 79:8 105:10
146:24 150:6 186:13
209:25 245:5 246:22
249:20 253:23
**basis** 167:17 169:23,
25 190:22 199:13
201:3,9,11 211:18
257:7,14
**bearing** 225:6
**began** 46:16
**beginning** 31:22 57:16
67:5,23,25 68:4 75:2
89:8,9 90:23,24
115:18 137:21 173:16
202:24 228:17 241:25
**behalf** 13:4,21 17:7
20:7,15,24 21:5 26:4
37:21 63:17 65:25
87:10 104:24 168:25
170:25 231:5

**beings**  32:7
**belief**  198:13
**believed**  38:4 197:5
  198:3
**believes**  142:2,3
**bell**  253:7
**belong**  92:7
**beneficiary**  159:3
**big**  37:13,16 74:23
  119:8 128:23 173:8
  258:7,11
**bigger**  76:5
**biggest**  67:9 134:2
**bill**  200:13
**birth**  218:20
**bit**  6:2 17:12 42:8
  70:16 73:2 169:19
  172:3
**bits**  223:3
**black**  73:3
**blog**  232:25
**blow**  34:16 35:4 39:8
**blower**  222:14
**blowing**  267:8
**blue**  121:4
**blurry**  146:11
**board**  16:13
**book**  5:15
**books**  91:20,23 92:7
**born**  107:7,8
**borrow**  44:11,12
  169:7,17
**boss**  97:3 228:17,22
  229:17
**bottom**  59:17 114:6
  235:24 236:15
**box**  225:20,21,22
  231:4 232:16
**breach**  154:7 168:4
  270:23
**break**  7:17 84:9,12,22
  86:6,10,12,17
  150:19,22 155:10
  203:17
**breaker**  129:11
**breaking**  187:25 188:3
  190:18,24
**briefly**  24:20 70:25
  143:21

**bring**  131:24 147:24
  267:10
**brings**  48:11
**brochure**  120:19
  121:5,19 122:7,10,20
**broken**  39:18
**brokerage**  260:2
**brought**  20:23 48:25
  49:6 120:15,19
  122:3,10,14 145:13,
  17 177:8
**budget**  258:7,11
  259:12,25
**build**  77:10 251:16,18
**Buildings**  31:10
**built**  246:11 255:11
**bunch**  158:17
**business**  17:9 46:6
  55:20,22 121:11
  196:20 200:15 260:21
**busy**  237:5
**buy**  66:24 126:14
  129:12,14

---

**C**

**C-H-U-N-G**  26:16
**calculate**  202:17,18
**calculation**  168:12
  170:8,10 268:12
  270:10,13 271:5
  272:22
**call**  54:19 60:6 68:9
  70:19 72:25 73:5
  78:6 79:12 90:14
  96:5 114:6 195:11
  220:19 243:6
**called**  31:25 35:20
  44:17 54:3 55:20
  58:5,25 70:20
  120:20,21 144:9
  145:14 177:25 184:13
  236:23 241:10
**calls**  115:25
**camera**  123:21
**cameras**  124:4
**cancel**  160:25 161:5
**canceled**  161:11,15
**cancellation**  160:5,18
**capabilities**  186:22
  187:3,17

**capability**  82:10,14
  251:12
**capable**  150:11 181:12
  183:11 187:23 253:24
**Capital**  40:6,22 41:5
  43:10,18,20 44:10,
  11,16,21,24 45:21
  46:4,7,12,15,19,24
  47:22 63:3,16 67:19
  107:16 108:9,16,25
  159:17,18 160:20
  162:20 168:15 169:2,
  9 170:21 171:8
  207:10 259:4 270:3
**Captain**  243:3,5
**car**  123:16,18,19,23
  127:9 128:10,11,13
  130:16 131:19 132:11
  133:16 234:12
**cares**  37:8 71:23
**carry**  155:22
**carrying**  157:19
**carte**  54:19 66:23
  115:20
**case**  19:16 20:24
  22:22 164:18 166:5
  206:25 272:6
**casual**  247:14
**category**  241:14
**caused**  169:24,25
**caution**  167:21
**cell**  189:21 190:2,5
**cemetery**  128:23
  129:6,7,12,18
**chain**  161:25
**chance**  70:14 132:2
  152:6,8 214:2
**change**  6:11 66:18,19,
  21
**changed**  177:7
**Chao**  120:3
**characterize**  17:11
**cheap**  110:8 111:9
**cheaper**  110:25
  111:14,20
**cheated**  142:3
**check**  53:7 60:10,12,
  18 126:14 130:14
  144:13 151:21,23
  153:16 166:20 174:25
  175:20 219:5 240:24

261:5

**checkable**  84:5

**checked**  238:5

**China**  19:21 20:11
33:7 34:22 37:25
38:7 51:2 107:9,10
258:24

**Chinese**  32:15,21 33:3
34:17,20 37:10,22,
23,25 39:9 106:25
134:3 154:22 222:21,
22,23 223:8 232:9
258:14,15 267:9

**choice**  111:20

**Chung**  96:13

**circumstances**  204:11

**City**  237:7

**clarified**  24:17

**clarify**  24:18 25:13
26:9 42:10 48:14

**clarifying**  25:7

**clarity**  6:17 41:19

**clause**  112:8 113:17
116:16 269:2,5,12,17

**claw**  107:16 109:2
116:17

**clear**  11:17 18:7
19:15 21:10 81:3
93:13 94:20 128:19
146:23 164:15 168:14
192:23 193:3 270:2
276:11

**clearer**  189:16

**click**  236:9

**client**  11:14 12:25
14:17,19 28:12,13
29:21 49:5 54:25
55:11,12 57:19 66:23
71:15 73:9 84:18
101:13,14,15 142:5,
6,9 197:16 199:10
200:3,6 213:25 214:4

**client's**  196:3,4

**clients**  18:19 48:6,
10,19,22,25 49:21
50:2,13,20 118:19,
20,23,25 119:8
181:25 182:6,8,23
183:11 194:22 195:9,
19 196:12,24 229:19
230:3,5,8 260:4

**climb**  82:19 187:24
188:14 190:13,16
191:8,9

**climbed**  191:14

**climbing**  191:20
193:4,9,16,22

**close**  60:22 77:19
111:21 120:11

**coach**  98:17

**coaching**  98:14

**colleagues**  96:4

**collect**  237:16 272:2,
7

**collecting**  271:17,24

**color**  225:21

**comment**  121:21 220:17

**commentary**  131:8

**comments**  252:21

**committing**  37:9

**common**  37:22 55:19
77:12,13 124:6
135:15 169:7,17,20
173:7 188:11 192:16,
19,20,21,22

**communicate**  78:4
149:22

**communicated**  29:25
149:10,12

**communicating**  113:10

**communication**  46:17
63:13 140:5,12
146:17 150:5 244:20
245:7 249:8 255:23

**communications**  46:14
148:25 149:25 150:4
167:23

**communicator**  231:5

**Communist**  33:9 36:16,
23 37:3 154:23
232:9,11

**companies**  48:11

**company**  9:11 11:8
17:14 18:11,16 21:3
45:23 49:20 117:13
260:12,17,25

**compared**  74:3

**comparing**  204:2

**compensation**  28:16

**complaining**  250:22
256:17

**complaint**  91:18 92:21
166:16,20 167:5,9
185:15 198:19 204:2
253:10

**complaints**  204:13

**complete**  5:12

**Completely**  220:10

**compliance**  80:24

**complicate**  245:23
252:2

**compound**  97:25

**comprehensive**  75:17,
21 76:4

**compromise**  56:9,13,
16,18,19 57:22
70:11,17

**compromised**  56:8

**computer**  237:2,12,13

**concept**  67:16 68:5
75:19 114:2 115:22
116:6

**concepts**  137:24

**concern**  5:23 62:12
133:4,18

**concerns**  213:25

**conclude**  53:18

**concluded**  277:15

**conclusion**  74:23

**condition**  122:8
128:24 129:2

**conduct**  179:25 260:21
270:13

**conducted**  146:19

**conducting**  187:18
249:10

**conduction**  237:2

**conducts**  260:20

**conferred**  178:23

**confidential**  31:18
77:16 134:22 135:2,6
213:5,6

**confirmed**  72:16
206:20

**confused**  79:24 94:15
193:2

**connect**  145:17

**connection**  40:15
137:7 238:14

**considered**  85:15
86:18,24

consistency  6:17
consistent  247:16
  252:15 276:6
constant  58:22
consultant  29:24
  101:11
consulting  30:4
contact  174:8 182:14
  264:10
contacted  227:7
contacts  118:13
content  145:22 264:14
  274:15
context  40:11 264:19
continue  65:3 142:25
  152:12 156:2,3
  174:10 207:6 208:16
  234:8 253:20
continuing  86:7
  208:17
contract  9:17 10:20,
  21,23 11:10,13,15
  12:5,9,16,18,24,25
  13:3,17 14:4,13 17:6
  21:15 24:10 29:11,
  18,22 30:2,12,14,19,
  22 31:2 38:19 40:17
  41:2,4 43:5,6,13,20
  45:4 47:15,21 52:13,
  22 53:3,4,8,13,20
  55:11 59:15 62:6,18
  64:15,25 65:10,12,20
  67:3 69:14,24 70:2,
  24 73:8,17 77:19
  81:17 82:12 85:19
  86:25 87:24 88:18
  91:18 92:21 101:22,
  23 104:21,24 108:23
  112:8 113:15,22
  131:12 134:21 135:5
  137:22 139:6,11
  140:17,22 141:8
  142:9,11 143:9,17
  144:3 147:10 148:4
  151:8 154:7 165:25
  172:25 173:5 174:18,
  19 175:13,15,16,24
  176:2,11,12,19,22,25
  177:2,5 178:3 179:14
  186:20 187:8,11
  192:7,24 193:4,10,14
  198:12 199:4,6,12,15

200:21,23 201:4,14,
  17,19,23 202:10,22
  203:5 204:3,17
  205:5,6,11,14,16,17
  206:4,14,20 207:11,
  22,23 208:2,23
  209:7,16 210:6,7
  211:19,22 215:16
  226:12,17,18,20
  227:10,12 229:8
  232:12 233:23 234:9
  236:5,6 245:10,13
  247:17 250:15 258:9,
  19 264:11 269:2,5,
  10,12,13,17,23
  273:23,24 274:5,6,
  14,17,20 275:4,7,22
  276:6
contractor  74:2
  113:16 199:11
contracts  77:5
contractual  24:12
contradict  274:11
contradicts  274:7
control  187:16
conversation  47:6
  62:8 66:25 67:18,21
  72:12 89:22 110:19
  114:24 115:8 116:13
  161:17 173:23 238:9
conversations  52:17,
  20,25 79:7 81:13
  89:3,20 103:4 115:10
  116:8,16 126:25
  138:9 161:10,14
  187:19
convey  181:20 206:8
  227:5 265:15
conveyed  68:7 265:13
conveying  111:22
  158:24 244:25
convinced  227:8,16,17
copied  163:11
copies  239:4,6,8
copy  143:21 146:3
  237:3 277:8
corner  59:18 112:4
  158:16
corporate  160:4,17
corporation  5:3 6:25
  7:4 8:24 9:9 10:14
  25:11 142:8

correct  6:7,8 12:11
  13:14,18,25 14:22
  15:21 22:2 29:23
  32:2,11 43:8,12
  47:10,20 49:22,24,25
  53:12,15,19 56:11
  58:10,18,24 59:16,24
  60:4 61:6,9 62:10
  63:5 65:14,18 66:14
  68:6 76:2 81:6 90:16
  99:25 100:10 105:7
  109:21 115:23 128:13
  139:12,14 141:16
  156:8 161:15 171:18
  176:16 177:20,22
  189:3,5 199:20
  200:10 201:21 203:8
  204:9,10 205:9
  208:24 215:3,6,20
  217:25 218:11 219:25
  222:11 224:11 225:18
  226:6 228:12 229:15
  230:4,10 239:20,24
  243:2 256:5,6 261:2
  275:2 276:15
Correction  221:3
correctly  44:6 266:18
correspondence  89:13
corrupt  36:14
corrupted  32:15,16,
  20,21 34:20 267:9
corruption  37:23
cost  59:7 71:25
  168:8,9
counsel  272:15 277:7
count  179:8
counterclaim  4:20
countries  78:11
countries'  34:18
country  33:2,4,6
  55:18 78:9 181:24
  192:6,14,16
country's  191:24
couple  90:10 101:14
  105:25 148:13 181:2
  236:16 237:14 256:12
  261:19 265:24
court  81:23
courtesy  173:7
covered  85:23
crazy  108:13

**credibility**  126:25
**credited**  199:13 201:3
  211:18
**crime**  34:17
**crimes**  37:9
**criminal**  32:25 34:20
**curious**  130:5,6,8,10
**current**  31:4
**customers**  260:5

---

**D**

**D.C.**  104:10,11 106:25
  107:5 118:10,13
  123:2,7,15 124:5
  126:8,17 127:10
  129:21 130:9 132:23,
  24 176:17 226:16
**damage**  268:10,24
**damaged**  268:4
**damages**  168:5,6
  169:25 170:6,11
  268:14,20 269:7
**danger**  131:24
**dark**  225:21 234:2
**data**  144:10
**database**  84:5
**date**  67:3,5 68:23
  69:16 95:15 115:5
  124:16 141:2 142:19
  143:5,8,12 144:13
  151:19 152:20 153:15
  154:10 160:24
  166:20,21 203:3
  217:21 218:19
**dated**  136:2
**dates**  93:24 151:7
**day**  43:13 106:19
  132:23 139:10,24
  149:21 153:10,11,13
  175:19 176:20 187:12
  201:22 202:2,9
  217:18 234:4,7
  277:21
**days**  43:10 132:25
  139:7 140:14,15
  202:6,22 245:15
  261:19
**DBS**  163:4,13,14
**deadline**  267:16,20

