# EXHIBIT H

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1

 2          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3  ----------------------------------------X

 4  EASTERN PROFIT CORPORATION LIMITED,

 5       Plaintiff/Counterclaim Defendant,

 6            -against-                    Case No.
                                          18-cv-2185 (JGK)
 7  STRATEGIC VISION US, LLC,

 8       Defendants/Counterclaim Plaintiff,

 9            -against-

10  GUO WENGUI a/k/a MILES KWOK,

11                 Counterclaim Defendant.

12  ----------------------------------------X

13

14

15           VIDEOTAPED DEPOSITION OF

16                 YVETTE WANG

17            New York, New York

18            October 30, 2019

19

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    Www.depo.com
23
    REPORTED BY:   TERRI FUDENS
24
    FILE NO:   ADOABD6A
25
```

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
EASTERN PROFIT CORPORATION LIMITED,

    Plaintiff/Counterclaim Defendant,

V.

STRATEGIC VISION US, LLC,

    Defendants/Counterclaim Plaintiff.
-------------------------------------------X

    Videotaped deposition of YVETTE WANG, a 30(b)(6) witness taken on behalf of Eastern Profit Corporation Ltd., the Plaintiff-Counterclaim Defendant herein, taken by the Defendant-Counterclaim Plaintiff pursuant to Court Order held at 620 Eighth Avenue, New York, New York, commencing at 9:55 A.M., Wednesday, October 30, 2019, before Terri Fudens, a Stenotype Reporter and Notary Public of the State of New York.

Page 2

APPEARANCES CONTINUED:
    GOLDEN SPRING (NEW YORK) LTD.
    In-House Counsel for Golden Spring
      162 E. 64th Street
      New York, New York  10065
      917.941.9698
    BY:  DANIEL PODHASKIE, ESQ.

        *   *   *   *

Page 4

A P P E A R A N C E S :

  HODGSON RUSS LLP
  Attorneys for Non-Party
  Golden Spring (New York) LTD.
    605 Third Avenue
    Suite 2300
    New York, New York  10158

  BY:  ERIN TESKE, ESQ.

  GRAVES GARETT LLC
  Attorneys for Defendant/Counterclaim
  Plaintiff - Strategic Vision US LLC
    1100 Main Street, Suite 2700
    Kansas City, Missouri  64105
    816.2563181
  BY:  EDWARD D. GREIM, ESQ.
    edgreim@gravesgarrett.com

    JENNIFER DONNELLI, ESQ.
    jdonnelli@gravesgarrett.com

  PEPPER HAMILTON LLP
  Attorneys for Plaintiff/Counterclaim
  Defendant - Eastern Profit Corporation, Ltd.
    1313 North Market Street
    Suite 5100
    Wilmington, Delaware  19801

  BY:  JOANNA CLINE, ESQ.

Page 3

I N D E X

| WITNESS: | EXAMINATION BY: | PAGES: |
|---|---|---|
| Yvette Wang | Mr. Greim | 15 |

E X H I B I T S

| EXHIBIT: | DESCRIPTION: | PAGES: |
|---|---|---|
| Wang 30 | Notice of Deposition | 18 |
| Wang 31 | A Loan Agreement Bates stamped Eastern-000278 to 280 | 97 |

EXHIBITS MARKED BUT PREVIOUSLY PRODUCED

| EXHIBIT: | DESCRIPTION: | PAGES: |
|---|---|---|
| Guo 2 | Limited Power of Attorney Bates stamped Eastern-000276 and 277 | 41 |
| Wang 2 | Research Agreement dated December 29, 20107 Bates stamped Eastern-000005 to Eastern 000009 | 140 |
| Wang 4 | A document titled Research Agreement dated January 1, 2018 and Bates stamped Eastern-000001 to Eastern-000004 | 162 |
| Wang 3 | A document titled Plaintiff Eastern Profit Corporation Limited's Responses and Objections to Defendant Strategic Vision US. LLC's First Set of Interrogatories. | 172 |

Page 5

2 (Pages 2 to 5)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

EXHIBITS MARKED BUT PREVIOUSLY PRODUCED
EXHIBIT:       DESCRIPTION:          PAGES:
Wang 12        A Name List            186

*** EXHIBITS RETAINED BY COUNSEL ***

Page 6

establish what knowledge each entity had, because I think they're probably coterminous, and then carve out -- you know, I think I will quickly identify any areas where they don't have the same knowledge, that I would knock those out.

But otherwise I would ask the great majority of my questions of the witness on behalf of both entities and make that clear on the record. That was the whole point of saving time to do the same witness in the same day. I think my opponents object. I'll let them go.

ERIN TESKE: Your Honor, these are two different depositions.

I'm sorry. This is Erin Teske on behalf of Golden Spring, New York today.

And these are two different entirely depositions. And despite what Mr. Greim believes in his heart, the information that the two entities

Page 8

MR. GREIM: We are just on the phone with Judge Freeman on the Strategic Vision/Eastern Profit case.

JUDGE FREEMAN: This is Judge Freeman.

MR. GREIM: Judge Freeman, we're back in the conference room, and now we have -- now we're on the record.

JUDGE FREEMAN: Okay. You've given your appearances to the court reporter?

MR. GREIM: Yes, we have.

JUDGE FREEMAN: All right. So who has an issue before you even started?

MR. GREIM: Right. Well, your Honor, we were going to start 15 minutes early. And basically the question is whether I must declare that I am starting with one of the two entities, finish all questions for that entity and move on to other one, or whether I can first establish -- my plan was to first

Page 7

have is not the same, and it is different. And it's very confusing for the witness who is wearing two hats to try to decipher whether Mr. Greim is asking questions in which capacity if it's not made clear that this is the deposition of Eastern, and this is the deposition of GSNY.

These should be being held on different days, plus for the fact that we're accommodating Mr. Greim's request.

MS. CLINE: Your Honor, this is Joanna Cline for Eastern Profit. I concur with Miss Teske.

From our perspective, Mr. Greim is again trying to argue the alterego with the account that has been dismissed, and conflate the two entities.

And Miss Wang is here to testify on behalf of two separate entities, and in our view it should be two

Page 9

3 (Pages 6 to 9)

**30(b)(6) Yvette Wang**
**October 30, 2019**

1
2  separate depositions.
3      JUDGE FREEMAN:  All right.  Hold
4  on a second.  I had issued an order,
5  which I assume you saw, where I said
6  that you can have another seven hours
7  with this witness, but I was assuming
8  that both depositions could be
9  completed within that time.
10     If the plaintiff and Golden
11  Spring really want these depositions
12  to be separate so that you might have
13  the exact same questions asked twice,
14  I'm not going to adhere to that
15  aspect of my ruling, and I'm not
16  going to limit Mr. Greim to one day
17  in order to complete both depositions
18  of both witnesses.
19     I will require Mr. Greim to
20  conduct them separately.  And he may
21  be very repetitive and be using a lot
22  more of this witness' time.  But you
23  will have more clarity of the
24  transcript, if that's what you want,
25  on the plaintiff's and non-party

Page 10

1
2  that to Mr. Greim.  I will tell
3  Mr. Greim to be reasonably tailored,
4  stay focused on the topics that I
5  permitted and the ones that were
6  agreed by the parties.
7      But the whole concept of
8  economies of scale, if you will, or
9  whatever you want to call it,
10  efficiency, was that this was one
11  witness who in some cases could
12  probably be speaking for both
13  entities in answering certain
14  questions.
15      You can probably cover it all
16  within seven hours.  I think that
17  although one was a continuation, the
18  other one was not.  And so the one
19  that was not is entitled to seven
20  hours if he wants to use them.
21      All right?
22      MR. GREIM:  Thank you, Your
23  Honor.
24      MS. CLINE:  Thank you, Your
25  Honor.

Page 12

1
2  side.  But the witness may have to
3  come back for more than one day.
4      MR. GREIM:  Your Honor, I'll do
5  it either way.  I felt very clear
6  that we were going to do it my way,
7  so to speak.  But we'll be back again
8  for some other people, and we can do
9  one today and do the other later.
10  I'll just leave it right now to my
11  opponents.
12      JUDGE FREEMAN:  I'll leave the
13  call also to plaintiff and the
14  non-party.  If you really want to be
15  separated, that's fine, but I'm not
16  going to limit Mr. Greim then to one
17  day.  The concept was that there
18  would be a lot that would be
19  overlapping.
20      ERIN TESKE:  Your Honor, I think
21  the scope of the deposition for GSNY
22  is such that it doesn't -- it
23  shouldn't require another day.
24      JUDGE FREEMAN:  But it may and
25  it may not, and I'm going to leave

Page 11

1
2      MS. TESKE:  Thank you, your
3  Honor.
4      JUDGE FREEMAN:  You're welcome.
5      MS. CLINE:  Let's go off the
6  record.
7      (At this time, a brief recess
8  was taken.)
9      THE VIDEOGRAPHER:  Good morning.
10  I am Thomas Del Vecchio, your
11  videographer.  I represent
12  Atkinson-Baker, Inc. in Glendale,
13  California.
14      I am not financially interested
15  in this action, nor am I a relative
16  or employee of any attorney or any of
17  the parties.
18      Today's date is Wednesday,
19  October 30, 2019.  The time is
20  10:15 a.m.  This deposition is taking
21  place at the office of Pepper
22  Hamilton, LLP, 620 Eighth Avenue, New
23  York, New York.
24      The case number is 18-CV-2185
25  entitled Eastern Profit Corporation

Page 13

4 (Pages 10 to 13)

1            Limited, plaintiff/counterclaim
2    defendant, versus Strategic Vision
3    US, LLC, defendant/counterclaim
4    plaintiff.
5            The deponent today is
6    Miss Yvette Wang.
7            This deposition is being taken
8    on behalf of defendant/counterclaim
9    plaintiff.
10           Your court reporter is Terri
11    Fudens from Atkinson-Baker.
12           Will counsel now please
13    introduce themselves.  After counsel
14    have introduced themselves, the
15    witness may be sworn in by the
16    reporter.
17           MR. GREIM:  This is Eddie Greim
18    and Jennifer Donnelli, counsel for
19    Defendant/Counterclaimant Strategic
20    Vision US, LLC.
21           MS. CLINE:  Joanna Cline, Pepper
22    Hamilton, counsel for Eastern Profit
23    and the witness.
24           MR. GREIM:  Could the record

Page 14

1             YVETTE WANG
2    reflect that also sitting in the room
3    with us today are Erin Teske, counsel
4    for Golden Spring New York Ltd., as
5    well as Daniel Podhaskie, who I
6    understand to be general counsel of
7    Golden Spring New York, Ltd. and is
8    here.
9           Mr. Podhaskie, can you state
10    your purpose for being here?
11           MR. PODHASKIE:  Corporate
12    representative of Eastern Profit.
13           MR. GREIM:  By virtue of the
14    Power of Attorney?
15           MR. PODHASKIE:  Correct.
16    Y V E T T E    W A N G, a 30(b)(6) witness
17    herein, having been first duly sworn
18    by Terri Fudens, a Notary Public of
19    the State of New York, was examined
20    and testified as follows:
21 EXAMINATION BY
22 MR. GREIM:
23      Q    Miss Wang, could you give us your
24 legal name and your address, please?
25      A    Legal name is Yvette Wang.  Address,

Page 15

1             YVETTE WANG
2 162 East 64th Street, New York, New York, 10065.
3      Q    And is that your residence, or is
4 that the address of Golden Spring New York?
5      A    This is the address of Golden Spring
6 New York.
7      Q    What is your residential address?
8           MS. CLINE:  Objection.  I'm not
9    sure you need her residential
10    address.  If you need to get in touch
11    with the witness, you can to do so
12    through our law firm.
13           MR. GREIM:  Well, counsel, in
14    case we need to subpoena her at
15    trial.
16           MS. CLINE:  She's here in her
17    corporate capacity, not her
18    individual capacity.
19           MR. GREIM:  So the witness
20    declined to give her residential
21    address?
22      A    Correct.
23      Q    You understand that you're here as
24 the representative of Eastern Profit, the
25 plaintiff/counterclaimant in this case --

Page 16

1             YVETTE WANG
2 counterclaim defendant in this case?
3      A    Correct.
4      Q    All right.  And you've given a prior
5 deposition as the corporate representative of
6 Eastern Profit; correct?
7      A    Can you repeat again your question?
8      Q    Sure.  You've given a prior
9 deposition as the corporate representative of
10 Eastern Profit; correct?
11      A    Correct.
12      Q    And that is pursuant to a Notice of
13 Deposition; correct?
14      A    Sorry.  What's your question?
15      Q    That was pursuant to a Notice of
16 Deposition?
17      A    What do you mean pursuit of?  Can you
18 explain?
19      Q    Someone gave you a Notice of
20 Deposition and it listed topics.  Do you recall
21 that?
22           This is for your first deposition.
23      A    Yes.
24      Q    And then you prepared yourself to
25 answer on those topics; right?

Page 17

5 (Pages 14 to 17)

**Page 18**

```
1            YVETTE WANG
2     A   Correct.
3     Q   And have you similarly prepared
4  yourself to answer questions on topics for today?
5            MS. CLINE:  Objection to form.
6       You can go ahead and answer.
7     A   I believe I prepared for today.
8     Q   Now the topics on which you are to
9  testify are listed in a Notice of Deposition which
10  has been modified by a court order and by the
11  agreement of the parties.
12            (Wang Exhibit 30, Notice of
13            Deposition previously marked for
14            Identification as of this date.)
15     Q   So I'm going to hand you -- here we
16  go.  I'm going to hand you what we've marked as
17  Exhibit 30, and I'm going to ask you to pass one
18  over to your attorney.
19            From now on I'm going to give you two
20  copies of everything.  One I want you to keep in
21  front of you that has the actual number on it, and
22  then just hand the other one over to your
23  attorney.  Okay?
24     A   I cannot.  One you have an exhibit
25  sticker.  Another one you do not have.  What do
```

**Page 19**

```
1            YVETTE WANG
2  you want to do with this?
3     Q   I want you to keep the exhibit
4  sticker one in front of you.
5     A   Okay.
6     Q   And I'm going to hand you -- I want
7  you to hand the other one to your attorney.
8     A   This one; right?
9     Q   Yes.  It just occurred to me that
10  that will be the easier way to do this.
11            Now if you look on the third page of
12  this, do you see a listing of topics?
13     A   Yes.  There are topics here.
14     Q   Okay.  Listen to my question
15  carefully here.
16            These are the seven topics that you
17  originally prepared for on your first deposition;
18  isn't that right?
19            MS. CLINE:  I'm going to object.
20            Her original deposition was a year
21            ago or January of this year.  Excuse
22            me.  This isn't really a memory test,
23            so I wish we could just move along
24            and get to the substance.
25     A   When was my first deposition?
```

**Page 20**

```
1            YVETTE WANG
2     Q   Your first deposition was January 31,
3  2019.
4     A   It's about 10 months ago; right?
5     Q   Almost.
6     A   Okay.  Thank you for reminder.
7     Q   Okay.  And you prepared today for a
8  narrower set of topics than those seven; is that
9  right?
10            MS. CLINE:  Objection to form.
11     A   Can you repeat again?
12     Q   You prepared today for a narrower set
13  of topics than those seven; correct?
14     A   You mean this seven topics?  They
15  were the topics in my first deposition --
16     Q   Right.
17     A   -- about 10 months ago.
18     Q   Right.
19     A   And you're asking me did I prepare
20  less than seven topics for today.  Is that your
21  question?
22     Q   Sure.
23     A   The answer is yes.
24     Q   Okay.  Now before your last
25  deposition, you had not spoken with a
```

**Page 21**

```
1            YVETTE WANG
2  representative of Eastern Profit; correct?
3            MS. CLINE:  Objection to form.
4     A   What's the question?
5     Q   Before your last deposition, you had
6  not spoken with a representative of Eastern
7  Profit; correct?
8     A   Before my last deposition?  I don't
9  remember that.  10 months ago is a long time.
10            MS. CLINE:  She's going to
11            object to the line of questioning.
12            The judge has already given you the
13            opportunity to take additional time
14            with this witness.
15            I'm not sure why you need to
16            establish the extent to which she was
17            prepared the last time.  Let's just
18            move to the substance.
19            MR. GREIM:  Please.
20     Q   Who have you spoken with to prepare
21  for today?
22     A   My lawyers.
23     Q   Who are your lawyers?
24     A   Joanna right here.
25     Q   Who else?
```

30(b)(6) Yvette Wang
October 30, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

2  A   Just my lawyer, I believe.
3  Q   So only with Miss Cline?
4  A   Yes.
5  Q   Now did you speak with any nonlawyers
6  in preparation for your testimony today?
7  A   For today?
8  Q   Mm-hmm.
9  A   No, I didn't.
10  Q   Did you speak with any representative
11  of Eastern Profit other than Miss Cline in
12  preparation for your deposition today?
13        MS. CLINE:  Objection to form.
14  A   I briefly ask some question.
15  Q   Okay.  Of whom?
16  A   The director and a representative of
17  Eastern Profit.
18  Q   Okay.  Are those two different people
19  or the same person?
20  A   Two different people.
21  Q   Who is the director of Eastern Profit
22  that you spoke with?
23  A   Mei Guo.  M-E-I G-U-O.
24  Q   Okay.  And who is the representative
25  that you spoke with?

Page 22

YVETTE WANG

2  A   Mr. Han, H-A-N.
3  Q   Is this Mr. Han Chunguang.
4  A   Correct.
5  Q   C-H-U-N-G-U-A-N-G; right?
6  A   C-H-U-N-G-U-A-N-G, yes.
7  Q   Does he sometimes go by Hank Han?
8  A   I don't know his English name.
9  You're talking about his English name?
10  Q   Yes.  You never heard him called Hank
11  before?
12  A   I don't know that name.
13  Q   When did you speak with Mei Guo?
14  A   I don't remember clearly.  Like a
15  couple of month ago.
16  Q   Was it in preparation for this
17  deposition?
18  A   I believe not because this deposition
19  was just ordered like a couple of days ago.  How I
20  can prepare this deposition, it involves like a
21  couple of month.
22  Q   What did you speak with Mei Guo
23  about?
24  A   I don't remember clearly.
25  Q   Who is she?

Page 23

YVETTE WANG

2  A   A business woman.
3  Q   She's Guo Wengui's daughter; correct?
4  A   Correct.
5  Q   And she is the sole director of
6  Eastern Profit; is that correct?
7  A   Correct.
8  Q   Why did you -- well, let me ask you
9  this.
10        Did you speak to her in person or
11  over the phone?
12  A   I don't remember clearly.  Should be
13  like in person, yeah.
14  Q   And is it your testimony that you do
15  not remember what you spoke to her about?
16  A   Is there any problem?  Like a couple
17  of months ago if you ask me specific question, I
18  may be able to recall my memory about that
19  conversation because we met and we talk a lot.  I
20  don't know which is the answer you ask.
21  Q   Okay.  So it was a long conversation
22  with Mei Guo?
23        MS. CLINE:  Objection to form.
24  A   I don't remember.
25  Q   I'm trying to understand, you said

Page 24

YVETTE WANG

2  you met and you talked a lot.  What did you talk
3  about?
4  A   I don't understand your question.
5  Q   Did you talk a lot with Mei Guo when
6  you spoke with her a few months ago?
7  A   I don't understand your question.
8  Q   Where were you when you spoke with
9  Mei Guo in person a couple of months ago?
10  A   In New York.
11  Q   Where in New York?
12  A   A restaurant.
13  Q   Okay.  Who else was with you?
14  A   Just myself and her.
15  Q   Had you met her before?
16  A   Yes.
17  Q   Was this a social meeting or a
18  business meeting?
19        MS. CLINE:  Objection to form.
20  A   What is your definition?  What is
21  social meeting?  What is business meeting?
22  Q   What was the purpose of your meeting?
23  A   I don't understand your question.
24  Q   Why did you meet with her?
25  A   To ask her what is about Eastern

Page 25

7 (Pages 22 to 25)

YVETTE WANG

Profit.

Q    Okay.  So the purpose of the meeting was to ask her about Eastern Profit?

A    Kind of.

Q    Okay.  Well what was the other purpose of the meeting?

A    Chat about the Chinese Communist Party took more action mainland of China to persecute my colleagues or my friends.

Q    Who requested the meeting?

A    Myself.

Q    Why did you want to talk to her about the persecution of your colleagues on the mainland?

A    Chat.  Just chat.

Q    So during this chat, you also talked to her about Eastern Profit?

A    Correct.

Q    But at that time, as you said earlier, you did not know that this continuation deposition would be ordered?

A    What's your question?

Q    But at that time, as you testified earlier, you did not know that the continue

Page 26

---

YVETTE WANG

deposition would be ordered; did you?

MS. CLINE:  Objection to form.

A    Should I know by then what will happen after like a couple of month?  Fair; right?

Q    Right.  So the answer is no?

A    Correct.

Q    So why did you want to talk to her about Eastern Profit during this restaurant meeting?

A    Because Eastern Profit signed a Limited Power of Attorney authorize Golden Spring to handle this case.

Q    So were you reporting on the progress of the case?

A    What do you mean report?

Q    Tell.  Were you telling her about the progress of the case?

A    I told her.

Q    Okay.  And what did you tell her?

A    I told her Eastern Profit was cheated.  And Eastern Profit right now is in a lawsuit.  I probably need to know more, know more about Eastern Profit so I can help to deal with this litigation.

Page 27

---

YVETTE WANG

Q    What was her response?

A    She was upset and she said she didn't know anything about this.  And she ask me to handle everything.

Q    Okay.  How did you respond to her request?

A    I said -- I don't remember the clear precise quote, but I told her okay.  I have already dealing with this group of liars, and this case, I will handle this for you.  You don't need to worry because you don't know anything about this at all.

Q    How did you know that she didn't know anything about this at all?

A    I don't understand your question.

Q    How did you know that Guo Mei did not know anything about this at all?

A    Oh.  That is my guess because I ask her:  Did you hear or heard about these two liars, French Wallop and Michael Waller?  She said I don't know.

Q    Was this after Strategic Vision had filed its counterclaim in this case?

A    When did you file counterclaim?

Page 28

---

YVETTE WANG

Q    July 23rd.

A    Which year?

Q    2019.

A    Oh.  I don't remember that.  It's in summer, but I don't remember which month.  It's before you or after you.  I don't remember that.

Q    What else did you discuss about Eastern Profit?

A    I ask like I remember the general, like basic information about Eastern Profit.

Q    What did she tell you?

A    The bank.  The first thing she told me Eastern Profit bank accounts was frozen in Hong Kong.

Q    Okay.  What else?

A    Eastern Profit is a Hong Kong company.

Q    I think you knew that at your first deposition.  Do you remember that?

A    I don't remember that.

Q    What else did she tell you?

A    Before the bank accounts like was frozen, Eastern -- I don't remember that clearly.  Kind of she told me Eastern has

Page 29

8 (Pages 26 to 29)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  office in Hong Kong.  And Eastern Profit, they
3  have assets, yeah, because I was asking her about
4  the general, like basic information about this
5  company.
6      Q    Right.
7      A    So she told me these things.
8      Q    Do you remember anything else she
9  told you?
10          MS. CLINE:  I'm just going to
11      object to the line of inquiry.  There
12      is a narrow set of topics on which we
13      agreed and the court issued an order
14      that don't include, for example,
15      whether or not Eastern Profit has any
16      independent financial identities.
17          I'm not sure why we're delving
18      into every piece of every
19      conversation she had with Guo Mei,
20      and I think we should move on and get
21      to the substance of the deposition as
22      agreed upon.
23          MR. GREIM:  It's the only
24      natural person we've heard about, so
25      we're finally getting some relevant

Page 30

YVETTE WANG

1
2      testimony.  But I think we exhausted
3      the witness on this.
4      Q    I do have a question.  Did Guo Mei
5  mention to you Han Chung Uang?
6      A    Yes.
7      Q    What did she say?
8      A    I don't remember the precise quotes
9  again.  Kind of like she told me Mr. Han, she
10  trusted her -- trusted him, and he was running
11  Eastern before.
12          And Mei Guo, she has no problem or
13  issue with him, and having him still running
14  something on behalf of Eastern Profit.
15      Q    Did she say whether he actually still
16  was running something on Eastern Profit?
17      A    Sorry.  What's your question?
18      Q    Did she say whether he actually still
19  was running something on behalf of Eastern Profit?
20      A    You mean he; right?
21      Q    Right.
22      A    You're asking what time period?
23      Q    I'm trying to understand what she
24  told you.
25      A    Of course.

Page 31

YVETTE WANG

1
2      Q    So did she tell you during this
3  discussion that Hank, as you said, or Han Chung
4  Uang, was still running Eastern Profit at that
5  time?
6      A    In my understanding, yes.
7      Q    Did she tell you what he does for
8  Eastern Profit?
9      A    Not too much, because she expressed
10  like as a normal business if the bank account was
11  frozen or is frozen, what kind of business you can
12  continue.
13          But she emphasized Mr. Han as still
14  helping her to like manage the cars and -- yeah,
15  the cars.  Basically the assets of Eastern Profit.
16      Q    Did you say cars as in automobiles?
17      A    Yeah.  Driving car.
18      Q    Well, what else did she say about
19  Mr. Han?
20      A    Still I remember back to our like CCP
21  persecution chat.  Mr. Han has his family member
22  mainland of China also.  So they are threatened
23  and even arrested, integrated by Chinese Communist
24  Party also.
25      * Q    Did you tell Mei Guo that you're

Page 32

YVETTE WANG

1
2  member of the Chinese Communist Party?
3          MS. CLINE:  Objection.  This is
4      a deposition in her corporate
5      capacity.  This is not about Miss
6      Wong personally, and we really need
7      to move on and get to the substance
8      as to our agreement and the court's
9      order.
10          MR. GREIM:  Okay.  That's the
11      last question, and we'll move on to
12      your other prep for this deposition.
13          MS. CLINE:  No.  I object to the
14      question as beyond the scope.
15          MR. GREIM:  Well, the witness
16      opened the door by talking about this
17      persecution of Mr. Han.
18          MS. CLINE:  No.  No.  No.  I
19      object.  We can call the court on
20      this one if you want to, and we can
21      make a list of everybody, and we're
22      going to call the court.
23          You're asking her about
24      questions in her personal capacity,
25      and that's not why she's here.

Page 33

9 (Pages 30 to 33)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2          MR. GREIM:  We will just simply
3    mark that and keep going.
4          **Q    Okay.  You said you also talked to**
5    **Mr. Han Chung Uang who you characterized as a**
6    **representative of Eastern Profit.**
7          **When did you talk to Han Chung Uang**
8    **in preparation for this case?  Let me give you a**
9    **different question.**
10         **When did you talk with Mr. Han Chung**
11   **Uang in preparation for this deposition?**
12         A    Again, this deposition was ordered
13   like two, three ago.  How I can prepare something
14   which by then was not expected to happen with a
15   precise date?
16         My answer is I didn't talk to Mr. Han
17   right before this deposition was ordered.
18         **Q    Okay.  Fair enough.  I will ask you a**
19   **question that covers a little bit more.**
20         **I would like to know whether you have**
21   **gained information from talking to Han Chung Uang**
22   **that you will use to answer the questions today?**
23         A    Obtained?
24         **Q    Obtained.**
25         A    Yes, I did.

Page 34

YVETTE WANG

1
2          **Q    So when -- when were the**
3    **conversations that you had with Mr. Han Chung Uang**
4    **about Eastern Profit since your last deposition?**
5          A    When?  Since my last deposition.  My
6    last deposition is January of this year; right?
7          Yeah, the conversation for sure
8    happened in this year, yeah.
9          **Q    Okay.  So we know you did not talk to**
10   **him before your last deposition.  So my question**
11   **is that was January 31st, 2019.  When have you**
12   **talked to him since then to gain information about**
13   **Eastern Profit?**
14         A    A couple of months ago.
15         **Q    A couple of months ago?**
16         A    Yes.
17         **Q    Was that the only time you talked to**
18   **Mr. Chung Uang to gain information about Eastern**
19   **Profit?**
20         A    You mean after my first deposition?
21         **Q    Correct.**
22         A    Correct.
23         **Q    Was the conversation with Mr. Chung**
24   **Uang before or after your conversation with Mei**
25   **Guo?**

Page 35

YVETTE WANG

1
2          A    Should be after, yeah.
3          **Q    Why do you say that?**
4          A    Because was Mei Guo, as I said, in
5    summer, yeah.  With Mr. Han should be like end of
6    the summer.
7          **Q    Where did you meet with Mr. Han?**
8          A    I met him in the lobby of my office.
9          **Q    This is the 162 East 64th Street?**
10         A    Yes.
11         **Q    How long was your conversation with**
12   **him?**
13         A    Not very long.  Like 20, 30 minutes.
14         **Q    So did you talk right there in the**
15   **lobby of Golden Spring?**
16         A    The lobby?  I don't mean like a
17   public everyone goes in and out.  Yeah.  There is
18   a conference room in the lobby.
19         **Q    What did you ask Mr. Han?**
20         A    He asked me.
21         **Q    He asked you questions?**
22         A    Yeah.
23         **Q    What did he ask you?**
24         A    He told me he was chased by the
25   lender for the one minute.

Page 36

YVETTE WANG

1
2          **Q    For the what?**
3          A    One million.
4          MS. CLINE:  One million.
5          A    U.S. dollars.
6          **Q    I see.**
7          A    He told me he doesn't speak too much
8    English, and he asked me to handle this.
9          **Q    What do you mean the lender of the**
10   **$1 million?  What are you referring to?**
11         A    I don't remember precisely his quote.
12   He said kind of like as per the loan agreement,
13   Eastern should pay back the 1 million loan.
14         And he was not sure, and he doesn't
15   know about the litigation, so he ask me to
16   continue, help and handle completely.
17         **Q    Did Mr. Chung Uang say that someone**
18   **else told him that Eastern Profit should pay back**
19   **the million dollars, or did he tell you that**
20   **Eastern Profit should pay back the $1 million?**
21         A    He told me Eastern Profit borrowed
22   this 1 million, and now Eastern is unable to pay
23   back that.  He was chased.
24         **Q    Did he tell you who Eastern Profit**
25   **borrowed the money from?**

Page 37

10 (Pages 34 to 37)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  A   ACA.
3  Q   ACA?
4  A   ACA.
5  Q   Did he tell you that someone, a
6  person actually chased him around New York City
7  for the money?  I'm trying to understand what you
8  mean by chased?  What do you mean by chased?
9       MS. CLINE:  Objection to form.
10  Q   What do you mean by chased?
11  A   What do you mean by chased?  What do
12  you mean by chased, like a stalk.
13  Q   Did he explain to you what he meant
14  by chased?  Is that the word he used?
15  A   He speaks Mandarin, Chinese.
16  Q   True.  Okay.  What did he tell you
17  about the efforts of ACA to recover the
18  $1 million?
19  A   Oh, okay.  He mentioned to me he was
20  like called.  Called.  Called by a phone call.
21  Q   Called?
22  A   Yeah.  And, yeah, like called like a
23  couple of times he said.
24  Q   Did he say when he received the phone
25  calls?

Page 38

YVETTE WANG

1
2  A   I guess -- I couldn't guess, of
3  course.  Before he talk to me.
4  Q   Were they recent or they happened a
5  long time ago?
6       MS. CLINE:  Objection to form.
7  A   I didn't ask him, but he was saying
8  that he wanted me to continue handle all of this.
9  Q   What did he mean by all of this?
10       MS. CLINE:  Objection.
11  Foundation.
12  Q   What did you understand that he meant
13  when he said continue to handle all of this?
14  A   You're asking my understanding?
15  Q   Yes.
16  A   My understanding is we were
17  authorized by a limited POA to deal with the
18  contract until now including litigation, including
19  like now I sit in front of you to be questioned.
20  Q   Is dealing with ACA on the loan part
21  of the Limited Power of Attorney?
22       MS. CLINE:  Objection to the
23  form.
24  Q   Is that covered within the limited
25  Power of Attorney?

Page 39

YVETTE WANG

1
2       MS. CLINE:  Same objection.
3  A   What is your question?
4  Q   Is dealing with ACA on behalf of
5  Eastern Profit regarding the $1 million loan part
6  of GSNY's duties under the limited Power of
7  Attorney?  I'm asking you for your understanding
8  as Eastern Profit.
9       MS. CLINE:  Objection to form.
10  A   I don't know what you mean dealing
11  with.
12  Q   Communicating with ACA.
13  A   When?  From when to when?
14  Q   Today.
15  A   He didn't clearly say that in our
16  conversation, but my understanding should be yes.
17  Q   So Eastern Profit believes that it is
18  authorized to deal with -- I'm sorry.  Eastern
19  Profit believes that Golden Spring is authorized
20  to deal directly with ACA on repayment of the
21  loan?
22       MS. CLINE:  Objection to the
23  form.  We may be going beyond the
24  scope.  It's not a memory test.  If
25  you have a question about the POA,

Page 40

YVETTE WANG

1
2  you can put it in front of her and
3  ask her.
4  What's the question?
5  Q   Would you need to see the Power of
6  Attorney to answer that question?
7  A   Yeah.  That would be good.
8  Q   Okay.  Let's do that.
9       (Guo Exhibit 2, Limited Power of
10  Attorney Bates stamped Eastern-000276
11  and 277 previously marked for
12  Identification as of this date.)
13  I'm going to hand you what we marked
14  as Guo Exhibit 2.  We're not going to remark this.
15  I'm just going to hand you what we marked as Guo
16  Exhibit 2.  Please give one to your attorney.  And
17  you'll see it already says Guo Exhibit 2, and it's
18  Bates labeled 276 -- Eastern 276 to Eastern 277.
19  Do you recognize this document?
20  A   Yes.
21  Q   Is this the Limited Power of Attorney
22  that Eastern Profit granted to Golden Spring, New
23  York?
24  A   Yes.
25  Q   And is the negotiation of -- we'll

Page 41

11 (Pages 38 to 41)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

start with -- I'm going to break this apart.
Okay?
      I'm going to ask you about the loan
that Eastern Profit claims it has with ACA.  Okay?
My first question is is negotiation of that loan
between Eastern Profit and ACA one of the powers
that Eastern Profit granted Golden Spring under
this Power of Attorney?
          MS. CLINE:  You're asking her to
     read the document?
   Q   I'm asking for Eastern Profit's
testimony.  If you want to look at the document if
that would help, that's fine.  If you think you
personally know it, that's fine too.
          MS. CLINE:  This deposition is
     not about her personal knowledge.
   A   Can I read this?
   Q   Go ahead.
   A   (Reading)  What's your question?
   Q   I'll have the court reporter just
read it back.
          (The requested portion of the
     record was read back by the
     reporter.)

Page 42

YVETTE WANG

          MS. CLINE:  I'm going to repeat
     my objection to form.  You're asking
     the witness to interpret a document
     that speaks for itself and we can all
     read.
   A   This limited Power of Attorney in my
understanding is talking about Eastern Profit's
Corporation Limited authorized Golden Spring New
York Limited to deal with the contract with
Strategic Vision.
   Q   There's no reference to ACA in here,
is there?
   A   I didn't see that name on these two
pages.
   Q   So let me ask you this.  Separate and
apart from this Limited Power of Attorney, has
Eastern Profit asked Golden Spring New York to
deal with ACA regarding the purported Eastern
Profit ACA loan?
   A   What do you mean purported?
   Q   The loan.
   A   Okay.
   Q   Has Eastern Profit -- I'll repeat the
question.

Page 43

YVETTE WANG

     Has Eastern Profit asked Golden
Spring New York to deal on Eastern Profit's behalf
with ACA regarding the loan?
   A   You asked about when?
   Q   As of now.
   A   In my conversation with Mr. Han, he
mentioned to me or he asked me can you please
explain what is happening to ACA about this loan,
because I was or I am chased to ask before pay
back.  I don't know how to explain to ACA.
   Q   How did you respond him?
   A   I said okay.
   Q   Was this the first time Mr. Chunguang
had told you that ACA was trying to recover this
million dollar payment?
   A   I don't remember clearly, but yes.
   Q   Before your conversation with
Mr. Chunguang, had you heard from anyone, from any
other source, that ACA was trying to recover the
million dollar payment?
   A   What's your question?
   Q   Before this conversation with
Mr. Chunguang, had you heard from anyone, from any
other source that ACA was trying to recover the

Page 44

YVETTE WANG

million dollar payment?
   A   Yes, I did.
   Q   From where?
   A   I remember ACA mentioned this to me
also.
   Q   When was that?
   A   Kind of like by the -- long time ago.
By the end of or fall of 2018.
   Q   Who is the person from ACA who
contacted you?
   A   William.
   Q   William who?
   A   William Yu.
   Q   How do you spell that in English?
   A   William?
   Q   No. Yu.
   A   Y-U.
   Q   Is William Yu also sometimes called
William Je, J-E?
   A   I don't know his other name.
   Q   Does he also go by Je Kin Ming, J-E
K-I-N  M-I-N-G?
   A   I just know his name is William.
   Q   Did William reach out to you by phone

Page 45

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Page 46**

YVETTE WANG

1
2  or E-mail?
3       A    In the fall of 2018, like last year,
4  a year ago, I believe I met him in the restaurant
5  again.
6       Q    And he mentioned it over lunch or
7  dinner?
8       A    Dinner?
9       Q    Yes, over dinner?
10      A    Yes, dinner.
11      Q    Who else was present, if anyone?
12      A    Just me and him.
13      Q    What did he say?
14      A    About what?
15      Q    About the million dollar loan.
16      A    I don't remember precisely what he
17  said.  Kind of he asked, I heard you are cheated,
18  and then I briefly told her.
19      Q    Told him?
20      A    Yeah, told him.  Yeah.  We were
21  cheated by two liars.
22      Q    So did he demand repayment of the
23  million dollars from Eastern Profit?
24      A    You mean in our dinner?
25      Q    Yes.

**Page 47**

YVETTE WANG

1
2       A    He mentioned that.  Kind of a -- he
3  said we are expecting the result, but you are
4  cheated.  And the loan agreement, the loan kind of
5  like need to be pay back.
6       Q    What result did he say he was
7  expecting?
8            MS. CLINE:  Objection to form.
9       A    Generally they corrupted Chinese
10  official information.
11      Q    So William Je said he expected that
12  information?
13           MS. CLINE:  Objection to form.
14      A    Correct.
15      Q    Did you tell him that, in fact, you
16  were cheated?
17           MS. CLINE:  Objection to form.
18      A    Yes.
19      Q    And who is the "you" who was cheated?
20      A    Myself.
21      Q    "You," Yang Ping Wang?  (Phonetic)
22      A    When I say I was cheated, I mean I
23  should say Eastern, because -- if you're asking
24  about contract.  But I was authorized by Eastern.
25  So if I say I, I mean Eastern.

**Page 48**

YVETTE WANG

1
2       Q    Did you tell him at the dinner that
3  you met Eastern?
4       A    What's the question?
5           MS. CLINE:  Objection to form.
6       Q    Did you tell him at the dinner that
7  when you said that you were cheated, you actually
8  meant Eastern?
9           MS. CLINE:  Objection to form.
10      A    You mean I mean Eastern or I said
11  Eastern?  What is the question?
12      Q    Did you tell Mr. Je or Mr. Yu that
13  Eastern was the one that was cheated?
14           MS. CLINE:  Objection to form.
15      A    I didn't pronounce Eastern is worse,
16  but I said I was cheated.  Which
17  if you want to understand who they are, we or I,
18  in my understanding they are the Eastern people,
19  not including myself.
20      Q    Who else?
21      A    Who else?
22           MS. CLINE:  Objection to form.
23      A    Oh, yeah.  I forgot this one.  Miles,
24  M-I-L-E-S.
25      Q    This is Guo Wengui?

**Page 49**

YVETTE WANG

1
2       A    Correct.
3       Q    Okay.  Who else?
4       A    Man Cho Han.
5       Q    Who else?
6       A    Who do you want else?
7       Q    Who were the people?  You said the
8  Eastern people were cheated.  I'm asking who are
9  those Eastern people that you are referring to?
10           You mentioned Guo, you mentioned
11  Lianchao.
12      A    You cannot define my term by
13  yourself, okay.  I say Eastern people.  I don't
14  mean Eastern's employee, or Eastern's director or
15  Eastern's like whatever.
16           I mean the people on Eastern's side
17  who are authorized, who is designated, and who has
18  the same goal to take down Chinese Communist
19  Party.
20           That is my definition about Eastern
21  people.
22      Q    Very good.  We'll come back to that.
23  That's a separate section.  So let me bring us
24  back to the outline here so I cover everything.
25      Before we leave this discussion with

30(b)(6) Yvette Wang
October 30, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1            YVETTE WANG
2 **William Yu, did you commit to him that Eastern**
3 **Profit would pay him back the million dollars?**
4            MS. CLINE: Objection to form.
5     A    What do you mean committed?
6     **Q**    **Tell.**
7     A    In my understanding, this is a low
8 agreement between lender and a borrower. And the
9 borrower should pay back the money, which means
10 Eastern should pay back.
11     **Q**    **My question is what you told him**
12 **though. Not how you characterize this, but my**
13 **question is: What did you tell Mr. Yu?**
14     A    I prefer not to use told. I agreed.
15     **Q**    **So you -- so Mr. Yu told you that he**
16 **expected Eastern Profit to pay a million dollars**
17 **to ACA. You told him that you agreed?**
18     A    With interest.
19     **Q**    **With interest?**
20     A    Yeah.
21     **Q**    **Did you have authority to tell Mr. Yu**
22 **that on behalf of Eastern?**
23            MS. CLINE: Objection to form.
24     A    Authority? What do you mean
25 authority?

Page 50

1            YVETTE WANG
2     **Q**    **Well, had Eastern given you authority**
3 **to deal with ACA regarding the loan?**
4            MS. CLINE: Objection to form.
5     A    Deal with ACA about the loan? It's
6 too general. I couldn't understand your question.
7     **Q**    **Well, we just looked at the limited**
8 **Power of Attorney. It's not in there; is it?**
9            MS. CLINE: Objection.
10     A    What is not there?
11     **Q**    **Your authority to deal with ACA**
12 **regarding its purported loan to Eastern Profit is**
13 **not set forth in the Power of Attorney; is it? We**
14 **just looked at it.**
15            MS. CLINE: Objection. You're
16       mischaracterizing the document and
17       her testimony, and I think you're
18       trying to confuse the witness. She's
19       here as a representative of Eastern
20       Profit. Later you can ask her about
21       the role of Golden Spring.
22     **Q**    **I'm asking for Eastern Profit's**
23 **understanding about what power you had to deal**
24 **with ACA regarding the loan.**
25       **So when you were speaking with**

Page 51

1            YVETTE WANG
2 **Mr. Yu, had Eastern Profit given you authority to**
3 **deal with Mr. Yu about repayment of the loan?**
4            MS. CLINE: Objection to form.
5     A    When William mentioned to me I will
6 have to ask the loan to be asked. I have to ask
7 the loan to be fully paid back with interest. I
8 said yes. I agree with you. I didn't say there
9 is any reason. You couldn't.
10     **Q**    **My question to you --**
11     A    That was my conversation with William
12 about this loan.
13     **Q**    **Okay. My question now to you is**
14 **Eastern Profit is -- were you acting as Eastern**
15 **Profit's agent in having that discussion with**
16 **William Yu about the loan?**
17     A    You mean before my dinner with
18 William?
19     **Q**    **During your dinner with William, were**
20 **you acting as Eastern Profits' agent in saying**
21 **yes, I agree with you that the loan should be**
22 **repaid, or you're just expressing your own**
23 **personal opinion?**
24     A    Oh. It's much easier to understand
25 now. I would express my personal opinion and

Page 52

1            YVETTE WANG
2 Eastern's also.
3     **Q**    **So why are you able to say that you**
4 **were expressing Eastern's opinion?**
5            MS. CLINE: Objection to form.
6     A    You're asking my personal
7 understanding; right?
8     **Q**    **No. I'm asking why is -- Eastern is**
9 **sitting here today telling me that when you told**
10 **William Yu yes, I agree with you, that you were**
11 **speaking on behalf of it. And I'm saying on what**
12 **basis. How or why did Eastern give you authority**
13 **to speak on its behalf with William Yu?**
14            MS. CLINE: Objection to form.
15     A    I still don't quite understand your
16 question.
17     **Q**    **Okay. We'll break it down. We'll**
18 **break it down.**
19       **Did someone from Eastern tell you**
20 **that you should deal with William Yu regarding the**
21 **purported ACA to Eastern Profit loan?**
22     A    By that dinner, I don't remember
23 clearly. I don't remember clearly. I was talking
24 with William. Again, I was thinking that I have
25 this case in my hands. And this is a -- sounds

Page 53

14 (Pages 50 to 53)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  like in my understanding a no more business loan
3  agreement, and people should pay back.
4      **Q    Now do you recall on January 31, 2019**
5  **at your first deposition you testified that you**
6  **had not seen the loan agreement.**
7          **Do you recall that?**
8          MS. CLINE:  Objection.  If you
9          want to ask her about her testimony,
10         you can show her the transcript.
11     **Q    I'm happy to show you the transcript.**
12 **Do you want to look at it?**
13         **Let me do this.  Do you recall**
14 **offhand whether you had seen the loan agreement**
15 **yet when you gave your first deposition in this**
16 **case?**
17     A    You're asking when I was deposed for
18 the first time, by then did I ever see with my own
19 eyes the loan agreement or not?
20     **Q    Right.**
21     A    I heard --
22     **Q    Right.**
23     A    -- the loan agreement.
24     **Q    So as of January, 2019, you had heard**
25 **there was a loan agreement.  You had not yet seen**

Page 54

---

YVETTE WANG

1
2      A    Oh.  In my dinner --
3      **Q    Yes.**
4      A    -- with William?
5      **Q    Yes.**
6      A    I told him Eastern should pay back.
7      **Q    Did Eastern have an understanding how**
8  **it was going to pay back the loan?**
9      A    By this lawsuit.  That's why Eastern
10 sued, to get this 1 million back, because
11 Eastern's bank account was frozen.
12     **Q    It wasn't frozen yet at that time in**
13 **the fall of 2018?**
14         MS. CLINE:  Objection to form.
15     A    Eastern's bank account was frozen
16 around June of 2018, yes.
17     **Q    Although that was after the lawsuit**
18 **was filed, wasn't it?  The lawsuit was filed in**
19 **March of 2018; isn't that right?**
20         MS. CLINE:  Objection again.
21         This is a memory test.
22     A    Oh, yeah.  This is a memory test.  My
23 mistake.
24         You're confusing me with all these
25 dates back and forward, Eddie.

Page 56

---

YVETTE WANG

1
2  it?
3      A    Correct.
4      **Q    So this discussion with Mr. Yu**
5  **happened in the fall of 2018.  You just testified**
6  **several months before your deposition.  So when**
7  **you were speaking with Mr. Yu, you had not yet**
8  **seen the loan agreement; correct?**
9      A    I did not see physically the hard
10 copy paper in front of me was my personal
11 knowledge.  I was testifying my gained knowledge
12 or obtained knowledge.
13     **Q    When did you first hear that there**
14 **was a loan between ACA and EP, Eastern Profit.**
15     A    2018.
16     **Q    Was it before the dinner with Mr. Yu?**
17     A    I don't remember that.
18     **Q    Do you think maybe you learned of the**
19 **loan agreement from Mr. Yu?**
20     A    Possibly.  I don't remember that
21 clearly.
22     **Q    Did you tell Mr. Yu how Eastern**
23 **Profit intended to repay the loan?**
24     A    Intend?  What do you mean intend?
25     **Q    Planned.**

Page 55

---

YVETTE WANG

1
2      So correction.  Eastern's bank
3  account was frozen.  When is it this contract was
4  signed with SV's contract.
5      **Q    It's dated -- it was signed**
6  **January 6, 2018.**
7      A    January, 2018.  Eastern's bank
8  account frozen in June of 2017.  This is the
9  correct answer.
10         MS. CLINE:  Can we take a break
11         pretty soon.  We've being going for
12         over an hour.
13         MR. GREIM:  Yes.  Good point.
14         I'm going to finish up with this.
15         I'm thinking the same thing because
16         I'm running low.
17     **Q    Let me go back to your discussion**
18 **with Mr. Chunguang.**
19         **Who did he say was calling him from**
20 **ACA?**
21         MS. CLINE:  Objection to form.
22     A    What was the question?
23     **Q    You said that Mr. Chunguang told you**
24 **somebody was chasing him about the million dollar**
25 **loan.**

Page 57

15 (Pages 54 to 57)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2      A    Correct.
3      Q    I gather that somebody was not
4  actually following him around the streets for
5  collection. I gather that you mean somebody was
6  contacting him; correct?
7      A    Correct.
8      Q    And who was the person who was
9  contacting him?
10           MS. CLINE:  Objection.
11     Q    Who did he say?
12           MS. CLINE:  Objection to form.
13     A    You're asking the name; right?
14     Q    Yes.  Yes.
15     A    William.
16     Q    Did he say whether William -- this is
17  the same William Yu, or the same William Yu that
18  you mentioned before?
19     A    Correct.
20     Q    Did he say how William Yu was
21  contacting him?
22     A    What was the question?
23     Q    Did he say how William Yu was
24  contacting him?
25     A    You mean by what kind of a

Page 58

YVETTE WANG

1
2      Q    Yes I am, actually.
3      A    Wow. Year?
4      Q    Something he said gave you the
5  impression that the calls had been happening for
6  about a year?
7      A    Yes.
8      Q    But you can't remember the exact
9  words he used?
10     A    If you want me to translate, because
11  he speaks Mandarin, he used long time, always some
12  words like that.
13     Q    Did he know William Je by the way;
14  was William Je known to him?
15           MS. CLINE:  Objection.
16           Foundation.
17           This is beyond the scope of a
18           30(b)(6) of Eastern Profit.
19     Q    It's important to understand whether
20  the Eastern Profit purported representative
21  dealing with ACA on repayment of the loan, whether
22  they're known to each other or not.
23           Did you get the understanding from
24  talking to Mr. Han that he was already familiar
25  with William Yu?

Page 60

YVETTE WANG

1
2  communication tool; right?
3      Q    Yes.  Yes.
4      A    He said phone call.
5      Q    Did he say how many phone calls?
6      A    A couple of.
7      Q    And your testimony is he did not say
8  when he had received these phone calls?
9           MS. CLINE:  Objection to form.
10     A    You're asking did he tell me on which
11  dates he was caught?
12     Q    Just generally when.  If he gave you
13  dates, great.
14     A    Which unfortunately he didn't give me
15  the dates.
16     Q    Did he tell you it was recent?
17           MS. CLINE:  Objection to form.
18     A    Not only recent.  Yeah.  He said --
19  he told me he was called or he was chased for long
20  time.
21     Q    Just a few more questions, and then
22  we will take a break here.
23           What do you mean for a long time?
24     A    You're asking my personal
25  understanding?

Page 59

YVETTE WANG

1
2           MS. CLINE:  Again, this is a
3  corporate designee deposition of
4  Eastern Profit.  You subpoenaed
5  everyone whose name has ever been
6  mentioned in this case.  You can ask
7  more appropriate people those types
8  of questions.
9           MR. GREIM:  Okay.  I'll just ask
10  Eastern Profit.
11     Q    Was William Yu familiar with -- I'm
12  sorry.  Was Mr. Han familiar with William Yu?
13           MS. CLINE:  Objection.
14           Foundation.
15     A    I don't remember my filling, that
16  conversation.  Eddie is asking my personal
17  filling.
18     Q    Well I'm not asking -- I'm asking --
19  forget about your feelings.  Sorry.  It sounds
20  terrible.
21     A    I'm fine.
22     Q    I'm asking Eastern Profit whether the
23  person it claims is its principal is familiar with
24  William Yu.
25           MS. CLINE:  Objection.

Page 61

16 (Pages 58 to 61)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

Foundation.

You're going to depose Mr. Han.
You can ask him a question directly.

MR. GREIM:  Okay.  If this
representative doesn't know that,
that's okay.

**Q    But if Eastern Profit knows the
answer, I would like to know the answer.**

A    I cannot talk on behalf of any
individual.  His or her personal knows someone or
don't know someone, familiar with someone or not
familiar with someone.

MR. GREIM:  All right.  Let's
take a break.  Let's take a 10-minute
break, if that's okay.

Does that make sense?

THE VIDEOGRAPHER:  The time is
11:36 a.m., Wednesday, October 30,
2019.  This is the end of media
number one of the videotaped
deposition of Miss Yvette Wang.

We are off the record.

(At this time, a brief recess
was taken.)

Page 62

---

YVETTE WANG

THE VIDEOGRAPHER:  The time is
11:51 a.m., Wednesday, October 30,
2019.  This is media number 2 of the
videotaped deposition of this event.
We're back on the record.

CONTINUED EXAMINATION
BY MR. GREIM:

**Q    Okay.  I want to clear up a few
things from our last round of questions, and then
we'll move on to a new topic.  Okay?**

A    (Nodding)

**Q    In your conversation with Guo Mei,
did she ask you to handle Eastern Profit's
interactions with ACA regarding the million dollar
loan?**

A    You mean our dinner?

**Q    Yes.**

A    She didn't specifically say the
details, but basically she said, "I don't know any
of this.  Please handle all of this."

**Q    So is it Eastern Profit's position
that -- let me back up.**

**Is it Eastern Profit's position that
you are to handle negotiations or discussions with**

Page 63

---

YVETTE WANG

**ACA regarding the million dollar loan?**

MS. CLINE:  Objection to form.

A    In my understanding from the moment I
knew the loan, I should help Eastern to handle
everything.

**Q    From the first time you learned of
the loan, you believed it was your responsibility
to handle issues regarding the loan?**

MS. CLINE:  Objection to form.

A    Yes.

**Q    And you first learned of the loan
sometime in 2018; right?**

A    Yes.

**Q    Possibly you learned of it for the
first time in your dinner with William Yu?**

MS. CLINE:  Asked and answered.

A    I believe you asked this question
already.  The answer is possibly.

**Q    So what has Eastern done, or what has
Eastern told you to make you believe that you have
authority on its behalf to deal with ACA regarding
the loan?**

MS. CLINE:  Objection to form.

She's already testified about her

Page 64

---

YVETTE WANG

responsibilities.

A    I will repeat my answer again.

Both Mr. Han and Miss Mei Guo told me
can you please handle everything, because we do
not know the details.

**Q    But those two conversations happened
in the summer and the late summer of 2019; right?**

MS. CLINE:  Objection to form.

A    Yes.

**Q    So how did you get authority from
Eastern Profit before that time to deal with ACA
regarding the loan?**

A    What's your question?

**Q    How did you get authority from
Eastern Profit before your discussions with Guo
Mei and Han Chunguang to deal with ACA regarding
the loan?**

A    What I say before this conversation?

**Q    For example your fall, 2018 dinner
meeting with William Yu.**

A    In my understanding, that was a
dinner.  It's not specifically about anything.

**Q    Well, you testified earlier that when
you said yes, I agree, that you were speaking on**

Page 65

YVETTE WANG

1
2    **behalf of Eastern Profit as well as on behalf of**
3    **yourself.**
4            **So who from Eastern Profit gave you**
5    **authority to deal with William Yu on that behalf**
6    **in the fall of 2018?**
7            MS. CLINE:  Objection to form.
8        A    Eddie, can you please break your
9    question, because I am not English native speaker.
10       **Q    Okay.  Fair enough.  Let's get this**
11   **right.**
12           **Who gave you authority to say yes, I**
13   **agree on behalf of Eastern Profit in the fall of**
14   **2018?**
15           MS. CLINE:  Objection to form.
16   Assumes facts not in evidence.
17       A    I believe I am able to represent on a
18   normal -- no.  I believe I am able to talk on
19   behalf of myself.  Okay?
20           That was William mentioned to me
21   about this loan.  If you were me, you will say
22   "William, wait a second.  Let me call someone to
23   authorize me to talk to you about this loan."
24           You shouldn't; right?  You are in
25   full capacity as a individual.  I was talking by

Page 66

YVETTE WANG

1
2    loan.  He said I need this to be paid back with
3    interest.  I said yes.  You know, this is a loan.
4    You guys have this common, no more business law
5    agreement.  The lender and the borrower, they need
6    to do what they agree by the law agreement.  This
7    is precisely I said.
8            Okay?  I was asked.  I cannot say --
9    I cannot answer you this question.
10       **Q    So you weren't speaking on behalf of**
11   **Eastern Profit?**
12           MS. CLINE:  Objection.  Asked
13   and answered.  Mischaracterizes her
14   testimony.  Argumentative.
15       **Q    I guess I'm going to keep going and**
16   **tell you.  There's two ways that you can get**
17   **authority to act for Eastern Profit.  Either there**
18   **will be some sort of a writing, or somebody will**
19   **tell you.**
20           **I'm asking you which one of the two**
21   **were you acting under when you spoke with Mr. Yu**
22   **at this fall, 2018 meeting?**
23           MS. CLINE:  I repeat all of my
24   prior objections.  With all due
25   respect, your view of authority isn't

Page 68

YVETTE WANG

1
2    then.  I don't believe I need to get anyone's
3    authorization to discuss about a normal business
4    loan agreement.
5        **Q    But you've testified that you were**
6    **speaking not on behalf of yourself, or I should**
7    **say not only on behalf of yourself, but also on**
8    **behalf of Eastern Profit; right?**
9            MS. CLINE:  Objection to form.
10   Now you're arguing with the witness.
11           She gave her answer to your
12   question.  The fact that you don't
13   like it doesn't mean you can keep
14   arguing with her.
15       **Q    So my question to you is who from**
16   **Eastern Profit gave you authority to deal on its**
17   **behalf with William Yu at the fall, 2018 dinner?**
18           MS. CLINE:  Objection to the
19   form.
20           Asked and answered.
21   Mischaracterizes prior testimony.
22       A    I replied to you already.
23       **Q    I don't think I have an answer.**
24   **Please answer that question.**
25       A    William mentioned to me about this

Page 67

YVETTE WANG

1
2    the end all, be all of what's proper.
3            MR. GREIM:  Fair enough.
4            MS. CLINE:  The witness answered
5    your question.  And because you don't
6    like what she says doesn't mean you
7    can keep badgering her.
8            MR. GREIM:  She's not answering
9    the question, and so --
10           MS. CLINE:  She answered the
11   question.
12           MR. GREIM:  No, she didn't.
13       **Q    So the question is -- let me ask it**
14   **this way.**
15           **Is there any other document that**
16   **granted you authority to act on behalf of Eastern**
17   **Profit before your fall, 2018 meeting with William**
18   **Yu?**
19           MS. CLINE:  Objection to form.
20       A    Can you repeat?
21       **Q    Is there any other document other**
22   **than the Limited Power of Attorney that we looked**
23   **at earlier that granted you authority to act on**
24   **behalf of Eastern Profit with respect to the ACA**
25   **loan before the fall, 2018 meeting with William?**

Page 69

18 (Pages 66 to 69)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2    MS. CLINE:  Objection.  Eddie,
3  you're taking that Power of Attorney,
4  which has to do with the authority granted
5  to Golden Spring, and you're using it
6  to misdirect the question to this
7  witness who is sitting on behalf of
8  Eastern Profit.
9    So the Power of Attorney has to
10 do with Golden Spring.  You can ask
11 about that later with respect to
12 Golden Spring's authority.
13   She's already answered your
14 question about her role at Eastern
15 Profit multiple times now.
16   MR. GREIM:  I'm asking for the
17 basis of it, and I would ask for the
18 speaking objections to stop.
19  **Q    So here's my question.  I'm going to**
20 **ask it a third time.  I haven't heard an answer**
21 **yet.**
22   **Is there any document that granted**
23 **you authority to deal with William Yu on behalf of**
24 **Eastern Profit relating to the ACA loan before**
25 **your fall, 2018 dinner with William Yu?**

Page 70

YVETTE WANG

1
2  words we said in that dinner to help you in here.
3  Okay?  William mentioned to me I heard you guys
4  were cheated by liars, which means I will have to
5  ask the loan to be paid back with interest.  I
6  remember I said yes, sadly, we were cheated, and
7  I'm sorry about that.
8    And I agree with you, since you guys
9  have a law agreement, the borrower should pay you
10 back, and we are in litigation right now trying to
11 get that 1 million U.S. dollars from the liars
12 back.
13   Hopefully we can get the justice, and
14 that 1 million U.S. dollars can be returned back
15 to Eastern Profits with even any damage.  So
16 Eastern, as you said, you told me borrower can pay
17 you back.
18   **Q    Okay.  My question --**
19   A    That is precisely a hundred percent.
20 No.  Too much hundred percent.  99 percent of
21 words we used in a conversation.
22   **Q    That was not my question.**
23   **My question is:  Was there anyone**
24 **from Eastern Profit who told you that you had**
25 **authority to deal with William Yu on its behalf**

Page 72

YVETTE WANG

1
2    A    I don't remember that.
3    **Q    Okay did someone from Eastern Profit**
4  **tell you, before the fall, 2018 meeting, that you**
5  **had authority to deal with William Yu on behalf of**
6  **Eastern Profit relating to the ACU loan?**
7    MS. CLINE:  Objection to form.
8    A    What's the question?
9    **Q    Did someone from Eastern Profit tell**
10 **you before your 2018 dinner meeting with William**
11 **Yu that you had authority to deal with him on**
12 **Eastern Profit's behalf regarding the ACA loan?**
13   MS. CLINE:  Objection to form.
14   A    I don't remember that.
15   **Q    So why do you believe that you did**
16 **have authority to deal with Mr. Yu then?**
17   MS. CLINE:  Asked and answered.
18   A    Did I believe?  You're confusing me.
19   **Q    On what basis does Eastern Profit**
20 **claim that you had authority to deal with William**
21 **Yu regarding the ACA loan at the fall, 2018**
22 **meeting?**
23   A    Eddie, I will repeat my reply for the
24 fourth time for you.
25   I tried to recall every inch of the

Page 71

YVETTE WANG

1
2  before you had that meeting?  It's a yes or no.
3  Someone did or someone didn't.
4    MS. CLINE:  Is not necessarily.
5    Objection to form.  Asked and
6    answered.
7    A    I don't remember that.
8    **Q    Now had the contract not terminated,**
9  **how was Eastern Profit ever going to pay ACA back?**
10   A    What's the question?
11   **Q    If the contract had not been**
12 **terminated and Strategic Vision had given Eastern**
13 **Profit what it wanted, how was is it ever going to**
14 **repay the loan to ACA, or even make interest**
15 **payments?**
16   A    If they're not liars, we were not
17 cheated, they're professional qualified
18 investigation company.  You're talking about if
19 that is the scenario.
20   **Q    How is Eastern Profit going to repay**
21 **Strategic or ACA?**
22   A    Which means if this contract with
23 Strategic Vision, let's say, let's imagine work
24 out, right, succeed by the end; right?  Okay.
25   Eastern Profit has bank account.  And

Page 73

19 (Pages 70 to 73)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  I heard there are assets.  The bank account was
3  frozen by Chinese Communist Party in Hong Kong.
4  By Eastern believes if the corrupted CCP are taken
5  down, they are -- there are assets.  Nobody can
6  take them.
7         So the bank account will be unfrozen,
8  and Eastern will back to their normal business.
9      Q    Which is what?
10     A    I heard again -- this is my obtain
11 knowledge, like investment.
12     Q    You said that at your first
13 deposition.  What about investment management?
14     A    What do you mean investment
15 management?
16     Q    Well I'm just trying to ask you, what
17 do you mean investment?  What is that?  I don't
18 understand what you mean by that.
19     A    It could be like the investment on
20 the cars, which they already have right now, in
21 any profitable investment.
22         What's your question?  Sorry.
23     Q    Are they a car dealership?
24         MS. CLINE:  Objection to form.
25     Q    You say investment in cars.  They

Page 74

YVETTE WANG

1
2  You're asking her the nature of
3  Eastern Profit's business.  Fine.
4  But beyond that, getting into the
5  nature of investments and so forth I
6  think goes beyond the appropriate
7  scope.  Again, I know the judge gave
8  you seven hours.  But we can get to
9  the topics we agreed upon and are
10 covered by the court's order, that
11 would be the goal of this deposition.
12     Q    What more do you know about Eastern
13 Profit's business?
14     A    Eastern is registered in 2011.
15     Q    Right.
16     A    In Hong Kong.  They are operating
17 from 2011 until they're their bank account was
18 frozen.
19     Q    You said their business is
20 investments, which was your answer in the last
21 deposition, and also that they own cars.
22         Now is this part of their business?
23 Do they buy and sell cars, or do they just happen
24 to own a company car?
25         MS. CLINE:  Again, objection.

Page 76

YVETTE WANG

1
2  invest in antique cars?
3      A    I didn't say that.
4      Q    Okay.  How does one invest in cars?
5          MS. CLINE:  Objection.
6      Q    I just want to understand.  I don't
7  think we have to go far into this.  I truly don't
8  understand the investment business in cars.  What
9  do you know about this?
10         MS. CLINE:  Objection to form
11 and mischaracterizes the testimony.
12     Q    Tell me where I'm wrong.  So far we
13 know that they own cars and that they do
14 investments.
15         What more can you tell me about the
16 business of Eastern Profit?
17         MS. CLINE:  I'm going to lodge
18 another objection having now brought
19 up the opinion which says beyond the
20 scope of this testimony is whether
21 plaintiff has any independent
22 financial identity.
23         MR. GREIM:  I'm not asking that.
24 I'm asking what it does.
25         MS. CLINE:  Let me finish.

Page 75

YVETTE WANG

1
2  Beyond the scope.
3      Q    In other words, is this just as an
4  asset that they happened to have, in which case I
5  don't care about it whatsoever, or is it their
6  business to own cars, to invest, buy and sell
7  cars?
8      A    I believe their investment is not
9  only buy and sell cars.
10     Q    Okay.  Is that one of the
11 investments?  Do they make investments in cars?
12     A    Sorry.  What's the question?
13     Q    Do they make investments in cars?
14         MS. CLINE:  Objection to form.
15     A    They own cars.  It could come from
16 investment.
17     Q    Let me ask it this way.
18         Do they own a fleet of cars, or do
19 they have a few company cars?
20         MS. CLINE:  Objection to form.
21     A    There's no difference in my
22 understanding.
23     Q    Do they have one or two cars, or do
24 they have many cars that they have bought as an
25 investment?

Page 77

20 (Pages 74 to 77)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1                      YVETTE WANG
2    A   I didn't ask that details.
3    Q   So at your last deposition, the only
4 person that you would talk to about Eastern
5 Profit, about its business, was Guo Wengui.
6        Since your first deposition, have you
7 gone back to Guo Wengui to learn more about what
8 Eastern profit does?
9    A   You're asking from the -- my first
10 deposition until now?
11    Q   Correct.
12    A   I don't remember that.  Probably no.
13    Q   When you spoke with Guo Mei, Guo's
14 daughter, did you ask her what Eastern Profit
15 does?
16    A   Yes, I did.
17    Q   What did she say?
18    A   Investment.
19    Q   The same thing her dad told you
20 before; right?
21        MS. CLINE:  Objection to form.
22    A   I don't remember the dad told me
23 what.  If you want me to read something, I can.  I
24 don't remember.
25    Q   Does it do investments on behalf of

Page 78

---

YVETTE WANG

1                   YVETTE WANG
2        That would be the similar question if
3 I ask you, Eddie, are you comfortable to work with
4 a client who has a reputation always failed to pay
5 legal fee, and now suddenly you already know that
6 before you who were not paid, you're still comfort
7 to believe work for this client.
8        That would be the same answer I will
9 give you.
10    Q   Fair enough.
11        Did someone at Eastern Profit tell
12 you that they wanted you to be the corporate
13 representative for purposes of this deposition?
14        MS. CLINE:  I'm going to object
15        to the extent the decision as to who
16        would be the rep was probably one
17        that was conducted with counsel.
18        So they said that the answer to
19        that question calls for -- in any
20        conversations you had with an
21        attorney, you are instructed not to
22        answer it.
23    Q   We're on the same page on that.  I
24 don't want to hear what any attorney told you.
25 I want to know whether an actual

Page 80

---

YVETTE WANG

1                   YVETTE WANG
2 clients?  Let me ask that question.
3        Does it have compliance whose money
4 it manages?
5        MS. CLINE:  Objection to form.
6    A   As a normal professional investment
7 business, I believe or I guess, yes.
8    Q   Do you know that, or is that just
9 your guess?
10    A   My guess.
11    Q   Are you comfortable speaking as the
12 representative of an entity for which you don't
13 know what its normal business is?
14        MS. CLINE:  Objection to form.
15        Mischaracterizes her testimony.
16        She's answered your question.
17        Again, the Judge said that your
18        inquiry or your quick-sided quest to
19        go figure out whether or not this
20        company is, in quote, a shelf company
21        in your words, is out of bounds, as
22        is the subject of whether it has
23        independent financial identity.
24    A   What's the question?  Oh, yeah, I
25 remember now.

Page 79

---

YVETTE WANG

1                   YVETTE WANG
2 living, breathing person with Eastern Profit told
3 you that they wanted you to be the 30(b)(6)
4 corporate rep?
5        MS. CLINE:  I object to the form
6        of that question and repeat my
7        instruction to you.
8        So if you can answer it without
9        talking about a conversation with the
10        attorneys, then you may answer.  But
11        if it involves a conversation with
12        attorneys, you should explain that.
13    A   You made me forget my question again.
14 What's the question?
15    Q   Did any non-lawyer representative of
16 Eastern Profit tell you that they wanted you to be
17 the corporate representative for purposes of this
18 deposition?
19    A   For this deposition; right?
20    Q   Right.
21    A   Yeah, my lawyer told me.
22    Q   No.  Stop.  I don't want to know what
23 your lawyer told you.
24        I want to know if a nonlawyer, who
25 was a representative of Eastern Profit, it could

Page 81

21 (Pages 78 to 81)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1  YVETTE WANG
2  be Guo Mei, it could be Han Chunguang, could be
3  somebody else we don't know about yet, told you
4  that they want you to be the corporate
5  representative for this 30(b)(6)?
6        MS. CLINE:  Independent of any
7     conversation with counsel in which
8     counsel was included.
9     Q    Well, I don't want to know what
10  counsel said.  Just because counsel was there
11  doesn't mean it's privileged.
12       I want to know what natural person
13  with Eastern Profit has told you that you're going
14  to be the 30(b)(6) representative.
15       MS. CLINE:  I object to the form
16    of the question, as well as I'm going
17    to say if the decision as who would
18    be the 30(b)(6) witness was involving
19    counsel, I don't want you to answer
20    the question.
21    A    I was told by both the director and
22  the representative of Eastern saying that they
23  want me to deal with all of this.
24    Q    Okay.  We talked about two
25  discussions, one with Mei Guo, with Mr. Han

Page 82

1  YVETTE WANG
2  Chunguang, did you speak with any other person to
3  gain information about Eastern Profit since your
4  last deposition?
5    A    Any other person; right?
6    Q    Mm-hmm.
7    A    My lawyers.
8    Q    Other than your lawyers.
9    A    I don't remember I did.
10   Q    How about Lianchao Han?
11   A    About what?
12   Q    About this case.
13   A    You asked me about Eastern Profits,
14  and then you asked me about this case.  You have
15  two question.
16   Q    How about this.  Let's do this.  Have
17  you talked to Lianchao Han about this case since
18  your last deposition?
19   A    I don't remember that.  Oh, except
20  his deposition.  You remember?  That was probably
21  the only time I met him since my first deposition.
22   Q    And you talked to him before his
23  deposition; didn't you?
24   A    About what?
25   Q    About the case.

Page 83

1  YVETTE WANG
2    A    I don't remember I did that.
3    Q    You helped prepare Mr. Han for his
4  deposition; didn't you?
5        MS. CLINE:  Objection to form.
6    A    I don't remember I did that.
7    Q    Is it your testimony that you did not
8  meet with Mr. Han -- let me be very clear.
9        Is it your testimony that you did not
10  confer with Mr. Han in advance of his deposition
11  about his testimony?
12   A    What do you mean confer?
13   Q    Talk.
14   A    I don't remember I did.
15   Q    So your testimony is that before
16  Mr. Han's deposition, you did not talk with him
17  about his deposition?
18   A    I don't remember that.
19   Q    I mean Lianchao Han, just to be
20  clear.
21   A    I know who you're talking about.
22   Q    Okay.  And you talked to Mr. Han
23  during breaks in the deposition; didn't you?
24   A    Yes, I did.
25   Q    You talked with him about the case;

Page 84

1  YVETTE WANG
2  didn't you?
3        MS. CLINE:  Objection to form.
4    A    I don't remember I did that.
5    Q    You talked to him about his
6  testimony; didn't you?
7        MS. CLINE:  Objection to form.
8    A    I don't remember I did that.
9    Q    Are you saying you don't remember or
10  that you didn't do it?
11       MS. CLINE:  Objection to form.
12    Beyond the scope of this 30(b)(6)
13    deposition.
14       Is there a question pending?
15       MR. GREIM:  There is.
16   A    What's the question?
17   Q    Is it that you don't remember, or you
18  didn't do it?
19       MS. CLINE:  Same objection.
20   A    I don't remember and I didn't do
21  that.
22   Q    What about Mr. Guo, did you talk with
23  Mr. Guo between your last deposition and today
24  about this case?
25   A    I don't remember.

Page 85

22 (Pages 82 to 85)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2        Q    Did you ask him any questions about
3   Eastern Profit?
4        A    I don't remember that.
5        Q    Did you ask him any questions about
6   the allegations and defenses in this case?
7             MS. CLINE:  Objection to form.
8        A    I don't remember that.
9        Q    Again, you've been saying I don't
10  remember.  I'm going to be clear.
11            Are you saying you might have, but
12  you can't remember, or are you saying you did not
13  do it?
14       A    I just don't remember whether I did
15  that or not.
16       Q    What about Karen Maistrello, did you
17  talk with her in preparation?
18            MR. GREIM:  I would ask that the
19       side commentary from the corporate
20       representative needs to stop.  This
21       is disrupting the deposition.  I
22       would ask the side commentary from
23       Mr. Podhaskie to stop.
24            MR. PODHASKIE:  Can you tell me
25       what topic of your --

Page 86

YVETTE WANG

1
2        Q    I'm trying to determine -- it sounds
3   like you've talked to exactly two people since
4   your last deposition on these topics, Mei Guo and
5   Mr. Han Chunguang.
6             And it was not -- for purposes of
7   preparation, it was just about the case, and
8   you're drawing on some of the information.
9             So I'm trying to find out whether any
10  of the other people -- whether you've spoken with
11  any of the other people, many of whom may have
12  been witnesses whose depositions you sat and
13  attended.
14            So I'm asking:  Did you talk with
15  Miss Maistrello, let's limit it, about any of the
16  topics that you are to testify about today?
17       A    You talked too much.  What is the
18  question?
19       Q    Since your deposition in January,
20  have you talked with Miss Maistrello about any of
21  the topics about which you are here to testify
22  today?
23       A    No, I didn't.
24       Q    Since your last deposition, have you
25  talked to William Yu about any of the topics about

Page 88

YVETTE WANG

1
2   which you are to testify about today?
3             MS. CLINE:  Objection.  So you
4        and I negotiated a deal where with
5        regard to ACA you're permitted to ask
6        about the negotiations of the loan,
7        whether or not there have been
8        payments made, whether or not they
9        were expected to be made, and whether
10       or not there was going to be
11       interest.  You asked those questions.
12            Now you're going after
13       conversations she may or may not have
14       had with Maistrello and Mr. G, and
15       it's beyond the scope of what you and
16       I negotiated.
17            MR. GREIM:  No.  These are the
18       people who would have the
19       information.  There is no other
20       actual Eastern Profit person.  And
21       the two people she spoke with, it was
22       a pretty limited discussion.
23            So William Je would be the
24       person who would be able to talk
25       about the negotiations.  She just

Page 89

YVETTE WANG

1
2             MR. GREIM:  This needs to stop.
3        This is disrupting the deposition.  I
4        would ask the side commentary from
5        Mr. Podhaskie to stop.
6             This is the second deposition
7        that its happened.  If it happens
8        again, we'll call the court.
9             MR. PODHASKIE:  Call the judge.
10       Call her right now.
11       Q    Let me ask you, have you had any
12  discussions with Miss Maistrello about this case
13  between your last deposition and today?
14            MS. CLINE:  I'm going to object.
15       I guess you're entitled to ask
16       foundation questions about a
17       preparation for this deposition.  But
18       a fishing expedition about what
19       conversation she had with any witness
20       in the case is just beyond the scope.
21       You're just harassing her now.
22            The judge limited the scope of
23       questions.  Now you're just rehashing
24       witnesses who have already been
25       deposed and going fishing.

Page 87

23 (Pages 86 to 89)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG
1
2    talked about one discussion with him.
3         I'm going to see if there's been
4    any follow up since her last
5    deposition.
6         MS. CLINE:  Again, I object to
7    the form of the question.  Mr. G is
8    with ACA.  You're asking her about
9    her testimony and her capacity as a
10   30(b)(6) for Eastern Profit.
11        The scope of whatever went on at
12   ACA and who was in charge of it and
13   its directors is specifically beyond
14   the scope of this deposition.
15   Q    Are you here to testify today about
16   any information that you've gained from William Je
17   about the ACA loan?
18        MS. CLINE:  Objection to the
19   form.
20   A    I'm here to testify today for the
21   order which you guys obtained October 28th, and in
22   my understanding, that should be the topic on that
23   list.
24   Q    Have you talked to William Je about
25   any of those topics since your deposition?

Page 90

YVETTE WANG
1
2    and I don't understand.  I keep that topic in my
3    mind.  I refer the topics on October 28th, 2019
4    order.  And you went back to ask me about my first
5    deposition, which is 10 month from now.
6         My answer to you is I don't remember.
7    Too long time.
8    Q    Okay.  Have you talked to William Je
9    about the ACA loan since January, 2019?
10   A    He mentioned that to me.
11   Q    Okay.  When was that?
12   A    This year.
13   Q    Okay.  When this year?
14   A    I don't remember clearly.
15   Q    Was that after your first deposition?
16   A    Yes.
17   Q    Was it in the summer?
18   A    I don't remember that.  It should be
19   early summer or spring.  Something.
20   Q    So is it before your discussion with
21   Guo Mei?
22   A    I believe, yes.
23   Q    What did he tell you?
24   A    He asked what is going on with the
25   lawsuit.  When we can or we can get money back.

Page 92

YVETTE WANG
1
2    A    What topics?
3    Q    The topics you just mentioned, you
4    said you understand you're here on an order on
5    certain topics.
6         Have you talked to William Je about
7    any of those topics since January, 2019?
8    A    Eddie, you are confusing me again.
9    We have a two list of topics; right, my first
10   deposition and the second one.
11        Which one are you referring to?
12   Q    My question was clear.  I'm going to
13   repeat it.
14        You just told us you understand that
15   you're here on certain topics pursuant to the
16   court order.
17   A    Which one?
18   Q    Now keep those topics in mind, the
19   ones you just mentioned to me.  Keep them in mind.
20        Now I'm going to ask you whether you
21   spoke with William Je about any of those topics
22   after your first deposition?
23        MS. CLINE:  Objection to the
24   form.
25   A    Okay.  Don't feel I'm a foreigner,

Page 91

YVETTE WANG
1
2    And it has been like closed one year.  The loan
3    should be paid back.
4         So they are pushing.  They have to
5    get the money back, otherwise the interest will be
6    huge.
7    Q    Did he tell you what the interest
8    was?
9    A    Two percent per month.
10   Q    But did William Je tell you what the
11   interest was?
12   A    Yeah.  He mentioned that to me also.
13   Q    When did you finally see a copy of
14   the loan agreement?
15   A    I don't remember that.
16   Q    Well, ultimately it was given to us
17   in this case.  You didn't have it at your
18   deposition.
19        And so my question is:  Who showed it
20   to you for the first time?
21   A    Lawyer.
22   Q    Who?
23   A    Zach, I believe.
24   Q    That's your prior counsel?
25   A    Yes.

Page 93

24 (Pages 90 to 93)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1                    YVETTE WANG
2     **Q  Have you discussed the loan document**
3  **with any other representative of Eastern Profit?**
4     A  I don't remember that.
5     **Q  Have you asked them whether it is**
6  **genuine?**
7            MS. CLINE:  Objection.
8     A  Whether it is what?
9     **Q  Whether it is genuine.**
10          MS. CLINE:  Objection.
11    A  What do you mean genuine?
12    **Q  Whether it is what it purports to be.**
13    A  I still don't understand your
14  question.  Purport to be, you mean what?
15    **Q  Is it a real loan document signed by**
16  **ACA and Eastern Profit?**
17          MS. CLINE:  Objection to form.
18    A  Okay.  Back to your question.  You
19  answer my question.
20         What is your question of this?
21    **Q  Have you asked anyone at Eastern**
22  **Profit whether it is genuine?**
23         MS. CLINE:  Objection to form.
24    A  Why should I ask?  I don't remember
25  asking.  This is a normal, normal business law

Page 94

1                    YVETTE WANG
2  agreement.
3     **Q  How do you know?**
4          MS. CLINE:  Objection to form.
5    A  As a law agreement you have lender,
6  you have borrower, you have term, you have
7  interest and drafted, I believe, by lawyers, I
8  believe.  So this is what I believe.
9     **Q  Why do you believe it was drafted by**
10  **lawyers?**
11    A  This is my guess.
12         MS. CLINE:  Don't guess.
13         THE WITNESS:  Okay.
14    A  Very simple.  Mr. Han doesn't speak
15  English and write English at all.
16    **Q  Do you know whether Mr. Han actually**
17  **signed it?**
18    A  Yes.
19    **Q  How?**
20         MS. CLINE:  Objection to form.
21    A  You mean by pen?
22    **Q  How do you know Mr. Han signed it?**
23    A  Oh.  Because I saw the law agreement.
24  There was signature on there.
25    **Q  Have you ever asked Mr. Han whether**

Page 95

1                    YVETTE WANG
2  **he actually signed it?**
3         MS. CLINE:  Objection to form.
4    A  He told me.
5    **Q  Okay.**
6    A  Mm-hmm.
7    **Q  When did he tell you this?**
8    A  In our conversation.
9    **Q  Which conversation?**
10    A  The conversation in the lobby.
11    **Q  This is the conversation at the end**
12  **of the summer?**
13    A  Yes.
14    **Q  Did you have a copy of the loan**
15  **agreement in front of you at the time?**
16    A  You mean when I was talking with him;
17  right?
18    **Q  Yes.**
19    A  Nope.
20    **Q  Have you asked whether anyone**
21  **witnessed his signature?**
22    A  What's the question?
23    **Q  Have you asked -- let me be clear.**
24    **Have you asked Mr. Han whether anyone**
25  **else was present when he signed it?**

Page 96

1                    YVETTE WANG
2    A  I didn't ask that.
3    **Q  Have you asked Mr. Je or Yu whether**
4  **anyone else was present when he signed it?**
5    A  I did not ask that.
6    **Q  How do you know Mr. Yu signed it?**
7    **Let me step.  Do you know Mr. Yu**
8  **signed it?**
9         MS. CLINE:  Objection to form.
10         Object to the whole line of
11         questioning.
12    A  So from the paper which Zack showed
13  me.  Z-A-C-K.
14         MS. CLINE:  I want to make sure
15         you don't talk about anything that
16         Zack told you, so be careful.
17         THE WITNESS:  Okay.
18    A  The law agreement was signed by both
19  lender and borrower.
20         (Wang Exhibit 31, a Loan
21        Agreement Bates stamped
22        Eastern-000278 to 280 previously
23        marked for Identification as of this
24        date.)
25    **Q  I'm going to hand you what we're**

Page 97

25 (Pages 94 to 97)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

marking Wang 31.  I have a blank one for you to
hand to your counsel next door.

    MS. CLINE:  So the Notice of
Deposition that you marked first,
which was the exhibit number.

    MR. GREIM:  30.  We started in
the 30s for some reason.  I'm not
sure why.

    Q   So let me ask you first.  Have you
seen this document before?

    A   Yes.

    Q   Is this the document Mr. Grendi
(phonetic) showed you?

    A   Yes.

    Q   When he showed it to you, was it the
first time you had seen it?

    MS. CLINE:  Objection.  Asked
and answered.

    A   The hard copy, yes.

    Q   Well, had you seen it in some
electronic version beforehand?

    A   No.

    Q   You qualified your answer was in hard
copy.  I'm just asking did you see it in some

Page 98

YVETTE WANG

other format before Mr. Grendi showed it to you?

    A   I understand your question.  I just a
hundred percent tell you what did I see before.

    Q   I don't think I understand your
answer.  I will ask you again.

    I understand that you had not seen --
when you say in hard copy, are you telling me that
this is the first time you saw the loan agreement
in paper form?

    A   Nope.

    Q   Was it the first time you had seen a
loan agreement at all?

    A   No.

    Q   When did you first see the loan
agreement?

    A   You mean this one?

    Q   When did you first see a loan
agreement between ACA and Eastern Profit?

    A   I don't remember that.

    Q   But it was sometime before Mr. Grendi
showed you what we've marked as Wong Exhibit 31?

    A   I don't remember that.  I saw this
agreement from Zack's file.

    Q   From his file, what do you mean?

Page 99

YVETTE WANG

    MS. CLINE:  Again, the same
caution.  I don't want you to testify
about any conversations you had with
Zack.

    Mr. Greim is trying to figure
out if the first time you saw it is
when Zack gave it to you or if there
was another time.

    Q   When you say from Zack's file, what
do you mean Zack's file?

    A   I don't remember that.  Zack's file,
I mean Zack showed me or not.  What he tell me, I
cannot remember that.

    Q   I'm not asking you for right now what
he told you.  I'm asking when you say from Zack's
file, what file are you referring to?

    A   This agreement.

    Q   Did he give it to you in person?

    A   I don't remember that.

    Q   Did he E-mail it to you?

    A   I don't remember that.

    Q   Was it part of a larger set of
documents?

    MS. CLINE:  That's a yes or no

Page 100

YVETTE WANG

question.  I don't want to get into
which documents Mr. Grendi might have
given you.

    A   Yes.

    Q   Were the other documents drafts of
the loan agreement?

    A   Sorry.  What's the question?

    Q   Were the other documents drafts of
the loan agreement?

    A   I don't understand the question.

    MS. CLINE:  It's just a yes or
no question.

    Q   I will be clear.

    Do you understand the idea of a draft
of a document, what a draft is?

    A   Draft to me which means a draft
without signature.  Am I right?

    Q   Yes.  Yes.

    So were the other documents drafts of
this loan agreement?

    A   No.  What I see from Zack or saw from
Zack.

    MS. CLINE:  I don't want you
to -- he's only asking about the loan

Page 101

26 (Pages 98 to 101)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

2    agreement.  If the documents were
3    something other than versions of the
4    loan agreement, I don't want you to
5    answer the question.
6        A    I never saw any draft of this
7    agreement.  When I saw it, it's a completed
8    agreement already finished.
9        Q    You testified at your first
10   deposition that you first heard of ACA after a
11   liar went from ACA to Strategic Vision.  Do you
12   recall that?
13       A    I don't remember that.
14       Q    Let's take me a second.  I will point
15   you to that, because I want to be very clear about
16   this.
17           Here we go.  I'm going to slide over
18   to you a final copy of your deposition from
19   January 31, 2019.
20       A    Yes.
21       Q    I don't have a whole bunch of print
22   offs of these, but I assume that everybody -- let
23   me ask you.
24           Did you review your old testimony in
25   preparation for today?

                                        Page 102

YVETTE WANG

2        A    I didn't.
3        Q    Look at page 40, please.  Are you
4    there yet?
5        A    Page 40, right?
6        Q    Mm-hmm.
7        A    Yes, I'm here.
8        Q    So look at line 6.  You see there's a
9    que there.  That's the question of the other
10   lawyer, it wasn't me, who was asking you
11   questions.
12           You see it says:  The entity ACA
13   Capital Group Limited, are you with that?
14           Answer:  I heard this name.
15           Question:  How did you hear this
16   name?
17           Answer, from this project.
18           MS. CLINE:  Let me just
19           interrupt.  The witness needs a
20           minute to read some more of the
21           transcript for context.
22           You should feel free.
23           MR. GREIM:  Let's do that.
24       Q    So far did I read it correctly?
25           MS. CLINE:  Give her a minute to

                                        Page 103

YVETTE WANG

2    read it.
3            MR. GREIM:  But I don't want to
4            loose my spot.
5        Q    Did I read the first few lines
6    correctly?
7        A    Yes.
8        Q    Let's take a pause.  Read through
9    whatever you need to read there on that page to
10   see what else to get context.
11       A    You want me to read until which page?
12       Q    There's a long discussion about why
13   the money was wired, which is not what my question
14   is about.
15           I'm asking you about the answer you
16   gave on lines 20 through -- question and answer on
17   lines 20 through 23.
18           Have you had a chance to get to
19   line 20 to 23 yet on page 40?
20       A    Yes, I'm here.
21       Q    So the attorney asked you prior to
22   them wiring a million dollars to Strategic Vision,
23   you had never heard of ACA Capital.  Answer:  No,
24   I didn't.
25           Did I read that right?

                                        Page 104

YVETTE WANG

2        A    Correct.
3        Q    So you recall now testifying at your
4    first deposition that you had not heard of ACA
5    before the wire went to Strategic Vision?
6        A    You're repeating what we said here;
7    right?
8        Q    Correct.  Do you recall testifying to
9    that at your first deposition?
10       A    Yes.
11       Q    Is that true?  I mean is it true that
12   you had not learned -- you have not heard of ACA
13   capital until the money was wired to Strategic
14   Vision?
15       A    Correct.
16       Q    That's all I wanted to ask you.
17           So now I'm going to come back to this
18   agreement.  When is the first time that you sought
19   any kind of writing, not necessarily Exhibit 31,
20   but any kind of writing that contained the terms
21   of the loan agreement?
22           MS. CLINE:  Asked and answered.
23       A    You mean any draft without any
24   signature?
25       Q    Sure.

                                        Page 105

27 (Pages 102 to 105)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

A   No, I didn't.

Q   Okay.  What about an E-mail or any other writing where the terms of the loan were discussed, did you see anything like that before Mr. Grendi showed you this loan agreement, Exhibit 31?

A   You mean did I see any terms in E-mail?

Q   Or in any other kind of writing.

A   No, I didn't.

Q   Do you know where Mr. Grendi got the loan agreement?

MS. CLINE:  That's a yes or no question.  I just want to be careful about it.

Q   We'll try carefully.

Do you know where Mr. Grendi got the loan agreement before he gave it to you?

A   I don't know.

Q   Have you ever asked anyone at Eastern Profit who was keeping this copy, who was keeping a copy of the loan agreement?

MS. CLINE:  Objection to form.

A   I don't remember that.

Page 106

YVETTE WANG

Q   You mean so you may have asked somebody, or you don't remember whether you did or did not?

A   I don't remember I asked or I didn't.

Q   Who at Eastern Profit keeps records of things like loan agreements?

A   What's the question?

Q   Who at Eastern Profit keeps records of things like loan agreements?

A   Usually the company registration documents.  Like Hong Kong company, they are managed by secretary.

Q   So did Eastern Profit's secretary keep a copy of this loan agreement?

A   I didn't say that.

Q   You're just saying what you think is normally true?

A   I didn't ask and I don't know.

Q   Does Eastern Profit have anyone who keeps records of the loan agreement or correspondence with ACA about the loan agreement?

A   I didn't ask.

Q   Is it possible that Eastern Profit does have a file with the loan agreement and

Page 107

YVETTE WANG

communications about the loan agreement in it?

A   You're asking the possibility; right?

Q   Of Eastern Profit about its own files, yes.

A   Possible.

Q   Who searched for this; do you know?  Who searched for the loan agreement?

MS. CLINE:  Objection to form.

A   I didn't ask.

Q   Did you?

A   I don't remember that.

Q   Did you ask somebody else to search for the loan agreement?

A   I don't remember that.

Q   Han Chunguang, does he keep a copy of the loan agreement?

A   I didn't ask.  He should.

Q   Why do you say he should?

A   Because he told me there's a loan agreement.

Q   Did he tell you he had his own copy?

A   I don't remember.

Q   Did he tell you when he signed it?

A   By December, 2017.  Yeah, by

Page 108

YVETTE WANG

December, 2017.

Q   But did he tell you?  Let's look at page 1.  Page 1 says --

A   That's right.  December, 2017.

Q   It says it's made on the 29th of December of 2017; right?

A   Yes.

Q   My question to you is not what the loan agreement says.  My question is:  Did you ask Mr. Han, or did he tell you the day on which he affixed his signature to this document?

A   He told me he signed a loan agreement in December, 2017 for this Strategic Revision investigation project.

Q   When did he tell you that?

A   In the conversation.

Q   This is in the conference room at the end of the summer?

A   The lobby conference room.

Q   Okay.  A couple of months ago he told you this?

A   Yes.

Q   Did you talk to William Je about whether he signed the agreement?

Page 109

28 (Pages 106 to 109)

YVETTE WANG

1
2          MS. CLINE:  Objection.  Again,
3     she's sitting here in her capacity as
4     a representative of 30(b)(6) -- a
5     30(b)(6) representative for Eastern
6     Profit.
7          You have yet to ask a single
8     question about the contract that is
9     the subject of this lawsuit.
10          Now you're again asking
11     questions about Mr. Je and ACA, which
12     is specifically not within the scope
13     of this deposition.
14          So if we can just get to what
15     we're actually litigating, that would
16     be amazing.
17     **Q     Did you ask Mr. Je about whether he**
18 **signed this purported loan agreement from ACA to**
19 **Eastern Profit?**
20          MS. CLINE:  Objection to form.
21     A     He told me he signed.
22     **Q     When did he tell you that?**
23     A     I don't remember that.
24     **Q     Was it in 2019?**
25     A     I believe it was in 2018.  The

Page 110

YVETTE WANG

1
2     dinner, that should be the first time he clearly
3     told me, yes.
4     **Q     So how did this come up that he**
5 **signed it?  Did you ask him or did he just**
6 **volunteer that information?**
7     A     He told me.
8          MS. CLINE:  Objection to form.
9     A     He told me we sign a loan agreement.
10     We had a loan agreement.
11     **Q     So he told you two things.  One, that**
12 **there was a loan agreement, and two, that he had**
13 **been the signer on behalf of the ACA?**
14          MS. CLINE:  Objection to form.
15     A     You remember my first deposition in
16     January, 2019, I said I even didn't hear about ACA
17     company.  My dinner with William was by light
18     2018, that dinner.  William just told me they sign
19     a loan agreement.  He didn't even mention to me
20     what company.
21     **Q     What company he signed on behalf of?**
22     A     Yes.
23     **Q     Did you understand that it was ACA,**
24 **or did you think it was maybe a different company?**
25     A     When I saw this loan agreement and

Page 111

YVETTE WANG

1
2     understand he's talking about ACA.
3     **Q     But you didn't see this loan**
4 **agreement until sometime in 2019 when Mr. Grendi**
5 **gave it to you; correct?**
6     A     I don't remember the time.  Again, I
7     told you I don't remember first time agreement.
8     **Q     You testified at your deposition that**
9 **you had asked for a copy of the loan agreement and**
10 **hadn't gotten one.**
11          **Do you remember that?**
12          MS. CLINE:  Objection to form.
13     Again if you want to show her
14     testimony.
15          MR. GREIM:  We will.
16     **Q     Turn to page 45, please.  Are you**
17 **there?**
18     A     45, yes.
19     **Q     You see line 8 there is a question**
20 **from the lawyer.  He says:  Is there documentation**
21 **to support this loan?  Answer:  I requested there**
22 **should be some documents.  Question:  Have you**
23 **ever seen the documents supporting this loan**
24 **answer?  Answer:  I didn't see that.  Question:**
25 **You did not see it?  Answer:  No.**

Page 112

YVETTE WANG

1
2     **Did I read that correctly?**
3     A     Yes.
4     **Q     Now do you recall testifying at your**
5 **deposition that you had not seen a copy of the**
6 **loan agreement?**
7          MS. CLINE:  Objection to the
8     form.
9     A     And you're helping yourself to answer
10     your own question.  By January, my first
11     deposition, I testify I didn't see the law
12     agreement which you're helping yourself.  I saw
13     this law agreement after my first deposition.
14     **Q     Good.  And so -- but you cannot tell**
15 **us today when that was.  Was it soon after the**
16 **deposition, was it recently before Mr. Grendi left**
17 **the case?**
18     A     I don't remember.
19          MS. CLINE:  Objection to form.
20     A     I don't remember that.
21     **Q     Once you got the loan document, did**
22 **you question Mr. Han Chunguang about it?**
23     A     Question?
24     **Q     Did you ask him questions about the**
25 **document?**

Page 113

29 (Pages 110 to 113)

YVETTE WANG

A   I don't remember that.
Q   **Do you know who drafted it?  Let me**
**ask you a different question.**
    **Who drafted it?  Who drafted the loan**
**agreement?**
        MS. CLINE:  Asked and answered.
    You can answer.
        Objection.  Asked and answered
already.
A   I don't know.
Q   **Did it go through multiple versions**
**before it was signed?**
A   I don't know.
Q   **Who negotiated the agreement?**
A   I heard it was discussed between
William and Mr. Han.
Q   **Who told you that?**
A   Both of them.
Q   **When did Han Chunguang tell you that**
**he negotiated it with William Je?**
A   I don't remember that.
Q   **Was it in the late summer meeting**
**with him?**
A   Earlier?  Earlier that meeting.

Page 114

---

YVETTE WANG

Q   **Why did Eastern Profit decide to**
**approach ACA for a loan?**
        MS. CLINE:  Objection to form.
A   What was the question?
Q   **Why did Eastern Profit decide to**
**approach ACA for a loan?**
A   Because Eastern Profit bank account
was frozen.
Q   **Why did it choose ACA instead of some**
**other entity?**
A   I heard like William and Mr. Han,
including their family, they were or they are
prosecuted and threatened by Chinese Communist
Party also.  So to take down Chinese Communist
Party is their same goal.
Q   **Who told you this?**
A   I heard this from both William and
Mr. Han.
Q   **When did Mr. Han tell you this?**
A   Many times.
Q   **He told you many times that he went**
**to ACA for a loan because William Guo's family was**
**also being persecuted?**
        MS. CLINE:  Objection to form.

Page 116

---

YVETTE WANG

Q   **And Mr. Yu told you that he had**
**negotiated it on behalf of ACA?**
        MS. CLINE:  Objection to form.
A   He didn't mention about ACA's name.
Q   **He said that he had negotiated it**
**and did not use the name ACA.**
A   I don't remember that clearly.
Q   **Let me ask you this.**
    **When did Eastern approach ACA for**
**credit?**
        MS. CLINE:  Objection to form.
A   What's the question?
Q   **When did Eastern approach ACA for**
**credit?**
A   What do you mean for credit?
Q   **For a loan.**
A   I heard it was like in December of
2017.
Q   **When in December of 2017?**
A   You were asking the date?
Q   **Yes.**
A   I don't know.
Q   **Did you ask Mr. Chunguang, Mr. Han?**
A   I don't remember that.

Page 115

---

YVETTE WANG

I lodge an objection to the whole
line of inquiry.  Again, we agreed
you could ask questions about the
negotiations, the loan documents,
interest payments and so forth of the
the identity of the negotiator, which
she's now testified to.
    As the court said in her opinion
the court has expressed skepticism of
this theory as you're pursuing it.
And we've already negotiated the
scope of appropriate questions, and
you're going beyond it.
    This is just a wild goose chase
as to a period the court has already
rejected.
Q   **Please answer the question.**
A   Mr. Han mentioned many times his
family, and himself, and his business are
threatened and persecuted by Chinese communist
party.
Q   **And I understand that.  My question**
**is not how many times he's told you his family has**
**been persecuted.**

Page 117

---

30 (Pages 114 to 117)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2          My question is:  Has he actually told
3   you that the reason that Eastern Profit went to
4   ACA is because Mr. Han thought he had something in
5   common with Mr. G?
6          MS. CLINE:  Objection to form.
7      Q    That's what I want to know about.
8      A    Something in common; right?  I
9   think, Eddie, you're right.
10     Q    My question is has Mr. Han told you
11  that?  Has he told you that that is why Eastern
12  Profit went to ACA for a loan?
13     A    Yes.
14     Q    Okay.  How long did the negotiation
15  last?
16     A    Negotiation about what?
17     Q    The terms of the loan.
18         MS. CLINE:  Objection to form.
19     A    Should not be very long.  Quiet
20  quickly.
21     Q    You say should not be.  My question
22  is was it?
23     A    What's your question?
24     Q    Did a negotiation take very long?
25     A    You're asking my personal knowledge

Page 118

YVETTE WANG

1
2          Is there another discussion that you
3   recall having with Mr. Han about the loan?
4          MS. CLINE:  Objection to form.
5      A    Yes.
6      Q    When?  When was that?
7      A    End of -- I forgot that.  I don't
8   remember.  Definitely not only one time.
9      Q    Was it after your first deposition?
10     A    Before and after.  Both.
11     Q    How many times did you talk with him
12  about the loan before your first deposition?
13     A    I don't remember that.
14     Q    How many times did you talk to him
15  about the loan after your first deposition?
16     A    A couple of times.
17     Q    So the most recent was at the end of
18  the summer; right?
19     A    Yes.
20     Q    There was some time before that that
21  you -- that you also spoke to him about the loan?
22     A    About the entire case.
23     Q    And did that include the loan?
24     A    Yes.
25     Q    So how long did the -- did the

Page 120

YVETTE WANG

1
2   or my obtain knowledge?
3      Q    I'm asking what does Eastern Profit
4   know about its negotiation with ACA?  My question
5   is how long did it take?
6          MS. CLINE:  Asked and answered.
7      A    Mr. Han mentioned to me he reached
8   out to William asking for loan sharing the same
9   targets investigate and disclosure the corrupted
10  Chinese official.  And they went through some
11  discussion, which in my impression is normal, and
12  they sign agreement.
13     Q    Okay.  When did he tell you about
14  these discussions?
15     A    When; right?  Well, I don't remember
16  that.
17     Q    Was the amount always going to be
18  $1 million?  In other words, did the principle
19  amount change during the negotiations?
20     A    I didn't hear about that.
21     Q    Did you ask Mr. Han?
22     A    No, I didn't.
23     Q    Just to be clear, I understand that
24  you've had one discussion with Mr. Han about this
25  loan, and that was at the end of the summer.

Page 119

YVETTE WANG

1
2   discussion last over a couple of days between
3   Mr. Han and Mr. Yu, was it wrapped up in half an
4   hour?
5          How long did it take them to
6   negotiate the loan agreement?
7          MS. CLINE:  Asked and answered.
8      A    I heard like a couple of days.
9      Q    I notice the interest is 2 percent
10  per month, and it compounds monthly unless
11  otherwise mutually agreed.
12         Have the lender and borrower mutually
13  agreed in writing since this loan agreement to
14  remove the 2 percent interest per month
15  compounding feature?
16     A    That's the question?
17     Q    Have the lender and borrower mutually
18  agreed in writing since the date of this loan
19  agreement to remove the 2 percent interest per
20  month compounding term?
21     A    I never heard about this.
22     Q    Have they made any modifications to
23  the loan agreement?
24     A    I didn't hear about this.
25     Q    Is it possible that they did?

Page 121

31 (Pages 118 to 121)

YVETTE WANG

1
2     A    I cannot guess.  I don't know.
3     Q    Who would have the file that would
4  show any modifications to the loan agreement?
5     A    You are -- Eddie you're asking based
6  on imagination.  If they ever modify, my guess --
7  I know Joanna doesn't want me to guess, so that is
8  between Mr. Han and William.
9     Q    Have you asked Mr. Han if there have
10 been any modifications to the loan agreement?
11    A    I checked with him.
12    Q    Okay.  When did you check with him?
13    A    I forgot the time when.  But I
14 remember asking him like roughly what is the term,
15 what is interest.  And then any other special
16 things I should know, or any like change of mind I
17 should know.
18    Q    So if I ask Eastern have there been
19 any modifications to the loan agreement, the
20 answer is no.
21         Is it a firm no, or is it no, but
22 there might have been?
23         MS. CLINE:  Objection to form.
24    A    I believe it's a firm no.
25    Q    The 2 percent interest per month

Page 122

YVETTE WANG

1
2  compounding is a very high APR.  You won't have to
3  do the math here.
4         But my question to you is:  Why did
5  Eastern Profit agree to such a high interest
6  payment?
7         MS. CLINE:  Objection to form.
8     A    I don't think it's high.
9     Q    Okay.  So Eastern Profit does not
10 believe that 2 percent per month compounded
11 annually is a high interest -- high interest term?
12    A    Correct.
13    Q    Has Eastern Profit ever asked ACA to
14 lower the amount of the interest?
15    A    I didn't hear about that.
16         MR. GREIM:  Let's go ahead and
17 take a break.
18         THE VIDEOGRAPHER:  The time is
19 1:20 p.m., Wednesday, October 30,
20 2019.
21         This is the end of media number
22 2 of the videotaped deposition of
23 Yvette Wang.
24         We're off the record.
25         (At this time, a brief recess

Page 123

YVETTE WANG

1
2  was taken.)
3         THE VIDEOGRAPHER:  Good
4  afternoon.  The time is 2:05 p.m.,
5  Wednesday, October 30, 2019.  This is
6  media number 3 of the videotaped
7  deposition of Miss Yvette Wang.  We
8  are back on the record.
9  CONTINUED EXAMINATION
10 BY MR. GREIM:
11    Q    Miss Wang, welcome back.  We'll
12 return to the topic that we left with before our
13 lunch break.  That is the ACAEP loan.
14         We were talking about the
15 negotiations beforehand, and I did not ask you
16 whether any of the negotiations occurred by
17 E-mail.  Did they?
18    A    You didn't ask me that question.
19    Q    Correct.  Now I am.
20    A    I don't believe so.
21    Q    Have you searched for E-mails
22 relevant to this topic?
23    A    My E-mails.
24    Q    Anyone's E-mails.
25    A    First --

Page 124

YVETTE WANG

1
2         MS. CLINE:  Let me interject
3  here.  The performance of the search
4  in response to the RFPs was not a
5  subject of the deposition notice.
6         To the extent you know the
7  answer to the question, you may
8  answer.
9     A    First I searched in my E-mail.
10 Nothing.
11    Q    But you weren't involved in the
12 negotiation of the loan?
13    A    You mean before the loan agreement
14 was signed; correct?
15    Q    Correct.
16    A    Oh.  No, not really.
17    Q    Okay.  So does Eastern Profit know
18 whether Han Chunguang exchanged any E-mails with
19 William Je or any other person about the ACA loan?
20    A    You're asking did Mr. Han exchange
21 the E-mail about this loan; right?
22    Q    Right.  Mm-hmm.
23    A    He told me the discussion was orally.
24    Q    How about texts?
25    A    Orally.

Page 125

32 (Pages 122 to 125)

YVETTE WANG

1               YVETTE WANG
2      **Q    What, if any, was Guo Wengui's**
3    **involvement in the discussion of the loan,**
4    **negotiation of the loan?**
5      A    I'm not quite clear about his role in
6   this discussion.
7      **Q    Well, was he acting as Eastern**
8    **Profits' agent in connection with the loan**
9    **negotiation?**
10     A    Correct.
11     **Q    Was he acting as Eastern Profit's**
12    **agent -- let me strike that.**
13        **Has he been the acting as Eastern**
14    **Profit's agent in connection with discussions with**
15    **ACA regarding payment or a collection of the loan?**
16     A    I heard William mention to be paid
17   back to Mr. Guo also.
18     **Q    Where did you hear that?**
19     A    From William.
20     **Q    When did he tell you this?**
21     A    I forgot the precise words, but my
22   impression is he's chasing everyone he can chase.
23     **Q    My question was when did William Je**
24    **mention to you that he had talked to Guo about**
25    **paying back the loan?**

Page 126

1               YVETTE WANG
2    **agent of Eastern Profit with respect to the loan?**
3      A    I said Mr. Guo acted as an agent on
4   behalf of Eastern Profit to talk with Strategic
5   Vision and Waller and wallop.  W-A-L-L-E-R and
6   W-A-L-L-O-P.
7      **Q    I'm sorry.  My question is about the**
8    **loan, not about the discussions with Strategic**
9    **Vision.  I will be very clear.**
10        **In fact, let me take a second.**
11        **Does Mr. Guo have any E-mails or**
12    **texts that he sent to Mr. Ye or anyone else on**
13    **Eastern Profit's behalf in connection with the**
14    **loan?**
15     A    I don't believe so.
16     **Q    Did Eastern Profit check for those**
17    **E-mails or texts before the deposition today?**
18        MS. CLINE:  Again, that was not
19    a subject of the depo notice.
20        If you know the answer, you may
21    respond.
22     A    I asked about the loan agreement.  I
23   was advised they were our discussion.
24        So I didn't change further and say
25   let me search your E-mail or search your texts,

Page 128

1               YVETTE WANG
2      A    Should be quite a long time.  2018.
3     **Q    Is this in the 2018 dinner?**
4      A    Yes.  In a dinner he mentioned to me
5   also, yeah.
6      **Q    In a dinner or the dinner that we**
7    **discussed earlier?**
8      A    I believe we were talking about their
9   dinner. I'm ready to tell you where is the
10   restaurant.
11     **Q    Where is the restaurant?**
12     A    Avra.
13     **Q    Spell that for the record.**
14     A    A-V-R-A.  It's a great seafood
15   restaurant.
16     **Q    Well, other than Guo and other than**
17    **Han Chunguang, who else was involved in**
18    **negotiation of the ACA Eastern Profit loan?**
19     A    Mei is aware of this loan also.
20     **Q    Well, you say she is aware.  My**
21    **question is who was involved in the negotiation of**
22    **the loan?**
23     A    Oh.  Negotiation.  William, Mr. Han.
24   Yeah.
25     **Q    You said Mr. Guo also acted as the**

Page 127

1               YVETTE WANG
2   because I believe I was told the truth.
3      **Q    Did you ask Mr. Guo that question?**
4      A    I didn't ask him.  I don't remember
5   that.
6      **Q    Now the research agreement called for**
7    **a fee of $750,000 a month; is that right?**
8        MS. CLINE:  Objection to form.
9      A    $750,000, U.S. dollars, based on
10   their weekly reports and general monthly reports.
11   Without seeing or received the reports, $750,000
12   U.S. dollars should not be paid.
13     **Q    What steps, if any, did Eastern**
14    **Profit take to raise the money for the first**
15    **$750,000 payment to Strategic Vision?**
16        MS. CLINE:  Objection to form.
17     A    Sorry.  What's the question?  Raised
18   the money?
19     **Q    Sure.**
20     A    What's the question?
21     **Q    What steps, if any, did Eastern**
22    **Profit take to raise the money for the first**
23    **$750,000 payment to Strategic Vision?**
24        MS. CLINE:  So hold your answer
25    for a minute.  Again, the Judge has

Page 129

33 (Pages 126 to 129)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2      already ruled that the independent
3      financial identity of Eastern Profit
4      is not appropriate, within the
5      appropriate scope of the deposition.
6         **Q    This goes to these loan agreements**
7    **and not to the independent financial identity.  So**
8    **my question is:  What was Eastern Profit?  We saw**
9    **that it negotiated a loan for the million dollar**
10   **deposit.**
11        **What steps was it taking to make the**
12   **first $750,000 payment?**
13           MS. CLINE:  No.  I'm going to
14      object, and I'll quote from the
15      judge's order.  "To the extent the
16      defendant seeks to inquire further
17      regarding plaintiff's financial
18      situation, his request to do so is
19      denied."
20           Again for failure to establish
21      relevance, this inquiry is beyond the
22      scope of the deposition.
23        **Q    Was Eastern Profit negotiating with**
24   **ACA for a second loan to make its first payment?**
25           MS. CLINE:  Some objection.  The

Page 130

YVETTE WANG

1
2      financial wherewithal or status of
3      the entity is beyond the scope.
4           MR. GREIM:  It's not about the
5      financial wherewithal.  It's about
6      whether it is truly and whether it
7      actually negotiated the first loan at
8      the relevant time.
9        **Q    So my question is:  Was Eastern**
10   **Profit engaged with ACA in discussions for a**
11   **second loan to make the $750,000 payment that was**
12   **due for the first month of the contract?**
13           MS. CLINE:  I repeat my
14      objection.  That's beyond the scope
15      of the deposition.
16        **Q    I would like an answer to that**
17   **question.**
18           THE WITNESS:  Can I answer?
19           MS. CLINE:  You can answer if
20      you know.
21           It's beyond the scope of what
22      witness was asked to educate
23      herself on.
24      A   It's possible.
25        **Q    So Eastern Profit might know.  You do**

Page 131

YVETTE WANG

1
2    **not know?**
3           MS. CLINE:  Objection to form.
4      A   It's possible.
5        **Q    All right.  Has ACA made a written**
6    **demand for payment on Eastern Profit?**
7      A   Written demand.  I didn't see that by
8    myself.  But I heard possibly, yes.
9        **Q    Has Eastern Profit received a written**
10   **demand from ACA for payment?**
11     A   I didn't check our records.
12       **Q    Who has the records?**
13     A   I assume Mr. Han.
14       **Q    Do you know whether he does?**
15     A   You're asking me to guess.
16       **Q    I'm asking Eastern Profit who keeps**
17   **it's financial records.**
18     A   You're asking financial records, or
19   you're asking the written demands?  This is two
20   things to me added.
21       **Q    Who keeps Eastern Profit's financial**
22   **records?**
23     A   The company itself.
24       **Q    Which person keeps the financial**
25   **records?**

Page 132

YVETTE WANG

1
2      A   I don't know about that.
3        **Q    If there was a written demand, who**
4    **would have it?**
5      A   If there is, I don't know.  Could be
6    Mr. Han, because he negotiated the loan agreement
7    with William.
8        **Q    Have you asked him whether there's a**
9    **written demand from William Je from ACA?**
10     A   I didn't.
11       **Q    Does Eastern Profit show this loan as**
12   **a liability on its financial statements?**
13           MS. CLINE:  Objection.  Again
14      now we're going back into financial
15      statements and your theory about the
16      loan.  The judge said you and I
17      agreed we would talk about the
18      negotiation of the loan and the terms
19      of the loan.
20           We've already done that for
21      hours, and now you're going far
22      afield of the scope.
23       **Q    I want to know whether Eastern Profit**
24   **treats this as a loan.**
25           MS. CLINE:  Objection to form.

Page 133

34 (Pages 130 to 133)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2     A    What's the question?
3     Q    Does Eastern Profit show this as a
4  loan, this million dollars as a loan on its
5  financial statements?  I'm sorry, as a liability
6  on its financial statements?
7     A    I believe, yes.
8     Q    Do you believe or do you know?
9     A    What is difference between I believe
10 and I know?
11    Q    Well, you either have seen the
12 financial statement and know it does, or you're
13 guessing because you think it should?
14        MS. CLINE:  Objection to form.
15    Q    My question is:  Does Eastern Profit
16 treat this loan as a liability on its financial
17 statements?
18    A    Yes.
19    Q    So when did you view the financial
20 statements.
21        MS. CLINE:  Objection to form.
22    A    I was told by the director and the
23 representative.
24    Q    Okay.  So Guo Mei and Han Chunguang
25 both told you that they've seen the financial

Page 134

YVETTE WANG

1
2  should pay back, period.
3     Q    Confirmed with who?
4     A    They told me.  That's why we're suing
5  here.
6     Q    Who told you?
7     A    Eastern Profit.
8     Q    And who from Eastern Profit told you?
9     A    Both of them.  They told me.
10    Q    Guo Mei and Han Chunguang?
11    A    Correct.
12    Q    And have you already described the
13 conversations where this occurred?  These are the
14 conversations that you had with them in the summer
15 of this year?
16        MS. CLINE:  Objection to form.
17    A    You're confusing me again.  What's
18 the question?
19    Q    You already told us about the
20 conversations where Guo Mei and Han Chunguang told
21 you about this.
22    A    Told who?
23    Q    You.  Told you about this.
24    A    Who told me?
25    Q    Guo Mei and Han Chunguang.

Page 136

YVETTE WANG

1
2     A    Mm-hmm.
3     Q    Have you already told us about the
4  conversation in which Guo Mei and Han Chunguang
5  told you that it considers this million dollars to
6  be a loan from ACA.
7     A    I just told you.  Yes, I did tell
8  you.
9     Q    And those were the summer of 2019
10 discussions?
11        MS. CLINE:  Objection to form.
12    A    Wow.  Many times.  I don't remember
13 them.
14    Q    So are you now telling me that you've
15 talked to Han Chunguang many times about this
16 loan?
17        MS. CLINE:  Objection to form.
18    A    I'm telling you they are aware of
19 this litigation and the other meet.  This is a
20 loan need to be paid back.  And they're asking me
21 what is the litigation going on and when we can
22 get $1 million from the two liars back.
23    Q    Could you look at Exhibit 31?
24    A    Sure.
25    Q    This is the loan agreement.  Go to

Page 137

YVETTE WANG

1
2  statements and that Eastern Profit treats the
3  million dollars as a liability?
4        MS. CLINE:  Objection to form.
5  Mischaracterizes testimony.  Beyond
6        the scope of the deposition.
7     A    What's your question?
8     Q    Did Guo Mei tell you that she had
9  seen the financial statements of Eastern Profit?
10        MS. CLINE:  Again, objection.
11        This is beyond the scope of the
12        court's order, and anything we've
13        agreed to.  We're not going to have
14        her testify about the financial
15        identity or the final situation of
16        the plaintiff.
17    Q    I don't care about the financial
18 situation.  I want to know whether this entity
19 recognizes this as a loan that it actually has to
20 repay?
21        MS. CLINE:  Asked and answered.
22        MR. GREIM:  I would like to
23        know.
24    A    Eastern Profit confirmed, reconfirmed
25 again, again.  This is a loan Eastern Profit

Page 135

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

the very back.

A    Which page?

Q    Page 3.  Was Chu -- do you see
Chunguang Han's signature?  Do you see it?

A    I see a signature behind Chunguang
Han's name.

Q    Is that his signature?

MS. CLINE:  Objection.
Foundation.

A    This is accurate, as you said, true
loan agreement.  Of course this is his signature.
What do you mean, like someone made up?  I don't
understand your question.

Q    I'm asking Eastern Profit if this is
really its director's signature.

A    I'm telling you this is a true loan
agreement.  So the signature on this loan
agreement, the signatures are accurate and true.

Q    And how do you know that this is a
true loan agreement; did someone tell you this?

MS. CLINE:  Objection.  Asked
and answered.  You're badgering the
witness.  You asked her about the
signature.  She answered the

Page 138

YVETTE WANG

Q    Whose name is it?

A    It's a signature.

Q    Of who?

A    It could be a (inaudible) or any
symbolic.

Q    Let's go ahead and get it out.  We
have it.

A    Let's get it.

(Wang Exhibit 2, Research
Agreement dated December 29, 2017
Bates stamped Eastern-000005 to
Eastern 000009 previously marked for
Identification as of this date.)

Q    I'm going to show you what we marked
in your first deposition as Wong 2.

Do you recognize this document?  The
question pending is whether you recognize the
document.

A    I'm preparing to answer your
question.

Q    Just making sure.

A    Yes.

Q    What is it?

A    It's called a Research Agreement.

Page 140

YVETTE WANG

question.

Q    Other than Mr. Grendi, has anyone
else told you this is Mr. Chunguang Han's
signature?

MS. CLINE:  Objection to form.
Mischaracterizes testimony.

Q    Did you sign Chunguang Han's
signature on the research agreement in this case?

A    Pardon?

Q    Did you sign Chunguang Han's
signature on the research agreement at issue in
this case?

A    How I can sign his signature?

Q    Do you sign his name to the research
agreement in this case?

A    You're confusing me.  Which
agreement?

Q    The research agreement at issue in
this case.

A    That is a signature I was authorized
to sign.

Q    So you were authorized to write his
name on that document?

A    I don't believe that's his name.

Page 139

YVETTE WANG

Q    It's an agreement that you signed in
French Wallop's presence; isn't it?

A    Yes.

Q    And whose name did you sign?

A    I didn't.  I did not mean to sign
anyone's name here.

Q    Did you sign any name?

A    Are you Chinese Mandarin,
linguistics?  Do you read Mandarin?

Q    Answer the question.  Whose name did
you sign?

A    I didn't sign anyone's name.  This is
a signature.

Q    What does it read?

A    It's simple.

Q    So this is not a name?  I'm
indicating the Chinese handwriting on page 3.

MS. CLINE:  Objection to form.

A    It could be a name.

Q    What is it?  Whose name is this?

A    I am authorized to sign this contract
on behalf of Eastern Profit Limited.  I sign here.
This is my signature on behalf of Eastern Profit
Limited.

Page 141

36 (Pages 138 to 141)

YVETTE WANG

1
2      Q    Fair enough.
3      A    I can say this is my name.  I can say
4  this is in my English name or Chinese name, and
5  this is my authorized signature here.
6  (Indicating)
7      Q    My question is whose name is it?
8      A    Nobody's name.
9      Q    So a Mandarin speaker would look at
10  this and say this is just squiggly lines, it's no
11  one's name.  Does it make out a name?
12     A    I don't know think any Mandarin say
13  this name.
14     Q    This is Han Chunguang's name; isn't
15  it?
16     A    I didn't say that.
17     Q    I'm asking you.  Is this Han
18  Chunguang's name?
19     A    I didn't say that.  I don't think it
20  is.
21     Q    Okay.  So your testimony under oath
22  is that you did not sign Han Chunguang's name?
23     A    Correct.
24     Q    You signed -- did you sign any name?
25         MS. CLINE:  Objection.  Asked

Page 142

YVETTE WANG

1
2  and answered.
3      A    I repeat again.  I didn't mean to be
4  anyone's name.  I was authorized to sign on
5  Eastern Profits, and I just sign that.
6      Q    Who authorized you to sign this
7  agreement on behalf of Eastern Profit?
8      A    Eastern Profit.
9      Q    Who?
10     A    Is both May, M-E-I, and Mr. Han.
11     Q    So Guo Mei and Mr. Han authorized you
12  sometime before January 6th or on January 6th to
13  sign something on this line?
14         MS. CLINE:  Objection to form.
15     A    They authorized me to handle this
16  research project with everything this project
17  needs Eastern to do.
18     Q    How did they authorize you to handle
19  this project on or before January 6th?
20         MS. CLINE:  Objection.  Asked
21  and answered.
22     A    How?
23     Q    By what method did they give this
24  authorization to you?
25     A    You have a limited Power of Attorney.

Page 143

YVETTE WANG

1
2      Q    What date was that signed?
3      A    You mean as Power of Attorney?
4      Q    Yes.
5         MS. CLINE:  Just to be clear, is
6  your line of inquiry -- this is the
7  Eastern Profit 30(b)(6).  Your line
8  of inquiry, am I correct, relates to
9  your authority on behalf of Eastern
10  Profit.
11         MR. GREIM:  Correct.
12     A    What's your question?
13     Q    When was the limited Power of
14  Attorney signed?
15     A    You went me to read this; right?
16     Q    Just answer the question.
17     A    I need to know the question.  What
18  was the question?
19     Q    The question is:  When was the
20  limited Power of Attorney signed?  When was it
21  signed?
22     A    August 30, 2018.
23     Q    Right.  So my question is how did you
24  get your authority; was it orally, or was it in
25  writing, on or before January 6, 2018 to affix

Page 144

YVETTE WANG

1
2  something to exhibit number 2, the research
3  screen?
4      A    You should ask me these questions
5  from the very beginning.  I will give you what you
6  need to know and what you want to know.
7      Q    Great.  I can't wait to hear it.
8         MS. CLINE:  I object.  Please
9  don't stare her down.  You can ask a
10  question, and she can answer it.  The
11  stipulation is the stares we can do
12  without.
13         MR. GREIM:  Okay.  But she's
14  making a funny face at me.  That's
15  okay.
16     Q    I would just like to know the answer
17  to the question.
18         How did you get the authority to sign
19  Exhibit 2?
20         MS. CLINE:  When you say
21  Exhibit 2, you mean --
22         MR. GREIM:  The research
23  agreement.
24         MS. CLINE:  -- Wang Exhibit 2.
25  You have two exhibits with the

Page 145

37 (Pages 142 to 145)

YVETTE WANG

1           YVETTE WANG
2   number 2 on them.
3         THE WITNESS:  Can I answer?
4         MS. CLINE:  Yes.
5      A   I was authorized both by orally and
6   Power of Attorney.
7      **Q   What was the first word?**
8      A   Orally.  O-R-A-L-L-Y.
9      **Q   So is there another Power of Attorney**
10  **that predates Guo Exhibit 2?**
11        MS. CLINE:  Again, the questions
12       that have to do with Golden Spring
13       and Golden Spring's authority are for
14       a separate deposition.
15        MR. GREIM:  I agree.
16        MS. CLINE:  Right now we're
17       talking about Eastern Profit.
18        MR. GREIM:  Yup.  That's exactly
19       right.
20     **Q   So the question is -- first of all,**
21  **Exhibit 2, Wang Exhibit 2, the Research Agreement**
22  **was signed by Eastern Profit; right?**
23     A   Correct.
24     **Q   So you've just testified that you**
25  **received the authority to sign by Eastern Profit**

Page 146

1           **YVETTE WANG**
2         MS. CLINE:  Objection to form.
3   Mischaracterizes the document.
4         THE WITNESS:  Should I answer?
5         MS. CLINE:  You can answer.
6      A   I don't remember the dates.  80
7   percent.  Again, she doesn't want me to guess.
8      I sign this research agreement based
9   on a firm, confirmative, very firm, F-I-R-M, oral
10  authorization.
11     **Q   From who?**
12     A   From Mr. Han.
13     **Q   When did he give you the oral**
14  **authorization to sign the research agreement?**
15     A   December, 2017.
16     **Q   Okay.  When in December of 2017?  A**
17  **lot of negotiations in that month.**
18        **When in December of 2017 did Mr. Han**
19  **give you this authority?**
20     A   I don't remember the dates, but it
21  was before we entered into this research
22  agreement.
23     **Q   So did you discuss with Mr. Han the**
24  **terms of the research agreement?**
25     A   Nope.

Page 148

1           YVETTE WANG
2   **from two different sources, orally and by limited**
3   **Power of Attorney.**
4         **So my first question is what is the**
5   **limited Power of Attorney that authorized you to**
6   **sign the research agreement for Eastern Profit?**
7         MS. CLINE:  Objection to form.
8      A   I have to correct my linguistic or
9   your understanding.  I told you orally or Power of
10  Attorney.
11     **Q   Okay.  So is it your testimony that**
12  **there is a Power of Attorney that granted you the**
13  **authority to sign Wang Exhibit 2, or are you**
14  **saying there is no limited Power of Attorney?**
15  **Which one is it?**
16     A   I repeat again.  I was authorized by
17  eastern both orally and Power of Attorney.
18     **Q   I see.  And so we just looked at one**
19  **Power of Attorney, but it mentions Golden Spring,**
20  **and it's from later in the year.**
21        MS. CLINE:  Objection to form.
22     **Q   So my question is there some other**
23  **Power of Attorney that I haven't seen yet that**
24  **gave you the authority to sign the research**
25  **agreement on behalf of Eastern Property?**

Page 147

1           YVETTE WANG
2      **Q   Did you translate it for him?**
3      A   He didn't ask.  I don't remember I
4   offered.
5      **Q   Did you talk to Mr. Chunguang about**
6   **the deal with Strategic Vision?**
7      A   Yes, I did.
8      **Q   Did he give you approval that he**
9   **agreed with the deal?**
10     A   He authorized me to deal with this
11  deal.  But he is aware we're trying to disclosure
12  the Chinese corrupted by investigation.
13  And he is on same page with us, which means he
14  agree with what we are doing.
15     **Q   So how did you know that that was the**
16  **purpose of the research agreement?**
17        MS. CLINE:  I'm sorry.  I was
18       coughing.  Can I hear that back.
19        (The requested portion of the
20       record was read back by the
21       reporter.)
22        MS. CLINE:  Objection to form.
23     A   How did I know?  I don't remember
24  that clearly, but I heard -- this is about Chinese
25  corrupted official.  They're illegal like

Page 149

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

investigation from Miles and from Wallop, Waller.
Both.
        I don't remember like which dates,
the precise language, but Miles is looking for
some professional company, and Waller, Wallop
represented themselves, the best research company,
professional qualified who can help our research.
So I got to know about this research from there.
        Q    Why did you -- what made you
understand that Mr. Han was the person to go to
for authority to sign the research agreement?
            MS. CLINE:  Objection to form.
        A    What's the question?
        Q    How did you come to understand that
Mr. Han was the person for you to go to to seek
authority to sign the research agreement?
            MS. CLINE:  Objection to form.
        A    Because Waller and Wallop, obviously
they did not want Mile's name on any of the
contracts.
        Q    I'm sorry?
        A    I didn't finish.
        Q    Okay.  Go ahead.
        A    And Miles, he expressed okay.  Let's

Page 150

YVETTE WANG

look for someone who can be on this contract
pursuing the same goal with us.  I didn't finish.
        Q    Okay.  Keep going.
        A    So I start to look for, and I asked
Mr. Han.  He was onboard.  That's it.
        Q    Okay.  But my question unfortunately
was:  How did you know that Mr. Han was the right
person to speak with to obtain Eastern Profit's
authority?
            MS. CLINE:  Objection to form.
        A    Okay.  I'm still confused by you.
        Q    We know that at some point you
identified Eastern Profit.  We know that.
        A    Mm-hmm.
        Q    You had to go to a real person though
to speak on behalf of Eastern Profit to give you
authority; right?
            MS. CLINE:  Objection to the
        form.
        A    Continue.
        Q    You agree with me so far; right?
        A    I heard you so far.
        Q    Okay.  Fine.  My question is why did
you go to Mr. Han?  Why not some other person?

Page 151

YVETTE WANG

How did you know Mr. Han was the person to go to
to get authority from Eastern Profit?
            MS. CLINE:  Objection to form.
        A    I started to ask and look for someone
as I just said.  It was Mr. Han.  He mentioned to
me Eastern Profit could be on the contract.
        Q    This is Chunguang Han?
        A    Mr. Han.
        Q    Han Chunguang; right?
        A    Correct.  He gave me Eastern Profit's
name.
        Q    So the person who suggested Eastern
Profit to take Mr. Guo's place was Han Chunguang?
            MS. CLINE:  Objection to form.
        A    What do you mean take Mr. Guo's
place?
        Q    Who was the first person who
mentioned Eastern Profit to you?
        A    I don't remember clearly.  It could
be either Mr. Han or Mr. Guo, but I don't remember
that clearly.
        Q    You remember testifying at your first
deposition it was Mr. Guo?
        A    You want me to read the page?  Which

Page 152

YVETTE WANG

page?
        Q    Before we go back and do this, why
don't we do it the right way.  I'm just going to
ask you.  You remember testifying before that you
first heard the words Eastern Profit from Mr. Guo?
        A    You're asking me is that my testimony
in my first deposition?
        Q    Yes.  Yes.
            MS. CLINE:  He's asking whether
        you remember.
        A    I don't remember that.
        Q    All right.  Look at page 12, please,
of your transcript.
        A    12, right.
        Q    Yes.  Let's look at page 10.  Even
better, it's all over these pages.
            Let's start on 10.  Why don't you
just take a look at pages 10 through 13.  Just
take a second to read through.
        A    From page 10 to 13?
        Q    Yes, to the correct answer at the
bottom of 13.  You can go to the bottom of 13.
            Are you finished?
        A    Yes.

Page 153

39 (Pages 150 to 153)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1

2    Q    Okay.  Now do you recall now that you

3  testified that Mr. Guo introduced you to Eastern

4  Profit?

5         MS. CLINE:  Objection to form.

6    A    Now I do.

7    Q    All right.  I don't want to get you

8  too far down the road with Han Chunguang, because

9  I remember his testimony.

10        So how is it then that you learned

11  that Han Chunguang had anything to do with Eastern

12  Profit?

13   A    What's the question?

14   Q    How did you learn that Han Chunguang

15  had anything to do with Eastern Profit?

16   A    How did I learn?

17   Q    Mm-hmm.

18   A    That was I asked him there's a

19  project in here, and kind of like are you interested.

20  And then he told me Eastern Profit probably could

21  join this project.

22   Q    Han Chunguang said this to you?

23   A    I don't remember the precise words

24  quote, okay.  That is my impression.  I was asking

25  him, and then he agree with our big goal, to take

Page 154

YVETTE WANG

1

2  down CCB.  And he said kind of like it's a great

3  job.  Let's do it.

4    Q    Who told you that Han Chunguang had

5  any authority to act on behalf of Eastern Profit?

6         MS. CLINE:  Objection to form.

7    A    You mean when?

8    Q    No.  Who.  Who told you that Han

9  Chunguang had any authority to act on behalf of

10  Eastern Profit?

11   A    Mei told me.

12   Q    When did she tell you that?

13   A    I forgot the precise time.  It should

14  be sometime in 2018.

15   Q    Okay.  But back in December of 2017,

16  all right --

17   A    Yes.

18   Q    -- when you testified that Han

19  Chunguang gave you authority to sign the research

20  agreement on behalf of Eastern Profit, who told

21  you that Han Chunguang had any authority to speak

22  on behalf of Eastern Profit?

23        MS. CLINE:  Objection to form.

24   A    He told me.

25   Q    He told you?

Page 155

YVETTE WANG

1

2    A    Should I continue?

3    Q    Go ahead.  I'm sorry.  I thought you

4  were done.

5    A    He told me Eastern Profit could be

6  onboard.  I can go ahead to sign a contract.

7    Q    Did he explain to you what his

8  relationship with Eastern Profit was?

9    A    I forgot the precise words he told

10  me, but he expressed he was or he is running

11  Eastern Profits, and he told me Eastern Profits

12  will be on the same side with our big anti-CCP,

13  Chinese Communist Party.

14   Q    Did Mr. Han tell you what his duties

15  and responsibilities were?

16   A    He was running.  My impression is he

17  was running.

18   Q    Who told you he was the, quote,

19  principal of Eastern?

20        MS. CLINE:  Objection to form.

21   A    Called principal.

22   Q    Who told you that he was the

23  principal of Eastern?

24        MS. CLINE:  Objection to form.

25   A    That is my understanding, he's the

Page 156

YVETTE WANG

1

2  principal.

3    Q    And who told you that?

4    A    Mr. Han expressed Eastern could be

5  onboard and he runs eastern.  So I recognize him.

6  He is a principal.

7         And later on Mei confirmed her

8  authorization to Mr. Han also which double confirm

9  my recognition to Mr. Han as the principal of

10  Eastern Profit.

11   Q    Do you remember testifying at your

12  deposition in January that you didn't know what

13  Mr. Han's duties and responsibilities were, and it

14  was Mr. Guo who told you he was the principal of

15  Eastern?

16        MS. CLINE:  Objection to form.

17   A    Which page?

18   Q    Page 97.  You can start up on 96 if

19  you want to.  The person starts asking about

20  Chunguang Han at line 13.

21        All right Miss Wang, do you see that

22  the questioner asked you at the bottom of 96, he

23  says, line 18:  What is his exact position

24  Eastern?

25        You answer:  He is the President of

Page 157

40 (Pages 154 to 157)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

Eastern.  It should be on the paper here.
 Question:  It just says he's a
principal.  Answer:  Okay.  Okay, the principal of
Eastern.
 Question:  What does that mean?
 Answer:  You mean my understanding?
Now onto 97.
 Question:  Yes.
 Answer:  Boss, I don't know.  I don't
know his official title question.
 Question:  Is he an officer,
director?
 Answer:  I don't know.
 Question:  Do you know what his
duties and responsibilities are.
 Answer:  I don't know.
 Question:  How did you know he was a
principal?
 Answer:  Mr. Guo told me.
 Did I read that correctly?
 A   You did that great.
 Q   Okay.  That was your testimony in
January; correct?
 A   Correct.

Page 158

---

YVETTE WANG

 A   What's your question?
 Q   Are you saying that you did not know
about your own conversation with Guo Mei or Han
Chunguang when you first testified in January of
2019?
 MS. CLINE:  Objection to form.
 Q   Did you learn something new about
those discussions since January?
 A   What is your precise question?
 Q   In January when you first testified,
you were only about what, a year removed from
these events; right?
 A   January, my first deposition, until
now is about 10 month.
 Q   So that these 10 months, did you find
additional communication between yourself and
Mr. Chunguang or Guo Mei to remind you that, in
fact, they're the ones who told you what Han
Chunguang's role was?
 A   As I just testified, I did talk with
Mei and Mr. Han in the summer, and later summer,
which is between my first deposition and now.
 Q   Okay.
 A   I understand.  I start to recognize

Page 160

---

YVETTE WANG

 Q   So now you're telling us that in fact
Guo Mei and Han Chunguang himself told you these
things?
 A   First --
 MS. CLINE:  Objection to form.
 Go ahead.
 A   I don't know paper here mean.
Okay?  I have no memory about here.  Paper here.
What's the paper here first.  Second, why I am
here today for you Eddie, because the judge
ordered clearly in October 28th order for this
deposition saying Wang, Yvette Wang, me.  I was
not prepared enough for my first deposition which
means from my first deposition until now, 10
months, I learned more knowledge and information
than 10 month ago.
 Q   But this is about your own
interaction with Mr. Guo.  This is not about
information that somebody else told you.  You're
testifying about your own interactions; aren't
you?
 MS. CLINE:  Objection.
 Argumentative.  Asked and answered.
 Calm down.

Page 159

---

YVETTE WANG

as a 31B witness.  I need to find out information,
which means as judge directed on October 28th, I'm
allowed to prepare for my today deposition.
 Q   We want you to do so.  However, are
you telling me that -- maybe we misunderstood your
testimony here.
 My question to you was before you
signed the research agreement back on January 6,
2018, did Guo Mei or any other person -- did any
person other than Guo Wengui tell you that Han
Chunguang of Eastern Profit had authority to act on behalf of
Eastern Profit?
 MS. CLINE:  Objection to form.
 A   Before the contract signed?
 Q   Right.
 A   I don't remember that clearly.  But
based on my memory, which I worked after my first
deposition, I was looking for someone who can join
this project.  Then Mr. Guo looking for also, I
guess.  I cannot represent him.
 His agent on behalf of Eastern with
strategic equation, which means possibly when I
was talking with Mr. Han, and Mr. Guo talked with
him also, which I don't know.  So it's right

Page 161

---

41 (Pages 158 to 161)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2  before and after those couple of days.  I don't
3  have the precise dates.
4       Q    You first learned of Eastern Profit's
5  existence just before going down to Virginia to
6  sign the contract with Miss Wallop; isn't that
7  right?
8            MS. CLINE:  Objection to form.
9       A    That's correct.
10           (Wang Exhibit 4, a document
11           titled Research Agreement dated
12           January 1, 2018 and Bates stamped
13           Eastern-000001 to Eastern-000004
14           previously marked for Identification
15           as of this date.)
16      Q    I'm going to hand you what we marked
17  in the original deposition as Exhibit 4.  I'm
18  giving you another copy for your attorney.
19           This is Wong Exhibit 4, Eastern Bates
20  numbers 1 through 4.  This is a document that you,
21  or that Eastern produced to us in this case.  And
22  if you want, you can compare it.  Maybe it will be
23  helpful to compare it to the actual research
24  agreement which is Exhibit -- Wang Exhibit 2.
25           You'll see they're not the same

Page 162

YVETTE WANG

1
2       Q    Do you recall this being -- first of
3  all, the agreement wasn't signed on January 1; was
4  it?
5       A    You're right.
6       Q    And do you recall this being a draft
7  of the agreement, at least a draft, maybe not the
8  only draft, as of January 1, 2018?
9            MS. CLINE:  Exhibit 41.
10           MR. GREIM:  Yes, Exhibit 4.
11      A    It has been almost 20 months.  I
12  don't remember clearly what was the negotiation,
13  but since this is Eastern, we produce this.  I
14  have to say yes.
15      Q    And do you recall that at this time I
16  won't -- I don't want to characterize this the
17  wrong way, but do you agree that at this time
18  Eastern Profit had not been identified yet as the
19  entity that would be entering the contract?
20           MS. CLINE:  At which time?
21           MR. GREIM:  As of January 1,
22  2018.
23      A    You are asking me by January 1, 2018,
24  Eastern Profit was not recognized?
25      Q    Right.

Page 164

YVETTE WANG

1
2  document; are they?
3       A    You're right.
4       Q    Wang Exhibit 4 doesn't have
5  signatures on it; right?
6       A    Correct.
7       Q    It doesn't have the same payment
8  terms.  The amount is only $250,000.  If you look
9  on page 4 of Wang Exhibit 4, do you see that?
10      A    I'm reading this.  You want me just
11  to read this paragraph; right?
12      Q    Yeah.  My only question is I just
13  wanted you to look at the payment terms paragraph.
14  And I'm just asking you to see that this is only
15  $250,000 a month in this draft; is that right?
16      A    Correct.
17      Q    And strategic was demanding a much
18  higher amount, which it ultimately got, $750,000 a
19  month; isn't that right?
20           MS. CLINE:  Objection to form.
21      A    Correct.
22      Q    If you go to the front of Wong
23  Exhibit 4, you see the date typed up in the top is
24  January 1, 2018?
25      A    Yes.

Page 163

YVETTE WANG

1
2       A    No.  I don't agree with you.
3       Q    Okay.  Okay.
4            So when was Eastern Profit first
5  identified as the contracting party for we'll call
6  it your side of the contract?
7       A    Was identified?  You mean confirmed
8  or found; right?
9       Q    Sure.
10      A    I don't remember that clearly, but I
11  started to talk to Hank kind of like November
12  earliest, November, December of 2017.
13      Q    But you testified that you didn't
14  learn the name of Eastern Profit until just before
15  going down to Virginia to negotiate with French
16  Wallop.  So how could Eastern Profit have been
17  identified back in November of 2017?
18           MS. CLINE:  Objection to form.
19           Mischaracterizes testimony.
20      A    Why before?  Like two hours right
21  before I came down to Virginia?  I'm talking about
22  like a month or two month.  Less than two month.
23  I don't think that is a long time.  I can still
24  quote that as right before.
25      Q    Is it your testimony that you first

Page 165

42 (Pages 162 to 165)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2 learned that Eastern Profit would be the
3 contracting party in November of 2017?
4      A    I don't remember that clearly, but
5 it's for sure the latest is November -- no,
6 December or even November, late November of 2017.
7      Q    Mr. Chunguang Han is not a director
8 of Eastern Profit, is he?
9      A    You're asking about now?
10      Q    Right.
11      A    He is not.
12      Q    Between September, 2017 and March,
13 2018 he was not a director of Eastern Profit, was
14 he?
15      A    Between September of 2017 until when?
16      Q    March, 2018 he was not a director,
17 was he?
18      A    He was not.
19      Q    Is there any document appointing
20 Mr. Han as any sort of an officer or
21 representative of Eastern Profit for the period
22 September, 2017 to March, 2018?
23      A    He is authorized.
24      Q    My question is is there a document
25 giving him that authority?

Page 166

YVETTE WANG

1
2 me also, but I don't remember that clearly.
3      Q    Okay.  So other than a recollection
4 that at some point Mr. Han and Miss Mei told you
5 that he had authority to act for Eastern Profit
6 between September, 2017 and March, 2018, can
7 Eastern Profit point to any other documents
8 reflecting that he had that role?
9      A    I didn't ask.
10      Q    Do they exist?  Do the documents
11 exist?
12      A    I did not ask.
13           MR. GREIM:  Why don't we take a
14 short break.  Let's take a
15 five-minute break.
16           THE VIDEOGRAPHER:  The time is
17 3:25 p.m., Wednesday, October 30,
18 2019.
19           This is the end of media number
20 3 of the videotaped deposition of
21 Yvette Wang.
22           We're off the record.
23           (At this time, a brief recess
24 was taken.)
25           THE VIDEOGRAPHER:  The time is

Page 168

YVETTE WANG

1
2      A    I didn't remember I saw that document
3 paper, no.
4      Q    Why do you believe he is authorized?
5 Let's stick to the period of September of 2017 to
6 March, 2018.
7           Why does Eastern Profit say he's
8 authorized to act during that period?
9      A    September, 2017 until March, 2018;
10 right?
11           I don't remember the precise words.
12 My impression is I was told he was the director.
13 He is still running the company authorized by the
14 director.
15           And then later on Mei confirmed
16 Mr. Han made the correct representation about
17 himself and his wife.
18      Q    Okay.  So who is the person that told
19 you that he had been given authority to act on
20 behalf of Eastern Profit between September, 2017
21 and March, 2018?
22           MS. CLINE:  Objection to form.
23           Asked and answered.
24      A    Mr. Han, he expressed it to me.  I
25 don't remember clearly.  Miss Mei mentioned it to

Page 167

YVETTE WANG

1
2 3:39 p.m., Wednesday, October 30,
3 2019.  This is media number 4 of the
4 videotaped deposition of Miss Yvette
5 Wang.  We're back on the record.
6 CONTINUED EXAMINATION
7 BY MR. GREIM:
8      Q    All right, Miss Wang.  Welcome back.
9           Based on your most recent testimony,
10 it sounds like there are two individuals who we
11 can say had knowledge of the negotiation of the
12 contract between Eastern Profit and Strategic
13 Division, Guo Mei and Han Chunguang.  Is that
14 correct?
15           MS. CLINE:  Objection.
16      Q    Let me strike that.
17      A    Too long a question.  I going to
18 forget.
19      Q    Is it fair to say that Han Chunguang
20 and Guo Mei had knowledge of Eastern Profit's
21 negotiation of the contract with Eastern -- with
22 Strategic Vision?
23      A    You're talking about this research
24 agreement; right?
25      Q    I am.

Page 169

43 (Pages 166 to 169)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2      A    They don't have the details like in
3  terms of this contract.  But they know or they
4  knew we hired a so-called professional
5  investigation company which really Shell Company
6  and liars.
7      **Q    But if I understand you correctly,**
8  **you have now testified that Han Chunguang knew of**
9  **the agreement before it was signed, approved of**
10 **its purpose, and authorized you to sign it?**
11         MS. CLINE:  Objection to form.
12     **Q    Is that correct?**
13     A    Mr. Han did not get that deeply
14 involved.
15     **Q    However, it is true, isn't it, that**
16 **you told Han Chunguang about the contract, you**
17 **told him about the goals of the contract, and you**
18 **asked for his authority to sign it.**
19         **That is your testimony today; isn't**
20 **it?**
21         MS. CLINE:  Objection to form.
22     A    I told him we found a research
23 company.  Miles was meeting with their
24 representatives.  They seem like qualified and
25 professional by them.  Most likely we can contract

Page 170

YVETTE WANG

1
2      **Q    Very good.  Please take a look at**
3  **what we marked in your other deposition as Wang**
4  **Exhibit 3.**
5         (Wang Exhibit 3, a document
6         titled Plaintiff Eastern Profit
7         Corporation Limited's Responses and
8         Objections to Defendant Strategic
9         Vision US, LLC's First Set of
10        Interrogatories previously marked for
11        Identification as of this date.)
12     **Q    Do you recognize these as Eastern**
13 **Profit Limited's responses and objections to**
14 **Strategic Vision's first set of interrogatories?**
15         **You'll see that the second to last**
16 **page you have signed it, and Karen Maistrello**
17 **notarized your signature on December 20, 2018.**
18     A    You want me to read through all the
19 pages?
20     **Q    No.  I'm just asking do you remember**
21 **verifying the interrogatory responses on behalf of**
22 **Eastern Profit in this case.  That's you, isn't**
23 **it?  You signed this?**
24     A    Correct.
25     **Q    Then if you go to page 1 -- I'm**

Page 172

YVETTE WANG

1
2  them, start research.
3      **Q    And before January 6, he told you**
4  **that you can sign the agreement; is that right?**
5      A    After I told him that, he said please
6  go ahead.  You are the miles.  We believe you
7  guys.  Go ahead with this company.
8      **Q    And your testimony also is that the**
9  **reason you believed you had authority or -- I'm**
10 **sorry.  Let me strike that.**
11         **The reason you believe that Han had**
12 **authority to give you that approval, is that Han**
13 **told you he had the authority and Guo Mei may told**
14 **you he had the authority before you signed the**
15 **contract; is that right?**
16         MS. CLINE:  Objection to form.
17     A    Before I sign a contract I was
18 authorized to proceed and execute with this
19 contract.  I was told I'm authorized to sign it.
20     **Q    My question though is who told you**
21 **that Han Chunguang  could give you the authority**
22 **to sign the contract?  Who told you Han Chunguang**
23 **had the authority on behalf of Eastern Profit?**
24         MS. CLINE:  Objection to form.
25     A    Both Mr. Han and Miss Mei.

Page 171

YVETTE WANG

1
2  sorry, page 2, question 1, you see the very first
3  thing says:  Identify all persons with whom
4  Eastern consulted when answering these
5  interrogatories or who were otherwise involved in
6  any way in answering these interrogatories?
7         Do you see that question?  Then in
8  response, first Eastern objects, and then the
9  second sentence you see where it says subject to
10 Eastern's objection, Yvette Wong and Guo Wengui
11 were consulted with answering these
12 interrogatories.
13         Did I read that right?
14     A    Yes.
15     **Q    In fact you did consult with Guo**
16 **Wengui when answering these interrogatories;**
17 **didn't you?**
18         MS. CLINE:  Objection to form.
19     A    I don't remember.  This is the
20 conversation my lawyer worked with.
21     **Q    Then let's turn to -- well, let me**
22 **ask you:  Did you provide any input into these**
23 **interrogatory responses?**
24         MS. CLINE:  That's a yes or no
25 question.

Page 173

44 (Pages 170 to 173)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2    A    Yes.
3    Q    Now let's go to item 5.  It says:
4  Identify each person with knowledge of the
5  agreement including the negotiation of same.
6        Do you see that?
7    A    Yes.
8    Q    Then the response starts with an
9  objection under Local Rule 33.3.  And then it
10  continues:  Subject to Eastern's objection, French
11  Wallop, J. Michael Waller, Yvette Wang, Lianchao
12  Han, Guo Wengui and Gary Smith have knowledge of
13  the agreement, including the negotiation of the
14  same.
15        Did I read that right?
16    A    Yes.
17    Q    You did not list Guo Mei or Han
18  Chunguang in this answer; did you?
19        MS. CLINE:  Objection to form.
20        Mischaracterizes the interrogatory
21        process.
22    A    Correct.
23    Q    When was Mr. Guo designated an agent
24  by Eastern Profit for purposes of negotiating the
25  agreement?

Page 174

YVETTE WANG

1
2  extent it calls for a legal
3  conclusion.
4    A    I'm still confused by your question.
5    Q    Well, Eastern Profit negotiated this
6  agreement through somebody; right?  There is an
7  actual person doing the negotiation.  Do you agree
8  with me?
9    A    Yes.
10    Q    And Eastern Profit has admitted that
11  Guo was its agent for purposes of the contract
12  negotiations; right?
13    A    Yeah.
14    Q    And my question is was there a time
15  when someone else was Eastern Profit's agent for
16  purposes of negotiating the agreement?
17        MS. CLINE:  Objection to form.
18    A    Negotiation about the agreement;
19  right?
20    Q    Correct.
21    A    Myself.
22    Q    Okay.  Were you an agent negotiating
23  on behalf of Eastern Profit for any time before
24  Mr. Guo began negotiating on behalf of Eastern
25  Profit?

Page 176

YVETTE WANG

1
2    A    I do not know the precise date,
3  because in the very beginning remember I was not
4  involved here.  So that was Lianchao Han involved
5  by that part.
6    Q    Fair enough.  I'm asking Eastern
7  Profit when it designated Mr. Guo as agent for
8  purposes of negotiations.
9        MS. CLINE:  I'm not sure that
10        was the topic of the deposition
11        notice.
12        You can answer if you know.  If
13        you don't know, that's your
14        testimony.
15    A    I will try to help you.  At least in
16  December of 2017.
17    Q    But your testimony is that Eastern
18  Profit may have been identified as the signer of
19  this agreement as early as November?
20        MS. CLINE:  Objection to form.
21    A    What's the question?
22    Q    My question is:  Was there ever a
23  period where Eastern Profit was negotiating the
24  agreement, and Mr. Guo was not its agent?
25        MS. CLINE:  Objection to the

Page 175

YVETTE WANG

1
2    A    What's the question?  I'm sorry.
3    Q    My question is was there a period
4  before Mr. Guo began negotiating on behalf of
5  Eastern Profit when you were negotiating on behalf
6  of Eastern Profit?
7        MS. CLINE:  Objection to form.
8        Again, this is not -- this is not
9        within the scope of the designated
10        questions, and I don't believe that
11        this subject of authorization to sign
12        the contract was even in dispute.
13    A    I don't remember that.
14    Q    Okay.  So is it Eastern Profit's
15  position that at all times Guo was the agent of
16  Eastern Profit for purposes of negotiating the
17  contract?
18        MS. CLINE:  Objection to form.
19        Mischaracterizes testimony.  Calls
20        for a legal conclusion.
21        The court has already made an
22        observation about Mr. Guo's agency.
23        With respect to agency beyond that,
24        this witness isn't qualified to
25        answer from a legal perspective.

Page 177

45 (Pages 174 to 177)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG
1
2          MR. GREIM:  I would still like
3    the Eastern Profit's answer, and you
4    preserve your objection?
5          MS. WANG:  Should I answer?
6          MS. CLINE:  Go for it.
7    A    I remember when I was negotiate --
8  negotiating the terms of agreement, I did ask the
9  advice from Mr. Guo.
10    Q    And did you ask anyone else when you
11  were negotiating on behalf of Eastern Profit for
12  advice?
13    A    Mr. Gare Smith.
14    Q    He's an attorney; right?
15    A    Correct.
16    Q    At the Foley Hoag Law Firm?
17    A    Yes.
18    Q    Other than Mr. Smith and Mr. Guo, did
19  you ask anyone else for advice when you were
20  negotiating the contract.
21          Don't include lawyers, please.
22          MS. CLINE:  Objection to form.
23    A    Should I?  I don't remember I did.
24    Q    Did you -- let me ask you this.
25          Do you recall testifying at your

Page 178

YVETTE WANG
1
2    idea, who else came up with them?
3    A    Mr. Guo devised most of the name, not
4    only 15.  They are the name on Internet.  And
5    almost everyone knows they are corrupted Chinese
6    communist party official.
7    Q    Who on behalf of Eastern Profit
8  decided which 15 names would be given to Strategic
9  Vision?
10    A    Based on the information on Internet,
11  I put together the name list, and I took the
12  advice from Mr. Guo.
13    Q    I'm sorry.  Did you identify any
14  names on your own?
15          MS. CLINE:  Asked and answered.
16    A    What's the question?
17    Q    Did you identify any of the 15 names
18  on your own without the advice of Mr. Guo?
19    A    I did.
20    Q    So is it your testimony that you came
21  up -- let me go to this.
22          Do you recall giving a packet of 15
23  names to French Wallop and Mike Waller for
24  research purposes?
25    A    I gave 15 names to Wallop to

Page 180

YVETTE WANG
1
2  deposition that there were 15 names that were
3  given to Strategic Vision to research?
4    A    You're talking about the content of
5  my first deposition; right?
6    Q    Correct.
7    A    Can I review that?
8    Q    Let me just ask you.  Let's save
9  time.
10          Did Eastern Profit give Strategic
11  Vision 15 names to research?
12    A    One five, 15.
13    Q    Correct.  And all 15 names came from
14  Guo; correct?
15          MS. CLINE:  Objection to form.
16    A    Not really.
17    Q    All right.  Where else did they come
18  from?
19    A    Most of the names everyone knows.
20  Everyone can find a name from Internet.
21    Q    Who provided --
22          MS. CLINE:  Were you finished
23    with your answer?
24          MS. WANG:  Yes.  That's it.
25    Q    So if the 15 names were not Mr. Guo's

Page 179

YVETTE WANG
1
2  investigate.
3    Q    Did Mr. Guo disagree with any of the
4  names on the 15 name list?
5          MS. CLINE:  Objection to form.
6    A    I don't remember that.
7    Q    Do you recall testifying at your
8  first deposition that nobody other than you and
9  Mr. Guo worked on the names and that you did not
10  know how Eastern Profit had identified the 15
11  individuals?
12    A    You're quoting my first deposition?
13    Q    Yes, I am.
14    A    Can I review that?
15    Q    Let's take a look.
16    A    Which page?
17    Q    Look at page 35, please.
18    A    35, right.
19    Q    Yes.  If you look at the bottom, 35,
20  line 22.  Question:  Did you work with anybody
21  else on this project other than Mr. Guo?  And
22  Mr. Grendi objected.
23          Your answer at the top of 36, No.
24          Question:  Was anybody else from
25  Golden Springs involved in this project?

Page 181

46 (Pages 178 to 181)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG
2  Objection.
3  Your answer on line 7, No.
4  8.  How did Eastern Profit identify
5  these individuals?
6  Line 10, Answer:  I don't know.
7  You never asked?  Answer:  No.
8  Question:  Mr. Guo never said this is
9  where we got this list of corrupt people?
10  Answer:  No.
11  Did I read that correctly?
12  A   Yes.
13  Q   So today your testimony is that you
14  do know how Eastern Profit identified the 15
15  individuals?
16  MS. CLINE:  Objection to form.
17  Q   Your testimony is they got them off
18  the Internet?
19  MS. CLINE:  Objection.
20  A   You've asking me one question or two
21  questions, Eddie?  What is the first question?
22  Q   Well, did you learn something knew
23  between January and today about how you found the
24  15 names?
25  A   No.

Page 182

YVETTE WANG
2  Q   So what's the correct answer then?
3  Did Mr. Guo provide the 15 names or did you find
4  them on the Internet?
5  MS. CLINE:  Objection.  Asked
6  and answered.  Argumentative.
7  A   This 15 names everyone can find out
8  from Internet.  Already a lot of whistle blower
9  program or people mentioned them many times.
10  Based on this, I put together a list.  I asked
11  advice from Mr. Guo, since he's the biggest
12  whistle employer.  He's able to provide a device.
13  That's why I said me and Mr. Guo, we
14  worked on the list.  But I did not go through one
15  by one the names with Mr. Han or Miss Mei because
16  they authorize me and delegate Mr. Guo honest.
17  I did not know whether Mr. Guo
18  mentioned any of them name to Mr. Han or not.  But
19  for me I did not go through the name with Mr. Han.
20  That is answer here.  I never ask how did Eastern
21  Profit identify individuals.
22  Q   Now I'm going to ask Eastern Profit
23  for all the information it has on this.  The
24  question is how did it come up with the 15 names?
25  MS. CLINE:  Asked and answered.

Page 183

YVETTE WANG
2  A   What's the question?
3  Q   Let me do this.
4  Other than you and Mr. Guo, who else
5  supplied suggestions for this list of 15 names?
6  A   Some of the name, like I remember one
7  guy among there's 15, he is the head of Chinese
8  communist party police.  He personally go after
9  Mr. Han and Mei, their family in China.
10  Q   So --
11  A   I was told -- I didn't finish.
12  Q   I'm sorry.  Go ahead.
13  A   I was told and mentioned quite a long
14  time about these bad guys.  So if you ask me
15  anyone else give any advice, you could understand
16  Mr. Han and Mei.  They all have input because they
17  mention to me their family were persecuted and
18  threatened by someone already in the list.
19  Q   You might recall that -- well, you
20  attended every deposition, almost every deposition
21  in this case.  You attended Mr. Guo's deposition;
22  didn't you?
23  A   I did.
24  Q   Yes, you did.  And do you recall
25  Mr. Guo did not recognize the last five names on

Page 184

YVETTE WANG
2  the list.  Do you recall that?
3  A   I don't remember that.  You
4  questioned him like more than eight hours almost.
5  Q   I didn't know I ran over my time.  I
6  didn't know that.
7  So where did the last five names come
8  from, if not from Mr. Guo?
9  MS. CLINE:  Objection.  Asked
10  and answered several times.
11  A   Can I say the names?
12  Q   Sure.  I brought just one copy
13  because it's somewhat voluminous.  I will just
14  give it to you.  Take a look.  This is your old
15  Exhibit 12.
16  A   Thank you, Eddie.  You're asking me
17  five names?
18  Q   Yes.  The last five names.  You
19  recall he had different answers on many of the
20  names, but the last five he did not -- had not
21  seen before and claimed not to have supplied those
22  last five names.
23  MS. CLINE:  Objection to form.
24  Mischaracterizes the testimony.
25  Q   So my question is:  Where did the

Page 185

47 (Pages 182 to 185)

YVETTE WANG

1 last five names come from?

2     A     Before I answer a question, Eddie,
3 this pile was produced by Eastern before?  Where
4 did you get this?
5     Q     Hold on.  Exhibit 12 was used at your
6 deposition, and you testified that those are the
7 names that you gave Strategic Vision.  That's Wang
8 Exhibit 12.
9     A     Can I see my transcript from my first
10 deposition.
11    Q     Okay.  Go to page 212, please.
12    A     212.
13    Q     Look at the very bottom of 212 at
14 line 23.  Do you see my predecessor says:  I'm
15 going to hand you what has been marked as
16 Exhibit 12 for your deposition.
17         (Wang Exhibit 12, a Name List
18         previously marked for Identification
19         as of this date.)
20    Answer:  Thank you.
21    Question:  On the 213.  Just flip
22 through it and let me know when you're finished.
23 It has production numbers SVUS 171 through 259.
24 That's marked confidential and should remain

Page 186

YVETTE WANG

1 confidential.

2         Question:  Have you ever seen this
3 document before?
4         Your answer at line 9:  Yes.
5         Question:  What is it?
6    Answer:  They are on the name list.
7         Question:  Where did it come from?
8    Answer:  Mr. Guo.
9         Question:  Where did Mr. Guo get it.
10   Answer:  I don't know.
11        Question:  Did you ever talk to him
12 about it?
13   Answer:  No.
14        Did I read that correctly?
15   A     Yes.
16   Q     Okay.  So my question to you is where
17 did the last -- first of all, is it still your
18 testimony at that all 15 names came from Mr. Guo?
19        MS. CLINE:  Objection to form.
20        Mischaracterizes testimony.
21   A     Mr. Guo already whistle blowed almost
22 all of these name on Internet.  If you want to
23 understand, all the name came from Mr. Guo.  I'm
24 talking about 15 names.  You're right.  But it's

Page 187

YVETTE WANG

1 already Internet public information.

2    Q     Are there any names yet already
3 whistle blowed on the Internet?
4         It might have been bad grammar there.
5    A     You talk about this?
6    Q     Yes, the 15 names.
7         MS. CLINE:  Objection to form.
8    A     What's your question, Eddie?
9    Q     The question was are there any names
10 in there that Mr. Guo, any of the 15 names that
11 Mr. Guo had not already whistle blow -- whistle
12 blown about on the Internet?
13        MS. CLINE:  Objection to form.
14   A     I have to tell you this is not my
15 documents.
16   Q     Okay.  My question though is are
17 there any names in the 15 names that were not
18 already whistle blown by Mr. Guo on the Internet?
19        MS. CLINE:  Objection to form.
20   A     The 15 names I gave to Wallop, which
21 I produced to my previous lawyer, Zack.  They are
22 the name Mr. Guo whistle blowed and other people
23 whistle blowed also.
24        They are the 15 names which I

Page 188

YVETTE WANG

1 recognized my list.  I was given, if this is still

2 the same pile, by your previous, previous
3 colleague, Phillip.  I forget that law firm.  That
4 firm sue your client for not paying legal fee.
5         That gentleman, he gave me this pile.
6 Did he not allow me to go through all the pages.
7    Q     So does Eastern Profit now deny that
8 these are the 15 names?
9    A     You should check my lawyer's records,
10 which I gave my lawyer the 15 name and compare
11 with this pile which you are given by your client.
12 They are not match.  This is not my files.
13   Q     What are the 15 names that you gave
14 to Strategic Vision?
15   A     My lawyer should have that.
16   Q     Miss Wang, you testified in your
17 first deposition that Exhibit 12 were the 15
18 names.  Now you're saying that they're not.
19        MS. CLINE:  Objection to form.
20   A     I'm not saying they are not.  I'm
21 telling you 15 names, and you should touch base
22 with my lawyer with that 15 names.  This is not my
23 file.
24   Q     I'm not asking whether it's your

Page 189

48 (Pages 186 to 189)

YVETTE WANG

1
2 **file. I'm asking whether it's the 15 names.**
3       A   I can not testify on the file which
4 is not my file. But I can confirm the 15 names
5 which I gave my lawyer previously was Foley Hoag.
6 Latter on was Zack. Right now it's Joanna. They
7 have that 15 names. They are my name list which I
8 will be able to testify.
9       **Q   We're not going to call you back a**
10 **third time. You've already sworn under oath that**
11 **these are the 15 names. We can't keep doing this.**
12 **So we will just rest on your prior sworn**
13 **testimony. Let's --**
14       A   It's very clear and all of this notes
15 you already said it's not my notes, it's not my
16 file, it's not mine.
17       **Q   We'll have to decide what to do with**
18 **this now changing testimony. I don't know what to**
19 **do. I have no other records to show you.**
20       **Have you brought anything for me**
21 **showing what the 15 names are? Let's do this.**
22 **Let me back up. Hold on.**
23       **What does your list of the 15 names**
24 **look like? Describe it to me.**
25       A   Like the first name, yes, this is my

Page 190

YVETTE WANG

1
2 she believes the correct answer is,
3 you're interrupting her having raised
4 the topic yourself.
5       So she can answer the question
6 as best she's able.
7       MR. GREIM:  I asked her to be
8 responsive, and nonresponsive
9 descriptions are just a narrative.
10       **Q   And just list the names for us**
11 **please. So you've given us about five. Please**
12 **keep going. I can't think of a better way to do**
13 **this, so please go ahead.**
14       MS. CLINE:  She's responding.
15       **Q   Go ahead. Please continue.**
16       A   Let me make this very clear. The 15
17 name I give my lawyer, they may be included in
18 this pile or not, which means I can help you to
19 list I believe most of the name I listed, but
20 maybe not all of them because I cannot repeat all
21 of this pile. This is not my file. Okay?
22       Shall I continue?
23       **Q   Let me do this. Continue through the**
24 **file, and I'm going to make sure I have your**
25 **testimony as of today of who the 15 names were,**

Page 192

YVETTE WANG

1
2 name on my list.
3       MR. GREIM:  The witness is
4 pointing to the very first.
5       A   Yiu Suen, this is my name. Second
6 name Yao Qing. This is on my name list. Jun
7 Guan, this is on my name list. Liucheng Ije.
8       **Q   L-I-U-C-H-E-N-G I-J-E. Got it.**
9       A   This is Chinese Communist Party
10 police hat which go after everyone.
11       **Q   Hold on. Let me do this. We're**
12 **getting a long narrative. Let's do question and**
13 **answer, otherwise we'll never get through this.**
14       **And so my question for you -- let's**
15 **do this. I don't need you to tell me the story**
16 **behind each name. I simply want to know what your**
17 **15 names are. If you can rely on this document,**
18 **we'll take your testimony and then we'll figure**
19 **out discrepancy between your two different**
20 **depositions.**
21       MS. CLINE:  Let me interject.
22 So you chose to raise this topic with
23 her again, notwithstanding this was
24 the testimony the first time around.
25       She's now explaining to you what

Page 191

YVETTE WANG

1
2 **but these were requested and should have been**
3 **produced in discovery.**
4       MS. CLINE:  Objection to form.
5 She's not saying it wasn't produced
6 in discovery. She's saying that's
7 not what you put in front of her.
8       MR. GREIM:  Well, I don't think
9 she's saying it to me. This is
10 Exhibit 12 that she testified to
11 under oath before.
12       Let's do this. Let's stop this.
13 We have limited time, and I don't
14 want to get multiple versions of
15 this.
16       **Q   My question was actually not to list**
17 **the 15 names. My question relied upon your sworn**
18 **testimony from January.**
19       **Are there any names that did not come**
20 **from you or Guo of the 15 names?**
21       A   You mean my 15 names; right?
22       **Q   The 15 names you provided to**
23 **Strategic Vision.**
24       MS. CLINE:  She's answering your
25 question.

Page 193

49 (Pages 190 to 193)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1
2   A    I reply you before, I believe, but I
3   can repeat again.  I put together name list.  I
4   took advice from Mr. Guo.  I put together name
5   list based on Internet whistle blow information.
6   And I'm aware, like some of the bad guy, they go
7   after Mr. Han and Miss Mei family in China.
8        So if you won't say anyone put
9   together so that is my name list, I can tell you
10  maximal there's people.
11       Q    Now originally there were to be 10
12  names, and 5 were added; is that correct?
13       A    You're asking about negotiation of
14  the contract terms?
15       Q    Yes, I am.
16       A    Kind of like, yes.
17       Q    What was the reason that five
18  additional names were added?  Let me ask you this.
19       Did these five additional names have
20  anything in common?
21       A    What do you mean in common?
22       Q    Well, for example did the same person
23  recommend all five of the additional names?
24       A    The only thing --
25            MS. CLINE:  Objection to form.

Page 194

YVETTE WANG

1
2   than just to the best of your knowledge.  I'm
3   asking Eastern Profit.
4        Did it engage anyone to research --
5   anyone else other than Strategic Vision to
6   research any of these 15 names?
7        A    Nope.
8        Q    What was the -- let me strike that.
9        What was Eastern's plan for
10  publicizing and using the information that
11  Strategic Vision was supposed to obtain?
12       A    Of course to send this criminal
13  person or criminal Chinese Communist Party
14  officials into jail and to -- including Eastern
15  Profit, the company, they're assets back.
16       Q    So Eastern Profit believed that the
17  public outcry resulting from publicity would cause
18  its assets to be unfrozen in Hong Kong?
19            MS. CLINE:  Objection to form.
20       A    There are some words I don't
21  understand in my sentence.  Archive, what is
22  that?  What's your question?
23       Q    So Eastern Profit believed that the
24  public outcry --
25       A    Wait a second.  Public outcry, what's

Page 196

YVETTE WANG

1
2   Sorry.  Go ahead.
3        A    The only thing in common is five
4   names, and 10 name, 15 name, they're all corrupted
5   Chinese Communist Party official, or their family,
6   or their like kids.  I don't know that words.
7   Private case.  And that is the only thing they're
8   in common.
9        Q    Other than with ACA, is there any
10  other -- and I guess Mr. Guo, was there any other
11  person with whom Eastern Profit intended to share
12  the research results?
13       A    What's the question?
14       Q    Other than ACA and Mr. Guo, was there
15  any other person with whom Eastern Profit intended
16  to share the research results?
17            MS. CLINE:  Objection to form.
18       A    Eastern, of course, is happy to share
19  the results.  It was all Chinese people who are
20  pursuing the rule of law and democracy of China.
21       Q    Did Eastern Profit engage anyone to
22  research any of these 15 names, anyone other than
23  Strategic Vision to research the 15 names?
24       A    To best of my knowledge, no.
25       Q    Okay.  Now I want to ask you more

Page 195

YVETTE WANG

1
2   this?
3        Q    You never heard outcry?  Let me
4   choose a different word?
5        A    Sorry.  Foreigner here.
6            MS. CLINE:  No need for
7   commentary.
8            MR. GREIM:  No one says she's a
9   foreigner here.  I don't understand
10  the reason for the comment.
11            MS. CLINE:  She's not a native
12  English speaking person.
13            MR. GREIM:  I'm trying to ask a
14  question, please.
15       Q    So Eastern Profits?
16            MR. GREIM:  Please stop
17  interrupting.  Finally.
18       Q    So Eastern Profit's plan was that the
19  public reaction to it's publicizing this
20  information would cause it's assets to be unfrozen
21  in Hong Kong?
22            MS. CLINE:  Objection to form.
23       A    Eastern Profits believes to
24  disclosure this corrupted Chinese official, bring
25  the justice to Chinese people, and itself also.

Page 197

50 (Pages 194 to 197)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

We'll be able to help all the Chinese people and itself, including I'm frozen, Eastern itself assets and back to normal business, which Eastern was conducting before their bank accounts was frozen.

**Q    So I just want to understand this. This is the first time we're hearing about Eastern Profit wanting to unfreeze its assets.**

**Did Eastern Profit believe that it would put its own prosecutors in jail in Hong Kong?  Let me ask you this.**

**What was Eastern Profit's specific plan to use the research in Hong Kong?**

MS. CLINE:  Objection. It's Beyond the scope of your topics.

**Q    Well, the very first topic is why did Eastern Profit enter into the contract.  Question number 1.  That's what we're trying to find out.**

**We just learned it's to unfreeze its assets.  So I would like to know about the specifics of this.**

**How specifically did Eastern Profit believe it was going to be able to use it's Hong Kong research results to unfreeze it's Hong Kong**

Page 198

YVETTE WANG

appearing on the list is why did EP enter into the contract.  The second sentence is:  What circumstances led EP to seek research.

MR. PODHASKIE:  Join. I'm --

MR. GREIM:  Please do not enter into the record.

MS. CLINE:  Which is the letter you're referring to?

MR. GREIM:  I'll just give you a copy.  This is my E-mail to you of October 3rd, 2019.  I attached a word document.  You can pass it over to your attorney.

Let's go off the record.

MS. CLINE:  No.  Let's keep going.

MR. GREIM:  We're using up time now.  I think it's a spurious objection.

THE VIDEOGRAPHER:  Off the record.

MS. CLINE:  On the record.

**Q    So the question is:  What was Eastern**

Page 200

YVETTE WANG

**assets?**

MS. CLINE:  What was the number 1 that you were just referring to?

MR. GREIM:  I'm referring you to the long list, item 1, very first question sent to you on August 13.

MS. CLINE:  You're not referring to the deposition notice; right?

MR. GREIM:  No.  Within the deposition notice it's under research agreement including negotiations concerning the same.

Question 1:  Why did EP enter into the contract?

MS. CLINE:  I mean the notice topic is the research agreement and negotiations.  I will give you a little leeway.

MR. GREIM:  We're in between counsel, which is supposed to be honored by the court's order, which I sent to you October 3rd is this list.

And the very first question

Page 199

YVETTE WANG

**Profit's specific plan to use the research to free up its Hong Kong assets?**

MS. CLINE:  You're representing that that question isn't on here?

MR. GREIM:  No.  It's the first two questions.

**Q    Why did Eastern Profit enter into the contract?  You just learned for the first time that it's to free up some frozen Hong Kong.**

**I'm trying to learn about the specific plan that Eastern Profit had.**

MS. CLINE:  You're mischaracterizing her testimony.  If you want to know why did Eastern Profit enter into the contract, you can ask her that question again.

You're twisting --

MR. GREIM:  I'm not limited to using the exact words on that document.  I'm following up on the witness' questioning, and I'm being obstructed.

I would like to get an answer to the question.

Page 201

51 (Pages 198 to 201)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

```
 1                 YVETTE WANG
 2        Q    What was Eastern Profit's specific
 3    plan to use the research results to unfreeze its
 4    Hong Kong assets?
 5             MS. CLINE:  Objection to form.
 6        Mischaracterizes testimony and beyond
 7        the scope of counsel's agreement
 8        regarding the scope of the
 9        deposition.
10             You can answer.
11        A    I'm happy to tell you.  I remember on
12    my name list there are two person.  One is called
13    M-E-N-G, J-I-A-N, Z-H-U.  He was the hat or steel
14    head of entire China, police, court, persecutor.
15    Almost -- most of the law enforcement.  He's the
16    head of that.  The most powerful person.  One of
17    the most powerful person in China.
18        Q    And so you hoped --
19        A    Let me finish.
20        Q    You paused for so long, I thought you
21    were done.
22        A    I'm trying to help you.
23        Q    I'm sorry.  Keep going.
24        A    I told you I have language barrier.
25    You have to allow me finish.
```
Page 202

```
 1                 YVETTE WANG
 2        Q    I thought you were finished with the
 3    sentence when a few second ticked by.  Go on
 4    ahead.
 5        A    So clearly of Eastern's previous
 6    directors, current directors, they were all
 7    persecuted by this corrupted Chinese official.
 8             So Eastern would like to disclosure
 9    this corrupted Chinese official.  His legal
10    assets, his crimes, et cetera to bring the justice
11    to China.
12             And it should be a natural
13    understanding to Eastern and all the Chinese
14    people who are persecuted by this bad official.
15             If this official is completely
16    removed, sent to jail, and they will be able to
17    get their justice back including -- you know the
18    relationship between Hong Kong and Beijing; right?
19    You don't need me to explain that.  That will
20    naturally bring justice to Hong Kong for Eastern
21    Profit to release his assets which are illegally
22    frozen.
23        Q    In Hong Kong?
24        A    Correct.
25        Q    And this Mr. Meng is a CCP or, I'm
```
Page 203

```
 1                 YVETTE WANG
 2    sorry, PRC official?
 3        A    He is Chinese Communist Party
 4    official, yes.
 5        Q    So that's one person.  You said there
 6    was a second person.  Who was that?
 7        A    The second person is Sun Li Jum.
 8    S-U-N, L-I, J-U-M.
 9        Q    Okay.  Go ahead.
10        A    I finished.
11        Q    I'm sorry.  That time you were done.
12    Okay.
13             What was the plan with respect to
14    him?  How was that going to unfreeze the assets?
15        A    A similar plan.
16        Q    Anyone else in your list of 15 names
17    that were going to help unfreeze the Eastern
18    Profit assets in Hong Kong?
19             MS. CLINE:  Objection to form.
20        A    Everyone.
21        Q    Okay.  How were ACA assets able to
22    flow out of Hong Kong?
23             MS. CLINE:  Objection.  Beyond
24        the scope.
25             MR. GREIM:  Let's take a short
```
Page 204

```
 1                 YVETTE WANG
 2    break.
 3             THE VIDEOGRAPHER:  The time is
 4    4:39 p.m., Wednesday, October 30,
 5    2019.  This is the end of Media 4 in
 6    the deposition of Yvette Wang.
 7    We're off the record.
 8             (At this time, a brief recess
 9        was taken.)
10             THE VIDEOGRAPHER:  The time is
11    4:56 p.m., Wednesday, October 30,
12    2019.
13             This is media number 5 of the
14    videotaped deposition of Missy Wong.
15    We're back on the record.
16    EXAMINATION CONTINUED
17    BY MR. GREIM:
18        Q    Miss Wong, we're going to jump around
19    a little bit between some different topics and try
20    to wrap up today.
21             My first question is earlier we
22    talked about the Power of Attorney by which
23    Eastern Profit granted to Gold Spring, New York.
24             My question for you is who on behalf
25    of Eastern Profit  authorized Han Chunguang to
```
Page 205

52 (Pages 202 to 205)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

sign that Power of Attorney?

    MS. CLINE:  Objection.  I'm not sure that's within the scope.

    If you know the answer, you can answer.

A   I have, I believe, Miss Mei.  M-E-I.

Q   Were any lenders, other than ACA, approached by Eastern Profit for purposes of this contract?

    MS. CLINE:  Again, objection. Beyond the scope.

A   I didn't hear about that.

Q   In other words, did ACA try to find a competitive -- find competitive loan terms?

A   Find competitive loan terms?

Q   Right.  In other words, did it see if it could find cheaper financing from somebody other than ACA?

A   You're asking do I know or not?

Q   My question is did Eastern Profit try to shop for the best loan terms it could?

A   I didn't hear about this.

Q   Does Eastern Profit have any plan to repay the loan other than getting its assets

Page 206

---

YVETTE WANG

unfrozen in Hong Kong?

    MS. CLINE:  Objection to form.

Q   What do you mean other than assets?

Q   Let me go back.

    So let's suppose that Strategic Vision -- I asked a question, not the same question, but a similar one earlier.

    Let's suppose Strategic Vision had given Eastern Profit all of the research it wanted for an entire year, for the entire term of the contract.  Let's say that it happened.

    Did Eastern Profit have any plan to repay ACA's loan other than by effecting political change in China?

    MS. CLINE:  Objection to form. Hypothetical.

    You can answer, if you can.

A   It's hard to understand your question.  Still I don't quite understand your question.  You mean F, Strategic Vision, they are -- which they are not, they are qualified to deliver the reports which agreed in the contract, which means the contract happened.  I mean with merits or with facts happened.

Page 207

---

YVETTE WANG

    So besides Eastern is looking for release their bank accounts from Hong Kong to pay back the loan, is there any other way Eastern planned to pay back?

Q   Correct.

A   Okay.  I didn't discuss that yet, but I heard kind of like William would be happy to contribute this fund into the entire taking down Chinese Communist Party campaign.  But I don't have too much details.

Q   So had the research been successful, Mr. Yu would have been happy to write off the loan?

    MS. CLINE:  Objection to form.

A   Possible.

Q   Did Eastern Profit intend to keep borrowing from ACA for the rest of the contract?

    MS. CLINE:  Objection to the form.

A   I think I replied to your question. Still the same answer.  Possible.

Q   Did Eastern Profit hire T and M Security to research these names, any of these 15 names?

Page 208

---

YVETTE WANG

A   No.

Q   Did it hire Robert Tucker or Dunkin Levitt to research any of these 15 names?

A   No.

Q   Did Eastern Profit expend any money in coming up with its list of 15 names?

A   I don't understand the question. Sorry.

Q   Did Eastern Profit -- so you've testified that you and Mr. Guo came up with a list of 15 names, and that you considered various factors.

    My question to you is did Eastern Profit spend any money in developing its list of 15 names?

    MS. CLINE:  Objection to form.

A   Spend any money in developing my name at least; right?

Q   Correct.

A   If you are talking about Eastern's assets were frozen, they could not continue their normal business.  The damage should be count as cost to spend.

Q   I'm sorry.  My question was did

Page 209

53 (Pages 206 to 209)

**30(b)(6) Yvette Wang**
**October 30, 2019**

YVETTE WANG

1
2 **Eastern Profit spend money in developing the list**
3 **of 15 names?**
4         MS. CLINE:  Objection to form.
5     A   I don't know, but I will say no.
6     **Q   Did Eastern Profit spend any money to**
7 **develop the supporting materials it provided to**
8 **Strategic Vision along with the 15 names?**
9         MS. CLINE:  Objection to form.
10     A   The 15 names, they are public,
11 international.  No, international information.
12 Why Eastern Profits should spend money to the
13 American names, should spend money to build the
14 list.
15     **Q   That's my question to you.  Did it?**
16     A   I believe I reply to your question
17 with my question.
18     **Q   But I would like an answer.**
19         MS. CLINE:  Asked and answered.
20     A   No.  It's public Internet
21 information.  Let me repeat again.  Everyone has
22 access.
23     **Q   Was Eastern Profit aware that Guo had**
24 **hired researchers to investigate the same 15 names**
25 **that Strategic Vision was researching?**

Page 210

YVETTE WANG

1
2         MS. CLINE:  Objection to form.
3         Assumes facts not in evidence.
4     A   No.
5     **Q   By the way, some of the accompanying**
6 **information in the 15 names that Eastern Profit**
7 **gave to Strategic Vision included birthdays,**
8 **passport numbers, Social Security numbers.**
9         **Is it your testimony that all that**
10 **information was already on the Internet?**
11     A   Correct.  You can try.
12     **Q   You recall an attempt to retract the**
13 **two $500,000 wires that ACA sent to Strategic**
14 **Vision?**
15     A   How much money?
16     **Q   Two $500,000 wires for a total of**
17 **$1 million.**
18         **Do you recall an attempt to retract**
19 **those wires?**
20     A   $250,000.
21     **Q   No.  Two $500,000 wires.**
22     A   Oh.  Two half million; right?
23     **Q   Correct?**
24     A   Yes, I remember it.
25     **Q   And do you recall asking French**

Page 211

YVETTE WANG

1
2 **Wallop to have Strategic Vision send the money**
3 **back to ACA?**
4     A   Yes.  I asked Wallop.
5     **Q   Why did you ask her to send the money**
6 **back to ACA instead of to Eastern Profit?**
7         MS. CLINE:  Objection.  To the
8         extent all this stuff was asked in
9         the first deposition, and now we're
10         reinventing wheels again.
11         You can answer.
12     A   Eastern Profits bank account is
13 frozen.  How can Eastern be able to receive
14 refund, return, let's say.  Sorry about my
15 language.  Return of money.
16     **Q   What is the latest conversation**
17 **you've had with ACA or William Je about the**
18 **million dollars?**
19         MS. CLINE:  Objection.  Asked
20         and answered.
21     A   Latest conversation, you mean the
22 last conversation today?
23     **Q   The most recent, yes.**
24     A   Last month.
25     **Q   Okay.**

Page 212

YVETTE WANG

1
2     A   Or yeah, like a month ago or a month
3 and a half, yeah.
4     **Q   Have you spoken with anyone other**
5 **than William Je at ACA about the loan?**
6     A   Nope.
7     **Q   A few of the people we've been**
8 **talking about today here, for one, William Je,**
9 **where does he reside?**
10         MS. CLINE:  Objection.  Again,
11         this is a 30(b)(6) of the Eastern
12         Profit designee.  We specifically had
13         an agreement that we would not go
14         into ACA, it's corporate structure or
15         anything like that, and you know it.
16         This is way outside the scope of our
17         agreement.
18         MR. GREIM:  It sounds like he is
19         a witness.  And if you want to
20         instruct the witness not to answer
21         because it's outside the scope of the
22         agreement, so be it.  I can't make --
23         MS. CLINE:  He's outside the
24         scope.
25     **Q   What about Guo Mei, is she in the**

Page 213

54 (Pages 210 to 213)

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

2  United States, the director of -- the sole
3  director of Eastern Profit, is she in this
4  country?
5          MS. CLINE:  I object to that.
6      That's not relevant to anything
7      that's within the scope.
8      Q    We know now that she has relevant
9  information.  We just learned today for the first
10 time.
11         I'd like to know whether the director
12 of Eastern Profit, the top dog, is in the United
13 States.  Is she?
14     A    What do you mean top dog?
15     Q    Forget it.  I'm sorry.
16         Is Guo Mei in the United States?
17     A    I don't know.
18     Q    Does she reside in New York?
19     A    I don't know.
20     Q    When was the last time you reported
21 to her about this case?
22         MS. CLINE:  Objection to the
23     form.
24     A    Report?  What do you mean report?
25     Q    When is the last time you talked to

Page 214

YVETTE WANG

2  drive with files on there; correct?  It was in a
3  PDF; wasn't it?
4      A    Correct.
5      Q    Who created the PDF?
6      A    I did.
7      Q    And did you cut and paste from the
8  Internet, did you create a word document and print
9  it to PDF.
10         How did you create the PDF?
11     A    You're asking how did I create a PDF?
12     Q    Yes.
13     A    I don't remember that either like
14 word or PowerPoint, and then transfer.
15     Q    All of the information that you
16 included in the document that eventually became a
17 PDF was information that you found on the
18 Internet?
19     A    What's the question?
20     Q    All of the information that you
21 included on the document that eventually became
22 the PDF was information you found on the Internet?
23     A    Devised by Mr. Guo.
24     Q    Did Mr. Guo provide you any data that
25 you included into the PDF document?

Page 216

YVETTE WANG

2  her about this case?
3      A    That should be in dinner,
4  D-I-N-N-E-R.
5      Q    That was the earlier summer dinner;
6  right?
7      A    Correct.
8      Q    That was in New York City?
9      A    Yes.
10     Q    You supplied the names to Strategic
11 Vision in an electronic file; is that right?
12     A    Electronic files, correct.
13     Q    On a thumb drive?
14     A    USB, yes.
15     Q    Right.  Now who prepared that thumb
16 drive?
17     A    I did.
18     Q    Where did you get the files that went
19 on the thumb drive?
20     A    From Internet.  I told you, Ed.
21     Q    Okay.  So you found files on the
22 Internet.  Were they PDFs?
23     A    They are information on Internet, a
24 lot.
25     Q    But you actually produced a thumb

Page 215

YVETTE WANG

2      A    What do you mean data?
3      Q    Information.  Let's call it
4  information.
5      A    I don't remember that, because all
6  the name, they're all Internet public information.
7      Q    So the information on Social Security
8  numbers, driver's license numbers, you just pulled
9  all those off the Internet and put them into the
10 PDF document?
11     A    I don't remember I have driver's
12 license information.  I don't remember I have
13 that.
14     Q    But regardless of what's in there,
15 your testimony is it all came from the Internet?
16     A    Correct.
17     Q    Did anyone else have physical custody
18 of the PDF file or the thumb drive before you
19 delivered it to Strategic Vision?
20     A    What do you mean physical custody?
21     Q    Do they have it?
22     A    No.
23     Q    Did anyone else have an opportunity
24 to add or subtract names or information?
25     A    Subtract?  What do you mean subtract?

Page 217

55 (Pages 214 to 217)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

Q   Take away.

A   You mean before I gave to Wallop?

Q   Yes.

A   I don't think so.

Q   Did Eastern Profit plan to share the existence of the research agreement or any of its results with anyone in the CCP?

A   You're asking about Eastern; right? You're asking about Eastern; right?

Q   Correct.  I didn't hear that from Eastern.

Did ACA tell Easter that it planned to share the contract's existence or any of the rules of the research with the CCP?

MS. CLINE:  Again, the agreement we had as to ACA, it's irrelevant. The agreement we had with ACA had to do with the loan, the negotiation of the loan, the drafting of the document.  This is beyond the scope.

MR. GREIM:  The intended sharing of the results of the research is within the scope.

MS. CLINE:  Not with respect to

Page 218

YVETTE WANG

ACA.

MR. GREIM:  No.  No. There's not a special carve out that ACA is going to share the results.  We don't get asked about it.

Q   Did ACA indicate that to Eastern Profit?

MS. CLINE:  Same objection.

A   I never hear about this.  Why?

Q   Do you recall telling Mr. Waller that you were conferring with investors into the research project?

A   Yes, I did.

Q   Who were those investors?

MS. CLINE:  The scope of the questioning is limited to investors in this research contract.

A   I refer the people who are persecuted and threatened by Chinese Communist Party.

Q   Because those people were going to be receiving the results of the research?

MS. CLINE:  Objection to form.

A   I didn't say that.

Q   Okay.  Who did you communicate with

Page 219

YVETTE WANG

in Hong Kong about the negotiation of the research contract?

MS. CLINE:  Objection to the form.

A   About research agreement?

Q   Right.

A   Who did I communicate with Hong Kong?

Q   Right.

A   I don't remember I talk with anyone in Hong Kong about this agreement. I don't remember now.

Q   Do you recall telling Miss Wallop that you had to check with Hong Kong on the contract negotiations?

A   Can I see the transcript?

Q   We don't have a recording of you talking to Miss Wallop.

A   I don't remember I say that.

Q   Do you recall that you said that rather than reporting to Mr. Guo, you report to Golden Spring, Hong Kong?

A   Can I see the transcript?

Q   You may.  If you look at page 20.

A   My first transcript; right?

Page 220

YVETTE WANG

Q   Correct.  Line 6.

Question:  Does Mr. Guo tell you what to do when you're working on behalf of Golden Spring?

Answer:  No.

Question:  Who does?

Answer:  China Golden Spring Group, Hong Kong, Limited.

Question:  Where are they located?

Answer:  Hong Kong.

Did I read that correctly?

A   Yes.

MS. CLINE:  I lodge an objection to the line of inquiry.  These are questions that relate to her capacity as a representative of Golden Spring. She's here as a representative of Eastern Profit.

Q   Right.  Your testimony before was on behalf of Eastern Profit; correct?  30(b)(6) on behalf of Eastern Profit?

A   You're talking about today?

Q   No.  In January when you testified what I just read to you.

Page 221

56 (Pages 218 to 221)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

YVETTE WANG

1            YVETTE WANG
2     A   Are you talking about first
3  deposition?
4     **Q**   **Yes.  Do you recall that you were a**
5  **30(b)(6) witness before?**
6     A   I should be.
7     **Q**   **Did you confer with Mr. Je, I say it**
8  **different every time, about the research agreement**
9  **in this case in December of 2017?**
10    A   December of 2017 Mr. Je?
11    **Q**   **Correct.**
12    A   Who is Mr. Je?
13    **Q**   **Well, Mr. Yu.**
14    A   You're talking about William.
15    **Q**   **I am.  William.  I should just call**
16  **him William probably.**
17    A   Much easier.  Talk to him about what?
18    **Q**   **About the research agreement?**
19    A   I didn't remember that.
20    **Q**   **How about in January, 2018?**
21       MS. CLINE:  Again, our agreement
22      regarding the scope of questioning
23      about ACA was limited to the
24      negotiations of the loan.
25    **Q**   **My question is is one of the people**

Page 222

1            YVETTE WANG
2     A   Ask William by when, January 2018?
3    **Q**   **Sure.  December, 2017 or January,**
4  **2018.**
5     A   I don't remember.
6    **Q**   **Does Eastern Profit report on the**
7  **progress of this case to William Yu?**
8       MS. CLINE:  Objection.  Form.
9    A   Does Eastern Profit?  If you are
10  talking about the previous director and the
11  current director, no, because these two people
12  fully authorized everything to me.  They don't
13  know the details.  They're not involved.  If you
14  are talking about me, mention what to William?
15    **Q**   **The progress of this case.**
16    A   Yeah, I mentioned the progress of
17  this case to him.  Yeah.
18       MR. GREIM:  Can I ask -- I think
19     I'm done here.
20     Can I ask that the witness
21     produce her copy of the 15 names to
22     counsel and that they just be
23     produced to us?
24       MS. CLINE:  We will take that
25     under advisement?

Page 224

1            YVETTE WANG
2  **that you were conferring with for direction as you**
3  **were negotiating the contract with Strategic**
4  **Vision William Yu?**
5     A   Conferring what?  I --
6    **Q**   **Talking to.**
7     A   Okay.  Talking to William about.
8    **Q**   **Correct, the research.**
9     A   The research agreement.
10    **Q**   **Right.**
11     A   When?  By January --
12    **Q**   **January, 2018.**
13     A   2018.
14    **Q**   **Yes.**
15     A   I don't remember.
16    **Q**   **Did you ask for his advice in any of**
17  **the 15 names?**
18     A   Ask William; right?
19    **Q**   **Correct.**
20     A   No.
21    **Q**   **Did you check with him to determine**
22  **whether getting information on these names would**
23  **help to unfreeze Eastern Profit's assets in Hong**
24  **Kong?**
25       MS. CLINE:  Objection.

Page 223

1
2       MR. GREIM:  Okay.
3     I know what you've said here
4     today, but I believe that was what we
5     had.  I'll just make the request and
6     you can take it under advisement.
7     I don't have any other questions
8     for the witness.
9     We're off the record.  The
10     deposition is concluded.
11     THE VIDEOGRAPHER:  The time is
12     5:28 p.m.  Wednesday, October 30,
13     2019.  This is the end of media
14     number 5 and completes the videotaped
15     deposition of Miss Yvette Wang.
16     We're off the record.
17
18
19
20
21
22
23
24
25

Page 225

57 (Pages 222 to 225)

**30(b)(6) Yvette Wang**
**October 30, 2019**

2
3        A C K N O W L E D G M E N T
4
5    STATE OF NEW YORK       )
6                        ss:
7    COUNTY OF _____ )
8
9        I, Yvette Wang, hereby certify that I have
10   read the transcript of my testimony taken under
11   oath in my deposition of October 30, 2019; that
12   the transcript is a true and complete record of my
13   testimony, and that the answers on the record as
14   given by me are true and correct.
15
16
17        _____
18            YVETTE WANG
19
20
21   Subscribed and sworn to before me
22   This      day of          2019
23   _____
24        (NOTARY PUBLIC)
25

Page 226

2
3        C E R T I F I C A T E
4
5        I, Terri Fudens, a stenotype reporter
6    and Notary Public within and for the State of New
7    York, do hereby certify:
8        That the witness whose testimony is
9    hereinbefore set forth was duly sworn by me and
10   that such testimony is a true record of the
11   testimony given by such witness.
12       I further certify that I am not related
13   to any of the parties by blood or marriage, and
14   that I am in no way interested in the outcome of
15   this matter.
16       IN WITNESS WHEREOF, I have hereunto set
17   my hand.
18
19
20
21       _____
            Terri Fudens
22
23
24
25

Page 227

58 (Pages 226 to 227)

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

**A**

A-V-R-A 127:14
a.m 2:21 13:20 62:19
63:3
a/k/a 1:10
able 24:18 53:3 66:17,18
89:24 183:12 190:8
192:6 198:2,24 203:16
204:21 212:13
ACA 38:2,3,4,17 39:20
40:4,12,20 42:5,7
43:12,19,20 44:4,9,11
44:15,20,25 45:5,10
50:17 51:3,5,11,24
53:21 55:14 57:20
60:21 63:15 64:2,22
65:12,17 69:24 70:24
71:12,21 73:9,14,21
89:5 90:8,12,17 92:9
94:16 99:19 102:10,11
103:12 104:23 105:4
105:12 107:22 110:11
110:18 111:13,16,23
112:2 115:3,7,10,14
116:3,7,10,23 118:4
118:12 119:4 123:13
125:19 126:15 127:18
130:24 131:10 132:5
132:10 133:9 137:6
195:9,14 204:21 206:8
206:14,19 208:18
211:13 212:3,6,17
213:5,14 218:13,17,18
219:2,4,7 222:23
ACA's 115:5 207:14
ACAEP 124:13
access 210:22
accommodating 9:13
accompanying 211:5
account 9:20 32:10
56:11,15 57:3,8 73:25
74:2,7 76:17 116:8
212:12
accounts 29:14,23 198:5
208:3
accurate 138:11,19
act 68:17 69:16,23 155:5
155:9 161:12 167:8,19
168:5
acted 127:25 128:3
acting 52:14,20 68:21
126:7,11,13
action 13:15 26:9
actual 18:21 80:25 89:20
162:23 176:7
ACU 71:6
add 217:24
added 132:20 194:12,18
194:18,19,23
additional 21:13 160:17
194:18,19,23
address 15:24,25 16:4,5
16:7,10,21
adhere 10:14
admitted 176:10
ADOABD6A 1:24
advance 84:10
advice 178:9,12,19
180:12,18 183:11

184:15 194:4 223:16
advised 128:23
advisement 224:25
225:6
affix 144:25
affixed 109:12
afield 133:22
afternoon 124:4
against- 1:6,9
agency 177:22,23
agent 52:15,20 126:8,12
126:14 128:2,3 161:22
174:23 175:7,24
176:11,15,22 177:15
ago 19:21 20:4,17 21:9
23:15,19 24:17 25:6,9
34:13 35:14,15 39:5
45:8 46:4 109:21
159:17 213:2
agree 52:8,21 53:10
65:25 66:13 68:6 72:8
123:5 146:15 149:14
151:22 154:25 164:17
165:2 176:7
agreed 12:6 30:13,22
50:14,17 76:9 117:3
121:11,13,18 133:17
135:13 149:9 207:23
agreement 5:10,17,20
18:11 33:8 37:12 47:4
50:8 54:3,6,14,19,23
54:25 55:8,19 67:4
68:5,6 72:9 93:14 95:2
95:5,23 96:15 97:18
97:21 99:9,13,16,19
99:24 100:18 101:7,10
101:21 102:2,4,7,8
105:18,21 106:6,13,19
106:23 107:15,21,22
107:25 108:2,8,14,17
108:21 109:10,13,25
110:18 111:9,10,12,19
111:25 112:4,7,9
113:6,12,13 114:6,15
119:12 121:6,13,19,23
122:4,10,19 125:13
128:22 129:6 133:6
137:25 138:12,18,19
138:21 139:9,12,16,18
139:19 140:11,25
141:2 143:7 145:23
146:21 147:6,25 148:8
148:14,22,24 149:16
150:12,17 155:20
161:9 162:11,24 164:3
164:7 169:24 170:9
171:4 174:5,13,25
175:19,24 176:6,16,18
178:8 199:13,18 202:7
213:13,17,22 218:7,16
218:18 220:6,11 222:8
222:18,21 223:9
agreements 107:7,10
130:6
ahead 18:6 42:19 123:16
140:7 150:24 156:3,6
159:7 171:6,7 184:12
192:13,15 195:2 203:4

204:9
allegations 86:6
allow 189:7 202:25
allowed 161:4
alterego 9:19
amazing 110:16
American 210:13
amount 119:17,19
123:14 163:8,18
annually 123:11
answer 17:25 18:4,6
20:23 24:20 27:6
34:16,22 41:6 57:9
62:9,9 64:19 65:3
67:11,23,24 68:9
70:20 76:20 80:8,18
80:22 81:8,10 82:19
92:6 94:19 98:24 99:6
102:5 103:14,17
104:15,16,23 112:21
112:24,24,25 113:9
114:8 117:18 122:20
125:7,8 128:20 129:24
131:16,18,19 140:1,10
141:11 144:16 145:10
145:16 146:3 148:4,5
153:22 157:25 158:4,7
158:10,14,17,20
174:18 175:12 177:25
178:3,5 179:23 181:23
182:3,6,7,10 183:2,20
186:3,21 187:5,7,9,11
187:14 191:13 192:2,5
201:24 202:10 206:5,6
207:18 208:22 210:18
212:11 213:20 221:6,8
221:11
answered 64:17 67:20
68:13 69:4,10 70:13
71:17 73:6 79:16
98:19 105:22 114:7,9
119:6 121:7 135:21
138:23,25 143:2,21
159:24 167:23 180:15
183:6,25 185:10
210:19 212:20
answering 12:13 69:8
173:4,6,11,16 193:24
answers 185:19 226:13
anti-CCP 156:12
antique 75:2
anybody 181:20,24
anyone's 67:2 124:24
141:7,13 143:4
apart 42:2 43:17
appearances 4:2 7:11
appearing 200:2
appointing 166:19
approach 115:10,14
116:3,7
approached 206:9
appropriate 61:7 76:6
117:13 130:4,5
approval 149:8 171:12
approved 170:9
APR 123:2
Archive 196:21
areas 8:6

argue 9:19
arguing 67:10,14
Argumentative 68:14
159:24 183:6
arrested 32:23
asked 10:13 36:20,21
37:8 43:18 44:2,5,8
46:17 52:6 64:17,18
67:20 68:8,12 71:17
73:5 83:13,14 89:11
92:24 94:5,21 95:25
96:20,23,24 97:3
98:18 104:21 105:22
106:21 107:2,5 112:9
114:7,9 119:6 121:7
122:9 123:13 128:22
131:22 133:8 135:21
138:22,24 142:25
143:20 151:5 154:18
157:22 159:24 167:23
170:18 180:15 182:7
183:5,10,25 185:9
192:7 207:7 210:19
212:4,8,19 219:6
asking 9:6 20:19 30:3
31:22 33:23 39:14
40:7 42:10,12 43:3
47:23 49:8 51:22 53:6
53:8 54:17 58:13
59:10,24 61:16,18,18
61:22 68:20 70:16
75:23,24 76:2 78:9
88:14 90:8 94:25
98:25 100:15,16
101:25 103:10 104:15
108:3 110:10 115:21
118:25 119:3,8 122:5
122:14 125:20 132:15
132:16,18,19 137:20
138:15 142:17 153:7
153:10 154:24 157:19
163:14 164:23 166:9
172:20 175:6 182:20
185:16 189:25 190:2
194:13 196:3 206:20
211:25 216:11 218:9
218:10
aspect 10:15
asset 77:4
assets 30:3 32:15 74:2,5
196:15,18 197:20
198:4,9,21 199:2
201:3 202:4 203:10,21
204:14,18,21 206:25
207:4 209:22 223:23
assume 10:5 102:22
132:13
Assumes 66:16 211:3
assuming 10:7
Atkinson-Baker 1:21
13:12 14:12
attached 200:13
attempt 211:12,18
attended 88:13 184:20
184:21
attorney 5:15 13:16
15:14 18:18,23 19:7
27:12 39:21,25 40:7

41:6,10,16,21 42:9
43:7,17 51:8,13 69:22
70:3,9 80:21,24
104:21 143:25 144:3
144:14,20 146:6,9
147:3,5,10,12,14,17
147:19,23 162:18
178:14 200:15 205:22
206:2
attorneys 3:3,9,16 81:10
81:12
August 144:22 199:8
authority 50:21,24,25
51:2,11 52:2 53:12
64:22 65:11,15 66:5
66:12 67:16 68:17,25
69:16,23 70:4,12,23
71:5,11,16,20 72:25
144:9,24 145:18
146:13,25 147:13,24
148:19 150:12,17
151:10,18 152:3 155:5
155:9,19,21 161:12
166:25 167:19 168:5
170:18 171:9,12,13,14
171:21,23
authorization 67:3
143:24 148:10,14
157:8 177:11
authorize 27:12 66:23
143:18 183:16
authorized 39:17 40:18
40:19 43:9 47:24
49:17 139:21,23
141:22 142:5 143:4,6
143:11,15 146:5 147:5
147:16 149:10 166:23
167:4,8,13 170:10
171:18,19 205:25
224:12
automobiles 32:16
Avenue 2:20 3:4 13:22
Avra 127:12
aware 127:19,20 137:18
149:11 194:6 210:23

**B**

B 5:7
back 7:8 11:3,7 32:20
37:13,18,20,23 42:22
42:24 44:11 47:5
49:22,24 50:3,9,10
52:7 54:3 56:6,8,10,25
57:17 63:6,23 68:2
72:5,10,12,14,17 73:9
74:8 78:7 92:4,25 93:3
93:5 94:18 105:17
124:8,11 126:17,25
133:14 136:2 137:20
137:22 138:2 149:18
149:20 153:3 155:15
161:9 165:17 169:5,8
190:9,22 196:15 198:4
203:17 205:15 207:5
208:4,5 212:3,6
bad 184:14 188:5 194:6
203:14
badgering 69:7 138:23

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 2

**bank** 29:13,14,23 32:10
56:11,15 57:2,7 73:25
74:2,7 76:17 116:8
198:5 208:3 212:12
**barrier** 202:24
**base** 189:22
**based** 122:5 129:9 148:8
161:18 169:9 180:10
183:10 194:5
**basic** 29:11 30:4
**basically** 7:19 32:15
63:20
**basis** 53:12 70:17 71:19
**Bates** 5:10,15,17,20
41:10,18 97:21 140:12
162:12,19
**began** 176:24 177:4
**beginning** 145:5 175:3
**behalf** 2:16 8:11,20 9:24
14:9 31:14,19 40:4
44:3 50:22 53:11,13
62:10 64:22 66:2,2,5
66:13,19 67:6,7,8,17
68:10 69:16,24 70:7
70:23 71:5,12 72:25
78:25 111:13,21 115:3
128:4,13 141:23,24
143:7 144:9 147:25
151:17 155:5,9,20,22
161:12,22 167:20
171:23 172:21 176:23
176:24 177:4,5 178:11
180:7 205:24 221:4,21
221:22
**Beijing** 203:18
**believe** 18:7 22:2 23:18
46:4 64:18,21 66:17
66:18 67:2 71:15,18
77:8 79:7 80:7 92:22
93:23 95:7,8,8,9
110:25 122:24 123:10
124:20 127:8 128:15
129:2 134:7,8,9
139:25 167:4 171:6,11
177:10 192:19 194:2
198:10,24 206:7
210:16 225:4
**believed** 64:8 171:9
196:16,23
**believes** 8:24 40:17,19
74:4 192:2 197:23
**best** 150:7 192:6 195:24
196:2 206:22
**better** 153:17 192:12
**beyond** 33:14 40:23
60:17 75:19 76:4,6
77:2 85:12 87:20
89:15 90:13 117:14
130:21 131:3,14,21
135:5,11 177:23
198:16 202:6 204:23
206:12 218:21
**big** 154:25 156:12
**biggest** 183:11
**birthdays** 211:7
**bit** 34:19 205:19
**blank** 98:2
**blood** 227:13

**blow** 188:12 194:5
**blowed** 187:22 188:4,23
188:24
**blower** 183:8
**blown** 188:13,19
**borrowed** 37:21,25
**borrower** 50:8,9 68:5
72:9,16 95:6 97:19
121:12,17
**borrowing** 208:18
**Boss** 158:10
**bottom** 153:23,23
157:22 181:19 186:14
**bought** 77:24
**bounds** 79:21
**break** 42:2 53:17,18
57:10 59:22 62:15,16
66:8 123:17 124:13
168:14,15 205:2
**breaks** 84:23
**breathing** 81:2
**brief** 13:7 62:24 123:25
168:23 205:8
**briefly** 22:14 46:18
**bring** 49:23 197:24
203:10,20
**brought** 75:18 185:12
190:20
**build** 210:13
**bunch** 102:21
**business** 24:2 25:18,21
32:10,11 54:2 67:3
68:4 74:8 75:8,16 76:3
76:13,19,22 77:6 78:5
79:7,13 94:25 117:20
198:4 209:23
**buy** 76:23 77:6,9

**C**

**C** 3:2 226:3 227:3,3
**C-H-U-N-G-U-A-N-G**
23:5,6
**California** 13:13
**call** 11:13 12:9 33:19,22
38:20 59:4 66:22 87:8
87:9,10 165:5 190:9
217:3 222:15
**called** 23:10 38:20,20,20
38:21,22 45:19 59:19
129:6 140:25 156:21
202:12
**calling** 57:19
**calls** 38:25 59:5,8 60:5
80:19 176:2 177:19
**Calm** 159:25
**campaign** 208:10
**capacity** 9:7 16:17,18
33:5,24 66:25 90:9
110:3 221:16
**capital** 103:13 104:23
105:13
**car** 32:17 74:23 76:24
**care** 77:5 135:17
**careful** 97:16 106:15
**carefully** 19:15 106:17
**cars** 32:14,15,16 74:20
74:25 75:2,4,8,13
76:21,23 77:6,7,9,11

77:13,15,18,19,23,24
**carve** 8:4 219:4
**case** 1:6 7:4 13:24 16:14
16:25 17:2 27:13,15
27:18 28:11,24 34:8
53:25 54:16 61:6 77:4
83:12,14,17,25 84:25
85:24 86:6 87:12,20
88:7 93:17 113:17
120:22 139:9,13,16,20
162:21 172:22 184:21
195:7 214:21 215:2
222:9 224:7,15,17
**cases** 12:11
**caught** 59:11
**cause** 196:17 197:20
**caution** 100:3
**CCB** 155:2
**CCP** 32:20 74:4 203:25
218:8,15
**certain** 12:13 91:5,15
**certify** 226:9 227:7,12
**cetera** 203:10
**chance** 104:18
**change** 119:19 122:16
128:24 207:15
**changing** 190:18
**characterize** 50:12
164:16
**characterized** 34:5
**charge** 90:12
**chase** 117:15 126:22
**chased** 36:24 37:23 38:6
38:8,8,10,11,12,14
44:10 59:19
**chasing** 57:24 126:22
**chat** 26:8,16,16,17 32:21
**cheaper** 206:18
**cheated** 27:22 46:17,21
47:4,16,19,22 48:7,13
48:16,16 49:8 72:4,6
73:17
**check** 122:12 128:16
132:11 189:10 220:14
223:21
**checked** 122:11
**China** 26:9 32:22 184:9
194:7 195:20 202:14
202:17 203:11 207:15
221:8
**Chinese** 26:8 32:23 33:2
38:15 47:9 49:18 74:3
116:14,15 117:21
119:10 141:9,18 142:4
149:12,24 156:13
180:5 184:7 191:9
195:5,19 196:13
197:24,25 198:2 203:7
203:9,13 204:3 208:10
219:20
**Cho** 49:4
**choose** 116:10 197:4
**chose** 191:22
**Chu** 138:4
**Chung** 31:5 32:3 34:5,7
34:10,21 35:3,18,23
37:17
**Chunguang** 23:3 44:14

44:19,24 57:18,23
65:17 82:2 83:2 88:5
108:16 113:22 114:20
115:24 125:18 127:17
134:24 136:10,20,25
137:4,15 138:5,6
139:4,8,11 149:5
152:8,10,14 154:8,11
154:14,22 155:4,9,19
155:21 157:20 159:3
160:5,18 161:12 166:7
169:13,19 170:8,16
171:21,22 174:18
205:25
**Chunguang's** 142:14,18
142:22 160:20
**circumstances** 200:4
**City** 3:10 38:6 215:8
**claim** 71:20
**claimed** 185:21
**claims** 42:5 61:23
**clarity** 103:19
**clear** 8:12 9:7 11:5 28:8
63:9 84:8,20 86:10
91:12 96:23 101:14
102:15 119:23 126:5
128:9 144:5 190:14
192:16
**clearly** 23:14,24 24:12
29:24 40:15 44:17
53:23,23 55:21 92:14
111:2 115:8 149:24
152:20,22 159:12
161:17 164:12 165:10
166:4 167:25 168:2
203:5
**client** 80:4,7 189:5,12
**clients** 79:2
**Cline** 3:19 9:15,16 12:24
13:5 14:22,22 16:8,16
18:5 19:19 20:10 21:3
21:10 22:3,11,13
24:23 25:19 27:3
30:10 33:3,13,18 37:4
38:9 39:6,10,22 40:2,9
40:22 42:10,16 43:2
47:8,13,17 48:5,9,14
48:22 50:4,23 51:4,9
51:15 52:4 53:5,14
54:8 56:14,20 57:10
57:21 58:10,12 59:9
59:17 60:15 61:2,13
61:25 64:3,10,17,24
65:9 66:7,15 67:9,18
68:12,23 69:4,10,19
70:2 71:7,13,17 73:4
74:24 75:5,10,17,25
76:25 77:14,20 78:21
79:5,14 80:14 81:5
82:6,15 84:5 85:3,7,11
85:19 86:7 87:14 89:3
90:6,18 91:23 94:7,10
94:17,23 95:4,12,20
96:3 97:9,14 98:4,18
100:2,25 101:12,24
103:18,25 105:22
106:14,24 108:9 110:2
110:20 111:8,14

112:12 113:7,19 114:7
115:4,12 116:4,25
118:6,18 119:6 120:4
121:7 122:23 123:7
125:2 128:18 129:8,16
129:24 130:13,25
131:13,19 132:3
133:13,25 134:14,21
135:4,10,21 136:16
137:11,17 138:9,22
139:6 141:19 142:25
143:14,20 144:5 145:8
145:20,24 146:4,11,16
147:7,21 148:2,5
149:17,22 150:13,18
151:11,19 152:4,15
153:10 154:5 155:6,23
156:20,24 157:16
159:6,23 160:7 161:14
162:8 163:20 164:9,20
165:18 167:22 169:15
170:11,21 171:16,24
173:18,24 174:19
175:9,20,25 176:17
177:7,18 178:6,22
179:15,22 180:15
181:5 182:16,19 183:5
183:25 185:9,23
187:20 188:8,14,20
189:20 191:21 192:14
193:4,24 194:25
195:17 196:19 197:6
197:11,22 198:15
199:3,9,17 200:9,17
200:24 201:4,13 202:5
204:19,23 206:3,11
207:3,16 208:15,19
209:17 210:4,9,19
211:2 212:7,19 213:10
213:23 214:5,22
218:16,25 219:9,16,23
220:4 221:14 222:21
223:25 224:8,24
**closed** 93:2
**colleague** 189:4
**colleagues** 26:10,14
**collection** 58:5 126:15
**come** 11:3 49:22 77:15
105:17 111:4 150:15
179:17 183:24 185:7
186:2 187:8 193:19
**comfort** 80:6
**comfortable** 79:11 80:3
**coming** 209:7
**commencing** 2:21
**comment** 197:10
**commentary** 86:19,22
87:4 197:7
**commit** 50:2
**committed** 50:5
**common** 68:4 118:5,8
194:20,21 195:3,8
**communicate** 219:25
220:8
**Communicating** 40:12
**communication** 59:2
160:17
**communications** 108:2

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 3

communist 26:8 32:23
 33:2 49:18 74:3
 116:14,15 117:21
 156:13 180:6 184:8
 191:9 195:5 196:13
 204:3 208:10 219:20
company 29:18 30:5
 73:18 76:24 77:19
 79:20,20 107:11,12
 111:17,20,21,24
 132:23 150:6,7 167:13
 170:5,5,23 171:7
 196:15
compare 162:22,23
 189:11
competitive 206:15,15
 206:16
complete 10:17 226:12
completed 10:9 102:7
completely 37:16 203:15
completes 225:14
compliance 79:3
compounded 123:10
compounding 121:15,20
 123:2
compounds 121:10
concept 11:17 12:7
concerning 199:14
concluded 225:10
conclusion 176:3
 177:20
concur 9:17
conduct 10:20
conducted 80:17
conducting 198:5
confer 84:10,12 222:7
conference 7:8 36:18
 109:18,20
conferring 219:12 223:2
 223:5
confidential 186:25
 187:2
confirm 157:8 190:4
confirmative 148:9
confirmed 135:24 136:3
 157:7 165:7 167:15
conflate 9:21
confuse 51:18
confused 151:12 176:4
confusing 9:3 56:24
 71:18 91:8 136:17
 139:17
connection 126:8,14
 128:13
considered 209:12
considers 137:5
consult 173:15
consulted 173:4,11
contacted 45:11
contacting 58:6,9,21,24
contained 105:20
content 179:4
context 103:21 104:10
continuation 12:17
 26:21
continue 26:25 32:12
 37:16 39:8,13 151:21
 156:2 192:15,22,23

209:22
CONTINUED 4:2 63:7
 124:9 169:6 205:16
continues 174:10
contract 39:18 43:10
 47:24 57:3,4 73:8,11
 73:22 110:8 131:12
 141:22 151:2 152:7
 156:6 161:15 162:6
 164:19 165:16 162:2
 169:21 170:3,16,17,25
 171:15,17,19,22
 176:11 177:12,17
 178:20 194:14 198:18
 199:16 200:3 201:9,16
 206:10 207:12,23,24
 208:18 219:18 220:3
 220:15 223:3
contract's 218:14
contracting 165:5 166:3
contracts 150:21
contribute 208:9
conversation 24:19,21
 30:19 35:7,23,24
 36:11 40:16 44:7,18
 44:23 52:11 61:16
 63:13 65:19 72:21
 81:9,11 82:7 87:19
 96:8,9,10,11 109:17
 137:4 160:4 173:20
 212:16,21,22
conversations 35:3 65:7
 80:20 89:13 100:4
 136:13,14,20
copies 18:20
copy 55:10 93:13 96:14
 98:20,25 99:8 102:18
 106:22,23 107:15
 108:16,22 112:9 113:5
 162:18 185:12 200:12
 224:21
corporate 15:11 16:17
 17:5,9 33:4 61:3 80:12
 81:4,17 82:4 86:19
 213:14
Corporation 1:4 2:5,17
 3:17 5:22 13:25 43:9
 172:7
correct 15:15 16:22 17:3
 17:6,10,11,13 18:2
 20:13 21:2,7 23:4 24:3
 24:4,6,7 26:19 27:7
 35:21,22 47:14 49:2
 55:3,8 57:9 58:2,6,7
 58:19 78:11 105:2,8
 105:15 112:5 123:12
 124:19 125:14,15
 126:10 136:11 142:23
 144:8,11 146:23 147:8
 152:11 153:22 158:24
 158:25 162:9 163:6,16
 163:21 167:16 169:14
 170:12 172:24 174:22
 176:20 178:15 179:6
 179:13,14 183:2 192:2
 194:12 203:24 208:6
 209:20 211:11,23
 215:7,12 216:2,4

217:16 218:11 221:2
 221:21 222:11 223:8
 223:19 226:14
correction 57:2
correctly 103:24 104:6
 113:2 158:21 170:7
 182:11 187:15 221:12
correspondence 107:22
corrupt 182:9
corrupted 47:9 74:4
 119:9 149:12,25 180:15
 195:4 197:24 203:7,9
cost 209:24
coterminous 8:4
coughing 149:18
counsel 4:3 6:6 14:13,14
 14:19,23 15:3,6 16:13
 80:17 82:7,8,10,10,19
 93:24 98:3 199:22
 224:22
counsel's 202:7
count 209:23
counterclaim 1:11 17:2
 28:24,25
country 214:4
COUNTY 226:7
couple 23:15,19,21
 24:16 25:9 27:5 35:14
 35:15 38:23 59:6
 109:21 120:16 121:2,8
 162:2
course 31:25 39:3
 138:12 195:18 196:12
court 1:2,21 2:2,20 7:11
 14:11 18:10 30:13
 33:19,22 42:21 87:8
 91:16 117:9,10,16
 177:21 202:14
court's 33:8 76:10
 135:12 199:23
cover 12:15 49:24
covered 39:24 76:10
covers 34:19
create 216:8,10,11
created 216:5
credit 115:11,15,16
crimes 203:10
criminal 196:12,13
current 203:6 224:11
custody 217:17,20
cut 216:7

D

D 3:12 5:2 226:3
D-I-N-N-E-R 215:4
dad 78:19,22
damage 72:15 209:23
Daniel 4:6 15:5
data 216:24 217:2
date 13:18 18:14 34:15
 41:12 97:24 115:21
 121:18 140:14 144:2
 162:15 163:23 172:11
 175:2 186:20
dated 5:17,20 57:5
 140:11 162:11
dates 56:25 59:11,13,15
 148:6,20 150:4 162:3

daughter 24:3 78:14
day 8:15 10:16 11:3,17
 11:23 109:11 226:22
days 9:12 23:19 121:2,8
 162:2
deal 27:24 39:17 40:18
 40:20 43:10,19 44:3
 51:3,5,11,23 52:3
 53:20 64:22 65:12,17
 66:5 67:16 70:23 71:5
 71:11,16,20 72:25
 82:23 89:4 149:6,9,10
 149:11
dealership 74:23
dealing 28:10 39:20 40:4
 40:10 60:21
December 5:17 108:25
 109:2,5,7,14 115:18
 115:20 140:11 148:15
 148:16,18 155:15
 165:12 166:6 172:17
 175:16 222:9,10 224:3
decide 116:2,6 190:17
decided 180:8
decipher 9:5
decision 80:15 82:17
declare 7:20
declined 16:20
deeply 170:13
defendant 1:5,11 2:6,18
 3:17 5:23 14:3 17:2
 130:16 172:8
Defendant-Countercla...
 2:19
defendant/counterclaim
 3:9 14:4,9
Defendant/Countercla...
 14:20
Defendants/Countercl...
 1:8 2:9
defenses 86:6
define 49:12
Definitely 120:8
definition 25:20 49:20
Del 13:10
Delaware 3:18
delegate 183:16
deliver 207:23
delivered 217:19
delving 30:17
demand 46:22 132:6,7
 132:10 133:3,9
demanding 163:17
demands 132:19
democracy 195:20
denied 130:19
deny 189:8
depo 128:19
deponent 14:6
depose 62:3
deposed 54:17 87:25
deposit 130:10
deposition 1:15 2:15 5:9
 9:8,9 11:21 13:20 14:8
 17:5,9,13,16,20,22
 18:9,13 19:17,20,25
 20:2,15,25 21:5,8
 22:12 23:17,18,20

26:22 27:2 29:20
 30:21 33:4,12 34:11
 34:12,17 35:4,5,6,10
 35:20 42:16 54:5,15
 55:6 61:3 62:22 63:5
 74:13 76:11,21 78:3,6
 78:10 80:13 81:18,19
 83:4,18,20,21,23 84:4
 84:10,16,17,23 85:13
 85:23 86:21 87:3,6,13
 87:17 88:4,19,24 90:5
 90:14,25 91:10,22
 92:5,15 93:18 98:5
 102:10,18 105:4,9
 110:13 111:15 112:8
 113:5,11,13,16 120:9
 120:12,15 123:22
 124:7 125:5 128:17
 130:5,22 131:15 135:6
 140:16 146:14 152:24
 153:8 157:12 159:13
 159:14,15 160:14,23
 161:4,19 162:17
 168:20 169:4 172:3
 175:10 179:2,5 181:8
 181:12 184:20,20,21
 186:7,11,17 189:18
 199:10,12 202:9 205:6
 205:14 212:9 222:3
 225:10,15 226:11
depositions 8:18,23
 10:2,8,11,17 88:12
 191:20
Describe 190:24
described 136:12
DESCRIPTION 5:8,14
 6:3
descriptions 192:9
designated 49:17
 174:23 175:7 177:9
designee 61:3 213:12
despite 8:23
details 63:20 65:6 78:2
 170:2 208:11 224:13
determine 88:2 223:21
develop 210:7
developing 209:15,18
 210:2
device 183:12
devised 180:3 216:23
difference 77:21 134:9
different 8:18,22 9:3,12
 22:18,20 34:9 111:24
 114:4 147:2 185:19
 191:19 197:4 205:19
 222:8
dinner 46:7,8,9,10,24
 48:2,6 52:17,19 53:22
 55:16 56:2 63:17
 64:16 65:20,23 67:17
 70:25 71:10 72:2
 111:2,17,18 127:3,4,6
 127:6,9 215:3,5
directed 161:3
direction 223:2
directly 40:20 62:4
director 22:16,21 24:5
 49:14 82:21 134:22

**30(b)(6) Yvette Wang**
**October 30, 2019**

158:13 166:7,13,16
167:12,14 214:2,3,11
224:10,11
director's 138:16
directors 90:13 203:6,6
disagree 181:3
disclosure 119:9 149:11
197:24 203:8
discovery 193:3,6
discrepancy 191:19
discuss 29:8 67:3
148:23 208:7
discussed 94:2 106:5
114:16 127:7
discussion 32:3 49:25
52:15 55:4 57:17
89:22 90:2 92:20
104:12 119:11,24
120:2 121:2 125:23
126:3,6 128:23
discussions 63:25 65:16
82:25 87:12 119:14
126:14 128:8 131:10
137:10 160:9
dismissed 9:21
dispute 177:12
disrupting 86:21 87:3
DISTRICT 1:2,2 2:2,3
Division 169:13
document 5:19,22 41:19
42:11,13 43:4 51:16
69:15,21 70:22 94:2
94:15 98:11,13 101:16
109:12 113:21,25
139:24 140:17,19
148:3 162:10,20 163:2
166:19,24 167:2 172:5
187:4 191:17 200:14
201:21 216:8,16,21,25
217:10 218:21
documentation 112:20
documents 100:24
101:3,6,9,20 102:2
107:12 112:22,23
117:5 168:7,10 188:16
dog 214:12,14
doing 149:14 176:7
190:11
dollar 44:16,21 45:2
46:15 57:24 63:15
64:2 130:9
dollars 37:5,19 46:23
50:3,16 72:11,14
104:22 129:9,12 134:4
135:3 137:5 212:18
Donnelli 3:13 14:19
door 33:16 98:3
double 157:8
draft 101:15,16,17,17
102:6 105:23 163:15
164:6,7,8
drafted 95:7,9 114:3,5,5
drafting 218:20
drafts 101:6,9,20
drawing 88:8
drive 215:13,16,19 216:2
217:18
driver's 217:8,11

Driving 32:17
due 68:24 131:12
duly 15:17 227:9
Dunkin 209:3
duties 40:6 156:14
157:13 158:16

**E**

E 3:2,2 4:4 5:2,7 15:16
15:16 226:3,3 227:3,3
E-mail 46:2 100:21 106:3
106:9 124:17 125:9,21
128:25 200:12
E-mails 124:21,23,24
125:18 128:11,17
earlier 26:21,25 65:24
69:23 114:25,25 127:7
205:21 207:8 215:5
earliest 165:12
early 7:19 92:19 175:19
easier 19:10 52:24
222:17
East 16:2 36:9
Easter 218:13
eastern 1:4 2:5,16 3:17
5:18,22 9:9,16 13:25
14:23 15:12 16:24
17:6,10 21:2,6 22:11
22:17,21 24:6 25:25
26:4,18 27:9,11,21,22
27:24 29:9,11,14,17
29:24,25 30:2,15
31:11,14,16,19 32:4,8
32:15 34:6 35:4,13,18
37:13,18,20,21,22,24
40:5,8,17,18 41:18,18
41:22 42:5,7,8,12 43:8
43:18,19,24 44:2,3
46:23 47:23,24,25
48:3,8,10,11,13,15,18
49:8,9,13,20 50:2,10
50:16,22 51:2,12,19
51:22 52:2,14,14,20
53:8,12,19,21 55:14
55:22 56:6,7,9 60:18
60:20 61:4,10,22 62:8
63:14,22,24 64:5,20
64:21 65:12,16 66:2,4
66:13 67:8,16 68:11
68:17 69:16,24 70:8
70:14,24 71:3,6,9,12
71:19 72:15,16,24
73:9,12,20,25 74:4,8
75:16 76:3,12,14 78:4
78:8,14 80:11 81:2,16
81:25 82:13,22 83:3
83:13 86:3 89:20
90:10 94:3,16,21
99:19 106:21 107:6,9
107:14,20,24 108:4
110:5,19 115:10,14
116:2,6,8 118:3,11
119:3 122:18 123:5,9
123:13 125:17 126:7
126:11,13 127:18
128:2,4,13,16 129:13
129:21 130:3,8,23
131:9,25 132:6,9,16

132:21 133:11,23
134:3,15 135:2,9,24
135:25 136:7,8 138:15
140:13 141:23,24
143:5,7,8,17 144:7,9
146:17,22,25 147:6,17
147:25 151:9,14,17
152:3,7,11,13,19
153:6 154:3,11,15,20
155:5,10,20,22 156:5
156:8,11,11,19,23
157:4,5,10,15,24
158:2,5 161:13,22
162:4,19,21 164:13,18
164:24 165:4,14,16
166:2,8,13,21 167:7
167:20 168:5,7 169:12
169:20,21 171:23
172:6,12,22 173:4,8
174:24 175:6,17,23
176:5,10,15,23,24
177:5,6,14,16 178:3
178:11 179:10 180:7
181:10 182:4,14
183:20,22 186:4 189:8
195:11,15,18,21 196:3
196:14,16,23 197:15
197:18,23 198:3,5,8
198:10,13,18,23
200:25 201:8,12,15
202:2 203:8,13,20
204:17 205:23,25
206:9,21,24 207:10,13
208:2,4,17,23 209:6
209:10,14 210:2,6,12
210:23 211:6 212:6,12
212:13 213:11 214:3
214:12 218:6,9,10,12
219:7 221:19,21,22
223:23 224:6,9
Eastern's 49:14,14,15
49:16 53:2,4 56:11,15
57:2,7 173:10 174:10
196:9 203:5 209:21
Eastern-000001 5:21
162:13
Eastern-000004 5:21
162:13
Eastern-000005 5:18
140:12
Eastern-000276 5:15
41:10
Eastern-000278 5:10
97:22
economies 12:8
Ed 215:20
Eddie 14:18 56:25 61:16
66:8 70:2 71:23 80:3
91:8 118:9 122:5
159:11 182:21 185:16
186:3 188:9
edgreim@gravesgarr...
3:12
educate 131:22
EDWARD 3:12
effecting 207:14
efficiency 12:10
efforts 38:17

eight 185:4
Eighth 2:20 13:22
either 11:5 68:17 134:11
152:21 216:13
electronic 98:22 215:11
215:12
emphasized 32:13
employee 13:16 49:14
employer 183:12
enforcement 202:15
engage 195:21 196:4
engaged 131:10
English 23:8,9 37:8
45:15 66:9 95:15,15
142:4 197:12
enter 198:18 199:15
200:3,7 201:8,16
entered 148:21
entering 164:19
entire 120:22 202:14
207:11,11 208:9
entirely 8:23
entities 7:22 8:11,25
9:22,24 12:13
entitled 12:19 13:25
87:15
entity 7:23 8:2 79:12
103:12 116:11 131:3
135:18 164:19
EP 55:14 199:15 200:2,5
equation 161:23
Erin 3:6 8:17,19 11:20
21:1
ESQ 3:6,12,13,19 4:6
establish 7:25 8:2 21:16
130:20
et 203:10
event 63:5
events 160:13
eventually 216:16,21
everybody 33:21 102:22
evidence 66:16 211:3
exact 10:13 60:8 157:23
201:20
exactly 88:3 146:18
EXAMINATION 5:3
15:21 63:7 124:9
169:6 205:16
examined 15:19
example 30:14 65:20
194:22
exchange 125:20
exchanged 125:18
Excuse 19:21
execute 171:18
exhausted 31:2
exhibit 5:8,14 6:3 18:12
18:17,24 19:3 41:9,14
41:16,17 97:20 98:6
99:22 105:19 106:7
137:23 140:10 145:12
145:19,21,24 146:10
146:21,21 147:13
162:10,17,19,24,24
163:4,9,23 164:9,10
172:4,5 185:15 186:6
186:9,17,18 189:18
193:10

exhibits 5:13 6:2,6
145:25
exist 168:10,11
existence 162:5 218:7
218:14
expected 34:14 47:11
50:16 89:9
expecting 47:3,7
expedition 87:18
expend 209:5
explain 17:18 38:13 44:9
44:11 81:12 156:7
203:19
explaining 191:25
express 52:25
expressed 32:9 117:10
150:25 156:10 157:4
167:24
expressing 52:22 53:4
extent 21:16 80:15 125:6
130:15 176:2 212:8
eyes 54:19

**F**

F 207:21 227:3
F-I-R-M 148:9
face 145:14
fact 9:12 47:15 67:12
128:10 159:2 160:19
173:15
factors 209:13
facts 66:16 207:25 211:3
failed 80:4
failure 130:20
fair 27:5 34:18 66:10
69:3 80:10 142:2
169:19 175:6
fall 45:9 46:3 55:5 56:13
65:20 66:6,13 67:17
68:22 69:17,25 70:25
71:4,21
familiar 60:24 61:11,12
61:23 62:12,13
family 32:21 116:13,23
117:20,24 184:9,17
194:7 195:5
far 75:7,12 103:24
133:21 151:22,23
154:8
feature 121:15
fee 80:5 129:7 189:5
feel 91:25 103:22
feelings 61:19
felt 11:5
figure 79:19 100:6
191:18
file 1:24 28:25 99:24,25
100:10,11,12,17,17
107:25 122:3 189:24
190:2,3,4,16 192:21
192:24 215:11 217:18
filed 28:24 56:18,18
215:12,18,21 216:2
files 108:5 189:13
215:12,18,21 216:2
filling 61:15,17
final 102:18 135:15
finally 30:25 93:13
197:17

**Atkinson-Baker, Inc.**
**www.depo.com**

**financial** 30:16 75:22
79:23 130:3,7,17
131:2,5 132:17,18,21
132:24 133:12,14
134:5,6,12,16,19,25
135:9,14,17
**financially** 13:14
**financing** 206:18
**find** 88:9 160:16 161:2
179:20 183:3,7 198:19
206:14,15,16,18
**fine** 11:15 42:14,15
61:21 76:3 151:24
**finish** 7:22 57:14 75:25
150:23 151:3 184:11
202:19,25
**finished** 102:8 153:24
179:22 186:23 203:2
204:10
**firm** 16:12 122:21,24
148:9,9 178:16 189:4
189:5
**first** 5:24 7:24,25 15:17
17:22 19:17,25 20:2
20:15 29:13,19 35:20
42:6 44:14 54:5,15,18
55:13 64:7,12,16
74:12 78:6,9 83:21
91:9,22 92:4,15 93:20
98:5,10,17 99:9,12,15
99:18 100:7 102:9,10
104:5 105:4,9,18
111:2,15 112:7 113:10
113:13 120:9,12,15
124:25 125:9 129:14
129:22 130:12,24
131:7,12 140:16 146:7
146:20 147:4 152:18
152:23 153:6,8 159:5
159:10,14,15 160:5,11
160:14,23 161:18
162:4 164:2 165:4,25
172:9,14 173:2,8
179:5 181:8,12 182:21
186:10 187:18 189:18
190:25 191:4,24 198:8
198:17 199:7,25 201:6
201:9 205:21 212:9
214:9 220:25 222:2
**fishing** 87:18,25
**five** 179:12 184:25 185:7
185:17,18,20,22 186:2
192:11 194:17,19,23
195:3
**five-minute** 168:15
**fleet** 77:18
**flip** 186:22
**flow** 204:22
**focused** 12:4
**Foley** 178:16 190:5
**follow** 90:4
**following** 58:4 201:21
**follows** 15:20
**foreigner** 91:25 197:5,9
**forget** 61:19 81:13
169:18 189:4 214:15
**forgot** 48:23 120:7
122:13 126:21 155:13

156:9
**form** 18:5 20:10 21:3
22:13 24:23 25:19
27:3 38:9 39:6,23 40:9
40:23 43:3 47:8,13,17
48:5,9,14,22 50:4,23
51:4 52:4 53:5,14
56:14 57:21 58:12
59:9,17 64:3,10,24
65:9 66:7,15 67:9,19
69:19 71:7,13 73:5
74:24 75:10 77:14,20
78:21 79:5,14 81:5
82:15 84:5 85:3,7,11
86:7 90:7,19 91:24
94:17,23 95:4,20 96:3
97:9 99:10 106:24
108:9 110:20 111:8,14
112:12 113:8,19 115:4
115:12 116:4,25 118:6
118:18 120:4 122:23
123:7 129:8,16 132:3
133:25 134:14,21
135:4 136:16 137:11
137:17 139:6 141:19
143:14 147:7,21 148:2
149:22 150:13,18
151:11,20 152:4,15
154:5 155:6,23 156:20
156:24 157:16 159:6
160:7 161:14 162:8
163:20 165:18 167:22
170:11,21 171:16,24
173:18 174:19 175:20
176:17 177:7,18
178:22 179:15 181:5
182:16 185:23 187:20
188:8,14,20 189:20
193:4 194:25 195:17
196:19 197:22 202:5
204:19 207:3,16
208:15,20 209:17
210:4,9 211:2 214:23
219:23 220:5 224:8
**format** 99:2
**forth** 51:13 76:5 117:6
227:9
**forward** 56:25
**found** 165:8 170:22
182:23 215:21 216:17
216:22
**foundation** 39:11 60:16
61:14 62:2 87:16
138:10
**fourth** 71:24
**free** 103:22 201:2,10
**Freeman** 7:3,5,6,7,10,14
10:3 11:12,24 13:4
**French** 28:21 141:3
165:15 174:10 180:23
211:25
**friends** 26:10
**front** 18:21 19:4 39:19
41:2 55:10 96:15
163:22 193:7
**frozen** 29:14,24 32:11,11
56:11,12,15 57:3,8
74:3 76:18 116:9

198:3,6 201:10 203:22
209:22 212:13
**Fudens** 1:23 2:22 14:12
15:18 227:5,21
**full** 66:25
**fully** 52:7 224:12
**fund** 208:9
**funny** 145:14
**further** 128:24 130:16
227:12

---

**G**

**G** 15:16 89:14 90:7 118:5
226:3
**G-U-O** 22:23
**gain** 35:12,18 83:3
**gained** 34:21 55:11
90:16
**Gare** 178:13
**GARETT** 3:8
**Gary** 174:12
**gather** 58:3,5
**general** 15:6 29:10 30:4
51:6 129:10
**generally** 47:9 59:12
**gentleman** 189:6
**genuine** 94:6,9,11,22
**getting** 30:25 76:4
191:12 206:25 223:22
**give** 15:23 16:20 18:19
34:8 41:16 53:12
59:14 80:9 100:19
103:25 143:23 145:5
148:13,19 149:8
151:17 171:12,21
179:10 184:15 185:14
192:17 199:19 200:11
**given** 7:11 17:4,8 21:12
51:2 52:2 73:12 93:16
101:4 167:19 179:3
180:8 189:2,12 192:11
207:10 226:14 227:11
**giving** 162:18 166:25
180:22
**Glendale** 13:12
**go** 8:16 13:5 18:6,16
23:7 42:19 45:22
57:17 75:7 79:19
102:17 114:12 123:16
137:25 140:7 150:11
150:16,24 151:16,25
152:2 153:3,23 156:3
156:6 159:7 163:22
171:6,7 172:25 174:3
178:6 180:21 183:14
183:19 184:8,12
186:12 189:7 191:10
192:13,15 194:6 195:2
200:16 203:3 204:9
207:5 213:13
**goal** 49:18 76:11 116:16
151:3 154:25
**goals** 170:17
**goes** 36:17 76:6 130:6
**going** 7:18 10:14,16 11:6
11:16,25 18:15,16,17
18:19 19:6,19 21:10
30:10 33:22 34:3

40:23 41:13,14,15
42:2,4 43:2 56:8 57:11
57:14 62:3 68:15,15
70:19 73:9,13,20
75:17 80:14 82:13,16
86:10 87:14,25 89:10
89:12 90:3 91:12,20
92:24 97:25 102:17
105:17 117:14 119:17
130:13 133:14,21
135:13 137:21 140:15
151:4 153:4 162:5,16
165:15 169:17 183:22
186:16 190:9 192:12
192:24 198:24 200:18
202:23 204:14,17
205:18 219:5,21
**Gold** 205:23
**Golden** 3:4 4:3,3 8:20
10:10 15:4,7 16:4,5
27:12 36:15 40:19
41:22 42:8 43:9,18
44:2 51:21 70:5,10,12
146:12,13 147:19
181:25 220:22 221:4,8
221:17
**good** 13:9 49:22 57:13
113:14 124:3 172:2
**goose** 117:15
**gotten** 112:10
**grammar** 188:5
**granted** 41:22 42:8
69:16,23 70:4,22
147:12 205:23
**GRAVES** 3:8
**great** 8:10 41:7 59:13
127:14 145:7 155:2
158:22
**Greim** 3:12 5:4 7:2,7,13
7:17 8:24 9:6,18 10:16
10:19 11:4,16 12:2,3
12:22 14:18,18,25
15:13,22 16:13,19
21:19 30:23 33:10,15
34:2 57:13 61:9 62:5
62:14 63:8 69:3,8,12
70:16 75:23 85:15
86:18 87:2 89:17 98:7
100:6 103:23 104:3
112:15 123:16 124:10
131:4 135:22 144:11
145:13,22 146:15,18
164:10,21 168:13
169:7 178:2 191:3
192:7 193:8 197:8,13
197:16 199:6,11,21
200:7,11,19 201:6,19
204:25 205:17 213:18
218:22 219:3 224:18
225:2
**Greim's** 9:13
**Grendi** 98:13 99:2,21
101:3 106:6,12,18
112:4 113:16 139:3
181:22
**group** 28:10 103:13
221:8
**GSNY** 9:10 11:21

**GSNY's** 40:6
**Guan** 191:7
**guess** 28:19 39:2,2
68:15 79:7,9,10 87:15
95:11,12 122:2,6,7
132:15 148:7 161:21
195:10
**guessing** 134:13
**Guo** 1:10 5:15 22:23
23:13,22 24:3,22 25:5
25:9 28:17 30:19 31:4
31:12 32:25 35:25
36:4 41:9,14,15,17
48:25 49:10 63:13
65:4,16 78:5,7,13 82:2
82:25 85:22,23 88:4
92:21 126:2,17,24
127:16,25 128:3,11
129:3 134:24 135:8
136:10,20,25 137:4
143:11 146:10 152:21
152:24 153:6 154:3
157:14 158:20 159:3
159:19 160:4,18
161:10,11,20,24
169:13,20 171:13
173:10,15 174:12,17
174:23 175:7,24
176:11,24 177:4,15
178:9,18 179:14 180:3
182:10,12,18 181:3,9,21
182:8 183:3,11,13,16
183:17 184:4,25 185:8
187:9,10,19,22,24
188:11,12,19,23
193:20 194:4 195:10
195:14 209:11 210:23
213:25 214:16 216:23
216:24 220:21 221:3
**Guo's** 78:13 116:23
152:14,16 177:22
179:25 184:21
**guy** 184:7 194:6
**guys** 68:4 72:3,8 90:21
171:7 184:14

---

**H**

**H** 5:7
**H-A-N** 23:2
**half** 121:3 211:22 213:3
14:23
**Hamilton** 3:16 13:22
14:23
**Han** 23:2,3,7 31:5,9 32:3
32:13,19,21 33:17
34:5,7,10,16,21 35:3
36:5,7,19 44:7 49:4
60:24 61:12 62:3 65:4
65:17 82:2,25 83:10
83:17 84:3,8,10,19,22
88:5 95:14,16,22,25
96:24 108:16 109:11
113:22 114:17,20
115:24 116:12,19,20
117:19 118:4,10 119:7
119:21,24 120:3 121:3
122:8,9 125:18,20
127:17,23 132:13
133:6 134:24 136:10

**Atkinson-Baker, Inc.**
**www.depo.com**

136:20,25 137:4,15
142:14,17,22 143:10
143:11 148:12,18,23
150:11,16 151:6,8,25
152:2,6,8,9,10,14,21
154:8,11,14,22 155:4
155:8,18,21 156:14
157:4,8,9,20 159:3
160:4,19,22 161:11,24
166:7,20 167:16,24
168:4 169:13,19 170:8
170:13,16 171:11,12
171:21,22,25 174:12
174:17 175:4 183:15
183:18,19 184:9,16
194:7 205:25
**Han's** 84:16 138:5,7
139:4,8,11 157:13
**hand** 18:15,16,22 19:6,7
41:13,15 97:25 98:3
162:16 186:16 227:17
**handle** 27:13 28:5,11
37:8,16 39:8,13 63:14
63:21,25 64:5,9 65:5
143:15,18
**hands** 53:25
**handwriting** 141:18
**Hank** 23:7,10 32:3
165:11
**happen** 27:5 34:14 76:23
**happened** 35:8 39:4
55:5 65:7 77:4 87:7
207:12,24,25
**happening** 44:9 60:5
**happens** 87:7
**happy** 54:11 195:18
202:11 208:8,13
**harassing** 87:21
**hard** 55:9 98:20,24 99:8
207:19
**hat** 191:10 202:13
**hats** 9:5
**head** 184:7 202:14,16
103:15 111:16 119:20
121:24 123:15 126:18
145:7 149:18 206:13
206:23 218:11 219:10
**heard** 23:10 28:20 30:24
44:19,24 46:17 54:21
54:24 70:20 72:3 74:2
74:10 102:10 103:14
104:23 105:4,12
114:16 115:18 116:12
116:18 121:8,21
126:16 132:8 149:24
151:23 153:6 197:3
208:8
**hearing** 198:8
**heart** 8:24
**held** 2:20 9:11
**help** 27:24 37:16 42:14
64:5 72:2 150:8
175:15 192:18 198:2
202:22 204:17 223:23
**helped** 84:3
**helpful** 162:23
**helping** 32:14 113:9,12

**hereinbefore** 227:9
**hereunto** 227:16
**high** 123:2,5,8,11,11
**higher** 163:18
**hire** 208:23 209:3
**hired** 170:4 210:24
**Hoag** 178:16 190:5
**HODGSON** 3:3
**hold** 10:3 129:24 186:6
190:22 191:11
**honest** 183:16
**Hong** 29:14,17 30:2 74:3
76:16 107:12 196:18
197:21 198:11,14,25
201:3,10 202:4 203:18
203:20,23 204:18,22
207:2 208:3 220:2,8
220:11,14,22 221:9,11
223:23
**Honor** 7:18 8:17 9:15
11:4,20 12:23,25 13:3
**honored** 199:23
**hoped** 202:18
**Hopefully** 72:13
**hour** 57:12 121:4
**hours** 10:6 12:16,20
76:8 133:21 165:20
185:4
**huge** 93:6
**hundred** 72:19,20 99:4
**Hypothetical** 207:17

---

**I**

**I-J-E** 191:8
**idea** 101:15 180:2
**Identification** 18:14
41:12 97:23 140:14
162:14 172:11 186:19
**identified** 151:14 164:18
165:5,7,17 175:18
181:10 182:14
**identify** 8:6 173:3 174:4
180:13,17 182:4
183:21
**identities** 30:16
**identity** 75:22 79:23
117:7 130:3,7 135:15
**Ije** 191:7
**illegal** 149:25
**illegally** 203:21
**imagination** 122:6
**imagine** 73:23
**important** 60:19
**impression** 60:5 119:11
126:22 154:24 156:16
167:12
**In-House** 4:3
**inaudible** 140:5
**inch** 71:25
**include** 30:14 120:23
178:21
**included** 82:8 192:17
211:7 216:16,21,25
**including** 39:18,18
48:19 116:13 174:5,13
196:14 198:3 199:13
203:17
**independent** 30:16

75:21 79:23 82:6
130:2,7
**indicate** 219:7
**indicating** 141:18 142:6
**individual** 16:18 62:11
66:25
**individuals** 169:10
181:11 182:5,15
183:21
**information** 8:25 29:11
30:4 34:21 35:12,18
47:10,12 83:3 88:8
89:19 90:16 111:6
159:16,20 161:2
180:10 183:23 188:2
194:5 196:10 197:20
210:11,21 211:6,10
214:9 215:23 216:15
216:17,20,22 217:3,4
217:6,7,12,24 223:22
**input** 173:22 184:16
**inquire** 130:16
**inquiry** 30:11 79:18
117:3 130:21 144:6,8
221:15
**instruct** 213:20
**instructed** 80:21
**instruction** 81:7
**integrated** 32:23
**intend** 55:24,24 208:17
**intended** 55:23 195:11
195:15 218:22
**interaction** 159:19
**interactions** 63:15
159:21
**interest** 50:18,19 52:7
68:3 72:5 73:14 89:11
93:5,7,11 95:7 117:6
121:9,14,19 122:15,25
123:5,11,11,14
**interested** 13:14 154:19
227:14
**interject** 125:2 191:21
**international** 210:11,11
**Internet** 179:20 180:4,10
182:18 183:4,8 187:23
188:2,4,13,19 194:5
210:20 211:10 215:20
215:22,23 216:8,18,22
217:6,9,15
**interpret** 43:4
**interrogatories** 5:24
172:10,14 173:5,6,12
173:16
**interrogatory** 172:21
173:23 174:20
**interrupt** 103:19
**interrupting** 192:3
197:17
**introduce** 14:14
**introduced** 14:15 154:3
**invest** 75:2,4 77:6
**investigate** 119:9 181:2
210:24
**investigation** 73:18
109:15 149:12 150:2
170:5
**investment** 74:11,13,14

74:17,19,21,25 75:8
77:8,16,25 78:18 79:6
**investments** 75:14 76:5
76:20 77:11,11,13
78:25
**investors** 219:12,15,17
**involved** 125:11 127:17
127:21 170:14 173:5
175:4,4 181:25 224:13
**involvement** 126:3
**involves** 23:20 81:11
**involving** 82:18
**irrelevant** 218:17
**issue** 7:15 31:13 139:12
139:19
**issued** 10:4 30:13
**issues** 64:9
**item** 174:3 199:7

---

**J**

**J** 174:11
**J-E** 45:20,22
**J-I-A-N** 202:13
**J-U-M** 204:8
**jail** 196:14 198:11
203:16
**January** 5:20 19:21 20:2
35:6,11 54:4,24 57:6,7
88:19 91:7 92:9
102:19 111:16 113:10
143:12,12,19 144:25
157:12 158:24 160:5,9
160:11,14 161:9
162:12 163:24 164:3,8
164:21,23 171:3
182:23 193:18 221:24
222:20 223:11,12
222:10,12
**jdonnelli@gravesgarr...**
3:14
**Je** 45:20,22 47:11 48:12
60:13,14 89:23 90:16
90:24 91:6,21 92:8
93:10 97:3 109:24
110:11,17 114:21
125:19 126:23 133:9
212:17 213:5,8 222:7
222:10,12
**Jennifer** 3:13 14:19
**JGK** 1:6
**Joanna** 3:19 9:16 14:22
21:24 122:7 190:6
**job** 155:3
**join** 154:21 161:19 200:6
**judge** 7:3,5,5,7,10,14
10:3 11:12,24 13:4
21:12 76:7 79:17 87:9
87:22 129:25 133:16
159:11 161:3
**judge's** 130:15
**July** 29:2
**Jum** 204:7
**jump** 205:18
**Jun** 191:6
**June** 56:16 57:8
**justice** 72:13 197:25
203:10,17,20

---

**K**

**K** 226:3
**K-I-N** 45:23
**Kansas** 3:10
**Karen** 86:16 172:16
**keep** 18:20 19:3 34:3
67:13 68:15 69:7
91:18,19 92:2 107:15
108:16 151:4 190:11
192:12 200:17 202:23
208:17
**keeping** 106:22,22
**keeps** 107:6,9,21 132:16
132:21,24
**kids** 195:6
**Kin** 45:22
**kind** 26:5 29:25 31:9
32:11 37:12 45:8
46:17 47:2,4 58:25
105:19,20 106:10
154:19 155:2 165:11
194:16 208:8
**knew** 29:19 64:5 170:4,8
182:22
**knock** 8:8
**know** 8:5 23:8,12 24:20
26:21,25 27:4,23,23
28:4,12,14,14,17,18
28:22 34:20 35:9
37:15 40:10 42:15
44:11 45:21,24 60:13
62:6,9,12 63:20 65:6
68:3 75:9,13 76:7,12
79:8,13 80:5,25 81:22
81:24 82:3,9,12 84:21
95:3,16,22 97:6,7
106:12,18,20 107:19
108:7 114:3,11,14
115:23 118:7 119:4
122:2,7,16,17 125:6
125:17 128:20 131:20
131:25 132:2,14 133:2
133:5,23 134:8,10,12
135:18,23 138:20
142:12 144:17 145:6,6
145:16 149:15,23
150:9 151:8,13,14
152:2 157:12 158:10
158:11,14,15,17,18
159:8 160:3 161:25
170:3 175:2,12,13
181:10 182:6,14
183:17 185:5,6 186:23
187:11 190:18 191:16
195:6 198:21 201:15
203:17 206:5,20 210:5
213:15 214:8,11,17,19
224:13 225:3
**knowledge** 8:2,7 42:17
55:11,11,12 74:11
118:25 119:2 159:16
169:11,20 174:4,12
195:24 196:2
**known** 60:14,22
**knows** 62:8,11 179:19
180:5
**Kong** 29:15,17 30:2 74:3
76:16 107:12 196:18

197:21 198:12,14,25
201:3,10 202:4 203:18
203:20,23 204:18,22
207:2 208:3 220:2,8
220:11,14,22 221:9,11
223:24
**KWOK** 1:10

**L**

**L** 226:3
**L-I** 204:8
**L-I-U-C-H-E-N-G** 191:8
**labeled** 41:18
**language** 150:5 202:24
212:15
**larger** 100:23
**late** 65:8 114:23 166:6
**latest** 166:5 212:16,21
**law** 16:12 68:4,6 72:9
94:25 95:5,23 97:18
113:11,13 178:16
189:4 195:20 202:15
**lawsuit** 27:23 56:9,17,18
92:25 110:9
**lawyer** 22:2 81:21,23
93:21 103:10 112:20
173:20 188:22 189:11
189:16,23 190:5
192:17
**lawyer's** 189:10
**lawyers** 21:22,23 83:7,8
95:7,10 178:21
**learn** 78:7 154:14,16
160:8 165:14 182:22
201:11
**learned** 55:18 64:7,12,15
105:12 154:10 159:16
162:4 166:2 198:20
201:9 214:9
**leave** 11:10,12,25 49:25
**led** 200:4
**leeway** 199:20
**left** 113:16 124:12
**legal** 15:24,25 80:5
176:2 177:20,25 189:5
203:9
**lender** 36:25 37:9 50:8
68:5 95:5 97:19
121:12,17
**lenders** 206:8
**let's** 13:5 21:17 41:8
62:14,15 66:10 73:23
73:23 83:16 88:15
102:14 103:23 104:8
109:3 123:16 140:7,9
150:25 153:16,18
155:3 167:5 168:14
173:21 174:3 179:8
181:15 190:13,21
191:12,14 193:12,12
200:16,17 204:25
207:6,9,12 212:14
217:3
**letter** 200:9
**Levitt** 209:4
**Li** 204:7
**liability** 133:12 134:5,16
135:3

**Lianchao** 49:11 83:10,17
84:19 174:11 175:4
**liar** 102:11
**liars** 28:10,20 46:21 72:4
72:11 73:16 137:22
170:6
**license** 217:8,12
**light** 111:17
**limit** 10:16 11:16 88:15
**limited** 1:4 2:5 5:15 14:2
27:12 39:17,21,24
40:6 41:9,21 43:7,9,10
43:17 51:7 69:22
87:22 89:22 103:13
141:23,25 143:25
144:13,20 147:2,5,14
193:13 201:19 219:17
221:9 222:23
**Limited's** 5:23 172:7,13
**line** 21:11 30:11 97:10
103:8 104:19 112:19
117:3 143:13 144:6,7
157:20,23 181:20
182:3,6 186:15 187:5
221:2,15
**lines** 104:5,16,17 142:10
**Listen** 19:14
**listing** 19:12
**litigating** 110:15
**litigation** 27:25 37:15
39:18 72:10 137:19,21
**little** 34:19 199:20
205:19
**Liucheng** 191:7
**living** 81:2
**LLC** 1:7 2:8 3:8,9 14:4
14:21
**LLC's** 5:24 172:9
**LLP** 3:3,16 13:22
**loan** 5:10 37:12,13 39:20
40:5,21 42:4,6 43:20
43:22 44:4,9 46:15
47:4,4 51:3,5,12,24
52:3,6,7,12,16,21
53:21 54:2,6,14,19,23
54:25 55:8,14,19,23
56:8 57:25 60:21
63:16 64:2,5,8,9,12,23
65:13,18 66:21,23
67:4 68:2,3 69:25
70:24 71:6,12,21 72:5
73:14 89:6 90:17 92:9
93:2,14 94:2,15 96:14
97:20 99:9,13,15,18
101:7,10,21,25 102:4

105:21 106:4,6,13,19
106:23 107:7,10,15,21
107:22,25 108:2,8,14
108:17,20 109:10,13
110:18 111:9,10,12,19
111:25 112:3,9,21,23
113:6,21 114:5 115:17
116:3,7,23 117:5
118:12,17 119:8,25
120:3,12,15,21,23
121:6,13,18,23 122:4
122:10,19 124:13
125:12,13,19,21 126:3
126:4,8,15,25 127:18
127:19,22 128:2,8,14
128:22 130:6,9,24
131:7,11 133:6,11,16
133:18,19,24 134:4,4
134:16 135:19,25
137:6,16,20,25 138:12
138:17,18,21 206:15
206:16,22,25 207:14
208:4,14 213:5 218:19
218:20 222:24
**lobby** 36:8,15,16,18
96:10 109:20
**Local** 174:9
**located** 221:10
**lodge** 75:17 117:2
221:14
**long** 21:9 24:21 36:11,13
39:5 45:8 59:15 60:11
60:11 92:7 104:12
118:14,19,24 119:5
120:25 121:5 127:2
165:23 169:17 184:13
191:12 199:7 202:20
**look** 19:11 42:13 54:12
103:3,8 109:3 137:23
142:9 151:2,5 152:5
153:13,16,19 163:8,13
172:2 181:15,17,19
185:14 186:14 190:24
220:24
**looked** 51:7,14 69:22
147:18
**looking** 150:5 161:19,20
208:2
**loose** 104:4
**lot** 10:21 11:18 24:19
25:2,5 148:17 183:8
215:24
**low** 50:7 57:16
**lower** 123:14
**lunch** 46:6 124:13

**M**

**M** 208:23 226:3
**M-E-I** 22:23 143:10 206:7
**M-E-N-G** 202:13
**M-I-L-E-S** 48:24
**M-I-N-G** 45:23
**Main** 3:10
**mainland** 26:9,15 32:22
**Maistrello** 86:16 87:12
88:15,20 89:14 172:16
**majority** 8:10
**making** 140:22 145:14

**Man** 49:4
**manage** 32:14
**managed** 107:13
**management** 74:13,15
**manages** 79:4
**Mandarin** 38:15 60:11
141:9,10 142:9,12
**March** 56:19 166:12,16
166:22 167:6,9,21
168:6
**mark** 34:3
**marked** 5:13 6:2 18:13
18:16 41:11,13,15
97:23 98:5 99:22
140:13,15 162:14,16
172:3,10 186:16,19,25
**Market** 3:17
**marking** 8:2
**marriage** 227:13
**match** 189:13
**materials** 210:7
**math** 123:3
**matter** 227:15
**maximal** 194:10
**mean** 17:17 20:14 27:16
31:20 35:20 36:16
37:9 38:8,8,10,11,12
39:9 40:10 43:21
46:24 47:22,25 48:10
49:19 49:14,16 50:5
50:24 52:17 55:24
58:5,25 59:23 63:17
67:13 69:6 74:14,17
74:18 82:11 84:12,19
94:11,14 95:21 96:16
99:17,25 100:11,13
105:11,23 106:8 107:2
115:16 125:13 138:13
141:6 143:3 144:3
145:21 152:16 155:7
158:6,7 159:8 165:7
193:21 194:21 199:17
207:4,21,24 212:21
214:14,24 217:2,20,25
218:3
**means** 50:9 72:4 73:22
101:17 149:13 159:15
161:3,23 192:18
207:24
**meant** 38:13 39:12 48:8
**media** 62:20 63:4 123:21
124:6 168:19 169:3
205:5,13 225:13
**meet** 25:24 36:7 84:8
137:19
**meeting** 25:17,18,21,21
25:22 26:3,7,11 27:10
65:21 68:22 69:17,25
71:4,10,22 73:2
114:23,25 170:23
**Mei** 22:23 23:13,22
24:22 25:5,9 28:17
30:19 31:4,12 32:25
35:24 36:4 63:13 65:4
65:17 78:13 82:2,25
88:4 92:21 127:19
134:24 135:8 136:10
136:20,25 137:4

143:11 155:11 157:7
159:3 160:4,18,22
161:10 167:15,25
168:4 169:13,20
171:13,25 174:17
183:15 184:9,16 194:7
206:7 213:25 214:16
**member** 32:21 33:2
**memory** 19:22 24:18
40:24 56:21,22 159:9
161:18
**Meng** 203:25
**mention** 31:5 111:19
115:5 126:16,24
184:17 224:14
**mentioned** 38:19 44:8
45:5 46:6 47:2 49:10
49:10 52:5 58:18 61:6
66:20 67:25 72:3 91:3
91:19 92:10 93:12
117:19 119:7 127:4
152:6,19 167:25 183:9
183:18 184:13 224:16
**mentions** 147:19
**merits** 207:25
**met** 24:19 25:2,15 36:8
46:4 48:3 83:21
**method** 143:23
**Michael** 28:21 174:11
**Mike** 180:23
**Mile's** 150:20
**miles** 1:10 48:23 150:2,5
150:25 170:23 171:6
**million** 37:3,4,10,13,19
37:20,22 38:18 40:5
44:16,21 45:2 46:15
46:23 50:3,16 56:10
57:24 63:15 64:2
72:11,14 104:22
119:18 130:9 134:4
135:3 137:5,22 211:17
211:22 212:18
**mind** 91:18,19 92:3
122:16
**mine** 100:16
**Ming** 45:22
**minute** 36:25 103:20,25
129:25
**minutes** 7:19 36:13
**mischaracterizes** 67:21
68:13 75:11 79:15
135:5 139:7 148:3
165:19 174:20 177:19
185:24 187:21 202:6
**mischaracterizing** 51:16
201:14
**misdirect** 70:6
**Missouri** 3:10
**Missy** 205:14
**mistake** 56:23
**misunderstood** 161:6
**Mm-hmm** 22:8 83:6 96:6
103:6 125:22 137:2
151:15 154:17
**modifications** 121:22
122:4,10,19
**modified** 18:10
**modify** 122:6

moment 64:4
money 37:25 38:7 50:9
 79:3 92:25 93:5
 104:13 105:13 129:14
 129:18,22 209:6,15,18
 210:2,6,12,13 211:15
 212:2,5,15
month 23:15,21 27:5
 29:6 92:5 93:9 121:10
 121:14,20 122:25
 123:10 129:7 131:12
 148:17 159:17 160:15
 163:15,19 165:22,22
 165:22 212:24 213:2,2
monthly 121:10 129:10
months 20:4,17 21:9
 24:17 25:6,9 35:14,15
 55:6 109:21 159:16
 160:16 164:11
morning 13:9
move 7:23 19:23 21:18
 30:20 33:7,11 63:11
multiple 70:15 114:12
 193:14
mutually 121:11,12,17

N
N 3:2 5:2 15:16 226:3,3
name 6:4 15:24,25 23:8
 23:9,12 43:14 45:21
 45:24 58:13 61:5
 103:14,16 115:5,7
 138:7 139:15,24,25
 140:2 141:5,7,8,11,13
 141:17,20,21 142:3,4
 142:4,7,8,11,11,13,14
 142:18,22,24 143:4
 150:20 152:12 165:14
 179:20 180:3,4,11
 181:4 183:18,19 184:6
 186:18 187:7,23,24
 188:23 189:11 190:7
 190:25 191:2,5,6,6,7
 191:16 192:17,19
 194:3,4,9 195:4,4
 202:12 209:18 217:6
names 179:2,11,13,19
 179:25 180:8,14,17,23
 180:25 181:4,9 182:24
 183:3,7,15,24 184:5
 184:25 185:7,11,17,18
 185:20,22 186:2,8
 187:19,25 188:3,7,10
 188:11,18,18,21,25
 189:9,14,19,22,23
 190:2,4,7,11,21,23
 191:17 192:10,25
 193:17,19,20,21,22
 194:12,18,19,23 195:4
 195:22,23 196:6
 204:16 208:24,25
 209:4,7,12,16 210:3,8
 210:10,13,24 211:6
 215:10 217:24 223:17
 223:22 224:21
narrative 191:12 192:9
narrow 30:12
narrower 20:8,12

native 66:9 197:11
natural 30:24 82:12
 203:12
naturally 203:20
nature 76:2,5
necessarily 73:4 105:19
need 16:9,10,14 21:15
 27:23 28:11 33:6 41:5
 47:5 67:2 68:2,5 104:9
 137:20 144:17 145:6
 161:2 191:15 197:6
 203:19
needs 86:20 87:2 103:19
 143:17
negotiate 121:6 165:15
 178:7
negotiated 89:4,16
 114:15,21 115:3,6
 117:12 130:9 131:7
 133:6 176:5
negotiating 130:23
 174:24 175:23 176:16
 176:22,24 177:4,5,16
 178:8,11,20 223:3
negotiation 41:25 42:6
 118:14,16,24 119:4
 125:12 126:4,9 127:18
 127:21,23 133:18
 164:12 169:11,21
 174:5,13 176:7,18
 194:13 218:19 220:2
negotiations 63:25 89:6
 89:25 117:5 119:19
 124:15,16 148:17
 175:8 176:12 199:13
 199:19 220:15 222:24
negotiator 117:7
never 23:10 102:6
 104:23 121:21 182:7,8
 183:20 191:13 197:3
 219:10
new 1:2,17,17 2:3,20,21
 2:23 3:4,5,5 4:3,4,4
 8:20 13:22,23 15:4,7
 15:19 16:2,2,4,6 25:10
 25:11 38:6 41:22 43:9
 43:18 44:3 63:11
 160:8 205:23 214:18
 215:8 226:5 227:6
Nobody's 142:8
Nodding 63:12
non-lawyer 81:15
non-party 3:3 10:25
 11:14
nonlawyer 81:24
nonlawyers 22:5
nonresponsive 192:8
Nope 96:19 99:11
 148:25 196:7 213:6
normal 32:10 66:18 67:3
 74:8 79:6,13 94:25,25
 119:11 198:4 209:23
normally 107:18
North 3:17
notarized 172:17
Notary 2:23 15:18
 226:24 227:6
notes 190:14,15

notice 5:9 17:12,15,19
 18:9,12 98:4 121:9
 125:5 128:19 175:11
 199:10,12,17
notwithstanding 191:23
November 165:11,12,17
 166:3,5,6,6 175:19
number 13:24 18:21
 62:21 63:4 98:6
 123:21 124:6 145:2
 146:2 168:19 169:3
 198:19 199:4 205:13
 225:14
numbers 162:20 186:24
 211:8,8 217:8,8

O
O 226:3
O-R-A-L-L-Y 146:8
oath 142:21 190:10
 193:11 226:11
object 8:16 19:19 21:11
 30:11 33:13,19 80:14
 81:5 82:15 87:14 90:6
 97:10 130:14 145:8
 214:5
objected 181:22
objection 16:8 18:5
 20:10 21:3 22:13
 24:23 25:19 27:3 33:3
 38:9 39:6,10,22 40:2,9
 40:22 43:3 47:8,13,17
 48:5,9,14,22 50:4,23
 51:4,9,15 52:4 53:5,14
 54:8 56:14,20 57:21
 58:10,12 59:9,17
 60:15 61:13,25 64:3
 64:10,24 65:9 66:7,15
 67:9,18 68:12 69:19
 70:2 71:7,13 73:5
 74:24 75:5,10,18
 76:25 77:14,20 78:21
 79:5,14 84:5 85:3,7,11
 85:19 86:7 89:3 90:18
 91:23 94:7,10,17,23
 95:4,20 96:3 97:9
 98:18 106:24 108:9
 110:2,20 111:8,14
 112:12 113:7,19 114:9
 115:4,12 116:4,25
 117:2 118:6,18 120:4
 122:23 123:7 129:8,16
 130:25 131:14 132:3
 133:13,25 134:14,21
 135:4,10 136:16
 137:11,17 138:9,22
 139:6 141:19 142:25
 143:14,20 147:7,21
 148:2 149:22 150:13
 150:18 151:11,19
 152:4,15 154:5 155:6
 155:23 156:20,24
 157:16 159:6,23 160:7
 161:14 162:8 163:20
 165:18 167:22 169:15
 170:11,21 171:16,24
 173:10,18 174:9,10,19
 175:20,25 176:17

177:7,18 178:4,22
 179:15 181:5 182:2,16
 182:19 183:5 185:9,23
 187:20 188:8,14,20
 189:20 193:4 194:25
 195:17 196:19 197:22
 198:15 200:21 202:5
 204:19,23 206:3,11
 207:3,16 208:15,19
 209:17 210:4,9 211:2
 212:7,19 213:10
 214:22 219:9,23 220:4
 221:14 223:25 224:8
objections 5:23 68:24
 70:18 172:8,13
objects 173:8
observation 177:22
obstructed 201:23
obtain 74:10 119:2 151:9
 196:11
obtained 34:23,24 55:12
 90:21
obviously 150:19
occurred 19:9 124:16
 136:13
October 1:18 2:22 13:19
 62:19 63:3 90:21 92:3
 123:19 124:5 159:12
 161:3 168:17 169:2
 199:24 200:13 205:4
 205:11 225:12 226:11
offered 149:4
offhand 54:14
office 13:21 30:2 36:8
officer 158:12 166:20
official 47:10 119:10
 149:12,25 158:11
 180:6 195:5 197:24
 203:7,9,14,15 204:2,4
officials 196:14
offs 102:22
Oh 28:19 29:5 38:19
 48:23 52:24 56:2,22
 79:24 83:19 95:23
 125:16 127:23 211:22
okay 7:10 18:23 19:5,14
 20:6,7,24 22:15,18,24
 24:21 25:13 26:3,6
 27:20 28:6,9 29:16
 33:10 34:4,18 35:9
 38:16,19 41:8 42:3,5
 43:23 44:13 49:3,13
 52:13 53:17 61:9 62:5
 62:7,16 63:9,11 66:10
 66:19 68:8 71:3 72:3
 72:18 73:24 75:4
 77:10 82:24 84:22
 91:25 92:8,11,13
 94:18 95:13 96:5
 97:17 106:3 109:21
 118:14 119:13 122:12
 123:9 125:17 134:24
 142:21 145:13,15
 147:11 148:16 150:24
 150:25 151:4,7,12,24
 154:2,24 155:15 158:4
 158:4,23 159:9 160:24
 165:3,3 167:18 168:3

176:22 177:14 186:12
 187:17 188:17 192:21
 195:25 204:9,12,21
 208:7 212:25 215:21
 219:25 223:7 225:2
old 102:24 185:14
onboard 151:6 156:6
 157:5
Once 113:21
one's 142:11
ones 12:5 91:19 160:19
opened 33:16
operating 76:16
opinion 52:23,25 53:4
 75:19 117:9
opponents 8:15 11:11
opportunity 21:13
 217:23
oral 148:9,13
orally 125:23,25 144:24
 146:5,8 147:2,9,17
order 2:20 10:4,17 18:10
 30:13 33:9 76:10
 90:21 91:4,16 92:4
 130:15 135:12 159:12
 199:23
ordered 23:19 26:22
 27:2 34:12,17 159:12
original 19:20 162:17
originally 19:17 194:11
outcome 227:14
outcry 196:17,24,25
 197:3
outline 49:24
outside 213:16,21,23
overlapping 11:19

P
P 3:2,2
p.m 123:19 124:4 168:17
 169:2 205:4,11 225:12
packet 180:22
page 19:11 80:23 103:3
 103:5 104:9,11,19
 109:4,4 112:16 138:3
 138:4 141:18 149:13
 152:25 153:2,13,16,21
 157:17,18 163:9
 172:16,25 173:2
 181:16,17 186:12
 220:24
pages 5:3,8,14 6:3 43:15
 153:17,19 172:19
 189:7
paid 52:7 68:2 72:5 80:6
 93:3 126:16 129:12
 137:20
paper 55:10 97:12 99:10
 158:2 159:8,9,10
 167:3
paragraph 163:11,13
Pardon 139:10
part 39:20 40:5 76:22
 100:23 175:5
parties 12:6 13:17 18:11
 227:13
party 26:9 32:24 33:2
 49:19 74:3 116:15,16

117:22 156:13 165:5
166:3 180:6 184:8
191:9 195:5 196:13
204:3 208:10 219:20
**pass** 18:17 200:14
**passport** 211:8
**paste** 216:7
**pause** 104:8
**pay** 37:13,18,20,22
44:10 47:5 50:3,9,10
50:16 54:3 56:6,8 72:9
72:16 73:9 80:4 136:2
208:3,5
**paying** 126:25 189:5
**payment** 44:16,21 45:2
123:6 126:15 129:15
129:23 130:12,24
131:11 132:6,10 163:7
163:13
**payments** 73:15 89:8
117:6
**PDF** 216:3,5,9,10,11,17
216:22,25 217:10,18
**PDFs** 215:22
**pen** 95:21
**pending** 85:14 140:18
**people** 11:8 22:18,20
48:18 49:7,8,9,13,16
49:21 54:3 61:7 88:3
88:10,11 89:18,21
182:9 183:9 188:23
194:10 195:19 197:25
198:3 203:14 213:7
219:19,21 222:25
224:11
**Pepper** 3:16 13:21 14:22
**percent** 72:19,20,20
93:9 99:4 121:9,14,19
122:25 123:10 148:7
**performance** 125:3
**period** 31:22 117:16
136:2 166:21 167:5,8
175:23 177:3
**permitted** 12:5 89:5
**persecute** 26:10
**persecuted** 116:24
117:21,25 184:17
203:7,14 219:19
**persecution** 26:14 32:21
33:17
**persecutor** 202:14
**person** 22:19 24:10,13
25:9 30:24 38:6 45:10
58:8 61:23 78:4 81:2
82:12 83:2,5 89:20,24
100:19 125:19 132:24
150:11,16 151:9,16,25
152:2,13,18 157:19
161:10,11 167:18
174:4 176:7 194:22
195:11,15 196:13
197:12 202:12,16,17
204:5,6,7
**personal** 33:24 42:17
52:23,25 53:6 55:10
59:24 61:16 62:11
118:25

**personally** 33:6 42:15
184:8
**persons** 173:3
**perspective** 9:18 177:25
**Phillip** 189:4
**phone** 7:3 24:11 38:20
38:24 45:25 59:4,5,8
**phonetic** 47:21 98:14
**physical** 217:17,20
**physically** 55:9
**piece** 30:18
**pile** 186:4 189:3,6,12
192:18,21
**Ping** 47:21
**place** 13:21 152:14,17
**plaintiff** 1:8 2:9,19 3:9
5:22 10:10 11:13 14:5
14:10 75:21 135:16
172:6
**plaintiff's** 10:25 130:17
**Plaintiff-Counterclaim**
2:18
**plaintiff/counterclaim**
1:5 2:6 3:16 14:2
**plaintiff/counterclaim...**
16:25
**plan** 7:25 196:9 197:18
198:14 201:2,12 202:3
204:13,15 206:24
207:13 218:6
**planned** 55:25 208:5
218:13
**please** 14:13 15:24
21:19 41:16 44:8
62:13 65:5 66:8 67:24
103:3 112:16 117:18
145:8 153:13 171:5
172:2 178:21 181:17
186:12 192:11,11,13
192:15 197:14,16
200:7
**plus** 9:12
**POA** 39:17 40:25
**Podhaskie** 4:6 15:5,9,11
15:15 86:23,24 87:5,9
200:6
**point** 8:13 57:13 102:14
151:13 168:4,7
**pointing** 191:4
**police** 184:8 191:10
202:14
**political** 207:14
**portion** 42:23 149:19
**position** 63:22,24
157:23 177:15
**possibility** 108:3
**possible** 107:24 108:6
121:25 131:24 132:4
208:16,22
**possibly** 55:20 64:15,19
132:8 161:23
**power** 5:15 15:14 27:12
39:21,25 40:6 41:5,9
41:21 42:9 43:7,17
51:8,13,23 69:22 70:3
70:9 143:25 144:3,13
144:20 146:6,9 147:3
147:5,9,12,14,17,19

147:23 205:22 206:2
**powerful** 202:16,17
**PowerPoint** 216:14
**powers** 42:7
**PRC** 204:2
**precise** 28:9 31:8 34:15
126:21 150:5 154:23
155:13 156:9 160:10
162:3 167:11 175:2
**precisely** 37:11 46:16
68:7 72:19
**predates** 146:10
**predecessor** 186:15
**prefer** 50:14
**prep** 33:12
**preparation** 22:6,12
23:16 34:8,11 86:17
87:17 88:7 102:25
**prepare** 20:19 21:20
23:20 34:13 84:3
161:4
**prepared** 17:24 18:3,7
19:17 20:7,12 21:17
159:14 215:15
**preparing** 140:20
**presence** 141:3
**present** 46:11 96:25
97:4
**preserve** 178:4
**President** 157:25
**pretty** 57:11 89:22
**previous** 188:22 189:3,3
203:5 224:10
**previously** 5:13 6:2
18:13 41:11 97:22
140:13 162:14 172:10
186:19 190:5
**principal** 61:23 156:19
156:21,23 157:2,6,9
157:14 158:4,4,19
**principle** 119:18
**print** 102:21 216:8
**prior** 17:4,8 67:21 68:24
93:24 104:21 190:12
**Private** 195:7
**privileged** 82:11
**probably** 8:3 12:12,15
27:23 78:12 80:16
83:20 154:20 222:16
**problem** 24:16 31:12
**proceed** 171:18
**process** 174:21
**produce** 164:13 224:21
**produced** 5:13 6:2
162:21 186:4 188:22
193:3,5 215:25 224:23
**production** 186:24
**professional** 73:17 79:6
150:6,8 170:4,25
**profit** 1:4 2:5,17 3:17
5:22 7:4 9:16 13:25
14:23 15:12 16:24
17:6,10 21:2,7 22:6,21
22:17,21 24:6 26:2,4
26:18 27:9,11,21,22
27:24 29:9,11,14,17
30:2,15 31:14,16,19
32:4,8,15 34:6 35:4,13

35:19 37:18,20,21,24
40:5,8,17,19 41:22
42:5,7,8 43:18,20,24
44:2 46:23 50:3,16
51:12,20 52:2,14
53:21 55:14,23 60:18
60:20 61:4,10,22 62:8
65:12,16 66:2,4,13
67:8,16 68:11,17
69:17,24 70:8,15,24
71:3,6,9,19 72:24 73:9
73:13,20,25 75:16
78:5,8,14 80:11 81:2
81:16,25 82:13 83:3
86:3 89:20 90:10 94:3
94:16,22 99:19 106:22
107:6,9,20,24 108:4
110:6,19 116:2,6,8
118:3,12 119:3 123:5
123:9,13 125:17
127:18 128:2,4,16
129:14,22 130:3,8,23
131:10,25 132:6,9,16
133:11,23 134:3,15
135:2,9,24,25 136:7,8
138:15 141:23,24
143:7,8 144:7,10
146:17,22,25 147:6
151:14,17 152:3,7,14
152:19 153:6 154:4,12
154:15,20 155:5,10,20
155:22 156:5,8 157:10
161:13 164:18,24
165:4,14,16 166:2,8
166:13,21 167:7,20
168:5,7 169:12 171:23
172:6,13,22 174:24
175:7,18,23 176:5,10
176:23,25 177:5,6,16
178:11 179:10 180:7
181:10 182:4,14
183:21,22 189:8
195:11,15,21 196:3,15
196:16,23 198:9,10,18
198:23 201:8,12,16
203:21 204:18 205:23
205:25 206:9,21,24
207:10,13 208:17,23
209:6,10,15 210:2,6
210:23 211:6 212:6
213:12 214:3,12 218:6
219:8 221:19,21,22
224:6,9
**Profit's** 42:12 43:8 44:3
51:22 52:15 63:14,22
63:24 71:12 76:3,13
107:14 126:11,14
128:13 132:21 151:9
152:11 162:4 169:20
176:15 177:14 178:3
197:18 198:13 201:2
202:2 223:23
**profitable** 74:21
**Profits** 72:15 83:13
143:5 156:11,11
197:15,23 210:12
212:12
**Profits'** 52:20 126:8

**program** 183:9
**progress** 27:14,18 224:7
224:15,16
**project** 103:17 109:15
143:16,16,19 154:19
154:21 161:20 181:21
181:25 219:13
**pronounce** 48:15
**proper** 69:2
**Property** 147:25
**prosecuted** 116:14
**prosecutors** 198:11
**provide** 173:22 183:3,12
216:24
**provided** 179:21 193:22
210:7
**public** 2:23 15:18 36:17
188:2 196:17,24,25
197:19 210:10,20
217:6 226:24 227:6
**publicity** 196:17
**publicizing** 196:10
197:19
**pulled** 217:8
**Purport** 94:14
**purported** 43:19,21
51:12 53:21 60:20
110:18
**purports** 94:12
**purpose** 15:10 25:22
26:3,7 149:16 170:10
**purposes** 80:13 81:17
88:6 174:24 175:8
176:11,16 177:16
180:24 206:9
**pursuant** 2:19 17:12,15
91:15
**pursuing** 117:11 151:3
195:20
**pursuit** 17:17
**pushing** 93:4
**put** 41:2 180:11 183:10
193:7 194:3,4,8
198:11 217:9

**Q**

**Qing** 191:6
**qualified** 73:17 98:24
150:8 170:24 177:24
207:22
**que** 103:9
**quest** 79:18
**question** 7:20 17:7,14
19:14 20:21 21:4
22:14 24:17 25:4,7,23
26:23 28:16 31:4,17
33:11,14 34:9,19
35:10 40:3,25 41:4,6
42:6,20 43:25 44:22
48:4,11 50:11,13 51:6
52:10,13 53:16 57:22
58:22 62:4 64:18
65:14 66:9 67:12,15
67:24 68:9 69:5,9,11
69:13 70:6,14,19 71:8
72:18,22,23 73:10
74:22 77:12 79:2,16
79:24 80:2,19 81:6,13

81:14 82:16,20 83:15
85:14,16 88:18 90:7
91:12 93:19 94:14,18
94:19,20 96:22 99:3
101:2,8,11,13 102:5
103:9,15 104:13,16
106:15 107:8 109:9,10
110:8 112:19,22,24
113:10,22,23 114:4
115:13 116:5 117:18
117:23 118:2,10,21,23
119:4 121:16 123:4
124:18 125:7 126:23
127:21 128:7 129:3,17
129:20 130:8 131:9,17
134:2,15 135:7 136:18
138:14 139:2 140:18
140:21 141:11 142:7
144:12,16,17,18,19,23
145:10,17 146:20
147:4,22 150:14 151:7
151:24 154:13 158:3,6
158:9,11,12,15,18
160:2,10 161:8 163:12
166:24 169:17 171:20
173:2,7,25 175:21,22
176:4,14 177:2,3
180:16 181:20,24
182:8,20,21 183:24
184:2 185:25 186:3,22
187:3,6,8,10,12,17
188:9,10,17 191:12,14
192:5 193:16,17,25
195:13 196:22 197:14
198:18 199:8,15,25
200:25 201:5,17,25
205:21,24 206:21
207:7,8,20,21 208:21
209:8,14,25 210:15,16
210:17 216:19 221:3,7
221:10 222:25
**questioned** 39:19 185:4
**questioner** 157:22
**questioning** 21:11 97:11
201:22 219:17 222:22
**questions** 7:22 8:10 9:6
10:13 12:14 18:4
33:24 34:22 36:21
59:21 61:8 63:10 86:2
86:5 87:16,23 89:11
103:11 110:11 113:24
117:4,13 145:4 146:11
177:10 182:21 201:7
221:16 225:7
**quick-sided** 79:18
**quickly** 8:5 118:20
**Quiet** 118:19
**quite** 53:15 126:5 127:2
184:13 207:20
**quote** 28:9 37:11 79:20
130:14 154:24 156:18
165:24
**quotes** 31:8
**quoting** 181:12

---

**R**

**R** 3:2 227:3
**raise** 129:14,22 191:22

**raised** 129:17 192:3
**ran** 185:5
**reach** 45:25
**reached** 119:7
**reaction** 197:19
**read** 42:11,18,22,24 43:6
78:23 103:20,24 104:2
104:5,8,9,11,25 113:2
141:10,15 144:15
149:20 152:25 153:20
158:21 163:11 172:18
173:13 174:15 182:11
187:15 221:12,25
226:10
**reading** 42:20 163:10
**ready** 127:9
**real** 94:15 151:16
**really** 10:11 11:14 19:22
33:6 125:16 138:16
170:5 179:16
**reason** 52:9 98:8 118:3
171:9,11 194:17
197:10
**reasonably** 12:3
**recall** 17:20 24:18 54:4,7
54:13 71:25 102:12
105:3,8 113:4 120:3
154:2 164:2,6,15
178:25 180:22 181:7
184:19,24 185:2,19
211:12,18,25 219:11
220:13,20 222:4
**receive** 212:13
**received** 38:24 59:8
129:11 132:9 146:25
**receiving** 219:22
**recess** 13:7 62:24
123:25 168:23 205:8
**recognition** 157:9
**recognize** 41:19 140:17
140:18 157:5 160:25
172:12 184:25
**recognized** 164:24
189:2
**recognizes** 135:19
**recollection** 168:3
**recommend** 194:23
**reconfirmed** 135:24
**record** 7:9 8:12 13:6
14:25 42:24 62:23
63:6 123:24 124:8
127:13 149:20 168:22
169:5 200:8,16,23,24
205:7,15 225:9,16
226:12,13 227:10
**recording** 220:17
**records** 107:6,9,21
132:11,12,17,18,22,25
189:10 190:19
**recover** 38:17 44:15,20
44:25
**refer** 92:3 219:19
**reference** 43:12
**referring** 37:10 49:9
91:11 100:17 199:4,6
199:9 200:10
**reflect** 15:2
**reflecting** 168:8

**refund** 212:14
**regard** 85:19
**regarding** 40:5 43:19
44:4 51:3,12,24 53:20
63:15 64:2,9,22 65:13
65:17 71:12,21 126:15
130:17 202:8 222:22
**regardless** 217:14
**registered** 76:14
**registration** 107:11
**rehashing** 87:23
**reinventing** 212:10
**rejected** 117:17
**relate** 221:16
**related** 227:12
**relates** 144:8
**relating** 70:24 71:6
**relationship** 156:8
203:18
**relative** 13:15
**release** 203:21 208:3
**relevance** 130:21
**relevant** 30:25 124:22
131:8 214:6,8
**relied** 193:17
**rely** 191:17
**remain** 186:25
**remark** 41:14
**remember** 21:9 23:14,24
24:12,15,24 28:8 29:5
29:6,7,10,20,21,24
30:8 31:8 32:20 37:11
44:17 45:5 46:16
52:23 55:17,20
60:8 61:15 71:2,14
72:6 73:7 78:12,22,24
79:25 83:9,19,20 84:2
84:6,14,18 85:4,8,9,17
85:20,25 86:4,8,10,12
86:14 92:6,14,18
93:15 94:4,24 99:20
99:23 100:12,14,20,22
102:13 106:25 107:3,5
108:12,15,23 110:23
111:15 112:6,7,11
113:18,20 114:2,22
115:8,25 119:15 120:8
120:13 122:14 129:4
137:12 148:6,20 149:3
149:23 150:4 152:20
152:21,23 153:5,11,12
154:9,23 157:11
161:17 164:12 165:10
166:4 167:2,11,25
168:2 172:20 173:19
175:3 177:13 178:7,23
181:6 184:6 185:3
202:11 211:24 216:13
217:5,11,12 220:10,12
220:19 222:19 223:15
224:5
**remind** 160:18
**reminder** 20:6
**remove** 121:14,19
**removed** 160:12 203:16
**rep** 80:16 81:4
**repaid** 52:22
**repay** 55:23 73:14,20

135:20 206:25 207:14
**repayment** 40:20 46:22
52:3 60:21
**repeat** 17:7 20:11 43:2
43:24 65:3 68:23
69:20 71:23 81:6
91:13 131:13 143:3
147:16 192:20 194:3
210:21
**repeating** 105:6
**repetitive** 10:21
**replied** 67:22 208:21
**reply** 71:23 194:2 210:16
**report** 27:16 214:24,24
220:21 224:6
**reported** 1:23 214:20
**reporter** 2:23 7:12 14:11
14:17 42:21,25 149:21
227:5
**REPORTERS** 1:21
**reporting** 27:14 220:21
**reports** 129:10,10,11
207:23
**represent** 13:11 66:17
161:21
**representation** 167:16
**representative** 15:12
16:24 17:5,9 21:2,6
22:10,16,24 34:6
51:19 60:20 62:6
79:12 80:13 81:15,17
81:25 82:5,14,22
86:20 94:3 110:4,5
134:23 166:21 221:17
221:18
**representatives** 170:24
**represented** 150:7
**representing** 201:4
**reputation** 80:4
**request** 9:14 28:7
130:18 225:5
**requested** 26:11 42:23
112:21 149:19 193:2
**require** 10:19 11:23
**research** 5:17,19 129:6
139:9,12,15,19 140:10
140:25 143:16 145:2
145:22 146:21 147:6
147:24 148:8,14,21,24
149:16 150:7,8,9,12
150:17 155:19 161:9
162:11,23 169:23
170:22 171:2 179:3,11
180:24 195:12,16,22
195:23 196:4,6 198:14
198:25 199:12,18
200:5 201:2 202:3
207:10 208:12,24
209:4 218:7,15,23
219:13,18,22 220:2,6
222:8,18 223:8,9
**researchers** 210:24
**researching** 210:25
**reside** 213:9 214:18
**residence** 16:3
**residential** 16:7,9,20
**respect** 68:25 69:24
70:11 128:2 177:23

204:13 218:25
**respond** 28:6 44:12
128:21
**responding** 192:14
**response** 28:2 125:4
173:8 174:8
**responses** 5:23 172:7
172:13,21 173:23
**responsibilities** 65:2
156:15 157:13 158:16
**responsibility** 64:8
**responsive** 192:8
**rest** 190:12 208:18
**restaurant** 25:12 27:9
46:4 127:10,11,15
**result** 47:3,6
**resulting** 196:17
**results** 195:12,16,19
198:25 202:3 218:8,23
219:5,22
**RETAINED** 6:6
**retract** 211:12,18
**return** 124:12 212:14,15
**returned** 72:14
**review** 102:24 179:7
181:14
**Revision** 109:14
**RFPs** 125:4
**right** 7:14,17 10:3 11:10
12:21 17:4,25 19:8,18
20:4,9,16,18 21:24
23:5 27:5,6,22 30:6
31:20,21 34:17 35:6
36:14 53:7 54:20,22
56:19 58:13 59:2
62:14 64:13 65:8
66:11,24 67:8 72:10
73:24,24 74:20 76:15
78:20 81:19,20 83:5
87:10 91:9 96:17
100:15 101:18 103:5
104:25 105:7 108:3
109:5,7 118:8,9
119:15 120:18 125:21
125:22 129:7 132:5
144:15,23 146:16,19
146:22 151:8,18,22
152:10 153:4,13,15
154:7 155:16 157:21
160:13 161:16,25
162:7 163:3,5,11,15
163:19 164:5,25 165:8
165:20,24 166:10
167:10 169:8,24 171:4
171:15 173:13 174:15
176:6,12,19 178:14
179:5,17 181:18
187:25 190:6 193:21
199:10 203:18 206:17
209:19 211:22 215:6
215:11,15 218:9,10
220:7,9,25 221:20
223:10,18
**road** 154:8
**Robert** 209:3
**role** 51:21 70:14 126:5
160:20 168:8
**room** 7:8 15:2 36:18

109:18,20
roughly 122:14
round 63:10
rule 174:9 195:20
ruled 130:2
rules 218:15
ruling 10:15
running 31:10,13,16,19
32:4 57:16 156:10,16
156:17 167:13
runs 157:5
RUSS 3:3

**S**

S 3:2 5:7
S-U-N 204:8
sadly 72:6
sat 88:12
save 179:8
saving 8:13
saw 10:5 95:23 99:9,23
100:7 101:12 102:6,7
111:25 113:12 130:8
167:2
saying 39:7 52:20 53:11
82:22 85:9 86:9,11,12
107:17 147:14 159:13
160:3 189:19,21 193:5
193:6,9
says 41:17 69:6 75:19
103:12 109:4,6,10
112:20 157:23 158:3
173:3,9 174:3 186:15
197:8
scale 12:8
scenario 73:19
scope 11:21 33:14 40:24
60:17 75:20 76:7 77:2
85:12 87:20,22 89:15
90:11,14 110:12
117:13 130:5,22 131:3
131:14,21 133:22
135:6,11 177:9 198:16
202:7,8 204:24 206:4
206:12 213:16,21,24
214:7 218:21,24
219:16 222:22
screen 145:3
seafood 127:14
search 108:13 125:3
128:25,25
searched 108:7,8 124:21
125:9
second 10:4 66:22 87:6
91:10 102:14 128:10
130:24 131:11 153:20
159:10 172:15 173:9
191:5 196:25 200:3
203:3 204:6,7
secretary 107:13,14
section 49:23
Security 208:24 211:8
217:7
see 19:12 37:6 41:5,17
43:14 54:18 55:9 90:3
93:13 98:25 99:4,15
99:18 101:22 103:8,12
104:10 106:5,8 112:3

112:19,24,25 113:11
132:7 138:4,5,6
147:18 157:21 162:25
163:9,14,23 172:15
173:2,7,9 174:6
186:10,15 206:17
220:16,23
seeing 129:11
seek 150:16 200:5
seeks 130:16
seen 54:6,14,25 55:8
98:11,17,21 99:7,12
112:23 113:5 134:11
134:25 135:9 147:23
185:21 187:3
sell 76:23 77:6,9
send 196:12 212:2,5
sense 62:17
sent 128:12 199:8,24
203:16 211:13
sentence 173:9 196:21
200:4 203:3
separate 9:24 10:2,12
43:16 49:23 146:14
separated 11:15
separately 10:20
September 166:12,15,22
167:5,9,20 168:6
set 5:24 20:8,12 30:12
51:13 100:23 172:9,14
227:9,16
seven 10:6 12:16,19
19:16 20:8,13,14,20
76:8
share 195:11,16,18
218:6,14 219:5
sharing 119:8 218:22
shelf 79:20
Shell 170:5
shop 206:22
short 168:14 204:25
show 54:10,11 112:13
122:4 133:11 134:3
140:15 190:19
showed 93:19 97:12
98:14,16 99:2,22
100:13 106:6
showing 190:21
side 11:2 49:16 86:19,22
87:4 156:12 165:6
sign 111:9,18 119:12
139:8,11,14,15,22
141:5,6,8,12,13,22,23
142:22,24 143:4,5,6
143:13 145:18 146:25
147:6,13,24 148:8,14
150:12,17 155:19
156:6 162:6 170:10,18
171:4,17,19,22 177:11
206:2
signature 92:24 96:21
101:18 105:24 109:12
138:5,6,8,12,16,18,25
139:5,9,12,14,21
140:3 141:14,24 142:5
172:17
signatures 163:5
signed 27:11 57:4,5

94:15 95:17,22 96:2
96:25 97:4,6,8,18
108:24 109:13,25
110:18,21 111:5,21
114:13 125:14 141:2
142:24 144:2,14,20,21
146:22 161:9,15 164:3
170:9 171:14 172:16
172:23
signer 111:13 175:18
similar 80:2 204:15
207:8
similarly 18:3
simple 95:14 141:16
simply 34:2 191:16
single 110:7
sit 39:19
sitting 15:2 53:9 70:7
110:3
situation 130:18 135:15
135:18
skepticism 117:10
slide 102:17
Smith 174:12 178:13,18
so-called 170:4
social 25:17,21 211:8
217:7
sole 24:5 214:2
somebody 57:24 58:3,5
68:18 82:3 107:3
108:13 159:20 176:6
206:18
somewhat 15:15
soon 57:11 113:15
sorry 8:19 17:14 31:17
40:18 61:12,19 72:7
74:22 77:12 101:8
128:7 129:17 134:5
149:17 150:22 156:3
171:10 173:2 177:2
180:13 184:12 195:2
197:5 202:23 204:2,11
209:9,25 212:14
214:15
sort 68:18 166:20
sought 105:18
sounds 53:25 61:19 88:2
169:10 213:18
source 44:20,25
sources 147:2
SOUTHERN 1:2 2:3
speak 11:7 22:5,10
23:13,22 24:10 37:7
53:13 83:2 95:14
151:9,17 155:21
speaker 66:9 142:9
speaking 12:12 51:25
53:11 55:7 65:25 67:6
68:10 70:18 79:11
197:12
speaks 38:15 43:5 60:11
special 122:15 219:4
specific 24:17 198:13
201:2,12 202:2
specifically 63:19 65:23
90:13 110:12 198:23
213:12
specifics 198:22

spell 45:15 127:13
spend 209:15,18,24
210:2,6,12,13
spoke 22:22,25 24:15
25:6,8 68:21 78:13
89:21 91:21 120:21
spoken 20:25 21:6,20
88:10 213:4
spot 104:4
spring 3:4 4:3,3 8:20
10:11 15:4,7 16:4,5
27:12 36:15 40:19
41:22 42:8 43:9,18
44:3 51:21 70:5,10
92:19 146:12 147:19
205:23 220:22 221:5,8
221:17
Spring's 70:12 146:13
Springs 181:25
spurious 200:20
squiggly 142:10
ss 226:6
stalk 38:12
stamped 5:10,15,18,20
41:10 97:21 140:12
162:12
stare 145:9
stares 145:11
start 7:18 42:2 151:5
153:18 157:18 160:25
171:2
started 7:16 98:7 152:5
165:11
starting 7:21
starts 157:19 174:8
state 2:23 15:9,19 226:5
227:6
statement 134:12
statements 133:12,15
134:5,6,17,20 135:2,9
States 1:2 2:2 214:2,13
214:16
status 131:2
stay 12:4
steel 202:13
stenotype 2:22 227:5
step 97:7
steps 129:13,21 130:11
stick 167:5
sticker 18:25 19:4
stipulation 145:11
stop 70:18 81:22 86:20
86:23 87:2,5 193:12
197:16
story 191:15
strategic 1:7 2:8 3:9
5:23 7:4 14:3,20 28:23
43:11 73:12,21,23
102:11 104:22 105:5
105:13 109:14 128:4,8
129:15,23 149:6
161:23 163:17 169:12
169:22 172:8,14 179:3
179:10 180:8 186:8
189:15 193:23 195:23
196:5,11 207:6,9,21
210:8,25 211:7,13
212:2 215:10 217:19

223:3
Street 3:10,17 4:4 16:2
36:9
streets 58:4
strike 126:12 169:16
171:10 196:8
structure 213:14
stuff 212:8
subject 79:22 110:9
125:5 128:19 173:9
174:10 177:11
subpoena 16:14
subpoenaed 61:4
Subscribed 226:21
substance 19:24 21:18
30:21 33:7
subtract 217:24,25,25
succeed 73:24
successful 208:12
suddenly 80:5
sue 189:5
sued 56:10
Suen 191:5
suggested 152:13
suggestions 184:5
suing 136:4
Suite 3:5,10,18
summer 29:6 36:5,6
65:8,8 92:17,19 96:12
109:19 114:23 119:25
120:18 136:14 137:9
160:22,22 215:5
Sun 204:7
supplied 184:5 185:21
215:10
support 112:21
supporting 112:23 210:7
suppose 207:6,9
supposed 196:11
199:22
sure 16:9 17:8 20:22
21:15 30:17 35:7
37:14 97:14 98:9
105:25 129:19 137:24
140:22 165:9 166:5
175:9 185:12 192:24
206:4 224:3
SV's 57:4
SVUS 186:24
sworn 14:16 15:17
190:10,12 193:17
226:21 227:9
symbolic 140:6

**T**

T 5:7 15:16,16 208:23
226:3 227:3,3
tailored 12:3
take 21:13 49:18 57:10
59:22 62:15,15 74:6
102:14 104:8 116:15
118:24 119:5 121:5
123:17 128:10 129:14
129:22 152:14,16
153:19,20 154:25
168:13,14 172:2
181:15 185:14 191:18
204:25 218:2 224:24

**Atkinson-Baker, Inc.**
**www.depo.com**

225:6
**taken** 2:16,18 13:8 14:8
  62:25 74:4 124:2
  168:24 205:9 226:10
**talk** 24:19 25:2,5 26:13
  27:8 34:7,10,16 35:9
  36:14 39:3 62:10
  66:18,23 78:4 84:13
  84:16 85:22 86:17
  88:14 89:24 97:15
  109:24 120:11,14
  128:4 133:17 149:5
  160:21 165:11 187:12
  188:6 220:10 222:17
**talked** 25:2 26:17 34:4
  35:12,17 82:24 83:17
  83:22 84:22,25 85:5
  88:3,17,20,25 90:2,24
  91:6 92:8 126:24
  137:15 161:24 205:22
  214:25
**talking** 23:9 33:16 34:21
  43:8 53:23 60:24
  66:25 73:18 81:9
  84:21 96:16 112:2
  124:14 127:8 146:17
  161:24 165:21 169:23
  179:4 187:25 209:21
  213:8 220:18 221:23
  222:2,14 223:6,7
  224:10,14
**targets** 119:9
**tell** 12:2 27:17,20 29:12
  29:22 32:2,7,25 37:19
  37:24 38:5,16 47:15
  48:2,6,12 60:6,13,21
  53:19 55:22 59:10,16
  68:16,19 71:4,9 75:12
  75:15 80:11 81:16
  86:24 92:23 93:7,10
  96:7 99:4 100:13
  108:22,24 109:3,11,16
  110:22 113:14 114:20
  116:20 119:13 126:20
  127:9 135:8 137:7
  138:21 155:12 156:14
  161:11 188:15 191:15
  194:9 202:11 218:13
  221:3
**telling** 27:17 53:9 99:8
  137:14,18 138:17
  159:2 161:6 189:22
  219:11 220:13
**term** 49:12 95:6 121:20
  122:14 123:11 207:11
**terminated** 73:8,12
**terms** 105:20 106:4,8
  118:17 133:18 148:24
  163:8,13 170:3 178:8
  194:14 206:15,16,22
**Terri** 1:23 2:22 14:11
  15:18 227:5,21
**terrible** 61:20
**Teske** 3:6 8:17,19 9:17
  11:20 13:2 15:3
**test** 19:22 40:24 56:21
  56:22
**testified** 15:20 26:24

54:5 55:5 64:25 65:24
  67:5 102:9 112:8
  117:8 146:24 154:3
  155:18 160:5,11,21
  165:13 170:8 186:7
  189:17 193:10 209:11
  221:24
**testify** 9:23 18:9 88:16
  88:21 89:2 90:15,20
  100:3 113:11 135:14
  190:3,8
**testifying** 55:11 105:3,8
  113:4 152:23 153:5
  157:11 159:21 178:25
  181:7
**testimony** 22:6 24:14
  31:2 42:13 51:17 54:9
  59:7 67:21 68:14
  75:11,20 79:15 84:7,9
  84:11,15 85:6 90:9
  102:24 112:14 135:5
  139:7 142:21 147:11
  153:7 154:9 158:23
  161:7 165:19,25 169:9
  170:19 171:8 175:14
  175:17 177:19 180:20
  182:13,17 185:24
  187:19,21 190:13,18
  191:18,24 192:25
  193:18 201:14 202:6
  211:9 217:15 221:20
  226:10,13 227:8,10,11
**texts** 125:24 128:12,17
  128:25
**Thank** 12:22,24 13:2
  20:6 185:16 186:21
**theory** 117:11 133:15
**thing** 23:7 57:15 78:19
  173:3 194:24 195:3,7
**things** 30:7 63:10 107:7
  107:10 111:11 122:16
  132:20 159:4
**think** 8:3,5,15 11:20
  12:16 29:19 30:20
  31:2 42:14 51:17
  55:18 67:23 75:7 76:6
  99:5 107:17 111:24
  118:9 123:8 134:13
  142:12,19 165:23
  192:12 193:8 200:20
  208:21 218:5 224:18
**thinking** 53:24 57:15
**third** 3:4 19:11 70:20
  190:10
**Thomas** 13:10
**thought** 118:4 156:3
  202:20 203:2
**threatened** 32:22 116:14
  117:21 184:18 219:20
**three** 34:13
**thumb** 215:13,15,19,25
  217:18
**ticked** 203:3
**time** 8:14 10:9,22 13:7
  13:19 21:9,13,17
  26:20,24 31:22 32:5
  35:17 39:5 44:14 45:8
  54:18 56:12 59:20,23

60:11 62:18,24 63:2
  64:7,16 65:12 70:20
  71:24 83:21 92:7
  93:20 96:15 98:17
  99:9,12 100:7,9
  105:18 111:2 112:6,7
  120:8,20 122:13
  123:18,25 124:4 127:2
  131:8 155:13 164:15
  164:17,20 165:23
  168:16,23,25 176:14
  176:23 179:9 184:14
  185:5 190:10 191:24
  193:13 198:8 200:19
  201:9 204:11 205:3,8
  205:10 214:10,20,25
  222:8 225:11
**times** 38:23 70:15
  116:21,22 117:19,24
  120:11,14,16 137:12
  137:15 177:15 183:9
  185:10
**title** 158:11
**titled** 5:19,22 162:11
  172:6
**today** 8:21 11:9 14:6
  15:3 18:4,7 20:7,12,20
  21:21 22:6,7,12 34:22
  40:14 53:9 85:23
  87:13 88:16,22 89:2
  90:15,20 102:25
  118:12 128:17 159:11
  161:4 170:19 182:13
  182:23 192:25 205:20
  212:22 213:8 214:9
  221:23 225:4
**Today's** 13:18
**told** 27:19,21 28:9 29:13
  29:25 30:7,9 31:9,24
  36:24 37:7,18,21
  44:15 46:18,19,20
  50:11,14,15,17 53:9
  56:6 57:23 59:19
  64:21 65:4 72:16,24
  78:19,22 80:24 81:2
  81:21,23 82:3,13,21
  91:14 96:4 97:16
  100:16 108:20 109:13
  109:21 110:21 111:3,7
  111:9,11,18 112:7
  114:18 115:2 116:17
  116:22 117:24 118:2
  118:10,11 125:23
  129:2 134:22,25 136:4
  136:6,8,9,19,20,22,23
  136:24 137:3,5,7
  139:4 147:9 154:20
  155:4,8,11,20,24,25
  156:5,9,11,18,22
  157:3,14 158:20 159:3
  159:20 160:19 167:12
  167:18 168:4 170:16
  170:17,22 171:3,5,13
  171:13,19,20,22
  184:11,13 202:24
  215:20
**tool** 59:2
**top** 163:23 181:23

214:12,14
**topic** 63:11 86:25 90:22
  92:2 124:12,22 175:10
  191:22 192:4 198:17
  199:18
**topics** 12:4 17:20,25
  18:4,8 19:12,13,16
  20:8,13,16,15,20
  30:12 76:9 88:4,16,21
  88:25 90:25 91:2,3,5,7
  91:9,15,18,21 92:3
  198:16 205:19
**total** 211:16
**touch** 16:10 189:22
**transcript** 10:24 54:10
  54:11 103:21 153:14
  186:10 220:16,23,25
  226:10,12
**transfer** 216:14
**translate** 60:10 149:2
**treat** 134:16
**treats** 133:24 135:2
**trial** 16:15
**tried** 71:25
**true** 38:16 105:11,11
  107:18 138:11,17,19
  138:21 170:15 226:12
  226:14 227:10
**truly** 75:7 131:6
**trusted** 31:10,10
**truth** 129:2
**try** 9:5 106:17 175:15
  205:19 206:14,21
  211:11
**trying** 9:19 24:25 31:23
  38:7 44:15,20,25
  51:18 72:10 74:16
  88:2,9 100:6 149:11
  197:13 198:19 201:11
  202:22
**Tucker** 29:3
**turn** 112:16 173:21
**twice** 10:13
**twisting** 201:18
**two** 7:22 8:18,22,25 9:4
  9:21,24,25 18:19
  22:18,20 28:20 34:13
  43:14 46:21 65:7
  68:16,20 77:23 82:24
  83:15 88:3 89:21 91:9
  93:9 111:11,12 132:19
  137:22 145:25 147:2
  165:20,22,22 169:10
  182:20 191:19 201:7
  202:12 211:13,16,21
  211:22 224:11
**typed** 163:23
**types** 61:7

---

**U.S** 37:5 72:11,14 129:9
  129:12
**Uang** 31:5 32:4 34:5,7
  34:11,21 35:3,18,24
  37:17
**ultimately** 93:16 163:18
**unable** 37:22
**understand** 15:6 16:23

24:25 25:4,7,23 28:16
  31:23 38:7 39:12
  48:17 51:6 52:24
  53:15 60:19 74:18
  75:6,8 91:4,14 92:2
  94:13 99:3,5,7 101:11
  101:15 111:23 112:2
  117:23 119:23 138:14
  150:11,15 160:25
  170:7 184:15 187:24
  196:21 197:9 198:7
  207:19,20 209:8
**understanding** 32:6
  39:14,16 40:7,16 43:8
  48:18 50:7 51:23 53:7
  54:2 56:7 59:25 60:23
  64:4 65:22 77:22
  90:22 147:9 156:25
  158:7 203:13
**unfortunately** 59:14
  151:7
**unfreeze** 198:9,20,25
  202:3 204:14,17
  223:23
**unfrozen** 74:7 196:18
  197:20 207:2
**United** 1:2 2:2 214:2,12
  214:16
**upset** 28:3
**USB** 215:14
**use** 12:20 34:22 50:14
  115:7 198:14,24 201:2
  202:3
**Usually** 107:11

---

**V**

**V** 2:7 15:16
**various** 209:12
**Vecchio** 13:10
**verifying** 172:21
**version** 98:22
**versions** 102:3 114:12
  193:14
**versus** 14:3
**videographer** 13:9,11
  62:18 63:2 123:18
  124:3 168:16,25
  200:22 205:3,10
  225:11
**videotaped** 1:15 2:15
  62:21 63:5 123:22
  124:6 168:20 169:4
  205:14 225:14
**view** 9:25 68:25 134:19
**Virginia** 162:5 165:15,21
**virtue** 15:13
**Vision** 1:7 2:8 3:9 5:24
  14:3,21 28:23 43:11
  73:12,23 102:11
  104:22 105:5,14 128:5
  128:9 129:15,23 149:6
  169:22 172:9 179:3,11
  180:9 186:8 189:15
  193:23 195:23 196:5
  196:11 207:7,9,21
  210:8,25 211:7,14
  212:2 215:11 217:19
  223:4

**30(b)(6) Yvette Wang**
**October 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

**Vision's** 172:14
**Vision/Eastern** 7:4
**voluminous** 185:13
**volunteer** 111:6

**W**

**W** 15:16 226:3
**W-A-L-L-E-R** 128:5
**W-A-L-L-O-P** 128:6
**wait** 66:22 145:7 196:25
**Waller** 28:21 128:5 150:2
150:6,19 174:11
180:23 219:11
**wallop** 28:21 128:5
150:2,6,19 162:6
165:16 174:11 180:23
180:25 188:21 212:2,4
218:3 220:13,18
**Wallop's** 141:3
**Wang** 1:16 2:15 5:4,9,10
5:17,19,22 6:4 9:23
14:7 15:1,23,25 16:1
17:1 18:1,12 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1,21 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1,22 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1,20 98:1,2 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1,23
124:1,7,11 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1,10
141:1 142:1 143:1
144:1 145:1,24 146:1
146:21 147:1,13 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1,21
158:1 159:1,13,13
160:1 161:1 162:1,10
162:24 163:1,4,9
164:1 165:1 166:1
167:1 168:1,21 169:1

169:5,8 170:1 171:1
172:1,3,5 173:1 174:1
174:11 175:1 176:1
177:1 178:1,5 179:1
179:24 180:1 181:1
182:1 183:1 184:1
185:1 186:1,8,18
187:1 188:1 189:1,17
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1,6 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:15
226:9,18
**want** 10:11,24 11:14
12:9 18:20 19:2,3,6
26:13 27:8 33:20
42:13 48:17 49:6 54:9
54:12 60:10 63:9 75:6
78:23 80:24,25 81:22
81:24 82:4,9,12,19,23
97:14 100:3 101:2,24
102:4,15 104:3,11
106:15 112:13 118:7
122:7 133:23 135:18
145:6 148:7 150:20
152:25 154:7 157:19
161:5 162:22 163:10
164:16 172:18 187:23
191:16 193:14 195:25
198:7 201:15 213:19
**wanted** 39:8 73:13 80:12
81:3,16 105:16 163:13
207:10
**wanting** 198:9
**wants** 12:20
**wasn't** 56:12,18 103:10
164:3 193:5 216:3
**way** 11:5,6 19:10 60:13
69:14 77:17 153:4
164:17 173:6 192:12
208:4 211:5 213:16
227:14
**ways** 68:16
**we'll** 11:7 33:11 41:25
49:22 53:17,17 63:11
87:8 106:17 124:11
165:5 190:17 191:13
191:18,18 198:2
**we're** 7:7,9 9:13 30:17
30:25 33:21 41:14
63:6 80:23 97:25
110:15 123:24 133:14
135:13 136:4 146:16
149:11 168:22 169:5
190:9 191:11 198:8,19
199:21 200:19 205:7
205:15,18 212:9 225:9
225:16
**we've** 18:16 30:24 57:11
99:22 117:12 133:20

135:12 213:7
**wearing** 9:4
**Wednesday** 2:21 13:18
62:19 63:3 123:19
124:5 168:17 169:2
205:4,11 225:12
**weekly** 129:10
**welcome** 13:4 124:11
169:8
**Wengui** 1:10 48:25 78:5
78:7 161:11 173:10,16
174:12
**Wengui's** 24:3 126:2
**went** 90:11 92:4 102:11
105:5 116:22 118:3,12
119:10 144:15 215:18
**weren't** 68:10 125:11
**whatsoever** 77:5
**wheels** 212:10
**WHEREOF** 227:16
**wherewithal** 131:2,5
**whistle** 183:8,12 187:22
188:4,12,12,19,23,24
194:5
**wife** 167:17
**wild** 117:15
**William** 45:12,13,14,16
45:19,20,24,25 47:11
50:2 52:5,11,16,18,19
53:10,13,20,24 56:4
58:15,16,17,17,20,23
60:13,14,25 61:11,12
61:24 64:16 65:21
66:5,20,22 67:17,25
69:17,25 70:23,25
71:5,10,20 72:3,25
88:25 89:23 90:16,24
91:6,21 92:8 93:10
109:24 111:17,18
114:17,21 116:12,18
116:23 119:8 122:8
125:19 126:16,19,23
127:23 133:7,9 208:8
212:17 213:5,8 222:14
222:15,16 223:4,7,18
224:2,7,14
**Wilmington** 3:18
**wire** 105:5
**wired** 104:13 105:13
**wires** 211:13,16,19,21
**wiring** 104:22
**wish** 19:23
**witness** 2:16 5:3 8:11,14
9:4 10:7 11:2 12:11
14:16,24 15:16 16:11
16:19 21:14 31:3
33:15 43:4 51:18
67:10 69:4 70:7 82:18
87:19 95:13 97:17
103:19 131:18,22
138:24 146:3 148:4
161:2 177:24 191:3
213:19,20 222:5
224:20 225:8 227:8,11
227:16
**witness'** 10:22 201:22
**witnessed** 96:21
**witnesses** 10:18 87:24

88:12
**woman** 24:2
**Wong** 33:6 99:22 140:16
162:19 163:22 173:10
205:14,18
**word** 38:14 146:7 197:4
200:13 216:8,14
**words** 60:9,12 72:2,21
77:3 79:21 119:18
126:21 153:6 154:23
156:9 167:11 195:6
196:20 201:20 206:14
206:17
**work** 73:23 80:3,7
181:20
**worked** 161:18 173:20
181:9 183:14
**working** 221:4
**worry** 28:12
**worse** 48:15
**Wow** 60:3 137:12
**wrap** 205:20
**wrapped** 121:3
**write** 95:15 139:23
208:13
**writing** 68:18 105:19,20
106:4,10 121:13,18
144:25
**written** 132:5,7,9,19
133:3,9
**wrong** 75:12 164:17
**Www.depo.com** 1:22

**X**

**X** 1:3,12 2:4,9 5:2,7

**Y**

**Y** 15:16
**Y-U** 45:18
**Yang** 47:21
**Yao** 191:6
**Ye** 128:12
**yeah** 24:13 30:3 32:14
32:17 35:7,8 36:2,5,17
36:22 38:22,22 41:7
46:20,20 48:23 50:20
56:22 59:18 79:24
81:21 93:12 108:25
127:5,24 163:12
176:13 213:2,3 224:16
224:17
**year** 19:20,21 29:3 35:6
35:8 46:3,4 60:3,6
92:12,13 93:2 136:15
147:20 160:12 207:11
**Yiu** 191:5
**York** 1:2,17,17 2:3,20,21
2:24 3:4,5,5 4:3,4,4
8:20 13:23,23 15:4,7
15:19 16:2,2,4,6 25:10
25:11 38:6 41:23
43:10,18 44:3 205:23
214:18 215:8 226:5
227:7
**Yu** 45:14,17,19 48:12
50:2,13,15,21 52:2,3
52:16 53:10,13,20
55:4,7,16,19,22 58:17

58:17,20,23 60:25
61:11,12,24 64:16
65:21 66:5 67:17
68:21 69:18 70:23,25
71:5,11,16,21 72:25
88:25 97:3,6,7 115:2
121:3 208:13 222:13
223:4 224:7
**Yup** 146:18
**Yvette** 1:16 2:15 5:4 14:7
15:1,25 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1,22
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1,23 124:1,7
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1,13 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1,21 169:1
169:4 170:1 171:1
172:1 173:1,10 174:1
174:11 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1,6 206:1

**Atkinson-Baker, Inc.**
**www.depo.com**

207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:15 226:9,18

**Z**

**Z-A-C-K** 97:13
**Z-H-U** 202:13
**Zach** 93:23
**Zack** 97:12,16 100:5,8
100:13 101:22,23
188:22 190:6
**Zack's** 99:24 100:10,11
100:12,16

**0**

**000009** 5:18 140:13

**1**

**1** 5:20 37:10,13,20,22
38:18 40:5 56:10
72:11,14 109:4,4
119:18 137:22 162:12
162:20 163:24 164:3,8
164:21,23 172:25
173:2 198:19 199:4,7
199:15 211:17
**1:20** 123:19
**10** 20:4,17 21:9 92:5
153:16,18,19,21
159:15,17 160:15,16
182:6 194:11 195:4
**10-minute** 62:15
**10:15** 13:20
**10065** 4:4 16:2
**10158** 3:5
**11:36** 62:19
**11:51** 63:3
**1100** 3:10
**12** 6:4 153:13,15 185:15
186:6,9,17,18 189:18
193:10
**13** 153:19,21,23,23
157:20 199:8
**1313** 3:17
**140** 5:17
**15** 5:4 7:18 179:2,11,12
179:13,25 180:4,8,17
180:22,25 181:4,10
182:14,24 183:3,7,24
184:5,7 187:19,25
188:7,11,18,21,25
189:9,11,14,18,22,23
190:2,4,7,11,21,23
191:17 192:16,25
193:17,20,21,22 195:4
195:22,23 196:6
204:16 208:24 209:4,7
209:12,16 210:3,8,10
210:24 211:6 223:17
224:21
**162** 4:4 5:19 16:2 36:9
**171** 186:24
**172** 5:22

**18** 5:9 157:23
**18-cv-2185** 1:6 13:24
**186** 6:4
**19801** 3:18

**2**

**2** 5:15,17 41:9,14,16,17
63:4 121:9,14,19
122:25 123:10,22
140:10,16 145:2,19,21
145:24 146:2,10,21,21
147:13 162:24 173:2
**2:05** 124:4
**20** 36:13 104:16,17,19
164:11 172:17 220:24
**20107** 5:17
**2011** 76:14,17
**2017** 57:8 108:25 109:2
109:5,7,14 115:19,20
140:11 148:15,16,18
155:15 165:12,17
166:3,6,12,15,22
167:5,9,20 168:6
175:16 222:9,10 224:3
**2018** 5:20 45:9 46:3 55:5
55:15 56:13,16,19
57:6,7 64:13 65:20
66:6,14 67:17 68:22
69:17,25 70:25 71:4
71:10,21 110:25
111:18 127:2,3 144:22
144:25 155:14 161:10
162:12 163:24 164:8
164:22,23 166:13,16
166:22 167:6,9,21
168:6 172:17 222:20
223:12,13 224:2,4
**2019** 1:18 2:22 13:19
20:3 29:4 35:11 54:4
54:24 62:20 63:4 65:8
91:7 92:3,9 102:19
110:24 111:16 112:4
123:20 124:5 137:9
160:6 168:18 169:3
200:13 205:5,12
225:13 226:11,22
**212** 186:12,13,14
**213** 186:22
**22** 181:20
**23** 104:17,19 186:15
**2300** 3:5
**23rd** 29:2
**250,000** 163:8,15 211:20
**259** 186:24
**2700** 3:10
**276** 41:18,18
**277** 5:16 41:11,18
**280** 5:10 97:22
**288-3376** 1:22
**28th** 90:21 92:3 159:12
161:3
**29** 5:17 140:11
**29th** 109:6

**3**

**3** 5:22 124:6 138:4
141:18 168:20 172:4,5

**3:25** 168:17
**3:39** 169:2
**30** 1:18 2:22 5:9 13:19
18:12,17 36:13 62:19
63:3 98:7 123:19
124:5 144:22 168:17
169:2 205:4,11 225:12
226:11
**30(b)(6)** 2:16 15:16
60:18 81:3 82:5,14,18
85:12 90:10 110:4,5
144:7 213:11 221:21
222:5
**30s** 98:8
**31** 5:10 20:2 54:4 97:20
98:2 99:22 102:19
105:19 106:7 137:23
**31B** 161:2
**31st** 35:11
**33.3** 174:9
**35** 181:17,18,19
**36** 181:23
**3rd** 199:24 200:13

**4**

**4** 5:19 162:10,17,19,20
163:4,9,9,23 164:10
169:3 205:5
**4:39** 205:4
**4:56** 205:11
**40** 103:3,5 104:19
**41** 5:15 164:9
**45** 112:16,18

**5**

**5** 174:3 194:12 205:13
225:14
**5:28** 225:12
**500,000** 211:13,16,21
**5100** 3:18

**6**

**6** 57:6 103:8 144:25
161:9 171:3 221:2
**605** 3:4
**620** 2:20 13:22
**64105** 3:10
**64th** 4:4 16:2 36:9
**6th** 143:12,12,19

**7**

**7** 182:3
**750,000** 129:7,9,11,15
129:23 130:12 131:11
163:18

**8**

**8** 112:19 182:4
**80** 148:6
**800** 1:22
**816.2563181** 3:11

**9**

**9** 187:5
**9:55** 2:21
**917.941.9698** 4:5

**96** 157:18,22
**97** 5:10 157:18 158:8
**99** 72:20

**30(b)(6) Yvette Wang**
**October 30, 2019**