# EXHIBIT J

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 2            IN THE UNITED STATES DISTRICT COURT

 3          FOR THE SOUTHERN DISTRICT OF NEW YORK

 4    ------------------------------------------------X

 5    EASTERN PROFIT CORPORATION LIMITED,

 6                    Plaintiff/COUNTER-CLAIM DEFENDANT,

 7                  CASE NO.: 18-cv-2185(JGK)

 8          -against-

 9

10    STRATEGIC VISION US, LLC

11                    Defendant/COUNTERCLAIM PLAINTIFF.

12    ------------------------------------------------X

13              30(b)(6)DEPOSITION OF

14      GOLDEN SPRING BY AND THROUGH AMELIA COLUCCIO

15                  NEW YORK, NEW YORK

16                  November 12, 2019

17

18    ATKINSON-BAKER, INC.

19    (800)288-3376

20    www.Depo.com

21    REPORTED BY:  KIARA MILLER

22    FILE NO.: AD0B4E5

23

24

25
```

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

EASTERN PROFIT CORPORATION LIMITED,

      Plaintiff/COUNTER-CLAIM DEFENDANT,

      CASE NO.: 18-cv-2185(JGK)

      -against-

STRATEGIC VISION US, LLC

      Defendant/COUNTERCLAIM PLAINTIFF.

---------------------------------------------------X

Deposition of AMELIA COLLUCIO, taken on behalf of defendant/counterclaimant, at 620 Eighth Avenue, 27th Floor, New York, New York, commencing at 9:18 a.m., Tuesday, November 12, 2019, before Kiara Miller.

*Page 2*

FEDERAL STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties hereto, that the filing, sealing, and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any notary public with the same force and effect as if signed and sworn to before this court.

*Page 4*

APPEARANCES:

GRAVES GARRETT, LLC
Attorneys for Plaintiff
1100 Main Street, Suite 2700
Kansas City, Missouri 64105

BY:  EDWARD D. GREIM, ESQ.

HODGSON, RUSS
Attorneys for Defendant
605 Third Avenue, Suite 2300
New York, New York 10158

BY:  ERIN N. TESKE, ESQ.

ALSO PRESENT:
  JENNIFER DONNELLI
  DANIEL PODHASKIE

*Page 3*

VIDEOGRAPHER:  Good morning, I am Thomas Del Vecchio, your videographer.  I am present on behalf of Atkinson-Baker in Glendale, California.  I am not financially interested in this action, nor am I a relative or employee of any attorneys or any of the parties.

Today's date Tuesday, November 12, 2019.  The time is 9:18 a.m. This deposition is taking place at the offices of Pepper Hamilton, 620 8th Avenue, New York, New York.  The case number is 18-CV-2185, entitled Eastern Profit versus Strategic Vision.

The deponent today is Ms. Amelia Coluccio.  This deposition is being taken on behalf of the defendant/counterclaimant. The court reporter today is Kiara Miller from Atkinson Baker.

Counsel will now please

*Page 5*

2 (Pages 2 to 5)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2          introduce themselves.  After counsel
3          has introduced themselves, the
4          witness may be sworn in by the court
5          reporter?
6              MR. GREIM:  This morning you
7          have Eddy Greim and Jennifer
8          Denalli.  We are Counsel for Graves
9          Garret for Strategic Vision, which
10         is the defendant and counterclaim
11         plaintiff in this case.
12             MS. TESKE:  And Erin Teske
13         with Hodgson Russ for Golden Spring
14         New York, the deponent.
15             MR. GREIM:  And with us here
16         is Daniel Podhaskie, the corporate
17         rep for GSNY.
18
19     A M E L I A  C O L L U C I O, after having first
20     been duly sworn by a Notary Public of the State of
21     New York, was examined and testified as follows:
22             COURT REPORTER:  Please state
23         your name for the record.
24             THE WITNESS:  Amelia Coluccio.
25             COURT REPORTER:  Please state

Page 6

A. COLUCCIO

1
2              Q  And if you could, please turn to
3          page three, which says Exhibit A at the top
4          of it.  You're there.
5                  Are these the topics on which
6          you're prepared to testify today?
7                  MS. TESKE:  Object to the
8              form. You can answer.
9              A  Yes.
10             Q  And if you turn to the next page,
11         you'll see documents be produced pursuant to
12         rule 45.  There's two items on that page.
13             A  I'm sorry, what's the question?
14             Q  Do you see two items on that page?
15             A  Yes.
16             Q  Did you bring any documents with
17         you today?
18             A  No.
19             Q  Have you seen this page four of
20         the subpoena before?
21             A  No. I don't think so.
22             Q  What is your position -- let me
23         ask you this, are you an employee of Golden
24         Spring?
25             A  Yes.

Page 8

A. COLUCCIO

1
2          your address for the record.
3              THE WITNESS:  162 East 64th
4          Street, New York 10065.
5              (Whereupon, Notice of Deposition
6          was marked as Golden Spring
7          Exhibit 1 for identification as
8          of this date.)
9      BY MR. GREIM:
10             Q  Ms. Coluccio, good morning?
11             A  Good morning.
12             Q  I put in front of you what we've
13         marked as Golden Spring Exhibit One.  Have
14         you had a chance to review that?
15             A  No.
16             Q  Please take a look at it.  And my
17         question to you is simply, have you seen
18         this document before?
19             A  I think I have.
20             Q  Do you recognize this as the
21         notice of deposition duces tecum under which
22         you're here today?
23                 MS. TESKE:  Object.  You can
24             answer.
25             A  Yes.

Page 7

A. COLUCCIO

1
2              Q  What is your position?
3              A  Paralegal?
4              Q  How long have you had that role?
5              A  About seven months.
6              Q  What are your duties?
7              A  Mainly to help organize legal
8          files and to coordinate with outside law
9          firms.
10             Q  Does that include this case?
11             A  Yes.
12             Q  What other cases do you work on?
13                 MS. TESKE:  Object.  Don't
14             answer that.
15                 MR. GREIM:  Is that an
16             instruction not to answer?
17                 MS. TESKE:  Yes.
18             Q  How many other cares do you work
19         on as paralegal at Golden Spring?
20             A  To estimate maybe 20 to 30.
21             Q  Are those all cases in which
22         Golden Spring is a party?
23                 MS. TESKE:  Object.  Don't
24             answer that.
25             Q  You work full-time?

Page 9

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

2    A   Yes.
3    Q   Who do you report to?
4    A   I report to Dan Podhaskie and
5  Yvette Wang.
6    Q   What is Dan Podhaskie's position
7  at Golden Spring New York?
8    A   Director of legal and compliance.
9    Q   What is Yvette Wang's position?
10   A   President.
11   Q   Who do you work with on a
12  day-to-day basis other than those two
13  individuals?
14   A   Pretty much just by myself.
15   Q   The address you gave us at the
16  start, 162 East 64 Street, is that where you
17  go to work every day?
18   A   Correct.
19   Q   Is that the Golden Spring office?
20   A   Correct.
21   Q   How long has that been the Golden
22  Spring office?
23   A   I believe we moved to that office
24  in May of this year.
25   Q   What was the office before that?

Page 10

A. COLUCCIO

2    A   It was 800 Fifth Avenue, New York,
3  New York.
4    Q   800 Fifth Avenue, suite 21F.
5    A   I think so, yeah.  I was only
6  there for a week.
7    Q   All right.  So I want to get a
8  sense of your knowledge base, so I'm going
9  to ask you some questions a little bit about
10  Golden Spring and about your preparation.
11  Then we're just going to march through the
12  topics.  Okay?
13   A   Um-hmm.
14   Q   By the way, have you given a
15  deposition before?
16   A   No.
17   Q   Have you attended a deposition
18  before?
19   A   Yes.
20   Q   How long have you been a
21  paralegal?
22   A   Since May of 2016 I believe -- I'm
23  sorry, May of 2017.
24   Q   Very just briefly, where'd you go
25  to college?

Page 11

A. COLUCCIO

2    A   Rutgers University.
3    Q   When did you graduate?
4    A   May of 2016.
5    Q   So did you take a year studying to
6  get your paralegal certificate?
7    A   No.  I worked in a different field
8  for a year.
9    Q   What did you do?
10   A   I worked at a nonprofit and youth
11  services.
12   Q   What made you decide to be a
13  paralegal?
14      MS. TESKE:  Object, but go
15  ahead.
16   A   I started a temporary
17  administrative job at a law firm and they
18  offered me the opportunity to work as a
19  paralegal, and I was interested.
20   Q   Do you have a paralegal
21  certificate?
22   A   No.
23   Q   How did you come to be hired at
24  Golden Spring?
25   A   A recruiter reached out to me.

Page 12

A. COLUCCIO

2    Q   Who was that?
3    A   Ryan Cohen.
4    Q   So let me ask you this, how many
5  Golden Spring employees work 162 East 64th
6  Street?
7    A   I believe about eight.
8    Q   That includes you, Mr. Podhaskie
9  and Ms. Wang?
10   A   I didn't include Ms. Wang in that
11  because she's president, not an employee.
12   Q   How many total Golden Spring
13  officers or employees are there?
14   A   Okay.  Maybe nine.
15   Q   Could you name for me the others
16  that are there?  We know three of them.
17      MS. TESKE:  Objection.  You
18  don't need to answer that.
19      MR. GREIM:  I want to know how
20  this person got chosen.  I want to
21  understand who the other people are.
22      MS. TESKE:  It doesn't matter.
23  The corporation gets to decide that,
24  not you, and that's not relevant to
25  this case.  And I'm directing her

Page 13

4 (Pages 10 to 13)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

1  
2  not to answer.  You can ask her
3  again, and I'm directing her not to
4  answer.
5      MR. GREIM:  So is the witness
6  going to take the instruction not to
7  disclose the other people who work
8  with her at Golden Spring.
9      A  Yes.
10     **Q  Let me ask you this, did you speak**
11  **with any Golden Spring employees to prepare**
12  **yourself for today?**
13     A  I had the privileged conversations
14  with Dan.
15     **Q  Who else?**
16     A  Employees of Golden Spring?
17     **Q  Yes.**
18     A  No one.
19     **Q  Who else did you speak with to**
20  **prepare yourself for your testimony today?**
21     A  Counsel for Golden Spring.
22     **Q  Outside counsel?**
23     A  Golden Spring's counsel, so -- I
24  don't understand.  Sorry.
25     **Q  That's all right, that's okay.**

Page 14

A. COLUCCIO

1  
2      You spoke with if Mr. Podhaskie,
3  he's in-house counsel?
4      A  Right.
5      **Q  My question is, did you speak with**
6  **anyone other than Mr. Podhaskie to prepare**
7  **for today?**
8      A  Yeah.  Just counsel for Golden
9  Spring, so outside counsel.
10     **Q  So you mean Erin Teske and Mark**
11  **Harmon?**
12     A  Right.
13     **Q  Anyone else?**
14     A  Outside of Golden Spring?
15     **Q  Correct.**
16     A  No.
17     **Q  Any other attorneys other than**
18  **Erin Teske, Mark Harmon and Mr. Podhaskie?**
19     A  No.
20     **Q  You didn't speak with Yvette Wang**
21  **in preparation for today?**
22     A  I did.
23       When you asked before, you said
24  any employees of Golden Spring, so that's
25  why I didn't include her, but yes I spoke

Page 15

A. COLUCCIO

1  
2  with her.
3      **Q  Is there anyone else you spoke**
4  **with, they don't have to be employees,**
5  **officers, is there any other person you**
6  **spoke with in preparation for your testimony**
7  **today?**
8      A  No.
9      **Q  Now, you testified before that you**
10  **were the paralegal responsible for handling**
11  **this case on behalf of Golden Spring.**
12     A  Right.  I'm responsible in this
13  case specifically.  Just administrative
14  duties, like organizing the file and
15  scheduling meetings.
16     **Q  Okay.  In that capacity, who are**
17  **the people that you deal with?**
18     A  So I mean I deal with Dan at
19  Golden Spring and then I deal with attorneys
20  at Hodgson Russ and now attorneys at Pepper
21  Hamilton.
22     **Q  Anyone else?**
23     A  Yvette.
24       Not that I can think of.
25     **Q  What about Guo Wengui or any of**

Page 16

A. COLUCCIO

1  
2  his representatives?
3      MS. TESKE:  Object to the
4  form.
5      You can answer.
6      THE WITNESS:  Okay.
7      A  I don't normally directly deal
8  with him.
9      **Q  Do you know who does?**
10     MS. TESKE:  Objection to the
11  form.
12     A  I know.
13     MS. TESKE:  Don't guess.
14     A  I know Yvette updates him.
15     **Q  How do you go about scheduling for**
16  **Mr.  Wengui, do you do it or do you confer**
17  **with Yvette?**
18     MS. TESKE:  Object to the form
19  of the question.  She didn't say she
20  scheduled for the Mr. Wengui.
21     **Q  Let me ask you, does any of your**
22  **scheduling or organizing of meetings relate**
23  **to Mr. Guo?**
24     MS. TESKE:  Object to the form
25  of the question.

Page 17

5 (Pages 14 to 17)

A. COLUCCIO

This is irrelevant.  Get to the point.

Q   You can answer.

A   So are you asking specifically about this case?

Q   Sure.  I'll start with this case.

A   I don't think I've done any scheduling directly relating to him for this case.

Q   Do you know who does?

MS. TESKE:  Objection to the form. of the question.

Go ahead.

A   I think Yvette would deal with scheduling.

Q   Did you review any documents in preparation for your testimony today?

A   No.

Q   Not even with counsel?

A   No.

Q   How about the Golden Spring New York's corporate filings, did you review those?

A   No.

Page 18

A. COLUCCIO

Q   Did you have any role in keeping those updated?

A   The filings in this case?

Q   No.

Let me ask you, are you aware whether Golden Spring New York is registered to do business in New York?

A   Yes.

Q   Do you know how one goes about doing that?

A   I don't know the details.

Q   Have you had any involvement with Golden Spring New York's filings, corporate filings in New York?

A   No.

Q   Have you ever reviewed those filings?

A   I don't think so.

Q   Does Golden Spring New York have any offices other than 162 East 64 Street?

A   No.

Q   Does it have any employees who work remotely, not in the 162 East 64 Street office?

Page 19

A. COLUCCIO

A   Not that I know of.

Q   Does Yvette Wang work in that office?

A   She is there.  I know she works in that office, yeah.

Q   Did any other entities have offices at 162 East 64 Street?

MS. TESKE:  Object to the form of the question.

We are so widely off of what is relevant in this case.  This is a complete waste of time.  I will give you a little more leeway, then I'm going to start directing her not to answer so that we can get to the point of the deposition and topics directed by the Court.

A   A law firm that we work with sometimes works out of that office, but I don't know if that's officially their business address.

Q   Any other entities?

A   Not that I know of.

Q   Who are the other officers of

Page 20

A. COLUCCIO

Golden Spring, other than Yvette Wang?

A   Guo Qiang is a director.

Q   Who is he?

A   I know that he's a --

MS. TESKE:  Object to the form.

A   -- director of Golden Spring.

Q   Is he's Guo Wengui's son?

A   I think so.

Q   Have you ever met Guo Qiang?

A   I think so.

Q   Where did you meet him?

A   He came to our office once.

Q   When was that?

A   I don't remember exactly.  Maybe last month.

Q   Did you ask to meet with him to prepare for your deposition today?

A   No.

Q   Do you know whether Guo Qiang gives direction to Yvette Wang as president?

MS. TESKE:  Object to the form of the question.

You can answer, if you know.

Page 21

6 (Pages 18 to 21)

A. COLUCCIO

1
2    A    No.
3    Q    Do you know whether Yvette Wang
4    gives direction to Guo Qiang?
5    A    No.
6    Q    What are his duties as director of
7    Golden Spring?
8    A    I don't know.
9    Q    What are Yvette Wang's duties as
10   president of Golden Spring?
11   A    I don't know.
12   Q    Did you ask her?
13   A    No.
14   Q    I've got to ask you, when did you
15   meet with Ms. Wang to prepare for your
16   deposition today?
17   A    Yesterday.
18   Q    When?
19   A    About 4 p.m.
20   Q    Was that meeting here at this
21   office?
22   A    Yes.
23   Q    I didn't see you.  We were taking
24   depositions here yesterday.
25        How long did you meet with her?

Page 22

A. COLUCCIO

1
2    A    It was I believe either Wednesday
3    or Thursday of last week.
4    Q    Who told you?
5         MS. TESKE:  Objection to the
6    form of the question.
7         You can answer.
8    A    Dan.
9    Q    Other than the hour-long meeting
10   last night, is there anything else you did
11   to prepare yourself since Wednesday or
12   Thursday for your deposition today?
13   A    Last night I just kind of reviewed
14   information on my own.
15   Q    After the meeting?
16   A    Yeah.
17   Q    What did you review?
18   A    Just my notes from the meeting.
19   Q    Did these notes consist of things
20   that counsel told you to say today?
21   A    No.
22        MS. TESKE:  Object to the form
23   of the question.
24   Q    Did the notes consist of basic
25   information about Golden Spring?

Page 24

A. COLUCCIO

1
2    A    Probably about maybe an hour.
3    Q    Who else was present -- well, was
4    anyone else present for that meeting?
5    A    Yes.
6    Q    Who was that?
7    A    Erin Teske and Mark Harmon.
8    Q    How Mr. Podhaskie.
9    A    He came in at the end.  I think we
10   might have been pretty much done talking at
11   that point.
12   Q    All right.  Did you have any other
13   meetings with Ms. Wang to prepare for your
14   testimony today?
15   A    No.
16   Q    Did you have any other meetings
17   with Ms. Teske or Mr. Harmon to prepare for
18   your testimony today?
19   A    No.
20   Q    Did you ever have any other
21   meeting with Mr. Podhaskie to prepare for
22   your testimony today?
23   A    No.
24   Q    When did you learn that you would
25   be a 30B6 witness?

Page 23

A. COLUCCIO

1
2         MS. TESKE:  Object to the form
3    of the question.
4         You can answer.
5    A    Yes.
6    Q    Do you have the notes with you
7    today?
8    A    No.
9    Q    How many pages of notes?  Were
10   they handwritten notes?
11   A    No.
12   Q    Are they notes that you took?
13   A    Yes.
14   Q    Did you type them up while during
15   the meeting?
16   A    Yes.
17   Q    How many pages of notes did you
18   type up?
19   A    I believe.
20        MS. TESKE:  Object to the form
21   of the question.
22   A    I believe just one.
23   Q    Are you relying on those notes for
24   your testimony today?
25        MS. TESKE:  Object to the form

Page 25

7 (Pages 22 to 25)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO
of the question.
A   Yes.
**Q   What's the factual information**
**that was in the notes?**
MS. TESKE:  Object.
Do you have specific questions
for her 'cause she's not going to
the relay to you the hour-long
conversation that she had with
Yvette.  You can ask her questions
and obtain that information.  She
doesn't have her notes with you, she
can't read it.
MR. GREIM:  Well, maybe she
should have brought them.
MS. TESKE:  No.
**Q   My question is simply, right now**
**what is the factual information you can**
**remember from the notes?**
**And then we'll go through it and**
**fill in the gaps.**
MS. TESKE:  I'm objecting to
the form of the question.  And
telling you that you can ask her

Page 26

A. COLUCCIO
specific questions but she need not
tell you every word she wrote down
on that piece of paper.
MR. GREIM:  Your objection is
noted.  I'd like an answer please.
MS. TESKE:  You don't need to
answer that question.
MR. GREIM:  You're instructing
the witness not to tell me the
factual information that she typed
up last night.
MS. TESKE:  I'm telling you
that she cannot recall the factual
information.
MR. GREIM:  You're testifying
for her.  Let's see, let's see what
she can recall.  Unless you're going
to tell her not to answer the
question, in which case we'll mark
it down, I'm going to ask the
witness to tell me what she
remembers typing up last night, the
factual information.
MS. TESKE:  I'm telling her

Page 27

A. COLUCCIO
not to answer that question.  You
can ask other specific questions to
get at that information.
MR. GREIM:  And to be very
clear this is information the
witness says she is relying on
today, it's factual information,
she's being instructed not to
answer, not to disclose what it is.
**Q   By the way, when you were hired**
**with Golden Spring, were you told that one**
**of your duties would be testifying as a**
**corporate rep for Golden Spring?**
A   No.
**Q   Have you ever testified as a**
**corporate rep for Golden Spring in any other**
**case?**
A   No.
**Q   Have you read any of the**
**testimonies of any transcripts of the**
**testimony of any of the witness in this**
**case?**
A   Yes.
**Q   Which witnesses?**

Page 28

A. COLUCCIO
A   Yvette.
**Q   Any others?**
A   No.
**Q   Which Yvette transcripts did you**
**read?**
A   The most recent, but I didn't
fully read it.
**Q   Why not?**
A   I just had to go through it.
MS. TESKE:  Object to the
form.
A   I wasn't instructed to read it.  I
just was going through it, so I more so
skimmed it.  I didn't fully read it.
**Q   Why did you skim it?**
MS. TESKE:  Object to the form
of the question.
A   I don't remember.
**Q   When did you skim it?**
A   Recently.
**Q   Okay.  Well the deposition was**
**taken about --**
MS. TESKE:  October 30.
**Q   About two weeks ago, it was right**

Page 29

8 (Pages 26 to 29)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO
before Halloween, okay. We got the
transcript the following week, so did you
skim it this week?
   A  No. It might have been last week.
   **Q  Was it after someone told you that**
**you had to be the 30B6 witness?**
   A  No.
   **Q  So it was before that?**
   A  Yeah.
   **Q  I mean is it one out of your work**
**duties to skim the transcript?**
       MS. TESKE: Object to the form
of the question.
       She did not review it in
preparation for this deposition.
Move on?
       MR. GREIM: Please answer the
question.
       MS. TESKE: No, don't answer
the question. It's irrelevant.
       MR. GREIM: No, no, wait a
minute. This is one of the only
things this witness might know about
this case and she apparently skimmed

Page 30

A. COLUCCIO
the transcript. I want to know why
she did it.
       MS. TESKE: It doesn't matter
why she did it.
       MR. GREIM: It sure does.
       MS. TESKE: She did it before
she was designated as a corporate
representative.
       I'm telling you not to answer
the question.
   **Q  Let's try this, do you remember**
**anything from what you read?**
       MS. TESKE: I'm directing you
not to answer that question.
       MR. GREIM: I'd like an answer
to that question.
   **Q  Do you remember anything from the**
**transcript of Yvette Wang?**
       MS. TESKE: You can answer
that question. If you remember
specific facts from that deposition,
you can answer it.
   A  No.
   **Q  Okay. So as the 30B6 for Golden**

Page 31

A. COLUCCIO
Spring, you're not going to be relying on
anything from the Yvette Wang deposition
transcript; Is that correct?
   A  Correct.
   **Q  Are you familiar with the concept**
**of pleadings in a case?**
   A  Yes.
   **Q  Have you read the pleadings in**
**this case?**
   A  Again, when I first started, I
might have skimmed them, but I haven't
thoroughly read them.
   **Q  When's last time that you read any**
**filings in this case?**
   A  I don't know.
   **Q  Let's switch gears for a second**
**and talk about documents. Go to page four**
**of the subpoena and let's look at item**
**number one. Any and all documents relating**
**to Golden Springs and/or Yvette Wang's work**
**on behalf of Eastern Profit, Guo Wengui or**
**any other person or entity with respect to**
**the litigation between Eastern Profits or**
**Strategic Vision.**

Page 32

A. COLUCCIO
   Do you see that?
   A  Yes.
   **Q  Who looked for those documents?**
   A  Which? Are you referring to
actual documents that were produced?
   **Q  I'm referring to documents that**
**are listed under number one. My question**
**is, well met let me ask you, did Golden**
**Spring conduct a search for those documents?**
   A  For today?
   **Q  Any time.**
   A  I don't know. I don't.
   **Q  Did they conduct a search for**
**today?**
   A  Not that I know of.
   **Q  Do you know whether any documents**
**that are described in item one there exist?**
   A  I don't know.
   **Q  Same thing, number two. Any and**
**all audio or video recordings containing**
**statements of Guo, Wang, Han Chunguang or**
**Lianchao Han regarding reflecting**
**representations, Golden Spring or its**
**agents, major Strategic Vision in the course**

Page 33

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

of negotiation of the contracted issue.
Do you see that?
A   Yes.
**Q   Do you know whether any such**
**recordings exist?**
A   As far as I know, they do not
exist.
**Q   What have you done to satisfy**
**yourself that they don't exist?**
A   I know from my conversations with
Yvette that there are no recordings.
**Q   When were those conversations?**
A   Just yesterday.
**Q   What did Golden Spring do to look**
**for the recordings?**
A   I don't think they had to do
anything to look for them because they knew
they were nonexistent.
**Q   How did they know?**
A   Because there's no equipment that
is recording these conversations.
**Q   Did they check with Mr. Guo?**
MS. TESKE:  Object to the form
of the question, but you can answer.

Page 34

A. COLUCCIO

A   I don't know.
**Q   When you say there's no equipment,**
**what do you mean?**
A   There's no audio recording
equipment at our office.
**Q   Was there any audio recording**
**equipment at 800 Fifth Avenue?**
A   No.
**Q   Do you know that personally or is**
**that something that Yvette told you?**
A   Yvette told me.  But from when I
was there, I didn't see any.
**Q   Did Golden Spring check with**
**Mr. Guo to see if he had audio or video**
**recordings?**
MS. TESKE:  Object to the
form.  You can answer.
A   I don't know.
**Q   Did you ask that of Yvette last**
**night?**
A   No.
**Q   Do you know whether Yvette**
**checked?**
A   I don't know.

Page 35

A. COLUCCIO

**Q   Now, are you familiar with an**
**entity called Guo Media?**
MS. TESKE:  Object to the
form. of the question, you don't
need to answer that.
**Q   Does Guo Media have audio**
**recording equipment?**
MS. TESKE:  Object to the
scope of the question.
Don't answer that.
**Q   Does Guo Media have audio**
**recording equipment at 162 East 64th Street?**
MS. TESKE:  Object to the
scope of the question.
Don't answer that.
If you have other questions
about Guo Media the direction is
going to be the same.  I suggest we
move on to the topics that are
allowed by the court order.
MR. GREIM:  But wait a second.
The witness just said that there's
no audio or video recording
equipment at 162 East 64th Street,

Page 36

A. COLUCCIO

but we know that Guo Media operates
out of there.
MS. TESKE:  At the offices of
GSNY is how she testified.  Now if
you want ask questions about how
GSNY the witness is here to answer
them.  The witness is not here to
answer questions about Guo Media,
nor will she.
**Q   Does GSNY have access to Guo**
**Media's audio and video recording equipment?**
MS. TESKE:  Object to the form
of the question.
You can answer, if you know.
A   I don't know.
**Q   Have you seen audio video**
**recording equipment within 162 East 64th**
**Street?**
MS. TESKE:  Object to the form
of the question.
You can answer, if you know.
A   Within that building, yes.
**Q   Where is it?**
MS. TESKE:  Object.

Page 37

10 (Pages 34 to 37)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

Do not answer.

Q   **Is it within the Golden Spring New York office?**

MS. TESKE:  Yeah.  Object to the question, you don't need to answer that.

You're absolutely right.

MR. GREIM:  Wait a second, these are documents that had to be produced today.  One of the topics is the documents described below whether or not produced.

MS. TESKE:  Actually what needs to be produced is anything within the time period that's relevant.  They weren't even in these offices during the time period that's relevant.  So she's not going to answer that question.  If you have a different question about Golden Spring and its conversations and communications with Eastern and Mr. Guo as far as those concerned the contracted at issue in this

Page 38

A. COLUCCIO

case, negotiating, executing, performance thereof, per the Court's order, please ask the witness now.

Q   **Let me ask you this, does Guo Media keep copies of recordings in its office?**

MS. TESKE:  Objection to the form of the question.

Do not answer it.

She is not here to answer questions about Guo Media.  She is here to answer questions about Golden Spring New York during relevant time period in so far as those communications with Eastern and Mr. Guo concerned the contract at issue in this case.  If you have questions concerning that topic, please ask them.

Q   **Does Golden Spring New York have -- I'm setting aside the question whether they have recording equipment.**

**My question now is whether they have recordings at their office, 162 East**

Page 39

A. COLUCCIO

64th Street?

A   No.

Q   **And you know that because Yvette Wang told you?**

A   Yes.

Q   **Does Golden Spring New York have access to recordings audio or video recordings that are not stored physically at its office?**

MS. TESKE:  Object to the form of the question.

I have no idea what that question is asking.  If you do, you can attempt it.

MR. GREIM:  I'm going to ask the coaching of the witness, which is blatant come to an end.

MS. TESKE:  If you want to ask questions that concern the topics in the Court's order, feel free.  If you're going to continue to ask questions about Guo Media and communications that exist or recordings that exist outside the

Page 40

A. COLUCCIO

relevant time period, concerning the relevant topics, move on Eddy.  She's not answering them.

MR. GREIM:  Please calm down and stop interrupting the deposition.

MS. TESKE:  I'm perfectly calm.  I'm sitting in my chair and I continue to keep interrupt --

MR. GREIM:  You're interrupting.

MS. TESKE:  I will continue to interrupt you.

MR. GREIM:  No, you won't.

MS. TESKE:  I will.

MR. PODHASKIE:  I will end the deposition.  Move on.

MR. GREIM:  Mr. Podhaskie needs to be quiet too.

MS. TESKE:  I will continue to interrupt the deposition so long as you are not abiding by the Court's order and asking question outside the scope of the Court's order, I

Page 41

11 (Pages 38 to 41)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2    will continue to direct the witness
3    not to answer.
4        Q   The question is, does Golden
5    Spring New York have access to audio or
6    video recordings of statements concerning
7    Guo, Wang, Han Chunguang or Lianchao Han
8    regarding or reflecting representations
9    Golden Spring or its agents made to
10   Strategic Vision in the course of
11   negotiation of the contract at issue that
12   are not kept at the Golden Spring New York
13   offices?
14       A   No.
15       Q   And how do you know that?
16       A   From Yvette.
17       Q   When did she tell you that?
18       A   Yesterday.
19       Q   Last night between four and 5
20   o'clock?
21       A   Yeah.
22       Q   Now, Ms. Wang testified, as you're
23   aware on October 30, about the work that she
24   did on behalf of Eastern Profit.
25           My question for Golden Spring

Page 42

A. COLUCCIO

1
2    today is whether Ms. Wang did any work for
3    Eastern Profit outside of her capacity as
4    the president of Golden Spring New York?
5           MS. TESKE:  Object to the form
6    of the question.
7           But you can answer that.
8        A   I'm sorry.  Could you repeat the
9    question.
10       Q   Sure.
11          Did Ms. Wang do any work for
12   Eastern Profit on the contracted issue in
13   this case outside of her capacity as the
14   president of Golden Spring New York?
15       A   I don't think so.
16       Q   You seem to have some doubt, why
17   is that?
18       A   I believe she was acting as the
19   president of Golden Spring.
20       Q   How'd you come to that belief?
21       A   Well, I know that she is the
22   president of Golden Spring.
23       Q   Absolutely.  We all know she's
24   president.  You testified to that.
25          But my question is, is there any

Page 43

A. COLUCCIO

1
2    work that she did on the Eastern Profit
3    contract not as president as Golden Spring;
4    in other words, individually or as an
5    officer of some other entity?
6        A   I believe --
7           MS. TESKE:  Object to the form
8    of the question.  Object to the
9    scope of the question.  The witness
10   is here to testify as to GSNY's
11   conversations, work, communications
12   with Eastern and Mr. Guo as it
13   concerns the contract.  Not to any
14   relationship or work that Ms. Wang
15   may have had individually.
16          MR. GREIM:  What we're trying
17   to do is find out whether there's
18   anything in that individual
19   category.  Golden Spring ought to
20   know whether its president was doing
21   anything on this contract not as
22   president of Golden Spring.
23       Q   So that's my question to you, was
24   she?
25          MS. TESKE:  Object to the

Page 44

A. COLUCCIO

1
2    scope.
3           You can answer.
4        A   I don't think so.
5        Q   And where does your information
6    for your answer come from?
7        A   From my conversations with Yvette.
8        Q   So did Yvette tell you that
9    everything that she did on the Eastern
10   Profit contract was as president of Golden
11   Spring New York.
12          MS. TESKE:  Object to the form
13   of the question.
14          You can answer.
15       A   I don't know if she said those
16   exact words, but yes, I do know that she was
17   acting as president of GSNY.
18       Q   Is it Golden Spring's answer that
19   everything that Yvette Wang did on the
20   contract with Eastern Profit was as its
21   president?
22          MS. TESKE:  Object to the
23   scope of the question.
24          The witness is here to testify
25   as to GSNY's communications and work

Page 45

12 (Pages 42 to 45)

A. COLUCCIO

performed with Eastern and Mr. Guo
concerning the contract.  GSNY does
not know, nor should it, what
Ms. wang did in her individual
capacity.

MR. GREIM:  Well, now let's
not testify for Golden Spring,
counsel.  Let's find out what Golden
Spring know.

MS. TESKE:  I'm telling you,
Mr. Greim the scope of the order and
what Golden Spring is directed to
answer at this depositions.  It is
not directed to answer questions
about how Ms. Wang acted
individually in her individually
capacity.  You had two opportunities
to depose Ms. Wang on two full days.
If you had those questions for
Ms. Wang, you could have asked
Ms. Wang.  You have a deponent for
Golden Spring who is prepared to
testify as to Golden Spring's
communications and work with Eastern

Page 46

A. COLUCCIO

and Mr. Guo concerning the contract.
If you have questions like that,
please feel free to ask the witness.
She is not going to answer as to
Ms. Wang's individual, what she did
in her individual capacity.

MR. GREIM:  Let's take it easy
on the table here as we talk to each
other.

MS. TESKE:  Oh, let's be
dramatic.

**Q   My question to the witness is, my**
**question to Golden Spring is, was its**
**president -- does it have any knowledge that**
**its president in dealing with Eastern Profit**
**was acting in any capacity outside of her**
**capacity as president of Golden Spring?**

MS. TESKE:  Asked and
answered.

MR. GREIM:  It's a yes or no.

MS. TESKE:  Asked and
answered.

You can answer again.

A   Not that I know of.

Page 47

A. COLUCCIO

**Q   When did Golden Spring first learn**
**of Eastern Profit's existence?**

MS. TESKE:  Beyond the scope.
You can answer, if you know.

A   I'm not sure.

**Q   Did you discuss that with Ms. Wang**
**last night?**

A   Did I discuss exactly when they
came to know of Eastern Profit?

**Q   Um-hmm?**

A   No.

**Q   Did you discuss generally when**
**Golden Spring came to learn that there was**
**such a thing as Eastern Profit?**

A   Yeah.  Eastern Profit had been a
client of Golden Spring.

**Q   Really.  Before the contract at**
**issue here?**

A   Yeah.

**Q   And in what capacity had Eastern**
**Profit been a client of Golden Spring?**

MS. TESKE:  Object.
Don't answer.

**Q   What was Golden Spring doing for**

Page 48

A. COLUCCIO

Eastern Profit?

MS. TESKE:  Object.
Don't answer.

**Q   You taking counsel's instruction**
**not to answer that question.**

A   Yes.

**Q   Do you have any idea the general**
**timeframe when Golden Spring was working for**
**Eastern Profit before the --**

MS. TESKE:  Object.

**Q   -- contract at issue here?**

MS. TESKE:  Object.
Don't answer.

**Q   Actually I'm going to go back on**
**this because if you look at topic number**
**two, in Exhibit A.  Topic two I guess I**
**better read.**

It says, "the ownership,
management governance and structure of
Golden Spring between 1/1/17 and 7/1/19,
including without limitation, who worked for
Golden Spring and how they were paid or the
particular witnesses are employed by Golden
Spring and, if so, their respective

Page 49

13 (Pages 46 to 49)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2  positions, whether Eastern Profit, Guo
3  Wengui, or any other person paid Golden
4  Spring for its work, what families Golden
5  Spring does work for now or in the past,
6  what kind of work Golden Spring does, Golden
7  Spring's ownership and organizational
8  structure", and decided to the Court's
9  order.  Docket 189, page three, note one and
10  page ten.
11       So my question is, and I think I'm
12  entitled to know -- let's keep it to the
13  timeframe, okay.
14       So after January 1 2017 --
15       MS. TESKE:  Which is when the
16  contract was executed in this case.
17       MR. GREIM:  Wrong.  No.
18  Please don't interrupt, okay.
19  **Q    After January 1, 2017, what work**
20  **did Golden Spring do for Eastern Profit?**
21       MS. TESKE:  I'm telling the
22  witness not to answer because your
23  topics are limited by the Court's
24  orders, which has specifically
25  tailored that to as it concerns the

Page 50

A. COLUCCIO

1
2       MS. TESKE:  On this matter.
3   A   At the end of 2017.
4   **Q   When did at the end of 2017?**
5   A   I don't know, exactly.
6   **Q   What did Yvette tell you?**
7   A   About how they started to work
8  together?
9   **Q   No, about when.**
10  A   Oh, just end of 2017.
11  **Q   Is it in December of 2017?**
12  A   I didn't get a specific month.
13  **Q   I guess you didn't get a time**
14  **within December 2017, correct?**
15  A   Correct.
16  **Q   How do you know that the end**
17  **of 2017 is an accurate answer to my**
18  **question?**
19       MS. TESKE:  Asked and
20  answered.
21       You can answer again.
22  A   From my conversation with Yvette.
23  **Q   Have you looked for any written**
24  **documentation of the Golden Spring Eastern**
25  **Profit relationship related to this**

Page 52

A. COLUCCIO

1
2  contract.
3       MR. GREIM:  We'll just mark
4  this and we'll come back to it.  I
5  think that's incorrect.
6       MS. TESKE:  I can read you the
7  Court's order right now, which
8  actually says, "defendant may ask
9  Golden Springs witness about its
10  dealings with the plaintiff, that
11  would be Eastern, during the
12  specified period, but so as to keep
13  the deposition focused on issues
14  relevant to the party's claims and
15  defenses, only in so far as those
16  dealings relate to the negotiations,
17  execution or performance of the
18  contract at issue."
19  **Q    Let me ask you this, before Golden**
20  **Spring began to work with Eastern Profit**
21  **on -- well, let me back up.**
22       **When did Golden Spring begin to**
23  **work for Eastern Profit on --**
24       MS. TESKE:  Object --
25  **Q    -- on this matter?**

Page 51

A. COLUCCIO

1
2  contract?
3   A   No.
4   **Q   Do you know whether one exist?**
5   A   No.
6   **Q   What were the terms of Golden**
7  **Spring's work for Eastern Profit regarding**
8  **this contract?**
9   A   Eastern Profit gave Yvette, told
10  Yvette that Eastern Profit would enter into
11  the contract.
12  **Q   Okay.  I better be a little more**
13  **clear.  Well, actually let's go with that,**
14  **then we'll come back to the question I asked**
15  **you.  Okay?**
16  A   Okay.
17  **Q   When did Eastern Profit tell**
18  **Yvette that it would enter into the research**
19  **agreement in this case?**
20  A   At the end of 2017.
21  **Q   When at the end of 2017?**
22  A   That's just at the end of 2017.
23  That's all I know.
24  **Q   Who from Eastern Profit told**
25  **Yvette that it would enter into this**

Page 53

14 (Pages 50 to 53)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

1  contract?
2     A   Mr. Han.
3     **Q**  **Who is he?**
4     A   He is the former director of
5  Eastern Profit.
6     **Q**  **Did Golden Spring understand that**
7  **Mr. Han had authority to give direction to**
8  **Golden Spring on behalf of Eastern Profit?**
9     A   Yes.
10    **Q**  **How?**
11    A   Because Golden Spring knew that he
12 was the director of Eastern Profit.
13    **Q**  **But as you just testified he was**
14 **really the former director at the time,**
15 **wasn't he?**
16       MS. TESKE:  Objection to the
