# EXHIBIT L

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1

 2           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------X

 4    EASTERN PROFIT CORPORATION LIMITED,

 5         Plaintiff/Counterclaim Defendant,

 6        -against-          Case No. 18-cv-2185 (JGK)

 7    STRATEGIC VISION US, LLC,

 8         Defendant/Counterclaim Plaintiff,

 9              -against-

10    GUO WENGUI a/k/a MILES KWOK,

11                   Counterclaim Defendant.

12    ----------------------------------------X

13

14

15              CONTINUED DEPOSITION OF

16                   GUO WENGUI

17              New York, New York

18              December 4, 2019

19

20

21

22    ATKINSON-BAKER, INC.
      (800) 288-3376
23    Www.depo.com

24    REPORTED BY:   TERRI FUDENS

25    FILE NO:   AD0BC41
```

**Guo Wengui - Volume II**
**December 4, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1
2          IN THE UNITED STATES DISTRICT COURT
3        FOR THE SOUTHERN DISTRICT OF NEW YORK
4       ----------------------------------------X
5     EASTERN PROFIT CORPORATION LIMITED,
6            Plaintiff/Counterclaim Defendant,
7     V.
8     STRATEGIC VISION US, LLC,
9            Defendants/Counterclaim Plaintiff.
      ----------------------------------------X
10
11
12
13
14
15          Continued Deposition of GUO WENGUI a/k/a
16    MILES KWOK, a Counterclaim Defendant here, taken
17    by the Defendant-Counterclaim Plaintiff pursuant
18    to Court Order held at 605 Third Avenue, New York,
19    New York, commencing at 11:03 A.M., Wednesday,
20    December 4, 2019, before Terri Fudens, a Stenotype
21    Reporter and Notary Public of the State of New
22    York.
23
24
25

Page 235

A P P E A R A N C E S :
    PEPPER HAMILTON LLP
    Attorneys for Plaintiff/Counterclaim
    Defendant - Eastern Profit Corporation, Ltd.
        1313 North Market Street
        Suite 5100
        Wilmington, Delaware  19801

    BY: CHRIS CHUFF, ESQ.


    GRAVES GARETT LLC
    Attorneys for Defendant/Counterclaim
    Plaintiff - Strategic Vision US LLC
        1100 Main Street, Suite 2700
        Kansas City, Missouri  64105
        816.2563181
    BY: EDWARD D. GREIM, ESQ.
        edgreim@gravesgarrett.com

        JENNIFER DONNELLI, ESQ.
        jdonnelli@gravesgarrett.com

    GOLDEN SPRING (NEW YORK) LTD.
    In-House Counsel for Golden Spring
        162 E. 64th Street
        New York, New York  10065
        917.941.9698
    BY: DANIEL PODHASKIE, ESQ.


    HODGSON RUSS
    Attorneys for Guo Wengui a/k/a Miles Kwok,
    a Counterclaim Defendant
        605 Third Avenue, Suite 2300
        New York, New York  10158
        646.218.7616

    BY: MARK A. HARMON, ESQ.
        ERIN TESKE, ESQ.

Page 236

1
2     ALSO PRESENT:
3          French Wallop
4          Yvette Wang
5          Thomas Del Vecchio, Videographer
6          Victor Chang, Interpreter
7          Una Wilkinson, Interpreter
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 237

1
2               I N D E X
3     WITNESS:        EXAMINATION BY:        PAGES:
4     Guo Wengui
5          Mr. Greim            240
6
7               E X H I B I T S
8     GUO:        DESCRIPTION:        PAGES:
9     10        A black page with a label on    243
              the front which begins with
10            Bates number SVUS 1305 through
              1440
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 238

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 239

1
2
3              THE VIDEOGRAPHER:  Good morning.
4      The time is 11:09 a.m., Wednesday,
5      December 4, 2019.  This is media
6      number 1, volume 2 of the videotaped
7      deposition of Mr. Guo Wengui.
8              We are back on the record.
9              The court reporter may swear in
10     the two interpreters and the witness.
11  V I C T O R   C H A N G, the Interpreter, was
12     duly sworn by Terri Fudens, a
13     Notary Public of the State of New
14     York, to accurately translate the
15     following questions and answers to
16     the best of his ability.
17  U N A   W I L K I N S O N, the Interpreter, was
18     duly sworn by Terri Fudens, a
19     Notary Public of the State of New
20     York, to accurately translate the
21     following questions and answers to
22     the best of her ability.
23  G U O   W E N G U I, a counterclaim defendant
24     herein, having been first duly sworn
25     by Terri Fudens, a Notary Public of

Page 239

---

Page 240

1              GUO WENGUI
2      the State of New York, was examined
3      and testified as follows:
4  EXAMINATION BY
5  MR. GREIM:
6      Q   Mr. Guo, welcome back.  I'm here to
7  question you on a few topics that have been set
8  forth in some court orders.
9          My first question for you is whether
10 you have conducted a search of certain recordings
11 of communications between yourself and the CCP or
12 PRC, and the PAP year before execution of the
13 contract in this case.
14     A   No.
15     Q   Do you have any such recordings?
16     A   What do you mean by recording?
17     Q   Recordings of communications between
18 yourself and any official of the CCP or PRC in the
19 six months prior to the negotiation of the
20 execution of the contract.
21             INTERPRETER WILKINSON:  Counsel,
22     you just talking about voice
23     recording?  When you talk about
24     recording, are you just talking about
25     voice recording?

Page 240

---

Page 241

1              GUO WENGUI
2      MR. GREIM:  I will stand on the
3      word recording.
4              INTERPRETER WILKINSON:  Just
5      recording, not voice recording him?
6              INTERPRETER CHANG:  You tell me
7      what do you mean.
8              INTERPRETER WILKINSON:  You
9      could be talking about any record,
10     right, any record of communications.
11             MR. GREIM:  Not record.
12     Recording.  It could be voice only or
13     voice in audio.  If he said voice,
14     that's fair.
15             INTERPRETER WILKINSON:  Okay.
16             INTERPRETER CHANG:  He said he
17     did not understand what kind of
18     agreement.  He did not understand
19     what he was referring to in terms of
20     agreement.
21     Q   Sir, I'm referring to the agreement
22 at issue in this case between Eastern Profit and
23 Strategic Vision.  I'm asking you to go back six
24 months before the execution of that agreement.
25 That's what my question pertains to.

Page 241

---

Page 242

1              GUO WENGUI
2      MR. HARMON:  Can we define the
3      period as June through the end of the
4      year or June, 2016.
5              MR. GREIM:  That's fine.  We'll
6      do that.
7              MR. HARMON:  Thank you.
8      Q   Do you have any recordings of any
9  conversation between yourself and any member of
10 the CCP or PRC from June 1, 2017 to January 6,
11 2018?
12     A   No.
13     Q   Do you have recordings of a
14 conversation between yourself and Liu Yuan Ping in
15 May of 2017?
16     A   No.
17     Q   Did you make a recording of a
18 conversation between yourself and Liu Yuan Ping in
19 May of 2017?
20     A   No, I did not.
21     Q   Did you make a recording of a
22 conversation between yourself and a CCP or PRC
23 official in March of 2017?
24     A   Yes.
25     Q   Where is that recording now?

Page 242

---

3 (Pages 239 to 242)

**Guo Wengui - Volume II**
**December 4, 2019**

GUO WENGUI

1
2    A    It was on the Internet.
3         MR. GREIM:  I am not sure what
4    exhibit number we're on in this, but
5    I think we only used a few.
6         So I'm going to hand the witness
7    what we're going to call and use
8    throughout the day as Guo Exhibit 10.
9         (Guo Exhibit 10, a black page
10   with a label on the front which
11   begins with Bates number SVUS 1305
12   through SVUS 1440 marked for
13   Identification as of this date.)
14        MR. GREIM:  Guo Exhibit 10
15   consists of a black page and a label
16   on the front, and it begins on Bates
17   number SVUS 1305, just inside of that
18   cover, and it ends on Bates number
19   SVUS 1440.  It was submitted to the
20   court and the parties in this case
21   some months ago.
22   **Q    I would ask the witness to please**
23   **turn to page 1314.  It's only a few pages in.**
24   **You'll see on this page continuing to**
25   **page 1315, which is on the back, a transcription**

Page 243

GUO WENGUI

1
2    it's authentic or not.
3    A    I want to know the source of this
4    transcription.  I don't understand English, and I
5    don't know what the Chinese refers to either.  So
6    I want you to tell me the source of this
7    transcription.
8    **Q    That's a fair question.  And the**
9    **source is the website, the YouTube site that you**
10   **can see at the top of page 13/14 after the words**
11   **video 1.**
12        MR. HARMON:  Note my objection.
13        Problematic if the witness says that
14        he cannot read English, and the
15        reference that you're making is to
16        Arabic characters.
17   **Q    Here's what I will do, Mr. Guo.**
18   A    Hold on.  Hold on.
19   **Q    Mr. Guo, I will play for you the**
20   **video that is transcribed on pages 13/14 and**
21   **13/15.  I will ask you to listen to it and tell if**
22   **you can identify this as your voice and a**
23   **conversation that you had?**
24        MR. HARMON:  Mr. Greim how are
25        you identifying for the record what

Page 245

GUO WENGUI

1
2    **in Mandarin and then a translation into English of**
3    **a conversation between you and some other party**
4    **that occurred in March and was posted on April 29,**
5    **2017.**
6         MR. HARMON:  Mr. Greim, you say
7         that this is a transcript of a
8         conversation that Mr. Guo had.
9         How do you know that it's a
10        conversation that Mr. Guo had?
11        MR. GREIM:  I'll represent to
12        the witness that more than one other
13        witness has listened to this
14        recording and has identified the
15        witness' voice.
16   **Q    So my question to the witness is:**
17   **By reading the transcript, can you**
18   **identify this as the conversation you mentioned a**
19   **few minutes ago?**
20        MR. HARMON:  I object to the
21        form of the question, and I object to
22        the characterization of the exhibit
23        without reference to the actual
24        recording that Mr. Guo may be able to
25        hear and determine whether or not

Page 244

GUO WENGUI

1
2    you're playing so that we all know
3    that what he's listening to later on
4    is something that we can identify?
5         MR. GREIM:  Thank you for that
6         bit of housekeeping.
7         We have referred to this video
8         throughout the case as video 1.  It
9         has been an exhibit in other
10        depositions.  And we have a flash
11        drive which we'll append to the
12        record which contains Video 1 as well
13        as a few other videos that we may
14        play later today.
15        INTERPRETER WILKINSON:  Also
16        that counsel have already asked a
17        question to Mr. Guo, and counsel said
18        to Mr. Guo that we're going to play
19        this video for you.
20        MR. HARMON:  Since Mr. Guo is a
21        non-party, we have not been at other
22        depositions at which the video was
23        played.  And we have not -- do not
24        have a copy of the flash drive.
25        So I would ask that you agree to

Page 246

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1  provide me with a copy of the flash
2  drive so that at some point we can
3  verify or be in a position to verify
4  that the video you're playing is
5  video one on that drive.
6  **Q   I will now play the video.**
7       MR. HARMON:  Mr. Greim, will you
8  provide us with a copy of the flash
9  drive?
10      MR. GREIM:  Yes.
11      (At this time the flash drive
12  was played.)
13  **Q   Mr. Guo, my question to you is was**
14  **that your voice?**
15  A   I would have no way to make sure.
16      MR. HARMON:  I do want the
17  record to reflect that the video is
18  not a video of Mr. Guo or of any
19  person.  It's a video of a voice
20  recording.
21      INTERPRETER WILKINSON:  I think
22  counsel was saying that this is not a
23  video.  This is just a voice
24  recording.

Page 247

GUO WENGUI

1  These are two fraudsters.
2  **Q   Is the recording that we just**
3  **listened to the recording that you testified**
4  **earlier you had made with a CCP or PRC official in**
5  **March of 2017?**
6  A   Can you repeat it.
7  **Q   Sure.  Is the recording that we just**
8  **listened to the recording that you testified**
9  **earlier that you had made in March of 2017 of a**
10 **conversation between you and a CCP or PRC**
11 **official?**
12 A   No.
13 **Q   What do you recall about the**
14 **recording that you made in March of 2017 of a**
15 **conversation between yourself and a CCP or PRC**
16 **official?**
17      MR. HARMON:  Object to the form
18 of the question.  Vague and
19 ambiguous.
20      You can interpret the question,
21 my objection, and then his answer.
22      INTERPRETER WILKINSON:  I
23 believe that the counsel said do you
24 recall.

Page 249

GUO WENGUI

1       INTERPRETER CHANG:  May I speak
2  now?
3       MR. HARMON:  There's no question
4  pending.
5  **Q   My question to you is is that your**
6  **voice?  Is the voice that we just played that was**
7  **recorded in video 1 your voice?**
8       MR. HARMON:  Asked and answered.
9  Answer again.
10 A   No, because I was looking at the --
11      INTERPRETER WILKINSON:
12 Interpret what the witness said
13 first.  The witness is saying:
14 A   I was watching a voice recording, not
15 a video.  But I said I was looking at this one,
16 and it obviously has an image and the voice.  When
17 I want to say is I have never seen this video, and
18 I have never listened to the voice.
19      This is 100 percent not in my account
20 of YouTube.  I really want to find out myself
21 where he got this, and I don't have no idea.  The
22 two fraudster lawyers obtained this video, and I
23 want to know where they got it, and I want to
24 appeal to the court.  And this is not right.

Page 248

GUO WENGUI

1       MR. HARMON:  What do you recall?
2       INTERPRETER WILKINSON:  What do
3  you recall about that recording of
4  the conversation that you have made
5  in March, 2017.
6       INTERPRETER CHANG:  I have
7  trouble to stick to the word.  How do
8  you recall a recording?
9       How do you know that you recall
10 a recording.  You call and you made a
11 recording of what you record the
12 accountant of a recording if you -- I
13 mean to my way of interpretation, you
14 have to make sense of the question,
15 otherwise the --
16 **Q   I don't understand the dispute, but I**
17 **will ask for the witness' question.  Actually, I**
18 **will withdraw it and I'll ask a different**
19 **question.  There's already a form objection**
20 **anyway.  Let me ask a new question.**
21      **Who was your March of 2017 discussion**
22 **that you testified to earlier with?**
23 A   I really can't answer this question
24 because I have tens of thousands of conversations

Page 250

5 (Pages 247 to 250)

**Guo Wengui - Volume II**
**December 4, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

2  and recordings of which one that you want me to --
3  INTERPRETER CHANG:  He said:
4  A    I have had the conversations with the
5  tens of thousands of people, and how would I pick
6  one now?  Which one do I remember in particular?
7  Q    Sir, I'm asking you about the
8  conversation that you said that you had had in
9  March of 2017 with a CCP or a PRC official and
10  that you're recording.  That's the conversation
11  I'm asking you about.
12  A    CCP.  CCP.  He wanted me to spell out
13  what is a CCP and CCI.
14  INTERPRETER WILKINSON:  PRC.
15  A    I had a conversation with a CCP
16  official by the name of Liu Yan Ping.  I had a
17  conversation with that person, and I had a
18  recording of that conversation.
19  Q    Was that conversation in March of
20  2017?
21  A    Approximately, yes, that timing.
22  Q    Did you have conversations with any
23  other CCP or PRC officials in March of 2017?
24  A    I don't really remember.
25  Q    Is the recording that we just

Page 251

GUO WENGUI

2  about this.  Is it your testimony that the
3  recording that we just listened to is fake?
4  MR. HARMON:  Object to the form
5  of the question.  You can translate
6  my objection.
7  A    I want to know if this is fake or
8  this is not fake.
9  Q    Mr. Guo, either that is your voice or
10  it is not.  My question to you, which I still
11  don't have an answer to, is is that your voice, or
12  do you claim it's an imposter?
13  MR. HARMON:  Object to the form
14  of the question.  Asked and answered.
15  A    That I would not know.
16  Q    Is it true that in March of 2017 you
17  had absolute faith in General Secretary Gui?
18  A    I don't have any confidence in him.
19  Only you may have.  I want him to die fast.
20  That's my 100 percent hatred of him.
21  This is like you are making a naked
22  lie.  How can you live with who harmed your whole
23  family?  How can you love a leader?
24  INTERPRETER WILKINSON:  He
25  hasn't finished.

Page 253

GUO WENGUI

2  listened to a discussion between you and Mr. Liu
3  Yan Ping?
4  A    I don't know.  I think I never --
5  this is ridiculous because this is not under my
6  YouTube account and the technical.  It's so easy
7  for anyone to make a fake conversation.
8  I want to know where this came from
9  and whose conversation was this with.  And I want
10  my attorney to make the effort to find out the
11  source of whatever I listen to just now.
12  Q    First of all, what is your YouTube
13  account?
14  MR. HARMON:  Object to the form
15  of the question.
16  A    He said this is a fake attempt
17  because you did not even make sure that my account
18  is my account.  I don't understand the English
19  account as to how they are formed.  I know my
20  account have G-U-O, my last name in it.  But there
21  is none.
22  If you didn't make the effort to make
23  sure that is a part of the account, then how you
24  can present this as my YouTube account?
25  Q    Mr. Guo, I want to be very clear

Page 252

GUO WENGUI

2  A    How can you love a leader that
3  detained 270 of your employees?  How can you love
4  a leader who put 2 million Muslims in camps?  How
5  can you have a confidence in a leader who wants to
6  kill all Americans and how can you have confidence
7  in such a leader.  This is the just ridiculous.
8  And maybe only the two cheaters you are
9  representing, they might be able to love such a
10  leader.
11  INTERPRETER WILKINSON:  He also
12  said that how can you love such a
13  leader that he raped Hong Kong.
14  A    In addition, how can you leave a
15  leader who is raping Hong Kong and also Taiwan.
16  MR. GREIM:  Move to strike as
17  nonresponsive.  I have a new question
18  for you.
19  A    I haven't finished yet.  If you don't
20  want me to say anything or if you don't want me
21  say what I want to say, I will leave then.
22  Q    I want you to answer the question.
23  MR. HARMON:  He did answer the
24  question.
25  MR. GREIM:  No, he didn't.

Page 254

**Guo Wengui - Volume II**
**December 4, 2019**

GUO WENGUI
1
2     MR. HARMON:  If you have another
3  question, ask him.
4     MR. GREIM:  I do.  I do have
5  another question.  I ask the witness
6  to answer my questions.
7     MR. HARMON:  Please don't give
8  the witness directions.  Ask the
9  question and he will give a answer.
10    MR. GREIM:  We'll see if this
11  works any better.
12    MR. HARMON:  You may.
13  **Q    Were you beginning an operation when**
14  **you returned to New York in March of 2017?**
15    MR. HARMON:  Objection to the
16  form of the question.
17  A    Before I finished my answer to your
18  previous questions, I'm not going to answer any
19  new questions.
20  **Q    No, sir.  You will answer my**
21  **question.**
22    MR. HARMON:  Please delete any
23  photographs you've taken.
24    MR. GREIM:  I would ask everyone
25  at this table:  Please.  No one

Page 255

GUO WENGUI
1
2  should be taking photos of anyone.
3  They should all be deleted.
4     MS. WALLOP:  They'll be deleted
5  right now.
6     You're not checking my phone.
7  A    I want to check.  You don't check, I
8  wouldn't give any answer.
9     MR. HARMON:  Mr. Greim, would
10  you check and make sure that the
11  pictures have been deleted.
12    Off the record.
13    (At this time, a brief recess
14  was taken.)
15    MR. HARMON:  Get another
16  question and an answer.
17    The record will reflect that
18  Mr. Guo believes that he's not being
19  allowed to finish the answer to his
20  last question.  But let's move on.
21    Ask another question.
22  CONTINUED EXAMINATION
23  BY MR. GREIM:
24  **Q    My question is about the operation.**
25    MR. GREIM:  Reread that question

Page 256

GUO WENGUI
1
2  to the witness, please.
3     MR. HARMON:  Object to the form
4  of the question.
5     INTERPRETER WILKINSON:  Counsel's
6  question was did you just finish an
7  operation?  You just returned to New
8  York after a operation in China in
9  March, 2017.
10    MR. GREIM:  That was not my
11  question.  Let's start over.  I
12  disagree.  That wasn't my question.
13    INTERPRETER CHANG:  After you
14  returned to the U.S., did you start
15  an operation in March, 2017?
16    MR. GREIM:  Correct.  That is my
17  question.
18    INTERPRETER CHANG:  My
19  translation to him was did you start
20  an operation in March, 2017.
21    In Chinese it's hard for me to
22  say what exactly the operation is.  I
23  asked him if you started doing
24  something.
25    MR. HARMON:  Object to the form

Page 257

GUO WENGUI
1
2  of the question.
3  A    Because I really want to continue,
4  and my answering your questions whether I had
5  confidence in Mr. Si Jing Ping.
6     Before that, I don't want to answer
7  any new questions.
8     MR. HARMON:  Mr. Guo, we have
9  made our record clear that your
10  answer was not complete and that you
11  have other testimony to give in
12  response to the question.
13    But in order to move this along,
14  I would ask you to accept that the
15  record is clear that your answer
16  wasn't complete and to answer, if you
17  can, the next question that was
18  asked.
19    (Question repeated)
20  A    What I want to reply to your earlier
21  question was I could never have any confidence in
22  Mr. Xi because he confiscated hundreds of millions
23  of my own property.
24    INTERPRETER WILKINSON:  Tens of
25  billions.

Page 258

7 (Pages 255 to 258)

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1  
2    A    Hundreds of millions, not billions.
3         INTERPRETER WILKINSON:  Tens of
4    billions.
5    A    Tens of billions, my personal
6    property.  My family property.  He detained 270
7    employees of mine, and also my family members.
8    How could I have confidence in such a person or
9    leader.
10        INTERPRETER WILKINSON:  He is my
11   biggest enemy, and I am the number 1
12   entity.
13        MR. HARMON:  Can you answer the
14   next question he asked.
15        (Interpreter complying)
16   A    Because the English and Chinese
17   has -- have a gap between an operation, because he
18   said I told him I don't have an exact chinese word
19   for the English word operation.  So he is asking
20   what do you mean?  I cannot understand this.  What
21   do you mean?  I started what?
22   **Q    How about project?**
23        INTERPRETER CHANG:  He said the
24   word project is even more ambiguous
25   because you know in Chinese if you go

Page 259

GUO WENGUI

1  
2    cook a dish, that's a project.  If
3    you take a bathroom break, that's a
4    project.  If you believing in these
5    two cheaters, that's a project also.
6    So what do you mean by a project?
7    **Q    Mr. Guo, did you tell anyone in March**
8    **of 2017 that critics of the Chinese government**
9    **deserved to die?**
10   A    Never.  I never said that.  All those
11   the opposing communist party.  The party members,
12   they should go to hell.
13   **Q    My question is whether you told**
14   **anyone this in March of 2017, not about your**
15   **opinion today?**
16        MR. HARMON:  He said no.  He
17   answered the question.  You can ask
18   it again, but he answered the
19   question.
20        MR. GREIM:  No.  No.
21        INTERPRETER WILKINSON:  The
22   interpreter should interpret what the
23   counsel said and also this counsel
24   said; right?
25        MR. HARMON:  Yes.  You should

Page 260

GUO WENGUI

1  
2    interpret everything that counsel is
3    saying.
4    A    I said no.  Absolutely never.
5    **Q    Did you say that people who attack**
6    **our CCP leaders are modern traders of the Chinese**
7    **nation and must be punished?**
8    A    Total garbage.  Never said anything
9    like that.
10   **Q    What did you talk with Liu Yuan Ping**
11   **about in March of 2017?**
12   A    You have to specify what I said
13   because I had conversation with Mr. Liu for over
14   100 hours.  This is the representative of the
15   government that he sent the guy called the Wu
16   Zheng.
17        INTERPRETER CHANG:  I don't know
18   exactly the spelling.
19   A    This is the official -- the whole
20   standard of this guy to announce to me they are
21   confiscating my family property.  They are
22   detaining my wife and my daughter, my brothers and
23   my company employees.  I have not finished.
24        He told me that we have the deeper
25   power forces in the United States, that they can

Page 261

GUO WENGUI

1  
2    make -- destroy me personally and the reputation.
3        INTERPRETER WILKINSON:  The
4    witness also said that they have --
5    they have control media in the U.S.
6        INTERPRETER CHANG:  Yes.
7        INTERPRETER WILKINSON:  And a
8    site called Bo Xun, I believe, and
9    also someone named Meng Wei Ceng.
10   M-E-N-G, W-E-I, C-E-N-G.  These are
11   the people that can help.
12   CONTINUED EXAMINATION
13   BY MR. GREIM:
14   A    Liu Yuan Ping told me that the reason
15   that person, I spell his name for you a little
16   earlier, that he is in charge of the overseas
17   information network, and he warned me not to talk
18   about anything about Hong Kong and Taiwan and
19   Shin Yang. (Phonetic)
20        If I ever do these things they don't
21   want me to do, they will kill me, and they won't
22   even -- nobody can find where I was killed or
23   where the body would be.
24        He also warned me never to get in
25   touch with FBI, CIA to talk about what they

Page 262

8 (Pages 259 to 262)

**Guo Wengui - Volume II**
**December 4, 2019**

GUO WENGUI

1  committed in China or that I will be killed, and
2  then nobody can even find my body.
3       While he had that conversation with
4  me he detained my family members, including my
5  brother. What is more important and more serious
6  is that within that 100 hours of conversation
7  Mr. Liu had with me, he detained my employees and
8  my family members and abused them in detention.
9  Some of them had their legs broken.
10      **Q    When did the 100 hours of discussion**
11  **take place?**
12      A    Can you hold off your question. I
13  haven't finished to answer your question yet.
14      What I want to tell you is in that
15  nearly 100 hours of conversation I had with
16  Mr. Liu, he threatened me with killing me, and he
17  told me names of FBI and CIA agents.
18      And how can I have confidence that
19  this government that want you to kill me and want
20  to destroy me and erase me from the face of the
21  earth.
22      I haven't finished yet.
23      **Q    I'm going to stop because we're**
24  **getting a long narrative response.**

GUO WENGUI

1       MR. HARMON:  That's what you
2  asked for.  That is what you asked
3  for.
4       MR. GREIM:  No.
5       MR. HARMON:  I object to you
6  cutting off the witness.
7       MR. GREIM:  The witness is
8  filibustering at this point.
9       MR. HARMON:  The witness is not
10  filibustering.  You asked him a wide
11  open question about his conversations
12  which he said lasted over hundreds of
13  hours.
14      MR. GREIM:  No.
15      MR. HARMON:  Now you don't want
16  to hear about my conversations.  I
17  object.  If you're not going to let
18  the witness answer the questions,
19  then don't ask questions.
20      MR. GREIM:  We're getting a
21  filibuster, is what we're getting.
22      You can go ahead and translate
23  that to the witness.
24      (At this time the interpreter

GUO WENGUI

1       translated to the witness.)
2       A    I want to continue my answer to your
3  question because in one of the conversations told
4  me that do you know how many of those people who
5  were -- died in car accidents or drawn in the sea.
6  How did that happen?  Do you want to know?
7       **Q    Let me do this, Mr. Guo.  I wanted**
8  **the general subject matter of your discussion.  It**
9  **wasn't obvious what you were doing until I got the**
10  **second set of translations back.  So we are going**
11  **to go through your discussions.**
12      **First I want to understand the basics**
13  **of this, and then we will go through in an orderly**
14  **fashion.  My next question to you is -- go ahead.**
15      (Interpreter complying)
16          INTERPRETER CHANG:  He said why
17      did you interrupt me because you
18      asked the question about this over
19      100 hours of conversation.  I haven't
20      told you that even using five minutes
21      of my time to tell you.  Why did you
22      not want to listen to what I'm
23      telling you.
24      **Q    No.  No.  Stop.  Stop.  Stop, please.**

GUO WENGUI

1  **I tried to ask a question.  The witness is just**
2  **commandeering the transcript.  Let's stop.**
3          MR. HARMON:  That is a false
4      statement.  That's a false statement.
5      You asked a wide open question about
6      hundreds of hours of conversations,
7      and now you don't want to hear the
8      details of it.
9      **Q    I asked a question.**
10          MR. HARMON:  I object to your
11      characterization.  I object to you
12      cutting off the witness, but I want
13      to move along.
14          So if you have a narrow, ask the
15      narrow question.  But if your next
16      question is a wide open question,
17      then you're going to have to sit here
18      and listen to a wide open answer.
19      **Q    My next question is when did you have**
20  **your more than 100 hours of discussions with**
21  **Mr. Liu Yuan Ping?**
22          INTERPRETER CHANG:  Can you
23      repeat it.
24          (The requested portion of the

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

