# EXHIBIT A

## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC VISION US, LLC<br><br>Defendant. | Case No. 18-CV-2185 (JGK) |

## **STIPULATION**

The parties to this action hereby stipulate and agree as follows:

1. Strategic Vision US, LLC, does not seek damages for the harms alleged in paragraph 88 of its Second Amended Counterclaim;

2. Strategic Vision US, LLC's legal fees in this action are not being paid by any person or entity that is or ever was a member of, associated with, or affiliated with the Chinese Communist Party or the People's Republic of China, including but not limited to Zheng Wu a/k/a Bruno Wu or any other entity or person associated with, affiliated with, or acting on the behalf of Zheng Wu a/k/a Bruno Wu; and

3. Strategic Vision US, LLC has not entered into any fee arrangement under which its legal fees in this action are being paid, will be paid, or may be paid by any person or entity that is or ever was a member of, associated with, or affiliated with the Chinese Communist Party or the People's Republic of China, including but not limited to Zheng Wu a/k/a Bruno Wu or any other entity or person associated with, affiliated with, or acting on the behalf of Zheng Wu a/k/a Bruno Wu.

-2-

Dated: _____          Dated: __1-31-20__

EASTERN PROFIT                             STRATEGIC VISION US, LLC
CORPORATION LIMITED

By its attorneys,                          By its attorneys,

_____          *[signature: Edward Greim]*
Francis J. Lawall (NY Bar ID No. FL1234)   Edward Greim
PEPPER HAMILTON LLP                        Graves Garret LLC
3000 Two Logan Square                      1100 Main Street, Suite 2700
Eighteenth and Arch Streets                Kansas City, MO 64105
Philadelphia, PA 19103                     Phone: (816) 256-4144
215.981.4000                               Fax: (816) 817-0863
215.981.4750 (facsimile)                   EDGreim@gravesgarrett.com

OF COUNSEL:

Joanna J. Cline (Admitted *Pro Hac Vice*)
Christopher B. Chuff (Admitted *Pro Hac Vice*)
PEPPER HAMILTON LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)