USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EASTERN PROFIT CORPORATION LIMITED,

                Plaintiff,

    -v-

STRATEGIC VISION US LLC,

                Defendant.
------------------------------------------------------------------X

18-cv-2185 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Pursuant to Standing Order M-10-468, in-person operations in the Southern District of New York are suspended between December 1, 2020 through at least January 15, 2021. No. 20-mc-622 (Nov. 30, 2020), Dkt. No. 1. All civil proceedings, including bench trials and hearings with witnesses, are to be conducted remotely.

    An in-person bench trial is scheduled in this action for January 19, 2021. If the trial cannot proceed in-person, the Court is prepared to conduct the trial remotely. The parties should file letters by December 23, 2020 indicating their positions on proceeding with a remote bench trial in this action in the event that the Standing Order is extended.

    SO ORDERED.

Dated: December 18, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge