```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
EASTERN PROFIT CORPORATION LIMITED,        :
:
Plaintiff,    :
:                    18-cv-2185 (LJL)
-v-                        :
:                        ORDER
STRATEGIC VISION US LLC,                   :
:
Defendant.    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

A conference is scheduled for January 6, 2021 at 10:00 a.m. to discuss the rescheduling of trial. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

SO ORDERED.

Dated: January 4, 2021                              _____
New York, New York                                        LEWIS J. LIMAN
                                                    United States District Judge