IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>STRATEGIC VISION US, LLC,<br><br>　　Defendant/Counterclaim Plaintiff. | Case No. 18-cv-2185 (JGK) |

**NOTICE OF ADDITIONAL AGREED REPLACEMENT SUBMISSION FOR CERTAIN EXHIBITS TO THE PRETRIAL ORDER**

PLEASE TAKE NOTICE that, in connection with the October 30, 2020 submission at ECF 299 Defendant Strategic Vision US, LLC attaches two replacement items for the Pretrial Order. First, by agreement, Strategic is submitting an amended Witness List (Ex. C to the Pretrial Order). Eastern's objections are noted therein. Second, by agreement, Strategic is submitting an amended Exhibit List (Ex. G to the Pretrial Order). Eastern's objections to Strategic's exhibits are noted therein.

Dated January 29, 2021

1

Respectfully submitted,

GRAVES GARRETT LLC

*s/ Edward D. Greim*
Edward D. Greim, #4240172
Jennifer Donnelli (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
jdonnelli@gravesgarrett.com
ATTORNEYS FOR
DEFENDANT/COUNTERCLAIM PLAINTIFF

## CERTIFICATE OF SERVICE

This certifies that, on January 29, 2021, the foregoing was served on all counsel of record via the Court's Electronic Case Filing system.

*s/ Edward D. Greim*
Attorney for Defendant/Counterclaim Plaintiff