# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, )<br>)<br>    Eastern/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>STRATEGIC VISION US, LLC, )<br>)<br>    Defendant/Counterclaim Eastern. )<br>) | Case No. 18-cv-2185 (LJL) |

**DEFENNDANT/COUNTERCLAIMANT STRATEGIC VISION US, LLC'S WITNESS LIST**

Defendant/Counterclaimant Strategic Vision US, LLC and hereby lists the following witnesses that it may call at trial in the above-captioned matter.

| Witness | Form of Testimony | Substance of Testimony | Interpreter | Objection |
|---|---|---|---|---|
| French Wallop | In Person<br><br>By deposition only if Court finds unavailable | Events involving the introduction of Strategic Vision to Guo Wengui, Yvette Wang, and Eastern Profit. Negotiation and execution of the Research Agreement; events involving Strategic's work under the Research Agreement and Eastern's termination | No | No |

1

| Witness | Form of Testimony | Substance of Testimony | Interpreter | Objection |
|---|---|---|---|---|
| | | of it. Strategic's damages. | | |
| J. Michael Waller | In Person<br><br>By deposition only if Court finds unavailable | Events involving the introduction of Strategic Vision to Guo Wengui, Yvette Wang, and Eastern Profit. Negotiation and execution of the Research Agreement; events involving Strategic's work under the Research Agreement and Eastern's termination of it. Strategic's damages. Guo's actions in the U.S. against dissidents and their supporters. | No | No |
| Yvette Wang | Live<br><br>By Deposition | Guo's negotiation and approval of the Research Agreement; Guo's control of Golden Spring, Eastern, and their performance and termination of the | No | No |

| Witness | Form of Testimony | Substance of Testimony | Interpreter | Objection |
|---|---|---|---|---|
| | | Agreement. Guo Wengui and entities associated with him. | | |
| Guo Wengui a/k/a Miles Kwok | Live<br><br>By Deposition if unavailable | Representations made to Strategic regarding Guo's status, background, and purposes in obtaining and using research under the Research Agreement; Eastern's failure to perform; ACA's relationship to Eastern and Guo's other entities. | Yes | No |
| Chunguang Han | Live<br><br>By Deposition if unavailable | Association with Eastern Profit; Eastern Profit's business and finances; ACA and William Je; involvement with Guo Wengui and Guo's entities. | Yes | No |
| Karin Maistrello | By Deposition | Association with ACA Capital, ACA's knowledge of the case and attempts to avoid discovery. | No | Yes, F.R.E. 402-03 |

3

| Witness | Form of Testimony | Substance of Testimony | Interpreter | Objection |
|---|---|---|---|---|
| Lianchao Han | By Deposition | Introduction of Strategic to Guo Wengui, performance of the Research Agreement; Guo Wengui's purposes for the Research Agreement; Guo's pledges of loyalty to the CCP. | No | No |
| William Gertz | By Deposition | Introduction of Strategic to Guo Wengui, Guo Wengui's purposes for the Research Agreement; ACA payment for Guo projects. | No | No |
| Sasha Gong | Live or by Deposition if unavailable. | Guo Wengui's status and background; Guo's actions in the U.S. against dissidents and their supporters; matters associated with the context for the Research Agreement. | No | F.R.E. 402, 403, 602, 701, 801-02, 1001-04 |

| Witness | Form of Testimony | Substance of Testimony | Interpreter | Objection |
|---|---|---|---|---|
| William Je | Live if he can be found. | ACA Capital's wiring of funds to Strategic Vision January 2018; Guo Wengui | No | F.R.E. 402, 403 |
| Jessica Ju | Live only if needed to establish admissibility | Authentication for written translation work done by witness on pretrial material produced in discovery | No | F.R.E. 402, 403 |
| Amelia Coluccio | Deposition | Power of Attorney by Eastern Profit to Golden Spring; relationship between ACA, Eastern and other entities; involvement of Guo Wengui with Golden Spring | No | F.R.E. 402, 403 |
| Bob Fu | Live | Chinese dissident and pastor living in U.S. Experience with Guo Wengui, including receiving threats from Guo about Fu's activities as a Chinese dissident and advocate for freedom in China | No | F.R.E. 402, 403, 602, 701, 801-02; Untimely identification. |

5

| Witness | Form of Testimony | Substance of Testimony | Interpreter | Objection |
|---|---|---|---|---|
| Witnesses on Eastern's Witness List or Revised Witness List | | | | |