Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709



troutman.com

**Joanna J. Cline**
302.777.6542
joanna.cline@troutman.com

April 2, 2021

**VIA CM/ECF**

The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*, **C.A. No. 18-cv-2185 (LJL)**

Dear Judge Liman:

I write on behalf of Eastern Profit Corporation Limited to request that Strategic Vision US LLC's April 2, 2021 letter (Dkt. 327) be stricken as inconsistent with the Court's instructions at Wednesday's pre-trial conference.

Respectfully,

*/s/ Joanna J. Cline*

Joanna J. Cline

cc:     All Counsel of Record (By CM/ECF)