# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED,      ) | |
|      ) | |
|      ) | |
|     Eastern/Counterclaim Defendant,      ) | |
|      ) | **Case No. 18-cv-2185 (LJL)** |
|     v.      ) | |
|      ) | |
| STRATEGIC VISION US, LLC,      ) | |
|      ) | |
|     Defendant/Counterclaim Eastern.      ) | |
|      ) | |

## DEFENDANT/COUNTERCLAIMANT STRATEGIC VISION US, LLC (SV)'S TRIAL EXHIBIT INDEX

| | |
|---|---|
| ✓= offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |

*Strategic has removed from this list all exhibits excluded buy the Court's *in limine* ruling, Dkt. 301. The exhibits excluded by the Court's *in limine* ruling are: DX-32, DX-34, DX-41, DX-43, DX-44, DX-49, DX-72, DX-73, DX-74, DX-77, DX-82, DX-87, DX-88, DX-89, DX-90, DX-92, DX-93, DX-94, DX-95, DX-101, and DX-116.

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| DX-1 | | | | Second Amended Complaint, ECF 93, Dated May 9, 2019 | | Cond.[1] | |
| DX-2 | | | | Strategic Vision's Amended Answer to Second Amended Complaint and Counterclaims, ECF 127, Dated August 8, 2019 | | Cond. | |
| DX-3 | | | | Eastern Profit's Answer to Amended Counterclaim, ECF 142, August 21, 2019 | | Cond. | |
| DX-4* | | | | Research Agreement: Yvette | EASTERN-000005 | | ✓ |

---

[1] A key explaining Eastern's objections is set forth at the end of Strategic's exhibit list.

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| | | | | Wang Depo Exhibit 2 – December 29, 2017 | | | |
| DX-5 (T) | | | | Yvette Wang Depo Exhibit 3 – Eastern Profit Responses to 1st Interrogatories | | Cond.; Object to translation as untimely | |
| DX-6 | | | | Yvette Wang Depo Exhibit 4 – 1/1/18 Draft of Research Agreement | EASTERN-000001 | Parol | |
| DX-7 | | | | Yvette Wang Depo Exhibit 5 – L. Han Text | SVUS000061 | 106; 801/802; Parol | |
| DX-8* | | | | Yvette Wang Depo Exhibit 6 – 2/23/18 Termination Letter from Foley Hoag Law Firm to Strategic Vision | EASTERN-000198 | | ✓ |
| DX-9* | | | | Yvette Wang Depo Exhibit 7 – Wire Transfer Document Indicating Transfer from ACA | EASTERN-000021 | | ✓ |
| DX-10 | | | | Yvette Wang Depo Exhibit 8 – Wire Transfer Request to Cancel/Reverse by ACA | EASTERN000279 | 402; 403; 602 | |
| DX-11 | | | | Yvette Wang Depo Exhibit 9 – S. Hon (of ACA) Email Re: Request to Cancel/Reverse Wires | EASTERN000276 | 402; 403; 602 | |
| DX-12 | | | | Yvette Wang Depo Exhibit 11 - Complaint | | 402 | |
| DX-13* | | | | Yvette Wang Depo Exhibit 12 –A. Suen, First Name in Package of Research Subjects | SVUS000171 | | ✓ |
| DX-14 | | | | Yvette Wang Depo Exhibit 13 – Report on Q. Yao | EASTERN-000144 | 402; 403; 603; 801/802 | |
| DX-15 | | | | Yvette Wang Depo Exhibit 14 – Report on C. Liu | EASTERN-000023 | 402; 403; 603; 801/802 | |
| DX-16 | | | | Yvette Wang Depo Exhibit 15 – French Text | EASTERN-000208 | Cond. | |

