

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709

troutman.com

**Joanna J. Cline**
302.777.6542
joanna.cline@troutman.com

April 16, 2021

**VIA CM/ECF**

The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*, C.A. No. 18-cv-2185 (LJL)

Dear Judge Liman:

We write in response to the Court's Order of today (Dkt. 338) to confirm that Eastern Profit does not request that the Court take any action on the letter attached to the Court's Order.

Respectfully,

*/s/ Joanna J. Cline*

Joanna J. Cline

cc:   All Counsel of Record (By CM/ECF)