

Edward D. Greim
edgreim@gravesgarrett.com

April 16, 2021

Hon. Lewis J. Liman
United States Courthouse
Courtroom 17A
500 Pearl Street
New York, New York 10007

Re: Eastern Profit Corp. Ltd. v. Strategic Vision US, LLC, Case No. 18-cv-2185 (LJL)-DCF/Strategic Vision's Trial Witness Bob Fu

Dear Judge Liman:

On behalf of Strategic Vision, we write in response to the Court's notification at Dkt. 338 to confirm that Strategic Vision, like Eastern Profit, does not request that the Court take any action on the letter attached to the Court's notification.

Respectfully submitted,

Edward D. Greim
Attorney for Defendant/Counterclaimant

cc: Counsel of record via ECF