

Edward D. Greim
edgreim@gravesgarrett.com

April 19, 2021

Hon. Lewis J. Liman
United States Courthouse
Courtroom 17A
500 Pearl Street
New York, New York 10007

> Re: Eastern Profit Corp. Ltd. v. Strategic Vision US, LLC, Case No. 18-cv-2185 (LJL)-DCF/Strategic Vision's Notice of Witness Communication Regarding Courthouse Safety

Dear Judge Liman:

    Last week, in response to another witness's request, Strategic Vision informed the Court that it had no concerns regarding courthouse safety. However, this evening, Strategic received a communication from its final witness, Sasha Gong, expressing safety concerns. The witness, who was *en route* to New York and stopped to contact us, asked us to forward her communication to the Court. *See* Exhibit A, below. We do not represent this witness and have no request at this time. As we monitor the situation, we may request additional security arrangements at the courthouse entrance on the day of her testimony.

Respectfully submitted,

Edward D. Greim
Attorney for Defendant/Counterclaimant

cc: Counsel of record via ECF



## EXHIBIT A—EMAIL FROM S. GONG, 5:56 PM

Dear Judge Liman,

My name is Sasha Gong. I am one of the witnesses in the case of Strategic Vision vs. Guo Wengui. I understand that you are the presiding judge. I want to report to you that my life has been threatened by Mr. Guo Wengui.

In December 2019, I gave a deposition in the above case. Since then, Mr. Guo has been harassing me. He has publicly announced that he would fund a team to monitor my daily life. He repeated instructed his followers, many of them street thugs, to picket in front of my residence and business. (Luckily, both places are in secured buildings.)

Today, on my way to New York for the court testimony, I received information that Guo asked his thugs to focus on targeting me. He mobilized dozens of such thugs around the country to New York City. Some of them would be holding a "demonstration" in front of the courthouse. Others would be surfing around the streets, looking for targets, especially me. The thugs located two journalists with Chinese origin and beat them up. One was severely injured and hospitalized.

In the past few months, Guo and his thugs have been harassing political dissidents from China. On many occasions, Guo's targets were violently attacked. The incidents have been widely reported by the media. Guo alleged that all those dissidents were "Chinese Communist spies". In the past few weeks, he even accused the US Securities and Exchange Commission – the entire federal agency – to be working for the Chinese government. He instructed his thugs to "demonstrate" in front of the SEC buildings in DC and New York, harassing all employees working there.

I am begging you and New York law enforcement to protect me from being harmed by the Guo thugs. I cannot testify well under such a grave threat to my personal safety.

Respectfully,

Sasha Gong, PhD
