

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709

troutman.com

**Joanna J. Cline**
302.777.6542
joanna.cline@troutman.com

April 20, 2021

**VIA CM/ECF**

The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*, C.A. No. 18-cv-2185 (LJL)

Dear Judge Liman:

Eastern moves to strike DX56 to the extent it is being offered as evidence that certain subjects to be investigated under the Research Agreement were subject to so-called "Records Protected" status. The Court already has ruled that statements offered for the truth of Records Protected status are inadmissible hearsay. (Dkt. 310.)

Respectfully,

*/s/ Joanna J. Cline*

Joanna J. Cline

cc:    All Counsel of Record (By CM/ECF)