

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709

troutman.com

**Joanna J. Cline**
302.777.6542
joanna.cline@troutman.com

April 21, 2021

**VIA CM/ECF**

The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*, C.A. No. 18-cv-2185 (LJL)

Dear Judge Liman:

Eastern Profit writes in opposition to Strategic Vision's motion to strike PX-11 — the loan agreement between Eastern Profit and ACA Capital.  Strategic seeks to exclude PX-11 on authenticity and hearsay grounds.  Both grounds lack merit.

First, the loan agreement was properly authenticated.  Under Rule 901 of the Federal Rules of Evidence, a party must authenticate proffered evidence by "produc[ing] evidence sufficient to support a finding that the item is what the proponent claims it is."  "Rule 901 does not erect a particularly high hurdle."  *United States v. Tin Yat Chin*, 371 F.3d 31, 38 (2d Cir.2004) (authenticating loan documents).

Mr. Han established the loan agreement's authenticity at trial earlier today.  He testified that he: (i) recognized the loan agreement; (ii) signed the loan agreement; (iii) explained when, where, and why he signed it; (iv) identified his signature on the loan agreement; (v) identified William Yu's signature; and (vi) was able to testify accurately and in detail regarding all of the material terms of the agreement.  Trial Tr. at 569-573.  PX-11 has been authenticated.

Second, the loan agreement is not hearsay because it is a contract.  *See Porter v.. United States*, 2015 WL 1004953, at *1 n.2 (S.D.N.Y. Mar. 3, 2015) ("[A] contract  is 'a form of verbal act to which the law attaches duties and liabilities and therefore is not hearsay.").  It is also a business record, and therefore not hearsay.  F.R.E. 803(6).

Case 1:18-cv-02185-LJL   Document 350   Filed 04/21/21   Page 2 of 2

**The Honorable Lewis J. Liman**
April 21, 2021
Page 2



---

Strategic's motion to strike should be denied.

Respectfully,

*/s/ Joanna J. Cline*

Joanna J. Cline

cc:     All Counsel of Record (By CM/ECF)