```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EASTERN PROFIT CORPORATION LIMITED,                              :
                                                                 :
                                Plaintiff,                       :
                                                                 :                 18-cv-2185 (LJL)
        -v-                                                      :
                                                                 :                      ORDER
STRATEGIC VISION US LLC,                                         :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Eastern moves to strike the following exhibits on various grounds: DX37, *see* Fed. R. Evid. 901, 1002; DX35, DX76A, and DX114, *see* Fed. R. Evid. 403, 801, 901, 1002; and lines 765:17 and 765:19-766:6 of the trial testimony of Sasha Gong as impermissible expert testimony.  Dkt. No. 354.  Strategic moves to strike the following exhibits as hearsay: PX44, PX47, PX50, and PX59.  Dkt. No. 353.

The Court receives PX44, PX47, and PX50 as prior inconsistent statements.  *See* Fed. R. Evid. 801(d)(1)(A).  The Court overrules the objection to the trial testimony of Sasha Gong: the objection is untimely and the testimony is permissible lay opinion testimony.

The Court reserves judgment on Strategic's objection to PX59 and on Eastern's objections to DX37, DX35, DX76A, and DX114.

SO ORDERED.

Dated: April 28, 2021          _____
       New York, New York               LEWIS J. LIMAN
                                        United States District Judge