USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
EASTERN PROFIT CORPORATION LIMITED, :
:
Plaintiff, :
:       18-cv-2185 (LJL)
-v- :
:       ORDER
STRATEGIC VISION US LLC, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

To help guide the closing arguments scheduled for April 30, 2021, the parties should be prepared to address the legal implications (including relevant case cites) under the various claims asserted if the Court were to find that Strategic breached the Research Agreement by failing to provide the research and reports on the timetable specified in that agreement and, at the same time, to also find that Eastern breached the Research Agreement by failing to make the $750,000 payment that, according to Strategic, was due in mid-February 2017.

SO ORDERED.

Dated: April 28, 2021          _____
New York, New York                      LEWIS J. LIMAN
                                   United States District Judge