SITE UNDER CONSTRUCTION

coming soon:

# The Knows

A data-driven investigative journalism platform focused on operatives, f*ckery, and political hacks.



STICKING IT WHERE IT DON'T BELONG

© 2021 The Knows LLC

Cited in Eastern Profit Corp LTd v Strategic Vision US LLC
18cv2185 Decided 4/15/21
Archived on 4/26/21
This document is protected by copyright.
Further reproduction is prohibited without permission.