# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| EASTERN PROFIT CORPORATION LIMITED | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 18-CV-2185 (LJL) |
| STRATEGIC VISION US, LLC | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATED AND [PROPOSED] FINAL JUDGMENT**

WHEREAS, Plaintiff Eastern Profit Corporation Limited ("Eastern") brought this action against Defendant Strategic Vision US LLC ("Strategic"), and Strategic asserted counterclaims against Eastern (the "Counterclaims");

WHEREAS, the Court held an in-person bench trial in this matter, which commenced on April 19, 2021 and concluded on April 22, 2021;

WHEREAS, the parties delivered their closing statements to the Court, remotely, on April 30, 2021;

WHEREAS, on June 22, 2021, the Court issued its Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52 (Dkt. No. 372);

IT IS HEREBY ORDERED AND ADJUDGED, this ___ day of _____, 2021, that:

1. JUDGMENT is entered in Eastern's favor and against Strategic on Count III (Declaratory Judgment) of Eastern's Second Amended Complaint (Dkt. No. 93 ¶¶ 46-107), Count I (Breach of Contract) of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 89-104), and Count II (Fraud) of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 105-116);

2. Eastern is hereby AWARDED $1 million USD, plus [pre-judgment interest in the amount of $208,767.12 and] post-judgment interest in the amount of $2.47 per day beginning on June 30, 2021; and

3. Following entry of this judgment, Eastern may apply for allowable costs pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54.1.

*/s/ Joanna J. Cline*
Joanna J. Cline (*Pro Hac Vice*)
Christopher B. Chuff (*Pro Hac Vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
Telephone: 302.777.6500
Fax: 302.421.8390

Francis J. Lawall (Admitted to S.D.N.Y.).
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: 215.981.4000
Fax: 215.981.4750

*Attorneys for Eastern Profit Corporation*

*/s/ Edward D. Greim*
Edward D. Greim (NY Bar ID No. 4240172)
Jennifer Donnelli (*Pro Hac Vice*)
Lucinda Luetkmeyer (*Pro Hac Vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958

*Attorneys for Strategic Vision US LLC*

SO ORDERED this ___ day of _____ 2021

_____
The Honorable Lewis J. Liman