### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EASTERN PROFIT CORPORATION LIMITED,** <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> **STRATEGIC VISION US, LLC,** <br><br> Defendant/Counterclaim Plaintiff. | Case No. 18-cv-2185 (JGK)-DCF |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Jennifer Donnelli hereby moves for leave to withdraw as counsel for Defendant Strategic Vision US, LLC, in the above-referenced case. Counsel has accepted another position, and effective July 9, 2021, will no longer be employed by Graves Garrett, LLC. Defendant Strategic Vision US, LLC, will continue to be represented by Graves Garrett, LLC.

Dated: July 9, 2021

                                                 Respectfully submitted,

                                                 GRAVES GARRETT LLC

                                                 *s/ Jennifer Donnelli*
                                                 Edward D. Greim, #4240172
                                                 Jennifer Donnelli
                                                 1100 Main Street, Suite 2700
                                                 Kansas City, MO 64105
                                                 Telephone: (816) 256-3181
                                                 Fax: (816) 256-5958
                                                 edgreim@gravesgarrett.com
                                                 jdonnelli@gravesgarrett.com
                                                 ATTORNEYS FOR
                                                 DEFENDANT/COUNTERCLAIM PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2021, the foregoing was served via the Court's Electronic Case Filing System to all counsel of record.

                                        *s/ Jennifer Donnelli*
                                      Attorneys for Defendant/Counterclaim Plaintiff