UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 18-CV-2185 (LJL) |
| STRATEGIC VISION US, LLC | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATED AND FINAL JUDGMENT

WHEREAS, Plaintiff Eastern Profit Corporation Limited ("Eastern") brought this action against Defendant Strategic Vision US LLC ("Strategic"), and Strategic asserted counterclaims against Eastern (the "Counterclaims");

WHEREAS, the Court held an in-person bench trial in this matter, which commenced on April 19, 2021 and concluded on April 22, 2021;

WHEREAS, the parties delivered their closing statements to the Court, remotely, on April 30, 2021;

WHEREAS, on June 22, 2021, the Court issued its Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52 (Dkt. No. 372);

IT IS HEREBY ORDERED AND ADJUDGED, this 14 day of ___July___, 2021, that:

1. JUDGMENT is entered in Eastern's favor and against Strategic on Count III (Declaratory Judgment) of Eastern's Second Amended Complaint (Dkt. No. 93 ¶¶ 46-107), Count I (Breach of Contract) of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 89-104), and Count II (Fraud) of Strategic's Counterclaims (Dkt. No. 127 ¶¶ 105-116);

2. Eastern is hereby AWARDED $1 million USD, plus [pre-judgment interest in the amount of $208,767.12 and] post-judgment interest in the amount of $2.47 per day beginning on June 30, 2021; and

3. Following entry of this judgment, Eastern may apply for allowable costs pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54.1.

| | |
|---|---|
| /s/ Joanna J. Cline | /s/ Edward D. Greim |
| Joanna J. Cline (*Pro Hac Vice*) | Edward D. Greim (NY Bar ID No. 4240172) |
| Christopher B. Chuff (*Pro Hac Vice*) | Jennifer Donnelli (*Pro Hac Vice*) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Lucinda Luetkmeyer (*Pro Hac Vice*) |
| 1313 North Market Streets, Suite 5100 | 1100 Main Street, Suite 2700 |
| Wilmington, DE 19801 | Kansas City, MO 64105 |
| Telephone: 302.777.6500 | Telephone: (816) 256-3181 |
| Fax: 302.421.8390 | Fax: (816) 256-5958 |
| | |
| | *Attorneys for Strategic Vision US LLC* |
| Francis J. Lawall (Admitted to S.D.N.Y.). | |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | |
| 3000 Two Logan Square | |
| Eighteenth and Arch Streets | |
| Philadelphia, PA 19103 | |
| Telephone: 215.981.4000 | |
| Fax: 215.981.4750 | |

*Attorneys for Eastern Profit Corporation*

SO ORDERED this 14 day of July 2021

The Honorable Lewis J. Liman