**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, <br><br> Plaintiff, <br> v. <br><br> STRATEGIC VISION US, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No. 18-CV-2185 (LJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF JOANNA J. CLINE IN SUPPORT OF PLAINTIFF EASTERN PROFIT CORPORATION LIMITED BILL OF COSTS**

I, Joanna J. Cline, declare:

1.     I am an attorney at Troutman Pepper Hamilton Sanders LLP, and counsel of record for Eastern Profit Corporation Limited ("Eastern") in this litigation. I am admitted to practice in Delaware, New Jersey, and Pennsylvania, and I am admitted to this Court *pro hac vice*.

2.     I submit this declaration in support of Eastern's Bill of Costs.

3.     In the above-captioned case, Eastern asserted claims for breach of contract, a declaratory judgment, and unjust enrichment.  Strategic Vision US, LLC ("Strategic") asserted counterclaims for breach of contract and fraudulent inducement.

4.     The Court held an in-person bench trial, overseen by Judge Liman, which commenced on April 19, 2021, and concluded on April 22, 2021.

1

5.      The parties delivered their closing statements to the Court, remotely, on April 30, 2021.

6.      The Court entered judgment in favor of Eastern and against Strategic on Count III (Declaratory Judgment) of Eastern's Second Amended Complaint, Count I (Breach of Contract) of Strategic's Counterclaims, and Count II (Fraud) of Strategic's Counterclaims. Dkt. No. 377.

7.      Eastern's Bill of Costs totals $23,616.47.

8.      Attached as **Exhibit A** are true and correct copies of invoices for original trial transcripts, taxable under L. R. 54.1(c)(1). These are the costs of such transcripts paid by Eastern (and do not include the costs of such transcripts paid by Strategic or other parties). These transcripts were necessary for trial in this case and were used to prepare witnesses and to prepare for the presentation of evidence. These transcripts were not obtained solely for the convenience of counsel.

| EXHIBIT A. FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRIAL TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE (taxable pursuant to Local Rule 54.1(c)(1)) | | |
|---|---|---|
| **Date** | **Invoice Number / Description** | **Total Costs** |
| 4/19/2021 Transcript | 0532383-IN | $1,028.16 |
| 4/20/2021 Transcript | 0532382-IN | $1,110.78 |
| 4/21/2021 Transcript | 0532381-IN | $830.79 |
| 4/22/2021 Transcript | 0532380-IN | $766.53 |
| 4/30/2021 Transcript | 0532633-IN | $367.20 |
| Fees paid to Southern District Court Reporters, Inc. for the cost of original trial transcripts necessarily obtained for use in this case. | | |
| **REQUESTED SUBTOTAL COST(S):** | | $4,103.46 |

9.      Attached as **Exhibit B** are true and correct copies of invoices for original trial deposition transcripts, taxable under L. R. 54.1(c)(2). These are the costs of such transcripts paid by Eastern (and do not include the costs of such transcripts paid by Strategic or other parties).

These transcripts include deposition transcripts for the following witnesses who testified live at trial and whose depositions were used at trial or were otherwise reasonably necessary to the parties at the time they were taken: Mr. William Gertz (fact witness), Ms. Sasha Gong (fact witness), Chunguang Han (fact witness), Lianchao Han (fact witness), Karin Maistrello (fact witness), J. Michael Waller (fact and 30(b)(6) witness), French Wallop (fact and 30(b)(6) witness), Yvette Wang (fact witness), and Guo Wengui (fact witness).

**EXHIBIT B. FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE DEPOSITION TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE (taxable pursuant to Local Rule 54.1(c)(2))**

| Deponent | Date | Vendor | Invoice No. | Total Invoice |
|---|---|---|---|---|
| William Gertz | 10/15/2019 | Atkinson-Baker, Inc. | AD07998 AB | $545.20 |
| William Gertz | 10/15/2019 | Atkinson-Baker, Inc. | 1AED3 | $160.00 |
| Sasha Gong | 11/26/2019 | Alaris Litigation Services | 115200 | $939.80 |
| Chunguang Han | 11/11/2019 | Atkinson-Baker, Inc. | AD0B4F6 AB | $673.05 |
| Lianchao Han | 8/28/2019 | Atkinson-Baker, Inc. | 1ADE2 B | $335.00 |
| Karin Maistrello | 8/23/2019 | Atkinson-Baker, Inc. | 1B108 B | $135.00 |
| J. Michael Waller | 2/8/2019 | Huseby Inc. | 556705 | $1,464.97 |
| J. Michael Waller (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4071791 | $1,696.44 |
| J. Michael Waller (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4095725 | $1,258.75 |
| French Wallop | 2/12/2019 | Huseby Inc. | 557949 | $2,369.48 |
| French Wallop (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4071791 | $1,037.43 |
| French Wallop (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4095725 | $1,475.75 |
| Yvette Wang | 10/30/2019 | Atkinson-Baker, Inc. | AD0ABD6 AB | $1,602.25 |
| Yvette Wang | 10/30/2019 | Atkinson-Baker, Inc. | 1B778 | $322.50 |
| Guo Wengui | 8/2/2019 | Atkinson-Baker, Inc. | 1AEA2 B | $992.50 |
| Guo Wengui | 12/4/2019 | Atkinson-Baker, Inc. | AD0BC41 AB | $582.00 |
| Guo Wengui | 12/4/2019 | Atkinson-Baker, Inc. | 1BA29 B | $222.50 |
| | | | | |
| | | **REQUESTED SUBTOTAL COST(S):** | | $15,812.62 |

10.     Attached as **Exhibit C** are true and correct copies of invoices for interpretation costs associated with witnesses presented in connection with Eastern's claims as well as excerpts of trial transcripts on each day these witnesses testified with interpretation assistance, taxable under L. R. 54.1(c)(4).  The fee of each witness involved is taxable pursuant to L. R. 54.1(c)(3).

