UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

EASTERN PROFIT CORPORATION LIMITED,  :

    Plaintiff,  :  Case No. 18-CV-2185 (LJL)

  -against-  :

STRATEGIC VISION US, LLC,  :

    Defendant.  :

------------------------------------ X

## PLAINTIFF EASTERN PROFIT CORPORATION LIMITED'S
## NOTICE OF TAXATION OF COSTS

Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.1, Plaintiff

Eastern Profit Corporation Limited ("Eastern"), as the prevailing party, hereby submits its Bill of

Costs to be presented to the Clerk of the Court for taxation on or as soon after August 30, 2021.

In support of this notice, Eastern refers the Court to the attached Bill of Costs and accompanying

Declaration of Joanna J. Cline.

Dated: August 13, 2021    Respectfully submitted,

        By: _____

         Joanna J. Cline
         Attorneys for Plaintiff