IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN PROFIT CORPORATION LIMITED, <br><br> Plaintiff, <br> v. <br><br> STRATEGIC VISION US, LLC, <br><br> Defendant. | Case No. 18-CV-2185 (LJL) |

**DECLARATION OF JOANNA J. CLINE IN SUPPORT OF PLAINTIFF EASTERN PROFIT CORPORATION LIMITED BILL OF COSTS**

I, Joanna J. Cline, declare:

1. I am an attorney at Troutman Pepper Hamilton Sanders LLP, and counsel of record for Eastern Profit Corporation Limited ("Eastern") in this litigation. I am admitted to practice in Delaware, New Jersey, and Pennsylvania, and I am admitted to this Court *pro hac vice*.

2. I submit this declaration in support of Eastern's Bill of Costs.

3. In the above-captioned case, Eastern asserted claims for breach of contract, a declaratory judgment, and unjust enrichment. Strategic Vision US, LLC ("Strategic") asserted counterclaims for breach of contract and fraudulent inducement.

4. The Court held an in-person bench trial, overseen by Judge Liman, which commenced on April 19, 2021, and concluded on April 22, 2021.

1

5. The parties delivered their closing statements to the Court, remotely, on April 30, 2021.

6. The Court entered judgment in favor of Eastern and against Strategic on Count III (Declaratory Judgment) of Eastern's Second Amended Complaint, Count I (Breach of Contract) of Strategic's Counterclaims, and Count II (Fraud) of Strategic's Counterclaims. Dkt. No. 377.

7. Eastern's Bill of Costs totals $23,616.47.

8. Attached as **Exhibit A** are true and correct copies of invoices for original trial transcripts, taxable under L. R. 54.1(c)(1). These are the costs of such transcripts paid by Eastern (and do not include the costs of such transcripts paid by Strategic or other parties). These transcripts were necessary for trial in this case and were used to prepare witnesses and to prepare for the presentation of evidence. These transcripts were not obtained solely for the convenience of counsel.

| Date | Invoice Number / Description | Total Costs |
|---|---|---|
| **EXHIBIT A. FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRIAL TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE (taxable pursuant to Local Rule 54.1(c)(1))** | | |
| 4/19/2021 Transcript | 0532383-IN | $1,028.16 |
| 4/20/2021 Transcript | 0532382-IN | $1,110.78 |
| 4/21/2021 Transcript | 0532381-IN | $830.79 |
| 4/22/2021 Transcript | 0532380-IN | $766.53 |
| 4/30/2021 Transcript | 0532633-IN | $367.20 |
| Fees paid to Southern District Court Reporters, Inc. for the cost of original trial transcripts necessarily obtained for use in this case. | | |
| **REQUESTED SUBTOTAL COST(S):** | | $4,103.46 |

9. Attached as **Exhibit B** are true and correct copies of invoices for original trial deposition transcripts, taxable under L. R. 54.1(c)(2). These are the costs of such transcripts paid by Eastern (and do not include the costs of such transcripts paid by Strategic or other parties).

These transcripts include deposition transcripts for the following witnesses who testified live at trial and whose depositions were used at trial or were otherwise reasonably necessary to the parties at the time they were taken: Mr. William Gertz (fact witness), Ms. Sasha Gong (fact witness), Chunguang Han (fact witness), Lianchao Han (fact witness), Karin Maistrello (fact witness), J. Michael Waller (fact and 30(b)(6) witness), French Wallop (fact and 30(b)(6) witness), Yvette Wang (fact witness), and Guo Wengui (fact witness).

**EXHIBIT B. FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE DEPOSITION TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE (taxable pursuant to Local Rule 54.1(c)(2))**

