# EXHIBIT A

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0532383-IN
INVOICE DATE: 04/27/21

CUSTOMER NO.: 1028571
WORK ORDER NO.: 220297

SALESPERSON: CSIW

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention:Joanna Cline

**\*PAID INVOICE\***

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | | |
| | CASE NO. | **18CV02185** | | | |
| 4/19/2021 | Original | | 224.00   Pages at | $4.59 | 1,028.16 |

Net Invoice:       1,028.16
Less Discount:         0.00
Freight:               0.00
Sales Tax:             0.00
**Invoice Total:**     **1,028.16**

Less Deposit:      1,028.16
**Invoice Balance:**   **0**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0532382-IN
INVOICE DATE: 04/27/21

CUSTOMER NO.: 1028571
WORK ORDER NO.: 220298
SALESPERSON: CSIW

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention: Joanna Cline

**\*PAID INVOICE\***

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | | |
| | CASE NO. | **18CV02185** | | | |
| 4/20/2021 | Original | | 242.00   Pages at | $4.59 | 1,110.78 |

Net Invoice: 1,110.78
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 1,110.78

Less Deposit: 1,110
**Invoice Balance:** 0

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0532381-IN
INVOICE DATE: 04/27/21

CUSTOMER NO.: 1028571
WORK ORDER NO.: 220299

SALESPERSON: CSIW

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention: Joanna Cline

**\*PAID INVOICE \***

| JOB DATE | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | |
|---|---|---|---|---|
| | CASE NO. | **18CV02185** | | |
| 4/21/2021 | Original | 181.00 Pages at | $4.59 | 830.79 |

Net Invoice: 830.79
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 830.79

Less Deposit: 830
**Invoice Balance:** 0

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0532380-IN
INVOICE DATE: 04/27/21

CUSTOMER NO.: 1028571
WORK ORDER NO.: 220300

SALESPERSON: CSIW

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE   19801

Attention: Joanna Cline

**\*PAID INVOICE**

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | | |
| | CASE NO.   **18CV02185** | | | | |
| 4/22/2021 | Original | 167.00 | Pages at | $4.59 | 766.53 |

Net Invoice:     766.53
Less Discount:     0.00
Freight:     0.00
Sales Tax:     0.00
**Invoice Total:**     766.53

Less Deposit:     766
**Invoice Balance:**     0

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0532633-IN
INVOICE DATE: 05/06/21

CUSTOMER NO.: 1028571
WORK ORDER NO.: 220498
SALESPERSON: CSIW

Troutman,Pepper,Hamilton,Sande
1313 N Market Street
Suite 5100
Wilmington, DE  19801
Attention:Joanna Cline

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | EASTERN PROFIT CORP, LTD V STRATEGIC VIS | | | | |
| | CASE NO. | **18CV02185** | | | |
| 4/30/2021 | Original | | 80.00  Pages at | $4.59 | 367.20 |

Net Invoice: 367.20
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 367.20

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: _____
**Invoice Balance:**