# EXHIBIT B

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Joanna Cline
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou
nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |
| Description: | Certified copy of the reporter's transcript of the deposition of Bill Gertz, taken 10/15/2019. |

| INVOICE NO. | AD07998 AB |
|---|---|
| FIRM NO. | 0129201 |
| INVOICE DATE | 10/25/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 187.00 | $ 2.50 | $ 467.50 |
| Exhibits (pages) | 14.00 | $ .55 | $ 7.70 |
| Litigation Support Package - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Processing & Handling Fee - Copy | 1.00 | $ 45.00 | $ 45.00 |
| **BALANCE DUE** | | | **$ 545.20** |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 545.20 |
|---|---|
| INVOICE NO. | AD07998 AB |
| FIRM NO. | 0129201 |

For: Certified copy of the reporter's transcript of the deposition of Bill Gertz, taken 10/15/2019.

From: Joanna Cline
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Bill Gertz taken 10/15/2019.

| INVOICE NO. | 1AED3 B |
|---|---|
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 Files | 2.5 | $ 50.00 | $ 125.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 160.00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

--- Fold and tear at this perforation, then return stub with payment. ---

| BALANCE DUE | $ 160.00 |
|---|---|
| INVOICE NO. | 1AED3 B |
| FIRM NO. | 0129201 |

From:  Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

For:  MP4 Files for the deposition of Bill Gertz taken 10/15/2019.

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115200 | 12/17/2019 | 84066 |
| Job Date | Case No. | |
| 11/26/2019 | 18CV2185JGK | |
| Case Name | | |
| Eastern Profit Corporation Limited v Strategic Vision US LLC | | |
| Payment Terms | | |
| Net 30, After 30 Add 1.5% Finance Charge | | |

Joanna Cline
Pepper Hamilton LLP
PO Box 1709
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE  19899

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Sasha Gong | 260.00 Page | @ | 2.00 | 520.00 |
| Archive | | | 7.50 | 7.50 |
| Transcript - Rough ASCII | 217.00 Page | @ | 1.90 | 412.30 |
| | **TOTAL DUE >>>** | | | **$939.80** |

Deposition held in Washington, DC

slm

**Tax ID:** 43-1699962

*Please detach bottom portion and return with payment.*

Joanna Cline
Pepper Hamilton LLP
PO Box 1709
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE  19899

Invoice No.    :   115200
Invoice Date   :   12/17/2019
**Total Due**  :   **$939.80**

**Remit To:**   **Alaris Litigation Services**
                **800-280-3376**
                **P.O. Box 66936**
                **Saint Louis, MO  63166-6936**

Job No.     :   84066
BU ID       :   KC
Case No.    :   18CV2185JGK
Case Name   :   Eastern Profit Corporation Limited v Strategic Vision US LLC

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Chris Chuff
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou
nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 (JGK) |

| INVOICE NO. | AD0B4F6 AB |
|---|---|
| FIRM NO. | 1211636 |
| INVOICE DATE | 12/11/2019 |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Han Chunguang, taken 11/11/2019. | $ 673.05 |
| BALANCE DUE | $ 673.05 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

--- Fold and tear at this perforation, then return stub with payment. ---

| BALANCE DUE | $ 673.05 |
|---|---|
| INVOICE NO. | AD0B4F6 AB |
| FIRM NO. | 1211636 |

For: Certified copy of the reporter's transcript of the deposition of Han Chunguang, taken 11/11/2019.

From: Chris Chuff
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

| | |
|---|---|
| INVOICE NO. | 1AED2 B |
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 files | 6 | $ 50.00 | $ 300.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 335.00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

---------- Fold and tear at this perforation, then return stub with payment. ----------

| | |
|---|---|
| BALANCE DUE | $ 335.00 |
| INVOICE NO. | 1AED2 B |
| FIRM NO. | 0129201 |

For: MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

From: Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

| INVOICE NO. | 1AED2 B |
|---|---|
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 files | 6 | $ 50.00 | $ 300.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 335.00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 335.00 |
|---|---|
| INVOICE NO. | 1AED2 B |
| FIRM NO. | 0129201 |

For: MP4 Files for the deposition of Lianchao Han taken 8/28/2019.

