# EXHIBIT C

Una Manyee Wilkinson



Invoice Date: 26 April 2021

Invoice No.: GK06521

Client: Golden Spring (New York) Ltd.
800 5th Avenue NY NY 10065

Job Date: 20-22 April, 21

email:

| | Description of Job | Rate | Total |
|---|---|---|---|
| 1 | half days of consecutive interpreting for Eastern Profit Trial on 20 April, 21 from 1230 to 1700 | $600 | $600 |
| 2 | full days of consecutive interpreting for Eastern Profit Trial on 21 April, 21 from 0930 to 1715 & 22 April, 21 from 0930 to 1730 | $1000 | $2000 |
| 1 | Lump Sum for local commute ($53.34+$72.70+$70.65+$57.55+$58.03+$60.15) | | $372.42 |

-END-

**Total: USD2,972.42-**

**Payment Details**

**Payment is to be made payable to "Una Manyee Wilkinson"
upon presentation of invoice**

# Receipts

| Original receipt #2 ⌄ |
|---|

April 20, 2021

## Here's your receipt for your ride, Una



| Total | $53.34 |
|---|---|

◆ You earned 106 points on this trip

# Receipts

Original receipt #2

April 20, 2021

## Here's your receipt for your ride, Una



| Total | $72.70 |
|---|---|

You earned 145 points on this trip

ᵢₗₗ Verizon 🛜    14:21    @ ◀ 85%

←

# Receipts

April 21, 2021

## Here's your receipt for your ride, Una



Total                              $57.55

◆ You earned 115 points on this trip

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

←

# Receipts

April 21, 2021

## Here's your receipt for your ride, Una



| Total | $70.65 |
|---|---|

◆ You earned 141 points on this trip

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

# Receipts

April 22, 2021

## Here's your receipt for your ride, Una



| Total | $58.03 |
|---|---|

◆ You earned 116 points on this trip

> In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

Case 1:18-cv-02185-LJL   Document 380-3   Filed 08/23/21   Page 8 of 12

# Receipts

April 22, 2021

# Here's your receipt for your ride, Una



**Total**  $60.15

→ You earned 120 points on this trip

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on

```
L4LPEAS1
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

EASTERN PROFIT CORPORATION
LIMITED,

                Plaintiff,

        v.                              18 CV 2185 (LJL)

STRATEGIC VISION US LLC,

                Defendant.
------------------------------x
                                        New York, N.Y.
                                        April 21, 2021
                                        9:37 a.m.

Before:

                    HON. LEWIS J. LIMAN,

                                        District Judge

                        APPEARANCES

TROUTMAN PEPPER HAMILTON SANDERS LLP
        Attorneys for Plaintiff
BY:  CHRISTOPHER B. CHUFF
     JOANNA J. CLINE

GRAVES GARRETT LLC
        Attorneys for Defendant
BY:  EDWARD DEAN GREIM
     JENNIFER A. DONNELLI

ALSO PRESENT:

Melissa Francis, Eastern Profit Corporation Limited
J. Michael Waller, Strategic Vision US LLC

UNA WILKINSON, Mandarin Interpreter
LENNY YANG, Check Mandarin Interpreter

JOSHUA KLEIN, Attorney for Mr. Guo
PETRILLO, KLEIN & BOXER, LLP
```

```
                      INDEX OF EXAMINATION

Examination of:                                      Page
 YAN PING WANG
Cross By Mr. Greim . . . . . . . . . . . . . . . 470
Redirect By Ms. Cline . . . . . . . . . . . . . 557
 HAN CHUNGUANG [Witness used interpreter]
Direct By Mr. Chuff . . . . . . . . . . . . . . 564
Cross By Ms. Donnelli . . . . . . . . . . . . . 578
 KWOK HO WAN   [Witness used interpreter]
Direct By Ms. Cline . . . . . . . . . . . . . . 618
Cross By Mr. Greim . . . . . . . . . . . . . . . 640

                      PLAINTIFF EXHIBITS
Exhibit No.                                       Received
 11   . . . . . . . . . . . . . . . . . . . . . 573

                      DEFENDANT EXHIBITS
Exhibit No.                                       Received
 DX56   . . . . . . . . . . . . . . . . . . . . 468
 DX32   . . . . . . . . . . . . . . . . . . . . 469
 DX24 and DX68   . . . . . . . . . . . . . . . . 469
 DX80   . . . . . . . . . . . . . . . . . . . . 475
 126 and 126B  . . . . . . . . . . . . . . . . . 488
 5    . . . . . . . . . . . . . . . . . . . . . 522
 126A   . . . . . . . . . . . . . . . . . . . . 556
 114   . . . . . . . . . . . . . . . . . . . . . 630
```

L4MKEAS1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

EASTERN PROFIT CORPORATION
LIMITED,

                Plaintiff,

            v.                          18 CV 2185 (LJL)

STRATEGIC VISION US LLC,

                Defendant.
------------------------------x
                                        New York, N.Y.
                                        April 22, 2021
                                        9:37 a.m.

Before:

                    HON. LEWIS J. LIMAN,

                                        District Judge

                        APPEARANCES

TROUTMAN PEPPER HAMILTON SANDERS LLP
     Attorneys for Plaintiff
BY:  CHRISTOPHER B. CHUFF
     JOANNA J. CLINE

GRAVES GARRETT LLC
     Attorneys for Defendant
BY:  EDWARD DEAN GREIM
     JENNIFER A. DONNELLI

ALSO PRESENT:

MELISSA FRANCIS, Eastern Profit Corporation Limited
J. MICHAEL WALLER, Strategic Vision US LLC

UNA WILKINSON, Mandarin Interpreter
LENNY YANG, Check Mandarin Interpreter

JOSHUA KLEIN, Attorney for Mr. Guo
PETRILLO, KLEIN & BOXER, LLP

```
                    INDEX OF EXAMINATION

Examination of:                                       Page
 GUO WENGUI  [Witness used interpreter]
Cross By Mr. Greim . . . . . . . . . . . . . . 652
Redirect By Ms. Cline  . . . . . . . . . . . . 752
 SASHA GONG
Direct By Mr. Greim . . . . . . . . . . . . . 758
Cross By Ms. Cline . . . . . . . . . . . . . . 783
Redirect By Mr. Greim . . . . . . . . . . . . 800

                      PLAINTIFF EXHIBITS
Exhibit No.                                        Received
 52 and 53   . . . . . . . . . . . . . . . . . . 753
 70A   . . . . . . . . . . . . . . . . . . . . . 754
 PX44, 46, 47 and 50  . . . . . . . . . . . . 792
 PX59   . . . . . . . . . . . . . . . . . . . . 803

                      DEFENDANT EXHIBITS
Exhibit No.                                        Received
 48    . . . . . . . . . . . . . . . . . . . . . 651
 51    . . . . . . . . . . . . . . . . . . . . . 667
 DX76A   . . . . . . . . . . . . . . . . . . . . 736
 35, 37, and 114   . . . . . . . . . . . . . . . 751
 123 and 124   . . . . . . . . . . . . . . . . . 802
```