# EXHIBIT D

Reliable Philadelphia
1650 Arch St
Suite 2210
Philadelphia, PA 19103
Phone # 215-563-3363
Fax # 215-563-8839
customerservice@reliable-co.com
Fed Id # 23-2473700

**Reliable**
E-Discovery & Litigation Support | Managed Services & Consulting | Business Document Services

# INVOICE

Date 10/08/20
Number PH217415
Page 1

**Sold To:**
Pepper Hamilton LLP
3000 Two Logan Sq.,29th Floor
18th & Arch Streets
Philadelphia, PA 19103

**Ship To:**
Pepper Hamilton LLP
3000 Two Logan Sq.,29th Floor
18th & Arch Streets
Philadelphia, PA 19103

| | | | |
|---|---|---|---|
| Customer ID | PHC0034 | Client No./PO No | ~~1602029646~~ *148183.* |
| Our Order No. | PH217415 | P.O. Date | 10/08/20   *000002* |
| Terms | Net 30 Days | Ordered By | Mary Pat Walsh |
| Due Date | 11/07/20 | Ship Via | Hand Delivery |
| Salesperson | Matt Burns | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00108 **Tabs Pre-printed** | | 14.00 | 3.00 | 42.00 | 42 | EA | 0.20 | 8.40 |
| I01014 **Binder, View, 4" Black** | | 3 | 3 | | 3 | EA | 15.00 | 45.00 |
| R00038 **Digital Printing No Formatting** | | 1,339.00 | 3.00 | 4,017.00 | 4,017 | PAGE | 0.06 | 241.02 |

*Deposition transcripts binders for trial (3 copies)*

*148183.000002*

*Mary Pat approved*

| | |
|---|---:|
| Subtotal: | 294.42 |
| Sales Tax: | 23.55 |
| Total: | 317.97 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **317.97** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.