# EXHIBIT E

U.S. District Court
Southern District of New York (Foley Square)
CIVIL DOCKET FOR CASE #: 1:18-cv-02185-LJL

Eastern Profit Corporation Limited v. Strategic Vision US LLC
Assigned to: Judge Lewis J. Liman
Demand: $9,999,000
Cause: 28:1332bc Diversity-Breach of Contract

Date Filed: 03/12/2018
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
**ABC**
*TERMINATED: 08/09/2018*

**Plaintiff**
**Eastern Profit Corporation Limited**  represented by  **Christopher B. Chuff**
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza,
1313 Market Street
Suite 5100
Wilmington, DE 19899
302-777-6547
Email: Chris.Chuff@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanna J. Cline**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215-981-4520
Email: Joanna.Cline@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Sullivan**
Foley Hoag
1301 Avenue of the Americas
25th Floor
New York, NY 10019
646-927-5510
Email: psullivan@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shrutih Ramlochan-Tewarie**
Foley Hoag LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
646-927-5533
Email: stewarie@foleyhoag.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Dean Leinbach**
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
Fax: (212) 753-0396
Email: bleinbach@zeklaw.com
*ATTORNEY TO BE NOTICED*

**Francis Lawall**
Pepper Hamilton, LLP (Philadelphia)
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103
(215)-981-4481
Fax: 215)-981-4750
Email: francis.lawall@troutman.com
*ATTORNEY TO BE NOTICED*

**Zachary Bennett Grendi**
Zeichner Ellman & Krause, LLP
One Landmark Square
Ste 4th Floor
Stamford, CT 06902
203-622-0900
Fax: 203-862-9889
Email: zgrendi@zeklaw.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**DEF**
*TERMINATED: 08/09/2018*

**Defendant**

| | | |
|---|---|---|
| **Strategic Vision US LLC**<br>*TERMINATED: 07/14/2021* | represented by | **David Joseph McNamara**<br>Phillips Lytle LLP (Madison Ave.)<br>437 Madison Avenue, 17th Fl.<br>New York, NY 10022<br>716-847-8400<br>Fax: 716-852-6100<br>Email: dmcnamara@phillipslytle.com<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY* |
| | | **Edward Dean Greim**<br>Graves Garrett, L.L.C.<br>1100 Main Street<br>Suite 2700<br>Kansas City, MO 64105<br>(816) 256-4144<br>Fax: (816) 817-0863<br>Email: edgreim@gravesgarrett.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Heather Hiznay Kidera**<br>Phillips Lytle LLP<br>620 Eighth Ave, 23rd Fl<br>New York, NY 10018<br>212-759-4888<br>Fax: 212-308-9079<br>Email: hkidera@phillipslytle.com<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY* |
| | | **James Joseph McGuire**<br>Greenspoon Marder LLP<br>590 Madison Avenue<br>New York, NY 10022<br>212-524-5040<br>Fax: 212-524-5050<br>Email: james.mcguire@gmlaw.com<br>*TERMINATED: 06/28/2019*<br>*LEAD ATTORNEY* |
| | | **Jennifer A Donnelli**<br>Graves Garrett LLC<br>1100 Main Street<br>Suite 2700<br>Kansas City, KS 64105<br>816-256-3181<br>Fax: 816-256-5958<br>Email: jdonnelli@gravesgarrett.com<br>*TERMINATED: 07/14/2021*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph B. Schmit**<br>Phillips Lytle LLP<br>340 Madison Ave. 17th Floor<br>New York, NY 10173<br>212-759-4888<br>Fax: 212-308-9079<br>Email: JSchmit@phillipslytle.com<br>*TERMINATED: 03/29/2019* |
| | | **Lucinda Luetkmeyer**<br>Graves Garrett LLC<br>1100 Main Street<br>Ste 2700<br>Kansas City, MO 64105<br>816-256-3181<br>Email: lluetkemeyer@gravesgarrett.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark A Berube**<br>Greenspoon Marder LLP<br>590 Madison Avenue<br>Suite 1800<br>New York, NY 10022<br>212-524-5000<br>Fax: 212-524-5050<br>Email: mark.berube@gmlaw.com<br>*TERMINATED: 06/28/2019* |

**Miscellaneous**

**Golden Spring (New York) Limited**

**Miscellaneous**

**Karin Maistrello**

**Miscellaneous**

| | | |
|---|---|---|
| **Stephen K Bannon** | represented by | **Alexander Benjamin Spiro**<br>Quinn Emanuel Urquhart & Sullivan (NYC) |

51 Madison Avenue
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: alexspiro@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Allison L. McGuire**
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20001
202-538-8272
Email: allisonmcguire@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

| | | |
|---|---|---|
| **Kin Ming Je** | represented by | **Jeffrey Samuel Gavenman**<br>Schulman Bhattacharya, LLC<br>6116 Executive Boulevard<br>Ste 425<br>North Bethesda, MD 20852<br>240-356-8553<br>Email: jgavenman@schulmanbh.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Miscellaneous**

