```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
EASTERN PROFIT CORP. LTD.,                                         :
                                                                   :
                              Plaintiff,                           :
                                                                   :       18-cv-2185 (LJL)
         -v-                                                       :
                                                                   :       ORDER
STRATEGIC VISION US LLC,                                           :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Plaintiff's request for an extension of time at Dkt. No. 382 is DENIED. Plaintiff has not shown good cause nor offered any explanation whatsoever for the out of time filing; absence of prejudice alone is not sufficient.

     The Clerk of Court is respectfully directed to close the motion at Dkt. No. 382.

     SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                                    LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/21