```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EASTERN PROFIT CORPORATION LIMITED,                              :
                                                                 :
                              Plaintiff,                         :
                                                                 :    18-cv-2185 (LJL)
       -v-                                                       :
                                                                 :         ORDER
STRATEGIC VISION US LLC,                                         :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Final judgment was entered on July 14, 2021.  Dkt. No. 377.  Following the Court's Order at Dkt. No. 384, no more issues remain for resolution in this case.

      The Clerk of Court is respectfully directed to close the case.

Dated: September 30, 2021  
       New York, New York

                                                      LEWIS J. LIMAN  
                                                United States District Judge