**deal**  129:11
**debate**  41:15
**December**  10:20 11:2
  15:14 30:11 67:5
  68:22,24 69:7 90:21,
  22,24 114:14,19
  119:18 124:12,15
  178:25 181:7 214:24
  215:2 226:12 233:21
**decide**  76:12,13
**decided**  177:21 204:18
**decoration**  253:24
**decorations**  252:22
**defendant**  4:19 131:7
  166:5
**defined**  54:6 92:12
  112:9 113:14
**definition**  18:21,22
  80:2 81:2 87:6,17
  88:2,16 229:3 258:22
**definitions**  87:21
**delay**  73:7 139:6,16
  140:7 143:5,8,12
  147:9 222:14,19
**delayed**  139:22
**deliver**  73:12,17 81:4
  143:10,18 152:5
  208:5 215:16 245:9
**deliverable**  60:11,18
  73:5,7 78:5,13 79:9
  113:11,13 151:3,7
  209:17
**deliverables**  58:21
  61:11 112:9 115:21
  250:14
**delivered**  73:6 78:25
  79:6,18 80:7 143:4
  151:15 239:12,21,22,
  23 245:11 249:5,6,13
**delivering**  215:18
**delivery**  71:9 149:3,
  18
**demand**  168:19
**democracy**  37:24 38:6
  107:2 258:15,24
**Democrat**  196:19
**deposed**  261:13
**deposit**  41:3 42:25
  53:5,9,11 55:7,8
  61:17,18,22,25 62:6,
  10,16 63:4,23 64:5,

9,24 65:7 107:15,25
  112:10 113:11,16
  116:6,9,11,13 141:9,
  19 159:22 162:15
  163:23 164:14 171:22
  174:3,17 198:10,11,
  20 199:11,13,22,24
  200:14,18,21,24
  201:2 203:13,25
  204:7,15,20 210:11,
  12 211:5,13,17,20
**deposition**  4:23 7:22
  8:2,6 20:18 21:14
  23:12 31:18 91:8,13,
  16 92:20 94:14
  95:13,14 96:3,5,8,15
  135:24 158:12 160:9
  162:5 212:24 244:10
  261:8,20 262:5
  266:25
**describe**  54:23
  121:13,15
**describing**  197:10
**description**  128:12
  190:18,20
**deserve**  38:2
**designating**  31:17
**designed**  253:3
**designee**  94:15
**desired**  253:4
**destroy**  222:16
**destroyed**  222:15
**detail**  80:16 183:22
  248:20 261:15 262:3
**detailed**  75:13 179:25
**details**  85:21 122:24
  182:5 183:10,21
  224:4 227:16 243:17
  266:5
**developing**  253:2
**device**  236:25 238:2,3
**devices**  145:21 236:14
**differ**  75:18
**difference**  66:10
**difficult**  81:22
**dinner**  119:20
**dinners**  119:24 120:2
**direct**  214:5
**directed**  272:15
**direction**  195:13

**directions** 20:3
**directly** 68:2 152:14, 15
**director** 16:18 17:3 97:5 162:20
**directors** 16:14
**disagree** 115:4
**disagreed** 115:2
**disagreement** 116:20
**disappointed** 147:8, 12,23 150:10
**disclosed** 21:9
**disclosure** 19:24 20:2 34:17 48:21 183:21 230:7 267:9
**discovered** 198:5
**discovery** 93:9
**discuss** 12:23 21:12 62:14 64:2 78:19 80:11 84:20 86:20 87:4,5,6 94:7,17 102:25 111:9 113:25 120:3 125:19 130:18 137:22,24 164:12 175:23 176:8,9 184:10 215:15 216:19 233:22 234:8 246:5, 16 263:21,24 264:15
**discussed** 67:17 87:12 88:14,21 89:13 94:22 115:24 122:20 124:20 125:4 132:17 138:24 168:24 169:2 179:4,5 185:10 228:16 233:24 246:3 248:9 253:8 255:20 257:21 258:20
**discusses** 202:5
**discussing** 62:19 67:25 94:21 104:21, 23 124:25 157:19 255:9 269:13
**discussion** 21:11 71:21 81:16,18 82:6, 7 87:16 110:24 111:6 116:4,10 171:21 212:5,14 226:22 241:15 248:19 251:5, 20 255:2
**discussions** 87:25 125:18 163:21 185:13
**dispatch** 242:6

**dispatched** 241:24
**dispute** 240:23,24
**disputes** 240:18
**dissident** 134:2
**dissidents** 258:14
**distracted** 241:20
**district** 55:18
**document** 12:2 23:14 24:18 25:12,21,25 26:9 30:20 51:19,25 56:25 61:2 74:5 99:5,7 103:24 104:4 109:15 112:5 158:8, 20,23 159:4,6,11 162:9 164:23 167:14 179:10 185:6 199:3 213:7,20,21 215:11, 22 216:4 217:6 219:16 230:25 233:5, 13 235:10 240:14 252:11 254:14 263:17 265:8 269:22 273:10
**documentation** 45:8
**documents** 45:11,12,18 91:18 93:4 95:8,25 146:7
**DOJ** 156:16,20
**dollar** 55:7,8 62:10, 16 63:3,23 64:12 141:18 163:23 171:22 174:3 198:10,20 199:11,22 203:25 204:6,14,20 210:11, 12 211:5,13
**dollars** 40:21,25 44:15,21 46:25 57:7 65:17,24 107:15 162:15 171:14 172:2 173:18 174:5 200:12, 14 201:16 205:8,22 206:15,25 207:14,17 209:21,22
**dot** 163:13
**dozen** 146:5
**draft** 52:8 60:9 61:21 69:12 70:10 135:9 136:9,11,12 137:23 175:15,24 176:14 177:6,7,13,15 179:4 227:10,18
**drafted** 51:24 52:2,20 198:22

**drafts** 178:19
**drive** 79:5 80:7,9,12 81:8 83:13,18 86:4 123:12 128:10 130:11 133:25 145:18,20 152:4,21,24 153:17, 19 234:9,10,11 236:4,7,24 237:12, 17,24 238:11,13,19, 22 239:2
**drives** 81:4 143:25 239:11 276:5
**driving** 123:14 127:10 128:18 233:17
**drove** 123:13
**due** 140:17,22
**duly** 4:2
**duties** 97:7

---

**E**

**e-mail** 78:4,6 79:5,11 161:25 162:25 163:2, 12,13 195:11 220:19
**E-V-E-R-M-A-Y** 120:20
**earlier** 19:6,10 177:19 178:10 259:14 268:18 274:19
**early** 166:17,19 256:21
**easier** 89:6
**east** 4:11 119:2
**Eastern** 5:3 8:24 9:9 10:12,13,17 11:4,7 12:6,16,20 13:17 14:4,9,20,23 15:5,9, 19,23,25 16:11,13, 16,19,23 17:3,7,8, 13,16,23 18:7 24:12 25:10,16 26:4,25 27:10,13 28:4,7,14, 15 29:11,14,17,20, 24,25 30:4 32:10,12 36:8 41:9 43:25 44:9,14,22,25 46:19 51:15,16,23 59:10 60:2 63:14,15,17 72:23 83:20 84:4 85:15 87:11 91:21,24 92:8,15 94:3,5,7 95:13 96:9,14,19,20, 23 99:22 101:5,12,15

104:14,17,24 117:3,9
137:6,14 139:5
141:10,17 142:2,8,10
144:2 145:7 148:25
149:6 154:2,6 155:22
157:4,7 158:16
160:12 161:3 165:5
168:4,11,16,25
169:5,14,23 170:7,9,
13,19,25 175:9
179:16 180:2 182:11
185:16 194:12,23
196:22,25 198:9,12,
19 203:13 204:7
206:6 207:12 210:10
217:8 219:17 224:7
225:6 230:20 231:15
235:4 239:12 243:7
258:25 259:11,15,19,
22,25 260:4,7,18
261:12,25 262:10
266:22 267:23 268:4,
10,11,14,20 269:6
270:10,12 271:4
**Eastern's** 198:10
**easy** 219:5
**eat** 123:18
**educate** 91:8 94:3
96:9 253:14
**educated** 7:11 62:22
77:24 78:15,18 100:7
134:12 266:24
**education** 118:18
186:19
**effect** 111:17
**eject** 238:7
**electronic** 241:23
242:13
**electronically** 191:18
**eliminate** 207:10
**eliminating** 210:22
**emphasize** 71:18
**emphasized** 71:8,16
**employed** 16:16,22
18:14
**employee** 17:23 48:17
156:20
**employees** 17:22 18:7
21:22 22:4,11,16
**employer** 186:12
**encompassed** 6:22 59:7

**encounter** 121:13,16
**encrypted** 145:19
**end** 37:3 56:8 58:2
67:5 68:22 69:7
70:12 76:13 90:20
113:17 114:25 115:19
151:22 173:16 177:4
186:17 187:12 198:12
200:21 201:16 204:5
226:12 227:21
233:21,25
**ended** 59:14 215:18
**engaged** 133:6,19
**engineer** 78:12
**English** 39:18 60:17
198:23
**enter** 13:16 29:17
45:3 128:21
**entered** 82:17 165:24
**entering** 179:13
**entities** 21:20
**entitle** 269:2,6,14
**entitled** 51:14 86:9
141:18 250:5
**entity** 8:25 9:4 12:21
13:16 20:15 21:25
22:17,19 40:6
102:12,22 171:14
**equipment** 42:25 43:2
**error** 25:8
**essence** 266:11
**essentially** 207:11
209:15
**estate** 120:16 121:2
123:3,10 126:9,23
133:10 233:18
**Estimate** 105:20,21
**Europe** 148:23
**events** 93:14
**evergreen** 199:24
200:9,14,17,20
**Evermay** 120:20,21
123:4,9 126:10
127:11 128:14,22
**everyone's** 22:10
**exact** 85:24 96:18
142:18 250:15
**examination** 4:13
277:14
**examined** 4:4

**examples** 221:12
**Excel** 83:13,15,22
85:25 275:2
**excess** 126:21
**exchange** 85:3 235:12
240:16 273:12
**excuse** 157:10 205:21
212:8 260:2 264:4
**excuses** 273:18 274:3
**execute** 28:7 223:12
**executed** 17:6 26:11
43:7,8,14 64:16
136:13 139:11 193:11
223:8 275:15
**executing** 137:14
192:24 193:3
**execution** 14:3 69:13
78:21 103:5 117:17,
23 171:19 207:13
253:16,17
**exhibit** 7:16,22 8:3
11:18,21,25 12:10
23:4,8,12 26:20
51:7,10,14 56:14
59:18 77:20 85:20
97:12 103:9,13,16
107:14 109:13 134:20
135:17,20,24 137:13
141:6 158:5,8,12
160:6,9 161:25
162:5,12,15 164:23
165:3 167:2,5,9
199:6,8 204:4
211:14,16 212:8,9,
17,20,24 216:25
217:5 219:3,10,14
221:24 224:24 225:3
228:6 230:15,18
233:4,6,9 234:23,25
235:4 236:7,18,21
237:4,8 239:5 240:6,
9 241:17 244:3,7,10
252:6 254:10,13
255:16 258:5 263:2,
6,9 265:12 273:3,6,
25 274:2,13,14,16,17
275:5,9 276:7
**exhibits** 92:22 112:18
**exist** 91:24 92:16,17
**existing** 65:16
**expect** 172:15,16
175:3 206:6,13

221:18,22 250:4
256:13,21
**expectation** 188:7
193:17 204:24
**expectations** 247:16
257:7,14
**expected** 78:20,22
267:25
**expecting** 79:17
172:21,22 175:11
176:25 248:20
**expense** 272:7,22
**expenses** 270:20,22,24
271:5
**experience** 76:22,23
77:2,4 78:14 118:16,
19 134:6 186:12
256:8 257:15 264:16
**experienced** 118:12
134:13 181:12 183:12
**expertly** 241:19
**explain** 28:3,5 42:7
56:15 84:24 122:7
132:9 170:19 227:13,
15 245:3 246:19
261:24 273:17 275:10
**explained** 5:6 35:10
53:6,22 55:16 124:4
132:11 236:16 275:3
**explaining** 246:10
**explanation** 30:9
55:15 59:11 274:4
**exploring** 126:24
**expose** 133:5
**extent** 6:20,25 9:3
213:24
**extra** 241:5 242:18
**extremely** 147:7,22

---

**F**

---

**F-I-S-H** 31:25
**F.C.W.** 59:21
**face** 78:6,11 152:3
**fact** 21:4,8 85:10
133:5 188:18
**factual** 122:9 167:17
**fail** 112:8
**Failed** 113:13
**fair** 13:21 14:21 55:3
65:13 69:4,5 75:16