17   form of the question.
18       You can answer.
19    A   No.  I was saying former as in
20 he's not currently right now the director of
21 Eastern Profit.
22    **Q**  **Oh, I see.  So did Golden Spring**
23 **New York think that at the end of 2017**
24 **Mr. an was the director of Eastern Profit?**

Page 54

---

A. COLUCCIO

1     A   I believe so.
2     **Q**  **Do you know how it came to that**
3  **understanding?**
4     A   I'm not sure.
5     **Q**  **You know who knows the answer to**
6  **that question?**
7     A   No.
8     **Q**  **Would Yvette know the answer?**
9     A   I don't know.
10    **Q**  **Did you ask her?**
11    A   No.
12    **Q**  **Who were the various employees or**
13 **officers of Golden Spring who dealt with**
14 **Eastern Profit on the research agreement at**
15 **issue?**
16    A   Just Yvette.
17    **Q**  **So if you were going to try to get**
18 **an answer to the question I just asked you a**
19 **moment ago, would you go to anyone else**
20 **other than Yvette an answer to that**
21 **question?**
22    A   No.
23    **Q**  **So let's talk about, I**
24 **fast-forwarded a little bit to the research**

Page 55

---

A. COLUCCIO

1  agreement.  Let's go back a little bit to
2  the beginning of Golden Spring's work for
3  Eastern Profit on the research agreement.
4  Okay?
5        Who came to who?  Did Eastern
6  Profit come to Golden Spring asking for help
7  or did Golden Spring go to Eastern Profit?
8     A   Golden Spring went to Eastern
9  Profit.
10    **Q**  **And who are the natural people who**
11 **were involved there?  Was it Yvette Wang**
12 **going to Mr. Han?**
13    A   Correct.
14    **Q**  **Did Ms. Wang approach Mr. Han in**
15 **person or by phone or by email?  How did**
16 **that contact occur?**
17    A   I don't, I don't know.
18    **Q**  **So at the time that Golden Spring**
19 **approached Eastern Profit, what did Golden**
20 **Spring know about the proposed project?**
21    A   So I think I'm might have said
22 something wrong.  When Golden Spring
23 approached Mr. Han, I don't know if it was
24 specifically asking about Eastern Profit.  I

Page 56

---

A. COLUCCIO

1  think Golden Spring just went to Mr. Han
2  about this research agreement asking if
3  Mr. Han had a company that could enter into
4  it.
5     **Q**  **I see, I see.**
6        **So, but you testified that Golden**
7  **Spring was already working with Eastern**
8  **Profit on some other project, right?**
9     A   Yeah.
10    **Q**  **Before this?**
11    A   Yeah.
12    **Q**  **So did Golden Spring already know**
13 **that Mr. Han had some role with Eastern**
14 **Profit when it approached him?**
15    A   I think so.
16    **Q**  **How do you know the answer to that**
17 **question?**
18    A   I think that -- I'm actually not
19 sure.  I don't know.  I guess I was just
20 thinking that they would have known who the
21 former director of Eastern Profit was.
22    **Q**  **So did Mr. Han still have any role**
23 **with Eastern Profit when Ms. Wang approached**
24 **him?**

Page 57

---

15 (Pages 54 to 57)

Atkinson-Baker, Inc.
www.depo.com

A. COLUCCIO

1    A. COLUCCIO
2    A   Yes.  I think so.
3        Q   Okay.  And I think you testified
4    earlier that Golden Spring understood
5    Mr. Han to be at that time still the
6    director of Eastern Profit, right?
7        A   Yeah, I think so.
8        Q   Let me ask you this, why did
9    Golden Spring approach Mr. Han?
10       A   To see if he knew of any company
11   that could enter into this research
12   agreement.
13       Q   Why did Golden Spring believe
14   Mr. Han would be a fruitful source of a
15   potential candidate companies for the
16   agreement?
17       A   I don't know.
18       Q   Well, what did Golden Spring know
19   about Mr. Han when it approached him?
20       A   I'm not sure.
21       Q   Who knows the answer to that
22   question?
23           MS. TESKE:  Object to the
24   form.
25           You can answer.

Page 58

1    A. COLUCCIO
2    of the question.
3    A   Maybe.
4        Q   Well, let's keep moving ahead.
5        Oh, by the way, did Golden Spring
6    New York know whether Guo Mai (phonetic) had
7    any role with Eastern Profit when it
8    approached Mr. Han?
9            MS. TESKE:  Object to the form
10   of the question.
11           You can answer, if you know.
12   A   I don't know.
13       Q   Did Guo Mai have any role with
14   Eastern Profit when Golden Spring approached
15   Mr. Han?
16           MS. TESKE:  Object to the form
17   of the question.  This is way beyond
18   the scope.
19           If you have any idea, you can
20   answer.
21   A   I don't know.
22       Q   What was discussed in that first
23   exchange between Ms. Wang and Mr. Han?
24   A   Yvette told Mr. Han about the
25   research that Golden Spring was looking to

Page 60

1    A. COLUCCIO
2    A   I guess Yvette would.
3        Q   Did Golden Spring tell Mr. Han
4    that the negotiations were supposed to be
5    confidential?
6            MS. TESKE:  Object to the form
7    of the question.
8            You can answer.
9    A   I don't know.
10       Q   Did Golden Spring tell Mr. Han
11   that Ms. Wang had promised Strategic Vision
12   that the only people involved with the
13   contract would be Lianchao Han, Yvette Wang,
14   Mr. Guo and Strategic Vision?
15   A   I don't know.
16       Q   Who knows the answer to that
17   question?
18   A   I don't know.
19       Q   I guess your testimony is the only
20   person who dealt with Eastern Profit for
21   Golden Spring was Yvette?
22   A   Correct.
23       Q   So if anyone knows it would have
24   to be Yvette, right?
25           MS. TESKE:  Object to the form

Page 59

1    A. COLUCCIO
2    do, and Mr. Han advised that Eastern Profit
3    could enter into the contract.
4        Q   Well, what was Golden Spring's
5    understanding about the research that it was
6    looking to do when it approached Mr. Han?
7    A   It was looking to do research on
8    the CCP.
9        Q   For what reason?
10   A   I'm not sure.
11       Q   Well, did Golden Spring have some
12   reason for wanting to do research into the
13   CCP?
14   A   I'm not sure.
15       Q   If Golden Spring wanted to do this
16   research, why did it approach anyone else?
17   Why didn't it just do the research itself?
18   A   Well, they wanted to hire an
19   investigation company.
20       Q   Right.
21   A   To do the research.
22       Q   So why didn't Golden Spring just
23   hire the investigation company?  Why did
24   they try to find someone else to hire the
25   investigation company?

Page 61

16 (Pages 58 to 61)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1    A. COLUCCIO
2        A    Golden Spring wasn't in a position
3    to enter into a contract as a party.
4        Q    Why not?
5        A    I don't know.
6        Q    How do you know that they weren't
7    in a position to enter into a contract as a
8    party?
9        A    From my conversation with Yvette.
10       Q    This is from last night?
11       A    Yeah.
12       Q    So she didn't tell you why they
13   weren't in a position to enter into a
14   contract as a party?
15       A    No.
16       Q    Golden Spring is licensed to do
17   business in New York, right?
18       A    Yes.
19       Q    They're registered here as a
20   foreign corporation?
21       A    Golden Spring is registered in the
22   US.
23       Q    Right.
24           Let me back up.  You know, when
25   you say a corporation is registered as a

Page 62

1    A. COLUCCIO
2        Q    Okay, okay.  Do you know of any
3    reason why Golden Spring could not just
4    enter into the contract itself?
5        A    No.
6        Q    Well, we'll do the best we can
7    here.  We'll keep forging ahead.
8            Did Mr. Han tell Golden Spring
9    whether it was going to be able to actually
10   pay for the research work under this
11   contract?
12           MS. TESKE:  Object to the
13       form.
14           You can answer.
15       A    Pay for the research work.  I
16   don't know.
17       Q    Did Mr. Han tell Golden Spring
18   whether Eastern Profit could pay Golden
19   Spring for its work?
20       A    Yes.
21       Q    What did he say?
22       A    He said that -- I'm sorry.  He
23   said Golden Spring New York would be
24   compensated by Eastern Profit if the
25   agreement was successful.

Page 64

1    A. COLUCCIO
2    foreign corporation, do you understand that
3    means that they are actually formed under
4    the law of another state and they're
5    registered to do business in another state
6    they're called a foreign corporation, right?
7    Not foreign as in from outside the US, but
8    foreign as in formed under the laws from
9    another state, do you understand that?
10       A    Okay.
11       Q    Under the laws of what other state
12   is Golden Spring New York formed?
13       A    I thought it was under New York.
14       Q    Okay.  Do you know the answer to
15   that question?
16           MS. TESKE:  Asked and
17       answered.
18       A    (No verbal response given.)
19       Q    Do you know the answer to that
20   question?
21           MS. TESKE:  Asked and
22       answered.
23       Q    You can answer it?
24       A    Well, I just told you what I
25   thought.

Page 63

1    A. COLUCCIO
2        Q    Did he say this right away in the
3    first discussion or was this in a later
4    discussion?
5        A    I'm not sure.
6        Q    Did it take sometime for Eastern
7    Profit and Golden Spring to make their deal
8    about Golden Spring working for Eastern
9    Profit here?
10           MS. TESKE:  Objection to the
11       form of the question.
12           You can answer?
13       A    I'm not sure.
14       Q    Did it take a couple of days to
15   negotiate the terms out?
16       A    I don't know how long it took.
17       Q    So you don't know other than the
18   end of 2017 when this first approach from
19   Ms. Wang to Mr. Han took place and you don't
20   know how many days it took or if it even
21   took multiple days to hammer out the Eastern
22   Profit Golden Spring agreement, correct?
23           MS. TESKE:  Object to the form
24       of the question.
25           You can answer.

Page 65

17 (Pages 62 to 65)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

Atkinson-Baker, Inc.
www.depo.com

A. COLUCCIO

2    A    Correct.
3         Q    Who knows the answer to those
4    questions?
5         A    I would think Yvette would know.
6         Q    Did you ask her last night?
7         A    (No verbal response.)
8         Q    And you haven't looked for any
9    writing that reflects the terms of this
10   agreement?
11        MS. TESKE:  Object to the form
12   of the question.
13        You can answer.
14        A    Correct.
15        Q    Why did Golden Spring agree --
16   well, let me go back.
17        You said Mr. Han told Golden
18   Spring it would be compensated if the
19   agreement was successful; what did it mean
20   for the agreement to be successful?
21        A    I'm not sure.
22        Q    Does Golden Spring know?
23        A    I don't know.
24        Q    I mean was success defined as
25   regime change in China?  Was it defined as

Page 66

A. COLUCCIO

2         Q    As we're going if you remember
3    something you're telling me was a question
4    you asked her, please let me know.  If you
5    can remember, okay?
6         A    Okay.
7         Q    And you were typing up notes as
8    Ms. Wang was talking with you; was that
9    right?
10        A    Yes.
11        MR. GREIM:  I'm going to call
12   for production of those notes.
13        MS. TESKE:  We will object.
14        Q    Okay.  What about there's one more
15   piece of this I didn't ask you about.
16        What was the timeline discussed?
17   In other words, at what point was Golden
18   Spring going to look back and Eastern Profit
19   going to look back and say, all right, we
20   either are successful or we're not; was that
21   one of the things that was part of the
22   agreement?
23        A    I don't know.
24        MS. TESKE:  Object to the form
25   of that.

Page 68

A. COLUCCIO

2    some of Guo's assets get unfrozen; what was
3    the definition?
4         A    I don't know.
5         Q    Does Golden Spring know?
6         A    I don't know.
7         Q    Let's turn to the other half of
8    the agreement.  How much would Golden Spring
9    be compensated if the agreement was
10   successful?
11        A    I don't think that was decided on.
12        Q    How do you know that?
13        A    From my conversation with Yvette.
14        Q    So did Yvette tell you the amount
15   of the compensation wasn't decided on?
16        A    Correct.
17        Q    By the way in this discussion with
18   Yvette, did you have a chance to ask her
19   question or did she just kind of march
20   through the points with you?
21        A    I might have asked her, what, a
22   couple of questions.
23        Q    Do you remember any question that
24   you asked her?
25        A    Right now, I can't.

Page 67

A. COLUCCIO

2         Q    Is this the typical for Golden
3    Spring not to have written agreements with
4    its clients?
5         MS. TESKE:  Object to the
6    scope.
7         If you know the answer to
8    that, go ahead.
9         A    I don't know.
10        Q    Does Golden Spring know the answer
11   to that question?
12        A    I don't know.
13        Q    Does Golden Spring have written
14   agreements with any of its client?
15        MS. TESKE:  Object to the
16   scope of that question.
17        And you don't have to the
18   answer that.
19        Q    You're going to abide by counsel's
20   instruction?
21        A    Yes.
22        Q    Were the terms of Golden Spring's
23   deal with Eastern Profit atypical for Golden
24   Spring?
25        A    I don't know.

Page 69

18 (Pages 66 to 69)

30(b)(6): Amelia Coluccio
November 12, 2019

A. COLUCCIO
Q   Does Golden Spring have any
experience doing research work for clients?
          MS. TESKE:  Object to the
scope of that question.
          But you can answer, if you
know.
     A   Not that I know of.
     Q   So what investigation did Golden
Spring do of Eastern Profit before deciding
whether it wanted to go forward with this
deal with Eastern Profit?
     A   I don't know.
     Q   Did it conduct any due diligence
of Eastern Profit?
     A   I don't know.
     Q   Did it determine what Eastern
Profit's line of business was?
     A   I don't know.
     Q   Did it determine who controlled
Eastern Profit?
          MS. TESKE:  Objection to the
form of the question.
          The witness has already
testified that it had a preexisting

Page 70

A. COLUCCIO
controlled Eastern Profit?
          MS. TESKE:  Object to the
scope.
          You can answer, if you know.
     A   I was just thinking that if two
companies have a relationship, they have an
idea of the officers of each company.
     Q   Do you know that?
     A   No.
     Q   And do you -- you're going to be
told not to answer, but do you actually know
what that relationship is?
          MS. TESKE:  Direct not to
answer.
     Q   Do you yourself know what the
relationship was?
          I'm not going to ask what it was.
I want to know whether this witness even
knows what the relationship was.
          MS. TESKE:  I'm going to
direct you not answer because she's
testifying in her corporate capacity
and her personal knowledge is
irrelevant.

Page 72

A. COLUCCIO
relationship with Eastern Profit.
          But you can answer.
          MR. GREIM:  We don't need to
testify for the witness.  Let's just
see, let's see what Golden Spring
says.
     Q   Did Golden Spring know who
controlled Eastern Profit?
     A   I think so.  I don't know.
     Q   Why do you say you think so?
     A   Because they already had a
business relationship with Eastern Profit,
so I would think that they would know.
     Q   I mean was it even a major
business relationship?
          MS. TESKE:  Object to the
scope.
          You don't have to answer that.
     Q   Was it a contract of some kind?
          MS. TESKE:  You don't have to
answer that.
     Q   So why do you think that this
prior business relationship was sufficient
for Golden Spring to have known who

Page 71

A. COLUCCIO
     Q   Did Yvette Wang just tell you to
say that there was a prior relationship?
          MS. TESKE:  Object to the form
of the question.
     A   She didn't tell me to say it, but
she told, from my conversation with her, she
said that there was a preexisting
relationship.
     Q   And without disclosing what it
was, did she tell you what the relationship
was?
     A   No.
     Q   Did you ask her?
     A   No.
     Q   Now, both Eastern Profit and
Golden Spring New York are controlled by Guo
Wengui; Is that correct?
          MS. TESKE:  Object to the form
of the question.
          Do not answer it.
     Q   They have common ownership?
          MS. TESKE:  Object to the form
of the question.
          Do not answer it.

Page 73

19 (Pages 70 to 73)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2 **Q   Was it an arm's length negotiation**
3 **between Yvette Wang and Han Chunguang?**
4       MS. TESKE:  Object to the --
5 I'm sorry.
6       Say your question again.
7 **Q   Was it an arm's length negotiation**
8 **between Yvette Wang and Han Chunguang?**
9       MS. TESKE:  What negotiation?
10       MR. GREIM:  Over the terms of
11 Golden Spring's deal with Eastern
12 Profit.
13 A   I don't understand the question.
14 **Q   Okay.  Have you ever heard of the**
15 **term arm's length negotiation, have you ever**
16 **heard that before?**
17 A   No.
18 **Q   Let me ask you this then -- so you**
19 **never heard that -- each side fully controls**
20 **its own position and there's no common**
21 **control of the two different sides.**
22 **So my question is, in this**
23 **negotiation about the terms under which**
24 **Golden Spring would work for Eastern Profit,**
25 **was each side fully in control of its own**

Page 74

A. COLUCCIO

1
2 A   Just all I know was that it was
3 Golden Spring could act as limited power of
4 attorney for Eastern Profit.
5 **Q   In what matters?**
6 A   I don't, I'm not sure.
7 **Q   Was this in writing?**
8 A   Yes.
9       MR. GREIM:  I call for the
10 production of this other limited
11 power of attorney.
12       MS. TESKE:  I don't know that
13 there is an other limited power of
14 attorney.
15       MR. GREIM:  Well, I've got the
16 best they can give me.
17       MS. TESKE:  And if there is
18 and it concerns something other than
19 this contract, then it's not
20 relevant to this case.
21       MR. GREIM:  Apparently it
22 affected the negotiation between the
23 two.
24       MS. TESKE:  I didn't hear that
25 out of her.

Page 76

A. COLUCCIO

1
2 position in that negotiation.
3       MS. TESKE:  Object to the
4 scope.
5       And in so far as she is here
6 to testify as to GSNY, not Eastern,
7 but you can answer to the best of
8 your ability.
9 A   From what I understand there was,
10 there had already been a limited power of
11 attorney in place for Golden Spring to act
12 as Eastern Profit's limited power of
13 attorney.
14       So Mr. Han basically told Yvette
15 that she could go forward on behalf of
16 Eastern Profit because there was that
17 limited power of attorney.
18 **Q   So even before Golden Spring**
19 **approached Eastern Profit about the research**
20 **agreement, Golden Spring already held a**
21 **limited power of attorney on behalf of**
22 **Eastern Profit?**
23 A   Yes.
24 **Q   Okay.  What was the scope of that**
25 **authority?**

Page 75

A. COLUCCIO

1
2 **Q   Have you ever seen it?**
3 A   No.
4 **Q   Who told you it existed?**
5 A   Yvette.
6 **Q   When?**
7 A   Yesterday.
8 **Q   Did you ask to see it?**
9 A   No.
10 **Q   Well, since GSNY already had this**
11 **limited power of attorney, why did they even**
12 **go to Mr. an Chin Gwan and ask for**
13 **permission for Eastern Profit to enter into**
14 **the research agreement?**
15       MS. TESKE:  Object to the form
16 of the question.
17 A   I don't know.
18 **Q   So did the limited power of**
19 **attorney not already give Golden Spring**
20 **authority to just put Eastern Profit's name**
21 **on the agreement?**
22       MS. TESKE:  Object to the form
23 of the question.
24 A   I don't know.
25 **Q   Who knows the answer?**

Page 77

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

1  A. COLUCCIO
2  A   I don't know for sure.
3  Q   Did Golden Spring come up with a
4  budget for how much it would cost to work on
5  this project for Eastern Profit?
6  A   I don't know.
7  Q   Has Golden Spring been paid for
8  its work on behalf of Eastern Profit?
9  A   No.
10  Q   Does Golden Spring New York have
11  any clients who pay it for work on projects?
12  MS. TESKE:  Object.
13  Don't answer that.
14  Q   Is it typical -- well, let me ask
15  you this.
16  How many hours has Golden Spring
17  put into this Eastern Profit negotiation,
18  performance, everything that's covered under
19  its work for Eastern Profit, how many hours
20  has Golden Spring put into it?
21  A   I don't know.
22  Q   Hundred hours?
23  A   I don't know.
24  Q   A thousand?
25  A   I don't know.

Page 78

1  A. COLUCCIO
2  A   Right.
3  Q   And I suppose you spent sometime
4  on it too?
5  A   On this litigation matter?
6  Q   Yes.
7  A   In an administrative sense, yes.
8  Q   What about the Han Chunguang, does
9  he spend time on this?
10  A   I --
11  MS. TESKE:  Object to the form
12  of the question.
13  You can answer.
14  A   I don't know.
15  Q   Is he a Golden Spring employee?
16  A   No.
17  Q   Does he work in a Golden Spring
18  office?
19  MS. TESKE:  Object to the form
20  of the question.
21  A   No.
22  Q   You seem uncertain about that?
23  A   I've seen him at the office, but I
24  don't think he works out of the office.
25  Q   Where does he work?

Page 80

1  A. COLUCCIO
2  Q   Who are the different staff at
3  Golden Spring who work on the Eastern Profit
4  project?
5  MS. TESKE:  Object to the
6  form.  Asked and answered.
7  You can answer.
8  A   Just Yvette.
9  Q   Mr. Podhaskie too though, right?
10  A   I'm sorry.  The Eastern Profit
11  project?
12  Q   Yeah.  Let's go back.
13  Is that unclear to you?
14  A   Yes.
15  Q   Let's go from the negotiation of
16  the contract through the performance through
17  everything else that is under the limited
18  power of attorney.
19  And so my question is who works on
20  those things?  So far we got Yvette and my
21  next question is, is that Mr. Podhaskie as
22  well?
23  A   Not that I know of.
24  Q   Other than his time spent in this
25  litigation itself?

Page 79

1  A. COLUCCIO
2  A   I don't --
3  MS. TESKE:  Object.
4  You don't have to answer that.
5  Q   I'm sorry, what were you about to
6  say?
7  MS. TESKE:  I'm directing her
8  not to answer.  It's way beyond the
9  scope.
10  Q   Does he have a Golden Spring email
11  address?
12  A   Not that I know of.
13  VIDEOGRAPHER:  Counselor.
14  Q   Why did Eastern Profit tell Golden
15  Spring it would enter into the contract?
16  A   Because, well I know that Mr. Han
17  was being persecuted by the CCP and was
18  interested in doing research on them, and
19  Eastern was in a position to enter into the
20  contract.
21  Q   What do you mean it was in a
22  position to be able to enter into the
23  contract?
24  A   It was able to.
25  Q   That's literally what Mr. Han told

Page 81

21 (Pages 78 to 81)

Atkinson-Baker, Inc.
www.depo.com

A. COLUCCIO

1   Ms. Wang?
2         MS. TESKE:  Object to the form
3   of the question.
4         You can answer.
5      A   From what I understand.
6      Q   Well, does Golden Spring actually
7   know that what Mr. Han said is true, that
8   he's being persecuted by the CCP?
9         MS. TESKE:  Object to the form
10  of the question.
11        You can answer.
12     A   I don't know.
13     Q   Did Golden Spring make any efforts
14  to see whether Mr. Han's story was correct?
15     A   I don't know.
16     Q   Who would know the answer to that
17  question?
18     A   I think maybe Yvette would.
19     Q   Did Mr. Han tell Golden Spring
20  what the persecution consisted of?
21     A   I don't know.
22     Q   Did Mr. Han tell Golden Spring why
23  he thought entering into this research
24  agreement would ease the persecution?

Page 82

A. COLUCCIO

1   agreement was successful.
2      Q   Okay.  My question is a little bit
3   different though.
4         My question is, did Eastern Profit
5   tell Golden Spring how Eastern Profit
6   intended to pay for the research itself?
7      A   I don't know.
8      Q   Well, did a time come when Golden
9   Spring learned that Eastern Profit couldn't
10  pay anyone anything?
11        MS. TESKE:  Object to the form
12  of the question.
13     A   I don't know.
14     Q   Who knows the answer to that
15  question?
16     A   I don't know.
17     Q   Is it unusual for Golden Spring to
18  work for free?
19        MS. TESKE:  Object to the form
20  of the question.
21        You can answer.
22     A   I don't know.
23     Q   Did Golden Spring already know
24  that Eastern Profit's assets were frozen at

Page 84

A. COLUCCIO

1      A   I don't --
2         MS. TESKE:  Object to the form
3   of the question.
4         You can answer.
5      A   I don't know.
6      Q   Did Mr. Han tell Golden Spring
7   what its goals were, what Eastern Profit's
8   goals were in entering into the research
9   agreement?
10     A   I don't know.
11     Q   Did Mr. Han give Golden Spring New
12  York any parameters in terms of how much it
13  was willing to spend on the research
14  agreement?
15     A   I don't know.
16     Q   Mr. Han tell Golden Spring whether
17  Eastern Profit itself could even afford to
18  pay for research?
19        MS. TESKE:  Object to the
20  form.
21        You can answer.
22     A   I'm not sure.  I just know that
23  they, that he said that Golden Spring would
24  be compensated by Eastern Profit if the

Page 83

A. COLUCCIO

1   the time it entered, it began its
2   discussions with Eastern Profit?
3         MS. TESKE:  Object to the form
4   of the question.
5         You can answer.
6      A   I don't know.
7      Q   Did Golden Spring come up with any
8   backup plan to be paid if it did all this
9   work for Eastern Profit and the contract --
10  and it was owed money?
11     A   I don't know.
12     Q   Who did Ms. Wang report to with
13  respect to her work on the project?
14     A   She didn't report to anyone.
15     Q   How do you know that?
16     A   From my conversations with her.
17     Q   Did she refer to Guo Wengui as her
18  boss?
19     A   No.
20     Q   How do you know?
21     A   She told me.
22     Q   So she specifically told you last
23  night that she never referred to Guo Wengui
24  as her boss?

Page 85

22 (Pages 82 to 85)

30(b)(6): Amelia Coluccio
November 12, 2019

A. COLUCCIO
1   A   No.  She didn't specifically say
2   that, but she did say that she didn't report
3   to anyone.
4       **Q   So you don't know the answer to**
5   **whether she told other people that Guo**
6   **Wengui was her boss in negotiating this**
7   **contract?**
8       MS. TESKE:  Object to the form
9       of the question, object to the
10      scope.
11          We're not here to testify
12      about Ms. Wang in her personal
13      capacity.  We're here to testify
14      about GSNY's communications with
15      Eastern and Guo concerning the
16      contract.
17          MR. GREIM:  Wait a minute,
18      wait a second here.
19          So did Ms. Wang have
20      discussions with Strategic Vision in
21      her personal capacity not as a
22      president of Golden Spring?
23          MS. TESKE:  Your question is
24      open ended, and I'm saying that you

Page 86

A. COLUCCIO
1   negotiations really got underway.  And I'm
2   going to go back a little bit earlier in
3   time before we move on and power through
4   here.
5           So my question to you is, how
6   did Golden Spring first learn about
7   the research agreement?
8       A   Mr. Guo introduced, Mr. Guo had
9   met with Wallop and Waller and had discussed
10  doing research with them, and then he
11  introduced them to Yvette.
12      **Q   So did he introduce Yvette as**
13  **president of Golden Spring?**
14      A   Yeah.
15      **Q   He did, okay.**
16      **Did this occur at a meeting?**
17      A   I'm not sure.
18      **Q   Well, when Mr. Guo introduced --**
19  **by the way, do you know the first name of**
20  **Wallop?**
21      A   French.
22      **Q   And the first name of Waller?**
23      A   Jay Michael.
24      **Q   Did this introduction by Mr. Guo**

Page 88

A. COLUCCIO
1   need to ask questions specific to
2   communications with Eastern and Guo
3   concerning this contract.
4       MR. GREIM:  Okay.  Let's take
5       a break.
6       VIDEOGRAPHER:  The time is
7       10:45 a.m. Tuesday, November
8       12, 2019.
9           This is the end of media
10      number one of the videotaped
11      deposition of Amelia Coluccio.
12          We're off the record.
13          (Whereupon, a recess was taken
14          from 10:45 a.m. to 10:59 a.m.)
15      VIDEOGRAPHER:  The time is
16      10:59 a.m., Tuesday November
17      12, 2019.
18          This is media number two of
19      the videotaped deposition of Ms.
20      Amelia Coluccio.
21          We are back on the record.
22      **Q   Now, we were just talking before**
23  **the break about the Golden Spring Eastern**
24  **Profit's interactions before the**

Page 87

A. COLUCCIO
1   of Strategic Vision to Yvette Wang happen in
2   person?
3       A   I don't know.
4       **Q   Do you know when it happened?**
5       A   I don't know.
6       **Q   But it happened, I take it, before**
7   **Ms. Wang approached Eastern Profit?**
8       A   Correct.
9       **Q   What did Mr. Guo say about Golden**
10  **Spring to Wallop and Waller?**
11      A   I don't know.
12      **Q   Does Golden Spring know?**
13      A   I don't know.
14      **Q   Who knows the answer to that**
15  **question?**
16      A   I don't know.
17      **Q   Yvette Wang?**
18      A   I don't know.
19      **Q   Well, you testified that -- well,**
20  **actually was Yvette Wang present for the**
21  **introduction?**
22          MS. TESKE:  Object to the
23          form.
24              You can answer.

Page 89

23 (Pages 86 to 89)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2    A    I would think she would have to
3    be.
4    **Q    Right.  So wouldn't you think**
5    **she'd probably know what Mr. Guo said?**
6         MS. TESKE:  Objection to the
7         form.
8         You can answer.
9    A    I guess so.
10   **Q    Well, was she translating to**
11   **Mr. Guo to Wallop and Waller?**
12   A    I don't know.
13   **Q    Does Golden Spring know the answer**
14   **to that question?**
15   A    I don't know.
16   **Q    So is Mr. Guo speaking in English**
17   **at the instruction of Golden Spring to**
18   **Wallop and Waller?**
19   A    I don't know.
20   **Q    Who knows the answer to that?**
21   A    I don't know.
22   **Q    Mr. Guo, does Mr. Guo know the**
23   **answer to it?**
24   A    I would think so.
25   **Q    Does Ms. Wang know the answer to**

Page 90

A. COLUCCIO

1
2    it?
3    A    I would think so.
4    **Q    What did Golden Spring say about**
5    **itself to Wallop and Waller at this**
6    **introduction?**
7    A    That Golden Spring was interested
8    in doing research on the CCP.
9    **Q    Did Golden Spring say why it was**
10   **interested in doing research on the CCP?**
11   A    I don't know.
12   **Q    Why was Golden Spring interested**
13   **in doing research on the CCP?**
14   A    I don't know.
15   **Q    What research did Golden Spring**
16   **want to do into the CCP?**
17   A    I know that they wanted to
18   investigate a list of names.
19   **Q    How do you know that?**
20   A    Um, because I know that that was
21   one of the things that Yvette as president
22   of Golden Spring had discussed with Mr. Guo.
23   **Q    So did Yvette as president of**
24   **Golden Spring discuss this with Mr. Guo**
25   **before the first meeting between Strategic**

Page 91

A. COLUCCIO

1
2    Vision and Golden Spring and Mr. Guo?
3    A    No.  I don't think so.
4    **Q    What all was discussed at this**
5    **first meeting between Golden Spring, Mr. Guo**
6    **and Strategic Vision?**
7         MS. TESKE:  These questions
8         have already been answered, but you
9         can answer them, if you know.
10   A    Just, I thought they wanted to do
11   research on the CCP.
12   **Q    Were any names identified in that**
13   **first meeting?**
14   A    I don't know.
15   **Q    Were the reasons for the research**
16   **discussed in that first meeting?**
17   A    I don't know.
18   **Q    Was the expected timeline**
19   **discussed in the first meeting?**
20   A    I don't know.
21   **Q    Was the relationship between**
22   **Golden Spring and Mr. Guo discussed in that**
23   **first meeting?**
24   A    I don't know.
25   **Q    And Eastern Profit could not have**

Page 92

A. COLUCCIO

1
2    been mentioned yet in that first meeting
3    because Golden Spring hadn't yet gone to
4    Eastern Profit, correct?
5    A    Right they hadn't yet gone to
6    Eastern Profit.
7    **Q    So was it discussed at the first**
8    **meeting that Golden Spring would actually be**
9    **the entity entering into the research**
10   **agreement with Strategic Vision?**
11   A    I don't know.
12   **Q    Was it discussed at Mr. Guo**
13   **himself would be entering into the research**
14   **agreement with Strategic Vision?**
15   A    Not that I know of.
16   **Q    So you don't know either way?**
17        MS. TESKE:  Object to the
18        form.
19   A    Right, I don't know.
20   **Q    What about have you ever heard of**
21   **someone named Lianchao Han?**
22   A    I've heard the name.
23   **Q    Okay.  Where have you heard the**
24   **name before?**
25   A    Just from organizing these

Page 93

24 (Pages 90 to 93)

A. COLUCCIO

1
2  documents I've just come across the name.
3      **Q   What's his relationship to Golden**
4  **Spring?**
5      A   I don't know.
6          MS. TESKE:  Object to the
7      form.
8      **Q   Do you understand whether Lianchao**
9  **Han was discussed as the person to sign the**
10 **research agreement with Strategic Vision?**
11     A   No.
12     **Q   Does Golden Spring know the answer**
13 **to that question?**
14     A   I don't know.
15     **Q   Was Golden Spring's existence**
16 **actually disclosed to Strategic Vision in**
17 **this introductory meeting?**
18     A   I believe so.
19     **Q   Why do you say you believe so?**
20     A   Because I believe Yvette was
21 introduced as the president of Golden
22 Spring.
23     **Q   Okay.  How do you know that?**
24     A   From my conversation with
25 Yvette.

Page 94

A. COLUCCIO

1
2  march down that too fast.
3          Had Golden Spring done research into
4  the -- well, let me ask you this, how many names
5  were there that Golden Spring gave to Strategic
6  Vision?
7      A   I don't know.
8      **Q   Was it ten?**
9      A   I don't know.
10     **Q   Twenty?**
11     A   I don't know.
12     **Q   Am I close at all?  Do you have**
13 **some general sense of how many names there**
14 **were?**
15     A   No.
16     **Q   Did Golden Spring do research in**
17 **with another company into those same names?**
18     A   I don't know.
19     **Q   Can you name me anyone one of the**
20 **names?**
21     A   No.
22     **Q   How did Golden Spring come up with**
23 **the names?**
24         MS. TESKE:  Object to the
25     form.

Page 96

A. COLUCCIO

1
2      **Q   Would that be in your notes?**
3          MS. TESKE:  Object to the form
4      of the question.
5      A   I don't know if that specific line
6  is in my notes.  I didn't write down
7  everything that was said.
8      **Q   By the way, so far have we covered**
9  **at least somethings that are in your notes?**
10     A   Yes.
11     **Q   Is there anything specific that**
12 **Golden Spring asked you to make sure you say**
13 **today?**
14         MS. TESKE:  Object to the form
15     of the question.
16         You can answer.
17     A   No.
18     **Q   Is there anything Golden Spring**
19 **asked you to make sure you don't say today?**
20         MS. TESKE:  Object to the form
21     of the question.
22         You can answer.
23     A   No.
24     **Q   When was the next meeting**
25 **between -- let me back up.  I don't want to**

Page 95

A. COLUCCIO

1
2          You can answer.
3      A   I know that Mr. Guo gave some
4  advice on coming up with the list of names.
5      **Q   What do you mean by advice?**
6      A   Maybe gave suggestions who to add
7  to the list.  Not sure.  I just know he gave
8  advice.
9      **Q   Why do you use the word advice?**
10     A   Because that's my understanding of
11 what happened.
12     **Q   And that comes from what Yvette**
13 **Wang told you last night?**
14     A   Yeah.
15     **Q   Is that the word Yvette Wang used**
16 **when she told you that Mr. Guo gave advice?**
17     A   I don't remember specifically if
18 that's the exact word she used.
19     **Q   Did she give you any further**
20 **description of what Mr. Guo did other than**
21 **to tell you that he gave advice?**
22         MS. TESKE:  Object to the
23     form.
24     A   You mean regarding this list of
25 names?

Page 97

25 (Pages 94 to 97)

A. COLUCCIO

1 
2 Q   Yes.
3 A   From what I understand, he just
4 gave advice on helping to come up with the
5 list of names.
6 Q   Then my question is, do you have
7 any other understanding other than that
8 word, advice, about what Mr. Guo did?
9 MS. TESKE:  Object to the form
10 of the question.
11 A   No.
12 Q   Do you have authority from Golden
13 Spring to say anything contrary to what
14 Yvette Wang told you last night?
15 MS. TESKE:  Object to the form
16 of the question.
17 A   Yes.
18 Q   So far have you told me anything
19 contrary to what Ms. Wang told you last
20 night?
21 MS. TESKE:  Object the form of
22 the question.
23 You can answer?
24 A   I am not sure.
25 Q   Where did Golden Spring obtain

Page 98

---

A. COLUCCIO

1 
2 the -- well, let me ask you this.
3 What exactly did Golden Spring
4 give to Strategic Vision, what did the work
5 product look like?
6 MS. TESKE:  Object.
7 These questions have been
8 answered, but you can answer, if you
9 know.
10 A   I don't know other than a list of
11 names.
12 Q   Was it a list or did it have
13 attached information for the different
14 names?
15 A   I don't know.
16 Q   Do you know other than Mr. Guo who
17 else worked on compiling the list?
18 A   Yvette.
19 Q   Other than Yvette and Mr. Guo, who
20 else worked on compiling the list?
21 A   I don't know.
22 Q   Where did Yvette go to come up
23 with the names?
24 A   I don't know.
25 MS. TESKE:  Object to the

Page 99

---

A. COLUCCIO

1 
2 form.
3 Q   Did Guo want -- Well, let me ask
4 you this, so did Guo not give all the names
5 to Ms. Wang?
6 A   From what I understand, that's
7 correct.  He did not give all the names to
8 her.
9 Q   Which names did Mr. Guo give to
10 Ms. Wang?
11 A   I don't --
12 MS. TESKE:  These questions
13 have been answered, but you can
14 answer, if you know.
15 A   I don't know.
16 Q   What did Mr. Guo tell Ms. Wang
17 about the names he was giving?
18 A   I don't know.
19 Q   Who proposed the final set of
20 names?  Was it, were they from Mr. Guo or
21 from Yvette Wang herself?
22 MS. TESKE:  Asked and
23 answered, but you can answer.
24 A   Yvette.
25 Q   When I said the final set, you

Page 100

---

A. COLUCCIO

1 
2 understand that there were five names added
3 to the list at the end?
4 MS. TESKE:  Object to the
5 form.
6 Q   Have you heard that before?
7 A   No.
8 Q   Yvette Wang didn't tell you that
9 last night?
10 A   Correct.
11 Q   Can Golden Spring New York tell me
12 who came up with the last five names on the
13 list?
14 A   I don't know.
15 Q   Did Mr. Guo tell Golden Spring
16 what his views were on the last five names
17 added to the list?
18 A   I don't know.
19 Q   What did Guo and Golden Spring
20 tell Strategic Vision about what they intend
21 to do with with the research results?
22 A   I don't know.
23 Q   Did you discuss this with Ms. wang
24 last night?
25 A   No.

Page 101

26 (Pages 98 to 101)

30(b)(6): Amelia Coluccio
November 12, 2019

A. COLUCCIO

Q   Didn't they tell Strategic Vision that intended to publicize the research results at the appropriate time?

MS. TESKE:  Objection to the form.

These questions have been answered, but you can answer, if you know.

A   I don't know.

Q   Did they disclose to Strategic Vision how they intended to publicize the results?

A   I don't know.

Q   Did they tell Strategic Vision that they intended to use Mr. Guo's own media entity to publicize the research results?

MS. TESKE:  Object to the form.

If you could, answer.

A   I don't know.

Q   Why don't you, if you could take a look at topic three on the list.

Do you see that?

Page 102

A. COLUCCIO

A   Um-hmm.

Q   Golden Spring dealings with Eastern Profit and the Guo Wengui between January 1, 2017, and July 1, 2019, as those dealings relate to the negotiation, execution or performance of the contract at issue.

Do you see that?

A   Um-hmm.

Q   Why don't you just tell me what you know about topic three.  What did Yvette Wang tell you last night that relates to topic three?

MS. TESKE:  Object to the form, but you can answer.

A   So I know that Mr. Guo, as I said, gave advice regarding the list of names. And he also gave advice regarding the terms of the research agreement and then dealings with Eastern Profit.  Like I said, she had a discussion with Mr. Han, and Mr. Han said Eastern Profit could enter into the contract.

Q   Do you know anything else about

Page 103