```
1                    GUO WENGUI
2          record was read back by the
3          interpreter.)
4          Q    When did you have your more than 100
5    hours of discussion with Mr. Liu Yuan Ping?
6          A    You already asked.  That's between
7    April -- March and April of 2017.
8          Q    Were these discussions over the phone
9    or in person?
10         A    This is a waste of your time.  He was
11   in China and I was in the U.S.  Of course that's
12   over the phone.  This is not really a Q and A.
13   This is like a waste of my time.
14         Q    Did you make any recordings of those
15   discussions?
16         A    A small portion of the conversation I
17   did make the recording.
18         Q    How?
19         A    I used my cell phone to make a
20   recording.
21         Q    What phone number did you use?
22         A    There may be hundreds of phones that
23   he asked me to change a new phone every time.  So
24   after I used it, I threw it away.
25         Q    Did you speak with any other CCP or
```

Page 267

```
1                    GUO WENGUI
2    PRC officials during this March through April
3    timeframe?
4          A    Do you want me to spend a lot of time
5    to clarify my answers?  It will take a long time.
6          Q    I want the names of any other
7    officials -- actually the first question is a yes
8    or no question.
9               Did you speak with any other CCP or
10   PRC officials between March and April of 2017?
11         A    Yes.
12         Q    Who?
13         A    Do you want me to tell every name?
14         Q    Yes.
15         A    But the condition is you cannot
16   interrupt me.  If you want me to tell you every
17   name, you should not interrupt me.  If you just
18   want me to give you one or two names, that's a
19   different story.
20         Q    Let me ask you this.  Did you talk to
21   more than 10 CCP or PRC officials between March
22   and April, 2017?
23         A    Yes.
24         Q    More than 20?
25         A    Yes.
```

Page 268

GUO WENGUI

```
1                    GUO WENGUI
2          Q    Did you talk with some of them more
3    than others?
4               MR. HARMON:  Objection to the
5          form.
6          A    That I don't remember.  I don't have
7    an accurate measure.
8          Q    Did you speak over the phone with any
9    PRC or CCP officials in May or June of 2017?
10         A    None after June.
11         Q    Okay.  But my question is about the
12   months of May and June.
13         A    I don't remember clearly exactly.
14         Q    Did you speak with Sun Li Gun
15   (phonetic) over the phone when he was visiting
16   Washington, D.C.?
17              MR. HARMON:  Object to the form
18         of the question.
19         A    Yes.
20         Q    In what month was that?
21         A    Between May and June.
22         Q    Did you meet in person with Sun Li
23   Gun?
24         A    No.
25         Q    Did you meet in person with any CCP
```

Page 269

```
1                    GUO WENGUI
2    or PRC officials between March and April of 2017?
3          A    No.
4          Q    Did you meet with Li Yan Ping pinning
5    in the UK before his trip to the United States?
6               MR. HARMON:  Object to the form
7          of the question.
8          A    No.
9          Q    Which Chinese officials did you meet
10   with in person in May and June of 2017?
11              MR. HARMON:  Object to the form
12         of the question.
13         A    I met with lieu Yang pinning and the
14   three of his in his entourage and they attempted
15   to kidnap me is that the FBI detained them at the
16   airport.
17         Q    Are there any recordings of your
18   discussions with lieu Yang pinning?
19         A    No.
20              INTERPRETER CHANG:  He is asking
21         if this is a voice recording.  I said
22         yes, a voice recording.  He's
23         clarifying in Chinese video recording
24         and the voice recording are two very
25         different terms.
```

Page 270

10 (Pages 267 to 270)

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

```
1              GUO WENGUI
2       Q    Did you make any video recordings of
3   your meeting with Liu Yuan Ping and his entourage?
4       A    Yes.
5       Q    How many hours?
6       A    I don't recall.
7       Q    Where are the video recordings?
8              MR. HARMON:  Object to the form
9       of the question.
10      A    What he said, I don't remember.
11      Q    Did you use microphones to make any
12  voice recordings of your meetings with Liu Yuan
13  Ping and his entourage?
14      A    No.
15      Q    Did you share any video or voice
16  recordings of your meetings with Liu Yuan Ping and
17  his entourage with any media?
18             MR. HARMON:  Object to the form
19      of the question.
20      A    During an interview with the VOA I
21  shared with them a clip of a video, the voice of
22  America.
23      Q    Who was on that video?
24      A    Liu Yuan Ping and his three people
25  with him, and myself also.  I corrected what I
```

Page 271

```
1              GUO WENGUI
2   said.  It's not was VOA.  It was MIN G. JING.
3   That is the media in the organization.  I shared
4   that video with that media organization.
5       Q    Did you share the video or any voice
6   recording with the Wall Street Journal?
7       A    Yes, I shared with the Wall Street
8   Journal a video.
9       Q    What equipment did you use to record
10  the meetings?
11      A    I don't remember.
12      Q    Who assisted you in making the
13  recordings?
14             MR. HARMON:  Object to the form
15      of the question.
16      A    My answer is I don't exactly recall
17  which company assisted me.
18      Q    Is it your testimony that the
19  recordings no longer exist?
20             MR. HARMON:  Object to the form
21      of the question, and also asked and
22      answered.
23      A    No.  I cannot be certain about that.
24      Q    When did you last see the videos?
25             MR. HARMON:  Object to the form
```

Page 272

```
1              GUO WENGUI
2   of the question.
3       A    After my interview with the Wall
4   Street Journal.
5              INTERPRETER WILKINSON:  Do you
6       know the check interpreter raised a
7       point that when the witness is asking
8       a question about the -- your
9       counsel's question asked, can the
10      interpreter repeat, interpret what
11      the witness asked in English instead
12      of answering it even though maybe he
13      knows the answer that is just to
14      repeat your question.  But can
15      just -- can he just interpret what
16      the witness said in English to you?
17      Is this possible?
18             INTERPRETER CHANG:  I'm trying
19      to catch what you were saying.
20             MR. GREIM:  I understand the
21      question.  Basically I don't want to
22      do that, or we will never get
23      anything done.  I am willing to allow
24      you and the main interpreter to speak
25      in Chinese with the witness to
```

Page 273