2

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| DX-17 | | | | Yvette Wang Depo Exhibit 16 – French Text | EASTERN-000214 | Cond. | |
| DX-18 | | | | Yvette Wang Depo Exhibit 17 – French Text | EASTERN-000220 | Cond. | |
| DX-19 | | | | Yvette Wang Depo Exhibit 18 – French Text | EASTERN-000223 | Cond. | |
| DX-20 | | | | Yvette Wang Depo Exhibit 19 – Waller Text | EASTERN-000262 | Cond. | |
| DX-21 | | | | Yvette Wang Depo Exhibit 20 – Waller Text | EASTERN-000265 | Cond. | |
| DX-22 | | | | Yvette Wang Depo Exhibit 21 – Waller Text | EASTERN-000259 | Cond. | |
| DX-23 | | | | Yvette Wang Depo Exhibit 22 – Waller Text | EASTERN-000257 | Cond. | |
| DX-24 (T) | | | | Limited Power of Attorney Eastern Profit to Golden Spring (New York) Ltd.: Guo Wengui Depo Exhibit 2 | EASTERN-000276 | 402; 403; Object to translation as untimely | |
| DX-25 | | | | Guo Wengui Depo Exhibit 4 – Chinese Article | | 402; 403; 602; 701; 801/802; 901; E | |
| DX-26 | | | | Karin Maistrello Depo Exhibit 1 – Resignation Email | | 402; 403 | |
| DX-27 | | | | Karin Maistrello Depo Exhibit 2 – Resignation Letter | | 402; 403 | |
| DX-28 | | | | Karin Maistrello Depo Exhibit 3 – SV's Notice of Subpoena to ACA | | 402; 403 | |
| DX-29 | | | | Karin Maistrello Depo Exhibit 4 – SV's Notice of Subpoena to K. Maistrello | | 402; 403 | |
| DX-30 | | | | Karin Maistrello Depo Exhibit 5 – ACA Notice of Change of Sec. and Director | | 402; 403 | |
| DX-31 | | | | Karin Maistrello Depo Exhibit 6 – ACA Director Info | | 402; 403; 602; 901 | |

3

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| DX-33 | | | | Lianchao Han Depo Exhibit 3 – April 29, 2017 Video Translation | | 106; 402; 403; 602; 701; 801/802; 901; 1001-1004 | |
| DX-35 | | | | Lianchao Han Depo Exhibit 5 – August 26, 2017 Letter Guo Wengui | | 106; 402; 403; 602; 701; 801/802; 901; 1001-1004 | |
| DX-36 | | | | Lianchao Han Depo Exhibit 6 – January 18, 2018 Video Translation | | 106; 402; 403; 602; 701; 801/802; 901; 1001-1004; E | |
| DX-37 | | | | Lianchao Han Depo Exhibit 7 – Flash Drive of March 5, 2017 Video and Video 4 | | 106; 402; 403; 602; 701; 801/802; 901; 1001-1004; E | |
| DX-38 | | | | Lianchao Han Depo Exhibit 8 – Vision Paper Prepared by M. Waller | SVUS000077 | 402; Parol | |
| DX-39 | | | | Lianchao Han Depo Exhibit 9 – Three-year Timeline | SVUS000080 | 402; Parol | |
| DX-40 | | | | Lianchao Han Depo Exhibit 10 – L. Han Text | CONFIDENTIAL _SVUS001842 | 402; 801/802; Parol | |
| DX-42 | | | | William Gertz Depo Exhibit 1 – French 11/11/17 Email | GERTZ-000001 | 402; 403 | |
| DX-45 | | | | Eastern 30(b)(6) Depo Exhibit 30 – SV's Depo Notice | | 402 | |
| DX-46 | | | | Chunguang Han Depo Exhibit 30 – EP Notice of Change of Sec. and Director | EASTERN-000400 | 106; Cond. | |
| DX-47 | | | | Chunguang Han Depo Exhibit 31 – Written Notes | | 402; 403 | |
| DX-48 (T) | | | | Chunguang Han Depo Exhibit 33 – Dkt. 37 EP Sub. of Counsel | | 402; 403; Object to translation as untimely | |
| DX-50 | | | | Golden Spring 30(b)(6) Depo Exhibit 1 – SV's Duces Tecum Depo Notice | | 402; 403 | |