| EXHIBIT C. WITNESS FEES (INTERPRETATION) (taxable pursuant to Local Rule 54.1(c)(4)) | | | | |
|---|---|---|---|---|
| Witness Name | Date | Vendor | Invoice No. | Total Invoice |
| Han Chunguang Kwok Ho Wan Guo Wengui | 4/20/2021 – 4/22/2021 | Una Wilkinson | GK06521 | $2,972.42 |
| | | | | |
| | | **REQUESTED SUBTOTAL COST(S):** | | $2,972.42 |

11.     Attached as **Exhibit D** are true and correct copies of invoices for exemplification and copies of exhibits for use at trial, taxable under L. R. 54.1(c)(5).  I declare that the following are entries from Reliable Inc. for the preparation of demonstratives for use during trial or a support person in the courtroom to display the exhibits or demonstratives during the trial relating to Eastern's claims.

| EXHIBIT D. FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE (taxable pursuant to Local Rule 54.1(c)(5)) | | | | |
|---|---|---|---|---|
| Date | Vendor | Description | Invoice No. | Total Costs |
| 10/8/2020 | Reliable Inc. | Three copies of all deposition transcripts used at trial | PH217415 | $317.97 |
| | | | | |
| | | **REQUESTED SUBTOTAL COST(S):** | | $317.97 |

12.     Attached as **Exhibit E** are true and correct copies of invoices for fees of the clerk and miscellaneous fees, taxable under L. R. 54.1(c)(10).

**EXHIBIT E. DOCKET AND MISCELLANEOUS FEES**
**(taxable pursuant to Local Rule 54.1(c)(10))**

| Date | Docket No. | Description | Total Costs |
|---|---|---|---|
| 3/12/2018 | 19 | Filing fee for Complaint against Strategic Vision US LLC (originally filed under seal); refiled on 8/9/2018 as Docket No. 19 | $400.00 |
| 1/9/2020 | 240 | Pacer fees for obtaining copies of letters filed by Eastern Profit Corporation | $10.00 |
| | | **REQUESTED SUBTOTAL COST(S):** | $410.00 |

Dated: August 13, 2021

Respectfully submitted,

TROUTMAN PEPPER HAMILTON
SANDERS LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)

By: _____

Joanna J. Cline
Attorneys for Plaintiff

# EXHIBIT A

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

|  |  |
|---|---|
| | INVOICE NO.:  0532383-IN |
| | INVOICE DATE:  04/27/21 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| CUSTOMER NO.:  1028571 |
| WORK ORDER NO.:  220297 |
| SALESPERSON:  CSIW |

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention:Joanna Cline

*PAID INVOICE*

| JOB DATE | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | |
|---|---|---|---|---|
| | CASE NO.    **18CV02185** | | | |
| 4/19/2021 | Original | 224.00  Pages at | $4.59 | 1.028.16 |

|  |  |
|---|---|
| Net Invoice: | 1,028.16 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1,028.16 |

|  |  |
|---|---|
| Less Deposit: | 1,028 |
| **Invoice Balance:** | 0 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

|  |  |
|---|---|
| INVOICE NO.: | 0532382-IN |
| INVOICE DATE: | 04/27/21 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.: | 1028571 |
| WORK ORDER NO.: | 220298 |
| SALESPERSON: | CSIW |

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention:Joanna Cline

### *PAID INVOICE*

| JOB DATE | EASTERN PROFIT CORP, LTD V STRATEGIC VIS |
|---|---|
|  | CASE NO.   **18CV02185** |

| 4/20/2021 | Original | 242.00 | Pages at | $4.59 | 1,110.78 |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Invoice: | 1,110.78 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1,110.78 |

|  |  |
|---|---|
| Less Deposit: | 1,110 |
| **Invoice Balance:** | 0 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| | INVOICE NO.: 0532381-IN |
| | INVOICE DATE: 04/27/21 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.: 1028571
WORK ORDER NO.: 220299

SALESPERSON: CSIW

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention:Joanna Cline

**\*PAID INVOICE \***

| JOB DATE | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | | |
|---|---|---|---|---|---|
| | CASE NO.   **18CV02185** | | | | |
| 4/21/2021 | Original | 181.00 | Pages at | $4.59 | 830.79 |

| | |
|---|---|
| Net Invoice: | 830.79 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 830.79 |

| | |
|---|---|
| Less Deposit: | 830 |
| **Invoice Balance:** | 0 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

|  |  |
|---|---|
|  | INVOICE NO.:  0532380-IN |
|  | INVOICE DATE:  04/27/21 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.:  1028571 |
| WORK ORDER NO.:  220300 |
| SALESPERSON:  CSIW |

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention:Joanna Cline

                                                                    **\*PAID INVOICE**

| JOB DATE | EASTERN PROFIT CORP, LTD V STRATEGIC VIS |
|---|---|
|  | CASE NO.   **18CV02185** |

| 4/22/2021 | Original | 167.00 | Pages at | $4.59 | 766.53 |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Invoice: | 766.53 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 766.53 |

|  |  |
|---|---|
| Less Deposit: | 766 |
| **Invoice Balance:** | 0 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

INVOICE NO.:  0532633-IN
INVOICE DATE:  05/06/21

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1028571
WORK ORDER NO.:  220498

SALESPERSON:  CSIW

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE  19801
Attention:Joanna Cline

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | | |
| | CASE NO. | **18CV02185** | | | |
| 4/30/2021 | Original | | 80.00  Pages at | $4.59 | 367.20 |

Net Invoice:  367.20
Less Discount:  0.00
Freight:  0.00
Sales Tax:  0.00
**Invoice Total:**  367.20

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit:
**Invoice Balance:**

# EXHIBIT B

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Joanna Cline
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou
nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

| INVOICE NO. | AD07998 AB |
|---|---|
| FIRM NO. | 0129201 |
| INVOICE DATE | 10/25/2019 |

Description:   Certified copy of the reporter's transcript of the
deposition of Bill Gertz, taken 10/15/2019.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 187.00 | $ 2.50 | $ 467.50 |
| Exhibits (pages) | 14.00 | $ .55 | $ 7.70 |
| Litigation Support Package - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Processing & Handling Fee - Copy | 1.00 | $ 45.00 | $ 45.00 |
| BALANCE DUE | | | $ 545.20 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per
month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and
attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days
of the date of the invoice or you will be deemed to have waived the dispute.