| Deponent | Date | Vendor | Invoice No. | Total Invoice |
|---|---|---|---|---|
| William Gertz | 10/15/2019 | Atkinson-Baker, Inc. | AD07998 AB | $545.20 |
| William Gertz | 10/15/2019 | Atkinson-Baker, Inc. | 1AED3 | $160.00 |
| Sasha Gong | 11/26/2019 | Alaris Litigation Services | 115200 | $939.80 |
| Chunguang Han | 11/11/2019 | Atkinson-Baker, Inc. | AD0B4F6 AB | $673.05 |
| Lianchao Han | 8/28/2019 | Atkinson-Baker, Inc. | 1ADE2 B | $335.00 |
| Karin Maistrello | 8/23/2019 | Atkinson-Baker, Inc. | 1B108 B | $135.00 |
| J. Michael Waller | 2/8/2019 | Huseby Inc. | 556705 | $1,464.97 |
| J. Michael Waller (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4071791 | $1,696.44 |
| J. Michael Waller (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4095725 | $1,258.75 |
| French Wallop | 2/12/2019 | Huseby Inc. | 557949 | $2,369.48 |
| French Wallop (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4071791 | $1,037.43 |
| French Wallop (30(b)(6)) | 11/19/2019 | Veritext, LLC | NY4095725 | $1,475.75 |
| Yvette Wang | 10/30/2019 | Atkinson-Baker, Inc. | AD0ABD6 AB | $1,602.25 |
| Yvette Wang | 10/30/2019 | Atkinson-Baker, Inc. | 1B778 | $322.50 |
| Guo Wengui | 8/2/2019 | Atkinson-Baker, Inc. | 1AEA2 B | $992.50 |
| Guo Wengui | 12/4/2019 | Atkinson-Baker, Inc. | AD0BC41 AB | $582.00 |
| Guo Wengui | 12/4/2019 | Atkinson-Baker, Inc. | 1BA29 B | $222.50 |
| | | | **REQUESTED SUBTOTAL COST(S):** | $15,812.62 |

10. Attached as **Exhibit C** are true and correct copies of invoices for interpretation costs associated with witnesses presented in connection with Eastern's claims as well as excerpts of trial transcripts on each day these witnesses testified with interpretation assistance, taxable under L. R. 54.1(c)(4). The fee of each witness involved is taxable pursuant to L. R. 54.1(c)(3).

| EXHIBIT C. WITNESS FEES (INTERPRETATION) (taxable pursuant to Local Rule 54.1(c)(4)) ||||||
|---|---|---|---|---|
| Witness Name | Date | Vendor | Invoice No. | Total Invoice |
| Han Chunguang<br>Kwok Ho Wan<br>Guo Wengui | 4/20/2021 – 4/22/2021 | Una Wilkinson | GK06521 | $2,972.42 |
|  |  |  | **REQUESTED SUBTOTAL COST(S):** | $2,972.42 |

11. Attached as **Exhibit D** are true and correct copies of invoices for exemplification and copies of exhibits for use at trial, taxable under L. R. 54.1(c)(5). I declare that the following are entries from Reliable Inc. for the preparation of demonstratives for use during trial or a support person in the courtroom to display the exhibits or demonstratives during the trial relating to Eastern's claims.

| EXHIBIT D. FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE (taxable pursuant to Local Rule 54.1(c)(5)) ||||||
|---|---|---|---|---|
| Date | Vendor | Description | Invoice No. | Total Costs |
| 10/8/2020 | Reliable Inc. | Three copies of all deposition transcripts used at trial | PH217415 | $317.97 |
|  |  |  | **REQUESTED SUBTOTAL COST(S):** | $317.97 |

12. Attached as **Exhibit E** are true and correct copies of invoices for fees of the clerk and miscellaneous fees, taxable under L. R. 54.1(c)(10).

| EXHIBIT E. DOCKET AND MISCELLANEOUS FEES (taxable pursuant to Local Rule 54.1(c)(10)) | | | |
|---|---|---|---|
| Date | Docket No. | Description | Total Costs |
| 3/12/2018 | 19 | Filing fee for Complaint against Strategic Vision US LLC (originally filed under seal); refiled on 8/9/2018 as Docket No. 19 | $400.00 |
| 1/9/2020 | 240 | Pacer fees for obtaining copies of letters filed by Eastern Profit Corporation | $10.00 |
| | | **REQUESTED SUBTOTAL COST(S):** | $410.00 |

Dated: August 13, 2021

Respectfully submitted,

TROUTMAN PEPPER HAMILTON
SANDERS LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801
302.777.6500
302.421.8390 (facsimile)

By: /s/ Joanna J. Cline
Joanna J. Cline
Attorneys for Plaintiff

5