From: Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Graves Garrett, LLC |
|---|---|
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Files for the deposition of Karin Maistrello taken 8/23/2019.

| INVOICE NO. | 1B108 B |
|---|---|
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 Files | 2 | $ 50.00 | $ 100.00 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 135.00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

---------- Fold and tear at this perforation, then return stub with payment. ----------

| BALANCE DUE | $ 135.00 |
|---|---|
| INVOICE NO. | 1B108 B |
| FIRM NO. | 0129201 |

From: Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

For: MP4 Files for the deposition of Karin Maistrello taken 8/23/2019.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 556705 | 2/22/2019 | 224394 |
| Job Date | Case No. | |
| 2/8/2019 | 18-CV-2185 (JGK) | |
| Case Name | | |
| Eastern Profit Corporation Limited v. Strategic Vision US, LLC | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT 06830



Video Services
   J. Michael Waller                              1,377.50
   SALES TAX                                       87.47



TOTAL DUE >>>     $1,464.97

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752                                                                                                 Phone: 203-622-0900    Fax:

*Please detach bottom portion and return with payment.*

Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT 06830

| | | |
|---|---|---|
| Job No. | : 224394 | BU ID    : Brandon |
| Case No. | : 18-CV-2185 (JGK) | |
| Case Name | : Eastern Profit Corporation Limited v. Strategic Vision US, LLC | |
| Invoice No. | : 556705 | Invoice Date   : 2/22/2019 |
| Total Due | : $1,464.97 | |

912158-001
786
APPROVED BY

Remit To:    **Huseby Global Litigation**
              **P.O. Box 6180**
              **Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 557949 | 2/26/2019 | 229400 |
| **Job Date** | **Case No.** | |
| 2/12/2019 | 18-CV-2185 (JGK) | |
| **Case Name** | | |
| Eastern Profit Corporation Limited v. Strategic Vision US, LLC | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT 06830

ORIGINAL TRANSCRIPT OF:
    French Wallop      2,108.00
        Full Day Per Diem    120.00    120.00
        SALES TAX    141.48

**TOTAL DUE >>>**    **$2,369.48**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752          Phone: 203-622-0900  Fax:

---

*Please detach bottom portion and return with payment.*



Zachary Grendi, Esq.
Zeichner, Ellman & Krause LLP
35 Mason St
Greenwich, CT 06830

| | | | |
|---|---|---|---|
| Job No. | : 229400 | BU ID | : Brandon |
| Case No. | : 18-CV-2185 (JGK) | | |
| Case Name | : Eastern Profit Corporation Limited v. Strategic Vision US, LLC | | |
| Invoice No. | : 557949 | Invoice Date | : 2/26/2019 |
| **Total Due** | **: $2,369.48** | | |

Remit To:   **Huseby Global Litigation**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**     AMEX  MC  VISA
Cardholder's Name:
Card Number:
Exp. Date:      Phone #:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Joanna Cline<br>Pepper Hamilton, LLP<br>1313 N Market St<br>Suite 5100<br>Wilmington, DE, 19899 | | **Invoice #:** | NY4071791 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 12/11/2019 |
| | | | **Balance Due:** | $2,733.87 |