**Troutman Pepper Hamilton Sanders LLP**

**Interested Party**

**William Gertz**

**Counter Claimant**

| | | |
|---|---|---|
| **Strategic Vision US LLC**<br>*TERMINATED: 07/14/2021* | represented by | **David Joseph McNamara**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY*<br><br>**Heather Hiznay Kidera**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY*<br><br>**Mark A Berube**<br>(See above for address)<br>*TERMINATED: 06/28/2019* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Eastern Profit Corporation Limited** | represented by | **Christopher B. Chuff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joanna J. Cline**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter A. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shrutih Ramlochan-Tewarie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Bennett Grendi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Strategic Vision US LLC**<br>*TERMINATED: 07/14/2021* | represented by | **David Joseph McNamara**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY*<br><br>**Heather Hiznay Kidera**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY*<br><br>**Mark A Berube**<br>(See above for address)<br>*TERMINATED: 06/28/2019* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Guo Wengui**<br>*also known as*<br>Miles Kwok | represented by | **Julian Charles Searles**<br>Hodgson Russ, LLP (NYC)<br>605 3rd Avenue, Suite 2300<br>New York, NY 10158<br>(212)-751-4300<br>Fax: (212)-751-0928<br>Email: jsearles@hodgsonruss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Erin Nicole Teske**<br>Hodgson Russ LLP<br>605 Third Ave.<br>23rd Floor<br>New York, NY 10158<br>646-218-7517<br>Email: etaylor@hodgsonruss.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Alan Harmon**<br>Hodgson Russ, LLP (NYC)<br>605 3rd Avenue, Suite 2300<br>New York, NY 10158<br>(212) 751-4300<br>Fax: 212-751-0928<br>Email: mharmon@hodgsonruss.com<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Strategic Vision US LLC**<br>*TERMINATED: 07/14/2021* | represented by | **David Joseph McNamara**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY*<br><br>**Edward Dean Greim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Heather Hiznay Kidera**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY*<br><br>**James Joseph McGuire**<br>(See above for address)<br>*TERMINATED: 06/28/2019*<br>*LEAD ATTORNEY*<br><br>**Joseph B. Schmit**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br><br>**Mark A Berube**<br>(See above for address)<br>*TERMINATED: 06/28/2019* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Eastern Profit Corporation Limited** | represented by | **Christopher B. Chuff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joanna J. Cline**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter A. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shrutih Ramlochan-Tewarie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan Dean Leinbach**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Bennett Grendi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Strategic Vision US LLC**<br>*TERMINATED: 07/14/2021* | represented by | **David Joseph McNamara**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY* |

|   |   | **Edward Dean Greim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Heather Hiznay Kidera**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br>*LEAD ATTORNEY*<br><br>**James Joseph McGuire**<br>(See above for address)<br>*TERMINATED: 06/28/2019*<br>*LEAD ATTORNEY*<br><br>**Joseph B. Schmit**<br>(See above for address)<br>*TERMINATED: 03/29/2019*<br><br>**Mark A Berube**<br>(See above for address)<br>*TERMINATED: 06/28/2019* |
|---|---|---|
| V.<br>**Counter Defendant** |   |   |
| **Eastern Profit Corporation Limited** | represented by | **Christopher B. Chuff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joanna J. Cline**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter A. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shrutih Ramlochan-Tewarie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan Dean Leinbach**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Bennett Grendi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2018 | 19 | COMPLAINT against Strategic Vision US LLC. (Filing Fee $ 400.00.)Document filed by Eastern Profit Corporation Limited.(jwh) (***Previously filed under seal in envelope #2, and unsealed on 8/9/2018.***) Modified on 8/14/2018 (jwh). (Entered: 08/14/2018) |

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 08/02/2021 13:43:48 ||||
| **PACER Login:** | Ph834Tro | **Client Code:** | 989990.050049 |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-02185-LJL Starting with document: 19 Ending with document: 19 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

Eastern Profit and Golden Spring
Client/Matter Number: 148183.00002     Invoice Number: 11171953
February 25, 2020                                              Page 9

**SUMMARY OF EXPENSES**

|  | Amount |
|---|---:|
| Data Base Research | 1,206.75 |
| Docket Search | 5.00 |
| E-Discovery hosting | 529.73 |
| Local Transportation | 84.75 |
| Messenger Service | 99.90 |
| Online Services/Internet Web Sites | 234.40 |
| Pacer Services - Court Liaison | 10.00 |
| Postage | 1.00 |
| Reporting Services | 313.44 |
| Travel Expense | (22.00) |

TOTAL EXPENSES ...........................................................................................$2,462.97

TOTAL AMOUNT DUE .....................................................................................$72,506.97