102:7,9 110:21 113:7
128:14 192:8 206:24
267:3 271:19
**false** 198:15,16
**familiar** 8:25 9:3
40:7 156:16 201:13
210:18 216:10
**family** 10:5 18:17,18,
21,22,24 19:3,20,21,
23,25 32:24 49:24
50:18,25 51:4,5
118:17 119:3 182:11
**family's** 18:25
**fashion** 24:5 171:17
178:20
**fault** 150:7
**fear** 133:25 134:6,16,
17 173:11
**February** 57:5 58:8
136:3 149:20,22
151:19 166:17,18
202:3,24 203:2,8
211:8 222:22
**fee** 268:23
**feel** 61:23 70:16
132:12,21 134:16
135:14 186:17
**feelings** 110:6
**fees** 200:6 268:23
269:3,7,14,24
**field** 59:9
**fighter** 106:25 258:23
**fighters** 258:15
**fighting** 232:8,11
**figure** 256:19 271:22
**file** 146:6,9 217:16
236:10,19 237:4
**filed** 166:15,21
167:10 185:15
**filled** 52:21 53:2
**final** 56:5,10,12,20,
22 59:14 61:8 66:8
69:11,12,14 83:16
113:22 177:12 199:14
201:3,22 202:2,9
211:18 251:19
**finalize** 177:2 226:11
**finally** 14:8 57:23
139:21 143:19
**finance** 162:20

**financial** 31:3 82:9
83:4 187:18 188:6
205:14,19 206:16
221:25
**find** 50:10 107:25
166:2 191:3 219:5
**finding** 245:24 252:3
**fine** 81:24 107:21
204:18 208:16 209:18
266:4
**finish** 14:13,16 52:13
53:23 83:10 103:25
116:24 117:7 176:22
227:11 234:8 273:9,
11 275:8
**finished** 52:21 53:3
213:3 217:11 231:2
235:9,11 240:13,15
263:16,18
**firm** 125:21 157:8
**firstly** 245:9
**fish** 31:25 32:5
146:8,9 176:10
228:11 241:10,11,13
**fix** 40:18
**flash** 79:5 80:7,9,11
81:4,8 83:12,17 86:4
143:25 145:18,20
152:4,21,23 153:17,
19 236:4,24 237:12,
16,24 238:11,13,19,
22 239:2,11 276:5
**flexible** 228:18
**flight** 237:6
**flip** 213:2
**fly** 78:9 152:2,4
**focus** 190:8,11
**Foley** 137:5 155:24
156:7 202:21 205:21
**folks** 110:13
**follow** 33:23 37:14
155:24 190:15 191:3
195:7,10
**follow-up** 245:16
**forensic** 31:3
**forget** 195:5
**form** 12:13 13:6 15:12
24:7 28:21 39:4
41:19 42:10 47:18
48:2 61:13 63:6
78:25 79:3 80:5,17

81:9 136:9,11,12
145:11 157:20 170:20
**formal** 185:11
**format** 83:23,25 84:2,
3 85:24,25 274:22,24
**formula** 228:17,24
229:2
**forward** 42:14 142:12
176:8 255:11
**found** 107:24 219:3
**fourth** 58:20
**fraud** 142:4
**fraudulent** 179:8
**French** 114:8 117:10,
18 120:7 179:21
180:17 225:12,14
226:10 227:23 232:18
235:15,16 265:14
**frequency** 60:14
**frequently** 123:18
**fresh** 78:18
**friend** 105:8 106:20
165:17
**friends** 18:25 105:16
**front** 8:7 51:17 56:23
132:8 134:9,15 136:4
158:13 162:7 167:12
177:12 185:12 189:22
225:10 230:21 234:14
235:6 238:5 263:12
**frustrated** 264:22
**full** 26:13 165:7,22
166:2 235:19 236:2
**fully** 253:19
**fund** 45:22 175:12
**funds** 44:25
**future** 28:19

_____

G

**G-A-R-E** 137:11
**G-U-O** 10:3
**gain** 76:19 132:4
169:12
**gained** 77:3
**garbage** 73:13,15
74:17 147:25 221:8,9
222:15,18
**Gare** 137:11 178:9,11,
16

**gather** 272:3
**gathered** 216:19
**gave** 11:10 14:14
63:22 93:8 147:10
152:20 202:22 236:6
**Gee** 89:3
**general** 19:7,10 31:9
74:4 75:13 115:14,16
117:14 240:22 243:22
**generally** 52:19
174:10 224:2 231:18
243:18
**generated** 51:25
**gentleman** 35:20 95:2
104:10 118:15
**gigabyte** 144:10
147:21 151:14 152:22
217:17,19,22 221:9,
15
**gigabytes** 217:24
219:23 221:18,21
222:6
**give** 5:11 30:8 70:13
82:23 85:11 142:18
152:5,7 156:23
165:23 176:12 200:11
206:14
**giving** 127:19 172:17
**glad** 268:7
**God** 257:23
**Golden** 18:15 19:14
20:4,7,11 21:22,25
22:21 23:24 24:2,11
25:10,16 28:9,15
29:10 36:3 46:6
48:5,11,12,14,15,18,
22,25 49:6,20,23
50:2,17,21 101:15
102:2,24 104:18
230:9
**good** 4:15 107:3
128:25 129:20
**government** 32:24 33:3
34:18 37:10 119:3
134:3 258:14
**great** 210:25 211:3,6
**GRENDI** 6:14 12:12
13:5,9,22 14:5 15:11
16:2 19:5,11,17,19
20:16 21:7 22:5,23
24:6,15,23 25:3,6
26:8,12 27:6 28:21,

25 29:5 31:15 32:17
33:12 34:7 35:5,18,
24 36:5,19 37:4,11
38:11,15 39:3 40:4
41:7,10,18,22 42:2,
6,13 45:20 46:8
47:18,25 48:13 49:4,
10,12 50:4,12 58:11
61:13 63:6 65:21
66:3 67:13 77:21
79:16 81:20 84:8
86:5 88:5 90:3 92:9
94:10,19 95:19 97:24
98:10,16,21 100:11,
18 101:9,17 102:6,
11,16 105:23 106:4
108:4,18 109:12
110:15 111:3,12
113:2,19 114:11
116:22 120:8 121:7
124:22 125:24
126:18,20 127:3,14,
20 131:6 132:18
133:20 136:22 137:15
138:2,7,12 140:18,23
141:14,20,25 149:4
150:14 151:5 154:11
155:6 156:23 157:22
164:4 167:20 170:23
172:19 174:2,4 177:9
183:18 186:25 188:20
189:6,14 191:5 192:9
193:12 194:15 196:8
200:7 201:24 202:11,
25 203:10,16 204:16,
22 206:22 207:3,18
208:7,12,18 211:24
212:4,11 213:22
214:17 220:25 224:9
230:6 238:23 242:21,
25 243:23 246:15
247:10 248:16 251:3,
8,22 253:18 255:13
256:24 257:11,18
259:17 260:9 262:8,
16,21 265:4,23
266:13 267:5,18
268:16 269:9,15
270:7,14 271:7,13,21
272:9,13,18 274:9,23
276:20,25 277:6,11
**group** 20:11 40:6
131:23 134:4,5
159:17,19 160:20

162:20 163:4 258:16
**guaranteed** 80:22
**guess** 35:11 63:13,14
87:16 90:18,21,25
106:8 107:12 110:3,4
113:4 114:8,9,18
117:8 131:20,22
135:8,11 160:24
170:3,4,5 237:10
**guest** 234:15
**guidance** 222:5
**Guo** 9:24 10:7,9,16
11:6 12:15 13:4,15,
21 14:16 15:22 17:13
20:3,6 22:19 29:20,
23 33:14,15 35:3,16,
23 36:13,16 37:8
39:8 44:5 46:11
47:4,8 48:7,11,23
49:2,6 50:3,23 52:6,
7,17 53:2 54:4,18
55:2,25 57:19 60:6,
16,24 61:3,12,21
62:2,20 64:3,6 68:7,
9,12 69:2 70:20,21
71:7,19,22 78:19
79:7 82:7,14,23,25
83:5 84:24 85:3
87:12,25 88:14,21,23
89:10 90:9,15 95:11
97:11 100:23 101:3
103:6 104:13,17
105:10,13,18 106:17,
19,22 107:10 108:3,
6,11 109:9,20 110:25
113:10,25 115:11
117:12,22 118:16
119:4,8,10,13,19,23
120:11,15,17,22,25
121:12,15 122:2,13,
18 123:2,5 125:5,12
126:13 127:5 128:7
129:25 134:17 136:24
139:2,19,22 140:4,11
142:2 147:4 149:11
153:7 154:14 157:18
163:25 165:21 166:9
173:22 176:24 178:2
181:11 182:17,22
193:19 194:4,9
213:13,14 214:15
215:5,21 216:2
222:13 226:8 227:4,

6,13 228:23 229:21
231:9 232:7,12,19
233:7 242:17 243:4,
6,19 251:12 253:11,
14,21 256:7,17 257:4
258:13 260:14 261:7
263:25 264:15,19
267:8 270:2 276:16,
22
**Guo's** 19:25 50:18
80:25 101:4 106:16
111:15 129:4 196:5
197:19
**guy** 109:17,20 156:16,
17
**guys** 51:23 58:3 62:14
67:19 115:20,24
123:19 130:18 131:14
171:15 204:12 253:24

---

# H

**H-A-N** 26:17 35:21
165:11
**H-I-G-G-E-N-S** 156:25
**H-O** 9:23
**H-O-A-G** 137:5
**habit** 234:16
**habits** 272:4
**half** 247:20,21
**Han** 27:4,15 35:21
44:6 63:20 78:20
79:7 89:11,12 90:13
96:13 99:20 104:6
105:8,14,17 106:9,
23,24 107:4 112:22
113:9 114:2 119:25
120:14 123:7 165:11,
13,14 166:6
**hand** 7:25 11:24
12:16,18 51:13 52:7
78:5 103:15 135:23
160:8 162:4 212:7,23
217:4 219:13 225:2
230:17 238:10 240:8
244:9 263:8 273:5
**handbook** 196:5
**handed** 176:15 177:16
219:17 235:3 254:12
**handing** 23:11 158:11
165:2 167:8

**handle** 171:2
**handwrite** 196:3
**handwriting** 119:6
165:8,10 166:7
182:12 197:3,6,19
214:9,11
**handwritten** 81:11
164:23
**Hank** 26:13
**happen** 10:19 43:4
47:6 172:7 207:16
209:22,25 211:12
216:15 222:20 266:12
**happened** 12:22 67:22
69:10 73:21 75:7
93:10,15,18,20 115:6
122:5 143:11,19
151:16 159:14 172:8
191:4,7,12 199:21
216:18 236:25 237:8
239:4
**happening** 74:8 194:17
**happy** 25:13 209:2
**head** 218:13 221:13
**hear** 40:9,14 52:5
111:16,19,24 121:18
124:13 168:23 215:21
216:2,5,7 260:13
**heard** 12:20,21 15:5,
6,8,19 35:20 40:8,
18,22 43:24 45:22
46:2 47:3 52:2,4
62:21 79:10 105:7
111:14 118:13 126:2
164:17 168:21 188:24
193:16 216:12
222:13,23 232:7
251:13 260:11
**hearing** 186:22 187:3
**heavily** 67:8
**held** 212:5,14
**helpful** 81:15 84:18
85:12
**helping** 178:19
**Hey** 121:16 161:4
171:15 220:23 221:4
237:19 247:7
**hidden** 245:24 252:3
**Higgens** 156:9,11,14,
15,24
**high** 32:21,22 37:23
38:8,23 39:15,24

higher   58:4

highly   32:14 134:22
135:2 179:24 181:16
184:7

historical   31:3
75:17,21

history   92:14 118:14

hit   177:5 205:13

Ho   9:21

Hoag   137:5 155:24
156:7 202:21 205:21

hold   94:19 95:19
98:16 138:3 208:7
211:24

holding   220:7

home   69:22 106:21

Hon   162:17

honest   20:22 129:15
130:4,10 171:23

Hong   17:18,22 18:6,8
19:22 20:11,14 46:2
47:6 51:3

hop   31:16 86:5 167:21

hope   250:4

hotel   234:10 271:2

hours   55:17 56:2 95:7
123:12,14,16 125:2
127:9 128:10,19
130:11,16,17 133:24
176:5 233:24 234:11
257:24

house   69:8,21 77:11
120:20,21,22 121:22
122:7,19 123:4,6,9
126:10 127:6,11
128:2,5,8,14,15,21,
22 129:12,16 130:15,
20 175:23 233:22,24

huge   32:25 61:24
64:18 82:21 129:17
173:11

human   32:7

hungrily   38:3

hurt   246:22 267:16,24

hypothetical   210:18

---

**I**

---

I-N-S   157:2

idea   28:6 44:14 91:25
106:6 122:12 125:10,

11 129:20 132:20
133:12 156:4 182:21
195:16 223:7,9,22
224:14,17 236:24
257:5,13 259:13,24
260:3 261:5,6
262:12,18 266:12
267:2 277:2

identification   7:23
11:22 23:9 50:16
51:11 103:13 135:21
158:9 160:6 162:2
164:24 167:6 212:21
217:2 219:11 224:24
230:15 234:23 240:6
244:7 254:10 263:6
273:3

identified   8:13 31:13
33:11,21 40:2 95:9
148:12 149:17 178:9
182:6,9 194:12
218:3,14,18 270:22