A. COLUCCIO

topic three?

MS. TESKE:  Objection to the form of the question.

You can answer, if anything is popping out to you.

A   Not anything I can think of they haven't already said.

Q   Did Golden Spring explore any other candidates for entering into this research agreement other than Eastern Profit?

A   I don't know.

Q   What did Golden Spring tell Strategic Vision about how the research results would be disseminated?

A   I don't know.

Q   In other words, did -- let me ask you this.  Did Golden Spring have any deal with Guo Wengui or Eastern Profit about who would be able to see the research results?

MS. TESKE:  Object to the form of the question.

You can answer.

A   I don't know.

Page 104

A. COLUCCIO

Q   Did Golden Spring have any deal with Eastern Profit or Guo Wengui that a company called ACA would be able to have the research results?

MS. TESKE:  Object to the form of the question.

You can answer.

A   I don't know.

Q   Did Golden Spring Eastern Profit and Mr. Wengui have any deal regarding who would decide how the research results would be used or disseminated?

MS. TESKE:  Object to the form of the question.

You can answer.

A   I don't know.

Q   Who knows the answer to that question?

A   I don't know.

Q   What did Mr. Guo advise Golden Spring regarding the terms of the research agreement?

A   I believe he gave advice on the financial terms in the agreement.

Page 105

27 (Pages 102 to 105)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2  **Q   What was his advice?**
3  A   I don't know.
4  **Q   What were the financial terms of**
5  **the agreement?**
6  A   I don't know.
7  **Q   So Guo knew of the finances of**
8  **Eastern Profit?**
9  MS. TESKE:  Object to the form
10  of the question.
11  How is she supposed to opine
12  on that?  That's not what she's here
13  to testify on.  She's here to
14  testify to Golden Spring's
15  knowledge, not Mr. Guo's knowledge.
16  **Q   When Mr. Guo was advising Eastern**
17  **Profit on the financial terms of the**
18  **research agreement, didn't he know what**
19  **Eastern Profit's own finances were?**
20  MS. TESKE:  Same objection.
21  **Q   Did he disclose them?**
22  MS. TESKE:  Do you have a
23  question about GSNY?
24  **Q   Oh, I did say Eastern Profit.  I**
25  **keep forgetting we have to keep them**

Page 106

A. COLUCCIO

1
2  distinct.
3  So when Mr. Guo gave advice to
4  Golden Spring on the terms of the research
5  agreement, did he disclose that he knew the
6  financial condition of Eastern Profit?
7  A   I don't know.
8  **Q   Well, Mr. Guo advised that he was**
9  **fine with the million dollar deposit, didn't**
10  **he?**
11  MS. TESKE:  Object to the form
12  of the question.
13  You can answer that, if you
14  know.
15  A   I don't know.
16  **Q   Was Mr. Guo fine with the research**
17  **agreement having a million dollar deposit**
18  **when Eastern Profit had no way to pay it?**
19  MS. TESKE:  Object to the form
20  of the question.
21  A   I don't know.
22  **Q   What did he tell Golden Spring**
23  **about that?**
24  MS. TESKE:  Object to the form
25  of the question.

Page 107

A. COLUCCIO

1
2  A   I don't know.
3  **Q   Did you ask any of these questions**
4  **of Yvette Wang last night?**
5  A   No.
6  **Q   Did she volunteer any of this to**
7  **you?**
8  A   No.
9  **Q   Did Golden Spring give advice to**
10  **Eastern Profit on the terms of the research**
11  **agreement?**
12  A   I don't know.
13  **Q   Well, let me ask you this, you**
14  **already testified that there was this**
15  **meeting between Golden Spring and between**
16  **Yvette Wang, right, acting on behalf of**
17  **Golden Spring, correct?**
18  A   Correct.
19  **Q   And Mr. Han Chunguang, right?**
20  A   Correct.
21  **Q   In that meeting she disclosed the**
22  **research agreement, right?**
23  A   Correct.
24  **Q   Let's do this right.  Strike that.**
25  In that meeting she disclosed that

Page 108

A. COLUCCIO

1
2  there was this research project, right?
3  A   Right.
4  **Q   And your testimony is that Mr. Han**
5  **Chunguang immediately agreed; is that right?**
6  MS. TESKE:  Object to the
7  form.
8  You can answer.
9  A   I don't think I said immediately
10  agreed.
11  **Q   So Golden Spring isn't sure**
12  **whether Han Chunguang told he agreed after**
13  **that first disclosure?**
14  A   No.  From what I understand he did
15  agree in that first meeting.
16  **Q   Oh, okay.**
17  And when was the next time that
18  **Golden Spring reported to Eastern Profit**
19  **regarding anything about the research**
20  **agreement?**
21  A   I don't know.
22  **Q   Well, did Golden Spring ask**
23  **Eastern Profit for authority to actually**
24  **sign the research agreement?**
25  A   I don't know.

Page 109

28 (Pages 106 to 109)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

1
2  **Q**  Well, I'm asking you whether
3  Golden Spring knows.  Does Golden Spring
4  know whether it asked Mr. Han Chunguang
5  after that first discussion for authority to
6  sign the research agreement?
7       MS. TESKE:  Object to the
8  form.
9       You can answer.
10  **A**  I don't know.
11  **Q**  Well, how about this, do you
12  handle reports from Golden Spring to Eastern
13  Profit about the contract?
14  **A**  No.
15  **Q**  How about the litigation?
16  **A**  No.
17  **Q**  You ever seen any?
18  **A**  Any reports?
19  **Q**  Um-hmm.  From Golden Spring to
20  Eastern Profit about the contract.
21  **A**  No.
22  **Q**  Have you ever seen any email from
23  Golden Spring to Eastern Profit about the
24  research agreement at issue here?
25  **A**  No.

Page 110

A. COLUCCIO

1
2  **Q**  What about any email from Golden
3  Spring to Eastern Profit reporting on the
4  litigation?
5  **A**  No.
6  **Q**  Does Yvette Wang have the
7  authority to sign Han Chunguang's name on
8  documents for Eastern Profit?
9       MS. TESKE:  Object to the form
10  of the question.
11  **A**  I don't know.
12  **Q**  Is that within the scope of the
13  limited power of attorney that Eastern
14  Profit has granted to Golden Spring in this
15  case?
16       MS. TESKE:  Object to the form
17  of the question.
18  **A**  I don't know.
19  **Q**  At what point does Mr. Chunguang
20  have to approve decisions that Golden Spring
21  makes regarding the contract?
22  **A**  I don't know.
23  **Q**  At what point does Han Chunguang
24  have to approve decisions that Golden Spring
25  makes regarding litigation?

Page 111

A. COLUCCIO

1
2  **A**  I don't know.
3  **Q**  I'm going to hand you what we're
4  marking as Golden Spring two.  Take a look
5  at this if you could please.
6       Whereupon, Limited Power of
7       Attorney was marked as
8       Plaintiff's Exhibit 2 for
9       identification as of this date.)
10  **Q**  Take a look at this if you could
11  please.  You see it's a two page document.
12  Top says limited power of attorney.  Bates
13  number, Eastern 276 to 277.
14       Have you seen this before?
15  **A**  No.
16  **Q**  You don't recognize this document?
17  **A**  I haven't seen it.
18  **Q**  Did Golden Spring negotiate this
19  with Eastern Profit?
20  **A**  I don't know.
21  **Q**  You see the person who notarized
22  it on the bottom of page two?
23  **A**  Yes.
24  **Q**  What name do you see there?
25  **A**  Karin Maistrello.

Page 112

A. COLUCCIO

1
2  **Q**  Is she a Golden Spring employee?
3  **A**  Yes.
4  **Q**  You see who signed it up above
5  Chunguang Han?
6  **A**  Yes.
7  **Q**  We already established he's not a
8  Golden Spring employee, but you know who he
9  is?
10  **A**  Yes.
11  **Q**  Do you know who filled in as title
12  as director?
13  **A**  No.
14  **Q**  Have you talked to Karin
15  Maistrello about the case?
16  **A**  No.
17  **Q**  So I guess just to be clear, this
18  limited power of attorney was not shown to
19  you in your meeting last night?
20  **A**  Correct.
21  **Q**  Do you have any understanding
22  about what the limited power of attorney
23  covers?
24  **A**  No.
25  **Q**  Do you know whether the limited

Page 113

29 (Pages 110 to 113)

30(b)(6): Amelia Coluccio
November 12, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

power of attorney that you testified about
earlier is broader or narrower in scope than
this limited power of attorney?

     Why don't you take a second and
look at the operative portions.  You'll see
it starts in the middle.  "This appointment
shall apply only to the following enumerated
transactions and nothing herein or in the
agreement shall be construed to the
contrary."

     And first of all, you'll see it
says, an appointment, then it mentions an
agreement.  Are you aware of any other
agreement?

     A   No.

     Q   Well, do you know whether a lawyer
even drafted this?

     A   I don't know who drafted this.

     Q   Well, let's look at the power of
attorney.  Number one, negotiating a
contract between Eastern and SV.

     Do you see that there?

     A   Um-hmm.

     Q   Second, executing a contract

Page 114

A. COLUCCIO

     A   Yes.

     Q   Now, that was before the
negotiation or the agreement began; is that
right?

     A   From what I understand, yes.

     Q   And if you see this was signed, it
purports to be signed the 30th day of
August, 2018, right?

     A   Right.

     Q   Do you know why this was not
signed until August 30th of 2018?

     A   I don't know why.

     Q   And by the way, has Golden Spring
been given a power of attorney like this for
any other client of its?

          MS. TESKE:  Objection.

          You don't have to answer that
question.

     Q   Have you ever seen a power of
attorney like this before?

     A   Have I ever seen one?

     Q   Um-hmm.

     A   Yes.

     Q   In similar format to this?

Page 116

A. COLUCCIO

between Eastern and SV, right?

     A   Um-hmm.

     Q   And then third the full and
present preservation of Eastern's rights
under any contract between Eastern and SV,
including but not limited to, prosecuting
and/or defending any and all claims
concerning the relationship between Eastern
and SV; including, but not limited to, any
and all of the following acts.  And it's got
three things there.

     Do you see that?

     A   Yes.

     Q   A is retaining counsel; B is
executing affidavits and pleadings on behalf
of Eastern; and C is resolving and/or
resettling any dispute between Eastern and
SV via execution of the settlement
agreement.

     Do you see all those things?

     A   Yes.

     Q   Go to the next paragraph it goes
on and do you see where it says this is
effective as of October 1, 2017, right?

Page 115

A. COLUCCIO

          MS. TESKE:  Object to the
form.

          You can answer.

     A   I haven't thoroughly read through
others that I've seen.

     Q   Well, we just went through the
terms and my question to you is, is this
broader or narrower than the power of
attorney you testified about earlier that
Golden Spring already had on behalf of
Eastern before Yvette Wang went to talk to
Han Chunguang?

          MS. TESKE:  Object to the
form, but you can answer.

     A   This is the one that I was
referring to.

     Q   I see.

     A   From what I understand since it
was in effect starting in October of 2017.

     Q   Right.  But in October no one knew
that this power of attorney was going to be
executed, did they?

     A   I don't know.

     Q   So do you think there was a prior

Page 117

30 (Pages 114 to 117)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1    version of this from October?
2    A   Not that I know of.
3    Q   So do you know whether Eastern --
4    do you know whether a power of attorney
5    actually existed in October 2017 between
6    Strategic Vision and Eastern Profit?
7    A   Other than this?
8    Q   Other than this.
9    A   Not that I know of.
10   Q   So did Golden Spring back in
11   October of 2017 know that it already had a
12   power of attorney for Eastern Profit?
13        MS. TESKE:  Object to the
14        form.
15        You can answer.
16   A   From what I understood, yes.
17   Q   So how did they know?  How did
18   Golden Spring know it had a power of
19   attorney back in October --
20   A   I don't know.
21   Q   -- of 2017?
22   A   I don't know.
23   Q   Well, who told you that Golden
24   Spring understood this?

Page 118

A. COLUCCIO

1    A   Yvette.
2    Q   So Yvette told you last night that
3    in October of 2017, Golden Spring already
4    believed it had a power of attorney for
5    Eastern Profit?
6    A   I don't think she gave me a
7    specific month.  She just said it existed
8    before she had the initial conversation with
9    Mr. Han.
10   Q   Okay.  So during that period
11   before she had the initial conversation with
12   Mr. Han, was the power of attorney that
13   Eastern Profit, I'm sorry, that Golden
14   Spring was operating under at that time
15   broader or narrower than this later written
16   power of attorney?
17        MS. TESKE:  Object to the
18        form.  Asked and answered.
19   Q   You can answer.  She just
20   objected.
21   A   So from what I understand this is
22   the power of attorney that I had been
23   referring to.
24   Q   I understand.  I understand, but

Page 119

A. COLUCCIO

1    remember it was executed in August, right?
2    A   Um-hmm.
3    Q   My question to you is about what
4    Golden Spring understood back in October or
5    back in the period before the first
6    approach.
7    A   Yeah.
8    Q   Did Golden Spring understand that
9    it was operating under a power of attorney
10   that's as broad as this one or was it one
11   that was narrower than this?
12        MS. TESKE:  Object to the
13        form.
14        You can answer.
15   A   I don't know.
16   Q   Who was running the day-to-day
17   operations of Eastern Profit during the time
18   before the approach between Yvette Wang and
19   Han Chunguang?
20        MS. TESKE:  Object to the
21        scope of the question.
22        If you know, you can answer?
23   A   I don't know.
24   Q   Did Golden Spring when it

Page 120

A. COLUCCIO

1    approached Han Chunguang know what Eastern
2    Profit did?
3    A   I don't know.
4    Q   Did Golden Spring know Eastern
5    Profit's line of business?
6    A   I don't know.
7    Q   Did Golden Spring know whether
8    Eastern Profit was credit worthy?
9    A   I don't know.
10   Q   Let talk about Guo Wengui.
11        Have you seen him before by the
12   way?
13   A   Yes.
14   Q   You'd recognize him if you saw him
15   in person?
16   A   Yes.
17   Q   Now we talked about Golden
18   Spring's agency, for lack of a better term,
19   for Eastern Profit.
20        My question now is, what did
21   Golden Spring understand Guo Wengui's
22   relationship to be with Eastern Profit.
23        MS. TESKE:  Object to the
24        form.

Page 121

31 (Pages 118 to 121)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

1  
2  You can answer?
3  A  I don't know.
4  Q  What did Golden Spring understand
5  Guo's relationship to be with Golden Spring?
6  A  That he's a client of Golden
7  Spring.
8  Q  Is he also part owner of Golden
9  Spring?
10  A  No.  Not that I know of.
11  Q  Who owns Golden Spring?
12  A  I don't know.  I know Yvette's the
13  president, and I don't know who the owner
14  is.
15  Q  Well, who's the sole director of
16  Golden Spring?
17  A  I know Guo Qiang is a director.
18  Q  And who owns all the shares of
19  Golden Spring New York?
20  A  I don't know.
21  Q  Golden Spring Hong Kong, isn't it?
22  MS. TESKE:  Object to the
23  form.
24  You can answer.
25  THE WITNESS:  Okay.

Page 122

A. COLUCCIO

1  
2  that our clients need help with.
3  Q  Why do you call them professional?
4  A  I don't know.
5  Q  Well, is that what Yvette Wang
6  told you to say last night, professional
7  services?
8  MS. TESKE:  Object to the form
9  of the question.
10  I think it's an offensive and
11  inappropriate question.
12  A  I don't know if she used those
13  specific words.
14  Q  What did she tell you to say that
15  Golden Spring does?
16  MS. TESKE:  Object to the form
17  of the question.  I find it to be
18  offensive and an inappropriate
19  question.
20  You can answer.
21  A  She didn't specifically tell me to
22  say anything, but our conversation was from
23  what I understood is that we offer services
24  to clients within the US.
25  Q  What kind of services?

Page 124

A. COLUCCIO

1  
2  A  Yeah, I'm sorry.  China Golden
3  Spring owns Golden Spring New York.
4  Q  By the way, do you get paid by
5  Golden Spring New York?
6  A  Yes.
7  Q  Does anybody else pay you for your
8  work?
9  MS. TESKE:  Object to the
10  form.
11  A  No.
12  Q  Who owns Golden Spring Hong Kong?
13  A  I don't know.
14  Q  Do you know what line of work it's
15  in?
16  A  No.
17  Q  Do you know what line of work
18  Golden Spring New York is in?
19  A  Yes.
20  Q  What does it do?
21  A  So it provides professional
22  services within the US to multiple clients.
23  Q  What do you mean by professional
24  services, what is that?
25  A  We just assist on various projects

Page 123

A. COLUCCIO

1  
2  A  I think that would be confidential
3  between us and our clients.
4  Q  You don't have to tell me who the
5  clients are.  What category?  Legal
6  services?  Accounting?
7  A  Yes.
8  Q  Okay.  So the answer is yes to
9  legal services?
10  A  To both.  Yes.
11  Q  You said yes to accounting as
12  well?
13  A  Yes.
14  Q  So is Golden Spring New York a law
15  firm?
16  A  No.
17  MS. TESKE:  Objection to the
18  form of the question.
19  Q  It provides the services of its
20  attorneys to clients?
21  A  I'm sorry.  I don't understand the
22  question.
23  Q  Well, what -- legal services can
24  mean being a lawyer for somebody.  Okay.  It
25  might involve filings.  So I'm going, again

Page 125

32 (Pages 122 to 125)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1  I don't want you to go through individual
2
3  cases. We're not going to spend our time on
4  that today here.
5       But what do you mean by legal
6  services?
7            MS. TESKE: Objection.
8       Q   Just providing counsel in the
9  litigation or advising, giving legal advice?
10           MS. TESKE: Object to the form
11  of the question. I think the
12  specifics are beyond the scope of
13  the order?
14           MR. GREIM: Yeah. That's why
15  we're not going to go into the
16  specifics.
17           MS. TESKE: You are going into
18  the specifics. You can answer, if
19  you understand more specifically.
20       A   I don't understand more
21  specifically.
22       Q   You are a paralegal for this
23  entity, right?
24       A   Um-hmm.
25       Q   Do you work in any non-litigation

Page 126

A. COLUCCIO

1  matters?
2            MS. TESKE: Object to the
3  form.
4       A   Yes.
5       Q   Okay. Do you know of any client
6  at Golden Spring New York not related to Guo
7  Wengui?
8            MS. TESKE: Object to the
9  form.
10      A   I don't know.
11      Q   We've got legal services, you've
12  got accounting services. What other
13  professional services does Golden Spring New
14  York render to clients in the US?
15      A   That's all I know of.
16      Q   So are all the, is every single
17  one of the employees at Golden Spring New
18  York involved in either legal services or
19  accounting services?
20           MS. TESKE: Object to the
21  form.
22      A   We also have IT to assist with the
23  rest of us.
24      Q   Okay. All right. Does Golden

Page 127

A. COLUCCIO

1  Spring provide any services to clients
2  abroad outside the US?
3            MS. TESKE: Objection to the
4  form.
5       A   I think so.
6       Q   In China?
7            MS. TESKE: Object to the
8  form.
9       A   I don't -- no, I don't think so.
10      Q   Hong Kong?
11           MS. TESKE: Object to the
12  form.
13           You can answer.
14      A   I'm not sure. Well, Eastern
15  Profit is a Hong Kong company, so.
16      Q   Well, that's true, that's a good
17  point. And does it provide services to some
18  British Virgin Island companies?
19           MS. TESKE: Object to the
20  form.
21      A   I'm not sure.
22      Q   Is ACA a client of Golden Spring?
23           MS. TESKE: Object.
24           And don't answer.

Page 128

A. COLUCCIO

1       Q   Do you know the answer to the
2  question?
3            MS. TESKE: Object.
4            MR. GREIM: You don't have to
5  tell me what the answer is. I only
6  want to know whether the witness
7  knows the answer to the question.
8            MS. TESKE: Object.
9            And tell the witness not the
10  answer.
11           MR. GREIM: I'm going to go
12  ahead and mark an exhibit.
13           (Whereupon, Declaration was
14  marked as Golden Spring Exhibit
15  3 for identification as of this
16  date.)
17      Q   How does Golden Spring New York
18  market itself as having business contacts
19  and expertise in China?
20           MS. TESKE: Object to the form
21  of the question.
22      A   I don't know.
23      Q   How about Golden Spring Hong Kong,
24  its parent company, does it market itself as

Page 129

33 (Pages 126 to 129)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

having business expertise and contacts in China?

MS. TESKE: Object to the scope. The witness is not here to talk about Golden Spring Hong Kong or China Golden Spring. She's here to talk about Golden Spring New York.

Q   I'm going to show you what we're marking as Exhibit Three. If you could look at paragraph two, please.

A   Okay.

Q   You'll see this a declaration of Guo Wengui that he made out just a few months ago. And he says, China Golden Spring Group, Hong Kong Limited, China Golden Spring, a Hong Kong company owned and operated by my family, entered into a consulting agreement with ACA investment management limited, ACA, in January 2017. A consulting agreement.

Now, it's true, is it not, that Golden Spring New York's parent company is owned and operated by Guo family, isn't it?

Page 130

A. COLUCCIO

MS. TESKE: Objection to the form.

And direct the witness not to answer.

Q   You're going to take your counsel's suggestion there?

A   Yes.

Q   Does Guo Wengui receive partnership draws from Golden Spring?

A   I don't know.

Q   Does he receive distributions from Golden Spring?

MS. TESKE: Asked and answered. Asked and answered.

A   I don't know.

Q   What is Guo Wengui's relationship to Golden Spring, Golden Spring New York?

MS. TESKE: Asked and answered.

A   He's a client of Golden Spring New York.

Q   So does he pay Golden Spring New York for services?

A   I don't know.

Page 131

A. COLUCCIO

Q   What do you mean by client?

A   That Golden Spring New York provides services to him.

Q   For free or for pay?

A   I don't know.

MS. TESKE: Object to the form.

If you know.

Q   Does Guo Wengui provide services to Golden Spring New York?

MS. TESKE: Object. Beyond the scope.

You don't need to answer that.

You can answer.

MR. GREIM: Well I'm afraid it is. Let's just take away any --

Q   Does he provide services to Golden Spring New York with respect to the contract at issue here?

MS. TESKE: Object to the form.

You can answer.

A   The only thing I know that he had input on was initially when the contract was first being worked out when he gave help

Page 132

A. COLUCCIO

with the list of names and some of the terms of the agreement. Other than that, I don't know.

Q   Well, he flat out negotiated on behalf of Eastern Profit, didn't he?

MS. TESKE: Object to the form of the question. The witness isn't here to testify as to what Mr. Guo Wengui did on my behalf of Eastern Profit.

MR. GREIM: I'm afraid that's wrong. If you look at topic three we need to know Golden Spring's dealings with Eastern Profit and Guo Wengui between January 1, '17 and July 1, 2019 as it relates to negotiation, execution or performance of the contract at issue.

MS. TESKE: Yes. Golden Spring's activity. Not Mr. Kwok did on behalf of Eastern Profit.

MR. GREIM: I see.

Q   Let me ask you this, so Golden

Page 133

34 (Pages 130 to 133)

A. COLUCCIO

Spring won't tell us today whether Guo
Wengui negotiated on behalf of Eastern
Profit?

MS. TESKE:  Objection to the
form.  That is not within the scope
allowable by the Court and I've
directed the witness not to answer.

Q   Did Guo Wengui negotiate on behalf
of Golden Spring with Strategic Vision?

MS. TESKE:  Object to the
form.

You can answer.

A   No.

Q   How do you know that?

A   From what I understand when he
initially met with Wallop and Waller he was
doing so on his own.  Not on behalf of
Golden Spring.

Q   Okay.  Now, where have you heard
that?

MS. TESKE:  Object to the
form.

You can answer.

A   In my conversation with Yvette.

Page 134

A. COLUCCIO

Q   Is that in your notes?

MS. TESKE:  Object to the form
of the question.

You can answer, if you know.

A   I don't think so.

Q   Did there come a time when Guo
Wengui began to negotiate on behalf of
Golden Spring?

MS. TESKE:  Asked and
answered.

You can answer.

A   I don't know.  I don't, I don't
know.

Q   Who at Golden Spring knows the
answer to that question?

A   I don't know.

Q   Does Guo Wengui control Golden
Spring?

MS. TESKE:  Asked and
answered.

A   No.

Q   Do you know that?

A   Yes.

Q   How?

Page 135

A. COLUCCIO

MS. TESKE:  Asked and
answered.

A   Because I know he's a client of
Golden Spring.

Q   Could he -- why does that mean he
can't control it as well?

MS. TESKE:  Object to the
form.  Argumentative?

A   I just know that's his
relationship with Golden Spring.  He is a
client of Golden Spring and nothing else.

Q   Okay.  And who told you that?

A   Well, I've known that since I
started working at Golden Spring.

Q   I see.  Okay.  So what things have
you seen that indicate to you that Guo
Wengui is a client of Golden Spring,
exclusively a client of Golden Spring?

MS. TESKE:  Object to the
form.

You can answer, if you know.

A   I haven't necessarily seen things.
It just in my conversations with other
people at Golden Spring.

Page 136

A. COLUCCIO

Q   So has Guo Wengui told you that he
is a client and not an owner of Golden
Spring?

MS. TESKE:  Object to the
scope of the question.  You can
answer.

A   No.

Q   So what other people have told you
things that make you believe that Guo Wengui
is exclusively a client and not an owner of
Golden Spring?

MS. TESKE:  Object to the
scope.

But you can answer if you
remember.

A   I can remember Yvette telling me
that he's a client of Golden Spring.

Q   In what matter?  I guess let me
ask you this, what things is Golden Spring
doing for Mr. Guo Wengui?

MS. TESKE:  Object.

And direct the witness not to
answer.

Q   So all we can get from you is

Page 137

35 (Pages 134 to 137)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2  Yvette says he's a client.
3       Have you worked on anything where it's
4  been apparent to you that Guo Wengui is a client of
5  Golden Spring?
6            MS. TESKE:  Object to the
7       scope of the question.
8            But you can answer.
9    A   Yes.
10   **Q   What was that?**
11           MS. TESKE:  Object.
12           And direct the witness not to
13      answer.
14   **Q   What's your understanding of what**
15  **it means for someone to be a client of**
16  **Golden Spring?**
17   A   That Golden Spring provides
18  services to them.
19   **Q   And is that inconsistent with the**
20  **recipient of the services also being an**
21  **owner of Golden Spring?**
22   A   I'm sorry.  Could you repeat that.
23   **Q   Sure.  Is Golden Spring's**
24  **provision of services for someone**
25  **inconsistent with that person also owning**

Page 138

A. COLUCCIO

1
2  he's a client of Golden Spring.
3           MR. GREIM:  Just so we're
4      clear every now and then Ms. Teske
5      we're not going to allow that, just
6      for the record that means you're
7      instructing the witness not answer,
8      correct?
9           MS. TESKE:  I'm saying that
10     it's outside of the scope of the
11     order, and I am directing the
12     witness not to answer.
13          MR. GREIM:  Okay.  Very good.
14   **Q   Now, when Mr. Guo provided advice**
15  **to Golden Spring New York on this contract,**
16  **was he doing that as a client of Golden**
17  **Spring New York.  Or was he doing it as an**
18  **adviser to Golden Spring New York?**
19          MS. TESKE:  Object to the form
20     of the question.
21   A   I don't know.
22   **Q   Does Golden Spring New York know?**
23   A   I don't know.
24   **Q   Is there any written agreement**
25  **between Guo Wengui and Golden Spring New**

Page 140

A. COLUCCIO

1
2  Golden Spring?
3           MS. TESKE:  Object to the
4      form.
5           You can answer?
6    A   I don't know.
7    **Q   The two things could both be true,**
8  **couldn't they?**
9           MS. TESKE:  Object to the
10     form.
11          You can answer.
12   A   I don't know.
13   **Q   So no one has ever told you that**
14  **Guo Wengui is not an owner of Golden Spring**
15  **New York, have they?**
16          MS. TESKE:  Object to the
17     form.
18          You can answer.
19   A   Is not an owner.  I don't remember
20  if anyone specifically said those words to
21  me.  I don't remember.
22   **Q   Rather what they've told you is**
23  **Guo Wengui is a client of Golden Spring,**
24  **correct?**
25   A   Right.  I. have been told that

Page 139

A. COLUCCIO

1
2  York?
3    A   I don't know.
4    **Q   Is there any writing of any kind**
5  **explaining what Guo Wengui was supposed to**
6  **be doing with respect to the research**
7  **agreement?**
8    A   I don't know.
9    **Q   So you've testified that Golden**
10  **Spring New York was working under this power**
11  **of attorney for Eastern Profit.**
12           And so my question to you is was
13  **Guo Wengui working alongside of Golden**
14  **Spring as yet another agent for Eastern**
15  **Profit, or was Guo working on the research**
16  **agreement as an agent of Golden Spring?**
17          MS. TESKE:  I'm sorry, can you
18     read that back to me.
19   **Q   Does the witness understand the**
20  **question?**
21          MS. TESKE:  But I need to
22     understand it in order to know if I
23     am objecting to it.
24          (Whereupon, the requested
25     testimony was read by the court

Page 141

36 (Pages 138 to 141)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

reporter.)

MS. TESKE:  Object to the form of the question.

Again the witness is not here to testify as in what capacity Guo Wengui was working except to the extent that it was on behalf of GSNY.

You can answer.

A   I don't know.

Q   Well, does Golden Spring know whether Guo Wengui was working as its agent when he was interacting with Strategic Vision on the research agreement?

MS. TESKE:  Object to the form.

You can answer.

A   I believe he was working as an agent of Golden Spring.

Q   Okay.  Why do you believe that?

A   I think that's something that I've learned but.

Q   What about when Golden Spring, I'm sorry, when Strategic Vision started to do

Page 142

A. COLUCCIO

work on the agreement, what role did Guo Wengui play at that point?

MS. TESKE:  Object to the scope.

The witness is not here to testify as Mr. Guo Wengui's role. She is here to GSNY's role and GSNY's communication with Guo Wengui as it concerns the contract.

A   I don't know.

MS. TESKE:  Direct the witness not to answer.

Q   Did he play a role at Golden Spring for purposes of evaluating the performance of Strategic Vision on the contract?

MS. TESKE:  Object to the form.

You can answer.

A   Sorry, can you repeat the question.

Q   Sure.  Did Guo Wengui act as an agent for Golden Spring New York for purposes of evaluating the performance of

Page 143

A. COLUCCIO

Strategic Vision on the contract?

MS. TESKE:  Object to the form.

A   I'm not sure.

Q   Does Golden Spring know the answer to that question?

A   I don't know.

Q   Well, let me ask you this, was Guo Wengui acting as the principal, the controller of Golden Spring for purposes of evaluating Strategic Vision's performance under the agreement?

MS. TESKE:  Asked and answered.

You can answer.

A   I don't know.

Q   Does Golden Spring know the answer to that question?

A   I don't know.

Q   Did Golden Spring report back to Eastern Profit on the results of Strategic Vision's research?

A   I believe in the beginning, yes.

Q   What do you mean by in the

Page 144

A. COLUCCIO

beginning?

A   Maybe in the first few months after the contract was signed.

Q   By the way, how long was the contract in effect?

A   I don't know.

Q   Who terminated the contract?

MS. TESKE:  These questions have been asked and answered.

But you can answer, if you know.

A   I don't know.

Q   Who's decision was it to terminate the contract?

A   I don't know.

Q   Was it Golden Spring's decision?

A   I don't know.

Q   Was it Guo Wengui's decision?

A   I don't know.

Q   I do have to direct you to Exhibit A. If you could look at topic ten.  You see there, what's that say?

A   "Eastern's termination of the agreement."

Page 145

37 (Pages 142 to 145)

A. COLUCCIO

**Q   What do you know about Eastern's termination of the agreement?**
MS. TESKE:  The witness is not here to testify about Eastern.  The witness is here to testify about Golden Spring pursuant to the Court's order.
MR. GREIM:  Golden Spring was also to testify to the topics that were agreed to between Eastern Profit and Strategic Vision?
MS. TESKE:  That is, I disagree with the interpretation of the order, and that she was not prepared in that capacity.
MR. GREIM:  Well, that cuts out a lot of the questions.
**Q   What special expertise did Golden Spring bring to the evaluation of Strategic Vision's work under this contract?**
MS. TESKE:  Object to the form.
You can answer?
A   I don't know.

Page 146

---

A. COLUCCIO

**Q   Do you know what Golden Spring's out-of-pocket cost have been in working on the negotiation and the performance of the contract and overseeing the litigation on the contract?**
A   No.
**Q   Do you know if it has out-of-pocket cost?**
A   No.
**Q   Do you know who's paying Golden Spring, if anyone -- let me go back.  I think you've already answered that question.
Is it Golden Spring's understanding that if the contract is successful it will be paid for all its time and out-of-pocket cost on this?**
MS. TESKE:  Objection to the form.
A   It's my understanding that Golden Spring is aware that they would be compensated by Eastern Profit if the agreement was successful.
**Q   At this point though Golden Spring New York knows it will never be compensated**

Page 147

---

A. COLUCCIO

on the contract; is that right?
MS. TESKE:  Object to the form.
You can answer.
A   I don't know.
**Q   Well, is Golden Spring, or I guess I should ask you this, was Golden Spring keeping track of the time and cost it expended on its work on behalf of Eastern Profit?**
A   I don't know.
**Q   Is that one of your jobs?**
A   No.
**Q   Do you keep your time, by the way?**
A   No.
**Q   Now, did Guo Wengui work on under the direction of Yvette Wang?**
MS. TESKE:  Object to the form of the question.
A   Not that I know of.
**Q   Did he work under the direction of Han Chunguang?**
MS. TESKE:  Object to the form.  That's beyond the scope.

Page 148

---

A. COLUCCIO

Whether or not Guo Wengui worked under the direction of Eastern Profit or Han Chunguang is not why GSNY is here to testify, nor would it have that knowledge.  It's outside the scope of the Court's order.
MR. GREIM:  I think it actually does have knowledge, but you don't need to be suggesting answers to the witness.
MS. TESKE:  It is outside the Court's order.
MR. GREIM:  Because one of the topics is Golden Spring's dealings with Eastern Profit and Guo Wengui that relate to negotiation, execution or performance of the contract --
MS. TESKE:  Yes, and what you --
MR. GREIM:  And in those dealings it may well have noticed what Guo Wengui was doing, and

Page 149

---

38 (Pages 146 to 149)

**30(b)(6): Amelia Coluccio
November 12, 2019**

A. COLUCCIO
1  that's what I'm --
2  MS. TESKE:  Which is beyond
3  the scope of the order.  Because the
4  order limits the topics to GSNY's
5  work and communications with Guo
6  Wengui and Eastern in connection
7  with the contract.  It is not broad
8  enough to encompass how Guo Wengui
9  was acting.
10  MR. GREIM:  I see.  So GSNY
11  says it cannot testify about what it
12  observed Guo Wengui doing, that's
13  outside the scope?
14  MS. TESKE:  It is beyond the
15  scope.
16  MR. GREIM:  Okay.
17  MS. TESKE:  Unless -- yeah it
18  is beyond the scope.
19  MR. GREIM:  All right.
20  Disagree with you.  We'll just meet
21  and confer when we're done.
22  **Q   Why was Golden Spring New York**
23  **willing to take on the role of acting as an**
24  **agent for Eastern Profit?**

Page 150

A. COLUCCIO
1  A   No.
2  **Q   What was Golden Spring expecting**
3  **to gain out of this contract?**
4  A   Information on the CCP.
5  **Q   How did it intend to use that**
6  **information?**
7  A   I don't know.
8  **Q   And does Golden Spring do any work**
9  **whatsoever in which the information would be**
10  **useful?**
11  MS. TESKE:  Object to the
12  form.
13  A   I don't know.
14  **Q   When you were hired did you**
15  **understand that you were going to be working**
16  **with an entity that was going to be doing**
17  **battle with the CCP?**
18  MS. TESKE:  Object to the form
19  of the question.
20  A   Not doing battle.
21  **Q   Well, okay.  Is working against**
22  **the CCP one of Golden Spring New York's**
23  **business purposes?**
24  MS. TESKE:  Object to the form

Page 152

A. COLUCCIO
1  A   Because Golden Spring also had an
2  interest in doing this research.
3  **Q   Okay.  Was that interest on behalf**
4  **of a client to whom it was rendering**
5  **professional services?**
6  MS. TESKE:  Object to the
7  form.
8  You can answer.
9  A   I don't think so.  I think it was
10  just on behalf of the company.
11  **Q   The company itself had an interest**
12  **in doing this.  So the company -- okay.**
13  **Well, I have to ask you, why would**
14  **a New York based entity care about taking on**
15  **the CCP?**
16  MS. TESKE:  Object to the
17  form.
18  But you can answer.
19  A   I don't know.
20  **Q   Golden Spring doesn't know why its**
21  **interested on taking on the CCP?**
22  MS. TESKE:  Object to the
23  form.
24  You can answer.

Page 151

A. COLUCCIO
1  of the question.
2  You can answer.
3  A   I don't think so.
4  **Q   Does Golden Spring New York do**
5  **anything else like what it did here with**
6  **Eastern Profit and Strategic Vision?**
7  MS. TESKE:  Object to the form
8  of the question.
9  But you can answer.
10  A   I don't know.
11  **Q   And did Golden Spring have any**
12  **role in deciding whether Strategic Vision**
13  **was capable of performing the work that was**
14  **contracted for under the agreement?**
15  MS. TESKE:  Object to the
16  form.
17  You can answer.
18  A   Yes.
19  **Q   What did it do?**
20  A   So after Yvette was introduced to
21  Waller and Wallop, she had further
22  discussions with them about research.
23  **Q   Were all of those discussions in**
24  **her capacity as president of Golden Spring**

Page 153

39 (Pages 150 to 153)

A. COLUCCIO

New York?

A   I believe so.

Q   Did Golden Spring ultimately recommend to Eastern Profit that it should enter into the contract with Strategic Vision?

MS. TESKE:  Object to the form of the question.

You can answer.

A   I'm not sure whether they recommended, but I know that Yvette told Mr. Han, you know, what she had found out about Strategic Vision.  She relayed information from her discussions with Waller and Wallop to Mr. Han.

Q   When was that?

A   Her conversation with Mr. Han?  At the end of the 2017.

Q   So this was after her first discussion with Mr. Han, or was this --

A   I'm only talking about one discussion with Mr. Han.

Q   I see.

A   At the end of 2017.

A. COLUCCIO

Q   So in a discussion where she went to Mr. Han and said, hey, I've got this research project, that's also where she conveyed the contents of her discussions with Wallop and Waller?

A   I believe so, or yeah, whatever discussions she had had up until that point.

Q   Didn't Chunguang Han meet Waller and Wallop in Yvette Wang's presence?

A   I don't know.

MS. TESKE:  Object to the form.

Q   Has Golden Spring served as a litigation power of attorney for any entity before serving in that role for Eastern Profit in this case?

MS. TESKE:  Object to the form of the question.  Asked and answered.

You can answer.

A   I don't know.

Q   Does Golden Spring have any special skills or experience in serving as a litigation power of attorney for other

A. COLUCCIO

entities?

MS. TESKE:  Object to the form.

A   I don't know.

Q   Why did Golden Spring several months into this litigation decide -- well, let me ask you this.

Who drafted the limited power of attorney that we looked at?

MS. TESKE:  Asked and answered.

A   I don't know.

Q   During the course of this case -- I guess we better go since you've been here.  What'd you say five months?

A   About seven months.

Q   Have you played any role in gathering documents to be produced in this case?

A   No.

Q   Did Golden Spring make any efforts to help Eastern Profit find a way to pay for the research agreement?

A   I don't know.

A. COLUCCIO

Q   Did Golden Spring help Eastern Profit negotiate a loan agreement with Eastern Profit?

A   I don't know.

Q   I think I just said that the wrong way, so your I don't know is clear.

Did Golden Spring New York help Eastern Profit negotiate a loan agreement with ACA?

MS. TESKE:  Object.  Beyond the scope.

But you can answer.

A   I don't know.

Q   Did Golden Spring New York get drafts of the loan agreement between Eastern Profit and ACA?

A   I don't know.

Q   Does it have any drafts on its email system?

MS. TESKE:  Object.  Beyond the scope.

A   I don't know.

Q   Who does Golden Spring report to at Eastern Profit regarding this litigation?

A. COLUCCIO