```
1              GUO WENGUI
2   clarify what my question is, but I
3   don't want to have that entire
4   discussion translated back in
5   English, or we'll have translations
6   within translations?
7              INTERPRETER WILKINSON:  No.  No.
8   No.  It's just that the witness is
9   asking.
10             MR. HARMON:  Time out.  Let's do
11      it.  The interpreter is going to
12      interpret.  If you believe that
13      something that's being said in
14      Chinese needs to be on the record in
15      order to provide clarity, let us
16      know.  Otherwise, let's move on.
17             MR. GREIM:  Thank you,
18      Mr. Harmon.  I agree with that.
19      Q    Now have you posted any of the audio
20  recordings or any voice element of the audio
21  recordings on the Internet?
22             MR. HARMON:  Object to the form
23      of the question.
24      A    Yes, I posted every recording, video
25  or audio, I have on the Internet recording I had
```

Page 274

GUO WENGUI

1 with the CCP on the Internet.
2 This is a total crazy because two
3 people who are paying you and they are they spies
4 of communist party.  Have you ever seen a spy who
5 would post their conversations on the Internet?
6 And I posted everything I had at the wisdom on the
7 Internet.  How could they accuse me of being spy?
8 Your fee is paid by a third party,
9 but why can't you publicize the source of your
10 fees on the Internet?
11 MR. GREIM:  Okay.  I move to
12 strike all this as non-responsive.
13 We're no longer answering any
14 questions that I've asked.  We're
15 going to move on.
16 **Q   What happened to the video or audio**
17 **recordings that you had made of your meetings with**
18 **Liu Yuan Ping?**
19 A   I don't know.
20 **Q   What happened to the cell phone**
21 **recordings that you made of your phone discussions**
22 **with Liu Yuan Ping?**
23 A   I don't know.
24 **Q   Where were you storing the video or**

Page 275

GUO WENGUI

1 THE VIDEOGRAPHER:  The time is
2 12:29 p.m. on Wednesday, December
3 4th.
4 This is the end of media number
5 1, volume 2 of the videotaped
6 deposition of Mr. Guo Wengui.
7 Off the record.
8 (At this time, a brief recess
9 was taken.)
10 THE VIDEOGRAPHER:  The time is
11 12:40 p.m.,  Wednesday, December 4,
12 2019.  This is media number 2, volume
13 2 of the videotaped deposition of
14 Mr. Guo.
15 We are back on the record.
16 CONTINUED EXAMINATION
17 BY MR. GREIM:
18 **Q   Mr. Guo, are you aware of any**
19 **recordings of your discussions with CCP or PRC**
20 **officials that were made without your consent?**
21 MR. HARMON:  Object to the form
22 of the question.
23 A   I don't know.
24 **Q   Are you aware of any discussions that**

Page 277

GUO WENGUI

1 **audio recordings of your in-person discussions**
2 **with Liu Yuan Ping or your phone discussions with**
3 **Liu Yuan Ping?**
4 MR. HARMON:  Object to the form
5 of the question.
6 A   I really don't know.
7 **Q   Did you post any of the 100 hours of**
8 **phone discussions with Liu Yuan Ping on the**
9 **Internet?**
10 MR. HARMON:  Object to the form
11 of the question.
12 A   This is not accurate.  This is like
13 the fakery.  I never said I made a recording of
14 100 or over 100 hours of conversations.  I only
15 said I have a small portion of the conversations
16 and recordings.
17 **Q   Did you ever post any of the**
18 **recordings you made of the phone conversations**
19 **with Liu Yuan Ping?**
20 A   I already answered the question.  I
21 posted all the recordings of what I made of
22 conversations on the Internet.
23 MR. GREIM:  Let's go ahead and
24 take our first break.

Page 276

GUO WENGUI

1 **have taken place in your apartment that have been**
2 **placed on the Internet without your consent?**
3 MR. HARMON:  So Mr. Greim,
4 unless you narrow the subject matter,
5 that question is beyond the scope of
6 what the court allowed you to ask.
7 MR. GREIM:  Okay.
8 **Q   Are you aware of any recordings of a**
9 **conversation between you and any CCP or PRC**
10 **official that has been placed on the Internet**
11 **without your consent?**
12 A   Too many.  Every of that is not true.
13 It's a fake.
14 **Q   I'm sorry.  I want to make sure I**
15 **understand.**
16 **Is it your testimony that there are**
17 **fake discussions between you and CCP or PRC**
18 **officials on the Internet?**
19 MR. HARMON:  Object to the form
20 of the question.
21 A   Many of those postings were fake.
22 INTERPRETER WILKINSON:  The
23 witness also said I don't know where
24 they are from.

Page 278

GUO WENGUI

1  GUO WENGUI
2      INTERPRETER CHANG:  I don't
3  think so.  You can ask him to repeat
4  it.
5      MR. HARMON:  Next question.  The
6  substance is the same.
7  **Q   I'm going to know play for you, sir,**
8  **what we have previously distributed as video 8.**
9  **This again will be on a flash drive, and it is a**
10 **voice recording, even though you'll see that it's**
11 **on YouTube so you will see that there are pictures**
12 **here.  What I'm playing for you and asking you**
13 **about is the voice recording itself.**
14     MR. HARMON:  Mr. Greim, are you
15 planning on playing the entire type?
16     MR. GREIM:  No.  We won't finish
17 if we try to go through all of these.
18     MR. HARMON:  That's what I'm
19 asking.
20     MR. GREIM:  I'm going to play
21 the first two minutes of a 23-minute
22 video, and then I will stop in
23 between on the transcript if you're
24 following along on page 1363.  I'll
25 stop after Mr. Wengui's comments

GUO WENGUI

1  right before minute 2.
2      MR. HARMON:  Before you ask a
3  question, Mr. Greim, the video that
4  you're playing has static pictures.
5  It's static pictures and a voice
6  recording.
7  **Q   So my question is from the excerpt**
8  **that you heard so far, is this a voice recording**
9  **of a meeting between you and Liu Yuan Ping?**
10 **A   Yes.**
11 **Q   And is this a recording that you**
12 **made?**
13 **A   Yes.**
14 **Q   Is this a recording, at least the**
15 **section that you've listened to, a recording that**
16 **you placed on the Internet?**
17 **A   Yes.**
18 **Q   Did the meeting take place at your**
19 **apartment?**
20 **A   I don't remember.**
21 **Q   Do you remember meeting with Mr. Liu**
22 **anywhere other than your apartment in New York**
23 **City in May of 2017?**
24 **A   No.**

GUO WENGUI

1  GUO WENGUI
2  **Q   Were any members of your family**
3  **present in your apartment during this meeting?**
4  **A   No.**
5  **Q   Did meet with Mr. Liu for more than**
6  **one day in your apartment?**
7      MR. HARMON:  Object to the form
8  of the question.
9  **A   Yes.**
10 **Q   On how many days did you meet him?**
11 **A   Three times within three days.**
12 **Q   Was your family present for at least**
13 **one of those meetings?**
14     MR. HARMON:  Object to the form
15 of the question.
16 **A   I have no way to answer his question.**
17 **Q   I'm sorry.  Is your testimony that**
18 **you cannot remember or that they were not there?**
19     MR. HARMON:  Object to the form
20 of the question.
21 **A   I don't remember.**
22 **Q   Did Mr. Liu offer to allow you to**
23 **keep some of your mainland assets?**
24 **A   No.**
25 **Q   Did Mr. Liu praise you for the**

GUO WENGUI

1  **contributions you had made to your country?**
2  **A   I don't remember he said that.**
3  **Q   Have you discussed with Mr. Liu that**
4  **you have made contributions to your country in the**
5  **past?**
6      MR. HARMON:  Object to the form
7  of the question.
8  **A   No.**
9  **Q   Did you discuss with Mr. Liu the**
10 **charges that have been brought against you in**
11 **China?**
12     MR. HARMON:  Object to the form
13 of the question.
14 **A   I don't recall.**
15 **Q   Do you remember on which of the three**
16 **days the recording we just listened to was made?**
17 **A   This has nothing to do with that**
18 particular date.  This conversation was happened
19 during March.
20 **Q   So Mr. Guo, is it your testimony that**
21 **Mr. Liu was present to talk with you in March?**
22     MR. HARMON:  Object to the form
23 of the question.
24 **A   I repeated that he only met me during**

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1  May, so don't lie about any other time.
2      Q   I'm sorry then.  Is it your testimony
3  that the recording we just listened to is a phone
4  recording?
5      A   Yes.
6      Q   So did you agree with Mr. Liu not to
7  talk about your allegations regarding the CCP in
8  public?
9      A   No.
10     Q   Mr. Guo, I'm now going to play for
11  you a section of the recording that starts at
12  20:30 and goes to 21:30.
13         If you're following along on your
14  transcript, that's page 1374 to 1375.
15         (At this time a recording was
16  played.)
17     Q   Okay.  I stopped actually at 21:33,
18  for the record.
19         MR. HARMON:  Where did you stop?
20         MR. GREIM:  21:33.
21     Q   Mr. Guo, did you hear other voices in
22  the background of this recording?
23     A   Yes, I heard.
24     Q   Did you hear a metallic sound like

Page 283

GUO WENGUI

1  silverware?
2      A   Yes.
3      Q   Did you also hear Mr. Liu say that --
4  indicate that you had brought a recording device?
5         MR. HARMON:  Objection to the
6         form of the question.
7      A   I don't remember.
8      Q   My question is about the clip we just
9  heard.  Let me be clear.  Did you hear Mr. Liu
10  indicate that you had brought a recording device?
11     A   No.
12     Q   Did you say that, in fact, to
13  Mr. Liu?
14         MR. HARMON:  Object to the form
15         of the question.
16     A   I don't recall.
17     Q   Does listening to this part of the
18  clip indicate to you that, in fact, this is a
19  recording of an in-person meeting that you had
20  with Mr. Liu?
21     A   I really don't recall.
22     Q   I'm now going to play what we have
23  marked as video 9.  This is an especially long
24  recording.  So once again, I will not play the

Page 284

GUO WENGUI

1  entire thing.  So I'm going to play for you the
2  first of three minutes of this recording, sir.
3         For the record, once again, this is
4  a -- from YouTube, and it has two still images on
5  a background of a world map.  And the Chinese
6  being spoken is transcribed on the video both in
7  Chinese and English.  But the transcription
8  that I have given out is from a certified
9  translation done in this case.
10         MR. HARMON:  Does the certified
11         translation differ from what's on the
12         screen?
13         MR. GREIM:  It absolutely does
14         in the English translation.
15         Absolutely.
16         INTERPRETER WILKINSON:  Also
17         that the counsel said the
18         translation -- the certified
19         translation, is that different from
20         the transcription on the screen.
21         Yes, it is very different in English.
22         MR. GREIM:  I did not say it is
23         very different.  I said it's
24         absolutely different.

Page 285

GUO WENGUI

1      Q   By the way, I did not intend to say
2  they are greatly different, but they are each in
3  English translation from Chinese, and so they are
4  definitely different.  They are not identical.
5         I will now play the tape.
6         (At this time, the tape was played.)
7      Q   I stopped at 3:03.
8         Mr. Guo, do you recognize this as a
9  recording of a meeting that you had with Mr. Liu
10  Yuan Ping?
11         MR. HARMON:  Object to the form
12         of the question.
13     A   Yes.
14     Q   And would this have taken place in
15  your apartment?
16     A   Yes.
17     Q   And should there be a video component
18  to this recording?
19         MR. HARMON:  Object to the form
20         of the question.
21     A   It should be a part of a video, that
22  recording.
23     Q   And in the video recording were both
24  you and Mr. Liu shown on the screen together at

Page 286

14 (Pages 283 to 286)

GUO WENGUI

the same time?

MR. HARMON:  Object to the form
of the question.

A    I don't recall.

Q    I will represent to you that this
particular clip lasts for one hour, 19 minutes and
29 seconds.

My question to you is did you have
discussions with Mr. Liu on the same day before
the beginning of the clip that we just heard?

A    I told you earlier between March and
April, for over 100 hours of conversation I had
with them it was the detention of my family
members and threats against my wife and my
daughter.

INTERPRETER WILKINSON:  And my
brother.

Q    Say that again.

A    And my brother.

Q    My question is about this day.  My
question is:  Did you have discussions with
Mr. Liu on the same day before the beginning of
the recording that I played for you here?

A    I don't recall.

Page 287

GUO WENGUI

Q    Let me ask you this.  Which of the
three days was this recording made?

A    It's very clear that in the
transcription it's on the 24th.

Q    Do you recall whether that was the
first, second or third day of your meetings with
Mr. Liu?

A    I don't recall.

Q    Did Mr. Liu go to Washington, D.C.
after meeting with you in New York?

MR. HARMON:  Object to the form
of the question.

A    Yes.

Q    Did he come back to meet with you
again after he was done with his meetings in
Washington?

A    Yes.

Q    Did you record any of your meetings
with him upon his return from Washington?

A    I don't remember.

Q    Did you make any effort to search for
these recordings before your deposition today?

A    No.

Q    When was the last time before today

Page 288

GUO WENGUI

that you heard this recording?

A    I don't remember.

Q    Do you recall having a meeting around
this same time with a Mr. Kowel?  (Phonetic)

A    I don't remember.

Q    Do you know who Mr. Kowel is?

A    I don't know.

Q    Do you know who Kowel Guiang Bal
(Phonetic) is?

A    No.  I don't know this person.

Q    Did you tell Mr. Liu that Mr. Kowel
is an old comrade in the Ministry of State
Security?

A    I don't remember saying that.

Q    Did you speak with any officials in
China at the same time that Mr. Liu was visiting
you?

A    Yes.

Q    Who?

A    Many of them, or quite a few of them.

Q    To be very clear, my question is
limited to the time when Mr. Liu was visiting you
in New York.  I would like you to tell me the
names of the officials what you spoke with over

Page 289

GUO WENGUI

the phone during the time Mr. Liu was visiting you
in New York.

MR. HARMON:  Object to the form
of the question.

A    I don't quite remember the details.

Q    Was one of the officials Wang Ti
Shan?

A    He's an arch enemy.  I'm very strange
about you mentioning this person.  I would like to
just yell at him if I can see him.

Q    What phone did you use to confer with
these Chinese officials during the time of
Mr. Li's visit?

A    I don't remember.

Q    What about secretary Meng?
(Phonetic)

MR. HARMON:  Object to the form
of the question.  Are you asking
whether he spoke with him during that
time?

Q    Did you speak with secretary Meng
over the phone?

MR. HARMON:  Ever?

A    The Meng, there are millions of

Page 290

15 (Pages 287 to 290)

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1  people with this last name.  So which one?  That's
2  crazy.
3      Q   Secretary Meng Gion Ju.  My question
4  is limited to the time when Mr. Liu was visiting
5  you.
6          MR. HARMON:  Object to the form
7      of the question.
8      A   How could this person talk with me on
9  the phone?  He was one of my arch enemies.  This
10 person detains and threatens my family members.
11 How could I talk with this person on the phone?
12         INTERPRETER WILKINSON:  And
13     employees.
14         INTERPRETER CHANG:  And
15     employees.  I didn't register the
16     employees thing.
17     Q   How many different Chinese officials
18 did you speak with over the phone while Mr. Liu
19 was visiting you?
20         MR. HARMON:  Objection to the
21     form of the question.
22     A   I don't remember.
23     Q   Did you negotiate with Mr. Liu for
24 the ability of Guo Mei, and Guo Chian, and Wa

Page 291

GUO WENGUI

1  half years ago you had met with the CIA in Miami
2  and had rejected them and declined to talk to
3  them?
4      A   I don't remember.
5      Q   Did you promise Mr. Liu that you
6  would stop talking about secretaries Wang and
7  Meng?
8      A   I don't remember.
9      Q   Did you promise Mr. Liu that before
10 holding a conference on President Gi's
11 anticorruption campaign, you would confer with
12 Mr. Liu first about the content?
13     A   That's something sounds very
14 ridiculous to me, but I don't remember.
15     Q   Did you promise Mr. Liu that you
16 would confer with him before publicizing concerns
17 regarding public officials in China?
18     A   I don't remember.
19     Q   Did you ask Mr. Liu if he would
20 consider that action to be patriotic?
21     A   I don't remember.
22     Q   At the conclusion of your discussions
23 with Mr. Liu, had the two of you agreed to take
24 any follow-up steps?

Page 293

GUO WENGUI

1  Ching Ge to travel to and from China freely?
2          INTERPRETER CHANG:  Could you
3      say that again.
4      Q   Did you negotiate with Mr. Liu for
5  the ability of Guo Mei, Guo Chian and Wa Ching Ge
6  (phonetic) to travel to and from China freely?
7      A   My son had been away from China all
8  this time, so I never talked with him about my
9  son.
10     Q   My question is what about Guo Mei?
11     A   Yes, I did.  I also talked to him
12 about my wife Yu.
13     Q   In fact, were Guo Mei and Uet Chinger
14 (phonetic) able to travel to and from China after
15 your discussions with Mr. Lee?
16     A   No treatment of back and forth.  The
17 condition is that they can only live for the
18 United States and they cannot return.
19     Q   Did you have discussions with Mr. Liu
20 about Sun Li Yun (phonetic) going to the Middle
21 East and talking about you or coming to the U.S.
22 and looking for a public relations firm?
23     A   I don't remember.
24     Q   Did you tell Mr. Sun that two and a

Page 292

GUO WENGUI

1      A   No.
2      Q   Did you believe that your discussions
3  with Mr. Liu  would not resume after he left New
4  York?
5          MR. HARMON:  Object to the form
6      of the question.
7      A   Of course.
8      Q   When is the next time you spoke with
9  Mr. Liu after he left New York?
10         MR. HARMON:  Object to the form
11     of the question.
12     A   I don't think there's another time.
13         INTERPRETER WILKINSON:  As I
14     recall.
15         INTERPRETER CHANG:  You can take
16     your translation.
17         MR. HARMON:  I get it.  Thank
18     you.
19         Obviously there's a possible of
20     way of interpreting it at least both
21     ways.  As he recalls, he doesn't
22     recall having another conversation.
23         Next question.
24     Q   After Mr. Liu left New York in late

Page 294

16 (Pages 291 to 294)

GUO WENGUI
1   GUO WENGUI
2   May of 2017, when is the next time you
3   communicated in any with the CCP or PRC official?
4       A   I don't remember.
5       Q   By the way, Mr. Liu also spoke
6   directly with Guo Mei, didn't he?
7           MR. HARMON:  Objection to the
8           form of the question.
9       A   I don't know.
10      Q   Did Mr. Liu tell you that he had
11  spoken with Guo Mei before your meeting with him
12  and had obtained a letter from her?
13          MR. HARMON:  Object to the form
14          of the question.
15      A   I don't remember.
16      Q   Did you have any communications with
17  CCP or PRC officials after May, 2017 through
18  either of your children?
19          MR. HARMON:  Object to the form
20          of the question.
21      A   No.
22      Q   Did either of your children convey
23  messages to you after May, 2017 from any CCP or
24  PRC official?
25      A   No.

Page 295

1   GUO WENGUI
2           MR. GREIM:  Our position is it
3       is within the scope because we
4       believe that Mr. Bannon served as an
5       intermediary.  But we won't need to
6       do this on the record here.
7       Q   Did you write a letter to Senior CCP
8   officials in August of 2017?
9       A   I don't recall.
10          INTERPRETER WILKINSON:  August.
11          INTERPRETER CHANG:  Did you say
12      August?
13      Q   Yes.
14      A   I don't remember.
15      Q   I'm going to show you now, sir, what
16  we have transcribed as video 4, which is, I will
17  represent to you, a portion of a minute Ming Jing
18  broadcast in which you are interviewed by a Ming
19  Jing reporter.  This is again video 4.
20          Before I do that, Mr. Guo, I think
21  you testified earlier that you have appeared on
22  Ming Jing before; is that correct?