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| DX-51 (T) | | | | Golden Spring 30(b)(6) Depo Exhibit 3 – Dkt. 20-4 Dec. of G. Wengui | | 402; 403; Object to translation as untimely | |
| DX-52 | | | | Golden Spring 30(b)(6) Depo Exhibit 4 – Application for Authority | | 402; 403; 602; 701; 801/802 | |
| DX-53* | | | | Strategic Vision 30(b)(6) Depo Exhibit 102 - | EASTERN-000020 | | ✓ |
| DX-54* | | | | Strategic Vision 30(b)(6) Depo Exhibit 103 – Citibank Statement | CONFIDENTIAL _SVUS001954 | | ✓ |
| DX-55* | | | | Strategic Vision 30(b)(6) Depo Exhibit 104 – Georgetown Research Invoice | CONFIDENTIAL _SVUS001955 | | ✓ |
| DX-56 | | | | Strategic Vision 30(b)(6) Depo Exhibit 105 – Allied Special Operations Invoice | SVUS000263 | Cond. | |
| DX-57 | | | | Strategic Vision 30(b)(6) Depo Exhibit 106 – Written Notes | CONFIDENTIAL _SVUS001762 | Cond. | |
| DX-58* | | | | Strategic Vision 30(b)(6) Depo Exhibit 107 – Invoice to Georgetown Research | CONFIDENTIAL _SVUS001961 | | ✓ |
| DX-59* | | | | Strategic Vision 30(b)(6) Depo Exhibit 108 – Invoice to Georgetown Research | CONFIDENTIAL _SVUS001966 | | ✓ |
| DX-60* | | | | Strategic Vision 30(b)(6) Depo Exhibit 109 – Invoice to Georgetown Research | CONFIDENTIAL _SVUS001972 | | ✓ |
| DX-61* | | | | Strategic Vision 30(b)(6) Depo Exhibit 110 – Invoice for Reimbursement | CONFIDENTIAL _SVUS001976 | | ✓ |

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| DX-62* | | | | Strategic Vision 30(b)(6) Depo Exhibit 111 – French Calendar | CONFIDENTIAL_SVUS002102 | | ✓ |
| DX-63* | | | | Strategic Vision 30(b)(6) Depo Exhibit 112 – Fish Tank | CONFIDENTIAL_SVUS001688 | | ✓ |
| DX-64* | | | | Strategic Vision 30(b)(6) Depo Exhibit 113 – Written Notes | CONFIDENTIAL_SVUS001939 | | ✓ |
| DX-65* | | | | Strategic Vision 30(b)(6) Depo Exhibit 114 – Citibank Statement | CONFIDENTIAL_SVUS001907 | | ✓ |
| DX-66 | | | | Strategic Vision 30(b)(6) Depo Exhibit 115 – Fletcher Invoice | SVUS000272 | Cond. | |
| DX-67 | | | | August 28, 2017 Retainer/Engagement Letter Guo Wengui (through Lianchao Han) and Clark Hill, Record in Case 1:19-cv-03195-JEB, U.S. District Court for the District of Columbia | | 402; 403 | |
| DX-68* | | | | 8/20/19 Eastern Profit's Responses to SV's Rule 26.1 Demand | | | ✓ |
| DX-69 | | | | 9/27/19 Eastern Profit's Responses to Third ROGs | | Cond. | |
| DX-70 | | | | Saraca Application for Authority | | 402; 403; 602; 701; 801/802; E **ADVANED RULING REQUESTED** | |
| DX-71 | | | | Bloomberg Article | | 402; 403; 602; 701; 801/802; E **ADVANED RULING REQUESTED** | |
| DX-75 | | | | Rule of Law Website | | 402; 403; 602; 701; 801/802; E | |

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| | | | | | | **ADVANED RULING REQUESTED** | |
| DX-76 | | | | S. Chen Affidavit | | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-76A | | | | S. Chen Affidavit | | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-78 | | | | Guo Affidavit – Dkt. 197-1 | | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-79 | | | | ACA Registration and Informational Public Records | SVUS001574 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-80 | | | | Eastern Profit Registration and Informational Public Records | EASTERN-000355 | 402; Cond. | |
| DX-81 | | | | GSNY Registration and Informational Public Records | | 402; 403; 602; 801/802; E;<br><br>**ADVANCED RULING REQUESTED** | |
| DX-83 | | | | Genevere Registration and Informational Public Records | SVUS002404 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-84 | | | | Rule of Law Foundation Information | SVUS002436 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-85 | | | | Rule of Law Society Information | SVUS002440 | 402; 403; 602; 701; 801/802; E | |

| Ex. No. | Action Taken | Date | Time | Description | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|
| | | | | | **ADVANED RULING REQUESTED** | |
| DX-86 | | | | Hamilton Capital        SVUS002425 Application for Authority | 402; 403; 602; 701; 801/802; E  **ADVANED RULING REQUESTED** | |
| DX-91 | | | | Gnews – SV | 402; 403; 602; 701; 801/802; E  **ADVANED RULING REQUESTED** | |
| DX-96 | | | | YouTube Voice of Guo Media | 402; 403; 602; 701; 801/802; 901; E  **ADVANED RULING REQUESTED** | |
| DX-97 | | | | Overlapping YouTube IT Admin | 402; 403; 602; 701; 801/802; 901; E  **ADVANED RULING REQUESTED** | |
| DX-97A | | | | "战友之家Voice of Guo Media" | 402; 403; 602; 701; 801/802; E  **ADVANED RULING REQUESTED** | |
| DX-97B | | | | "戰友之家直播 " | 402; 403; 602; 701; 801/802; E  **ADVANED RULING REQUESTED** | |
| DX-97C | | | | "Voice of Guo Media" | 402; 403; 602; 701; 801/802; E  **ADVANED RULING REQUESTED** | |
| DX-97D | | | | "战友之家2019" | 402; 403; 602; 701; 801/802; E  **ADVANED RULING REQUESTED** | |