- - - - - - - - - - - - - -    Fold and tear at this perforation, then return stub with payment.    - - - - - - - - - - -

| BALANCE DUE | $   545.20 |
|---|---|

For:   Certified copy of the reporter's transcript of the
deposition of Bill Gertz, taken 10/15/2019.

| INVOICE NO. | AD07998 AB |
|---|---|
| FIRM NO. | 0129201 |

From:  Joanna Cline
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Mary  Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Bill Gertz taken 10/15/2019.

| INVOICE NO. | 1AED3 B |
|---|---|
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 Files | 2.5 | $ 50.00 | $ 125.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 160.00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

- - - - - - - - - - - - - - - - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - - - - - - - - - - - -

| BALANCE DUE | $       160.00 |
|---|---|

| INVOICE NO. | 1AED3 B |
|---|---|
| FIRM NO. | 0129201 |

For:    MP4 Files for the deposition of Bill Gertz taken 10/15/2019.

From:   Mary  Walsh
        Pepper Hamilton LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 19103-2799

Remit To:   Atkinson-Baker, Inc.
            500 NORTH BRAND BOULEVARD,
            THIRD FLOOR
            GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115200 | 12/17/2019 | 84066 |

| Job Date | Case No. |
|---|---|
| 11/26/2019 | 18CV2185JGK |

| Case Name |
|---|
| Eastern Profit Corporation Limited v Strategic Vision US LLC |

| Payment Terms |
|---|
| Net 30, After 30 Add 1.5% Finance Charge |

**ALARIS**
Litigation Services
800-280-3376

Joanna Cline
Pepper Hamilton LLP
PO Box 1709
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE  19899

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Sasha Gong | 260.00 | Page | @ | 2.00 | 520.00 |
| Archive | | | | 7.50 | 7.50 |
| Transcript - Rough ASCII | 217.00 | Page | @ | 1.90 | 412.30 |
| | | **TOTAL DUE  >>>** | | | **$939.80** |

Deposition held in Washington, DC

slm

**Tax ID:** 43-1699962

*Please detach bottom portion and return with payment.*

Joanna Cline
Pepper Hamilton LLP
PO Box 1709
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE  19899

| | | |
|---|---|---|
| Invoice No. | : | 115200 |
| Invoice Date | : | 12/17/2019 |
| **Total Due** | **:** | **$939.80** |

Remit To:  **Alaris Litigation Services**
**800-280-3376**
**P.O. Box 66936**
**Saint Louis, MO  63166-6936**

| | | |
|---|---|---|
| Job No. | : | 84066 |
| BU ID | : | KC |
| Case No. | : | 18CV2185JGK |
| Case Name | : | Eastern Profit Corporation Limited v Strategic Vision US LLC |

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Chris Chuff
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou
nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 (JGK) |

| INVOICE NO. | AD0B4F6 AB |
|---|---|
| FIRM NO. | 1211636 |
| INVOICE DATE | 12/11/2019 |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Han Chunguang, taken 11/11/2019. | $   673.05 |
| BALANCE DUE | $   673.05 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

- - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - -

| BALANCE DUE | $   673.05 |
|---|---|

| INVOICE NO. | AD0B4F6 AB |
|---|---|
| FIRM NO. | 1211636 |

For:   Certified copy of the reporter's transcript of the deposition of Han Chunguang, taken 11/11/2019.

From:   Chris Chuff
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |

| | |
| --- | --- |
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

| INVOICE NO. | 1AED2 B |
| --- | --- |
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
| --- | --- | --- | --- |
| MP4 files | 6 | $ 50.00 | $ 300.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | **$ 335.00** |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

- - - - - - - - - - - - - - - - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - - - - - - - - -

| BALANCE DUE | $    335.00 |
| --- | --- |
| INVOICE NO. | 1AED2 B |
| FIRM NO. | 0129201 |

From:  Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

For:     MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

| INVOICE NO. | 1AED2 B |
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

ABI'S Federal ID No.:        95-4189037

| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

| ITEM | QTY | PRICE | LINE TOTAL |
|------|-----|-------|------------|
| MP4 files | 6 | $ 50.00 | $ 300.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 335.00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 335.00 |
| INVOICE NO. | 1AED2 B |
| FIRM NO. | 0129201 |

From:  Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

For:        MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

Remit To:    Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

| INVOICE NO. | 1B108 B |
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |

| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Karin Maistrello taken 8/23/2019.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 Files | 2 | $ 50.00 | $ 100.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 135.00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 135.00 |

| INVOICE NO. | 1B108 B |
| FIRM NO. | 0129201 |

From:  Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

For:  MP4 Files for the deposition of Karin Maistrello taken 8/23/2019.