| Case: | Eastern Profit Corporation Limited v. Strategic Vision US, LLC |
|---|---|
| Job #: | 3774654 \| Job Date: 11/19/2019 \| Delivery: Normal |
| Billing Atty: | Joanna Cline |
| Location: | Clyde & Co |
| | 405 Lexington Avenue - 16th Floor \| The Chrysler Building<br>New York, NY 10174 |
| Sched Atty: | Joanna Cline \| Pepper Hamilton, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| (John) Michael Waller | Original with 1 Certified Transcript | Page | 223.00 | $4.75 | $1,059.25 |
| | Rough Draft | Page | 223.00 | $2.00 | $446.00 |
| | Realtime Services | Page | 223.00 | $2.30 | $512.90 |
| | Realtime Services | Page | 223.00 | $2.30 | $512.90 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 124.00 | $0.35 | $43.40 |
| French Wallop , 30(b)(6) | Original with 1 Certified Transcript | Page | 129.00 | $4.75 | $612.75 |
| | Realtime Services | Page | 129.00 | $2.30 | $296.70 |
| | Rough Draft | Page | 129.00 | $2.00 | $258.00 |
| | Realtime Services | Page | 129.00 | $2.30 | $296.70 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 54.00 | $0.35 | $18.90 |
| | Attendance Fee | 1 | 2.00 | $75.00 | $150.00 |
| | Shipping & Handling | Package | 1.00 | $53.57 | $53.57 |

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY4071791 |
|---|---|
| Job #: | 3774654 |
| Invoice Date: | 12/11/2019 |
| Balance: | $2,733.87 |

4050

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Notes: | | **Invoice Total:** | $4,353.07 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | ($1,619.20) |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,733.87 |
| TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information | | | |

| | | | |
|---|---|---|---|
| **To pay online, go to www.veritext.com** | **Please remit payment to:** **Veritext** **P.O. Box 71303** **Chicago IL 60694-1303** | **Invoice #:** | NY4071791 |
| | | **Job #:** | 3774654 |
| | | **Invoice Date:** | 12/11/2019 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | **Balance:** | $2,733.87 |

4050



**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| Bill To: | Joanna Cline
Pepper Hamilton, LLP
100 Market St
Suite 200
Harrisburg, PA, 17101 | **Invoice #:** | NY4095725 |
|---|---|---|---|
| | | **Invoice Date:** | 12/17/2019 |
| | | **Balance Due:** | $2,734.50 |

| Case: | Eastern Profit Corporation Limited v. Strategic Vision US, LLC |
|---|---|
| Job #: | 3774654 | Job Date: 11/19/2019 | Delivery: Normal |
| Billing Atty: | Joanna Cline |
| Location: | Clyde & Co |
| | 405 Lexington Avenue - 16th Floor | The Chrysler Building
New York, NY 10174 |
| Sched Atty: | Joanna Cline | Pepper Hamilton, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| (John) Michael Waller | Video - Media and Cloud Services | Per disk | 3.00 | $42.00 | $126.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 3.50 | $175.00 | $612.50 |
| French Wallop , 30(b)(6) | Video - Media and Cloud Services | Per disk | 2.00 | $42.00 | $84.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 2.50 | $175.00 | $437.50 |
| | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Video - Additional Hours | Hour | 7.00 | $155.00 | $1,085.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | **Invoice Total:** | $2,734.50 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,734.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **To pay online, go to**
**www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover) | Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303 | Invoice #: | NY4095725 |
|---|---|---|---|
| | | Job #: | 3774654 |
| | | Invoice Date: | 12/17/2019 |
| | | Balance: | $2,734.50 |

4050

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Joanna Cline
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

| INVOICE NO.  | AD0ABD6 AB |
|---|---|
| FIRM NO.    | 1211636    |
| INVOICE DATE | 11/05/2019 |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou
nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 (JGK) |

Description: Certified copy of the reporter's transcript of the deposition of Yvette Wang, taken 10/30/2019. Expedited.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 227.00 | $ 3.75 | $ 851.25 |
| Expedite: 3 working days - 80% | 227.00 | $ 3.00 | $ 681.00 |
| Litigation Support Package - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Processing & Handling Fee - Copy | 1.00 | $ 45.00 | $ 45.00 |
| BALANCE DUE |  |  | $ 1,602.25 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 1,602.25 |
|---|---|
| INVOICE NO. | AD0ABD6 AB |
| FIRM NO. | 1211636 |

From: Joanna Cline
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

For: Certified copy of the reporter's transcript of the deposition of Yvette Wang, taken 10/30/2019. Expedited.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