identify   26:24 36:8
99:9 148:10 268:14

identifying   32:9,13
194:6

illegal   32:25 83:7
84:4 190:23 191:25
192:6,14

immediacy   245:22
266:7,8

immediately   82:25
265:3 266:8,10

impasse   229:14

important   5:15 84:23
118:20 187:13 196:4

impression   172:17

in-house   179:24
181:16 183:25 184:2,
8,9,11,12,19,20
185:2

include   74:8 75:3
82:8 83:2 118:25
196:25

included   53:8,10,13,
19 60:19 196:12
264:11,13

includes   74:6

including   37:15 53:11
78:10 118:22 194:22
253:15 269:7

incomplete   42:8 60:9

inconvenience   65:8
174:15

indicating   24:10
41:23 66:9 87:17
89:17 142:9 166:2
190:6 218:20 220:6,8
236:12 255:6 275:22

individual   32:14 38:9
39:2 86:21 102:22
157:8 163:6 218:23

individuals   33:21
35:4 36:9 37:9 38:17
50:22 77:16 133:7
156:3 195:8 218:2
221:5,7 231:11
240:19 276:13

industry   55:21,22
78:2,16 80:22 181:14
250:25 251:6

inform   117:16,18,22

information   14:11,13,
15 30:17,18 33:16
34:15 50:8 73:5
74:15,17 75:11,12,13
76:9,10 78:23 79:23
80:20,23 81:9 82:20
83:3,25 84:4,14
85:22 86:19 97:22
100:5 109:10 119:14
120:5,25 122:3,9
135:4 136:19 154:3,
9,15,17,20 155:4
183:17 189:10 198:13
215:23 216:4,20
222:10,24 223:3,10,
11 224:6,16 236:7
238:18,21 246:12
249:17,19 254:17
255:3,5,7,15,17,21,
24 257:25 265:2
267:3,21,25 268:5
270:12

informed   46:22 47:8

initial   59:23

initially   13:4,19

initials   59:17,19

input   136:15,17
243:12 265:18

inquired   46:25

inside   128:16

insist  65:5 241:2
insisted  62:13
institutional  163:3
instruct  117:12 138:8
  215:13
instructing  102:17
instruction  57:7
  63:13 109:5 248:7,9
  249:22,23
instructions  153:18
  221:17,20
intelligence  185:9,
  12,20 186:6,9 187:14
interest  25:7
internal  140:4,12
  146:17 245:7 248:10
  249:7 254:18 255:22,
  23,25
internally  247:5
internationally  37:17
internet  145:17
interpreter  6:3,5
interrogatories  19:16
  21:5 22:22 23:8 24:5
  50:7 99:21
interrogatory  26:14,
  21 97:19
interrupting  6:19
introduce  126:15
introduced  10:16
  11:4,7 12:15 14:9
  48:23 49:7 50:21
  106:15,17 118:9
  119:19 123:5 125:6
  126:12
introducing  186:16
introduction  106:23
invest  259:4
investigate  55:19
  191:2,23
investigated  30:25
  40:2
investigating  34:13
investigation  30:15,
  16 55:22 59:2 75:14
  77:10 134:14 156:6
  187:11
investigative  77:4
investigators  179:25
  181:17

investing  260:22,24
investment  17:14
  18:10 260:11,17
investments  18:12
  30:7 259:22 260:16,
  20
investor  258:18 259:7
investors  231:13,14,
  17,24 232:3 258:8,21
invoice  200:3,4
involved  9:16 36:4
  47:7 50:14 57:12
  63:12,24 89:10 90:20
  116:15,21 156:5
  157:25 161:9,13,16
  178:8,18 187:14
  192:7 225:16 276:12
involvement  105:5
involving  276:23
issue  25:14 53:25
  60:5 71:19 93:14
  127:16 200:2 208:14
  237:15
issued  209:5
issues  50:10 60:8
  61:10,11,18 235:19
  236:2 241:24 242:13
  263:21
item  235:19,25
items  19:12
Iu  261:5

___

J

J-I-N-G  162:25
Jamie  162:25
January  10:24 11:3
  30:11 43:10,12 51:15
  57:5 58:8 67:4,6
  69:15 72:12 74:23
  139:7,10,18 140:2
  141:3,4 142:15,18,
  20,21,22 143:13,16,
  19 144:6,15 145:8,11
  147:2 148:6 149:2,3,
  13,14,15,16 151:2,
  19,22,24 159:14
  171:20 172:8,9,11
  175:21,22 176:3
  177:8,11,23 206:2
  223:16,17 226:5,13,
  15 227:20 228:5

229:4 236:4,5 237:11
238:19,25 239:5,16
243:11,12 245:3,5,12
246:5,7,18 248:23
250:2 252:16 254:23,
25 255:18 264:12
265:14,17,18 267:25
268:2,6 273:17
Jing  162:25
job  134:10 210:25
  211:3
Joe  4:18
Journal  37:16 39:7
justice  38:6 267:10

___

K

K-W-O-K  9:23
key  80:9,12
keyboard  145:19
kick  176:4 226:13
killed  132:25
kind  17:13 25:17
  30:18 42:4 43:3
  64:25 75:19 76:7,23
  78:2,17 94:11 98:13
  115:7 118:10 120:21
  122:8 124:3,8 129:8
  176:21 181:24 182:5
  190:17 192:15 193:9
  206:24 211:11 238:8
  255:24 259:20,23
kindergarten  252:21
kindly  65:6
knew  97:21 99:20
  117:18,23 118:5
  198:14
knowledge  7:6,13
  77:12 97:13,16,17
  98:8,25 99:6,11,12,
  14,16 111:8 121:10
  149:11 157:12,13,18
  161:2,6 169:4 171:5
  173:21 196:17 231:25
  246:11 250:24
  251:17,18 259:10
  260:6
Kong  17:18,22 18:6,8
  19:22 20:11,14 46:2
  47:6 51:3
Kwok  9:19,21 131:20
  134:2

**Kwok's**  131:23  134:5

---

## L

**L-I-A-N-C-H-A-O**  35:21
**L.C.**  89:12  90:10,12
  120:10  166:6
**la**  54:19  66:22  115:20
**lack**  41:18
**lady**  118:14,15  134:10
**laid**  209:23
**language**  72:6  73:14
  107:20  198:23  201:14
  204:3  205:11  208:9
**laptop**  145:14,16,18
  146:22  249:10
**large**  246:9
**late**  106:14  152:18
  178:25  242:7
**law**  37:24  38:6  107:2
  258:16,24
**laws**  191:24
**lawsuit**  46:15  205:21
**lawyer**  13:8  91:19
  137:2,4  198:23
**lawyers**  138:10
**lead**  56:5
**leader**  194:24  197:21,
  24
**learned**  119:13
**leave**  146:3  176:16,23
**left**  176:18,23  236:20
**legal**  83:5  141:10
  166:4  168:8  188:8,9,
  11,16  191:25  192:6,
  14,16  193:15  268:22
  269:3,7,14,24
**legitimate**  193:15
**length**  115:24
**Lenovo**  145:14
**letter**  135:20  136:2,
  18  139:5  141:6
  155:20  156:7  166:22,
  23  168:19  202:3,12,
  19,21  203:3  205:22
**letters**  81:10
**level**  32:22,23
**Lianchao**  35:21  89:12
  90:13  104:6  105:13
  119:25  120:4,14

123:7  127:8  131:18
  165:11,13,14  166:6
  226:8  227:5,6,8,13,
  17,24  231:9
**Lianchao's**  110:5
**liar**  142:4
**liberal**  41:14
**lighter**  225:20
**likes**  129:16
**limited**  5:3  8:24  9:9
  10:14  18:15  20:12
  25:11  40:7  41:5
  43:18,20  45:21  46:4,
  7,12,15,20  47:23
  63:3  92:12  142:8
  159:17,19  160:21
  162:21  163:4  169:3
  171:8  259:5
**lines**  47:2  79:2  89:20
  111:10,17  117:20
  121:23  127:2  148:5
  182:25  184:25  255:12
  256:14  258:2  261:14
  276:14,18,23
**list**  8:12  19:12  36:14
  212:20  213:11  214:16
**listen**  13:8
**litigation**  51:24  93:5
  238:14
**live**  27:19  129:2
**LLC**  4:21
**loan**  43:24  44:2,4,7,
  17  45:2,4,9,13,19
  47:4,12  168:7,13,15,
  17  169:2,6,16,24,25
  170:14  262:18  268:22
  269:25  270:6
**loaned**  44:9
**loans**  262:14
**located**  20:13  22:14
  45:25  46:2  51:2
**lock-in**  54:24
**locked**  128:10,11
**logic**  245:18,22
**logical**  253:3
**logistic**  168:9
**logistically**  96:6
**logistics**  96:6  268:23
  270:17
**long**  26:5  95:6  98:5
  105:17  106:7  129:3

143:16  176:5  246:13
  253:13
**long-term**  253:3
  258:8,12
**longer-term**  245:24
  252:3
**looked**  69:24  83:20
  93:3  137:12  155:21
  179:3  191:15  219:2
**lose**  186:18  253:22
**lot**  33:23  39:8  41:16
  61:22  78:18  118:12,
  14  132:24  146:14
  181:25  221:15  232:9
  249:9
**love**  37:13  38:13
**lower**  58:4  112:3
  158:16
**luckily**  231:4
**lunch**  119:20  120:2
  155:11
**luncheon**  155:12

---

## M

**Mac**  236:9
**made**  25:18  57:12  63:3
  64:5  65:19  66:7,12
  132:12  133:17  143:3
  149:18  177:18  179:15
  180:7,8,11,20,25
  181:4  185:23  192:23
  193:3  195:4  198:25
  204:7  205:6  207:14
  229:11  270:4
**main**  61:15  66:18
  71:16  116:3  264:10
**Mainland**  19:21  33:7
  37:25  51:2  107:8
**maintain**  54:16  59:2
**maintained**  128:25
**major**  114:13
**make**  18:20  21:19
  26:15  38:22  39:17
  60:23  67:23  131:2
  198:6  203:12  260:7
  264:5,6  265:16
  266:16
**makes**  169:5  189:23
**making**  29:7  160:19,23
  264:4  273:18

man   107:3
manage   148:14
management   45:22,23
   248:11
manager   14:10 24:9
   61:23 62:11 72:25
   73:9 74:7 75:5,15,25
   76:18 77:8,13,15,18
   78:12 84:19,21
   140:6,13 146:18
   147:19 148:10,11,15,
   18,19,22 152:3
   181:23 184:6 245:8
   248:5,12 249:21
managing   77:11 261:4
Mandarin   6:3 61:5
   219:4
mandatory   55:25 59:4,
   13
March   57:5,11 58:3,9
   211:9
mark   158:4 161:21
   164:19 166:25 212:8,
   16 216:22 224:19
   230:11 234:18 239:25
   244:2 262:25 272:23
marked   7:16,21 8:2
   11:17,20,25 12:10
   23:4,6,11 51:7,9,14
   77:20 103:9,11,16
   135:17,19,24 137:13
   141:6 158:7,11
   159:25 160:3,9
   161:24 162:5 164:22
   165:2 167:4,8 177:6
   199:6 204:3 212:19,
   24 213:5 216:24
   217:4 219:7,9,13
   224:22 225:3 230:13,
   18 234:21 235:3
   240:4,9 244:5,9
   254:6,8,12 263:4,9
   272:25 273:5
match   159:22 252:14
material   147:20
   254:18
mathematic   202:14
   209:9
matter   54:25 55:12
   161:3
meaning   111:21 136:12

meaningful   148:2
means   5:7 33:6 54:14
   57:16 73:12 74:15
   85:10 89:9 140:25
   184:12 190:16 199:24
   200:9,23 201:12
   221:8 229:2 247:2
   252:7,13 274:3,15
meant   54:9 184:11
   186:2,5,8 242:4
   274:20
mechanism   62:15 74:9
   75:6,14 275:11
media   31:5 33:23
   35:8,9 37:14,16,17
   77:11
meet   5:22 27:22 41:21
   57:12 78:11 82:13
   94:2,6,13 95:6
   106:11 119:19 147:18
   152:3 153:7 226:2,9,
   16
meeting   68:15 69:6,9,
   18 90:17 91:2,4,10
   116:12 120:23 122:4,
   6,11,21 125:13,20
   138:21 139:19,20,25
   140:2,9 142:15,16
   143:2 145:8,11 147:2
   149:3 151:3,7,25
   172:11 176:5,6
   177:8,11,16 181:8
   186:18 193:24 215:8
   226:25 245:3,5,17
   248:23 252:16 253:9
   254:23 255:2,19
   273:17
meetings   56:8 90:10
   115:25 116:12 120:2,
   5 124:20 125:22
   126:3 134:11,16
   149:12 178:19 185:25
   195:6
member   36:16,23 75:4
   119:3
members   33:9
memo   79:15,17,19
memorandum   79:15,20
memorandums   81:10
memory   93:12 108:10
   135:10 146:2,12,23
   216:18 246:20,25

249:11
mention   172:4 173:15
   264:18 265:5
mentioned   30:6 53:5
   80:19 86:22 101:13,
   14 118:25 171:9,11,
   25 183:7 228:15
   261:19 264:2 272:17
   274:2,16 275:21
mentions   228:13
   275:16
message   64:8,22 65:9
   68:8,12 85:7,11
   112:24 113:4 151:21
   174:9,25 206:3
   220:21 227:4 233:10
   234:14 235:20 236:3,
   4,22 237:8 242:13
   245:15,16 252:10
   253:12 254:16
   263:11,15,19 264:2
   265:10,12,14 274:8
   275:9,25 276:7
messages   90:15
   103:12,19 224:23
   225:5 230:14 234:22
   240:5,11 244:6 254:9
   263:5 273:2
met   4:19 16:21,25
   27:15,16 94:25 95:25
   106:9 151:11 157:16
   162:22 237:10
method   253:2
Michael   179:21 180:17
   233:11 244:19 250:18
   275:9
mid   90:23,24 181:7
middle   119:2 182:10
   194:23 196:22,25
   252:9
Mike   62:3 78:8 86:21
   88:15 89:11 90:8
   105:9 110:3 117:10,
   19,24 118:8,21
   119:18 120:7,12
   134:13 139:19,20
   140:3,6 145:13
   146:14,15,19,25
   151:25 152:2,13,16
   165:7,18,24 173:14
   186:15 232:23,25
   233:2,3,11 248:11
   249:9 251:11