```
1                    A. COLUCCIO
2          MS. TESKE:  Beyond the scope.
3          But you can answer, if you
4     know.
5       A   I don't know.
6       Q   Do you know who chose you to be
7     the 30B6 witness today?
8          MS. TESKE:  Objection to the
9     form.
10      A   No.
11      Q   Has Eastern Profit assigned its
12   claim to Golden Spring New York.
13         MS. TESKE:  Objection to the
14    form.
15         If you know, you can answer.
16         It's beyond the scope, and
17   it's a legal question, but you can
18   answer?
19      A   I don't know.
20      Q   Did Golden Spring, Eastern Profit,
21   Guo Wengui have any understanding as to the
22   role of each person or entity in the
23   negotiation of the contract at issue?
24         MS. TESKE:  Object to the form
25   of the question.
```

Page 158

```
1                    A. COLUCCIO
2    to ensure that Guo Wengui would keep
3    information related to the contract
4    confidential?
5       A   I don't know.
6       Q   Did it take any steps to ensure
7    that Eastern Profit would keep information
8    related to the contract confidential?
9       A   I don't know.
10      Q   Who was in charge of making that,
11   whatever research results were generated
12   were actually used for the purposes that Mr.
13   Wengui represented to Strategic Vision?
14         MS. TESKE:  Objection to the
15   form.
16         But you can answer.
17      A   I don't know.
18      Q   Did Golden Spring ever express any
19   concern to Eastern Profit or Guo Wengui
20   about the truthfulness of Guo Wengui's
21   representations to Strategic Vision?
22      A   I don't know.
23      Q   Did Golden Spring ever express any
24   concern to either Eastern Profit or Guo
25   Wengui about the failure to disclose Eastern
```

Page 160

A. COLUCCIO