23      A   Yes.
24      Q   And what is the name of the reporter
25  who typically questions you on the program?

Page 297

1           GUO WENGUI
2       Q   Did any other person communicate
3   messages from you to CCP or PRC officials after
4   May of 2017?
5           MR. HARMON:  Objection to the
6           form of the question.
7       A   No.
8       Q   Did any other person communicate
9   messages from CCP or PRC officials to you after
10  May of 2017?
11      A   No.
12      Q   Did Mr. Steve Bannon communicate
13  messages from you to any CCP or PRC official or
14  from any CCP or PRC official to you after May of
15  2017.
16      A   No.  That is ridiculous.
17      Q   Did Mr. Bannon report to you on his
18  September, 2017 meeting with Wan Chi Shan when he
19  met with you in October of 2017?
20          MR. HARMON:  Object to the form
21          of the question.  I think that's
22          beyond the scope of what you're
23          entitled to inquire about.
24          In fact, I'm sure of it.  I'll
25          direct the witness not to answer.

Page 296

1           GUO WENGUI
2           MR. HARMON:  Objection to the
3           form of the question.
4       A   I don't remember exactly.
5       Q   Is his name Mr. Cheen?
6       A   Yes.  The one by the last name
7   C-H-E-E-N.  Xioping, X-I-O-P-I-N-G.
8       Q   The transcription begins on page SVUS
9   1320.  I will now play it for you?
10          MR. HARMON:  You said 1320?
11          MR. GREIM:  Correct.  SVUS1320.
12          MR. HARMON:  Video 4?
13          MR. GREIM:  Video 4.
14          MR. HARMON:  Mine begins on 1331
15      unless there is a 4A.
16          MR. GREIM:  There is a 4A.  I'm
17      not sure why that's true, but this is
18      video 4.
19          MR. HARMON:  Give me a moment.
20      Q   I will play for you from the very
21  beginning of the tape through the beginning of
22  minute 6.
23          MR. HARMON:  Do you need to play
24      six minutes worth of tape to
25      determine whether it's him?

Page 298

17 (Pages 295 to 298)

GUO WENGUI

1
2      MR. GREIM:  We do and you'll see
3   why in a minute.
4      MR. HARMON:  I am sure I will
5   not see why, but it seems like a
6   waste of time.
7      MR. GREIM:  Go ahead.
8      MR. HARMON:  I just think it
9   doesn't take six minutes of playing
10   for him to determine whether it's
11   authentic.
12   **Q   Before I hit play on this, Mr. Guo,**
13   **can you see my -- can you see the computer I have**
14   **here?**
15   A   Yes.
16   **Q   Do you recognize Mr. Chen and**
17   **yourself in the screen?**
18   A   Yes.
19   **Q   I will now play this.  What I may do**
20   **is I may break it up in the middle, but I will**
21   **start, and then I'll announce when I stop.**
22      (At this time the video was played.)
23   **Q   I'm going to stop for a moment.  I**
24   **stopped at second 32.**
25      **Mr. Guo, I think I'm going to**

Page 299

GUO WENGUI

1
2   are from (inaudible) Wang Chi Sung.
3      There are hundreds and millions of
4   such fake clips on the Internet.  I cannot say
5   this is authentic one.  I can only recognize my
6   own face and my tie.  Nothing else I can identify.
7      **Q   So is it your testimony, sir, that**
8   **you did not appear on Ming Ging and talk about a**
9   **letter that you wrote to President Gi and**
10   **Secretary Mang Giangu?  (Phonetic)**
11      MR. HARMON:  Object to the form
12   of the question.
13      INTERPRETER WILKINSON:  Counsel,
14   your question was are you saying that
15   you never appear on the media with
16   the Ming Ging and then talking about
17   this letter you wrote to Wung Gi
18   Shan.
19      INTERPRETER CHANG:  No.  No.
20   Let me repeat the question.  It's not
21   yours.
22      INTERPRETER WILKINSON:  I'm
23   marking some of your questions
24   because the interpreter did not
25   interpret the question like that;

Page 301

GUO WENGUI

1
2   **approach you so you can actually view the letter**
3   **that's displayed on the screen on the broadcast.**
4      **I'm just going to come a little**
5   **closer.  I'm going to hit play, and we may not go**
6   **all the way through five minutes.  I've stopped it**
7   **at minute 53.**
8      **Mr. Guo, did you recognize the letter**
9   **that the host displayed on the screen while**
10   **speaking with you?**
11   A   No.
12   **Q   Do you recognize this as a broadcast**
13   **that you did with Mr. Chen?**
14      MR. HARMON:  Object to the form
15   of the question.
16   A   No.
17   **Q   For the record, I'm going to play**
18   **again at minute 5:11.  I've stopped it at 6**
19   **minutes and 56 seconds.**
20      **I would now ask you, Mr. Guo, is this**
21   **not a video of your appearance on Ming Ging with**
22   **Mr. Chin?**
23   A   Ming Ging is representing Chinese
24   Communist Party.  They are making accusations and
25   lies and everything.  All their friends are from

Page 300

GUO WENGUI

1
2   right?
3      MR. HARMON:  Ask the question
4   again and have it interpreted again.
5   Maybe break down the question into
6   pieces so that it's easy to
7   translate.
8   **Q   Mr. Guo, do you deny that I have just**
9   **shown you a clip of your appearance on Ming Jing**
10   **TV?**
11      MR. HARMON:  Object to the form
12   of the question.
13   A   I cannot validate the timing of the
14   content of this interview.  I simply do not
15   recall.
16   **Q   Did you not tell the host that your**
17   **letter was written to President Gi and Secretary**
18   **Ming Gian Ju?  (Phonetic)**
19      MR. HARMON:  Object to the form
20   of the question.
21   A   I don't remember.
22   **Q   Do you deny that you wrote the letter**
23   **that was displayed on this broadcast?**
24      MR. HARMON:  Object to the form
25   of the question.

Page 302

18 (Pages 299 to 302)

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1    A   I don't remember.
2    Q   **Who drafted the letter?**
3        MR. HARMON:  Object to the form
4    of the question.
5    A   I really don't know.
6    Q   **Did you sign it?**
7        MR. HARMON:  Object to the form
8    of the question.
9    A   I don't remember.
10   Q   **Did you transmit it to anyone?**
11       MR. HARMON:  Object to the form
12   of the question.
13   A   I don't remember.
14   Q   **So you neither admit nor deny that I**
15   **have shown you a portion of a clip of an**
16   **appearance you made on Mira Media?**
17       MR. HARMON:  Object to the form
18   of the question.
19   A   I had many interviews with them, but
20   I don't remember this particular one.
21   Q   **Do you recall being given a red line**
22   **by the CCP or PRC officials that you could not**
23   **cross?**
24       MR. HARMON:  Object to the form

Page 303

GUO WENGUI

1    approach the witness one more time.
2        (At this time, the video was played).
3    A   I want to make sure I understand.
4    Who is asking questions, you the lawyer, or the
5    video?  The guy who is a cheater is asking
6    questions.
7    Q   **Mr. Guo, you have to stop disrupting**
8    **the deposition.**
9        MR. HARMON:  Okay.  He's not
10   disrupting the deposition.
11       MR. GREIM:  Yes, he is.  This is
12   ridiculous.
13       MR. HARMON:  Ask your next
14   question.
15       MR. GREIM:  I can't because the
16   witness just keeps talking.
17       MR. HARMON:  Ask your next
18   question.
19       MR. GREIM:  We will have to ask
20   for more time if this continues.
21       MR. HARMON:  Ask your next
22   question.
23   Q   **The question, sir, is do you**
24   **recognize the signature on the document I placed**

Page 305

GUO WENGUI

1    of the question.
2    A   I don't understand what you referring
3    to.  Because like Trump, everything is talking
4    about it.  She has friends.  Now he also want to
5    stop Hua Wei.
6        MR. GREIM:  Move to strike.
7    A   The telecom company in China, that's
8    what he's referring to.
9        MR. GREIM:  Move to strike as
10   non-responsive.
11   Q   **Did you receive any communications**
12   **from the CCP or PRC in response to this letter?**
13       MR. HARMON:  Object to the form
14   of the question.
15   A   I don't understand and I don't
16   remember.
17   Q   **What don't you understand about my**
18   **question?**
19       MR. HARMON:  Object to the form
20   of the question.
21   A   Because I don't know what you said
22   about this letter.
23   Q   **Do you recall?**
24       MR. GREIM:  I'm going to

Page 304

GUO WENGUI

1    in front of you on my computer.
2    A   It's my name, but I don't think
3    that's my signature.
4    Q   **So Mr. Guo, do you deny sending this**
5    **letter to CCP and PRC officials in August of 2017?**
6        MR. HARMON:  Object to the form
7    of the question.
8    A   I've never sent this letter.
9    Q   **Did anyone send this letter to CCP**
10   **and PRC officials on your behalf?**
11       MR. HARMON:  Object to the form
12   of the question.
13   A   That I wouldn't know.
14   Q   **Have you seen it before today?**
15   A   It's all over on the Internet.
16   Q   **Did you agree to the terms in this**
17   **letter?**
18       MR. HARMON:  Object to the form
19   of the question.
20   A   I totally do not agree with any of
21   the terms in this letter.
22   Q   **In August of 2017, did you agree to**
23   **the terms of the letter?**
24       MR. HARMON:  Asked and answered.

Page 306

19 (Pages 303 to 306)

**Guo Wengui - Volume II**
**December 4, 2019**

GUO WENGUI

1  You're just wasting time. Objection
2  to the form of the question.
3          Answer it again.
4      A   No.
5          INTERPRETER WILKINSON: Counsel,
6  your question was that the witness
7  agreed with the terms in August,
8  2017, right, not whether he wrote
9  this letter?
10         MR. GREIM: Correct.
11         INTERPRETER CHANG: You can take
12  her translation.
13     A   No. I want to know the source of
14  this thing.
15     Q   **Did anyone provide you advice**
16  **regarding this letter?**
17         MR. HARMON: Object to the form
18  of the question.
19     A   No.
20     Q   **Did you discuss this letter with any**
21  **CCP or PRC official?**
22         MR. HARMON: Object to the form
23  of the question.
24     A   I'm not aware of the existence of

GUO WENGUI

1      Q   **Could you have written this letter?**
2          MR. HARMON: Objection.
3      A   I don't know how to use computers. I
4  can't type. So I couldn't have typed this letter.
5  Whoever made this up saying this is my letter is a
6  total idiot.
7      Q   **Did Yvette Wong prepare this letter**
8  **for you?**
9      A   No.
10     Q   **Did the CCP or PRC prepare this**
11  **letter for you?**
12         MR. HARMON: Objection to the
13  form of the question.
14     A   I don't know.
15     Q   **Did someone give this letter to you?**
16     A   Let me repeat it. No one had ever
17  given me this letter. I have nothing to do with
18  this letter.
19     Q   **In August of 2017, did you promise to**
20  **help promote President Gi Jong Ping's (phonetic)**
21  **agenda in the United States?**
22     A   No. This is a total lie.
23     Q   **Do you recall discussing this letter**
24  **with Mr. Chen for at least half an hour on Mira**

GUO WENGUI

1  this letter, so therefore my question is no.
2      A   My answer is no.
3      Q   **So is it your testimony now that you**
4  **definitively deny having sent this letter to the**
5  **CCP and PRC?**
6          MR. HARMON: Object to the form
7  of the question.
8      A   Yes, I deny.
9      Q   **Is it your testimony that Mira Media**
10  **fabricated this letter or this broadcast?**
11         MR. HARMON: Object to the form
12  of the question. Calls for
13  speculation.
14     A   No.
15     Q   **Could this letter have been written**
16  **by you?**
17         MR. HARMON: Object to the form
18  of the question. Hypothetical.
19         INTERPRETER WILKINSON: Counsel
20  did ask a question, but then you did
21  not interpret the question.
22         INTERPRETER CHANG: I haven't
23  come to that yet. Give me a few
24  questions.

GUO WENGUI

1  Media?
2      A   I don't remember.
3      Q   **I'm going to play the tape beginning**
4  **at 807, sir. Then I will have a question for you.**
5          MR. HARMON: Playing a tape,
6  Video 4, that he's been unable to
7  authenticate.
8          MR. GREIM: To be clear, I'm
9  playing video 4.
10         MR. HARMON: Thank you.
11         MR. GREIM: I'm playing now. I
12  will go back because the
13  clarification interrupted. I will go
14  back to 8:09 minutes.
15         (At this time the video was
16  played.)
17     Q   **I played to minute 8:44.**
18         **Mr. Guo, did Mr. Chen not ask you**
19  **about the third page of the letter and in**
20  **particular about your statement that I still**
21  **maintain my trust to the organization and to you.**
22  **I didn't cross the red line.**
23         MR. HARMON: Object to the form
24  of the question.

GUO WENGUI
2      Q    Did you hear that question from
3   Mr. Chen?
4          MR. HARMON:  Object to the form
5      of the question to the form of the
6      question.
7      A    I don't remember.
8      Q    My question is --
9      A    There's something I missed about the
10  trust --
11         INTERPRETER WILKINSON:  Counsel
12      said that the trust to you and the
13      organization and did not cross red
14      line.
15         MR. GREIM:  Correct.
16      A    No, I don't remember.
17      Q    Mr. Guo, did you not just hear
18  yourself respond that the red line means you
19  didn't put out videos and leaked the national
20  intelligence network.  You didn't say who the
21  CCP's leader's wife was sleeping with.
22         MR. HARMON:  I object.  Mr. Guo
23      has already said that he cannot
24      identify the person speaking on that
25      recording as himself.  He can't

Page 311

GUO WENGUI
2   continue with the question.
3      Q    Mr. Guo, we just listened to -- we
4   just listened to about a minute of the video in
5   which Mr. Chen, who you did identify at the start
6   of this video, asks you a question about the red
7   line, and then --
8          INTERPRETER CHANG:  Can you stop
9      here so I can do what I have to do.
10      Q    Do you deny that we just watched you
11  give a response to Mr. Chen's question?
12         MR. HARMON:  I object to your
13      question on the same basis that I did
14      before, that the inclusion in your
15      question of a representation, that
16      that is a video of Mr. Qua when he
17      has denied that it's an authentic
18      tape and has questioned the
19      authenticity of the tape and the
20      video and its source.
21          And again, continuing to ask him
22      questions about something that he has
23      not authenticated is a huge waste of
24      time.  If you cannot authenticate it
25      independently, then you can use the

Page 313

GUO WENGUI
2   authenticate the recording.  And your
3   statement of a question asking him
4   whether or not he said something
5   based upon that is without foundation
6   and a huge waste of our time.
7      Q    The witness may answer the question.
8      A    I don't remember.
9          THE INTERPRETER:  He didn't ask
10      the question yet.
11         INTERPRETER CHANG:  This is
12      making a tough, tough job.
13         MR. HARMON:  No pictures; right?
14         MR. GREIM:  Don't talk to my
15      client here.  She's not taking
16      pictures.  And before I forget, I
17      want to make sure that Miss Wang's
18      pictures are also deleted from her
19      phone.  We'll do it before we leave.
20         MR. HARMON:  We'll take care of
21      that.
22         INTERPRETER WILKINSON:  She's
23      keeps on pointing the phone at my
24      face.
25         MR. GREIM:  Please let me

Page 312

GUO WENGUI
2   recording for anything you want.
3          But asking Mr. Kwok questions
4      about something that he can't
5      authenticate is just wasteful of
6      everybody's time.
7          You can now ask the question.
8          MR. GREIM:  Go ahead and ask the
9      question if you can remember what I
10      asked him.
11      A    I said I can tell you that there is
12  more than the one time they interview me.  But I
13  cannot validate this one existed or its
14  authenticity.
15      Q    But to be very, very clear, I'm going
16  to be clear about this, you do not deny that this
17  is an interview of you with Mr. Chen.  You simply
18  cannot validate that it is; is that correct?
19         MR. HARMON:  Object to the form
20      of the question.
21         INTERPRETER CHANG:  Can you
22      repeat it.
23      Q    To be very clear, you do not deny
24  that this is a video of you with Mr. Chen.  You
25  simply say that you cannot validate that it is?

Page 314

21 (Pages 311 to 314)

Atkinson-Baker, Inc.
www.depo.com

GUO WENGUI

1    MR. HARMON:  Object to the form
2  of the question.
3    INTERPRETER WILKINSON:  The
4  video, not just the interview.  The
5  video of this interview.
6  A    I have been interviewed by them for
7  more than once, but I cannot tell you the
8  authenticity of this one.
9    MR. GREIM:  Let's go ahead and
10  take a break.
11    (At this time, a brief recess
12  was taken.)
13    THE VIDEOGRAPHER:  The time is
14  2:08 p.m., Wednesday, December 4,
15  2019.  This is the end of media
16  number 2, volume 2 of the videotaped
17  deposition of Mr. Guo Wengui.
18  We're off the record.
19    (Time noted:  2:08 p.m.)
20    (At this time, a brief recess
21  was taken.)
22    THE VIDEOGRAPHER:  The time is
23  2:19 p.m., Wednesday, December 4,
24  2019.  This is media number 3, volume

Page 315

GUO WENGUI

1  any signals to anybody.  She's going
2  to stay where she is.
3    MR. GREIM:  She has been and it
4  needs to stop.
5    MR. HARMON:  She's going to stay
6  where she is.  She hasn't done
7  anything, and she is not moving, so
8  go ahead.
9  Q    What are some of the other names that
10  Mr. Yu goes by?
11  A    I don't know.
12    MR. HARMON:  Really?  You're
13  going to video her?
14    INTERPRETER WILKINSON:  I'm
15  going to video her.
16    MR. GREIM:  No, you're not.
17  We'll raise this with the court
18  later.
19  Q    Do you know the name William Je, J-E?
20  A    They are the same person, William Je
21  and William Yu.
22  Q    What about the name Je Kay Ming?
23  A    I don't know this person.
24  Q    Do you know the name Yu Gian Ming?

Page 317

GUO WENGUI

1  2 of the videotaped deposition of
2  Mr. Guo Wengui.  We are back on the
3  record.
4  EXAMINATION BY
5  MR. GREIM:
6  Q    Mr. Guo, your first deposition I
7  asked you some questions about a man we identified
8  as  William Yu.
9    Do you remember those questions?
10  A    Yes.
11  Q    Do you know him by any other names?
12  A    I don't know.
13    MR. GREIM:  Before we go much
14  further, I just want to point out we
15  object to Miss Wang standing back
16  behind the videographer directly in
17  the line of sight of the witness.
18    There have been a lot of facial
19  gestures, nodding yes and no on
20  questions, and I would like that
21  stopped.
22  A    You're totally lying.
23    MR. HARMON:  I've been looking
24  at Miss Wang.  She's not providing

Page 316

GUO WENGUI

1  A    William used the Chinese name.
2  Q    Do you know which of those is his
3  legal name?
4    MR. HARMON:  Object to the form
5  of the question.
6  A    I don't know.
7  Q    Do you know what country or countries
8  he's a citizen in?
9  A    I don't know.
10  Q    When did you last see him?
11  A    About two months ago.
12  Q    Where was this?
13  A    In New York.
14  Q    How frequently do you see Mr. Gi?
15    MR. HARMON:  Object to the form
16  of the question.
17  A    Three, four times.  Two to three
18  times a year.
19  Q    Do you E-mail or call him?
20  A    Calling him.
21  Q    Where did you first meet Mr. Gi?
22  A    In the office on the social occasion.
23  Q    Which office?
24  A    I don't know.  I really don't recall

Page 318

22 (Pages 315 to 318)

Guo Wengui - Volume II
December 4, 2019

GUO WENGUI

1  
2 that.
3    Q    **Is this in Beijing?**
4    A    I don't recall.
5    Q    **Are you aware that he is a director**
6 **of an entity whose name includes AC?**
7         MR. HARMON:  Object to the form
8    of the question.  It was asked and
9    answered at the last deposition.
10   A    Yes.
11   Q    **How did he come to be a director of**
12 **ACA?**
13   A    I don't know.
14   Q    **Is ACA an entity that you started?**
15   A    I don't know.
16        MR. HARMON:  Yvette, come around
17   the other side please.
18        MR. GREIM:  Miss Wang is sitting