| Ex. No. | Action Taken | Date | Time | Description | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|
| DX-97E | | | | "Rolfoundation法治<br>基金" | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-97F | | | | Guo Wengui<br>Youtube | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-98 | | | | Gnews – A Fake<br>Pastor | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-99 | | | | Google-YouTube         CONFIDENTIAL _SVUS019216 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-100 | | | | Google-Emails | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-100A | | | | Certificate of<br>Authenticity | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-100B | | | | Certificate of<br>Authenticity | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-102 | | | | GoDaddy (UNDER        CONFIDENTIAL SEAL)                        _SVUS019194 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---------|--------------|------|------|-------------|--|-----------|------------------|
| DX-102A | | | | Certificate of Authenticity | CONFIDENTIAL _SVUS019191 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-103 | | | | GoDaddy (UNDER SEAL) | CONFIDENTIAL _SVUS0019175 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-103A | | | | Certificate of Authenticity | CONFIDENTIAL _SVUS019172 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-104 | | | | GoDaddy (UNDER SEAL) | CONFIDENTIAL _SVUS019208 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-104A | | | | Certificate of Authenticity | CONFIDENTIAL _SVUS019191 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-105 | | | | GoDaddy (UNDER SEAL) | CONFIDENTIAL _SVUS019201 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-105A | | | | Certificate of Authenticity | CONFIDENTIAL _SVUS019191 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-106 | | | | GoDaddy (UNDER SEAL) | CONFIDENTIAL _ SVUS019175 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| DX-106A | | | | Certificate of Authenticity | CONFDENTIAL _SVUS019172 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-107 | | | | GoDaddy (UNDER SEAL) | CONFIDENTIAL _SVUS019181 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-107A | | | | Certificate of Authenticity | CONFDENTIAL _SVUS019172 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-108 | | | | GoDaddy (UNDER SEAL) | CONFIDENTIAL _SVUS019182 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-108A | | | | Certificate of Authenticity | CONFDENTIAL _SVUS019172 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-109 | | | | CloudFlare Basic Billing (UNDER SEAL) | SVUS010485 and CONFIDENTIAL _SVUS017880 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-109A | | | | Certificate of Authenticity | SVUS010426 and CONFIDENTIAL __SVUS017821 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-110 | | | | CloudFlare Billing Profile (UNDER SEAL) | SVUS010486 and CONFIDENTIAL _SVUS017881 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |

11

| Ex. No. | Action Taken | Date | Time | Description | | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|---|
| DX-110A | | | | Certificate of Authenticity | SVUS010426 and CONFIDENTIAL _SVUS017821 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-111 | | | | CloudFlare (UNDER SEAL) | CONFIDENTIAL _SVUS017888 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-111A | | | | Certificate of Authenticity | SVUS010426 and CONFIDENTIAL _SVUS017821 | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-112 | | | | CloudFlare Audit Log (UNDER SEAL) | SVUS010432 and CONFIDENTIAL _SVUS017827 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-112A | | | | Cloudflare Audit Log and WhoIs | | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-112B | | | | Cloudflare Audit Log and WhoIs | | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-112C | | | | Cloudflare Audit Log and WhoIs | | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-112D | | | | Cloudflare Audit Log and WhoIs | | 402; 403; 602; 701; 801/802; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-112E | | | | Cloudflare Audit Log and WhoIs | | 402; 403; 602; 701; 801/802; E | |