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# INVOICE



## Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 556705 | 2/22/2019 | 224394 |
| **Job Date** | **Case No.** | |
| 2/8/2019 | 18-CV-2185 (JGK) | |
| **Case Name** | | |
| Eastern Profit Corporation Limited v. Strategic Vision US, LLC | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT  06830



| | | |
|---|---|---|
| Video Services | | |
| J. Michael Waller | | 1,377.50 |
| SALES TAX | | 87.47 |
| | **TOTAL DUE  >>>** | **$1,464.97** |



Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752

Phone: 203-622-0900   Fax:

*Please detach bottom portion and return with payment.*

Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT  06830

912158 -001
786
APPROVED BY

| | | | |
|---|---|---|---|
| Job No. | : 224394 | BU ID | : Brandon |
| Case No. | : 18-CV-2185 (JGK) | | |
| Case Name | : Eastern Profit Corporation Limited v. Strategic Vision US, LLC | | |
| Invoice No. | : 556705 | Invoice Date | : 2/22/2019 |
| **Total Due** | : **$1,464.97** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Huseby Global Litigation
P.O. Box 6180
Hermitage, PA  16148-0922**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 557949 | 2/26/2019 | 229400 |

| Job Date | Case No. | |
|---|---|---|
| 2/12/2019 | 18-CV-2185 (JGK) | |

| Case Name | | |
|---|---|---|
| Eastern Profit Corporation Limited v. Strategic Vision US, LLC | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt, after 30 days 1.5% fee | | |

Corporate Headquarters
1230 West Morehead St. Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT  06830

| ORIGINAL TRANSCRIPT OF: | | | |
|---|---|---|---|
| French Wallop | | | 2,108.00 |
| Full Day Per Diem | | 120.00 | 120.00 |
| SALES TAX | | | 141.48 |
| | TOTAL DUE >>> | | $2,369.48 |

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752                                                    Phone: 203-622-0900   Fax:

---

*Please detach bottom portion and return with payment.*



Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT  06830

| | | |
|---|---|---|
| Job No. | : 229400 | BU ID    : Brandon |
| Case No. | : 18-CV-2185 (JGK) | |
| Case Name | : Eastern Profit Corporation Limited v. Strategic Vision US, LLC | |
| Invoice No. | : 557949 | Invoice Date   : 2/26/2019 |
| Total Due | : $2,369.48 | |

Remit To:   **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA  16148-0922**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# Veritext, LLC
# New York Region



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Joanna Cline | **Invoice #:** | NY4071791 |
| | Pepper Hamilton, LLP | **Invoice Date:** | 12/11/2019 |
| | 1313 N Market St | **Balance Due:** | $2,733.87 |
| | Suite 5100 | | |
| | Wilmington, DE, 19899 | | |

| | |
|---|---|
| **Case:** | Eastern Profit Corporation Limited v. Strategic Vision US, LLC |
| **Job #:** | 3774654 \| Job Date: 11/19/2019 \| Delivery: Normal |
| **Billing Atty:** | Joanna Cline |
| **Location:** | Clyde & Co |
| | 405 Lexington Avenue - 16th Floor \| The Chrysler Building New York, NY 10174 |
| **Sched Atty:** | Joanna Cline \| Pepper Hamilton, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| (John) Michael Waller | Original with 1 Certified Transcript | Page | 223.00 | $4.75 | $1,059.25 |
| | Rough Draft | Page | 223.00 | $2.00 | $446.00 |
| | Realtime Services | Page | 223.00 | $2.30 | $512.90 |
| | Realtime Services | Page | 223.00 | $2.30 | $512.90 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 124.00 | $0.35 | $43.40 |
| French Wallop , 30(b)(6) | Original with 1 Certified Transcript | Page | 129.00 | $4.75 | $612.75 |
| | Realtime Services | Page | 129.00 | $2.30 | $296.70 |
| | Rough Draft | Page | 129.00 | $2.00 | $258.00 |
| | Realtime Services | Page | 129.00 | $2.30 | $296.70 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 54.00 | $0.35 | $18.90 |
| | Attendance Fee | 1 | 2.00 | $75.00 | $150.00 |
| | Shipping & Handling | Package | 1.00 | $53.57 | $53.57 |

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **NY4071791** |
| **Job #:** | **3774654** |
| **Invoice Date:** | **12/11/2019** |
| **Balance:** | **$2,733.87** |

4050

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $4,353.07 |
| | **Payment:** | $0.00 |
| | **Credit:** | ($1,619.20) |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,733.87 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY4071791** |
|---|---|
| **Job #:** | **3774654** |
| **Invoice Date:** | **12/11/2019** |
| **Balance:** | **$2,733.87** |

## Veritext, LLC
## New York Region



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| Bill To: | Joanna Cline | | |
| --- | --- | --- | --- |
| | Pepper Hamilton, LLP | **Invoice #:** | NY4095725 |
| | 100 Market St | **Invoice Date:** | 12/17/2019 |
| | Suite 200 | **Balance Due:** | $2,734.50 |
| | Harrisburg, PA, 17101 | | |

| | |
| --- | --- |
| **Case:** | Eastern Profit Corporation Limited v. Strategic Vision US, LLC |
| **Job #:** | 3774654 \| Job Date: 11/19/2019 \| Delivery: Normal |
| **Billing Atty:** | Joanna Cline |
| **Location:** | Clyde & Co |
| | 405 Lexington Avenue - 16th Floor \| The Chrysler Building |
| | New York, NY 10174 |
| **Sched Atty:** | Joanna Cline \| Pepper Hamilton, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| (John) Michael Waller | Video - Media and Cloud Services | Per disk | 3.00 | $42.00 | $126.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 3.50 | $175.00 | $612.50 |
| French Wallop , 30(b)(6) | Video - Media and Cloud Services | Per disk | 2.00 | $42.00 | $84.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 2.50 | $175.00 | $437.50 |
| | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Video - Additional Hours | Hour | 7.00 | $155.00 | $1,085.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | Invoice Total: | $2,734.50 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,734.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
| --- | --- |
| **Invoice #:** | **NY4095725** |
| **Job #:** | **3774654** |
| **Invoice Date:** | **12/17/2019** |
| **Balance:** | **$2,734.50** |