148183.2

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 (JGK) |

| INVOICE NO. | 1B778 B |
|---|---|
| FIRM NO. | 0129201 |
| INVOICE DATE | 11/07/2019 |

Description: MP4 Video Files for the deposition of Yvette Wang taken 10/30/2019.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 Video Files | 5.75 | $ 50.00 | $ 287.50 |
| Processing & handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 322.50 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

---------- Fold and tear at this perforation, then return stub with payment. ----------

| BALANCE DUE | $ 322.50 |
|---|---|
| INVOICE NO. | 1B778 B |
| FIRM NO. | 0129201 |

For: MP4 Video Files for the deposition of Yvette Wang taken 10/30/2019.

From: Mary Walsh
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| | |
|---|---|
| Amelia Coluccio<br>Golden Spring (New York) Limited<br>162 East 64th Street<br>New York, NY 10065- | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Nicole Hou, nhou@depo.com |

| | |
|---|---|
| Federal Tax ID No.: | 20-3132569 |
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

| INVOICE NO. | 1AEA2 B |
|---|---|
| FIRM NO. | 1262079 |
| INVOICE DATE | 08/15/2019 |

Description: MP4 Video Files for the deposition of Guo Wengui taken 8/2/2019.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 - Upload RUSH | 7.25 | $ 130.00 | $ 942.50 |
| Processing and handling | 1 | $ 50.00 | $ 50.00 |
| PAYMENT | | | - $ 992.50 |
| **BALANCE DUE** | | | **$ .00** |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If our company deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

— — — — — — — — — — — Fold and tear at this perforation, then return stub with payment.  — — — — — — — — — — —

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | 1AEA2 B |
| FIRM NO. | 1262079 |

For: MP4 Video Files for the deposition of Guo Wengui  taken 8/2/2019.

From:  Amelia Coluccio
       Golden Spring (New York) Limited
       162 East 64th Street
       New York, NY 10065-

Remit To:  Atkinson-Baker, a Veritext Company
           P.O. Box 71303
           Chicago, IL 60694

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| | |
|---|---|
| Chris Chuff | |
| Pepper Hamilton LLP | |
| P.O. Box 1709 | |
| Wilmington, DE 19899-1709 | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nicole Hou, nhou@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 (JKG) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | AD0BC41 AB |
|---|---|
| FIRM NO. | 1211636 |
| INVOICE DATE | 12/26/2019 |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Guo Wengui - Volume II, taken 12/4/2019. | $   582.00 |
| PAYMENT | -  582.00 |
| BALANCE DUE | $     .00 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If our company deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $     .00 |
|---|---|
| INVOICE NO. | AD0BC41 AB |
| FIRM NO. | 1211636 |

From:  Chris Chuff
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

For:  Certified copy of the reporter's transcript of the deposition of Guo Wengui - Volume II, taken 12/4/2019.

Remit To:  Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

---

Donald J. Detweiler
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

| INVOICE NO. | 1BA29 B |
|---|---|
| FIRM NO. | 1211636 |
| INVOICE DATE | 02/20/2020 |

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nicole Hou, nhou@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | Graves Garrett, LLC |
| Taking Attorney: | Edward D. Greim |
| Case Name: | Eastern Profit vs. Strategic Vision |
| Case No.: | 18-cv-2185 |

Description: MP4 Video Files for the deposition of Guo Wengui taken 12/4/2019.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| MP4 Video Files | 3.75 | $ 50.00 | $ 187.50 |
| Processing and Handling | 1 | $ 35.00 | $ 35.00 |
| BALANCE DUE | | | $ 222.50 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

--- Fold and tear at this perforation, then return stub with payment. ---

| BALANCE DUE | $ 222.50 |
|---|---|
| INVOICE NO. | 1BA29 B |
| FIRM NO. | 1211636 |

From: Donald J. Detweiler
Pepper Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

For: MP4 Video Files for the deposition of Guo Wengui taken 12/4/2019.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.