**Mike's** 165:22
**Miles** 9:15,18,19
 55:25 131:19,20,23
 134:2,5,17 196:5
 233:7
**milestone** 267:15
**million** 40:16,20,24
 44:15,21 46:25 55:7,
 8 58:22 61:22 62:6,
 7,10,16 63:3,23
 64:9,12 65:7,17,24
 67:24 107:15 141:18
 162:14 163:22
 171:10,14,21 172:2,
 14,25 173:4,15,18
 174:3,5,14,17
 198:10,20 199:12,17,
 22,25 200:12,13
 201:16 203:24 204:6,
 14,20,25 205:8,12,
 16,22 206:15,25
 207:13,17 209:21,22
 210:10,12 211:4,13
 215:22 216:3 258:19
**mind** 6:11 49:15
**mine** 59:20
**minimum** 59:5
**minutes** 150:21,24
 203:17 236:16 262:20
**miscommunication** 6:2
 148:15 247:4 248:5
**misrepresentation**
 179:8
**missed** 222:9 267:15
**mistake** 25:17 40:18
 43:3 64:18 140:12
 143:3 150:8 205:15
 249:8
**misunderstanding**
 94:12 140:5 247:4,8,
 15
**misunderstood** 248:6
**mixed** 110:6
**moment** 4:19 69:10
 103:21 230:23 240:12
**Monday** 176:18 234:4
**money** 41:6 43:19
 44:9,11 47:5,9,14,23
 54:14,16,24 55:14
 61:25 64:16 67:20
 82:21,23,24 83:7,8
 108:12 109:2 140:21

169:8,10,14,15,17
 170:21 171:7,13
 173:2,9 194:5,11
 203:14 206:5,7,19
 207:22 208:3 210:9
 259:8 260:7
**monies** 164:18
**month** 55:12 57:18,25
 58:16,23 71:10,12,14
 73:20,21 74:22,24
 75:7,9,10 76:6,7,13
 141:2 143:10 145:3
 199:14 200:3,18
 203:6,7 209:20
 211:19 214:25 241:5,
 9,12 274:5
**monthly** 71:13 73:20
 200:6 245:10
**months** 57:4,18,25
 58:2,7,23 66:16
 70:3,13,15 75:22
 76:5 201:4 207:12,16
 208:3 209:7,12
 211:4,7
**months'** 223:14
**morning** 4:15,22 6:9
 203:12
**mouth** 111:15 184:4
 250:16,17
**move** 82:24 142:12

---

## N

**named** 182:2
**names** 9:20 38:17
 182:12 216:20
**napkin** 166:8 197:10
**nature** 130:25 131:12
 134:21 149:24 150:3,
 5 167:25 240:23
**necessarily** 42:15
**needed** 154:2 222:10
 223:11,12,18,23
 249:19 265:2 267:3
 275:4
**negotiate** 12:24 56:3
 187:8
**negotiated** 21:16
**negotiating** 13:3,20
**negotiation** 65:5
 137:7 226:21

**negotiations** 56:4
 103:5 178:13
**neighbor** 128:23
 129:17
**nervous** 146:15
**newspaper** 156:19
**nice** 55:24
**nonlegal** 188:9
**nonsense** 73:15
**Notary** 4:3 277:24
**notebook** 119:5 196:5
 197:19
**noted** 45:20
**notes** 81:11
**notice** 7:22 8:5
 141:13 202:6,23
 203:6 204:14 209:5
**November** 90:18,19,23
 106:14 119:17 124:21
 125:15,22
**number** 26:22 60:2
 85:20 99:24 100:22,
 24 109:14 112:3
 165:5 199:8,10
 211:14,16,17 214:10
 217:8 228:6 233:9
 236:8,18,22 237:4
 244:12 265:12 273:25
 274:2,13,14 275:9
**numbers** 158:15 202:18
 212:10 213:4 225:6
**NY** 233:10

---

## O

**oath** 155:18
**object** 24:7 97:25
 101:6 105:22 133:8
 142:7 155:5 164:9
 194:7,14 213:18
 214:2 215:25 232:15
 242:20,24 246:14,24
 248:22 251:2,21
 256:23 257:10,19
 261:22 264:8,23
 272:16
**objecting** 98:10
**objection** 6:16 12:12
 13:5,22,24 14:5
 15:11 16:3,10 19:5,
 7,10 20:16 22:5,23

24:15 27:6 28:21,25
29:7 31:15 32:17
33:12 34:7 35:5,13,
17,18,24 36:5,19,21
37:4,11 38:11 39:3
40:4 41:7,10,13 46:8
47:18,25 48:13 49:4,
10 50:4 58:11 61:13
63:6,19 65:21 66:3
67:13 77:21 79:16
81:20 88:5 90:3 92:9
98:17 100:11,18
101:9,17 102:6,10
105:23 106:3,4
108:4,18 109:11,12
110:15,17 111:2,3,12
112:23 113:2,19
114:11 116:22 120:8
121:7 124:22 125:24
126:18,19 127:14
129:13 132:18 133:20
136:22 137:15 138:2
140:18,23 141:14,20,
23 149:4 150:14,15
151:5 154:11,24
155:6 157:22 158:3
164:4 170:23 172:19
174:2,4 177:9 183:18
186:25 188:20,21
189:6 191:5 192:9
193:12 194:15 196:8
200:7 201:24 202:11,
25 203:10 204:16,22
206:22 207:18 214:6,
17 220:25 223:13,20
224:9 230:6 238:23
242:21,25 243:23
246:15 247:10 248:16
251:3,8,9,22 253:18
255:13 256:24
257:11,18 258:3
259:17 260:9 262:7,
8,16 265:4,23 266:13
267:5,17,18 268:16
269:8,9,15 270:7,14
271:6,7,12,13 272:9,
13 274:9,23 276:19,
20,24,25
**objections**   13:13 23:7
41:16
**objective**   128:19
**occasions**   180:22
**occurred**   91:9

**occurring**   262:5
**October**   90:19 106:14
124:20 125:15,22
**odd**   130:2 172:18
**offense**   92:11
**offer**   95:22 140:13
149:21
**offered**   88:24 140:10
234:6,9 237:7 239:3
245:15
**office**   17:19 18:17,
18,21,22 22:12,14
49:24 50:18
**officer**   16:18 17:3
97:5 185:12,20
186:6,9 187:14
**officers**   185:9
**official**   32:22,23,24
34:20 37:23 38:9,23
39:15,24 97:4 101:21
119:3 141:12 182:10
267:9
**officially**   43:2 44:18
140:8 141:8
**officials**   119:2
**one-third**   199:14
201:4 211:19
**open**   146:9 236:10,24
237:11,14,25 238:4
239:2
**opened**   238:5
**operating**   250:24
251:6
**operational**   251:14
**opportunity**   222:9
**opposed**   39:21,22 41:9
74:19 142:11
**Opposition**   194:24
197:22,24
**orally**   61:4
**order**   14:16 59:9
63:22 94:3 155:4
223:12 226:12 241:19
246:12 261:8 270:13
277:8
**orders**   63:8,10
**original**   207:8
**originally**   107:4,6
207:9
**outrage**   37:22,25

**outset**   31:21
**owe**   200:6
**owed**   198:12 206:15
207:15 208:4 209:8
210:2,8 211:21
**owner**   132:10
**owner's**   234:16

---

## P

**p.m.**   152:19 277:14
**pace**   127:21
**packet**   214:16
**pages**   146:5 264:9
**paid**   54:16 55:14
58:14 64:9,17 65:17
66:17 102:5 141:2
168:17 169:10 173:18
200:12 206:5,8,19
209:20 211:4 215:22
216:3
**paper**   63:20 93:11
96:21 197:10,12
**papers**   93:2
**paragraph**   57:3 58:20
73:24 139:5 168:3
179:13 198:8,13
203:25
**part**   6:21 59:6 70:4
71:2 74:11 109:7
183:24 211:9 235:22
246:9
**participated**   90:2
**parties**   50:13 57:4,
10,12 134:20 135:2
**partner**   18:25 137:9
**parts**   61:15
**party**   9:10,14,17
11:9,12,14 12:8 14:3
33:9 36:17,24 37:3
154:23 194:24
197:22,25 232:9
**password**   191:11
**past**   28:20 194:22
195:20 196:25
**patience**   186:18
253:22
**patient**   150:9
**pay**   44:15 54:20 55:2,
11 57:25 58:4 59:5
61:25 66:24 70:15

111:23 115:20 169:6,
8,18 173:19 199:10
200:4,15,18 203:13,
14 206:7 211:6,7,21
258:9,18 268:22

**payback** 44:18

**paycheck** 102:13,22

**paychecks** 102:4

**payment** 29:12,13
53:12 57:6 148:4
174:20 177:4 199:18
207:11 270:3

**payments** 57:11 198:11
204:8 205:7 207:14

**pays** 102:12 207:13

**PDF** 83:23 85:25 146:6
236:10,19 275:2

**Penn** 151:16 217:20

**people** 10:6 31:10,12,
13,24 32:7,15 33:3,
8,11 34:6,14,16
36:14 37:22 38:2
39:25 62:4 78:15
82:18 110:20 119:4,
25 124:5,7 126:15
131:23 134:4,5 137:5
162:17 163:10,14
170:17 173:9 175:12
182:11 184:12,13,16,
18,22,23 189:21
194:6,12 218:21
220:10,15 221:11
222:8 229:16,22
230:2 232:8,10
242:6,7 245:24 252:3
253:12 257:25
258:16,22,23

**people's** 113:4

**percent** 74:11,12,13
145:9 250:11,19,20

**perfectly** 20:22
208:16

**performance** 208:23
209:6 210:15,17,24

**performed** 205:6
207:25

**period** 205:7

**permit** 55:17

**person** 9:15 39:21
79:5 81:5 147:19
156:12,14 163:3,17
165:13 181:9

**personal** 7:13 72:20
97:13,15,17 98:8,25
99:6,10,12,14,15
102:15 173:10

**personally** 97:21
131:25 143:24 152:23
168:20 182:16 183:2
195:21 196:10

**persuade** 234:7

**peruses** 30:20 56:25
74:5 99:5,7 103:24
104:4 109:15 112:5
159:6 179:10 185:6
199:3 217:6 219:16
230:25 233:5,13
235:10 240:14 252:11
254:14 263:17 265:8
269:22 273:10

**phone** 16:22 17:2
70:19 71:7 72:7 78:6
79:12 115:25 139:2
189:22 190:3 220:19
261:18

**phones** 190:5

**photo** 132:2 218:19

**photographs** 131:14

**phrase** 134:25

**phrases** 266:15

**physically** 83:19
191:20

**pick** 70:18 147:19
152:3 239:4

**picture** 123:21

**place** 69:20 90:2,5
125:21 152:20 168:22
193:16

**plaintiff** 4:20 5:2
8:6 20:24 21:2,6

**plan** 154:15 175:25
222:13,14,25 223:7,
12,18 224:5,8,12
243:11,19,21 265:17,
21 266:5 267:2,8,11

**planned** 222:23

**plans** 267:16

**plants** 31:11

**plugged** 83:19 236:8

**plural** 39:22

**point** 13:15 14:2 15:4
44:20 56:23 58:24
71:16 86:2 97:14

98:7 150:16 175:17
179:3 186:21 187:2
188:17,24 202:5
207:4 210:23 211:13
214:25 220:23 227:19
229:11 269:20

**pointed** 61:21 62:12

**pointing** 58:24 87:19

**points** 71:22 115:18
245:14

**polite** 129:24 130:3

**politicians** 194:23
196:13

**pop** 7:6 83:21 94:10
95:20

**portfolio** 261:3

**portion** 42:21 88:11
138:18

**portions** 31:17

**position** 69:3 96:18
182:4

**possibly** 82:8 141:23
232:14

**post** 37:15 39:7 68:8

**potential** 166:5

**potentially** 38:18

**power** 25:11,24 28:7
86:2 92:13

**practical** 55:4

**pre** 117:17 177:16

**preceding** 178:12

**precise** 67:23

**precisely** 110:18
275:3 276:8

**preference** 190:3

**preliminary** 71:11
74:18,21,25 75:8,20
223:15

**preparation** 91:7,12
94:23 95:14

**prepare** 91:15,21
92:19 94:13 261:9

**prepared** 8:20 16:5
52:8

**presence** 129:7 185:10

**present** 4:10 69:18
89:2 95:4 119:23
120:23 138:20 175:16
252:22

**presentation** 146:13,
19

**presented**  80:21 120:2
  139:21 145:10,16,20
  249:25 251:11
**president**  23:21 24:2
  39:9 96:20
**pretty**  41:14 118:24
**previous**  118:18
  186:11
**price**  53:6,9 54:24
**pricing**  58:21 110:25
**prince**  194:23 197:2,
  15
**prince's**  197:13
**princes**  196:22
**principal**  27:9 96:14,
  22,23 97:10 99:21
  100:2
**principals**  26:24
  27:13
**prior**  14:2 40:20
  67:11,17 78:21 99:20
  117:22 125:5 136:13
  137:14 144:15 145:8
  179:13 192:24 193:3
  257:15
**private**  118:17
**problem**  69:9 140:5,13
  146:17 150:8 236:19
  237:15 238:6 242:8,9
  245:7 248:10
**problems**  21:12 238:16
**procedure**  205:19
  206:17 250:25 251:6
**proceed**  76:14 207:5
**proceeding**  178:12
**proceedings**  178:9
**process**  52:16 63:25
  93:9 236:13 253:11,
  21
**produce**  25:13,20
  54:13 74:2 253:4
**produced**  45:19 47:21
  51:22,23 93:4,6
  165:20
**production**  59:25
  109:14 112:3 158:15
  165:5 212:9 213:3
  214:10 217:8 225:6
  228:6 244:12
**professional**  59:12
  78:15 192:22 205:18