```
1                    A. COLUCCIO
2       A   Did the three of them together?
3       Q   Sure.
4       A   I don't know.
5       Q   Did the three of them together
6    have any understanding as to their
7    respective roles with respect to the
8    execution of the contract at issue?
9          MS. TESKE:  Same objection.
10         You can answer.
11      A   I don't know.
12      Q   Did the three of them have any
13   understanding with respect to the
14   performance of the contract at issue?
15         MS. TESKE:  Same objection.
16      A   I don't know.
17      Q   Who's job was it to keep
18   information related to the contract
19   confidential?
20      A   I don't know.
21      Q   Did Golden Spring have that duty?
22         MS. TESKE:  Objection.
23         You can answer.
24      A   I don't know.
25      Q   Did Golden Spring take any steps
```

Page 159

```
1                    A. COLUCCIO
2    Profit's interest in the contract to
3    Strategic Vision?
4          MS. TESKE:  Objection to the
5    form.
6       A   I don't know.
7       Q   In fact, did Golden Spring even
8    understand what Eastern Profit intended to
9    use the research for?
10         MS. TESKE:  Objection to the
11   form.
12      A   I don't know.
13      Q   Did Golden Spring understand who
14   at Eastern Profit had authority to make sure
15   that the research was used for the purposes
16   set forth under the agreement?
17         MS. TESKE:  Object to the
18   form.
19         You can answer.
20      A   I don't know.
21      Q   Did Golden Spring New York have
22   any concerns that Guo Wengui's
23   representations to be opposed to the
24   Communist regime were untruthful?
25         MS. TESKE:  Object to the form
```

Page 161

41 (Pages 158 to 161)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2  of the question.
3      A   No, not that I know of.
4      Q   Did you discuss that topic with
5  Yvette Wang last night?
6      A   No.
7      Q   Is Golden Spring New York aware of
8  Strategic Vision's allegations in this case
9  that Guo Wengui was not who he represented
10 to be?
11         MS. TESKE:  Object. It's
12     beyond the scope.
13         But you can answer.
14     A   Yes.
15     Q   And my question now is, in its
16 dealings with Eastern Profit and Guo Wengui,
17 did Golden Spring have any concern -- I'm
18 sorry -- did it share the concerns that
19 Strategic Vision has articulated in its
20 counter claim?
21         MS. TESKE:  Object to the
22     form.
23         You can answer.
24     A   No, not that I know of.
25     Q   Did you speak with Yvette Wang

Page 162

A. COLUCCIO

1
2  making to Strategic Vision were true?
3         MS. TESKE:  Object to the
4     form.
5      A   I don't know.
6      Q   Was it important to Golden Spring
7  to make sure that Guo Wengui's
8  representations to Strategic Vision were
9  true?
10     A   Yes.
11     Q   What did it do to make sure they
12 were in fact true.
13     A   I don't know.
14     Q   Does Golden Spring have any notes
15 of its dealings with Eastern Profit and Guo
16 Wengui throughout the negotiation, execution
17 and performance of the contract at issue?
18     A   I don't know.
19     Q   Who knows the answer to that
20 question?
21     A   I don't know.
22     Q   What were Golden Spring's duties
23 in serving as Eastern Profit's agent for
24 purposes of handling the ACA loan?
25     A   I don't know.

Page 164

A. COLUCCIO

1
2  about this last night?
3      A   No.
4      Q   I have to ask you, have you read
5  the counterclaim in this case by Strategic
6  Vision?
7      A   I don't think I read the full
8  pleading.
9      Q   All right.  Well, Golden Spring
10 owed duties to Guo Wengui because, as you
11 said, he was a client of Golden Spring; is
12 that right?
13         MS. TESKE:  That's a legal
14     question.  It's beyond scope.
15         But you can answer?
16     A   Right he is a client of Golden
17 Spring.
18     Q   Did Golden Spring feel that it
19 could independently investigate the claims
20 Guo Wengui was making to Strategic Vision?
21         MS. TESKE:  Object to the
22     form.
23     A   I don't know.
24     Q   Well, did Golden Spring know
25 whether the representations Guo Wengui was

Page 163

A. COLUCCIO

1
2      Q   By the way, didn't Golden Spring
3  owe a duty to Eastern Profit to make sure
4  that Guo's representations were true?
5         MS. TESKE:  Object to the form
6     of the question.  That's a legal
7     question not a factual question for
8     the witness to answer.
9         But if you understand, you can
10     answer, if you know.
11     A   I don't know.
12     Q   Did Golden Spring think it owed a
13 duty to its principal Eastern Profit to make
14 sure that Guo's representations to Strategic
15 Vision were true?
16         MS. TESKE:  Objection to the
17     form.
18         You can answer.
19     A   I would think so.
20         MR. GREIM:  We'll go ahead and
21     take a break.
22         VIDEOGRAPHER:  The time is
23     12:27 p.m. Tuesday November 11,
24     2019.  This is the end of media tape
25     number two in the videotaped

Page 165

42 (Pages 162 to 165)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1 A. COLUCCIO
2 deposition of Ms. Amelia Coluccio.
3 We're off the record.
4 (Whereupon, a recess was taken
5 from 12:27 p.m. to 12:45 p.m.)
6 VIDEOGRAPHER:  The time is
7 12:45 p.m. Tuesday November
8 12, 2019.  This is media number
9 three of the videotape deposition of
10 Ms. Amelia Coluccio.
11 We are back on the record.
12 **Q    Ms. Coluccio do you currently work**
13 **for the Keefe Law Firm as well?**
14 A    No.
15 **Q    Was that the former firm that you**
16 **had worked at before coming to Golden**
17 **Spring?**
18 A    Yes.
19 **Q    And just to be clear, you have no**
20 **other employers now; is that right?**
21 A    Correct.
22 **Q    Did Golden Spring -- we talked**
23 **earlier about not just Golden Spring's**
24 **negotiation with Strategic Vision, but also**
25 **its advice to Eastern Profit regarding this**

Page 166

1 A. COLUCCIO
2 whole thing.  I want to use our time wisely
3 here.
4 You didn't review it in
5 preparation for your testimony?
6 A    No.
7 **Q    Didn't review any documents, did**
8 **you?**
9 A    No.
10 **Q    So is Golden Spring aware that**
11 **Eastern Profit is doing business in the**
12 **United States?**
13 A    I don't know.
14 **Q    Let's talk a little bit more.**
15 **Well okay, here's another question.  Is**
16 **Golden Spring's limited power of attorney**
17 **still in effect for Eastern Profit?**
18 MS. TESKE:  Object.
19 These are all legal questions,
20 but you can go ahead and answer.
21 A    I don't know.
22 **Q    Has it been modified?**
23 A    I don't know.
24 **Q    Is there an amended power of**
25 **attorney out there somewhere?**

Page 168

1 A. COLUCCIO
2 contract.
3 And so my question is, did Golden
4 Spring know that Eastern Profit was a Hong
5 Kong entity?
6 MS. TESKE:  Object to the
7 form.
8 You can answer.
9 A    Yes, I believe so.
10 **Q    Did Golden Spring advise Eastern**
11 **Profit that it ought to register to do**
12 **business in the US before hiring Golden**
13 **Spring to do this work for it here?**
14 A    I don't know.
15 **Q    Did it advise Eastern Profit that**
16 **it should register in the US before hiring**
17 **Strategic Vision to do work?**
18 A    I don't know.
19 **Q    Well, where was the work under the**
20 **research agreement to be performed?**
21 A    I don't know.
22 **Q    Well now, have you ever seen the**
23 **research agreement?**
24 A    I don't think so.
25 **Q    Well, we won't go through the**

Page 167

1 A. COLUCCIO
2 A    Not that I know of.
3 **Q    Does Golden Spring New York have**
4 **an office in Hong Kong?**
5 A    Golden Spring New York, no, that I
6 know of.
7 **Q    Where is its parent company's**
8 **office in Hong Kong?**
9 MS. TESKE:  Object.  Beyond
10 the scope.
11 If you know.
12 A    I don't know.
13 **Q    Is it at Bank of China tower?**
14 A    I don't know.
15 MS. TESKE:  Asked and
16 answered.  Same objection.
17 **Q    Do you know whether Eastern Profit**
18 **and Golden Spring's parent company actually**
19 **share an office in Hong Kong?**
20 A    I don't know.
21 MS. TESKE:  Same objection.
22 **Q    Does Golden Spring New York have**
23 **employees who work remotely?**
24 MS. TESKE:  Asked and
25 answered.

Page 169

43 (Pages 166 to 169)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1
2        You can answer.
3    A   Not that I know of.
4    Q   Does Golden Spring New York -- I
5    think we talked about its offices at 162
6    East 64 Street right now?
7    A   Right.
8    Q   Most of your time that's where
9    you've been working, right?
10   A   Right.
11   Q   Who pays its rent for that spot?
12   A   I don't know.
13   Q   Does Mr. Guo pay it?
14   A   I don't know.
15   Q   What about it's former spot, 800
16   Fifth Avenue, you know the answer to that
17   question?
18   A   No.
19   Q   What was GSNY's first office after
20   it was formed?
21   A   The first one I knew of was 800
22   Fifth Avenue.
23   Q   Do you know what a family office
24   is; have you ever heard that term before?
25   A   Yes.

Page 170

A. COLUCCIO

1
2    A   Somewhat.  I guess not exactly.
3    Q   Tell me what your understanding of
4    what a family office is.
5    A   I guess just a team of people who
6    provide services to a family with whatever
7    type of projects they need help with.
8    Q   So is Golden Spring New York the
9    family office for other families besides
10   Guo?
11   A   Not that I know of, but it's other
12   clients are associates of the Guo family or
13   business partners of the Guo family.
14   Q   Okay.  Does that include, for
15   example, the Saraca Media Group?
16       MS. TESKE:  Object to the
17       form.
18       Direct the witness not to
19       answer.
20   Q   Do you know the answer to that
21   question?
22       MS. TESKE:  Object.
23       And direct the witness not to
24       answer.
25   Q   I mean, look, one of the purposes

Page 172

A. COLUCCIO

1
2    Q   Is GSNY a family office for Guo?
3        MS. TESKE:  Object to the
4        form.
5        You can answer.
6    A   Yes, but not only for Mr. Guo.
7    Q   So have you ever heard of such a
8    thing as a family office for more than one
9    family?
10       MS. TESKE:  Object to the
11       form.
12   A   I don't know.
13   Q   Okay.  Is it your testimony that
14   Golden Spring New York is a family office
15   for families other than the Guo family?
16   A   Well, I just mean that the Guo
17   family isn't our only client.
18   Q   A family office handles the
19   investments for a family, right, it handles
20   the business affairs for a family?
21       MS. TESKE:  Object to the
22       form.
23   Q   Is that your understanding of what
24   a family office is?
25       MS. TESKE:  Same objection.

Page 171

A. COLUCCIO

1
2    of the research agreement was for Guo to use
3    his own media to publicize the findings;
4    isn't that right?
5        MS. TESKE:  Just object to the
6        form of the question.
7    A   I believe so.
8    Q   And is Saraca Media Group one of
9    the entities that was to do that work under
10   the research agreement?
11       MS. TESKE:  Object to the
12       form.
13   A   I'm not sure.
14   Q   Who knows the answer to that?
15   A   I don't know.
16   Q   Someone at Golden Spring knows
17   that, don't they?
18       MS. TESKE:  Object to the
19       form?
20   A   I don't know.
21   Q   How about Guo Media, was that the
22   entity that was supposed to publicize the
23   research results under the research
24   agreement?
25   A   I'm not sure.

Page 173

44 (Pages 170 to 173)

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

A. COLUCCIO

1
2      Q   Does Golden Spring New York
3  control Saraca Media Group?
4          MS. TESKE:  Beyond the scope.
5          If you know, you can answer.
6      A   I think Golden Spring New York is
7  a parent company of Saraca, but I'm not
8  positive.
9      Q   Who's the president of Saraca?
10         MS. TESKE:  Object to the
11  form.
12         She's here to testify as GSNY
13  not Saraca.
14     A   I don't know.
15     Q   Is Saraca's equipment set up in
16  the GSNY office?
17         MS. TESKE:  Object.  She's
18  here to testify as to GSNY.
19         If you know, you can answer.
20     A   I don't think Saraca has any
21  equipment.
22     Q   Let's talk about some other work
23  that Golden Spring New York does as a family
24  office as you testified.
25         Does it register trademarks for

Page 174

A. COLUCCIO

1
2  mouth of other people.
3      Q   Whereabout has Golden Spring New
4  York trademark, everything as just
5  beginning?
6          MS. TESKE:  Object.
7          And you don't need to answer.
8      Q   Okay.  Does Golden Spring New York
9  provide advice for ACA?
10         MS. TESKE:  Object.
11         And don't answer.
12     Q   Is one of the individuals that
13  Golden Spring works with in providing a
14  family office for Guo a man named William?
15         MS. TESKE:  Object.
16         And don't answer.
17     Q   Have you ever met William before?
18         MS. TESKE:  Object.
19         And don't answer.
20     Q   What role did William play in
21  assisting Eastern Profit to enter into the
22  research agreement?
23         MS. TESKE:  Object.
24         Don't answer.
25         That's beyond the scope.

Page 176

A. COLUCCIO

1
2  the Guo family?
3      A   I don't know.
4      Q   Did it file a trademark for Miles
5  Kwok?
6      A   I don't know.
7      Q   Do you know who Miles Kwok is?
8      A   Yes.
9      Q   Who is that?
10     A   Mr. Guo Wengui.
11     Q   Which one is his correct name, or
12  are they both correct?
13     A   They are both correct.
14     Q   Are they both legal names for Guo
15  Wengui?
16         MS. TESKE:  Object to the
17  form.  She's not here to testify as
18  to Guo Wengui's legal name.  It's
19  ridiculous.  She's not answering
20  that question.
21         MR. GREIM:  Okay.  And the
22  office doesn't know.
23         MS. TESKE:  No, I said she's
24  not answering the question.  But,
25  yet again, you put words in the

Page 175

A. COLUCCIO

1
2  She's here to testify as to GSNY's
3  role, not William's role.
4      Q   Well, did GSNY work with William
5  to obtain financing for Eastern Profit to
6  enter into the agreement?
7      A   I don't know.
8      Q   When I say William, you know who
9  I'm talking about?
10     A   I have met someone named William.
11  I don't know if it's the person you're
12  talking about.
13     Q   Is he Chinese?
14     A   I believe so.
15     Q   Do you know his last name?
16     A   No.
17     Q   William Yu or William Gee?
18         MS. TESKE:  Again object.
19  Goes way beyond the scope.
20         If you know, you can answer.
21     A   I'm not sure.
22     Q   How many times have you met him?
23         MS. TESKE:  Object.
24         Don't answer?
25         MR. GREIM:  I mean look we

Page 177

45 (Pages 174 to 177)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

know that this person was engaged with Golden Spring to do this work. The witness wasn't prepared on it, but I'm going to at least try to jog her memory.

MS. TESKE: You can ask her. This is beyond the scope. If you can tell me where in the Court's order this is within the scope, then we can have a conversation.

MR. GREIM: Let's start with number three and number four.

MS. TESKE: No. Within the Court's order, not your deposition notice because we've already established that's way beyond the Court's order.

MR. GREIM: So you object to the deposition notice. I guess we're learning that today.

MS. TESKE: Of course because it has been modified by the Court's order.

Page 178

A. COLUCCIO

MR. GREIM: So Golden Spring's dealings with Eastern Profit and Guo Wengui between January 1, 2017, and July 1, 2019, based on the negotiation, execution or performance of the contract at issue, we're not going to get into the financing of the contract?

MS. TESKE: She can testify as to conversations or communications with Mr. Guo or Eastern, but not with William.

MR. GREIM: I see. So if Golden Spring dealt with ACA on financing Eastern Profit's contract, your position is it's out of bounds.

MS. TESKE: The judge has already said things about ACA are out of bounds.

MR. GREIM: No.

MS. TESKE: And yes, the order is specifically with respect to Golden Spring limited to eastern and Mr. Guo.

Page 179

A. COLUCCIO

Q  Let's go back to this work by GSNY as a family office, okay.

Has Golden Spring New York imported or exported assets from Hong Kong on behalf of the Guo family?

MS. TESKE: It's beyond the cope.

And I direct her not to answer.

Q  Does Golden Spring New York share any employees with Golden Spring Hong Kong?

MS. TESKE: Beyond the scope. You can answer, if you know.

A  I don't think so.

Q  How about Donald Chan?

MS. TESKE: Object. Beyond the scope.

You don't need to answer that.

Q  Okay. Let's go back to the family office. Does Golden Spring New York provide any services for rule of law foundation?

MS. TESKE: Object.

You don't need to answer that.

Q  Rule of law society?

Page 180

A. COLUCCIO

MS. TESKE: Same objection, Eddy.

She's not going to get into specific clients.

Q  Does Golden Spring New York pay Lianchao Han?

A  I don't know.

Q  Does Golden Spring New York arrange payments for any entity related to Lianchao Han?

MS. TESKE: Objection. Beyond the scope.

You can answer, if you know.

A  I don't know.

Q  I'm going to show you what we're marking as Golden Spring Four.

(Whereupon, Golden Spring's corporate filings were marked as Golden Spring Exhibit 4 for identification as of this date.)

Q  All right. Now, we have pulled from the New York State Department of State division of corporations state records the corporate filings of the entity on which

Page 181

46 (Pages 178 to 181)

**Atkinson-Baker, Inc.**
**www.depo.com**

A. COLUCCIO

1  you're here testifying today, golden Spring
2  New York Limited.  And so what I'm showing
3  you here is what we were able to pull from
4  New York State.
5       Now, first of all, have you seen
6  this the document before?
7       A   No.  I don't believe so.
8       Q   Who does the corporate filings for
9  Golden Spring New York?
10      A   I'm not sure.
11      Q   All right.  Let's go to the second
12  page of the very first document, which was
13  an application for authority for Golden
14  Spring to operate as a foreign corporation
15  in New York.  And so you'll see it's signed
16  at the bottom.
17          What name do you see down there?
18      A   Qiang, Guo.
19      Q   And what's in parentheses after
20  his name?
21      A   Mile's son.
22      Q   And his title?
23      A   Executive vice president.
24      Q   Now, is Mile's son the English

Page 182

A. COLUCCIO

1  something.  So the last document was filed March 10,
2  2015.  Now we're in March of 2017.
3          Who is listed as the CEO of Golden
4  Spring?
5      A   Yanping Wang.
6      Q   That's the same thing as Yvette,
7  correct?
8      A   Right.
9      Q   Then you see an address of 800
10  Fifth Avenue, Suite 21F?
11      A   Right.
12      Q   Is that the same address you
13  testified earlier as the office where you
14  started to work at Golden Spring?
15      A   Right.
16      Q   And let's see what else here.  At
17  the bottom you see there's an electronic
18  signature by a lawyer Courtney Scanlon?
19          MS. TESKE:  Object to the
20  form.
21      Q   Do you see that?
22      A   Yes.
23      Q   Do you know who that is?
24      A   No.

Page 184

A. COLUCCIO

1  nickname for Guo Qiang?
2          MS. TESKE:  Objection.  Beyond
3  the scope.
4      A   I think that's his name in
5  English.  That's what he goes by.
6      Q   Right.  That's not a translation,
7  but that's what he goes by in English?
8      A   I think so.
9      Q   And this is the son of Guo Wengui,
10  correct?
11      A   I believe so.
12          MS. TESKE:  Objection to form.
13      Q   Who is the current executive vice
14  president of Golden Spring New York; do you
15  know?
16      A   I don't know.
17      Q   Do you know if Qiang Guo ever
18  stopped being executive vice president of
19  New York or of Golden Spring New York?
20      A   I don't know.
21      Q   Let's flip forward to the middle
22  here.
23          So you'll see the first biennial
24  statement; and every two years you have to file

Page 183

A. COLUCCIO

1      Q   You ever met her?
2      A   No.
3      Q   Let's go to the last one, second
4  to, the very last page is now the 2019
5  statement.  And do you see once again Yvette
6  as listed, Yvette Wang as listed as CEO?
7      A   Yes.
8      Q   Using her name Yangping?
9      A   Um-hmm.
10      Q   What other businesses shared 800
11  Fifth Avenue, Suite 21F with Golden Spring
12  New York?
13          MS. TESKE:  Objection to form.
14  Beyond the scope.
15      A   None that I know of.
16      Q   Have you met Mile's son by the
17  way?
18          MS. TESKE:  Asked and
19  answered.
20      Q   I'm sorry.  Maybe you did, but I
21  forget now.
22      A   I've met him.
23      Q   And has he ever given you
24  direction on your work for Golden Spring?

Page 185

47 (Pages 182 to 185)

A. COLUCCIO

1  A.  COLUCCIO
2  A   No.
3  **Q   Who typically does give direction**
4  **to Golden Spring on behalf of the Guo**
5  **family?**
6  MS. TESKE:  Object to the
7  form.  It's beyond the scope as it
8  pertains to other clients.  It's
9  outside of the balance of the
10  Court's order, so if you're talk
11  about with respect to this case,
12  then she can answer.
13  MR. GREIM:  Okay.  Let's keep
14  it with respect to this case.
15  **Q   Who on behalf of the Guo Family**
16  **gives direction to Golden Spring New York?**
17  MS. TESKE:  Object to the
18  form?
19  A   I believe Mr. Guo.
20  MR. GREIM:  Well, we're going
21  to hold this deposition open.  We
22  have some disputes about the topics
23  in the scope.  I think we've had a
24  lot of talk on the record about it,
25  but we're not going to use up the

Page 186

1  A.  COLUCCIO
2  fingers and forearms of the court
3  reporter or the tape any longer on
4  that.  So we're just going to hold
5  it open and then we'll have our
6  discussion after we're done, but I
7  want to thank you for your time
8  today.
9  x:  Object to the holding of
10  the deposition open.  We made the
11  witness available all day today.  If
12  we're ending now then that is the
13  end of the deposition.  That's our
14  position.
15  MR. GREIM:  And just to be
16  clear, the basis of our objection or
17  of our holding this deposition open
18  is the witnesses lack of preparation
19  and lack of knowledge about pretty
20  much everything about the case.  And
21  so we will explore that in more
22  detail off the record, but thank you
23  very much for being with us today.
24  It was nice to meet you.
25  COURT REPORTER:  Are you

Page 187

1  A.  COLUCCIO
2  ordering a copy of the transcript?
3  MS. TESKE:  No one will be
4  provided to us as a nonparty.
5  MR. GREIM:  I will order a
6  copy.
7  VIDEOGRAPHER:  The time is
8  1:09 p.m. Tuesday, November 12,
9  2019.  This is the end of media
10  number Three and complete today 's
11  videotape deposition of Ms. Amelia
12  Coluccio.
13  (Continued on the next page to accommodate the
14  jurat).
15
16
17
18
19
20
21
22
23
24
25

Page 188

1  A.  COLUCCIO
2  We are off the record.
3  MR. GREIM:  I will order from
4  you and then I'll give it to her as
5  we've been doing.
6  (Whereupon, this examination was
7  concluded at 1:10 p.m.)
8
9
10  _____
11  AMELIA COLUCCIO
12
13
14  Subscribed and sworn to
   before me on this _____ day
15  of _____, _____.
16
17
   _____
18  Notary Public
19
20
21
22
23
24
25

Page 189

48 (Pages 186 to 189)

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1
 2              I N D E X
 3
 4    EXAMINATION BY              PAGE
 5    Mr. Greim              7
 6
 7
 8          E X H I B I T S
 9    GOLDEN SPRING    DESCRIPTION        PAGE
10    1         Notice of Deposition    7
11
12    2         Limited Power of Attorney 112
13
14    3         Declaration     129
15
16    4         Golden Spring's
                Corporate Filings   181
17
18
19
20
21
22
23
24
25
```

Page 190

```
 1
 2              INDEX
 3
 4          R E Q U E S T S
 5    DESCRIPTION                PAGE
 6    Notes                  68
 7
 8    Limited Power of Attorney       76
 9
10
11    M A R K E D   F O R   R U L I N G
12
13          PAGE/LINE
14
15          50/19
16    "Q    After January 1, 2017, what work did
17    Golden Spring do for Eastern Profit?
18
19
20
21
22
23
24
25
```

Page 191

```
 1
 2
 3      C E R T I F I C A T E
 4
 5    STATE OF NEW YORK)
 6                :ss
 7    COUNTY OF NASSAU)
 8
 9        I, KIARA M. MILLER, a Notary Public within
10    and for the State of New York, do hereby certify:
11        That, Amelia Coluccio, the witness whose
12    deposition is herein before set forth, was duly
13    sworn by me and that such deposition is a true
14    record of the testimony given by such witness.
15        I further certify that I am not related to
16    any of the parties to this action by blood or
17    marriage and that I am in no way interested in the
18    outcome of this matter.
19
20
21        Signature requested.
22                    _____
23                    KIARA M. MILLER
24
25
```

Page 192

**30(b)(6): Amelia Coluccio**
**November 12, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

## A

**a.m** 2:17 5:12 87:8,15,15 87:17
**abide** 69:19
**abiding** 41:23
**ability** 75:8
**able** 64:9 81:22,24 104:21 105:4 182:4
**abroad** 128:3
**absolutely** 8:9 43:23
**ACA** 105:4 128:23 130:20,21 157:10,17 164:24 176:9 179:15 179:19
**access** 37:11 40:8 42:5
**accommodate** 188:13
**accounting** 125:6,11 127:13,20
**accurate** 52:17
**act** 75:11 76:3 143:23
**acted** 46:16
**acting** 43:18 45:17 47:17 108:16 144:10 150:10 150:24
**action** 5:8 192:16
**activity** 133:22
**acts** 115:11
**actual** 33:6
**AD0B4E5** 1:22
**add** 97:6
**added** 101:2,17
**address** 7:2 10:15 20:22 81:11 184:10,13
**administrative** 12:17 16:13 80:7
**advice** 97:4,5,8,9,16,21 98:4,8 103:18,19 105:24 106:2 107:3 108:9 126:9 140:14 166:25 176:9
**advise** 105:21 167:10,15
**advised** 61:2 107:8
**adviser** 140:18
**advising** 106:16 126:9
**affairs** 171:20
**affidavits** 115:16
**afford** 83:18
**afraid** 132:15 133:12
**against-** 1:8 2:8
**agency** 121:19
**agent** 141:14,16 142:13 142:20 143:24 150:25 164:23
**agents** 33:25 42:9
**ago** 29:25 55:20 130:16
**agree** 66:15 109:15
**agreed** 4:4,9,13 109:5,10 109:12 146:11
**agreement** 53:19 55:15 56:2,4 57:3 58:12,16 64:25 65:22 66:10,19 66:20 67:8,9 68:22 75:20 77:14,21 82:25 83:10,15 84:2 88:8 93:10,14 94:10 103:20 104:11 105:23,25 106:5,18 107:5,17 108:11,22 109:20,24

110:6,24 114:10,14,15 115:20 116:4 130:20 130:22 133:3 140:24 141:7,16 142:15 143:2 144:13 145:25 146:3 147:23 153:15 156:24 157:3,9,16 161:16 167:20,23 173:2,10,24 176:22 177:6
**agreements** 69:3,14
**ahead** 12:15 18:14 60:4 64:7 69:8 129:13 165:20 168:20
**allegations** 162:8
**allow** 140:5
**allowable** 134:7
**allowed** 36:21
**alongside** 141:13
**Amelia** 1:14 2:14 5:20 6:24 87:12,21 166:2 166:10 188:11 189:11 192:11
**amended** 168:24
**amount** 67:14
**and/or** 32:21 115:8,17
**answer** 7:24 8:8 9:14,16 9:24 13:18 14:2,4 17:5 18:4 20:16 21:25 24:7 25:4 27:6,8,19 28:2,10 30:18,20 31:10,15,16 31:20,23 34:25 35:18 36:6,11,16 37:7,9,15 37:22 38:2,7,20 39:10 39:11,13 42:3 43:7 45:3,6,14,18 46:14,15 47:5,24 48:5,24 49:4,6 49:14 50:22 52:17,21 54:19 55:6,9,19,21 57:17 58:21,25 59:8 59:16 60:11,20 63:14 63:19,23 64:14 65:12 65:25 66:3,13 69:7,10 69:18 70:6 71:3,19,22 72:5,12,15,22 73:21 73:25 75:7 77:25 78:13 79:7 80:13 81:4 81:8 82:5,12,17 83:5 83:22 84:15,22 85:6 86:5 89:15,25 90:8,13 90:20,23,25 92:9 94:12 95:16,22 97:2 98:23 99:8 100:14,23 102:8,21 103:16 104:5 104:24 105:8,16,18 107:13 109:8 110:9 116:18 117:4,15 118:16 119:20 120:15 120:23 122:2,24 124:20 125:8 126:18 128:14,25 129:2,6,8 129:11 131:5 132:14 132:22 134:8,13,24 135:5,12,16 136:22 137:7,15,24 138:8,13 139:5,11,18 140:7,12 142:10,18 143:13,20 144:6,16,18 145:11 146:24 148:5 151:9,19

151:21 153:3,10,18
154:10 155:21 157:13
158:3,15,18 159:10,23
160:16 161:19 162:13
162:23 163:15 164:19
165:8,10,18 167:8
168:20 170:2,16 171:5
172:19,20,24 173:14
174:5,19 176:7,11,16
176:19,24 177:20,24
180:10,14,19,24
181:14 186:12
**answered** 47:20,23 52:20 63:17,22 79:6 92:8 99:8 100:13,23 102:8 119:19 131:15 131:15,20 135:11,21 136:3 144:15 145:10 147:13 155:20 156:12 169:16,25 185:20
**answering** 41:4 175:19 175:24
**answers** 149:12
**anybody** 123:7
**apparent** 138:4
**apparently** 30:25 76:21
**application** 182:14
**apply** 114:8
**appointment** 114:7,13
**approach** 56:15 58:9 61:16 65:18 120:7,19
**approached** 56:20,24 57:15,24 58:19 60:8 60:14 61:6 75:19 89:8 121:2
**appropriate** 102:4
**approve** 111:20,24
**Argumentative** 136:9
**arm's** 74:2,7,15
**arrange** 181:10
**articulated** 162:19
**aside** 39:22
**asked** 15:23 46:21 47:19 47:22 52:19 53:14 55:19 63:16,21 67:21 67:24 68:4 79:6 95:12 95:19 100:22 110:4 119:19 131:14,15,19 135:10,20 136:2 144:14 145:10 155:19 156:11 169:15,24 185:19
**asking** 18:5 40:14 41:24 56:7,25 57:3 110:2 **assets** 67:2 84:25 180:5
**assigned** 158:11
**assist** 123:25 127:23
**assisting** 176:21
**associates** 172:12
**Atkinson** 5:24
**Atkinson-Baker** 1:18 5:5
**attached** 99:13
**attempt** 40:15
**attended** 11:17
**attorney** 75:11,13,17,21 76:4,11,14 77:11,19 79:18 111:13 112:7,12 113:18,22 114:2,4,21