19   around directly behind my client.
20        MR. HARMON:  Yvette, please come
21   around.
22        I would ask you, Mr. Greim, to
23   ask your client even if she's only
24   using her phone for the purposes to
25   keep it down so it doesn't appear

Page 319

GUO WENGUI

1  
2    A    Because he told me that the
3 government that take his people in Hong Kong and
4 that the police went to threats that his mother in
5 her home and get him so frightened that he had to
6 be hospitalized.
7        INTERPRETER WILKINSON:  And
8    every day people call him telling him
9    to kill him; right?
10   A    Yes.  He also said they are making
11 the phone calls that threaten them by killing them
12 making daily phone calls.
13   Q    **When did Mr. Gi first tell you that**
14 **the government was persecuting his people in Hong**
15 **Kong?**
16   A    I don't remember exactly.
17   Q    **Did you know Mr. Gi before you came**
18 **to the United States in 2015?**
19        MR. HARMON:  Object to the form
20   of the question.
21   A    Yes.
22   Q    **How?**
23   A    I don't remember.
24   Q    **Were you a client of his?**
25   A    No.

Page 321

GUO WENGUI

1  
2 that she's taking videos and photos.
3        MR. GREIM:  I would ask the same
4    thing of Miss Wang.
5        MR. HARMON:  Absolutely.
6    Everybody put their phones down.
7        MR. GREIM:  That's the new rule.
8    Q    **You recall your first deposition you**
9 **claimed you worked with Mr. Gi on anti-communist**
10 **matters?**
11        MR. HARMON:  Object to the form
12   of the question.
13   A    I don't remember.
14   Q    **Is it true that you have worked with**
15 **Mr. Gi in the past on what you characterize as**
16 **anti-communist matters?**
17   A    I don't know how to say that, the
18 working together.  But in Chinese, we say we are
19 both anti-communists.
20   Q    **How do you know Mr. Gi is**
21 **anti-communist?**
22   A    Because he told me so.  He was
23 persecuted by the communist party right now.
24   Q    **How do you know Mr. Gi was persecuted**
25 **by the communist party?**

Page 320

GUO WENGUI

1  
2    Q    **Did he work for you?**
3    A    No.
4    Q    **Did you know him as chairman of the**
5 **greater China securities section of Maquery?**
6 **(Phonetic)**
7        MR. HARMON:  Object to the form
8    of the question.
9    A    Yes.
10   Q    **Did you recruit him to leave Maquery**
11 **and join ACA?**
12   A    I don't remember.
13   Q    **Did you ask him to join ACA?**
14   A    No.
15   Q    **How was ACA formed?**
16        MR. HARMON:  These questions
17   were asked and answered at his last
18   deposition.
19   A    No, I don't know.
20   Q    **Mr. Guo, did you solicit money from**
21 **investors in the United Emirates to begin ACA?**
22        MR. HARMON:  I'm going to permit
23   Mr. Guo to answer this question, but
24   it's clearly outside the very limited
25   scope that magistrate Freeman

Page 322

GUO WENGUI

2 permitted you to examine regarding
3 ACA which was limited to ownership
4 and control of the company, all of
5 which questions were asked and
6 answered at the last deposition.
7     MR. GREIM:  That's incorrect.
8     MR. HARMON:  It's not incorrect.
9     MR. GREIM:  This would go to the
10 ownership and control of ACA.
11 Go ahead.
12   A  I don't know.
13   **Q  Did Mr. Gi tell you that his family**
14 **was persecuted just in Hong Kong or on the**
15 **mainland as well?**
16     MR. PODHASKIE:  Object to the
17 form of the question.
18   A  Yes.  In both locations.
19   **Q  Other than what Mr. Gi has told you,**
20 **do you have any information about whether Mr. Gi's**
21 **family has been persecuted by the CCP?**
22   A  I don't know.
23   **Q  After you came to the United States**
24 **in 2015, when is the first time that you**
25 **communicated with Mr. Gi?**

Page 323

GUO WENGUI

2 **you received distributions from an ACA contract**
3 **with Golden Spring?**
4     MR. HARMON:  Magistrate Freeman
5 specifically said that you were not
6 to ask questions about the details of
7 payments involving ACA, that the
8 questioning was limited to his
9 knowledge of the ownership and
10 control of ACA.  And you're way far
11 afield.
12     MR. GREIM:  The magistrate also
13 said we can ask about transfers of
14 money from ACA.  We're not getting
15 into the details.  This goes directly
16 to this witness' knowledge and
17 relationship with ACA.
18     We mentioned this declaration in
19 our filings with the court.  If we
20 can't ask the question, we'll need to
21 get the court on the line.
22     MR. HARMON:  You're just wasting
23 time.  I'm going to let him answer
24 this question, but really get to
25 something you're allowed to talk

Page 325

GUO WENGUI

2   A  I don't remember.
3   **Q  Was it within a few weeks or a few**
4 **months?**
5   A  I don't remember.
6   **Q  Have you heard of an ACA entity**
7 **called ACA Capital Group?**
8   A  I don't remember.
9   **Q  Have you heard of ACA Investment**
10 **Management Limited?**
11   A  To all the English names I could not
12 remember.
13   **Q  Has your entity Golden Spring Hong**
14 **Kong been retained by an ACA entity to give advice**
15 **regarding the mainland?**
16     MR. HARMON:  Object to the form
17 of the question.  And that's way
18 outside the scope of anything that
19 Magistrate Freeman allowed.  Let's
20 move on it.
21     It was related to ownership and
22 control, and he denied knowing
23 anything about the ownership of ACA.
24   A  I don't know.
25   **Q  Have you alleged in a lawsuit that**

Page 324

GUO WENGUI

2 about that makes sense.
3     MR. GREIM:  We are.
4     Let's have the court reporter
5 read it back.
6     (The requested portion of the
7 record was read back by the
8 reporter.)
9   A  I don't remember.
10   **Q  Are you aware of William Gi's ongoing**
11 **activities within the mainland?**
12     MR. HARMON:  Object to the form
13 of the question.
14   A  I don't know.
15   **Q  Are you aware that Mr. Gi gave a**
16 **speech on the mainland as recently as September of**
17 **this year?**
18     MR. HARMON:  Object to the form
19 of the question.
20   A  I don't know.  This is a very
21 ridiculous question.
22   **Q  Are you aware that Mr. G is a member**
23 **of Chong King Political Consultative Conference?**
24     MR. HARMON:  Object to the form
25 of the question.

Page 326

GUO WENGUI

1    A    I don't know.
2    Q    Mr. Guo, isn't it true that Mr. Gi's
3  entity hired you to give Mr. Gi advice about
4  business connections on the mainland in 2017 and
5  2018?
6    A    This is 100 percent false.
7    Q    Mr. Guo, is your son the sole
8  director of ACA Hong Kong Investment Holdings?
9    A    I really don't know anything about
10 what my son's involvement.  I only know he's my
11 son.
12   Q    Did you use ACA in May of 2015 to
13 purchase a stake in Haitong Securities?
14        MR. HARMON:  Object to the form
15        of the question.  Beyond the scope of
16        allowed testimony.
17        Just yes or no.
18   A    No.
19   Q    Are you aware that ACA -- that
20 actually every single ACA entity has had
21 registered offices in your own residence in Hong
22 Kong?
23        MR. HARMON:  Object to the form
24        of the question.

GUO WENGUI

1  Williams & Connolly for attorneys' fees for you?
2        MR. HARMON:  Asked and answered
3        at the last examination.
4        MR. GREIM:  You wouldn't let him
5        answer.
6        MR. HARMON:  I believe it was
7        asked and answered, and I also
8        believe it's beyond the scope of what
9        Magistrate Freeman permitted.
10       I will let him answer this
11       question.  Please let's try to stay
12       within the framework of what's
13       allowed.
14   A    I don't remember.
15   Q    Has ACA made any payments or loans to
16 any entity based at 162 or 164 East 64th Street,
17 New York City?
18       MR. HARMON:  Object to the form
19       of the question.
20   A    I don't know.
21   Q    Do you have your office at 164 East
22 64th Street?
23   A    I don't have an office.  I go to that
24 address for a meeting now and then.

GUO WENGUI

1    A    That I don't know.  Already my Hong
2  Kong residence, I don't know.
3    Q    What is your Hong Kong residence?
4  What's the address?
5    A    I live in hotels in Hong Kong because
6  I -- this is like -- I don't know where the
7  question is from because I don't have any
8  residence in Hong Kong, so I cannot register
9  anything in Hong Kong.
10   Q    Okay.  Is it your testimony, Mr. Guo,
11 that you don't own a residence on the waterfront
12 in Hong Kong?
13       MR. HARMON:  We're not answering
14       that question.  It's not even close
15       to something Magistrate Freeman has
16       permitted.
17       THE WITNESS:  What time is it?
18       MR. HARMON:  2:40.  Stay for a
19       few more minutes.
20   Q    Mr. Guo, has Mr. Gi made any payments
21 to any entity in the United States which you
22 control?
23   A    No.
24   Q    Has ACA paid a million dollars to

GUO WENGUI

1    Q    Mr. Guo, do any of your entities have
2  an office at the Bank of China tower in Hong Kong
3  on the 49th floor?
4        MR. HARMON:  Object to the form
5        of the question.
6    Q    Now?
7    A    No.
8    Q    Have they in the past?
9    A    Never in the past either.
10   Q    So is it your testimony that China
11 Golden Spring Hong Kong has never had an office in
12 the Bank of China Tower 49th floor?
13       MR. HARMON:  Object to the form
14       of the question.
15   A    Whether you are asking about me
16 myself or the company Hong Kong Golden Spring,
17 that company can have offices anywhere, but I
18 don't have any office in the Hong Kong China bank
19 office building.
20   Q    My question was about the Hong Kong
21 Golden Spring Company.  I ask for an answer to it.
22       MR. HARMON:  Your question was
23       companies he owned.  Your question

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1    assumed that that was his company,
2    and that's why you have a problem.
3         MR. GREIM:  No.
4         MR. HARMON:  The way in which
5    you form your questions, which is why
6    I object to the form.
7         Again, this is a subject that is
8    outside the scope of what Magistrate
9    Freeman permitted.
10        I'm going to allow you to answer
11   -- Mr. Guo to answer these questions,
12   but you're wasting our time.
13        MR. GREIM:  No.  The question
14   was specifically on China Gold
15   Spring, and the witness tried to
16   answer a different one.  I'm going to
17   ask it again.
18        **Q    Mr. Guo, do you deny that China**
19   **Golden Spring Hong Kong has never or has ever had**
20   **an office in the Bank of China tower, 49th floor?**
21        MR. HARMON:  Object to the form
22   of the question.
23   A    No.
24        **Q    Has ACA shared an office with China**

Page 331

GUO WENGUI

1         A    I only introduced them to one
2    another.  I don't remember anything else.
3         **Q    Does William Gi receive budget**
4    **documents from either of your rule of law**
5    **entities?**
6         MR. HARMON:  Okay.  Way beyond
7    the scope.  I'm not permitting him to
8    answer that question.
9         **Q    Who did you speak with at ACA to**
10   **direct the $500,000 wires to my client at issue in**
11   **this case?**
12        MR. HARMON:  Object to the form
13   of the question.  He denied in his
14   last deposition that he ordered the
15   wires to be made from ACA to
16   Strategic Vision, so this is old
17   territory.  You're just wasting our
18   time.
19   A    I had already answered this question.
20        **Q    Did you confer with William Gi about**
21   **ACA's wiring of money to Strategic Vision?**
22        MR. HARMON:  Asked and answered
23   at the last deposition.
24        **Q    Again, Mr. Guo, please answer this**

Page 333

GUO WENGUI

1    **Golden Spring Hong Kong on the 49th floor of the**
2    **Bank of China tower?**
3    A    I don't know.
4         **Q    Has ACA made any payments, whether**
5    **for services, or loans, or distributions to golden**
6    **spring Hong Kong?**
7    A    I don't know.
8         **Q    Has ACA made any payments, whether**
9    **for services, or loans, or distributions, any**
10   **payments of any kind to Golden Spring New York?**
11   A    I don't know.
12        **Q    Has ACA made any payments of any kind**
13   **to Bill Gertz?**
14        MR. HARMON:  So far outside the
15   scope.
16   A    No, I don't remember.
17        **Q    Didn't Bill Gertz send an E-mail to**
18   **you with terms of a loan that he proposed that you**
19   **would make to him in 2018?**
20        MR. HARMON:  Object to the form
21   of the question.
22   A    I don't remember clearly.
23        **Q    Did you communicate with Mr. Gi about**
24   **a payment or a loan from ACA to Bill Gertz?**

Page 332

GUO WENGUI

1    **question one last time.**
2    A    No.
3         **Q    Have you conferred with William Gi**
4    **about ACA's collection of its loan?**
5         MR. HARMON:  Object to the form
6    of the question.
7    A    I don't remember.
8         **Q    What did you discuss with William Gi**
9    **in your last meeting with him?**
10        MR. HARMON:  Don't answer the
11   question.  It's beyond the scope.
12        **Q    Are you aware that William Gi is an**
13   **advisor to provinces and cities on the mainland?**
14        MR. HARMON:  Object to the form
15   of the question.
16   A    I don't know.
17        **Q    Are you aware that Mr. Gi is a member**
18   **of a Hong Kong patriotic association?**
19        MR. HARMON:  Object to the form
20   of the question.
21   A    I don't know.
22        **Q    Would it surprise you to learn that**
23   **he was?**
24        MR. HARMON:  Do you have any

Page 334

**Guo Wengui - Volume II**
**December 4, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1  questions for this witness that are
2  within the scope of what Magistrate
3  Freeman permitted, because otherwise
4  we're done.
5      MR. GREIM:  All of these are.
6      MR. HARMON:  None of them are
7  actually.
8      So I'm asking you if you have
9  other questions that are within the
10 scope.
11     MR. GREIM:  I do have other
12 questions.
13     MR. HARMON:  Let's get them to.
14 You know he had to leave at 2:30.
15 You've held him here -- I've held him
16 here for you for an additional 20
17 minutes.  I'm going to continue to
18 hold him here a little while longer,
19 but only if you have questions to ask
20 that are within the scope of what
21 Magistrate Freeman allowed.
22     **Q    I would like an answer to that**
23 **question.**
24     MR. HARMON:  No.  No.

Page 335

GUO WENGUI

1  between you and any person in Mainland China?
2      A    No.
3      **Q    Has he acted as an intermediary**
4  **between you and any person in Hong Kong?**
5      A    No.
6      **Q    Has Mr. Han spoken with anyone at the**
7  **Hudson Institute on your behalf?**
8      A    No.  Never on my behalf made a speech
9  in Hudson Institution.
10     **Q    Does Mr. Gertz serve on any rule of**
11 **law organization?**
12     A    I think he was the board member, but
13 I don't remember exactly.
14     **Q    Are you affiliated with the rule of**
15 **law organizations in any way?**
16         MR. HARMON:  Object to the form
17         of the question.
18     A    I was the biggest contributor.
19     **Q    Has Mr. Gertz done any work for you?**
20     A    No.
21     **Q    Has he contacted other reporters in**
22 **the media on your behalf?**
23     A    I would not know.
24     **Q    Have you ever negotiated with**

Page 337

GUO WENGUI

1      **Q    Have you given anything of value to**
2  **Lee Ann Shelheim?  (Phonetic)**
3      A    No.
4      **Q    Have you given anything of value to**
5  **an entity called Citizen Power Initiative for**
6  **China?**
7      A    No.
8      **Q    Has any entity which you control or**
9  **of which you are a member given anything of value**
10 **either to Mr. Han or the Citizen Power Initiative**
11 **for China?**
12         MR. HARMON:  Object to the form
13         of the question.
14     A    No.
15     **Q    Did you pay Mr. Han for any work on**
16 **your Asylum application?**
17     A    No.
18     **Q    What projects of yours has Mr. Han**
19 **worked on?**
20     A    No, none.
21     **Q    Has Mr. Han talked to the media on**
22 **your behalf?**
23     A    I don't remember.
24     **Q    Has he acted as an intermediary**

Page 336

GUO WENGUI

1  **Mr. Gertz regarding a loan of money?**
2      A    I don't remember.
3      **Q    Just to be clear, I mean a loan of**
4  **money from any other entity, not necessarily just**
5  **from you.**
6         MR. HARMON:  Object to the form
7         of the question.
8      A    No, I don't know.
9      **Q    Did Mr. Gertz recently ask you for**
10 **money again for investigative reporting?**
11         MR. HARMON:  Object to the form
12         of the question.
13     A    I don't remember.
14     **Q    Did you discuss with Mr. Gi that ACA**
15 **would receive results of the Strategic Vision**
16 **Research contract?**
17         MR. HARMON:  To be clear,
18         Magistrate Freeman made it very clear
19         that you were not to renew questions
20         regarding the contract or the work
21         because that was all covered in the
22         seven-hour deposition that was
23         originally conducted.   So let's not
24         repeat all the ground.

Page 338

27 (Pages 335 to 338)

**Guo Wengui - Volume II**
**December 4, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

GUO WENGUI

1    Q    Are you aware of the source of the
2  funds in ACA?
3    A    I don't know.
4    Q    Are you aware of the source of any
5  income derived by any of ACA entities?
6           MR. HARMON:  Way outside the
7        scope.  Not answering that question.
8    Q    Are you aware of the identities of
9  any officers or directors of ACA?
10   A    I don't know.
11   Q    What is William Gi's role with ACA?
12   A    Whether a board member or a officer,
13 I don't know exactly.
14   Q    Does William Gi answer to anyone else
15 at ACA, any of the ACA entities?
16          MR. HARMON:  Object to the form
17       of the question.
18   A    I don't know.
19   Q    Has ACA made any payments to
20 Mr. Steve Bannon on behalf of the Sirotkin Media
21 Group?
22          MR. HARMON:  Not detailed to
23       which this witness has to testify
24       here.  He's not answering the

GUO WENGUI

1           question.
2    Q    When is the last time ACA paid any
3  expense for any of your entities?
4           MR. HARMON:  Object to the form
5        of the question.
6    A    No.
7    Q    I'm sorry.  Just to be clear, is it
8  your testimony that ACA has never paid any expense
9  for any of your entities?
10   A    I don't have any entity.  This
11 question is like really idiotic.
12   Q    Is ACA a sovereign wealth fund?
13          MR. HARMON:  Object to the form
14       of the question.
15          If you understand it, you can
16       answer.
17          MR. HARMON:  Ask the question.
18       If Mr. Guo understands it, he can
19       answer it again.
20   Q    This is a term of art, and I think
21 maybe Mr. Guo will understand.  Let's try again.
22          The question is --
23          MR. HARMON:  The term of art in
24       English.

GUO WENGUI

1    Q    -- is ACA a sovereign wealth fund?
2    A    No.  I don't know.
3    Q    Does it have the money of any state
4  entity?
5    A    I don't know.
6    Q    Are the funds in ACA derived from the
7  Crown Prince of the UAE?
8           MR. HARMON:  Object to the form
9        of the question.
10   A    I don't know.
11          MR. GREIM:  Let's do this.  I
12       have some questions I think should
13       have been answered.  There are some
14       points I think we should get to.
15          Let's not hold the witness here
16       any longer.  I know he's got to leave
17       for something.
18          I'm going to hold it open for
19       that purpose, and we'll just meet and
20       confer after this.
21          MR. HARMON:  I appreciate that.
22       We will meet and confer.  If there
23       are rulings to answer additional
24       questions, perhaps we can work that

1           out in writing.
2           Thank you very much.
3           THE VIDEOGRAPHER:  The time is
4        3:05 p.m., Wednesday, December 4,
5        2019.
6           This is the end of media 3,
7        volume 2 of the videotaped deposition
8        of Mr. Guo.
9           We're off the record.
10          (Time noted:  3:05 p.m.)

**Guo Wengui - Volume II**
**December 4, 2019**