| Ex. No. | Action Taken | Date | Time | Description | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|
| | | | | | **ADVANED RULING REQUESTED** | |
| DX-113 | | | | J. Ju Declaration (4/6/20) – Dkt. 273-49 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-114 | | | | Guo Wengui Depo      SVUS001305 Exhibit 10 – Jessica Ju Affidavit (8/5/19) | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-115 | | | | J. Ju Translation (10/4/20) | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-117 | | | | Declaration of Jessica Ju Vol. 2 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-118 (T) | | | | Steve Bannon Ally Guo Wengui is Targeting Chinese Dissidents | 402; 403; 801/802; Object to translation as untimely<br><br>**ADVANED RULING REQUESTED** | |
| DX-119 | | | | The Long Arm of the Chinese Communist Party | 402; 403; 801/802;<br><br>**ADVANED RULING REQUESTED** | |
| DX-120 | | | | Translation of material at https://www.youtube.com/watch?v=rxte-veGGi0&feature=youtu.be | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |

| Ex. No. | Action Taken | Date | Time | Description | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|
| DX-121 | | | | Translation of material at https://www.youtube.com/watch?v=S7K8GnK9RUM&feature=youtu.be | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-122 | | | | Declaration of Jessica Ju Vol. 3 | 402; 403; 602; 701; 801/802; 901; E<br><br>**ADVANED RULING REQUESTED** | |
| DX-123* | | | | March 12, 2018 Email Exchange, Sasha Gong and Lianchao Han with attachment | | ✓ |
| DX-124* | | | | March 11, 2019 Email Exchange, Sasha Gong and Lianchao Han with attachment | | ✓ |
| DX-125* | | | | Waller Deposition Exhibit 11 | | ✓ |
| DX-126 (T) | | | | Dkt. 203 Response Letter from J. Cline re: ACA | 402; 403; 801/802; Object to translation as untimely<br><br>**ADVANED RULING REQUESTED** | |
| DX-126A (T) | | | | Dkt. 203-1 Notice of Change of Company Secretary | 402; 403; 801/802; Object to translation as untimely<br><br>**ADVANED RULING REQUESTED** | |
| DX-126B (T) | | | | Dkt. 203-2 Restraint Order | 402; 403; 801/802; Object to translation as untimely<br><br>**ADVANED RULING REQUESTED** | |
| DX-127* | | | | Chunguang Han Depo          EASTERN-000278-000280 | | ✓ |

14

| Ex. No. | Action Taken | Date | Time | Description | Objection | Stip. To Admiss. |
|---|---|---|---|---|---|---|
| | | | | Exhibit 35 – Loan Agreement (PX11) | | |
| | | | | All exhibits needed to lay foundation/authenticate for evidence | Identification | |
| | | | | All exhibits needed for impeachment | Identification | |
| | | | | All exhibits listed by Plaintiff/Counterclaim Defendant Eastern Profit Corporation Limited | Identification | |
| | | | | All pleadings, submissions to the Court, legal briefing, correspondence to the Court (including exhibits to the aforementioned items), and transcripts of Court hearings or conferences by any party or third party case participant in the above-captioned litigation | Identification | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Unless otherwise noted, the list below provides a key for the objections lodged by

Eastern above:

| CODE | OBJECTION |
|---|---|
| 106 | Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously (Fed. R .Evid. 106). |
| 402 | Relevance (Fed. R. Evid. 402). |
| 403 | Misleading; undue prejudice; confusion of issues; waste of time (Fed. R. Evid. 403). |
| 602 | Personal knowledge; lack of foundation (Fed. R. Evid. 602). |
| 701 | Lay opinion or legal conclusion; the exhibit contains an impermissible opinion by a lay witness that is not reasonably based on perception or helpful to a clear understanding of the witness' testimony or to the determination of a fact in dispute (Fed. R. Evid. 701). |
| 801/802 | Hearsay; the exhibit is a statement made by one other than the witness while testifying at trial, offered into evidence to prove the truth of the matter asserted, and not subject to any hearsay exception (Fed. R. Evid. 801 and 802) |
| 901 | Authentication; exhibit has not been properly authenticated (Fed. R. Evid. 901) |
| 1001-1004 | Best evidence; the exhibit is objectionable because it is vague and ambiguous as to whether the witness is summarizing his or her own independent understanding of the contents of the document (Fed. R. Evid. 1001-1004). |
| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
| Cond. | Conditional objection; Eastern reserves the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. |
| Des. | Improper means by which to designate deposition testimony.  Eastern also incorporates all of the objections that it |

| | lodged to Strategic's deposition designations for the applicable deposition transcript. |
|---|---|
| Parol | Exhibit is objectionable to the extent it seeks to modify, amend, or contradict terms set forth in the Research Agreement. |
| Identification | Strategic has not sufficiently identified the exhibit such that Eastern can object or consent to admission |