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Joanna Cline
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou
nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| INVOICE NO. | AD0ABD6 AB |
|---|---|
| FIRM NO. | 1211636 |
| INVOICE DATE | 11/05/2019 |

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 (JGK) |

Description:   Certified copy of the reporter's transcript of the deposition of Yvette Wang, taken 10/30/2019. Expedited.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages – Business Rate | 227.00 | $ 3.75 | $ 851.25 |
| Expedite: 3 working days – 80% | 227.00 | $ 3.00 | $ 681.00 |
| Litigation Support Package - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Processing & Handling Fee - Copy | 1.00 | $ 45.00 | $ 45.00 |

| BALANCE DUE | | | $ 1,602.25 |
|---|---|---|---|

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 1,602.25 |
|---|---|
| INVOICE NO. | AD0ABD6 AB |
| FIRM NO. | 1211636 |

For:   Certified copy of the reporter's transcript of the deposition of Yvette Wang, taken 10/30/2019. Expedited.

From:   Joanna Cline
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

148183. 2

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |

| Setting Firm: | Graves Garrett, LLC |
| --- | --- |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 (JGK) |

Description: MP4 Video Files for the deposition of Yvette Wang taken 10/30/2019.

| INVOICE NO. | 1B778 B |
| --- | --- |
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
| --- | --- | --- | --- |
| MP4 Video Files | 5.75 | $ 50.00 | $ 287.50 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 322.50 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

----------------------------------- Fold and tear at this perforation, then return stub with payment. -----------------------------------

| BALANCE DUE | $   322.50 |
| --- | --- |
| INVOICE NO. | 1B778 B |
| FIRM NO. | 0129201 |

For:    MP4 Video Files for the deposition of Yvette Wang taken 10/30/2019.

From:   Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Amelia Coluccio
Golden Spring (New York) Limited
162 East 64th Street
New York, NY 10065-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou, nhou@depo.com

| Federal Tax ID No.: | 20-3132569 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Video Files for the deposition of Guo Wengui taken 8/2/2019.

| INVOICE NO. | 1AEA2 B |
|---|---|
| FIRM NO. | 1262079 |
| INVOICE DATE | 08/15/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 - Upload RUSH | 7.25 | $ 130.00 | $ 942.50 |
| Processing and handling | 1 | $ 50.00 | $ 50.00 |
| | | | |
| PAYMENT | | | - $ 992.50 |
| BALANCE DUE | | | **$ .00** |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If our company deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

– – – – – – – – – –  Fold and tear at this perforation, then return stub with payment.  – – – – – – – – – –

| BALANCE DUE | $   .00 |
|---|---|
| INVOICE NO. | 1AEA2 B |
| FIRM NO. | 1262079 |

For: MP4 Video Files for the deposition of Guo Wengui  taken 8/2/2019.

From:  Amelia Coluccio
Golden Spring (New York) Limited
162 East 64th Street
New York, NY 10065-

Remit To:  Atkinson-Baker, a Veritext Company
P.O. Box 71303
Chicago, IL 60694

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Chris Chuff
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| INVOICE NO. | AD0BC41 AB |
|---|---|
| FIRM NO. | 1211636 |
| INVOICE DATE | 12/26/2019 |

| Setting Firm: | Graves Garrett, LLC | |
|---|---|---|
| Taking Attorney: | Edward D. Greim | |
| Case Name: | Eastern Profit vs. Strategic Vision | |
| Case No.: | 18-cv-2185 (JKG) | |
| Claim No.: | | |
| Insurance Co.: | | |
| Insured: | | DOL: |
| Clients Ref.#1: | | |
| Clients Ref.#2: | | |
| Adjuster: | | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Guo Wengui - Volume II, taken 12/4/2019. | $    582.00 |
| PAYMENT | -  582.00 |
| BALANCE DUE | $     .00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If our company deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

– – – – – – – – – – – – – – – Fold and tear at this perforation, then return stub with payment. – – – – – – – – – – – – –

| BALANCE DUE | $    .00 |
|---|---|

| INVOICE NO. | AD0BC41 AB |
|---|---|
| FIRM NO. | 1211636 |

For: Certified copy of the reporter's transcript of the deposition of Guo Wengui - Volume II, taken 12/4/2019.

From:  Chris Chuff
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Remit To:  Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Donald J. Detweiler
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Video Files for the deposition of Guo Wengui taken 12/4/2019.

| INVOICE NO. | 1BA29 B |
|---|---|
| FIRM NO. | 1211636 |
| INVOICE DATE | 02/20/2020 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 Video Files | 3.75 | $ 50.00 | $ 187.50 |
| Processing and Handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | **$ 222.50** |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

------- Fold and tear at this perforation, then return stub with payment. -------

| BALANCE DUE | $    222.50 |
|---|---|
| INVOICE NO. | 1BA29 B |
| FIRM NO. | 1211636 |

For:   MP4 Video Files for the deposition of Guo Wengui taken 12/4/2019.