**Profit**  5:3 8:24 9:9
  10:12,13,17 11:4,7
  12:6,16,20 13:17
  14:4,9,20,24 15:5,9,
  20,23,25 16:11,13,
  16,19,23 17:4,7,8,
  13,16,23 18:8 24:13
  25:10,16 26:4 27:13
  28:4,8,14,15 29:14,
  17,20 30:4 32:10,12
  36:8 41:9 43:25
  44:9,14,22,25 46:19
  59:10 83:20 85:15
  87:11 91:21,24 92:8
  94:4,5,7 95:14 96:10
  99:22 101:5,15
  104:14,24 117:3,9
  137:6,14 141:17
  142:8,10 144:3 145:8
  148:25 154:2,6
  155:22 157:4,7 161:3
  168:16,25 169:6
  170:7,13,19 175:9
  185:16 194:13 203:13
  204:7 206:6 207:12
  210:10 224:7 239:12
  259:2,15,19,22,25
  260:4,7,18 261:13
  262:2,10 266:22
  267:23 268:4,11,14,
  20 269:7 270:10,13
  271:4
**Profit's**  168:12
  169:23 170:9 198:19
**Profits**  169:15 231:15
**progress**  73:22,23
  74:3,4,6,12,13,19
  75:20
**project**  9:12,16
  14:10,12,16 24:9
  35:16,23 36:4 40:10,
  15 54:12 56:2 59:4
  61:23 62:11 65:3
  68:16 69:6 71:5,21
  72:25 73:9 74:7
  75:2,4,15,25 76:18
  77:8,10,12,13,15,18
  78:8,12,17 84:18,21
  89:8,10 90:11 91:5
  92:13 93:21 103:2
  105:6 110:22 111:5
  113:11 118:21
  120:14,17 124:12,13,

  19,24,25 125:8
  130:19,20,21 131:2,
  4,9,10 132:16,21
  133:10,11,13 134:7,9
  135:5 140:6,13
  146:18 147:19 148:9,
  11,14,18,19,22
  150:7,12 152:2
  159:21 165:25 171:2
  173:6 174:11,13
  176:4,22 181:8,23
  184:6 185:25 186:20
  195:6 200:24 215:12
  226:13 229:23,25
  231:18,20 245:8
  248:5,12 249:20
  253:3,25 256:4,22
  258:8,12 259:9
  276:12,17,23
**projects**  18:24 77:9
  156:6 256:9
**promise**  169:14
**prong**  155:23
**proof**  88:25 159:11
**proper**  205:19
**properly**  238:8
**properties**  245:25
  252:4
**property**  120:16
  128:20 130:13 133:9
**proposal**  227:2
**prorated**  199:13
  201:3,9,10,11 211:18
**provide**  28:9,15 37:19
  44:24 112:9 113:13
  136:15 145:2,4
  167:17 246:12
**provided**  7:12 55:13
  60:15 61:3 93:7
  136:17,19 144:2,11,
  15,19,23 146:7 222:4
  238:18,22
**Proving**  159:12,13
**provisions**  71:6
**public**  4:3 35:10
  267:11 277:24
**pull**  56:12 107:22
  108:22 163:22 164:13
  174:22 241:19
**pulled**  164:2,3 165:20
**purchase**  126:14

purpose  30:13 141:5,7
purposes  240:20 272:6
pursuant  30:25 43:19
put  6:15 14:4 29:21
  31:19 38:17 70:10
  112:7 123:20 132:7,
  11 214:6 234:16
  251:13 259:11 267:23
putting  77:14 116:16
  250:23 259:8
Pyratz  244:18

---

## Q

qualifiers  221:17
  222:5
quality  73:10,12
quarter  76:15
question  5:16,19 8:23
  18:4 21:24 22:25
  30:21 31:8 32:19
  34:10 35:2,13 37:13
  39:13 42:5,7,19
  43:17 48:8,9 49:8,
  13,15,19 52:24 63:9
  67:15 68:18 77:17
  78:17 79:4 84:10
  85:13 88:7,13 98:9,
  15,20,24 99:9,23
  100:4 101:19 102:8,
  9,20 107:13 116:24
  117:7,21 121:14
  125:3 131:16 136:10
  141:24 144:21 154:5
  156:13 161:12 165:6
  172:22 180:10 184:21
  186:4,24 188:23
  192:11 193:2 194:8
  197:14 198:6 202:15
  206:24 207:8,9,21
  209:9,24 210:23
  214:13 218:15 221:19
  237:22 247:12 251:4
  257:12 265:22 266:20
  268:3 271:20 276:21
questionable  41:17
questioning  83:10
  84:23 86:8 150:18
  167:24 213:19 214:3
questions  5:11 6:21
  7:2 95:16,21 100:15
  103:23 190:9 207:7

211:25
quickly  143:22 146:22
  219:2
quote  86:19 88:3

---

## R

raise  60:8 61:18
  189:8 220:11
raised  60:6 61:12
  125:9 172:11,20
raising  189:11,18
raw  147:20
react  98:20 175:3
reaction  64:11 69:17
  72:9 129:4 134:10
  175:5 193:23 261:21
  264:3 273:14
read  39:10 42:18,21
  60:17 61:7 82:4
  87:17 88:8,11 98:8,
  11 113:7,8 138:18
  185:4 213:21 219:5
  235:22,23 244:17
  263:15
ready  8:22 103:22
  179:25 258:8,12
real  85:2,6,7,8,9,10
  106:25 120:16 121:2
  123:3,10 126:8,23
  133:10 150:11 151:9
  233:17 258:15,23
realistic  248:21
realized  126:20
  176:24 249:12
reason  55:15 72:22
  75:9 92:17 125:16
  132:8 164:7 195:17
  196:6,15,24 197:8,
  15,22 218:24 273:19
reasonable  55:24
reasoning  164:13
reasons  6:11 204:19
  209:6
recall  15:18 17:12
  26:3 114:20 115:10
  235:12 240:18,22
  273:12
recap  57:9,13,23 58:3
  66:17 70:2,4,12,14,
  25 76:12 178:3

228:13
recapping  177:20
receipt  64:6,7,11,12
  108:6 174:7
receipts  271:17,24,25
  272:5,8
receive  78:12 80:23
  83:18 141:18 168:20
  263:19
received  66:13 67:12,
  18 217:19,21 236:18
recess  25:4 86:14
  155:12 203:19 262:23
recipient  162:24
recognize  4:23 12:2
  23:14 92:4 157:3
  158:20 162:9 219:20
  240:16
recollection  26:18
  93:19 116:7 161:19
  255:9
recommend  266:14
record  4:8,16 6:16
  11:16 13:13 21:11
  24:19 25:7 26:11,16
  27:5 29:8 31:19
  38:20 164:14 168:14
  189:12 199:7 203:22
  208:8,11 212:2,6,12,
  15 214:7 244:18
  270:2
Recorded  81:13
records  91:21,23
  92:7,14 151:24
reduced  62:7
refer  10:6 229:24
  235:21 243:18
reference  55:6 109:20
  143:13 182:3 230:3
  232:19 233:15,16,20
  243:3
referred  9:13 49:23
  155:23 168:13
referring  9:18 10:10,
  13 11:13 12:9 19:4
  33:5 38:10,25 39:2,
  11,25 73:24 137:4
  179:20 199:5 225:13
  228:24 232:18 234:15
  235:17 241:7 243:15
  245:19 254:22 255:18
  258:17

**refers** 228:23 231:10
236:3 241:14 253:10
255:22 258:19
**reflect** 189:13
**reflected** 56:10,14,24
**reflection** 42:16
**refresh** 93:12,19
116:7 161:18 249:10
**refunded** 210:13
**refuse** 102:14
**refused** 82:25 182:3
183:9 193:18
**regime** 232:8,11
**regular** 272:4
**related** 83:3 134:7,22
135:4 241:8 268:23
**relationship** 21:9
25:9,15 28:4 101:4
105:13 133:24 262:13
274:15
**relationships** 24:12
**relevance** 50:5
**relevant** 193:10
**reliable** 62:5 73:3
**relocate** 126:17
**rely** 188:18
**remain** 213:5
**remained** 228:18
**remains** 58:22
**remember** 12:22 14:7,
25 15:6,24 26:5,7
30:6,10 44:5 54:2
56:7 61:20 62:2,8,
23,24 64:23 65:9
68:23 69:5,25 72:7
78:3 80:19 82:9
93:13,24 113:21
114:22,23,24 115:3,
5,6,7,9,13,14 116:11
118:11 120:10,18
121:24 124:8,16
142:15 143:9 144:12
145:15 146:4,14,21
151:14,20,23 152:13
153:15 154:13,14
155:17 166:7,13,20,
24 174:17,23 177:25
178:24,25 181:5
183:23,24 185:3
187:19 194:16,17
214:23 216:9,14,15,

17 217:20 218:23,25
221:2,3,14 224:4
238:2,7 241:8 247:2
249:8,20 250:19
251:10,23,24 256:10
258:4 277:4
**remind** 16:2 61:24
**reminded** 61:19
**remotely** 77:19
**renegotiate** 226:17,18
**repay** 169:15
**repeat** 77:17 88:7
138:16 146:9 209:24
215:24 250:20
**repeatedly** 55:23
146:16 181:10 253:14
**repeating** 187:5
**replacements** 239:22
**replied** 266:2 268:9
**reply** 220:16 268:10
**report** 35:3 71:9,10,
11,13,18,24 72:17,
19,24 73:2,6,7,17,
19,20,22,23 74:3,4,
12,14,18,19,20,21,
23,25 75:8,18,19,20,
22 76:5,6 79:9,13,
14,22,24 80:2,4,6,
15,17 82:8 83:2,12,
16,17 128:7 129:5
139:21 140:7 143:11,
18 144:9 145:3,15,
21,23 146:4 209:17
216:25 217:7,23
218:10 219:10 223:15
243:10 245:11,12
249:13,16,24,25
250:2 251:17,19
254:17 265:16
274:20,22 275:12
**reported** 34:22 39:7
76:11 238:17 239:8
255:8
**reporter** 4:6 7:21
11:20 23:6 42:21
51:9 81:23 88:11
103:11 135:19 138:18
158:7 160:3 161:24
164:22 167:4 212:19
216:24 219:9 224:22
230:13 234:21 240:4
244:5 254:8 263:4

272:25 277:7
**reports** 54:13,20,21,
22,25 55:12 57:11
60:11,14,18 66:23
71:14 72:4,8,15 74:6
78:5,20,22 79:25
81:5 85:21 143:25
223:14,17 224:2,3
241:10,11,13 243:20
245:10 257:8 272:8
275:4,14,16,20,21
276:4,13,23
**represent** 4:19 10:23
92:12 137:6 197:24
216:12
**representation** 83:14
180:7 181:4 185:8
195:4 198:25
**representations**
179:15 180:20 185:22
193:8
**representative** 5:2,8
92:6 145:7 170:10
261:14,25
**representatives** 123:3
179:14,19 194:9
**represented** 194:21
195:19
**representing** 92:3
**Republican** 194:22
196:12,19
**request** 12:24 14:12,
15 18:9 32:4 45:20
53:6 54:25 59:13
60:23 66:2,22 68:8
70:8,14 71:15 80:25
83:4 118:2 135:7,11
160:5,18,19,23
193:15 222:2 248:6,8
**requested** 42:20 45:10
54:15 55:10,13 57:18
65:19 66:5,19,22
70:5 84:4 86:6
88:10,23 114:21
120:25 121:3 122:2
138:17 151:8 224:16
237:3 245:10,12
**required** 180:2
**research** 11:21 18:9
31:4,5 34:22 38:19
42:25 43:2 51:10,14
54:17 71:14 75:18,21

77:16 87:22 117:3,9
130:19 133:6,11
134:14 156:2,3,6
157:9 180:2 192:2
220:3 221:25 222:2
232:13 240:19 246:11
250:22 256:9 257:17
276:13
**researched** 31:10,11,
14 32:9,13 218:18
**researching** 34:5
**reside** 27:17,20
**resides** 27:24 148:22
**resources** 84:5 118:12
**respect** 61:18 68:4
181:15 190:13 234:16
269:25
**respectful** 62:3
**response** 110:12
172:10 220:22 254:3
**responses** 23:7 26:14
97:19,23
**responsibilities** 97:8
**rest** 74:13
**restate** 19:6
**result** 168:4
**results** 245:23,24
252:3 253:4
**retain** 157:8
**retainer** 200:15
**retract** 164:17
**retroactively** 31:22
**return** 65:6 112:10
113:16 141:9 174:13
175:12 200:24 201:15
205:4,8 206:3
**returned** 205:17,23
**reveal** 138:4,9 183:16
**revealing** 167:22
**review** 20:3 30:19
52:12,16 53:4,23
85:19 103:22 104:3
144:14 152:23 214:2
**reviewed** 8:16 53:21
95:8,24 143:24
**reviewing** 217:11
**revise** 53:24 177:15
**revised** 177:13
**Rich** 156:9,10,11,14,
15