116:15,21 117:10,22
118:5,13,20 119:5,13
119:17,23 120:10
141:11 155:15,25
156:10 168:16,25
190:12 191:8
**attorneys** 3:5,11 5:9 15:17 16:19,20 125:20
**atypical** 69:23
**audio** 33:21 35:5,7,15 36:7,12,24 37:12,17 40:8 42:5
**August** 116:9,12 120:2
**authority** 54:8 75:25 77:20 98:12 109:23 110:5 111:7 161:14 182:14
**available** 187:11
**Avenue** 2:15 3:12 5:15 11:2,4 35:8 170:16,22 184:11 185:12
**aware** 19:6 42:23 114:14 147:21 162:7 168:10

## B

**B** 115:15 190:8
**back** 49:15 51:4,21 53:14 56:2 62:24 66:16 68:18,19 79:12 87:22 88:3 95:25 118:11,20 120:5,6 141:18 144:21 147:12 166:11 180:2,20
**backup** 85:9
**Baker** 5:24
**balance** 186:9
**Bank** 169:13
**base** 11:8
**based** 151:15 179:5
**basic** 24:24
**basically** 75:14
**basis** 10:12 187:16
**Bates** 112:12
**battle** 152:18,21
**began** 51:20 85:2 116:4 135:8
**beginning** 56:3 144:24 145:2 176:5
**behalf** 2:14 5:5,21 16:11 32:22 42:24 54:9 75:15,21 78:8 108:16 115:16 117:11 133:6 133:10,23 134:3,9,18 135:8 142:8 148:10 151:4,11 180:6 186:4 186:15
**belief** 43:20
**believe** 10:23 11:22 13:7 24:2 25:19,22 43:18 44:6 55:2 58:13 94:18 94:19,20 105:24 137:10 142:19,21 144:24 154:3 155:7 167:9 173:7 177:14 182:8 183:12 186:19
**believed** 119:5
**best** 64:6 75:7 76:16
**better** 49:18 53:12

121:19 156:15
**beyond** 48:4 60:17 81:8 126:12 132:12 148:25 150:3,15,19 157:11,21 158:2,16 162:12 163:14 169:9 174:4 176:25 177:19 178:8 178:17 180:7,13,17 181:12 183:3 185:15 186:7
**biennial** 183:24
**bit** 11:9 55:25 56:2 84:3 88:3 168:14
**blatant** 40:18
**blood** 192:16
**boss** 85:19,25 86:7
**bottom** 112:22 182:17 184:18
**bounds** 179:17,20
**break** 87:6,24 165:21
**briefly** 11:24
**bring** 8:16 146:20
**British** 128:19
**broad** 120:11 150:8
**broader** 114:3 117:9 119:16
**brought** 26:16
**budget** 78:4
**building** 37:23
**business** 19:8 20:22 62:17 63:5 70:18 71:13,16,24 121:6 129:19 130:2 152:24 167:12 168:11 171:20 172:13
**businesses** 185:11

## C

**C** 3:2 6:19,19 115:17 192:3,3
**California** 5:6
**call** 68:11 76:9 124:3
**called** 36:3 63:6 105:4
**calm** 41:5,9
**candidate** 58:15
**candidates** 104:10
**capable** 153:14
**capacity** 16:16 43:3,13 46:6,18 47:7,17,18 48:21 72:23 86:14,22 142:6 146:16 153:25
**care** 151:11
**cares** 9:18
**case** 1:7 2:7 5:16 6:11 9:10 13:25 16:11,13 18:6,7,10 19:4 20:12 27:20 28:18,23 30:25 32:7,10,15 39:2,18 43:13 50:16 53:19 76:20 111:15 113:15 155:17 156:14,20 162:8 163:5 186:11,14 187:20
**cases** 9:12,21 126:3
**category** 44:19 125:5
**cause** 26:8
**CCP** 61:8,13 81:17 82:9 91:8,10,13,16 92:11

**Atkinson-Baker, Inc.**
**www.depo.com**

151:16,22 152:5,18,23
CEO 184:4 185:7
certificate 12:6,21
certification 4:7
certify 192:10,15
chair 41:9
Chan 180:16
chance 7:14 67:18
change 66:25
charge 160:10
check 34:23 35:14
checked 35:24
Chin 77:12
China 66:25 123:2 128:7
  129:20 130:3,7,16,17
  169:13
Chinese 177:13
chose 158:6
chosen 13:20
Chunguang 33:22 42:7
  74:3,8 80:8 108:19
  109:5,12 110:4 111:19
  111:23 113:5 117:13
  120:20 121:2 148:23
  149:4 155:9
Chunguang's 111:7
City 3:6
claim 158:12 162:20
claims 51:14 115:8
  163:19
clear 28:6 53:13 113:17
  140:4 157:7 166:19
  187:16
client 48:17,22 69:14
  116:16 122:6 127:6
  128:23 131:21 132:2
  136:4,12,18,19 137:3
  137:11,18 138:2,4,15
  139:23 140:2,16 151:5
  163:11,16 171:17
clients 69:4 70:3 78:11
  123:22 124:2,24 125:3
  125:5,20 127:15 128:22
  172:12 181:5 186:8
close 96:12
coaching 40:17
Cohen 13:3
college 11:25
COLLUCIO 2:14
Coluccio 1:14 5:20 6:1
  6:24 7:1,10 8:1 9:1
  10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1
  46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1

78:1 79:1 80:1 81:1
  82:1 83:1 84:1 85:1
  86:1 87:1,12,21 88:1
  89:1 90:1 91:1 92:1
  93:1 94:1 95:1 96:1
  97:1 98:1 99:1 100:1
  101:1 102:1 103:1
  104:1 105:1 106:1
  107:1 108:1 109:1
  110:1 111:1 112:1
  113:1 114:1 115:1
  116:1 117:1 118:1
  119:1 120:1 121:1
  122:1 123:1 124:1
  125:1 126:1 127:1
  128:1 129:1 130:1
  131:1 132:1 133:1
  134:1 135:1 136:1
  137:1 138:1 139:1
  140:1 141:1 142:1
  143:1 144:1 145:1
  146:1 147:1 148:1
  149:1 150:1 151:1
  152:1 153:1 154:1
  155:1 156:1 157:1
  158:1 159:1 160:1
  161:1 162:1 163:1
  164:1 165:1 166:1,2
  166:10,12 167:1 168:1
  169:1 170:1 171:1
  172:1 173:1 174:1
  175:1 176:1 177:1
  178:1 179:1 180:1
  181:1 182:1 183:1
  184:1 185:1 186:1
  187:1 188:1,12 189:1
  189:11 192:11
come 12:23 40:18 43:20
  45:6 51:4 53:14 56:7
  78:3 84:9 85:8 94:2
  96:22 98:4 99:22
  135:7
comes 97:12
coming 97:4 166:16
commencing 2:16
common 73:22 74:20
communication 143:9
communications 38:23
  39:16 40:24 44:11
  45:25 46:25 86:15
  87:3 150:6 179:12
Communist 161:24
companies 58:15 72:7
  128:19
company 57:4 58:10
  61:19,23,25 72:8
  96:17 105:4 128:16
  129:25 130:18,24
  151:11,12,13 169:18
  174:7
company's 169:7
compensated 64:24
  66:18 67:9 83:25
  147:22,25
compensation 67:15
compiling 99:17,20
complete 20:13 188:10
compliance 10:8

concept 32:6
concern 40:20 160:19
  160:24 162:17
concerned 38:24 39:17
concerning 39:19 41:2
  42:6 46:3 47:2 86:16
  87:4 115:9
concerns 44:13 50:25
  76:18 143:10 161:22
  162:18
concluded 189:7
condition 107:6
conduct 33:10,14 70:14
confer 17:16 150:22
confidential 59:5 125:2
  159:19 160:4,8
connection 150:7
consist 24:19,24
consisted 82:21
construed 114:10
consulting 130:20,22
contact 56:17
contacts 129:19 130:2
containing 33:21
contents 155:5
continue 40:22 41:10,13
  41:21 42:2
Continued 188:13
contract 39:17 42:11
  44:3,13,21 45:10,20
  46:3 47:2 48:18 49:12
  50:16 51:2,18 53:2,8
  53:11 54:2 59:13 61:3
  62:3,7,14 64:4,11
  71:20 76:19 79:16
  81:15,20,23 85:10
  86:8,17 87:4 103:7,24
  110:13,20 111:21
  114:22,25 115:6
  132:18,24 133:19
  140:15 143:10,17
  144:2 145:4,6,8,15
  146:21 147:5,6,15
  148:2 149:20 150:8
  152:4 154:6 158:23
  159:8,14,18 160:3,8
  161:2 164:17 167:2
  179:7,9,16
contracted 34:2 38:25
  43:12 153:15
contrary 98:13,19
  114:11
control 74:21,25 135:18
  136:7 174:3
controlled 70:20 71:9
  72:2 73:17
controller 144:11
controls 74:19
conversation 26:10
  52:22 62:9 67:13 73:7
  94:24 119:9,12 124:22
  134:25 154:18 178:11
conversations 14:13
  34:11,13,22 38:22
  44:11 45:7 85:17
  136:24 179:11
conveyed 155:5
coordinate 9:8

cope 180:8
copies 39:6
copy 188:2,6
corporate 6:16 18:23
  19:14 28:14,17 31:8
  72:23 181:19,25 182:9
  190:16
corporation 1:5 2:5
  13:23 62:20,25 63:2,6
  182:15
corporations 181:24
correct 10:18,20 15:15
  32:4,5 52:14,15 56:14
  59:22 65:22 66:2,14
  67:16 73:18 82:15
  89:9 93:4 100:7
  101:10 108:17,18,20
  108:23 113:20 139:24
  140:8 166:21 175:11
  175:12,13 183:11
  184:8
cost 78:4 147:3,9,17
  148:9
counsel 4:5 5:25 6:2,8
  14:21,22,23 15:3,8,9
  18:20 24:20 46:9
  115:15 126:8
counsel's 49:5 69:19
  131:7
Counselor 81:13
counter 162:20
counterclaim 6:10 163:5
COUNTY 192:7
couple 65:14 67:22
course 33:25 42:10
  156:14 178:22
court 1:2 2:4 17 5:23
  6:4,22,25 20:18 36:21
  134:7 141:25 187:2,25
Court's 39:3 40:21 41:23
  41:25 50:8,23 51:7
  146:8 149:7,14 178:9
  178:15,18,23 186:10
Courtney 184:19
covered 78:18 95:8
covers 113:23
credit 121:9
current 183:14
currently 54:21 166:12
cuts 146:17

---
**D**

D 3:7 4:2 190:2 191:11
Dan 10:4,6 14:14 16:18
  24:8
Daniel 3:18 6:16
date 5:11 7:8 112:9
  129:17 181:21
day 10:17 116:8 187:11
  189:14
day-to-day 10:12 120:17
days 46:19 65:14,20,21
deal 16:17,18,19 17:7
  18:15 65:7 69:23
  70:12 74:11 104:19
  105:2,11
dealing 47:16
dealings 51:10,16 103:3

103:6,20 133:15
  149:16,24 162:16
  164:15 179:3
dealt 55:14 59:20 179:15
December 52:11,14
decide 12:12 13:23
  105:12 156:7
decided 50:8 67:11,15
deciding 70:10 153:13
decision 145:14,17,19
decisions 111:20,24
declaration 129:14
  130:14 190:14
defendant 1:6 2:6 3:11
  6:10 51:8
Defendant/COUNTER...
  1:11 2:11
defendant/counterclai...
  2:15 5:22
defending 115:8
defenses 51:15
defined 66:24,25
definition 67:3
Del 5:3
Denalli 6:8
Department 181:23
deponent 5:19 6:14
  46:22
depose 46:19
deposit 107:9,17
deposition 2:14 4:7,14
  5:13,21 7:5,21 11:15
  11:17 20:17 21:19
  22:16 24:12 29:22
  30:16 31:22 32:3 41:7
  41:18,22 51:13 87:12
  87:20 166:2,9 178:15
  178:20 186:21 187:10
  187:13,17 188:11
  190:10 192:12,13
depositions 22:24 46:14
described 33:18 38:12
description 97:20 190:9
  191:5
designated 31:8
detail 187:22
details 19:12
determine 70:17,20
different 12:7 38:21
  74:21 79:2 84:4 99:13
diligence 70:14
direct 42:2 72:14,22
  131:4 137:23 138:12
  143:12 145:21 172:18
  172:23 180:9
directed 20:18 46:13,15
  134:8
directing 13:25 14:3
  20:15 31:14 81:7
  140:11
direction 21:22 22:4
  36:18 54:8 148:18,22
  149:3 185:25 186:3,16
directly 17:7 18:9
director 10:8 21:3,8 22:6
  54:5,13,15,21,25
  57:22 58:6 113:12
  122:15,17

**Atkinson-Baker, Inc.**
**www.depo.com**

**disagree** 146:14 150:21
**disclose** 14:7 28:10
102:11 106:21 107:5
160:25
**disclosed** 94:16 108:21
108:25
**disclosing** 73:10
**disclosure** 109:13
**discuss** 48:7,9,13 91:24
101:23 162:4
**discussed** 60:22 68:16
88:10 91:22 92:4,16
92:19,22 93:7,12 94:9
**discussion** 65:3,4 67:17
103:22 110:5 154:21
154:23 155:2 187:6
**discussions** 85:3 86:21
153:23,24 154:15
155:5,8
**dispute** 115:18
**disputes** 186:22
**disseminated** 104:16
105:13
**distinct** 107:2
**distributions** 131:12
**DISTRICT** 1:2,3 2:2,3
**division** 181:24
**Docket** 50:9
**document** 7:18 112:11
112:16 182:7,13 184:2
**documentation** 52:24
**documents** 8:11,16
18:17 32:18,20 33:4,6
33:7,10,17 38:10,12
94:2 111:8 156:19
168:7
**doing** 19:11 44:20 48:25
70:3 81:18 88:11 91:8
91:10,13 134:18
137:21 140:16,17
141:6 149:25 150:13
151:3,13 152:17,21
168:11 189:5
**dollar** 107:9,17
**Donald** 180:16
**DONNELLI** 3:17
**doubt** 43:16
**drafted** 114:18,19 156:9
**drafts** 157:16,19
**dramatic** 47:12
**draws** 131:10
**duces** 7:21
**due** 70:14
**duly** 6:20 192:12
**duties** 9:6 16:14 22:6,9
28:13 30:12 163:10
164:22
**duty** 159:21 165:3,13

**E**

**E** 3:2,2 4:2,2 6:19 190:2
190:8 191:4,4,11
192:3,3
**earlier** 58:4 88:3 114:3
117:10 166:23 184:14
**ease** 82:25
**East** 7:3 10:16 13:5
19:21,24 20:8 36:13

36:25 37:18 39:25
170:6
**eastern** 1:5 2:5 5:17
32:22,24 38:23 39:16
42:24 43:3,12 44:2,12
45:9,20 46:2,25 47:16
48:3,10,15,16,21 49:2
49:10 50:2,20 51:11
51:20,23 52:24 53:7,9
53:10,17,24 54:6,9,13
54:22,25 55:15 56:4,6
56:8,9,20,25 57:8,14
57:22,24 58:6 59:20
60:7,14 61:2 64:18,24
65:6,8,21 68:18 69:23
70:10,12,15,17,21
71:2,9,13 72:2 73:16
74:11,24 75:6,12,16
75:19,22 76:4 77:13
77:20 78:5,8,17,19
79:3,10 81:14,19 83:8
83:18,25 84:5,6,10,25
85:3,10 86:16 87:3,24
89:8 92:25 93:4,6
103:4,21,23 104:11,20
105:3,10 106:8,16,19
106:24 107:6,18
108:10 109:18,23
110:12,20,23 111:3,8
111:13 112:13,19
114:22 115:2,6,9,17
115:18 117:12 118:4,7
118:13 119:6,14
120:18 121:2,5,9,20
121:23 128:15 133:6
133:10,15,23 134:3
141:11,14 144:22
146:5,11 147:22
148:10 149:4,17 150:7
150:25 153:7 154:5
155:16 156:23 157:2,4
157:9,16,25 158:11,20
160:7,19,24,25 161:8
161:14 162:16 164:15
164:23 165:3,13
166:25 167:4,10,15
168:11,17 169:17
176:21 177:5 179:3,12
179:16,24 191:17
**Eastern's** 115:5 145:24
146:2
**easy** 47:8
**Eddy** 6:7 41:3 181:3
**EDWARD** 3:7
**effect** 4:16 117:20 145:6
168:17
**effective** 115:25
**efforts** 82:14 156:22
**eight** 13:7
**Eighth** 2:15
**either** 24:2 68:20 93:16
127:19 160:24
**electronic** 184:18
**email** 56:16 81:10
110:22 111:2 157:20
**employed** 49:24
**employee** 5:9 8:23 13:11
80:15 113:2,8

**employees** 13:5,13
14:11,16 15:24 16:4
19:23 55:13 127:18
169:23 180:12
**employers** 166:20
**encompass** 150:9
**ended** 86:25
**engaged** 178:2
**English** 90:16 182:25
183:6,8
**ensure** 160:2,6
**enter** 53:10,18,25 57:4
58:11 61:3 62:3,7,13
64:4 77:13 81:15,19
81:22 103:23 154:6
176:21 177:6
**entered** 85:2 130:19
**entering** 82:24 83:9 93:9
93:13 104:10
**entities** 20:7,23 156:2
173:9
**entitled** 5:16 50:12
**entity** 32:23 36:3 44:5
93:9 102:17 126:23
151:15 152:17 155:15
158:22 167:5 173:22
181:10,25
**enumerated** 114:8
**equipment** 34:21 35:3,6
35:8 36:8,13,25 37:12
37:18 39:23 174:15,21
**Erin** 3:13 6:12 15:10,18
23:7
**ESQ** 3:7,13
**established** 113:7
178:17
**estimate** 9:20
**evaluating** 143:15,25
144:12
**evaluation** 146:20
**exact** 45:16 97:18
**exactly** 21:16 48:9 52:5
99:3 172:2
**examination** 189:6
190:4
**examined** 6:21
**example** 172:15
**exchange** 60:23
**exclusively** 136:19
137:11
**executed** 50:16 117:23
120:2
**executing** 39:2 114:25
115:16
**execution** 51:17 103:7
115:19 133:18 149:19
159:8 164:16 179:6
**executive** 182:24 183:14
183:19
**exhibit** 7:7,13 8:3 49:17
112:8 129:13,15
130:11 145:21 181:20
**exist** 33:18 34:6,8,10
40:24,25 53:4
**existed** 77:4 118:6 119:8
**existence** 48:3 94:15
**expected** 92:18
**expecting** 152:3

**expended** 148:10
**experience** 70:3 155:24
**expertise** 129:20 130:2
146:19
**explaining** 141:5
**explore** 104:9 187:21
**exported** 180:5
**express** 160:18,23
**extent** 142:8

**F**

**F** 4:2 191:11 192:3
**fact** 161:7 164:12
**facts** 31:22
**factual** 26:4,19 27:11,14
27:24 28:8 165:7
**failure** 160:25
**familiar** 32:6 36:2
**families** 50:4 171:15
172:9
**family** 130:19,25 170:23
171:2,8,9,14,15,17,18
171:19,20,24 172:4,6
172:9,12,13 174:23
175:2 176:14 180:3,6
180:20 186:5,15
**far** 34:7 38:24 39:15
51:15 75:5 79:20 95:8
98:18
**fast** 96:2
**fast-forwarded** 55:25
**feel** 40:21 47:4 163:18
**field** 12:7
**Fifth** 11:2,4 35:8 170:16
170:22 184:11 185:12
**file** 1:22 16:14 175:4
183:25
**filed** 184:2
**files** 9:8
**filing** 4:6
**filings** 18:23 19:4,14,15
19:18 32:15 125:25
181:19,25 182:9
190:16
**fill** 26:22
**filled** 113:11
**final** 100:19,25
**finances** 106:7,19
**financial** 105:25 106:4
106:17 107:6
**financially** 5:7
**financing** 177:5 179:9
179:16
**find** 44:17 46:9 61:24
124:17 156:23
**findings** 173:3
**fine** 107:9,16
**fingers** 187:2
**firm** 12:17 20:19 125:15
166:13,15
**firms** 9:9
**first** 6:19 32:11 48:2
60:22 65:3,18 88:7,20
88:23 91:25 92:5,13
92:16,19,23 93:2,7
109:13,15 110:5
114:12 120:6 132:25
145:3 154:20 170:19

170:21 182:6,13
183:24
**five** 101:2,12,16 156:16
**flat** 133:5
**flip** 183:22
**Floor** 2:16
**focused** 51:13
**following** 30:3 114:8
115:11
**follows** 6:21
**force** 4:15
**forearms** 187:2
**foreign** 62:20 63:2,6,7,8
182:15
**forget** 185:22
**forgetting** 106:25
**forging** 64:7
**form** 4:10 8:8 17:4,11,18
17:24 18:13 20:9 21:7
21:23 24:6,22 25:2,20
25:25 26:24 29:12,17
30:13 34:24 35:18
36:5 37:13,20 39:9
40:11 43:5 44:7 45:12
54:18 58:24 59:6,25
60:9,16 64:13 65:11
65:23 66:11 68:24
70:23 73:4,19,23
77:15,22 79:6 80:11
80:19 82:3,10 83:3,21
84:12,20 85:4 86:9
89:24 90:7 93:18 94:7
95:3,14,20 96:25
97:23 98:9,15,21
100:2 101:5 102:6,20
103:16 104:4,22 105:6
105:14 106:9 107:11
107:19,24 109:7 110:8
111:9,16 117:3,15
118:15 119:19 120:14
121:25 122:23 123:10
124:8,16 125:18
126:10 127:4,10,22
128:5,9,13,21 129:21
131:3 132:8,21 133:7
134:6,12,23 135:3
136:9,21 139:4,10,17
140:19 142:3,17
143:19 144:4 146:23
147:19 148:4,19,25
151:8,18,24 152:13,19
152:25 153:8,17 154:8
155:13,18 156:4 158:9
158:14,24 160:15
161:5,11,18,25 162:22
163:22 164:4 165:5,17
167:7 171:4,11,22
172:17 173:6,12,19
174:11 175:17 183:13
184:21 185:14 186:7
186:18
**format** 116:25
**formed** 63:3,8,12 170:20
**former** 54:5,15,20 57:22
166:15 170:15
**forth** 161:16 192:12
**forward** 70:11 75:15
183:22

**Atkinson-Baker, Inc.**
**www.depo.com**

found 154:13
foundation 180:22
four 8:19 32:18 42:19
  178:13 181:17
free 40:21 47:4 84:19
  132:5
French 88:22
front 7:12
frozen 84:25
fruitful 58:14
full 46:19 115:4 163:7
full-time 9:25
fully 29:8,15 74:19,25
further 4:9,13 97:19
  153:22 192:15

**G**

G 191:11
gain 152:4
gaps 26:22
Garret 6:9
GARRETT 3:5
gathering 156:19
gears 32:17
Gee 177:17
general 49:8 96:13
generally 48:13
generated 160:11
give 20:13 54:8 76:16
  77:19 83:12 97:19
  99:4 100:4,7,9 108:9
  186:3 189:4
given 11:14 63:18
  116:15 185:24 192:14
gives 21:22 22:4 186:16
giving 100:17 126:9
Glendale 5:6
go 10:17 11:24 12:14
  17:15 18:14 26:21
  29:10 32:18 49:15
  53:13 55:20 56:2,8
  66:16 69:8 70:11
  75:15 77:12 79:12,15
  88:3 99:22 115:23
  126:2,15 129:12
  147:12 156:15 165:20
  167:25 168:20 180:2
  180:20 182:12 185:4
goals 83:8,9
goes 19:10 115:23
  177:19 183:6,8
going 11:8,11 14:6 20:15
  26:8 27:18,21 29:14
  32:2 36:19 38:19
  40:16,22 47:5 49:15
  55:18 56:13 64:9 68:2
  68:11,18,19 69:19
  72:11,18,21 88:3
  112:3 117:22 125:25
  126:3,15,17 129:12
  130:10 131:6 140:5
  152:16,17 178:5 179:8
  181:4,16 186:20,25
  187:4
golden 1:14 6:13 7:6,13
  8:23 9:19,22 10:7,19
  10:21 11:10 12:24
  13:5,12 14:8,11,16,21

14:23 15:8,14,24
  16:11,19 18:22 19:7
  19:14,20 21:2,8 22:7
  22:10 24:25 28:12,14
  28:17 31:25 32:21
  33:9,24 34:15 35:14
  38:3,22 39:14,21 40:7
  42:4,9,12,25 43:4,14
  43:19,22 44:3,19,22
  45:10,18 46:8,9,13,23
  46:24 47:14,18 48:2
  48:14,17,22,25 49:9
  49:21,23,24 50:3,4,6,6
  50:20 51:9,19,22
  52:24 53:6 54:7,9,12
  54:23 55:14 56:3,7,8,9
  56:19,20,23 57:2,7,13
  58:4,9,13,18 59:3,10
  59:21 60:5,14,25 61:4
  61:11,15,22 62:2,16
  62:21 63:12 64:3,8,17
  64:18,23 65:7,8,22
  66:15,17,22 67:5,8
  68:17 69:2,10,13,22
  69:23 70:2,9 71:6,8,25
  73:17 74:11,24 75:11
  75:18,20 76:3 77:19
  78:3,7,10,16,20 79:3
  80:15,17 81:10,14
  82:7,14,20,23 83:7,12
  83:17,24 84:6,9,18,24
  85:8 86:23 87:24 88:7
  88:14 89:10,13 90:13
  90:17 91:4,7,9,12,15
  91:22,24 92:2,5,22
  93:3,8 94:3,12,15,21
  95:12,18 96:3,5,16,22
  98:12,25 99:3 101:11
  101:15,19 103:3 104:9
  104:14,19 105:2,10,21
  106:14 107:4,22 108:9
  108:15,17 109:11,18
  109:22 110:3,3,12,19
  110:23 111:2,14,20,24
  112:4,18 113:2,8
  116:14 117:11 118:11
  118:19,24 119:4,14
  120:5,9,25 121:5,8,18
  121:22 122:4,5,6,8,11
  122:16,19,21 123:2,3
  123:5,12,18 124:15
  125:14 127:7,14,18,25
  128:23 129:15,18,24
  130:6,7,8,16,18,24
  131:10,13,18,18,21,23
  132:3,11,17 133:14,21
  133:25 134:10,19
  135:9,15,18 136:5,11
  136:12,15,18,19,25
  137:3,12,18,20 138:5
  138:16,17,21,23 139:2
  139:14,23 140:2,15,16
  140:18,22,25 141:9,13
  141:16 142:12,20,24
  143:14,24 144:6,11,18
  144:21 145:17 146:7,9
  146:19 147:2,11,14,20
  147:24 148:7,8 149:16

150:23 151:2,21 152:3
  152:9,23 153:5,12,25
  154:4 155:14,23 156:6
  156:22 157:2,8,15,24
  158:12,20 159:21,25
  160:18,23 161:7,13,21
  162:7,17 163:9,11,16
  163:18,24 164:6,14,22
  165:2,12 166:16,22,23
  167:3,10,12 168:10,16
  169:3,5,18,22 170:4
  171:14 172:8 173:16
  174:2,6,23 176:3,8,13
  178:3 179:2,15,24
  180:4,11,12,21 181:6
  181:9,17,18,20 182:2
  182:10,14 183:15,20
  184:4,15 185:12,25
  186:4,16 190:9,16
  191:17
good 5:2 7:10,11 128:17
  140:13
governance 49:20
graduate 12:3
granted 111:14
Graves 3:5 6:8
Greim 3:7 6:6,7,15 7:9
  9:15 13:19 14:5 26:15
  27:5,9,16 28:5 30:18
  30:22 31:6,16 36:22
  38:9 40:16 41:5,11,15
  41:19 44:16 46:7,12
  47:8,21 50:17 51:3
  68:11 71:4 74:10 76:9
  76:15,21 86:18 87:5
  126:14 129:5,12
  132:15 133:12,24
  140:3,13 146:9,17
  149:9,15,23 150:11,17
  150:20 165:20 175:21
  177:25 178:12,19
  179:2,14,21 186:13,20
  187:15 188:5 189:3
  190:5
Group 130:17 172:15
  173:8 174:3
GSNY 6:17 37:5,7,11
  45:17 46:3 75:6 77:10
  106:23 142:9 149:5
  150:11 171:2 174:12
  174:16,18 177:4 180:2
GSNY's 44:10 45:25
  86:15 143:8,9 150:5
  170:19 177:2
guess 17:13 49:17 52:13
  57:20 59:2,19 90:9
  113:17 137:19 148:7
  156:15 172:2,5 178:20
Guo 16:25 17:23 21:3,9
  21:11,21 22:4 32:22
  33:22 34:23 35:15
  36:3,7,12,18 37:2,9,11
  38:24 39:5,12,17
  40:23 42:7 44:12 46:2
  47:2 50:2 59:14 60:6
  60:13 73:17 85:18,24
  86:6,16 87:3 88:9,9,19
  88:25 89:10 90:5,11

90:16,22,22 91:22,24
  92:2,5,22 93:12 97:3
  97:16,20 98:8 99:16
  99:19 100:3,4,9,16,20
  101:15,19 103:4,17
  104:20 105:3,21 106:7
  106:16 107:3,8,16
  121:11,22 122:17
  127:7 130:15,25 131:9
  131:17 132:10 133:9
  133:15 134:2,9 135:7
  135:18 136:17 137:2
  137:10,21 138:4
  139:14,23 140:14,25
  141:5,13,15 142:6,13
  143:2,7,9,23 144:9
  145:19 148:17 149:2
  149:17,25 150:6,9,13
  158:21 160:2,19,20,24
  161:22 162:9,16
  163:10,20,25 164:7,15
  170:13 171:2,6,15,16
  172:10,12,13 173:2,21
  175:2,10,14,18 176:14
  179:3,12,25 180:6
  182:19 183:2,10,18
  186:4,15,19
Guo's 67:2 102:16
  106:15 122:5 165:4,14
Gwan 77:12