```
 2
 3           A C K N O W L E D G M E N T
 4
 5   STATE OF NEW YORK      )
 6                    ss:
 7   COUNTY OF _____ )
 8
 9        I, Guo Wengui, hereby certify that I have
10   read the transcript of my testimony taken under
11   oath in my deposition of December 4, 2019; that
12   the transcript is a true and complete record of my
13   testimony, and that the answers on the record as
14   given by me are true and correct.
15
16
17        _____
18              GUO WENGUI
19
20
21   Subscribed and sworn to before me
22   this     day of          2019.
23   _____
24        (NOTARY PUBLIC)
25
```

                                         Page 343

```
 2
 3            C E R T I F I C A T E
 4
 5        I, Terri Fudens, a stenotype reporter
 6   and Notary Public within and for the State of New
 7   York, do hereby certify:
 8        That the witness whose testimony is
 9   hereinbefore set forth was duly sworn by me and
10   that such testimony is a true record of the
11   testimony given by such witness.
12        I further certify that I am not related
13   to any of the parties by blood or marriage, and
14   that I am in no way interested in the outcome of
15   this matter.
16        IN WITNESS WHEREOF, I have hereunto set
17   my hand.
18
19
20
21        _____
              Terri Fudens
22
23
24
25
```

                                         Page 344

29 (Pages 343 to 344)

**Guo Wengui - Volume II**
**December 4, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 1

**A**

**a.m** 235:19 239:4
**a/k/a** 234:10 235:15 236:21
**ability** 239:16,22 291:25 292:6
**able** 244:24 254:9 292:15
**absolute** 253:17
**absolutely** 261:4 285:14 285:16,25 320:5
**abused** 263:9
**AC** 319:6
**ACA** 319:12,14 322:11 322:13,15,21 323:3,10 324:6,7,9,14,23 325:2 325:7,10,14,17 327:9 327:13,20,21 328:25 329:16 331:25 332:5,9 332:13,25 333:10,16 338:15 339:3,6,10,12 339:16,16,20 340:3,9 340:13 341:2,7
**ACA's** 333:22 334:5
**accept** 258:14
**accidents** 265:6
**account** 248:20 252:6,13 252:17,18,19,20,23,24
**accountant** 250:13
**accurate** 269:7 276:13
**accurately** 239:14,20
**accusations** 300:24
**accuse** 275:8
**acted** 336:25 337:4
**action** 293:21
**activities** 326:11
**actual** 244:23
**AD0BC41** 234:25
**addition** 254:14
**additional** 337:17 341:24
**address** 328:5 329:25
**admit** 303:15
**advice** 301:16 334:14 327:4
**advisor** 334:14
**affiliated** 337:15
**afield** 325:11
**against-** 234:6,9
**agenda** 309:22
**agents** 263:18
**ago** 243:21 244:19 293:2 318:12
**agree** 246:25 274:18 283:7 306:17,21,23
**agreed** 293:24 307:8
**agreement** 241:18,20,21 241:24
**ahead** 264:23 265:15 276:24 299:7 314:8 315:10 317:9 323:11
**airport** 270:16
**allegations** 283:8
**alleged** 324:25
**allow** 273:23 281:22 331:11
**allowed** 256:19 278:7 324:19 325:25 327:17

329:14 335:22
**ambiguous** 249:20 259:24
**America** 271:22
**Americans** 254:6
**Ann** 336:3
**announce** 261:20 299:21
**answer** 248:10 249:22 250:24 253:11 254:22 254:23 255:6,9,17,18 255:20 256:8,16,19 258:6,10,15,16 259:13 263:14 264:19 265:3 266:19 272:16 273:13 281:16 296:25 307:4 308:3 312:7 322:23 325:23 329:6,11 330:23 331:11,12,17 333:9,25 334:11 335:23 339:15 340:17 340:20 341:24
**answered** 248:9 253:14 260:17,18 272:22 276:21 306:25 319:9 322:17 323:6 329:3,8 333:20,23 341:14
**answering** 258:4 273:12 275:14 328:14 339:8 339:25
**answers** 239:15,21 268:5 343:13
**anti-communist** 320:9 320:16,21
**anti-communists** 320:19
**anticorruption** 293:12
**anybody** 317:2
**anyway** 250:21
**apartment** 278:2 280:20 280:23 281:3,6 286:16
**appeal** 248:25
**appear** 301:8,15 319:25
**appearance** 300:21 302:9 303:17
**appeared** 297:21
**append** 246:11
**application** 336:17
**appreciate** 341:22
**approach** 300:2 305:2
**Approximately** 251:21
**April** 244:4 267:7,7 268:2,10,22 270:2 287:13
**Arabic** 245:16
**arch** 290:9 291:10
**art** 340:21,24
**asked** 246:16 248:9 253:14 257:23 258:18 259:14 264:3,3,11 265:19 266:6,10 267:6 267:23 272:21 273:9 273:11 275:15 306:25 314:10 316:8 319:8 322:17 323:5 329:3,8 333:23
**asking** 241:23 251:7,11 259:19 270:20 273:7 274:9 279:12,19

290:19 305:5,6 312:3 314:3 330:17 335:9
**asks** 313:6
**assets** 281:23
**assisted** 272:12,17
**association** 334:19
**assumed** 331:2
**Asylum** 336:17
**ATKINSON-BAKER** 234:22
**attack** 261:5
**attempt** 252:16
**attempted** 270:14
**attorney** 252:10
**Attorneys** 236:3,9,21
**attorneys'** 329:2
**audio** 241:13 274:19,20 274:25 275:17 276:2
**August** 297:8,10,12 306:6,23 307:8 309:20
**authentic** 245:2 299:11 301:5 313:17
**authenticate** 310:8 312:2 313:24 314:5
**authenticated** 313:23
**authenticity** 313:19 314:14 315:9
**Avenue** 235:18 236:22
**aware** 277:19,25 278:9 307:25 319:5 326:10 326:15,22 327:20 334:13,18 339:2,5,9

**B**

**B** 238:7
**back** 239:8 240:6 241:23 243:25 265:11 267:2 274:4 277:16 288:15 292:17 310:13,15 316:3,16 326:5,7
**background** 283:23 285:6
**Bai** 289:9
**bank** 330:3,14,20 331:21 332:3
**Bannon** 296:12,17 297:4 339:21
**based** 312:5 329:17
**Basically** 273:21
**basics** 265:13
**basis** 313:13
**Bates** 238:10 243:11,16 243:18
**bathroom** 260:3
**beginning** 255:13 287:11,23 298:21,21 310:4
**begins** 238:9 243:11,16 298:8,14
**behalf** 306:11 336:23 337:8,9,23 339:21
**Beijing** 319:3
**believe** 249:24 262:8 274:12 294:3 297:4 329:7,9
**believes** 256:18
**believing** 260:4
**best** 239:16,22

better 255:11
**beyond** 278:6 296:22 327:16 329:9 333:7 334:12
**biggest** 259:11 337:19
**Bill** 332:14,18,25
**billions** 258:25 259:2,4,5
**bit** 246:6
**black** 238:9 243:9,15
**blood** 344:13
**Bo** 262:8
**board** 337:13 339:13
**body** 262:23 263:3
**break** 260:3 276:25 299:20 302:5 315:11
**brief** 260:3 277:9 315:12,21
**broadcast** 297:18 300:3 300:12 302:23 308:11
**broken** 263:10
**brother** 263:6 287:18,20
**brothers** 261:22
**brought** 282:11 284:5,11
**budget** 333:4
**building** 330:21
**business** 261:22

**C**

**C** 236:2 239:11,11 343:3 344:3,3
**C-E-N-G** 262:10
**C-H-E-E-N** 298:7
**call** 243:7 250:11 318:20 321:8
**called** 261:15 262:8 324:7 336:6
**Calling** 318:21
**calls** 308:13 321:11,12
**campaign** 293:12
**camps** 254:4
**Capital** 324:7
**car** 312:20
**care** 312:20
**case** 234:6 240:13 241:22 243:20 246:8 285:10 333:12
**catch** 273:19
**CCI** 251:13
**CCP** 240:11,18 242:10 242:22 249:5,11,16 251:9,12,12,13,15,23 261:6 267:25 268:9,21 269:9,25 275:2 277:20 278:10,18 283:8 295:3 295:17,23 296:3,9,13 296:14 297:7 303:23 304:13 306:6,10 307:22 308:6 309:11 323:21
**CCP's** 311:21
**cell** 267:19 275:21
**Ceng** 262:9
**certain** 240:10 272:23
**certified** 285:9,11,19
**certify** 343:9 344:7,12
**chairman** 322:4
**Chang** 237:6 241:6,16 248:2 250:7 251:3

257:13,18 259:23
261:17 262:6 265:17
266:23 270:20 273:18
279:2 291:15 292:3
294:16 297:11 301:19
307:12 308:23 312:11
313:8 314:21
**change** 267:23
**characterization** 244:22 266:12
**characterize** 320:15
**characters** 245:16
**charge** 262:16
**charges** 282:11
**cheater** 305:6
**cheaters** 254:8 260:5
**check** 256:7,7,10 273:6
**checking** 256:6
**Cheen** 298:5
**Chen** 299:16 300:13 309:25 310:19 311:3 313:5 314:17,24
**Chen's** 313:11
**Chi** 296:18 301:2
**Chian** 291:25 292:6
**children** 295:18,22
**Chin** 300:22
**China** 257:8 263:2 267:11 282:12 289:17 292:2,7,8,15 293:18 304:8 322:5 330:3,12 330:14,20 331:15,19 331:21,25 332:3 336:7 336:12 337:2
**chinese** 245:5 257:21 259:16,18,25 260:8 261:6 270:9,23 273:25 274:14 285:6,8 286:4 290:13 291:18 300:23 318:2 320:18
**Ching** 292:2,6
**Chinger** 292:14
**Chong** 326:23
**CHRIS** 236:6
**CHUFF** 236:6
**CIA** 262:25 263:18 293:2
**cities** 334:14
**citizen** 318:9 336:6,11
**City** 236:10 280:24 329:18
**claim** 253:12
**claimed** 320:9
**clarification** 310:14
**clarify** 268:5 274:2
**clarifying** 270:23
**clarity** 274:15
**clear** 252:25 258:9,15 284:10 288:4 289:22 310:9 314:15,16,23 338:4,18,19 340:8
**clearly** 269:13 322:24 332:23
**client** 312:15 319:19,23 321:24 333:11
**clip** 271:21 284:9,19 287:7,11 302:9 303:16
**clips** 301:4
**close** 328:15

Guo Wengui - Volume II
December 4, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 2

closer 300:5
collection 334:5
come 288:15 300:4
  308:24 319:11,16,20
coming 292:22
commandeering 266:3
commencing 235:19
comments 279:25
committed 263:2
communicate 296:2,8
  296:12 332:24
communicated 295:3
  323:25
communications 240:11
  240:17 241:10 295:16
  304:12
communist 260:11
  275:5 300:24 320:23
  320:25
companies 330:25
company 261:23 272:17
  304:8 323:4 330:18,19
  330:23 331:2
complete 258:10,16
  343:12
complying 259:15
  265:16
component 286:18
computer 299:13 306:2
computers 309:4
comrade 289:13
concerns 293:17
conclusion 293:23
condition 268:15 292:18
conducted 240:10
  338:24
confer 290:12 293:12,17
  333:21 341:21,23
conference 293:11
  326:23
conferred 334:4
confidence 253:18
  254:5,6 258:5,21
  259:8 263:19
confiscated 258:22
confiscating 261:21
connections 327:5
Connolly 329:2
consent 277:21 278:3,12
consider 293:21
consists 243:15
Consultative 326:23
contacted 337:22
contains 246:12
content 293:13 302:14
continue 258:3 265:3
  313:2 335:18
Continued 234:15
  235:15 256:22 262:12
  277:17
continues 305:21
continuing 243:24
  313:21
contract 240:13,20
  325:2 338:17,21
contributions 282:2,5
contributor 337:19
control 262:5 323:4,10

324:22 325:10 328:23
  336:9
conversation 242:9,14
  242:18,22 244:3,8,10
  244:18 245:23 249:11
  249:16 250:5 251:8,10
  251:15,17,18,19 252:7
  252:9 261:13 263:4,7
  263:16 265:20 267:16
  278:10 282:19 287:13
  294:23
conversations 250:25
  251:4,22 264:12,17
  265:4 266:7 275:6
  276:15,16,19,23
convey 295:22
cook 260:2
copy 246:24 247:2,9
Corporation 234:4 235:5
  236:4
correct 257:16 297:22
  298:11 307:11 311:15
  314:18 343:14
corrected 271:25
counsel 236:16 240:21
  246:16,17 247:23
  249:24 260:23,23
  261:2 285:18 301:13
  307:6 308:20 311:11
counsel's 257:5 273:9
counterclaim 234:11
  235:16 236:22 239:23
countries 318:8
country 282:2,5 318:8
COUNTY 343:7
course 267:11 294:8
court 234:2 235:2,18
  239:9 240:8 243:20
  248:25 278:7 317:18
  325:19,21 326:4
cover 243:18
covered 338:22
crazy 275:3 291:3
critics 260:8
cross 303:24 310:23
  311:13
Crown 341:8
cutting 264:7 266:13

**D**

D 236:12 238:2 343:3
D.C 269:16 288:10
daily 321:12
DANIEL 236:19
date 243:13 282:19
daughter 261:22 287:16
day 243:8 281:6 287:10
  287:21,23 288:7 321:8
  343:22
days 281:10,11 282:17
  288:3
December 234:18
  235:20 239:5 277:3,12
  315:15,24 342:5
  343:11
declaration 325:18
declined 293:3
deeper 261:24

defendant 234:5,11
  235:6,16 236:4,22
  239:23
Defendant-Countercla...
  235:17
Defendant/Countercla...
  234:8 236:9
Defendants/Countercl...
  235:9
define 242:2
definitely 286:5
definitively 308:5
Del 237:5
Delaware 236:5
delete 255:22
deleted 256:3,4,11
  312:18
denied 313:17 324:22
  333:14
deny 302:8,22 303:15
  306:5 308:5,9 313:10
  314:16,23 331:19
deposition 234:15
  235:15 239:7 277:7,14
  288:23 305:9,11
  315:18 316:2,7 319:9
  320:8 322:18 323:6
  333:15,24 338:23
  342:8 343:11
depositions 246:10,22
derived 339:6 341:7
DESCRIPTION 238:8
deserved 260:9
destroy 262:2 263:21
detailed 339:23
details 266:9 290:6
  325:6,15
detained 254:3 259:6
  263:5,8 270:15
detaining 261:22
detains 291:11
detention 263:9 287:14
determine 244:25
  298:25 299:10
device 284:5,11
die 253:19 260:9
died 265:6
differ 285:12
different 250:19 268:19
  270:25 285:20,22,24
  285:25 286:3,5 291:18
  331:17
direct 296:25 333:11
directions 255:8
directly 295:6 316:17
  319:19 325:15
director 319:5,11 327:9
directors 339:10
disagree 257:12
discuss 282:10 307:21
  334:9 338:15
discussed 282:4
discussing 309:24
discussion 250:22 252:2
  263:11 265:9 267:5
  274:4
discussions 265:12
  266:21 267:8,15

270:18 275:22 276:2,3
  276:9 277:20,25
  278:18 287:10,22
  292:16,20 293:23
  294:3
dish 260:2
displayed 300:3,9
  302:23
dispute 250:17
disrupting 305:8,11
distributed 279:8
distributions 325:2
  332:6,10
DISTRICT 234:2,2 235:2
  235:3
document 305:25
documents 333:5
doing 257:23 265:10
dollars 328:25
DONNELLI 236:13
drafted 303:3
drawn 265:6
drive 246:11,24 247:3,6
  247:10,12 278:9
duly 239:12,18,24 344:9

**E**

E 236:2,2,17 238:2,7
  239:23 343:3,3 344:3
  344:3
E-mail 318:20 332:18
earlier 249:5,10 250:23
  258:20 262:16 287:12
  297:21
earth 263:22
East 292:22 329:17,22
Eastern 234:4 235:5
  236:4 241:22
easy 252:6 302:6
edgreim@gravesgarr...
  236:12
EDWARD 236:12
effort 252:10,22 288:22
either 245:5 253:9
  295:18,22 330:11
  333:5 336:11
element 274:20
Emirates 322:21
employees 254:3 259:7
  261:23 263:8 291:14
  291:16,17
ends 243:18
enemies 291:10
enemy 259:11 290:9
English 244:2 245:4,14
  252:18 259:16,19
  273:11,16 274:5 285:8
  285:15,22 286:4
  324:11 340:25
entire 274:3 279:15
  285:2
entities 330:2 333:6
  339:6,16 340:4,10
entitled 296:23
entity 259:12 319:6,14
  324:6,13,14 327:4,21
  328:22 329:17 336:6,9
  338:5 340:11 341:5

entourage 270:14 271:3
  271:13,17
equipment 272:9
erase 263:21
ERIN 236:25
especially 284:24
ESQ 236:6,12,13,19,24
  236:25
Everybody 320:6
everybody's 314:6
exact 259:18
exactly 257:22 261:18
  269:13 272:16 298:4
  321:16 337:14 339:14
examination 238:3
  240:4 256:22 262:12
  277:17 316:5 329:4
examine 323:2
examined 240:2
excerpt 280:8
execution 240:12,20
  241:24
exhibit 243:4,8,9,14
  244:22 246:9
exist 272:19
existed 314:13
existence 307:25
expense 340:4,9

**F**

F 344:3
fabricated 308:11
face 263:21 301:6
  312:24
facial 316:19
fact 284:13,19 292:14
  296:24
fair 241:14 245:8
faith 253:17
fake 257:16 253:3,7,8
  278:14,18,22 301:4
fakery 276:14
false 266:4,5 327:7
family 253:23 259:6,7
  261:21 263:5,9 281:2
  281:12 287:14 291:11
  323:13,21
far 280:9 325:10 332:15
fashion 265:15
fast 253:19
FBI 262:25 263:18
  270:15
fee 275:9
fees 275:11 329:2
FILE 234:25
filibustering 264:9,11
filibusters 264:22
filings 325:19
find 248:21 252:10
  262:22 263:3
fine 242:5
finish 256:19 257:6
  279:16
finished 253:25 254:19
  255:17 261:23 263:14
  263:23
firm 292:23
first 239:24 240:9 248:14

**Guo Wengui - Volume II**
**December 4, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 3

252:12 265:13 268:7
276:25 279:21 285:3
288:7 293:13 316:7
318:22 320:8 321:13
323:24 330:8
**five** 265:21 300:6
**flash** 246:10,24 247:2,9
247:12 279:9
**floor** 330:4,14 331:21
332:2
**follow-up** 293:25
**following** 239:15,21
279:24 283:14
**follows** 240:3
**forces** 261:25
**forget** 312:16
**form** 244:21 249:18
250:20 252:14 253:4
253:13 255:16 257:3
257:25 269:5,17 270:6
270:11 271:8,18
272:14,20,25 274:22
276:5,11 277:22
278:20 281:7,14,19
282:7,13,23 284:7,15
286:12,20 287:3
288:12 290:4,18 291:7
291:22 294:6,11 295:8
295:13,19 296:6,20
298:3 300:14 301:11
302:11,19,24 303:4,8
303:12,18,25 304:14
304:20 306:7,12,19
307:3,18,23 308:7,12
308:18 309:14 310:24
311:4,5 314:19 315:2
318:5,16 319:7 320:11
321:19 322:7 323:17
324:16 326:12,18,24
327:15,24 329:19
330:5,15 331:6,7,22
332:21 333:13 334:6
334:15,20 336:13
337:17 338:7,12
339:17 340:5,14 341:9
**formed** 252:19 322:15
**forth** 240:8 292:17 344:9
**foundation** 312:5
**four** 318:18
**framework** 329:13
**fraudster** 248:23
**fraudsters** 249:2
**freely** 292:2,7
**Freeman** 322:25 324:19
325:4 328:16 329:10
331:10 335:4,22
338:19
**French** 237:3
**frequently** 318:15
**friends** 300:25 304:5
**frightened** 321:5
**front** 238:9 243:10,16
306:2
**Fudens** 234:24 235:20
239:12,18,25 344:5,21
**fund** 340:13 341:2
**funds** 339:3 341:7
**further** 316:15 344:12

**G**

**G** 239:11,23,23 272:2
326:22 343:3
**G-U-O** 252:20
**gap** 259:17
**garbage** 261:8
**GARETT** 236:8
**Ge** 292:2,6
**general** 253:17 265:9
**Gertz** 332:14,18,25
337:11,20 338:2,10
**gestures** 316:20
**getting** 263:25 264:21
264:22 325:14
**Gi** 301:9,17 302:17
309:21 318:15,22
320:9,15,20,24 321:13
321:17 323:13,19,25
326:15 327:4 328:21
332:24 333:4,21 334:4
334:9,13,18 338:15
339:15
**Gi's** 293:11 323:20
326:10 327:3 339:12
**Gian** 302:18 317:25
**Giangu** 301:10
**Ging** 300:21,23 301:8,16
**Gion** 291:4
**give** 255:7,9 256:8
258:11 268:18 298:19
308:24 309:16 313:11
324:14 327:4
**given** 285:9 303:22
309:18 336:2,5,10
343:14 344:11
**go** 241:23 259:25 260:12
264:23 265:12,14,15
276:24 279:17 288:10
299:7 300:5 310:13,14
314:8 315:10 316:14
317:9 323:9,11 329:24
**goes** 283:13 317:11
325:15