From:   Donald J. Detweiler
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# EXHIBIT C

Una Manyee Wilkinson



Invoice Date:  26 April 2021                                Invoice No.: GK06521

Client: Golden Spring (New York) Ltd.                   Job Date:  20-22 April, 21
       800 5th Avenue NY NY 10065

email:

| | **Description of Job** | **Rate** | **Total** |
|---|---|---|---|
| 1 | half days of consecutive interpreting for Eastern Profit Trial on 20 April, 21 from 1230 to 1700 | $600 | $600 |
| 2 | full days of consecutive interpreting for Eastern Profit Trial on 21 April, 21 from 0930 to 1715 & 22 April, 21 from 0930 to 1730 | $1000 | $2000 |
| 1 | Lump Sum for local commute ($53.34+$72.70+$70.65+$57.55+$58.03+$60.15) | | $372.42 |

-END-

**Total: USD2,972.42-**

**Payment Details**

**Payment is to be made payable to "Una Manyee Wilkinson"**
**upon presentation of invoice**

Case 1:18-cv-02185-LJL   Document 378-2   Filed 08/16/21   Page 32 of 50

# Receipts

Original receipt #2 ⌄



April 20, 2021

# Here's your receipt for your ride, Una

## Total                    $53.34

◆You earned 106 points on this trip

←

# Receipts

Original receipt #2 ⌄

April 20, 2021

# Here's your receipt for your ride, Una



# Total                    $72.70

⬦You earned 145 points on this trip

← 

# Receipts

April 21, 2021

# Here's your receipt for your ride, Una



## Total          $57.55

✦ You earned 115 points on this trip

> In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

← 

# Receipts

April 21, 2021

# Here's your receipt for your ride, Una



# Total                    $70.65

◆You earned 141 points on this trip

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

←

# Receipts

April 22, 2021

# Here's your receipt for your ride, Una



## Total                    $58.03

◆You earned 116 points on this trip

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

← 

# Receipts

April 22, 2021

# Here's your receipt for your ride, Una



## Total                    $60.15

◆ You earned 120 points on this trip

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

L4LPEAS1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

EASTERN PROFIT CORPORATION
LIMITED,

                    Plaintiff,

          v.                          18 CV 2185 (LJL)

STRATEGIC VISION US LLC,

                    Defendant.

------------------------------x
                                      New York, N.Y.
                                      April 21, 2021
                                      9:37 a.m.

Before:

                    HON. LEWIS J. LIMAN,

                                      District Judge

                         APPEARANCES

TROUTMAN PEPPER HAMILTON SANDERS LLP
     Attorneys for Plaintiff
BY:  CHRISTOPHER B. CHUFF
     JOANNA J. CLINE

GRAVES GARRETT LLC
     Attorneys for Defendant
BY:  EDWARD DEAN GREIM
     JENNIFER A. DONNELLI

ALSO PRESENT:

Melissa Francis, Eastern Profit Corporation Limited
J. Michael Waller, Strategic Vision US LLC

UNA WILKINSON, Mandarin Interpreter
LENNY YANG, Check Mandarin Interpreter

JOSHUA KLEIN, Attorney for Mr. Guo
PETRILLO, KLEIN & BOXER, LLP

```
1                      INDEX OF EXAMINATION

2    Examination of:                          Page

3     YAN PING WANG

4    Cross By Mr. Greim . . . . . . . . . . . . . 470

5    Redirect By Ms. Cline  . . . . . . . . . . . 557

6     HAN CHUNGUANG [Witness used interpreter]

7    Direct By Mr. Chuff  . . . . . . . . . . . . 564

8    Cross By Ms. Donnelli  . . . . . . . . . . . 578

9     KWOK HO WAN   [Witness used interpreter]

10   Direct By Ms. Cline . . . . . . . . . . . . 618

11   Cross By Mr. Greim . . . . . . . . . . . . . 640

12                      PLAINTIFF EXHIBITS

13   Exhibit No.                              Received

14    11   . . . . . . . . . . . . . . . . . . 573

15                      DEFENDANT EXHIBITS

16   Exhibit No.                              Received

17    DX56   . . . . . . . . . . . . . . . . . 468

18    DX32   . . . . . . . . . . . . . . . . . 469

19    DX24 and DX68  . . . . . . . . . . . . . 469

20    DX80   . . . . . . . . . . . . . . . . . 475

21    126 and 126B . . . . . . . . . . . . . . 488

22    5   . . . . . . . . . . . . . . . . . . . 522

23    126A   . . . . . . . . . . . . . . . . . 556

24    114 . . . . . . . . . . . . . . . . . . . 630

25
```

L4MKEAS1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   EASTERN PROFIT CORPORATION
    LIMITED,
4
                    Plaintiff,
5
                v.                        18 CV 2185 (LJL)
6
    STRATEGIC VISION US LLC,
7
                    Defendant.
8
    ------------------------------x
9                                         New York, N.Y.
                                          April 22, 2021
10                                        9:37 a.m.

11  Before:

12                    HON. LEWIS J. LIMAN,

13                                        District Judge

14                          APPEARANCES

15  TROUTMAN PEPPER HAMILTON SANDERS LLP
         Attorneys for Plaintiff
16  BY:  CHRISTOPHER B. CHUFF
         JOANNA J. CLINE
17
    GRAVES GARRETT LLC
18       Attorneys for Defendant
    BY:  EDWARD DEAN GREIM
19       JENNIFER A. DONNELLI

20  ALSO PRESENT:

21  MELISSA FRANCIS, Eastern Profit Corporation Limited
    J. MICHAEL WALLER, Strategic Vision US LLC
22
    UNA WILKINSON, Mandarin Interpreter
23  LENNY YANG, Check Mandarin Interpreter