**right-hand** 60:3 112:3
158:16
**ring** 253:7
**risk** 131:24
**road** 6:18 83:11
246:23
**roll** 138:13
**room** 6:3 131:21
138:24
**roughly** 92:25
**royal** 119:3 182:11
**rude** 49:18
**rule** 37:24 38:6
258:15,23
**rules** 107:2
**rushing** 246:22
**Russian** 73:14 119:2
182:10 194:24
197:21,24

---

## S

**S-H-I** 163:11
**sake** 208:21 210:22
**sat** 256:11
**Saturday** 176:6 234:5
**save** 22:10
**scenario** 209:23
210:11
**schedule** 60:19 71:9
73:8 176:17 234:4
**Schmit** 4:14,18 7:8,
15,24 11:16,23 16:8
19:9,14 20:20 21:17,
21 23:3,10 24:21,25
25:23 26:10,19 38:21
41:12,20,25 42:4,9,
18 45:17 48:15 49:14
50:6,15 51:6,12
81:24 84:11 86:11,16
88:8 98:4,13,19
102:7 103:8,14
126:24 127:18
135:16,22 138:5,15
141:22 150:20,25
155:10,14 156:25
158:4,10 159:24
160:7 161:21 162:3
164:19,25 166:25
167:7 189:11,15
190:2,8,12 203:18,21

206:23 208:10,15,19
212:2,13,16,22 214:8
216:22 217:3 219:6,
12 224:19,25 230:11,
16 234:18,24 239:25
240:7 244:2,8 254:5,
11 262:19,25 263:7
271:19,23 272:20
273:4 277:5
**scope** 19:11 112:10
113:12,14
**screen** 83:20 103:12,
19 146:22,23 191:10
224:23 230:14 234:22
240:5 244:6 254:9
263:5 273:2
**screwed** 247:24,25
**scrolled** 236:17
**search** 118:2
**seat** 123:20 132:8
234:13,14
**sell** 120:16,22 130:13
**send** 41:5 43:18 64:6,
8 174:7,21 229:7
**sending** 159:16,19
**sense** 77:13 115:15,16
131:2 133:17 135:15
169:7,17,20 173:7
188:11 192:17,19,20,
21,22 243:22 247:14
264:5,7 266:6
**sensitive** 222:20
**sentence** 201:19 202:4
247:21,22 250:12
252:8 258:11
**separate** 180:22
**separated** 134:18
**Serena** 162:17
**series** 5:10 103:18
225:5 240:11
**seriousness** 65:2
174:24
**served** 182:2
**service** 28:9,11,12
30:15
**set** 6:10
**setting** 210:21
**shaded** 225:20
**shape** 80:5 157:20
170:20

shared  109:9
shareholders  258:25
sheet  197:9
sheets  83:13
Shi  163:11,12
shocked  64:13,14
  173:10 193:18
short  54:13 155:21
  180:2
short-circuit  245:22
shortly  11:3 25:21
shot  103:12 191:11
  224:23 230:14 234:22
  240:5 244:6 254:9
  263:5 273:2
shots  103:19
show  56:13 119:4
  129:8,9 134:9 143:22
  173:9 191:10,11
  274:3 275:14
showed  65:24 121:4
  171:7,13
showing  122:7 171:16
  174:24
shown  238:13
shows  65:2 159:2
  185:12
sick  186:21
side  60:3 174:25
  175:10 199:4
sides  73:18 113:15
  135:11,12
sign  29:11 65:12,14
  71:4 173:5 175:25
  176:11,19,25 177:5,
  21 178:5,6 226:11
  236:5,6
Signal  64:22 65:8
  151:21 152:15 174:9,
  25
signature  23:19 60:2
signed  10:21,22,24
  12:5 26:3 30:12
  40:17 43:2,8,21 50:7
  64:16,25 67:3 69:16
  73:8,18 82:13 85:20
  99:13 108:23 113:22
  143:17 147:10 174:18
  175:14 205:14,16,17
  206:5,15,20 215:16
  226:20 245:10,13

264:11 273:23,24
  274:5,17 275:22
significant  118:23
  181:25
signifying  158:25
signing  70:18 199:12
  229:5
signs  102:4
silly  131:10
similar  120:11 156:21
  221:9
simple  165:6
simply  140:16
simultaneously  177:3
single  51:4
singular  39:15,16,19,
  20
sir  266:2
sitting  15:7 133:16,
  21 146:20 209:20
  268:13 270:11
situation  174:19
  221:10
skilled  179:24 181:16
  184:8
slow  127:21 189:24
Smith  137:11,12
  178:8,9,11,16
so-called  78:16
  144:10 151:13
social  31:4 33:23
  35:9 37:17
sole  231:4
solid  73:3
sophisticated  187:18
  188:5 194:21 195:19
sort  267:15
sorts  241:23
sound  10:25 216:10
  253:2
sounds  148:21 156:15
  187:25 191:16 242:5
  267:19
source  50:3
sources  50:22
space  251:15
speak  94:2 95:11
  96:10 261:7,11,18
speaking  13:20 52:19
  235:14 253:20

speaks  20:15 61:5
  202:12
special  122:23
specific  83:24 89:19
  227:2 274:21
specifically  4:25
  108:21 109:4 132:7,
  11 142:10 181:15
  183:25 185:19 187:10
  220:23 221:6 223:5
  249:4
spell  9:22 10:2
spelled  27:5
spelling  156:24
spent  56:2 253:12
spies  124:7
spirit  264:10
spoke  37:21 151:11
spoken  16:21,25 46:3
  96:2 163:5,15 178:23
  227:24
spread  83:13
spreadsheets  83:15
Spring  18:15 19:14
  20:4,8,11 23:25
  24:2,11 25:10,16
  28:10,16 29:10
  48:14,16,22,25 49:6
  102:24 230:9
Spring's  48:18
Springs  21:23 22:2,21
  36:3 46:6 48:5,12
  49:20,23 50:17,21
  101:16 102:2 104:19
Springs'  50:2
Stacy  163:11,12
stage  178:8
stair  188:19
stake  206:25
stand  200:5
standard  42:5 55:20
  250:24 251:6
standing  146:21
start  49:9 72:21 82:3
  90:18,20 139:6 141:3
  143:17 147:11 186:18
  242:5 253:21 265:20
started  71:5 89:9
  119:19 152:13
state  4:3,7,16

stated  16:9 177:19
statement  13:21
  112:16 142:6 161:15
  188:19 192:8 195:18,
  23 198:14,16,17
  228:10 233:16 267:4
  273:15
States  27:25
station  151:16
  152:17,25 153:9
  217:20
stay  65:4 123:19
  199:25 200:18 234:7
steal  33:2
stealing  83:7
step  24:24
stop  94:19,20 138:2
  150:6 186:19 253:23
stopper  129:8,9,10
stories  182:15
straightforward
  266:16
strategic  4:20 8:5
  12:6 31:24 32:3,8
  40:17,21,25 52:3,8
  54:3,6,10,14 55:10,
  13 57:17 59:8 60:13
  66:2 69:3 77:25
  115:21 117:4,9,19,24
  120:6 125:4 133:5,18
  141:9 142:3 143:3
  144:2,15 149:2,6
  157:9,10,20 159:3,
  14,19 161:4 168:4,11
  170:2,14,20,21
  171:13 173:14
  179:14,20,23 180:15,
  16 181:9 182:24
  185:14,18 194:10
  197:16,23 198:9,14
  200:2,23 201:15
  203:14 204:8,25
  205:13 206:9 207:13,
  15,25 209:3,8 210:2,
  24 215:17,19 217:23
  218:9,14 220:12
  238:17 239:13 253:12
  270:4 274:3
strategy  30:6 75:5
street  4:11 37:16
  39:7 124:6

stressed  57:24 70:9
stuff  73:14 122:8
subject  231:18
submitting  271:4,18,
  22
Subscribed  277:20
subsequent  154:10
substance  80:17 81:10
  96:8 145:12
substantial  168:5
sued  156:20
suffered  168:5
  268:15,20
suggest  63:22 80:3
summarize  76:8
Sunday  176:6,18 234:8
super  134:13
supplied  83:14
support  45:8
supporting  45:13,18
supposed  20:18 41:3
  79:6 128:15 175:25
  176:19 204:20 226:2,
  9
surprise  171:24
surprised  130:11
  132:13 172:3
suspected  32:25
SVUS  103:19 212:10
  213:4
sweating  146:14 249:9
Swiss  78:10
switches  241:20
Switzerland  78:10
sworn  4:3 277:20
system  82:11,15,18
  190:19,25 245:19

---

**T**

table  137:23
taking  69:3
talk  24:25 64:19
  78:24 85:14 108:8
  150:7 156:19 182:23
  186:19 193:25 213:16
  215:15 227:8 246:21
  256:7,18 275:24
talked  112:6 121:22
  175:11 274:19 277:3

talking  78:14 79:21,
  23,25 82:16 86:17
  88:13 103:2 110:14
  117:17 131:11 133:9
  162:14 178:14 186:15
  203:24 208:20
  228:10,21 255:19
  270:24 272:19 274:24
talks  33:23
tank  54:11 228:11
Target  32:7
targets  38:18 254:19
team  54:12,16 55:18
  59:3 74:9 75:3,4,14
  76:11 80:21 82:17
  147:16 179:24
  181:16,23 182:4
  183:4 184:8,18
  187:15,16 235:18,25
  245:8 246:11 248:11,
  13 250:23 251:14
  252:21 255:10,23,25
  258:9,18
teams  59:8 241:24
  257:16
tech  154:22
technical  174:21
  253:2
technology  82:11
telegraphic  160:4,17
telephone  72:12 94:9
telling  249:11
tells  13:12
ten  105:25 139:7
  140:14 146:5 149:21
  150:21,24 241:12
  245:15
tenure  52:20
term  32:2 47:15 54:13
  57:9,15 84:6,13
  148:13 174:11 184:2,
  9 210:19 231:13
  246:13 275:19
terminate  141:7,8
  204:18
terminated  47:16
  157:21 200:25
terminating  142:11
termination  141:12
  148:4 155:20 166:23
  204:13 209:5

**terms**   47:11 53:11
  65:4 76:19 78:24
**TESKE**   13:24 35:12,17
  36:21 63:19 101:6
  105:22 106:3 109:11
  110:17 111:2 112:23
  126:19 129:13 133:8
  142:7 154:24 155:5
  158:3 164:9 194:7,14
  213:18,24 215:25
  223:13,20 232:15
  242:20,24 244:14
  246:14,24 248:22
  251:2,9,21 256:23
  257:10,19 258:3
  261:22 262:7 264:8,
  23 267:17 269:8
  271:6,12 276:19,24
  277:10
**testified**   4:5 259:14
  268:17
**testify**   8:20 16:5
  207:23
**testifying**   130:21
  261:25
**text**   64:8 90:14
  103:12,19 152:14,15,
  16 172:6 174:8,9,17
  195:11 206:2 220:19,
  21 221:7 224:23
  225:5,16 230:14
  234:14,22 240:5,11
  242:12 244:6 252:9
  254:9,16 263:5,11,19
  265:12 273:2,15
  274:7 275:25 276:2
**texted**   64:20,23
**thing**   5:15,25 87:2
  114:13 173:13 187:24
  193:17
**things**   62:17 88:24
  89:14 93:13 152:22
  167:24 246:22 256:16
**thinking**   156:18
**thought**   84:25 117:17,
  23 120:6 130:8
  132:15 172:18 232:18
**thoughts**   170:6
**three-month**   205:7
**three-page**   135:20
  136:2

**thumb**   80:9
**tickets**   271:2,3
**tie**   270:23
**time**   5:18 6:10,19
  7:10,16,20 11:19
  14:24 15:8,14,19
  22:10 23:5 26:6
  28:19,20 42:20 51:8
  65:17 68:20 69:15
  79:8 84:7,9 88:10
  92:25 99:4 103:10
  104:2 106:13 114:21
  115:11 119:21 124:10
  129:3 130:19 132:24
  135:18 137:21 138:17
  147:11 150:10
  151:10,11 154:2,3
  158:6 159:22 160:2
  161:23 164:16,21
  167:3 174:20 177:2
  178:22 180:23,24
  181:3,5,6 195:5
  202:23 203:6 212:18
  216:23 219:8 222:19
  224:21 230:12 233:17
  234:12,20 237:5
  240:3 244:4 249:17,
  19 251:19 253:13
  254:7 263:3 264:25
  266:11 272:24 273:18
**timeframe**   114:20
  180:3
**timeline**   73:11,16
  147:9 265:11 267:20
**times**   37:15 39:6
  55:16 72:18 84:13
  101:14 140:3,8
  148:14 181:2 185:24
  186:16 187:6 209:14
  210:2 237:14 245:14
  256:12 265:24
**timing**   207:10
**tired**   187:2
**title**   23:25 97:4
**today**   8:21 15:7 92:4
  95:21 112:14 114:12
  130:22 133:22 147:25
  169:21 170:10 268:13
  269:13 270:11
**today's**   91:7,13,16
  92:20 96:2 261:8
  266:25