**H**

H 190:8
half 67:7
Halloween 30:2
Hamilton 5:14 16:21
hammer 65:21
Han 33:22,23 42:7,7 54:3
  54:8 56:13,15,24 57:2
  57:4,14,23 58:5,9,14
  58:19 59:3,10,13 60:8
  60:15,23,24 61:2,6
  64:8,17 65:19 66:17
  74:3,8 75:14 80:8
  81:16,25 82:8,20,23
  83:7,12,17 93:21 94:9
  103:22,22 108:19
  109:4,12 110:4 111:7
  111:23 113:5 117:13
  119:10,13 120:20
  121:2 148:23 149:4
  154:13,16,18,21,23
  155:3,9 181:7,11
Han's 82:15
hand 112:3
handle 110:12
handles 171:18,19
handling 16:10 164:24
handwritten 25:10
happen 89:2
happened 89:5,7 97:11
Harmon 15:11,18 23:7
  23:17
hear 76:24
heard 74:14,16,19 93:20
  93:22,23 101:6 134:20
  170:24 171:7
held 75:20

help 9:7 56:7 124:2
  132:25 156:23 157:2,8
  172:7
helping 98:4
hereto 4:6
hey 155:3
hire 61:18,23,24
hired 12:23 28:11 152:15
hiring 167:12,16
Hodgson 3:11 6:13
  16:20
hold 186:21 187:4
holding 187:9,17
Hong 122:21 123:12
  128:11,16 129:24
  130:6,17,18 167:4
  169:4,8,19 180:5,12
hour 23:2
hour-long 24:9 26:9
hours 78:16,19,22
How'd 43:20
Hundred 78:22

**I**

idea 40:13 49:8 60:19
  72:8
identification 7:7 112:9
  129:16 181:21
identified 92:12
immediately 109:5,9
important 164:6
imported 180:5
in-house 15:3
inappropriate 124:11,18
include 9:10 13:10 15:25
  172:14
includes 13:8
including 49:22 115:7
  115:10
inconsistent 138:19,25
incorrect 51:5
independently 163:19
INDEX 191:2
indicate 136:17
individual 44:18 46:5
  47:6,7 126:2
individually 44:4,15
  46:17,17
individuals 10:13 176:12
information 24:14,25
  26:4,12,19 27:11,15
  27:24 28:4,6,8 45:5
  99:13 152:5,7,10
  154:15 159:18 160:3,7
initial 119:9,12
initially 132:24 134:17
input 132:24
instructed 28:9 29:13
instructing 27:9 140:7
instruction 9:16 14:6
  49:5 69:20 90:17
intend 101:20 152:6
intended 84:7 102:3,12
  102:16 161:8
interacting 142:14
interactions 87:25
interest 151:3,4,12
  161:2

**Atkinson-Baker, Inc.**
**www.depo.com**

**interested** 5:7 12:19
81:18 91:7,10,12
151:22 192:17
**interpretation** 146:14
**interrupt** 41:10,14,22
50:18
**interrupting** 41:6,12
**introduce** 6:2 88:13
**introduced** 6:3 88:9,12
88:19 94:21 153:21
**introduction** 88:25 89:22
91:6
**introductory** 94:17
**investigate** 91:18 163:19
**investigation** 61:19,23
61:25 70:9
**investment** 130:20
**investments** 171:19
**involve** 125:25
**involved** 56:12 59:12
127:19
**involvement** 19:13
**irrelevant** 18:2 30:21
72:25
**Island** 128:19
**issue** 34:2 38:25 39:18
42:11 43:12 48:19
49:12 51:18 55:16
103:8 110:24 132:19
133:20 158:23 159:8
159:14 164:17 179:8
**issues** 51:13
**item** 32:19 33:18
**items** 8:12,14

**J**

**January** 50:14,19 103:5
130:21 133:16 179:4
191:16
**Jay** 88:24
**Jennifer** 3:17 6:7
**job** 12:17 159:17
**jobs** 148:13
**jog** 178:5
**judge** 179:18
**July** 103:5 133:17 179:5
**jurat** 188:14

**K**

**K** 191:11
**Kansas** 3:6
**Karin** 122:5 113:14
**Keefe** 166:13
**keep** 39:6 41:10 50:12
51:12 60:4 64:7
106:25,25 148:15
159:17 160:2,7 186:13
**keeping** 19:2 148:9
**kept** 42:12
**Kiara** 1:21 2:17 5:23
192:9,23
**kind** 24:13 50:6 67:19
71:20 124:25 141:4
**knew** 34:18 54:12 58:10
106:7 107:5 117:21
170:21
**know** 13:16,19 17:9,12
17:14 18:11 19:10,12

20:2,5,21,24 21:5,21
21:25 22:3,8,11 30:24
31:2 32:16 33:13,16
33:17,19 34:5,7,11,20
35:2,10,19,23,25 37:2
37:15,16,22 40:4
42:15 43:21,23 44:20
45:15,16 46:4,10
47:25 48:5,10 50:12
52:5,16 53:4,23 55:3,6
55:9,10 56:18,21,24
57:13,17,20 58:17,18
59:9,15,18 60:6,11,12
60:21 62:5,6,24 63:14
63:19 64:2,16 65:16
65:17,20 66:5,22,23
67:4,5,6,12 68:4,23
69:7,9,10,12,25 70:7,8
70:13,16,19 71:8,10
71:14 72:5,9,12,16,19
76:2,12 77:17,24 78:2
78:6,21,23,25 79:23
80:14 81:12,16 82:8
82:13,16,17,22 83:6
83:11,16,23 84:8,14
84:17,23,24 85:7,12
85:16,21 86:5 88:20
89:4,5,6,12,13,14,17
89:19 90:5,12,13,15
90:19,21,22,25 91:11
91:14,17,19,20 92:9
92:14,17,20,24 93:11
93:15,16,19 94:5,12
94:14,23 95:6 96:7,9
96:11,18 97:3,7 99:9
99:10,15,16,21,24
100:14,15,18 101:14
101:18,22 102:9,10,14
102:22 103:12,17,25
104:13,17,25 105:9,17
105:20 106:3,6,18
107:7,14,15,21 108:2
108:12 109:21,25
110:4,10 111:11,18,22
112:2,20 113:8,11,25
114:17,19 116:11,13
117:24 118:3,4,5,10
118:12,18,19,21,23
120:16,23,24 121:2,4
121:5,7,8,10 122:3,10
122:12,12,13,17,20
123:13,14,17 124:4,12
127:6,11,16 129:2,7
129:23 131:11,16,25
132:6,9,23 133:4,14
134:15 135:5,13,14,17
135:23 136:4,10,22
139:6,12 140:21,22,23
141:3,8,22 142:11,12
143:11 144:6,8,17,18
144:20 145:7,12,13,16
145:18,20 146:2,25
147:2,8,11 148:6,12
148:21 151:20,21
152:8,14 153:11
154:12,13 155:11,22
156:5,13,25 157:5,7
157:14,18,23 158:4,5

158:6,15,19 159:4,11
159:16,20,24 160:5,9
160:17,22 161:6,12,20
162:3,24 163:23,24
164:5,13,18,21,25
165:10,11 167:4,14,18
167:21 168:13,21,23
169:2,6,11,12,14,17
169:20 170:3,12,14,16
170:23 171:12 172:11
172:20 173:15,20
174:5,14,19 175:3,6,7
175:22 177:7,8,11,15
177:20 178:2 180:14
181:8,14,15 183:16,17
183:18,21 184:24
185:16
**knowledge** 11:8 47:15
72:24 106:15,15 149:6
149:10 187:19
**known** 57:21 71:25
136:14
**knows** 55:6 58:21 59:16
59:23 66:3 72:20
77:25 84:15 89:15
90:20 105:18 110:3
129:8 135:15 147:25
164:19 173:14,16
**Kong** 122:21 123:12
128:11,16 129:24
130:6,17,18 167:5
169:4,8,19 180:5,12
**Kwok** 133:22 175:5,7

**L**

**L** 4:2,2 6:19,19,19
191:11
**lack** 121:19 187:18,19
**law** 9:8 12:17 20:19 63:4
125:14 166:13 180:22
180:25
**laws** 63:8,11
**lawyer** 114:17 125:24
184:19
**learn** 23:24 48:2,14 88:7
**learned** 84:10 142:23
**learning** 178:21
**leeway** 20:14
**legal** 9:7 10:8 125:5,9,23
126:5,9 127:12,19
158:17 163:13 165:6
168:19 175:14,18
**length** 74:2,7,15
**let's** 27:17,17 31:12
32:17,19 46:7,9 47:8
47:11 50:12 53:13
55:24 56:2 60:4 67:7
71:5,6 79:12,15 87:5
108:24 114:20 132:16
168:14 174:22 178:12
180:2,20 182:12
183:22 184:17 185:4
186:13
**Lianchao** 33:23 42:7
59:13 93:21 94:8
181:7,11
**licensed** 62:16
**limitation** 49:22

**limited** 1:5 2:5 50:23
75:10,12,17,21 76:3
76:10,13 77:11,18
79:17 111:13 112:6,12
113:18,22,25 114:4
115:7,10 130:17,21
156:9 168:16 179:24
182:3 190:12 191:8
**limits** 150:5
**line** 70:18 95:5 121:6
123:14,17
**list** 91:18 97:4,7,24 98:5
99:10,12,17,20 101:3
101:13,17 102:24
103:18 133:2
**listed** 33:8 184:4 185:7,7
**literally** 81:25
**litigation** 32:24 79:25
80:5 110:15 111:4,25
126:9 147:5 155:15,25
156:7 157:25
**little** 11:9 20:14 53:12
55:25 56:2 84:3 88:3
168:14
**LLC** 1:10 2:10 3:5
**loan** 157:3,9,16 164:24
**long** 9:4 10:21 11:20
22:25 41:22 65:16
145:5
**longer** 187:3
**look** 7:16 32:19 34:15,18
49:16 68:18,19 99:5
102:24 112:4,10 114:6
114:20 130:11 133:13
145:22 172:25 177:25
**looked** 33:4 52:23 66:8
156:10
**looking** 60:25 61:6,7
**lot** 146:18 186:24

**M**

**M** 6:19 191:11 192:9,23
**Mai** 60:6,13
**Main** 3:6
**Maistrello** 112:25 113:15
**major** 33:25 71:15
**making** 160:10 163:20
164:2
**man** 176:14
**management** 49:20
130:21
**march** 11:11 67:19 96:2
184:2,3
**mark** 15:10,18 23:7
27:20 51:3 129:13
**marked** 7:6,13 112:7
129:15 181:19
**market** 129:19,25
**marking** 112:4 130:11
181:17
**marriage** 192:17
**matter** 13:22 31:4 51:25
52:2 80:5 137:19
192:18
**matters** 76:5 127:2
**mean** 15:10 16:18 30:11
35:4 66:19,24 71:15
81:21 97:5,24 123:23

125:24 126:5 132:2
136:6 144:25 171:16
172:25 177:25
**means** 63:3 138:15
140:6
**media** 36:3,7,12,18 37:2
37:9 39:6,12 40:23
87:10,19 102:17
165:24 166:8 172:15
173:3,8,21 174:3
188:9
**Media's** 37:12
**meet** 21:13,18 22:15,25
150:21 155:9 187:24
**meeting** 22:20 23:4,21
24:9,15,18 25:15
88:17 91:25 92:5,13
92:16,19,23 93:2,8
94:17 95:24 108:15,21
108:25 109:15 113:19
**meetings** 16:15 17:22
23:13,16
**memory** 178:6
**mentioned** 93:2
**mentions** 114:13
**met** 21:11 33:9 88:10
134:17 176:17 177:10
177:22 185:2,17,23
**Michael** 88:24
**middle** 114:7 183:22
**Mile's** 182:22,25 185:17
**Miles** 175:4,7
**Miller** 1:21 2:18 5:24
192:9,23
**million** 107:9,17
**minute** 30:23 86:18
**Missouri** 3:6
**modified** 168:22 178:23
**moment** 55:20
**money** 85:11
**month** 21:17 52:12
119:8
**months** 9:5 130:16
145:3 156:7,16,17
**morning** 5:2 6:6 7:10,11
**mouth** 176:2
**move** 30:17 36:20 41:3
41:18 88:4
**moved** 10:23
**moving** 60:4
**multiple** 65:21 123:22

**N**

**N** 3:2,13 4:2 190:2
191:11
**name** 6:23 13:15 77:20
88:20,23 93:22,24
94:2 96:19 111:7
112:24 175:11,18
177:15 182:18,21
183:5 185:9
**named** 93:21 176:14
177:10
**names** 91:18 92:12 96:4
96:13,17,20,23 97:4
97:25 98:5 99:11,14
99:23 100:4,7,9,17,20
101:2,12,16 103:18

**Atkinson-Baker, Inc.**
**www.depo.com**

133:2 175:14
**narrower** 114:3 117:9
119:16 120:12
**NASSAU** 192:7
**natural** 56:11
**necessarily** 136:23
**need** 13:18 27:2,7 36:6
38:6 71:4 87:2 124:2
132:14 133:14 141:21
149:11 172:7 176:7
180:19,24
**needs** 38:15 41:20
**negotiate** 65:15 112:18
134:9 135:8 157:3,9
**negotiated** 133:5 134:3
**negotiating** 39:2 86:7
114:21
**negotiation** 34:2 42:11
74:2,7,9,15,23 75:2
76:22 78:17 79:15
103:6 116:4 133:18
147:4 149:18 158:23
164:16 166:24 179:6
**negotiations** 51:16 59:4
88:2
**never** 74:19 85:24
147:25
**New** 1:3,15,15 2:3,16,16
3:12,12 5:15,15 6:14
6:21 7:4 10:7 11:2,3
18:22 19:7,8,14,15,20
38:3 39:14,21 40:7
42:5,12 43:4,14 45:11
54:24 60:6 62:17
63:12,13 64:23 73:17
78:10 83:12 101:11
122:19 123:3,5,18
125:14 127:7,14,18
129:18 130:8,24
131:18,21,23 132:3,11
132:18 139:15 140:15
140:17,18,22,25
141:10 143:24 147:25
150:23 151:15 152:23
153:5 154:2 157:8,15
158:12 161:21 162:7
169:3,5,22 170:4
171:14 172:8 174:2,6
174:23 176:3,8 180:4
180:11,21 181:6,9,23
182:3,5,10,16 183:15
183:20,20 185:13
186:16 192:5,10
**nice** 187:24
**nickname** 183:2
**night** 24:10,13 27:12,23
35:21 42:19 48:8
62:10 66:6 85:24
97:13 98:14,20 101:9
101:24 103:13 108:4
113:19 119:3 124:6
162:5 163:2
**nine** 13:14
**non-litigation** 126:25
**nonexistent** 34:19
**nonparty** 188:4
**nonprofit** 12:10
**normally** 17:7

**notarized** 112:21
**notary** 4:15 6:20 189:17
192:9
**note** 50:9
**noted** 27:6
**notes** 24:18,19,24 25:6,9
25:10,12,17,23 26:5
26:13,20 68:7,12 95:2
95:6,9 135:2 164:14
191:6
**notice** 7:5,21 178:16,20
190:10
**noticed** 149:24
**November** 1:16 2:17
5:11 87:8,17 165:23
166:7 188:8
**number** 5:16 32:20 33:8
33:20 49:16 87:11,19
112:13 114:21 165:25
166:8 178:13,13
188:10

---

**O**

**O** 4:2 6:19,19 191:11
**o'clock** 42:20
**object** 7:23 8:7 9:13,23
12:14 17:3,18,24 20:9
21:6,23 24:22 25:2,20
25:25 26:6 29:11,17
30:13 34:24 35:17
36:4,9,14 37:13,20,25
38:5 40:11 43:5 44:7,8
44:25 45:12,22 48:23
49:3,11,13 51:24
58:23 59:6,25 60:9,16
64:12 65:23 66:11
68:13,24 69:5,15 70:4
71:17 72:3 73:4,19,23
74:4 75:3 77:15,22
78:12 79:5 80:11,19
81:3 82:3,10 83:3,20
84:12,20 85:4 86:9,10
89:23 93:17 94:6 95:3
95:14,20 96:24 97:22
98:9,15,21 99:6,25
101:4 102:19 103:15
104:22 105:6,14 106:9
107:11,19,24 109:6
110:7 111:9,16 117:2
117:14 118:14 119:18
120:13,21 121:24
122:22 123:9 124:8,16
126:10 127:3,9,21
128:8,12,20,24 129:4
129:9,21 130:4 132:7
132:12,20 133:7
134:11,22 135:3 136:8
136:20 137:5,13,22
138:6,11 139:3,9,16
140:19 142:3,16 143:4
143:18 144:3 146:22
148:3,19,24 151:7,17
151:23 152:12,19,25
153:8,16 154:8 155:12
155:18 156:3 157:11
157:21 158:24 161:17
161:25 162:11,21
163:21 164:3 165:5

167:6 168:18 169:9
171:3,10,21 172:16,22
173:5,11,18 174:10,17
175:16 176:6,10,15,18
176:23 177:18,23
178:19 180:17,23
184:20 186:6,17 187:9
**objected** 119:21
**objecting** 26:23 141:23
**objection** 13:17 17:10
18:12 24:5 27:5 39:8
54:17 65:10 70:22
90:6 102:5 104:3
106:20 116:17 125:17
126:7 128:4 131:2
134:5 147:18 158:8,13
159:9,15,22 160:14
161:4,10 165:16
169:16,21 171:25
181:2,12 183:3,13
185:14 187:16
**objections** 4:10
**observed** 150:13
**obtain** 26:12 98:25 177:5
**occur** 56:17 88:17
**October** 29:24 42:23
115:25 117:20,21
118:2,6,12,20 119:4
120:5
**offensive** 124:10,18
**offer** 124:23
**offered** 12:18
**office** 10:19,22,23,25
19:25 20:4,6,20 21:14
22:21 35:6 38:4 39:7
39:25 40:10 80:18,23
80:24 169:4,8,19
170:19,23 171:2,8,14
171:18,24 172:4,9
174:16,24 175:22
176:14 180:3,21
184:14
**officer** 44:5
**officers** 13:13 16:5
20:25 55:14 72:8
**offices** 5:14 19:21 20:8
37:4 38:18 42:13
170:5
**officially** 20:21
**Oh** 47:11 52:10 54:23
60:5 106:24 109:16
**okay** 11:12 13:14 14:25
16:16 17:6 29:22 30:2
31:25 50:13,18 53:12
53:15,16 56:5 58:3
63:10,14 64:2,2 68:5,6
68:14 74:14 75:24
84:3 87:5 88:16 93:23
94:23 109:16 119:11
122:25 125:8,24 127:6
127:25 130:13 134:20
136:13,16 140:13
142:21 150:17 151:4
151:13 152:22 168:15
171:13 172:14 175:21
176:8 180:3,20 186:13
**once** 21:14 185:6
**open** 86:25 186:21 187:5

187:10,17
**operate** 182:15
**operated** 130:19,25
**operates** 37:2
**operating** 119:15 120:10
**operations** 120:18
**operative** 114:6
**opine** 106:11
**opportunities** 46:18
**opportunity** 12:18
**opposed** 161:23
**order** 36:21 39:4 40:21
41:24,25 46:12 50:9
51:7 126:13 140:11
141:22 146:8,15 149:8
150:4 154:5 178:10
178:15,18,24 179:22
186:10 188:5 189:3
**ordering** 188:2
**orders** 50:24
**organizational** 50:7
**organize** 9:7
**organizing** 16:14 17:22
93:25
**ought** 44:19 167:11
**out-of-pocket** 147:3,9,17
**outcome** 192:18
**outside** 9:8 14:22 15:9
15:14 40:25 41:24
43:3,13 47:17 63:7
128:3 140:10 149:7,13
150:14 186:9
**overseeing** 147:5
**owe** 165:3
**owed** 85:11 163:10
165:12
**owned** 130:18,25
**owner** 122:8,13 137:3,11
138:21 139:14,19
**ownership** 49:19 50:7
73:22
**owing** 138:25
**owns** 122:11,18 123:3
123:12

---

**P**

**P** 3:2,2 4:2
**p.m** 22:19 165:23 166:5
166:5,7 188:8 189:7
**page** 8:3,10,12,14,19
32:18 50:9,10 112:11
112:22 182:13 185:5
188:13 190:4,9 191:5
**PAGE/LINE** 191:13
**pages** 25:9,17
**paid** 49:23 50:3 78:7
85:9 123:4 147:16
**paper** 27:4
**paragraph** 115:23
130:12
**paralegal** 9:3,19 11:21
12:6,13,19,20 16:10
126:22
**parameters** 83:13
**parent** 129:25 130:24
169:7,18 174:7
**parentheses** 182:20
**part** 68:21 122:8

**particular** 49:24
**parties** 4:6 5:10 192:16
**partners** 172:13
**partnership** 131:10
**party** 9:22 62:3,8,14
**party's** 5:14
**pay** 64:10,15,18 78:11
83:19 84:7,11 107:18
123:7 131:23 132:5
156:23 170:13 181:6
**paying** 147:11
**payments** 181:10
**pays** 170:11
**people** 13:21 14:7 16:17
56:11 59:12 86:6
136:25 137:9 172:5
176:2
**Pepper** 5:14 16:20
**perfectly** 41:8
**performance** 39:3 51:17
78:18 79:16 103:7
133:19 143:16,25
144:12 147:4 149:19
159:14 164:17 179:7
**performed** 46:2 167:20
**performing** 153:14
**period** 38:16,18 39:15
41:2 51:12 119:11
120:6
**permission** 77:13
**persecuted** 81:17 82:9
**persecution** 82:21,25
**person** 13:20 16:5 32:23
50:3 56:16 59:20 89:3
94:9 112:21 121:16
138:25 158:22 177:11
178:2
**personal** 72:24 86:13,22
**personally** 35:10
**pertains** 186:8
**phone** 56:16
**phonetic** 60:6
**physically** 40:9
**piece** 27:4 68:15
**place** 5:13 65:19 75:11
**plaintiff** 1:11 2:11 3:5
6:11 51:10
**Plaintiff's** 112:8
**Plaintiff/COUNTER-CL...**
1:6 2:6
**plan** 85:9
**play** 143:3,14 176:20
**played** 156:18
**pleading** 163:8
**pleadings** 32:7,9 115:16
**please** 5:25 6:22,25 7:16
8:2 27:6 30:18 39:4,20
41:5 47:4 50:18 68:4
112:5,11 130:12
**Podhaskie** 3:18 6:16
10:4 13:8 15:2,6,18
23:8,21 41:17,19 79:9
79:21
**Podhaskie's** 10:6
**point** 18:3 20:17 23:11
68:17 111:19,23
128:18 143:3 147:24
155:8

**Atkinson-Baker, Inc.**
**www.depo.com**

points 67:20
popping 104:6
portions 114:6
position 8:22 9:2 10:6,9
  62:2,7,13 74:20 75:2
  81:19,22 179:17
  187:14
positions 50:2
positive 174:8
potential 58:15
power 75:10,12,17,21
  76:3,11,13 77:11,18
  79:18 88:4 111:13
  112:6,12 113:18,22
  114:2,4,20 116:15,20
  117:9,22 118:5,13,19
  119:5,13,17,23 120:10
  141:10 155:15,25
  156:9 168:16,24
  190:12 191:8
preexisting 70:25 73:8
preparation 11:10 15:21
  16:6 18:18 30:16
  168:5 187:18
prepare 14:11,20 15:6
  21:19 22:15 23:13,17
  23:21 24:11
prepared 8:6 46:23
  146:16 178:4
presence 155:10
present 3:16 5:4 23:3,4
  89:21 115:5
preservation 115:5
president 10:10 13:11
  21:22 22:10 43:4,14
  43:19,22,24 44:3,20
  44:22 45:10,17,21
  47:15,16,18 86:23
  88:14 91:21,23 94:21
  122:13 153:25 174:9
  182:24 183:15,19
pretty 10:14 23:10
  187:19
principal 144:10 165:13
prior 71:24 73:3 117:25
privileged 14:13
probably 23:2 90:5
produced 8:11 33:6
  38:11,13,15 156:19
product 99:5
production 68:12 76:10
professional 123:21,23
  124:3,6 127:14 151:6
Profit 1:5 2:5 5:17 32:22
  42:24 43:3,12 44:2
  45:10,20 47:16 48:10
  48:15,16,22 49:2,10
  50:2,20 51:20,23
  52:25 53:7,9,10,17,24
  54:6,9,13,22,25 55:15
  56:4,7,8,10,20,25 57:9
  57:15,22,24 58:6
  59:20 60:7,14 61:2
  64:18,24 65:7,9,22
  68:18 69:23 70:10,12
  70:15,21 71:2,9,13
  72:2 73:16 74:12,24
  75:16,19,22 76:4

77:13 78:5,8,17,19
  79:3,10 81:14 83:18
  83:25 84:5,6,10 85:3
  85:10 89:8 92:25 93:4
  93:6 103:4,21,23
  104:12,20 105:3,10
  106:8,17,24 107:6,18
  108:10 109:18,23
  110:13,20,23 111:3,8
  111:14 112:19 118:7
  118:13 119:6,14
  120:18 121:3,9,20,23
  128:16 133:6,11,15,23
  134:4 141:11,15
  144:22 146:12 147:22
  148:11 149:4,17
  150:25 153:7 154:5
  155:17 156:23 157:3,4
  157:9,17,25 158:11,20
  160:7,19,24 161:8,14
  162:16 164:15 165:3
  165:13 166:25 167:4
  167:11,15 168:11,17
  169:17 176:21 177:5
  179:3 191:17
Profit's 48:3 70:18 75:12
  77:20 83:8 84:25
  87:25 106:19 121:6
  161:2 164:23 179:16
Profits 32:24
project 56:21 57:9 78:5
  79:4,11 85:14 109:2
  155:4
projects 78:11 123:25
  172:7
promised 59:11
proposed 56:21 100:19
prosecuting 115:7
provide 128:2,18 132:10
  132:17 172:6 176:9
  180:21
provided 140:14 188:4
provides 123:21 125:19
  132:4 138:17
providing 126:8 176:13
provision 138:24
public 4:15 6:20 189:17
  192:9
publicize 102:3,12,17
  173:3,22
pull 182:4
pulled 181:22
purports 116:8
purposes 143:15,25
  144:11 152:24 160:12
  161:15 164:24 172:25
pursuant 8:11 146:7
put 7:12 77:20 78:17,20
  175:25

**Q**

Qiang 21:3,11,21 22:4
  122:17 182:19 183:2
  183:18
question 4:11 7:17 8:13
  15:5 17:19,25 18:13
  20:10 21:24 24:6,23
  25:3,21 26:2,18,24

27:8,20 28:2 29:18
  30:14,19,21 31:11,15
  31:17,21 33:8 34:25
  36:5,10,15 37:14,21
  38:6,20,21 39:9,22,24
  40:12,14 41:24 42:4
  42:25 43:6,9,25 44:8,9
  44:23 45:13,23 47:13
  47:14 49:6 50:11
  52:18 53:14 54:18
  55:7,19,22 57:18
  58:22 59:7,17 60:2,10
  60:17 63:15,20 65:11
  65:24 66:12 67:19,23
  68:3 69:11,16 70:5,23
  73:5,20,24 74:6,13,22
  77:16,23 79:19,21
  80:12,20 82:4,11,18
  83:4 84:3,5,13,16,21
  85:5 86:10,24 88:6
  89:16 90:14 94:13
  95:4,15,21 98:6,10,16
  98:22 104:4,23 105:7
  105:15,19 106:10,23
  107:12,20,25 111:10
  111:17 116:19 117:8
  120:4,22 121:21 124:9
  124:11,17,19 125:18
  125:22 126:11 129:3,8
  129:22 133:8 135:4,16
  137:6 138:7 140:20
  141:12,20 142:4
  143:22 144:7,19
  147:13 148:20 152:20
  153:2,9 154:9 155:19
  158:17,25 162:2,15
  163:14 164:20 165:6,7
  165:7 167:3 168:15
  170:17 172:21 173:6
  175:20,24
questions 11:9 26:7,11
  27:2 28:3 36:17 37:6,9
  39:12,13,19 40:20,23
  46:15,20 47:3 66:4
  67:22 87:2 92:7 99:7
  100:12 102:7 108:3
  145:9 146:18 168:19
quiet 41:20

**R**

R 3:2 4:2 191:4,11,11,11
  192:3
reached 12:25
read 26:14 28:20 29:6,8
  29:13,15 31:13 32:9
  32:13,14 49:18 51:6
  117:5 141:18,25 163:4
  163:7
really 48:18 54:15 88:2
reason 61:9,12 64:3
reasons 92:15
recall 27:14,18
receive 131:9,12
recess 87:14 166:4
recipient 138:20
recognize 7:20 112:16
  121:15
recommend 154:5

recommended 154:12
record 6:23 7:2 87:13,22
  140:6 166:3,11 186:24
  187:22 189:2 192:14
recording 34:22 35:5,7
  36:8,13,24 37:12,18
  39:23
recordings 33:21 34:6
  34:12,16 35:16 39:6
  39:25 40:8,9,25 42:6
records 181:24
recruiter 12:25
refer 85:18
referred 85:24
referring 33:5,7 117:17
  119:24
reflecting 33:23 42:8
reflects 66:9
regarding 33:23 42:8
  53:7 97:24 103:18,19
  105:11,22 109:19
  111:21,25 157:25
  166:25
regime 66:25 161:24
register 167:11,16
  174:25
registered 19:7 62:19,21
  62:25 63:5
relate 17:22 51:16 103:6
  149:18
related 52:25 127:7
  159:18 160:3,8 181:10
  192:15
relates 103:13 133:17
relating 18:9 32:20
relationship 44:14 52:25
  71:2,13,16,24 72:7,13
  72:17,20 73:3,9,11
  92:21 94:3 115:9
  121:23 122:5 131:17
  136:11
relative 5:8
relay 26:9
relayed 154:14
relevant 13:24 20:12
  38:17,19 39:15 41:2,3
  51:14 76:20
relying 25:23 28:7 32:2
remember 21:16 26:20
  29:19 31:12,18,21
  67:23 68:2,5 97:17
  120:2 137:16,17
  139:19,21
remembers 27:23
remotely 19:24 169:23
render 127:15
rendering 151:5
rent 170:11
rep 6:17 28:14,17
repeat 43:8 138:22
  143:21
report 10:3,4 85:13,15
  86:3 144:21 157:24
reported 1:21 109:18
reporter 5:23 6:5,22,25
  142:2 187:3,25
reporting 111:3
reports 110:12,18

representations 33:24
  42:8 160:21 161:23
  163:25 164:8 165:4,14
representative 31:9
representatives 17:2
represented 160:13
  162:9
requested 141:24
  192:21
research 53:18 55:15,25
  56:4 57:3 58:11 60:25
  61:5,7,12,16,17,21
  64:10,15 70:3 75:19
  77:14 81:18 82:24
  83:9,14,19 84:7 88:8
  88:11 91:8,10,13,15
  92:11,15 93:9,13
  94:10 96:3,16 101:21
  102:3,17 103:20
  104:11,15,21 105:5,12
  105:22 106:18 107:4
  107:16 108:10,22
  109:2,19,24 110:6,24
  141:6,15 142:15
  144:23 151:3 153:23
  155:4 156:24 160:11
  161:9,15 167:20,23
  173:2,10,23,23 176:22
reserved 4:11
resettling 115:18
resolving 115:17
respect 32:23 85:14
  132:18 141:6 159:7,13
  179:23 186:11,14
respective 4:5 49:25
  159:7
response 63:18 66:7
responsible 16:10,12
rest 127:24
results 101:21 102:4,13
  102:18 104:16,21
  105:5,12 144:22
  160:11 173:23
retaining 115:15
review 7:14 18:17,23
  24:17 30:15 168:4,7
reviewed 19:17 24:13
ridiculous 175:19
right 11:7 14:25 15:4,12
  16:12 23:12 26:18
  29:25 38:8 51:7 54:21
  57:9 58:6 59:24 61:20
  62:17,23 63:6 65:2
  67:25 68:9,19 79:9
  80:2 90:4 93:5,19
  108:16,19,22,24 109:2
  109:3,5 115:2,25
  116:5,9,10 117:21
  120:2 126:23 127:25
  139:25 148:2 150:20
  163:9,12,16 166:20
  170:6,7,9,10 171:19
  173:4 181:22 182:12
  183:7 184:9,12,16
rights 115:5
role 9:4 19:2 57:14,23
  60:7,13 143:2,7,8,14
  150:24 153:13 155:16