**going** 243:6,7 246:18
255:18 263:24 264:18
265:11 266:18 274:11
275:16 279:7,20
283:11 284:23 285:2
292:21 297:15 299:23
299:25 300:4,5,17
304:25 310:4 314:15
317:2,6,14,16 322:22
325:23 331:11,17
335:18 341:19
**Gold** 331:15
**golden** 236:16,16 324:13
325:3 330:13,18,23
331:20 332:2,6,11
**Good** 239:3
**government** 260:8
261:15 263:20 321:3
321:14
**GRAVES** 236:8
**greater** 322:5
**greatly** 286:3
**Greim** 236:12 238:5
240:5 241:2,11 242:5
243:3,14 244:6,11

245:24 246:5 247:8,11
254:16,25 255:4,10,24
256:9,23,25 257:10,16
260:20 262:13 264:5,8
264:15,21 273:20
274:17 275:12 276:24
277:18 278:4,8 279:14
279:16,20 280:4
283:21 285:14,23
297:2 298:11,13,16
299:2,7 304:7,10,25
305:12,16,20 307:11
310:9,12 311:15
312:14,25 314:8
315:10 316:6,14 317:4
317:17 319:18,22
320:3,7 323:7,9
325:12 326:3 329:5
331:4,14 335:6,12
341:12
**ground** 338:25
**Group** 324:7 339:22
**Gui** 253:17
**Guiang** 289:9
**Gun** 269:14,23
**Guo** 234:10,16 235:15
236:21 238:4,8 239:7
240:1,6 241:1 242:1
243:1,8,9,14 244:1,8
244:10,24 245:1,17,19
246:1,17,18,20 247:1
247:14,19 248:1 249:1
250:1 251:1 252:1,25
253:1,9 254:1 255:1
256:1,18 257:1 258:1
258:8 259:1 260:1,7
261:1 262:1 263:1
261:1 265:1,8 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1,7,15,19
278:1 279:1 280:1
281:1 282:1,21 283:1
283:11,22 284:1 285:1
286:1,9 287:1 288:1
289:1 290:1 291:1,25
291:25 292:1,6,6,11
292:14 293:1 294:1
295:1,6,11 296:1
297:1,20 298:1 299:1
299:12,25 300:1,8,20
301:1 302:1,8 303:1
304:1 305:1,8 306:1,5
307:1 308:1 309:1
310:1,19 311:1,17,22
312:1 313:1,3 314:1
315:1,18 316:1,3,7
317:1 318:1 319:1
320:1 321:1 322:1,20
322:23 323:1 324:1
325:1 326:1 327:1,3,8
328:1,11,21 329:1
330:1,2 331:1,12,19
332:1 333:1,25 334:1
335:1 336:1 337:1
338:1 339:1 340:1,19
340:22 341:1 342:9

343:9,18
**guy** 261:15,20 305:6

**H**

**H** 238:7 239:11
**Haitong** 327:14
**half** 293:2 309:25
**HAMILTON** 236:3
**Han** 336:11,16,19,22
337:7
**hand** 243:6 344:17
**happen** 253:12,16,20 307:11
**happened** 275:17,21
282:19
**hard** 257:21
**harmed** 253:22
**Harmon** 236:24 242:2,7
244:6,20 245:12,24
246:20 247:8,17 248:4
248:9 249:18 250:2
252:14 253:4,13
254:23 255:2,7,12,15
255:22 256:9,15 257:3
257:25 258:8 259:13
260:16,25 264:2,6,10
264:16 266:4,11 269:4
269:17 270:6,11 271:8
271:18 272:14,20,25
274:10,18,22 276:5,11
277:22 278:4,20 279:5
279:14,18 280:3 281:7
281:14,19 282:7,13,23
283:20 284:6,15
285:11 286:12,20
287:3 288:12 290:4,18
290:24 291:7,21 294:6
294:11,18 295:7,13,19
296:5,20 298:2,10,12
298:14,19,23 299:4,8
300:14 301:11 302:3
302:11,19,24 303:4,8
303:12,18,24 304:14
304:20 305:10,14,18
305:22 306:7,12,19,25
307:18,23 308:7,12,18
309:3,13 310:6,11,24
311:4,22 312:13,20
312:13 314:19 315:2
316:24 317:6,13 318:5
318:16 319:7,16,20
320:5,11 321:19 322:7
322:16,22 323:8
326:12,18,24 327:15
327:24 328:14,19
329:3,7,19 330:5,15
330:24 331:5,22
332:15,21 333:7,13,23
334:6,11,15,20,25
335:7,14,25 336:13
337:17 338:7,12,18
339:7,17,23 340:5,14
340:18,24 341:9,22
**hatred** 253:20
**hear** 244:25 264:17
266:8 283:22,25 284:4
284:10 311:2,17
**heard** 280:9 283:24

284:10 287:11 289:2
324:6,9
**held** 235:18 335:16,16
**hell** 260:12
**help** 262:11 309:21
**hereinbefore** 344:9
**hereunto** 344:16
**hired** 327:4
**hit** 299:12 300:5
**HODGSON** 236:21
**hold** 245:18,18 263:13
335:19 341:16,19
**holding** 293:11
**Holdings** 327:9
**home** 321:5
**Hong** 254:13,15 262:18
321:3,14 323:14
324:13 327:9,22 328:2
328:4,6,9,10,13 330:3
330:13,18,20,22
331:20 332:2,7 334:19
337:5
**hospitalized** 321:6
**host** 300:9 302:16
**hotels** 328:6
**hour** 287:7 309:25
**hours** 261:14 263:7,11
263:16 264:14 265:20
266:7,21 267:5 271:5
276:8,15 287:13
**housekeeping** 246:6
**Hua** 304:6
**Hudson** 337:8,10
**huge** 312:6 313:23
**hundreds** 258:22 259:2
264:13 266:7 267:22
301:3
**Hypothetical** 308:19

**I**

**idea** 248:22
**identical** 286:5
**Identification** 243:13
**identified** 244:14 316:8
**identify** 244:18 245:22
246:4 301:6 311:24
313:5
**identifying** 245:25
**identities** 339:9
**idiot** 309:7
**idiotic** 340:12
**image** 248:17
**images** 285:5
**important** 263:6
**imposter** 253:12
**In-House** 236:16 316:8
**in-person** 276:2 284:20
**inaudible** 301:2
**includes** 319:6
**including** 263:5
**inclusion** 313:14
**income** 339:6
**incorrect** 323:7,8
**independently** 313:25
**indicate** 284:5,11,19
**information** 262:17
323:20
**Initiative** 336:6,11

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 4

inquire 296:23
inside 243:17
Institute 337:8
Institution 337:10
intelligence 311:20
intend 286:2
interested 344:14
intermediary 297:5
  336:25 337:4
Internet 243:2 274:21,25
  275:2,6,8,11 276:10
  276:23 278:3,11,19
  280:17 301:4 306:16
interpret 248:13 249:21
  260:22 261:2 273:10
  273:15 274:12 301:25
  308:22
interpretation 250:14
interpreted 302:4
interpreter 237:6,7
  239:11,17 240:21
  241:4,6,8,15,16
  246:15 247:22 248:2
  248:12 249:23 250:3,7
  251:3,14 253:24
  254:11 257:5,13,18
  258:24 259:3,10,15,23
  260:21,22 261:17
  262:3,6,7 264:25
  265:16,17 266:23
  267:3 270:20 273:5,6
  273:10,18,24 274:7,11
  278:23 279:2 285:17
  287:17 291:13,15
  292:3 294:14,16
  297:10,11 301:13,19
  301:22,24 307:6,12
  308:20,23 311:11
  312:9,11,22 313:8
  314:21 315:4 317:15
  321:7
interpreters 239:10
interpreting 294:21
interrupt 265:18 268:16
  268:17
interrupted 310:14
interview 271:20 273:3
  302:14 314:12,17
  315:5,6
interviewed 297:18
  315:7
interviews 303:20
introduced 333:2
investigative 338:11
Investment 324:9 327:9
investors 322:21
involvement 327:11
involving 325:7
issue 241:22 333:11

**J**

J-E 317:20
January 242:10
jdonnell@gravesgarr...
  236:14
Je 317:20,21,23
JENNIFER 236:13
JGK 234:6

Jing 258:5 272:2 297:17
  297:19,22 302:9
job 312:12
join 322:11,13
Jong 309:21
Journal 272:6,8 273:4
Ju 291:4 302:18
June 242:3,4,10 269:9
  269:10,12,21 270:10

**K**

K 239:17 343:3
Kansas 236:10
Kay 317:23
keep 281:23 319:25
keeps 305:17 312:23
kidnap 270:15
kill 254:6 262:21 263:20
  321:9
killed 262:22 263:2
killing 263:17 321:11
kind 241:17 332:11,13
King 326:23
know 244:9 245:3,5
  246:2 248:24 250:10
  252:4,8,19 253:7,15
  259:25 261:17 265:5,7
  273:6 274:16 275:20
  275:24 276:7 277:24
  278:24 279:7 289:7,8
  289:9,11 295:9 303:6
  304:22 306:14 307:14
  309:4,15 316:12,13
  317:12,20,24,25 318:3
  318:7,8,10,25 319:13
  319:15 320:17,20,24
  321:17 322:4,19
  323:12,22 324:24
  326:14,20 327:2,10,11
  328:2,3,7 329:21
  332:4,8,12 334:17,22
  335:15 337:24 338:9
  339:4,11,14,19 341:3
  341:6,11,17
knowing 324:22
knowledge 325:9,16
knows 273:13
Kong 254:13,15 262:18
  321:3,15 323:14
  324:14 327:9,23 328:3
  328:4,6,9,10,13 330:3
  330:13,18,20,22
  331:20 332:2,7 334:19
  337:5
Kowel 289:5,7,9,12
Kwok 234:10 235:16
  236:21 314:3

**L**

L 239:17 343:3
label 238:9 243:10,15
lasted 264:13
lasts 287:7
late 294:25
law 333:5 337:12,16
lawsuit 324:25
lawyer 305:5

lawyers 248:23
leader 253:23 254:2,4,5
  254:7,10,13,15 259:9
leader's 311:21
leaders 261:6
leaked 311:19
learn 334:23
leave 254:14,21 312:19
  322:10 335:15 341:17
Lee 292:16 336:3
left 294:4,10,25
legal 318:4
legs 263:10
let's 256:20 257:11
  266:3 274:10,16
  276:24 315:10 324:19
  326:4 329:12 335:14
  338:24 340:22 341:12
  341:16
letter 295:12 297:7 300:2
  300:8 301:9,17 302:17
  302:22 303:3 304:13
  304:23 306:6,9,10,18
  306:22,24 307:10,17
  307:21 308:2,5,11,16
  309:2,5,6,8,12,16,18
  309:19,24 310:20
Li 269:14,22 270:4
  292:21
Li's 290:14
lie 253:22 283:2 309:23
lies 300:25
lieu 270:13,18
limited 234:4 235:5
  289:23 291:5 322:24
  323:3 324:10 325:8
line 303:22 310:23
  311:1,14 313:7
  316:18 325:21
listen 245:21 252:11
  265:23 266:19
listed 244:13 248:19
  249:4,9 252:2 253:3
  280:16 282:17 283:4
  313:3,4
listening 246:3 284:18
little 262:15 300:4
  335:19
Liu 242:14,18 251:16
  252:2 261:10,13
  262:14 263:8,17
  266:22 267:5 271:3,12
  271:16,24 275:19,23
  276:3,4,9,20 280:10
  280:22 281:5,22,25
  282:4,10,22 283:7
  284:4,10,14,21 286:10
  286:25 287:10,23
  288:8,10 289:12,17,23
  290:2 291:5,19,24
  292:5,20 293:6,10,13
  293:16,20,24 294:4,10
  294:25 295:5,10
live 253:22 292:18 328:6
LLC 234:7 235:8 236:8,9
LLP 236:3
loan 332:19,25 334:5
  338:2,4

loans 329:16 332:6,10
locations 323:18
long 263:25 268:5
  284:24
longer 272:19 275:14
  335:19 341:17
looking 248:11,16
  292:23 316:24
lot 268:4 316:19
love 253:23 254:2,3,9,12
lying 316:23

**M**

M 343:3
M-E-N-G 262:10
magistrate 322:25
  324:19 325:4,12
  328:16 329:10 331:9
  335:3,22 338:19
main 236:10 273:24
mainland 281:23 323:15
  324:15 326:11,16
  327:5 334:14 337:2
maintain 310:22
making 245:15 253:21
  272:12 300:24 312:12
  321:10,12
man 316:8
Management 324:10
Mandarin 244:2
Mang 301:10
map 285:6
Maquery 322:5,10
March 242:23 244:4
  249:6,10,15 250:6,22
  251:9,19,23 253:16
  255:14 257:9,15,20
  260:7,14 261:11 267:7
  268:2,10,21 270:2
  282:20,22 287:12
MARK 236:24
marked 243:12 284:24
Market 236:4
marking 301:23
marriage 344:13
matter 265:9 278:5
  344:15
matters 320:10,16
mean 240:16 241:7
  250:14 259:20,21
  260:6 338:4
means 311:18
measure 269:7
media 259:5 262:5
  271:17 272:3,4 277:5
  277:13 301:15 303:17
  308:10 310:2 315:16
  315:25 336:22 337:23
  339:21 342:7
meet 269:22,25 270:4,9
  281:5,10 288:15
  318:22 341:20,23
meeting 271:3 280:10,19
  280:22 281:3 284:20
  286:10 288:11 289:4
  295:11 296:18 329:25
  334:10
meetings 271:12,16

272:10 275:18 281:13
  288:7,16,19
Mei 291:25 292:6,11,14
  295:6,11
member 242:9 326:22
  334:18 336:10 337:13
  339:13
members 259:7 260:11
  263:5,9 281:2 287:15
  291:11
Meng 262:9 290:16,22
  290:25 291:4 293:8
mentioned 244:18
  325:18
mentioning 290:10
messages 295:23 296:3
  296:9,13
met 270:13 282:25 293:2
  296:19
metallic 283:25
Miami 293:2
microphones 271:11
middle 292:21 299:20
Miles 234:10 235:16
  236:21
million 254:4 328:25
millions 258:22 259:2
  290:25 301:3
MIN 272:2
mine 259:7 298:14
Ming 297:17,18,22
  300:21,23 301:8,16
  302:9,18 317:23,25
Ministry 289:13
minute 280:2 297:17
  298:22 299:3 300:7,18
  310:18 313:4
minutes 244:19 265:21
  279:21 285:3 287:7
  298:24 299:9 300:6,19
  310:15 328:20 335:18
Mira 303:17 308:10
  309:25
missed 311:9
Missouri 236:10
modern 261:6
moment 298:19 299:23
money 322:20 325:14
  333:22 338:2,5,11
  341:4
month 269:20
months 240:19 241:24
  243:21 269:12 318:12
  324:4
morning 239:3
mother 321:4
move 254:16 256:20
  258:13 266:14 274:16
  275:12,16 304:7,10
  324:20
moving 317:8
Muslims 254:4

**N**

N 236:2 238:2 239:11,17
  239:17,17,23 343:3,3
naked 253:21
name 251:16 252:20

262:15 268:13,17
291:2 297:24 298:5,6
306:3 317:20,23,25
318:2,4 319:6
**named** 262:9
**names** 263:18 268:6,18
289:25 316:12 317:10
324:11
**narrative** 263:25
**narrow** 266:15,16 278:5
**nation** 261:7
**national** 311:19
**nearly** 263:16
**necessarily** 338:5
**need** 297:5 298:23
325:20
**needs** 274:14 317:5
**negotiate** 291:24 292:5
**negotiated** 337:25
**negotiation** 240:19
**neither** 303:15
**network** 262:17 311:20
**never** 248:18,19 252:4
258:21 260:10,10
261:4,8 262:24 273:22
276:14 292:9 301:15
306:9 330:11,13
331:20 337:9 340:9
**new** 234:2,17,17 235:3
235:18,19,21 236:16
236:17,17,23,23
239:13,19 240:2
250:21 254:17 255:14
255:19 257:7 258:7
267:23 280:23 288:11
289:24 290:3 294:4,10
294:25 318:14 320:7
329:18 332:11 343:5
344:6
**nodding** 316:20
**non-party** 246:21
**non-responsive** 275:13
304:11
**nonresponsive** 254:17
**North** 236:4
**Notary** 235:21 239:13,19
239:25 343:24 344:6
**Note** 245:12
**noted** 315:20 342:11
**number** 238:10 239:6
243:4,11,17,18 259:11
267:21 277:5,13
315:17,25

## O

**O** 239:11,17,23 343:3
**oath** 343:11
**object** 244:20,21 249:18
252:14 253:4,13 257:3
257:25 264:6,18
266:11,12 269:17
270:6,11 271:8,18
272:14,20,25 274:22
276:5,11 277:22
278:20 281:7,14,19
282:7,13,23 284:15
286:12,20 287:3
288:12 290:4,18 291:7

294:6,11 295:13,19
296:20 300:14 301:11
302:11,19,24 303:4,8
303:12,18,25 304:14
304:20 306:7,12,19
307:18,23 308:7,12,18
310:24 311:4,22
313:12 314:19 315:2
316:16 318:5,16 319:7
320:11 321:19 322:7
323:16 324:16 326:12
326:18,24 327:15,24
329:19 330:5,15 331:7
331:22 332:21 333:13
334:6,15,20 336:13
337:17 338:7,12
339:17 340:5,14 341:9
**objection** 245:12 249:22
250:20 253:6 255:15
269:4 284:6 291:21
295:7 296:5 298:2
307:2 309:3,13
**obtained** 248:23 295:12
**obvious** 265:10
**obviously** 248:17 294:20
**occasion** 318:23
**occurred** 244:4
**October** 296:19
**offer** 281:22
**office** 318:23,24 329:22
329:24 330:3,13,20,21
331:21,25
**officer** 339:13
**officers** 339:10
**offices** 327:22 330:19
**official** 240:18 242:23
249:5,12,17 251:9,16
261:19 278:11 295:3
295:24 296:13,14
307:22
**officials** 251:23 268:2,7
268:10,21 269:9 270:2
270:9 277:21 278:19
289:16,25 290:7,13
291:18 293:18 295:17
296:3,9 297:8 303:23
306:6,11
**Okay** 241:15 269:11
275:12 278:8 283:18
305:10 328:11 333:7
**old** 289:13 333:17
**once** 284:25 285:4 315:8
**ongoing** 326:10
**open** 264:12 266:6,17,19
341:19
**operation** 255:13 256:24
257:7,8,15,20,22
259:17,19
**opinion** 260:15
**opposing** 260:11
**order** 235:18 258:13
274:15
**ordered** 333:15
**orderly** 265:14
**orders** 240:8
**organization** 272:3,4
310:22 311:13 337:12
**organizations** 337:16

**originally** 338:24
**outcome** 344:14
**outside** 322:24 324:18
331:9 332:15 339:7
**overseas** 262:16
**owned** 330:25
**ownership** 323:3,10
324:21,23 325:9

## P

**P** 236:2,2
**p.m** 277:3,12 315:15,20
315:24 342:5,11
**page** 238:9 243:9,15,23
243:24,25 245:10
279:24 283:15 298:8
310:20
**pages** 238:3,8 243:23
245:20
**paid** 275:9 328:25 340:3
340:9
**PAP** 240:12
**part** 252:23 284:18
286:22
**particular** 251:6 282:19
287:7 303:21 310:21
**parties** 243:20 344:13
**party** 244:3 260:11,11
275:5,9 300:24 320:23
320:25
**patriotic** 293:21 334:19
**pay** 336:10
**paying** 275:4
**payment** 332:25
**payments** 325:7 328:21
329:16 332:5,9,11,13
339:20
**pending** 248:5
**people** 251:5 261:5
262:11 265:5 271:24
275:4 291:2 321:3,8
321:14
**PEPPER** 236:3
**percent** 248:20 253:20
327:7
**period** 242:3
**permit** 322:22
**permitted** 323:2 328:17
329:10 331:10 335:4
**permitting** 333:8
**persecuted** 320:23,24
323:14,21
**persecuting** 321:14
**person** 247:20 251:17
259:8 262:15 267:9
269:22,25 270:10
289:11 290:10 291:9
291:11,12 296:2,8
311:24 317:21,24
337:2,5
**personal** 259:5
**personally** 262:2
**pertains** 241:25
**phone** 256:6 267:8,12,19
267:21,23 269:8,15
275:21,22 276:3,9,19
283:4 290:2,12,23
291:10,12,19 312:19

312:23 319:24 321:11
321:12
**phones** 267:22 320:6
**phonetic** 262:19 269:15
289:5,10 290:17 292:7
292:15,21 301:10
302:18 309:21 322:6
336:3
**photographs** 255:23
**photos** 256:2 320:2
**pick** 251:5
**pictures** 256:11 279:11
280:5,6 312:13,16,18
**pieces** 302:6
**Ping** 242:14,18 251:16
252:3 258:5 261:10
262:14 266:22 267:5
270:4 271:3,13,16,24
275:19,23 276:3,4,9
276:20 280:10 286:11
**Ping's** 309:21
**pinning** 270:4,13,18
**place** 263:12 278:2
280:19 286:15
**placed** 278:3,11 280:17
305:25
**Plaintiff** 234:8 235:9,17
236:9
**Plaintiff/Counterclaim**
234:5 235:6 236:3
**planning** 279:15
**play** 245:19 246:14,18
247:7 279:7,20 283:11
284:23,25 285:2 286:6
298:9,20,23 299:12,19
300:5,17 310:4
**played** 246:23 247:13
248:7 283:17 286:7
287:24 299:22 305:3
310:17,18
**playing** 246:2 247:5
279:12,15 280:5 299:9
310:6,10,12
**please** 243:22 255:7,22
255:25 257:2 265:25
312:25 319:17,20
329:12 333:25
**PODHASKIE** 236:19
333:16
**point** 247:3 264:9 273:7
316:15
**pointing** 312:23
**points** 341:15
**police** 321:4
**Political** 326:23
**portion** 266:25 267:16
276:16 297:17 303:16
326:6
**position** 247:4 297:2
**possible** 273:17 294:20
**post** 275:6 276:8,18
**posted** 244:4 274:19,24
275:7 276:22
**postings** 278:22
**power** 261:25 336:6,11
**praise** 281:25
**PRC** 240:12,18 242:10
242:22 249:5,11,16

251:9,14,23 268:2,10
268:21 269:9 270:2
277:20 278:10,18
295:3,17,24 296:3,9
296:13,14 303:23
304:13 306:6,11
307:22 308:6 309:11
**prepare** 309:8,11
**present** 237:2 252:24
281:3,12 282:22
**President** 293:11 301:9
302:17 309:21
**previous** 255:18
**previously** 279:8
**Prince** 341:8
**prior** 240:19
**problem** 331:3
**Problematic** 245:13
**Profit** 234:4 235:5 236:4
241:22
**program** 297:25
**project** 259:22,24 260:2
260:4,5,6
**projects** 336:19
**promise** 293:6,10,16
309:20