24  JOSHUA KLEIN, Attorney for Mr. Guo
    PETRILLO, KLEIN & BOXER, LLP
25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

```
 1                    INDEX OF EXAMINATION
 2   Examination of:                        Page
 3    GUO WENGUI  [Witness used interpreter]
 4   Cross By Mr. Greim . . . . . . . . . . . . . 652
 5   Redirect By Ms. Cline  . . . . . . . . . . . 752
 6    SASHA GONG
 7   Direct By Mr. Greim  . . . . . . . . . . . . 758
 8   Cross By Ms. Cline . . . . . . . . . . . . . 783
 9   Redirect By Mr. Greim  . . . . . . . . . . . 800
10                    PLAINTIFF EXHIBITS
11   Exhibit No.                            Received
12    52 and 53  . . . . . . . . . . . . . . . . 753
13    70A  . . . . . . . . . . . . . . . . . . . 754
14    PX44, 46, 47 and 50  . . . . . . . . . . . 792
15    PX59  . . . . . . . . . . . . . . . . . . . 803
16                    DEFENDANT EXHIBITS
17   Exhibit No.                            Received
18    48  . . . . . . . . . . . . . . . . . . . . 651
19    51  . . . . . . . . . . . . . . . . . . . . 667
20    DX76A  . . . . . . . . . . . . . . . . . . . 736
21    35, 37, and 114  . . . . . . . . . . . . . 751
22    123 and 124  . . . . . . . . . . . . . . . 802
23
24
25
```

# EXHIBIT D

# RELIABLE

Reliable Philadelphia
1650 Arch St
Suite 2210
Philadelphia, PA  19103
Phone # 215-563-3363
Fax # 215-563-8839
**customerservice@reliable-co.com**
Fed Id # 23-2473700

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

# INVOICE

**Date**      10/08/20
**Number**  PH217415
**Page 1**

**Sold To:**
Pepper Hamilton LLP
3000 Two Logan Sq.,29th Floor
18th & Arch Streets
Philadelphia, PA  19103

**Ship To:**
Pepper Hamilton LLP
3000 Two Logan Sq.,29th Floor
18th & Arch Streets
Philadelphia, PA  19103

| | | | |
|---|---|---|---|
| Customer ID | PHC0034 | Client No./PO No | ~~1602029540~~  *148183.* |
| Our Order No. | PH217415 | P.O. Date | 10/08/20   *000002* |
| Terms | Net 30 Days | Ordered By | Mary Pat Walsh |
| Due Date | 11/07/20 | Ship Via | Hand Delivery |
| Salesperson | Matt Burns | | |

| Product Code<br>Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00108<br>**Tabs Pre-printed** | | 14.00 | 3.00 | 42.00 | 42 | EA | 0.20 | 8.40 |
| I01014<br>**Binder, View, 4" Black** | | 3 | 3 | | 3 | EA | 15.00 | 45.00 |
| R00038<br>**Digital Printing No Formatting** | | 1,339.00 | 3.00 | 4,017.00 | 4,017 | PAGE | 0.06 | 241.02 |

*Deposition transcripts*
*binders for trial*
*(3 copies)*

*148183.000002*

*Mary Pat Approved*

| | |
|---|---|
| Subtotal: | 294.42 |
| Sales Tax: | 23.55 |
| Total: | 317.97 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **317.97** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

# EXHIBIT E

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:18-cv-02185-LJL**

Eastern Profit Corporation Limited v. Strategic Vision US LLC
Assigned to: Judge Lewis J. Liman
Demand: $9,999,000
Cause: 28:1332bc Diversity-Breach of Contract

Date Filed: 03/12/2018
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
**ABC**
*TERMINATED: 08/09/2018*

**Plaintiff**

**Eastern Profit Corporation Limited**                represented by    **Christopher B. Chuff**
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza,
1313 Market Street
Suite 5100
Wilmington, DE 19899
302-777-6547
Email: Chris.Chuff@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanna J. Cline**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215-981-4520
Email: Joanna.Cline@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Sullivan**
Foley Hoag
1301 Avenue of the Americas
25th Floor
New York, NY 10019
646-927-5510
Email: psullivan@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shrutih Ramlochan-Tewarie**
Foley Hoag LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
646-927-5533
Email: stewarie@foleyhoag.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Dean Leinbach**
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
Fax: (212) 753-0396
Email: bleinbach@zeklaw.com
*ATTORNEY TO BE NOTICED*

**Francis Lawall**
Pepper Hamilton, LLP (Philadelphia)
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103
(215)-981-4481
Fax: 215)-981-4750
Email: francis.lawall@troutman.com
*ATTORNEY TO BE NOTICED*

**Zachary Bennett Grendi**
Zeichner Ellman & Krause, LLP
One Landmark Square
Ste 4th Floor
Stamford, CT 06902
203-622-0900
Fax: 203-862-9889
Email: zgrendi@zeklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DEF**
*TERMINATED: 08/09/2018*

**Defendant**

**Strategic Vision US LLC**
*TERMINATED: 07/14/2021*

represented by **David Joseph McNamara**
Phillips Lytle LLP (Madison Ave.)
437 Madison Avenue, 17th Fl.
New York, NY 10022
716-847-8400
Fax: 716-852-6100
Email: dmcnamara@phillipslytle.com
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**Edward Dean Greim**
Graves Garrett, L.L.C.
1100 Main Street
Suite 2700
Kansas City, MO 64105
(816) 256-4144
Fax: (816) 817-0863
Email: edgreim@gravesgarrett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Hiznay Kidera**
Phillips Lytle LLP
620 Eighth Ave, 23rd Fl
New York, NY 10018
212-759-4888
Fax: 212-308-9079
Email: hkidera@phillipslytle.com
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**James Joseph McGuire**
Greenspoon Marder LLP
590 Madison Avenue
New York, NY 10022
212-524-5040
Fax: 212-524-5050
Email: james.mcguire@gmlaw.com
*TERMINATED: 06/28/2019*
*LEAD ATTORNEY*

**Jennifer A Donnelli**
Graves Garrett LLC
1100 Main Street
Suite 2700
Kansas City, KS 64105
816-256-3181
Fax: 816-256-5958
Email: jdonnelli@gravesgarrett.com
*TERMINATED: 07/14/2021*
*ATTORNEY TO BE NOTICED*