**told**   9:10,13,16 11:9
  17:7 29:20,25 44:4
  53:22 54:10 55:23
  60:13 64:7 67:10
  68:9 69:2 70:23 72:6
  79:9,11 83:5 85:4
  93:24 95:15 96:4
  97:11 99:25 100:3,5,
  21,25 107:9,21
  108:7,17,22,24
  118:16 119:7,10
  127:5,8 128:9,21,22
  132:7 147:6,8 152:16
  163:25 164:6 165:17
  169:16 175:6,7
  176:24 178:2 181:11
  183:14 188:18 198:9
  221:7 223:24 224:5
  226:15 227:6 234:2
  237:4 258:13 261:10
  267:7
**top**   104:7 109:16
  218:12 221:13
  225:12,23 231:3
  236:15
**topic**   150:22
**topics**   6:21 8:12,16,
  19 16:4,6,9
**total**   58:17
**totally**   56:7 102:9
  134:18 218:20 221:10
  241:9,11
**touch**   236:13
**track**   21:15 151:17
  152:17 217:20
**tracking**   31:4 187:18
  188:6 222:2
**train**   234:3 237:6
  271:2
**transaction**   159:2
**transcript**   277:9
**transfer**   64:7 66:7
  116:14 159:13 160:4,
  18
**transferred**   255:25
**translated**   61:4 70:25
**translation**   61:2
  105:9
**transported**   79:10
**Travel**   270:19
**traveled**   270:25

**triggers** 241:23
**trip** 126:8 128:8
241:25
**trips** 122:25
**trouble** 237:20
**true** 85:10 87:3 100:8
139:13,14 195:18,21,
22 196:7,10 197:5,7,
11,20 198:3 273:20,
21
**trust** 62:4
**truth** 87:3 267:10
**truthful** 5:12
**Tuesday** 94:14,25
112:19
**turn** 8:11 23:16 26:20
109:14 114:4
**two-page** 263:11
**type** 18:11 256:8
271:5

---

**U**

**U-A-N-G** 26:17
**U.S.** 4:21 57:6,8
148:23 172:2 199:11
**Uh-huh** 153:5
**ultimately** 62:9 63:2
65:15 177:21
**unable** 267:14
**unaffiliated** 48:6
**uncomfortable** 189:23
**understand** 5:16,18
12:17 18:5 19:17
21:20 22:25 31:7
32:5,19 34:9 39:13
48:8 49:12 72:11
79:3 83:21 87:18,23
88:13 89:21 132:14
140:20 154:4 180:10
198:17,24 201:8,9
207:3,20 242:12,14
245:20 246:2 247:8
249:12 252:12 254:19
256:2
**understanding** 6:4
34:4,11,12,21 42:24
44:19 54:5,8 55:3,21
57:15 58:20 60:11,20
64:17 70:11 72:19,
20,24 73:10 74:7,22

75:23,24 76:16,18,19
77:6 81:7,16 83:2
84:3,15,17 94:17
96:25 105:5,7,12
106:18,20 109:19,21
112:21 113:6,12
114:10 119:12,17
127:16 130:12 131:13
132:3,5 134:24 135:3
140:25 142:14
144:18,22,25 168:8
169:13 184:17 188:15
189:17 199:16,23
201:7 205:15 208:14
229:10 244:24 245:2,
16 255:21 256:2
258:13,17 275:5,12,
18,20 276:9,10
**understands** 266:17
**understood** 17:2
247:23 249:21
**unexpected** 174:19
**Union** 152:17,25
**United** 27:25
**units** 58:21
**unofficial** 101:23
**unquote** 86:19 88:3
**unreasonable** 114:13
**unrelated** 204:19
209:6
**urgently** 38:2
**USB** 80:9,12 236:4,6,
8,9 238:8

---

**V**

**valuable** 73:4,15
74:14,16,17 75:11
76:10 78:23 80:20,24
81:3,9 84:14,17,25
85:16 86:19,25 87:2,
7 88:3,15,16,17 89:5
146:24 148:2
**vendor** 14:18,20
**verification** 23:17
**verified** 19:15 21:4
97:19 100:4
**verify** 22:21 24:4
100:16 182:15 195:8
**version** 65:14,16
66:6,7,8,9 69:11,14

70:24 137:17 177:7,
12,22 227:18,19
**versus** 188:9 191:25
**vetted** 120:5
**vice** 39:9
**video** 83:23
**view** 32:16 56:6 57:14
128:25 201:11
**viewed** 132:15
**virgin** 145:14,16
**Virginia** 12:23 13:20
69:8,21 175:23
226:16 271:2
**Vision** 4:21 12:6
31:24 32:3,8 40:17,
21,25 52:3,8 54:3,7,
10,14 55:10,13 57:17
59:8 60:13 66:2 69:3
77:25 115:21 117:4,
10,19,25 120:6 125:5
133:5,18 141:9 142:4
143:3 144:2,15
149:2,7 157:10,20
159:3,14,20 161:4
170:2,14,20,22
171:14 173:14
179:14,20,24 180:15,
16 181:9 182:24
185:14,18 194:10
197:16,23 198:9,14
200:2,23 201:15
203:14 204:8,25
206:9 207:13,15,25
209:3,8 210:2,24
215:17,19 217:23
218:9,14 220:12
238:17 239:13 253:12
270:4 274:3
**Vision's** 8:5 168:4
205:13
**visit** 123:8,10 128:15
233:23
**visited** 137:21
**voice** 189:8,12,18
**voluntarily** 186:15

---

**W**

**W-A-I** 163:11
**W-A-N** 9:23
**Wai** 163:11,12

**wait**  211:24 212:11 267:20

**waiting**  153:8 154:14, 16 222:24 243:19 250:4

**walk**  124:6

**walking**  132:23

**wall**  37:16 39:7 82:19 187:24 188:14 190:14,17 191:8,9, 14,21 193:5,9,17,22

**Waller**  86:21 87:8 88:2 103:3 117:10, 19,24 120:7 148:17 151:4 153:21 171:6 179:22 180:18 183:3 188:25 197:17 215:7 216:13 222:4 232:24 233:11 244:19 245:6 250:18 254:2,17 263:22 264:17 275:10,23

**Waller's**  184:4 255:23 273:15

**Wallop**  54:10,15 55:10,16 57:17,23 58:25 60:13 62:3 64:8,20,21 65:25 66:9 67:2,10,17 68:3,16,24 69:6,19, 23 70:9 77:25 78:9 79:10 80:3 82:7,10, 16,22 83:6 85:14,16 86:21 87:7,25 88:15 89:4,11 90:8 103:3 105:8 110:4 114:8 117:10,19,24 118:8, 20,21 119:7,18 120:7,12,15,19 123:8,13,17 126:12 129:19 130:8 131:17 134:12 137:22 138:20 139:19,21 140:3 145:13 146:15 147:2 148:17 151:4,25 152:15 153:21 165:18 166:3 171:6 173:14 174:8 176:4 177:13 178:15 179:21 180:17 182:12 183:4 186:14 188:25 190:16 196:2, 18 197:17,18 215:7 216:13 222:4 225:14

226:17 227:7,8,17 228:2 236:23 237:19 241:3 242:10 243:5 245:6 248:12 251:11 265:14

**Wallop's**  59:21 69:8, 21 184:3 233:10,16, 22 237:13

**Wan**  9:21

**Wang**  4:9,17,18 5:1 6:1 7:1,9,22,25 8:1 9:1 10:1 11:1,21 12:1 13:1 14:1 15:1 16:1 17:1 18:1,14 19:1 20:1 21:1 22:1 23:1,8,21 24:1 25:1, 24 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1,10 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1,18 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1,12 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1,20,23 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1

155:1,15 156:1 157:1 158:1,8 159:1 160:1, 6 161:1,25 162:1 163:1 164:1,23 165:1 166:1 167:1,5 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1,7,20 213:1 214:1 215:1 216:1,25 217:1 218:1 219:1,10 220:1 221:1 222:1 223:1 224:1,23 225:1,2 226:1 227:1 228:1 229:1 230:1,14 231:1 232:1 233:1 234:1,22 235:1 236:1 237:1 238:1 239:1 240:1,5 241:1 242:1 243:1 244:1,6 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1,9 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1,5 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1,2 274:1 275:1 276:1 277:1,18

**wanted**  115:12,20,22 135:13 157:9 183:5 192:25 193:5 208:2 227:5 268:6

**wanting**  110:25

**Washington**  37:15 39:6 104:11 106:24 107:5 118:10,13 123:2 176:17 226:16 227:11

**watch**  187:24

**waterline** 54:3,6,9,
   11,14,22,23 55:5,9,
   17,24 56:3 58:5,13,
   25 59:5 60:5 61:11
   66:16,24 67:16,21
   68:5,10 69:2,9 70:13
   115:17,22 176:9
   226:24 228:11 229:3
   241:9
**waterlined** 59:3
**week** 67:4
**weekly** 71:9 73:19
   143:10,18 145:2
   223:15 245:9
**weeks** 139:23 274:4
**weird** 132:6,12,21
   173:13
**whatsoever** 171:21
   259:8 262:11
**whistle** 34:16 35:4
   39:8 222:14 267:8
**white** 73:3
**Wikipedia** 73:13
**William** 157:14,17
**wire** 43:9 63:23 64:7
   66:6,12 67:11,18
   108:6 116:14 159:13,
   16,19 160:25 161:5,
   10,14 172:24 174:7
**wired** 40:16,24 57:7
   64:24 67:24 205:12,
   18
**wiring** 40:20 170:21
**woman** 127:9
**wondering** 97:20
   172:21 184:8
**word** 72:17,19 83:22
   85:25 111:20 130:23
   146:6 172:14 184:3
   275:2
**words** 12:20 44:20
   59:6 65:11 93:3,14
   111:14,19 180:19
   181:20,22 185:2
   200:11 204:17 210:7
   211:5 248:2 250:8,
   10,11,15,20 276:8
**work** 18:24 21:25
   22:19 29:8 35:22
   48:5,6,12 49:21
   50:9,25 59:9 62:17
   75:14,16 76:22,23

77:2,3,8 101:25
   104:13,14,17,18
   118:18 127:17 134:21
   142:12 154:23 157:4,
   19 182:23 186:11
   207:16 209:8 211:6
   222:14 229:16 230:2
   242:6 275:11,15
**worked** 75:12 208:2
   211:3 257:16 264:16
   276:12,16,22
**working** 20:7 54:12
   75:6 147:16 229:23
**works** 104:16 135:10
   256:13
**worth** 126:14
**wrap** 150:18
**write** 80:4
**writing** 114:14
**written** 79:13,14,20
   80:4 119:7 197:9,14
   202:6
**wrong** 149:19 156:21
   220:24 237:21,23
   249:16 256:20 264:17
**wrongly** 249:21
**wrote** 109:24

---

### Y

**Y-I** 162:25
**Y-U** 157:14
**yard** 127:2
**year** 58:22,23 76:15
   93:11,15,18,20
   124:10,17,21 142:23
   176:2,7 222:21,22,24
   223:8 227:21
**Year's** 177:16
**years** 37:6 38:5
   105:25 106:2 155:2
**Yi** 162:25
**York** 4:4,12 18:15
   21:23 22:7,8 23:25
   27:23 37:15 39:6
   48:15 82:13 90:6,9,
   15 91:3 101:15 102:2
   104:18 106:12
   109:17,19 125:17
   132:23,24 139:20
   166:8 226:14 230:9

232:17,19 234:3
   236:21 237:7
**Yu** 157:14,17
**Yvette** 4:9,17 5:1 6:1
   7:1 8:1 9:1 10:1
   11:1 12:1 13:1 14:1
   15:1 16:1 17:1 18:1
   19:1 20:1 21:1 22:1
   23:1,21 24:1 25:1
   26:1 27:1 28:1 29:1
   30:1 31:1 32:1 33:1
   34:1 35:1 36:1 37:1
   38:1 39:1 40:1 41:1
   42:1 43:1 44:1 45:1
   46:1 47:1 48:1 49:1
   50:1 51:1 52:1 53:1
   54:1 55:1 56:1 57:1
   58:1 59:1 60:1 61:1
   62:1 63:1 64:1 65:1
   66:1 67:1 68:1 69:1
   70:1 71:1 72:1 73:1
   74:1 75:1 76:1 77:1
   78:1,2 79:1 80:1
   81:1 82:1 83:1 84:1
   85:1 86:1 87:1 88:1
   89:1 90:1 91:1 92:1
   93:1 94:1 95:1 96:1
   97:1 98:1 99:1 100:1
   101:1 102:1 103:1
   104:1 105:1 106:1
   107:1 108:1 109:1
   110:1 111:1 112:1
   113:1 114:1 115:1
   116:1 117:1 118:1
   119:1 120:1 121:1
   122:1 123:1 124:1
   125:1 126:1 127:1
   128:1 129:1 130:1
   131:1 132:1 133:1
   134:1 135:1 136:1
   137:1 138:1 139:1
   140:1 141:1 142:1
   143:1 144:1 145:1
   146:1 147:1 148:1
   149:1 150:1 151:1
   152:1 153:1 154:1
   155:1 156:1 157:1
   158:1 159:1 160:1
   161:1 162:1 163:1
   164:1 165:1 166:1
   167:1 168:1 169:1
   170:1 171:1 172:1
   173:1 174:1 175:1
   176:1 177:1 178:1

```
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1,18
```

---

**Z**

---

**Zachary**  95:25
**zeros**  158:17