**Atkinson-Baker, Inc.**
**www.depo.com**

156:18 158:22 176:20
177:3,3
**roles** 159:7
**rule** 8:12 180:22,25
**running** 120:17
**Russ** 3:11 6:13 16:20
**Rutgers** 12:2
**Ryan** 13:3

**S**

**s** 3:2 4:2 188:10 190:8
191:4,4
**Saraca** 172:15 173:8
174:3,7,9,13,20
**Saraca's** 174:15
**satisfy** 34:9
**saw** 121:15
**saying** 54:20 86:25
140:9
**says** 8:3 28:7 49:19 51:8
71:7 112:12 114:13
115:24 130:16 138:2
150:12
**Scanlon** 184:19
**scheduled** 17:20
**scheduling** 16:15 17:15
17:22 18:9,16
**scope** 36:10,15 41:25
44:9 45:2,23 46:12
48:4 60:18 69:6,16
70:5 71:18 72:4 75:4
75:24 81:9 86:11
111:12 114:3 120:22
126:12 130:5 132:13
134:6 137:6,14 138:7
140:10 143:5 148:25
149:7 150:4,14,16,19
157:12,22 158:2,16
162:12 163:14 169:10
174:4 176:25 177:19
178:8,10 180:13,18
181:13 183:4 185:15
186:7,23
**sealing** 4:6
**search** 33:10,14
**second** 31:7 36:22 38:9
86:19 114:5,25 182:12
185:4
**see** 8:11,14 22:23 27:17
27:17 33:2 34:3 35:13
35:15 54:23 57:6,6
58:10 71:6,6 77:8
82:15 102:25 103:9
104:21 112:11,21,24
113:4 114:6,12,23
115:13,21,24 116:7
117:18 130:14 133:24
136:16 145:22 150:11
154:24 179:14 182:16
182:18 183:24 184:10
184:17,18,22 185:6
**seen** 7:17 8:19 37:17
77:2 80:23 110:17,22
112:14,17 116:20,22
117:6 121:12 136:17
136:23 167:22 182:6
**sense** 11:8 80:7 96:13
**served** 155:14

**services** 12:11 123:22
123:24 124:7,23,25
125:6,9,19,23 126:6
127:12,13,14,19,20
128:2,18 131:24 132:4
132:10,17 138:18,20
138:24 151:6 172:6
180:22
**serving** 155:16,24
164:23
**set** 100:19,25 161:16
174:15 192:12
**setting** 39:22
**settlement** 115:19
**seven** 9:5 156:17
**share** 162:18 169:19
180:11
**shared** 185:11
**shares** 122:18
**she'd** 90:5
**show** 130:10 181:16
**showing** 182:3
**shown** 113:18
**side** 74:19,25
**sides** 74:21
**sign** 94:9 109:24 110:6
111:7
**signature** 184:19 192:21
**signed** 4:14,16 113:4
116:7,8,12 145:4
182:16
**similar** 116:25
**simply** 7:17 26:18
**single** 127:17
**sitting** 41:9
**skills** 150:24
**skim** 29:16,20 30:4,12
**skimmed** 29:15 30:25
32:12
**society** 180:25
**sole** 122:15
**somebody** 125:24
**somethings** 95:9
**Somewhat** 172:2
**son** 21:9 182:22,25
183:10 185:17
**sorry** 8:13 11:23 14:24
43:8 64:22 74:5 79:10
81:5 119:14 123:2
125:21 138:22 141:17
142:25 143:21 162:18
185:21
**source** 58:14
**SOUTHERN** 1:3 2:3
**speak** 14:10,19 15:5,20
162:25
**speaking** 90:16
**special** 146:19 155:24
**specific** 26:7 27:2 28:3
31:22 52:12 87:2 95:5
95:11 119:8 124:13
181:5
**specifically** 16:13 18:5
50:24 56:25 85:23
86:2 97:17 124:21
126:19,21 139:20
179:23
**specifics** 126:12,16,18

**specified** 51:12
**spend** 80:9 83:14 126:3
**spent** 79:24 80:3
**spoke** 15:2,25 16:3,6
**spot** 170:11,15
**Spring** 1:14 6:13 7:6,13
8:24 9:19,22 10:7,19
10:22 11:10 12:24
13:5,12 14:8,11,16,21
15:9,14,24 16:11,19
18:22 19:7,14,20 21:2
21:8 22:7,10 24:25
28:12,14,17 32:2
33:10,34 34:15 35:14
38:3,22 39:14,21 40:7
42:5,9,12,25 43:4,14
43:19,22 44:3,19,22
45:11 46:8,10,13,23
47:14,18 48:2,14,17
48:22,25 49:9,21,23
49:25 50:4,5,6,20
51:20,22 52:24 54:7,9
54:12,23 55:14 56:7,8
56:9,19,21,23 57:2,8
57:13 58:4,9,13,18
59:3,10,21 60:5,14,25
61:11,15,22 62:2,16
62:21 63:12 64:3,8,17
64:19,23 65:7,8,22
66:15,18,22 67:5,8
68:18 69:3,10,13,24
70:2,10 71:6,8,25
73:17 74:24 75:11,18
75:20 76:3 77:19 78:3
78:7,10,16,20 79:3
80:15,17 81:10,15
82:7,14,20,23 83:7,12
83:17,24 84:6,10,18
84:24 85:8 86:23
87:24 88:7,14 89:11
89:13 90:13,17 91:4,7
91:9,12,15,22,24 92:2
92:5,22 93:3,8 94:4,12
94:22 95:12,18 96:3,5
96:16,22 98:13,25
99:3 101:11,15,19
103:3 104:9,14,19
105:2,10,22 107:4,22
108:9,15,17 109:11,18
109:22 110:3,3,12,19
110:23 111:3,14,20,24
112:4,18 113:2,8
116:14 117:11 118:11
118:19,25 119:4,15
120:5,9,25 121:5,8,22
122:4,5,7,9,11,16,19
122:21 123:3,3,5,12
123:18 124:15 125:14
127:7,14,18 128:2,23
129:15,18,24 130:6,7
130:8,17,18,24 131:10
131:13,18,18,21,23
132:3,11,18 134:2,10
134:19 135:9,15,19
136:5,11,12,15,18,19
136:25 137:4,12,18,20
138:5,16,17,21 139:2
139:14,23 140:2,15,17

140:18,22,25 141:10
141:14,16 142:12,20
142:24 143:15,24
144:6,11,18,21 146:7
146:9,20 147:12,21,24
148:7,8 150:23 151:2
151:21 152:3,9,23
153:5,12,25 154:4
155:14,23 156:6,22
157:2,8,15,24 158:12
158:20 159:21,25
160:18,23 161:7,13,21
162:7,17 163:9,11,17
163:18,24 164:6,14
165:2,12 166:17,22
167:4,10,13 168:10
169:3,5,22 170:4
171:14 172:8 173:16
174:2,6,23 176:3,8,13
178:3 179:15,24 180:4
180:11,12,21 181:6,9
181:17,20 182:2,10,15
183:15,20 184:5,15
185:12,25 186:4,16
190:9 191:17
**Spring's** 14:23 45:18
46:24 50:7 53:7 56:3
61:4 69:22 74:11
94:15 106:14 121:19
133:14,22 138:23
145:17 147:2,14
149:16 164:22 166:23
166:18 169:18 179:2
181:18 190:16
**Springs** 32:21 51:9
**ss** 192:6
**staff** 79:2
**start** 10:16 18:7 20:15
178:12
**starting** 117:20
**starts** 114:7
**state** 6:20,22,25 63:4,5,9
63:11 181:23,23,24
182:5 192:5,10
**statement** 183:25 185:6
**statements** 33:22 42:6
**States** 1:2 2:2 168:12
**steps** 159:25 160:6
**STIPULATED** 4:4,9,13
**stop** 41:6
**stopped** 183:19
**stored** 40:9
**story** 82:15
**Strategic** 1:10 2:10 5:17
6:9 32:25 33:25 42:10
59:11,14 86:21 89:2
91:25 92:6 93:10,14
94:10,16 96:5 99:4
101:20 102:2,11,15
104:15 118:7 134:10
142:14,25 143:16
144:2,12,22 146:12,20
153:7,13 154:6,14
160:13,21 161:3 162:8
162:19 163:5,20 164:2
164:8 165:14 166:24

167:17
**Street** 3:6 7:4 10:16 13:6
19:21,24 20:8 36:13
36:25 37:19 40:2
170:6
**Strike** 108:24
**structure** 49:20 50:8
**studying** 12:5
**subpoena** 8:20 32:19
**Subscribed** 189:14
**success** 66:24
**successful** 64:25 66:19
66:20 67:10 68:20
84:2 147:16,23
**sufficient** 71:24
**suggest** 36:19
**suggesting** 149:11
**suggestion** 131:7
**suggestions** 97:6
**suite** 3:6,12 11:4 184:11
185:12
**suppose** 80:3
**supposed** 59:4 106:11
141:5 173:22
**sure** 18:7 31:6 43:10
48:6 55:5 57:20 58:20
61:10,14 65:5,13
66:21 76:6 78:2 83:23
88:18 95:12,19 97:7
98:24 109:11 128:15
128:22 138:23 143:23
144:5 154:11 159:3
161:14 164:7,11 165:3
165:14 173:13,25
177:21 182:11
**SV** 114:22 115:2,6,10,19
**switch** 32:17
**sworn** 4:16 6:4,20
189:14 192:13
**system** 157:20

**T**

**T** 4:2,2 190:8 191:4
192:3,3
**table** 47:9
**tailored** 50:25
**take** 7:16 12:5 14:6 47:8
65:6,14 87:5 89:7
102:23 112:4,10 114:5
131:6 132:16 150:24
159:25 160:6 165:21
**taken** 2:14 5:21 29:23
87:14 166:4
**talk** 32:18 47:9 55:24
117:12 121:11 130:6,8
168:14 174:22 186:10
186:24
**talked** 113:14 121:18
166:22 170:5
**talking** 23:10 68:8 87:23
154:22 177:9,12
**tape** 165:24 187:3
**team** 172:5
**tecum** 7:21
**tell** 27:3,10,19,22 42:17
45:8 52:6 53:17 59:3
59:10 62:12 64:8,17
67:14 73:2,6,11 81:14

**Atkinson-Baker, Inc.**
**www.depo.com**

82:20,23 83:7,17 84:6
97:21 100:16 101:8,11
101:15,20 102:2,15
103:11,13 104:14
107:22 124:14,21
125:4 129:6,10 134:2
172:3 178:9
**telling** 26:25 27:13,25
31:10 46:11 50:21
68:3 137:17
**temporary** 12:16
**ten** 50:10 96:8 145:22
**term** 74:15 121:19
170:24
**terminate** 145:14
**terminated** 145:8
**termination** 145:24
146:3
**terms** 53:6 65:15 66:9
69:22 74:10,23 83:13
103:19 105:22,25
106:4,17 107:4 108:10
117:8 133:2
**Teske** 3:13 6:12,12 7:23
8:7 9:13,17,23 12:14
13:17,22 15:10,18
17:3,10,13,18,24
18:12 20:9 21:6,23
23:7,17 24:5,22 25:2
25:20,25 26:6,17,23
27:7,13,25 29:11,17
29:24 30:13,20 31:4,7
31:14,20 34:24 35:17
36:4,9,14 37:4,13,20
37:25 38:5,14 39:8
40:11,19 41:8,13,16
41:21 43:5 44:7,25
45:12,22 46:11 47:11
47:19,22 48:4,23 49:3
49:11,13 50:15,21
51:6,24 52:2,19 54:17
58:23 59:6,25 60:9,16
63:16,21 64:12 65:10
65:23 66:11 68:13,24
69:5,15 70:4,22 71:17
71:21 72:3,14,21 73:4
73:19,23 74:4,9 75:3
76:12,17,24 77:15,22
78:12 79:5 80:11,19
81:3,7 82:3,10 83:3,20
84:12,20 85:4 86:9,24
89:23 90:6 92:7 93:17
94:6 95:3,14 96:24
97:22 98:9,15,21 99:6
99:25 100:12,22 101:4
102:5,19 103:15 104:3
104:22 105:6,14 106:9
106:20,22 107:11,19
107:24 109:6 110:7
111:9,16 116:17 117:2
117:14 118:14 119:18
120:13,21 121:24
122:22 123:9 124:8,16
125:17 126:7,10,17
127:3,9,21 128:4,8,12
128:20,24 129:4,9,21
130:4 131:2,14,19
132:7,12,20 133:7,21

134:5,11,22 135:3,10
135:20 136:2,8,20
137:5,13,22 138:6,11
139:3,9,16 140:4,9,19
141:17,21 142:3,16
143:4,12,18 144:3,14
145:9 146:4,13,22
147:18 148:3,19,24
149:13,21 150:3,15,18
151:7,17,23 152:12,19
152:25 153:8,16 154:8
155:12,18 156:3,11
157:11,21 158:2,8,13
158:24 159:9,15,22
160:14 161:4,10,17,25
162:11,21 163:13,21
164:3 165:5,16 167:6
168:18 169:9,15,21,24
171:3,10,21,25 172:16
172:22 173:5,11,18
174:4,10,17 175:16,23
176:6,10,15,18,23
177:18,23 178:7,14,22
179:10,18,22 180:7,13
180:17,23 181:2,12
183:3,13 184:20
185:14,19 186:6,17
188:3
**testified** 6:21 16:9 28:16
37:5 42:22 43:24
54:14 57:7 58:3 70:25
89:20 108:14 114:2
117:10 141:9 174:24
184:14
**testify** 8:6 44:10 45:24
46:8,24 71:5 75:6
86:12,14 106:13,14
133:9 142:6 143:7
146:5,6,10 149:5
150:12 174:12,18
175:17 177:2 179:10
**testifying** 27:16 28:13
72:23 182:2
**testimonies** 28:21
**testimony** 14:20 16:6
18:18 23:14,18,22
25:24 28:22 59:19
109:4 141:25 168:5
171:13 192:14
**thank** 187:7,22
**thereof** 39:3
**thing** 33:20 48:15 132:23
168:2 171:8 184:7
**things** 24:19 30:24 68:21
79:20 91:21 115:12,21
136:16,23 137:10,20
139:7 179:19
**think** 7:19 8:21 11:5
16:24 18:8,15 19:19
21:10,12 23:9 34:17
43:15 45:4 50:11 51:5
54:24 56:22 57:2,16
57:19 58:2,3,7 66:5
67:11 71:10,11,14,23
80:24 82:19 90:2,4,24
91:3 92:3 104:7 109:9
117:25 119:7 124:10
125:2 126:11 128:6,10

135:6 142:22 147:13
149:9 151:10,10 153:4
157:6 163:7 165:12,19
167:24 170:5 174:6,20
180:15 183:5,9 186:23
**thinking** 57:21 72:6
**third** 3:12 115:4
**Thomas** 5:3
**thoroughly** 32:13 117:5
**thought** 63:13,25 82:24
92:10
**thousand** 78:24
**three** 8:3 13:16 50:9
102:24 103:12,14
104:2 115:12 130:11
133:13 159:2,5,12
166:9 178:13 188:10
**Thursday** 24:3,12
**time** 4:11 5:12 20:13
32:14 33:12 38:16,18
39:15 41:2 52:13
54:15 56:19 58:5
79:24 80:9 84:9 85:2
87:7,16 88:4 102:4
109:17 119:15 120:18
126:3 135:7 147:16
148:9,15 165:22 166:6
168:2 170:8 187:7
188:7
**timeframe** 49:9 50:13
**timeline** 68:16 92:18
**times** 177:22
**title** 113:11 182:23
**today** 5:19,23 7:22 8:6
8:17 14:12,20 15:7,21
16:7 18:18 21:19
22:16 23:14,18,22
24:12,20 25:7,24 28:8
33:11,15 38:11 43:2
95:13,19 126:4 134:2
158:7 178:21 182:2
187:8,11,23 188:10
**Today's** 5:11
**told** 24:4,20 28:12 30:6
35:11,12 40:5 53:9,24
60:24 63:24 66:17
72:12 73:7 75:14 77:4
81:25 85:22,23 86:6
97:13,16 98:14,18,19
109:12 118:24 119:3
124:6 136:13 137:2,9
139:13,22,25 154:12
**top** 8:3 112:12
**topic** 39:19 49:16,17
102:24 103:12,14
104:2 133:13 145:22
162:4
**topics** 8:5 11:12 20:17
36:20 38:11 40:20
41:3 50:23 146:10
149:16 150:5 186:22
**total** 13:12
**tower** 169:13
**track** 148:9
**trademark** 174:5 176:4
**trademarks** 174:25
**transactions** 114:9
**transcript** 30:3,12 31:2

31:19 32:4 188:2
**transcripts** 28:21 29:5
**translating** 90:10
**translation** 183:7
**trial** 4:12
**true** 82:8 128:17 130:23
139:7 164:2,9,12
165:4,15 192:13
**truthfulness** 160:20
**try** 31:12 55:18 61:24
178:5
**trying** 44:16
**Tuesday** 2:17 5:11 87:8
87:17 165:23 166:7
188:8
**turn** 8:2,10 67:7
**Twenty** 96:10
**two** 8:12,14 10:12 29:25
33:20 46:18,19 49:17
49:17 72:6 74:21
76:23 87:19 112:4,11
112:22 130:12 139:7
165:25 183:25
**type** 25:14,18 172:7
**typed** 27:11
**typical** 69:2 78:14
**typically** 186:3
**typing** 27:23 68:7

**U**

**U** 4:2 6:19 191:4,11
**ultimately** 154:4
**Um** 91:20
**Um-hmm** 11:13 48:11
103:2,10 110:19
114:24 115:3 116:23
120:3 126:24 185:10
**uncertain** 80:22
**unclear** 79:13
**understand** 13:21 14:24
54:7 63:2,9 74:13 75:9
82:6 94:8 98:3 100:6
101:2 109:14 116:6
117:19 119:22,25,25
120:9 121:22 122:4
125:21 126:19,20
134:16 141:19,22
152:16 161:8,13 165:9
**understanding** 55:4 61:5
97:10 98:7 113:21
138:14 147:15,20
158:21 159:6,13
171:23 172:3
**understood** 58:4 118:17
118:25 120:5 124:23
**underway** 88:2
**unfrozen** 67:2
**United** 1:2 2:2 168:12
**University** 12:2
**untruthful** 161:24
**unusual** 84:18
**updated** 19:3
**updates** 17:14
**use** 97:9 102:16 152:6
161:9 168:2 173:2
186:25
**useful** 152:11

**V**

**various** 55:13 123:25
**Vecchio** 5:3
**verbal** 63:18 66:7
**version** 118:2
**versus** 5:17
**vice** 182:24 183:14,19
**video** 33:21 35:15 36:24
37:12,17 40:8 42:6
**videographer** 5:2,4
81:13 87:7,16 165:22
166:6 188:7
**videotape** 166:9 188:11
**videotaped** 87:11,20
165:25
**views** 101:16
**Virgin** 128:19
**Vision** 1:10 2:10 5:18 6:9
32:25 33:25 42:10
59:11,14 86:21 89:2
92:2,6 93:10,14 94:10
94:16 96:6 99:4
101:20 102:2,12,15
104:15 118:7 134:10
142:15,25 143:16
144:2 146:12 153:7,13
154:7,14 160:13,21
161:3 162:19 163:6,20
164:2,8 165:15 166:24
167:17
**Vision's** 144:12,23
146:21 162:8
**volunteer** 108:6

**W**

**wait** 30:22 36:22 38:9
86:18,19
**waived** 4:8
**Waller** 88:10,23 89:11
90:11,18 91:5 134:17
153:22 154:15 155:6,9
**Wallop** 88:10,21 89:11
90:11,18 91:5 134:17
153:22 154:16 155:6
155:10
**wang** 10:5 13:9,10 15:20
20:3 21:2,22 22:3,15
23:13 31:19 32:3
33:22 40:5 42:7,22
43:2,11 44:14 45:19
46:5,16,19,21,22 48:7
56:12,15 57:24 59:11
59:13 60:23 65:19
68:8 73:2 74:3,8 82:2
85:13 86:13,20 89:2,8
89:18,21 90:25 97:13
97:15 98:14,19 100:5
100:10,16,21 101:8,23
103:13 108:4,16 111:6
117:12 120:19 124:5
148:18 162:5,25 184:6
185:7
**Wang's** 10:9 22:9 32:21
47:6 155:10
**want** 11:7 13:19,20 31:2
37:6 40:19 72:19
91:16 95:25 100:3

**Atkinson-Baker, Inc.**
**www.depo.com**

126:2 129:7 168:2
187:7
**wanted** 61:15,18 70:11
91:17 92:10
**wanting** 61:12
**wasn't** 29:13 54:16 62:2
67:15 178:4
**waste** 20:13
**way** 11:14 28:11 60:5,17
67:17 81:8 88:20
93:16 95:8 107:18
116:14 121:13 123:4
145:5 148:15 156:23
157:7 165:2 177:19
178:17 185:18 192:17
**we'll** 26:21 27:20 51:3,4
53:14 64:6,7 150:21
165:20 187:5
**we're** 11:11 44:16 68:2
68:20 86:12,14 87:13
112:3 126:3,15 130:10
140:3,5 150:22 166:3
178:21 179:8 181:16
184:3 186:20,25 187:4
187:6,12
**we've** 7:12 127:12
178:16 186:23 189:5
**Wednesday** 24:2,11
**week** 11:6 24:3 30:3,4,5
**weeks** 29:25
**Wengui** 16:25 17:16,20
32:22 50:3 73:18
85:18,24 86:7 103:4
104:20 105:3,11
121:11 127:8 130:15
131:9 132:10 133:10
133:16 134:3,9 135:8
135:18 136:18 137:2
137:10,21 138:4
139:14,23 140:25
141:5,13 142:7,13
143:3,9,23 144:10
148:17 149:2,17,25
150:7,9,13 158:21
160:2,13,19,25 162:9
162:16 163:10,20,25
164:16 175:10,15
179:4 183:10
**Wengui's** 21:9 121:22
131:17 143:7 145:19
160:20 161:22 164:7
175:18
**went** 56:9 57:2 117:7,12
155:2
**weren't** 38:17 62:6,13
**What'd** 156:16
**whatsoever** 152:10
**When's** 32:14
**where'd** 11:24
**Whereabout** 176:3
**widely** 20:11
**William** 176:14,17,20
177:4,8,10,17,17
179:13
**William's** 177:3
**willing** 83:14 150:24
**wisely** 168:2
**witness** 6:4,24 7:3 14:5

17:6 23:25 27:10,22
28:7,22 30:7,24 36:23
37:7,8 39:4 40:17 42:2
44:9 45:24 47:4,13
50:22 51:9 70:24 71:5
72:19 122:25 129:7,10
130:5 131:4 133:8
134:8 137:23 138:12
140:7,12 141:19 142:5
143:6,12 146:4,6
149:12 158:7 165:8
172:18,23 178:4
187:11 192:11,14
**witnesses** 28:25 49:24
187:18
**word** 27:3 97:9,15,18
98:8
**words** 44:4 45:16 68:17
104:18 124:13 139:20
175:25
**work** 9:12,18,25 10:11
10:17 12:18 13:5 14:7
19:24 20:3,19 30:11
32:21 42:23 43:2,11
44:2,11,14 45:25
46:25 50:4,5,6,19
51:20,23 52:7 53:7
56:3 64:10,15,19 70:3
74:24 78:4,8,11,19
79:3 80:17,25 84:19
85:10,14 99:4 123:8
123:14,17 126:25
143:2 146:21 148:10
148:17,22 150:6 152:9
153:14 166:12 167:13
167:17,19 169:23
173:9 174:22 177:4
178:3 180:2 184:15
185:25 191:16
**worked** 12:7,10 49:22
99:17,20 132:25 138:3
149:3 166:16
**working** 49:9 57:8 65:8
136:15 141:10,13,15
142:7,13,19 147:3
152:16,22 170:9
**works** 20:5,20 79:19
80:24 176:13
**worthy** 121:9
**wouldn't** 90:4
**write** 95:6
**writing** 66:9 76:7 141:4
**written** 52:23 69:3,13
119:16 140:24
**wrong** 50:17 56:23
133:13 157:6
**wrote** 27:3
**www.Depo.com** 1:20

---

**X**

**x** 1:4,12 2:4,12 187:9
190:2,8

---

**Y**

**Yangping** 185:9
**Yanping** 184:6
**yeah** 11:5 15:8 20:6
24:16 30:10 38:5

42:21 48:16,20 57:10
57:12 58:7 62:11
79:12 88:15 97:14
120:8 123:2 126:14
150:18 155:7
**year** 10:24 12:5,8
**years** 183:25
**yesterday** 22:17,24
34:14 42:18 77:7
**York** 1:3,15,15 2:3,16,16
3:12,12 5:15,15 6:14
6:21 7:4 10:7 11:2,3
19:7,8,15,20 38:4
39:14,21 40:7 42:5,12
43:4,14 45:11 54:24
60:6 62:17 63:12,13
64:23 73:17 78:10
83:13 101:11 122:19
123:3,5,18 125:14
127:7,15,19 129:18
130:9 131:18,22,24
132:3,11,18 139:15
140:15,17,18,22 141:2
141:10 143:24 147:25
150:23 151:15 153:5
154:2 157:8,15 158:12
161:21 162:7 169:3,5
169:22 170:4 171:14
172:8 174:2,6,23
176:4,8 180:4,11,21
181:6,9,23 182:3,5,10
182:16 183:15,20,20
185:13 186:16 192:5
192:10
**York's** 18:23 19:14
130:24 152:23
**youth** 12:10
**Yu** 177:17
**Yvette** 10:5,9 15:20
16:23 17:14,17 18:15
20:3 21:2,22 22:3,9
26:11 29:2,5 31:19
32:3,21 34:12 35:11
35:12,20,23 40:4
42:16 45:7,8,19 52:6
52:22 53:9,10,18,25
55:9,17,21 56:12 59:2
59:13,21,24 60:24
62:9 66:5 67:13,14,18
73:2 74:3,8 75:14 77:5
79:8,20 82:19 88:12
88:13 89:2,18,21
91:21,23 94:20,25
97:12,15 98:14 99:18
99:19,22 100:21,24
101:8 103:12 108:4,16
111:6 117:12 119:2,3
120:19 124:5 134:25
137:17 138:2 148:18
153:21 154:12 155:10
162:5,25 184:7 185:6
185:7
**Yvette's** 122:12

---

**Z**

---

**0**

| 1 |
|---|

**1** 7:7 50:14,19 103:5,5
115:25 133:16,17
179:4,5 190:10 191:16
**1/1/17** 49:21
**1:09** 188:8
**1:10** 189:7
**10** 184:2
**10:45** 87:8,15
**10:59** 87:15,17
**10065** 7:4
**10158** 3:12
**11** 165:23
**1100** 3:6
**112** 190:12
**12** 1:16 2:17 5:12 87:9
87:18 166:8 188:8
**12:27** 165:23 166:5
**12:45** 166:5,7
**129** 190:14
**162** 7:3 10:16 13:5 19:21
19:24 20:8 36:13,25
37:18 39:25 170:5
**17** 133:16
**18-CV-2185** 5:16
**18-cv-2185(JGK)** 1:7 2:7
**181** 190:16
**189** 50:9

| 2 |
|---|

**2** 112:8 190:12
**20** 9:20
**2015** 184:3
**2016** 11:22 12:4
**2017** 11:23 50:14,19
52:3,4,10,11,14,17
53:20,21,22 54:24
65:18 103:5 115:25
117:20 118:6,12,22
119:4 130:21 154:19
154:25 179:4 184:3
191:16
**2018** 116:9,12
**2019** 1:16 2:17 5:12 87:9
87:18 103:5 133:17
165:24 166:8 179:5
185:5 188:9
**21F** 11:4 184:11 185:12
**2300** 3:12
**2700** 3:6
**276** 112:13
**277** 112:13
**27th** 2:16

| 3 |
|---|

**3** 129:16 190:14
**30** 9:20 29:24 42:23
**30(b)(6)DEPOSITION**
1:13
**30B6** 23:25 30:7 31:25
158:7
**30th** 116:8,12

| 4 |
|---|

**4** 22:19 181:20 190:16
**45** 8:12

| 5 |
|---|

**5** 42:19
**50/19** 191:15

| 6 |
|---|

**605** 3:12
**620** 2:15 5:14
**64** 10:16 19:21,24 20:8
170:6
**64105** 3:6
**64th** 7:3 13:5 36:13,25
37:18 40:2
**68** 191:6

| 7 |
|---|

**7** 190:5,10
**7/1/19** 49:21
**76** 191:8

| 8 |
|---|

**800** 11:2,4 35:8 170:15
170:21 184:10 185:11
**800)288-3376** 1:19
**8th** 5:15

| 9 |
|---|

**9:18** 2:16 5:12