**promote** 309:21
**property** 258:23 259:6,6
261:21
**proposed** 332:19
**provide** 247:2,9 274:15
307:16
**providing** 316:25
**provinces** 334:14
**public** 235:21 239:13,19
239:25 283:9 292:23
293:18 343:24 344:6
**publicize** 275:10
**publicizing** 293:17
**punished** 261:7
**purchase** 327:14
**purpose** 341:20
**purposes** 319:24
**pursuant** 235:17
**put** 254:4 311:19 320:6

## Q

**Qua** 313:16
**question** 240:7,9 241:25
244:16,21 245:8
246:17 247:14 248:4,6
249:19,21 250:15,18
250:20,21,24 252:15
253:5,10,14 254:17,22
254:24 255:3,5,9,16
255:21 256:16,20,21
256:24,25 257:4,6,11
257:12,17 258:2,12,17
258:19,21 259:14
260:13,17,19 263:13
263:14 264:12 265:4
265:15,19 266:2,6,10
266:16,17,17,20 268:7
268:8 269:11,18 270:7
270:12 271:9,19
272:15,21 273:2,8,9
273:14,21 274:2,23
276:6,12,21 277:23

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 6

278:6,21 279:5 280:4
280:8 281:8,15,16,20
282:8,14,24 284:7,9
284:16 286:13,21
287:4,9,21,22 288:13
289:22 290:5,19 291:4
291:8,22 292:11 294:7
294:12,24 295:8,14,20
296:6,21 298:3 300:15
301:12,14,20,25 302:3
302:5,12,20,25 303:5
303:9,13,19 304:2,15
304:19,21 305:15,19
305:23,24 306:8,13,20
307:3,7,19,24 308:2,8
308:13,19,21,22
309:14 310:5,25 311:2
311:5,6,8 312:3,7,10
313:2,6,11,13,15
314:7,9,20 315:3
318:6,17 319:8 320:12
321:20 322:8,23
323:17 324:17 325:20
325:24 326:13,19,21
326:25 327:16,25
328:8,15 329:12,20
330:6,16,22,24,25
331:14,23 332:22
333:9,14,20 334:2,7
334:12,16,21 335:24
336:14 337:18 338:8
338:13 339:8,18 340:2
340:6,12,15,18,23
341:10
questioned 313:18
questioning 325:8
questions 239:15,21
255:6,18,19 258:4,7
264:19,20 275:15
297:25 301:23 305:5,7
308:25 313:22 314:3
316:8,10,21 322:16
323:5 325:6 331:6,12
335:2,10,13,20 338:20
341:13,25
quite 289:21 290:6

**R**
R 236:2 239:11 344:3
raise 317:18
raised 273:6
raped 254:13
raping 254:15
read 245:14 267:2 326:5
326:7 343:10
reading 244:17
really 248:21 250:24
251:24 258:3 267:12
276:7 284:22 303:6
317:13 318:25 325:24
327:10 340:12
reason 262:14
recall 249:14,25 250:2,4
250:9,10 271:6 272:16
282:15 284:17,22
287:5,25 288:6,9
289:4 294:15,23 297:9
302:15 303:22 304:24

309:24 318:25 319:4
320:8
recalls 294:22
receive 304:12 333:4
338:16
received 325:2
recess 256:13 277:9
315:12,21
recognize 286:9 299:16
300:8,12 301:5 305:25
record 239:8 241:9,10
241:11 245:25 246:12
247:18 250:12 256:12
256:17 258:9,15 267:2
272:9 274:14 277:8,16
283:19 285:4 288:19
297:6 300:17 315:19
316:4 326:7 342:10
343:12,13 344:10
recorded 248:8
recording 240:16,23,24
240:25 241:3,5,5,12
242:17,21,25 244:14
244:24 247:21,25
248:15 249:3,4,8,9,15
250:4,9,11,12,13
251:10,18,25 253:3
267:17,20 270:21,22
270:23,24 272:6
274:24,25 276:14
279:10,13 280:7,9,12
280:15,16 282:17
283:4,5,12,16,23
284:5,11,20,25 285:3
286:10,19,23,24
287:24 288:3 289:2
311:25 312:2 314:2
recordings 240:10,15,17
242:8,13 251:2 267:14
270:17 271:2,7,12,16
272:13,19 274:20,21
275:18,22 276:2,17,19
276:22 277:20 278:9
288:23
recruit 322:10
red 303:22 310:23
311:13,18 313:6
reference 244:23 245:15
referred 246:7
referring 241:19,21
304:3,9
refers 245:5
reflect 247:18 256:17
regarding 283:8 293:18
307:17 323:2 324:15
338:2,21
register 291:16 328:9
registered 327:22
rejected 293:3
related 324:21 344:12
relations 292:23
relationship 325:17
remember 251:6,24
269:6,13 271:10
272:11 280:21,22
281:18,21 282:3,16
284:8 288:21 289:3,6
289:15 290:6,15

291:23 292:24 293:5,9
293:15,19,22 295:4,15
297:14 298:4 302:21
303:2,10,14,21 304:17
310:3 311:7,16 312:8
314:9 316:10 320:13
321:16,23 322:12
324:2,5,8,12 326:9
329:15 332:17,23
333:3 334:8 336:24
337:14 338:3,14
renew 338:20
repeat 249:7 266:24
273:10,14 279:3
301:20 309:17 314:22
338:25
repeated 258:19 282:25
reply 258:20
report 296:17
REPORTED 234:24
reporter 235:21 239:9
297:19,24 326:4,8
344:5
reporters 337:22
reporting 338:11
represent 244:11 287:6
297:17
representation 313:15
representative 261:14
representing 254:9
300:23
reputation 262:2
requested 266:25 326:6
Reread 256:25
Research 338:17
residence 327:22 328:3
328:4,9,12
respond 311:18
response 258:12 263:25
304:13 313:11
results 338:16
resume 294:4
retained 324:14
return 288:20 292:19
returned 255:14 257:7
257:14
ridiculous 252:5 254:7
293:15 296:16 305:13
326:21
right 241:10 248:25
256:5 260:24 280:2
302:2 307:9 312:13
320:23 321:9
role 339:12
rule 320:7 333:5 337:11
337:15
rulings 341:24
RUSS 236:21

**S**
S 236:2 238:7 239:17
saying 247:23 248:14
261:3 273:19 289:15
301:14 309:6
says 245:13
scope 278:6 296:22
297:3 322:25 324:18
327:16 329:9 331:9

332:16 333:8 334:12
335:3,11,21 339:8
screen 285:13,21 286:25
291:17 300:3,9
sea 265:6
search 240:10 288:22
second 265:11 288:7
299:24
seconds 287:8 300:19
secretaries 293:7
secretary 253:17 290:16
290:22 291:4 301:10
302:17
section 280:16 283:12
322:5
securities 322:5 327:14
Security 289:14
see 243:24 245:10
255:10 272:24 279:10
279:11 290:11 299:2,5
299:13,13 318:11,15
seen 248:18 275:5
306:15
send 306:10 332:18
sending 306:5
Senior 297:7
sense 250:15 326:2
sent 261:15 306:9 308:5
September 296:18
326:16
serious 263:6
serve 337:11
served 297:4
services 332:6,10
set 240:7 265:11 344:9
344:16
seven-hour 338:23
Shan 290:8 296:18
301:18
share 271:15 272:5
shared 271:21 272:3,7
331:25
Shelheim 336:3
Shin 262:19
show 297:15
shown 286:25 302:9
303:16
Si 258:5
side 319:17
sight 316:18
sign 303:7
signals 317:2
signature 305:25 306:4
silverware 284:2
simply 302:14 314:17,25
single 327:21
sir 241:21 251:7 255:20
279:7 285:3 297:15
301:7 305:24 310:5
Sirotkin 339:21
sit 266:18
site 245:9 262:8
sitting 319:18
six 240:19 241:23
298:24 299:9
sleeping 311:21
small 267:16 276:16
social 318:23

sole 327:8
solicit 322:20
son 292:8,10 327:8,12
son's 327:11
sorry 278:15 281:17
283:3 340:8
sound 283:25
sounds 293:14
source 245:3,6,9 252:11
275:10 307:14 313:20
339:2,5
SOUTHERN 234:2 235:3
sovereign 340:13 341:2
speak 248:2 267:25
268:9 269:8,14 273:24
289:16 290:22 291:19
333:10
speaking 300:10 311:24
specifically 325:5
331:15
specify 261:12
speculation 308:14
speech 326:16 337:9
spell 251:12 262:15
spelling 261:18
spend 268:4
spies 275:4
spoke 289:25 290:20
294:9 295:5
spoken 285:7 295:11
337:7
spring 236:16,16 324:13
325:3 330:13,18,23
331:16,20 332:2,7,11
spy 275:5,8
ss 343:6
stake 327:14
stand 241:2
standard 261:20
standing 316:16
start 257:11,14,19
299:21 313:5
started 257:23 259:21
319:14
starts 283:12
state 235:21 239:13,19
240:2 289:13 341:4
343:5 344:6
statement 266:5,5
310:21 312:3
States 234:2 235:2
261:25 270:5 292:19
309:22 321:18 323:23
328:22
static 280:5,6
stay 317:3,6 328:19
329:12
stenotype 235:20 344:5
steps 293:3
Steve 296:12 339:21
stick 250:8
stop 263:24 265:25,25
265:25 266:3 279:22
279:25 283:20 293:7
299:21,23 304:6 305:8
313:8 317:5
stopped 283:18 286:8
299:24 300:6,18

**Atkinson-Baker, Inc.**
**www.depo.com**

316:22
storing 275:25
story 268:19
strange 290:9
Strategic 234:7 235:8
236:9 241:23 333:17
333:22 338:16
Street 236:4,10,17 272:6
272:7 273:4 329:17,23
strike 254:16 275:13
304:7,10
subject 265:9 278:5
331:8
submitted 243:19
Subscribed 343:21
substance 279:6
Suite 236:5,10,22
Sun 269:14,22 292:21,25
Sung 301:2
sure 243:3 247:16 249:8
252:17,23 256:10
278:15 296:24 298:17
299:4 305:4 312:17
surprise 334:23
SVUS 238:10 243:11,12
243:17,19 298:8
SVUS1320 298:11
swear 239:9
sworn 239:12,18,24
343:21 344:9

**T**

T 238:7 239:11 343:3
344:3,3
table 255:25
Taiwan 254:15 262:18
take 260:3 263:12 268:5
276:25 280:19 293:24
294:16 299:9 307:12
312:20 315:11 321:3
taken 235:16 255:23
256:14 277:10 278:2
286:15 315:13,22
343:10
talk 240:23 261:10
262:17,25 268:20
269:2 282:22 283:8
291:9,12 293:3 301:8
312:14 325:25
talked 292:9,12 336:22
talking 240:22,24 241:9
292:22 293:7 301:16
304:4 305:17
tape 286:6,7 298:21,24
310:4,6 313:18,19
technical 252:6
telecom 304:8
tell 241:6 245:6,21 260:7
263:15 265:22 268:13
268:16 289:12,24
292:25 295:10 302:16
314:11 315:8 321:13
323:13
telling 240:6 342:13
tens 250:25 251:5
258:24 259:3,5
term 340:21,24
terms 241:19 270:25

306:17,22,24 307:8
332:19
Terri 234:24 235:20
239:12,18,25 344:5,21
territory 333:18
TESKE 236:25
testified 240:3 249:4,9
250:23 297:21
testify 339:24
testimony 253:2 258:11
272:18 278:17 281:17
282:21 283:3 301:7
308:4,10 327:17
328:11 330:12 340:9
343:10,13 344:8,10,11
Thank 242:7 246:5
274:17 294:18 310:11
342:3
thing 285:2 291:17
307:15 320:4
things 262:20
think 243:5 247:22 252:4
279:3 294:13 296:21
297:20 299:8,25 306:3
337:13 340:21 341:13
341:15
third 235:18 236:22
275:9 288:7 310:20
Thomas 237:5
thousands 250:25 251:5
threaten 321:11
threatened 263:17
threatens 291:11
threats 287:15 321:4
three 270:14 271:24
281:11,11 282:16
285:3 288:3 318:18,18
threw 267:24
Ti 290:7
tie 301:6
time 239:4 247:12
256:13 264:25 265:22
267:10,13,23 268:4,5
274:10 277:2,9,11
283:2,16 286:7 287:2
288:25 289:5,17,23
290:2,13,21 291:5
292:9 294:9,13 295:2
299:6,22 305:2,3,21
307:2 310:16 312:6
313:24 314:6,12
315:12,14,20,21,23
323:24 325:23 328:18
331:13 333:19 334:2
340:3 342:4,11
timeframe 268:3
times 281:11 318:18,19
timing 251:21 302:13
today 246:14 260:15
288:23,25 306:15
told 259:18 260:13
261:24 262:14 263:18
265:4,21 287:12
320:22 321:2 323:19
top 245:10
topics 240:7
total 261:8 275:3 309:7
309:23

totally 306:21 316:23
touch 262:25
tough 312:12,12
tower 330:3,14 331:21
332:3
traders 261:6
transcribed 245:20
285:7 297:16
transcript 244:7,17
266:3 279:23 283:15
343:10,12
transcription 243:25
245:4,7 285:8,21
288:5 298:8
transfers 325:13
translate 239:14,20
253:5 264:23 302:7
translated 265:2 274:4
translation 244:2 257:19
285:10,12,15,19,20
286:4 294:17 307:13
translations 265:11
274:5,6
transmit 303:11
travel 292:2,7,15
treatment 292:17
tried 266:2 331:16
trip 270:5
trouble 250:8
true 253:16 278:13
298:17 320:14 327:3
343:12,14 344:10
Trump 304:4
trust 310:22 311:10,12
try 279:17 329:12 340:22
trying 273:18
turn 243:23
TV 302:10
two 239:10 248:23 249:2
254:8 260:5 268:18
270:24 275:3 279:21
285:5 292:25 293:24
318:12,18
type 279:15 309:5
typed 309:5
typically 297:25

**U**

U 239:17,23,23
U.S 257:14 262:5 267:11
292:22
UAE 341:8
Uet 292:14
UK 270:5
Una 237:7
unable 310:7
understand 241:17,18
245:4 250:17 252:18
259:20 265:13 273:20
278:16 304:3,16,18
305:4 340:16,22
understands 301:9
United 234:2 235:2
261:25 270:5 292:19
309:22 321:18 322:21
323:23 328:22
use 243:7 267:21 271:11
272:9 290:12 309:4

313:25 327:13

**V**

V 235:7 239:11
Vague 249:19
validate 302:13 314:13
314:18,25
value 336:2,5,10
Vecchio 237:5
verify 247:4,4
Victor 237:6
video 245:11,20 246:7,8
246:12,19,22 247:5,6
247:7,18,19,20,24
248:8,16,18,23 270:23
271:2,7,15,21,23
272:4,5,8 274:24
275:17,25 279:8,22
280:4 284:24 285:7
286:18,22,24 297:16
297:19 298:12,13,18
299:22 300:21 305:3,6
310:7,10,16 313:4,6
313:16,20,24 314:24
315:5,6 317:14,16
videographer 237:5
239:3 277:2,11 315:14
315:23 316:17 342:4
videos 246:13 272:24
311:19 320:2
videotaped 239:6 277:6
277:14 315:17 316:2
342:8
view 300:2
Vision 234:7 235:8 236:9
241:23 333:17,22
338:16
visit 290:14
visiting 269:15 289:17
289:23 290:2 291:5,20
VOA 271:20 272:2
voice 240:22,25 241:5
241:12,13,13 244:15
245:22 247:15,20,24
248:7,7,8,15,17,19
253:9,11 270:21,22,24
271:12,15,21 272:5
274:20 279:10,13
280:6,9
voices 283:22
volume 239:6 277:6,13
315:17,25 342:8

**W**

W 239:17,23 343:3
W-E-I 262:10
Wa 291:25 292:6
Wall 272:6,7 273:3
Wallop 237:3 256:4
Wan 296:18
Wang 237:4 290:7 293:7
301:2 316:16,25
319:18 320:4
Wang's 312:17
want 245:3,6 247:17
248:18,21,24,24 252:1
252:8,9,25 253:7,19
254:20,20,21,22 256:7

258:3,6,20 262:21
263:15,20,20 264:16
265:3,7,13,23 266:8
266:13 268:4,6,13,16
268:18 273:21 274:3
278:15 304:5 305:4
307:14 312:17 314:2
316:15
wanted 251:12 265:8
wants 254:5
warned 262:17,24
Washington 269:16
288:10,17,20
wasn't 257:12 258:16
265:10
waste 267:10,13 299:6
312:6 313:23
wasteful 314:5
wasting 307:2 325:22
331:13 333:18
watched 313:10
watching 248:15
waterfront 328:12
way 247:16 250:14
281:16 286:2 294:21
295:5 300:6 324:17
325:10 331:5 333:7
337:16 339:7 344:14
ways 294:22
we'll 242:5 246:11
255:10 274:5 312:19
312:20 317:18 325:20
330:8 341:20
we're 243:4,7 246:18
263:24 264:21,22
275:14,15 315:19
325:14 328:14 335:5
342:10
wealth 340:13 341:2
website 245:9
Wednesday 235:19
239:4 277:3,12 315:15
315:24 342:5
weeks 324:3
Wei 262:9 304:6
welcome 240:6
Wengui 234:10,16
235:15 236:21 238:4
239:7 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1,7
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 8

299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1,18 316:1
316:3 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 343:9,18
**Wengui's** 279:25
**went** 321:4
**WHEREOF** 344:16
**wide** 264:11 266:6,17,19
**wife** 261:22 287:15
292:13 311:21
**Wilkinson** 237:7 240:21
241:4,8,15 246:15
247:22 248:12 249:23
250:3 251:14 253:24
254:11 257:5 258:24
259:3,10 260:21 262:3
262:7 273:5 274:7
278:23 285:17 287:17
291:13 294:14 297:10
301:13,22 307:6
308:20 311:11 312:22
315:4 317:15 321:7
**William** 316:9 317:20,21
317:22 318:2 326:10
333:4,21 334:4,9,13
339:12,15
**Williams** 329:2
**willing** 273:23
**Wilmington** 236:5
**wires** 333:11,16
**wiring** 333:22
**wisdom** 275:7
**withdraw** 250:19
**witness** 238:3 239:10
243:6,22 244:12,13,16
245:13 248:13,14
255:5,8 257:2 262:4
264:7,8,10,19,24
265:2 266:2,13 273:7
273:11,16,25 274:8
278:24 296:25 305:2
305:17 307:7 312:7
316:18 328:18 331:16
335:2 339:24 341:16
344:8,11,16
**witness'** 244:15 250:18
325:16
**Wong** 309:8
**word** 241:3 250:8 259:18
259:19,24
**words** 245:10
**work** 322:2 336:16
337:20 338:21 341:25
**worked** 320:9,14 336:20
**working** 320:18
**works** 255:11
**world** 285:6

**worth** 298:24
**wouldn't** 256:8 306:14
329:5
**write** 297:7
**writing** 342:2
**written** 302:17 308:16
309:2
**wrote** 301:9,17 302:22
307:9
**Wu** 261:15
**Wung** 301:17
**Www.depo.com** 234:23

### X

**X** 234:3,12 235:4,9 238:2
238:7
**X-I-O-P-I-N-G** 298:7
**Xi** 258:22
**Xioping** 298:7
**Xun** 262:8

### Y

**Yan** 251:16 252:3 270:4
**Yang** 262:19 270:13,18
**year** 240:12 242:4
318:19 326:17
**years** 293:2
**yell** 290:11
**York** 234:2,17,17 235:3
235:18,19,22 236:16
236:17,17,23,23
239:14,20 240:2
255:14 257:8 280:23
288:11 289:24 290:3
294:5,10,25 318:14
329:18 332:11 343:5
344:7
**YouTube** 245:9 248:21
252:6,12,24 279:11
285:5
**Yu** 292:13 316:9 317:11
317:22,25
**Yuan** 242:14,18 261:10
262:14 266:22 267:5
271:3,12,16,24 275:19
275:23 276:3,4,9,20
280:10 286:11
**Yun** 292:21
**Yvette** 237:4 309:8
319:16,20

### Z

**Zheng** 261:16

### 0

### 1

**1** 239:6 242:10 245:11
246:8,12 248:8 259:11
277:6
**10** 238:9 243:8,9,14
268:21
**100** 248:20 253:20
261:14 263:7,11,16
265:20 266:21 267:4
276:8,15,15 287:13
327:7

**10065** 236:17
**10158** 236:23
**11:03** 235:19
**11:09** 239:4
**1100** 236:10
**12:29** 277:3
**12:40** 277:12
**13/14** 245:10,20
**13/15** 245:21
**1305** 238:10 243:11,17
**1313** 236:4
**1314** 243:23
**1315** 243:25
**1320** 298:9,10
**1331** 298:14
**1363** 279:24
**1374** 283:15
**1375** 283:15
**1440** 238:10 243:12,19
**162** 236:17 329:17
**164** 329:17,22
**18-cv-2185** 234:6
**19** 287:7
**19801** 236:5

### 2

**2** 239:6 254:4 277:6,13
277:14 280:2 315:17
315:17 316:2 342:8
**2:08** 315:15,20
**2:19** 315:24
**2:30** 335:15
**2:40** 328:19
**20** 268:24 335:17
**20:30** 283:13
**2015** 321:18 323:24
327:13
**2016** 242:4
**2017** 242:10,15,19,23
244:5 249:6,10,15
250:6,22 251:9,20,23
253:16 255:14 257:9
257:15,20 260:8,14
261:11 267:7 268:10
268:22 269:9 270:2,10
280:24 295:2,17,23
296:4,10,15,18,19
297:8 306:6,23 307:9
309:20 327:5
**2018** 242:11 327:6
332:20
**2019** 234:18 235:20
239:5 277:13 315:16
315:25 342:6 343:11
343:22
**21:30** 283:13
**21:33** 283:18,21
**23-minute** 279:21
**2300** 236:22
**240** 238:5
**243** 238:9
**24th** 288:5
**270** 254:3 259:6
**2700** 236:10
**288-3376** 234:22
**29** 244:4 287:8

### 3

**3** 315:25 342:7
**3:03** 286:8
**3:05** 342:5,11
**32** 299:24

### 4

**4** 234:18 235:20 239:5
277:12 297:16,19
298:12,13,18 310:7,10
315:15,24 342:5
343:11
**49th** 330:4,14 331:21
332:2
**4A** 298:15,16
**4th** 277:4

### 5

**5:11** 300:18
**500,000** 333:11
**5100** 236:5
**53** 300:7
**56** 300:19

### 6

**6** 242:10 298:22 300:18
**605** 235:18 236:22
**64105** 236:10
**646.218.7616** 236:23
**64th** 236:17 329:17,23

### 7

### 8

**8** 279:8
**8:09** 310:15
**8:44** 310:18
**800** 234:22
**807** 310:5
**816.2563181** 236:11

### 9

**9** 284:24
**917.941.9698** 236:18