**Joseph B. Schmit**
Phillips Lytle LLP
340 Madison Ave. 17th Floor
New York, NY 10173
212-759-4888
Fax: 212-308-9079
Email: JSchmit@phillipslytle.com
*TERMINATED: 03/29/2019*

**Lucinda Luetkmeyer**
Graves Garrett LLC
1100 Main Street
Ste 2700
Kansas City, MO 64105
816-256-3181
Email: lluetkemeyer@gravesgarrett.com
*ATTORNEY TO BE NOTICED*

**Mark A Berube**
Greenspoon Marder LLP
590 Madison Avenue
Suite 1800
New York, NY 10022
212-524-5000
Fax: 212-524-5050
Email: mark.berube@gmlaw.com
*TERMINATED: 06/28/2019*

**Miscellaneous**

**Golden Spring (New York) Limited**

**Miscellaneous**

**Karin Maistrello**

**Miscellaneous**

**Stephen K Bannon**

represented by **Alexander Benjamin Spiro**
Quinn Emanuel Urquhart & Sullivan (NYC)

New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: alexspiro@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Allison L. McGuire**
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20001
202-538-8272
Email: allisonmcguire@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

Kin Ming Je                                         represented by  **Jeffrey Samuel Gavenman**
Schulman Bhattacharya, LLC
6116 Executive Boulevard
Ste 425
North Bethesda, MD 20852
240-356-8553
Email: jgavenman@schulmanbh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Troutman Pepper Hamilton Sanders LLP**

**Interested Party**

**William Gertz**

**Counter Claimant**

**Strategic Vision US LLC**                         represented by  **David Joseph McNamara**
*TERMINATED: 07/14/2021*                                            (See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**Heather Hiznay Kidera**
(See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**Mark A Berube**
(See above for address)
*TERMINATED: 06/28/2019*

V.

**Counter Defendant**

**Eastern Profit Corporation Limited**             represented by  **Christopher B. Chuff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanna J. Cline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shrutih Ramlochan-Tewarie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Bennett Grendi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Strategic Vision US LLC**                         represented by  **David Joseph McNamara**
*TERMINATED: 07/14/2021*                                            (See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**Heather Hiznay Kidera**
(See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**Mark A Berube**
(See above for address)
*TERMINATED: 06/28/2019*

V.

**Counter Defendant**

**Guo Wengui**
*also known as*
Miles Kwok

represented by **John Searles**
Hodgson Russ, LLP (NYC)
605 3rd Avenue, Suite 2300
New York, NY 10158
(212)-751-4300
Fax: (212)-751-0928
Email: jsearles@hodgsonruss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Nicole Teske**
Hodgson Russ LLP
605 Third Ave.
23rd Floor
New York, NY 10158
646-218-7517
Email: etaylor@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Mark Alan Harmon**
Hodgson Russ, LLP (NYC)
605 3rd Avenue, Suite 2300
New York, NY 10158
(212) 751-4300
Fax: 212-751-0928
Email: mharmon@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Strategic Vision US LLC**
*TERMINATED: 07/14/2021*

represented by **David Joseph McNamara**
(See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**Edward Dean Greim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Hiznay Kidera**
(See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**James Joseph McGuire**
(See above for address)
*TERMINATED: 06/28/2019*
*LEAD ATTORNEY*

**Joseph B. Schmit**
(See above for address)
*TERMINATED: 03/29/2019*

**Mark A Berube**
(See above for address)
*TERMINATED: 06/28/2019*

V.

**Counter Defendant**

**Eastern Profit Corporation Limited**

represented by **Christopher B. Chuff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanna J. Cline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shrutih Ramlochan-Tewarie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan Dean Leinbach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary Bennett Grendi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Strategic Vision US LLC**
*TERMINATED: 07/14/2021*

represented by **David Joseph McNamara**
(See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**Edward Dean Greim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Hiznay Kidera**
(See above for address)
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*

**James Joseph McGuire**
(See above for address)
*TERMINATED: 06/28/2019*
*LEAD ATTORNEY*

**Joseph B. Schmit**
(See above for address)
*TERMINATED: 03/29/2019*

**Mark A Berube**
(See above for address)
*TERMINATED: 06/28/2019*

V.

**Counter Defendant**

**Eastern Profit Corporation Limited**

represented by **Christopher B. Chuff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanna J. Cline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shrutih Ramlochan-Tewarie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan Dean Leinbach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary Bennett Grendi**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2018 | 19 | COMPLAINT against Strategic Vision US LLC. (Filing Fee $ 400.00.)Document filed by Eastern Profit Corporation Limited.(jwh) (***Previously filed under seal in envelope #2, and unsealed on 8/9/2018.***) Modified on 8/14/2018 (jwh). (Entered: 08/14/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/02/2021 13:43:48 | | |
| **PACER Login:** | Ph834Tro | **Client Code:** | 989990.050049 |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-02185-LJL Starting with document: 19 Ending with document: 19 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

Eastern Profit and Golden Spring
Client/Matter Number: 148183.00002                                Invoice Number:  11171953
February 25, 2020                                                                            Page 9

**SUMMARY OF EXPENSES**

|  | Amount |
|---|---|
| Data Base Research | 1,206.75 |
| Docket Search | 5.00 |
| E-Discovery hosting | 529.73 |
| Local Transportation | 84.75 |
| Messenger Service | 99.90 |
| Online Services/Internet Web Sites | 234.40 |
| Pacer Services - Court Liaison | 10.00 |
| Postage | 1.00 |
| Reporting Services | 313.44 |
| Travel Expense | (22.00) |

TOTAL EXPENSES ...................................................................................................$2,462.97

TOTAL AMOUNT DUE ...........................................................................................$72,506.97